# EXHIBIT B

**Elizabeth Wiesend**

**From:** samperone@aol.com
**Sent:** Wednesday, March 04, 2015 8:38 PM
**To:** Elizabeth Wiesend
**Subject:** 2nd email


**From:** William Kennedy < wkennedylaw@yahoo.com>
**Date:** June 15, 2010 at 9:38:22 PM EDT
**To:** " SamPerone@aol.com" < SamPerone@aol.com>
**Subject: Re: Estimate**

Thank You so Much Sam. Whether this deal goes thru or not because of the bank, I hope you remain friends with my family. You're a true gentleman, and that's not a easy quality to find in people these days.

Sincerely, Bill

William H. Kennedy, III, Esquire
Law Offices of DiStefano, Bossola & Kennedy
7471 West Oakland Park Blvd.
Suite 106
Fort Lauderdale, FL 33319
(954) 572-8000 Office
(954) 572-7895 Facsimile
Williamkennedy.org Website

On Jun 15, 2010, at 9:20 PM, SamPerone@aol.com wrote:

> Bill,
> Great to catch up today. Congratulations again on the latest addition to your family. Wish you all the best!
> Attached is the estimate I mentioned. Talk to you soon.
> Sam
>
> <ProposalforSamPerone-LostGardenTerrace.pdf>

1

Commercial/Residential                                    Restoration Services



CDI Group USA • 839 S. Kings Hwy., Ft. Pierce, Florida, 34945 • (772) 467-0270
License # CBC1254745

**This proposal is for Mr. Samuel Perone.  Home is located at 7063 Lost Garden Terrace, Parkland, FL.**

### PHASE I – Removal

- Obtain Demo Permit from Building Department.
- Set-up containment area in garage – utilize this area as "onsite storage" for storage of removed items from inside home.
- Set-up and run Negative Air Machines inside home.  These units are equipped with a HEPA Filtration System and shall remain running through out demo and cleaning process.
- Cover tile/marble floors.  Clean all floors thoroughly.  Identify any cracks or defects to owner.  Cover all tile floors utilizing a 3 step process.  Cover wet areas in bathrooms.  CDI is assuming wet areas in baths have been properly installed over DuraRock or GreenBoard and will not have to be removed.  Final determination to be made when adjoining walls are removed and inspection can determine underlayment of wet tile areas.
- Remove light fixtures/fans.  Label, box and store onsite for future re-installation.  Save recess can lights in ceilings.  Remove and save beauty rims and bulbs.
- Remove plumbing fixtures.  Label, box and store onsite for future re-installation.
- Remove all kitchen and bathroom cabinets and countertops.  Identify, protect and store onsite for future re-installation.  NOTE:  CDI does hire a professional cabinet/countertop company to come to perform removal and installation; however, Granite/Marble tops are a natural product and subject to have hairline cracks, stress, etc. that are not visually detected; if your granite tops are broken and or fall apart, CDI is not held responsible for any type of damage and or costs of replacement.
- Remove appliances and store onsite for future re-installation.  Appliances may need replacement because of electronics that are inside appliance.  CDI recommends re-using appliances until failure and then replace.  Owner is responsible for any costs associated with appliance failure.
- Remove doors, hardware and tracks.  Label and store onsite for future re-installation.
- Remove all closet/pantry shelving and hardware identify, label and store onsite for future re-installation.
- Remove all bathroom hardware.  Label and store onsite for future re-installation.
- Shut down HVAC system to remain off during demo process.
- Remove staircase handrails, balusters, spindles and hardware.  Identify, label and store onsite for future re-installation.
- Remove and dispose of all carpet, pad and tack-strip.
- Remove and dispose all trim (casing, crown, base).
- Remove and dispose of all mirrors and window sills.

- Remove and dispose all drywall in walls and ceilings. Excludes garage ceilings.
- Remove, bag and dispose of all ceiling and wall cavity insulation.
- Remove and dispose of all HVAC Duct.
- Remove and dispose of all electrical wiring, switches and outlets. Save panel box located in garage.
- During demo process, continuous clean-up is preformed. After complete demo a final cleaning process begins. We wet wipe down all cavity walls and HEPA Vac the particles from the top of wall to the floor. We are off-gassing your home as well during this process; air scrubbers and fans are used with the opening of windows and doors during the daytime working hours. After hours we close up all windows and doors and continue running the air scrubbers with a HEPA filtration system. This process will continue until off gassing is eliminated and cannot be detected. (An Environmental Consultant shall then provide certification that your home has been properly remediated for the defective Chinese Drywall.)

Owner is responsible for window treatment removal and storage.

CDI Group furnishes all personal protection equipment for our workers.

CDI Group conforms to all O.S.H.A. regulations.

Environmental Consultant works as a third party inspection and certification shall be furnished to owner with a copy to CDI Group USA.

**Documentation Coordinator Option:**
- Furnish and provide "Mapping" of home
- Remove, identify, log location removed on map, collect sample of drywall taken from (2) areas in each room. Save Samples.
- Take digital photos before remediation and during demo process.
- Furnish to owner copies of all photos, samples, log book and map upon completion of demo work.
- Conforms to Judge Fallon's Pretrial Order #13A.

**Total cost for Documentation Coordinator is $3,100.00**


### PHASE 2 – Restoration Process

- After the successful certification of the home from Phase I, the reconstruction of your home begins.
- Obtain permits from Building Department.
- Licensed Plumber to inspect copper plumbing in home and notify CDI Group and owner of condition of existing copper plumbing and corrective action plan if required.
- Furnish and install new electrical wiring inside home where removed by a licensed Electrical Sub-Contractor.
- Furnish and install new HVAC Duct work where removed.

Page 2

- Furnish and install new wall and ceiling insulation. We shall use the same "R" value and type of insulation that was removed.
- Furnish and install new American made drywall, tape, mud and finish to same texture as previous. Furnish and utilize scaffolding that may be required.
- Install saved doors and jambs where removed.
- Furnish and install new base, crown, casing and trim molding where removed using same quality and style as previous.
- Install saved staircase handrails, balusters, spindles and hardware where removed.
- Furnish and install new window sills and mirrors where removed.
- Prime and paint interior. Owner to select finish color. Limit to 2 colors. $200.00 charge for each extra color.
- Install saved closet and pantry shelves, rods and hardware where removed.
- Install saved cabinets and countertops where removed.
- Furnish and install new mirrors and window sills where removed.
- Install saved bath accessories where removed.
- Install saved door hardware where removed.
- Licensed HVAC Sub-Contractor to furnish and install new copper coils in air handler. While coils are removed, Micro-Clean of air handler units.
- Licensed Electrician Sub-Contractor to furnish and install new outlets and switches where removed. Install saved lights and fans where removed.
- Licensed Plumber Sub-Contractor to install saved sinks, toilets and facets where removed.
- Install saved appliances where removed.
- Continuous daily clean-up performed during restoration process.
- Final clean-up. Remove all protective coverings and dispose. Complete Micro-Clean from floor to ceiling. HEPA Vac of complete interior.
- Ready for Occupancy Permit.
- Final walk thru with owner.
- 12 month warranty from date of occupancy.

Owner is responsible for carpet and pad selection and installation and all costs/timing associated.

Owner is responsible for re-installation of saved window treatments.

**Complete estimate for Phase I and Phase II is $182,000.00**

**Estimate for completion time frame is 120 days.**

**This proposal is valid for 30 days from February 15, 2010.**

Page 3