UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL    MDL NO. 2047
        PRODUCTS LIABILITY LITIGATION    SECTION: L

THIS DOCUMENT RELATES TO:    JUDGE FALLON
    MAG. JUDGE WILKINSON

Case No. 09-7628
Payton et al v. Knauf Gips KG et al
Case No. 10-0361
Wiltz et al v. Beijing New Building etc
Case No. 11-1077
Haya et al v. Taishan Gypsum Co Ltd
Case No. 11-1395
Amorin et al v. Taishan
Case No. 11-1672
Amorin et al v. Taishan Gypsum Co., Ltd.
Case No. 11-1673
Amorin et al v. Taishan Gypsum Co. Ltd.
_____

## NOTICE OF SUBMISSION

Please take note that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, following the monthly status conference on September 18, 2015 at 9:00 a.m., or as soon thereafter as counsel can be heard, for an order on Plaintiffs' Objection to Special Master's Determination Denying Claimant, Samuel Perone's, Global, Banner, InEx Repair and Relocation Expenses Claim and for such other further relief as the Court may deem just and appropriate.

        Respectfully submitted,

        /s *Michael J. Ryan*_____
        Michael J. Ryan, Esquire

        Florida Bar No. 975990
        Krupnick, Campbell, Malone, Buser, Slama,
        Hancock, Liberman , P.A.
        12 S.E. 7 Street, Suite 801
        Fort Lauderdale, FL  33301
        Phone (954) 763-8181; Fax (954) 763-8292
        pleadings-MJR@krupnicklaw.com
        mryan@krupnicklaw.com
        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Submission has been electronically uploaded to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of July, 2015.

        /s/ *Michael J. Ryan*
        Michael J. Ryan, Esquire
        Florida Bar No. 975990
        Krupnick Campbell Malone Buser Slama
        Hancock Liberman P.A.
        12 S.E. 7 Street, Suite 801
        Fort Lauderdale, FL  33301
        Phone (954) 763-8181; Fax (954) 763-8292
        pleadings-MJR@krupnicklaw.com
        mryan@krupnicklaw.com
        Attorneys for Plaintiffs