UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL        MDL NO. 2047
PRODUCTS LIABILITY LITIGATION              SECTION: L

                                           JUDGE FALLON
THIS DOCUMENT RELATES TO:                  MAG. JUDGE WILKINSON

Case No. 09-7628
Payton et al v. Knauf Gips KG et al
Case No. 10-0361
Wiltz et al v. Beijing New Building etc
Case No. 11-1077
Haya et al v. Taishan Gypsum Co Ltd
Case No. 11-1395
Amorin et al v. Taishan
Case No. 11-1672
Amorin et al v. Taishan Gypsum Co., Ltd.
Case No. 11-1673
Amorin et al v. Taishan Gypsum Co. Ltd.
_____

REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Mover and Plaintiff pursuant to Local Rule 78.1, and respectfully request oral argument on Plaintiff's Objection to Special Master's Determination Denying Claimant, Samuel Perone's Global, Banner, InEx Repair and Relocation Expenses Claim set for hearing before this Honorable Court on the 18th day of September, 2015, at 9:00 a.m. at the September monthly status conference for the MDL 2047 Chinese-Manufactured Drywall Products Liability Litigation or at a time set by this court so as to more fully address any questions the court may have concerning Plaintiff's Appeal.

Respectfully submitted,

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick Campbell Malone Buser Slama,

>Hancock Liberman P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL  33301
>Phone (954) 763-8181
>Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Request for Oral Argument has been electronically uploaded to File and ServeXpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  30th day of July, 2015.

>/s/ *Michael J. Ryan*
>Michael J. Ryan, Esquire
>Bar No. 975990
>Krupnick Campbell Malone Buser Slama
>Hancock Liberman  P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL  33301
>Phone (954) 763-8181
>Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>Attorneys for Plaintiffs