# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

On July 14, 2015, Plaintiff Victor Zheltkov filed his Motion for Reconsideration of Special Master Daniel J. Balhoff's Opinion and Decree (Rec. Doc. 19295).

**IT IS ORDERED** that any party that wishes to respond to this motion must do so before August 10, 2015.

New Orleans, Louisiana this 29th day of July, 2015.

_____
Eldon E. Fallon
United States District Court Judge