UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br>Payton, et al v. Knauf Gips, KG, et al.<br>Case No. 2:09-cv-07628 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court has received and reviewed Claimants William and Kelly Wayne's Motion for Relief from the Court's Judgment dated June 4, 2015 (Rec. Docs. 19244). **IT IS ORDERED** that any party that wishes to respond to this motion must do so before August 10, 2015.

New Orleans, Louisiana this 29th day of July, 2015.

_____
Eldon E. Fallon
United States District Court Judge