IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's ("PSC") Motion for Leave to Exceed Page Limitation and to File its Response in Opposition to (1) Motion to Clarify the July 17, 2014 Contempt Order, or in the Alternative, to Vacate the Order to the Extent it Purports to Apply to CNBM Group, CNBM Company, China National Building Materials & Equipment Import & Export Corporation, CNBM Forest Products (Canada), CNBMIT, CNBM (USA), and United Suntech and (2) Joinder of Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd., With Supporting Affidavit(s) and Exhibits, Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the PSC is allowed to exceed page limitation and file its Response in Opposition to (1) Motion to Clarify the July 17, 2014 Contempt Order, or in the Alternative, to Vacate the Order to the Extent it Purports to Apply to CNBM Group, CNBM Company, China National Building Materials & Equipment Import & Export Corporation, CNBM Forest Products (Canada), CNBMIT, CNBM (USA), and United Suntech and (2) Joinder of Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.

IT IS FURTHER ORDERED BY THE COURT that the Response in Opposition to (1) Motion to Clarify the July 17, 2014 Contempt Order, or in the Alternative, to Vacate the Order to the Extent it Purports to Apply to CNBM Group, CNBM Company, China National Building Materials & Equipment Import & Export Corporation, CNBM Forest Products (Canada), CNBMIT, CNBM (USA), and United Suntech and (2) Joinder of Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd., including all supporting Affidavit(s) and Exhibits, be and is hereby FILED UNDER SEAL.

New Orleans, Louisiana, this 29th day of _____July_____, 2015.

_____
Eldon E. Fallon
United States District Court Judge