# EXHIBIT B

| *P*AYTON *v.* K*NAUF* G*IPS*, KG, *ET AL* 09-7628 O*MNIBUS* I C*OMPLAINT* | | |
|---|---|---|
| **D**EFENDANT | **A**DDRESS FOR **S**ERVICE | **S**ERVICE WAS **M**ADE |
| Knauf Gips KG | Postfach 10, 97343<br>Iphofen, Germany | 7/2/10 |
| Guangdong Knauf New Building Materials Products Co., Ltd. | Ma'er Xinsha Development Zone<br>Mayong County<br>Dongguan City<br>Guangdong, 523147<br>P.R. China | 7/20/10 |
| Knauf Plasterboard (Tianjin) Co., Ltd. | North Yinhe Bridge<br>East Jingjin Road<br>Beichen District<br>Tianjin, 300400 P.R.C. | 7/9/2010 |
| Knauf Plasterboard (Wuhu) Co. Ltd. | No. 2 Gang Wan Road<br>Wuhu Economic & Technological Development Area<br>Aihui, 241009, PR China | 7/8/10 |