# EXHIBIT M

| ROGERS v. KNAUF GIPS, KG, ET AL 10-362 OMNIBUS IV AND IV(A) COMPLAINTS | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Knauf GIPS KG | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 12/29/10 |
| Knauf Plasterboard (Tianjin) Co. Ltd. | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 12/29/10 |
| Knauf Plasterboard (Wuhu) Co. Ltd. | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 11/3/10 |
| Guangdong Knauf New Building Material Products Co., Ltd. | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 12/29/10 |
| Knauf Insulation GmbH a/k/a Knauf USA and/or Knauf Insulation USA | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 1/10/11 |