UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.)* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

### MOTION FOR LEAVE TO FILE A REPLY TO THE PSC'S RESPONSE IN OPPOSITION TO THE CNBM ENTITIES' MOTION TO CLARIFY OR VACATE THE JULY 17, 2014 CONTEMPT ORDER

NOW INTO COURT, through undersigned counsel, comes MDL Defendants China National Building Materials Group Corporation, China National Building Materials Company, Ltd., China National Building Materials & Equipment Import & Export Corporation, CNBM (USA) Corporation, CNBM Forest Products (Canada) Ltd., China National Building Materials Investment Trading, and United Suntech, Inc. (collectively, the "CNBM Entities"), who respectfully request leave to file the attached Reply to the PSC's Response in Opposition to the CNBM Entities' Motion to Clarify or Vacate the July 17, 2014 Contempt Order [Rec. Doc. 19340-2]. The reply memorandum responds directly to contentions raised by the PSC in its Response, and the CNBM Entities respectfully suggest that the reply memorandum will assist the court in resolving the Motion to Clarify or Vacate the Contempt Order set to be heard on Friday, August 7.

- 2 -

Respectfully submitted,

/s/ L. Christopher Vejnoska

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Ian Johnson (CA Bar No. 208713) | Donna Phillips Currault (LA Bar No. 19533) |
| Andrew Davidson (CA Bar No. 266506) | Nina Wessel English (LA Bar No. 29176) |
| Jason Wu (CA Bar No. 279118) | Alex B. Rothenberg (LA Bar No. 34740) |
| Ian Fein (CA Bar No. 281394) | GORDON ARATA MCCOLLAM DUPLANTIS |
| Jason Cabot (CA Bar No. 288877) | & EAGAN LLC |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | 201 St. Charles Avenue, 40th Floor |
| The Orrick Building | New Orleans, LA 70170-4000 |
| San Francisco, CA 94105 | Tel: (504) 582-1111 |
| Tel.: 415-773-5700 | E-mail: eeagan@gordonarata.com |
| E-mail: cvejnoska@orrick.com | dcurrault@gordonarata.com |
| ijohnson@orrick.com | nenglish@gordonarata.com |
| adavidson@orrick.com | arothenberg@gordonarata.com |
| jmwu@orrick.com | |
| ifein@orrick.com | |
| jcabot@orrick.com | |
| | |
| James L. Stengel (NY Bar No. 1800556) | Jonathan Riddell (LA Bar No. 27053) |
| Xiang Wang (NY Bar No. 4311114) | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| Kelly Daley (NY Bar No. 4970117) | 400 Capitol Mall, Suite 3000 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Sacramento, CA 95814 |
| 51 West 52nd Street | Tel: 916-447-9200 |
| New York, NY, 10019 | Email: jriddell@orrick.com |
| Tel: 212-506-5000 | |
| Email: jstengel@orrick.com | |
| xiangwang@orrick.com | |
| kdaley@orrick.com | |

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Email:   eshumsky@orrick.com

*Attorneys for CNBM Entities*

Dated**:** August 4, 2015

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File a Reply to the PSC's Response in Opposition to the CNBM Entities' Motion to Clarify or Vacate the July 17, 2014 Contempt Order has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of August, 2015.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail:cvejnoska@orrick.com
*Counsel for CNBM Entities*