UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.)* | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**ORDER GRANTING THE CNBM ENTITIES' MOTION FOR LEAVE TO FILE A REPLY TO THE PSC'S RESPONSE IN OPPOSITION TO THE CNBM ENTITIES' MOTION TO CLARIFY OR VACATE THE JULY 17, 2014 CONTEMPT ORDER**

Upon consideration of the CNBM Entities' Motion for Leave to File a Reply to the PSC's Response in Opposition to the CNBM Entities' Motion to Clarify or Vacate the July 17, 2014 Contempt Order,

IT IS ORDERED that the Motion for Leave is GRANTED;

IT IS FURTHER ORDERED that the Clerk file the attached Reply to the PSC's Response in Opposition to the CNBM Entities' Motion to Clarify or Vacate the July 17, 2014 Contempt into the record.

New Orleans, Louisiana this _____ day of _____, 2015.

                                                                                                      _____
                                                                                                      Eldon E. Fallon
                                                                                                      U.S. District Court Judge