**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S AND**
**BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S**
**MOTION TO STRIKE AFFIDAVIT OF RUSS M. HERMAN**

Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") respectfully move the Court to Strike the Affidavit of Russ M. Herman. As set forth in BNBM PLC and BNBM Group's accompanying memorandum of law, this Court should strike Mr. Herman's affidavit (the "Affidavit") (Rec. Doc. 19354-1) because it asserts facts for which Mr. Herman does not have personal knowledge and is rife with inappropriate attorney argument.

Dated: August 4, 2015

Respectfully submitted,

**DENTONS US LLP**

By: */s/ Michael H. Barr*
Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

1

- and -

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

- and -

C. Michael Moore
Texas Bar No. 14323600
Gene R. Besen
Texas Bar No. 24045491
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

- and -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

***Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Beijing New Building Materials Public

Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Motion to Strike

Affidavit of Russ M. Herman has been served on Plaintiffs' Liaison Counsel, Leonard Davis,

and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and

e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in

accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the

Clerk of Court of the United States District Court for the Eastern District of Louisiana by using

the CM/ECF System, which will send a notice of electronic filing in accordance with the

procedures established in MDL 2047, on this August 4, 2015.


                                                     /s/      *Michael H. Barr*