**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## [PROPOSED] ORDER

Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") have moved the Court to Strike the Affidavit of Russ M. Herman.  Upon consideration of the Motion and the responses thereto, it is herby ordered that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2015.


_____
Eldon E. Fallon