# Exhibit 1

Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3

 4

 5                                      )

 6                                      )

 7                                      ) MDL No. 2047

 8   IN RE: CHINESE-MANUFACTURED       )

 9   DRYWALL PRODUCTS LIABILITY        ) SECTION: L

10   LITIGATION                         )

11                                      ) JUDGE FALLON

12                                      )

13                                      ) MAG. JUDGE WILKINSON

14

15                 ***** Confidential *****

16       ***** Subject to Further Confidentiality Review *****

17

18             VIDEOTAPED DEPOSITION OF JIN WOOH

19                      May 21, 2015

20                   Seattle, Washington

21

22

23             GOLKOW TECHNOLOGIES, INC.

24       877.370.3377 ph | 917.591.5672 fax

25                deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1                      MR. GAUGHAN:  What is the objection?

 2                      MR. PFAEHLER:  To the

 3       characterization that this is a letter of credit.

 4                      MR. GAUGHAN:  Okay.

 5   Q   (By Mr. Gaughan)  Can you tell me what this document is?

 6   A   It is a letter of credit-- excuse me, it is a copy of a

 7       letter of original credit.

 8   Q   I understand.

 9           Okay.  And who is the sending bank?

10   A   The sending bank is Industrial and Commercial Bank of

11       China.

12   Q   And that's not your bank, is it?

13   A   No, it's not.

14   Q   Do you know whose bank that is?

15   A   I have no idea.

16   Q   And is the date of issue on this letter of credit

17       February 5th, 2015?  Is that correct?

18   A   Yes.

19   Q   And in Asia, as elsewhere, they do the dates a little

20       differently than we do.  They list the year followed by

21       the month, by the day; is that correct?

22   A   I don't know.

23   Q   You don't know, okay.

24           That's all right.

25           But it does have a date of issue of 2015/02/05,
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q    (By Mr. Gaughan)  I am showing you what's been marked as

 2        Exhibit No. 9 to your deposition, which is WHI 90

 3        through 91.

 4             This is another letter of credit, correct?

 5   A    Yes.

 6   Q    Okay.  And do you know who the sending bank was?

 7   A    The sending bank is Beijing Rural Commercial Bank.

 8   Q    Do you know whose bank that is?

 9   A    I have no idea.

10   Q    And this document refers to a document credit number,

11        in, I guess, Paragraph No. 20.

12             Do you see that?

13   A    Yes.

14   Q    And this is LCSJQ 14219, correct?

15   A    Yes.

16   Q    And do you know what-- the date that this letter of

17        credit was prepared?

18   A    September 2nd, 2014.

19   Q    Okay.  And the applicant is Beijing New Building

20        Materials Company Limited; is that correct?

21   A    Yes, it is.

22   Q    And the beneficiary is WH International Inc.; is that

23        correct?

24   A    Yes, it is.

25   Q    And the amount is $98,000?
```

Confidential - Subject to Further Confidentiality Review

```
 1    A    Yes.

 2    Q    Okay.  And this refers to a contract number of

 3         WHI-140144?

 4    A    Yes.

 5    Q    At the top of Page 2?

 6    A    Yes.

 7    Q    Okay.  And that's one of the contracts we looked at

 8         today?

 9    A    Yes, it is.

10                          (Exhibit No. 10 marked for

11                              identification.)

12

13    Q    (By Mr. Gaughan)  Okay.  And this is another letter of

14         credit with a Bates number of WHI 92 to 94, and can you

15         tell me what this document is?

16    A    It is a letter of credit-- a copy of a letter of credit.

17    Q    Understood.

18             Who is the issuing bank?

19    A    Issuing bank is DBS Bank (China) Limited.

20    Q    And do you know the date of this letter of credit?

21    A    It was issued-- are you asking for the issuing date?

22    Q    Yes.

23    A    September 2nd, 2014.

24    Q    Okay.  And this refers to a sender reference number of

25         334-01-0008035; is that correct?
```

Confidential - Subject to Further Confidentiality Review

```
 1    A    Yes.

 2    Q    And the applicant is listed as Beijing New Building

 3         Materials Company Limited; is that correct?

 4    A    Yes, it is.

 5    Q    And the beneficiary is WH International Inc.; is that

 6         correct?

 7    A    Yes, it is.

 8    Q    And the currency amount is 485,000 U.S. dollars,

 9         correct?

10    A    Yes.

11    Q    If you look back to Exhibit No. 6, when you have a

12         chance-- do you have Exhibit No. 6?

13             Does this letter of credit correspond with the

14         contract that is marked as Exhibit No. 6?

15    A    Yes.

16    Q    Okay.  Thank you.

17                                  (Exhibit No. 11 marked for

18                                   identification.)

19

20    Q    (By Mr. Gaughan)  I am showing you what has been marked

21         as Exhibit No. 11, which is WHI 95 through 96.

22             Can you tell me what this document is?

23    A    It's a copy of a letter of credit.

24    Q    And who is the issuing bank?

25    A    The issuing bank is Beijing Rural Commercial Bank,
```

Confidential - Subject to Further Confidentiality Review

```
 1        Beijing, China.
 2   Q    And what is the date of this letter of credit?
 3   A    September 12, 2014.
 4   Q    And it refers to a documentary credit number of LCSJQ
 5        14239; is that correct?
 6            Do you see that?
 7   A    Yes.
 8   Q    And the applicant is listed as Beijing New Building
 9        Materials Company Limited; is that correct?
10   A    Yes.
11   Q    And the beneficiary is WH International Inc.?
12   A    Yes.
13   Q    And the amount of the letter of credit is $100,800 U.S.;
14        is that correct?
15   A    Yes, it is.
16   Q    And if you could turn back to what's been marked as
17        Exhibit No. 5.
18   A    Okay.
19   Q    And if you look at the contract number at the top of
20        that document and then look back at Exhibit No. 11, on
21        the second page, can you just confirm that that's the
22        same contract number?
23   A    Yes.
24   Q    Okay.  Thank you.
25        /////
```

Confidential - Subject to Further Confidentiality Review

```
 1                              (Exhibit No. 12 marked for

 2                               identification.)

 3

 4     Q    (By Mr. Gaughan)  And I am showing you what's been

 5          marked as WHI 97 through 99.

 6     A    Okay.

 7     Q    And what is this document?

 8     A    It's a copy of a letter of credit.

 9     Q    Okay.  And who is the issuing bank?

10     A    The issuing bank is DBS Bank (China) Limited.

11     Q    Do you know who holds a bank account there?

12     A    I do not.

13     Q    What is the date this letter of credit was issued?

14     A    10/22/14.

15     Q    And the letter of credit number is 334-01-0008231; is

16          that correct?

17     A    Yes, it is.

18     Q    Okay.  And it was issued on 10/22/14, correct?

19     A    Yes.

20     Q    And Beijing New Building Materials Company Limited is

21          listed as the applicant; is that correct?

22     A    Yes.

23     Q    And the beneficiary is WH International Inc.; is that

24          correct?

25     A    Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q   And the value of this letter of credit is $261,800; is

 2       that correct?

 3   A   Yes.

 4   Q   And if you could look back at Exhibit No. 7--

 5   A   Okay.

 6   Q   Does this involve-- does this letter of credit involve,

 7       to your knowledge, Exhibit No. 7?

 8   A   Yes, it does.

 9   Q   Okay.  Thank you.

10           When did you first hear of Beijing New Building

11       Materials?

12   A   I don't remember.

13   Q   Do you know how you first heard of that company?

14   A   Drawing up a contract.

15   Q   Okay.  Do you have any knowledge of what other companies

16       are affiliated with Beijing New Building Materials?

17   A   No, I don't, not--

18                   MR. PFAEHLER:  Objection to the form.

19   Q   (By Mr. Gaughan)  Do you have any knowledge of what the

20       parent corporation of Beijing New Building Materials is?

21   A   Not until I saw your subpoena, no.

22   Q   Okay.  Have you ever spoken to anyone at Beijing New

23       Building Materials?

24   A   No, I have not.

25   Q   Do you have an understanding that Beijing New Building
```

Confidential - Subject to Further Confidentiality Review

 1        Materials is controlled by the Chinese government?

 2                        MR. PFAEHLER:  Objection to form.

 3                        MR. CABOT:  Objection.

 4                        THE WITNESS:  I don't know.

 5   Q   (By Mr. Gaughan)  Do you have an understanding that the

 6        Chinese government has an ownership interest in Beijing

 7        New Building Materials?

 8   A   I don't know.

 9                        MR. PFAEHLER:  Multiple objections to

10        form.

11   Q   (By Mr. Gaughan)  And we spoke about Mr. Zhang; is that

12        correct?

13            Is that his name pronunciation?

14   A   Yes.

15   Q   Do you have any knowledge of who he would actually

16        communicate with at Beijing New Building Materials?

17   A   I don't know.

18   Q   And I take it, to your knowledge, you are not aware of

19        anyone from BNBM actually traveling to the United States

20        with respect to any of these contracts we discussed

21        today?

22   A   I am not aware?

23   Q   I am asking, are you aware?

24   A   I am not aware, no.

25   Q   Does anyone from your company actually travel to China

Confidential - Subject to Further Confidentiality Review

1        to meet with anyone from BNBM?

2    A   I don't know.

3    Q   Okay.  Who would know the answer to that question?

4    A   Simon would.

5    Q   But he's-- we are not going to call him or anything,

6        but-- so to your knowledge, you are not aware of

7        anything like that?

8    A   As far as-- I've been to China a couple times.  I have

9        never met anybody from BNBM.

10   Q   Did you meet with Mr. Zhang when you were there?

11   A   Yes.

12   Q   How many time haves you traveled to China to meet with

13       Mr. Zhang?

14   A   Within the last couple years, four times.

15   Q   Okay.  Did you meet with any customers during those

16       visits?

17   A   Yes.

18   Q   Okay.  No one from BNBM though, to your knowledge?

19   A   No.

20           I met Mr. Yin from Qingdao Youlin.

21   Q   Okay.

22   A   But that's not even close to BNBM.

23   Q   Was that just the one customer or did you meet with

24       anyone else?

25   A   Yes, he was our biggest customer for a long time, sir.

Confidential - Subject to Further Confidentiality Review

```
 1   Q   Are there any other companies you can identify that you

 2       met with?

 3   A   No.

 4   Q   Just the one customer then, but on multiple occasions?

 5   A   Yes.

 6   Q   I understand.

 7           What was the name of his company again?

 8   A   Qingdao Youlin.

 9   Q   Was that one of the-- did we see that entity listed?

10   A   No.  It was Qingdao something else.

11   Q   Okay.  I understand.

12           Now, with respect to the-- I guess the lumber--

13       timber that you shipped to China on these various

14       contracts that we talked about today, do you know who

15       was responsible for inspecting those shipments for

16       conformity to your contracts with BNBM?

17   A   In China or in the United States?

18   Q   Well, okay, I guess that's a good question.

19           Who would inspect for conformity and where, with

20       respect to your contracts with BNBM?

21   A   I don't know.

22   Q   Okay.  Was there an inspection here in the United States

23       by someone?  Do you know?

24   A   To confirm that 661-- how many actual pieces were

25       shipped into the cans and stuff-- can you clarify your
```

Confidential - Subject to Further Confidentiality Review

1          I mean, we can just add up all the contracts here

2     and get the contract number if you want, but--

3  Q   No.  I'm just asking if you had an independent-- so you

4     think it was over a million dollars?

5                    MR. PFAEHLER:  Objection to form.

6     That wasn't his testimony.

7                    THE WITNESS:  Around a million

8     dollars.

9  Q   (By Mr. Gaughan)  Around a million dollars, okay.

10         Now, with respect to these various contracts we've

11    looked at today, have you ever provided any compensation

12    directly to BNBM?

13 A   No, we have not.

14 Q   Do you have any current contracts with BNBM?

15 A   No, we don't.

16 Q   And do you have any outstanding obligations on any prior

17    contracts with BNBM?

18 A   No, we don't.

19 Q   Do you have any knowledge of BNBM having any bank

20    accounts in the United States?

21 A   I have no idea.

22 Q   Any real estate you're aware of?

23 A   I have no idea.

24         I don't know.

25 Q   How about anything like warehouses, anything like that?

Confidential - Subject to Further Confidentiality Review

1    Q    And do you know if anyone at WH International, in the

2         United States, has ever e-mailed directly with BNBM?

3    A    No, we have not.

4    Q    Now, Mr. Zhang is a contractor who works-- or a

5         representative who works for WH International; is that

6         correct?

7    A    Yes.

8    Q    And when a transaction occurs, Mr. Zhang is compensated

9         by WH International; is that correct?

10   A    Yes.

11   Q    On a commission basis; is that correct?

12   A    Yes.

13   Q    Mr. Zhang arranges transactions with a wide number of

14        customers; is that fair to say?

15   A    Yes.

16   Q    And most of those transactions, the great majority, do

17        not involve BNBM; is that fair to say?

18   A    I don't know.

19                      MR. GAUGHAN:  Object to form.

20   Q    (By Mr. Pfaehler)  Okay.  Can you approximate for me how

21        many of those transactions involve BNBM?

22   A    Less than five percent.

23   Q    Thank you.

24        Is it your understanding, in the timber sales we've

25        been looking at this morning and that you've been asked

Confidential - Subject to Further Confidentiality Review

1        about, that BNBM was not the ultimate customer for that

2        timber?

3            Was that your understanding?

4   A   Yes.

5   Q   Can you describe for me what you understood BNBM's role

6        to be in those transactions?

7   A   As far as I'm concerned, BNBM is a letter of credit

8        company that issues the letter of credit for the

9        ultimate buyer, the end user.

10   Q   And who chooses BNBM to be involved in any particular

11        transaction?

12   A   I don't know.

13   Q   Is that a choice the ultimate customer makes?

14               MR. GAUGHAN:  Objection to the form.

15               THE WITNESS:  I don't know the

16        concrete answer, absolute answer, so I don't know.

17   Q   (By Mr. Pfaehler)  WH International doesn't choose BNBM,

18        does it?

19   A   No, we do not.

20   Q   Chinese customers looking to buy timber from WH

21        International often communicate directly with Mr. Zhang;

22        isn't that correct?

23   A   Yes.

24   Q   And that includes customers who are involved in the

25        transaction with BNBM provides letters of credit; is

TRANSACTION INFORMATION

```
Transaction Type:        Incoming 700 Issue of a Documentary Credit
Sending Bank:            ICBKCNBJABJM
                         INDUSTRIAL AND COMMERCIAL BANK OF CHINA
                         (BEIJING MUNICIPAL BRANCH)
                         BEIJING CHINA
Input Session/Sequence:  2976/350906
Input Time/Date:         18:10 2015/02/05

Receiving Bank:          USBKUS44ASEA
                         U.S. BANK
                         (SEATTLE INTERNATIONAL DEPARTMENT)
                         SEATTLE,WA UNITED STATES OF AMERICA
Output Time/Date:        04:10 2015/02/05
Session/Sequence:        2904/132868
```

TRANSACTION DETAIL

```
27:   Sequence of Total
      1/1
40A:  Form of Documentary Credit
      IRREVOCABLE
20:   Documentary Credit Number
      LC11109B500804
31C:  Date of Issue
      2015/02/05
40E:  Applicable Rules
      UCP LATEST VERSION
31D:  Date and Place of Expiry
      2015/04/15USA
50:   Applicant
      BEIJING NEW BUILDING MATERIALS CO.,
      LTD
      (ADDRESS SEE TAG 72)
59:   Beneficiary
      W.H. INTERNATIONAL INC.
      5105,191ST STREET,SOUTHWEST,
      LYNNWOOD,WA 98036,USA
32B:  Currency Code, Amount
      USD 129,500.
39A:  Percentage Credit Amount Tolerance
      10/10
41D:  Available With ... By ...
      ANY BANK
      BY NEGOTIATION
42C:  Drafts at ...
      AT SIGHT FOR 100PCT OF INVOICE
      VALUE
42A:  Drawee
      ICBKCNBJBJM
      INDUSTRIAL AND COMMERCIAL BANK OF CHINA
      (BEIJING MUNICIPAL BRANCH)
      BEIJING CHINA
43P:  Partial Shipments
      ALLOWED
43T:  Transhipment
      ALLOWED
44E:  Port of Loading/Airport of Departure
      SEATTLE OR TACOMA,USA
44F:  Port of Discharge/Airport of Destination
      DALIAN,CHINA
44C:  Latest Date of Shipment
      2015/03/31
45A:  Description of Goods and/or Services
      COMMODITY:USA ROUND LOGS DOUGLAS FIR
      QUANTITY:135 MBF
      PRICE TERM:CFR DALIAN,CHINA
      TOTAL VALUE:USD129,500.00
46A:  Documents Required
```

EXHIBIT
8
WHT Wood SALES

+SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES INDICATING
L/C NO. AND CONTRACT NO.WHI-150006
+FULL SET (INCLUDING 3/3 ORIGINALS AND 3 COPIES) OF CLEAN ON
BOARD OCEAN BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED,
MARKED 'FREIGHT PREPAID',NOTIFYING APPLICANT WITH FULL NAME AND
ADDRESS.
+PACKING LIST IN 3 ORIGINALS AND 3 COPIES
47A:    Additional Conditions
+THIRD PARTY AS SHIPPER IS ACCEPTABLE
+THIRD PARTY DOCUMENTS EXCEPT COMMERCIAL INVOICE AND DRAFT ARE
ACCEPTABLE
+SHOULD THE DISCREPANCY BEING ACCEPTED BY THE APPLICANT AND
ACCEPTABLE TO US,WE SHALL RELEASE THE DOCUMENTS TO THEM WITHOUT
FURTHER NOTICE TO YOU UNLESS YOUR INSTRUCTION TO THE CONTRARY
RECEIVED PRIOR TO OUR RELEASE OF DOCUMENTS.
+UNLESS OTHERWISE STIPULATED IN THE CREDIT, ALL DOCUMENTS MUST BE
ISSUED IN ENGLISH.
71B:    Charges
ALL BANKING CHARGES AND INTEREST IF
ANY OUTSIDE THE ISSUING BANK,AND
REIMBURSEMENT CHARGES ARE FOR
ACCOUNT OF BENEFICIARY.
48:    Period for Presentation
DOCUMENTS TO BE PRESENTED WITHIN 15
DAYS AFTER DATE OF SHIPMENT BUT
WITHIN THE VALIDITY OF THE CREDIT.
49:    Confirmation Instructions
WITHOUT
78:    Instructions to the Paying/Accepting/Negotiating Bank
ALL DOCUMENTS ARE TO BE DESPATCHED IN ONE SET TO INT'L DEPT,ICBC
ZHONGGUANCUN SUB-BRANCH RM 301, BLDG 1, NO.2 SHANGDIXINXI RD.,
HAIDIAN DISTRICT 100085 BEIJING CHINA TEL:82896267.
AN EXTRA COPY OF TRANSPORT DOCUMENTS AND INVOICE FOR ISSUING
BANK'S FILE IS REQUIRED.
UPON RECEIPT OF THE DOCUMENTS COMPLIED WITH L/C TERMS,WE WILL
REMIT THE PROCEEDS IN ACCORDANCE WITH THE NEGOTIATING BANK'S
INSTRUCTIONS.
USD50.00 OR EQUIVALENT WILL BE DEDUCTED FROM THE PROCEEDS WHEN
DOCUMENTS ARE PRESENTED WITH DISCREPANCY(IES).
72:    Sender to Receiver Information
10 FLOOR, BUILDING 4, INTERWEST
BUSINESS CENTRE, NO.9 SHOUTI SOUTH
ROAD, HAIDIAN DIST. BEIJING,CHINA
TEL:86-10-68799778
FAX:86-10-68799756

{END 700 Issue of a Documentary Credit LC11109B500804 Message}

WHI 000088

```
U.S. Bank National Association          SWIFT   : USBKUS44SEA
International Dept., PD-WA-T9IN          Phone   : 206-344-3711
1420 Fifth Avenue, 9th Floor            Fax     : 206-344-5374
Seattle, WA  98101  U.S.A.
```

                              LETTER OF CREDIT
02/05/15                      ADVISING COVER LETTER
                              **********************

W.H.INTERNATIONAL INC.
5105 191 ST. S.W.
LYNNWOOD, WA 98036 USA

Attn: JIN WOOH

```
===============================================================
    U. S. Bank Reference Number    ELCSEA150737
    Letter of Credit Number        LC11109B500804
    Applicant                      BEIJING NEW BUILDING MATERIALS CO.,LTD
    Issuing Bank                   INDUSTRIAL AND COML BANK OF CHINA
                                   INT'L ICBC ZHONGGUANCUN SUB-BRANCH
                                   RM 301,BLDG 1, NO.2 SHANGDISINXI RD
                                   HAIDIAN DIST.100085 BEIJING CHINA
===============================================================
```

Please be advised that we are in receipt of a new Letter of Credit that
will be transmitted electronically to you.
We will hold the original in our file for safekeeping.

This Letter of Credit is subject to the "Uniform Customs and Practice
for Documentary Credits" (2007 Revision), International Chamber of
Commerce Publication No. 600.

This is to serve solely as our advice to you of this Letter of Credit
and conveys no obligation or engagement on our part. Please examine
this Letter of Credit carefully. If you are unable to comply with its
terms and conditions, please contact your buyer immediately to arrange
for an amendment.

*When presenting documents for negotiation, please provide an EXTRA
 COPY of each required document for our records.

PLEASE NOTE: US Bank N.A. will only determine compliance of documents
presented in the English language except as follows. The name of a
person or entity, any stamps, legalization, or endorsements, shown on a
document may be in a language other than English.  Documents which show
pre-printed field headings in both English and a second language are
also acceptable.  Otherwise, such documents will require a certified
translation which shall be at your expense. US Bank will not be
responsible for any delays caused by obtaining such a translation.

Pursuant to U.S. Law, we are required to obtain, verify, and record
information that identifies parties to the transaction and we are
prohibited from issuing, transferring, accepting, or effecting payment
to any party or entity identified by the U.S. Dept. of Treasury
including any office and bureau thereof or subject to the denial of
export privileges by the U.S. Dept. of Commerce.

This electronic notification requires no signature.               SXO7

WHI 000089

TRANSACTION INFORMATION

```
Transaction Type:          Incoming 700 Issue of a Documentary Credit
Sending Bank:              BRCBCNBJAXXX
                           BEIJING RURAL COMMERCIAL BANK
                           BEIJING CHINA
Input Session/Sequence:    2696/028588
Input Time/Date:           16:55 2014/09/02


Receiving Bank:            USBKUS44ASEA
                           U.S. BANK
                           (SEATTLE INTERNATIONAL DEPARTMENT)
                           SEATTLE,WA UNITED STATES
Output Time/Date:          03:55 2014/09/02
Session/Sequence:          2879/680920


Message User Reference:  1409020000017236

TRANSACTION DETAIL

   27:    Sequence of Total
          1/1
   40A:   Form of Documentary Credit
          IRREVOCABLE
   20:    Documentary Credit Number
          LCSJQ14219
   31C:   Date of Issue
          2014/09/02
   40E:   Applicable Rules
          UCP LATEST VERSION
   31D:   Date and Place of Expiry
          2014/10/15USA
   50:    Applicant
          BEIJING NEW BUILDING MATERIALS
          CO.,LTD.
          (ADDRESS PLS SEE FIELD 47A)
   59:    Beneficiary
          W.H.INTERNATIONAL INC.
          5105,191 STREET,SW,LYNNWOOD,WA
          98036,USA
   32B:   Currency Code, Amount
          USD 98,000.
   39A:   Percentage Credit Amount Tolerance
          10/10
   41D:   Available With ... By ...
          ANY BANK
          BY NEGOTIATION
   42C:   Drafts at ...
          AT SIGHT FOR 100 PCT OF INVOICE
          VALUE
   42A:   Drawee
          BRCBCNBJ
          BEIJING RURAL COMMERCIAL BANK
          BEIJING CHINA
   43P:   Partial Shipments
          ALLOWED
   43T:   Transhipment
          ALLOWED
   44E:   Port of Loading/Airport of Departure
          SEATTLE OR TACOMA,USA
   44F:   Port of Discharge/Airport of Destination
          DALIAN,CHINA
   44C:   Latest Date of Shipment
          2014/09/30
   45A:   Description of Goods and/or Services
          USA ROUND LOGS
          DOUGLAS FIR 100MBF
          +TOTAL VALUE: USD98,000.00
          +PRICE TERMS: CFR DALIAN,CHINA
   46A:   Documents Required
```



WHI 000090

+SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES
INDICATING L/C NO. AND CONTRACT NO.WHI-140144
+FULL SET(3 ORIGINALS AND 3 COPIES) OF CLEAN ON BOARD OCEAN
BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED
MARKED 'FREIGHT PREPAID' NOTIFYING APPLICANT WITH FULL NAME AND
ADDRESS.
+PACKING LIST IN 3 ORIGINALS AND 3 COPIES.

47A:   Additional Conditions
+THE APPLICANT'S ADDRESS:10 FLOOR,BUILDING 4, INTERWEST
BUSINESS CENTER,NO.9, SHOUTI SOUTH ROAD, HAIDIAN DIST.,
BEIJING, CHINA.TEL:86-10-68799778, FAX:86-10-68799756
+BOTH QUANTITY AND AMOUNT 10 PERCENT MORE OR LESS ALLOWED
+IN CASE OF ANY SUBSEQUENT AMENDMENT UNDER THIS CREDIT BEING
REJECTED BY THE BENEFICIARY, A CERTIFICATE OF REJECTION IS
REQUIRED. FAILED TO GIVE SUCH NOTIFICATION, THE AMENDMENT WILL
BE DEEMED TO BE ACCEPTED BY THE BENEFICIARY
+NOTWITHSTANDING THE PROVISIONS OF UCP LATEST VERSION,IF OUR
BANK GIVES NOTICES OF REFUSAL OF DOCUMENTS PRESENTED UNDER THIS
CREDIT, IT SHALL, HOWEVER, RETAIN THE RIGHT TO ACCEPT A WAIVER
OF DISCREPANCIES FROM THE APPLICANT AND SUBJECT TO SUCH WAIVER
BEING ACCEPTABLE TO US, TO RELEASE DOCUMENTS AGAINST THAT WAIVER
WITHOUT REFERENCE TO THE PRESENTER PROVIDED THAT NO WRITTEN
INSTRUCTIONS TO THE CONTRARY HAVE BEEN RECEIVED BY US FROM THE
PRESENTER BEFORE THE RELEASE OF DOCUMENTS. ANY SUCH RELEASE
PRIOR TO RECEIPT OF CONTRARY INSTRUCTIONS SHALL NOT CONSTITUTE A
FAILURE ON OUR PART TO HOLD THE DOCUMENTS AT THE PRESENTER'S
RISK AND DISPOSAL AND WE WILL HAVE NO LIABILITY TO THE PRESENTER
IN RESPECT OF ANY SUCH RELEASE.
+WERE THE DOCUMENTS THUS DETERMINED TO BE COMPLYING LOST IN
TRANSIT AFTER BEING SENT BY THE NOMINATED BANK, THE ISSUING BANK
SHOULD BE ENTITLED TO EXAMINE THE COPIES OF THE DOCUMENTS TO
DETERMINE IF THEY COMPLY WITH THE TERMS OF THE CREDIT(EXCEPT FOR
THE QUESTION OF ORIGINALITY) AND TO REFUSE REIMBURSEMENT TO THE
NOMINATED BANK SHOULD THE ISSUING BANK DETERMINE THAT THE
DOCUMENTS DO NOT COMPLY WITH THE TERMS OF THE CREDIT.
ARTICLE 35, TO THE EXTENT IT IS INCONSISTENT WITH THE
FOREGOING, IS EXPRESSLY EXCLUDED

71B:   Charges
ALL BANKING CHARGES AND INTEREST
IF ANY OUTSIDE ISSUING BANK ARE
FOR ACCOUNT OF BENEFICIARY.

48:    Period for Presentation
DOCUMENTS TO BE PRESENTED WITHIN
15 DAYS AFTER THE DATE OF SHIPMENT
BUT WITHIN THE VALIDITY OF THE
CREDIT.

49:    Confirmation Instructions
WITHOUT

78:    Instructions to the Paying/Accepting/Negotiating Bank
+ALL DOCUMENTS TO BE DESPATCHED TO INT'L DEPARTMENT OF ISSUING
BANK AT ROOM 1102,NO.16,CHAOYANGMEN NORTH STREET, CHAOYANG
DISTRICT, BEIJING,P.R.CHINA. 100020, TEL: +86 10 85605773/2/1
+AN EXTRA COPY OF SHIPPING DOCUMENTS AND INVOICE FOR ISSUING
BANK'S FILE IS REQUIRED
+UPON RECEIPT OF ALL DOCUMENTS IN COMPLIANCE WITH THE TERMS AND
CONDITIONS OF THE CREDIT,WE WILL DULY HONOR AS PER THE
PRESENTING BANK'S INSTRUCTIONS
+USD50.00 OR EQUIVALENT WILL BE DEDUCTED FROM THE PROCEEDS WHEN
DOCUMENTS ARE PRESENTED WITH DISCREPANCY

{END 700 Issue of a Documentary Credit LCSJQ14219 Message}

WHI 000091

```
TRANSACTION INFORMATION

Transaction Type:        Incoming 710 Advice of a Third Bank's or a Non-Bank's Documentary Credit
Sending Bank:            DBSSCNSHAXXX
                         DBS BANK (CHINA) LIMITED
                         (SHANGHAI BRANCH)
                         SHANGHAI CHINA
Input Session/Sequence:  4476/650771
Input Time/Date:         17:21 2014/09/02

Receiving Bank:          USBKUS44ASEA
                         U.S. BANK
                         (SEATTLE INTERNATIONAL DEPARTMENT)
                         SEATTLE,WA UNITED STATES
Output Time/Date:        04:21 2014/09/02
Session/Sequence:        2879/680998

TRANSACTION DETAIL

  27:   Sequence of Total
        1/1
  40B:  Form of Documentary Credit
        IRREVOCABLE
        WITHOUT OUR CONFIRMATION
  20:   Sender's Reference
        334-01-0008035
  21:   Documentary Credit Number
        334-01-0008035
  31C:  Date of Issue
        2014/09/02
  40E:  Applicable Rules
        UCPURR LATEST VERSION
  31D:  Date and Place of Expiry
        2014/10/30 IN UNITED STATES
  52D:  Issuing Bank
        DBS BANK (CHINA) LIMITED
        UNIT 101, 2105-08 FORTUNE FINANCIAL
        CENTER NO.5 EAST 3RD RING ROAD
        BEIJING 100033 CHINA
  50:   Applicant
        BEIJING NEW BUILDING MATERIALS CO.
        LTD    10/F,BUILDING 4,INTERWEST
        BUSINESS CENTER,NO.9 SOUTH RD,
        SHOUTI HAIDIAN DIST,BEIJING,CHINA
  59:   Beneficiary
        W.H. INTERNATIONAL INC
        5105,191ST STREET SOUTHWEST
        LYNNWOOD WA 98036 USA
  32B:  Currency Code, Amount
        USD 485,000.
  41D:  Available With ... By ...
        ANY BANK
        BY NEGOTIATION
  42C:  Drafts at ...
        90 DAYS AFTER SIGHT
  42D:  Drawee
        DBS BANK (CHINA) LIMITED
        BEIJING BRANCH
  43P:  Partial Shipments
        ALLOWED
  43T:  Transhipment
        ALLOWED
  44E:  Port of Loading/Airport of Departure
        SEATTLE OR TACOMA,USA
  44F:  Port of Discharge/Airport of Destination
        SHANGHAI,CHINA
  44C:  Latest Date of Shipment
        2014/10/15
  45A:  Description of Goods and/or Services
        PRICE TERM: C F R SHANGHAI,CHINA
```



WHI 000092

```
           USA ROUND LOGS 500MBF USD485,000.00
46A:    Documents Required
        + SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES.
        + PACKING LIST IN 3 ORIGINALS AND 3 COPIES.
        + FULL (3 ORIGINALS AND 3 COPIES) SET OF CLEAN ON BOARD OCEAN
        BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED MARKED
        ''FREIGHT PREPAID'' NOTIFYING APPLICANT WITH FULL NAME AND
        ADDRESS.
47A:    Additional Conditions
        FOR ALL COMMUNICATION, PLEASE SEND SWIFT TO DBS BANK (CHINA)
        LIMITED , BEIJING BRANCH DBSSCNSHBJG QUOTING OUR REFERENCE
        334-01-0008035
        + ALL PARTIES TO THIS DOCUMENTARY CREDIT ARE ADVISED THAT THERE
        ARE SPECIFIC SANCTIONS AND REGULATIONS IMPOSED AND ENFORCED BY
        THE US, UN, EU AND OTHER GOVERNMENTAL AND/OR REGULATORY
        AUTHORITIES AGAINST CERTAIN COUNTRIES, ENTITIES AND/OR
        INDIVIDUALS. UNDER THESE MEASURES, THE BANK AND OTHER PARTIES
        MAY BE UNABLE TO PROCESS OR ENGAGE IN TRANSACTIONS WHICH
        INVOLVE A BREACH OF THE SANCTIONS AND THE AUTHORITIES MAY
        REQUIRE DISCLOSURE OF INFORMATION. THE BANK ASSUMES NO
        LIABILITY FOR REJECTING ANY PRESENTATION OF DOCUMENTS THAT MAY
        VIOLATE THE AFORESAID CONDITION AND ANY LOSS, DAMAGES OR DELAY
        ARISING DIRECTLY OR INDIRECTLY IN CONNECTION WITH THE AFORESAID
        MATTERS.
        + 10/10 PERCENT MORE OR LESS BOTH IN QUANTITY SHIPPED AND CREDIT
        AMOUNT DRAWN IS ACCEPTABLE.
        + NOTWITHSTANDING THE LC TENOR IN FIELD 42C, THE NEGOTIATING BANK
        IS AUTHORISED TO CLAIM REIMBURSEMENT FROM REIMBURSING BANK AFTER
        RECEIPT OF ACCEPTANCE MESSAGE FROM ISSUING BANK.
        + REIMBURSEMENT INTEREST WILL BE BORNE BY APPLICANT AND THE
        MAXIMUM FINANCING INTEREST IS USD50,000.00 AND ALL THE OTHER
        BANKING CHARGES OUTSIDE THE ISSUING BANK INCLUDING REIMBURSEMENT
        BANK'S CHARGE ARE FOR ACCOUNT OF BENEFICIARY.
        + REIMBURSING BANK: DBS BANK LTD. SINGAPORE SG.
        + THIRD PARTY SHIPPING DOCUMENTS ACCEPTABLE.
        + ON EACH DRAWING UNDER OUR LETTER OF CREDIT, A DISCREPANCY
        FEE FOR USD60.00 (OR EQUIVALENT) PLUS RELATIVE CABLE CHARGES
        WILL BE CHARGED AND DEDUCTED FROM OUR PAYMENT/THE REIMBURSEMENT
        CLAIM ON THE DISCREPANT DOCUMENTS. ADDITIONAL FEE FOR USD25.00
        WILL ALSO BE CHARGED ON EACH ADDITIONAL SET OF DOCUMENT (A
        'SET' OF DOCUMENT WOULD INCLUDE ONE SET OF INVOICE PLUS
        RELATIVE TRANSPORT DOCUMENTS) UNDER THE SAME DRAWING.
        NOTWITHSTANDING ANY INSTRUCTIONS TO THE CONTRARY, THIS
        CHARGES SHALL BE FOR THE ACCOUNT OF THE BENEFICIARY.
        + THE ISSUING BANK SHALL BE ENTITLED TO REQUIRE THE NOMINATED
        BANK TO SEND COPIES OF ALL THE DOCUMENTS PRESENTED UNDER THE
        CREDIT AND WHICH THE NOMINATED BANK HAS DETERMINED TO BE A
        COMPLYING PRESENTATION. WERE THE DOCUMENTS THUS DETERMINED TO BE
        COMPLYING LOST IN TRANSIT AFTER BEING SENT BY THE NOMINATED BANK,
        THE ISSUING BANK SHOULD BE ENTITLED TO EXAMINE THE COPIES OF THE
        DOCUMENTS TO DETERMINE IF THEY COMPLY WITH THE TERMS OF THE
        CREDIT (EXCEPT FOR THE QUESTION OF ORIGINALITY) AND TO REFUSE
        REIMBURSEMENT TO THE NOMINATED BANK SHOULD THE ISSUING BANK
        DETERMINE THAT THE DOCUMENTS DO NOT COMPLY WITH THE TERMS OF THE
        CREDIT. ARTICLE 35, TO THE EXTENT IT IS INCONSISTENT WITH THE
        FOREGOING, IS EXPRESSLY EXCLUDED.
        + PLEASE BE INFORMED THAT SATURDAY AND SUNDAY ARE TO BE
        CONSIDERED AS A NON-BANKING/NON-BUSINESS DAY FOR OUR TRADE
        FINANCE PROCESSING / OPERATIONS UNIT ALTHOUGH OUR BANK MAY
        OTHERWISE TO BE OPENED FOR OTHER BUSINESS.
        + ALL DOCUMENTS MUST BE ISSUED IN ENGLISH.
71B:    Charges
        SEE 47A
48:     Period for Presentation
        ALL DOCUMENTS MUST BE PRESENTED FOR
        NEGOTIATION WITHIN 15 DAYS AFTER
        DATE OF SHIPMENT BUT WITHIN
        VALIDITY OF THIS CREDIT
49:     Confirmation Instructions
        WITHOUT
```

78:     Instructions to the Paying/Accepting/Negotiating Bank
        + AN EXTRA COPY OF INVOICE, FORWARDER/APPLICANT'S CARGO RECEIPT
        OR BILL OF LADING OR AIR WAYBILL, IF APPLICABLE, MUST BE
        FURNISHED TO LC ISSUING BANK FOR OUR OWN RECORD.
        + DOCUMENTS TO BE DESPATCHED TO DBS BANK (CHINA) LIMITED ,
        BEIJING BRANCH UNIT 101, 2105-08 FORTUNE FINANCIAL CENTER NO.5
        EAST 3RD RING ROAD BEIJING 100033 CHINA THROUGH PRESENTING BANK
        IN ONE LOT BY DHL/COURIER SERVICES.
        + PRESENTING BANK MUST CERTIFY ON ITS COVERING SCHEDULE THAT THE
        AMOUNT OF EACH DRAWING HAS BEEN ENDORSED ON THE ORIGINAL CREDIT.
        + REIMBURSE YOURSELVES ON THE REIMBURSING BANK AT SIGHT BASIS
        AFTER RECEIPT OF ACCEPTANCE MESSAGE FROM ISSUING BANK.

        {END 710 Advice of a Third Bank's or a Non-Bank's Documentary Credit 334-01-0008035
Message}

WHI 000094

TRANSACTION INFORMATION

Transaction Type:       Incoming 700 Issue of a Documentary Credit
Sending Bank:           BRCBCNBJAXXX
                        BEIJING RURAL COMMERCIAL BANK
                        BEIJING CHINA
Input Session/Sequence: 2697/028843
Input Time/Date:        16:55 2014/09/12

Receiving Bank:         USBKUS44ASEA
                        U.S. BANK
                        (SEATTLE INTERNATIONAL DEPARTMENT)
                        SEATTLE,WA UNITED STATES
Output Time/Date:       03:55 2014/09/12
Session/Sequence:       2880/712835

Message User Reference: 1409120000017478

TRANSACTION DETAIL

    27:    Sequence of Total
           1/1
    40A:   Form of Documentary Credit
           IRREVOCABLE
    20:    Documentary Credit Number
           LCSJQ14239
    31C:   Date of Issue
           2014/09/12
    40E:   Applicable Rules
           UCP LATEST VERSION
    31D:   Date and Place of Expiry
           2014/11/15USA
    50:    Applicant
           BEIJING NEW BUILDING MATERIALS
           CO.,LTD.
    59:    Beneficiary
           W.H.INTERNATIONAL INC.
           5105,191 STREET,SW,LYNNWOOD,WA
           98036,USA
    32B:   Currency Code, Amount
           USD 100,800.
    39A:   Percentage Credit Amount Tolerance
           10/10
    41D:   Available With ... By ...
           ANY BANK
           BY NEGOTIATION
    42C:   Drafts at ...
           AT SIGHT FOR 100 PCT OF INVOICE
           VALUE
    42A:   Drawee
           BRCBCNBJ
           BEIJING RURAL COMMERCIAL BANK
           BEIJING CHINA
    43P:   Partial Shipments
           ALLOWED
    43T:   Transhipment
           ALLOWED
    44E:   Port of Loading/Airport of Departure
           SEATTLE OR TACOMA,USA
    44F:   Port of Discharge/Airport of Destination
           DALIAN,CHINA
    44C:   Latest Date of Shipment
           2014/10/30
    45A:   Description of Goods and/or Services
           USA ROUND LOGS
           DOUGLAS FIR 104MBF
           TOTAL VALUE:USD100,800.00
           PRICE TERM: CFR DALIAN,CHINA
    46A:   Documents Required
           +SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES



```
              INDICATING L/C NO. AND CONTRACT NO.WHI-140162
             .+FULL SET ( 3 ORIGINALS AND 3 COPIES) OF CLEAN ON BOARD OCEAN
              BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED
              MARKED 'FREIGHT PREPAID'NOTIFYING APPLICANT WITH FULL
              NAME AND ADDRESS
              +PACKING LIST IN 3 ORIGINALS AND 3 COPIES.
47A:          Additional Conditions
              +THE APPLICANT'S ADDRESS:10 FLOOR,BUILDING 4, INTERWEST
              BUSINESS CENTER,NO.9, SHOUTI SOUTH ROAD, HAIDIAN DIST.,
              BEIJING, CHINA.TEL:86-10-68799778.FAX:86-10-68799756
              +BOTH QUANTITY AND AMOUNT 10 PERCENT MORE OR LESS ALLOWED
              +IN CASE OF ANY SUBSEQUENT AMENDMENT UNDER THIS CREDIT BEING
              REJECTED BY THE BENEFICIARY, A CERTIFICATE OF REJECTION IS
              REQUIRED. FAILED TO GIVE SUCH NOTIFICATION, THE AMENDMENT WILL
              BE DEEMED TO BE ACCEPTED BY THE BENEFICIARY
              +NOTWITHSTANDING THE PROVISIONS OF UCP LATEST VERSION,IF OUR
              BANK GIVES NOTICES OF REFUSAL OF DOCUMENTS PRESENTED UNDER THIS
              CREDIT, IT SHALL, HOWEVER, RETAIN THE RIGHT TO ACCEPT A WAIVER
              OF DISCREPANCIES FROM THE APPLICANT AND SUBJECT TO SUCH WAIVER
              BEING ACCEPTABLE TO US, TO RELEASE DOCUMENTS AGAINST THAT WAIVER
              WITHOUT REFERENCE TO THE PRESENTER PROVIDED THAT NO WRITTEN
              INSTRUCTIONS TO THE CONTRARY HAVE BEEN RECEIVED BY US FROM THE
              PRESENTER BEFORE THE RELEASE OF DOCUMENTS. ANY SUCH RELEASE
              PRIOR TO RECEIPT OF CONTRARY INSTRUCTIONS SHALL NOT CONSTITUTE A
              FAILURE ON OUR PART TO HOLD THE DOCUMENTS AT THE PRESENTER'S
              RISK AND DISPOSAL AND WE WILL HAVE NO LIABILITY TO THE PRESENTER
              IN RESPECT OF ANY SUCH RELEASE.
              +WERE THE DOCUMENTS THUS DETERMINED TO BE COMPLYING LOST IN
              TRANSIT AFTER BEING SENT BY THE NOMINATED BANK, THE ISSUING BANK
              SHOULD BE ENTITLED TO EXAMINE THE COPIES OF THE DOCUMENTS TO
              DETERMINE IF THEY COMPLY WITH THE TERMS OF THE CREDIT(EXCEPT FOR
              THE QUESTION OF ORIGINALITY) AND TO REFUSE REIMBURSEMENT TO THE
              NOMINATED BANK SHOULD THE ISSUING BANK DETERMINE THAT THE
              DOCUMENTS DO NOT COMPLY WITH THE TERMS OF THE CREDIT.
              ARTICLE 35, TO THE EXTENT IT IS INCONSISTENT WITH THE
              FOREGOING, IS EXPRESSLY EXCLUDED
71B:          Charges
              ALL BANKING CHARGES AND INTEREST
              IF ANY OUTSIDE ISSUING BANK ARE
              FOR ACCOUNT OF BENEFICIARY.
48:           Period for Presentation
              DOCUMENTS TO BE PRESENTED WITHIN
              15 DAYS AFTER THE DATE OF ISSUANCE
              OF THE TRANSPORT DOCUMENT(S) BUT
              WITHIN THE VALIDITY OF THE CREDIT.
49:           Confirmation Instructions
              WITHOUT
78:           Instructions to the Paying/Accepting/Negotiating Bank
              +ALL DOCUMENTS TO BE DESPATCHED TO INT'L DEPARTMENT OF ISSUING
              BANK AT ROOM 1102,NO.16,CHAOYANGMEN NORTH STREET, CHAOYANG
              DISTRICT, BEIJING,P.R.CHINA. 100020, TEL: +86 10 85605773/2/1
              +AN EXTRA COPY OF SHIPPING DOCUMENTS AND INVOICE FOR ISSUING
              BANK'S FILE IS REQUIRED
              +UPON RECEIPT OF ALL DOCUMENTS IN COMPLIANCE WITH THE TERMS AND
              CONDITIONS OF THE CREDIT,WE WILL DULY HONOR AS PER THE
              PRESENTING BANK'S INSTRUCTIONS
              +USD50.00 OR EQUIVALENT WILL BE DEDUCTED FROM THE PROCEEDS WHEN
              DOCUMENTS ARE PRESENTED WITH DISCREPANCY

              {END 700 Issue of a Documentary Credit LCSJQ14239 Message}
```

TRANSACTION INFORMATION

Transaction Type:      Incoming 710 Advice of a Third Bank's or a Non-Bank's Documentary Credit
Sending Bank:          DBSSCNSHAXXX
                       DBS BANK (CHINA) LIMITED
                       (SHANGHAI BRANCH)
                       SHANGHAI CHINA
Input Session/Sequence: 4483/666182
Input Time/Date:       18:46 2014/10/22

Receiving Bank:        USBKUS44ASEA
                       U.S. BANK
                       (SEATTLE INTERNATIONAL DEPARTMENT)
                       SEATTLE,WA UNITED STATES
Output Time/Date:      05:46 2014/10/22
Session/Sequence:      2887/828163

TRANSACTION DETAIL

    27:    Sequence of Total
           1/1
    40B:   Form of Documentary Credit
           IRREVOCABLE
           WITHOUT OUR CONFIRMATION
    20:    Sender's Reference
           334-01-0008231
    21:    Documentary Credit Number
           334-01-0008231
    31C:   Date of Issue
           2014/10/22
    40E:   Applicable Rules
           UCPURR LATEST VERSION
    31D:   Date and Place of Expiry
           2014/12/15 IN UNITED STATES
    52D:   Issuing Bank
           DBS BANK (CHINA) LIMITED
           UNIT 101, 2105-08 FORTUNE FINANCIAL
           CENTER NO.5 EAST 3RD RING ROAD
           BEIJING 100033 CHINA
    50:    Applicant
           BEIJING NEW BUILDING MATERIALS CO.
           LTD    10/F,BUILDING 4,INTERWEST
           BUSINESS CENTER,NO.9 SOUTH RD,
           SHOUTI HAIDIAN DIST,BEIJING,CHINA
    59:    Beneficiary
           W.H. INTERNATIONAL INC
           5105,191ST STREET SOUTHWEST
           LYNNWOOD WA 98036 USA
    32B:   Currency Code, Amount
           USD 261,800.
    41D:   Available With ... By ...
           ANY BANK
           BY NEGOTIATION
    42C:   Drafts at ...
           90 DAYS AFTER SIGHT
    42D:   Drawee
           DBS BANK (CHINA) LIMITED
           BEIJING BRANCH
    43P:   Partial Shipments
           ALLOWED
    43T:   Transhipment
           ALLOWED
    44E:   Port of Loading/Airport of Departure
           TACOMA/SEATTLE,USA
    44F:   Port of Discharge/Airport of Destination
           SHANGHAI,CHINA
    44C:   Latest Date of Shipment
           2014/11/30
    45A:   Description of Goods and/or Services
           PRICE TERM: C F R SHANGHAI,CHINA



USA ROUND LOGS DOUGLAS FIR 280MBF USD261,800.00

46A:   Documents Required
       + SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES
       + PACKING LIST IN 3 ORIGINALS AND 3 COPIES
       + BENEFICIARY'S CERTIFIED COPY OF FAX/TELEX DISPATCHED TO THE
       APPLICANT WITHIN 360 HOURS AFTER SHIPMENT ADVISING NAME OF
       VESSEL, B/L NO., SHIPPING DATE, CONTRACT NO., L/C NO., COMMODITY,
       QUANTITY AND VALUE OF SHIPMENT
       + FULL (3 ORIGINALS AND 3 COPIES) SET OF CLEAN ON BOARD OCEAN
       BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED MARKED
       ''FREIGHT PREPAID'' NOTIFYING APPLICANT WITH FULL NAME AND
       ADDRESS, INDICATING CONTRACT NO,AND ATTN: MS LILING, FAX:86-10-
       68799756

47A:   Additional Conditions
       FOR ALL COMMUNICATION, PLEASE SEND SWIFT TO DBS BANK (CHINA)
       LIMITED , BEIJING BRANCH DBSSCNSHBJG QUOTING OUR REFERENCE
       334-01-0008231
       + ALL PARTIES TO THIS DOCUMENTARY CREDIT ARE ADVISED THAT THERE
       ARE SPECIFIC SANCTIONS AND REGULATIONS IMPOSED AND ENFORCED BY
       THE US, UN, EU AND OTHER GOVERNMENTAL AND/OR REGULATORY
       AUTHORITIES AGAINST CERTAIN COUNTRIES, ENTITIES AND/OR
       INDIVIDUALS. UNDER THESE MEASURES, THE BANK AND OTHER PARTIES
       MAY BE UNABLE TO PROCESS OR ENGAGE IN TRANSACTIONS WHICH
       INVOLVE A BREACH OF THE SANCTIONS AND THE AUTHORITIES MAY
       REQUIRE DISCLOSURE OF INFORMATION. THE BANK ASSUMES NO
       LIABILITY FOR REJECTING ANY PRESENTATION OF DOCUMENTS THAT MAY
       VIOLATE THE AFORESAID CONDITION AND ANY LOSS, DAMAGES OR DELAY
       ARISING DIRECTLY OR INDIRECTLY IN CONNECTION WITH THE AFORESAID
       MATTERS.
       + 10/10 PERCENT MORE OR LESS BOTH IN QUANTITY SHIPPED AND CREDIT
       AMOUNT DRAWN IS ACCEPTABLE.
       + NOTWITHSTANDING THE LC TENOR IN FIELD 42C, THE NEGOTIATING BANK
       IS AUTHORISED TO CLAIM REIMBURSEMENT FROM REIMBURSING BANK AFTER
       RECEIPT OF ACCEPTANCE MESSAGE FROM ISSUING BANK.
       + REIMBURSEMENT INTEREST WILL BE BORNE BY APPLICANT AND THE
       MAXIMUM FINANCING INTEREST IS USD30,000.00 AND ALL THE OTHER
       BANKING CHARGES OUTSIDE THE ISSUING BANK INCLUDING REIMBURSEMENT
       BANK'S CHARGE ARE FOR ACCOUNT OF BENEFICIARY.
       + REIMBURSING BANK: DBS BANK LTD. SINGAPORE SG.
       + THIRD PARTY SHIPPING DOCUMENTS ACCEPTABLE.
       + ON DECK CARGO ALLOWABLE.
       + CHARTER PARTY B/L ACCEPTABLE.
       + ON EACH DRAWING UNDER OUR LETTER OF CREDIT, A DISCREPANCY
       FEE FOR USD60.00 (OR EQUIVALENT) PLUS RELATIVE CABLE CHARGES
       WILL BE CHARGED AND DEDUCTED FROM OUR PAYMENT/THE REIMBURSEMENT
       CLAIM ON THE DISCREPANT DOCUMENTS. ADDITIONAL FEE FOR USD25.00
       WILL ALSO BE CHARGED ON EACH ADDITIONAL SET OF DOCUMENT (A
       'SET' OF DOCUMENT WOULD INCLUDE ONE SET OF INVOICE PLUS
       RELATIVE TRANSPORT DOCUMENTS) UNDER THE SAME DRAWING.
       NOTWITHSTANDING ANY INSTRUCTIONS TO THE CONTRARY, THIS
       CHARGES SHALL BE FOR THE ACCOUNT OF THE BENEFICIARY.
       + THE ISSUING BANK SHALL BE ENTITLED TO REQUIRE THE NOMINATED
       BANK TO SEND COPIES OF ALL THE DOCUMENTS PRESENTED UNDER THE
       CREDIT AND WHICH THE NOMINATED BANK HAS DETERMINED TO BE A
       COMPLYING PRESENTATION. WERE THE DOCUMENTS THUS DETERMINED TO BE
       COMPLYING LOST IN TRANSIT AFTER BEING SENT BY THE NOMINATED BANK,
       THE ISSUING BANK SHOULD BE ENTITLED TO EXAMINE THE COPIES OF THE
       DOCUMENTS TO DETERMINE IF THEY COMPLY WITH THE TERMS OF THE
       CREDIT (EXCEPT FOR THE QUESTION OF ORIGINALITY) AND TO REFUSE
       REIMBURSEMENT TO THE NOMINATED BANK SHOULD THE ISSUING BANK
       DETERMINE THAT THE DOCUMENTS DO NOT COMPLY WITH THE TERMS OF THE
       CREDIT. ARTICLE 35, TO THE EXTENT IT IS INCONSISTENT WITH THE
       FOREGOING, IS EXPRESSLY EXCLUDED.
       + PLEASE BE INFORMED THAT SATURDAY AND SUNDAY ARE TO BE
       CONSIDERED AS A NON-BANKING/NON-BUSINESS DAY FOR OUR TRADE
       FINANCE PROCESSING / OPERATIONS UNIT ALTHOUGH OUR BANK MAY
       OTHERWISE TO BE OPENED FOR OTHER BUSINESS.
       + ALL DOCUMENTS MUST BE ISSUED IN ENGLISH.

71B:   Charges
       SEE 47A

WHI 000098

```
48:   Period for Presentation
      ALL DOCUMENTS MUST BE PRESENTED FOR
      NEGOTIATION WITHIN 15 DAYS AFTER
      DATE OF SHIPMENT BUT WITHIN
      VALIDITY OF THIS CREDIT
49:   Confirmation Instructions
      WITHOUT
78:   Instructions to the Paying/Accepting/Negotiating Bank
      + AN EXTRA COPY OF INVOICE, FORWARDER/APPLICANT'S CARGO RECEIPT
      OR BILL OF LADING OR AIR WAYBILL, IF APPLICABLE, MUST BE
      FURNISHED TO LC ISSUING BANK FOR OUR OWN RECORD.
      + DOCUMENTS TO BE DESPATCHED TO DBS BANK (CHINA) LIMITED ,
      BEIJING BRANCH UNIT 101, 2105-08 FORTUNE FINANCIAL CENTER NO.5
      EAST 3RD RING ROAD BEIJING 100033 CHINA THROUGH PRESENTING BANK
      IN ONE LOT BY DHL/COURIER SERVICES.
      + PRESENTING BANK MUST CERTIFY ON ITS COVERING SCHEDULE THAT THE
      AMOUNT OF EACH DRAWING HAS BEEN ENDORSED ON THE ORIGINAL CREDIT.
      + REIMBURSE YOURSELVES ON THE REIMBURSING BANK AT SIGHT BASIS
      AFTER RECEIPT OF ACCEPTANCE MESSAGE FROM ISSUING BANK.

      {END 710 Advice of a Third Bank's or a Non-Bank's Documentary Credit 334-01-0008231
Message}
```

WHI 000099