# Exhibit 2

Confidential - Subject to Further Confidentiality Review

```
1               IN THE UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3

4     - - - - - - - - - - - - - - - - - x

5     IN RE: CHINESE-MANUFACTURED        MDL NO. 2047

6     DRYWALL PRODUCTS LIABILITY         SECTION: L

7     LITIGATION                         JUDGE FALLON

8     THIS DOCUMENT APPLIES TO ALL       MAG. JUDGE WILKINSON

9     CASES

10    - - - - - - - - - - - - - - - - - x

11       CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVEIW

12          VIDEOTAPED DEPOSITION of HULL FOREST PRODUCTS, INC.

13                    taken by SAMUEL I. HULL

14                   Wednesday, May 13, 2015

15                        10:02 a.m.

16                    Comfort Inn & Suites

17                       16 Tracy Road

18                    Dayville, Connecticut

19

20          Michelle Keegan, Court Reporter

21

22

23             GOLKOW TECHNOLOGIES, INC.

24      877.370.3377 ph | 917.591.5672 fax

25                  deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1          MR. PFAEHLER:  Objection to form.  Vague.

 2     A.   No.

 3     Q.   And you said you first heard of them through a

 4  letter of credit.  Is that correct?

 5     A.   Correct.

 6     Q.   And we've seen at least two of those in the

 7  documents you've produced.

 8     A.   Yeah.  They're not my final customer.  That's

 9  why I have no real business with Beijing New Building

10  Materials is my point.

11     Q.   You've never spoken to anyone at Beijing New

12  Building Materials?

13     A.   Never.

14     Q.   And we talked about e-mail correspondences.

15  You've never corresponded in any way?

16     A.   No.

17     Q.   But they are the ones that would obtain a

18  letter of credit.  Is that correct?

19     A.   Correct.

20     Q.   Do you have an understanding of how many of

21  these letter of credits that you might have entered that

22  involved BNBM over the last four to five years?

23     A.   No.

24     Q.   Would it be more than three or four?

25     A.   Yes.
```

Confidential - Subject to Further Confidentiality Review

1      Q.   Do you think it's more than ten?

2      A.   I don't know.

3      Q.   Do you know how it is that BNBM gets involved

4   in these transactions?

5           MR. PFAEHLER:  Objection.  Foundation.

6      A.   My understanding is we have a customer in China

7   that wants to buy our products, and they go to Beijing

8   New Building, among others, to obtain the letter of

9   credit to facilitate the financing.

10     Q.   Okay.  And it's something the customer actually

11  selects?

12     A.   Yeah.

13     Q.   Okay.  So obviously BNBM, you've had no actual

14  contact with them, so they haven't told you anything

15  about --

16     A.   Nothing.

17     Q.   -- entities they're affiliated with or anything

18  like that?

19     A.   No.

20     Q.   And did you ever come to learn that BNBM was a

21  subsidiary of a company called CNBM or CNBM Group?

22          MR. PFAEHLER:  Objection to form.

23     A.   Not until I read your documents.

24     Q.   Did you ever have an understanding that BNBM

25  was an entity that was controlled by the Chinese

Confidential - Subject to Further Confidentiality Review

1    government?

2          MR. PFAEHLER:  Multiple objections to form.

3      A.   I really don't know anything about them.

4      Q.   Okay.  And I take it no one from -- to your

5    knowledge, from BNBM has come to the United States to

6    meet with anyone from your company or anything like

7    that?

8      A.   No.

9      Q.   And you mentioned a representative -- I guess a

10   contractor of your company called Mr. Zhuang.  Do you

11   know whether he's met with anyone at BNBM in China?

12         MR. PFAEHLER:  Objection.  Foundation.

13     A.   I don't know.

14     Q.   And I guess you mentioned that you'd been

15   involved in some, I guess, transactions involving BNBM

16   in lumber.

17         Have you ever been involved in any transactions

18   with BNBM involving any other products other than

19   lumber?

20     A.   Logs.

21     Q.   Okay.  All right.

22     A.   It's either logs or lumber.

23     Q.   Okay.  When someone says "lumber," that's

24   actual finished product?

25     A.   Lumber would be a piece of wood that's an inch

Confidential - Subject to Further Confidentiality Review

```
 1              First, I want to get your full name on the

 2    record.  I don't think we did that at the beginning of

 3    the day.  And if you could also tell us your address.

 4         A.   Home address or business address?

 5         Q.   Why don't you give us both, for the record.

 6         A.   Samuel Isaac Hull.  Business address is

 7    101 Hampton Road, Pomfret Center, Connecticut 06259.

 8    Home address is 95 Kinney Hollow Road, Union,

 9    Connecticut 06076.

10         Q.   And you are the owner of Hull Forest Products?

11         A.   One of the owners.

12         Q.   And you have full knowledge of the -- to the

13    extent that anyone at Hull does -- of the transactions

14    that have been discussed today with counsel?

15         A.   Correct.

16         Q.   I'd like you to take a look -- Let's go back to

17    Hull Exhibit 2.  And if we can go just to the first page

18    there.  We looked at this letter of credit.  And it's an

19    irrevocable letter of credit.  Is that right?

20         A.   I believe so.

21         Q.   Why does Hull ask for an irrevocable letter of

22    credit when it's doing a transaction like this?

23         A.   So it can't be revoked.

24         Q.   It's so that you can be sure you get paid,

25    isn't it?
```

Confidential - Subject to Further Confidentiality Review

1      A.   Correct.

2      Q.   It's so that the payment is out of the hands of

3  the counter-party to the contract.  Correct?

4      A.   Correct.

5           MR. GAUGHAN:  I object to form.

6      Q.   Was that a "yes"?

7      A.   Yes.

8      Q.   And it's so that once you harvest that timber

9  and gather that timber up and start performing the

10  contract, you'll be paid.  So people can't walk away

11  from that contract.  Isn't that correct?

12          MR. GAUGHAN:  I object to form.

13     A.   If I meet the standards of the purchase

14  contract, yes, they're obligated to pay.

15     Q.   And what we're looking at here as Exhibit 1 is

16  the irrevocable letter of credit that went with contract

17  SQ-HF-14-ash that we looked at.  That's Exhibit 5.

18          MS. DALEY:  Exhibit 2, just so we're clear for

19  the record.  I believe you said Exhibit 1.

20          MR. PFAEHLER:  I did.  Exhibit 2.  Thank you

21  for the clarification for the record.

22     Q.   You're looking at page 1, Exhibit 2.  I'm going

23  to withdraw that question and ask a better one.

24          What we're looking at as page 1, HULL1 of

25  Exhibit 2, is the irrevocable letter of credit that was

 

**COBANK**

EXHIBIT

Hull-2

P.O. Box 5110
Denver, Colorado 80217 USA
5500 South Quebec Street
Greenwood Village, CO 80111 USA
303-740-4000
Fax 303-224-2758
SWIFT NBFCUS55

DATE: JULY 21, 2014

HULL FOREST PRODUCTS, INC.            COBANK REFERENCE NUMBER: 00516200
101 HAMPTON ROAD
POMFRET CENTER, CT 06259

ATTENTION: EXPORT DEPARTMENT

ATTACHED PLEASE FIND IRREVOCABLE LETTER OF CREDIT LCC7304001061 ISSUED BY
OCBC BANK (CHINA) LIMITED DATED JULY 18, 2014 IN THE AMOUNT OF
USD414,500.00 FOR THE ACCOUNT OF BEIJING NEW BUILDING MATERIALS   CO.,LTD.
PLEASE BE GUIDED BY THE PARAGRAPHS BELOW.

THIS IS SOLELY AN ADVICE AND CONVEYS NO ENGAGEMENT ON OUR PART.

WE ARE PREPARED TO EXAMINE DOCUMENTS AND OBTAIN PAYMENT ON YOUR BEHALF.

PLEASE BE ADVISED THAT IF DOCUMENTS RECEIVED DO NOT COMPLY WITH THE TERMS
AND CONDITIONS OF THE LETTER OF CREDIT, WE WILL DEDUCT FROM YOUR PAYMENT A
HANDLING CHARGE OF $60.00 FOR EACH SET OF DOCUMENTS PRESENTED.   IN
ADDITION, A SWIFT CHARGE OF $20.00 PER MESSAGE WILL BE DEDUCTED IF WE ARE
INSTRUCTED TO CABLE FOR APPROVAL.

THESE FEES WILL BE PAYABLE BY THE EXPORTER NOTWITHSTANDING LETTER OF
CREDIT INSTRUCTIONS REGARDING FEES AND COMMISSIONS.

THIS AUTHENTICATES OUR PRELIMINARY ADVICE/TELEPHONE CALL.

UPON COMPLETION OF OUR EXAMINATION OF DOCUMENTS PRESENTED UNDER THE LETTER
OF CREDIT, AND PROVIDED THAT IT IS A COMPLYING PRESENTATION OR UPON
RECEIPT OF APPROVAL FROM ISSUING BANK OF THEIR ACCEPTANCE OF A DISCREPANT
PRESENTATION, DOCUMENTS WILL BE FORWARDED TO THE ISSUING BANK THE SAME DAY
WE REQUEST PAYMENT FROM THE ISSUING AND/OR REIMBURSING BANK.

THE ORIGINAL LETTER OF CREDIT AND ANY AMENDMENT(S) MUST BE RETURNED FOR
ENDORSEMENT AT TIME OF PRESENTATION.   IN ADDITION TO THE DOCUMENTS
REQUIRED BY THE LETTER OF CREDIT, A COPY OF ALL THE ORIGINAL DOCUMENTS
MUST ALSO BE PRESENTED.

THE ABOVE REFERENCE NUMBER HAS BEEN ASSIGNED TO THIS CREDIT AND WE ASK
THAT YOU PLEASE MENTION THIS NUMBER IN ANY CORRESPONDENCE.

EXCEPT SO FAR AS OTHERWISE EXPRESSLY STATED, THE ATTACHED LETTER OF CREDIT
IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS
(2007 REVISION) INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION 600.

REGARDS,

**Page 1 of 2**

# Print COB 1    # 082442 - Incoming Message

Automatic printout  082442  on          Print COB 1        at 21-Jul-2014 04:21:47
============================================================================
Incoming Message -> Output from SWIFT
============================================================================

1: Basic Header Block --------------------------------------------------------
   Application Identifier            F Financial
   Service Identifier               01 Transaction
   Receiving LT Identifier          NBFCUS55AXXX
   Output Session/Sequence Number   7161/296698
2: Application Header Block ---------------------------------------------------
   I/O Identifier                   O Incoming Message
   Message Type                     710 Advice of a Third Bank's or a Non-Ban
                                    k's Documentary Credit
   Input Time/Date                  21-Jul-2014 16:21:00
   Sender Address                   OCBCSGSGAXXX
                                    OVERSEA-CHINESE BANKING CORPORATION LIMITE
D
                                    SINGAPORE
   Input Session/Sequence Number    3312/158607
   Output Date/Time                 21-Jul-2014 02:21:00    CoBank        516200
   Message Priority                 N Normal
4: Text Block ----------------------------------------------------   Export Advice No
  27 : Sequence of Total            1 / 1
  40B: Form of Documentary Credit   IRREVOCABLE
                                    WITHOUT OUR CONFIRMATION
  20 : Sender Reference             LA5TF41070632
  21 : Documentary Credit Number   LCC7304001061
  31C: Date of Issue               18-Jul-2014
  40E: Applicable Rules            UCP LATEST VERSION
  31D: Date and Place of Expiry    21-Sep-2014  USA
  52A: Issuing Bank (Identifier Cod OCBCCNSH
                                    OCBC BANK (CHINA) LIMITED
                                    SHANGHAI
  51D: Applicant Bank (Name and Add OCBC BANK(CHINA) LIMITED BEIJING
                                    BRANCH
  50 : Applicant                   BEIJING NEW BUILDING MATERIALS
                                    CO.,LTD
  59 : Beneficiary                 HULL FOREST PRODUCTS INC.
                                    101 HAMPTON ROAD, POMFRET CENTER,
                                    CT 06259
                                    TEL:860-428-2157
  32B: Currency Code, Amount       USD 414,500.00
  39A: Percentage Credit Amount Tol 10 / 10
  41D: Available With... By... (Nam ANY BANK
                                    BY NEGOTIATION
  42C: Drafts at...                SIGHT FOR 100PCT OF INVOICE VALUE
  42D: Drawee (Name and Address)   OCBC BANK (CHINA) LIMITED BEIJING
                                    BRANCH
  43P: Partial Shipments           ALLOWED
  43T: Transhipment                ALLOWED
  44E: Port of Loading/Airport of D ANY USA MAJOR PORT
  44F: Port of Discharge/Airport of SHANGHAI, CHINA
  44C: Latest Date of Shipment     31-Aug-2014
  45A: Description of Goods and/or

| ASH    | 3SC 12 INCH AND BIGGER      | 150MBF |
|--------|-----------------------------|--------|
|        | 3SC 9-11 INCH               | 40MBF  |
| RED OAK | 3SC 8-11 INCH              | 30MBF  |
| CHERRY | 2SC AND BETTER 12 AND BIGGER | 20MBF  |
| WO NORTH | 8-11 INCH 2SC AND BETTER  | 30MBF  |

ORIGINAL

  USD414,500.00
  PRICE TERM:  CIF SHANGHAI, CHINA

21.7.2014 4:21:47                                                  Page 1 of 3

## Print COB 1    # 082442 – Incoming Message

```
 +THE NEGOTIATING BANK IS TO FORWARD DIRECT TO:OCBC BANK (CHINA)
   LIMITED, BEIJING BRANCH, ROOM 1107, EXCEL CENTRE, NO.6 WUDINGHOU
   STREET, XICHENG, DISTRICT, BEIJING CHINA POSTCODE:100140.
 +WE MAY DEDUCT USD60.00 OR ITS EQUIVALENT FROM BILL AMOUNT
   CLAIMED,BEING OUR HANDLING FEE FOR DISCREPANCIES IN DOCUMENTS.
 57A: Advise Through Bank (Identif  NBFCUS55XXX
                                    COBANK
                                    DENVER,CO
5: Trailer Block --------------------------------------------------------
   CHK: Checksum                    5B6909EBE7F7

================================ Message State: RCV ================================
```

Hull 0003

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 9/3/2014 | 55365 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,438 | LOGS - EXPORT AMERICAN  ASH<br><br>BOOKING # 8009825080<br>LC # LCC7304001061<br>CONTRACT # SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND<br>BIGGER/ 3SC 9-11 INCH<br>CIF SHANGHAI CHINA<br>REF # 516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | 1.60 | 5,500.80 |

| | | |
|---|---|---|
| **Total** | | $5,500.80 |
| **Payments/Credits** | | -$5,500.80 |
| **Balance Due** | | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0004

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 9/2/2014 | 55310 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR,  BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9  SHOUTI  SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 13,926 | LOGS - EXPORT AMERICAN ASH | 1.60 | 22,281.60 |
| 975 | LOGS - EXPORT AMERICAN ASH | 1.30 | 1,267.50 |
|  | BOOKING # 40026973 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND |  |  |
|  | BIGGER / 3SC 9-11 INCH |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $23,549.10 |
| **Payments/Credits** | -$23,549.10 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0005

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/28/2014 | 55306 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR,  BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9  SHOUTI  SOUTH ROAD
HAIDIAN DIST.,  BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 4,821 | LOGS - EXPORT AMERICAN ASH | 1.60 | 7,713.60 |
|  | BOOKING # 038VH153459 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND |  |  |
|  | BIGGER |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $7,713.60 |
| **Payments/Credits** | -$7,713.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0006

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/28/2014 | 55303 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BLDG 4
INTERWEST BUSINESS CENTER
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 10,056 | LOGS - EXPORT CHERRY | 1.85 | 18,603.60 |
| 10,734 | LOGS - EXPORT AMERICAN ASH | 1.60 | 17,174.40 |
|  | BOOKING # 40026730 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND |  |  |
|  | BIGGER / CHERRY 2SC AND BETTER 12 AND BIGGER |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $35,778.00 |
| **Payments/Credits** | -$35,778.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|---|---|
| 8/27/2014 | 55301 |

| Bill To |
|---|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|---|---|---|---|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|---|---|---|---|
| 12,192 | LOGS - EXPORT AMERICAN  ASH<br><br>BOOKING # 564454197<br>LC # LCC7304001061<br>CONTRACT # SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR:  ASH 3SC 12 INCH AND BIGGER<br>CIF SHANGHAI CHINA<br>REF # 516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | 1.60 | 19,507.20 |

| | |
|---|---|
| **Total** | $19,507.20 |
| **Payments/Credits** | -$19,507.20 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---|---|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/27/2014 | 55300 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 8,158 | LOGS - EXPORT AMERICAN  ASH | 1.60 | 13,052.80 |
|  | BOOKING # 8009838610 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND |  |  |
|  | BIGGER |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | | |
|---|---|---|
| **Total** | | $13,052.80 |
| **Payments/Credits** | | -$13,052.80 |
| **Balance Due** | | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0009

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/22/2014 | 55295 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 9,236 | LOGS - EXPORT CHERRY<br><br>BOOKING # 038VH152665<br>LC # LCC7304001061<br>CONTRACT # SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR: CHERRY 2SC AND<br>BETTER 12 AND BIGGER<br>CIF SHANGHAI CHINA<br>REF # 516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | 1.85 | 17,086.60 |

| | |
|---|---|
| **Total** | $17,086.60 |
| **Payments/Credits** | -$17,086.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0010

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2014 | 55247 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,481 | LOGS - EXPORT AMERICAN ASH | 1.60 | 5,569.60 |
|       | BOOKING # 8009823140 | | |
|       | LC # LCC7304001061 | | |
|       | CONTRACT # SQ-HF-14-ASH | | |
|       | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND BIGGER | | |
|       | CIF SHANGHAI CHINA | | |
|       | REF # 516200 | | |
|       | COUNTRY OF ORIGIN: USA | | |
|       | HULL FOREST PRODUCTS INC. | | |

| | |
|---|---|
| **Total** | $5,569.60 |
| **Payments/Credits** | -$5,569.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0011

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2014 | 55264 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 7,770 | LOGS - EXPORT RED OAK | 1.40 | 10,878.00 |
| 4,045 | LOGS - EXPORT WHITE OAK | 1.45 | 5,865.25 |
| 3,874 | LOGS - EXPORT CHERRY | 1.85 | 7,166.90 |
| 19,937 | LOGS - EXPORT AMERICAN  ASH | 1.60 | 31,899.20 |
| | | | |
| | BOOKING # 11908866 | | |
| | LC # LCC7304001061 | | |
| | CONTRACT # SQ-HF-14-ASH | | |
| | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND | | |
| | BIGGER/ RED OAK 3SC 8-11 INCH/ CHERRY 2SC AND | | |
| | BETTER 12 AND BIGGER/ WO NORTH 8-11 INCH 2SC AND | | |
| | BETTER | | |
| | CIF SHANGHAI CHINA | | |
| | REF # 516200 | | |
| | COUNTRY OF ORIGIN: USA | | |
| | | | |
| | HULL FOREST PRODUCTS INC. | | |

| Total | $55,809.35 |
|-------|------------|
| Payments/Credits | -$55,809.35 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0012

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2014 | 55263 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 7,550 | LOGS - EXPORT RED OAK<br><br>BOOKING # 14243489<br>LC # LCC7304001061<br>CONTRACT # SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR: RED OAK 3SC 8-11 INCH<br>CIF SHANGHAI CHINA<br>REF # 516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | 1.40 | 10,570.00 |

| | |
|---|---|
| **Total** | $10,570.00 |
| **Payments/Credits** | -$10,570.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0013

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/7/2014 | 55121 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR,  BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9  SHOUTI  SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 5,290 | LOGS - EXPORT CHERRY | 1.85 | 9,786.50 |
| 20,587 | LOGS - EXPORT AMERICAN ASH | 1.60 | 32,939.20 |
|  | BOOKING # 40023093 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: CHERRY 2SC AND |  |  |
|  | BETTER 12 AND BIGGER/ ASH 3SC 12 INCH AND BIGGER |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $42,725.70 |
| **Payments/Credits** | -$42,725.70 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0014

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/25/2014 | 55114 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 33,054 | LOGS - EXPORT CHERRY | 1.85 | 61,149.90 |
|  | BOOKING # 038VH149569 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: CHERRY 2SC AND |  |  |
|  | BETTER 12 AND BIGGER |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $61,149.90 |
| **Payments/Credits** | -$61,149.90 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0015

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/24/2014 | 55047 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 73,266 | LOGS - EXPORT ASH - 12 INCH AND BIGGER | 1.60 | 117,225.60 |
| 10,435 | LOGS - EXPORT ASH - 9-11 INCH | 1.30 | 13,565.50 |
| | | | |
| | BOOKING #8009800000 | | |
| | LC #LCC7304001061 | | |
| | CONTRACT #SQ-HF-14-ASH | | |
| | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND | | |
| | BIGGER & 3SC 9-11 INCH | | |
| | CIF SHANGHAI CHINA | | |
| | REF #516200 | | |
| | COUNTRY OF ORIGIN: USA | | |
| | | | |
| | HULL FOREST PRODUCTS INC. | | |

| | |
|---|---|
| **Total** | $130,791.10 |
| **Payments/Credits** | -$130,791.10 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0016

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/23/2014 | 55096 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 17,046 | LOGS - EXPORT CHERRY | 1.85 | 31,535.10 |
|  | BOOKING #2548199420<br>LC #LCC7304001061<br>CONTRACT #SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR: CHERRY 2SC AND BETTER 12 AND BIGGER<br>CIF SHANGHAI CHINA<br>REF #516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $31,535.10 |
| **Payments/Credits** | -$31,535.10 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0017

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/20/2014 | 54999 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR,  BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9  SHOUTI  SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 12,115 | LOGS - EXPORT RED OAK | 1.40 | 16,961.00 |
| 8,095 | LOGS - EXPORT ASH | 1.60 | 12,952.00 |
| 2,870 | LOGS - EXPORT CHERRY | 1.85 | 5,309.50 |
| 5,314 | LOGS - EXPORT ASH | 1.60 | 8,502.40 |
|  | BOOKING # NAM1898627 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 AND |  |  |
|  | BIGGER/ RED OAK 3SC 9-11 INCH/ CHERRY 2SC AND |  |  |
|  | BETTER 12 AND BIGGER |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $43,724.90 |
| **Payments/Credits** | -$43,724.90 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0018



P.O. Box 5110
Denver, Colorado 80217 USA
5500 South Quebec Street
Greenwood Village, CO 80111 USA
303-740-4000
Fax 303-224-2758
SWIFT NBFCUS55

DATE: MAY 09, 2014

HULL FOREST PRODUCTS, INC.                COBANK REFERENCE NUMBER: 00515734
101 HAMPTON ROAD
POMFRET CENTER, CT 06259

ATTENTION: EXPORT DEPARTMENT

ATTACHED PLEASE FIND IRREVOCABLE LETTER OF CREDIT LCSJQ14149 ISSUED BY
BEIJING RURAL COMMERCIAL BANK CO DATED MAY 09, 2014 IN THE AMOUNT OF
USD300,000.00 FOR THE ACCOUNT OF BEIJING NEW BUILDING MATERIALS
CO.,LTD.(ADDRESS PLS SEE FIELD 47A).  PLEASE BE GUIDED BY THE PARAGRAPHS
BELOW.

THIS IS SOLELY AN ADVICE AND CONVEYS NO ENGAGEMENT ON OUR PART.

WE ARE PREPARED TO EXAMINE DOCUMENTS AND OBTAIN PAYMENT ON YOUR BEHALF.

PLEASE BE ADVISED THAT IF DOCUMENTS RECEIVED DO NOT COMPLY WITH THE TERMS
AND CONDITIONS OF THE LETTER OF CREDIT, WE WILL DEDUCT FROM YOUR PAYMENT A
HANDLING CHARGE OF $60.00 FOR EACH SET OF DOCUMENTS PRESENTED.  IN
ADDITION, A SWIFT CHARGE OF $20.00 PER MESSAGE WILL BE DEDUCTED IF WE ARE
INSTRUCTED TO CABLE FOR APPROVAL.

THESE FEES WILL BE PAYABLE BY THE EXPORTER NOTWITHSTANDING LETTER OF
CREDIT INSTRUCTIONS REGARDING FEES AND COMMISSIONS.

THIS AUTHENTICATES OUR PRELIMINARY ADVICE/TELEPHONE CALL.

UPON COMPLETION OF OUR EXAMINATION OF DOCUMENTS PRESENTED UNDER THE LETTER
OF CREDIT, AND PROVIDED THAT IT IS A COMPLYING PRESENTATION OR UPON
RECEIPT OF APPROVAL FROM ISSUING BANK OF THEIR ACCEPTANCE OF A DISCREPANT
PRESENTATION, DOCUMENTS WILL BE FORWARDED TO THE ISSUING BANK THE SAME DAY
WE REQUEST PAYMENT FROM THE ISSUING AND/OR REIMBURSING BANK.

THE ORIGINAL LETTER OF CREDIT AND ANY AMENDMENT(S) MUST BE RETURNED FOR
ENDORSEMENT AT TIME OF PRESENTATION.  IN ADDITION TO THE DOCUMENTS
REQUIRED BY THE LETTER OF CREDIT, A COPY OF ALL THE ORIGINAL DOCUMENTS
MUST ALSO BE PRESENTED.

THE ABOVE REFERENCE NUMBER HAS BEEN ASSIGNED TO THIS CREDIT AND WE ASK
THAT YOU PLEASE MENTION THIS NUMBER IN ANY CORRESPONDENCE.

EXCEPT SO FAR AS OTHERWISE EXPRESSLY STATED, THE ATTACHED LETTER OF CREDIT
IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS
(2007 REVISION) INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION 600.

REGARDS,

Hull 0019

# Print COB 1   # 075682 – Incoming Message

Automatic printout  075682  on          Print COB 1          at 09-May-2014  06:14:20

Incoming Message -> Output from SWIFT

1: Basic Header Block ------------------------------------------------------------
   Application Identifier            F Financial
   Service Identifier               01 Transaction
   Receiving LT Identifier          NBFCUS55AXXX
   Output Session/Sequence Number   7080/293370
2: Application Header Block ------------------------------------------------------
   I/O Identifier                   O Incoming Message
   Message Type                     700 Issue of a Documentary Credit
   Input Time/Date                  09-May-2014 18:14:00
   Sender Address                   BRCBCNBJAXXX
                                    BEIJING RURAL COMMERCIAL BANK
                                    BEIJING
   Input Session/Sequence Number    2682/026228
   Output Date/Time                 09-May-2014 04:14:00
   Message Priority                 N Normal
3: User Header Block -------------------------------------------------------------
   108: Message User Reference       1405080000014584          CoBank        515734
4: Text Block ------------------------------------------------------------ Export Advice No.
   27 : Sequence of Total           1 / 1
   40A: Form of Documentary Credit  IRREVOCABLE
   20 : Documentary Credit Number   LCSJQ14149
   31C: Date of Issue               09-May-2014
   40E: Applicable Rules            UCPURR LATEST VERSION
   31D: Date and Place of Expiry    06-Jul-2014 USA
   50 : Applicant                   BEIJING NEW BUILDING MATERIALS
                                    CO.,LTD.(ADDRESS PLS SEE FIELD 47A)
   59 : Beneficiary                 HULL FOREST PRODUCTS INC
                                    101 HAMPTON ROAD POMFRET CENTER,
                                    CT 06259, TEL: 860-428-2157
   32B: Currency Code, Amount       USD 300,000.00
   39A: Percentage Credit Amount Tol 10 / 10
   41D: Available With... By... (Nam ANY BANK
                                    BY NEGOTIATION
   42C: Drafts at...                AT SIGHT FOR 100 PCT INVOICE VALUE
   42A: Drawee (Identifier Code)    BRCBCNBJ
                                    BEIJING RURAL COMMERCIAL BANK
                                    BEIJING
   43P: Partial Shipments           ALLOWED
   43T: Transhipment                ALLOWED
   44E: Port of Loading/Airport of D ANY USA MAJOR PORT
   44F: Port of Discharge/Airport of SHANGHAI CHINA
   44C: Latest Date of Shipment     15-Jun-2014
   45A: Description of Goods and/or +COMMODITY:YELLOW POPLAR
                                    +TOTAL QTY:240MBF
                                    +TOTAL VALUE: USD300,000.00
                                    +PRICE TERM:CIF SHANGHAI, CHINA

   46A: Documents Required
   1. SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES
   INDICATING L/C NO. AND CONTRACT NO. WS0422
   2. FULL SET OF CLEAN ON BOARD OCEAN BILLS OF LADING MADE OUT TO
   ORDER AND BLANK ENDORSED MARKED 'FREIGHT PREPAID' NOTIFYING
   APPLICANT WITH FULL NAME AND ADDRESS INDICATING CONTRACT NO.
   3. PACKING LIST AND TALLY SHEET IN 1 ORIGINAL, SHOWING CTN. NO.,
   DIMENSIONS, PIECES AND VOLUME
   4. PHYTOSANITARY CERTIFICATE IN 1 ORIGINAL AND 1 COPY ISSUED BY
   LOCAL AUTHORITY IN USA
   5. CERTIFICATE OF ORIGIN IN 1 ORIGINAL AND 1 COPY ISSUED BY
   LOCAL AUTHORITY IN USA

Original

9.5.2014 6:14:20                                                    Page 1 of 2

Hull 0020

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/26/2014 | 55218 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 4,432 | LOGS - EXPORT POPLAR | 1.25 | 5,540.00 |
|  | BOOKING # YHU294421A |  |  |
|  | LC # LCSJQ14149 |  |  |
|  | CONTRACT # WS0422 |  |  |
|  | DESCRIPTION OF GOODS AND/OR: YELLOW POPLAR |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 515734 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $5,540.00 |
| **Payments/Credits** | -$5,540.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0021

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2014 | 55248 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9  SHOUTI  SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 64,110 | LOGS - EXPORT POPLAR<br><br>BOOKING # 8009823140<br>LC # LCSJQ14149<br>CONTRACT # WS0422<br>DESCRIPTION OF GOODS AND/OR: YELLOW POPLAR<br>CIF SHANGHAI CHINA<br>REF # 515734<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | 1.25 | 80,137.50 |

| | |
|--|--|
| **Total** | $80,137.50 |
| **Payments/Credits** | -$80,137.50 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2014 | 55219 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 85,453 | LOGS - EXPORT POPLAR | 1.25 | 106,816.25 |
|  | BOOKING # YHU294421<br>LC # LCSJQ14149<br>CONTRACT # WS0422<br>DESCRIPTION OF GOODS AND/OR: YELLOW POPLAR<br>CIF SHANGHAI CHINA<br>REF # 515734<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $106,816.25 |
| **Payments/Credits** | -$106,816.25 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0023

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/12/2014 | 55200 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 13,209 | LOGS - EXPORT POPLAR | 1.25 | 16,511.25 |
|  | BOOKING # 8009815250 |  |  |
|  | LC # LCSJQ14149 |  |  |
|  | CONTRACT # WS0422 |  |  |
|  | DESCRIPTION OF GOODS AND/OR:  YELLOW POPLAR |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 515734 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| Total | $16,511.25 |
|-------|-----------|
| **Payments/Credits** | -16,511.25 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/30/2014 | 55091 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,928 | LOGS - EXPORT POPLAR | 1.25 | 4,910.00 |
|  | BOOKING #400248171<br>LC #LCSJQ14149<br>CONTRACT #WS0422<br>DESCRIPTION OF GOODS AND/OR: POPLAR<br>CIF SHANGHAI CHINA<br>REF #515734<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $4,910.00 |
| **Payments/Credits** | -$4,910.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0025

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/24/2014 | 55049 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 11,923 | LOGS - EXPORT POPLAR | 1.25 | 14,903.75 |
| 46,743 | LOGS - EXPORT POPLAR | 1.25 | 58,428.75 |
|  | | | |
|  | BOOKING #NAM9076110 | | |
|  | LC #LCSJQ14149 | | |
|  | CONTRACT #WS0422 | | |
|  | DESCRIPTION OF GOODS AND/OR: YELLOW POPLAR | | |
|  | CIF SHANGHAI CHINA | | |
|  | REF #515734 | | |
|  | COUNTRY OF ORIGIN: USA | | |
|  |  | | |
|  | HULL FOREST PRODUCTS INC. | | |

| | |
|---|---|
| **Total** | $73,332.50 |
| **Payments/Credits** | -$73,332.50 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 9/3/2014 | 55318 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR,  BUILDING 4
INTERWEST BUSINESS CENTER
NO. 9  SHOUTI  SOUTH ROAD
HAIDIAN DIST.,  BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | Prepay | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 2,834 | LOGS - EXPORT WALNUT | 2.90 | 8,218.60 |
|  | BOOKING # 8009825080 |  |  |
|  | REG. DOCS. |  |  |

| | |
|---|---|
| **Total** | $8,218.60 |
| **Payments/Credits** | -$8,218.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0027

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2014 | 55249 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR,  BUILDING 4
INTERWEST BUSINESS CENTER
NO. 9  SHOUTI  SOUTH ROAD
HAIDIAN DIST.,  BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | Prepay | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,627 | LOGS - EXPORT WALNUT<br><br>BOOKING # 8009823140<br>CASH DOCS. | 2.90 | 10,518.30 |

| | | |
|---|---|---|
| **Total** | | $10,518.30 |
| **Payments/Credits** | | -$10,518.30 |
| **Balance Due** | | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0028

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/5/2014 | 55122 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR,  BLDG 4<br>INTERWEST BUSINESS CENTER<br>NO. 9  SHOUTI  SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | Prepay | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 4,380 | LOGS - EXPORT WALNUT | 2.90 | 12,702.00 |
|       | BOOKING # 038VH151669 |       |          |

| | Total | $12,702.00 |
|---|-------|-----------|
| | Payments/Credits | -$12,702.00 |
| | **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/23/2014 | 55048 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BLDG 4<br>INTERWEST BUSINESS CENTER<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | Prepay | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,324 | LOGS - EXPORT WALNUT | 2.90 | 9,639.60 |
|  | BOOKING #8009800000<br>REG. DOCS |  |  |

| | |
|---|---|
| **Total** | $9,639.60 |
| **Payments/Credits** | -$9,639.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0030