# Exhibit 3

Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 EASTERN DISTRICT OF LOUISIANA
 3
 4
 5                                        )
 6                                        )
 7                                        ) MDL No. 2047
 8   IN RE: CHINESE-MANUFACTURED          )
 9   DRYWALL PRODUCTS LIABILITY           ) SECTION: L
10   LITIGATION                           )
11                                        ) JUDGE FALLON
12                                        )
13                                        ) MAG. JUDGE WILKINSON
14
15                    ***** Confidential *****
16       ***** Subject to Further Confidentiality Review *****
17
18            VIDEOTAPED DEPOSITION OF JOHN SALAMANCA
19                         May 21, 2015
20                      Seattle, Washington
21
22
23                  GOLKOW TECHNOLOGIES, INC.
24            877.370.3377 ph | 917.591.5672 fax
25                      deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1                    MR. GAUGHAN:  And before we get
 2     started, we are going to have the same stipulation as
 3     usual, that all objections by one defense attorney are--
 4     stand for all other defense attorneys.
 5          Is that okay?
 6                         MR. PFAEHLER:  That works for me.
 7                         MR. GAUGHAN:  Okay.
 8                         MR. PFAEHLER:  Is that okay for all
 9     of us?
10                         MR. WITTMAN:  Yes.
11
12
13                         EXAMINATION
14     BY MR. GAUGHAN:
15  Q  Good afternoon, Mr. Salamanca.
16          Can you please state your name for the record?
17  A  John Salamanca.
18  Q  And can you spell your last name?
19  A  S-A-L-A-M-A-N-C-A.
20  Q  Okay.  Thank you.
21          And thank you for coming here today.  I appreciate
22     you doing this.
23          I guess just before we get started, can you tell me
24     your current address, your business address?
25  A  853 Watson Street, Suite 2A, Enumclaw, Washington 98022.
```

Confidential - Subject to Further Confidentiality Review

```
 1           We are going to start this-- let me go-- go off the
 2      record for a second.  I don't want this whole thing on.
 3                        VIDEOGRAPHER:  One moment.
 4         We are going off the record.  The time is now 3:01
 5      p.m.
 6                                  (Recess 3:01 to 3:02 p.m.)
 7                                  (Exhibit No. 1 marked for
 8                                   identification.)
 9
10                        VIDEOGRAPHER:  Back on record.  The
11      time is now 3:02 p.m.
12   Q  (By Mr. Gaughan)  And I've just handed you or the court
13      reporter is handing you what's been marked as Exhibit
14      No. 1 to your deposition, if you could just take a quick
15      look at that.
16   A  Okay.
17   Q  I guess, first off, let me know if you've seen it
18      before, if you've seen this document.
19   A  A couple pages I've seen.
20         I have seen a couple pages.
21   Q  Okay.  I understand.
22         And we have actually served a subpoena on your-- on
23      Western Wood, with another version-- an earlier version
24      of this notice.
25         Is it your understanding that you are appearing
```

Confidential - Subject to Further Confidentiality Review

```
 1       consider to be BNBM, you mentioned since 2011 you've
 2       been doing business with that entity?
 3  A    Yes.
 4                    MR. PFAEHLER:  Objection to form.
 5  Q    (By Mr. Gaughan)  Do you have a sense of how many
 6       transactions have occurred during that time period?
 7                    MR. PFAEHLER:  Objection.
 8                    THE WITNESS:  Not off the top of my
 9       head.
10            I'd have to look.
11            Yeah, I'd have to--
12  Q    (By Mr. Gaughan)  And I understand.
13            Would it be more than 20, in your--
14  A    Yes.
15                    MR. PFAEHLER:  Objection.
16                    THE WITNESS:  Yes.
17  Q    (By Mr. Gaughan)  Okay.  The next thing I want to do is
18       in this same exhibit, I want to direct you to Page
19       No. 19 of 35, and these are just document requests that
20       we had for Western Wood.
21  A    Yes.
22  Q    I understand you guys have produced a lot of documents,
23       but I do want to just have you read through this, and
24       let me know if there's any specific materials that you
25       are aware of that would be responsive to these requests
```

Confidential - Subject to Further Confidentiality Review

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF LOUISIANA
 3
 4                                         )
                                           ) MDL No. 2047
 5    IN RE: CHINESE-MANUFACTURED DRYWALL  ) SECTION: L
      PRODUCTS LIABILITY LITIGATION,       ) JUDGE FALLON
 6                                         ) MAG. JUDGE WILKINSON
 7
            VIDEOTAPED 30(b)(6) DEPOSITION OF JOHN SALAMANCA
 8
                                 VOLUME II
 9
                               May 22, 2015
10
                             Seattle, Washington
11
                           ***** Confidential *****
12
             ***** Subject to Further Confidentiality Review *****
13
14
15
16
17
18
19
20
21
22
23                       GOLKOW TECHNOLOGIES, INC.
24                877.370.3377 ph | 917.591.5672 fax
25                          deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1      relationship with BNBM.
 2   Q  (By Mr. Pfaehler)  Did Jesse ever tell you or Mr. Wu --
 3      I'm sorry, ever tell you, Mr. Salamanca, that he was an
 4      employee of BNBM?
 5   A  I don't think so.  I -- looking at the emails, I haven't
 6      seen it.
 7   Q  Have -- has Mr. Wu ever come here to the United States to
 8      meet with you?
 9   A  No.
10   Q  And have you ever gone to China or to Hong Kong or
11      Shanghai or anywhere to meet with him?
12   A  No.
13   Q  Do you speak with Mr. Wu on the phone?
14   A  No.  Mr. Tortorelli might.  I'm not -- I know he --
15      Mr. Tortorelli speaks to a couple of our Chinese people,
16      but I don't know if Jesse's one of them.
17   Q  Right before I started questioning, Mr. Gaughan asked you
18      whether all the documents that you were looking at this
19      morning had to do with timber contracts with BNBM and
20      CNBM, and you answered yes, and I was objecting.  I
21      thought the question was confusing, and maybe misleading.
22             We've just looked at a number --
23                       MR. GAUGHAN:  Move to strike.
24   Q  (By Mr. Pfaehler)  -- of documents --
25                       MR. PFAEHLER:  I oppose your motion.
```