# Exhibit 4

Confidential - Subject to Further Confidentiality Review

1              IN THE UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3        - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

4                                    )   MDL No. 2047

5                                    )

6    IN RE: CHINESE-MANUFACTURED  )   Section:   L

7    DRYWALL PRODUCTS LIABILITY   )

8    LITIGATION                   )   JUDGE FALLON

9                                    )

10                                   )   MAG. JUDGE WILKINSON

11

12

13                 *****Confidential*****

14    *****Subject to Further Confidentiality Review*****

15

16          VIDEOTAPED DEPOSITION OF PHILIP FENWICK

17                     May 28, 2015

18                   Buffalo, New York

19

20

21

22            GOLKOW TECHNOLOGIES, INC.

23       877.370.3377 ph | 917.591.5672 fax

24              deps@golkow.com

Confidential - Subject to Further Confidentiality Review

1    A. Correct.

2    Q. But otherwise, I want to know what Baillie

3       Lumber knows, what Baillie Lumber did --

4    A. Okay.

5    Q. -- with BNBM and for today's deposition.

6    A. Thanks.

7    Q. Thank you.  Okay.  So Baillie Lumber had

8       business dealings with BNBM, correct?

9    A. I would say we didn't have business dealings

10      with BNBM.

11   Q. Okay.  With whom do you say you had business

12      dealings?

13   A. There are four customers that use BNBM as a

14      clearing agent.

15   Q. What is a clearing agent?

16   A. Clearing agent is the one that actually sends

17      the money and has an import license, as I

18      understand it.

19   Q. And has an import license?

20   A. Correct.

21   Q. Import to China?

22   A. I understand that's the reason customers use

23      -- we have many different import agents.  And

24      I know it looks funny on documentation,

Confidential - Subject to Further Confidentiality Review

1      because it even looks funny to me seeing, you

2      know, BNBM, because I would not have

3      recognized them as a customer or somebody that

4      we actually do business with, because our

5      customer on the ground, that we actually --

6      that I visit, okay?  That I visit, like two

7      weeks ago, would tell us last minute, they'd

8      say, okay, use this guy or this guy or this

9      guy to clear our documents.

10  Q. Okay.  And who places -- who makes the payment

11      for the products?

12  A. So the customer on the ground, that is

13      referenced on the contract, makes the payment,

14      and then the customer that you're showing --

15      the person that you're showing there as the

16      clearing agent, they wire us the money.

17  Q. Okay.  So the money is received from BNBM?

18  A. In most cases I understand that, yes.

19  Q. Okay.  And how did you come to understand

20      this?

21  A. Just by our wire transfers that come in.

22  Q. Okay.  Now, that -- how do you understand that

23      the wire comes from BNBM to your account here

24      in the United States?

Confidential - Subject to Further Confidentiality Review

```
 1        where we've, you know, used them as a clearing

 2        agent anywhere.

 3    Q.  Okay.  And so none of these entities are the

 4        customers?

 5    A.  No, none of these are customers.

 6    Q.  Okay.  Have you, Baillie, had any

 7        communications with BNBM?

 8    A.  I have not.

 9    Q.  Okay.  Who are the four customers for whom --

10        that you're -- we're discussing in this

11        deposition?

12    A.  I would need to look at the bottom of the

13        contracts to be able to tell you.

14    Q.  Okay.  Then why don't we go on next to what's

15        been pre-marked as Exhibit 2.

16    A.  Okay.

17    Q.  Baillie Exhibit 2.  And this is the entire

18        group of acknowledgments, contracts, and

19        I believe wire confirmations.  I'm not sure.

20    A.  Invoices.

21    Q.  And invoices?

22    A.  Yeah, there's no wire confirmations there.

23    Q.  Okay.  But you receive wire confirmations,

24        correct?
```

Confidential - Subject to Further Confidentiality Review

```
 1         clearance --

 2    A. Yes, they do.

 3    Q. -- agents?

 4         Who else do they use?

 5    A. There's so many different names.  They use

 6       ATN, also known as T. Boone.  They've got

 7       another name, but I can't remember it right

 8       now.  Oh, Dalian Eastop.  Dalian Eastop is

 9       another name that they use.

10    Q. Okay.  When did you first become aware of --

11       were you ever made aware of, prior to

12       receiving the subpoena, of the contempt order?

13    A. No, I had no knowledge of that.

14    Q. Okay.  And did you ever have any

15       communications with anyone at BNBM?

16    A. I've had no communications with anybody at

17       BNBM.

18    Q. Okay.  Did you, Baillie, have any

19       communications with any of the counsel for

20       BNBM, CNBM, or Taishan Gypsum?

21    A. Not at all.

22    Q. Okay.  If you could turn to the second page of

23       Exhibit 2.  This is a different -- does this

24       relate to the export contract?
```

Confidential - Subject to Further Confidentiality Review

1    Q. They are not your customer?  They are not

2       Baillie's customer in any of these

3       transactions, correct?

4    A. Correct.

5    Q. Am I correct that with respect to any of these

6       transactions reflected in the documents that

7       we looked at today, Baillie does not undertake

8       any negotiations with BNBM Group?

9    A. That is correct.

10   Q. Am I correct that with respect to all of the

11      transactions that are reflected on the

12      documents that we looked at here today,

13      Baillie does not communicate directly with

14      anyone from BNBM Group?

15   A. That is correct.

16   Q. And that's either in person, over e-mail, or

17      over the phone, correct?

18   A. That's correct.  Oh, let's stop for one

19      second.  The only correspondence that we've

20      had came after this when we were trying to

21      receive a payment, and our customer, Good

22      Virtue, sent the money over and Beijing New

23      Building Materials said they weren't going to

24      send it.

Confidential - Subject to Further Confidentiality Review

```
 1       Q. When you say "came after this," what is the

 2          "this" in your sentence?

 3       A. After the subpoena.

 4       Q. So that was sometime in April or May of 2015?

 5       A. Within the last two weeks, yeah.

 6       Q. Okay.  And so sometime within the last two

 7          weeks, Baillie has had direct communication

 8          with BNBM Group?

 9       A. Baillie has not, but I think the sales rep in

10          China received a call from them.

11       Q. I see.  That would be Hannah Qu?

12       A. That would be correct.

13       Q. Okay.  But no one in the United States --

14       A. No one in the United States has had any

15          contact with them.

16       Q. You referred to BNBM Group alternately as a

17          clearing agent and an import agent.  Were you

18          using those terms interchangeably, or is

19          there a difference?

20       A. I was using them interchangeably.

21       Q. Now, you also mentioned that when the lumber

22          that Baillie ships goes to China or gets to

23          China, part of the clearing agent's or import

24          agent's role is to clear it, to clear the
```

Confidential - Subject to Further Confidentiality Review

1       break for one minute so I can just sort of

2       collect my notes.

3             THE WITNESS:  Can I grab a water?

4             MR. KATTAN:  Yup.

5             THE VIDEOGRAPHER:  We're going off

6       record at 2:50 p.m.

7

8             (A short recess was taken)

9

10           THE VIDEOGRAPHER:  Okay.  We are back on

11      record at 2:55 p.m.

12

13      BY MR. KATTAN:

14    Q. If I recall correctly, you testified earlier

15      that you do not know how BNBM Group gets paid

16      in connection with any of the transactions

17      that we saw here reflected on the exhibits

18      today, correct?

19    A. Can you rephrase that again?  I'm sorry.  I

20      didn't -- I didn't hear right or something.

21    Q. Sure.  Does BNBM Group charge Baillie any fees

22      or collect any payment from Baillie for its

23      services?

24    A. No.

Confidential - Subject to Further Confidentiality Review

```
 1        Q. Do you know how BNBM gets paid for its

 2           services in connection with the transactions

 3           that we looked at here today?

 4        A. I do not.

 5        Q. Do you know whether any of the lumber that was

 6           shipped in connection with any of the

 7           transactions that we looked at here today was

 8           ultimately utilized for sale in the United

 9           States?

10        A. Say that again, please.

11        Q. Sure.  Did you not understand the question or

12           did you not hear the question?

13        A. Yeah, I didn't quite hear it right, no.

14              MR. KATTAN:  Do you mind just repeating

15           the question?

16

17           (Record read back by reporter)

18

19              THE WITNESS:  Let me look at the

20           customers, then, to see.  I really don't know.

21           Good Virtue would be no.  I'm going to have to

22           look at the product -- I'm sorry -- just to

23           see.  Most of these items should be no.  Let

24           me just -- I'm just going to review them
```