UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases* | |

**MOTION OF BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD. FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO THE PLAINTIFF'S STEERING COMMITTEE'S DISCLOSURE MOTION CONTESTING CLAIM OF PRIVILEGE AND/OR WORK PRODUCT PROTECTION AND FOR <u>*IN CAMERA* INSPECTION UNDER SEAL</u>**

Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group," together the "BNBM Entities") respectfully moves the Court for leave to file the attached Response in Opposition to Plaintiffs' Steering Committee's ("PSC") Disclosure Motion Contesting Claim of Privilege and/or Work Production and for *In* Camera Inspection and exhibits under seal. BNBM Entities submit that the entirety of the filing should be under seal as it contains and references materials and documents designated as confidential.

WHEREFORE, the BNBM Entities pray that this motion be granted and its Response in Opposition to the PSC's Disclosure Motion Contesting Claim of Privilege and/or Work Product Protection and for *In Camera* Inspection, with exhibits, be filed UNDER SEAL.

Dated:  August 4, 2015

        Respectfully submitted,

        **DENTONS US LLP**

        By: */s/ Michael H. Barr*
        Michael H. Barr
        New York Bar No. 1744242
        Justin N. Kattan
        New York Bar No. 3983905
        1221 Avenue of the Americas
        New York, NY 10020-1089
        Telephone:  (212) 768-6700
        Facsimile:  (212) 768-6800
        michael.barr@dentons.com
        justin.kattan@dentons.com

        - and -

        Richard L. Fenton
        Illinois Bar No. 3121699
        Leah R. Bruno
        Illinois Bar No. 6269469
        233 South Wacker Drive
        Suite 7800
        Chicago, IL  60606-6306
        Telephone:  (312) 876-8000
        Facsimile:  (312) 876-7934
        richard.fenton@dentons.com
        leah.bruno@dentons.com

        - and -

        C. Michael Moore
        Texas Bar No. 14323600
        Gene R. Besen
        Texas Bar No. 24045491
        2000 McKinney Ave, Suite 1900
        Dallas, TX  75201
        Telephone:  (214) 259-0900
        Facsimile:  (214) 259-0910
        mike.moore@dentons.com
        gene.besen@dentons.com

- and -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion of Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. For Leave To File Response in Opposition to the Plaintiffs' Steering Committee's Disclosure Motion Contesting Claim of Privilege and/or Work Product Protection and for *In* Camera Inspection Under Seal** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this August 4, 2015.

                                                             */s/*    *Michael H. Barr*