# EXHIBIT A

Case 2:09-md-02047-EEF-MBN Document 19360-1 Filed 08/05/15 Page 2 of 6
CFN # 110104376, OR BK 47987 Page 1761, Page 1 of 4, Recorded 06/20/2011 at
03:12 PM, Broward County Commission, Doc. D $742.00 Deputy Clerk 3405

This instrument prepared
by and return to:
Mark Perlman, Esq.
MARK PERLMAN, P.A.
1820 E. Hallandale Beach Blvd,
Hallandale, Florida 33009

Parcel ID Number: 5142-27-50-0150

# WARRANTY DEED

**This Indenture**, made this 2nd day of JUNE 2011, A.D., **Between** ROSE BRANDOLINO, a single woman, whose address is: 4011 E. Via Montoya Dr. Phoenix, AZ 85050, **GRANTOR**, and **MORDI KISLASI and ENBAR HALFON, husband and wife**, whose address is: 21 SE 3rd AVENUE, HALLANDALE BEACH, FL, 33009, **GRANTEES**,

**Witnesseth**, that the **GRANTOR**, for and in consideration of the sum of Ten Dollars and No/100 ($10.00) and other good and valuable consideration to **GRANTOR** in hand paid by **GRANTEES**, the receipt of whereof is hereby acknowledged, has granted, bargained and sold to the said **GRANTEES** and **GRANTEES'** heirs and assigns forever, the following described land, situate, lying and being in the County of **BROWARD**, State of Florida to wit:

A portion of Lots 5 and 6 of "JAS W. JOHNSON'S SUBDIVISION OF THE W OF OUTLET NO. 6" according to the Plat thereof as recorded in Plat Book 3, Page 17, of the Public Records of Dade County, Florida; said lands situate, lying and being in Broward County, Florida; more particularly described as follows:

Commence at the Northwest corner of said Lot 5, thence run North 89°48'20" East along the North line of said Lot 5 for a distance of 125.34 feet; thence run due South for a distance of 15.34 feet to the Point of Beginning; thence run due East for a distance of 20.00 feet; thence run due South for a distance of 43.00 feet; thence run due West for a distance of 20.00 feet; thence run due North for a distance of 43.00 feet to the Point of Beginning. Also known as Lot 15, BELLA VILLAGIO, unrecorded plat.

Subject to taxes for the year 2011 and subsequent years and restrictions, limitations, easements and zoning regulations of record, without seeking to impose same.

and the grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

This property is not the homestead property or residence of the Grantor, Rose Brandolino, nor is it contiguous thereto. The residence of the Grantor, Rose Brandolino, and her family is 4011 E. Via Montoya Dr. Phoenix, AZ 85050.



**In Witness Whereof,** the grantor has hereunto set her hand and seal the day and year first above written.

**Signed, sealed and delivered in our presence:**

_____  _Rose Brandolino_ (Seal)
Witness                            ROSE BRANDOLINO
_Jeffrey Victor_
Printed Name

_____
Witness
_Mark Odisho_
Printed Name

STATE OF Arizona  )
                  ) SS:
COUNTY OF Maricopa )

The foregoing instrument was acknowledged and subscribed before me this 23rd day of APRIL, 2011, by ROSE BRANDLINO, a single woman, who is personally known to me or who has produced _Florida Driver License_ as identification.

_____
NOTARY PUBLIC-STATE OF Arizona

OFFICIAL SEAL
MARK ODISHO
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 28, 2011

_Mark Odisho_
PRINT NAME

My Commission Expires: July 28, 2011

N:\Network2\REALESTATE\REALESTATECLOSINGS\CLOSING\BRANDOLINO-BELLAVILLAGIO21NVESTMENTS\BRANDOLINO.WD.doc



## A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB Approval No. 2502-0265

| B. Type of Loan | | | | |
|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins.  4. ☐ VA  5. ☐ Conv. Ins. | 6. File Number 077243 | 7. Loan Number | 8. Mortgage Insurance Case Number | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Mordi Kilasi<br>Enbar Halfon<br>21 SE 3 Ave.<br>Hallandale Beach, FL 33009 | Rose Brandolino<br>4011 E. Via Montoya Dr.<br>Phoenix, AZ 85050 | |

| G. Property Location | H. Settlement Agent |
|---|---|
| 21 SE 3 Ave.<br>Hallandale Beach, FL 33009 | United Title and Escrow of Florida |

| Place of Settlement | I. Settlement Date |
|---|---|
| 18090 Collins Ave.<br>Suite T-15<br>Sunny Isles Beach, FL 33160 | 06/02/11 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 106,000.00 | 401. Contract sales price | 106,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 2,306.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes  to | | 406. City/town taxes  to | |
| 107. County taxes  to | | 407. County taxes  to | |
| 108. Assessments  to | | 408. Assessments  to | |
| 109. Monthly HOA Maintenance @ $125.  06/02 to 06/30 | 116.67 | 409. Monthly HOA Maintenance @ $125.0 06/02 to 06/30 | 116.67 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 108,422.67 | 420. GROSS AMOUNT DUE TO SELLER | 106,116.67 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 10,709.55 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan<br>Bank of America | 94,123.51 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Rose Brandolino | 750.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes  to | | 510. City/town taxes  to | |
| 211. County taxes  01/01 to 06/02 | 533.61 | 511. County taxes  01/01 to 06/02 | 533.61 |
| 212. Assessments  to | | 512. Assessments  to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 5,533.61 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 106,116.67 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 108,422.67 | 601. Gross amount due to seller (line 420) | 106,116.67 |
| 302. Less amounts paid by/for borrower (line 220) | 5,533.61 | 602. Less reduction amount due to seller (line 520) | 106,116.67 |
| 303. CASH  FROM  BORROWER | 102,889.06 | 603. CASH  TO  SELLER | 0.00 |

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT — SETTLEMENT STATEMENT — PAGE 2

## L. SETTLEMENT CHARGES:
File Number: 077243

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ 106,000.00 @ 6.00 = 6,360.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ 3,180.00 to Beachfront Realty Belinda De Leon | | | |
| 702. $ 3,180.00 to Beachfront Realty Edward Roberts | | | |
| 703. Commission paid at Settlement | | | 6,360.00 |
| 704. Processing Fee   Beachfront Realty | | | 195.00 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | P.O.C. | | |
| 801. Loan Origination Fee    % | | | |
| 802. Loan Discount    % | | | |
| 803. Appraisal fee   to | | | |
| 804. Credit report   to | | | |
| 805. Lender's inspection fee   to | | | |
| 806. Mtg. ins. application fee   to | | | |
| 807. Assumption fee   to | | | |
| 808. Administration Fee | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 815. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest from   to   @$   /day | | | |
| 902. Mortgage insurance premium   to | | | |
| 903. Hazard insurance premium   yrs. to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Homeowner's insurance   mo. @$   / mo. | | | |
| 1002. Mortgage insurance   mo. @$   / mo. | | | |
| 1003. City property taxes   mo. @$   / mo. | | | |
| 1004. County property taxes   mo. @$   / mo. | | | |
| 1005. Annual Assessments   mo. @$   / mo. | | | |
| 1006.    mo. @$   / mo. | | | |
| 1007.    mo. @$   / mo. | | | |
| 1008. Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee   to   United Title and Escrow of Florida | | 500.00 | 500.00 |
| 1102. Abstract or title search   to   Old Republic National Title Insurance Co. | | | 125.00 |
| 1103. Title examination   to | | | |
| 1104. Title insurance binder   to | | | |
| 1105. Document preparation   to   Mark Pearlman, P.A. | | | 350.00 |
| 1106. Notary fees   to | | | |
| 1107. Attorney's fees   to   Mark Pearlman, P.A. | | | |
| (includes above item No:     ) | | | 1,000.00 |
| 1108. Title insurance   to   Old Republic National Title Insurance Co. | | | |
| (includes above item No:     ) | | 605.00 | |
| 1109. Lender's coverage | | | |
| 1110. Owner's coverage   106,000.00 — 605.00 | | | |
| 1111. ALTA 9.1   Old Republic National Title Insurance Co. | | | |
| 1112. | | 60.50 | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording fees   Deed $ 27.00  ; Mortgage $   ; Releases $ 18.50 | | 45.50 | |
| 1202. City/county/stamps   Deed $   ; Mortgage $ | | | |
| 1203. State tax/stamps   Deed $ 742.00  ; Mortgage $ | | | |
| 1204. Intangible Tax   Deed $   ; Mortgage $ | | | 742.00 |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey   to   ME Land Services, Inc. | | | |
| 1302. Lien Search   to   A.S.A.P. Tax and Lien Search, Inc. | | | |
| 1303. Estoppel Reimbursment   United Title and Escrow of Florida | | 175.00 | |
| 1304. Federal Express Courier Fees   Mark Pearlman, P.A. | | 250.00 | |
| 1305. Past Due Maintenance   Straley & Otto, P.A. | | 125.00 | 30.00 |
| 1306. | | | 1,952.55 |
| 1307. | | | |
| 1308. | | | |
| 1400. TOTAL SETTLEMENT CHARGES   (enter on lines 103 and 502, Sections J and K) | | 2,306.00 | 10,709.55 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in the transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Mordi Kilasi

Rose Brandolino   /s/ Rose Brandolino

Enbar Hallon

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

United Title and Escrow of Florida   06/02/11

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see; Title 18 U.S. Code Section 1001 and Section 1010.

06-01-2011 at 11:18 AM

form HUD-1 (3/86) ref Handbook 4305.2

| Closing Worksheet
Pre-foreclosure Sale Program | U. S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner | OMB Approval No.2502-0464
(exp. 07/31/2009) |

**Public reporting burden** for this collection of information is estimated to average 58 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This information is required to obtain benefits. HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

Section 204 of the National Housing Act authorizes the Secretary to pay an insurance claim that bridges the gap between the fair market value proceeds from the HUD-approved third party sale of a property. The respondent's maybe lenders (mortgagee's), counselors and homeowners who are attempting to sell their properties prior to foreclosure. The Privacy Act of 1974 pledges assurances of confidentiality to respondents. HUD generally discloses this data only in response to a Freedom of Information request.

| Mortgagee Contact Person:
SHERRY CENTOFONTI | Phone Number:
480-457-3215 | Account/Control Number:
196051252 | FHA Case Number:
095-1029311 |
|---|---|---|---|
| Homeowner Name(s): ROSE BRANDOLINO | | Property Address:
21 SE 3RD AVE HALLANDALE BEACH, FL 33009 | |
| Homeowner Name(s): | | | |

Mortgagee (or HUD) Approval of the Sales Contract is a Pre-Condition of the Sale

| Name of Purchaser
MORDI KISLASI | Address | Phone Number |
|---|---|---|
| Name of Purchaser
ENBAR HALFON | Address | Phone Number |

| Type of Financing (mark one)
☐ FHA ☐ VA ☐ Conventional ☐ Other | Date Contract Approved | Selling Price
$ 106,000.00 | Sales Commission
6 % |
|---|---|---|---|
| **Payable from Sale Proceeds**
Sales Commission | $ 6,360.00 | | |
| (Local & State transfer taxes/stamps, etc.) | $ 1,275.61 | | |
| (Lien discharge (must not exceed $1,000) | $ | | |
| Alloweds | $ 3,607.55 | | |
| Non-Alloweds | $ 0.00 | | |
| Consideration to seller (Basic amount=$750. Addition amount (normally $250) is paid if closing occurs within 90 days of start of participation in Pre-foreclosure sale Procedure) | $ 750.00 | | |
| Total Amount Payable from Sales Proceeds (Add column of items) | $ 11,993.16 | Deduct all payments form Proceeds from selling price. **New proceeds to Mortgagee:**
$ 94,123.51 | |
| Total amount paid to seller
750.00 | Seller's Initials & Date
(X) 6/2/11 | *(By initialing, seller acknowledges receipt of amount specified). | |
| Sale's Agent/Broker's Signature & Date**
(X) [signature] (MC) 6/2/11 | | **By signing, the Agent/Broker certifies that there are no hidden terms or special understanding with the buyer, seller, appraiser, closing agent or mortgagee. | |
| Mortgagee's Authorizing Official's Signature & Date
X SHERRY CENTOFONTI 05/31/2011 | | Closing Agent's Signature & Date
(X) | |

(Attach copy of Settlement Statement)

form HUD-90052 (06/2003)
ref. Handbook 4330.1