UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**SETTLEMENT ADMINISTRATION SIXTEENTH STATUS REPORT
FOR THE FOUR VIRGINIA-BASED SETTLEMENTS**

Special Master Matthew L. Garretson submits this sixteenth report to inform the Court of the status of the Chinese Drywall Four Virginia-Based Settlements as of August 5, 2015.

1

The Special Master has issued all Real Property and Incentive Award payments in accordance with the Court's order approving the Proposed Real Property Allocation [Rec. Doc. 18145] on December 17, 2014.  In total, the Fund Administrator issued Real Property and Incentive Award payments in the amount of $9,072,000.00 for 262 claims.  All Real Property awards are final and have been distributed, and administration of the Real Property claims is therefore complete.

The focus of settlement administration has now shifted to Other Loss claims.  The Special Master issued Other Loss Determination Notices on April 1, 2015.  Class members had the opportunity to appeal the determinations and provide additional information to the Special Master in support of their claims.  The Special Master received and responded to five such appeals.  On July 7, 2015, after receiving the Special Master's response to their appeal, class members Colleen Nguyen and Tuan Nguyen filed a Motion for Reconsideration of the Special Master's Other Losses Determination [Rec. Doc. 19258].  The Special Master has been informed by counsel that Mr. and Mrs. Nguyen are available to appear telephonically at the status conference scheduled for September 18, 2015, should it be convenient for the Court to set their motion for hearing at that time.

On July 20, 2015, the Special Master issued a letter to all claimants who filed Other Loss Personal Property claims.  The purpose of the letter was to address possible misunderstanding regarding the proof requirements for Personal Property claims and to provide claimants with the opportunity to submit additional supporting documentation accordingly.  Any class member who wishes to submit such additional supporting documentation must do so no later than August 12, 2015.

Upon completion of the appeals process, the Special Master will allocate the Other Loss funds and, as was done with the Proposed Real Property Allocation, will provide the Court and Class Counsel with the opportunity to review the allocation. Upon approval from the Court and Class Counsel, the Special Master will then begin issuing Other Loss Payments. Once Other Loss payments are issued to class members, all distributions to class members under the settlements will be complete.

**Conclusion**

The Special Master submits this sixteenth report to the Court to inform the Court of the status of allocation for the Four Virginia-Based Settlements. The Special Master will continue to provide periodically such reports to the Court as settlement administration continues and can provide additional information as the Court might so request.

Respectfully submitted,

Dated: August 5, 2015

 */s/ Matthew L. Garretson, Esq.*
Matthew L. Garretson, Esq.
GARRETSON RESOLUTION GROUP
6281 Tri-Ridge Boulevard, Suite 300
Cincinnati, OH 45140
Phone: (513) 794-0400
mlg@garretsongroup.com
*Chinese Drywall Special Master*