UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |

*Payton, et al v. Knauf Gips, KG, et al.*
Case No. 2:09-cv-07628 (E.D. La.)

## (JOINT) DESIGNATION OF RECORD ON APPEAL

Pursuant to the order of the United States Court of Appeal for the Fifth Circuit, dated July 22, 2015 (Docket No. 15-30595), the appellants hereby designate the record on appeal to include the following documents electronically filed with United States District Court for the Eastern District of Louisiana. 1

| Document Number | Description |
|---|---|
| 18365 | Objection to /Motion to Appeal Special Master Denial Notice and for Reinstatement of Claim filed by William and Kelly Wayne (with attachments) |
| 18376 | Order |
| 18491 | Statement of Facts filed by Settlement Administrator |
| 19072 | Order and Reasons, dated June 4, 2015 |

---

1 Appellants undersigned counsel contacted appellee Brown Greer, LLC and delivered the within designation and has not received a response. Undersigned counsel did not receive any response from the appellee Michael Rozen.

1

| | |
|---|---|
| 19244 | Motion And Incorporated Memorandum Pursuant to Fed.R.Civ.P. Rules 60 And 59(E) for Relief from Judgment (with attachments) |
| 19253 | Notice of Appeal |

Dated: August 5, 2015

Respectfully submitted,

**DAVIS & DUNCAN, LLC**

*/s/ Mark Duncan*

**MARK G. DUNCAN (Bar No. 29161)**
**MICHELLE MAYNE DAVIS (Bar No. 23027)**
849 Galvez Street
Mandeville, Louisiana 70448
Telephone: (985) 626-5770
Facsimile:  (985) 626-5771