**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 4, 2015**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047  SECTION: L  JUDGE FALLON  MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
   **13-6652:** *Collins et al v. Bass Homes, Inc. et al*
   **13-6653**: *Herrington et al v. Bass Homes, Inc. et al*

## ORDER

On this date the Court conducted an telephone status conference in these two cases. Stephen Mullins participated on behalf of the Plaintiffs. David Coons participated on behalf of Defendant Bass Homes. Caroline Pryor participated on behalf of Ace Hardware Corporation. Danny Collier participated on behalf of Ace Home Center. Wesley Pipes and Bill Watts participated on behalf of Pate Stevedore Company and Pensacola Stevedore Company. Gary Russo participated on behalf of Fireman's Fund Insurance Company. Bernard Taylor and Christy Eikhoff participated on behalf of Taishan. The parties discussed the status of the case.

**IT IS ORDERED** that the Court will hear oral argument on Taishan's Motion to Dismiss Ace Home Center's Third Party Complaints (Rec. Doc. 19296) on Friday, August 7, 2015 immediately following the Chinese Drywall Monthly Status Conference.

New Orleans, Louisiana this 4th day of August, 2015.

1

JS10(00:18)

 

_____
UNITED STATES DISTRICT JUDGE