IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### THE PLAINTIFFS' STEERING COMMITTEE'S RESPONSE IN OPPOSITION TO BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S MOTION TO STRIKE AFFIDAVIT OF RUSS M. HERMAN

The Plaintiffs' Steering Committee submits this response in opposition to Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Motion to Strike Affidavit of Russ M. Herman (Rec.Doc. 19357).  Like their Reply brief in support of their Motion to "Clarify," the BNBM Entities would desperately like to avoid the stubborn facts demonstrating activities by the BNBM Entities and their affiliates that violated the Contempt Order.  Thus, they move to strike admissible documentary and testimonial evidence presented by the Herman Affidavit.  For the reasons discussed below, this Court should have none of their motion.

Had the Defendants filed a motion for summary judgment, rather than an untimely motion to "clarify" this Court's July 17, 2014 Contempt Order, perhaps Plaintiffs might agree that a motion to strike is the proper way to challenge the legal sufficiency of a summary judgment affidavit.  However, Defendants' motion to "clarify" is not a Rule 56 motion for summary

1

judgment,[1] and the Affidavit of Russ M. Herman in Support of The Plaintiffs' Steering Committee's Response in Opposition to (1) Motion to Clarify the July 17, 2014 Contempt Order, or in the Alternative to Vacate the Order to the Extent it Purports to Apply to CNBM Group, CNBM Company, China National Building Materials & Equipment Import & Export Corporation, CNBM Forest Products (Canada), CNBMIT, CNBM (USA), and United Suntech and (2) Joinder of Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd., is not an affidavit filed pursuant to Fed.R.Civ.P. 56(c)(4).

Defendants know this, but nevertheless rely on the subterfuge that Rule 56(c)(4) applies. Indeed, all but one of their supporting authorities addresses affidavits provided in support of or opposing motions for summary judgment.[2] The only authority provided by the Defendants that is not based on Rule 56 is inapposite, as it addresses a motion for sanctions and the witness's credibility was at stake.[3]

---

[1] *See* Reply to PSC's Response in Opposition to CNBM Entities' Motion to Clarify or Vacate the July 17, 2014 Contempt Order at 4 (contending that the Contempt Order is an interlocutory order subject to Fed.R.Civ.P. 54(b)) [Rec.Doc. 19356-2].

[2] *See, e.g., Eguia v. Tompkins*, 756 F.2d 1130, 1136 (5th Cir. 1986) (addressing Rule 56 motion); *Amie v. El Paso Indep. Sch. Dist.*, 253 F. App'x 447, 451-52 (5th Cir. 2007) (same); *Elwakin v. Target Media Partners Operating Co. LLC*, 901 F. Supp. 2d 730, 741 (E.D. La. 2012) (same); *Bright v. Ashcroft*, 259 F. Supp. 2d 494, 498 (E.D. La. 2003) (same); *Housing Works, Inc. v. Turner*, No. 00-Civ-1122, 2003 WL 22096475, *1 (S.D.N.Y. Sep. 9, 2003) (same); *Thomas v. Atmos Energy Corp.*, 223 F. App'x 369, 374 (5th Cir. 2007) (same); *King Cnty. v. Rasmussen*, 299 F.3d 1077, 1083 (9th Cir. 2002) (same); *Veliz v. Cintas Corp.*, No. 03-1180, 2008 WL 4911238, *4 n.3 (N.D. Cal. Nov. 13, 2008).

[3] *See In re Actos (Pioglitazone) Prod. Liab. Lit.*, MDL No. 6:11-md-2299, 2014 WL 2872299, *34 (W.D. La. Jun. 23, 2014).

Currently before the Court is an untimely motion to "clarify" this Court's Contempt Order. The PSC responded to that motion with Mr. Herman's affidavit, which was provided pursuant to Rule 43(c), not a Rule 56(c)(4). This distinction has a difference.

Federal Rule of Civil Procedure ("Rule") 56 "states that a court may consider only admissible evidence in ruling on a summary judgment motion." *Mersch v. City of Dallas, Tex.*, 207 F.3d 732, 734–35 (5th Cir.2000). In particular, Rule 56(b)(4) provides: "An affidavit or declaration used to support or oppose a motion must be made on personal knowledge, set out facts that would be admissible in evidence, and show that the affiant or declarant is competent to testify on the matters stated." Defendants' seize upon this "personal knowledge" provision to criticize Mr. Herman's affidavit, all the while ignoring that no summary judgment motion is pending and Rule 56 is not apposite.

Rule 56's stringent standard obviously does not apply to other motions. In particular, Fed.R.Civ.P. 43(c) provides: "When a motion relies on facts outside the record, the court may hear the matter on affidavits or may hear it wholly or partly on oral testimony or on depositions." Thus, on a motion such as the matter *sub judice*, this Court has broad authority to consider evidence presented in the form of affidavits. *See Arnie*, 253 F. App'x at 451 ("We review a district court's evidentiary rulings, including the decision to strike an affidavit, for abuse of discretion."). Under the present circumstances, Mr. Herman's affidavit presents the evidence developed thus far by the PSC, in a thoughtful, cogent manner intended to assist this Court in reaching a logical conclusion.

Under these circumstances, Mr. Herman's affidavit is admissible, and entitled to whatever weight the Court deems appropriate to bestow upon it. *See, e.g., In re Chinese-Manufactured Drywall Prods. Liab. Litig.*, MDL No. 2047, Order & Reasons at 2 (E.D. La. Aug. 3, 2015)(issues

regarding evidence "relate to the weight of the...evidence and not its admissibility") (Rec.Doc. 19355).

WHEREFORE, Defendants' motion to strike Mr. Herman's affidavit should be denied.

Respectfully submitted,

Dated: August 6, 2015

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)(on the brief)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 6th day of August, 2015.

      /s/ Leonard A. Davis
      Leonard A. Davis
      HERMAN, HERMAN & KATZ, LLC
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhklawfirm.com
      Plaintiffs' Liaison Counsel
      MDL 2047

      *Co-counsel for Plaintiffs*