UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |
| IN RE: ALL CASES | | |

## ORDER

The Court received and reviewed the attached correspondence from Crystal Kinler. The Court is in contact with Jake Woody at Brown Greer to determine the status of Ms. Kinler's claims. Additionally,

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Lenny Davis of the Plaintiffs' Liaison Counsel review the correspondence, respond to Ms. Kinler, and take appropriate action.

New Orleans, Louisiana, this 6th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
Crystal Kinler
P.O. Box 254
Terracia, FL 34250

1