Judge E Fallon                                                                                                          June 9, 2015

500 Poydras St.

Room C456

N.O. La. 70130


Judge Fallon,

My family and I lived in Ruskin Florida at 2509 Yukon Cliff Dr. at the time of learning our home contained defective Chinese drywall. Due to the health affects experienced by my family of six we decided to move out of the house. Since we could not afford to obtain alternative housing in Florida, we moved back to Louisiana to reside with my parents.

Our concern is that by taking into account the "under air" square footage of our home will not properly compensate us for all our moving expenses we experienced in moving our family back to Prairieville, Louisiana. In addition to having moving expenses, my husband a school teacher ,had to secure a new job as he could not live in Louisiana and teach in Florida. As a result of the cuts in our household income, we eventually lost our dream home to foreclosure. In addition to losing our home, as a result of having to move back to Louisiana, my husband lost his retirement that he had been accumulating since 2005 because he did not have enough time in the Florida School System to be vested.

We pray that the court will allow claimants with extraordinary moving expenses or other expenses related to Chinese drywall apply to the Other Loss Claim section of settlement for additional compensation under the settlement.

In addition we object to having to decide to stay in or opt out without fully being informed of what we would receive for the lost equity in our home. We moved to Florida following devastating Hurricane Katrina, we purchased our brand new construction home for 350,000,however prior to the foreclosure we upgraded many aspects of our home including landscaping,pavers,private drives, crown molding, fence, deck, wood flooring throughout etc. What time frame is going to be considered for the value of our home to determine equity?

After moving back to Louisiana we rented a townhome and it also contained Chinese drywall. We moved out again exhausting all of our savings to include a wrongful death suit we were awarded for devastating the loss of our infant daughter.

We were homeless and the VA being my husband was a disabled veteran whom served twenty years helped us with a home loan. We were excited to live the family dream and have normalcy again seeing our children healthy and smiling. However this home also contained defective Chinese drywall.

I know it seems unreal, it's the God's honest truth. We have done nothing to deserve this, it has robbed us of our home, health, stability, job, savings etc. We just want to be made somewhat whole. I know we will never be made whole but as close as whole as possible.

We had an attorney Mr. Becnel representing us years ago and we decided after the lack of communication and various conflicts it was best to have the pro see Bob Johnston assist us. I have never had anyone guide me on what I should do to have a fair shot at justice. I have contacted Mr. Johnston by phone and email and he was very brief and emailed me stating he was no longer an attorney in the Chinese drywall case .I was never informed he was no longer assisting us that weren't represented. No one has ever sent me updates regarding this Chinese drywall. I feel we have been unfairly compensated and a huge injustice. The Virginia families who one I know personally won millions and I was offered .36 cents a sq ft equaling fifteen hundred dollars. It's been months I submitted my appeal to Browngreer for special master review and to date I have never heard from anyone. I would like an attorney to assist me in appealing this and to assist me in understanding my rights. Please right this wrong as your my family's last hope.


Sincerely,


Crystal Kinler

## Ruskin family finds help confirming their Chinese drywall

Posted By: Tammie Fields  1 hr ago

- Read Comments
- Recommend
- Print Article
- Email Article
- Larger
- Smaller

ADVERTISEMENT

Ruskin, FL - Crystal and Gerard Kinler are finally getting some concrete answers. That's after a team of people spent several hours in their home Saturday ripping out drywall and drilling holes into it so they could peek inside their walls.

The Kinler's hired U.S. Building Consultants, located at 1439 NW 104th Drive in Gainesville, to find out for sure if their home has Chinese drywall.

Crystal says, "We did have the smell of rotten egg from the beginning but we didn't know. We thought it was just maybe a new home smell. Maybe from paint, you know."

But when their four children started getting sick, coming down with pneumonia, asthma and terrible nose bleeds, they got extremely worried.

During the same time, they started noticing that their copper air conditioner coils were becoming tarnished. They were black. They also started having electrical problems and the small appliances in their new home were breaking constantly.

Gerard says, "We realize there's some serious health issues involved in this. If it's turning your copper black and it's doing the things that it's doing to your home, obviously it's doing something to your body."

Spiderman Mulholland is a Forensic Investigator with U.S. Building Consultants and, after several preliminary tests, he confirmed what the couple already suspected. "Well, we've been able to establish behind the walls there is some markings with china imported drywall - marked Kenarf."

He says it's a problem he's seen time and time again. "Everywhere we go, people are having problems with respiratory problems. Children are being put on breathing apparatus."

In the Kinler family's case, Mulholland says it's critical to find out where the Chinese drywall is in their house. The question is whether it's in a few walls or everywhere. "The solution is hard because the only way you're going to fix this is you've got to remove the source. The drywall has to come out of these homes."

In the meanwhile, the Kinler family feels like they're running out of time and options. For years, they say they've called anyone who would listen - the builder, their insurance company and government agencies.

They say no one has been willing to help them. Crystal, a housewife, has spent countless hours researching Chinese drywall on the internet and says it's a problem that many of her neighbors are also facing.

"We feel like we're being forced from our home. We may even have to foreclose because we can't pay for rent and a mortgage and no one's stepping up to help," she says.

The Kinler's say their insurance company will not cover the cost to replace the defective drywall.

Tammie Fields  10 Connects

# The Chinese Drywall Human Health Effects

*A Forensic investigator's point of view.*

As a forensic investigator and businessman, developing solutions to people's problems is what we do at U S Building Consultants Inc. Coming into a bad situation and designing the solution to the problem is a win-win situation that we find extremely rewarding. However, over the last several months, traveling through south Florida inspecting and analyzing the Chinese Drywall Crisis has left me and my staff devastated and heartbroken.



I personally found myself leaving clients homes and breaking down in tears. I have investigated and taken part in over 10 different hurricane recovery efforts with hundreds of buildings and homes over two decades in Florida but I don't know if I have investigated anything as difficult to deal with as the Chinese Drywall Crisis.

One of our clients said that "Spiderman, if we could have just seen it coming, we could have been prepared." Tears in her eyes and her little children sick with the out-gassing of possible toxic gases, it was hard not to become emotionally involved with this family. She asked me that if some of the materials in their home was turning black, what about their lungs and other organs. Her husband, a 20 year veteran of the United States Air force and now a school teacher and assistant coach for the local football team is despondent over his children laying all over their home with fatigue and health issues.



The 2-year-old baby is on a breathing machine, cabinets are filled with medication, and their 11-year-old son continues to have major nose bleeds and has visited the doctor more in the last two years than his previous 9 years. Are these conditions that we are seeing just some strange coincidence? I choked up after looking at all the doctor reports spread out over the counter and their eviction notice telling them to get out by the mortgage holder. I asked why they were being evicted. She responded, were paying more on medical bills and medication for our family than we are for the household bills.

I touch the baby's breathing machine, inspect the cabinets of medication, and read page after page of medical reports of this once healthy family now being strangled physically, physiologically and financially by the high toxicity levels of sulfur compounds in their home. It's the same stories all across Florida that we continue to investigate day in and day out. Can all these people experience the same thing with out-gassing sulfur and be wrong. Do they need a psychologist, as some have alluded to, or were they already sick from something else? Why do a lot of the children have breathing problems? How can a perfectly healthy family just two years earlier move into a home after losing everything in Katrina only to be struck down health wise and lose their home all over again to something they didn't even see coming!

As a 47-year-old man and former United States Marine sniper, it can take a lot before I break down or cry. But with the case of Gerard and Crystal Kinler, it truly got to me. They had four beautiful kids and a wonderful family. Maybe having four kids of my own and seeing what they were going through made me question, how would I feel in this situation? What if it was my children spitting up blood and lying around full of fatigue? Sometime during the inspection, I quit seeing them as my clients and I started seeing them as neighbors or friends. Where will they go? How will they pay to have their dream home repaired? What about their jobs, credit, and future for their children? What about the long term health affects to the sulfur compounds that they have been breathing in over the last two years? What happens if the science proves that long-term exposure is toxic and damaging to their health? There are so many questions and too few answers for the Kinler family and others throughout Florida. While the toxicologist is in a legal battle to prove or disprove the human health risk, the physical evidence in the field is overwhelming and should not be ignored.

We went to the Kinler residence to assist them based on our expertise in the environmental conditions of their home but left without being able to help. I am so use to fixing people's problems and found myself hopeless and without the answers I always seem to have. A good expert does not have to know everything; he just has to know where to go to get the answers. In this situation, there was no one to turn to. Priding ourselves as being the CSI of the construction industry, this was both frustrating and disheartening. If anyone can develop a solution to this, we should be able to. However, with no money, FEMA,

 or governmental support at this time, I have never felt so hopeless trying to find a way to help so many people in a really bad situation.

I felt a knot in my stomach, when the Kinler's 12-year old son cried out my name in excitement, "hey Spiderman, look at my room." The smell of out-gassing sulfur poured out from his walls and I know he had no idea what may be happening to him. What made it worse; I didn't even know what the effects of these toxic gases played on the long term health effects. All I knew is when the seven of us with U S Building Consultants walked into the home to do the testing on the home that day, five got sick with headaches, burning eyes, breathing and throat irritation, and one person who cut out the drywall could not function well the next morning. It was hard to believe that if we were so affected by the out-gassing during several hours of inspection, what was happening to the family who was being exposed every day?

Over the last several months, we have worked with the top Toxicologist in the nation trying to find answers. We formed working groups with national and international forensic investigators and building scientist. We read every article on the web and hired chemist to help in our lab to determine both inspection and remediation protocols. At the end of the day, it is becoming obvious that the long term exposure to these 11 sulfur compounds may take years to determine long-term health effects.

For now, we push on late into the evening trying to set proper standards for inspection, remediation, and certification of homes and buildings. One bright spot is the technological advancement of air purification equipment that we are currently testing in one of the Florida homes that were turned over to U S Building Consultants for testing. Laboratory testing and on-site preliminary testing show a reduction in out-gassing by an estimated 80-90% in the first day. This would be a tremendous breakthrough for us if we can scientifically prove stabilization of the gases in these homes until remediation can be done. Our main concern is many people have no money and nowhere to go. They will be forced to stay in their homes and suffer the effects of possible toxic out-gassing. We have to find a solution for this since the life safety issue is the most important aspect of this crisis.

One example of this problem is a home owner in Miami called me to cancel his inspection to determine if he had Chinese drywall. He told me he had a four year old son and if we prove the toxicity levels of sulfur gases in his home, he would be possibly endangering his little boy. With no money and no place to go, he said the decision would be to stay or move his family out into the street. He chose not to know, to protect his own conscience. I tried to drive down and offered to do his inspection at no cost. It was then I realized he did not want the inspection for his conscience sake. He said he did not want to know that he might be jeopardizing his son if the sulfur compounds in his home were a health risk. This is when I decided that stabilization would have to be part of the solution until the funding could catch up with the problem. I still don't have all the answers today but we had made a lot of headway in testing and analyzing the problems.

We now know how to properly inspect and test; and the remediation procedures are almost completed. There would be nothing worse than having people live through this nightmare twice. No one should be doing air testing alone in determining the Chinese drywall conditions in a home and remediation should not commence until established protocols are written. Our preliminary findings on the remediation process which is currently on-going, has proved to be inadequate. After removing the source of the problem (Chinese drywall), sulfur out-gassing in the repaired homes returned in some cases. I would caution anyone who has plans on remediating to wait until the scientific testing is completed. At U S Building Laboratories, we are finding that much of the interior construction may be able to be salvaged and dramatically reduce the overall cost of restoration. We should have answers very soon as to what has to come out, what can be saved, and what has to be discarded. It is important, that the testing protocols and standards are correct and that the field testing (in actual homes) verifies our laboratory analysis.

We're seeing some very positive signs for getting people back into their homes from this crisis. The unknown of course, is going to be the "Long-Term Human health Effects".