MINUTE ENTRY
FALLON, J.
AUGUST 7, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON  MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:   James Stengel, Esq. for defendants, CNBM Entities
Richard Fenton, Esq. for defendants, BNBM Entities
Arnold Levin, Esq. and Russ Herman, Esq. for the Plaintiffs' Steering Committee
Bernard Taylor, Esq. and Christina Eikhoff, Esq. for Taishan Gypsum Co.
Danny Collier, Esq. (via phone) for Ace Home Center, Inc.

1. Motion of Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd, to Strike Affidavit of Russ Herman   (19357)

No argument - Motion GRANTED

2. Motion of  China National Building Materials Group Corporation, China National Building Materials Company, Ltd., China National Building Materials & Equipment Import & Export Corporation, CNBM (USA) Corporation, CNBM Forest Products (Canada) Ltd., China National Building Materials Investment Trading, and United Suntech, Inc., to Clarify the July 17, 2014 Contempt Order, or in the alternative, to Vacate the Order to the Extent it Purports to Apply to Said Defendants  (19271)

After argument - Motion DENIED with Court's written reasons to follow

2. Motion of Taishan Gypsum Co., Ltd., to Dismiss Ace Home Center, Inc.'s First Amended Third-Party Complaints, for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Federal Rule of Civil Procedure 12(b)(6)     (19296)

After argument - Motion was taken under advisement


JS10:     1:52