UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

In response to Claimants' requests for oral argument, **IT IS HEREBY ORDERED** that Samuel Perone's Objections (R. Doc. 19345) and Rose Brandolino's Objections (R. Doc. 19360) to the Special Master's Determinations are set for submission, with oral argument, immediately following the October Monthly Status Conference on October 7, 2015.

New Orleans, Louisiana, this 6th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

1