**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

25   25-ZHELTKOV-PALMCOAS
Date Taken: 5/21/2012
Taken By: BRANDON

Kitchen



26   25-ZHELTKOV-PALMCOAS
Date Taken: 5/21/2012
Taken By: BRANDON

Kitchen



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

65  25-ZHELTKOV-PALMCOAS
Date Taken: 5/21/2012
Taken By: BRANDON

Master Bedroom



66  25-ZHELTKOV-PALMCOAS
Date Taken: 5/21/2012
Taken By: BRANDON

Master Bedroom



 **Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

75  25-ZHELTKOV-PALMCOAS
Date Taken: 5/21/2012
Taken By: BRANDON

Master Bath



76  25-ZHELTKOV-PALMCOAS
Date Taken: 5/21/2012
Taken By: BRANDON

Master Bath



**MOSS** Moss and Associates

2101 N. Andrews Ave., Suite 300  
Ft. Lauderdale, FL 33311  
Toll Free: (888) 91-MOSS-USA  
Main: (954) 524-5678  
Fax: (954) 563-8681

109  25-ZHELTKOV-PALMCOAS  
Date Taken: 5/21/2012  
Taken By: BRANDON

Master Bath



110  25-ZHELTKOV-PALMCOAS  
Date Taken: 5/21/2012  
Taken By: BRANDON

Master Bath



 **Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

133  25-ZHELTKOV-PALMCOAS
Date Taken: 5/21/2012
Taken By: BRANDON

Family Room



134  25-ZHELTKOV-PALMCOAS
Date Taken: 5/21/2012
Taken By: BRANDON

Family Room



 **Moss and Associates**

2101 N. Andrews Ave., Suite 300  
Ft. Lauderdale, FL 33311  
Toll Free: (888) 91-MOSS-USA  
Main: (954) 524-5678  
Fax: (954) 563-8681

135  25-ZHELTKOV-PALMCOAS  
Date Taken: 5/21/2012  
Taken By: BRANDON

Family Room



136  25-ZHELTKOV-PALMCOAS  
Date Taken: 5/21/2012  
Taken By: BRANDON

Family Room





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

137  25-ZHELTKOV-PALMCOAS
Date Taken: 5/21/2012
Taken By: BRANDON

Family Room



138  25-ZHELTKOV-PALMCOAS
Date Taken: 5/21/2012
Taken By: BRANDON

Family Room





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

197  25-ZHELTKOV-PALMCOAS
Date Taken: 5/21/2012
Taken By: BRANDON

Bedroom 3



198  25-ZHELTKOV-PALMCOAS
Date Taken: 5/21/2012
Taken By: BRANDON

Bedroom 3







