UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
    PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

THIS DOCUMENT RELATES TO:
ALL CASES AND

SECTION: L

Payton, et al. v. Knauf Gips, KG, et al
Case No. 2:09-cv-07628 (E.D. La.)

JUDGE FALLON

MAG.JUDGE WILKINSON

AND RELATED CASES

## Notice of Submission

    Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana Room C456, United States District Courthouse, 500 Poydras Street, New Orleans, La 70130, following the monthly status conference on September 18, 2015 at 9:00 am the appeal to the Special Master's Determination Denying Claimant, Gregory Friedlander, certain remedies as set out in the notice/objection under the settlement in that case.

Respectfully Submitted,

  /s/Gregory Friedlander

GREGORY M. FRIEDLANDER

Louisiana Bar No. 01886

Pro Se

11 S. Florida Street

Mobile, Al 36606-1934

(251-470-0303 (fax) 8884412123

Gmfpc1@gmail.com

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this the 7th day of AUGUST, 2015, served a copy of the foregoing by e-mail to the following:

| | |
|---|---|
| Kerry Miller kmiller@frilot.com, kspaulding@frilot.com | Leonard Davis ldavis@hhklawfirm.com |
| Frilot L.L.C. | cdwquestions@browngreer.com |
| 1100 Poydras Street, Suite 3700 | Leonard Washofsky: leonard@washofsky.com |
| New Orleans, LA 70163 | |

Phone:(504)599-8194 Fax: (504) 599-8145

    /s/Gregory Friedlander_____