UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
      PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

THIS DOCUMENT RELATES TO:
ALL CASES AND

SECTION: L

Payton, et al. v. Knauf Gips, KG, et al
Case No. 2:09-cv-07628 (E.D. La.)

JUDGE FALLON

MAG. JUDGE WILKINSON

**ORDER**

This appeal applies to "lost value"/"short sale" and Miscellaneous claims for units 6, 16, 25, 30, 35 and 99 under the class action settlement being administered by Brown and Greer.

1. The Claimant ID is 100473, the claim ID is 5719 and property ID 612 for unit 16.
2. The Claimant ID is 100473, the claim ID is 9192 and property ID 612 for unit 35.
3. The Claimant ID is 100473, the claim ID is 5816 and property ID 611 for unit 6.
4. The Claimant ID is 100473, the claim ID is 5748 and property ID 634 for unit 25.
5. The Claimant ID is 100473, the claim ID is 5754 and property ID 635 for unit 30.
6. The Claimant ID is 100473, the claim ID is 5769 and property ID 636 for unit 99.
7. The claimant id is 100473, the claim id is 9193 and the property ID 639 for unit 36.

The court has taken due notice of all the facts in this case and directs that the claimant be paid for miscellaneous damages and lost value claims for units 6,16,25,30,99, 35 and 36 identified above as provided for other qualifying claims under the settlement.

_____

Judge Eldon E. Fallon