UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2047 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | | JUDGE FALLON MAG. JUDGE WILKINSON |

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY**
**M.D.C. HOLDINGS, INC. AND RAH OF TEXAS, LP**

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, M.D.C. Holdings, Inc. and RAH of Texas, LP (collectively, "RAH") hereby give notice of their intention to dispose of the physical evidence that RAH was previously preserving pursuant to the requirements of Pretrial Order No. 1(B).  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to RAH by contacting Timothy A. Kolaya, Esq. at Greenberg Traurig, P.A., by telephone at: (305) 579-0811 or by e-mail at kolayat@gtlaw.com.  Upon the expiration of the thirty-day period, RAH may dispose of such physical evidence and will not be subject to a claim or defense of spoliation with respect to its disposal of such physical evidence.

|  |  |
|---|---|
| Dated: August 14, 2015 | Respectfully submitted, |

**GREENBERG TRAURIG, P.A.**
*Attorneys for M.D.C. Holdings, Inc. and RAH of Texas, LP*
333 S.E. 2nd Ave., Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com
E-mail: foslida@gtlaw.com
E-mail: kolayat@gtlaw.com

By:   */s/ Mark A. Salky*
         HILARIE BASS
         Florida Bar No. 334323
         MARK A. SALKY
         Florida Bar No.  058221
         ADAM M. FOSLID
         Florida Bar No. 682284
         TIMOTHY A, KOLAYA
         Florida Bar No. 056140

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 14, 2015, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to File & ServeXpress Service in accordance with Pretrial Order No. 6.

*/s/ Mark A. Salky*
MARK A. SALKY