UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

In response to Claimant's requests for oral argument, **IT IS HEREBY ORDERED** that Samuel Perone's Objections (R. Doc. 19345) and Rose Brandolino's Objections (R. Doc. 19360) to the Special Master's Determinations are set for submission, with oral argument, immediately following the October Monthly Status Conference on October 7, 2015.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Reconsideration of Special Master's Opinion and Decree (R. Doc. 19295) will also be heard on oral argument immediately following the October Monthly Status Conference on October 7, 2015.

**IT IS FURTHER ORDERED** that Cincinnati Insurance Company's Request for Oral Argument (R. Doc. 19339) is **DENIED** at this time. Any party who wishes to respond to Cincinnati Insurance Company's Motion to Intervene (R. Doc. 19338) must do so on or before August 19, 2015 at 9:00 a.m.

New Orleans, Louisiana, this 12th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

1