**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO: 2047 |
| LITIGATION | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. v. Bass Homes, Inc.** | : | |
| **et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : | Case No.: 13-6652 |

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO: 2047 |
| LITIGATION | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. v. Bass Homes, Inc.** | : | |
| **et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : | Case No.: 13-6653 |

**CINCINNATI INSURANCE COMPANY'S**
**SUPPLEMENT TO MEMORANDUM IN SUPPORT OF**
**MOTION FOR LEAVE TO INTERVENE**

COMES NOW Cincinnati Insurance Company ("CIC"), a liability insurer for Devon International Industries, Inc., f/k/a Devon International Trading ("Devon"), and hereby files this Supplement to its Memorandum in Support of Motion for Leave to Intervene (Rec. Doc. 19338-1), so as to make this Honorable Court aware of significant procedural developments in the United States Bankruptcy Court, Eastern District of Pennsylvania ("the Bankruptcy Court"), that are germane to the issues raised by CIC in its pending Intervention (Rec. Doc. 19338) and proposed Motion to Set Aside (or Stay) Default (Rec. Doc. 19338-6).

CIC fully adopts, incorporates and re-alleges the contents of its Motion for Leave to Intervene and supporting Memorandum. Further, CIC states as follows:

1

1. On July 28, 2015, Devon (after many unfulfilled assurances to CIC counsel that it was preparing to do so) filed in the a "Motion to Reimpose the Automatic Stay Under 11 U.S.C. Section 362 of the Bankruptcy Code as to Claims Made Against It by Ace Home Centers, Inc. or Others Pursuant to Bankruptcy Rule 9024". (See Exhibit 1). The Motion asserted precisely the same issues as are asserted in this Intervention by CIC. Namely, that contrary to the factually and legally erroneous statements by Ace Home Centers, Inc. ("Ace") asserting that Devon had insurance coverage available to it, Devon had actually previously exhausted all applicable insurance coverage for drywall claims, and that without the automatic stay in place, Devon has/will be required to defend itself in the *Collins* and *Herrington* actions, thereby substantially interfering with its pending Chapter 7 bankruptcy case. (See Exhibit 1 at Para. 6; Para. 22). Devon also apprised the Bankruptcy Court of the coverage decision favorable to CIC and against Devon by U.S. District Judge Hon. Gene E.K. Pratter on February 15, 2013. (See Exhibit 1 at Para. 13). Devon thereby requested re-imposition of the automatic stay.

2. On August 11, 2015, CIC filed a Joinder in Devon's Motion to Reimpose the Automatic Stay. (See Exhibit 2).

3. On August 11, 2015, CIC filed a Limited Motion for Relief from the Automatic Stay, by which it seeks limited relief from the reimposed stay so as to allow Devon's appeal of Judge Pratter's decision in the insurance coverage declaratory action, which is pending in the Third Circuit Court of Appeals, to move forward. (See Exhibit 3).

4. Subsequently on August 11, 2015, Ace filed a Response to Motions to Reimpose Bankruptcy Stay of (Devon and CIC). (See Exhibit 4). Ace asserted therein that it would not have filed its motion to lift the bankruptcy stay had it been properly informed by Devon (upon

serving Devon with the summons and complaints in the above-styled actions) that no insurance coverage was available.

5.  The Bankruptcy Court has scheduled a hearing on Devon's Motion to Reimpose Stay for August 26, 2015. Hearing on the Limited Motion for Relief for purposes of the pending appeal is set for September 9, 2015.

WHEREFORE, CIC respectfully re-asserts its prior arguments in its Motion for Leave to Intervene and Memorandum in Support, and requests that the Court grant CIC's intervention request so that it may seek a setting aside of the default judgment entered against Devon.

Respectfully submitted,

**FITZPATRICK & BURNETTE L.L.C.**

*/s/ David A. Pote*
_____
**MICHAEL K. FITZPATRICK (LA #5596)**
**DAVID A. POTE (LA #39267)**
541 Julia Street, Suite 200
New Orleans, Louisiana 70130
Telephone: (504) 581-7121
Facsimile: (504) 265-8746
*Counsel for Cincinnati Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of August, 2015.

| | |
|---|---|
| Stephen W. Mullins, Esq.<br>Luckey & Mullins, PLLC<br>Post Office Box 990<br>Ocean Springs, MS 39566<br>smullins@luckeyandmullins.com | Joe Cyr, Esq.<br>Frank T. Spano, Esq.<br>Courtney L. Colligan, Esq.<br>Hogan Lovells US LLP<br>875 Third Avenue<br>New York, New York 10022<br>Joe.cyr@hoganlovells.com<br>Frank.spano@hoganlovells.com<br>Courtney.colligan@hoganlovells.com |
| David C. Coons, Esq.<br>Christopher A. D'Amour, Esq.<br>Adams and Reese LLP<br>4500 One Shell Square<br>New Orleans, LA 70139<br>david.coons@arlaw.com<br>chris.damour@arlaw.com | Michael P. Kenny, Esq.<br>Bernard Taylor, Esq.<br>Christina Hull Eikhoff, Esq.<br>David Venderbush, Esq.<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Phone: (404) 881-7000<br>Fax: (404) 881-7777<br>mike.kenny@alston.com |
| Heather M. Houston, Esq.<br>Caroline Pryor, Esq.<br>Carr Allison<br>6251 Monroe Street<br>Suite 200<br>Daphne, Alabama 36526<br>hhouston@carrallison.com<br>cpryor@carrallison.com | Alan Dean Weinberger<br>HANGARTNER, RYDBERG & TERRELL, LLC<br>One Shell Square<br>701 Poydras St., Suite 310<br>New Orleans, Louisiana 70179<br>Phone: (504) 434-6815<br>Fax: (504) 522-5689<br>aweinberger@hanrylaw.com |
| S. Wesley Pipes, Esq.<br>Pipes Hudson & Watts, LLP<br>Post Office Box 989 Mobile, Alabama 36601<br>wesley@pipeshudsonwatts.com | Danny J. Collier, Esq.<br>Jeffrey L. Luther, Esq.<br>L. Robert Shreve, Esq.<br>Luther, Collier, Hodges & Cash, LLP |

                                      P.O. Box 1002
                                      Mobile, AL   36633
                                      DCollier@lchclaw.com

Gary J. Russo, Esq.
Jones Walker LLP
600 Jefferson Street Suite 1600 Lafayette, LA 70501
grusso@joneswalker.com

Thomas P. Owen, Jr., Esq.
Stanley, Reuter, Ross, Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
rcs@stanleyreuter.com
tpo@stanleyreuter.com

5