UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO: ALL CASES | |

## ORDER

Considering the foregoing PSC motion and memorandum in support,

IT IS ORDERED that counsel in possession of the following documents listed by item number on the Counsel's Privilege Log attached to the PSC memorandum as Exhibit A, immediately produce same to Plaintiffs' Liaison Counsel: Item Nos. 127, 131, 132, 133, 134, 136, 141, 160, 164, 166, 173, 174, 181, 189, 191, 194, 195, 196, 207, 213, 214, 221, 222, and 226.

THIS DONE, the ____ day of _____, 2015, New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON