**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>ALL CASES | |

**O R D E R**

Considering the Motion for Leave to File Exhibit Under Seal filed by the Plaintiffs'

Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibit "B"

attached to the PSC's Motion to Compel the Production of Documents on a Counsel's Privilege

Log filed on August 18, 2015 [Rec. Doc. 19396], be and is hereby FILED UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2015.


_____
Eldon E. Fallon
United States District Court Judge