UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

EXHIBIT "B" TO
PLAINTIFFS' STEERING COMMITTEE'S
MOTION TO COMPEL THE PRODUCTION OF
DOCUMENTS ON A COUNSEL'S PRIVLEGE LOG [REC. DOC. 19396]

# FILED UNDER SEAL