UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILTY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:  ALL CASES | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

## PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE

**COMES NOW** Plaintiff, Victor Zheltkov, by and through undersigned counsel, and moves this Honorable Court for an Order authorizing the appearance of undersigned counsel, C. David Durkee, by telephone for the Plaintiff's Request for Oral Argument on Plaintiff's Motion for Reconsideration of Special Master Daniel J. Balhoff's opinion and decree, scheduled on Wednesday, October 7, 2015 at 9:00 a.m., and as grounds therefore would show unto the Court:

1. That the undersigned counsel resides and practices in Miami, Florida and the hearing is in the U.S. State District Court Eastern District of Louisiana.

2. The undersigned attorney has filed a Motion for Reconsideration of Special Master Daniel J. Balhoff's opinion and decree and scheduled its Request for oral argument on Wednesday, October 7, 2015 at 9:00 a.m.

3. Since this Motion is a fairly standard motion, it would be unduly burdensome to require plaintiff counsel to travel to New Orleans.

WHEREFORE, Plaintiff prays that this Honorable Court would allow C. David Durkee to attend the Plaintiff's Request for oral argument by telephone.

**Roberts & Durkee, P.A.**
Offices at Grand Bay Plaza, 2665 South Bayshore Drive, Suite 300, Coconut Grove, Florida 33133

Respectfully submitted,

*/s/ C. David Durkee, Esq*.
ROBERTS & DURKEE, P.A.
OFFICES AT GRAND BAY PLAZA
2665 S. Bayshore Drive, Suite 300
Coconut Grove, FL  33133
Phone:  (305) 442-1700
Fax:  (305) 442-2559
durkee@rdlawnet.com
*Counsel for Individual Plaintiffs*

Mark Milstein, Esq.
Allison R. Willett, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405
Phone:  (310) 396-9600
Fax:  (310) 396-9635
*Counsel for Individual Plaintiffs*

Dated:  August 19, 2015.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served to all parties by electronically uploading the same to Lexis Nexis File & Serve and was electronically filed with the Clerk of Court of the United Sates Court for the Eastern District on this 19th day of, July 2015.

By:  */s/ C. David Durkee*
C. David Durkee