UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION OF THE PLAINTIFFS' STEERING COMMITTEE FOR EXPEDITED RETURN ON REQUESTS FOR ADMISSIONS DIRECTED TO <u>CNBM AND CNBM GROUP</u>**

NOW INTO COURT come the Plaintiffs' Steering Committee ("PSC"), who shows as follows:

1. Pursuant to the orders and directives of the Court at the special hearing that took place on March 17, 2015, the Court's comments during the status conference on April 17, 2015, and the Court's Minute Entry and Orders dated March 17, 2015 [Rec. Doc. No. 18493] authorizing expedited discovery of Taishan and BNBM/CNBM regarding (i) the injunction prong of the Court's July 17, 2014 Order holding Taishan in contempt of Court, criminally and civilly [Rec. Doc. No. 17869], and (ii) whether there exist alter ego relationships between and among these entities, on August 14 and 17, 2015, the PSC served Second and Third Requests for Admissions upon Taishan, TTP, BNBM Group and CNBM Group and Third and Fourth Requests for Admissions upon BNBM and CNBM.

2. The PSC communicated with counsel for CNBM and CNBM Group, via correspondence with counsel on August 17, 2015. This communication was an attempt

1

to meet and confer prior to filing this motion.  The meet and confer process did not result in a resolution and, therefore, the PSC seeks to require CNBM to respond to the Third and Fourth Set of Requests for Admissions (Exhibit "A" *in globo*) and CNBM Group to respond to the Second and Third Set of Requests for Admissions (Exhibit "B" *in globo*).

3. The PSC communicated via emails with counsel for BNBM and BNBM Group, and then again via telephone conference.  In a telephone conference on August 19, 2015 with Christopher King, Michael Moore, and Matt Nichol, the PSC and BNBM and BNBM Group were able to resolve the issue and therefore this motion is not being filed as to BNBM and BNBM Group.  Responses will be provided on an agreed upon expedited basis in less than thirty (30) days and in advance of upcoming depositions scheduled in this matter.

4. The PSC communicated via emails with counsel for Taishan/TTP, and then again via telephone conference.  In telephone conferences with Bernard Taylor and Christy Hull Eikhoff on August 18 and 19, 2015, the PSC and Taishan/TTP were able to resolve the issue and therefore this motion is not being filed as to Taishan/TTP. Responses will be provided on an agreed upon expedited basis in less than thirty (30) days and in advance of upcoming depositions scheduled in this matter.

5. It is respectfully submitted that expedited responses to the discovery from CNBM and CNBM Group is necessary for the upcoming and pending depositions in New Orleans and in Hong Kong.  Providing responses at a late date may require substantial questioning regarding admissibility, business records and other evidentiary issues that hopefully can be avoided during the taking of depositions.  The PSC requests that CNBM and CNBM Group provide responses within twenty (20) days

of the date of the service of each of the Requests for Admissions.

6.     The PSC proposes that full and complete responses to the Requests for Admissions be produced by CNBM and CNBM Group within twenty (20) days of the service of each of the Requests for Admissions.

WHEREFORE, the PSC prays that this motion be granted and that CNBM, and CNBM Group be Ordered to respond to the Requests for Admissions served by the PSC within twenty (20) days of the service of each of the Requests for Admissions.

Respectfully submitted,

Dated: August 20, 2015              */s/ Russ M. Herman*
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com


Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com


Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Rachel A. Sternlieb
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras
Street New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon Lemmon
Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of August, 2015.

                                         Respectfully Submitted,

                                    BY:  /s/ Leonard A. Davis
                                            Leonard A. Davis
                                            Herman, Herman & Katz,
                                            LLC 820 O'Keefe Avenue
                                            New Orleans, LA
                                            70113 Phone: (504)
                                            581-4892
                                            Fax: (504) 561-6024
                                            ldavis@hhklawfirm.com

                                            *Plaintiffs' Liaison Counsel*
                                            *MDL 2047*