UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
|---|---|
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

# O R D E R

Considering the Motion of the Plaintiffs' Steering Committee for Expedited Return on Requests for Admissions Directed to CNBM and CNBM Group;

IT IS ORDERED BY THE COURT that the motion is GRANTED, and CNBM and CNBM Group are ordered to respond to each of the Requests for Admissions within twenty (20) days of the respective service date.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge