**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** <br> **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** <br><br> *Amorin, et al. v. State-owned Assets Supervision and Administration Commission, et al.*, **Case No. 2:14-cv-1727 (E.D. La.)** | **JUDGE FALLON** <br> **MAG. JUDGE WILKINSON** |

**ORDER**

Upon consideration of the Plaintiffs' Steering Committee's Motion for an Order Directing the Clerk of the Court to Serve Defendant State-owned Assets Supervision and Administration Commission ("SASAC") Through Diplomatic Channels Pursuant to 28 U.S.C. §1608(a)(4), it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that service upon SASAC pursuant to 28 U.S.C. §1608(a)(4) is authorized. The Clerk of the Court is hereby directed to serve SASAC by sending two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services--and the Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted.

Further, the Plaintiffs' Steering Committee is directed to provide to the Clerk of the Court those documents necessary to effectuate service.

New Orleans, Louisiana this 19th  day of  August  , 2015

Eldon E. Fallon
United States District Court Judge