**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 09-2047 L(2) |
| Certified Fee | | doc# 19402 |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: U.S. Department of State
Street & Apt. No., or PO Box No.: CA/OCS/L, SA-17
10th Floor
City, State, ZIP+4: Washington, DC  20522-1710

PS Form 3800, July 2014                    See Reverse for Instructions

7014 2120 0003 8731 4072