UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ……………………………………………… | : | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

In accordance with the agreed upon dates discussed by counsel for the CNBM entities, the Plaintiffs Steering Committee counsel, and the Louisiana Attorney General, **IT IS HEREBY ORDERED** that the Foreign Sovereign Immunities Act defense (see Motion to Dismiss filed June 22, 2015 (R. Doc. 19179)) will be heard on oral argument on December 8, 2015 at 9:00 a.m.

**IT IS FURTHER ORDERED** that any opposition memoranda is due on or before October 27, 2015 and any reply memoranda is due on or before November 24, 2015 unless the PSC notifies defense counsel before October 27, 2015 that they require an extra day or two to complete their memoranda.

New Orleans, Louisiana, this 18th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

1