UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

# O R D E R

Considering the Plaintiffs' Steering Committee's Motion to Withdraw Filings;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Motion to Compel the Production of Documents on a Counsel's Privilege Log [Rec. Doc. 19396] and the Motion for Leave to File Exhibit Under Seal [Rec. Doc. 19397] are both withdrawn from the record.

IT IS FURTHER ORDERED BY THE COURT that the PSC reserves its right to re-file the motion(s) pending the outcome of the meet and confer process with Taishn.

New Orleans, Louisiana, this 19th day of _____August_____, 2015.

_____
Eldon E. Fallon
United States District Court Judge