UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** Braxton H. Collins, et al. v. Bass Homes, Inc. et al.; S.D. Mississippi, C.A. No. 1:13-00297

# ORDER

**IT IS HEREBY ORDERED** that Cincinnati Insurance Company's Motion for Leave to Supplement its Memorandum in Support of its Motion for Leave to Intervene (R. Doc. 19400) is **GRANTED**.

New Orleans, Louisiana, this 18th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE