UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| Devon International Industries, Inc. | ) | Case No. 13 - 13552 (SR) |

### RESPONSE OF ACE HOME CENTER, INC. TO MOTIONS TO REIMPOSE BANKRUPTCY STAY OF DEVON INTERNATIONAL INDUSTRIES, INC. AND CINCINNATI INSURANCE COMPANY

Ace Home Center, Inc. [hereinafter "Ace:"] is in receipt of the Motions to Reimpose Bankruptcy Stay filed by Devon International Industries, Inc. and Cincinnati Insurance Company. Ace wishes to make clear to the court that at no time prior to the filing of these motions was Ace made aware that Cincinnati Insurance Company had litigated a declaratory judgment action against Devon International Industries, Inc. or that insurance coverage to Devon International Industries, Inc. via the Cincinnati Insurance Company policy had been exhausted.

Ace alleged in paragraph 6 of its motion to lift the bankruptcy stay that: *"Upon information and belief,* Devon has insurance coverage under which the provider of such coverage ("Insurer") is obligated to defend and indemnify Devon in the Collins, Herrington and Wiggins matters in which Claimant wishes to join Devon." (emphasis added). Further, paragraph 9 of Ace's motion alleged: "Allowing Claimant to join Devon in the Collins, Herrington and Wiggins cases will not impinge on Devon's bankruptcy proceedings since Devon's Insurer will have to defend the Collins, Herrington and Wiggins suits and pay any resulting verdict for personal injuries up to the amount of all applicable insurance coverage available to Devon International Industries, Inc. Devon's Insurer has the obligation to defend the suits to the best of its ability, and therefore, will adequately represent and protect Devon's interests."



When Ace initially served Devon International Industries, Inc. with the summons and complaints in the Collins, Herrington and Wiggins suits prior to the filing of its motion to lift bankruptcy stay, Devon International Industries, Inc. responded by simply advising Ace of its bankruptcy. See attached Exhibit "A." Devon International Industries, Inc. did not provide Ace with the insurance information contained within the Motions to Reimpose Bankruptcy Stay filed by Devon International Industries, Inc. and Cincinnati Insurance Company. Had Devon International Industries, Inc. done so, Ace would not have filed its motion to lift the bankruptcy stay.

Respectfully submitted:

BENNETT, BRICKLIN & SALTZBURG, LLC

/s/ John F. Barrett
JOHN F. BARRETT
PA Attorney ID No. 67368
1601 Market Street
Suite 1600
Philadelphia, PA 19103
(215) 561-4300
barrett@bbs-law.com
Counsel for ACE Home Center, Inc.

# EXHIBIT "A"

Charles A. McCauley III
*General Counsel*

phone: 484-688-8215
fax: 610-768-0244
e-mail: cmccauley@devonintlgroup.com

**DEVON INTERNATIONAL GROUP**

September 29, 2014

Danny J. Collier, Jr., Esquire
Luther, Collier, Hodges & Cash LLP
P. O. Box 1002
Mobile, AL 36633

    Re:    Collins, et al. v. Ace Home Center, et al.
                Herrington, et al. v. Ace Home Center, et al.

Dear Mr. Collier:

    We are in receipt of the Summons and Third Party Complaints with regard to the above-captioned actions.

    Please be advised that Devon International Industries, Inc. filed for bankruptcy on April 23, 2013 in the United States Bankruptcy Court for the Eastern District of Pennsylvania (Case No. 13-13552 (SR)). These actions violate the automatic stay imposed by 11 U.S.C. §363. Please be guided accordingly.

    Very truly yours,

    Charles A. McCauley III

CAM/pld

p| 800·431·2273

a| 1100 first avenue
suite 100
king of prussia, pa
19406

w| devonintlgroup.com

RECEIVED OCT - 3 2014

Charles A. McCauley III
*General Counsel*

phone: 484-688-8215
fax: 610-768-0244
e-mail: cmccauley@devonintlgroup.com

**DEVON INTERNATIONAL GROUP**

October 7, 2014

Jeffrey L. Luther, Esquire
Luther, Collier, Hodges & Cash LLP
P. O. Box 1002
Mobile, AL 36633

Re: Wiggins, et al. v. Ace Home Center, et al.

Dear Mr. Luther:

We are in receipt of the Summons and Second Amended Third Party Complaint with regard to the above-captioned action.

Please be advised that Devon International Industries, Inc. filed for bankruptcy on April 23, 2013 in the United States Bankruptcy Court for the Eastern District of Pennsylvania (Case No. 13-13552 (SR)). These actions violate the automatic stay imposed by 11 U.S.C. §363. Please be guided accordingly.

Very truly yours,

Charles A. McCauley III

CAM/pld

p| 800•431•2273

a| 1100 first avenue
suite 100
king of prussia, pa
19406

w| devonintlgroup.com

## CERTIFICATE OF SERVICE

I, John F. Barrett, Esquire, do hereby certify that service of a true and correct copy of the Response of Ace Home Center, Inc. To Motions to Reimpose Bankruptcy Stay of Devon International Industries, Inc. And Cincinnati Insurance Company was electronically served on August 11, 2015 upon the following:

Devon International Industries, Inc.
1100 First Avenue
King of Prussia, PA 19406

KIRK B. BURKLEY
kburkley@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Counsel for The Cincinnati Insurance Company

GARY F SEITZ
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street
Suite 280 South
Philadelphia, PA 19106

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

MICHAEL A. CIBIK
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

JENNIFER M. ZELVIN
The Law Office of Jennifer M. Zelvin
14 South Trail
Wilmington, DE 19810

MAURICE MITTS
Mitts Law, LLC
1822 Spruce Street
Philadelphia, PA 19103
Attorney for United States Trustee

JUSTIN KYLE EDISON
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
Attorney for Creditor Frank Farrell

igotnotices@ccpclaw.com
Commonwealth of PA
RA-LI-BETO-BankReading@state.pa.us

MICHAEL P. DONOHUE on behalf
of Defendant John A. Bennett
mdonohue@smithkanelaw.com
donohue01@gmail.com
John P. Dillman
houston_bankruptcy@publicans.com

ROBERT M. GREENBAUM on behalf of Debtor
Devon International Industries, Inc.
rgreenbaum@sgllclaw.com


                    Respectfully submitted,

                    BENNETT, BRICKLIN & SALTZBURG LLC

             BY:    /s/ John F. Barrett
                    JOHN F. BARRETT, ESQUIRE
                    **Attorney for ACE Home Center, Inc.**