# Exhibit "A"



CHARLES A. MCCALLUM, III
ERIC D. HOAGLUND*
MARTHA REEVES COOK
R. BRENT IRBY**
*ALSO ADMITTED IN TEXAS
**ALSO ADMITTED IN TENNESSEE
**ALSO ADMITTED IN GEORGIA

Writer's e-mail: ehoaglund@mhcilaw.com

August 18, 2015

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

   **Re:** **In re: Chinese Manufactured Drywall Products Liability Litigation**
     *Haya, et al. v. Taishan Gypsum Co., Ltd., et al.*
     *Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*

Dear Russ and Lenny:

My clients, Stephen & Mary Margaret Mason, authorize the attorneys of Herman, Herman & Katz, L.L.C. to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Defendant Taishan Gypsum Co., Ltd. in the above matter, reserving their rights and claims against any and all other Defendants therein.

Yours truly,

Eric D. Hoaglund
EDH/lm
Enclosures