# Exhibit "A"

Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

August 18, 2015

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re:    **In re: Chinese Manufactured Drywall Products Liability Litigation**
             *Amorin, et al. vs. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe*
             *Dongxin Co., Ltd., et al.* **(15902-3, p.22) -** *Case No. 2:11-CV-1395*

Dear Russ and Lenny:

    My client, **Dwayne Barone**, authorizes the attorneys of Herman, Herman & Katz, L.L.C. to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against defendant(s) **Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd.,** *et al.*, in the above matter, reserving his rights and claims against any and all other defendants therein.

                                Very truly yours,

                                Roberta L. Burns

RLB/pm

