# EXHIBIT A

**Matthew Gaughan**

| | |
|---|---|
| **From:** | Bruce Steckler <Bruce@stecklerlaw.com> |
| **Sent:** | Thursday, August 13, 2015 1:46 PM |
| **To:** | Crowson, Gabe |
| **Cc:** | Matthew Gaughan; Russ Herman; Arnold Levin; Fred Longer; Leonard A. Davis (LDAVIS@hhkc.com) |
| **Subject:** | Re: JP Morgan Production |

Will call then

Sent from my iPhone

> On Aug 13, 2015, at 12:08 PM, Crowson, Gabe <gcrowson@mcglinchey.com> wrote:
>
> How about 10:00
>
> Sent from my iPhone
>
>> On Aug 13, 2015, at 11:54 AM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:
>>
>> Thank you. What time Fri? Bruce
>>
>> -----Original Message-----
>> From: Crowson, Gabe [mailto:gcrowson@mcglinchey.com]
>> Sent: Thursday, August 13, 2015 11:48 AM
>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>> Subject: Re: JP Morgan Production
>>
>> Bruce,
>>
>> Due to some scheduling issues, my conference call with our client got moved.  Can I give you a call tomorrow morning to discuss?
>>
>> Thanks
>> Gabe
>>
>> Sent from my iPhone
>>
>>> On Aug 12, 2015, at 11:50 AM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:
>>>
>>> Perfect. What number should we call or should I circulate a call-in
>>> number? Bruce
>>>
>>> -----Original Message-----
>>> From: Crowson, Gabe [mailto:gcrowson@mcglinchey.com]
>>> Sent: Wednesday, August 12, 2015 11:41 AM
>>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>>> Cc: Lenny Davis <LDAVIS@hhklawfirm.com>; Russ Herman
>>> <RHERMAN@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>;

1

>>> Sandy Duggan <sduggan@lfsblaw.com>; Rachel Sternlieb
>>> <rsternlieb@gainsben.com>; Pearl Robertson
>>> <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>;
>>> Matthew Gaughan <MGaughan@lfsblaw.com>; Madelyn O'Brien
>>> <mobrien@hhklawfirm.com>; Lillian Flemming
>>> <LFLEMMING@hhklawfirm.com>; Kate Robinson
>>> <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>;
>>> Frederick S. Longer <flonger@lfsblaw.com>; Arnold Levin
>>> <alevin@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>;
>>> Ferachi, Michael <mferachi@mcglinchey.com>
>>> Subject: RE: JP Morgan Production
>>>
>>> How about 1:00?
>>>
>>> Gabriel A. Crowson
>>> McGlinchey Stafford
>>>
>>> phone: (504) 596-2839  |  fax: (504) 910-8465  |  mobile: (504)
>>> 913-5403
>>> 601 Poydras St, Ste 1200  |  New Orleans, LA 70130
>>> email: gcrowson@mcglinchey.com  |  www.mcglinchey.com
>>> bio: www.mcglinchey.com/Gabriel-A-Crowson
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Tuesday, August 11, 2015 5:12 PM
>>> To: Crowson, Gabe
>>> Cc: Lenny Davis; Russ Herman; Scott George; Sandy Duggan; Rachel
>>> Sternlieb; Pearl Robertson; Member GEM; Matthew Gaughan; Madelyn
>>> O'Brien; Lillian Flemming; Kate Robinson; Gerald Meunier; Frederick S.
>>> Longer; Arnold Levin; Anthony Irpino; Ferachi, Michael
>>> Subject: RE: JP Morgan Production
>>>
>>> Great. Matt and I are available this Thursday afternoon for a call.
>>> What time works? Bruce
>>>
>>> -----Original Message-----
>>> From: Crowson, Gabe [mailto:gcrowson@mcglinchey.com]
>>> Sent: Tuesday, August 11, 2015 4:34 PM
>>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>>> Cc: Lenny Davis <LDAVIS@hhklawfirm.com>; Russ Herman
>>> <RHERMAN@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>;
>>> Sandy Duggan <sduggan@lfsblaw.com>; Rachel Sternlieb
>>> <rsternlieb@gainsben.com>; Pearl Robertson
>>> <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>;
>>> Matthew Gaughan <MGaughan@lfsblaw.com>; Madelyn O'Brien
>>> <mobrien@hhklawfirm.com>; Lillian Flemming
>>> <LFLEMMING@hhklawfirm.com>; Kate Robinson
>>> <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>;
>>> Frederick S. Longer <flonger@lfsblaw.com>; Arnold Levin
>>> <alevin@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>;
>>> Ferachi, Michael <mferachi@mcglinchey.com>
>>> Subject: Re: JP Morgan Production

>>>
>>> I have a meeting on Thursday morning with out client to discuss the
>>> status and will provide a report afterwards.  Thanks
>>>
>>> Sent from my iPhone
>>>
>>>> On Aug 11, 2015, at 4:33 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:
>>>>
>>>> Given your extensive efforts, when can we expect a production and
>>>> dates for depositions. Thanks, Bruce
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Aug 6, 2015, at 6:28 PM, Crowson, Gabe <gcrowson@mcglinchey.com> wrote:
>>>>>
>>>>> As previously noted in this email thread, I will call in for tomorrow's status conference due to other travel
commitments and, if necessary, will be prepared to discuss the extensive efforts undertaken by JPMC described below.
Thanks.
>>>>>
>>>>> Gabriel A. Crowson
>>>>> McGlinchey Stafford
>>>>>
>>>>> phone: (504) 596-2839  |  fax: (504) 910-8465  |  mobile: (504)
>>>>> 913-5403
>>>>> 601 Poydras St, Ste 1200  |  New Orleans, LA 70130
>>>>> email: gcrowson@mcglinchey.com  |  www.mcglinchey.com
>>>>> bio: www.mcglinchey.com/Gabriel-A-Crowson
>>>>>
>>>>> -----Original Message-----
>>>>> From: Lenny Davis [mailto:LDAVIS@hhklawfirm.com]
>>>>> Sent: Thursday, August 06, 2015 5:38 PM
>>>>> To: Crowson, Gabe; Bruce Steckler
>>>>> Cc: Russ Herman; Scott George; Sandy Duggan; Rachel Sternlieb;
>>>>> Pearl Robertson; Member GEM; Matthew Gaughan; Madelyn O'Brien;
>>>>> Lillian Flemming; Kate Robinson; Gerald Meunier; Frederick S.
>>>>> Longer; Arnold Levin; Anthony Irpino; Ferachi, Michael
>>>>> Subject: RE: JP Morgan Production
>>>>>
>>>>> We intend on addressing this matter tomorrow in court at the
>>>>> status conference. We expect that a counsel representing JPMC will
>>>>> be present at the monthly status conference
>>>>>
>>>>> Leonard A. Davis
>>>>> Attorney at Law
>>>>> Herman, Herman & Katz, L.L.C.
>>>>> Herman  Gerel LLP
>>>>> 820 O'Keefe Avenue
>>>>> New Orleans, Louisiana 70113
>>>>> 504-581-4892
>>>>> 504-561-6024(fax)
>>>>> This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not
read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect)

3

immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
>>>>> CONFIDENTIAL ATTORNEY WORK PRODUCT
>>>>>
>>>>> -----Original Message-----
>>>>> From: Crowson, Gabe [mailto:gcrowson@mcglinchey.com]
>>>>> Sent: Thursday, August 06, 2015 4:14 PM
>>>>> To: Bruce Steckler
>>>>> Cc: Russ Herman; Scott George; Sandy Duggan; Rachel Sternlieb;
>>>>> Pearl Robertson; Member GEM; Matthew Gaughan; Madelyn O'Brien;
>>>>> Lillian Flemming; Lenny Davis; Kate Robinson; Gerald Meunier; Frederick S.
>>>>> Longer; Arnold Levin; Anthony Irpino; Ferachi, Michael
>>>>> Subject: RE: JP Morgan Production
>>>>>
>>>>> Bruce,
>>>>>
>>>>> As discussed yesterday, JPMC has conducted searches of its various systems to determine if any of the 83 entities listed in the PSC's subpoena had any type of account relationship with any JPMC entity during the contempt period (whether brokerage, money market, savings, lending, mortgage, etc.).  That research revealed that none of those 83 entities had any account during the contempt period (July 2014 - March 2015).
>>>>>
>>>>> Separately, JPMC conducted searches through its conflicts department to ascertain whether any entity of JPMC had conducted any transactions or had any lending/investment relationship with the defendants during the contempt period.  That research shows that there have been some recent transactions by London or Hong Kong investment bankers that involve China National Building Materials Co., Ltd.   At this point, however, we cannot determine the nature of those transactions or whether they occurred during the contempt period.  The investment bankers responsible for these transactions are located in China, and we have reached out to them to get more information and specifics about these transactions.  Aside from these transactions, the conflicts department has not revealed any other transactions with the defendants during the contempt period.
>>>>>
>>>>> JPMC is also researching and investigating the stock ownership/equity positions listed in the CNMB 2014 annual report, which the PSC cited at the motion to quash hearing, to see if there were any transactions during the contempt period by the JPMC entities referenced in the annual report.
>>>>>
>>>>> Accordingly, and as you suggested yesterday, I think it makes sense to have a call next week to continue our dialogue and to give you more information about JPMC's efforts to search for documents called for by the subpoena ruling.
>>>>>
>>>>> Thanks,
>>>>> Gabe
>>>>>
>>>>> Gabriel A. Crowson
>>>>> McGlinchey Stafford
>>>>>
>>>>> phone: (504) 596-2839  |  fax: (504) 910-8465  |  mobile: (504)
>>>>> 913-5403
>>>>> 601 Poydras St, Ste 1200  |  New Orleans, LA 70130
>>>>> email: gcrowson@mcglinchey.com  |
>>>>> http://cp.mcafee.com/d/avndzgsd3hJ5xBVUQsLK9L6XCSnzhOyessvdzAjhOC-
>>>>> UO
>>>>> q
>>>>> ejrbNEVh7ee3zoV4QsI3CkhNIZ3jcG0ECjaDWotB5nBPpcClfQMXaaLbCXn-PdDT-L

>>>>> Pb
>>>>> 3
>>>>> 5TQQ-LsKCCODMV5dNBcQsYJt6OaaJQk-I3PWApmU6CQjpEVdTdTdBellhfB2NfOTbC
>>>>> Od
>>>>> E
>>>>> RckH05aS8DOxoDVrBPqtXLK6Mmd96y020Iq81I03I3h05ERgrJelo6y0SC-rPjFRW5
>>>>> 3v
>>>>> w
>>>>> PsK
>>>>> bio:
>>>>> http://cp.mcafee.com/d/FZsS72gArhopuud7bXyrNKVJBUQsEzD77PoV4QsFLKc
>>>>> Cz
>>>>> A
>>>>> SOYqekhPzwUSehd7b0VB4srfgQPawa9AOF-C7phIVsSj9BjZceOyHOVKR_IPpZ_HYO
>>>>> MN
>>>>> t
>>>>> ZdfHTbFFIFYehjspjd7fbnhIyyHt5fBgY-F6lK1FJcSqejtPtPpjBr4jVgIjYJO-1b
>>>>> i4
>>>>> p
>>>>> uun42UB6FyBo6OdERckH05aS8DOxoDVrBPqtXLK6Mmd96y020Iq81I03I3h05ERgrJ
>>>>> el
>>>>> o
>>>>> 6y0SC-rKUXQ8qYsH2D9
>>>>> -----Original Message-----
>>>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>>>> Sent: Wednesday, August 05, 2015 2:23 PM
>>>>> To: Crowson, Gabe
>>>>> Cc: Russ Herman; Scott George; Sandy Duggan; Rachel Sternlieb;
>>>>> Pearl Robertson; Member GEM; Matthew Gaughan; Madelyn O'Brien;
>>>>> Lillian Flemming; Lenny Davis; Kate Robinson; Gerald Meunier; Frederick S.
>>>>> Longer; Arnold Levin; Anthony Irpino
>>>>> Subject: RE: JP Morgan Production
>>>>> Importance: High
>>>>>
>>>>> Gabe:
>>>>> It was pleasure speaking with you today.  It is my understanding from our call that you will send us an email on the status of documents tomorrow and will work with us to avoid the necessity of a contempt hearing.  We look forward to receiving information from you on the production of documents and the timing of that production tomorrow.
>>>>>                 Yours, Bruce
>>>>>
>>>>> -----Original Message-----
>>>>> From: Crowson, Gabe [mailto:gcrowson@mcglinchey.com]
>>>>> Sent: Wednesday, August 05, 2015 11:01 AM
>>>>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>>>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Scott George
>>>>> <sgeorge@seegerweiss.com>; Sandy Duggan <sduggan@lfsblaw.com>;
>>>>> Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
>>>>> <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>;
>>>>> Matthew Gaughan <MGaughan@lfsblaw.com>; Madelyn O'Brien
>>>>> <mobrien@hhklawfirm.com>; Lillian Flemming
>>>>> <LFLEMMING@hhklawfirm.com>; Lenny Davis <LDAVIS@hhklawfirm.com>;
>>>>> Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier

>>>>> <gmeunier@gainsben.com>; Frederick S. Longer
>>>>> <flonger@lfsblaw.com>; Arnold Levin <alevin@lfsblaw.com>; Anthony
>>>>> Irpino <airpino@irpinolaw.com>
>>>>> Subject: Re: JP Morgan Production
>>>>>
>>>>> That's fine.  504-596-2839.
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>> On Aug 5, 2015, at 10:56 AM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:
>>>>>>
>>>>>> Perfect- what number should we call? Hopefully 2pm will work?
>>>>>>
>>>>>> -----Original Message-----
>>>>>> From: Crowson, Gabe [mailto:gcrowson@mcglinchey.com]
>>>>>> Sent: Wednesday, August 05, 2015 10:54 AM
>>>>>> To: Bruce Steckler <Bruce@stecklerlaw.com>; Russ Herman
>>>>>> <RHERMAN@hhklawfirm.com>
>>>>>> Cc: Scott George <sgeorge@seegerweiss.com>; Sandy Duggan
>>>>>> <sduggan@lfsblaw.com>; Rachel Sternlieb
>>>>>> <rsternlieb@gainsben.com>; Pearl Robertson
>>>>>> <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>;
>>>>>> Matthew Gaughan <MGaughan@lfsblaw.com>; Madelyn O'Brien
>>>>>> <mobrien@hhklawfirm.com>; Lillian Flemming
>>>>>> <LFLEMMING@hhklawfirm.com>; Lenny Davis <LDAVIS@hhklawfirm.com>;
>>>>>> Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier
>>>>>> <gmeunier@gainsben.com>; Frederick S. Longer
>>>>>> <flonger@lfsblaw.com>; Arnold Levin <alevin@lfsblaw.com>; Anthony
>>>>>> Irpino <airpino@irpinolaw.com>
>>>>>> Subject: RE: JP Morgan Production
>>>>>>
>>>>>> Bruce - I just left you a voice message.  I am available this afternoon to talk except between 2:30 - 3:30.
>>>>>>
>>>>>> Gabriel A. Crowson
>>>>>> McGlinchey Stafford
>>>>>>
>>>>>> phone: (504) 596-2839  |  fax: (504) 910-8465  |  mobile: (504)
>>>>>> 913-5403
>>>>>> 601 Poydras St, Ste 1200  |  New Orleans, LA 70130
>>>>>> email: gcrowson@mcglinchey.com |
>>>>>> http://cp.mcafee.com/d/avndz8wcy1J5xBVUQsLK9L6XCSnzhOyessvdzAjhOC
>>>>>> -U
>>>>>> O
>>>>>> qe
>>>>>> jrbNEVh7ee3zoV4QsI3CkhNIZ3jcG0ECjaDWotB5nBPpcCIfQMXaaLbCXn-PdDT-L
>>>>>> Pb
>>>>>> 3
>>>>>> 5T
>>>>>> QQ-LsKCCODMV5dNBcQsYJt6OaaJQk-l3PWApmU6CSjpEVdTdTdBelIhfB2NfOTbCO
>>>>>> dE
>>>>>> R
>>>>>> ck

>>>>>> H05aS8DOxoDVrBPqtXLK6Mmd96y020Iq81I03I3h05ERgrJeIo6y0SC-rO5blcf3M
>>>>>> nB
>>>>>> T
>>>>>> bio:
>>>>>> http://cp.mcafee.com/d/5fHCNEg6zqb3bPNEVvsjudTdIL6zB4sUU-r78CzBdZ
>>>>>> NA
>>>>>> Q
>>>>>> sC
>>>>>> SnzhOyess76NO9EVo7cEzzpW6Cpk1hcClfQMXaaLbCOpcGvFxSklundSLZCrfLZvC
>>>>>> m6
>>>>>> b
>>>>>> LF
>>>>>> FZuVtddBfxOarzapEVVqWdAklrEFYG7DR8OJMddI6PhOrKrKrasHoyva5yvBKnM9q
>>>>>> gz
>>>>>> b
>>>>>> PO
>>>>>> Uwn4ERckH0ShJ6FyBo0FmN4-kb4_bsKrjLtZMS2NF8Qg0g5zh0dw0twq80J6G3tFO
>>>>>> H0
>>>>>> Q
>>>>>> g6
>>>>>> QTPvAA2
>>>>>> -----Original Message-----
>>>>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>>>>> Sent: Wednesday, August 05, 2015 8:56 AM
>>>>>> To: Russ Herman
>>>>>> Cc: Crowson, Gabe; Scott George; Sandy Duggan; Rachel Sternlieb;
>>>>>> Pearl Robertson; Member GEM; Matthew Gaughan; Madelyn O'Brien;
>>>>>> Lillian Flemming; Lenny Davis; Kate Robinson; Gerald Meunier; Frederick S.
>>>>>> Longer; Arnold Levin; Anthony Irpino
>>>>>> Subject: Re: JP Morgan Production
>>>>>>
>>>>>> Just saw this. Gabe- I am available for a meet and confer now or anytime today. You?
>>>>>>
>>>>>> Sent from my iPhone
>>>>>>
>>>>>>> On Aug 5, 2015, at 8:42 AM, Russ Herman <RHERMAN@hhklawfirm.com> wrote:
>>>>>>>
>>>>>>> Heck with that !!Have it by phone today or Tomorrow early and if
>>>>>>> no certain production date next week immediately file . We do not have time for more delays on this , "
>>>>>>> PROCRASTINATION IS THE THIEF OF TIME !" So Sayeth Charles Dickens .
>>>>>>>
>>>>>>> Sent from my iPhone
>>>>>>>
>>>>>>> On Aug 5, 2015, at 8:36 AM, Crowson, Gabe <gcrowson@mcglinchey.com> wrote:
>>>>>>>>
>>>>>>>> Bruce,
>>>>>>>>
>>>>>>>> You can call me after the status conference on Friday to discuss. I will be traveling that day and will call in to the status conference. Let me know what time and number.
>>>>>>>>

>>>>>>> Also, in the meantime, please review that portion of judge Fallon's ruling in which he specifically noted that there might not be any responsive documents given that the subpoena is limited to a very discrete time period.  That said, JPMC is continuing to research and I should have more information later today on the searching efforts.
>>>>>>>
>>>>>>> Thanks
>>>>>>>
>>>>>>> Sent from my iPhone
>>>>>>>
>>>>>>>> On Aug 4, 2015, at 2:09 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:
>>>>>>>>
>>>>>>>> Gabe:
>>>>>>>> Unfortunately, you have not responded to our recent emails. As
>>>>>>>> such, please confirm that you will be available after the
>>>>>>>> status conference before Judge Fallon on Friday, August 7th
>>>>>>>> for a meet and confer on our Motion for Contempt. As always,
>>>>>>>> we appreciate your professional courtesies and prompt
>>>>>>>> response. Yours, Bruce Steckler
>>>>>>>>
>>>>>>>> Sent from my iPhone
>>>>>>>>
>>>>>>>>> On Jul 29, 2015, at 12:08 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:
>>>>>>>>>
>>>>>>>>> Gabe:
>>>>>>>>> In light of your recent response, we are preparing a Motion for Contempt. It is our hope that my prior email and willingness to work with you can avoid the necessity of such a Motion. However, if we do not receive any responsive documents prior to the Court's August 7th Status Conference, we would like to have a meet and confer on the issue.
>>>>>>>>> Please confirm that you can meet and confer on our Motion for Contempt on August 7th after the status conference, if no documents are forthcoming.
>>>>>>>>> Yours, Bruce
>>>>>>>>>
>>>>>>>>> Sent from my iPhone
>>>>>>>>>
>>>>>>>>>> On Jul 29, 2015, at 11:05 AM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:
>>>>>>>>>>
>>>>>>>>>> Gabe:
>>>>>>>>>> You spent the past few months objecting to our requests and now you assert that you have found nothing to date. We are interested in determining the search terms that you used and the custodians' of records of various JP Morgan entities whom you have sought records.
>>>>>>>>>> Given the well documented history of transactions, I am surprised that you cannot locate documents. Have you contacted the individuals that handled the transactions to see if they know where to locate the documents or get their input? We too can provide you search terms, but you need to locate the relevant databases and documents. But, to be clear, we are not just seeking documents regarding Defendants and whether they had "accounts". We are seeking all relevant documents outlined in our Notice, concerning Defendants and all their affiliates. The list of affiliates is part of our Notice for your convenience.
>>>>>>>>>> These documents should include all of JP Morgan's interactions, discussion, or work with these Defendants and their affiliates, including but not limited to all United States executives, directors or management employees involved in these activities. In addition, I am sure that you are aware that the Court's Order that we are entitled to documents in the custody of JP Morgan and its subsidiaries that relate to the contempt period and documents regarding the relationship and financial transactions with Defendants and their affiliates. If JP Morgan held an interest in or had an ongoing agreement with theses Defendants or their affiliates that was in place during contempt period, this obviously would fall within the production, if it constitutes doing business.

>>>>>>>>>> Finally, we would appreciate a rolling production and ask that you first search and produce documents for the contempt period (July 17, 2014 to March 31, 2015). We appreciate your professional courtesies and are willing to assist you to ensure a complete search and production occurs in accordance with the Court's Order.
>>>>>>>>>>
>>>>>>>>>>      Yours, Bruce Steckler
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>
>>>>>>>>>>> On Jul 29, 2015, at 9:44 AM, Crowson, Gabe <gcrowson@mcglinchey.com> wrote:
>>>>>>>>>>>
>>>>>>>>>>> Bruce,
>>>>>>>>>>>
>>>>>>>>>>> Following the Court's Order, JPMC has been researching whether any of the defendants had accounts or relationships with JPMC during the contempt period specified in the order.  Thus far, the research has not turned up any accounts or relationships during that time period.  We are, however, continuing to research through various databases; if that research indicates that there are documents, I will let you know so that we can discuss the protocol for production.
>>>>>>>>>>>
>>>>>>>>>>> Thanks,
>>>>>>>>>>> Gabe
>>>>>>>>>>>
>>>>>>>>>>> Gabriel A. Crowson
>>>>>>>>>>> McGlinchey Stafford
>>>>>>>>>>>
>>>>>>>>>>> phone: (504) 596-2839  |  fax: (504) 910-8465  |  mobile:
>>>>>>>>>>> (504)
>>>>>>>>>>> 913-5403
>>>>>>>>>>> 601 Poydras St, Ste 1200  |  New Orleans, LA 70130
>>>>>>>>>>> email: gcrowson@mcglinchey.com |
>>>>>>>>>>> http://cp.mcafee.com/d/5fHCN0SyMOYeuhuLsTsSOYqekhPzzVIsyqek

>>>>>>>>>>> TT
>>>>>>>>>>> 6
>>>>>>>>>>> jh
>>>>>>>>>>> O
>>>>>>>>>>> rpud7a8VNMsr7ce6zBBYQsL6UA_yHI0kj9BjZceOyHOVICjaDWotB5nBPrP
>>>>>>>>>>> ya
>>>>>>>>>>> a
>>>>>>>>>>> tD
>>>>>>>>>>> T
>>>>>>>>>>> -LPbZSm77eLsKCzt7xRXLcnoWyaqRQRrFIsG7DR8OJMddECTPtPpjBr4j
>>>>>>>>>>> Vg
>>>>>>>>>>> I
>>>>>>>>>>> jY
>>>>>>>>>>> J
>>>>>>>>>>> OVIzqdj5aM1iJy9YEm9-mVsSyyMyYr1vF6y020Iq81I03I3h05ERgrJelo6
>>>>>>>>>>> y0
>>>>>>>>>>> S
>>>>>>>>>>> C-
>>>>>>>>>>> r
>>>>>>>>>>> od0R
>>>>>>>>>>> bio:

>>>>>>>>>>> http://cp.mcafee.com/d/5fHCN0q6gUSyMOYeuhuLsTsSOYqekhPzzVIs
>>>>>>>>>>> yq
>>>>>>>>>>> e
>>>>>>>>>>> kT
>>>>>>>>>>> T
>>>>>>>>>>> 6jhOrpud7a8VNMsr7ce6zBBYQsL6UA_yHI0kj9BjZceOyHOVICjaDWotB5n
>>>>>>>>>>> BP
>>>>>>>>>>> r
>>>>>>>>>>> Py
>>>>>>>>>>> a
>>>>>>>>>>> atDT-LPbZSm77eLsKCzt7xRXLcnoWyaqRQRrFIsG7DR8OJMddFCTPtPtPpj
>>>>>>>>>>> Br
>>>>>>>>>>> 4
>>>>>>>>>>> jV
>>>>>>>>>>> g
>>>>>>>>>>> IjYJO-1bi4puun42UB6FyBo6OdERckH05aS8DOxoDVrBPqab2bNI5-Aq808
>>>>>>>>>>> 2N
>>>>>>>>>>> E
>>>>>>>>>>> w6
>>>>>>>>>>> M
>>>>>>>>>>> 0eMd40mzl1KQVlwq83qrVIZ2XpKXl -----Original Message-----
>>>>>>>>>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>>>>>>>>>> Sent: Tuesday, July 28, 2015 1:25 PM
>>>>>>>>>>> To: Crowson, Gabe
>>>>>>>>>>> Cc: Scott George; Sandy Duggan; Russ Herman; Rachel
>>>>>>>>>>> Sternlieb; Pearl Robertson; Member GEM; Matthew Gaughan;
>>>>>>>>>>> Madelyn O'Brien; Lillian Flemming <LFLEMMING@hhklawfirm.
>>>>>>>>>>> com>; Lenny Davis; Kate Robinson; Gerald Meunier; Frederick
>>>>>>>>>>> S. Longer; Arnold Levin; Anthony Irpino
>>>>>>>>>>> Subject: JP Morgan Production
>>>>>>>>>>>
>>>>>>>>>>> Gabe:
>>>>>>>>>>> I just left you a voicemail. We have not yet received any documents that the Court ordered your client JP Morgan produce. Please let us know as soon as possible when we will receive this production. In addition, we prefer that documents be produced on a rolling basis as we are actively proceeding with discovery. It is our hope that you can begin producing documents to us by early next week at the latest to avoid Court intervention. Let me know if we can assist you in making this process more expeditious. As always, we appreciate your professional courtesies.
>>>>>>>>>>> Yours, Bruce Steckler
>>>>>>>>>>>
>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>
>>>>>>>>>>> _____
>>>>>>>>>>>
>>>>>>>>>>> http://cp.mcafee.com/d/k-Kr6h8qdEIcL3DAnHTdTdIL6zB4sUU-r78C
>>>>>>>>>>> zB
>>>>>>>>>>> d
>>>>>>>>>>> ZN
>>>>>>>>>>> A
>>>>>>>>>>> QsCSnzhOyess76NP3xEVpvd7bNK9fUGX054Opk_j3IEGYKr9AOF-C7phlVs
>>>>>>>>>>> SY
>>>>>>>>>>> U
>>>>>>>>>>> yy

>>>>>>>>>>>> D
>>>>>>>>>>>> pZ_HYO_tBxNPHTbFEThUtuXP5SeEyCJtdmWr7axVZicHs3jr9JYTsTsSkVm
>>>>>>>>>>>> N4
>>>>>>>>>>>> -
>>>>>>>>>>>> kb
>>>>>>>>>>>> 4
>>>>>>>>>>>> _bsKr8SzkNiI0kHoyva5yvBKndEEI8L6MnWhEw0wb6y0r00X0Qg1qdk6XjB
>>>>>>>>>>>> m1
>>>>>>>>>>>> E
>>>>>>>>>>>> wd
>>>>>>>>>>>> F
>>>>>>>>>>>> LCZLeylr7j |
>>>>>>>>>>>> http://cp.mcafee.com/d/FZsScCQm6nxPObRXCXCSnzhOyessvdzAjhOC
>>>>>>>>>>>> -U
>>>>>>>>>>>> O
>>>>>>>>>>>> qe
>>>>>>>>>>>> j
>>>>>>>>>>>> rbNEVh7ee3zoVxMQsILCzBUT4DYltw2ypcGvFxSklundAOpk_j3IEGYKrus
>>>>>>>>>>>> hh
>>>>>>>>>>>> j
>>>>>>>>>>>> l-
>>>>>>>>>>>> _
>>>>>>>>>>>> R-pvKOMUVRXBQQrEYeLtVyX7khjmKCHtdzBgY-F6lK1FJwS-rKrKras9qXE
>>>>>>>>>>>> lQ
>>>>>>>>>>>> M
>>>>>>>>>>>> cD
>>>>>>>>>>>> R
>>>>>>>>>>>> 8YKr8SzkNiI0kHoyva5yvBKndEEI8L6MnWhEw0wb6y0r00X0Qg1qdk6XjBm
>>>>>>>>>>>> 1E
>>>>>>>>>>>> w
>>>>>>>>>>>> dF
>>>>>>>>>>>> L
>>>>>>>>>>>> CR2UQ
>>>>>>>>>>>>
>>>>>>>>>>>> McGlinchey Stafford, PLLC in Florida, Louisiana, Mississippi, New York, Ohio and Texas and McGlinchey Stafford, LLP in California.
>>>>>>>>>>>>
>>>>>>>>>>>> Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.
>>>>>>>>>>>>
>>>>>>>>>>>> We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.
>>>>>>>>>>>>
>>>>>>>>>>>> See McGlinchey Stafford Disclaimer/Privacy Policy
>>>>>>>>>>>> http://cp.mcafee.com/d/5fHCNEe3xESyMOYeuhuLsTsSOYqekhPzzVIs
>>>>>>>>>>>> yq
>>>>>>>>>>>> e
>>>>>>>>>>>> kT
>>>>>>>>>>>> T

>>>>>>>>>>> 6jhOrpud7a8VNMsr7ce6zBBYQsL6UA_yHl0kj9BjZceOyHOVICjaDWotB5n
>>>>>>>>>>> BP
>>>>>>>>>>> r
>>>>>>>>>>> Py
>>>>>>>>>>> a
>>>>>>>>>>> atDT-LPbZSm77eLsKCzt7xRXLcnoWyaqRQRrFlsG7DR8OJMddLCTPtPpo0
>>>>>>>>>>> 9m
>>>>>>>>>>> N
>>>>>>>>>>> 4-
>>>>>>>>>>> k
>>>>>>>>>>> b4_bsLy4GmfSiLNMShJ6FyBo0FmN4-kb4_bsKrhhohudwLQzh010md40S01
>>>>>>>>>>> S1
>>>>>>>>>>> E
>>>>>>>>>>> w2
>>>>>>>>>>> Q
>>>>>>>>>>> qEdSDal3h0rjvdXZ8F

>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> CONFIDENTIAL ATTORNEY WORK PRODUCT This e-mail message contains
>>>>>>> confidential, privileged information intended solely for the
>>>>>>> addressee.  Please do not read, copy, or disseminate it unless
>>>>>>> you are the addressee.  If you have received it in error, please
>>>>>>> call us
>>>>>>> (collect) immediately at (504) 581-4892 and ask to speak with
>>>>>>> the message sender.  Also, we would appreciate your forwarding
>>>>>>> the message back to us and deleting it from your system.  Thank you.
>>>>>
>>>>>
>>>>>
>>>>> CONFIDENTIAL ATTORNEY WORK PRODUCT This e-mail message contains
>>>>> confidential, privileged information intended solely for the
>>>>> addressee.  Please do not read, copy, or disseminate it unless you
>>>>> are the addressee.  If you have received it in error, please call
>>>>> us
>>>>> (collect) immediately at (504) 581-4892 and ask to speak with the
>>>>> message sender.  Also, we would appreciate your forwarding the
>>>>> message back to us and deleting it from your system.  Thank you.