# EXHIBIT B

**3. Title: Mr. Zhiping Song discussed JPMorgan's stake reduction in CNBM**

Source: chinabmnet.com

Date: January 16, 2009

As for the fact that JP Morgan Chase & Co.'s reduced its stake in CNBM December last year, Mr. Zhiping Song, chairman of the CNBM, said in his interview yesterday that, the relevant transactions made by JP Morgan are normal, and JP Morgan is still an active supporter of CNBM.

As a foreign shareholder of CNBM, JP Morgan increased 5,930,000 shares of CNBM at the average price of 5.48 HKD per share on December 2, 2008. However, just six days later, JP Morgan sold out 6,858,000 shares of CNBM at the average price of 7.56 HKD on December 8. These transactions involve 51,850,000 HKD per share.

Zhiping Song said, JP Morgan always holds active and positive opinions about CNBM. After the listing of CNBM, JP Morgan always is a strong holder of CNBM shares, and its stake accounts for about 21% of outstanding shares, and in each road show, CNBM always conducted detailed communications with JP Morgan.

He also said, as such a large scale investor, JP Morgan will firmly hold our shares on one hand, and makes small adjustments in case of market changes on the other hand. It will not keep intact after purchase. Thus these changes in small amount are within the normal operation.

Zhiping Song also stressed, after JP Morgan reduced stake, another institution bought a lot of CNBM shares, and the stock price did not fall but increased. According to his introduction, at present the investors are very optimistic to CNBM for such reasons as China's bigger domestic demand, CNBM's cement reorganization strategy and CNBM's market performance in recent three years, etc.

It is interesting that JP Morgan bought back again. According to the statistics showed on HK Exchanges, after the aforesaid transactions, JP Morgan bought 1,176,000 shares of CNBM at the average price of 8.24 HKD per share on January 8, 2009, which cost 9,690,000 HKD.

News Reports

**Mr. Zhiping Song Discussed JP Morgan Reduction in CNBM Shareholding** (translated)

- January 16, 2009
- Source: chinabmnet.com

As for the fact that JP Morgan Chase & Co.'s reduced its stake in CNBM December last year, Zhiping Song, chairman of the CNBM, said in his interview yesterday that, the relevant transactions made by JP Morgan are normal, and JP Morgan is still an active supporter of CNBM.

As a foreign shareholder of CNBM, JP Morgan increased 5,930,000 shares of CNBM at the average price of 5.48 HKD per share on December 2, 2008. However, just six days later, JP Morgan sold out 6,858,000 shares of CNBM at the average price of 7.56 HKD on December 8. These transactions involve 51,850,000 HKD per share.

Zhiping Song said, JP Morgan always holds active and positive opinions about CNBM. After the listing of CNBM, JP Morgan always is a strong holder of CNBM shares, and its stake accounts for about 21% of outstanding shares, and in each road show, CNBM always conducted detailed communications with JP Morgan.

He also said, as such a large scale investor, JP Morgan will firmly hold our shares on one hand, and makes small adjustments in case of market changes on the other hand.

3

It will not keep intact after purchase. Thus these changes in small amount are within the normal operation.

Zhiping Song also stressed, after JP Morgan reduced stake, another institution bought a lot of CNBM shares, and the stock price did not fall but increased. According to his introduction, at present the investors are very optimistic to CNBM for such reasons as China's bigger domestic demand, CNBM's cement reorganization strategy and CNBM's market performance in recent three years, etc.

It is interesting that JP Morgan bought back again. According to the statistics showed on HK Exchanges, after the aforesaid transactions, JP Morgan bought 1,176,000 shares of CNBM at the average price of 8.24 HKD per share on January 8, 2009, which cost 9,690,000 HKD.

建材新闻      Page 1 of 1

 

首页 | 关于我们 | 信息反馈 | 搜索引擎 | 免费邮件 | 建材论坛 | 建材英汉大词典

首页 | 百姓频道 | 文献资料 | 电子商务频道 | 频道精选

新闻搜索

## 宋志平强辩摩根大通减持中建材

2009-01-16

中国建材新闻网视点：其实，不是宋志平想强辩，而是小摩的短炒太下作，作为国际知名的大投行，买入有买入的理由，沽售有沽售的道理。很难想象，一笔几千万元的买卖，会没有经过缜密翔实的论证与根据。而短短的六天间，买入卖出的理由就发生了根本性的转变吗？这样的高抛低吸，与中国A股的游资做庄又有何区别？当然，这几家投行在香港金融市场上翻手云覆手雨朝令夕改朝秦暮楚制三暮四的行径，这些年来也着实令人不齿。套用中国小散的一句刷讽，小摩，俺瞧不起你，北京动物园里的白熊瞧不起你，黑熊也瞧不起你！四川的大熊猫瞧不起你，小熊猫也瞧不起你！远在台湾的团团瞧不起你，就连他们家圆圆也瞧不起你！

针对摩根大通去年12月减持中国建材(03323-HK)股份一事，中国建筑材料集团公司董事长、中国建材董事局主席宋志平昨日在接受相关访谈中表示，摩根大通此前相关操作属于股市波动中正常操作，摩根大通现在仍然是中国建材积极的支持者。

据悉，作为中国建材的外资股东，摩根大通在2008年12月2日曾以每股5.48港元的平均价，增持了593万股中国建材。然而六天之后，摩根大通又于12月8日以每股7.56港元的平均价抛售685.8万股中国建材，涉资近5185万港元。

宋志平对此称，摩根大通对中国建材的看法一直是积极和正面的。在中国建材上市后，摩根大通一直是中国建材的强有力持有者，其持股比例目前也占公司流通股21%左右，而公司每次路演都会跟摩根大通进行非常详细的沟通。

他同时表示，作为摩根大通这样大规模的投资人，它们一方面会坚定持有你的股票，另一方面也会在股市变化的时候拿出一定数量做调整，并不会买股后便一动不动。因此，小幅度的股份增减都是在正常范围。

不过，宋志平同时强调，在摩根大通减持以后，中国建材股票迅速被另一家机构大规模"吃进"，股价不跌反涨。据他介绍，目前外界对中国建材普遍看好，而这主要是和中国扩大内需、中国建材联合重组的水泥战略，以及中国建材上市三年来它的业绩表现等因素有关。

有意思的是，摩根大通此后又吃了"回头草"。根据香港联交所资料显示，摩根大通在完成上述减持操作后，其又于今年1月8日以8.24元港元的每股平均价增持了117.6万股中国建材，耗资969万港元。

Copyright (C) 1998-2009 Chinabmnet.com, Chinabmnet, All Rights Reserved

版权所有　国家建材网

http://www.chinabmnet.com/bxpd/news/open_news.php?recid=9350      9/14/2009