UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Emergency Motion to Hold JP Morgan Chase & Co. in Contempt, or, In the Alternative, Request for a Status Conference;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that JP Morgan Chase & Co. is found in contempt of this Court's Order & Reasons dated July 15, 2015 (Rec.Doc.No. 19306).

New Orleans, Louisiana, this ___ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge