UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Given that the parties indicated that they had resolved the pending Motion of the PSC for Expedited Return on Requests for Admissions Directed to the CNBM Entities (R. Doc. 19401),

**IT IS ORDERED** that the motion is **DENIED AS MOOT**.

New Orleans, Louisiana, this 21st day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

1