UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Motion for Leave to File Motion to Compel the Production of Documents on a Counsel's Privilege Log, in its Entirety, Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Motion to Compel the Production of Documents on a Counsel's Privilege Log, with supporting memoranda and exhibits, in its entirety, be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge