UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO.: 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO ALL CASES | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE
BY CROSBY DEVELOPMENT COMPANY, L.L.C.**

Subject to the requirements of Pretrial Order No. 1(J), dated March 20, 2015, Crosby Development Company, L.L.C. hereby gives notice of its intention to dispose of the physical evidence that Crosby Development Company, L.L.C. was previously preserving from the following property:

**5 Sanctuary Boulevard, Mandeville, Louisiana 70471**

Any person or entity wishing to inspect this physical evidence or, in the case of the owner of the property, take possession of this physical evidence at their own expense, must do so within thirty (30) days of the date of this notice upon reasonable notice to Crosby Development Company, L.L.C. by contacting: Stephanie L. Cheralla by telephone at (504) 529-3333 or by e-mail at scheralla@degan.com. Upon expiration of the thirty-day period, Crosby Development Company, L.L.C. may dispose of such physical evidence.

Respectfully submitted,

DEGAN, BLANCHARD & NASH, APLC

*/s/ Stephanie L. Cheralla*
Sidney W. Degan, III (#04804)
sdegan@degan.com
Foster P. Nash (#19079)
fnash@degan.com
Stephanie L. Cheralla (#31433)
scheralla@degan.com
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337
**Attorneys for Crosby Development Company, L.L.C.**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Disposal of Physical Evidence has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, on this 13th day of August, 2015.

I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM-ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of August, 2015.

*/s/ Stephanie L. Cheralla*
Stephanie L. Cheralla

L:\Docs\413\7344\Doc\04 Notice of Disposal of Physical Evidence (CDC).doc

- 2 -