# Exhibit "A"



## PAUL A. LEA, JR.
**Professional Law Corporation**
ATTORNEYS AT LAW

724 East Boston Street
Covington, LA 70433

Licensed in Louisiana
Office: (985) 292-2300
Facsimile: (985) 249-6006
Email: paul@paullea.com

August 20, 2015

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      *XV-Amorin, etal v. Taishan Gypsum Co., Ltd. Et al Case No. 2:11-cv-1672*
      *XVI-Amorin, etal v. Taishan Gypsum Co., Ltd. Et al Case No. 2:11-cv-1395*
      *XVII-Amorin, etal v. Taishan Gypsum Co., Ltd. Et al Case No. 2:11-cv-1673*

Dear Russ and Lenny:

My client, Rachel Gilbert, authorizes the attorneys of Herman, Herman & Katz, L.L.C. to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims against defendant Taishan Gypsum Co., Ltd. in the above matter, reserving her rights and claims against any and all other defendants therein.

With kind regards, I am,

Sincerely,

Paul A. Lea, Jr.

PAL/jh