UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *XV-Amorin, etal v. Taishan Gypsum Co., Ltd. Et al Case No. 2:11-cv-1672*<br>*XVI-Amorin, etal v. Taishan Gypsum Co., Ltd. Et al Case No. 2:11-cv-1395*<br>*XVII-Amorin, etal v. Taishan Gypsum Co., Ltd. Et al Case No. 2:11-cv-1673* | |

**8227 OAK ST., LLC/WINTON PERDON'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT(S), TAISHAN GYPSUM CO., LTD. FOR A SINGLE UNIT ONLY**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, 8227 Oak St., LLC/Winston Perdomo for 104 Covington Meadows Cl, Unit K only, hereby dismisses, without prejudice, all of her claims against DEFENDANT, Taishan Gypsum Co., Ltd., in Plaintiff's Omnibus Complaints, reserving his rights and claims against any and all other defendants therein.   Each party is to bear its own attorneys' fees and costs. Winston Perdomo for 104 Covington Meadows Cl, Unit K only shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein.   Attached hereto as Exhibit A is correspondence from Paul A. Lea, Jr., counsel for Winston Perdomo for 104 Covington Meadows Cl, Unit K only, dated August 20, 2015 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

/s/ Leonard A. Davis
Leonard A. Davis, Esquire (Bar No. 14190)
Russ M. Herman, Esquire (Bar No. 6819)
Stephen J. Herman, Esquire (Bar No. 23129)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs= Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal With Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of August, 2015.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

2