# Exhibit "A"



724 East Boston Street
Covington, LA 70433

# Paul A. Lea, Jr.

**Professional Law Corporation**
ATTORNEYS AT LAW

Licensed in Louisiana
Office: (985) 292-2300
Facsimile: (985) 249-6006
Email: paul@paullea.com

August 20, 2015

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      *XV-Amorin, etal v. Taishan Gypsum Co., Ltd. Et al Case No. 2:11-cv-1672*
      *XVI-Amorin, etal v. Taishan Gypsum Co., Ltd. Et al Case No. 2:11-cv-1395*
      *XVII-Amorin, etal v. Taishan Gypsum Co., Ltd. Et al Case No. 2:11-cv-1673*

Dear Russ and Lenny:

My client, 8227 Oak St., LLC/Winston Perdomo owns several units at 104 Covington Meadows Circle; however this dismissal is for 104 Covington Meadows Cl, Unit K <u>only</u>, authorizes the attorneys of Herman, Herman & Katz, L.L.C. to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against defendant Taishan Gypsum Co., Ltd. for 104 Covington Meadows Cl, Unit K only in the above matter, reserving his rights and claims against any and all other defendants therein.

With kind regards, I am,

Sincerely,

Paul A. Lea, Jr.

PAL/jh