UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>**THIS DOCUMENT RELATES TO ALL CASES** )<br>)<br>) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY THE G.L. ENTITIES**

Pursuant to Pretrial Order No. 1(J), dated March 20, 2015, G.L. Building Corporation; G.L. Homes of Florida Corporation; G.L. Homes Limited Corporation; Boynton Beach Associates XVI, LLLP; Boynton Beach XVI Corporation; Miramar Associates IV, LLLP; Miramar IV Corporation and G.L. Homes of Davie Associates II, Ltd.; (collectively, the "G.L. Entities") hereby give notice of their intention to dispose of the physical evidence that the G.L. Entities were previously preserving from the Affected Properties identified in Exhibit "A". Any person or entity wishing to inspect such physical evidence or take possession of the physical evidence at their own expense, must do so within thirty (30) days of the date of this notice and coordinate the transfer of the evidence by contacting Heather C. Keith, Esq. at (954) 753-1730 or by email at heather.keith@glhomes.com. If no one agrees to timely take possession of such evidence then, upon the expiration of the 30 day period, the G.L. Entities will permanently dispose of all remaining physical evidence pertaining to the Affected Properties identified on Exhibit "A".

Dated: August 26, 2015.                                   Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for G.L. Building Corporation; G.L. Homes of Florida Corporation; G.L. Homes Limited Corporation; Boynton Beach Associates XVI, LLLP; Boynton Beach XVI Corporation; Miramar Associates IV, LLLP; Miramar IV Corporation; G.L. Homes of Davie Associates II, Ltd.*
333 Avenue of the Americas (S.E. 2nd Ave.), Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com
E-mail: foslida@gtlaw.com
E-mail: kolayat@gtlaw.com

By:     */s/ Mark A. Salky*
      HILARIE BASS
      Florida Bar No. 334323
      MARK A. SALKY
      Florida Bar No. 058221
      ADAM M. FOSLID
      Florida Bar No. 682284
      TIMOTHY A, KOLAYA
      Florida Bar No. 056140

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August, 2015, this **Notice of Disposal of Physical Evidence by the G.L. Entities** has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 6.

*/s/ Mark A. Salky*
MARK A. SALKY