Exhibit "A"

# EXHIBIT A
## AFFECTED PROPERTY LIST FOR EVIDENCE DISPOSAL

| No. | Lot # | Community | Address | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 1 | 1 | Canyon Isles | 11249 Brandywine Lake Way | Boynton Beach | FL | 33473 |
| 2 | 32 | Canyon Isles | 11169 Brandywine Lake Way | Boynton Beach | FL | 33473 |
| 3 | 37 | Canyon Isles | 11113 Brandywine Lake Way | Boynton Beach | FL | 33473 |
| 4 | 59 | Canyon Isles | 11144 Brandywine Lake Way | Boynton Beach | FL | 33473 |
| 5 | 65 | Canyon Isles | 11192 Brandywine Lake Way | Boynton Beach | FL | 33473 |
| 6 | 69 | Canyon Isles | 11224 Brandywine Lake Way | Boynton Beach | FL | 33473 |
| 7 | 78 | Canyon Isles | 8749 Baystone Cove | Boynton Beach | FL | 33473 |
| 8 | 79 | Canyon Isles | 8757 Baystone Cove | Boynton Beach | FL | 33473 |
| 9 | 83 | Canyon Isles | 8748 Baystone Cove | Boynton Beach | FL | 33473 |
| 10 | 100 | Canyon Isles | 11087 Stonewood Forest Trail | Boynton Beach | FL | 33473 |
| 11 | 102 | Canyon Isles | 8720 Thornbrook Terrace Point | Boynton Beach | FL | 33473 |
| 12 | 105 | Canyon Isles | 8744 Thornbrook Terrace Point | Boynton Beach | FL | 33473 |
| 13 | 106 | Canyon Isles | 8750 Thornbrook Terrace Point | Boynton Beach | FL | 33473 |
| 14 | 141 | Canyon Isles | 11373 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 15 | 145 | Canyon Isles | 8515 Skybar Lake Cove | Boynton Beach | FL | 33473 |
| 16 | 147 | Canyon Isles | 8531 Skybar Lake Cove | Boynton Beach | FL | 33473 |
| 17 | 152 | Canyon Isles | 8522 Skybar Lake Cove | Boynton Beach | FL | 33473 |
| 18 | 154 | Canyon Isles | 11301 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 19 | 157 | Canyon Isles | 11277 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 20 | 161 | Canyon Isles | 11245 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 21 | 166 | Canyon Isles | 11205 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 22 | 170 | Canyon Isles | 11173 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 23 | 171 | Canyon Isles | 11165 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 24 | 180 | Canyon Isles | 11093 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 25 | 185 | Canyon Isles | 11053 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 26 | 189 | Canyon Isles | 11030 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 27 | 196 | Canyon Isles | 11118 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 28 | 192 | Canyon Isles | 11054 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 29 | 197 | Canyon Isles | 11126 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 30 | 203 | Canyon Isles | 11214 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 31 | 211 | Canyon Isles | 11308 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 32 | 215 | Canyon Isles | 11340 Misty Ridge Way | Boynton Beach | FL | 33473 |
| 1 | 30 | Sunset Falls | 4871 SW 173 Avenue | Miramar | FL | 33029 |
| 2 | 86 | Sunset Falls | 17643 SW 47 Street | Miramar | FL | 33029 |
| 3 | 88 | Sunset Falls | 17673 SW 47 Street | Miramar | FL | 33029 |
| 4 | 89 | Sunset Falls | 17683 SW 47 Street | Miramar | FL | 33029 |
| 5 | 90 | Sunset Falls | 17703 SW 47 Street | Miramar | FL | 33029 |
| 6 | 91 | Sunset Falls | 17713 SW 47 Street | Miramar | FL | 33029 |
| 7 | 92 | Sunset Falls | 17733 SW 47 Street | Miramar | FL | 33029 |
| 8 | 93 | Sunset Falls | 17743 SW 47 Street | Miramar | FL | 33029 |
| 9 | 94 | Sunset Falls | 17753 SW 47 Street | Miramar | FL | 33029 |
| 10 | 96 | Sunset Falls | 17773 SW 47 Street | Miramar | FL | 33029 |
| 11 | 110 | Sunset Falls | 17804 SW 47 Street | Miramar | FL | 33029 |
| 12 | 111 | Sunset Falls | 17794 SW 47 Street | Miramar | FL | 33029 |
| 13 | 112 | Sunset Falls | 17784 SW 47 Street | Miramar | FL | 33029 |
| 14 | 114 | Sunset Falls | 17764 SW 47 Street | Miramar | FL | 33029 |
| 15 | 115 | Sunset Falls | 17754 SW 47 Street | Miramar | FL | 33029 |

AFFECTED PROPERTY LIST FOR
EVIDENCE DISPOSAL

| No. | Lot # | Community | Address | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 16 | 116 | Sunset Falls | 17744 SW 47 Street | Miramar | FL | 33029 |
| 17 | 117 | Sunset Falls | 17734 SW 47 Street | Miramar | FL | 33029 |
| 18 | 118 | Sunset Falls | 17724 SW 47 Street | Miramar | FL | 33029 |
| 19 | 119 | Sunset Falls | 17704 SW 47 Street | Miramar | FL | 33029 |
| 20 | 120 | Sunset Falls | 17694 SW 47 Street | Miramar | FL | 33029 |
| 21 | 121 | Sunset Falls | 17684 SW 47 Street | Miramar | FL | 33029 |
| 22 | 122 | Sunset Falls | 17674 SW 47 Street | Miramar | FL | 33029 |
| 23 | 123 | Sunset Falls | 17654 SW 47 Street | Miramar | FL | 33029 |
| 24 | 124 | Sunset Falls | 17546 SW 48 Street | Miramar | FL | 33029 |
| 25 | 125 | Sunset Falls | 17536 SW 48 Street | Miramar | FL | 33029 |
| 26 | 127 | Sunset Falls | 17516 SW 48 Street | Miramar | FL | 33029 |
| 27 | 128 | Sunset Falls | 17506 SW 48 Street | Miramar | FL | 33029 |
| 28 | 129 | Sunset Falls | 17486 SW 48 Street | Miramar | FL | 33029 |
| 29 | 130 | Sunset Falls | 17476 SW 48 Street | Miramar | FL | 33029 |
| 30 | 131 | Sunset Falls | 17446 SW 48 Street | Miramar | FL | 33029 |
| 31 | 132 | Sunset Falls | 17436 SW 48 Street | Miramar | FL | 33029 |
| 32 | 133 | Sunset Falls | 17416 SW 48 Street | Miramar | FL | 33029 |
| 33 | 134 | Sunset Falls | 17406 SW 48 Street | Miramar | FL | 33029 |
| 34 | 208 | Sunset Falls | 17809 SW 54 Street | Miramar | FL | 33029 |
| 35 | 216 | Sunset Falls | 17939 SW 54 Street | Miramar | FL | 33029 |
| 1 | 25 | Long Lake Ranches | 3489 Gulfstream Way | Davie | FL | 33328 |
| 2 | 70 | Long Lake Ranches | 3632 Churchill Downs Drive | Davie | FL | 33328 |
| 3 | 125 | Long Lake Ranches | 3743 Churchill Downs Drive | Davie | FL | 33328 |
| 4 | 126 | Long Lake Ranches | 3723 Churchill Downs Drive | Davie | FL | 33328 |
| 5 | 128 | Long Lake Ranches | 3683 Churchill Downs Drive | Davie | FL | 33328 |
| 6 | 132 | Long Lake Ranches | 3603 Churchill Downs Drive | Davie | FL | 33328 |

| 73 | | TOTAL | | | | |