UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Motion for Leave to File Motion to Compel the Production of Documents on a Counsel's Privilege Log, in its Entirety, Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Motion to Compel the Production of Documents on a Counsel's Privilege Log, with supporting memoranda and exhibits, in its entirety, be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 25th day of August, 2015.

Eldon E. Fallon
United States District Court Judge