UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Expedited Hearing on its Emergency Motion to Hold JP Morgan Chase & Co. in Contempt, or, In the Alternative, Request for a Status Conference;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the PSC's Emergency Motion to Hold JP Morgan Chase & Co. in Contempt, or, In the Alternative, Request for a Status Conference filed on August 21, 2015 [Rec. Doc. 19409] is set for hearing on an expedited basis.

This motion is now set for submission on the briefs on the 4th day of September, 2015 at 9:00 o'clock a.m.

_____
United States District Judge