**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| THIS DOCUMENT APPLIES TO ALL CASES | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibits "C" through "F" attached to the Plaintiffs' Steering Committee's Emergency Motion to Hold JP Morgan Chase & Co. in Contempt, or, In the Alternative, Request for a Status Conference filed on August 21, 2015 [Rec. Doc. 19409] be and are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this 25th day of _____August_____, 2015.

Eldon E. Fallon
United States District Court Judge