**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO: ALL CASES** | |

**MEMORANDUM IN SUPPORT OF**
**FIFTH MOTION FOR DISBURSEMENT OF FUNDS**
**(FOR EXPENSES)**

**MAY IT PLEASE THE COURT:**

By Order dated December 29, 2011, this Court ordered Russ M. Herman, Plaintiffs' Liaison Counsel, and/or Arnold Levin, Plaintiffs' Lead Counsel, to establish an MDL 2047 PSC Shared Costs Fund. The Shared Costs Fund was established with Esquire Bank pursuant to the Court's December 29, 2011 Order [Rec. Doc. 12102].

On December 20, 2011, a Joint Motion was filed with the Court seeking an Order Preliminarily Approving a Settlement Agreement with the Knauf Defendants [Rec. Doc. 12061-3]. The Settlement Agreement regarding claims against the Knauf Defendants in MDL No. 2047 provided that "Fourteen (14) days after the Execution Date, the Knauf Defendants were required to make an advance payment of $6 million (non-refundable) to the Shared Costs Fund for costs incurred by the PSC, common benefit counsel, other common benefit counsel, Settlement Class Counsel, and individual retained counsel." The Knauf Defendants advanced the $6 million and the funds were deposited at Esquire Bank.

On February 7, 2013, the Court entered an Order and Judgment: (1) Certifying the INEX, Banner, Knauf, L&W, and Global Settlement Classes, and (2) Granting Final Approval to the INEX, Banner, Knauf, L&W, and Global Settlements [Rec. Doc. 16570]. On February 19, 2013, the Court issued an Order Correcting Clerical Error [Rec. Doc. 16580] in the February 7, 2013 Order [16570]; and on July 9, 2013, the Court entered an Order (1) Certifying Each of Four Chinese Drywall Class Settlements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims; (2) Granting Final Approval to the Four Chinese Drywall Class Settlements; and (3) Approving an Allocation Plan for the Four Class Settlements [Rec. Doc. 16934] (collectively referred to herein as "Class Settlements"). Qualified Settlement Funds (QSFs) were established for each Class Settlement and were funded in accordance with Orders issued by the Court.[1] Numerous claimants have been processed through both the BrownGreer settlement portal, as well as the Garretson settlement portal (Virginia cases only).

As part of the settlement, this Court issued Pre-Trial Order No. 28 which addresses attorney's fees and costs. On October 23, 2014, in accordance with Pre-Trial Order No. 28, the Fee Committee filed the Fee Committee's Inspection Costs and Hold Back Motion Pursuant to Pre-Trial Order No. 28(E) [Rec. Doc. 18081] and on December 17, 2014, the Court issued an Order [Rec. Doc. 18215] accepting the Fee Committee's recommendation of a reasonable hold back in the amount of $10 million for use in connection with on-going remaining litigation and settlement administration work.

---

[1] As of the May 31, 2015 monthly report issued by Philip A. Garrett, CPA, the total amount held in QSFs - Attorney Fee Funds is $195,876,534.97. This includes the Banner - Attorney Fund, the Global - Attorney Fund, the InEx - Attorney Fund, the Knauf - Attorney Fund, the VA Builders - Attorney Fund, the VA Nationwide - Attorney Fund, the VA Porter-Blaine - Attorney Fund, and the VA Tobin Trading - Attorney Fund.

On January 4, 2012, a Motion for Disbursement of Funds from the MDL 2047 PSC Shared Costs Fund for Posting Appeal Bond was filed with the Court [Rec. Doc. 12110]. On January 5, 2012, the Court issued an Order granting the Motion [Rec. Doc. 12125], and on January 9, 2012, an appeal bond in the matter entitled *Cataphora, Inc. v. Jerrold Seth Parker, et al*, Case No. CV09-5749-BZ, pending in the United States District Court for the Northern District of California, in the amount of $1,335,967.20 was posted. On July 3, 2012, the PSC filed a Second Motion for Disbursement of Funds From the MDL 2047 PSC Shared Costs Fund (for Expenses) [Rec. Doc. 15209] requesting a disbursement from the MDL 2047 PSC Shared Costs Fund for expenses in the amount of $500,000.00. On July 9, 2012, the Court issued an Order authorizing Plaintiffs' Liaison Counsel, Russ M. Herman, to disburse the amount of $500,000.00 to be utilized towards expenses to be incurred and handled in accordance with PTO No. 9 [Rec. Doc. 15231]. On November 8, 2012, the PSC filed a Third Motion for Disbursement of Funds From the MDL 2047 PSC Shared Costs Fund (for Expenses) [Rec. Doc. 16145] requesting a disbursement from the MDL 2047 PSC Shared Costs Fund for expenses in the amount of $500,000.00. On November 29, 2012, the Court issued an Order authorizing Plaintiffs' Liaison Counsel, Russ M. Herman, to disburse the amount of $500,000.00 to be utilized towards expenses to be incurred and handled in accordance with PTO No. 9 [Rec. Doc. 16329]. On January 16, 2013, the PSC filed a Fourth Motion for Disbursement of Funds From the MDL 2047 PSC Shared Costs Fund (for Expenses) [Rec. Doc. 16506] requesting a disbursement from the MDL 2047 PSC Shared Costs Fund for expenses in the amount of $500,000.00. On February 4, 2013, the Court issued an Order authorizing Plaintiffs' Liaison Counsel, Russ M. Herman, to disburse the amount of $500,000.00 to be utilized towards expenses to be incurred and handled in accordance with PTO No. 9 [Rec. Doc. 16555].

On July 28, 2009, the Court issued Pre-Trial Order No. 8 [Rec. Doc. 146], which appointed members to the Plaintiffs' Steering Committee and set forth its responsibilities. In connection with the administration and performance of duties, the PSC has incurred a number of expenses and continues to incur expenses. The PSC has incurred substantial time, effort and expense in handling its responsibilities since the approval of the various Class Settlements. Substantial discovery, including depositions involving translators, as well as upcoming depositions noticed to take place in Hong Kong, is taking place. The PSC has reported to the Court at monthly status conferences the voluminous discovery efforts that have been undertaken in connection with Taishan, CNBM, BNBM and other third parties. Substantial additional time and expense expenditures are anticipated over the next months. It is necessary at this time for the PSC to transfer the $10 million approved in the Hold Back Motion to be utilized towards expenses that will be incurred and handled in accordance with Pre-Trial Order No. 9. Pre-Trial Order No. 9 [Rec. Doc. 147] sets forth the procedure to be followed for plaintiff counsel's expense submissions. All of the expenses incurred are being reported to the CPA appointed by the Court in accordance with Pre-Trial Order No. 9.

The PSC has heretofore imposed assessments amongst its members to fund common benefit expenses. Because common benefit expenses continue to be incurred and because the Court issued an Order providing for a reasonable hold back in the amount of $10 million for use in connection with ongoing remaining litigation and settlement administration work, there are funds available in the various QSF Attorney Funds to address these litigation expenses. The PSC requests that in lieu of an assessment to PSC members, that the Court authorize Plaintiffs' Liaison Counsel,

Russ M. Herman, to transfer $10 million from the Knauf - Attorney Fund[2], which is presently on deposit with Esquire Bank, to be used for expenses that will be incurred and handled in accordance with Pre-Trial Order No. 9.

Respectfully submitted,

Dated: August 31, 2015

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

[2] As of the May 31, 2015 monthly report issued by Philip A. Garrett, CPA, the Knauf - Attorney Fund QSF contains $142,589,410.53.

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
The Steckler Law Firm
12700 Park Central Drive, Suite 1900
Dallas, TX 75251
Phone: (972) 387-3327
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzales,
Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
& Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer

160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
Daniel@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony Irpino
Irpino Law Firm
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of August, 2015.

          /s/ Leonard A. Davis
          Leonard A. Davis, Esquire
          Herman, Herman & Katz, L.L.C.
          820 O'Keefe Avenue
          New Orleans, Louisiana 70113
          Phone: (504) 581-4892
          Fax: (504) 561-6024
          Ldavis@hhklawfirm.com
          Plaintiffs' Liaison Counsel
          MDL 2047