UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on September 16, 2015, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Fifth Motion for Disbursement of Funds From the MDL 2047 PSC Shared Costs Fund (For Expenses), and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated: August 31, 2015

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

1

                    Arnold Levin
                    Fred S. Longer
                    Matthew C. Gaughan
                    Levin, Fishbein, Sedran & Berman
                    510 Walnut Street, Suite 500
                    Philadelphia, PA 19106
                    215-592-1500 (phone)
                    215-592-4663 (fax)
                    Alevin@lfsblaw.com
                    *Plaintiffs' Lead Counsel*
                    MDL 2047

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios | Bruce William Steckler |
| Barrios, Kingsdorf & Casteix, LLP | The Steckler Law Firm |
| 701 Poydras Street, Suite 3650 | 12700 Park Central Drive, Suite 1900 |
| New Orleans, LA 70139 | Dallas, TX 75251 |
| Phone: (504) 524-3300 | Phone: (972) 387-3327 |
| Fax: (504) 524-3313 | Fax: (972) 387-4041 |
| Barrios@bkc-law.com | bruce@stecklerlaw.com |
| | |
| Daniel E. Becnel, Jr. | Ervin A. Gonzalez |
| Becnel Law Firm. LLC | Colson, Hicks, Eidson, Colson |
| P.O. Drawer H |   Matthews, Martinez, Gonzales, |
| 106 W. Seventh Street |   Kalbac & Kane |
| Reserve, LA 70084 | 255 Alhambra Circle, Penthouse |
| Phone: (985) 536-1186 | Cora Gables, FL 33134 |
| Fax: (985) 536-6445 | Phone: (305) 476-7400 |
| dbecnel@becnellaw.com | Fax: (305) 476-7444 |
| | |
| Robert C. Josefsberg | Ben W. Gordon, Jr. |
| Podhurst Orseck, P.A. | Levin, Papantonio, Thomas, Mitchell |
| 25 Flagler Street, 8th Floor |   Echsner & Proctor, P.A. |
| Miami, FL 33130 | 316 S. Baylen Street, Suite 600 |
| Phone: (305) 358-2800 | Pensacola, FL 32502 |
| Fax: (305) 358-2382 | Phone: (850) 435-7000 |
| rjosefsberg@podhurst.com | Fax: (850) 435-7020 |
| | bgordon@levinlaw.com |

| | |
|---|---|
| Hugh P. Lambert<br>Lambert and Nelson<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>hlambert@lambertandnelson.com | Christopher Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br> & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com | Daniel K. Bryson<br>Whitfield, Bryson & Mason, LLP<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5000<br>Fax: (919) 600-5035<br>Daniel@wbmllp.com |
| Jerrold Seth Parker<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jerry@yourlawyer.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |
| Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com | Victor M. Diaz, Jr., Esquire<br>V.M. Diaz and Partners, LLC<br>119 Washington Ave, Suite 402<br>Miami Beach, FL 33139<br>Phone: (305) 704-3200<br>Fax: (305) 538-4928<br>victor@diazpartners.com |
| James Robert Reeves<br>Lumpkin & Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@attorneys4people.com | |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony Irpino
Irpino Law Firm
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of August, 2015.

    /s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047