# EXHIBIT E

| CDW | | Payment Details Report (As of 8/24/15) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row | PP ID | Affected Property Address | Payee Name | Business Name | Co Owner | Law Firm Name | Settlement Program Claim Type | Settlement Account | Payment Amount | Date Payment Issued | Date Payment Cashed | Check # |
| 1 | 106148 | 4160 N. Highway A1A, Unit 201A, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 6/23/15 | Not Provided | 103062 |
| 2 | 106149 | 4160 N. Highway A1A, Unit 202A, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103350 |
| 3 | 106247 | 4160 N. Highway A1A, Unit 203A, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103351 |
| 4 | 106249 | 4160 N. Highway A1A, Unit 204A, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103352 |
| 5 | 106251 | 4160 N. Highway A1A, Unit 205A, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103353 |
| 6 | 106253 | 4160 N. Highway A1A, Unit 206A, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103354 |
| 7 | 106254 | 4160 N. Highway A1A, Unit 207A, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103355 |
| 8 | 106255 | 4160 N. Highway A1A, Unit 301A, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103356 |
| 9 | 106257 | 4160 N. Highway A1A, Unit 302A, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103357 |
| 10 | 106259 | 4160 N. Highway A1A, Units 303A, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103358 |
| 11 | 106261 | 4160 N. Highway A1A, Unit 304A, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103359 |
| 12 | 106262 | 4160 N. Highway A1A, Unit 305A, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103360 |
| 13 | 106265 | 4160 N. Highway A1A, Unit 306A, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103361 |
| 14 | 106267 | 4160 N. Highway A1A, Unit 307A, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103362 |
| 15 | 106268 | 4180 N. Highway A1A, 1st Level - 55 Garages, Lobby, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | | Not Provided | |
| 16 | 106293 | 4180 N. Highway A1A1 1st Level - Lobbies, Recreation Room, Common Elements, 5 Garage Spaces, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | | Not Provided | |
| 17 | 106268 | 4180 N. Highway A1A2 2nd Level - Lobby, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | | Not Provided | |
| 18 | 106250 | 4180 N. Highway A1A, Unit 801B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103363 |
| 19 | 106256 | 4180 N. Highway A1A, Unit 802B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103364 |
| 20 | 106260 | 4180 N. Highway A1A, Unit 803B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103365 |
| 21 | 106263 | 4180 N. Highway A1A, Unit 804B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103366 |
| 22 | 106266 | 4180 N. Highway A1A, Unit 805B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103367 |
| 23 | 106269 | 4180 N. Highway A1A, Unit 901B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103368 |
| 24 | 106271 | 4180 N. Highway A1A, Unit 902B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103369 |
| 25 | 106273 | 4180 N. Highway A1A, Unit 903B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103370 |
| 26 | 106275 | 4180 N. Highway A1A, Unit 904B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103371 |
| 27 | 106277 | 4180 N. Highway A1A, Unit 905B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103372 |
| 28 | 106278 | 4180 N. Highway A1A, Unit 1001B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103373 |
| 29 | 106279 | 4180 N. Highway A1A, Unit1002B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103374 |
| 30 | 106281 | 4180 N. Highway A1A, Unit 1003B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103375 |
| 31 | 106282 | 4180 N. Highway A1A, Unit 1004B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103376 |
| 32 | 106284 | 4180 N. Highway A1A, Unit 1005B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103377 |
| 33 | 106285 | 4180 N. Highway A1A, Unit 1101B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103378 |
| 34 | 106287 | 4180 N. Highway A1A, Unit 1102B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103379 |
| 35 | 106288 | 4180 N. Highway A1A, Unit 1103B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103380 |
| 36 | 106289 | 4180 N. Highway A1A, Unit 1104B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103381 |
| 37 | 106290 | 4180 N. Highway A1A, Unit 1105B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103382 |
| 38 | 106291 | 4180 N. Highway A1A, Unit 1201B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103383 |
| 39 | 106292 | 4180 N. Highway A1A, Unit 1202B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103384 |
| 40 | 106270 | 4180 N. Highway A1A, Unit 1203B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103385 |
| 41 | 106272 | 4180 N. Highway A1A, Unit 1204B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103386 |
| 42 | 106274 | 4180 N. Highway A1A, Unit 1205B, Ft. Pierce, FL, 34949 | Oceanique Development Company, Inc. | Oceanique Development Company, Inc. | | Colson Hicks Eidson, P.A. | Lost Rent, Use, or Sales | Other Loss | $10,000.00 | 7/15/15 | Not Provided | 103387 |