## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel will bring the foregoing Motion for hearing before the Honorable Eldon E. Fallon, Section L of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 on Wednesday, the 16th day of September 2015, beginning at 9 a.m. or as soon thereafter as counsel can be heard.

Dated: August 31, 2015

        Respectfully Submitted,

        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, PC**

        /s/ *Kerry J. Miller*_____
        **KERRY J. MILLER (LA Bar #24562), T.A.**
        **DANIEL J. DYSART (LA Bar #33812)**
        201 St. Charles Avenue, Suite 3600
        New Orleans, LA 70170
        Phone:    504.566.8646
        Fax:    504.585.6946
        Email:    kjmiller@bakerdonelson.com

        *Counsel for the Knauf Defendants*

2

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 31st day of August 2015.

/s/ *Kerry J. Miller*