UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion for Leave to File Under Seal Taishan's Response in Opposition to Plaintiffs' Compel the Production of Documents on a Counsel's Privilege Log;

**IT IS ORDERED** that the motion is **GRANTED** and the attached Response in Opposition and supporting exhibits are filed into the record **UNDER SEAL** in their entirety.

New Orleans, Louisiana, this 31st day of August, 2015.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge