MINUTE ENTRY
FALLON, J.
AUGUST 31, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | : | MDL NO. 2047 |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
**13-6652:** *Collins et al v. Bass Homes, Inc. et al*
**13-6653**: *Herrington et al v. Bass Homes, Inc. et al*

## ORDER

On this date the Court conducted an telephone status conference in these two cases. Stephen Mullins and Dan Bryson participated on behalf of the Plaintiffs. Justin Bourne participated on behalf of Defendant Bass Homes. Caroline Pryor participated on behalf of Ace Hardware Corporation. Danny Collier participated on behalf of Ace Home Center. Wesley Pipes participated on behalf of Pate Stevedore Company and Pensacola Stevedore Company. Gary Russo participated on behalf of Fireman's Fund Insurance Company. Bernard Taylor and Christy Eikhoff participated on behalf of Taishan. David Pote and Mike Fitzpatrick participated on behalf of Cincinnati Insurance Company. The parties discussed the status of the case.

**IT IS ORDERED** that the Court will hold a telephone status conference on Wednesday September 30, 2015 at 8:30 a.m. Parties may dial-in to (877) 336-1839. The access code is 4227405. The security code is 093015.

1

JS10(00:11)