UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINEESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

In response to Taishan's request for oral argument (R. Doc. 19426), **IT IS HEREBY ORDERED** that the PSC's Motion to Compel Production of Documents on Counsel's Privilege Log (R. Doc. 19420) will be heard on oral argument by telephone on Friday, September 4, 2015 at 1:30 p.m.  Parties may call in to 877-336-1839.

New Orleans, Louisiana, this 1st day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

1