UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |
| IN RE:       ALL CASES | | |

## ORDER

The Court received and reviewed the attached correspondence from Cynthia and Joseph Gales.

**IT IS ORDERED** that the attached correspondence be entered into the record.

New Orleans, Louisiana, this 28th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
Cynthia & Joseph Gales
3728 Clermont Drive
New Orleans, LA 70122

1