August 21, 2015



Hon Eldon E. Fallon
United States District Court
Eastern of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA  70130

Hon Eldon E. Fallon:

I am writing this letter with hopes of you interceding for us with the Chinese drywall claim. I have been e-mailing CDW Brown Greer with questions that I have and I am very confused and a bit uneasy about the responses I have been receiving, (I will attached copies of these e-mails). The "Special Master" offered us a settlement that we did not accept because we had not moved from the rental property where we were residing after we had to vacate the mobile home we had purchased which was unlivable because of the Chinese drywall.  I spent a portion of my retirement money paying and renovating the mobile home because when we moved back to New Orleans, we had planned to rent out the mobile home with hopes of recouping the retirement money spent.  Well, we have no mobile home and no additional funds being received.

The questions I asked to Brown & Greer were "when will the Special Master" review our claims" and the answer was "the Special Master cannot make any determination until ALL other loss claims are either accepted or rejected and they expected that process to conclude in the next 90 days". August (this month) made three months and now there is another excuse about a policy.  It was also stated the amount available will be the reminder of settlement funds after all claimants have either accepted or rejected their Resolution offers.

My response was "I am getting frustrated because it seems as if there may not be much money left and half of the predicament I'm in is because of the chinese drywall. I use my retirement money to renovate the trailer with the Chinese drywall, and don't forget we had to purchase nails, tape, mud, labor, etc. to renovate the trailer.

There are things (furniture, appliances, etc.) that I need to purchase now and the fact that I'm waiting for money and hearing many excuses make me very leery.

I understand I'm not the only person waiting for the special master to make a determination but what I'm hearing when I ask a question is not very comforting. I know you asked that these claims be paid to the people, so what's the hold up and why are things moving so slowly. I also know there are people working with the "special master" so why is the process taking so long. I have bills to pay and I need furniture and other household goods now. Is there something you can do to help? I am very frustrated and disappointed, there does not seem to be anyone who can let you know what's really going on. I know there is a process for everything, but this process seems as if it's not working.

Thank you for taking the time to read this letter.


Sincerely,

Cynthia & Joseph Gales Sr


cc:
Enclosure



# COVER SHEET

TO: Chinese Drywall Settlement Administrator

ATTENTION: Brown Greer PLC

FAX No: 864-521-7299   DATE: 2/13/15

PHONE: 504-717-7100   No. PAGES: 5

FROM: Cynthia & Joseph Sales Sr.

SUBJECT: Basis of Request for Special Master award

MESSAGE: I am faxing you our response for requesting why the resolution offer is not sufficient to fully compensate us.

February 13, 2015

BrownGreer, PLC
Chinese Drywall Settlement Administrator
250 Rocketts Way
Richmond, Virginia   23260

We are opting to file a Special Master Award because the resolution offer is insufficient.

- When we relocated to 3817 Liro Lane in Harvey, Louisiana September 1, 2012, we thought the move would be temporary.
- We have been paying a rental fee of $550.00 for the last 29 months.
- As of 2/13/2015, we are still residing at 3817 Liro Lane in Harvey, LA.

When we moved to Harvey, LA, we knew (thought) we would be compensated for the damage to the mobile home we were occupying in Raceland, LA but the amount of money we received was inadequate. When we purchased the mobile home in Raceland, LA we looked at the long range investment of the purchase (purchasing it a good price, fixing it up and having a place to call home. Of course, we lost a place to live; we had no rent to pay; we lost the money we invested into the purchase of the mobile home; we lost money in the materials we paid for fixing it up, the furniture and other things we purchased to live in the mobile home. The Chinese drywall made our total investment a big loss to us.

- We lost two queen size beds with queen size mattresses   $2000.00
- 2 dressers (included above)
- 1 sink and commode                                        500.00
- Sofa sleeper with two chairs                              800.00
- Dining table with four chairs                             500.00
- Dishes, appliances (toaster, roaster, pots)               600.00
                                                          $4400.00

We cannot overlook the physical labor invested into the renovation of the mobile home. The mobile home was demolished because it would not have been cost effective to attempt to renovate it again.

We are asking the Special Master to consider our request and approve the amount of money we have paid in rental fees for the past 29 months which totals $15,950.00. Our lives have been sorely disrupted by the Chinese drywall incident, both physically and mentally and we are now trying to move forward.

Thank you for your consideration!

Sincerely,

*Cynthia   Joseph Gales Jr.*
Cynthia & Joseph Gales Sr

cc:

(1 unread) - me_relief - Yahoo Mail
Case 2:09-md-02047-EEF-MBN   Document 19436-1   Filed 08/28/15   Page 6 of 8
Page 1 of 1





