UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## O R D E R

Considering the Fifth Motion for Disbursement of Funds(For Expenses) filed by the

Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that Russ M. Herman, Plaintiffs' Liaison Counsel, be

and he is hereby authorized to disburse $10 million from the Knauf - Attorney Fund QSF, which is

presently on deposit with Esquire Bank, to be utilized towards expenses that will be incurred and

handled in accordance with Pre-Trial Order No. 9.

New Orleans, Louisiana, this _1_ day of ___Sept.___, 2015.

Eldon E. Fallon
United States District Court Judge