# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | ) ) ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## UNOPPOSED MOTION
## FOR PARTIAL RELIEF FROM MAY 7 MINUTE ORDER

The State of Louisiana ("Louisiana"), through the Honorable James D. ("Buddy") Caldwell, Attorney General of Louisiana, respectfully moves this Court for partial relief from its Minute Entry dated May 7, 2015 (Rec. Doc. 18925).  Specifically, Louisiana seeks relief so that it can ask questions of deponents during the upcoming depositions in Hong Kong without prior Court authorization.  Counsel for Louisiana has conferred with counsel for the PSC, the CNBM Entities, the BNBM Entities, and Taishan, who do not oppose the relief sought in this Motion.  A supporting memorandum and proposed order are submitted herewith.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**LOUISIANA ATTORNEY GENERAL**

James Trey Phillips, BarRoll# 19978
Sanettria Glasper Pleasant, BarRoll# 25396
L. Christopher Styron, BarRoll# 30747
Assistant Attorneys General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6000
Facsimile: (225) 326-6499

**Shows, Cali & Walsh, LLP**
E. Wade Shows, BarRoll# 7637

LEGAL127574548.2

Trial Attorney
John C. Walsh, BarRoll# 24903
628 St. Louis St.
P. O. Drawer 4425
Baton Rouge, LA 70821
(225) 346-1461

   s/ David L. Black
**Perkins Coie, LLP**
David L. Black
Craig M. J. Allely
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
(303) 291-2300

COUNSEL FOR THE STATE OF LOUISIANA

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Unopposed Motion for Partial Relief from May 7 Minute Order along with a memorandum in support and proposed order have been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; Homebuilders' Liaison Counsel, Dorothy Wimberly; Insurance Liaison Counsel, Judy Y. Barrasso; and Taishan, BNBM, and CNBM Liaison Counsel, Harry Rosenberg, all by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of September, 2015.

                                                                                                           s/ David L. Black
                                                                                                    (Signature of Filing Attorney)