UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES  ) | ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF UNOPPOSED
MOTION FOR PARTIAL RELIEF FROM MAY 7 MINUTE ORDER**

The State of Louisiana ("Louisiana"), through the Honorable James D. ("Buddy") Caldwell, Attorney General of Louisiana, respectfully submits this Memorandum in Support of Unopposed Motion for Partial Relief from May 7 Minute Order.  Counsel for Louisiana has conferred with counsel for the PSC, the CNBM Entities, the BNBM Entities, and Taishan, who do not oppose the relief sought in this Motion.

### I.   INTRODUCTION & ARGUMENT

On May 7, 2015, the Court entered an order holding, in part, that Louisiana could be present for depositions noticed by the PSC in connection with the "contempt" and "damages" tracks, overruling, in part, Taishan's objection that Louisiana lacked standing to participate in these depositions.  (Rec. Doc. 18925).  In its order, the Court further stated that while it would permit Louisiana to be present for the contempt and damages track depositions, if Louisiana wanted to ask questions of the deponent, "the A.G. would need Court authorization."  *Id.* at 2.

After the Court entered its Minute Entry, on June 16, 2015, China New Building Materials Group, China New Building Materials Co., CNBMIT Co. Ltd., CNBM USA Corp., and United Suntech Craft, Inc. filed a Motion to Dismiss the Complaints, including Louisiana's Amended Complaint ("Motion to Dismiss") (Rec. Doc. 19152).  Louisiana and all other parties recently agreed to a briefing schedule for the Motion to Dismiss and the Motion to Dismiss is set

LEGAL127574524.1

to be heard by the Court on December 8, 2015.

The PSC has noticed three depositions (of Song Zhiping, Jia Tongchun, and Peng Shou) to be taken in Hong Kong during the week of September 14, 2015.  To prepare its response papers in opposition to the Motion to Dismiss, Louisiana desires to ask questions of these deponents.

The May 7th Order was entered in response to Taishan's motion for protective order that questioned whether Louisiana had standing to participate in depositions dealing solely with the "contempt" track.  The depositions in Hong Kong may encompass information relevant to the CNBM entities' Motion to Dismiss all the Complaints (including Louisiana's Amended Complaint).  As such, it is not entirely clear whether the May 7 Order applies to the upcoming depositions in Hong Kong.  Louisiana seeks relief from that order to make clear that it can ask questions at the upcoming depositions in order to prepare its response to the Motion to Dismiss.  Louisiana has agreed that its questioning will proceed after the PSC has questioned the deponents and that the total questions (by the PSC and Louisiana) will not exceed the time allocated for the noticed depositions.  As already noted, the PSC and the defendants (including Taishan, which initially requested the protective order that led to the May 7 order prohibiting Louisiana from asking questions at certain depositions without Court authorization) do not oppose this relief.

## II.     CONCLUSION

For the above mentioned reasons, the Court should grant this unopposed motion.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**LOUISIANA ATTORNEY GENERAL**

James Trey Phillips, BarRoll# 19978

-2-

-3-

Sanettria Glasper Pleasant, BarRoll# 25396
L. Christopher Styron, BarRoll# 30747
Assistant Attorneys General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6000
Facsimile: (225) 326-6499

**Shows, Cali & Walsh, LLP**
E. Wade Shows, BarRoll# 7637
Trial Attorney
John C. Walsh, BarRoll# 24903
628 St. Louis St.
P. O. Drawer 4425
Baton Rouge, LA 70821
(225) 346-1461

    s/ David L. Black
**Perkins Coie, LLP**
David L. Black
Craig M. J. Allely
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
(303) 291-2300

COUNSEL FOR THE STATE OF LOUISIANA