UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

ORDER ON THE STATE OF LOUISIANA'S UNOPPOSED
MOTION FOR PARTIAL RELIEF FROM THE MAY 7 MINUTE ORDER

Having considered the State of Louisiana's Unopposed Motion for Partial Relief From May 7, 2015 Minute Order, the Court GRANTS the motion and ORDERS that the State of Louisiana shall have leave to ask questions of deponents currently noticed for deposition in Hong Kong during the week of September 14, 2015.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

LEGAL127574629.1