# Shareholding Disclosures
## Disclosure of Interests

Explanatory Notes

### FORM 2 - Corporate Substantial Shareholder Notice

| | |
|---|---|
| 1. Name of listed corporation: | China National Building Material Co. Ltd. - H Shares |
| 2. Stock code: | 03323 |
| 3. Class of shares: | H Shares |
| 4. Number of issued shares in class: | 2,879,171,896 |
| 5. Name of substantial shareholder: | JPMorgan Chase & Co. |
| 6. Registered office: | 270 Park Avenue, New York 10017, United States |
| 7. Principal place of business in Hong Kong: | N/A |
| 13. Exchange on which listed: | New York Stock Exchange |
| 14. Name of listed parent and exchange on which parent is listed: | N/A |
| 15. Date of relevant event: | 20/11/2014 (dd/mm/yyyy) |
| 16. Date when the substantial shareholder became aware of the relevant event/ interest in the shares (if later): | 24/11/2014 (dd/mm/yyyy) |

17. Details of relevant event:

| Relevant event code describing circumstances | Code describing capacity in which shares were/are held | | Number of shares bought/sold or involved | Currency of transaction | On Exchange | | Off Exchange | Consideration code |
|---|---|---|---|---|---|---|---|---|
| | Before relevant event | After relevant event | | | Highest price per share | Average price per share | Average consideration per share | |
| Long position  117 | 205 | 205 | 38,450,000 | HKD | 7.188 | 7.157 | | |

18. Total shares immediately before the relevant event:

| | Total number of shares | Percentage figure (%) |
|---|---|---|
| Long Position | 269,138,831 | 9.34 |
| Short Position | 6,015,701 | 0.20 |
| Lending Pool | 198,316,794 | 6.88 |

19. Total shares immediately after the relevant event:

| | Total number of shares | Percentage figure (%) |
|---|---|---|
| Long Position | 230,688,831 | 8.01 |
| Short Position | 6,015,701 | 0.20 |
| Lending Pool | 159,874,794 | 5.55 |

20. Capacity in which interests disclosed in Box 19 are held:

| Code describing capacity | Number of shares | |
|---|---|---|
| 201 | Long position | 53,286,037 |
| | Short position | 6,015,701 |
| 202 | Long position | 17,528,000 |
| | Short position | 0 |
| 208 | Long position | 159,874,794 |
| | Short position | 0 |

EXHIBIT A

21. Further information in respect of derivative interests:

| Code describing derivatives | Number of shares | |
|---|---|---|
| 401 | Long position | 994,000 |
|  | Short position | 1,308,000 |
| 402 | Long position | 0 |
|  | Short position | 3,976,000 |
| 403 | Long position | 2,903 |
|  | Short position | 1,701 |
| 404 | Long position | 169,600 |
|  | Short position | 580,000 |

22. Further information in relation to interests of corporations controlled by substantial shareholder:

| Name of controlled corporation | Address and place of incorporation | Name of controlling shareholder | % control | Direct interest | Number of shares | |
|---|---|---|---|---|---|---|
| J.P. Morgan Securities LLC | 383 Madison Avenue, New York 10179, United States | J.P. Morgan Broker-Dealer Holdings Inc | 100.00 | Y | Long position | 2,903 |
|  |  |  |  |  | Short position | 1,701 |
| J.P. Morgan Clearing Corp | Three Chase MetroTech Center, Brooklyn, New York 11245, United States | J.P. Morgan Securities LLC | 100.00 | Y | Long position | 7,000 |
|  |  |  |  |  | Short position | 0 |
| JF Asset Management Limited | 21st Floor Chater House 8 Connaught Road Central Hong Kong (Hong Kong) | JPMorgan Asset Management (Asia) Inc. | 100.00 | Y | Long position | 15,926,000 |
|  |  |  |  |  | Short position | 0 |
| JPMorgan Asset Management (Taiwan) Limited | 3/F., No.65 and 17/F., No. 65, 67, 69 and 71, Sec.2, Tun Hwa South Road, Taipei (Taiwan) | JPMorgan Asset Management (Asia) Inc. | 100.00 | Y | Long position | 1,270,000 |
|  |  |  |  |  | Short position | 0 |
| J.P. Morgan Investment Management Inc. | 270 Park Avenue New York (United States) | JPMorgan Asset Management Holdings Inc | 100.00 | Y | Long position | 12,000 |
|  |  |  |  |  | Short position | 0 |
| J.P. Morgan Whitefriars Inc. | 500 Stanton Christiana Road, Newark, Delaware, USA (United States) | J.P. Morgan Overseas Capital Corporation | 100.00 | Y | Long position | 34,340,618 |
|  |  |  |  |  | Short position | 4,556,000 |
| J.P. Morgan Securities plc | 25 Bank Street Canary Wharf London E14 5JP | J.P. Morgan Capital Financing Limited | 0.69 | Y | Long position | 18,935,516 |
|  |  |  |  |  | Short position | 1,458,000 |
| J.P. Morgan Securities plc | 25 Bank Street Canary Wharf London E14 5JP | J.P. Morgan Chase International Holdings | 99.31 | Y | Long position | 18,935,516 |
|  |  |  |  |  | Short position | 1,458,000 |
| Bank One International Holdings Corporation | 1 Bank One Plaza Chicago, Illinois (United States) | J.P. Morgan International Inc. | 100.00 | N | Long position | 53,276,134 |
|  |  |  |  |  | Short position | 6,014,000 |
| J.P. Morgan International Inc. | 270 Park Avenue New York (United States) | JPMorgan Chase Bank, N.A. | 100.00 | N | Long position | 53,276,134 |
|  |  |  |  |  | Short position | 6,014,000 |
| J.P. Morgan Chase International Holdings | 25 Bank Street Canary Wharf London E14 5JP | J.P. Morgan Chase (UK) Holdings Limited | 100.00 | N | Long position | 18,935,516 |
|  |  |  |  |  | Short position | 1,458,000 |

| JPMorgan Chase Bank, N.A. | 1111 Polaris Parkway Columbus, Ohio (United States) | JPMorgan Chase & Co. | 100.00 | Y | Long position Short position | 159,874,794 0 |
|---|---|---|---|---|---|---|
| JPMorgan Asset Management (UK) Limited | 25 Bank Street Canary Wharf London E14 5JP | JPMorgan Asset Management Holdings (UK) Limited | 100.00 | Y | Long position Short position | 320,000 0 |
| J.P. Morgan Capital Financing Limited | 25 Bank Street Canary Wharf London E14 5JP | JPMorgan Chase & Co. | 100.00 | N | Long position Short position | 18,935,516 1,458,000 |
| J.P. Morgan Securities LLC | 383 Madison Avenue, New York 10179, United States | J.P. Morgan Broker-Dealer Holdings Inc | 100.00 | N | Long position Short position | 7,000 0 |
| J.P. Morgan Broker-Dealer Holdings Inc | 270 Park Avenue, New York 10017, United States | JPMorgan Chase & Co. | 100.00 | N | Long position Short position | 9,903 1,701 |
| J.P. Morgan Capital Holdings Limited | 25 Bank Street Canary Wharf London E14 5JP | J.P. Morgan International Finance Limited | 100.00 | N | Long position Short position | 18,935,516 1,458,000 |
| JPMorgan Asset Management Holdings Inc | 270 Park Avenue New York, New York (United States) | JPMorgan Chase & Co. | 100.00 | N | Long position Short position | 17,528,000 0 |
| JPMorgan Asset Management (Asia) Inc. | 270 Park Avenue New York, (United States) | JPMorgan Asset Management Holdings Inc | 100.00 | N | Long position Short position | 17,196,000 0 |
| J.P. Morgan Chase (UK) Holdings Limited | 25 Bank Street Canary Wharf London E14 5JP | J.P. Morgan Capital Holdings Limited | 100.00 | N | Long position Short position | 18,935,516 1,458,000 |
| JPMorgan Asset Management Holdings (UK) Limited | 25 Bank Street Canary Wharf London E14 5JP | JPMorgan Asset Management International Limited | 100.00 | N | Long position Short position | 320,000 0 |
| J.P. Morgan Overseas Capital Corporation | 500 Stanton Christiana Road Newark, Delaware (United States) | J.P. Morgan International Finance Limited | 100.00 | N | Long position Short position | 34,340,618 4,556,000 |
| JPMorgan Asset Management International Limited | 25 Bank Street Canary Wharf London E14 5JP | JPMorgan Asset Management Holdings Inc | 100.00 | N | Long position Short position | 320,000 0 |
| JPMorgan Chase Bank, N.A. | 1111 Polaris Parkway Columbus, Ohio (United States) | JPMorgan Chase & Co. | 100.00 | N | Long position Short position | 53,276,134 6,014,000 |
| J.P. Morgan International Finance Limited | 500 Stanton Christiana Road Newark, Delaware (United States) | Bank One International Holdings Corporation | 100.00 | N | Long position Short position | 53,276,134 6,014,000 |

23. Further information in relation to interests held by substantial shareholder jointly with another person:

| Name of joint shareholder | Address | | | | Number of shares | |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Nil | |

24. Further information from a trustee, or beneficiary of a trust, or a founder of a Discretionary Trust:

| Names of Trust | Address | Status code | Number of shares |
|---|---|---|---|
| Nil | | | |

25. Further information from a party to an agreement under Section 317:

| Names of other parties | Address | Number of shares |
|---|---|---|
| Nil | | |

Total number of shares in which substantial shareholder is interested under section 317 and 318:

26. Details of person(s) in accordance with whose directions the substantial shareholder or its directors are accustomed to act:

| Names | Address | Relationship Code | % |
|---|---|---|---|
| Nil | | | |

27. Date of filing this Form 2:    25/11/2014
(dd/mm/yyyy)

29. Number of attachments:

Back

# Shareholding Disclosures
## Disclosure of Interests

Explanatory Notes

**FORM 2 - Corporate Substantial Shareholder Notice**

| | |
|---|---|
| 1. Name of listed corporation: | China National Building Material Co. Ltd. - H Shares |
| 2. Stock code: | 03323 |
| 3. Class of shares: | H Shares |
| 4. Number of issued shares in class: | 2,879,171,896 |
| 5. Name of substantial shareholder: | JPMorgan Chase & Co. |
| 6. Registered office: | 270 Park Avenue, New York 10017, United States |
| 7. Principal place of business in Hong Kong: | N/A |
| 13. Exchange on which listed: | New York Stock Exchange |
| 14. Name of listed parent and exchange on which parent is listed: | N/A |
| 15. Date of relevant event: | 18/11/2014 (dd/mm/yyyy) |
| 16. Date when the substantial shareholder became aware of the relevant event/ interest in the shares (if later): | 20/11/2014 (dd/mm/yyyy) |

17. Details of relevant event:

| Relevant event code describing circumstances | Code describing capacity in which shares were/are held | | Number of shares bought/sold or involved | Currency of transaction | On Exchange | | Off Exchange | | Consideration code |
|---|---|---|---|---|---|---|---|---|---|
| | Before relevant event | After relevant event | | | Highest price per share | Average price per share | Average consideration per share | | |
| Long position 117 | 205 | 205 | 24,968,000 | HKD | 7.170 | 7.164 | | | |

18. Total shares immediately before the relevant event:

| | Total number of shares | Percentage figure (%) |
|---|---:|---:|
| Long Position | 293,788,831 | 10.20 |
| Short Position | 5,715,701 | 0.19 |
| Lending Pool | 223,316,794 | 7.75 |

19. Total shares immediately after the relevant event:

| | Total number of shares | Percentage figure (%) |
|---|---:|---:|
| Long Position | 268,820,831 | 9.33 |
| Short Position | 6,015,701 | 0.20 |
| Lending Pool | 198,316,794 | 6.88 |

20. Capacity in which interests disclosed in Box 19 are held:

| Code describing capacity | Number of shares | |
|---|---|---:|
| 201 | Long position | 52,926,037 |
| | Short position | 6,015,701 |
| 202 | Long position | 17,578,000 |
| | Short position | 0 |
| 208 | Long position | 198,316,794 |
| | Short position | 0 |

21. Further information in respect of derivative interests:

| Code describing derivatives | Number of shares | |
|---|---|---|
| 401 | Long position | 994,000 |
| | Short position | 1,308,000 |
| 402 | Long position | 0 |
| | Short position | 3,976,000 |
| 403 | Long position | 2,903 |
| | Short position | 1,701 |
| 404 | Long position | 169,600 |
| | Short position | 580,000 |

22. Further information in relation to interests of corporations controlled by substantial shareholder:

| Name of controlled corporation | Address and place of incorporation | Name of controlling shareholder | % control | Direct interest | Number of shares | |
|---|---|---|---|---|---|---|
| J.P. Morgan Securities LLC | 383 Madison Avenue, New York 10179, United States | J.P. Morgan Broker-Dealer Holdings Inc | 100.00 | Y | Long position | 2,903 |
| | | | | | Short position | 1,701 |
| J.P. Morgan Clearing Corp | Three Chase MetroTech Center, Brooklyn, New York 11245, United States | J.P. Morgan Securities LLC | 100.00 | Y | Long position | 7,000 |
| | | | | | Short position | 0 |
| JF Asset Management Limited | 21st Floor Chater House 8 Connaught Road Central Hong Kong (Hong Kong) | JPMorgan Asset Management (Asia) Inc. | 100.00 | Y | Long position | 15,976,000 |
| | | | | | Short position | 0 |
| JPMorgan Asset Management (Taiwan) Limited | 3/F., No.65 and 17/F., No. 65, 67, 69 and 71, Sec.2, Tun Hwa South Road, Taipei (Taiwan) | JPMorgan Asset Management (Asia) Inc. | 100.00 | Y | Long position | 1,270,000 |
| | | | | | Short position | 0 |
| J.P. Morgan Investment Management Inc. | 270 Park Avenue New York (United States) | JPMorgan Asset Management Holdings Inc | 100.00 | Y | Long position | 12,000 |
| | | | | | Short position | 0 |
| J.P. Morgan Whitefriars Inc. | 500 Stanton Christiana Road, Newark, Delaware, USA (United States) | J.P. Morgan Overseas Capital Corporation | 100.00 | Y | Long position | 33,550,618 |
| | | | | | Short position | 4,556,000 |
| J.P. Morgan Securities plc | 25 Bank Street Canary Wharf London E14 5JP | J.P. Morgan Capital Financing Limited | 0.69 | Y | Long position | 19,365,516 |
| | | | | | Short position | 1,458,000 |
| J.P. Morgan Securities plc | 25 Bank Street Canary Wharf London E14 5JP | J.P. Morgan Chase International Holdings | 99.31 | Y | Long position | 19,365,516 |
| | | | | | Short position | 1,458,000 |
| Bank One International Holdings Corporation | 1 Bank One Plaza Chicago, Illinois (United States) | J.P. Morgan International Inc. | 100.00 | N | Long position | 52,916,134 |
| | | | | | Short position | 6,014,000 |
| J.P. Morgan International Inc. | 270 Park Avenue New York (United States) | JPMorgan Chase Bank, N.A. | 100.00 | N | Long position | 52,916,134 |
| | | | | | Short position | 6,014,000 |
| J.P. Morgan Chase International Holdings | 25 Bank Street Canary Wharf London E14 5JP | J.P. Morgan Chase (UK) Holdings Limited | 100.00 | N | Long position | 19,365,516 |
| | | | | | Short position | 1,458,000 |

| Name | Address | Controlled by | % | Direct | Position | Shares |
|---|---|---|---|---|---|---|
| JPMorgan Chase Bank, N.A. | 1111 Polaris Parkway Columbus, Ohio (United States) | JPMorgan Chase & Co. | 100.00 | Y | Long position<br>Short position | 198,316,794<br>0 |
| JPMorgan Asset Management (UK) Limited | 25 Bank Street Canary Wharf London E14 5JP | JPMorgan Asset Management Holdings (UK) Limited | 100.00 | Y | Long position<br>Short position | 320,000<br>0 |
| J.P. Morgan Capital Financing Limited | 25 Bank Street Canary Wharf London E14 5JP | JPMorgan Chase & Co. | 100.00 | N | Long position<br>Short position | 19,365,516<br>1,458,000 |
| J.P. Morgan Securities LLC | 383 Madison Avenue, New York 10179, United States | J.P. Morgan Broker-Dealer Holdings Inc | 100.00 | N | Long position<br>Short position | 7,000<br>0 |
| J.P. Morgan Broker-Dealer Holdings Inc | 270 Park Avenue, New York 10017, United States | JPMorgan Chase & Co. | 100.00 | N | Long position<br>Short position | 9,903<br>1,701 |
| J.P. Morgan Capital Holdings Limited | 25 Bank Street Canary Wharf London E14 5JP | J.P. Morgan International Finance Limited | 100.00 | N | Long position<br>Short position | 19,365,516<br>1,458,000 |
| JPMorgan Asset Management Holdings Inc | 270 Park Avenue New York, New York (United States) | JPMorgan Chase & Co. | 100.00 | N | Long position<br>Short position | 17,578,000<br>0 |
| JPMorgan Asset Management (Asia) Inc. | 270 Park Avenue New York, (United States) | JPMorgan Asset Management Holdings Inc | 100.00 | N | Long position<br>Short position | 17,246,000<br>0 |
| J.P. Morgan Chase (UK) Holdings Limited | 25 Bank Street Canary Wharf London E14 5JP | J.P. Morgan Capital Holdings Limited | 100.00 | N | Long position<br>Short position | 19,365,516<br>1,458,000 |
| JPMorgan Asset Management Holdings (UK) Limited | 25 Bank Street Canary Wharf London E14 5JP | JPMorgan Asset Management International Limited | 100.00 | N | Long position<br>Short position | 320,000<br>0 |
| J.P. Morgan Overseas Capital Corporation | 500 Stanton Christiana Road Newark, Delaware (United States) | J.P. Morgan International Finance Limited | 100.00 | N | Long position<br>Short position | 33,550,618<br>4,556,000 |
| JPMorgan Asset Management International Limited | 25 Bank Street Canary Wharf London E14 5JP | JPMorgan Asset Management Holdings Inc | 100.00 | N | Long position<br>Short position | 320,000<br>0 |
| JPMorgan Chase Bank, N.A. | 1111 Polaris Parkway Columbus, Ohio (United States) | JPMorgan Chase & Co. | 100.00 | N | Long position<br>Short position | 52,916,134<br>6,014,000 |
| J.P. Morgan International Finance Limited | 500 Stanton Christiana Road Newark, Delaware (United States) | Bank One International Holdings Corporation | 100.00 | N | Long position<br>Short position | 52,916,134<br>6,014,000 |

23. Further information in relation to interests held by substantial shareholder jointly with another person:

| Name of joint shareholder | Address | | Number of shares |
|---|---|---|---|

| | |
|---|---|
| Nil | |

24. Further information from a trustee, or beneficiary of a trust, or a founder of a Discretionary Trust:

| Names of Trust | Address | Status code | Number of shares |
|---|---|---|---|
| Nil | | | |

25. Further information from a party to an agreement under Section 317:

| Names of other parties | Address | Number of shares |
|---|---|---|
| Nil | | |

Total number of shares in which substantial shareholder is interested under section 317 and 318:

26. Details of person(s) in accordance with whose directions the substantial shareholder or its directors are accustomed to act:

| Names | Address | Relationship Code | % |
|---|---|---|---|
| Nil | | | |

27. Date of filing this Form 2:   21/11/2014
(dd/mm/yyyy)

29. Number of attachments:

Back