IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 <br><br> SECTION L |
| THIS DOCUMENT RELATES TO: <br> Case No. 09-06690 <br> Gross et al v. Knauf Gips KG et al <br> Case No. 11-1673 <br> Amorin et al v. Taishan etc., et al <br> Case No. 11-1672 <br> Amorin et al v. Taishan etc., et al <br> Case No. 11-1395 <br> Amorin et al v. Taishan etc., et al | ) ) ) ) ) ) ) ) ) ) ) | JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

Pursuant to Local Rule 83.2.11, Michael J. Ryan, of the firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A, counsel of record for Plaintiffs Martin & Nanci Goodstein hereby files this Motion to Withdraw as counsel for Plaintiffs Martin & Nanci Goodstein.

Plaintiffs' counsel, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A have encountered irreconcilable differences with Plaintiffs on issues involving the case. Plaintiffs have been provided the opportunity to seek substitution in advance of the filing of this motion, but have not so notified Counsel of any substitution.

WHEREFORE the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. requests this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff Martin & Nanci Goodstein in the above captioned cases.

Respectfully submitted,

s/ Michael Ryan
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK LIBERMAN, P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301

Phone: (954) 763-8181; FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL has been emailed to all parties by electronically uploaded the same to File and ServeExpress f/k/a LexisNexis File and Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4TH day of September 2015. I further certify that the above and foregoing has been served on Plaintiffs Martin & Nanci Goodstein 2049 Sifield Greens Way, Sun City Center, FL 33573 along with notification of all pending deadlines and court appearances in this litigation, via certified mail, and regular U.S. Mail.

s/ Michael Ryan
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK LIBERMAN, P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
Phone: (954) 763-8181; FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990