IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 <br> SECTION L |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON |
| Case No.09-06690 ) <br> Gross et al v. Knauf Gips KG et al ) <br> Case No. 11-1673 ) <br> Amorin et al v. Taishan etc., et al ) <br> Case No. 11-1672 ) <br> Amorin et al v. Taishan etc., et al ) <br> Case No. 11-1395 ) <br> Amorin et al v. Taishan etc., et al ) | MAG. JUDGE WILKINSON |

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

Pursuant to Local Rule 83.2.11, Michael J. Ryan, of the firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A., counsel of record for Plaintiffs Martin & Nanci Goodstein hereby files this Memorandum of Law in Support of the Motion to Withdraw as Counsel Without Substitution for the Plaintiffs Martin & Nanci Goodstein. In support thereof, Movants state as follows:

Plaintiffs' counsel, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A., has encountered irreconcilable differences with Plaintiffs on issues involving the case. Under the circumstances, it is requested that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. be granted leave to withdraw as counsel for Plaintiffs. Plaintiffs has been notified of counsel's intent to withdraw as counsel and of all pending deadlines and court appearances in this litigation. Plaintiffs has been provided the opportunity to seek substitution in advance of the filing of this motion, but have not so notified Counsel of any substitution.

The present address for Martin & Nanci Goodstein is 2049 Sifield Greens Way, Sun City Center, FL 33573-7169.

This motion is made in good faith and will not prejudice any party. None of the parties will suffer any prejudice if the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. withdraw from this case.

WHEREFORE the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. requests this Honorable Court to allow them to withdraw as counsel of record for the Plaintiffs Martin & Nanci Goodstein in the above captioned cases..

Respectfully submitted,

s/ Michael Ryan
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK LIBERMAN, P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
Phone: (954) 763-8181; FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL has been emailed to all parties by electronically uploaded the same to File and ServeExpress f/k/a LexisNexis File and Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of September 2015. I further certify that the above and foregoing has been served on Plaintiffs Martin & Nanci Goodstein 2049 Sifield Greens Way, Sun City Center, FL 33573 along with notification of all pending deadlines and court appearances in this litigation, via certified mail, and regular U.S. Mail.

s/ Michael Ryan
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK LIBERMAN, P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
Phone: (954) 763-818; FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990