UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 |
|  |  | SECTION L |
|  |  | JUDGE FALLON |
|  |  | MAGISTRATE JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Melsa and Gladys Brown. The Court is in contact with Jake Woody at Brown Greer and it is determined that the claimants are members of Onmi Class XVIII.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Lenny Davis of the Plaintiffs' Liaison Counsel review the correspondence and respond to the Browns.

New Orleans, Louisiana, this 3rd day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
Melsa and Gladys Brown
13456 Hyacinth Ct.
Wellington, FL 33414

1