August 28, 2015

United States District Court Eastern District Of Louisiana

Case Number: 09-2047

Room C-456

Judge Fallon Court Chamber


Dear most Honorable Judge Fallon

This letter is being penned on behalf of Gladys and Melsa C Brown who were victims of the Chinese Drywall. We are senior citizens who live in West Palm Beach, Florida and your Honor I Gladys is 75yrs old and my husband Melsa is 80yrs old, this home was bought as an investment property for our retirement, your Honor the property in case is located at:  2781 Eagle Rock Circle, Unit # 308
                                                                                                    West Palm Beach, FL 33411
Judge Fallon we have been battling this Drywall situation for 6yrs now and still cannot recoup from the damages. When we first found out that we were affected back in 2009 there was no recourse at that time. We called mortgage company, insurance, disaster relief agencies, the state toxic departments; just about any and every one that we thought could render some help or assistance with the situation and got nowhere. My husband and I eventually seeked legal counsel and we went to a law firm called Ellis, Ged & Bodden and they took the case on a contingency basis. After 2yrs your Honor they dropped us because it was told to us that the case is not beneficial to them. At this point the home became uninhabitable, the electric bill was out of control, the air condition kept breaking down, the light bulbs kept going out, mold and everything metal started to rust in the home. We were told by our counsel to give up on the home and walk away.

After we were released by our attorney, we were once again in limbo, left in state of confusion and never ending brick walls. In 2010 we got a letter from Palm Beach County Tax Appraisers Office that they were suspending property taxes on the property for two (2) yrs., because the home has the toxic drywall and therefore has no value (0). We were still paying all bills associated with the property i.e. mortgage, HOA, utilities up until 2011 and at this point we stopped paying mortgage and the HOA because it just seemed that there was no way out of this nightmare. By 2012 our HOA was taking us to court to foreclose on the home for past assessments and we had to work out a payment arrangement with them that we have paying since Oct. 2012 until present. During this time the mortgage company Chase also started foreclosure proceedings on us and for two senior citizens the situation was becoming unbearable. We tried over one year to get the home modified by Chase only after running us around told us that they cannot modify the home as long as the property has the chinese drywall. Finally in

2013 a toxic drywall division from inside of Chase contacted us and it was actually through their advice that we revisited some course of action towards getting the home fixed.

They advised us about the Class Action suit and prompted us to get back in touch with the attorneys we had originally. We were willing to try anything Your Honor and as a result we contacted Ellis, Ged & Bodden Law who had previously dropped us. Upon contacting them was when we met Michael Long we are assuming a new attorney with the firm at the time, who came to our assistance. It was in May, 2013 that Mr. Long spoke with us and at this time he told us about the class action suit and sent us papers to fill out to get us in on the class action suit. Judge Fallon he did not sit with us and go through the forms and to be honest we are old and neither of us even graduated high school, but we are hardworking people who have worked hard all our lives for anything we have, so we did our best to complete the forms and get them back to Mr. Long. He told us he is not giving us any promises but he is going to submit the forms into the Knauff global settlement and that the deadline was May 25, 2013. We thought finally God has answered our prayers and there was still hope yet.

Judge Fallon we made several attempts to get back in touch with Mr. Long and was unsuccessful and by August, 2013 we received a forwarded email that was sent to Marius Ged who was the attorney that dropped us back in 2010 from the law firm of Ellis, Ged & Bodden because it was deemed that our case was not feasible to them. The email (attached) was sent to him from Linda Hallal of Frillot LLC I guess because they were still on file as our attorneys, even though they dropped us. The email was forwarded to us, as well another email (attached) addressed to Linda Hallal stating that they (Ellis, Ged & Bodden) don't represent us anymore. Your Honor this was how we found out Mr long was not assisting us anymore and how we got the contact info for Frillot LLC and got in touch with Ms. Hallal. We became aware that all correspondence was being sent to Ellis, Ged & Bodden, which up to date have not been forwarded over to us. It was through direct contact with Linda that we made sure we were on the list for remediation. Judge Fallon we cannot put into words what we have been through and this letter is because we still have unclaimed money that is owed to us through the settlement program.

The fact is Your Honor we did not get proper representation and was left on our own in a process we could barely comprehend. Currently we are still suffering the after effects of the Chinese Drywall; the remediation of the home was finished in November, 2014. The mortgage company Chase just approved a modification in August, 2015 and gave us no debt forgiveness in lieu of the fact that the home was uninhabitable for 5yrs. because of the drywall or all the other struggles we have had, they in turn added over $80,000+ to the back end of our mortgage and extended the mortgage now from 30yrs to 40yrs and our substantial deposit that we made, our life savings for our retirement just disappeared. Your Honor not to mention the loss of income for five (5) yrs. from the property that is a vital part of our survival and even worse is that we are being held accountable for these monies that came as a result of something that we were victims of. Then since the remediation of our home started in August, 2014 our HOA brought us back to court trying to foreclose again claiming we owe them more assessments on top of what we have been paying them for from Oct., 2012, all stemming from delinquencies due to having the Chines Drywall.

Judge Fallon by the grace of God we ended up on the list for remediation, we just signed some papers that attorney Long had sent us, no assistance or advice on the forms we were told to sign, nothing until we got the forwarded emails from the law firm telling Ms. Linda Hallal, that they no longer represent us and that's how we got Ms. Hallal contact information. Going through the financial and personal crisis that we are facing currently as a result of the drywall, was what led us to contact Browngreer and we had a conversation with Mr. Jake Woody and we explained our position to him and the unbalanced ledger of the loss of income verses the additional mortgage amongst the other expenses that have been incurred as a result of the drywall. Mr. Woody was kind enough to explain to us about the Omni Class we were placed in which is the Omni-18, it was then that alot was explained to us and Mr. Woody told us he cannot pay out anything else without your order, so we had to contact you Judge fallon and the Court. Your Honor we don't think we were in the right class to begin with, we know we were not properly compensated because we just found out that there were proper compensation programs in place to assist us victims which if we were apart of would reverse the current financial bind the drywall has left us in. we need to be compensated for our loss of income, the tons of fees both attorneys and otherwise that we have accruing in regards to foreclosure proceedings stemming from the Chines Drywall. Your Honor this has dealt us an excruciating blow in our old age that we will never live to recoup and it would not be fair to pass this debt on to our children or grandchildren.

Judge Fallon we are asking you most humbly to consider our late claim that were told this is for our loss of income and foreclosure expenses and for you to understand that we are old and did not get the proper assistance we should have in getting the help we needed. We are in excess of $100,000.00 in debt as a result of this Chinese Drywall this just cannot be so Your Honor. We thank you most kindly Honorable Judge Fallon for your patience, time and consideration of this matter.

Sincerely

*Gladys Brown*

Melsa C Brown and Gladys Brown

Fw: 10007304_06 Report (7)

**caswell brown**
To Michael Long

May 2, 2013

**From:** caswell brown <cmbrown007@bellsouth.net>;
**To:** Michael Long <mlong@ellisandged.com>;
**Subject:** Re: BROWN, GLADYS: 10007304_06 Report
**Sent:** Thu, May 2, 2013 5:02:30 PM

May 2, 2013

Hello Mr long thank you for taking the time to speak with us, as well as to assist us. Enclosed you will find the claim forms you asked us to fill out and i will be in touch verbally with you to ensure you recieved those.

Sincerely,

Melsa/Gladys Brown

**From:** Michael Long <mlong@ellisandged.com>
**To:** caswell brown <cmbrown007@bellsouth.net>
**Sent:** Thu, May 2, 2013 6:59:36 AM
**Subject:** RE: BROWN, GLADYS: 10007304_06 Report

Hi Gladys,

I can't make any promises, but I will go ahead and submit you and your husband into the Knauff global settlement.



Fw: 10007304_06 Report (7)

----- Forwarded Message -----
**From:** Michael Long <mlong@ellisandged.com>
**To:** caswell brown <cmbrown007@bellsouth.net>
**Sent:** Thu, May 2, 2013 6:59:36 AM
**Subject:** RE: BROWN, GLADYS: 10007304_06 Report

Hi Gladys,

I can't make any promises, but I will go ahead and submit you and your husband into the Knauff global settlement.

However, the deadline is May 25 2013.

I need you and your husband to each fill out and sign a claim form and email back to me. Please do this today.

Thanks.

**MICHAEL J. LONG, ESQ.**
**\*\*Designated email for service of pleadings:**
corplaw@ellisandged.com**
Attorney at Law
Ellis, Ged & Bodden, P.A.
7171 North Federal Highway
Boca Raton, Florida 33487
Phone: (561) 995-1966
Fax: (561) 241-0812
mlong@ellisandged.com
www.ellisandged.com

Samsung 55"
Class 4K UHD LED
Smart HDTV - UN...

~~$1,299.99~~
$1,097.99

BROWN, GLADYS: CDW New Claims Exhibit B (3)

**From:** "Hallal, Linda" <LHallal@frilot.com>
**Date:** August 28, 2013, 3:03:38 PM EDT
**To:** "mged@ellisandged.com" <mged@ellisandged.com>
**Cc:** "Spaulding, Kyle" <kspaulding@frilot.com>, "Miller, Kerry J." <ldavis@hhlawfirm.com>, "lflemming@hhlawfirm.com" <lflemming
**Subject:** CDW New Claims Exhibit B

Marius,

On behalf of Garrett Thalgott, we have reviewed your Exhibit B pro
indicia to qualify for a confirmatory inspection when/if these properties opt

| Brown, Gladys | 2781 Eagle Rock Circle, Unit 308 | West Palm Beach | F |

Linda J. Hallal
Assistant to Garrett W. Thalgott
and René A. Merino
FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone: 504.599.8373
Fax:   504.599.8100

This transmission is intended to be delivered only to the named addresse
confidential, proprietary, attorney work-product or attorney-client privile
than the named and intended addressee(s), the recipient should immediat
at the phone number of the sender listed on the email and obtain instructi
no event shall this material be read, used, copied, reproduced, stored or r
addressee(s), except with the express consent of the sender or the named

BROWN, GLADYS: CDW New Claims Exhibit B (3)

**To:** LHallal@frilot.com
**Cc:** Marius Ged <mged@ellisandged.com>; caswell brown <cmbrown007@bells
**Sent:** Wednesday, August 28, 2013 2:11 PM
**Subject:** RE: BROWN, GLADYS: CDW New Claims Exhibit B

Hi Linda,

We do not represent this person anymore.

You may contact the Browns directly. Email: cmbrown007@bellsouth.net. Last a
If you email, please send them a fresh email. If you begin forwarding them email
Also, because we are no longer their attorneys, your communications with them a

Thank you

**MICHAEL J. LONG, ESQ.**
**\*\*Designated email for service of pleadings: corplaw@ellisandged.com\*\***
Attorney at Law
Ellis, Ged & Bodden, P.A.
7171 North Federal Highway
Boca Raton, Florida 33487
Phone: (561) 995-1966
Fax: (561) 241-0812
mlong@ellisandged.com
www.ellisandged.com

Begin forwarded message:

Samsung 43"
Class 1080p LED
Smart HDTV w/ B...

~~$479.99~~
$477.99

linda hallal

BROWN, GLADYS: CDW New Claims Exhibit B (3)

**caswell brown**
To: mlong@ellisandged.com

Sep 4, 2013

Hello Micheal for the record this is Gladys Brown and my phone number is 561-9[...]
you can have the mail forwarded to:
13456 Hyacinth Ct
Wellington, Fl 33414

Thank you and may the God of Truth grant you peace.

Sent from Yahoo! Mail for iPad

**From:** Michael Long <mlong@ellisandged.com>;
**To:** <LHallal@frilot.com>;
**Cc:** Marius Ged <mged@ellisandged.com>; caswell brown <cmbrown007@bellsouth.net>
**Subject:** RE: BROWN, GLADYS: CDW New Claims Exhibit B
**Sent:** Wed, Aug 28, 2013 9:11:55 PM

Hi Linda,

We do not represent this person anymore.

You may contact the Browns directly. Email: cmbrown007@bellsouth.net. Last a[...]

If you email, please send them a fresh email. If you begin forwarding them email
Also, because we are no longer their attorneys, your communications with them a[...]

Thank you

MICHAEL J. LONG, ESQ

Gladys Brown
13456 Hyacinth Ct
Wellington, FL 33414
Case # 09-2047

Judge Fallon
Room C-456
500 Poydras ST
New Orleans, LA 70130

7013 0730 0316

WEST PALM BCH FL 334
31 AUG 2015 PM 5