UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering the Plaintiffs' Steering Committee's Emergency Motion to Hold JPMorgan Chase & Co. in Contempt, or, In the Alternative, Request for a Status Conference (R. Doc. 19409);

**IT IS HEREBY ORDERED** that the **Request for a Status Conference** is **GRANTED**. A Telephone Status Conference to discuss JPMorgan Chase & Co.'s compliance with the PSC's subpoena and the Court's July 15, 2015 Order will be held on Thursday September 24, 2015 at 3:30 p.m. CST. Counsel for the parties shall call (877) 336-1839, enter access code 4227405, and security code 092415.

New Orleans, Louisiana, this 8th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

1