MINUTE ENTRY
FALLON, J.
SEPTEMBER 4, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon regarding the PSC's recent motion to compel. Present on the line were counsel for the Plaintiffs and counsel for Taishan. The Parties discussed the status of the case. Specifically, the Parties discussed (1) the whereabouts of Mr. Peng and (2) the documents sought by the PSC where Mr. Peng was in communication with counsel for Taishan after he terminated his employment with Taishan.

Regarding Mr. Peng's whereabouts, the Court directed Taishan to make its best effort to produce Mr. Peng's address to the PSC. Regarding the documents, the Court directed Taishan to produce those documents to Court for an *in camera* review. Following the review, the Court will issue an order regarding the motion to compel prior to the commencement of the depositions scheduled in Hong Kong on September 17th and 18th, 2015.

If counsel requires a copy of the transcript of the proceedings, please contact Terri Hourigan at 589-7775.

JS10(00:45)