UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20147<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Disclosure Motion Contesting CNBM Group's Claim of Privilege and/or Work Product Protection and for *In Camera* Inspection, In Its Entirety, UNDER SEAL, and For Expedited Hearing;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Disclosure Motion Contesting CNBM Group's Claim of Privilege and/or Work Product Protection and for *In Camera* Inspection, with all supporting memoranda and exhibits, be and is hereby filed UNDER SEAL.

IT IS FURTHER ORDERED BY THE COURT that an expedited hearing will be conducted on the ____ day of _____, 2015, at ___ o'clock ___.m., and that any responses to the motion should be filed no later than _____, 2015.

New Orleans, Louisiana, this ___ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge