**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 <br><br> SECTION L |
| THIS DOCUMENT RELATES TO: <br> Case No.09-06690 <br> Gross et al v. Knauf Gips KG <br> Case No. 11-1673 <br> Amorin et al v. Taishan etc., et al <br> Case No. 11-1672 <br> Amorin et al v. Taishan etc., et al <br> Case No. 11-1395 <br> Amorin et al v. Taishan etc., et al | ) ) ) ) ) ) ) ) ) ) | JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

**ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION
TO WITHDRAW AS COUNSEL FOR MARTIN & NANCI GOODSTEIN**

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A's Motion to Withdraw as Counsel for Plaintiffs **MARTIN & NANCI GOODSTEIN** and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. Motion to Withdraw as Counsel for Plaintiffs **MARTIN & NANCI GOODSTEIN** is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. is discharged from any further obligation and relieved of any further appearance in these cases on behalf of **MARTIN & NANCI GOODSTEIN**. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiffs Martin & Nanci Goodstein, 2049 Sifield Greens Way, Sun City Center, FL 33573. New Orleans, Louisiana, this 8th day of September, 2015.

_____
Eldon E. Fallon
United States District Court Judge