UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | |

PEOPLE'S REPUBLIC OF CHINA
CITY OF BEIJING

### DECLARATION OF YANG FU

This declaration is made in accordance with and pursuant to 28 U.S.C. § 1746.

I, YANG FU, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1.  I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts. My native language is Chinese. While I can use some English, I am not fluent and English is a foreign language to me. I signed a Chinese version of this Declaration as well as the English version of this Declaration after it was translated for me by a translator with the law firm of Dentons U.S. LLP.

2.  I am Deputy Manager of Beijing New Building Materials Public Limited Company's ("BNBM PLC") Securities and Legal Department. I am qualified to practice law in the People's Republic of China and serve as in-house counsel to BNBM PLC. I have held this position at BNBM PLC since 2012.

3.  As a part of my responsibilities in the Securities and Legal Department, I attended the December 12, 2014 meeting discussed in Exhibit A to the Plaintiff Steering Committee's Memorandum in Support of Disclosure Motion Contesting Claim of Privilege

1



and/or Work Product Protection and for In Camera Inspection ("PSC's Motion") [BNBMPLC-E-0130706-0130707].

4. The December 12, 2014 meeting was not held in the ordinary course of BNBM PLC's business but was held to develop a strategy for the drywall litigation. Specifically, we met to identify additional work that needed to be done in preparation for the retention of additional outside counsel for BNBM PLC. I participated in identifying the work that should be done in preparation for the process of engaging additional outside counsel.

5. Exhibit A discloses legal advice given by me. It also discloses communications made to me for the purposes of obtaining legal advice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September __6__, 2015

_____
YANG FU

美国路易斯安那州东区联邦地区法院

| 关于：中国制造石膏板产品责任诉讼 | 案件编号：MDL NO. 2047<br>第L部分<br>**FALLON**法官<br>**WILKINSON**治安法官 |
|---|---|
| 该文件涉及：所有案件 | |

中华人民共和国
北京市

付杨声明

本声明系根据《美国法典》第 28 编第 1746 节作出。

本人，付杨，根据美利坚合众国法律项下的伪证处罚规定作出声明，以下陈述真实、正确：

1. 我已年满十八（18）周岁，有能力证明本声明所述事项，且本人知晓本声明中所列明的事实。我的母语为中文。我能够使用一些英语，但我的英语不流利，英语对于我而言是一门外语。我签署了本声明的中文版本以及经 Dentons U.S. LLP 律师事务所的翻译人员为我进行翻译后的英文版本。

2. 我现任北新集团建材股份有限公司（"北新建材"）证券法务部副经理。我具备中华人民共和国法律职业资格并且担任北新建材的内部法律顾问。我自 2012 年起于北新建材担任该职位。

3. 作为本人在证券法务部的职责之一，我参与了原告指导委员会呈递的关于支持《抗议保密特权及/或工作成果保护主张以及请求不公开录像审查的披露动议》（"原告指导委员会动议"）的备忘录之附件 A[BNBMPLC-E-0130706-0130707]所述的于 2014 年 12 月 12 日召开的会议。

4. 于 2014 年 12 月 12 日召开的该会议并非是在北新建材的日常业务过程中举行的，而是为了制定石膏板诉讼的策略而举行。具体而言，我们举行该会议是为了确定在为北新建材聘请额外的外部律师进行准备时所需要完成的额外工作。本人参与了确定在准备聘用额外外部律师的过程中需要完成的工作。

5. 附件 A 披露了本人所提供的法律意见，也披露了为获取法律意见之目的而向本人进行的沟通交流。

本人根据美利坚合众国法律项下的伪证处罚规定作出声明，上述内容真实、正确。

于 2015 年 9 月 __6__ 日签署

_____

付杨

2