UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 <br><br> SECTION L |
| **THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.)* | JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**NOTICE OF APPEAL**

Notice is hereby given that China National Building Materials Group Corporation, China National Building Materials Company, Ltd., China National Building Materials & Equipment Import & Export Corporation, CNBM (USA) Corporation, CNBM Forest Products (Canada) Ltd., China National Building Materials Investment Trading, and United Suntech, Inc. (collectively, the "CNBM Entities") hereby appeal to the United States Court of Appeals for the Fifth Circuit from the district court's Order & Reasons denying the CNBM Entities' Motion to Clarify or Vacate the July 17, 2014 Contempt Order entered in this action on August 17, 2015 [Rec. Doc. 19392], together with all rulings, proceedings, orders, findings, and decisions (whether oral or written) interlocutory thereto or underlying that order, including, without limitation, the Minute Entry in this action on August 10, 2015 [Rec. Doc. 19373].

Respectfully submitted,

/s/ L. Christopher Vejnoska

Dated**:**  September 8, 2015

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082)<br>Ian Johnson (CA Bar No. 208713)<br>Andrew Davidson (CA Bar No. 266506)<br>Jason Wu (CA Bar No. 279118)<br>Ian Fein (CA Bar No. 281394)<br>Jason Cabot (CA Bar No. 288877)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>San Francisco, CA  94105<br>Tel.:  415-773-5700<br>E-mail: cvejnoska@orrick.com<br>ijohnson@orrick.com<br>adavidson@orrick.com<br>jmwu@orrick.com<br>ifein@orrick.com<br>jcabot@orrick.com | Ewell E. Eagan, Jr. (LA Bar No. 5239)<br>Donna Phillips Currault (LA Bar No. 19533)<br>Nina Wessel English (LA Bar No. 29176)<br>Alex B. Rothenberg (LA Bar No. 34740)<br>GORDON ARATA MCCOLLAM DUPLANTIS & EAGAN LLC<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-4000<br>Tel:  (504) 582-1111<br>E-mail: eeagan@gordonarata.com<br>dcurrault@gordonarata.com<br>nenglish@gordonarata.com<br>arothenberg@gordonarata.com |
| James L. Stengel (NY Bar No. 1800556)<br>Xiang Wang (NY Bar No. 4311114)<br>Kelly Daley (NY Bar No. 4970117)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY, 10019<br>Tel:  212-506-5000<br>Email: jstengel@orrick.com<br>xiangwang@orrick.com<br>kdaley@orrick.com | Jonathan Riddell (LA Bar No. 27053)<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>Tel:  916-447-9200<br>Email: jriddell@orrick.com |

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel:  202-339-8400
Email: eshumsky@orrick.com

*Attorneys for CNBM Entities*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF APPEAL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of September, 2015.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)