UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | |

### CHINA NEW BUILDING MATERIALS GROUP'S RESPONSE TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION CONTESTING CLAIM OF PRIVILEGE AND/OR WORK PRODUCT PROTECTION AND FOR *IN CAMERA* INSPECTION

Defendant China New Building Materials Group Corp. ("CNBM Group") respectfully submits the following response to Plaintiffs' Steering Committee's Motion Contesting Claim of Privilege and/or Work Product Protection and for *In Camera* Inspection (Rec. Doc 19434).

Mr. Qiming Shi is the Deputy Director of the Legal Office at CNBM Group. *See* Shi Decl. ¶2 (attached hereto as Exhibit A). Mr. Shi attended a meeting at the offices of BNBM PLC on or about December 12, 2014 at which the companies discussed their planned responses to the U.S. drywall litigation. Shi Decl. ¶3. It is Mr. Shi's understanding that the document for which Plaintiffs contest BNBM's claim of privilege and work product was created on or about the time of the December 12 meeting to memorialize the issues discussed at the meeting and aid CNBM Group and BNBM PLC in developing strategies for the U.S. drywall litigation. *Id.* Mr. Shi believes that the document was created for that purpose and not in the ordinary course of business. *Id.*

1

Dated: September 8, 2015

Respectfully submitted,

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Fax: 415-773-5759
E-mail: cvejnoska@orrick.com
ijohnson@orrick.com
adavidson@orrick.com
jmwu@orrick.com


James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Fax: 212-506-5151
Email: jstengel@orrick.com
xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email: eshumsky@orrick.com

Ewell E. Eagan, Jr. (La. Bar No. 5239)
Donna Phillips Currault (La. Bar No. 19533)
Nina Wessel English (La. Bar No. 29176)
Alex B. Rothenberg (La. Bar No. 34740)
GORDON, ARATA, MCCOLLAM, DUPLANTIS &
EAGAN, LLC

2

>201 St. Charles Avenue, 40th Floor
>New Orleans, LA 70170-4000
>Tel: (504) 582-1111  Fax: (504) 582-1121
>E-mail: eeagan@gordonarata.com
>	dcurrault@gordonarata.com
>	nenglish@gordonarata.com
>	arothenberg@gordonarata.com
>
>*Attorneys for China National Building Materials Group Corporation*