# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## **DECLARATION OF QIMING SHI**

This declaration is made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Qiming Shi, declare under penalty of perjury, that the following statements are true and correct:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts. My native language is Chinese. My ability to understand and speak English is limited. I signed a Chinese version of this Declaration as well as the English version of this Declaration after it was translated for me by a translator with the law firm of Orrick, Herrington & Sutcliffe LLP.

2. I am employed as the Deputy Director of Legal Office at China National Building Materials Group ("CNBM Group") and work as a legal counsel of CNBM Group. I accepted legal higher education and graduated from the Graduate School of Chinese Academy of Social Sciences and obtained the degree of Master of Law; I have the P.R. C. Legal Professional Qualification ( No. A20071101052867) and the P.R.C. Enterprise Legal Counsel Practicing Certificate (No. 0073190) .

1

3.      On or around December 12, 2014, I attended a meeting at the offices of BNBM PLC of all members of the Gypsum Board Matter Response Office. I have reviewed the Chinese language version of the document Bates numbered BNBMPLC-E-0130706-0130707. That document was created at or around the time of the December 12, 2014 meeting to memorialize the issues discussed at that meeting. The document was created specifically for the purpose of aiding CNBM Group and BNBM PLC in developing strategies for the U.S. drywall litigation, and was not created in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 6, 2015

史启明

_____

Qiming Shi

路易斯安那州东区
联邦地区法院

| | |
|---|---|
| 关于中国制造的石膏墙产品责任诉讼<br><br>本文件与所有案件相关 | 多地合并诉讼案号：2:09-md-2047<br><br>部门 L<br><br>法官 ELDON E. FALLON<br><br>地方法官 JOSEPH C. WILKINSON, JR. |

<u>史启明声明</u>

本声明是符合并根据《美国法典》第 28 卷第 1746 条款作出的。

本人，史启明，声明下列陈述是真实的和正确的，否则将受到对作伪证的惩罚。

1、我已年满十八（18）周岁，有能力对此处包含的事项作证，并且对这些事实具有个人了解。我的母语是中文。我理解和说英语的能力是有限的。我签署了本声明的中文版本以及由美国奥睿律师事务所的一名翻译人员为我翻译后的本声明的英文版本。

2、我受聘作为中国建筑材料集团有限公司（"中国建材集团"）的法律办副主任，担任中国建材集团法律顾问。我曾接受法律高等教育，毕业于中国社会科学院研究生院，获得法律硕士研究生学位；并具备中华人民共和国法律职业资格（职业编号为 A20071101052867）和中华人民共和国企业法律顾问执业资格（执业编号为 0073190）。

3、在 2014 年 12 月 12 日或前后，我在北新集团建材股份有限公司的办公室参加了石膏板应对办公室的全体成员会议。我已经审阅了中文版的贝茨编号为 BNBMPLC-E-0130706-0130707 的文件。该文件在 2014 年 12 月 12 日会议时或在该会议前后制作，是为了记录会议中所讨论的事项。该文件创建的目的是特定为了帮助中国建材集团和北新集团

1

2

建材股份有限公司制定美国的石膏墙诉讼策略，而且该文件不是在通常的业务运作过程中创建的。

本人声明前述内容是真实的和正确的，否则将受到根据美国法律对作伪证的惩罚。

日期：2015 年 9 月 6 日

*史启明（签名）*

史启明