IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO: 2047 |
| This Document Relates To: | : : : | SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| Braxton H. Collins, et al. v. Bass Homes, Inc. et al.; S.D. Mississippi, C.A. No. 1:13-00297 | : : | Case No.: 13-6652 |

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO: 2047 |
| This Document Relates To: | : : : | SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| Jason S. Herrington, et al. v. Bass Homes, Inc. et al.; S.D. Mississippi, C.A. No. 1:13-00297 | : : | Case No.: 13-6653 |

## MEMORANDUM OF NON-OPPOSITION WITH PROPOSED ORDER

COMES NOW Cincinnati Insurance Company ("CIC"), a liability insurer for Devon International Industries, Inc., f/k/a Devon International Trading ("Devon"), and hereby states as follows:

1.     Cincinnati filed a Motion for Leave to Intervene (Rec. Doc. 19338-1) on July 28, 2015.

2.     No party submitted any opposition to Cincinnati's intervention request by August 19, 2015, the deadline set by Order of the Court (Rec. Doc. 19389).

3.     During a status conference regarding the above-styled matters, counsel for Ace Home Center, Inc. stated to the Court that Ace did not oppose Cincinnati's Motion for Leave to Intervene.

4.      Pursuant to the above, and for the convenience of the Court, a Proposed Order granting Cincinnati's Motion for Leave to Intervene is hereby attached.

Respectfully submitted,

**FITZPATRICK & BURNETTE L.L.C.**

*/s/ David A. Pote*

**MICHAEL K. FITZPATRICK (LA #5596)**
**DAVID A. POTE (LA #39267)**
541 Julia Street, Suite 200
New Orleans, Louisiana 70130
Telephone:  (504) 581-7121
Facsimile:  (504) 265-8746
***Counsel for Cincinnati Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of September, 2015.

Stephen W. Mullins, Esq.
Luckey & Mullins, PLLC
Post Office Box 990
Ocean Springs, MS 39566
smullins@luckeyandmullins.com

Joe Cyr, Esq.
Frank T. Spano, Esq.
Courtney L. Colligan, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Courtney.colligan@hoganlovells.com

David C. Coons, Esq.
Christopher A. D'Amour, Esq.
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA 70139
david.coons@arlaw.com
chris.damour@arlaw.com

Michael P. Kenny, Esq.
Bernard Taylor, Esq.
Christina Hull Eikhoff, Esq.
David Venderbush, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com

Heather M. Houston, Esq.
Caroline Pryor, Esq.
Carr Allison
6251 Monroe Street
Suite 200
Daphne, Alabama 36526
hhouston@carrallison.com
cpryor@carrallison.com

Alan Dean Weinberger
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

S. Wesley Pipes, Esq.
Pipes Hudson & Watts, LLP
Post Office Box 989 Mobile, Alabama 36601
wesley@pipeshudsonwatts.com

Danny J. Collier, Esq.
Jeffrey L. Luther, Esq.
L. Robert Shreve, Esq.
Luther, Collier, Hodges & Cash, LLP

P.O. Box 1002
Mobile, AL   36633
DCollier@lchclaw.com

Gary J. Russo, Esq.
Jones Walker LLP
600 Jefferson Street Suite
1600 Lafayette, LA 70501
grusso@joneswalker.com

Thomas P. Owen, Jr., Esq.
Stanley, Reuter, Ross, Thornton & Alford,
LLC
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
rcs@stanleyreuter.com
tpo@stanleyreuter.com

5