IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO: 2047 |
| | : |
| | : SECTION: L |
| This Document Relates To: | : JUDGE FALLON |
| | : MAG. JUDGE WILKINSON |
| Braxton H. Collins, et al. v. Bass Homes, Inc. et al.; S.D. Mississippi, C.A. No. 1:13-00297 | : Case No.: 13-6652 |

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO: 2047 |
| | : |
| | : SECTION: L |
| This Document Relates To: | : JUDGE FALLON |
| | : MAG. JUDGE WILKINSON |
| Jason S. Herrington, et al. v. Bass Homes, Inc. et al.; S.D. Mississippi, C.A. No. 1:13-00297 | : Case No.: 13-6653 |

## ORDER

**IT IS ORDERED** that the Rule 24 Motion for Leave to Intervene (Rec. Doc. 19338) filed by Cincinnati Insurance Company, with no opposition to said Motion having been received as required by the Court's Order dated August 17, 2015 (Rec. Doc. 19389), is hereby **GRANTED**.

Done and Ordered, this the ___ day of _____, 2015.

_____
U.S. District Court Judge

3