# EXHIBIT "A"



LEVIN • PAPANTONIO
THOMAS • MITCHELL
RAFFERTY & PROCTOR • P.A.
PROFESSIONAL CORPORATION     ATTORNEYS AT LAW

KIMBERLY LAMBERT ADAMS
BRIAN H. BARR
MICHAEL C. BIXBY
M. ROBERT BLANCHARD
BRANDON L. BOGLE
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
WILLIAM F CASH III
JEFF GADDY
RACHAEL R. GILMER
BEN W. GORDON, JR.
TRAVIS R LEPICIER

FREDRIC G. LEVIN
MARTIN H. LEVIN
NEIL E. McWILLIAMS, JR.
CLAY MITCHELL
R. LARRY MORRIS
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN
MIKE PAPANTONIO
CHRISTOPHER G. PAULOS
EMMIE J. PAULOS
ROBERT E. PRICE

MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
LEO A. THOMAS
BRETT VIGODSKY
AARON L. WATSON

OF COUNSEL:

LAURA S. DUNNING
(LICENSED ONLY IN ALABAMA)

ROBERT F KENNEDY, JR.
(LICENSED ONLY IN NEW YORK)
ROBERT M. LOEHR
PAGE A. POERSCHKE
(LICENSED ONLY IN ALABAMA)
A. RENEE PRESTON

LEFFERTS L. MABIE, JR. (1925-1
D.L. MIDDLEBROOKS (1926-199
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

August 25, 2015

*Via Facsimile (504) 561-6024 & U.S. Mail*

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      *Gross, et al. v. Knauf Gips, KG, et al. – Civil Action No.: 09-6690*
      *Abel, et al. v. Taishan Gympsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

Dear Russ and Lenny:

My client, Willie Sims, authorizes the attorneys of Herman, Herman & Katz, L.L.C. to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against all named defendants in the above matter.

Very truly yours,

Ben W. Gordon, Jr.

BWG/cac

OFFICE: 316 S. BAYLEN STREET • SUITE 600 • PENSACOLA, FL 32502
CORRESPONDENCE: P.O. BOX 12308 • PENSACOLA, FL 32591   CONTACT: (850) 435-7000 • (850) 435-7020 FAX • WWW.LEVINLAW.COM