UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>JACQUES LECARPENTIER V. TAISHAN GYPSUM CO., LTD. ET AL | CASE NOS.: 2:11-CV-01395<br>2:11-CV-01672<br>2:11-CV-01673 |

### JACQUES LECARPENTIER'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF TAISHAN GYPSUM CO., LTD. ET AL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Jacques LeCarpentier, hereby dismisses, without prejudice, all of his claims against Taishan Gypsum Co., Ltd. et al, in Plaintiffs' Omnibus Complaints, reserving his rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Jacques LeCarpentier shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Barrett Law Group, PA, counsel for Jacques LeCarpentier, dated August 27, 2015 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                                Respectfully submitted,

Dated:   September 9, 2015        /s/ Russ M. Herman_____
                                                Russ M. Herman, Esquire (Bar No. 6819)
                                                Leonard A. Davis, Esquire (Bar No. 14190)
                                                Stephen J. Herman, Esquire (Bar No. 23129)
                                                HERMAN, HERMAN & KATZ, L.L.C.
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                ldavis@hhklawfirm.com
                                                *Plaintiffs' Liaison Counsel*
                                                *MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of September, 2015.

                                                /s/ Leonard A. Davis_____
                                                Leonard A. Davis, Esquire
                                                HERMAN, HERMAN & KATZ, L.L.C.
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                ldavis@hhklawfirm.com
                                                Plaintiffs' Liaison Counsel
                                                MDL 2047