# EXHIBIT "A"

# BARRETT LAW GROUP, P.A.

David M. McMullan, Jr.　　　　　　　　　　　　　　　　　　　　404 Court Square North
dmcmullan@barrettlawgroup.com　　　　　　　　　　　　　　　P.O. Box 927
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lexington, MS  39095
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: 662.834.2488
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 662-834-2628

August 27, 2015

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire

Leonard A. Davis, Esquire

Herman, Herman & Katz, L.L.C.

820 O'Keefe Avenue

New Orleans, Louisiana 70113

　　　　　**Re:**　　In re: Chinese Manufactured Drywall Products Liability Litigation
　　　　　　　　　　Raymond Hester v. Taishan Gypsum Co., Ltd. et al;
　　　　　　　　　　Case Nos.:  2:11-cv-01395; 2:11-cv-01672, 2:11-cv-01673

Dear Russ and Lenny:

　　　　My client, Raymond Hester, authorizes the attorneys of Herman, Herman & Katz, L.L.C. to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against Taishan Gypsum Co., Ltd. et al in the above matters, reserving his rights and claims against any and all other defendants therein.

　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　David McMullan

　　　　　　　　　　　　　　　　　　　　　　　David McMullan