UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>**DAVID AND BETTY MARTIN V. TAISHAN GYPSUM CO., LTD. ET AL** | CASE NOS.:   2:11-CV-01395<br>                      2:11-CV-01672<br>                      2:11-CV-01673 |

**DAVID AND BETTY MARTIN'S NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF TAISHAN GYPSUM CO., LTD. ET AL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, David and Betty Martin, hereby dismiss, without prejudice, all of their claims against Taishan Gypsum Co., Ltd. et al, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. David and Betty Martin shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Barrett Law Group, PA, counsel for David and Betty Martin, dated August 27, 2015 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated:   September 9, 2015           /s/ Russ M. Herman_____
                                     Russ M. Herman, Esquire (Bar No. 6819)
                                     Leonard A. Davis, Esquire (Bar No. 14190)
                                     Stephen J. Herman, Esquire (Bar No. 23129)
                                     HERMAN, HERMAN & KATZ, L.L.C.
                                     820 O'Keefe Avenue
                                     New Orleans, Louisiana 70113
                                     Phone: (504) 581-4892
                                     Fax: (504) 561-6024
                                     ldavis@hhklawfirm.com
                                     *Plaintiffs' Liaison Counsel*
                                     *MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of September, 2015.

                                     /s/ Leonard A. Davis_____
                                     Leonard A. Davis, Esquire
                                     HERMAN, HERMAN & KATZ, L.L.C.
                                     820 O'Keefe Avenue
                                     New Orleans, Louisiana 70113
                                     Phone: (504) 581-4892
                                     Fax: (504) 561-6024
                                     ldavis@hhklawfirm.com
                                     Plaintiffs' Liaison Counsel
                                     MDL 2047