UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION        : SECTION L
                                     : JUDGE FALLON
                                     : MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Disclosure Motion Contesting CNBM Group's Claim of Privilege and/or Work Product Protection and for *In Camera* Inspection, in its entirety, UNDER SEAL, and for expedited hearing (R. Doc. 19445);

**IT IS ORDERED** that the Motion is GRANTED and the attached Disclosure Motion, with all supporting memoranda and exhibits, be and is hereby filed UNDER SEAL.

**IT IS FURTHER ORDERED** that an expedited hearing will be conducted on the 17th of September and that any responses to the motion shall be filed no later than September 16, 2015.

**IT IS FURTHER ORDERED** that documents for which CNBM Group claims privilege and/or work product protection be submitted to the Court for *in camera* inspection no later than September 11, 2015 at 5 o'clock p.m.

New Orleans, Louisiana, this 9th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE