# EXHIBIT "A"

# BARRETT LAW GROUP, P.A.

David M. McMullan, Jr.                                          404 Court Square North
dmcmullan@barrettlawgroup.com                                   P.O. Box 927
                                                                Lexington, MS  39095
                                                                Tel: 662.834.2488
                                                                Fax: 662-834-2628

August 27, 2015

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire

Leonard A. Davis, Esquire

Herman, Herman & Katz, L.L.C.

820 O'Keefe Avenue

New Orleans, Louisiana 70113

> **Re:**    **In re: Chinese Manufactured Drywall Products Liability Litigation**
> **Joseph and Debbie Galle v. Taishan Gypsum Co., Ltd. et al;**
> **Case Nos.:  2:11-cv-01395; 2:11-cv-01672, 2:11-cv-01673**

Dear Russ and Lenny:

My clients, Joseph and Debbie Galle, authorize the attorneys of Herman, Herman & Katz, L.L.C. to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Taishan Gypsum Co., Ltd. et al in the above matters, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

David McMullan

David McMullan