# EXHIBIT "A"

# BARRETT LAW GROUP, P.A.

David M. McMullan, Jr.  
dmcmullan@barrettlawgroup.com

404 Court Square North  
P.O. Box 927  
Lexington, MS  39095  
Tel: 662.834.2488  
Fax: 662-834-2628

August 27, 2015

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire

Leonard A. Davis, Esquire

Herman, Herman & Katz, L.L.C.

820 O'Keefe Avenue

New Orleans, Louisiana 70113

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation  
William and Joan Wiley v. Taishan Gypsum Co., Ltd. et al;  
Case Nos.:  2:11-cv-01395; 2:11-cv-01672, 2:11-cv-01673

Dear Russ and Lenny:

My clients, William and Joan Wiley, authorize the attorneys of Herman, Herman & Katz, L.L.C. to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Taishan Gypsum Co., Ltd. et al in the above matters, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

David McMullan

David McMullan