UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ROBERT AND SANDRA TAYLOR V. TAISHAN GYPSUM CO., LTD. ET AL | CASE NOS.:   2:11-CV-01395 2:11-CV-01672 2:11-CV-01673 |

ROBERT AND SANDRA TAYLOR'S NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF TAISHAN GYPSUM CO., LTD. ET AL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Robert and Sandra Taylor, hereby dismiss, without prejudice, all of their claims against Taishan Gypsum Co., Ltd. et al, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Robert and Sandra Taylor shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Barrett Law Group, PA, counsel for Robert and Sandra Taylor, dated August 27, 2015 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                          Respectfully submitted,

Dated: September 10, 2015        /s/ Russ M. Herman
                          Russ M. Herman, Esquire (Bar No. 6819)
                          Leonard A. Davis, Esquire (Bar No. 14190)
                          Stephen J. Herman, Esquire (Bar No. 23129)
                          HERMAN, HERMAN & KATZ, L.L.C.
                          820 O'Keefe Avenue
                          New Orleans, Louisiana 70113
                          Phone: (504) 581-4892
                          Fax: (504) 561-6024
                          ldavis@hhklawfirm.com
                          *Plaintiffs' Liaison Counsel*
                          *MDL 2047*

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of September, 2015.

                          /s/ Leonard A. Davis
                          Leonard A. Davis, Esquire
                          HERMAN, HERMAN & KATZ, L.L.C.
                          820 O'Keefe Avenue
                          New Orleans, Louisiana 70113
                          Phone: (504) 581-4892
                          Fax: (504) 561-6024
                          ldavis@hhklawfirm.com
                          Plaintiffs' Liaison Counsel
                          MDL 2047