# EXHIBIT "A"

# BARRETT LAW GROUP, P.A.

David M. McMullan, Jr. dmcmullan@barrettlawgroup.com

404 Court Square North
P.O. Box 927
Lexington, MS  39095
Tel: 662.834.2488
Fax: 662-834-2628

August 27, 2015

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
Freddie and Glenda Thiroux v. Taishan Gypsum Co., Ltd. et al;
Case Nos.:  2:11-cv-01395; 2:11-cv-01672, 2:11-cv-01673

Dear Russ and Lenny:

My clients, Freddie and Glenda Thiroux, authorize the attorneys of Herman, Herman & Katz, L.L.C. to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Taishan Gypsum Co., Ltd. et al in the above matters, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

David McMullan

David McMullan