UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>PERRY AND DEBORAH DIXON V. TAISHAN GYPSUM CO., LTD. ET AL | CASE NOS.: 2:11-CV-01395<br>2:11-CV-01672 |

**PERRY AND DEBORAH DIXON'S NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF TAISHAN GYPSUM CO., LTD. ET AL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Perry and Deborah Dixon, hereby dismiss, without prejudice, all of their claims against Taishan Gypsum Co., Ltd. et al, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Perry and Deborah Dixon shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Barrett Law Group, PA, counsel for Perry and Deborah Dixon, dated August 27, 2015 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                        Respectfully submitted,

Dated:  September 10, 2015        /s/ Russ M. Herman
                                        Russ M. Herman, Esquire (Bar No. 6819)
                                        Leonard A. Davis, Esquire (Bar No. 14190)
                                        Stephen J. Herman, Esquire (Bar No. 23129)
                                        HERMAN, HERMAN & KATZ, L.L.C.
                                        820 O'Keefe Avenue
                                        New Orleans, Louisiana 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        ldavis@hhklawfirm.com
                                        *Plaintiffs' Liaison Counsel*
                                        *MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of September, 2015.

                                        /s/ Leonard A. Davis
                                        Leonard A. Davis, Esquire
                                        HERMAN, HERMAN & KATZ, L.L.C.
                                        820 O'Keefe Avenue
                                        New Orleans, Louisiana 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        ldavis@hhklawfirm.com
                                        Plaintiffs' Liaison Counsel
                                        MDL 2047