# EXHIBIT "A"

# BARRETT LAW GROUP, P.A.

David M. McMullan, Jr.  
dmcmullan@barrettlawgroup.com

404 Court Square North  
P.O. Box 927  
Lexington, MS  39095  
Tel: 662.834.2488  
Fax: 662-834-2628

August 27, 2015

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire  
Leonard A. Davis, Esquire  
Herman, Herman & Katz, L.L.C.  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation  
George and Deborah Stewart v. Taishan Gypsum Co., Ltd. et al;  
Case Nos.:  2:11-cv-01395; 2:11-cv-01672, 2:11-cv-01673

Dear Russ and Lenny:

My clients, George and Deborah Stewart, authorize the attorneys of Herman, Herman & Katz, L.L.C. to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against Taishan Gypsum Co., Ltd. et al in the above matters, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

David McMullan

David McMullan