UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Motion to Authorize Plaintiffs' Liaison Counsel to Deposit Funds;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Liaison Counsel, Russ M. Herman, be and is hereby authorized to deposit the $10 million dollar disbursement as set forth in the Court's Order of September 1, 2015 [Rec. Doc. 19437] as follows:

1. $10 million dollars of the funds shall be deposited in Esquire Bank Accounts entitled "Chinese Drywall MDL 2047." These funds shall be held on account and only be utilized or be disbursed upon further Order of the Court after consultation and approval by Philip A. Garrett, CPA.

2. Following the completion of the deposit in No. 1 above, $1 million dollars of the funds deposited in the Esquire Bank Accounts entitled "Chinese Drywall MDL 2047" shall be withdrawn and deposited in the Whitney National Bank Account entitled "Chinese Drywall MDL 2047," which is utilized for the payment of shared expenses pursuant to Pre-Trial Order No. 9.

3. All funds deposited in the Whitney National Bank Account entitled "Chinese Drywall MDL 2047" will be utilized towards expenses that will be incurred and handled in accordance with Pre-Trial Order No. 9.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge