UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>SHIRLEY ABELS V. TAISHAN GYPSUM CO., LTD. ET AL | CASE NOS.: 2:11-CV-01395<br>2:11-CV-01672<br>2:11-CV-01673 |

### SHIRLEY ABEL'S NOTICE OF
### VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
### OF TAISHAN GYPSUM CO., LTD. ET AL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Shirley Abels, hereby dismisses, without prejudice, all of her claims against Taishan Gypsum Co., Ltd. et al, in Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Shirley Abels shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Barrett Law Group, PA, counsel for Shirley Abels, dated August 27, 2015 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated:   September 10, 2015            /s/ Russ M. Herman\
Russ M. Herman, Esquire (Bar No. 6819)\
Leonard A. Davis, Esquire (Bar No. 14190)\
Stephen J. Herman, Esquire (Bar No. 23129)\
HERMAN, HERMAN & KATZ, L.L.C.\
820 O'Keefe Avenue\
New Orleans, Louisiana 70113\
Phone: (504) 581-4892\
Fax: (504) 561-6024\
ldavis@hhklawfirm.com\
*Plaintiffs' Liaison Counsel*\
*MDL 2047*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of September, 2015.

/s/ Leonard A. Davis\
Leonard A. Davis, Esquire\
HERMAN, HERMAN & KATZ, L.L.C.\
820 O'Keefe Avenue\
New Orleans, Louisiana 70113\
Phone: (504) 581-4892\
Fax: (504) 561-6024\
ldavis@hhklawfirm.com\
Plaintiffs' Liaison Counsel\
MDL 2047