UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>PEARL SCOTT V. TAISHAN GYPSUM CO., LTD. ET AL | CASE NOS.:   2:11-CV-01395<br>                          2:11-CV-01672<br>                          2:11-CV-01673 |

PEARL SCOTT'S NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF TAISHAN GYPSUM CO., LTD. ET AL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Pearl Scott, hereby dismisses, without prejudice, all of her claims against Taishan Gypsum Co., Ltd. et al, in Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Pearl Scott shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein.   Attached hereto as Exhibit "A" is correspondence from Barrett Law Group, PA, counsel for Pearl Scott, dated August 27, 2015 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated:   September 10, 2015              /s/ Russ M. Herman_____
                                                    Russ M. Herman, Esquire (Bar No. 6819)
                                                    Leonard A. Davis, Esquire (Bar No. 14190)
                                                    Stephen J. Herman, Esquire (Bar No. 23129)
                                                    HERMAN, HERMAN & KATZ, L.L.C.
                                                    820 O'Keefe Avenue
                                                    New Orleans, Louisiana 70113
                                                    Phone: (504) 581-4892
                                                    Fax: (504) 561-6024
                                                    ldavis@hhklawfirm.com
                                                    *Plaintiffs' Liaison Counsel*
                                                    *MDL 2047*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of September, 2015.

                                                    /s/ Leonard A. Davis_____
                                                    Leonard A. Davis, Esquire
                                                    HERMAN, HERMAN & KATZ, L.L.C.
                                                    820 O'Keefe Avenue
                                                    New Orleans, Louisiana 70113
                                                    Phone: (504) 581-4892
                                                    Fax: (504) 561-6024
                                                    ldavis@hhklawfirm.com
                                                    Plaintiffs' Liaison Counsel
                                                    MDL 2047