# EXHIBIT "A"

# BARRETT LAW GROUP, P.A.

David M. McMullan, Jr.  
dmcmullan@barrettlawgroup.com

404 Court Square North  
P.O. Box 927  
Lexington, MS  39095  
Tel: 662.834.2488  
Fax: 662-834-2628

August 27, 2015

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire  
Leonard A. Davis, Esquire  
Herman, Herman & Katz, L.L.C.  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113

      **Re:**    **In re: Chinese Manufactured Drywall Products Liability Litigation**  
              **David Varnado v. Taishan Gypsum Co., Ltd. et al;**  
              **Case Nos.:  2:11-cv-01395; 2:11-cv-01672, 2:11-cv-01673**

Dear Russ and Lenny:

    My client, David Varnado, authorizes the attorneys of Herman, Herman & Katz, L.L.C. to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against Taishan Gypsum Co., Ltd. et al in the above matters, reserving his rights and claims against any and all other defendants therein.

                              Very truly yours,

                              David McMullan

                              David McMullan