**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | |

**CHINA NATIONAL BUILDING MATERIALS GROUP CORP.'S**
**MOTION TO FILE MEMORANDUM IN OPPOSITION UNDER SEAL**

NOW INTO COURT, through undersigned counsel, comes Defendant China National Building Materials Group Corp. ("CNBM Group"), which, in accordance with this Court's Protective Order and Local Rule 5.6, moves for an order directing that the attached Memorandum in Opposition to Plaintiffs' Steering Committee's Motion Contesting Claim of Privilege and/or Work Product Protection and for *In Camera* Inspection be filed and maintained under seal. In support of this Motion, CNBM Group represents:

1.

This Court entered an Agreed Confidentiality Agreement and Protective Order authorizing any party or non-party to designate as confidential documents produced during discovery. The documents discussed in the attached Memorandum are designated confidential pursuant under the Protective Order.

2.

The attached Memorandum contains repeated references to the confidential material at issue in discovery. Pursuant to the terms of the Protective Order, movant must request that this Court place the Memorandum in Opposition under seal. .

WHEREFORE, for the foregoing reasons, CNBM Group requests that this Court place

1

the attached Memorandum in Opposition to Plaintiffs' Steering Committee's Motion Contesting Claim of Privilege and/or Work Product Protection and for *In Camera* Inspection under seal in the envelope provided.

Dated:  September 11, 2015

    Respectfully submitted,

    /s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Fax: 415-773-5759
E-mail:  cvejnoska@orrick.com
ijohnson@orrick.com
adavidson@orrick.com
jmwu@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Fax: 212-506-5151
Email:  jstengel@orrick.com
xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email:  eshumsky@orrick.com

Ewell E. Eagan, Jr. (La. Bar No. 5239)
Donna Phillips Currault (La. Bar No. 19533)
Nina Wessel English (La. Bar No. 29176)
Alex B. Rothenberg (La. Bar No. 34740)
GORDON, ARATA, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111  Fax:  (504) 582-1121
E-mail: eeagan@gordonarata.com
         dcurrault@gordonarata.com
         nenglish@gordonarata.com
         arothenberg@gordonarata.com

*Attorneys for China National Building Materials Group Corporation*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Motion for Leave to File Memorandum in Opposition to Plaintiffs' Steering Committee's Motion Contesting Claim of Privilege and/or Work Product Protection and for *In Camera* Inspection has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Harry Rosenberg, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this September 11, 2015.

                 _/s Donna Phillips Currault _____
                 Donna Phillips Currault