UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

# O R D E R

Considering the foregoing Motion to File Memorandum in Opposition to Plaintiffs' Steering Committee's Motion Contesting Claim of Privilege and/or Work Product Protection and for *In Camera* Inspection under Seal,

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk place the attached Memorandum in Opposition to Plaintiffs' Steering Committee's Motion Contesting Claim of Privilege and/or Work Product Protection and for *In Camera* Inspection in the attached envelope and then keep the envelope under seal.

New Orleans, Louisiana, this _____ day of September, 2015.

_____
Eldon E. Fallon
United States District Judge

5