UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| Gross et al. vs. Knauf Gips KG et al. Case No. 09-6690 Amorin et al. vs. Taishan Gypsum, et al. Case No. 11-1672 Amorin, et al. vs. Taishan Gypsum, et al. Case No. 11-1395 Amorin, et al. vs. Taishan Gypsum, et al. Case No. 11-1673 | ) ) ) ) ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

**MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION**

Pursuant to Local Rule 83.2.11, the law firm of Morgan & Morgan, P.A. ("Movant"), hereby files its Motion to Withdraw as Counsel Without Substitution for Plaintiff Dominick Lauria ("Plaintiff").

Movant has encountered irreconcilable differences with Plaintiff on issues involving his case. Plaintiff has been given an opportunity to seek substitution of counsel in advance of this filing. However, Plaintiff has not notified Movant of any substitution.

WHEREFORE, the law firm of Morgan & Morgan, P.A. requests this Honorable Court to grant Morgan & Morgan, P.A.'s Motion to Withdraw as Counsel for Plaintiff Dominick Lauria in the above-captioned cases.

Respectfully Submitted,

/s/Scott Wm Weinstein
SCOTT WM WEINSTEIN
Fla. Bar No. 563080
sweinstein@forthepeople.com
PETE V. ALBANIS
Fla. Bar No. 0077354
palbanis@forthepeople.com
Morgan & Morgan, P.A.

12800 University Dr. #600<br>
Fort Myers, FL   33907<br>
Phone: (239) 433-6880<br>
Fax:    (239) 433-6836

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of September, 2015.  I further certify that the above and foregoing has been served on Plaintiff Dominick Lauria to his present address via certified mail and regular U.S. mail as well as via electronic mail. Plaintiff's present address is 9096 Villa Palma Lane, Palm Beach Gardens, FL 33418.

/s/ Pete V. Albanis_____