# EXHIBIT C

<u>Partial Translation of BNBM(Group)-E-0031486-31488</u>

BNBM(Group)-E-0031486

<u>Beijing New Building Materials (Group) Company Limited</u>

### Report Regarding SK Marine Transport Co.'s Guarantee Dispute Lawsuit Against Our Company

Company Leaders:

The Tianjin Maritime Court has accepted SK Marine Transport Co.'s lawsuit against our Company regarding a marine transport guarantee dispute and notified our Company to respond. After some investigation and analysis, our report is as follows:

I. **Case Background**
1. On November 30, 2005, our Company signed the Number USA002 "Export Agency Agreement" with Beijing New Building Materials Public Limited Company (hereinafter abbreviated as BNBM). The agreement stipulates that our Company will represent BNBM to export a batch of paper-surfaced gypsum boards valued at $2,400,000 USD to a foreign purchaser, EAC & Son's Corp. The agreement specifies the relationship between the two parties being the principal-agent relationship, and our Company's relationship with the foreign merchant is the relationship between the BNBM's agent and the foreign merchant. All the terms in the contract (including key terms and added-on terms) were decided between BNBM and the foreign merchant. Our Company only performs as an agent to sign contract with the foreign merchant, and does not participate in the determination of contract terms or its fulfillment. All risks and responsibilities under the export contract are independently born by BNBM.

BG: 7/15/15-7/18/15
Exhibit 228

2. On November 18, 2005, our Company, representing BNBM, signed a sales contract numbered E-GB051118 with the foreign purchaser EAC & Son's Corp. The contract stipulates that our Company will sell 200000 sheets of gypsum boards to EAC & Son's Corp. The cargo will be shipped from Tianjin Xingang to Port Tampa, USA, CIF USD2,350,000.00

3. On January 10, 2006, BNBM signed a "Transportation Agreement" with Beijing COSCO International Air Freight Agency Company Limited (hereinafter abbreviated as Beijing COSCO). BNBM commissioned Beijing COSCO to transport the above cargo. The transport route is from Beijing Xisanqi to the U.S. port, including land and sea transportation. Beijing COSCO will bear the risks during the transportation. Later, Beijing COSCO commissioned Ningbo Zhonghai Shipping Agency Company Limited to transport this batch of cargo, and Ningbo Zhonghai Shipping Agency Company Limited commissioned SK Marine Transport Co. to transport the cargo.

4. In 2006, based on the above contract, BNBM exported this batch of gypsum boards to EAC & Son's Corp., from Tianjin Xingang to Port Tampa, USA. This batch of cargo has some surface defects before boarding the ship, and BNBM requested that SK Marine Transport Co. to issue a Clean on Board B/L. BNBM also requested our Company to issue a letter of guarantee to SK Marine Transport Co. and the vessel owner. The letter of guarantee requires to confirm the guarantee to compensate any loss that SK Marine Transport Co. might incur due to the issuance of Clean on Board B/L. But our Business Department reflected that our Company never issued such letter of guarantee. Later, Beijing COSCO issued to BNBM a counter guarantee confirmation letter.

5. When this batch of cargo arrived at the port of destination, EAC & Son's Corp discovered that the goods were damaged, and commissioned Dufour.....

BNBM(Group)-E-0031487

……

**II.     Report on the Case**

1. The foreign inspection report is more favorable to our Company.

   American DLS inspection report says: "We confirmed that the goods were seriously damaged during unloading. Based on our inspection, we hold that: during the time period while the cargo was under the care, custody and control of the shipping company or its agent, due to improper stowage, the cargo has moved and resulted in damages." The report also described in details the problems of stowage in every cargo hold, e. g. there is no partition boards, the interspace, and the mixed loading with steel pipes, with no nylon suspending ropes between bundles, wooden wedge plates got in between gypsum boards or on top of them. The report confirms that the damages are from the fault of the shipping company or its agent.

……

**III.**



……

BNBM(Group)-E-0031488



General Management Department

September 24th, 2008

Sues our company to guarantee the report of dispute about the SK marine transportation company

Commercial management:

The SK marine transportation company sues our company marine transportation guarantee dispute case Tianjin maritime court to accept, and has informed our company to answer a charge. After the diagnosis, our department Monter makes the following report:
First, case background 1 and on November 30, 2005, our company and Beixinjituan building materials limited liability company (hereafter referred to as "the northern new building materials") signed have numbered USA002 "Agency factor Agreement", the agreement agreement acted the northern new building materials to export one batch of total prices to overseas purchasing agent EAC & Son's Corp. by our company is the USD$2,400,000.0 paper surface gypsum board. The agreement agrees relations between both sides between the agents and relations by agents, relations between our company and foreign merchant and this foreign merchants for the northern new building materials relations between agents. All articles of this contract (including key clause and additional article) were determined by the northern new building materials and foreign merchant voluntarily that our company only fulfills acts the northern new building materials foreign sign contract, does not participate in this contract the determination of any article with fulfilling. Export contract item of below the complete risk and responsibility undertakes by northern new building materials voluntarily independently.
2nd, on November 18, 2005, our company generation of northern new building materials and overseas purchasing agent EAC & Son's Corp. signed the serial number is the E-GB051118 number contract of sales (SALES CONTRACT). The contract agrees our company to sell 200000 gypsum boards to EAC & Son's Corp., this batch of cargos from the Tianjin xingang transport to American Tampa Hong Kong, CIF USD2,350,000.00.
3rd, the northern new building materials in the far international air freight transportation agent limited company (with Beijing hereafter referred to as "in Beijing far") to sign "Transportation Agreement" in January 10, 2006, the northern new building materials entrusted in Beijing to ship the above cargo, the route of transportation from Beijing Xisanqi to the US harbor, including the land transportation and marine transportation, the risk in transportation undertook by Beijing. Afterward, in Beijing also entrusted in Ningbo the sea shipping agent limited company to ship this batch of cargos, in Ningbo the sea shipping agent limited company entrusted the SK marine transportation limited company to transport.
4th, in 2006, the northern new building materials acted according to the above contract to export this batch of gypsum boards to EAC & Son's Corp., from the Tianjin xingang to American Tampa Hong Kong transportation, this batch of cargos had the surface condition bad situation to exist before the shipment. The northern new building materials requested that the SK marine transportation limited company signs and issues the clean bill of lading, and requested for this reason our company as well as undertakes to transport ships all people to write up the letter of guarantee to the SK marine transportation limited company, in the letter of guarantee requests to confirm that the guarantee compensates the SK marine

Page 1 BNBM(Group)-E-0031486