# EXHIBIT D

**Translation of BNBMPLC-E-0010079-82**

From: Dong Chungang <dong.chungang@jingtian.com>

To: Keping Shi <skp@bnbm.com.cn> Guozhe Yan <yanguozhe@jiayuan-law.com> CZL <CZL@cnbm.com.cn> Bing Wang <wb@bnbm.com.cn> Yu Chen <chenyu@bnbm.com.cn> Jian Zhang <zj@cnbm.com.cn>

Subject: Reply: on the public announcement of the American litigation

Received (Date): Mon, 14 Jul 2014 10:15:02 +0000

<u>20140714 public announcement on the American litigation lawsuit (third draft) Dong Chungang revised.docx</u>

Please see the attached for my further suggestions for adjustment.

DONG, Chungang

Partner

Jingtian & Gongcheng

34/F. Tower 3, China Central Place, 77 Jianguo Road, Beijing 100025, China

D +86 10 5809 1016 / F + 86 10 5809 1100

Dong.chungang@jingtian.com | www.jingtian.com

This email and any files transmitted with it are confidential and are intended solely for the addressees. It may contain legally privileged information. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, printing, forwarding or dissemination of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail, telephone or facsimile and immediately delete it from your system. Thank you for cooperation!

From: Keping Shi

Sent: July 14th, 2014, 13:21

To: Guozhe Yan; CZL; Bing Wang; Yu Chen; Chungang Dong; Jian Zhang

Subject: reply: on the public announcement of the American litigation

**B: 7/8/15-7/11/15**
**Exhibit 130**

All leaders and two attorneys:

The attached public announcement added the revision opinions of Attorney Dong and Chief Jian Zhang, please check and review.

Keping Shi/Cathy Shi

Secretary of the Board

Beijing New Building Material Public Limited Company

Tel: +86 10 68138816

Fax: +86 10 63138822

Email: skp@bnbm.com.cn

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
The information contained in an accompanying this email may be confidential, and is intended solely for the use of the intended recipient(s). If you are not the intended recipient of this email, please delete and destroy all copies (including any attachments) in your possession, notify the sender or Beijing New Building Material Public Limited Company that you have received this email in error, and you are hereby notified that nay disclosure, duplication or dissemination of, or the taking of any action in reliance on, this email is expressly prohibited.
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

From: Guozhe Yan [mailto:yanguozhe@jiayuan-law.com]

Sent: 2014-7-31 12:01

To: Keping Shi; CZL; Bing Wang; Yu Chen; dong.chungang; Jian Zhang

Subject: On the public announcement of the American litigation

All, the attached is the first draft of the public announcement I wrote before the judgment from American court comes out, and it's for your discussion and use.

Chungang, please confirm the relevant case details, and fill in any relevant information.

Chief Jian Zhang, about the product quality statement, please fill in any inspection report content you reported on Friday.

2014-07-13

YAN, Guozhe

Attorney at Law, Partner

Jia Yuan Law Offices

Beijing Shanghai Shenzhen Hong Kong Xi'an

F408, Ocean Plaza

158 Fuxing Men Nei Street, Xicheng District, Beijing 100031, China

Tel: +86 10 6649 3365

Fax: +86 10 6641 2855

Email: yanguozhe@jiayuan-law.com

Web: http://www/jiayuan-law.com

The information contained in and accompanying this email may be confidential, and is intended solely for the use of the intended recipient(s). If you are not the intended recipient of this email, please delete and destroy all copies (including any attachments) in your possession, notify the sender or Jia Yuan Law Frim that you have received this email in error, and you are hereby notified that any disclosure, duplication or dissemination of, or the taking of any action in reliance on, this email is expressly prohibited.

i»¿The appendix requested an audience my further adjustment suggestion. Dong Chungang /DONG, Chungang partner /Partner

---

Beijing competition God honest law office Jingtian & Gongcheng Beijing Chaoyang District Jianguo Road No. 77 China Trade Center No. 3 office 34 zip codes: 100025 34/F, Tower 3, China Central Place, 77 Jianguo Road, Beijing 100025, ChinaD +86 10 5809 1016/F +86 10 5809 1100 dong.chungang@jingtian.com < mailto:dong.chungang@jingtian.com > | www.jingtian.com < http://www.jingtian.com/ >
**************************************************************** This e-mail and any files transmitted with it are confidential and are intended solely for the addressees. It may contain legally privileged information. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, printing, forwarding or dissemination of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail, telephone or facsimile and immediately delete it from your system. Thank you for cooperation! This mail and accompanies any document to have the security nature, and is only the addressee provides. This mail possibly carries by information of the legal protection. If your excellency is not this mail assigns the addressee, please be sure not to use, disclose that duplicated, prints, retransmits or distributes this mail. If your excellency receives this mail by mistake, to reply the mail, telephone or the facsimile way notice addresser, and deletes from your excellency computer system it immediately. Many thanks cooperation!
**************************************************************** Addresser: Shi Keping [mailto:skp@bnbm.com.cn] transmission time: On July 14, 2014 13:21 addressee: Yan Guozhe; CZL; Wang Bing; Chen Yu; Dong Chungang; Opens the healthy subject: Answered: About American lawsuit announcement fellow leaders and two attorneys: The appendix attached the announcement to join Attorney Dong and Zhang Jianzong the corrections, please search and collect and scrutinizes.
Shi Keping | Cathy Shi board of directors secretary | Secretary of the Board Beixinjituan building materials limited liability company Beijing New Building Materials Public Limited Company telephone | Tel: +86 10 68138816 facsimiles | Fax: +86 10 68138822 emails | Email: skp@bnbm.com.cn **************************************************** this email contains or it along with attaching the information possibly is the privacy information, only supplies to assign to receive a side to use. If your excellency is not receives a side that this email indicates, please (including all appendices) do delete the emails and all backups that your excellency has and destroys, and receives this email incident to inform to send your excellency by mistake a side or the Beixinjituan building materials limited liability company; Proposed your excellency to pay attention not to in this reveal, duplicate or sends out this email, and do not rely on this email to take any action. The information contained and accompanying this email may be confidential, and is intended solely for the use of the intended recipient(s). If you are not the intended recipient of this email, please delete and destroy all copies (including any attachments) in your possession, notify the sender or Beijing New Building Materials Public Limited Company that you have received this email in error, and you are hereby notified that any disclosure, duplication or dissemination, or the taking of any action in reliance on, this email is expressly prohibited.
**************************************************** Addresser: Yan Guozhe [mailto:yanguozhe@jiayuan-law.com] transmission time: On July 13, 2014 12:01 addressee: Shi Keping; CZL; Wang Bing; Chen Yu; dong.chungang; Opens the healthy subject: About American lawsuit's announcement everybody, the appendix is I draft the announcement first draft that before the American court decision that plans to issue, uses for discussion. The pure steel, troubles you to be related the case review to confirm, and fills the related information. US, you were responsible for on the case part and northern new former all previous announcement checkup, guaranteed consistently. Zhang Jianzong, requests to fill in various examination report contents that Friday you report about the explanation of product quality.
2014-07-13                  Yan Guozhe | YAN Attorney Guozhe partner| Attorney at Law, Partner fine source law office JIA YUAN LAW OFFICES Beijing Shanghai Shenzhen Hong Kong Xi'an | In Beijing Shanghai Shenzhen Hong Kong Xi'an Beijing, China Xicheng District Fuxingmen avenue No. 158 open sea building F408 F408, Ocean Plaza158 Fuxing Men Nei Street, Xicheng District, Beijing 100031, China telephone | Tel: +86 10 6649 3365 facsimiles | Fax: +86 10 6641 2855 emails | Email: yanguozhe@jiayuan-law.com website | Web: http://www.jiayuan-law.com < http://www.jiayuan-law.com/ > **************************************************** this email contains or it along with attaching the information possibly is the privacy information, only supplies to assign to receive a side to use. If your excellency is not receives a side that this email indicates, please (including all appendices) do delete the emails and all backups that your excellency has and destroys, and receives this email incident to inform to send your excellency by mistake Fang Huojia the source law office; Proposed your excellency to pay attention not to in this reveal, duplicate or sends out this email, and do not rely this email to take any action. The information contained and accompanying this email may be confidential, and is intended solely for the use of the intended recipient(s). If you are not the intended recipient of this email, please delete and destroy all copies (including any attachments) in your possession, notify the sender or Jia Yuan Law Firm that you have received this email in error, and you are hereby notified that any disclosure, duplication or dissemination, or the taking of any action in reliance on, this email is expressly prohibited. Microsoft Mail Internet Headers Version 2.0 Received: from barracuda.bnbm.com.cn ([10.1.110.44]) by bnbmmailserver.bnbm.com.cn with Microsoft SMTPSVC(6.0.3790.3959);

Mon, 14 Jul 2014 18:16: 18 +0800 X-ASG-Debug-ID: 1405332907-098bdd620001-gdXOQ7 Received: from out-spam.jingtian.com (jingtian.com [219.141.185.249]) by barracuda.bnbm.com.cn with ESMTP id QO13KMJNMIMcBRgv for < skp@bnbm.com.cn >; Mon, 14 Jul 2014 18:15: 07 +0800 (CST) X-Barracuda-Envelope-From: dong.chungang@jingtian.com X-Barracuda-Apparent-Source-IP: 219.141.185.249 Received: from mail.jingtian.com (localhost [127.0.0.1]) by out-spam.jingtian.com (Spam & Virus Firewall) with ESMTP id D577B1EFA87; Mon, 14 Jul 2014 18:15: 04 +0800 (CST) Received: from mail.jingtian.com ([192.168.9.30]) by out-spam.jingtian.com with ESMTP id A8RdBRXIHkHvh6r1 (version=TLSv1 cipher=AES128-SHA bits=128 verify=NO); Mon, 14 Jul 2014 18:15: 04 +0800 (CST) Received: from Exch01.jtgc.cn (192.168.9.30) by exch01.jtgc.cn (192.168.9.30) with Microsoft SMTP Server (TLS) id 15.0.847.32; Mon, 14 Jul 2014 18:15: 04 +0800 X-Barracuda-BBL-IP: 192.168.9.30 X-Barracuda-RBL-IP: 192.168.9.30 Received: from Exch01.jtgc.cn ([:: 1]) by Exch01.jtgc.cn ([fe80::e8a1:f98d:1772:6a5%15]) with mapi id 15.00.0847.030; Mon, 14 Jul 2014 18:15: 04 +0800 From: Dong Chungang < dong.chungang@jingtian.com > To: =? gb2312? B? yre/yca9? = < skp@bnbm.com.cn >, =? gb2312? B? 6sy5+tXc? = < yanguozhe@jiayuan-law.com >, CZL < CZL@CNBM.COM.CN >, =? gb2312? B? zfWx+A==? = < wb@bnbm.com.cn >, =? gb2312? B? s8LT6g==? = < chenyu@bnbm.com.cn >, =? gb2312? B? lcW9oQ==? = < zj@cnbm.com.cn > Subject: =? gb2312? B? tPC4tDogudjT2sPAufrL38vPtcS5q7jm? = Thread-Topic: =? gb2312? B? udjT2sPAufrL38vPtcS5q7jm? = X-ASG-Orig-Subj: =? gb2312? B? tPC4tDogudjT2sPAufrL38vPtcS5q7jm? = Thread-Index: AQHPnk7QcnfH+QZthkObhehEaLMDBQA1CSKAm52z4BA= Date: Mon, 14 Jul 2014 10:15: 02 +0000 Message-ID: < 5e07dd2bda0e44809a5a8cfc896b87e3@Exch01.jtgc.cn > References: < 20140713120049111108610jiayuan-law.com > < C4A271F01E241147A9AC9553BDB84635039B6C25@bnbmmailserver.bnbm.com.cn > In-Reply-To: < C4A271F01E241147A9AC9553BDB84635039B6C25@bnbmmailserver.bnbm.com.cn > Accept-Language: zh-CN, en-US Content-Language: zh-CN X-MS-Has-Attach: yes X-MS-TNEF-Correlator: x-originating-ip: [192.168.3.41] Content-Type: multipart/mixed;
	boundary=â€_004_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_ â€œMIME-Version: 1.0 X-Barracuda-Connect: jingtian.com [219.141.185.249] X-Barracuda-Start-Time: 1405332907 X-Barracuda-URL: http://10.1.110.44:8000/cgi-mod/mark.cgi X-Virus-Scanned: by bsmtpd at bnbm.com.cn X-Barracuda-Bayes: INNOCENT GLOBAL 0.1601 1.0000 -1.0447 X-Barracuda-Spam-Score: 0.61 X-Barracuda-Spam-Status: No, SCORE=0.61 using global scores of TAG_LEVEL=3.5 QUARANTINE_LEVEL=1000.0 KILL_LEVEL=5.0 tests=CN_BODY_138, CN_BODY_264, CN_BODY_3, CN_BODY_313, CN_BODY_332, CN_BODY_368, CN_BODY_499, HTML_MESSAGE, SH_GB_051205_BODY_18, SH_GB_05615_BODY_208, THREAD_INDEX, THREAD_TOPIC X-Barracuda-Spam-Report: Code version 3.2, rules version 3.2.3.7502 Rule breakdown below pts rule name description
-------------------------------------------------------
	0.01 THREAD_INDEX thread-index: AcO7Y8iR61tzADqsRmmc5wNiFHEOig== 0.01 THREAD_TOPIC Thread-Topic: â€¦ (Japanese Subject)â€¦
	0.18 CN_BODY_368 BODY: CN_BODY_368 0.46 SH_GB_051205_BODY_18 BODY: SH_GB_051205_BODY_18 0.05 CN_BODY_138 BODY: CN_BODY_138 0.00 CN_BODY_499 BODY: CN_BODY_499 0.13 CN_BODY_3 BODY: CN_BODY_3 0.12 CN_BODY_332 BODY: CN_BODY_332 0.06 CN_BODY_264 BODY: CN_BODY_264 0.52 SH_GB_05615_BODY_208 BODY: SH_GB_05615_BODY_208 0.10 CN_BODY_313 BODY: CN_BODY_313 0.00 HTML_MESSAGE BODY: HTML includedin message Return-Path: dong.chungang@jingtian.com X-OriginalArrivalTime: 14 Jul 2014 10:16: 18.0376 (UTC) FILETIME={A6EAA480:01CF9F4C]--_004_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_ Content-Type: multipart/alternative;
	boundary=â€_000_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_ â€œ--_000_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_ Content-Type: text/plain; charset= " gb2312â€ Content-Transfer-Encoding: base64--_000_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_ Content-Type: text/html; charset= " gb2312â€ Content-Transfer-Encoding: quoted-printable--_000_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_--
--_004_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_ Content-Type: application/vnd.openxmlformats- officedocument.wordprocessingml.document;
	name= â€œ=? gb2312? B? MjAxNDA3MTS52NPaw8C5+svfy8+wuLz+tcS5q7jmo6i12sj9uOWjqV9Eb25n? = =? gb2312? Q? _Chungang_revised.docx? =â€ Content-Description: =? gb2312? B? MjAxNDA3MTS52NPaw8C5+svfy8+wuLz+tcS5q7jmo6i12sj9uOWjqV9Eb25n? = = =? gb2312? Q? _Chungang_revised.docx? = Content-Disposition: attachment; filename= â€œ=? gb2312? B? MjAxNDA3MTS52NPaw8C5+svfy8+wuLz+tcS5q7jmo6i12sj9uOWjqV9Eb25n? = =? gb2312? Q? _Chungang_revised.docx? =â€; size=32969;
	creation-date= " Mon, 14 Jul 2014 09:26: 31 GMTâ€
	modification-date= " Mon, 14 Jul 2014 10:14: 12 GMTâ€ Content-Transfer-Encoding: base64--_004_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_--PR_IMPORTANCE: 1 PR_MESSAGE_CLASS: IPM.Note PR_PRIORITY: 0 PR_SENSITIVITY: 0 PR_SUBJECT: Answered: About American lawsuit announcement PR_CLIENT_SUBMIT_TIME: Mon Jul 14 18:15: 02 CST 2014 PR_SENT_REPRESENTING_SEARCH_KEY: {Data: 32 bytes} PR_RECEIVED_BY_ENTRY_ID: {Data: 69 bytes} PR_RECEIVED_BY_NAME: Shi Keping PR_SENT_REPRESENTING_ENTRY_ID: {Data: 116 bytes} PR_SENT_REPRESENTING_NAME: Dong Chungang PR_RCVD_REPRESENTING_ENTRYID: {Data: 69 bytes} PR_RCVD_REPRESENTING_NAME: Shi Keping PR_RECEIVED_BY_SEARCH_KEY: {Data: 44 bytes} PR_RCVD_REPRESENTING_SEARCH_KEY: {Data: 44 bytes} PR_SENT_REPRESENTING_ADDRESS_TYPE: SMTP PR_SENT_REPRESENTING_EMAIL_ADDRESS: dong.chungang@jingtian.com PR_CONVERSATION_TOPIC: About American lawsuit announcement PR_CONVERSATION_INDEX: {Data: 32 bytes} PR_RECEIVED_BY_ADDRESS_TYPE: EX PR_RECEIVED_BY_EMAIL_ADDRESS: /O =BNBM/OU=BNBMMAIL/CN=RECIPIENTS/CN=SKP PR_RECEIVED_REPRESENTING_ADDRESS_TYPE: EX PR_RECEIVED_REPRESENTING_EMAIL_ADDRESS: /O =BNBM/OU=BNBMMAIL/CN=RECIPIENTS/CN=SKP PR_TRANSPORT_MESSAGE_HEADERS: Microsoft Mail Internet Headers Version 2.0 Received: from barracuda.bnbm.com.cn ([10.1.110.44]) by bnbmmailserver.bnbm.com.cn with Microsoft SMTPSVC(6.0.3790.3959);
	Mon, 14 Jul 2014 18:16: 18 +0800 X-ASG-Debug-ID: 1405332907-098bdd620001-gdXOQ7 Received:

from out-spam.jingtian.com (jingtian.com [219.141.185.249]) by barracuda.bnbm.com.cn with ESMTP id QO13KMJNMIMcBRgv for < skp@bnbm.com.cn >; Mon, 14 Jul 2014 18:15: 07 +0800 (CST) X-Barracuda-Envelope-From: dong.chungang@jingtian.com X-Barracuda-Apparent-Source-IP: 219.141.185.249 Received: from mail.jingtian.com (localhost [127.0.0.1]) by out-spam.jingtian.com (Spam & Virus Firewall) with ESMTP id D577B1EFA87; Mon, 14 Jul 2014 18:15: 04 +0800 (CST) Received: from mail.jingtian.com ([192.168.9.30]) by out-spam.jingtian.com with ESMTP id A8RdBRXIHkHvh6rl (version=TLSv1 cipher=AES128-SHA bits=128 verify=NO); Mon, 14 Jul 2014 18:15: 04 +0800 (CST) Received: from Exch01.jtgc.cn (192.168.9.30) by exch01.jtgc.cn (192.168.9.30) with Microsoft SMTP Server (TLS) id 15.0.847.32; Mon, 14 Jul 2014 18:15: 04 +0800 X-Barracuda-BBL-IP: 192.168.9.30 X-Barracuda-RBL-IP: 192.168.9.30 Received: from Exch01.jtgc.cn ([:: 1]) by Exch01.jtgc.cn ([fe80::e8a1:f98d:1772:6a5%15]) with mapi id 15.00.0847.030; Mon, 14 Jul 2014 18:15: 04 +0800 From: Dong Chungang < dong.chungang@jingtian.com > To: =? gb2312? B? yre/yca9? = < skp@bnbm.com.cn >, =? gb2312? B? 6sy5+tXc? = < yanguozhe@jiayuan-law.com >, CZL < CZL@CNBM.COM.CN >, =? gb2312? B? zfWx+A==? = < wb@bnbm.com.cn >, =? gb2312? B? s8LT6g==? = < chenyu@bnbm.com.cn >, =? gb2312? B? 1cW9oQ==? = < zj@cnbm.com.cn > Subject: =? gb2312? B? tPC4tDogudjT2sPAufrL38vPtcS5q7jm? = Thread-Topic: =? gb2312? B? udjT2sPAufrL38vPtcS5q7jm? = X-ASG-Orig-Subj: =? gb2312? B? tPC4tDogudjT2sPAufrL38vPtcS5q7jm? = Thread-Index: AQHPnk7QcnfH +QZthkObhehEaLMDBQA1CSKAm52z4BA= Date: Mon, 14 Jul 2014 10:15: 02 +0000 Message-ID: < 5e07dd2bda0e44809a5a8cfc896b87e3@Exch01.jtgc.cn > References: < 20140713120049110861@jiayuan-law.com > < C4A271F01E241147A9AC9553BDB84635039B6C25@bnbmmailserver.bnbm.com.cn > In-Reply-To: < C4A271F01E241147A9AC9553BDB84635039B6C25@bnbmmailserver.bnbm.com.cn > Accept-Language: zh-CN, en-US Content-Language: zh-CN X-MS-Has-Attach: yes X-MS-TNEF-Correlator:
x-originating-ip: [192.168.3.41] Content-Type: multipart/mixed;
boundary=â€_004_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_ â€œMIME-Version: 1.0 X-Barracuda-Connect: jingtian.com [219.141.185.249] X-Barracuda-Start-Time: 1405332907 X-Barracuda-URL: http://10.1.110.44:8000/cgi-mod/mark.cgi X-Virus-Scanned: by bsmtpd at bnbm.com.cn X-Barracuda-Bayes: INNOCENT GLOBAL 0.1601 1.0000 -1.0447 X-Barracuda-Spam-Score: 0.61 X-Barracuda-Spam-Status: No, SCORE=0.61 using global scores of TAG_LEVEL=3.5 QUARANTINE_LEVEL=1000.0 KILL_LEVEL=5.0 tests=CN_BODY_138, CN_BODY_264, CN_BODY_3, CN_BODY_313, CN_BODY_332, CN_BODY_368, CN_BODY_499, HTML_MESSAGE, SH_GB_051205_BODY_18, SH_GB_05615_BODY_208, THREAD_INDEX, THREAD_TOPIC X-Barracuda-Spam-Report: Code version 3.2, rules version 3.2.3.7502 Rule breakdown below pts rule name description
---- ---------------------- --------------------------------------------------
0.01 THREAD_INDEX thread-index: AcO7Y8iR61tzADqsRmmc5wNiFHEOig== 0.01 THREAD_TOPIC Thread-Topic: â€¦ (Japanese Subject)â€¦
0.18 CN_BODY_368 BODY: CN_BODY_368 0.46 SH_GB_051205_BODY_18 BODY: SH_GB_051205_BODY_18 0.05 CN_BODY_138 BODY: CN_BODY_138 0.00 CN_BODY_499 BODY: CN_BODY_499 0.13 CN_BODY_3 BODY: CN_BODY_3 0.12 CN_BODY_332 BODY: CN_BODY_332 0.06 CN_BODY_264 BODY: CN_BODY_264 0.52 SH_GB_05615_BODY_208 BODY: SH_GB_05615_BODY_208 0.10 CN_BODY_313 BODY: CN_BODY_313 0.00 HTML_MESSAGE BODY: HTML includedin message Return-Path: dong.chungang@jingtian.com X-OriginalArrivalTime: 14 Jul 2014 10:16: 18.0376 (UTC) FILETIME=[A6EAA480:01CF9F4C]--_004_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_ Content-Type: multipart/alternative;
boundary=â€_000_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_ â€œ--_000_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_ Content-Type: text/plain; charset= " gb2312â€ Content-Transfer-Encoding: base64--_000_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_ Content-Type: text/html; charset= " gb2312â€ Content-Transfer-Encoding: quoted-printable--_000_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_
--_004_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_ Content-Type: application/vnd.openxmlformats- officedocument.wordprocessingml.document;
name= â€œ=? gb2312? B? MjAxNDA3MTS52NPaw8C5+svfy8+wuLz+tcS5q7jmo6i12sj9uOWjqV9Eb25n? = =? gb2312? Q? _Chungang_revised.docx? =â€ Content-Description: =? gb2312? B? MjAxNDA3MTS52NPaw8C5 +svfy8+wuLz+tcS5q7jmo6i12sj9uOWjqV9Eb25n? = =? gb2312? Q? _Chungang_revised.docx? = Content-Disposition: attachment; filename= â€œ=? gb2312? B? MjAxNDA3MTS52NPaw8C5+svfy8+wuLz +tcS5q7jmo6i12sj9uOWjqV9Eb25n? = =? gb2312? Q? _Chungang_revised.docx? =â€; size=32969;
creation-date= " Mon, 14 Jul 2014 09:26: 31 GMTâ€;
modification-date= " Mon, 14 Jul 2014 10:14: 12 GMTâ€ Content-Transfer-Encoding: base64--_004_5e07dd2bda0e44809a5a8cfc896b87e3Exch01jtgccn_ --
PR_SENDER_ENTRY_ID: {Data: 116 bytes} PR_SENDER_NAME: Dong Chungang PR_SENDER_SEARCH_KEY: {Data: 32 bytes} PR_SENDER_ADDRESS_TYPE: SMTP PR_SENDER_EMAIL_ADDRESS: dong.chungang@jingtian.com PR_DISPLAY_TO: Shi Keping; Yan Guozhe; CZL; Wang Bing; Chen Yu; Opens healthy PR_MESSAGE_DELIVERY_TIME: Mon Jul 14 18:16: 18 CST 2014 PR_MESSAGE_FLAGS: 17 PR_MESSAGE_SIZE: 82269 0x0e28: 00000003BNBMMAILSERVER/o=bnbm/ou=bnbmmail/cn=Recipients/cn= skpskp@bnbm.com.cn 0x0e29: 00000003BNBMMAILSERVER/o=bnbm/ou=bnbmmail/cn=Recipients/cn= skpskp@bnbm.com.cn PR_BODY: The appendix requested an audience my further adjustment suggestion. Dong Chungang /DONG, Chungang partner /Partner
--------------------------------------Beijing competition God honest law office Jingtian & Gongcheng Beijing Chaoyang District Jianguo Road No. 77 China Trade Center No. 3 office 34 zip codes: 10002534/F, Tower 3, China Central Place, 77 Jianguo Road, Beijing 100025, ChinaD +86 10 5809 1016/F +86 10 5809 1100dong.chungang@jingtian.com < mailto:dong.chungang@jingtian.com > | www.jingtian.com < http://www.jingtian.com/ >
************************************************************ This e-mail and any files transmitted with it are confidential and are intended solely for the addressees. It may contain legally privileged information. If you are not the intended recipient, you are

hereby notified that any use, disclosure, copying, printing, forwarding or dissemination of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail, telephone or facsimile and immediately delete it from your system. Thank you for cooperation! This mail and accompanies any document to have the security nature, and is only the addressee provides. This mail possibly carries by information of the legal protection. If your excellency is not this mail assigns the addressee, please be sure not to use, disclose that duplicated, prints, retransmits or distributes this mail. If your excellency receives this mail by mistake, to reply the mail, telephone or the facsimile way notice addresser, and deletes from your excellency computer system it immediately. Many thanks cooperation!
**************************************************************** Addresser: Shi Keping [mailto:skp@bnbm.com.cn] transmission time: On July 14, 2014 13:21 addressee: Yan Guozhe; CZL; Wang Bing; Chen Yu; Dong Chungang; Opens the healthy subject: Answered: About American lawsuit announcement fellow leaders and two attorneys: The appendix attached the announcement to join Attorney Dong and Zhang Jianzong the corrections, please search and collect and scrutinizes. Shi Keping | Cathy Shi board of directors secretary | Secretary of the Board Beixinjituan building materials limited liability company Beijing New Building Materials Public Limited Company telephone | Tel: +86 10 68138816 facsimiles | Fax: +86 10 68138822 emails | Email: skp@bnbm.com.cn *************************************************** this email contains or it along with attaching the information possibly is the privacy information, only supplies to assign to receive a side to use. If your excellency is not receives a side that this email indicates, please (including all appendices) do delete the emails and all backups that your excellency has and destroys, and receives this email incident to inform to send your excellency by mistake a side or the Beixinjituan building materials limited liability company; Proposed your excellency to pay attention not to in this reveal, duplicate or sends out this email, and do not rely on this email to take any action. The information contained and accompanying this email may be confidential, and is intended solely for the use of the intended recipient(s). If you are not the intended recipient of this email, please delete and destroy all copies (including any attachments) in your possession, notify the sender or Beijing New Building Materials Public Limited Company that you have received this email in error, and you are hereby notified that any disclosure, duplication or dissemination, or the taking of any action in reliance on, this email is expressly prohibited.
*************************************************** Addresser: Yan Guozhe [mailto:yanguozhe@jiayuan-law.com] transmission time: On July 13, 2014 12:01 addressee: Shi Keping; CZL; Wang Bing; Chen Yu; dong.chungang; Opens the healthy subject: About American lawsuit's announcement everybody, the appendix is I draft the announcement first draft that before the American court decision that plans to issue, uses for discussion. The pure steel, troubles you to be related the case review to confirm, and fills the related information. US, you were responsible for on the case part and northern new former all previous announcement checkup, guaranteed consistently. Zhang Jianzong, requests to fill in various examination report contents that Friday you report about the explanation of product quality. 2014-07-13                             Yan Guozhe | YAN Attorney Guozhe partner| Attorney at Law, Partner fine source law office JIA YUAN LAW OFFICES Beijing Shanghai Shenzhen Hong Kong Xi'an | In Beijing Shanghai Shenzhen Hong Kong Xi'an Beijing, China Xicheng District Fuxingmen avenue No. 158 open sea building F408F408, Ocean Plaza158 Fuxing Men Nei Street, Xicheng District, Beijing 100031, China telephone | Tel: +86 10 6649 3365 facsimiles | Fax: +86 10 6641 2855 emails | Email: yanguozhe@jiayuan-law.com website | Web: http://www.jiayuan-law.com < http://www.jiayuan-law.com/ > ***************************************** this email contains or it along with attaching the information possibly is the privacy information, only supplies to assign to receive a side to use. If your excellency is not receives a side that this email indicates, please (including all appendices) do delete the emails and all backups that your excellency has and destroys, and receives this email incident to inform to send your excellency by mistake Fang Huojia the source law office; Proposed your excellency to pay attention not to in this reveal, duplicate or sends out this email, and do not rely on this email to take any action. The information contained and accompanying this email may be confidential, and is intended solely for the use of the intended recipient(s). If you are not the intended recipient of this email, please delete and destroy all copies (including any attachments) in your possession, notify the sender or Jia Yuan Law Firm that you have received this email in error, and you are hereby notified that any disclosure, duplication or dissemination, or the taking of any action in reliance on, this email is expressly prohibited.
PR_BODY_HTML: {Data: 24428 bytes} 0x1035: < 5e07dd2bda0e44809a5a8cfc896b87e3@Exch01.jtgc.cn > 0x1039: < 20140713120049110861@jiayuan-law.com > < C4A271F01E241147A9AC9553BDB84635039B6C25@bnbmmailserver.bnbm.com.cn > 0x10f2: 0
PR_URL_COMP_NAME: Answered %3A about American lawsuit announcement .EML 0x10f4: 0 0x10f5: 0 0x10f6: 0 PR_CREATION_TIME: Mon Jul 14 18:16: 18 CST 2014 PR_LAST_MODIFICATION_TIME: Mon Jul 14 18:17: 49 CST 2014 PR_SEARCH_KEY: {Data: 16 bytes} PR_INTERNET_CPID: 936 PR_MESSAGE_LOCAL_ID: 2052 0x3ff8: Dong Chungang 0x3ff9: {Data: 116 bytes} 0x3ffa: Dong Chungang 0x3ffb: {Data: 116 bytes} 0x3ffd: 936 0x4019: 65536 0x401a: 65536 0x401b: 0 0x401c: 0 PR_PROFILE_AUTH_PACKAGE: The appendix requested an audience my further adjustment suggestion. Dong Chungang /DONG, Chungang partner /Partner
----------------------------------------Beijing competition God honest law office Jingtian & Gongcheng Beijing Chaoyang District Jianguo Road No. 77 China Trade Center No. 3 office 34 zip codes: 10002534/F, Tower 3, China Central Place, 77 Jianguo Road, Beijing 100025,--- Recipient 1 ---

```
0x67f2: 210186 0x67f3: 210188 0x0e0f: 1 PR_ADDRTYPE: EX PR_EMAIL_ADDRESS: /O =BNBM/OU=BNBMMAIL/
CN=RECIPIENTS/CN=SKP PR_ENTRYID: {Data: 69 bytes} PR_DISPLAY_NAME: Shi Keping PR_RECIPIENT_TYPE:
1 PR_SEARCH_KEY: {Data: 44 bytes} 0x0ffe: 6 0x3900: 0 PR_SEND_RICH_INFO: 0 0x39ff: skp
PR_TRANSMITTABLE_DISPLAY_NAME: Shi Keping 0x403d: SMTP 0x403e: skp@bnbm.com.cn--- Recipient 2
---
0x67f2: 210189 0x67f3: 210191 0x0e0f: 1 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: yanguozhe@jiayuan-
law.com PR_ENTRYID: {Data: 94 bytes} PR_DISPLAY_NAME: Yan Guozhe PR_RECIPIENT_TYPE: 1
PR_SEARCH_KEY: {Data: 31 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0 0x39ff: Yan Guozhe
PR_TRANSMITTABLE_DISPLAY_NAME: Yan Guozhe 0x403d: SMTP 0x403e: wb@bnbm.com.cn--- Recipient 3
---
0x67f2: 210192 0x67f3: 210194 0x0e0f: 1 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: CZL@CNBM.COM.CN
PR_ENTRYID: {Data: 74 bytes} PR_DISPLAY_NAME: CZL PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY: {Data: 21
bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0 0x39ff: CZL PR_TRANSMITTABLE_DISPLAY_NAME: CZL
0x403d: SMTP 0x403e: chenyu@bnbm.com.cn--- Recipient 4 ---
0x67f2: 210195 0x67f3: 210197 0x0e0f: 1 PR_ADDRTYPE: EX PR_EMAIL_ADDRESS: /O =BNBM/OU=BNBMMAIL/
CN=RECIPIENTS/CN=WB PR_ENTRYID: {Data: 68 bytes} PR_DISPLAY_NAME: Wang Bing PR_RECIPIENT_TYPE: 1
PR_SEARCH_KEY: {Data: 43 bytes} 0x0ffe: 6 0x3900: 0 PR_SEND_RICH_INFO: 0 0x39ff: wb
PR_TRANSMITTABLE_DISPLAY_NAME: Wang Bing--- Recipient 5 ---
0x67f2: 210198 0x67f3: 210200 0x0e0f: 1 PR_ADDRTYPE: EX PR_EMAIL_ADDRESS: /O =BNBM/OU=BNBMMAIL/
CN=RECIPIENTS/CN=CHENYU PR_ENTRYID: {Data: 72 bytes} PR_DISPLAY_NAME: Chen rain
PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY: {Data: 47 bytes} 0x0ffe: 6 0x3900: 0 PR_SEND_RICH_INFO: 0
0x39ff: chenyu PR_TRANSMITTABLE_DISPLAY_NAME: Chen Yu--- Recipient 6 ---
0x67f2: 210201 0x67f3: 210203 0x0e0f: 1 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: zj@cnbm.com.cn
PR_ENTRYID: {Data: 70 bytes} PR_DISPLAY_NAME: Opens healthy PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY:
{Data: 20 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0 0x39ff: Opens healthy
PR_TRANSMITTABLE_DISPLAY_NAME: Zhang Jian
```