# The Eighteenth Meeting of the Third Board of Directors of China National Building Material Company

Time: August 15, 2014 9:00

Meeting format: At meeting venue

Meeting location: Second Conference Room on 6F

Convener: Song Zhiping

Attendees: Yao Yan, Cao Jianglin, Ni Xiaoting, Zhao Xiaogang, Zhuang Laiyou, Lu Xiaoqiang, Zhu Yanfu, Peng Xuefeng, Wang Yumeng

Zheng Lei, Hao Zhenhua, Guang Zhaoyu, Gan Zhiping

Guo Chaomin, Wu Jiwei, Zhang Jian, Zhao Yanmin, Wei Rushan

I.  Regular reporting: Production and operational conditions at the group company and joint stock company between January and July

Wu Jiwei

Cao Jianglin

Song Zhiping

EXHIBIT A

II. Resolution on the group company's provision of guarantee for Bengbu Glass Industry Design & Research Institute's acquisition of CIGS

Reported by Zhao Yanmin

250 million supplements state-owned principal, with bank loan of RMB 217.17 million, during this period, the principal is insufficient,

Wu: Finance in steps, EUR 30 million, 100 million is enough; additional operational capital within two years can also be added from the principal. Apply for the general project for step-by-step implementation.

Song: The Ministry of Commerce has approved it. We hope to persevere in promoting it; the key is technology. From Siemens, to Shell, to Saint-Gobain, this project has been ongoing for years. Only if we get this project, can the local and fund investments in this project come in. For the future, emerging industries are very good. Realizing a settlement requires financing and guarantees.

II.   Resolution regarding integration of internal resources, formation of Triumph Group, and implementation of the platform for glass

More has been done and injected into Triumph, and there is passion. The Investment Department helped summarize it. Now, we will construct a platform, professionalize business, and regulate management, to make things clear in the management ranks.

Wei Rushan: Centralize management, clarify property rights, clarify business, and elevate efficiency

Guo Chaomin: There are still a lot of uncertainties

It's not hard to put the glass company into Triumph with a new name.

Luoyang Float Glass Group, Luoyang Glass Co., Ltd., these are more difficult

Finish compressing the ranks, develop some new business, and create a basic platform for integration of international and domestic business.

Yao: Last year, General Manager Song also said this, it has important effects. In the last few years, the glass-related units have been turned over to Peng Shou, and some of the work has not been going very well. In the last few years, Bengbu Glass Industry Design & Research Institute has mainly been developing the industry, and scientific research and design (entry into international

engineering). It's hard for the main institute to manage, because more things are being approved by the upper rank. After reform, the glass matters will become centralized. Peng Shou has done a lot of work, integrating fragmented platforms into one. There is a lot to adjust for the glass company. Use this opportunity to increase the Group's assistance and supervision of them.

Song: After the establishment of Triumph, a platform is created to provide guarantees for subsidiaries in terms of capital and assets.

Traditionally, Glass and Zhonglian are two separate lines, and Xingke has to be adjusted. Luoyang has started to allocate glass for automobiles.

Zhao: Without [Luoyang] Glass, how much capital does Luoyang Float Glass Group have?

Wei: Based on amount separated through Luoyang Glass, the actual value does not look good.

Song: We want to cancel it out, but it's hard to cancel out a shell.

Zhuang: Originally, when disposing of distressed capital, it was transferred to the asset management company, and originally the basic revenue was 20%-30%. Cinda actually

had zero cost, and any sale was a profit.

Song: The ones in Luoyang are easier to negotiate. The asset management companies in Luoyang are more difficult to negotiate with. For debt-to-equity, the actual assets are zero, but there is one listed company that has no assets but high market value, if it participates in market value assessment. It's hard to discuss it. But if they don't get out, Luoyang Glass's stocks can't change. It might have to lose some money.

Zhao: It would be best to apply for state policy, and cancel out the small shareholders financially.

Song: We can apply for this, so that we can change and save Luoyang Glass. We'll submit a document to see what we can do. We've dealt with asset management companies several times without much [result].

Use leftover production capacity to resolve the problems at Luoyang Float Glass Group. Aluminum Corporation of China Limited has resolved 2 billion. This is the principal to resolve the outstanding problems.

Guo: It doesn't look good this year.

Aluminum Corporation of China Limited, China Metallurgical Group Corporation, and Sinosteel

Corporation; ten enterprises with special difficulties were listed, but we are not one of them.

Lu: Do we have approximate computations?

Ni: Policy-mandated bankruptcy for perhaps two companies.

Cao: Bankruptcy is tough. The main point of this plan may not be Luoyang Glass and to solve Luoyang Glass's problem. To be an operational holdings company, the matters always go to the main institute and the Group, for various issues like poor profitability or other problems.

There are three functions in operational holdings companies: 1) A big financing platform, with 467 million in guarantees by Bengbu Glass Industry Design & Research Institute. The Group does not need to make a guarantee for this. 2) A platform to process and resolve problems left by history. 3) Most importantly, develop new things under the platform, like the CIGS project and the TFT-LCD glass substrate project. Would it be possible to use this platform to ultimately develop 2-3 companies at the 1 billion profit level?

The chain is too long and the business is a bit complicated, with companies worth several hundred thousand or several

million. There are too many companies, definitely several dozen. Peng Shou is willing to resolve these problems too. With one big piece of land, there is no need to look for projects.

Guo: Because of replacement, stock prices and market value will increase.

Song: Both listed companies have potential. We should enlarge the two listed companies involved in the industries of new materials and renewable energy. The goal should be to reach a certain scale in the industry.

Cao: We should pull up these two listed companies. Right now they are too distant from the Group.

The difficulties involved in resolving the glass problems are only very small. The main focus is development.

Lu: Integrate the other business into the listed companies.

Cao: Gradually carry out training for glass substrate and CIGS, and then incorporate them into the listed companies.

They have ideas that are welcomed by the capital market.

Song: Their scientific research personnel have done a lot. Their problem is too many companies that need to be

pruned. Peng Shou is a learner; if you tell him, he will listen.

The small brands will gradually disappear. The four cement companies can be separately unified.

III.   Resolution regarding the formulation of *Rules Governing Asset Transfer for China National Building Material Company*

Wei: 100-5000 [1 to 50 million], second-tier enterprise review, market trade transfer

Over 50 million, market trade translation (except transfer by agreement and undertaken review procedures)

Over 300 million, the Administrative Office will report to the Board of Directors

Ni: Are there regulations for absolute numbers and relative numbers

For small businesses

Song: Mainly, 50 million to 300 million for groups, 300 million for chairmen. The industry of construction materials is one that emphasizes assets. See if this number will work.

Resolution 4: Resolution regarding external donation by Beijing New Building Materials.

Resolution 5: Resolution regarding external donation by Zhejiang South Cement Co., Ltd. to the "joint treatment of five waters" project.

**Report regarding recent developments of plaster boards exported to the United States**

Zhang Jian: Chief Zhou of Bureau of Policies and Regulations has inquired with Supreme People's Court. Regardless of the ruling in the United States, the domestic assets will not be subject to enforcement, while foreign assets. China National Building Material will respond in four ways. The enterprise should make preparations for media promotions.

State-owned Assets Supervision and Administration Commission has communicated with judicial departments and refused service.

Cao: The attorneys are familiar with the case and with American law.









Yan Guozhe: On July 18, Beijing New Building Materials made a public announcement, which could have caused massive losses. After the announcement was posted, it happened that the mixed-ownership system was rolled out. So stock prices actually went up.

3700 houses are waiting for some new information.

Cao: The joint stock company has to prepare too, otherwise the effects will be even bigger.

Chang: We are already preparing.

Cao: I think whenever Jia Tongchun leaves the country, there is risk. The legal systems in Papua New Guinea and Australia are similar.

Zhu: It's more likely to detain the ship than to detain the person.

Song: The plaster boards have been confirmed to be free of problems by China and the United States. When gripped by the United States, either go bankrupt or pay a massive amount to settle.

Cao: State-owned Assets Supervision and Administration Commission has raised doubts about our attorneys' fees.

Zhang Jian: Bureau of Policies and Regulations has made related requests for a list in terms of attorneys' fees and others.

Peng: There is no way to get bids on litigation attorneys.

Cao: Bids can be used to get commercial lawyers, but we'll find the litigation attorney that can win.

Peng: Now the Bureau of Policies and Regulations won't say which attorney of Dacheng's was contacted.

Song: State-owned Assets Supervision and Administration Commission wrote a letter to have us engage in litigation. Engage in limited response to the lawsuit, dealing with an order of over 2 million. Now, we really can't engage. If they think you have grounds for action, why would you not engage? In the United States, you can sue if you don't like

something, there don't have to be quality problems. The issue is values.

For this lawsuit in the United States, we would definitely lose. There is no possibility of a win. Contempt is fine, but we won't win anyway.

It's hard for anyone to free themselves from class action lawsuits. In the United States, Ceroda used asbestos and incurred a class action lawsuit. The creditors' committee formed a management commission, and any profits would go to them first.

Cao: There was a very famous lawsuit a few years ago. An old lady bought coffee, and there was a lawsuit, and McDonald's paid US$ 25 million in damages.

Song: If there are problems in the United States, there are also problems in China. Settlement in the United States cannot prove that you have no problems. Settlement in China means that you are deemed to have problems. Knauf came last time and said they were hijacked, but they could only settle in the United States. They have commercial insurance in the United States, which might be used to fix houses, and part of it is given to the attorneys, while the remaining is used to fix houses. The issue is

whether the houses are permitted to be repaired, it's not too realistic. Of some companies, one has to compensate some money.

In the United States, we don't have too much business profit, unlike KNAUF. But American judges don't think this way. They've got you, so why won't you settle?

Zhao: Recently, the Chinese government has adjusted the monopolies of several companies, including Audi, BMW, and Microsoft. Will this get bigger?

Lu: It would be easier to resolve at the state level.

Even if we bide our time now, it's different from in the past. The Americans are intentionally coming after you.

Song: Like Aorui said, if China National Building Material changes its plan of attack, because of State-owned Assets Supervision and Administration Commission, that case will cause a chain reaction. Whether we go, what we do, are all unrelated to State-owned Assets Supervision and Administration Commission.

Cao: The Americans won't even recognize it.

Ni: Right now, we still register based on two laws, and there is only limited liability under Company Law.

Zhuang: We'll keep ignoring them. What else is there to

do?

Cao: There is one thing we need a preliminary decision on: Beijing New Building Materials is not going to respond to the lawsuit.

Zhao: We can't respond now, so we won't respond.

Ni: They wrote the rules of the game. We can only keep playing the game if we force them to change the rules.

Song: This lawsuit is too big, over US$ ten or twenty million. They want too much. When we go back to State-owned Assets Supervision and Administration Commission, they talk about quality problems again.

Director Deng Yuting of Beijing New Building Materials Group has retired, arranging for exemption

Report and discuss Pilot Program for the Development of Mixed-Ownership Economic System at China National Building Material Company

Guang: Yesterday, we reported the plan to ten bureaus at State-owned Assets Supervision and Administration Commission

With the three powers of the Board of Directors, we may

need an additional one, the right of strategic planning. But there are different opinions on what would be part of this right. The commission believes that the Board of Directors can make decisions on items that are not part of its principal business. Would this work?

Song: So do you believe the Board of Directors?

Guang: Wait for Director Meng to get back.

Song: Beijing's plan is pretty good. State-owned Assets Supervision and Administration Commission wants to break through Beijing's plan. For instance, those with under 50% are no longer deemed state-owned enterprises, and would be managed by market principles,

this means we can't do things like fill out the forms anymore. We have to study Beijing's plan.

Guang: Yesterday, Second Bureau for the Administration of Corporate Executives mentioned that the Organization Department of the Communist Party of China is investigating officials whose family members are all abroad.

Song: But those people are bureaucrats.

Song: They are appointed for capital operations companies and investment companies.

Ni: Li Jianguo resigned his position as civil servant.

Song: Are there any breakthroughs on our pilot program?

Financial Times published an article on the central government's appointment of two enterprises implementing test sites for private capital

We've done a lot of work for this pilot program

Guang: The third key in the introduction to the pilot program was written according to the six aspects in the committee's plan.

Yesterday, Director Xiong proposed the selection of one test site department for the party organization.

Song: Choose China Fiberglass as the test site for the party organization. Jushi is at the local level. If Fiberglass moves, the party organization can go with it.

Cao: CNBM Investment is also a possible choice, but Fiberglass should have priority.

Guang: A few recommendations

Truly implement the recruitment and management of professional managers

Reform the current management of total salaries

In terms of cyclical budget management, we can communicate about directly listing it in filing management

for the total salary amount

Song: Yumeng, you all should work on this too.

Hao: Do some work, don't file the cases. Test sites?

Guang: Filing is fine.

Ni: Which level should we file to?

In the future, the mixed-ownership system will have a total salary amount, and State-owned Assets Supervision and Administration Commission can only manage headquarters.

Guang: The total salary amount at Group headquarters still has to be managed.

Song: I'm worried about something else. The breakthroughs at the central enterprises would not be as great at the local level.

Our test site departments are being managed by various authorities. There is also reform at non-test sites.

Zhen Caiji said that they are working on performance stocks, one of which was approved by State-owned Assets Supervision and Administration Commission. We should learn from them, to see what was approved by State-owned Assets Supervision and Administration Commission.

The non-test sites are doing it already, but we, as a test enterprise, all we are doing is talking to each other and we haven't accomplished anything.

Like Professor Zhu said, we've accomplished nothing for the year after becoming a test site, even less than the non-test sites.

Cao: What we can do now, what we are doing, and what we can accomplish; don't write these things into this plan.

Song: Two plans, one for reporting, and one plan for internal reform that we will do on our own.

Cao: Don't write into the pilot program what we can do now and what will be immediately effective.

Zhao: The pilot program is rougher the better in terms of the approaches and principles.

Ni: Don't give a detailed discussion of the existing problems in the system and how to reform them.

Guang: The things that we have insisted on, like equity incentives

We can open up this point too; historically formed privately owned entrepreneurs

Preferred stocks

We can consider providing support for establishing an

investment company specialized in managing employee shareholding rights within the Group.

Simplify the supervisory methods

Localize party construction

Apply for employee placement funds, with 500 million at Beijing New Building Materials, with 3-5 billion capital support

Song: If anyone has opinions, provide feedback to Xiaoguang.

First, we want to do well and have a breakthrough. Second, we hope that there are outcomes, mechanisms, and motivation, with good benefits. Let's truly do some reform, for those who should be doing their work and their homework. If someone should go out and learn something, at Zoomlion or Yili, they should do that.

For China Fiberglass, we are the strategic investor and the financial investor. We are engaged in complete marketized operations, and this would affect other companies too, like Zhejiang Materials Industry Group. For the preferred stocks, set the ratio of returns. For other ordinary shares, employees can participate for bonuses. Learn at Greenland Holding Group and Shanghai Electric.

In Beijing, for mixed [ownership] in the parent company and BBMG, the leadership ranks have incentivizing mechanisms. We should learn from them. We'll learn. In the next step, Office of Test Sites can organize something for getting out there to learn at these places.

We also need an internal plan that is not for their review. We need two plans, one with more reform, and one with more realism.

We chose seven units, and we support those not in the seven but are willing to undergo reform. State-owned Assets Supervision and Administration Commission said there are no ranks or time. It's true for us too. The Office of Test Sites cannot oppose it. Outside of the seven test site departments, for those that are willing to go and are going ahead, we can only continue reform if we enthusiastically provide support and guidance.

Ni: Figure out what is testing and what is implementation. After everything has finished being reviewed, implement it. Separate the people into public matters and the market. Go to the Ministry of Finance often.

Song: The Ministry of Finance actively contacted us. The two types of test sites are still up to the Finance

Department. We will seek opinions from State-owned Assets Supervision and Administration Commission, and ignore them if they are different.

Song: If pilot points are necessary, report to the Office of Test Sites, go through the leadership team, and they need review from the directors on the Board of Directors