**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 09-6687 (E.D. Va.);

*Gross v. Knauf Gips, KG*, Case No. 09-6690 (E.D. La.);

*Wiltz v. Beijing New Building Materials Public Limited Co,* Case No. 10-361 (E.D. La.);

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.).

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S NOTICE OF JOINDER IN TAISHAN'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR ASSESSMENT OF CLASS DAMAGES**

Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC")

and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") hereby join in and adopt

the concerns and positions[1] set forth in Defendants Taishan Gypsum Ltd., Co., and Tai'an

---

[1] <u>Reassertion of Objection to Personal Jurisdiction</u>: On March 4, 2015, the BNBM Entities formally appeared in the above-captioned actions, through Notices of Appearance that

Taishan Plasterboard Co., Ltd.'s Supplemental Memorandum in Opposition to Plaintiffs' Motion for Assessment of Class Damages [Doc. No. 19490-1 "Taishan's Brief"].  As discussed in Taishan's Brief, the PSC's improper September 8, 2015 letter to the Court illustrates that Plaintiffs' request for damages is entirely unsupported and should be denied in all respects.

## CONCLUSION

WHEREFORE, for all the reasons set forth in Taishan's Brief, BNBM PLC and BNBM Group respectfully request that the Court deny Plaintiffs' Motion for Assessment of Class Damages, strike Plaintiffs' Exhibit 79 submitted in support of their Damages Motion, set a briefing schedule for the Motion to Decertify the Class, and deny the PSC's September 8, 2015 letter request to find that "the formulaic method used to calculate remediation damages is fair and reasonable."

Dated:  September 11, 2015

Respectfully submitted,

**DENTONS US LLP**

By: */s/ Michael H. Barr*
Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

---

specifically raised and preserved defenses relating to, *inter alia*, lack of personal jurisdiction.  As the BNBM Entities have done with each prior submission, they raise the issue of personal jurisdiction at the outset of this Notice of Joinder to preserve the BNBM Entities' legal rights to assert this fundamental defense.

- AND -

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

- AND -

C. Michael Moore
Texas Bar No. 14323600
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com

**- AND -**

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

***Attorneys for Beijing New Building
Material (Group) Co., Ltd. and Beijing
New Building Materials Public Limited
Company***

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Notice of Joinder in Taishan's Supplemental Memorandum in Opposition to Plaintiffs' Motion for Assessment of Class Damages** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this September 11, 2015.

*/s/     Michael H. Barr*

4