UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>HAYA V. TAISHAN GYPSUM CO., LTD., TAIAN TAISHAN PLASTERBOARD CO. | Case No.: 2:11-cv-01077 |

## OMAR THOMAS AND NARDIA NELSON'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT(S), TAISHAN GYPSUM CO., LTD., TAIAN TAISHAN PLASTERBOARD CO.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), OMAR THOMAS AND NARDIA NELSON, hereby dismisses, without prejudice, all of their claims against DEFENDANT(s) TAISHAN GYPSUM CO., LTD., TAIAN TAISHAN PLASTERBOARD CO, in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. OMAR THOMAS AND NARDIA NELSON shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Roberts & Durkee, P.A., counsel for OMAR THOMAS AND NARDIA NELSON, dated August 28, 2015, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: 9/14, 2015

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14 th day of September , 2015.

                                      /s/ Leonard A. Davis
                                      Leonard A. Davis, Esquire
                                      HERMAN, HERMAN & KATZ, L.L.C.
                                      820 O'Keefe Avenue
                                      New Orleans, Louisiana 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      ldavis@hhklawfirm.com
                                      Plaintiffs' Liaison Counsel
                                      MDL 2047