UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>HAYA V. TAISHAN GYPSUM CO., LTD., TAIAN TAISHAN PLASTERBOARD CO. | Case No.: 2:11-cv-01077 |

### SHANNON CAMBRIC'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT(S), TAISHAN GYPSUM CO., LTD., TAIAN TAISHAN PLASTERBOARD CO.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, SHANNON CAMBRIC, hereby dismisses, without prejudice, all of his claims against DEFENDANT(s) TAISHAN GYPSUM CO., LTD., TAIAN TAISHAN PLASTERBOARD CO, in Plaintiffs' Omnibus Complaints, reserving his rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. SHANNON CAMBRIC shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Roberts & Durkee, P.A., counsel for SHANNON CAMBRIC, dated August 28, 2015, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: 9/14, 2015

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14 th day of September , 2015.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047