# EXHIBIT "A"

# ROBERTS & DURKEE, P.A.

ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

JAVIER A. BASNUEVO
BASNUEVO@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

OFFICES AT GRAND BAY PLAZA
2665 SOUTH BAYSHORE DRIVE
SUITE 300
COCONUT GROVE, FLORIDA 33133

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.robertsanddurkee.com

August 28, 2015

*Via Facsimile (504) 561-6024 & U.S. Mail*
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: **In re: Chinese Manufactured Drywall Products Liability Litigation
HAYA V. TAISHAN GYPSUM CO., LTD., TAIAN TOISHAN
PLASTERBOARD CO.**

Dear Russ and Lenny:

My client, Shannon Cambric, authorizes the attorneys of Herman, Herman & Katz, L.L.C. to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of his claims against defendant(s) Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co., in the above matter, reserving his rights and claims against any and all other defendants therein.[1]

Very truly yours,

C. David Durkee

CDD:es

---

[1] Our client's follow this course of action due to the fact they are unable to locate any evidence consistent with "Taishan" plasterboard.