UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Payton vs Knauf Entities 09-7628<br>Gross vs Knauf 09-6690<br>Haya vs Taishan 11-1077<br>Amorin vs Taishan 11-1395<br>Amorin vs Taishan 11-1672<br>Amorin vs Taishan 11-1673 | |

**JULIO AND CARMEN LASALLE NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF DEFENDANTS NAMED IN THE ABOVE COMPLAINTS**

    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), Julio and Carmen LaSalle, hereby dismiss, without prejudice, all of their claims against DEFENDANTS named in Plaintiffs Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.   Each party is to bear its own attorney's fees and costs. Julio and Carmen LaSalle shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit A is correspondence from Krupnick Campbell Malone Buser Slama Hancock Liberman P.A., counsel for Julio and Carmen LaSalle, dated   28th day of August, 2015 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.     Dated ███████████ September 15, 2015.

                                            Respectfully submitted,

                                            /s/ Russ M. Herman_____

1

Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs= Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants= Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31X15th day of AugustxSeptember , 2015.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
Plaintiffs= Liaison Counsel
MDL 2047