# EXHIBIT "A"

LAW OFFICES
# KRUPNICK CAMPBELL MALONE
# BUSER SLAMA HANCOCK LIBERMAN
A PROFESSIONAL ASSOCIATION

| | | |
|---|---|---|
| JON E. KRUPNICK * | 12 Southeast 7th Street | NICK S. DAVITIAN† |
| WALTER G. CAMPBELL, JR *†*** | Suite 801 | SEAN F. THOMPSON |
| KEVIN A. MALONE | Fort Lauderdale, Florida 33301 | M. JASON WEIL |
| THOMAS E. BUSER * | | BLAKE V. DOLMAN |
| JOSEPH J. SLAMA * | Telephone (954) 763-8181 | CHRIS W. ROYER ♦♦ |
| KELLY D. HANCOCK ***†♦ | Toll Free (877) 763-8181 | BRENT M. REITMAN |
| SCOTT S. LIBERMAN | Fax (954) 763-8292 | |
| IVAN F. CABRERA ***† | www.krupnicklaw.com | |
| KELLEY B. STEWART †† | | |
| MICHAEL J. RYAN | | * BOARD CERTIFIED CIVIL TRIAL LAWYER |
| CARLOS A. ACEVEDO *** | | *** ADMITTED IN NEW YORK |
| HOLLY D. KRULIK | | † ADMITTED IN DISTRICT OF COLUMBIA |
| | | †† ADMITTED IN NORTH CAROLINA |
| | | ♦ ADMITTED IN WASHINGTON |
| | | ♦♦ ADMITTED IN VIRGINIA |

August 28, 2015

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re:    In re: Chinese Manufactured Drywall Products Liability Litigation
               Payton v Knauf Entities 09-7628
               Gross v Knauf 09-6690
               Haya v Taishan 11-1077
               Amorin v Taishan 11-1395
               Amorin v Taishan 11-1672
               Amorin v Taishan 11-1673

Dear Russ and Lenny:

    My clients, Julio and Carmen LaSalle, authorize the attorneys of Herman, Herman & Katz, L.L.C. to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendants named in the above complaints reserving their rights and claims against any and all other defendants therein.

                                                Very truly yours,

                                                Michael J. Ryan

MJR/lw