OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:  September 15, 2015_____

_Stephen and Diane Brooke, et al_____

vs.

State-Owned Assets Supervision and Administration
_Commission of the State Council, et al_____

Case No. 2:15-cv-4127  Section _____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended
complaint) ( ___  amended complaint) (third party complaint)
(other : _____ ) to the following:

1.  (name)  State-Owned Assets Supervision and Administration Commission of the State Council
    (address)  No. 26 Xidajie, Xuanwumen, Xicheng District, Beijing, P.R. China 100053
2.  (name)  Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.
    (address)  c/o Bernard Taylor, Alston & Bird LLP, 1201 West Peachtree St., Atlanta, GA 30309
3.  (name)  Tai'an Taishan Plasterboard Co., Ltd.
    (address)  c/o Bernard Taylor, Alston & Bird LLP, 1201 West Peachtree St., Atlanta, GA 30309
4.  (name) _____
    (address) _____

Very truly yours,

_/s/ Leonard A. Davis_____
"Signature"

Attorney for   Plaintiffs_____

Address   820 O'Keefe Ave., New Orleans, LA 70113