# EXHIBIT A


# Colson
# Hicks
# Eidson

PATRICK S. MONTOYA

*Via Federal Express*

April 11, 2014

Garrett W. Thalgott
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

      RE:   Already Remediated Home Claim--Oceanique Development Company, Inc.

Dear Mr. Thalgott,

     Attached please find Oceanique Development Company, Inc.'s Owner Disclosure Affidavit and three notebooks containing the required information under the Already Remediated Home protocol. Kindly review it and let us know if you believe there is anything missing and advise us of your client's offer on the claim. Should you have any questions, please do not hesitate to contact us.

                                      Very truly yours,

                                      PATRICK S. MONTOYA

Enclosures: as stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com
| 2101 L Street, N.W. | 10th Floor | Washington, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 Carondelet Street, Rooms 810 & 812 | New Orleans, LA | 70130
| T: 305.476.7400 | F: 305.476.7444

From: (305) 476-7400
Ervin Gonzalez, Esq.
COLSON HICKS EIDSON PA
255 Alhambra Circle
Coral Gables, FL 33134

Origin ID: JDMA



Ship Date: 11APR14
ActWgt: 5.0 LB
CAD: 100618403/INET3490

Delivery Address Bar Code



J14101402070326

SHIP TO: (305) 476-7400          BILL SENDER
**Garrett Thalgott**
**Frilot, LLC**
**1100 POYDRAS ST**

NEW ORLEANS, LA 70163

Ref # CDW - Oceanique 091378
Invoice #
PO #
Dept #

TRK# 7985 2787 2021
0201

MON - 14 APR AA
STANDARD OVERNIGHT

**XH NEWA**

70163
LA-US
MSY



522G1/78D9/F220

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue                    4/11/2014