UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br><br>**THIS DOCUMENT RELATES TO:**<br><br>**David Gross, et al. v. Knauf Gips KG, et al.; Cause No. 09-6690**<br><br>**Laura Haya, et al. v. Taishan Gypsum Co., et al.; Cause No. 11-1077**<br><br>**Amorin et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.; Cause No. 11-1395** | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### PLAINTIFFS ROBERT AND KAREN VANCIO'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF ALL DEFENDANTS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs Robert and Karen Vancio hereby dismiss, without prejudice, all of their claims against all Defendants in Plaintiffs' Omnibus Complaints. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Holly Werkema, counsel for Plaintiffs, dated August 28, 2015, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

|  |  |
|---|---|
|  | Respectfully submitted: |
| Dated: September 16, 2015 | /s/ Leonard A. Davis<br>Russ M. Herman, Esquire (Bar No. 6819)<br>Leonard A. Davis, Esquire (Bar No. 14190)<br>Stephen J. Herman, Esquire (Bar No. 23129)<br>HERMAN, HERMAN, & KATZ, L.L.C.<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Phone: (504) 581-4892<br>Fax: (504) 561-6024<br>ldavis@hhklawfirm.com<br>*Plaintiffs' Liaison Counsel*<br>*MDL 2047* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of September, 2015.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN, & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*