# EXHIBIT "A"

# BARON BUDD, P.C.®

DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

August 28, 2015

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: In re: Chinese Manufactured Drywall Products Liability Litigation

**Gross, et al. v. Knauf Gips KG, et al. (Cause No. 09-6690); Haya, et al. v. Taishan Gypsum Co., et al. (Cause No. 11-1077); Amorin, et al. v. Taishan Gypsum Co., Ltd., et al. (Cause No. 11-1395); MDL-2047, Eastern District of Louisiana**

Dear Russ and Lenny:

My clients, Robert and Karen Vancio, authorize the attorneys of Herman, Herman, & Katz, L.L.C. to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against all Defendants in the above matters.

Very Truly Yours,

Holly R. Werkema
Baron & Budd, P.C.