UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) <br> DRYWALL PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Gross et al. vs. Knauf Gips KG et al. ) <br> Case No. 09-6690 ) <br> Amorin et al. vs. Taishan Gypsum, et al. ) <br> Case No. 11-1672 ) <br> Amorin, et al. vs. Taishan Gypsum, et al. ) <br> Case No. 11-1395 ) <br> Amorin, et al. vs. Taishan Gypsum, et al. ) <br> Case No. 11-1673 ) <br> _____ ) | MDL No. 2047 <br><br> SECTION "L" <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

## ORDER GRANTING MORGAN & MORGAN, P.A.'S MOTION TO WITHDRAW AS COUNSEL FOR DOMINICK LAURIA

Considering the law firm of Morgan & Morgan, P.A.'s Motion to Withdraw as Counsel for Plaintiff Dominick Lauria and the Court having considered the Motion and supporting Memorandum, and finding that Morgan & Morgan P.A. has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Morgan & Morgan, P.A.'s Motion to Withdraw as Counsel for Plaintiff Dominick Lauria is GRANTED. Morgan & Morgan, P.A. is discharged from any further obligation and relieved of any further appearance in these cases on behalf of Dominick Lauria. Morgan & Morgan, P.A. shall serve this order on Dominick Lauria via electronic mail and regular U.S. mail at his last known address within 10 days of the entry of this order. Until such time as a Notice of Appearance is filed by new counsel, all pleadings pertinent to his claims shall be served on Plaintiff Dominick Lauria at 9096 Villa Palma Lane, Palm Beach Gardens, FL 33418.

New Orleans, Louisiana, this 17th day of September, 2015.

_____
Eldon E. Fallon
United States District Court Judge