IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-30404

_____

A True Copy
Certified order issued Sep 11, 2015

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

IN RE: CHINIESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------------------------------------------------------------------

ANITA SANDERFORD; JAMES SANDERFORD; WES SANDERFORD; MARILYN CLARK; FRANCIS PARLOW; SHEA LADNER; DESIREE LADNER; BRENDON LADNER; BROOKLYN LADNER,

      Plaintiffs - Appellants

v.

HOMEBUILDERS AND INSTALLERS STEERING COMMITTEE; ET AL,

      Defendant

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

O R D E R :

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.

                                                      <u>/s/ Lyle W. Cayce</u>
                                                      LYLE W. CAYCE
                                                      CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT