# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 11, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

          No. 15-30404    In Re: Chinese Mft Drywall
                          USDC No. 2:09-MD-2047

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Shea E. Pertuit*

                    By: _____
                    Shea E. Pertuit, Deputy Clerk
                    504-310-7666

cc w/encl:
     Mr. Wayne E. Ferrell Jr.