# EXHIBIT A

Case 2:09-md-02047-EEF-MBN   Document 19522-2   Filed 09/18/15   Page 2 of 2
Case 3:15-cv-00184-ST   Document 9   Filed 02/04/15   Page 1 of 1
Case 2:09-md-02047-EEF-JCW   Document 18549-5   Filed 03/25/15   Page 2 of 2

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

AMORIN, *et al,*

                Plaintiffs,

      v.

CHINA NATIONAL BUILDING
MATERIALS IMPORT AND EXPORT
CORPORATION, a People's Republic of China
corporation, *et al,*

                Defendants.

3:15-cv-00184 -ST

ORDER

STEWART, Magistrate Judge:

    For the reasons stated in Plaintiff's Motion to Approve Alternative Service of Process

Pursuant to Fed. R. Civ. P. 4(f)(3) (docket #3), it is hereby ORDERED that said motion is

GRANTED and that plaintiffs may serve defendants through their United States lawyers.

    DATED February 4, 2015.

                        s/ Janice M. Stewart

                        Janice M. Stewart
                        United States Magistrate Judge

1 – ORDER