## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*ALL ACTIONS* | |

## O R D E R

AND NOW, on this _____ Day of _____, 2015, upon consideration of the Plaintiffs' Steering Committee's Motion to Approve Alternative Service of Process On the BNBM and CNBM Entities Pursuant to Fed.R.Civ.P. 4(f)(3), it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge