## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, the Knauf Defendants[1] hereby request oral argument on its Motion to Reconsider Order Regarding Oceanique's Motion for Court Review of the Special Master's Opinion (Rec. Doc. 19413), set to be submitted on October 14, 2015, at 9:00 a.m. (Rec. Doc. 19428).  Knauf submits that oral argument will facilitate the Court's consideration of the issues presented in the Motion.

                Respectfully Submitted,

                **BAKER, DONELSON, BEARMAN,**
                **CALDWELL & BERKOWITZ, PC**

                /s/ *Kerry J. Miller*_____
                **KERRY J. MILLER (LA Bar #24562), T.A.**
                **DANIEL J. DYSART (LA Bar #33812)**
                201 St. Charles Avenue, Suite 3600
                New Orleans, LA 70170
                Phone:	504.566.8646
                Fax:	504.585.6946
                Email:	kjmiller@bakerdonelson.com
                *Counsel for the Knauf Defendants*

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 18th day of September, 2015.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**