# ARH - MOTION TO DISMISS
# EXHIBIT B - BOUGHT WITH KNOWLEDGE

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel |
|---|---|---|---|---|---|
| Blakenship, Jim ; Grimes, Richard | 1415 Scout Trace Drive | Hoover | AL | 35244 | Collins & Horsley, PC |
| Bates, Robert ; Williams, Nicola | 542 NE 17th Avenue | Fort Lauderdale | FL | 33301 | Parker Waichman, LLP |
| Day, Sr. Terry F.; Day II, Terry ; Day, Mindy ; Day, Logan ; Day, Doris | 1542 SW Chari Avenue | Port St. Lucie | FL | 34953 | Parker Waichman, LLP |
| El Harouni, Hossam ; El Harouni, Vera ; El Harouni, Adam ; El Harouni, Nadia | 8707 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLP |
| Kaleal, Daniel ; Kaleal, Christine | 3500 Cherry Blossom Court #102 | Estero | FL | 33928 | Parker Waichman, LLP |
| Ostner, Derrick ; Diefenbacher, Jeffrey ; Ostner, Heidi ; Sieber, Jacqueline Marie | 8690 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLP |
| Forkin, Mircha | 1987 SE 21st Court | Homestead | FL | 33035 | Parker Waichmann, LLP |
| McHugh, Patrick;  McHugh, Donna | 21524 Taft Court #203 | Estero | FL | 33928 | Parker Waichmann, LLP |