## ARH - MOTION TO DISMISS
## EXHIBIT C - NOT COMPENSABLE

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel |
|---|---|---|---|---|---|
| Blue Water Coach Homes | 206 Shadroe Cove Circle #302 | Cape Coral | FL | 33991 | Baron & Budd/ Allison Grant |