MINUTE ENTRY
FALLON, J.
SEPTEMBER 17, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. Counsel for the Plaintiffs, Taishan, CNBM, and BNBM participated. The Court initiated the call by explaining the current status of the case and why this telephone status conference was being held. For the full transcript of the conference, please contact Karen Ibos at (504) 589-776.

After listening to all the parties, the Court determined that an evidentiary hearing on the issues of spoliation, contempt, adverse inferences, and possible penalties is necessary. At this evidentiary hearing, only live testimony depositions and admissible evidence may be introduced. **IT IS ORDERED** that the evidentiary hearing on the foregoing issues will be held in the Courtroom of the Honorable Eldon E. Fallon on **Tuesday, November 10, 2015 at 9:00 a.m**.

During the discussion, Counsel for Taishan indicated that it recently learned the whereabouts of Mr. Wenglong Peng's computer. **IT IS FURTHER ORDERED** that Counsel for Taishan instruct its client to refrain from changing, deleting or modifying any aspect of the computer or its hard-drive.

1

JS10(00:40)

Finally, the Court is reminded that the opposition memorandum on CNBM's Foreign Sovereign Immunities Act defense (Rec. Doc. 19179) is due to the Court on October 27, 2015. Since the November 10th Hearing may affect the PSC's response, the opposition memorandum is continued until two weeks after the hearing. Accordingly, **IT IS ORDERED** that the opposition memorandum is due on or before November 24, 2015 and any reply memorandum is due on or before December 3, 2015. At present, the hearing on the Foreign Sovereign Immunities Act defense is still set to be heard on oral argument on December 8, 2015 at 9:00 a.m.