UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gross v. Knauf Gips KG,* **2:09-cv-6690**<br>*Amorin v. Taishan Gypsum,* **2:11-cv-1672**<br>*Amorin v. Taishan Gypsum,* **2:11-cv-1395**<br>*Amorin v. Taishan Gypsum,* **2:11-cv-1673**<br>*Amorin v. SASAC,* **2:14-cv-1727**<br>*State of Louisiana v. Knauf,* **2:10-cv-340**<br>*Abner v. Taishan Gypsum,* **2:11-cv-3094**<br>*Posey v. BNBM Co.,* **2:09-cv-6531**<br>*Morris v. BNBM Co.,* **2:09-cv-6530** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**TRANSMITTAL DECLARATION OF KELLY M. DALEY
IN SUPPORT OF CNBM DEFENDANTS' MOTION TO DISMISS
PURSUANT TO RULE 12(B)(1), (2), (4) and (5)**

I, Kelly M. Daley, declare under penalty of perjury, that the following statements are true and correct:

1.      I am an attorney at the firm of Orrick, Herrington, & Sutcliff LLP, counsel for defendants China New Building Materials Group ("CNBM Group"), China New Building Materials Co. ("CNBM Co."), CNBMIT Co. Ltd. ("CMBIT"), CNBM USA Corp. ("CNBM USA"), and United Suntech Craft, Inc. ("United Suntech") (collectively the "Moving Defendants").  I respectfully submit this declaration in support of the Moving Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1), (2), (4) and (5) and to transmit evidence to the Court.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the declaration of Jianglin Cao, dated June 10, 2015.

1

3. Attached hereto as Exhibit 2 is a true and correct copy of the declaration of Zhangli Chang, dated June 9, 2015.

4. Attached hereto as Exhibit 3 is a true and correct copy of the declaration of Yan Xi Chuan, dated June 12, 2015.

5. Attached hereto as Exhibit 4 is a true and correct copy of the declaration of Lina Zhang, dated June 12, 2015.

6. Attached hereto as Exhibit 5 is a true and correct copy of the declaration of Weisheng Liu, dated June 11, 2015.

7. Attached hereto as Exhibit 6 is a true and correct copy of the declaration of Professor Donald Clary Clarke, dated June 15, 2015.

8. Attached hereto as Exhibit 7 is a true and correct copy of the declaration of Ying Yang, dated June 8, 2015.

9. Attached hereto as Exhibit 8 is a true and correct copy of Plaintiffs' Proof of Service on putative defendant CNBMIT Co., Inc., filed in this action as Rec. Doc. 17269.

10. Attached hereto as Exhibit 9 is a true and correct copy of Plaintiffs' April 1, 2015 letter to CNBM counsel.

11. Attached hereto as Exhibit 10 is a true and correct excerpt of the Rule 30(b)(6) Deposition of Taishan Gypsum Co. Ltd. taken June 3, 2015 in New Orleans, Louisiana.

12. Attached hereto as Exhibit 11 is a true and correct copy of the affidavit of Judy A. Nunn, dated October 14, 2014.

13. Attached hereto as Exhibit 12 is a true and correct copy of PSC's Responses and Objections to Defendants' Requests for Production, dated August 28, 2015.

14. Attached hereto as Exhibit 13 is a true and correct copy of a letter from David L. Black, Esq. to Thomas P. Owen, Esq., dated January 6, 2015.

New York, New York
Dated: September 17, 2015

                                                                      Kelly M. Daley