# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
BRIAN F. FOX

\* also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

April 1, 2015

**VIA EMAIL**

L. Christopher Vejnoska, Esquire
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, NY 10019-6142

Re:   *In re: Chinese Drywall Litigation – MDL No. 2047*

Dear Mr. Vejnoska:

Thank you for your prompt response to our letter of March 30, 2015.  I will assume you will comply with the Subpoena that we attempted to serve on CNBM USA.

With regard to the entity designated as "CNBMI", there was a typographical error and it should be "CNBMIT".  We have made service and they have been defaulted.  It is our position that a typographical error does not negate the service.[1]

---

[1] A minor difference in how a defendant's name is spelled has consistently been held to be an improper basis for refusing service of process. *See Brackens v. USA Credit*, 233 F.R.D. 613, 614 (D. Kan. 2005); *Scottsdale Ins. Co. v. Littlepage*, 1993 WL 275162, * 4 (E.D.Pa. July 16, 1993) (refusing to overturn default judgment where there was a minor inaccuracy in the defendant's name); *McManus v. Washington Gas Light Co.*, 1991 WL 222345, * 6 (D.D.C., Oct 15, 1991); *Tremps v. Ascot Oils, Inc.*, 561 F.2d 41, 44 (7th Cir.1977); *United States v. A.H. Fischer Co., Inc.*, 162 F.2d 872, 873 (4th Cir.1947) ("A suit at law is not a children's game but a serious effort on the part of adult human beings to administer justice; and the purpose of process is to bring parties into court. If it names them in such terms that every intelligent person understands who is meant, as is the case here, it has fulfilled its purpose; and courts should not put themselves in the position of failing to recognize what is apparent to everyone else."). *See also Triangle Distributing, Inc. v. Shafer, Inc.*, 1991 WL 164333, * 3 (6th Cir. Aug. 23, 1991) (overturning lower court's order refusing to grant motion to correct name of party defendant); *Hensgens v. Deere & Co.*, 869 F.2d 879, 884 (5th Cir. 1989) ("Law is not a game of scrabble.

LEVIN, FISHBEIN, SEDRAN & BERMAN

L. Christopher Vejnoska, Esquire
April 1, 2015
Page Two

_____

       Also, you have indicated a lack of knowledge as to United Suntech Craft, Inc. Your current website lists that entity as operating in the United States. (See attached). It is our understanding that CNBMIT is the parent entity of United Suntech. Finally, we have also noted on your website an entity by the name of CNBMI USA. (See attached). Your website states that this entity promotes Chinese building materials and machinery and establishes a distribution network in North America. We do not currently have an address for this entity. Kindly provide us with an address for CNBMI USA for purposes of service.

       Very truly yours,

       ARNOLD LEVIN

dcm

cc:   Russ M. Herman, Esquire **(via email)**
      Gerald E. Meunier, Esquire **(via email)**
      Alan Weinberger, Esquire **(via email)**
      Harry Rosenberg, Esquire **(via email)**
      C. Michael Moore, Esquire **(via email)**
      Gene R. Besen, Esquire **(via email)**

_____

The original timely filed petition naming John Deere Corp. as the defendant interrupted prescription against Deere & Company under Louisiana Civil Code article 3462.").
     For instance, in *Aerielle Technologies, Inc. v. Procare Int'l Co.*, 2011 WL 767775 (E.D. Tex. Feb. 28, 2011), the court granted the plaintiff's motion for default judgment even though the summons did not correctly identify the defendant. In so ruling, the Court observed that, "[i]t is well established that [t]he fact that the Defendant's name is in some minor respect inaccurate is not necessarily fatal to service. A mere mistake as to a party's name does not defeat the service." *See Aerielle Technologies, Inc.*, 2011 WL 767775, *2 (internal quotations omitted). Critical to the court's determination that default judgment was appropriate in *Aerielle Technologies, Inc.* was the fact that the defaulted defendant had received actual notice of the litigation. *Id.* Likewise, in the instant litigation, minor inaccuracies in CNBMIT's name should be disregarded as a basis for avoiding service of process so long as such defendants have notice of the instant litigation.

**LEVIN, FISHBEIN, SEDRAN & BERMAN**

L. Christopher Vejnoska, Esquire
April 1, 2015
Page Three

———————————————

cc:    Richard L. Fenton, Esquire  **(via email)**
       Leah R. Bruno, Esquire  **(via email)**
       Michael H. Barr, Esquire  **(via email)**
       Justin N. Kattan, Esquire  **(via email)**
       Ian Johnson, Esquire  **(via email)**
       Andrew Davidson, Esquire  **(via email)**
       Jason Wu, Esquire  **(via email)**
       Xiang Wang, Esquire  **(via email)**
       Eric A. Shumsky, Esquire  **(via email)**
       Bernard Taylor, Esquire  **(via email)**
       Michael Kenny, Esquire  **(via email)**





Home | 中文 🔍

About CNBM | News Center | Business Platform | CNBM worldwide | Social Responsibility | Contact us



Home > CNBM worldwide > Global presence

CNBM integrates such services as export of large-sized complete set of equipments and EPC, import and export of building materials and minerals, and resources development, etc., and operates worldwide. Till the end of 2010, CNBM had set up more than 38 branches and 8 offices worldwide involving 28 countries and regions located over five continents around the world, and established import and export business relations with more than 120 countries and regions. At present, the Group has more than 60 overseas building material production lines, including completed ones and those under construction.



### CNBM worldwide

Global presence

Overseas Projects

Okorder

### All CNBM Group Websites

— Subsidiaries —



**USA**
CTIEC-TECO American Technology Inc
CNBM International (USA)
CNBM Investment UNITED SUNTECH CRAFT INC

**Saudi Arabia**
CNBM International Logistics Company
CNBM International (Saudi Arabia) Company
CNBM Engineering Co., Ltd. (Middle-East)

**India**
Jushi Group India Composite Co., Ltd.
CNBM International (India) Corporation

**Italy**
Jushi Group Italy Co., Ltd.

**Korea**
Jushi Group Korea Co., Ltd.

**South Africa**
Jushi Group Huxia Composite Co., Ltd. (South Africa)
Jushi Group (South Africa) Huaxia Industry Co., Ltd.

**Hong Kong**
Jushi Group (Hong Kong)Composite Co., Ltd.
China National Building Material Import & Export Zhongcheng Co., Ltd.
CNBM Hong Kong Co., Ltd.

**Canada**
Jushi Canada Co., Ltd.

**CNBM**

**Tanzania**
BNBM Group Tanzania Co., Ltd.

**Russia**
China National Building Material Import & Export (Russia)Jianhua Co., Ltd.
Hefei Cement Institute North-West Co., Ltd.

**Germany**
SINOI GmbH

**Papua New Guinea**
CNBM Investment PNG Co., Ltd.

**Jordan**
CNBM International (Jordan) Company

**Yemen**
CNBM International (Yemen) Company

**Libya**
CNBM International (Libya) Company

**Kazakhstan**
CNBM Engineering (Kazakhstan) Co., Ltd.

**Spain**
Jushi Spain Co., Ltd.

**Singapore**
Jushi Singapore Co., Ltd.

Copyright@2003China National Building Material Group Corporation



CNBMIT CO., LTD

Chinese **English**

Business Navigation: ----Select----

| Home | About Us | Company News | Business Sections | Overseas Branches | Talent Recruitment | Contact Us |

Overseas Branches

CNBMI Australia

**CNBMI USA**

CNBMI PNG

CNBMI USA



Business Sections

International Trade

Domestic Trade

Bulk Logistics Trade

Warehouse Logistics Trade

Industry Base

CNBMI USA promotes Chinese building materials and machinery and establishes a distribution network in North America. With a localized professional sales team and matured sales channels, CNBMI USA has become an important supplier of building materials and machinery in the USA and North American markets.

Copyright©2014,CNBMI Co.,Ltd. All right reserved.Power By IT Motivation（www.itm.cn）ICP:05085036