# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Gross v. Knauf Gips KG*, 2:09-cv-6690<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1672<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1395<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1673<br>*Amorin v. SASAC*, 2:14-cv-1727<br>*State of Louisiana v. Knauf*, 2:10-cv-340<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094<br>*Posey v. BNBM Co.,* 2:09-cv-6531<br>*Morris v. BNBM Co.*, 2:09-cv-6530 | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**THE PLAINTIFFS' STEERING COMMITTEE'S RESPONSE AND OBJECTIONS TO CHINA NATIONAL BUILDING MATERIALS GROUP, CHINA NATIONAL BUILDING MATERIALS CO., CNBMIT CO. LTD., CNBM USA CORP, AND UNITED SUNTECH CRAFT, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS' STEERING COMMITTEE**

The Plaintiffs' Steering Committee ("PSC") hereby serves the following response and objections to the China National Building Materials Group, China National Building Materials Co., CNBMIT Co., Ltd., CNBM USA Corp. and United Suntech Craft, Inc.'s First Set of Requests for Production of Documents to Plaintiffs' Steering Committee in the above-styled litigation. The PSC objects to the requests for production of documents since they are directed to the PSC, a nonparty to the above proceedings. Notwithstanding this objection, the PSC is responding on behalf of its clients who are plaintiffs in these proceedings. The PSC makes this response and objections subject to the Reservation of Rights and General Objections below.

1

**RESERVATION OF RIGHTS**

1. As to all matters referred to in the instant objection, the PSC's investigation is ongoing. The PSC reserves the right to modify and supplement its objections.

2. No statement made in connection with the Requests for Production of Documents is intended to mean that any such information or documents responsive to a given request actually exists or can be obtained without undue burden.

3. These objections are made without in any way waiving or intending to waive any objections as to the competency, relevancy, materiality, privilege, or admissibility as evidence of documents or information sought by the Requests for Production of Documents.

**GENERAL OBJECTIONS**

1. The PSC objects to the Requests for Production of Documents, including the Definitions and Documents Requested generally as purporting to impose obligations or responsibilities different from or in excess of those imposed by the Federal Rules of Civil Procedure and the applicable local rules (collectively, "Rules"). Subject to this objection, the PSC will interpret and respond to the Requests for Production of Documents in accordance with the Rules.

2. The PSC objects to the Requests for Production of Documents to the extent it calls for the production of information or documents that are privileged or otherwise protected from discovery pursuant to the attorney-client privilege, the accountant-client privilege, the work product doctrine, the consulting expert rule, the common interest doctrine, and any other applicable privilege, protection, or immunity. The PSC does not agree to produce such information or documents protected from discovery. Where a Request asks for "non-privileged

documents," the PSC interprets that request to exclude all documents covered by any of the foregoing protections, and objects to any broader reading of the request.

3. The PSC objects to the Requests for Production of Documents to the extent it calls for the production of trade secret, proprietary, personal, commercially sensitive, or other confidential information. The PSC objects to the Requests for Production of Documents to the extent it seeks the production or disclosure of documents that may violate a legal or contractual obligation of non-disclosure to a third party.

4. Plaintiffs object to the Document Requests to the extent they seek the production or disclosure of documents that may violate a legal or contractual obligation of non-disclosure to a third party.

5. The PSC objects to the Document Requests as overly broad and unduly burdensome to the extent defendants seek documents that are not in the possession, custody or control of the PSC, or to the extent they would require the PSC to spend an unreasonable amount of time, effort and resources in order to respond.

6. The PSC objects to the Document Requests to the extent defendants call for the production of documents the discovery of which is cumulative, duplicative, or which may be obtained by defendants from some other source that is more convenient, less burdensome, or less expensive.

7. The PSC objects to the Document Requests to the extent defendants seek documents that are publicly available or otherwise accessible to or in the possession, custody or control of defendants, their attorneys, or their agents (*e.g.*, through the Freedom of Information Act).

8. The PSC objects to each Document Request that assumes or appears to assume that any fact, event, or legal conclusion is true or that any characterization is accurate. No Response is an admission of any factual characterization or legal contention contained in any individual Request.

9. The PSC objects to the Document Requests to the extent defendants call for information "referring to" and "relating to" a particular topic on the ground that gathering all documents containing any reference or relationship to a particular topic is unduly burdensome and out of proportion to the documents' potential relevance to the discovery of admissible evidence.

10. The foregoing General Objections are incorporated into each of the following specific responses. Any specific objections are in addition to these General Objections and failure to reiterate a General Objection does not constitute a waiver of that or any other objection.

## OBJECTIONS TO SPECIFIC DOCUMENTS REQUESTED

**Request No. 1:** All proofs of attempted and/or effected service that YOU caused or directed to be served on any of the CNBM Entities in *Gross v. Knauf Gips, KG,* 2:09-cv-6690.

**Objections to Request No. 1:** Subject to and notwithstanding the above objections, see Exhibit "A" hereto. *See also* Additional Efforts to Serve Complaints and Related Pleadings on CNBM and Additional Efforts to Serve Complaints and Related Pleadings on CNBM Group, attached hereto as Exhibits "B" and "C," respectively.

**Request No. 2:** All proofs of attempted and/or effected service that YOU caused or directed to be served on any of the CNBM Entities in *Amorin v. Taishan Gypsum,* 2:11-cv-1672.

**Objections to Request No. 2:** Subject to and notwithstanding the above objections, see Exhibit "D" hereto.  *See also* Exhibits "B" and "C" hereto.

**Request No. 3:** All proofs of attempted and/or effected service that YOU caused or directed to be served on any of the CNBM Entities in *Amorin v. Taishan Gypsum,* 2:11-cv-1395.

**Objections to Request No. 3:** Subject to and notwithstanding the above objections, see Exhibit "E" hereto.  *See also* Exhibits "B" and "C" hereto.

**Request No. 4:** All proofs of attempted and/or effected service that YOU caused or directed to be served on any of the CNBM Entities in *Amorin v. Taishan Gypsum,* 2:11-cv-1673.

**Objections to Request No. 4:** Subject to and notwithstanding the above objections, see Exhibit "F" hereto.  *See also* Exhibits "B" and "C" hereto.

**Request No. 5:** All proofs of attempted and/or effected service that YOU caused or directed to be served on any of the CNBM Entities in *Amorin v. SASAC,* 2:14-cv-1727.

**Objections to Request No. 5:** Subject to and notwithstanding the above objections, see Exhibit "G" hereto.  *See also* Exhibits "B" and "C" hereto.

**Request No. 6:** All proofs of attempted and/or effected service that YOU caused or directed to be served on any of the CNBM Entities in *Abner v Taishan Gypsum,* 2:11-cv-3094.

**Objections to Request No. 6:** Subject to and notwithstanding the above objections, the PSC has not served and/or attempted service of the *Abner* complaint on any of the CNBM Entities.  The PSC obtained an extension of time to accomplish service of the *Abner* complaint from the Court on April 12, 2012.  *See* Order, Rec.Doc.No. 13733.

**Request No. 7:** All proofs of attempted and/or effected service that YOU caused or directed to be served on any of the CNBM Entities in *Posey v. BNBM Co.,* 2:09-cv-6531.

**Objections to Request No. 7:** Subject to and notwithstanding the above objections, the PSC has leaned that counsel for the *Posey* plaintiffs have not served and/or attempted service of the *Posey* complaint on the CNBM Entities since the *Posey* plaintiffs are participating in one or more of the PSC's omnibus complaints.

**Request No. 8:** All proofs of attempted and/or effected service that YOU caused or directed to be served on any of the CNBM Entities in *Morris v. BNBM Co.,* 2:09-cv-6530.

**Objections to Request No. 8:** Subject to and notwithstanding the above objections, the PSC has leaned that counsel for the *Morris* plaintiffs have not served and/or attempted service of the *Morris* complaint on the CNBM Entities since the *Morris* plaintiffs are participating in one or more of the PSC's omnibus complaints.

**Request No. 9:** All proofs of attempted and/or effected service that YOU caused or directed to be served on any of the CNBM Entities in *State of Louisiana v. Knauf,* 2:10-cv-340.

**Objections to Request No. 9:** Objection. The PSC objects to Request No. 9 since it seeks documents that are not in the possession, custody, or control of any PSC members.

Dated: August 28, 2015                     Respectfully Submitted,

                                                 BY: /s/ Leonard A. Davis
                                                     Russ M. Herman (LA Bar No. 6819)
                                                     Leonard A. Davis (LA Bar No. 14190)
                                                     Stephen J. Herman (LA Bar No. 23129)
                                                     Herman, Herman & Katz, LLC
                                                     820 O'Keefe Avenue
                                                     New Orleans, LA 70113
                                                     Phone: (504) 581-4892
                                                     Fax: (504) 561-6024
                                                     ldavis@hhklawfirm.com
                                                     *Plaintiffs' Liaison Counsel*
                                                     *MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Gerald E. Meunier (LA Bar No. 9471)
Rachel A. Sternlieb (LA Bar No. 35338)
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com
*Co-Counsel for Plaintiffs and PSC Member*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Scott Alan George
Dion Kekatos
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
Pearl Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 28th day of August, 2015.

Respectfully Submitted,

BY: /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*