**PERKINSCOIE**

1900 Sixteenth Street
Suite 1400
Denver, CO 80202-5255

T. +1.303.291.2300
F. +1.303.291.2400
perkinscoie.com

January 6, 2015

David L. Black
DBlack@perkinscoie.com
D. (303) 291-2309
F.

**VIA CERTIFIED MAIL**

Thomas P. Owen, Jr.
909 Poydras Street
Suite 2500
New Orleans, LA 70122

Re:   Service of Louisiana's Second Amended Petition

Dear Mr. Owen:

As you are aware, the Court recently entered an order (a copy of which is enclosed) granting the State of Louisiana's Motion to Approve Alternative Service of Process. In accordance with that order, we are hereby serving upon you a copy of the State of Louisiana's Second Amended and Restated Petition (including a Chinese translation of the same) and summonses issued to Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; and China National Building Materials Group Corporation.

Very truly yours,

David L. Black

DLB/kb
Enclosures

cc (with enclosures):
    Hogan Lovells
    Attn: Joe Cyr
    Hogan Lovells US LLP
    875 Third Avenue
    New York, NY 10022

LEGAL124650414.1
Perkins Coie LLP

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

7010 3090 0001 9331 2409

| | |
|---|---|
| Postage | $ |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 14.26 |

Sent To: Thomas P. Owen, Jr.
Street, Apt. No.; or PO Box No. 909 Poydras St. #2500
City, State, ZIP+4 New Orleans, LA 70122

PS Form 3800, August 2006   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Thomas P. Owen, Jr.
   909 Poydras St.
   Suite 2500
   New Orleans, LA
   70122

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ (signed)
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number    7010 3090 0001 9331 2409

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540