**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

On September 18, 2015, the Plaintiffs' Steering Committee filed its Motion to

Approve Alternative Service of Process on the BNBM and CNBM Entities (Rec. Doc. 19522).

**IT IS ORDERED** that any party that wishes to respond to this motion must do so on or

before September 30, 2015.

New Orleans, Louisiana this 21st day of September, 2015.

_____
Eldon E. Fallon
United States District Court Judge