UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : | MDL NO. 2047 <br><br> SECTION L <br><br> JUDGE FALLON<br>MAGISTRATE JUDGE<br>WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Greco Properties, Inc. **IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Leonard Davis or Russ Herman from the Plaintiffs' Steering Committee review the correspondence and respond as appropriate.

**IT IS FURTHER ORDERED** that Brown Greer review the correspondence and respond as appropriate.

New Orleans, Louisiana, this 21st day of September, 2015.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

cc:
Greco Properties, Inc.
4970 SW 72 Avenue, Suite 102
Miami, Florida 33150

1

## Greco Properties, Inc.
4970 SW 72 Avenue. Suite 102
Miami, Florida. 33150

RECEIVED

August 6, 2015

Honorable Judge. Eldon E. Fallon
U.S. District Court.
Eastern District of Louisiana
500 Poydras Street.
New Orleans, Louisiana. 70130

<u>Case No. MDL 2047</u>

<u>Re: CDW Settlement Program. Claimant No. 104883   Claim No.7098</u>

Honorable Judge Fallon.

In our last correspondence with your office, we asked for information on possible avenues open to us to pursue restitution damages suffered in connection with the lost of rental income. If the answer is none, we will accept it, even though we do not agree with it. Could you, please, have somebody answer our request.

Respectfully yours,

Greco Properties, Inc.

Eduardo Goudie

Greco Properties Inc.
4970 SW 72 Ave. S: 102
Miami, Fl 33155


CERTIFIED MAIL™



U.S. POSTAGE PAID
MIAMI, FL
33155
AUG 06, 15
AMOUNT
$6.74
00101884-07

7013 2250 0000 2549 5966

Honorable Judge. Eldon E. Fallon
U.S. District Court.
Eastern District of Louisiana
500 Poydras Street.
New Orleans, Louisiana. 70130