IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**PLAINTIFFS'STEERING COMMITTEE'S
RESPONSE TO CNBM GROUP'S LETTER DIRECTED
TO THE COURT ON SEPTEMBER 21, 2015
[REC. DOC. 19530] WITH ALL EXHIBITS**

# FILED UNDER SEAL