UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
............................................................. : WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Beresford Bertram.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Leonard Davis or Russ Herman from the Plaintiffs' Steering Committee review the correspondence and respond to Mr. Bertram as appropriate.

New Orleans, Louisiana, this 22nd day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
Beresford B. Bertram
1707 SW 81 Way
North Lauderdale, FL 33068

1