BERESFORD B. BERTRAM
1707 SW 81 WAY, NORTH LAUDERDALE, FLORIDA 33068
954-534-6811
beresbertram@yahoo.com
September 8, 2015



The Honorable Judge, Eldon Fallon
U.S. District Court Judge
500 Poydras Street, Room C-456
New Orleans, Louisiana 70130

**Via: Registered Mail Return Receipt Requested**
**RE: MDL-2047 Chinese Manufactured Drywall Products Liability Litigation**

Dear Judge Fallon,

I have attached a copy of the Report of Findings by Remkis Consulting Group, Inc., due to Chinese Drywall Damages to my property; also attached hereto is a copy of the Plaintiffs Omnibus Class Action Complaint in the matter of, <u>Sean and Beth Payton v. Knauf</u>—Case No.: 09-7628.

As one of the plaintiffs in that abovementioned case at that time, we were under the assumption that the Chinese drywall found in my home was a Knauf brand; but as it turned out, this was not a Knauf brand drywall, and therefore my house was not repair from the Knauf settlement.

United Homes International, the builders participated in the Global, Banner, InEx Repair and Relocation Payment (GBI) from which I received a stipend of Two Thousand, Two Hundred and Thirty Three Dollars $2,233.00 out of the GBI Settlement Funds through the Claims Administrator Brown Greer on September 25, 2014. But, this money was obviously way too low to repair my house.

Your Honor will observe from the Remkis Findings and other research reveals that the Chinese Drywall brand "Shamrock Gold" found in my house was imported from China, which is a known (green and yellow) Chinese manufacturer edge paper.

I would be greatly prejudiced if damages to repair my house was not assessed in the proceedings presently being conducting by this Court against Taishan Entities for repairs to my house, as this is clearly a Taishan brand drywall. Thank You.

BERESFORD BERTRAM

Encl: As stated



Rimkus Consulting Group, Inc.
6360 Northwest 5th Way, Suite 101
Fort Lauderdale, Florida 33309
(954) 351-2500 Telephone
(954) 351-0051 Facsimile
Certificate of Authorization No. 8301

# Report of Findings

## BERTRAM RESIDENCE
## CHINESE DRYWALL DAMAGE EVALUATION
## Claim No: 4508

### RCG File No:  4145060

### Prepared For:

## SECURITY FIRST INSURANCE COMPANY
## C/O PREMIER ADJUSTING
## 157 STEVENS AVENUE
## OLDSMAR, FLORIDA 34677

### Attention:

## MS. MARIA RODRIGUEZ

**Ben J. Teague, P.E.**
**Florida Reg. Eng. No. 69549**
**Principal Consultant**

**Daniel W. Bridge, Ph.D., CIH, CEP**
**Principal Consultant**

August 11, 2009

PDF created with pdfFactory trial version www.pdffactory.com

# TABLE OF CONTENTS

I.    Introduction ............................................................................. 1

II.   Conclusions ............................................................................ 2

III.  Discussion .............................................................................. 3

        • Description

        • Interview

        • General Observations

        • Laboratory Results

        • Analysis

IV.   Basis of Report ...................................................................... 7

V.    Attachments ........................................................................... 8

        A. Photographs

        B. Schematic Floor Plan with Approximate Dimensions

        C. Laboratory Test Results and Chain of Custody

        D. CVs

August 11, 2009

PDF created with pdfFactory trial version www.pdffactory.com

## Section I
## INTRODUCTION

It was reported on April 27, 2009 by Beresford Bertram, that abnormal blackening of the electrical wiring, air conditioning coils, and plumbing components appeared to be related to the drywall, which was reportedly imported from China.  The Bertram residence was located at 1707 SW 81st Way in North Lauderdale, Florida.  The concern was that the Chinese drywall had emitted sulfide gases, which caused the damage.

Rimkus Consulting Group was retained to investigate the cause and origin of the reported air conditioning problems.

On July 15, 2009, Ben J. Teague, P.E., performed a walk-through inspection of the residence and collected a wipe sample of surface deposits on the copper tubes of the evaporator in the air handling unit (AHU).  Mr. Teague additionally photographed the residence.  The collected copper wipe sample was submitted to an independent laboratory accredited by the American Industrial Hygiene Association's Laboratory Accreditation Program (EMSL Analytical, Inc., in Westmont, New Jersey), for identification and quantification of possible contaminants.

This report was prepared for the exclusive use of Security First Insurance Company, and Premier Adjusting and was not intended for any other purpose.  Our report was based on the information available to us at this time, as described in **Section IV, Basis of Report.**  Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted.

August 11, 2009
RCG File No. 4145060

PDF created with pdfFactory trial version www.pdffactory.com

## Section II
## CONCLUSIONS

1. The gypsum drywall used to construct the interior of the residence was imported from China.

2. The outdoor air and building moisture sources were eliminated as probable sources of gases causing the sulfur-like odor in the home.

   a. There was no evidence of any indoor combustion such as stove flames nor a report of a surrounding fire event in the neighborhood.

   b. There was no evidence of significant building moisture sources such as plumbing or roof leaks.

3. The sulfur-like odor in the residence appeared to be off-gassing of sulfurous gases from the drywall.

4. The blackened household copper base items and copper evaporator coils in the AHUs appeared to be caused by reaction with sulfurous gases in the residence.

August 11, 2009
RCG File No. 4145060

Page 2

## Section III
## DISCUSSION

**Description**

The residence was a two-story, single-family residence **(Photograph 1)**. The exterior walls consisted of concrete masonry units finished on the outside with painted cementitious stucco. The interior walls were wood-framed and overlain with gypsum drywall. The floors of the residence were concrete slab-on-grade overlain with ceramic tile, hardwoods, or carpet. The roof was of wood-framed construction overlain with concrete tiles. The front elevation of the residence was assumed to face east. According to Broward County Appraiser records, the residence was constructed circa 2006.

**Interview**

On July 15, 2009, Mr. Beresford Bertram was interviewed for the purpose of gathering relevant information about the damage. According to Mr. Bertram:

- There have been no fire events in the neighborhood, or in any nearby residence.

- The air conditioning evaporator coils were black and the electrical wiring in the wall, although properly sized and installed in a well-designed system, appeared to be darkening at an abnormal rate.

- There were other indicators of chemical reaction problems which included tarnishing of copper-based decorative objects.

**General Observations**

During the course of our site investigation, the following was observed:

- The residence had a sulfur-like odor.

PDF created with pdfFactory trial version www.pdffactory.com

- The thermostat was set at 74 degrees Fahrenheit **(Photograph 2)**.

- The air conditioning systems were direct expansion R22 refrigerant, split system with a condenser located on the outside of the residence and the AHU located in the garage.

- The AHUs were sized to accommodate the residence.   There was no condensate dripping onto the floor beneath.   Removal of the cover to the evaporator coils from the AHUs indicated that the coils were covered with darkened material.   The other copper piping inside the AHU was abnormally dark for being in service for only two years **(Photographs 3 and 5)**.   One wipe sample was collected from the air conditioner's evaporator coils.

- In the bathroom on the second floor, the fixtures had pitting **(Photograph 5)**.

- The air temperature generally measured at 75 degrees Fahrenheit (F), and the relative humidity averaged 53 percent (%).  The outside air temperature was 81 degrees F and 76% relative humidity.

- A further check for moisture stains around the residence indicated that there were no other moisture sources.  At the time of this inspection, there were no observed leaks in the laundry room and dishwasher.   There was no leaking faucet.  The toilets appeared to flush properly.

- Non-insulated copper wire was found to be lightly darkened when the electrical switches were exposed by removing the switch plates **(Photograph 6)**.

- The unpainted side of the attic drywall was exposed.  We found stenciling on the unpainted side of the ceiling drywall which read: Shamrock Gold; however, the edge paper was a known Chinese edge paper **(Photographs 7 through 9)**.

August 11, 2009
RCG File No. 4145060

Page 4

PDF created with pdfFactory trial version www.pdffactory.com

**Laboratory Results**

An analysis of Material/Sulfur-based Compounds was performed by EMSL Laboratory. The elemental analysis by Energy Dispersive X-ray (EDX) indicated the presence of copper and sulfur as major components of sample W-1-B. EMSL concluded that the material in the sample was found to contain copper-based particles, most likely as copper sulfide and possibly copper oxides. Results of the analysis are presented in Table A.

**Table A: Mineral Composition**

| Sample Identification | Components | Comments |
|---|---|---|
| W-1-B<br>(alcohol wipe from HVAC coils) | Copper Sulfide<br>Copper Oxides | Presumptive (Cu-S determined by EDX) see Note<br>Presumptive (Cu-O determined by EDX) |

Components found in the wipe samples by SEM/EDX (the components of regular environmental dust such as calcite, gypsum, clays, and quartz were not included). X-Ray Diffraction (XRD) analysis for confirmation of presence of copper sulfides and/or oxides in the samples was not performed because not enough material was extracted from the wipes sent for analysis.

Sample X-1-B



EDX elemental spectrum of particles found in sample X-1-B showing the presence of copper (Cu) and sulfur (S), most likely as copper sulfides.

PDF created with pdfFactory trial version www.pdffactory.com

## Analysis

Based on the observations collected at the residence, the interview with Mr. Beresford Bertram, and the laboratory results, it is concluded that abnormal characteristics of the metals exist in the coils of the AHU and the electricity distribution system in the residence.  Based on our evidence, it appears that the source for chemical elements to participate in such reaction is in the gypsum drywall used to construct the interior of the residence.  The gypsum drywall was reportedly imported from China and the ceiling drywall had a known Chinese manufacturer edge paper.  The drywall used to clad the interior walls was imported from China bearing the brand name "Shamrock Gold".

The outdoor air and building moisture sources were eliminated as probable sources of gases causing the sulfur-like odor in the home.  No correlation to any event on the outside of the residence was found.  There was no evidence of any indoor combustion process such as stove flames, or homeowner's report of any surrounding fire event in the neighborhood.

Visual inspection of the water points of use indicated no evidence of leaks, or any significant building moisture sources such as plumbing or roof leaks intruding into the house.  The tap water in the home did not emit sulfur-like odors.

The reported sulfur-like odor in the residence appeared to be off-gassing of sulfurous gases from the Chinese drywall.

The darkening of the copper evaporator coils in the AHU was caused by reaction with these sulfurous gases in the units.

PDF created with pdfFactory trial version www.pdffactory.com

## Section V
## BASIS OF REPORT

1. An on-site inspection of the Bertram residence was performed by Ben J. Teague, P.E. on July 15, 2009.

2. Ben J. Teague, P.E., interviewed Mr. Beresford Bertram, the owner.

3. Ben J. Teague, P.E., collected a sample from the copper evaporator coils in the AHU of the residence.

4. Ben J. Teague, P.E., and Dan Bridge, Ph.D., CIH, CEP, reviewed laboratory results received from EMSL Analytical.

5. Measurements and photographs were taken and reviewed by Ben J. Teague, P.E.

6. American Industrial Hygiene Association, Odor Thresholds for Chemicals with Established Occupational Health Standards 1989.

7. Handbook of Environmental Data on Organic Chemicals, 2nd Ed.  1983.

8. Reviewed Broward County Property Appraiser records retrieved from http://bcpa.net/.

PDF created with pdfFactory trial version www.pdffactory.com

**Section VI**
**ATTACHMENTS**

A. Photographs

B. Schematic Floor Plan with Approximate Dimensions

C. Laboratory Test Results and Chain of Custody

D. CVs

PDF created with pdfFactory trial version www.pdffactory.com

**Section VI**

**ATTACHMENT A**

# Photographs

Photographs taken during our inspection, which were not included in this report, were retained in our files and are available to you upon request.

August 11, 2009
RCG File No. 4145060

PDF created with pdfFactory trial version www.pdffactory.com

**Photograph 1**
The residence front elevation facing east.



**Photograph 2**
The thermostat was set to 74 degrees F.



August 11, 2009
RCG File No. 4145060

PDF created with pdfFactory trial version www.pdffactory.com

**Photograph 3**
In the heating, ventilation and air-conditioning (HVAC) located on the second floor of the residence, the copper piping to the evaporator was dark.



**Photograph 4**
In the HVAC located on the first floor of the residence, the copper piping to the evaporator was dark.



August 11, 2009
RCG File No. 4145060

PDF created with pdfFactory trial version www.pdffactory.com

**Photograph 5**
The bathroom located on the second floor had pitting on the fixtures.



**Photograph 6**
The ground wire to the switch in the first floor was lightly darkened.



August 11, 2009
RCG File No. 4145060

PDF created with pdfFactory trial version www.pdffactory.com

**Photograph 7**
The exposed drywall in the attic had yellow and blue edge paper made by a known Chinese manufacturer.



**Photograph 8**
The exposed drywall in the attic had stenciling: Shamrock Gold.



August 11, 2009
RCG File No. 4145060

PDF created with pdfFactory trial version www.pdffactory.com

**Photograph 9**
The internet search for the Band Name: Shamrock Gold.

<u>Check out all Product Listings for Sheet Rock</u>

Related Searches:   Sheet Rock   Nylon Rod   PTFE Rod   Rods

### Sheet Rock-4 X 12 1 / 2"

|  |  |
|---|---|
| Brand Name: | Shamrock Gold |
| Place of Origin: | China |
| Model Number: | NONE |
| Fob Price: | US$3.99-4.05Savannah |
| Port: | Savannah |
| Payment Terms: | Bank Wire |
| Minimum Order Quantity: | 10,000 Piece/Pieces |

No photo

Offline   ✉ **Contact Now**

Detailed Description     Company Info

**brucewholesale** (United States)

| | |
|---|---|
| Company Name: | brucewholesale |
| Product/Services: | Sheet rock,Insulation,Food,Clothes. |
| Address: | 139 Altama Connector, Brunswick, Georgia, United States |

August 11, 2009
RCG File No. 4145060

PDF created with pdfFactory trial version www.pdffactory.com

**Section VI**
**ATTACHMENT B**

# Schematic Floor Plan with Approximate Dimensions

August 11, 2009
RCG File No. 4145060

PDF created with pdfFactory trial version www.pdffactory.com

**Section VI**

**ATTACHMENT C**

# Laboratory Test Results and Chain of Custody

August 11, 2009
RCG File No. 4145060

PDF created with pdfFactory trial version www.pdffactory.com

**Section VI**
**ATTACHMENT D**

# CVs

August 11, 2009
RCG File No. 4145060

PDF created with pdfFactory trial version www.pdffactory.com





## Material Science Chain of Custody
### EMSL Order Number *(Lab Use Only)*:

EMSL ANALYTICAL, INC.
107 HADDON AVENUE
WESTMONT, NJ 08108
PHONE: (856) 858-4800
FAX: (856) 858-1580

| | |
|---|---|
| **Company :** Rimkus Consulting Group, Inc. | **EMSL-Bill to:** ☒ Same ☐ Different<br>*If Bill to is Different note instructions in Comments\*\** |
| **Street:** 6360 NW 5th Way , Suite 101 | *Third Party Billing requires written authorization from third party* |
| **City:** Ft. Lauderdale          **State/Province:** FL | **Zip/Postal Code:** 33309          **Country:** USA |
| **Report To (Name):** Ben J. Teague | **Fax #:** 954-351-0051 |
| **Telephone #:** 954-309-2241 | **Email Address:** bjteague@rimkus.com |

**Project Name/Number:** 4145060-Bertram

**Please Provide Results:** ☐ Fax  ☒ Email  **Purchase Order:** 4145060          **U.S. State Samples Taken in:** FL

### Turnaround Time (TAT) Options – Please Check

| ☒ 10 Business Days (Standard) | ☐ Expedited (Please call for information) TAT: |
|---|---|

### Test Type

| | | |
|---|---|---|
| ☐ **Common Particle ID (large particles)** | ☐ **Combustion-by-products (soot, char, ash, carbon black)** | ☐ **MMVF's (fibrous glass, mineral wool, RCF's)** |
| ☐ **Full Particle ID (environmental dust)** | ☐ **FTIR/NIR (Polymers, Lubricants)** | ☐ **Particle Size (Sieve, Microscopy, or Laser-select one)** |
| ☐ **Basic Material ID (solids)** | ☐ **X-Ray Fluorescence (elemental analysis)** | ☐ **Combustible Dust (Core Module, MIE, MEC, Kst, etc.)** |
| ☐ **Advanced Material ID (liquids and solids, industrial residues)** | ☐ **X-Ray Diffraction (Crystalline Particles)** | ☐ **Petrographic Examination of Concrete, Soil, Stone** |
| ☐ **Physical Testing (Tensile, Compression, etc.)** | ☒ **Other (Please Explain):** Energy Dispersive X-ray (EDX | |

**Samplers Name:** Ben J. Teague          **Samplers Signature:**

| Sample # | Sample Description | Volume | Date/Time Sampled |
|---|---|---|---|
| W-1-B | Alchol wipe from HVAC coils - Sulfur | NA | 15JUL09 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| **Client Sample # (s):** | - | | **Total # of Samples:** | |
| **Relinquished (Client):** | Rimkus Consulting Group, Inc. | **Date:** 15JULY09 | **Time:** | 10:00am |
| **Received (Lab):** | | **Date:** | **Time:** | |

**Comments:** Attention Dr. Mirica

Controlled Document – Material Science COC – R1 – 3/16/2009

**Page 1 of _____ pages**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT

SEAN AND BETH PAYTON, individually, and
on behalf of all others similarly situated,
[ADDITIONAL PLAINTIFFS LISTED ON
SCHEDULE OF PLAINTIFFS, ATTACHED
HERETO AS EXHIBIT "A"],

**CLASS ACTION COMPLAINT**

Plaintiffs,

v.

**JURY TRIAL DEMAND**

KNAUF GIPS KG; KNAUF PLASTERBOARD
(TIANJIN) CO., LTD.; KNAUF
PLASTERBOARD (WUHU), CO., LTD.;
KNAUF PLASTERBOARD (DONGGUAN)
CO., LTD.; [ADDITIONAL DEFENDANTS
LISTED ON SCHEDULE OF DEFENDANTS,
ATTACHED HERETO AS EXHIBIT "B"],

## 09-7628

## SECT. L  MAG. 2

Defendants.

## PLAINTIFFS OMNIBUS CLASS ACTION COMPLAINT (I)

Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf

of themselves and all other similarly situated owners and residents of real property containing

defective Chinese manufactured drywall that was designed, manufactured, imported, distributed,

delivered, supplied, marketed, inspected, installed, or sold by the Defendants.  In order to

accomplish an effective class structure, each of the class representatives is pursuing a nationwide

class action against the Knauf entities,[1] who are the manufacturers of the drywall located in

---

[1] Knauf consists of Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf
Plasterboard (Wuhu), Co., Ltd., and Knauf Plasterboard (Dongguan) Co., Ltd. (collectively
"Knauf").

1

in the schedules accompanying this complaint which are incorporated herein by reference.

1147.  Plaintiffs, Beresford and Theresa Bertram are residents of Florida and together own real property located at 1707 S.W. 81 Way, North Lauderdale, Florida 33068.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules this complaint which are incorporated herein by reference.

1148.  Plaintiffs, Martin and Erika Beverly are residents of Florida and together own real property located at 803 King Leon Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1149.  Plaintiffs, Scott and Mary Birnbaum are residents of California and together own real property located at 7280 Wisteria Avenue, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1150.  Plaintiff, Theresa Bo is a resident of Florida and owns real property located at 1209 Peterborough Circle, Sun City Center, Florida 33573.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1151.  Plaintiffs, Scott and Cheryl Bobrow are residents of Florida and together own real property located at 7217 Wisteria Avenue, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1152.  Plaintiffs, Kenneth and Victoria Boersma are residents of Florida and together

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

35

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| KENNETH AND BARBARA WILTZ, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], | CASE NO.: 10-361 SECT. L MAG 2 |
| Plaintiffs, | AMENDED CLASS ACTION COMPLAINT |
| v | JURY TRIAL DEMAND |
| BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], | |
| Defendants. | |

## PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (II)

Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real property containing defective Chinese manufactured drywall that was designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants. In order to accomplish an effective class structure, each of the class representatives is pursuing a nationwide class action against the manufacturer of the drywall located in plaintiffs' homes (Classes 1-12). Subordinate to these national class actions, the identified class representatives are participating in subclasses asserting claims against each of their distributors, suppliers, importers, exporters, and brokers (Subclasses 13 - 41); each of their builders and developers (Subclasses 42 - 195); and

1

156. Plaintiffs, Aaron and Wendy Wruble are citizens of Florida and together own real property located at 1294 Exotic Avenue, North Port, Florida 34288. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

157. Plaintiffs, Gene and Que Raphael are citizens of Florida and together own real property located at 3018 Lake Butler Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

158. Plaintiffs, Beresford and Theresa Bertram are citizens of Florida and together own real property located at 1707 SW 81 Way, North Lauderdale, Florida 33068. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

159. Plaintiffs, Gerald and Betty Brynn are citizens of Florida and together own real property located at 511 Rimini Vista Way, Sun City Center, Florida 33575. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

160. Plaintiffs, Sean and Katie Andrade are citizens of Florida and together own real property located at 1730 SW 81 Way, North Lauderdale, Florida 33068. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

161. Plaintiffs, Maikel and Karen Anise are citizens of Florida and together own real property located at 9661 Cobblestone Creek, Boynton Beach, Florida 33472. Plaintiffs are