UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

**IT IS HEREBY ORDERED** Knauf's Motion to Reconsider the Order Regarding Oceanique (R. Doc. 19428) will be heard on oral argument on **November 4, 2015 at 9:00 a.m** in the Courtroom of the Honorable Eldon E. Fallon.

New Orleans, Louisiana, this 22nd day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

1