UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED   DRYWALL PRODUCTS   LIABILITY LITIGATION | * * * * * | MDL NO. 2047  SECTION: L  JUDGE FALLON |
| **This document relates to all cases** | * * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COLSON HICKS EIDSON'S RESPONSE TO MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS FOR CERTAIN ALREADY REMEDIATED HOMES (Doc. No. 19525)

Claimants, by and through undersigned counsel, hereby file their Response to Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Homes (Doc. No. 19525). The only CHE Claimants at issue in the Knauf Defendants' Motion are the following:

| 1. | Steven Fuchs and Margaret Fuchs (Ex. A to Knauf Defendants' Motion) | 2808 Augusta Drive, Unit 19 Homestead, FL 33035 |
|---|---|---|

Steven and Margaret Fuchs elected to withdraw their ARH claim. The Knauf Defendants were advised on the same on Thursday, June 25, 2015. As such, undersigned counsel consents to the extinguishment of Mr. and Mrs. Fuchs's claim.

WHEREFORE, Mr. and Mrs. Fuchs have withdrawn their ARH claim, Undersigned Counsel has no objections to the extinguishment of the same.

Respectfully Submitted,

/s/ Ervin A. Gonzalez

ERVIN A. GONZALEZ

1

Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH
Coral Gables, FL   33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this **24th** day of **September**, **2015**.

/s/  Ervin Gonzalez