UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Counsel for Plaintiff's Motion to Appear by telephone for oral argument on Wednesday, October 7, 2015 at 9:00 a.m. (Rec. Doc. 19399), **IT IS ORDERED** that the motion is **GRANTED**. Counsel may appear by telephone.

New Orleans, Louisiana, this 23rd day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

1