IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Response to CNBM Group's Letter Directed to the Court on September 21, 2015 [Rec. Doc. 19530], With All Exhibits, Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached letter and exhibits in response to CNBM Group's filing/communication with the Court at Rec. Doc. 19530], be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 24th day of September, 2015.

_____
Eldon E. Fallon
United States District Court Judge