UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** *All cases* | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**CNBM GROUP'S MOTION FOR RECONSIDERATION OF COURT'S
MINUTE ORDER RESETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes China National Building Materials Group Corporation, who respectfully requests reconsideration of the Court's Minute Order resetting the briefing schedule on CNBM Group's Motion to Dismiss pursuant to the Foreign Sovereign Immunities Act.  Rec. Doc. 19526.  Pursuant to Fed. R. Civ. P. 60(b)(6), reconsideration is appropriate here to prevent manifest injustice.

For the reasons set forth in its September 21, 2015 letter (Exhibit A, previously filed as Rec. Doc. 19530), CNBM Group objects to the revised briefing schedule set forth in the Minute Order, the shortened time to prepare its reply brief, and any delay in resolving its FSIA defense. For the reasons set forth in CNBM Group's response dated September 23, 2015 (Exhibit B, previously filed as Rec. Doc. 19538), the PSC's arguments (Rec. Doc. 19535) do not justify depriving CNBM Group of a meaningful opportunity to reply in support of, or further delay in resolving, CNBM Group's Motion to Dismiss.

Respectfully submitted,

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Ian Johnson (CA Bar No. 208713) | Donna Phillips Currault (LA Bar No. 19533) |
| Andrew Davidson (CA Bar No. 266506) | Nina Wessel English (LA Bar No. 29176) |
| Jason Wu (CA Bar No. 279118) | Alex B. Rothenberg (LA Bar No. 34740) |
| Jason Cabot (CA Bar No. 288877) | GORDON, ARATA, MCCOLLAM, |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | DUPLANTIS & EAGAN, LLC |
| The Orrick Building | 201 St. Charles Avenue, 40th Floor |
| 405 Howard Street | New Orleans, LA 70170-4000 |
| San Francisco, CA  94105 | Tel: (504) 582-1111 |
| Tel.:  415-773-5700 | E-mail: eeagan@gordonarata.com |
| Fax:  415-773-5759 | dcurrault@gordonarata.com |
| E-mail: cvejnoska@orrick.com | nenglish@gordonarata.com |
| ijohnson@orrick.com | arothenberg@gordonarata.com |
| adavidson@orrick.com | |
| jmwu@orrick.com | |
| jcabot@orrick.com | |
| | |
| James L. Stengel (NY Bar No. 1800556) | Jonathan Riddell (LA Bar No. 27053) |
| Xiang Wang (NY Bar No. 4311114) | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| Kelly Daley (NY Bar No. 4970117) | 400 Capitol Mall |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Suite 3000 |
| 51 West 52nd Street | Sacramento, CA 95814 |
| New York, NY, 10019 | Tel: 916-447-9200 |
| Tel:   212-506-5000 | Email: jriddell@orrick.com |
| Fax:  212-506-5151 | |
| Email: jstengel@orrick.com | |
| xiangwang@orrick.com | |
| kdaley@orrick.com | |

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email: eshumsky@orrick.com

*Attorneys for CNBM Group*

Dated**:**  September 25, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing CNBM GROUP'S MOTION FOR RECONSIDERATION OF COURT'S MINUTE ORDER RESETTING BRIEFING SCHEDULE ON MOTION TO DISMISS has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of September 2015.

                                        /s/ L. Christopher Vejnoska
                                        L. Christopher Vejnoska (CA Bar No. 96082)