UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*All cases* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**CNBM GROUP'S MEMORANDUM IN SUPPORT OF
MOTION FOR RECONSIDERATION OF COURT'S
<u>MINUTE ORDER RESETTING BRIEFING SCHEDULE ON MOTION TO DISMISS</u>**

China National Building Materials Group Corporation requests that this Court reconsider its September 17, 2015 Minute Order resetting the briefing schedule on CNBM Group's Motion to Dismiss pursuant to the Foreign Sovereign Immunities Act.  Rec. Doc. 19526.

**I.     ARGUMENT**

As CNBM Group explained in its letter dated September 21, 2015 (Exhibit A, previously filed as Rec. Doc. 19530), CNBM Group objects to the revised briefing schedule set forth in the Minute Order, the shortened time to prepare its reply brief, and any delay in resolving its FSIA defense.   Likewise, for the reasons set forth in CNBM Group's response dated September 23, 2015 (Exhibit B, previously filed as Rec. Doc. 19538), the PSC's arguments (Rec. Doc. 19535) do not justify depriving CNBM Group of a meaningful opportunity to reply in support of, or further delayed in resolving, CNBM Group's Motion to Dismiss.

Pursuant to Fed. R. Civ. P. 60(b)(6), reconsideration is appropriate here to prevent manifest injustice.

## II. CONCLUSION

Accordingly, for the reasons more fully set forth in CNBMG's letters dated September 21 and 23, 2015, CNBMG respectfully requests that this Court vacate that portion of its September 17, 2015 Minute Entry altering the long-established briefing schedule for consideration of CNBMG's defense of sovereign immunity raised in its July 2015 Motion to Dismiss.

Respectfully submitted,

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
Jason Cabot (CA Bar No. 288877)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax:  415-773-5759
E-mail: cvejnoska@orrick.com
        ijohnson@orrick.com
        adavidson@orrick.com
        jmwu@orrick.com
        jcabot@orrick.com

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
Nina Wessel English (LA Bar No. 29176)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MCCOLLAM,
DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
E-mail: eeagan@gordonarata.com
        dcurrault@gordonarata.com
        nenglish@gordonarata.com
        arothenberg@gordonarata.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
Kelly Daley (NY Bar No. 4970117)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Fax:  212-506-5151
Email:  jstengel@orrick.com
        xiangwang@orrick.com
        kdaley@orrick.com

Jonathan Riddell (LA Bar No. 27053)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
400 Capitol Mall
Suite 3000
Sacramento, CA 95814
Tel: 916-447-9200
Email: jriddell@orrick.com

- 3 -

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email: eshumsky@orrick.com

*Attorneys for CNBM Group*

Dated**:**  September 25, 2015

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing CNBM GROUP'S MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION OF COURT'S MINUTE ORDER RESETTING BRIEFING SCHEDULE ON MOTION TO DISMISS has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of September 2015.

                                          /s/ L. Christopher Vejnoska
                                          L. Christopher Vejnoska (CA Bar No. 96082)