UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br><br>***ALL CASES*** | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**<u>ORDER</u>**

Upon consideration of CNBM Group's Motion for Reconsideration of the Court's Minute Order Resetting Briefing Schedule on its Motion to Dismiss, IT IS HEREBY ORDERED as follows:

1. The final paragraph of the Court's Minute Order dated September 17, 2015 (Rec. Doc. 19526), resetting the briefing schedule on CNBM Group's FSIA defense, is hereby vacated.

2. The Court's original briefing schedule concerning CNBM Group's FSIA defense, originally set forth in its August 19, 2015 Order (Rec. Doc. 19403), is reestablished.  Any opposition memoranda is due on or before October 27, 2015, and any reply memoranda is due on or before November 24, 2015 unless the PSC notifies defense counsel before October 27, 2015 that it requires an extra day or two to complete its memorandum.

New Orleans, Louisiana this _____ day of _____, 2015.

_____
Eldon E. Fallon
U.S. District Court Judge