UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*All cases* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**MOTION FOR EXPEDITED HEARING**

NOW INTO COURT, through undersigned counsel, comes China National Building Materials Group Corporation ("CNBMG"), which requests that this Court grant an expedited hearing on its Motion for Reconsideration on Court's Minute Order Re-Setting Briefing Schedule. In support of this motion, CNGMG represents:

1.

CNBMG submitted its Motion to Dismiss asserting Foreign Sovereign Immunity in July 2015. Although CNBMG requested a prompt hearing on that issue, the Plaintiffs Steering Committee sought a lengthy delay for discovery. After hearing from the parties, this Court authorized limited discovery and scheduled a hearing for December 8, 2015, with a briefing schedule that required the PSC to file its Opposition October 27, 2014, and CNBMG to file its Reply by November 24, 2015.

- 2 -

2.

On the September 17, 2015 telephone conference, this Court granted the PSC's request to continue the briefing schedule to allow the PSC until November 24, 2014 to file its Opposition and giving CNBMG until December 3, 2015 (including the Thanksgiving holiday) to file its opposition.

3.

CNBMG asks this Court to reconsider altering the established briefing schedule. Given that this Court's next available hearing date is October 14, 2015, CNBMG asks that this Court grant expedited consideration of its Motion to Reconsider.

WHEREFORE, for the foregoing reasons, China National Building Material Group Corporation requests that this Court grant an expedited hearing on its Motion to Reconsider.

Respectfully submitted,

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
Jason Cabot (CA Bar No. 288877)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax:  415-773-5759
E-mail: cvejnoska@orrick.com
        ijohnson@orrick.com
        adavidson@orrick.com
        jmwu@orrick.com
        jcabot@orrick.com

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
Nina Wessel English (LA Bar No. 29176)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MCCOLLAM,
DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
E-mail: eeagan@gordonarata.com
        dcurrault@gordonarata.com
        nenglish@gordonarata.com
        arothenberg@gordonarata.com

- 3 -

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
Kelly Daley (NY Bar No. 4970117)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Fax: 212-506-5151
Email: jstengel@orrick.com
       xiangwang@orrick.com
       kdaley@orrick.com

Jonathan Riddell (LA Bar No. 27053)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
400 Capitol Mall
Suite 3000
Sacramento, CA 95814
Tel: 916-447-9200
Email: jriddell@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email: eshumsky@orrick.com

*Attorneys for CNBM Group*

Dated**:**  September 25, 2015

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing CNBM GROUP'S MOTION FOR EXPEDITED HEARING has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of September 2015.

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)