UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*All cases* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Motion for Expedited Hearing filed by China National Building Materials Group Corporation

**IT IS ORDERED** that the Motion for Expedited Hearing is **GRANTED**.

**IT IS FURTHER ORDERED** that counsel be available for a telephone conference at _____ \_\_.m. on September \_\_, 2015.

New Orleans, Louisiana, this \_\_\_\_ day of September, 2015.

_____
Eldon E. Fallon
United States District Judge