UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*********************************************************************

IN RE:  CHINESE-MANUFACTURED     *     Docket No. 09-MDL-2047
DRYWALL PRODUCTS LIABILITY       *
LITIGATION                       *
                                 *     September 24, 2015
                                 *
                                 *
      Relates To All Cases       *     Section "L"
*********************************************************************


**REPORTER'S OFFICIAL TRANSCRIPT OF THE CHAMBERS CONFERENCE
BEFORE THE HONORABLE ELDON E. FALLON,
UNITED STATES DISTRICT JUDGE.**


**REPORTED BY:**   Mary Thompson, RMR, FCRR
                   500 Poydras Street, Box 2-13
                   New Orleans, Louisiana  70130
                   (504)589-7783
                   mary_v_thompson@laed.uscourts.gov


**OFFICIAL TRANSCRIPT**

**APPEARANCES:**

For the Plaintiffs:                    Herman, Herman & Katz, LLC
                                       BY:  RUSS HERMAN
                                       820 O'Keefe Avenue
                                       New Orleans, LA  70113


                                       Levin, Fishbein, Sedran &
                                       Berman, LLC
                                       BY:  ARNOLD LEVIN
                                            SANDRA DUGGAN
                                            MATTHEW GAUGHAN
                                       510 Walnut Street, Ste. 500
                                       Philadelphia, PA  19106


For the Defendants:                    Phelps Dunbar, LLP
                                       BY:  HARRY ROSENBERG
                                       Canal Place
                                       365 Canal Street, Ste. 2000
                                       New Orleans, LA  70130


                                       Orrick Herrington & Sutcliffe
                                       BY:  CHRISTOPHER VEJNOSKA
                                            ERIC HAIRSTON
                                       405 Howard Street
                                       San Francisco, CA  94105


For JP Morgan Chase:                   McGlinchey Stafford
                                       BY:  GABRIEL A. CROWSON
                                       601 Poydras Street
                                       12th Floor
                                       New Orleans, LA  70130


**OFFICIAL TRANSCRIPT**

**P R O C E E D I N G S**

1

2

3           THE COURT:  Good afternoon.  This is Judge Fallon.

4  Who is on the line?

5           MR. LEVIN:  Your Honor, it's Arnold Levin, Sandy

6  Duggan, and Matt Gaughan.  Good afternoon, sir.

7           THE COURT:  All right.

8           Anyone else for the plaintiffs?

9           (No response.)

10          THE COURT:  I have in the conference room Russ Herman.

11          Anybody else for the defendants?

12          MR. ROSENBERG:  Your Honor, Harry Rosenberg.

13          THE COURT:  Hey, Harry.

14          MR. CROWSON:  Gabe Crowson for non-party

15  JP Morgan Chase.

16          THE COURT:  He's here also.

17          Anyone else for the defendants?

18          (No response.)

19          THE COURT:  Okay.  Harry, you're it on the phone, and,

20  Gabe, you're here in person.  Everybody else is on the phone.

21          I have before me a motion bringing to my attention

22  that the order that I -- that I issued on JP Morgan to produce

23  documents and/or a witness has not borne fruit.  JP Morgan takes

24  the position that they have diligently looked for documents but

25  have not found any documents, and that's as I understand their

**OFFICIAL TRANSCRIPT**

1    position.

2        Arnold, do either you or Russ want to give me your

3    view of this?

4        MR. HERMAN:  I'd like to respond.

5        MR. LEVIN:  It's Russ.

6        THE COURT:  Go ahead, Russ.

7        MR. HERMAN:  Your Honor, we received yesterday -- I

8    received it at -- well, I received yesterday from Bruce Deckler,

9    who'd been handling the matter for the PSC, a listing from

10   JP Morgan of transactions that have nothing to do -- absolutely

11   nothing to do, and it's been 145 days as of yesterday, with

12   deposits, with loans, with guarantees, with stock purchases,

13   stock sales -- any of the real financial materials that were

14   subject to the request, that were subject to the original

15   request.

16       Chairman Song, whose deposition was recently taken in

17   Hong Kong, is chairman of CNBMG, BNBMG, and CNBM who have been

18   named principal plaintiffs.  Chairman Song has defended

19   JP Morgan publically.  Those documents were presented at the

20   original hearing.

21       JP Morgan is listed, as of March 2015, in the 2014

22   public report of CNBM as owning substantial stock in CNBM.  And

23   a number of subsidiaries of JP Morgan, numbering more than

24   ten -- I can't give you the exact number as I sit here -- own

25   substantial stock.  And when I say substantial, in excess of

**OFFICIAL TRANSCRIPT**

1   4 percent of the total outstanding H-shares.  In a corporation

2   that has millions of H-shares, that really is a substantial

3   matter.

4        One of the things that we learned recently -- and very

5   recently -- on July 11, 2014, CNBM Group, also identified as the

6   ultimate controller of CNBM, and CNBM controlling BNBM,

7   et cetera -- BNBM owning 65 percent of Taishan stock and

8   Chairman Jia of Taishan owning another 5 percent.

9        At any rate, July 14, 2014, three days before

10  Your Honor issued a contempt order, many, many days after the

11  United States Fifth Circuit Court of Appeals made a judgment

12  final on jurisdiction, and after it was indicated that Taishan

13  would leave the litigation, and it was after the judgment debtor

14  rule was announced -- and I've e-mailed this to counsel in the

15  last hour so I'm going to give him another copy.

16       This document should be placed under seal.  It's BNBM

17  Group E-40444, July 14, 2014.

18       Now, it's been red-lined by BNBMG.  There's a dispute

19  in translation but not as regards the matters that I bring to

20  Your Honor's attention.

21       CNBMG called this meeting even though we've never

22  received a copy of this document or minutes of this meeting from

23  CNBMG.

24       Item No. 2 is a clear indication that at this time,

25  before Your Honor issues a contempt order, there are directions

**OFFICIAL TRANSCRIPT**

1    to move funds and cease depositing funds in the four big banks

2    in New York and it also relates to the Chinese banks.

3            It's Exhibit 215 in various depositions.

4            I can't say to Your Honor in this argument that it's

15:48:04   5    an attempt of CNBMG, and those it controls, to put assets out of

6    the reach of courts, but I do give to the Court 12 NY 3d 353,

7    911 N.E. 2d 825,883, *Koehler v Bank of Bermuda Limited,* which

8    clearly indicates that a New York court can attach assets of a

9    foreign bank.  And it's interesting that that decision relates

15:48:46   10   in part to CNBM Group's call and the timing of that call.

11           Now, with all due respect to learned counsel -- I've

12   been 50 years litigating with McGlinchey.  We've never had a

13   problem.  In fact, Dermot and I used to send documents to each

14   other on oral requests.  I don't have a problem with learned

15:49:16   15   counsel.  I do have a substantial problem with JP Morgan.

16           And there's always a motive.  Is the motive to

17   cooperate and put assets out of the distance of the Court?  I

18   don't know.  Is the motive that Chairman Jinping is visiting

19   next week the President of the United States on a trade

15:49:45   20   agreement, and that JP Morgan, as the largest bank in this

21   country, has some issues it would like to discuss?  Is it the

22   fact that JP Morgan has certain other problems that I need not

23   mention and so they don't want disclosure right now?

24           But for whatever the purpose is, whatever the

15:50:07   25   motive -- and I may be completely wrong about motive -- we

**OFFICIAL TRANSCRIPT**

1    haven't gotten the financial records that we've requested and

2    Your Honor's ordered.

3           What I did get yesterday between services was a

4    document I don't quite understand, but counsel advised today

5    that they'd like to produce a witness to explain this.

6                  This is the document that we received.

7                  This is Matt's e-mail.

8           And that's really inappropriate, to get this a day

9    before a hearing.  It doesn't mean anything to say you're going

10   to produce a deposition witness, which we've been after for five

11   months.  We don't have a witness, a date, a location.  We don't

12   know what that witness can testify to, but without receiving the

13   back-up documents to whatever this document is, and the other

14   documents we've requested, then that deposition is a -- is not

15   just a road less traveled, it's not a road that the plaintiffs

16   wish to proceed on.

17          I believe if Your Honor has Exhibit 215 and you read

18   that exhibit, as Your Honor no doubt will, this exhibit

19   indicates to the PSC a clear intent to avoid responsibility for

20   judgments of the Court and orders of the Court.

21          I certainly do not request and will not request -- and

22   neither does the PSC -- sanctions directed at learned counsel

23   opposite or his law firm.  However, we do believe that some

24   significant sanction should be issued versus JP Morgan Chase so

25   that they understand that this matter is a critical matter, a

**OFFICIAL TRANSCRIPT**

1  serious matter, and irrespective of whatever their motives are,

2  they have to produce the financial documents which we originally

3  requested.

4          And, Harry Rosenberg, I know you're on the phone.  I'm

15:53:04   5  sorry, I didn't know that you were going to appear.  But now

6  that I do, I will send you both the original 215, a red-lined

7  215 by your client, as well as a copy of the decision that I

8  have cited, and also JP Morgan's response today of producing a

9  witness, and the material we got yesterday.

15:53:48  10          THE COURT:  Okay.  Gabe, do you have any comments on

11  this?

12          MR. CROWSON:  Yes, Judge.

13          Just to back up and put in context the document that

14  led up until today.

15:54:03  15          THE COURT:  This one from you?

16          MR. CROWSON:  Yes.  And it's actually -- I'll explain

17  it a little bit, because it's really not suitable to printing

18  because it's a massive spreadsheet, so I think Mr. Herman must

19  have printed the first few pages of it.

15:54:17  20          But anyway, following Your Honor's order we looked at

21  the list of all the companies that were in the subpoena,

22  80-something different Taishan companies.  And our client -- you

23  know, we have a specific unit that deals with subpoenas.  That's

24  who I've been dealing with from the get-go of this matter.

15:54:34  25          They researched throughout the JP Morgan family -- not

**OFFICIAL TRANSCRIPT**

1    just the holding company, but all the different business

2    units -- various systems in which account information would

3    exist for all those Taishan companies, and nothing popped up.

4    So nothing showed that there were any accounts held by these

15:54:49    5    defendants or the affiliates, in any Chase affiliates, or that

6    there were any deals or lending arrangements between

7    JP Morgan Chase and the defendants.

8           What we did isolate, and what everyone already knew

9    about, was that, as Mr. Herman pointed out, JP Morgan -- various

15:55:09    10    entities in the Chase family hold various securities that are

11    traded on a public exchange.  They're not bought directly from

12    CNBM, they're on a secondary market, the Hong Kong Exchange or

13    some other similar exchange.

14           So we, through our research, realized that there were

15:55:30    15    some -- and actually a significant amount of transactions during

16    the contempt period where they either bought or sold a security

17    or sold an option or a derivative of a CNBM security.

18           And the spreadsheet that I e-mailed to the PSC this

19    morning is a listing of all those trades from a certain period

15:55:57    20    of time.  And if you were to print it, it would be

21    10,000-and-something transactions.

22           And that's actually only the proprietary holdings,

23    meaning the shares or securities that a Chase company holds in

24    its own name.  I will -- I'm supposed to be getting a

15:56:14    25    spreadsheet from my client with the fiduciary holdings.  In

**OFFICIAL TRANSCRIPT**

1   other words, the trades in which a Chase company holds the stock

2   but it's for the benefit of somebody else so they're almost like

3   a brokerage for that.  And there's lots of trades there as well.

4          The reason why I offered to put up a witness to

5   explain what we've done and to explain this spreadsheet is I

6   imagine that, like I do with my client, they would have many

7   questions about what is this, what is going to be behind this,

8   and, you know, help me make heads or tails of all of this.

9          And, you know, Russ's response is, Well, I need all

10  the backup documentation for every single one of these trades.

11         Well, Your Honor, I sent that to the other side with a

12  caveat that I don't think it's actually technically responsive

13  to the order.  And here's why.

14         Your order, one, was focused on are any of these

15  defendants or the affiliates conducting business in the

16  United States?  And to that end you ordered the documents and

17  testimony for financial transactions with the defendants by

18  Chase or the relationships.  Well, all these trades are not with

19  CNBM.  They're on a publically traded exchange so it's not

20  really a transaction with CNBM.

21         That said -- and that's actually why I wanted to put

22  up a witness to explain that and to say, Look, do you really

23  want to go and get -- if there is anything behind each of these

24  deals other than an electronic computer entry that says on this

25  date this desk sold a thousand shares or bought a thousand

**OFFICIAL TRANSCRIPT**

1    shares.  I don't know that you're going to get more information

2    than that.  And if you do, I don't think it's ever going to show

3    that the Chinese companies were conducting business in the

4    United States.

5           So I think before we go and spend what could be an

6    enormous amount of time and effort and expense to pull the

7    backup documentation for every single trade, I would propose we

8    put up a witness to explain the spreadsheets, tell the PSC what

9    it's about, answer their questions, and then maybe they can

10   isolate certain things.  Maybe they can say, look -- and this is

11   just the optimist in me, that they would actually say, you know,

12   Well, we're not going to find what we need to prove that the

13   defendants are in contempt, and that would be the end of it.

14   But if not, we'll deal with it.

15          If we need to put up another witness that explains the

16   actual transaction, so be it.  But I would propose putting up

17   somebody to explain the spreadsheet, explain what we've done,

18   because I think at the end of the day that would show that

19   JP Morgan is in compliance with Your Honor's order and we

20   shouldn't be held in contempt certainly.

21          THE COURT:  Okay.  Harry, do you have any comments?

22          MR. ROSENBERG:  Well, Your Honor, yes, I do.

23          First of all, I appreciate Russ's offer.  I would like

24   to look at the documents, Judge Fallon, and I'm sure the other

25   entities would like to.

**OFFICIAL TRANSCRIPT**

1      I thought that this hearing was going to be the

2  discrete question relating to -- or the discrete issue, I should

3  say, relating to whether JP Morgan has produced the documents

4  and hearing JP Morgan's response.  And instead, the PSC has made

15:59:40        5  some fairly broad-reaching allegations regarding motive,

6  regarding activities, none of which were done, according to even

7  Russ, by JP Morgan.

8      So I'd like to at least look at the documents he's

9  offered to provide us, share those with my colleagues,

16:00:00       10  Judge Fallon, and then see if we need to respond after they've

11  had an opportunity to look at the transcript of this hearing.

12      THE COURT:  Yeah.  I don't know whether you

13  necessarily have a dog in this fight, Harry, because really the

14  sole issue is whether or not JP Morgan has produced the

16:00:21       15  documents or has made some effort to obtain the documents.  I

16  don't know whether motive, or whatever, is necessary to this

17  particular issue.  I think your initial comment was accurate,

18  this is a different issue.

19      MR. ROSENBERG:  Precisely, Judge.

16:00:41       20      So as long as the Court's sort of brushing aside

21  Russ's preparatory comments about motive, control, et cetera,

22  that we've heard from the PSC and we would respond normally, and

23  just focuses on the narrow issue of whether JP Morgan's offer to

24  produce a witness would then satisfy the PSC's concerns about

16:01:04       25  documents from JP Morgan --

**OFFICIAL TRANSCRIPT**

1      THE COURT:  Well, I don't mean --

2      MR. ROSENBERG:  -- I'll stay quiet.

3      THE COURT:  Yeah.  No, I don't mean I disregard his

4  comments.  I just think that the issue really is focused on

16:01:14    5  JP Morgan's action and not anybody else's actions.

6      MR. HERMAN:  Let me assure the Court and assure Harry

7  on the record, your clients are well aware of the document.

8  Mr. Moore, who represents BNBM and BNBMG, from Dentons has been

9  present when this document has been the subject of

16:01:42   10  interrogation.  And CNBM and Taishan's counsel were also

11  present.

12      But I think it's important that you, as liaison

13  counsel, get the document, Exhibit 215, produced from your

14  client's file.  And I'm going to do that, Harry, so that you've

16:02:04   15  got it in front of you.

16      I'd like to respond briefly to counsel.

17      THE COURT:  Sure.

18      Anybody else from the defendants?

19      MR. ROSENBERG:  I don't believe anybody else --

16:02:15   20      THE COURT:  Anybody else is on.

21      MR. ROSENBERG:  Right.

22      MR. HAIRSTON:  This is Eric Hairston, Your Honor, on

23  behalf of CNBM.

24      MR. ROSENBERG:  Oh, I'm sorry.  I beg your pardon,

16:02:23   25  Eric.

**OFFICIAL TRANSCRIPT**

1          MR. VEJNOSKA:  Harry and Your Honor, this is Chris

2     Vejnoska.  We heard that we should call in so we have missed, I

3     think, a good part of the preparatory remarks.  But given

4     Your Honor's comments that -- it sounds as if we can just catch

16:02:40      5     up on that later since you are focused on the sole issue here

6     which is Morgan.

7          THE COURT:  Right.

8          MR. VEJNOSKA:  Thank you.

9          MR. HERMAN:  I think learned counsel opposite has very

16:02:52     10     adroitly tried to change the gravamen of the requests that have

11     been pending now for a number of months and the Court's order by

12     saying, you know, we searched Taishan.  However, JP Morgan is

13     very well aware of the relationship with CNBM.  As a matter of

14     fact, in an early meet-and-confer, and before we filed our

16:03:26     15     motion, and after we met again, and after we filed our motion, I

16     sent counsel for JP Morgan the actual pages from the public

17     annual reports of CNBM which indicated the relationship clearly

18     between CNBM and JP Morgan.

19          But as counsel correctly pointed out, the Court's

16:03:59     20     order refers to defendants -- CNBM is a defendant -- or

21     Taishan's affiliates.  And without going into any sealed

22     documents or materials that we have learned now in depositions,

23     there is, at least in the PSC's mind and in Taishan's mindset,

24     that CNBM is definitely not just a defendant but an affiliate.

16:04:33     25     And JP Morgan, in attempting to avoid serious production, is

**OFFICIAL TRANSCRIPT**

1    talking about transactions having studied Taishan.

2         And counsel's right.  I don't know whether there are

3    5,000 transactions or 20,000 transactions.  I didn't have time

4    to print out everything, but I printed out enough of what there

16:04:58    5    was to respond to counsel opposite and to appear here today.

6         I think the real issues here are have there been

7    transactions, financial transactions, between or among JP Morgan

8    and the defendants and affiliates of the defendants which have

9    been named in this case, and thus far we have zero.

16:05:30    10       THE COURT:  Okay.  I think I understand the issue.  I

11    like the comments of both of you-all.  I think we can move the

12    ball further.

13         I think that JP Morgan has to really understand that

14    I'm serious about contempt.  I don't take that lightly.  But

16:05:44    15    when I do feel that people are abusing the court, then I act,

16    and I act fairly significantly.  I have a history of that in

17    this particular case so I do call JP Morgan's attention to that

18    effect.

19         But I do think that we need to have some live

16:06:08    20    testimony.  I like the idea of having somebody from JP Morgan, a

21    person who knows about these documents, talk about them.

22         But I also want somebody from JP Morgan to speak for

23    JP Morgan to say what they've done in response to the subpoena.

24    That can be someone who has talked to whomever they have to talk

16:06:32    25    to, but when they speak, they're going to be speaking for

**OFFICIAL TRANSCRIPT**

1    JP Morgan so that JP Morgan will be telling the Court what they

2    did, when they did it, and what documents they have obtained,

3    and whose possession the documents are in.

4          But I think you're right for the stuff that you gave.

16:06:59    5    I also think that you need somebody -- and it may be the same

6    person, I don't know, but you need somebody to say what it is.

7          MR. CROWSON:  And, Your Honor, that's actually -- I

8    wasn't clear enough.  I apologize.  I was envisioning a witness

9    who could explain what we've done and why we haven't turned up

16:07:13    10   anything other than this.  And then someone who could explain

11   this chart and what, if anything, would come of further

12   investigation into it.

13         THE COURT:  Okay.  But you need somebody who is able

14   to speak as JP Morgan.  It will be a (30)(b)(6) deposition so

16:07:30    15   he'll be speaking as JP Morgan.

16         MR. CROWSON:  But it wouldn't be me.

17         THE COURT:  No, I see.

18         MR. CROWSON:  It's going to be someone we designate on

19   behalf of JP Morgan Chase & Company.

16:07:41    20   THE COURT:  Okay.  I'd like that done within two

21   weeks.

22         And then I'll set another hearing after that's done to

23   see where we go from there, but let's take it a step at a time

24   at that point.

16:07:54    25         Harry, you folks probably don't have an interest in

**OFFICIAL TRANSCRIPT**

1    this, but if you want to participate in the deposition, you

2    certainly have the right to.

3            MR. ROSENBERG:  Yes, Judge.  I appreciate that

4    courtesy.  We will get notice of the deposition from Russ or

5    another member of the PSC, and then we can decide whether any

6    other parties wish to attend that deposition.

7            THE COURT:  Okay.

8            At the end of the deposition, one or both of you-all

9    call me and I'll set a date that is convenient with you-all and

10   we'll meet-and-confer again.

11           MR. HERMAN:  Because there are other counsel,

12   Your Honor, we will notice and make sure all counsel on record

13   are served.

14           We will again list the categories for a (30)(b)(6)

15   witness.  But I'm assuming that -- and maybe incorrectly -- that

16   this includes a witness who can testify, not just about Taishan

17   transactions and financial matters, but financial matters of all

18   defendants.  Otherwise, I don't think --

19           THE COURT:  Yeah.  No, that's correct.  I see it at

20   this stage in the litigation -- and that's why I'm trying

21   to understand what the relationships are, because there's

22   a twofold situation.  One is the ultimate responsibility for

23   certain things.  The other is whether or not, during that period

24   of contempt, people have done business either in the name, in

25   alter ego names, in affiliates, or associates.  So that's a

**OFFICIAL TRANSCRIPT**

1    separate thing that's going on now.

2    Some of the material may -- some of the discovery may

3    focus on that aspect of the case and may not focus on who's

4    responsible, if anybody, for the alleged defective drywall.  I

5    mean, we've got two things -- at least two things going on in

6    this case and probably more than two things.  That's usually

7    been the history of this case.

8    So it's from that standpoint is where JP Morgan comes

9    into the picture, not necessarily on the opposite or end side.

10   MR. CROWSON:  No.

11   THE COURT:  I know they don't manufacture drywall.

12   But the issue of whether or not business was

13   transacted during that particular time becomes a serious

14   situation because of the 25 percent.  That's where the

15   significant issue is.

16   MR. CROWSON:  That's the exact prism and perspective

17   that our client has had when it's done this research.  And we

18   didn't limit it to Taishan.  We did the defendants, CNBM -- we

19   ran all the different names.  We weren't focused on Taishan.  I

20   say "Taishan" because that was the list --

21   THE COURT:  Yeah, I understand.

22   MR. CROWSON:  -- on the subpoena.

23   THE COURT:  Okay.  All right.  Well, just have

24   somebody able to discuss that.

25   MR. CROWSON:  Sure.

**OFFICIAL TRANSCRIPT**

1    THE COURT:  Arnold, you're on the line.  Do you have

2    any comments?  I didn't mean to bypass you.

3    MR. LEVIN:  No.  I think Russ said it all.

4    THE COURT:  Okay.  Anyone else on the line that --

16:11:06  5    MR. LEVIN:  Thank you, Your Honor.

6    MR. ROSENBERG:  Judge Fallon, can I --

7    THE COURT:  Yeah, Harry.

8    MR. ROSENBERG:  I know the Court said that the

9    deposition of JP Morgan can take place within two weeks.  In

16:11:16  10   light of that, and in order to let parties who are not privy to

11   this call directly know what the content of this call has been,

12   can we get the Court to -- if you would indulge me, get the

13   Court to authorize the release of the transcript of this call so

14   I can circulate that to all other counsel?

16:11:40  15   THE COURT:  Sure.  No, I always do that.  I'll do that

16   in a minute entry, Harry, attaching it to it.

17   MR. HERMAN:  Your Honor, I would like to --

18   THE COURT:  And I'll give you how to get ahold of it.

19   Anybody who is on the phone who wishes to get ahold of it, you

16:11:53  20   can contact --

21   MR. HERMAN:  Your Honor, I need to --

22   MR. ROSENBERG:  Yes, sir.  Judge Fallon, I just wanted

23   to say the reason I made that request is -- I know the

24   transcripts are normally available, but, as I understand the

16:12:04  25   procedures, even though we've made contact with the court

**OFFICIAL TRANSCRIPT**

1    reporter, the court reporter waits for authorization from your

2    Your Honor --

3              THE COURT:  Yeah, I'll do that immediately.

4              MR. CROWSON:  -- before they release the transcript.

16:12:15    5              THE COURT:  No, I'll do that immediately.

6              MR. ROSENBERG:  That was the reason.

7              THE COURT:  I'll do that immediately, Harry.  Thanks

8    for bringing it up.

9              MR. ROSENBERG:  And, Your Honor, I just want to say I

16:12:24    10    apologize for not being physically present at the conference

11    today.  I thought everything was being done by telephone.  I am,

12    either fortunately or unfortunately, at the Court's old stomping

13    ground, the Gainsburgh firm, so I called in.  But I'll

14    participate in person in the future, Judge Fallon.

16:12:43    15              THE COURT:  If somebody is going to come in person,

16    call your co-counsel or your opposing counsel and tell them so

17    that everybody has an opportunity to do that.

18              MR. HERMAN:  Harry, it's my *mea culpa*.  I got material

19    last night, and then yesterday was a difficult time, and felt I

16:13:04    20    could only appear in person because I had materials that I

21    wanted to deliver.

22              But I do want to state on the record again, just so

23    it's clear, that Exhibit 215 and -- 215 is confidential, should

24    remain confidential and sealed.

16:13:29    25              MR. CROWSON:  As well as -- I don't know if this is

**OFFICIAL TRANSCRIPT**

1    going to be part of the record, too, the documents --

2         THE COURT:  Sure.  This?

3         MR. CROWSON:  Yes.

4         THE COURT:  You want this sealed, too?

5         MR. CROWSON:  Yes.

6         THE COURT:  Sure.

7         MR. HERMAN:  We don't object to that, Your Honor.

8         THE COURT:  Okay.  I'll seal it.

9         MR. ROSENBERG:  And I appreciate that, Russ.  And I

10   look forward to getting the materials you kindly offered.

11        MR. HERMAN:  If I don't get it to you tonight, Harry,

12   it will be there in the morning.

13        MR. ROSENBERG:  That's fine.

14        THE COURT:  Okay, folks, thank you very much.

15        MR. ROSENBERG:  Thank you, Judge Fallon.

16        MR. HERMAN:  Thank you.

17                              (Proceedings adjourned.)

18                        * * * *
                     **CERTIFICATE**

19
        I hereby certify this 25th day of September, 2015, that the
20   foregoing is, to the best of my ability and understanding, a
     true and correct transcript of the proceedings in the
21   above-entitled matter.

22                              */s/ Mary V. Thompson*

23                       _____
                              Official Court Reporter

24

25

**OFFICIAL TRANSCRIPT**