UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 09-6687 (E.D. Va.);<br><br>*Gross v. Knauf Gips, KG*, Case No. 09-6690 (E.D. La.);<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* Case No. 10-361 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.). | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**ORDER**

Considering Taishan's Motion to Set a Briefing Schedule on Class Decertification, **IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Taishan, and any other Defendants, shall file opening briefs on the issue of class decertification no later than 21 days after the entry of this Order.  Any opposition briefing from the Plaintiffs' Steering Committee is due no later than 21 days after the filing of the Defendant brief filed last in time.  Any reply briefing is due 21 days after the filing

of the PSC's opposition brief. The Court will schedule a hearing for oral argument after receiving all briefing from the parties.

New Orleans, Louisiana, this \_\_\_\_ day of \_\_\_\_, 2015.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge