MINUTE ENTRY
FALLON, J.
SEPTEMBER 24, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date to discuss the Plaintiff Steering Committee's ("PSC") Motion to Hold JP Morgan Chase & Co. in contempt. (Rec. Doc. 19404). The PSC, counsel for JP Morgan, and Defense Liaison Counsel, Harry Rosenberg, participated. Counsel for both parties presented its position. After hearing from the parties, for the reasons set forth orally in the conference, a transcript of which can be obtained from Court Reporter Mary Thompson at (504) 589-7783,

**IT IS ORDERED** that JP Morgan produce a 30(b)(6) witness within two weeks of this order to answer questions (i) regarding its efforts to comply with the Court's July 17, 2015 order and (ii) providing context and background for the materials already produced.

1

JS10(00:38)