UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ……………………………………………………… : | | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

**IT IS HEREBY ORDERED** that the CNBM Entities' Amended Motion to Dismiss (R. Doc. 19527) is hereby set for submission with oral argument following the January Monthly Status Conference. Once the precise date for that conference is set, the parties are to submit a proposed briefing schedule.

**IT IS FURTHER ORDERED** that CNBM's Motion to Expedite Hearing (R. Doc. 19543) is **GRANTED**. Accordingly, CNBM Group's Motion for Reconsideration (R. Doc. 19542) is set for hearing with oral argument in the Courtroom of the Honorable Eldon E. Fallon on Monday, October 5, 2015 at 9:00 a.m.

New Orleans, Louisiana, this 28th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

1