**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 09-6687 (E.D. Va.);

*Gross v. Knauf Gips, KG*, Case No. 09-6690 (E.D. La.);

*Wiltz v. Beijing New Building Materials Public Limited Co*, Case No. 10-361 (E.D. La.);

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.).

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S NOTICE OF JOINDER IN TAISHAN'S MOTION TO SET BRIEFING SCHEDULE ON CLASS DECERTIFICATION**

Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC")

and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") hereby join in and adopt

the concerns and positions[1] set forth in Defendants Taishan Gypsum Ltd., Co., and Tai'an

---

[1] Reassertion of Objection to Personal Jurisdiction:  On March 4, 2015, the BNBM Entities
formally appeared in the above-captioned actions, through Notices of Appearance that

1

Taishan Plasterboard Co., Ltd.'s Motion to Set a Briefing Schedule on Class Decertification [Doc. No. 19546 "Taishan's Motion"].

BNBM PLC and BNBM Group agree that amending the certification order is particularly appropriate at this time, for all the reasons stated in Taishan's Motion.  BNBM PLC and BNBM Group further contend that the class should be decertified as to them because, even after the voluminous, expedited discovery conducted over the past six months, there is neither fact nor expert evidence in the record before the Court that BNBM PLC, which manufactures drywall separate and distinct from Taishan, or BNBM Group, which manufactures no drywall at all, injured any class member, much less the class as a whole.  As a result, BNBM PLC and BNBM Group should not be held jointly and severally liable for the entire class's damages and decertification of the Court's prior order is appropriate.

## CONCLUSION

WHEREFORE, for all the reasons set forth in Taishan's Motion, BNBM PLC and BNBM Group respectfully request that the Court enter a scheduling order on class decertification in accordance with Taishan's proposed schedule.

---

specifically raised and preserved defenses relating to, *inter alia*, lack of personal jurisdiction.  As the BNBM Entities have done with each prior submission, they raise the issue of personal jurisdiction at the outset of this Notice of Joinder to preserve the BNBM Entities' legal rights to assert this fundamental defense.

Dated:  September 28, 2015

Respectfully submitted,

**DENTONS US LLP**

By: */s/ Michael H. Barr*
Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

- AND -

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

- AND -

C. Michael Moore
Texas Bar No. 14323600
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com

- AND -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

***Attorneys for Beijing New Building
Material (Group) Co., Ltd. and Beijing
New Building Materials Public Limited
Company***

4

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Notice of Joinder in Taishan's Motion to Set a Briefing Scheduling on Class Decertification** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this September 28, 2015.

*/s/      Michael H. Barr*