IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## O R D E R

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Response in Opposition to CNBM Group's Motion for Reconsideration of Court's Minute Order Resetting Briefing Schedule on Motion to Dismiss, with all exhibits, UNDER SEAL;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Response in Opposition to CNBM Group's Motion for Reconsideration of Court's Minute Order Resetting Briefing Schedule on Motion to Dismiss, with all exhibits, be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge