# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| DEVON INTERNATIONAL INDUSTRIES, INC., | Case No. 13-13552 (SR) |
| Debtor. | |

### ORDER REIMPOSING THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 OF THE BANKRUPTCY CODE AS TO CLAIMS MADE AGAINST DEBTOR BY ACE HOME CENTERS, INC. AND OTHERS

AND NOW, this 9th day of Sept, 2015 upon consideration of the Motion of Debtor to Reimpose the Automatic Stay Under 11 U.S.C. §362 of the Bankruptcy Code as to Claims Made Against It by Ace Home Centers, Inc. or Others Pursuant to Bankruptcy Rule 9024 (the "Motion"), and any response thereto, and the Court being satisfied the relief sought is in the best interests of the Debtors' estate and sufficient cause appearing therefore, it is

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED that the Bankruptcy Court's Order of December 17, 2014 is hereby vacated and the automatic stay under 11 U.S.C. §362 is hereby reimposed with respect to (i) all claims made against Devon International Industries, Inc. (the "Debtor") by Ace Home Centers, Inc. in its joinder complaint in two matters: (a) *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047 in the United States District Court for the Eastern District of Louisiana, specifically the consolidated cases of *Braxton and Kerrie Collins v. Bass Homes, Inc., et al. and Jason and Cassie Herrington v. Bass Homes, Inc. et al.*, S.D. Mississippi, C.A. No.: 1:13-00297 and (b) *Gregg and Sherry Wiggins v. Ace Home Centers, Inc.*, Case No.: 30-

CV-2013-900145 in Circuit Court of Escambia County, Alabama (the "Lawsuits") and (ii) any and all other claims against the Debtor in the Lawsuits.

BY THE COURT:

_____
The Honorable Stephen Raslavich,
United States Bankruptcy Judge