**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO: 2047 |
| LITIGATION | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. v. Bass Homes, Inc.** | : | |
| **et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : | Case No.: 13-6652 |

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO: 2047 |
| LITIGATION | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. v. Bass Homes, Inc.** | : | |
| **et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : | Case No.: 13-6653 |

**ORDER**

Upon the Court's consideration of the Ex Parte/Consent Motion to Set Aside Entry of Default against Devon International Industries, said motion having been filed by Intervenor, Cincinnati Insurance Company, it is hereby ORDERED as follows:

The Motion to Set Aside Entry of Default against Devon International Industries, Inc. is hereby **GRANTED**.

Done and Ordered this the ___ day of _____, 2015.

_____
Hon. Eldon E. Fallon
U.S. District Judge
