UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

To accommodate counsel travelling from out of town in order to attend the Monthly Status Conference, **IT IS ORDERED** that CNBM Group's Motion for Reconsideration (R. Doc. 19542) is hereby re-set for hearing with oral argument in the Courtroom of the Honorable Eldon E. Fallon on Tuesday, October 6, 2015 at 4:00 p.m.

New Orleans, Louisiana, this 29th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

1