**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ============================= | x | ========================= |
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | x | |
| LITIGATION | x | SECTION: L |
| | x | |
| THIS DOCUMENT APPLIES TO ALL | x | JUDGE FALLON |
| CASES | x | |
| | x | MAG. JUDGE WILKINSON |
| | x | |
| ============================= | x | ========================= |

**NOTICE OF EXPEDITED ORAL AND VIDEOTAPED DEPOSITION
PURSUANT TO THE COURT'S DIRECTIVE DURING
THE SEPEMBER 24, 2015 STATUS CONFERENCE**

TO:   JP Morgan Chase & Co.
      Through its Registered Agent
      The Corporation Trust Company
      1209 Orange Street
      Wilmington, New Castle County, Delaware  19801

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30(b)(6) of the Federal

Rules of Civil Procedure, and the Court's directives during the September 24, 2015 status

conference, plaintiffs, by and through their undersigned attorneys, the Plaintiffs' Steering

Committee in the MDL, will take the deposition of **JP Morgan Chase & Co.,** on

October 9, 2015 at 8:30 a.m. (CST) at HERMAN, HERMAN & KATZ, LLC, 820

O'Keefe Avenue, New Orleans, Louisiana.  The instant notice of oral and videotaped

deposition is in addition to the previously noticed deposition and is in no way intended to

supplant the prior noticed deposition.  Pursuant to Fed. R. Civ. P. 30(b)(6), **JP Morgan**

**Chase & Co.** shall designate and produce a designated representative or representatives,

as may be required, to testify on behalf of **JP Morgan Chase & Co.** concerning the

1

topics identified in Schedule "A" attached hereto.  Further, the deponent is requested to produce the documents identified in the attached Schedule "A" to which deposition questions will be asked.  Also attached hereto as Exhibit "A" is a subpoena with respect to the instant discovery requests and deposition.

**If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.**

| | |
|---|---|
| Primary Examiners: | A Member of the PSC, or its designee |
| Videotaped Deposition: | Yes |
| Call-In Number: | **888-337-8218** |
| | **Participant Code:  769758** |

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, upon an expedited basis, until the examination is completed.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows:  The deposition will be conducted in furtherance of discovery related to the topics identified at the hearings before the Honorable Eldon E. Fallon on September 24, 2015.  This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein.  Counsel should be aware that all matters may be discovered in the deposition and that the above explanation is made solely in accordance with the directives provided at the status conference.  This is an MDL "common" fact witness deposition.

Respectfully submitted,

/s/ Russ M. Herman\
**Russ M. Herman** (Bar No. 6819)\
Leonard A. Davis (Bar No. 14190)\
Stephen J. Herman (Bar No. 23129)\
***HERMAN, HERMAN & KATZ, LLC***\
820 O'Keefe Avenue\
New Orleans, LA  70113\
PH:  (504) 581-4892\
FAX:  (504) 561-6024\
ldavis@hhkc.com\
***Plaintiffs' Liaison Counsel***\
***MDL 2047***

Arnold Levin\
Fred S. Longer\
Sandra L. Duggan\
Matthew C. Gaughan\
Levin, Fishbein, Sedran & Berman\
510 Walnut Street, Suite 500\
Philadelphia, PA 19106\
PH:  (215) 592-1500\
FAX:  (215) 592-4663\
Alevin@lfsblaw.com\
***Plaintiffs' Lead Counsel***\
***MDL 2047***

3

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com


Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com


Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com


Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
mailto:bsteckler@baronbudd.com
bruce@stecklerlaw.com


Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com


Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com


Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com


James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com


Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com


Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the September 24, 2015 Status Conference has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of October, 2015.

   /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com

# SCHEDULE A

### DEFINITIONS & INSTRUCTIONS

1.      Whenever used in this Request, the following terms shall have the following meanings:

(a)      "Communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

(b)      "Computer" means all devices utilizing microchips to facilitate processing, analysis, or storage of data, including microcomputers (also known as personal computers), laptop computers, portable computers, notebook computers, palmtop computers (also known as personal digital assistants or PDA's), minicomputers and mainframe computers.

(c)      "Concerning" means relating to, referring to, describing, evidencing, embodying, or constituting.

(d)      "Document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a), including, without limitation, electronic or computerized data compilations.  Documents shall include all drafts, including drafts with "track changes," and shall be deemed to be separate documents within the meaning of this term.

(e)      "Electronically stored information" or "ESI" means the original (or identical duplicate when the original is not available), and any non-identical copies (whether non-identical because of notes made on copies or attached comments,

annotations, marks, transmission notations, or highlighting of any kind) of writings and data compilations in any form, and of every kind and description whether inscribed by mechanical, facsimile, electronic, magnetic, digital, or other means.  ESI includes, by way of example only, computer programs (whether private, commercial, or work-in-progress), programming notes or instructions, activity listings of electronic mail receipts and transmittals, output resulting from the use of any software program, including word processing documents, spreadsheets, database files, charts, graphs and outlines, electronic mail displaying full e-mail alias's (not merely "display names), electronic calendars, I'm logs, PBX logs, document management system data, operating systems, all metadata, source code of all types, peripheral drivers, PIF files, batch files, ASCII files, and any and all miscellaneous files and file fragments, regardless of the media on which they reside and regardless of whether said ESI consists in an active file, deleted file or file fragment. Electronically stored information includes any and all items stored on computer memories, hard disks, floppy disks, CD-ROMs, removable media such as Zip disks, Jaz cartridges, Bernoulli Boxes and their equivalent, magnetic tapes of all types, microfiche, punched cards, punched tape, computer chips, including,  EPROM, PROM, RAM and ROM, on or in any other vehicle for digital data storage and transmittal.  The term ESI also includes the file, folder tabs and containers and labels appended to, or associated with, any physical storage device associated with each original and copy.

(f)      "Electronic media" means any magnetic or other storage media device used to record electronically stored information.  Electronic media devices may include computer memories, hard disks, floppy disks, CD-ROM, removable media such as Bernoulli Boxes and their equivalent, magnetic tapes of all types, microfiche, punched

cards, punched tape, computer chips, including,  EPROM, PROM, RAM and ROM, or on or in any other vehicle for digital data storage and transmittal.

(g)       "Identify" with respect to persons, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.   Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

(h)       "Identify" with respect to documents, means to give, to extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s) and recipient(s).

(i)       "Including" or "includes" means including, without limitation.

(j)       "You," or "your" means each of the individual named entities to whom this set of discovery is directed, and any of its domestic or international predecessors in interest, successors in interest, subsidiaries, divisions, subdivisions, affiliates, officers, directors, employees, representatives, independent contractors, consultants, or agents, whether present or former, including but not limited to their attorneys and accountants.

(k)       "Taishan" means Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.

(l)       "Chinese drywall" relates to drywall, plasterboard, or wallboard manufactured in China.

(m)    "Person" means any natural person or any business, legal, or governmental entity or association.

(n)    "Taishan Affiliates and Subsidiaries" shall include the below listed entities and any of their parents, related entities, subsidiaries, agents and assigns:

(a)  State-owned Assets Supervision and Administration Commission of the State Counsel ("SASAC");

(b)  China National Building Materials Group Co., Ltd. ("CNBM Group");

(c)  China Cinda Asset Management Co., Ltd. ("Cinda");

(d)  China Building Materials Academy;

(e)  Beijing New Building Material Group Co., Ltd. ("BNBM Group");

(f)  China National Building Material Import and Export Company ("CNBM Trading");

(g)  CNBM Forest Products, Ltd.;

(h)  CNBM Forest Products (Canada), Ltd.;

(i)  China National Building Material Co., Ltd. ("CNBM");

(j)  China United Cement Corporation (f/k/a China United Cement Group Corporation, Ltd.) (f/k/a China United Cement Co., Ltd.) ("China United");

(k)  China United Cement Huaihai Co., Ltd. (f/k/a China United Julong Huaihai Cement Co., Ltd.);

(l)  Qingzhou China United Cement Company Limited (f/k/a China United Qingzhou Luhong Cement Co., Ltd.);

(m) China United Cement Zaozhuang Company, Limited (f/k/a Zaozhuang China United Luhong Cement Co., Ltd.);

(n) China Composites Group Corp., Ltd. ("China Composites");

(o) Lianyungang Zhongfu Lianzhong Composite Material Group Co., Ltd. ("Zhongfu Lianzhong");

(p) Shanghai Yaohua Pilkington Glass Co., Ltd.;

(q) Changzhou China Composites Liberty Co., Ltd. ("Zhongfu Liberty");

(r) Changzhou China Composites Tianma Fiberglass Products Co., Ltd. ("Zhongxin Tianma");

(s) Changzhou Liberty TOLI Building Material Co., Ltd. ("Liberty TOLI");

(t) China Fiberglass Co., Ltd. ("China Fiberglass");

(u) Jushi Group Co., Ltd. ("Jushi Group");

(v) China Triumph International Engineering Co., Ltd. ("CTIEC");

(w) Nanjing Triumph International Engineering Company Limited (f/k/a China Triumph International Engineering Company Limited) (f/k/a China Triumph Nanjing Cement Technological Engineering Co., Ltd.);

(x) CTIEC Shenzhen Scieno-tech Engineering Co., Ltd.;

(y) China Triumph Bengbu Engineering and Technology Co., Ltd. ("Bengbu Triumph");

(z) CNBM Investment Company Limited (f/k/a BND Co., Ltd.);

(aa)   Beijing New Building Material Public Limited Company

("BNBM")

(bb)   Beijing New Building Materials Homes Co., Ltd.

(cc)   BNBM Suzhou Mineral Fiber Ceiling Company, Limited (f/k/a

"Suzhou Tianfeng New Building Material Co., Ltd.")

(dd)   Taishan Gypsum Co., Ltd. (f/k/a Shandong Taihe Dongxin Co.,

Ltd.) ("Taishan");

(ee)   Qinhuangdao Taishan Building Materials Co., Ltd. (a/k/a

Qinhuang Dao Taishan Building Materials Co., Ltd.);

(ff)    Tai'an Taishan Plasterboard Co., Ltd. ("TTP");

(gg)   China United Luhong Cement Co., Ltd.;

(hh)   China United Nanyang Co.;

(ii)    Xingtai China United Ziyan Co., Ltd.;

(jj)    China National Building Materials and Equipment Import and

Export Corporation ("China Equipment");

(kk)   Shenzhen B&Q Decoration & Building Materials Co., Ltd.

("Shenzhen B&Q");

(ll)    Beijing Incubator New Material Company Limited;

(mm)   Ningbo Beijing New Construction Materials Company

Limited;

(nn)   Shenzhen Beijing New Real Estate Company Limited

(oo)   United Suntech Craft,Inc. a/k/a United Suntech Craft,Inc.,

2006 LIMITED;

(pp)    Jiangjin Taishan Gypsum Construction Material Company Limited;

(qq)    Hengshui Taishan Gypsum Construction Material Company Limited;

(rr)    Dongguan BNBM Housing Design and Engineering Company Limited;

(ss)    Beijing Jieruixin Door & Window Company Limited;

(tt)    Chengdu Beijing New Construction Materials Company Limited;

(uu)    Taicang Beijing New Construction Materials Company Limited;

(vv)    Taian Donglian Investment Trading Company Limited;

(ww)    Fuxin Taishan Gypsum Construction Material Company Limited;

(xx)    Zhejiang Wenzhou Taishan Gypsum Construction Material Company Limited;

(yy)    Hebei Taishan Huaao Construction Material Company Limited;

(zz)    CNBM Energy Co., Ltd. ("CNBM Energy");

(aaa)    CNBM Forest Products New Zeland Limited ("Forest Products NZ");

(bbb)    CNBM Forest Products Trading, Ltd.;

(ccc)    CNBM International Corporation;

(ddd)     CNBM International Engineering Co. Ltd;

(eee)     CNBM Technology Co., Ltd.;

(fff)     CNBM International Equipment, Co.;

(ggg)     CNBM USA, Corp.;

(hhh)     CTIEC-TECO;

(iii)      CNBM – CMAX;

(jjj)      CNBM- Parts;

(kkk)     CNBM Solar;

(lll)      BNBM of America, Inc.;

(mmm)     BNBMG Metal; and

(nnn)     INTECH Building Co., Ltd.;

(ooo)     China Investment Corporation;

(ppp)     China Investment Corporation International Co., Ltd.;

(qqq)     Beijing Wonderful Investment, Ltd.;

(rrr)     Chengdong Investment Corporation;

(sss)     Country Forest Ltd.;

(ttt)     Full Blossom Investment Corporation;

(uuu)     Country Hill, Ltd.;

(vvv)     Bridge Hill Investment;

(www)     Harvest Investment Corporation;

(xxx)     Stable Investment Corporation;

(yyy)     Land Breeze S.A.R. I;

(zzz)     Land Breeze II;

(aaaa)    Fengmao Investment Corporation;

(bbbb)    Terrific Investment Corporation;

(cccc)    Flourish Investment Corporation;

(dddd)    Leader Investment Corporation; and

(eeee)    Guangli Investment Corporation.

2.    The following rules of construction apply to all discovery requests:

(a)    The terms "all" and "each" shall be construed as all and each;

(b)    The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope;

(c)    The use of the singular form of any word includes the plural and vice versa; and

(d)    Requests that are stated in the present tense include the past tense and those in the past tense include the present tense.

3.    Unless otherwise specifically stated, this Request encompasses documents, which were created, received, or generated or otherwise entered into your possession, custody, or control between January 1, 2006 and the current date (the "Relevant Time Period").

4.    Any document falling within the scope of this Request that is withheld on the basis of a claim of privilege, work product, or any other ground is to be identified in a privilege log, produced in an electronic format that allows text searching and organization of data.  You shall produce a privilege log within 5 days after the production of documents for which privilege is asserted to apply.  For each document for which You

assert a privilege applies, you must provide in the privilege log: (a) a statement of the ground alleged for withholding such document; (b) the date of the document; (c) the location of any attachments associated with the document and whether the asserted privilege also applies to such attachments; (d) the identity of its author and signatories; (e) the type of document (*e.g.*, letter); (f) a summary of its content; (g) its present location and custodian; and (h) a listing of all persons to whom the contents of such documents have been disclosed and all persons who have or have had possession, custody, or control of the documents (or any portions thereof), pursuant to Federal Rule of Civil Procedure 45(d)(2).   Notwithstanding the assertion of an objection, any purportedly privileged document containing non-privileged matter must be disclosed with the purportedly privileged portion redacted, with the redacted portion indicated on the document itself and listed on the privilege log to be provided pursuant to this paragraph.

To assist in the prompt resolution of disputed claims of privilege, You shall submit to the Court under seal, unredacted copies of all documents for which it asserts a privilege.

5.   If you are unable to comply fully with any of the specific requests, you shall comply to the extent possible and provide an explanation as to why full compliance is not possible.   In the event that any documents called for by this Request were formerly in your possession, custody or control, or have been lost or destroyed, those documents are to be identified in writing as follows:   persons who prepared or authorized the documents indicated or blind copies; dates of preparation or transmittal; subject matter; number of pages, attachments or appendices; all persons to whom distributed, shown or explained; date or dates of loss or destruction; and if destroyed, the manner of

destruction, reason for destruction, persons authorizing destruction and persons destroying the documents.

6.     This Request is directed to all documents within your possession, custody or control, or within the possession of any of your agents, or within the possession of any entity associated with you, or within the possession, custody, or control of such entity's directors, officers, agents, servants, employees, consultants, and professionals.

7.     Documents are to be produced in full and in their unexpurgated form. Redacted documents shall not constitute compliance with this Request, unless such documents are redacted pursuant to any claim of privilege as set forth in paragraph 4 above.

8.     Documents shall be produced in their original language (*e.g.*, Mandarin) and, if the original documents are in any language other than English, you shall include translations of such documents into English.

9.     This Request is intended to be consistent with the Federal Rules of Civil Procedure 26 and 34.

10.     All hard copy documents and electronically stored information (ESI) produced in response to this Request shall be organized and labeled either to correspond with the number of the specific request to which the documents are responsive or shall be produced in the order, format, and manner in which they are kept in the usual course of business.  With respect to the production of electronically stored information, all ESI that is demanded is to be produced in its native usable format, as maintained on the computer storage systems, regardless of whether such ESI exists (and/or may have been copied and/or otherwise converted) in more than one electronic format.

## DOCUMENTS TO BE PRODUCED

1.     All documents evidencing your efforts to collect documents and identify a Rule 30(b)(6) witness for purposes of providing documents and testimony concerning "JP Morgan's and/or its subsidiaries' relationship and financial transactions with the Defendants and their subsidiaries and affiliates" and the Court's directive that JP Morgan and/or its subsidiaries produce documents that relate to the contempt period.  *See* Order & Reasons dated July 15, 2015 (Rec.Doc.No.19306).

2.     All documents concerning financial transactions that occurred between July 17, 2014 and March 25, 2015 and that involve the entities identified in Exhibit "B" hereto, including but not limited to all investments, trades, purchases, sales, swaps, options, subscriptions, redemptions, loans, mortgages, credits, guarantees, deposits, withdrawals, and letters of credit.

3.     All documents concerning communications that occurred between July 17, 2014 and March 25, 2015 and that involve you and any of the entities set forth in Exhibit "B" and/or any of the individuals identified in the attached Exhibit "C" hereto, including but not limited to face-to-face, email, telephonic, facsimile, instant message, text message, WhatsApp, We Chat, interoffice memoranda, and all other electronic communications.

## DEPOSITION TOPICS

Pursuant to Rule 30(b)(6), you shall designate and produce for deposition one or more of your officers, directors, managing agents, or other persons who consent to testify on your behalf concerning the following subject matters:

1.    Your efforts to collect documents and to identify a Rule 30(b)(6) witness for purposes of providing documents and testimony concerning "JP Morgan's and/or its subsidiaries' relationship and financial transactions with the Defendants and their subsidiaries and affiliates" and the Court's directive that JP Morgan and/or its subsidiaries produce documents that relate to the contempt period. *See* Order & Reasons dated July 15, 2015 (Rec.Doc.No.19306).

2.    Your knowledge regarding the transactions identified in the spread sheets produced and/or to be produced by your counsel as noted during the September 24, 2015 status conference including but not limited to the nature of all trades and financial transactions identified in the spread sheets and the identity of all parties on whose behalf the transactions were undertaken.

3.    Your knowledge regarding financial transactions that occurred between July 17, 2014 and March 25, 2015 and that involve the entities identified in Exhibit "B" hereto, including but not limited to all investments, trades, purchases, sales, swaps, options, subscriptions, redemptions, loans, mortgages, credits, debits, transfers of funds to or from other banks, transfers to or from subsidiaries or affiliates, commissions (whether or not they have been paid), guarantees, deposits, withdrawals, letters of credit, pledges, long and short investments in securities, bank paper transactions, escrow

accounts, trust accounts, and/or any other exchanges of anything of value among you and any of the entities identified in Exhibit "B."

4.     Your knowledge regarding communications that occurred between July 17, 2014 and March 25, 2015 and that involve you and any of the entities set forth in Exhibit  "B" and/or any of the individuals identified in the attached Exhibit "C" hereto, including but not limited to face-to-face, email, telephonic, facsimile, instant message, text message, WhatsApp, We Chat, interoffice memoranda, and all other electronic communications.

# EXHIBIT "A"

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| In re: Chinese-Manuf. Drywall Products Liab. Lit. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.   MDL 2047 |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:

JP Morgan Chase & Co., Through its Registered Agent:  The Corporation Trust Company,
1209 Orange Street, Wilmington, New Castle County, Delaware 19801
_(Name of person to whom this subpoena is directed)_

☑ _Testimony:_ **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA  70113 | Date and Time: 10/09/2015 8:30 am |
|---|---|

The deposition will be recorded by this method:   Oral and Videotaped

☑ _Production:_ You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See attached  Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive
During the September 24, 2015 Status Conference

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   10/01/2015

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

OR

_Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_   Plaintiffs
, who issues or requests this subpoena, are:

Plaintiffs' Liaison Counsel, Russ M. Herman/Leonard A. Davis, Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA  70113, (504) 581-4892; email:  ldavis@hhklawfirm.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev.  12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.   MDL 2047

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

**EXHIBIT "B" TO THE NOTICE OF EXPEDITED ORAL AND VIDEOTAPED
DEPOSITION PURSUANT TO THE COURT'S DIRECTIVE DURING
THE SEPEMBER 24, 2015 STATUS CONFERENCE**

1. Beijing BNBM Chenlong Decoration Engineering Co., Ltd.;

2. Beijing Building Material (Hunan) Co., Ltd.;

3. Beijing Building Material (Shaanxi) Co., Ltd.;

4. Beijing Donglian Investment Co., Ltd. (f/k/a Taian Donglian Investment Trading Company Limited);

5. Beijing Incubator New Material Company Limited (a/k/a Beijing New Materials Incubator Co., Ltd.);

6. Beijing Jieruixin Door & Window Company Limited;

7. Beijing New Building Material Green Residence Company Limited;

8. Beijing New Building Material (Group) Co., Ltd. ("BNBM Group");

9. Beijing New Building Material Public Limited Company ("BNBM")

10. Beijing New Building Materials (Quanzhou) Co., Ltd.;

11. Beijing New Building Materials (Tianjin) Co., Ltd.;

12. Beijing New Building Materials Homes Co., Ltd. (a/k/a BNBM Homes Co., Ltd.)

13. Beijing Tiandi Renju Cultural Development Co., Ltd.;

14. Beijing Triumph Building Materials Engineering Co., Ltd.;

15. Beijing Wonderful Investment, Ltd.;

16. BNBM (Jiaxing) Co., Ltd.;

17. BNBM (Kunming) Co., Ltd.;

18. BNBM (Shanghai) Co., Ltd.;

19. BNBM Green Houses Co., Ltd.;

1

20. BNBM Huainan Building Materials Co., Ltd.;

21. BNBM Light Steel Homes (Beijing) Co., Ltd.;

22.  BNBM of America, Inc.;

23. BNBM PNG Limited;

24. BNBM Residential Industry Co., Ltd.;

25. BNBM Suzhou Mineral Fiber Ceiling Company Limited (f/k/a Suzhou Tianfeng New

    Building Material Co., Ltd.)

26. BNBM Taicang Company Limited;

27. BNBM Xinxiang Building Materials Co., Ltd.;

28. BNBMG Metal;

29. BNS Company Limited;

30. Bridge Hill Investment;

31. Brightcrystals Technology Inc.;

32. Changzhou China Composites Liberty Co., Ltd. ("Zhongfu Liberty");

33. Changzhou China Composites Tianma Fiberglass Products Co., Ltd. ("Zhongxin

    Tianma");

34. Changzhou Liberty TOLI Building Material Co., Ltd. ("Liberty TOLI");

35. Chengdong Investment Corporation;

36. Chengdu Beijing New Construction Materials Company Limited;

37. China Building Materials Academy;

38. China Cinda Asset Management Co., Ltd. ("Cinda");

39. China Composites Group Corp., Ltd. ("China Composites");

40. China Conch Venture Holdings Limited;

41. China Investment Corporation International Co., Ltd.;

42. China Investment Corporation;

43. China Jushi Co., Ltd. (f/k/a China Fiberglass Co., Ltd.);

44. China National Building Material Co., Ltd. ("CNBM");

45. China National Building Materials & Equipment Import & Export Corporation ("China National Building Materials Import and Export Company") ("CNBM Trading");

46. China National Building Materials Group Co., Ltd. ("CNBM Group");

47. China National Building Materials Innovation Science and Technology Research Institute Co., Ltd.;

48. China Shanshui Cement Group Limited;

49. China Triumph Bengbu Engineering and Technology Co., Ltd. ("Bengbu Triumph");

50. China Triumph International Engineering Co., Ltd. ("CTIEC");

51. China United Cement Corporation (f/k/a China United Cement Group Corporation Ltd.) (f/k/a China United Cement Co., Ltd.) ("China United");

52. China United Cement Dezhou Daba Co., Ltd.;

53. China United Cement Huaihai Co., Ltd. (f/k/a China United Julong Huaihai Cement Co., Ltd.);

54. China United Cement Lunan Co., Ltd.;

55. China United Cement Taishan Co., Ltd.;

56. China United Cement Wulanchabu Co., Ltd.

57. China United Cement Wulenchebu Co., Ltd.;

58. China United Cement Xuzhou Co., Ltd.;

59. China United Cement Zaozhuang Company, Limited (f/k/a Zaozhuang China United Luhong Cement Co., Ltd.);

60. China United Luhong Cement Co., Ltd.;

61. China United Nanyang Co.;

62. Chongqing Southwest Cement Company Limited;

63. CNBM - CMAX;

64. CNBM Energy Co., Ltd. ("CNBM Energy");

65. CNBM Forest Products (Canada), Ltd.;

66. CNBM Forest Products New Zealand Limited ("Forest Products NZ");

67. CNBM Forest Products Trading, Ltd.;

68. CNBM Forest Products, Ltd.;

69. CNBM International Corporation;

70. CNBM International Engineering Co. Ltd;

71. CNBM International Equipment, Co.;

72. CNBM Investment Company Limited (f/k/a BND Co., Ltd.);

73. CNBM- Parts;

74. CNBM Solar;

75. CNBM Technology Co., Ltd.;

76. CNBM USA, Corp.;

77. CNBMI Logistics Company Limited;

78. CNBMIT Co., Ltd.;

79. Country Forest Ltd.;

80. Country Hill, Ltd.;

81. CTIEC Shenzhen Scieno-tech Engineering Co., Ltd.;

82. CTIEC-TECO American Technology, Inc.;

83. Dongguan BNBM Housing Design and Engineering Company Limited;

84. Fengmao Investment Corporation;

85. Flourish Investment Corporation;

86.  Full Blossom Investment Corporation;

87. Fuxin Taishan Gypsum Building Materials Co., Ltd.;

88. Guang An BNBM Building Material Company Limited (a/k/a Guang'an BNBM Co., Ltd.);

89. Guangli Investment Corporation;

90. Guangxi South Cement Company Limited;

91. Gucheng BNBM Building Materials Co., Ltd.;

92. Guizhou Southwest Cement Company Limited;

93. Guizhou Taifu Gypsum Co., Ltd.;

94. Hangzhou South Cement Company Limited;

95. Harvest Investment Corporation;

96. Hebei Taishan Huaao Construction Material Company Limited;

97. Heihe Guanniaohe Cement Company Limited;

98. Heilongjiang Binzhou Cement Company Limited;

99. Hubei BNBM Building Material Company Limited (a/k/a Hubei BNBM Co., Ltd.);

100.     Hunan South Cement Group Company Limited;

101.     Huzhou South Cement Company Limited;

102.     INTECH Building Co., Ltd.;

5

103.    Jetion Solar (China) Co., Ltd. ;

104.    Jiamusi North Cement Company Limited;

105.    Jiangjin Taishan Gypsum Construction Material Company Limited;

106.    Jiangsu CNBM Environmental Protection Research Institute Company Limited;

107.    Jiangxi South Cement Company Limited;

108.    Jilin Dequan Cement Group Wangqing Co., Ltd.;

109.    Jilin Yatai (Group) Co., Ltd.;

110.    Jingang (Group) Baishan Cement Company Limited;

111.    Jushi Group Co., Ltd. ("Jushi Group");

112.    Land Breeze II;

113.    Land Breeze S.A.R. I;

114.    Leader Investment Corporation;

115.    Lianyungang Zhongfu Lianzhong Composite Material Group Co., Ltd. ("Zhongfu Lianzhong");

116.    Liaoyuan Jingang Cement  (Group) Company Limited;

117.    Liaoyuan Weijin Jingang Cement Company Limited;

118.    Linyi China United Cement Company Limited

119.    Nanjing Huafu Asset Operation and Management Co., Ltd.;

120.    Nanjing Triumph International Engineering Company Limited (f/k/a China Triumph International Engineering Company Limited) (f/k/a China Triumph Nanjing Cement Technological Engineering Co., Ltd.);

121.    Ningbo Beijing New Construction Materials Company Limited (a/k/a BNBM Ningbo Building Materials Co., Ltd.);

122.    North Cement Company Limited;

123.    Pingyi BNBM Building Materials Co., Ltd.

124.    Qingzhou China United Cement Company Limited (f/k/a China United Qingzhou Luhong Cement Co., Ltd.);

125.    Qinhuangdao Taishan Building Materials Co., Ltd. (a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.);

126.    Qufu China United Cement Company Limited;

127.    Shanghai Triumph Energy Saving Engineering Technology Company Limited;

128.    Shanghai South Cement Company Limited;

129.    Shanghai Yaohua Pilkington Glass Co., Ltd.;

130.    Shenzhen Beijing New Real Estate Company Limited

131.    Sichuan Zizhong Southwest Cement Company Limited;

132.    Sichuan Jiahua Enterprise (Group) Co., Ltd.;

133.    Sichuan Southwest Cement Company Limited;

134.    South Cement Company Limited;

135.    Southwest Cement Company Limited;

136.    Stable Investment Corporation;

137.    State-owned Assets Supervision and Administration Commission of the State Counsel ("SASAC");

138.    Suntech B&Q Decoration & Building Materials Co., Ltd. ("Shenzhen B&Q");

139.    Tai'an Jindun Building Materials Co., Ltd.;

140.    Tai'an Taishan Plasterboard Co., Ltd. ("TTP");

141.    Taishan Gypsum (Baotou) Co., Ltd.;

142.      Taishan Gypsum (Chaohu) Co., Ltd.;

143.      Taishan Gypsum (Chongqing) Co., Ltd.;

144.      Taishan Gypsum (Dongying) Co., Ltd.;

145.      Taishan Gypsum (Fujian) Co., Ltd.;

146.      Taishan Gypsum (Gansu) Co., Ltd.;

147.      Taishan Gypsum (Guangdong) Co., Ltd.;

148.      Taishan Gypsum (Guangxi) Co., Ltd.;

149.      Taishan Gypsum (Henan) Co., Ltd. ;

150.      Taishan Gypsum (Hengshui) Co., Ltd. (a/k/a Hengshui Taishan Gypsum Construction Material Company Limited);

151.      Taishan Gypsum (Hubei) Co., Ltd. (a/k/a Hubei Taishan Building Materials Co., Ltd.);

152.      Taishan Gypsum (Jiangxi) Co., Ltd.;

153.      Taishan Gypsum (Jiangyin) Co., Ltd.;

154.      Taishan Gypsum (Jilin) Co., Ltd.;

155.      Taishan Gypsum (Jiyuan) Co., Ltd.;

156.      Taishan Gypsum (Liaocheng) Co., Ltd.;

157.      Taishan Gypsum (Liaoning) Co., Ltd.;

158.      Taishan Gypsum (Longyan) Cement Retarder Co., Ltd.;

159.      Taishan Gypsum (Nantong) Co., Ltd.;

160.      Taishan Gypsum (Pingshan) Co., Ltd.;

161.      Taishan Gypsum (Pizhou) Co., Ltd.;

162.      Taishan Gypsum (Shaanxi) Co., Ltd. ;

163. Taishan Gypsum (Sichuan) Co., Ltd.;

164. Taishan Gypsum (Suqian) Co., Ltd.;

165. Taishan Gypsum (Tongling) Co., Ltd.;

166. Taishan Gypsum (Weifang) Co., Ltd.;

167. Taishan Gypsum (Weihai) Co., Ltd.;

168. Taishan Gypsum (Wenzhou) Co., Ltd. (a/k/a Zhejiang Wenzhou Taishan Gypsum Construction Material Company Limited);

169. Taishan Gypsum (Xiangtan) Co., Ltd.

170. Taishan Gypsum (Xiangyang) Co., Ltd.;

171. Taishan Gypsum (Xingtan) Co., Ltd.;

172. Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd.;

173. Taishan Gypsum (Xuancheng) Co., Ltd.;

174. Taishan Gypsum (Yinchuan) Co., Ltd.;

175. Taishan Gypsum (Yunnan) Co., Ltd.;

176. Taishan Gypsum Co., Ltd. (f/k/a Shandong Taihe Dongxin Co., Ltd.) ("Taishan");

177. Terrific Investment Corporation;

178. United Suntech Craft, Inc. a/k/a United Suntech Craft, Inc., 2006 LIMITED;

179. Weierda (Liaoning) Environmental-friendly Material Co., Ltd.;

180. Wuhan WUTOS Co., Ltd.;

181.  Xingtai China United Ziyan Co., Ltd.;Beijing New Building Plastics Co., Ltd.;

182. Yichun North Cement Company Limited;

183. Yunnan Southwest Cement Company Limited;

184. Zhaoqing BNBM Co., Ltd.;

185.    Zhejiang South Cement Company Limited;

186.    Zhenjiang BNBM Building Materials Co., Ltd.; and

187.    Zhongfu Shenying Carbon   Fiber Company Limited.

**EXHIBIT "C" TO THE NOTICE OF EXPEDITED ORAL AND VIDEOTAPED
DEPOSITION PURSUANT TO THE COURT'S DIRECTIVE DURING
THE SEPEMBER 24, 2015 STATUS CONFERENCE**

1.  CAO Jianglin

2.  CHANG Zhangli

3.  CHEN Shaoming

4.  CHEN Xuean

5.  CHEN Yimin

6.  CHEN Yu

7.  CUI Lijun

8.  CUI Xingtai

9.  GENG Lisheng

10. HAO Zhenhua

11. HU Jinyu

12. LEE Mei Yi [(FCS, FCIS), alternate to Lo Yee Har Susan]

13. LO Yee Har Susan

14. LU Xiaoqing

15. MO Wei

16. PEI Hongyan

17. PENG Shou

18. PENG Xuefeng

19. SHI Keping

20. SHI Qiming

21. SONG Zhiping

22. TAO Zheng

23. WANG Bing

24. WANG Yumeng

25. WEI Rushan

26. WEN Wuxing

27. WU Fade

28. WU Jiwei

29. YAN Guozhe

30. YANG Yanjun

31. ZHANG Jian

32. ZHANG Nailing

33. ZHANG Xiao

34. ZHAO Yanmin

35. ZHOU Guoping

36. ZHOU Huan

37. ZHOU Lei

38. ZOU Yunxiang