UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips KG; et al. Case No. 09-7628 _____ | ) ) ) ) ) | MAG. JUDGE WILKINSON |

**PROMENADE AT TRADITION COMMUNITY ASSOCIATION, INC. NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Promenade at Tradition Community Association, Inc., hereby dismisses with prejudice its claims or causes of action for the below listed addresses in this matter:

10440 SW Stephanie Way, #204, Port St. Lucie, FL 34987

10560 SW Stephanie Way, #212, Port St. Lucie, FL 34987

10560 SW Stephanie Way, #211, Port St. Lucie, FL 34987

10560 SW Stephanie Way, #201, Port St. Lucie, FL 34987

10560 SW Stephanie Way, #106, Port St. Lucie, FL 34987

10560 SW Stephanie Way, #102, Port St. Lucie, FL 34987

The aforementioned claims are dismissed on behalf of the Promenade at Tradition Community Association, Inc., only, and only as to the aforementioned addresses. Each party is to bear its own attorneys' fees and costs.

2

Respectfully Submitted,

/s/ Patrick s. Montoya
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH
Coral Gables, FL   33134
Phone: (305) 476-7400
Fax:     (305) 476-7444
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of October, 2015.

/s/ Patrick S. Montoya