IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Supplemental Response in Opposition to CNBM Group's Motion for Reconsideration of Court's Minute Order Resetting Briefing Schedule on Motion to Dismiss and to File UNDER SEAL;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Supplemental Response in Opposition to CNBM Group's Motion for Reconsideration of Court's Minute Order Resetting Briefing Schedule on Motion to Dismiss be and is hereby filed, and is filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge