IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**THE PLAINTIFFS' STEERING COMMITTEE'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO CNBM GROUP'S MOTION FOR RECONSIDERATION OF COURT'S MINUTE ORDER RESETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

# FILED UNDER SEAL