MINUTE ENTRY
FALLON, J.
SEPTEMBER 30, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
    **13-6652:** *Collins et al v. Bass Homes, Inc. et al*
    **13-6653**: *Herrington et al v. Bass Homes, Inc. et al*

**ORDER**

At the last status conference on August 31, 2015, the Court discussed the pending motions in these two cases. Counsel for Plaintiffs suggested the Court hold another status conference after the parties had a chance to discuss possibility of mediation. Defense counsel expressed interest in this possibility as well.

Accordingly, the Court conducted another telephone status conference, which was noticed in Rec. Doc. 19432, on this date. Justin Boron participated on behalf of Defendant Bass Homes. Caroline Pryor participated on behalf of Ace Hardware Corporation. Danny Collier participated on behalf of Ace Home Center. Wesley Pipes participated on behalf of Pate Stevedore Company and Pensacola Stevedore Company. Gary Russo participated on behalf of Fireman's Fund Insurance Company. Bernard Taylor and Christy Eikhoff participated on behalf of Taishan. Counsel for Plaintiffs did not participate. **IT IS ORDERED** that Counsel for Plaintiffs show cause by letter to

1

JS10(00:11)

the Court explaining why they should not be held in contempt for not participating in this conference.

