IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Motion to Compel the Production of Wenlong Peng Computers and Related Information, with all supporting memoranda and exhibits, UNDER SEAL;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Motion to Compel the Production of Wenlong Peng Computers and Related Information, with all supporting memoranda and exhibits, be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge