IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THE PLAINTIFFS' STEERING COMMITTEE'S
MOTION TO COMPEL THE PRODUCTION OF
WENLONG PENG COMPUTERS AND RELATED INFORMATION
(WITH SUPPORTING MEMORANDA AND EXHIBITS)**

# FILED UNDER SEAL