UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL
        PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION:  L

JUDGE FALLON

MAG. JUDGE WILKINSON

This Document Relates to:
Payton et al v. Knauf et al
Case No. 09-7628
Wiltz et al v. Knauf et al
Case No. 10-361
Haya et al v. Taishan et al
Case No. 11-1077
Amorin et al v. Taishan et al
Case No. 11- 1395
Amorin et al v. Taishan et al
Case No. 11-1672
Amorin et al v. Taishan et al
Case No. 11-1673

### EXPARTE MOTION TO DISBURSE  SETTLEMENT FUNDS FROM COURT REGISTRY

Petitioner, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A., respectfully files this ExParte Motion to Disburse Settlement Funds from the Court Registry and moves this Court for an Order allowing settlement funds to be disbursed to Allison Elliott and state as follows:

1. Petitioner, as counsel for homeowners Roger and Allison Elliott, received settlement funds for the Global, Banner, InEx Repair and Relocation Expenses Claim in the following amounts: $10,332.63 – Banner; $3,305.05 – Global Installer.

2. Petitioner notified Claimants, Roger and Allison Elliott, that the funds had been received and requested a signed Distribution Schedule.  However, the Claimants could not resolve the issue and the funds of $13,637.68 were deposited in the Court's Registry in February

2015 pursuant to Judge Fallon's Order of January 23, 2015.

3. Petitioner provides an Order on Motion to Enforce Final Judgment for Dissolution of Marriage and for Attorney's Fees and Costs dated July 23, 2015 from the Honorable Laurie E. Buchanan from the Circuit Court of the Nineteenth Judicial Circuit and for Martin County, Florida detailing the disbursement of the settlement funds to Allison Elliott. See Exhibit A.

4. According to the Order from Martin County, Florida, the funds of $13,637.68 should be disbursed to Allison Elliott and mailed to 2003 SW Laredo Street, Palm City, Florida 34990.

For these reasons set forth above and within Petitioner's Memorandum in Support, and pursuant to Local Rule 67.2 and Local Rule 67.3, the Petitioner respectfully requests this Court for an Order allowing the settlement funds to be disbursed from the Court's registry to Allison Elliott.

Respectfully submitted,

/s *Michael J. Ryan*_____
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman  P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Petitioner*

## CERTIFICATION OF REVIEW BY CLERK

I HEREBY CERTIFY that a copy of the foregoing Motion and Proposed Order have been submitted to the Clerk for review.

/s *Michael J. Ryan*_____
Michael J. Ryan, Esquire

>Florida Bar No. 975990
>Krupnick Campbell Malone Buser Slama
>Hancock Liberman  P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL  33301
>Phone (954) 763-8181
>Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>mryan@krupnicklaw.com
>*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Disburse Settlement Funds from Court Registry has been emailed to all parties by electronically uploading the same to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047, further a copy was mailed and emailed to Claimants, Roger Elliott,  rogerelliott2@gmail.com, 36 Corte Pino, Santa Rosa Beach, FL 32459 and Allison Elliott, rogerandallison@gmail.com, 2003 S W Laredo Street, Palm City, FL 34990 on this 2nd   day of     October, 2015.

>/s/ *Michael J. Ryan*
>Michael J. Ryan, Esquire
>Florida Bar No. 975990
>Krupnick Campbell Malone Buser Slama
>Hancock Liberman P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL  33301
>Phone (954) 763-8181; Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>mryan@krupnicklaw.com
>Attorneys for Petitioner