# EXHIBIT A

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

CASE NO. 13-1114-DR

IN RE: THE MARRIAGE OF

ALLISON BOOTH ELLIOTT

    Petitioner,

and

ROGER COLE ELLIOTT

    Respondent.
_____/

## ORDER ON MOTION TO ENFORCE FINAL JUDGMENT FOR DISSOLUTION OF MARRIAGE AND FOR ATTORNEY'S FEES AND COSTS

THIS MATTER came before the Court on June 22, 2015 on the Former Wife's Motion to Enforce Final Judgment for Dissolution of Marriage and for Attorney's Fees and Costs and the Court having heard evidence and argument finds and determines as follows:

1. There is presently $16,700 deposited into the registry of the court in the United States District Court, Eastern District of Louisiana; MDL No. 2047; Section L.

2. The class action attorney, Michael J. Ryan, Esquire, for Allison Booth Elliott and Roger Cole Elliott has an additional check for $2,500 for Chinese drywall defects on the former marital home in his possession.

3. There may be additional funds paid as a result of the chinese drywall class action suit.

4. The Former Wife received the marital home located at 2003 SW Laredo Street, Palm City, Florida 34990 as her sole and separate property in the above-styled cause. The Former Husband is not entitled to any of the funds associated with the marital home or the chinese drywall class action suit. The Former Wife, Allison Booth Elliott, is entitled to one hundred percent (100%) of the funds held in the Court registry and/or as a result of the chinese drywall class action suit, whether presently being held or as a result of future payments.

BASED ON THE FOREGOING, it is

ORDERED AND ADJUDGED as follows:

A. The $16,700 and any other sums presently being held by the United States District Court, Eastern District of Louisiana; MDL No. 2047; Section L shall be released to ALLISON BOOTH ELLIOTT in her sole and separate name.

B. That $2,500 presently being held by Michael J. Ryan, Esquire, shall be disbursed to ALLISON BOOTH ELLIOTT as her sole and separate property.

C. Any future payments with respect to the class action suit or the chinese drywall shall be paid solely to ALLISON BOOTH ELLIOTT.

D. The Former Husband shall sign any documents necessary to facilitate the payment to ALLISON BOOTH ELLIOTT and his failure to do so shall be subject to the contempt powers of the Court.

E. The Former Wife's request for attorney's fees and costs is Denied as the Former Husband does not have the ability to pay.

F. This order shall operate upon the Former Husband, ROGER COLE ELLIOTT's, failure to execute documents to act as an actual transfer or signature of Former Husband for purposes of depositing the funds from the chinese drywall suit or cashing the checks.

F. The Former Husband shall be subject to the contempt powers of the Court should he fail to execute the documents necessary to transfer all funds from the chinese drywall suit to the Former Wife, ALLISON BOOTH ELLIOTT.

DONE AND ORDERED at Stuart, Martin County, Florida on this __23__ day of ___July___, 2015 nunc pro tunc to June 22, 2015.

LAURIE E. BUCHANAN
Circuit Judge

copies furnished to:

Karen O'Brien Steger, Esq., (KLS@stegerlaw.com)
Roger Elliott (rogerelliott2@gmail.com)