UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
        PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

This Document Relates to:
Payton et al v. Knauf et al
Case No. 09-7628
Wiltz et al v. Knauf et al
Case No. 10-361
Haya et al v. Taishan et al
Case No. 11-1077
Amorin et al v. Taishan et al
Case No. 11- 1395
Amorin et al v. Taishan et al
Case No. 11-1672
Amorin et al v. Taishan et al
Case No. 11-1673

## ORDER TO RELEASE SETTLEMENT FUNDS FROM COURT REGISTRY

This Court having considered the ExParte Motion to Disburse Settlement Funds from the Court Registry and supporting Memorandum filed by Petitioner, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman PA, and finds that Petitioner's Motion should be granted, accordingly, it is:

ORDERED that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $13,637.68 plus all interest earned less the assessment fee for the administration of funds payable to Allison Elliott and mail the check to 2003 SW Laredo Street, Palm City, Florida 34990.

New Orleans, Louisiana, this ____ day of October, 2015.

                                                     _____
                                                     Hon. Eldon E. Fallon
                                                     District Court Judge