UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File its Reply Brief in Support of Motion to Approve Alternative Service of Process on the BNBM and CNBM Entities Pursuant to Fed.R.Civ.P. 4(f)(3);

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Reply Brief in Support of Motion to Approve Alternative Service of Process on the BNBM and CNBM Entities Pursuant to Fed.R.Civ.P. 4(f)(3) be and is hereby filed into the record.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge