# EXHIBIT A

Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3   ***********************************************
 4   IN RE: CHINESE-MANUFACTURED    MDL NO. 2047
         DRYWALL PRODUCTS LIABILITY
 5       LITIGATION                 SECTION:  L
 6   THIS DOCUMENT APPLIES TO       JUDGE FALLON
         ALL CASES
 7                                  MAG. JUDGE WILKINSON
 8   ***********************************************
 9
               CONFIDENTIAL - SUBJECT TO FURTHER
10                   CONFIDENTIALITY REVIEW
11                  Wednesday, July 15, 2015
12                        —  —  —
13
14          Videotaped 30(b)(6) Deposition of BNBM GROUP
15   COMPANY, LIMITED through the testimony of YANMING
16   ZHAO, held at the offices of Phelps Dunbar LLP,
17   365 Canal Street, Suite 2000, New Orleans, Louisiana,
18   commencing at 9:12 a.m., on the above date, before
19   Michael E. Miller, Certified Court Reporter (#27009),
20   Registered Diplomate Reporter, Certified Realtime
21   Reporter.
22
23                        —  —  —
24              GOLKOW TECHNOLOGIES, INC.
           877.370.3377 ph | 917.591.5672 fax
25                  deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
1    to refuse service of a complaint?
2        A    Nobody.
3        Q    So, then, if a complaint is delivered to
4    your facilities, you accept it and do not refuse it;
5    is that correct?
6             MR. MOORE:  Object to the form.
7        A    If a complaint is delivered to our company,
8    we should have accepted it.
9    BY MR. LEVIN:
10       Q    Have you, sir, received any Federal Express
11   packages from my office?  That's Levin Fishbein
12   Sedran & Berman at 510 Walnut Street, Suite 500,
13   Philadelphia, Pennsylvania, 19106, USA.
14            MR. LEVIN:  Glad I remembered that.
15       A    I don't know.
16   BY MR. LEVIN:
17       Q    Who would know?
18       A    I don't know.
19       Q    Well, you are currently the group's deputy
20   general manager, and you're also the group's secretary
21   of the board; is that correct?
22       A    Correct.
23       Q    And what are your job duties as general
24   manager of Group?
25       A    I'm in charge of legal affairs, as well as
```