UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL
        PRODUCTS LIABILITY LITIGATION

This Document Relates to:
Payton et al v. Knauf et al
Case No. 09-7628
Wiltz et al v. Knauf et al
Case No. 10-361
Haya et al v. Taishan et al
Case No. 11-1077
Amorin et al v. Taishan et al
Case No. 11- 1395
Amorin et al v. Taishan et al
Case No. 11-1672
Amorin et al v. Taishan et al
Case No. 11-1673

MDL NO. 2047

SECTION:  L
JUDGE FALLON

MAG. JUDGE WILKINSON

### NOTICE OF WITHDRAWAL OF EXPARTE MOTION TO DISBURSE SETTLEMENT FUNDS FROM COURT REGISTRY REGARDING ROGER AND ALLISON ELLIOTT

    Petitioner, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A., respectfully files this Notice of Withdrawal of ExParte Motion to Disburse Settlement Funds from the Court Registry.

    After the filing of the ExParte Motion to Disburse Settlement Funds from Court Registry, (D.E. 19568),  Roger Elliott has indicated that he is pursuing a legal remedy against the Order issued from Judge Laurie E. Buchanan from Martin County, FL which served as the basis for disbursal.  The undersigned interprets this now as an objection to the prayer for relief seeking disbursal, for which previously there had been consent.

    Simultaneously with the filing of this subject Notice of Withdrawal of ExParte Motion to Disburse Settlement Funds from the Court Registry,  the undersigned will also be filing a

motion to withdraw from representation involving said Motion to Disburse (D.E. 19568). Therefore, Petitioner respectfully provides this Notice of Withdrawal of the pending ExParte Motion to Disburse Settlement Funds from Court Registry (D.E. 19568) as there is no longer consent from both parties.  Dated this 7th day of October, 2015.

>Respectfully submitted,
>
>/s *Michael J. Ryan*_____
>Michael J. Ryan, Esquire
>Florida Bar No. 975990
>Krupnick Campbell Malone Buser Slama
>Hancock Liberman  P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL  33301
>Phone (954) 763-8181; Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>mryan@krupnicklaw.com
>*Attorneys for Petitioner*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Withdraw ExParte Motion for Disbursement of Funds from Court Registry has been emailed to all parties by electronically uploading the same to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047, further a copy was mailed and emailed to Claimants, Roger Elliott, rogerelliott2@gmail.com, 36 Corte Pino, Santa Rosa Beach, FL 32459 and Allison Elliott, rogerandallison@gmail.com, 2003 S W Laredo Street, Palm City, FL 34990 on this 7th   day of October, 2015.

>/s/ *Michael J. Ryan*
>Michael J. Ryan, Esquire
>Florida Bar No. 975990
>Krupnick Campbell Malone Buser Slama
>Hancock Liberman P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL  33301
>Phone (954) 763-8181; Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>mryan@krupnicklaw.com
>Attorneys for Petitioner