MINUTE ENTRY
FALLON, J.
OCTOBER 6, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:   Christopher Vejnoska, Esq., Jim Stengel, Esq., Donna Currault, Esq. and Alex Rothenberg, Esq. for defendant, China National Building Materials Group Corporation
Arnold Levin, Esq. Gerald Meunier, Esq., Leonard Davis, Esq., Scott George, Esq., Ervin Gonzalez, Esq., Rachel Sternlieb, Esq. and Fred Longer, Esq., (via phone) for the Plaintiffs' Steering Committee

China National Building Materials Group Corporation's Motion for Reconsideration of Court's Minute Order Resetting Briefing Schedule on Motion to Dismiss   (19542)

After argument - Motion was Taken Under Advisement

JS10:   :48