MINUTE ENTRY
FALLON, J.
OCTOBER 7, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:   C. David Durkee, Esq. (via phone) for Plaintiff Victor Zheltkov
    Michael Ryan, Esq. for Plaintiffs Samuel Perone and Rose Brandolino
    Kerry Miller, Esq. for Defendants' Liaison Counsel

1. Motion of Plaintiff, Victor Zheltkov, for Reconsideration of Special Master Daniel Balhoff's Opinion and Decree    (19295)

After argument - Motion was Taken Under Advisement

2. Claimant Samuel Perone's Objections to Special Master's Determination Denying Claimant's Global, Banner, In-Ex Repair and Relocation Expenses Claim     (19345)

After argument - Motion was Taken Under Advisement

3. Claimant Rose Brandolino's Objections to Special Master's Determination Denying Claimant's Global, Banner, In-Ex Repair and Relocation Expenses Claim  (19360)

After argument - Motion was Taken Under Advisement

JS10:    :24