UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED ) <br> DRYWALL  PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> This document relates to all Cases ) <br> ) <br> Case No. 09-7628 ) <br> Payton et al v Knauf Gips KG et all ) <br> Case No. 09-6690 ) <br> Wiltz et a v. Knauf et al ) <br> Case No. 10-361 ) <br> Haya et al v Taishan et al ) <br> Case No. 11-1077 ) <br> Amorin et al v Taishan et al ) <br> Case No. 11-1395 ) <br> Amorin et al v Taishan et al ) <br> Case No. 11-1672 ) <br> Amorin et al v Taishan et al ) <br> Case No. 11-1673 ) <br> _____ | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**SECOND EXPARTE MOTION TO DEPOSIT SETTLEMENT FUNDS
IN COURT REGISTRY REGARDING ROGER AND ALLISON ELLIOTT**

Petitioner, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A, respectfully moves this Court for an Order allowing settlement funds to be deposited in the Court's Registry pending the Claimants', Roger and Allison Elliot resolution to the division of funds and as grounds therefore state as follows:

1. Petitioner received settlement funds for Roger and Allison Elliott for the Miscellaneous Claim in the amount of $2,500.00.

2. The Claimants are now divorced and are unable to resolve the division of the settlement funds.

For the reasons set forth above and pursuant to Local Rule 67.2 and 67.3 the Petitioner respectfully requests this Court for an Order allowing the settlement funds to be deposited in the

Court's Registry and for the Court to judicially resolve the disputed claim for the monies if a motion is so filed.

                              Respectfully submitted,

                              /s *Michael J. Ryan*
                              Michael J. Ryan, Esquire
                              Florida Bar No. 975990
                              Krupnick, Campbell, Malone, Buser, Slama,
                              Hancock, Liberman , P.A.
                              12 S.E. 7 Street, Suite 801
                              Fort Lauderdale, FL  33301
                              Phone (954) 763-8181; Fax (954) 763-8292
                              pleadings-MJR@krupnicklaw.com
                              mryan@krupnicklaw.com
                              *Attorneys for Petitioner*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing ExParte Motion has been emailed to all parties by electronically uploading the same to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047, further a copy was mailed and emailed to Claimants, Roger Elliott, rogerelliott2@gmail.com, 36 Corte Pino, Santa Rosa Beach, FL 32459 and Allison Elliott, rogerandallison@gmail.com, 2003 S W Laredo Street, Palm City, FL 33490 on this 7th   day of  October, 2015.

                              /s/ *Michael J. Ryan*
                              Michael J. Ryan, Esquire
                              Florida Bar No. 975990
                              Krupnick Campbell Malone Buser Slama
                              Hancock Liberman P.A.
                              12 S.E. 7 Street, Suite 801
                              Fort Lauderdale, FL  33301
                              Phone (954) 763-8181; Fax (954) 763-8292
                              pleadings-MJR@krupnicklaw.com
                              mryan@krupnicklaw.com
                              Attorneys for Petitioner