UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  CHINESE-MANUFACTURED ) | MDL NO. 2047 |
| DRYWALL  PRODUCTS LIABILITY  ) | SECTION: L |
| LITIGATION                                       ) | JUDGE FALLON |
| This document relates to all Cases   ) | MAG. JUDGE WILKINSON |
| Case No. 09-7628                            ) |  |
| Payton et al v Knauf Gips KG et all  ) |  |
| Case No. 09-6690                            ) |  |
| Wiltz et a v. Knauf et al                   ) |  |
| Case No. 10-361                              ) |  |
| Haya et al v Taishan et al                 ) |  |
| Case No. 11-1077                            ) |  |
| Amorin et al v Taishan et al             ) |  |
| Case No. 11-1395                            ) |  |
| Amorin et al v Taishan et al             ) |  |
| Case No. 11-1672                            ) |  |
| Amorin et al v Taishan et al             ) |  |
| Case No. 11-1673                            ) |  |

_____

ORDER GRANTING PETITIONER'S EXPARTE MOTON TO DEPOSIT
SETTLEMENT FUNDS IN COURT REGISTRY
REGARDING ROGER AND ALLISON ELLIOTT

The Court having considered Petitioner's ExParte Motion to Deposit Settlement Funds in Court Registry Regarding Roger and Allison Elliott and finds that Petitioner's ExParte Motion should be granted; accordingly; it is,

ORDERED that Petitioner's ExParte Motion is Granted and pursuant to Local Rule 67.2, the settlement funds for the Miscellaneous Claim in the amount of $2,500.00 for Claimant, Roger and Allison Elliott shall be deposited in the Court's Registry until further order by this Court.

New Orleans, Louisiana, this _____ day of October, 2015.

_____
Hon. Eldon E. Fallon
District Court Judge