UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED ) | |
| DRYWALL PRODUCTS LIABILITY ) | |
| LITIGATION ) | |
| ) | SECTION: L |
| This Document Relates to: ) | JUDGE FALLON |
| Payton et al v. Knauf et al ) | |
| Case No. 09-7628 ) | MAG. JUDGE WILKINSON |
| Wiltz et al v. Knauf et al ) | |
| Case No. 10-361 ) | |
| Haya et al v. Taishan et al ) | |
| Case No. 11-1077 ) | |
| Amorin et al v. Taishan et al ) | |
| Case No. 11- 1395 ) | |
| Amorin et al v. Taishan et al ) | |
| Case No. 11-1672 ) | |
| Amorin et al v. Taishan et al ) | |
| Case No. 11-1673 ) | |

**EX PARTE MOTION TO WITHDRAW EX PARTE MOTION TO DISBURSE SETTLEMENT FUNDS FROM COURT REGISTRY REGARDING ROGER AND ALLISON ELLIOTT**

Petitioner, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A., respectfully files this Motion to Withdraw Ex Parte Motion to Disburse Settlement Funds from the Court Registry (D.E. 19568).

After the filing of the Ex Parte Motion to Disburse Settlement Funds from Court Registry, (D.E. 19568), Roger Elliott has indicated that he is pursuing a legal remedy against the Order issued from Judge Laurie E. Buchanan from Martin County, FL which served as the basis for disbursal. The undersigned interprets this now as an objection to the prayer for relief seeking disbursal, for which previously there had been consent.

Simultaneously with the filing of this subject Ex Parte Motion to Withdraw Ex Parte

Motion to Disburse Settlement Funds from the Court Registry, the undersigned will also be filing a limited motion to withdraw from representation involving said Motion to Disburse (D.E. 19568). Therefore, Petitioner respectfully requests this Court for an Order allowing the withdrawal of the pending Ex Parte Motion to Disburse Settlement Funds from Court Registry (D.E. 19568) as there is no longer consent from both parties.

Dated this 8th day of October, 2015.

Respectfully submitted,

/s *Michael J. Ryan*_____
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman  P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Petitioner*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Ex Parte Motion to Withdraw Ex Parte Motion to Disburse Settlement Funds from Court Registry has been emailed to all parties by electronically uploading the same to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047, further a copy was mailed and emailed to Claimants, Roger Elliott, rogerelliott2@gmail.com, 36 Corte Pino, Santa Rosa Beach, FL 32459 and

2

Allison Elliott, rogerandallison@gmail.com, 2003 S W Laredo Street, Palm City, FL 34990 on this 8th day of October, 2015.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
Attorneys for Petitioner