# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) Payton et al v. Knauf Gips KG et al ) Case No. 09-7628 ) Wiltz et al v. Knauf et al ) Case No. 10-316 ) Haya et al v Taishan et al ) Case No. 11-1077 ) Amorin et al v. Taishan et al ) Case No. 11-1395 ) Amorin et al v Taishan et al ) Case No. 11-1672 ) Amorin et al v Taishan et al ) Case No. 11-1673 ) Amorin et al v Taishan et al ) | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## EX PARTE LIMITED MOTION TO WITHDRAW AS COUNSEL FOR DISBURSEMENT OF SETTLEMENT FUNDS ONLY REGARDING ROGER AND ALLISON ELLIOTT

Pursuant to Local Rule 83.2.11, Michael J. Ryan, of the firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A, counsel of record for Plaintiffs, Roger and Allison Elliott hereby files this Ex Parte Limited Motion to Withdraw as Counsel for Disbursement of Settlement Funds Only Regarding Roger and Allison Elliott.

Plaintiff's counsel, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A., have encountered irreconcilable differences with Plaintiffs on issues involving the filing of an Ex Parte Motion to Disburse Settlement Funds from Court Registry, (D.E. 19568). As noted in the Ex Parte Motion to Withdraw Ex Parte Motion to Disburse Settlement Funds from Court Registry Regarding Roger and Allison Elliott, (D.E. 19587) Roger Elliott has now

indicated that he is pursuing a legal remedy against the Order issued from Judge Laurie E. Buchanan from Martin County, FL, which served as the basis for disbursal. The undersigned interprets this now as an objection to the prayer for relief seeking disbursal, for which previously there had been consent.

The settlement funds have been deposited in the court's registry until further Order by this Court. The undersigned counsel is not representing the Plaintiffs on any matters involving their dissolution of marriage and property rights. Under the circumstances, it is requested that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. be granted limited leave to withdraw as counsel for Plaintiffs in the Ex Parte Motion to Disburse Settlement Funds from Court Registry, (D.E. 19568).

WHEREFORE the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. requests this Honorable Court for an order to allow them to withdraw as counsel regarding the disbursement of settlement funds for Plaintiffs Roger and Allison Elliott.

Respectfully submitted,

*s/* Michael J. Ryan
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK LIBERMAN P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Limited Motion To Withdraw as Counsel for Disbursement of Settlement Funds has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047. I further certify that the above and foregoing has been served on Plaintiffs Roger and Allison Elliott, rogerelliott2@gmail.com, 36 Corte Pino, Santa Rosa Beach, FL 32459 and Allison Elliott, rogerandallison@gmail.com, 2003 S W Laredo Street, Palm City, FL 34990 along with notification of all pending deadlines and court appearances in this litigation, by email and via registered mail and regular U.S. Mail on this 8th day of October, 2015.

s/ Michael J. Ryan
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK LIBERMAN P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990