UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**CLASS COUNSEL'S MEMORANDUM IN SUPPORT OF
MOTION FOR AUTHORITY TO DISBURSE FUNDS FROM
THE VIRGINIA SETTLEMENTS FOR OTHER LOSS**

**MAY IT PLEASE THE COURT:**

On July 9, 2013, the Court entered an Order (1) Certifying Each of Four Chinese Drywall Class Settlements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims; (2)

1

Granting Final Approval to the Four Chinese Drywall Class Settlements; and (3) Approving an Allocation Plan for the Four Class Settlements [Rec. Doc. 16934].

The Court authorized the establishment of various Qualified Settlement Funds (the "Funds") in connection with each of the Settlements. The Funds established are as follows:

a. Builders Mutual Insurance Settlement Fund [Rec. Doc. 17077];
b. Builders Mutual Insurance Attorney Fee Settlement Fund [Rec. Doc. 17078];
c. Nationwide Settlement Fund [Rec. Doc. 17079];
d. Nationwide Attorney Fee Settlement Fund [Rec. Doc. 17080];
e. Porter-Blaine/Venture Supply Settlement Fund [Rec. Doc. 17081];
f. Porter-Blaine/Venture Supply Attorney Fee Settlement Fund [Rec. Doc. 17082];
g. Tobin Trading and Installers Settlement Fund [Rec. Doc. 17083]; and
h. Tobin Trading and Installers Attorney Fee Settlement Fund [Rec. Doc. 17084].

Pursuant to the Court-approved Allocation Plan [Rec. Doc. 16800-7], the allocation process was divided into two phases: real property payments and other loss payments. The real property payments phase of allocation has already been completed in accordance with this Court's November 20, 2014 Order approving the Proposed Real Property Allocation and directing that funds be remitted to the appropriate claimants. [Rec. Doc. 18145].

After the Real Property Allocation phase was completed, the Special Master considered claims for Other Losses, which included, *inter alia*, pre-remediation alternative living expenses, lost equity, tenant losses, and personal property losses. [Rec. Doc. 16800-7]. After careful review of claimant records, the Special Master issued initial individual other loss determinations to each claimant. Claimants were provided an opportunity to 1) appeal their Other Loss determinations to the Special Master; 2) submit additional records in support of their requests; and 3) ultimately, appeal the Special Master's final determination to the Court, should they still

find the resolution unsatisfactory.[1]  All appeals to both the Special Master and the Court have now been resolved and the Special Master has addressed all other concerns and questions that were raised by Claimants.

Now that this extensive process for considering claimant submissions and appeals has been finalized, the Special Master proposes that the remainder of the Settlement Funds be distributed in accordance with the attached Other Loss Allocation (*see* Ex. A).  The funds that remain in the QSF accounts for the respective Virginia funds are exactly the amounts needed to pay these Other Loss Claims, with the exception of a small amount of interest.[2]  The Special Master has already conferred with the Court-appointed CPA, Phillip Garrett, who has reviewed the proposed Other Loss allocation and verified its accuracy.

For the foregoing reasons, Class Counsel for the Four-Virginia Class Settlements respectfully request that the Court enter an Order approving the Proposed Other Loss Allocation and directing that funds be remitted to the appropriate claimants.

---

[1] One appeal was filed by Claimants Tuan and Colleen Nguyen (Rec. Doc. 19258).  After considering their arguments, the Court denied this appeal on August 7, 2015 (Rec. Doc. 19372).

[2] Interest was earned on these funds in the following amounts: Builders Mutual Insurance Fund $252.40, Nationwide Settlement Fund $1,502.46, Porter-Blaine/Venture Supply Settlement Fund $427.14, and Tobin Trading and Installers Settlement Fund $376.63.  This interest will be distributed proportionately to each claimant based upon the value of their combined claims (real property and other loss) to the overall aggregate of all claims for each fund in which they participated.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  October  9 , 2015 | /s/ Leonard A. Davis<br>Russ M. Herman, Esquire (Bar No. 6819)<br>Leonard A. Davis, Esquire (Bar No. 14190)<br>Stephen J. Herman, Esquire (Bar No. 23129)<br>HERMAN, HERMAN &KATZ, LLC<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>Phone: (504) 581-4892<br>Fax: (504) 561-6024<br>Ldavis@hhklawfirm.com<br>*Plaintiffs' Liaison Counsel in MDL 2047*<br>*And Class Counsel* |

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN &BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*And  Class Counsel*

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Class Counsel*

Richard S. Lewis<br>
Kristen Ward Broz<br>
HAUSFELD LLP<br>
1700 K St. NW, Suite 650<br>
Washington, D.C. 20006<br>
Phone: (202) 540-7200<br>
Fax: (202) 540-7201<br>
rlewis@hausfeldllp.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this  9th  day of October, 2015.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*