# EXHIBIT "A"

| CHINESE DRYWALL FOUR VIRGINIA-BASED CLASS SETTLEMENTS OTHER LOSSES ALLOCATION | | | |
|---|---|---|---|
| Settlement | Total Claimant Funds Avail. | Real Property Allocation | Other Losses Funds Available |
| Nationwide | $6,500,000.00 | $5,213,793.10 | **$1,286,206.90** |
| Builders | $1,105,000.00 | $886,344.83 | **$218,655.17** |
| Installers | $1,105,000.00 | $886,344.83 | **$218,655.17** |
| Porter / Blaine Venture | $1,950,000.00 | $1,564,137.93 | **$385,862.07** |
| Tobin | $650,000.00 | $521,379.31 | **$128,620.69** |
| | *$11,310,000.00* | *$9,072,000.00* | *$2,238,000.00* |

| Claimant Number | Nationwide Allocated Amount | Builders Allocated Amount | Installers Allocated Amount | Porter/Venture Allocated Amount | Tobin Allocated Amount | Total Other Loss Allocation |
|---|---|---|---|---|---|---|
| CDW00016 | | | | $85.16 | $28.39 | $113.55 |
| CDW00021 | $1,683.49 | | | $451.01 | $150.34 | $2,284.83 |
| CDW00036 | | | | $202.23 | $67.41 | $269.64 |
| CDW00046 | | | | $479.58 | $159.86 | $639.44 |
| CDW00051 | | | | $3,415.41 | $1,138.47 | $4,553.87 |
| CDW00126 | | | | $193.79 | $64.60 | $258.38 |
| CDW00129 | | | | $596.78 | $198.93 | $795.71 |
| CDW00162 | $9,215.15 | | | $2,468.74 | $822.91 | $12,506.81 |
| CDW00181 | | | | $1,326.64 | $442.21 | $1,768.85 |
| CDW00187 | | | $6,349.06 | $443.12 | $147.71 | $6,939.88 |
| CDW00213 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| CDW00250 | | | | $628.49 | $209.50 | $837.99 |
| CDW00264 | | | | $109.00 | $36.33 | $145.34 |
| CDW00274 | $1,811.75 | | | $485.37 | $161.79 | $2,458.91 |
| CDW00296 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| CDW00324 | $529.08 | | | $141.74 | $47.25 | $718.06 |
| CDW00359 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| CDW00372 | $6,472.44 | $4,255.26 | | $1,465.33 | $488.44 | $12,681.48 |
| CDW00389 | | | | $534.93 | $178.31 | $713.23 |
| CDW00410 | $4,625.43 | $3,040.96 | | $1,047.17 | $349.06 | $9,062.62 |
| CDW00466 | | | | $220.20 | $73.40 | $293.60 |
| CDW00498 | $816.05 | | | $218.62 | $72.87 | $1,107.55 |
| CDW00502 | | | | $420.58 | $140.19 | $560.77 |
| CDW00510 | | | | $1,780.29 | $593.43 | $2,373.73 |
| CDW00511 | | | | $141.89 | $47.30 | $189.18 |
| CDW00515 | | | | $0.00 | $0.00 | $0.00 |
| CDW00516 | | | | $886.76 | $295.59 | $1,182.35 |
| CDW00517 | | | | $411.51 | $137.17 | $548.68 |
| CDW00518 | | | | $693.76 | $231.25 | $925.01 |
| CDW00519 | | | | $45.40 | $15.13 | $60.53 |
| CDW00520 | | | | $1,165.70 | $388.57 | $1,554.27 |
| CDW00534 | | | | $228.02 | $76.01 | $304.02 |
| CDW01001 | $14,196.90 | | | $3,803.35 | $1,267.78 | $19,268.04 |

| Claimant Number | Nationwide Allocated Amount | Builders Allocated Amount | Installers Allocated Amount | Porter/Venture Allocated Amount | Tobin Allocated Amount | Total Other Loss Allocation |
|---|---|---|---|---|---|---|
| CDW01003 | $530.28 | $348.63 | | $120.05 | $40.02 | $1,038.98 |
| CDW01004 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| CDW01005 | $3,457.63 | | | $926.30 | $308.77 | $4,692.70 |
| CDW01006 | $84,127.91 | | | $22,537.88 | $7,512.63 | $114,178.42 |
| CDW01007 | $2,004.75 | | | $537.07 | $179.02 | $2,720.85 |
| CDW01008 | $2,073.90 | | | $555.60 | $185.20 | $2,814.70 |
| CDW01009 | $615.71 | | $1,240.93 | $86.61 | $28.87 | $1,972.11 |
| CDW01010 | $9,307.51 | | | $2,493.48 | $831.16 | $12,632.15 |
| CDW01011 | $12,278.82 | | | $3,289.50 | $1,096.50 | $16,664.82 |
| CDW01012 | $26,417.17 | | $53,242.32 | $3,715.91 | $1,238.64 | $84,614.04 |
| CDW01013 | $2,540.05 | | | $680.48 | $226.83 | $3,447.36 |
| CDW01014 | $799.68 | $525.74 | | $181.04 | $60.35 | $1,566.81 |
| CDW01015 | | | | $1,398.46 | $466.15 | $1,864.61 |
| CDW01016 | $22,631.10 | | $45,611.70 | $3,183.35 | $1,061.12 | $72,487.26 |
| CDW01017 | $4,507.92 | | | $1,207.67 | $402.56 | $6,118.15 |
| CDW01018 | $7,665.44 | | | $2,053.57 | $684.52 | $10,403.53 |
| CDW01019 | | | | $1,348.98 | $449.66 | $1,798.64 |
| CDW01020 | $4,709.85 | | | $1,261.77 | $420.59 | $6,392.21 |
| CDW01021 | | | | $8,287.83 | $2,762.61 | $11,050.44 |
| CDW01022 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| CDW01023 | | | | $858.02 | $286.01 | $1,144.02 |
| CDW01024 | $3,545.26 | | | $949.78 | $316.59 | $4,811.62 |
| CDW01025 | $33,641.39 | $22,117.29 | | $7,616.24 | $2,538.75 | $65,913.66 |
| CDW01026 | $2,904.34 | | $5,853.53 | $408.53 | $136.18 | $9,302.57 |
| CDW01027 | $927.54 | | | $248.49 | $82.83 | $1,258.85 |
| CDW01028 | $1,129.58 | | | $302.61 | $100.87 | $1,533.06 |
| CDW01029 | $3,040.64 | | | $814.59 | $271.53 | $4,126.76 |
| CDW01030 | $226.53 | | | $60.69 | $20.23 | $307.45 |
| CDW01031 | | | | $683.12 | $227.71 | $910.83 |
| CDW01032 | $276.72 | | | $74.13 | $24.71 | $375.57 |
| CDW01033 | | | | $455.36 | $151.79 | $607.15 |
| CDW01034 | | | | $770.82 | $256.94 | $1,027.76 |
| CDW01035 | $304.59 | | | $81.60 | $27.20 | $413.39 |
| CDW01038 | $177.36 | | | $47.51 | $15.84 | $240.71 |
| CDW01039 | $257.10 | | | $68.88 | $22.96 | $348.93 |
| CDW01040 | $2,162.37 | | | $579.30 | $193.10 | $2,934.76 |
| CDW01041 | $21,398.52 | | | $5,732.67 | $1,910.89 | $29,042.08 |
| CDW01042 | | | | $103.75 | $34.58 | $138.33 |
| CDW01043 | $517.04 | $339.92 | | $117.06 | $39.02 | $1,013.04 |
| CDW01044 | | | | $1,094.55 | $364.85 | $1,459.40 |
| CDW01046 | $39,585.27 | $26,025.05 | | $8,961.91 | $2,987.30 | $77,559.53 |
| CDW01048 | | | $1,817.75 | $126.86 | $42.29 | $1,986.90 |
| CDW01049 | $4,232.11 | | | $1,133.78 | $377.93 | $5,743.82 |

| Claimant Number | Nationwide Allocated Amount | Builders Allocated Amount | Installers Allocated Amount | Porter/Venture Allocated Amount | Tobin Allocated Amount | Total Other Loss Allocation |
|---|---|---|---|---|---|---|
| CDW01051 | | | | $3,690.32 | $1,230.11 | $4,920.43 |
| CDW01052 | | $46.17 | | $15.90 | $5.30 | $67.37 |
| CDW01053 | $4,899.53 | $3,221.16 | | $1,109.23 | $369.74 | $9,599.65 |
| CDW01054 | $9,555.99 | $6,282.51 | $16,275.70 | $1,135.92 | $378.64 | $33,628.76 |
| CDW01055 | $325.00 | | $655.01 | $45.71 | $15.24 | $1,040.96 |
| CDW01056 | $678.93 | $446.36 | $1,156.35 | $80.70 | $26.90 | $2,389.25 |
| CDW01057 | $193.95 | | $390.90 | $27.28 | $9.09 | $621.23 |
| CDW01058 | | | $8,065.90 | $562.94 | $187.65 | $8,816.48 |
| CDW01059 | $2,033.42 | | | $544.75 | $181.58 | $2,759.76 |
| CDW01060 | | $726.53 | | $250.18 | $83.39 | $1,060.10 |
| CDW01062 | $137.31 | | | $36.79 | $12.26 | $186.36 |
| CDW01063 | $2,928.20 | | | $784.47 | $261.49 | $3,974.16 |
| CDW01064 | $365.20 | | | $97.84 | $32.61 | $495.64 |
| CDW01065 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| CDW01066 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| CDW01068 | | | | $55.84 | $18.61 | $74.46 |
| CDW01069 | | | | $1,199.27 | $399.76 | $1,599.02 |
| CDW01070 | $876.24 | | | $234.75 | $78.25 | $1,189.24 |
| CDW01071 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| CDW01072 | $21,226.30 | $13,955.07 | | $4,805.53 | $1,601.84 | $41,588.74 |
| CDW01073 | $6,467.15 | | | $1,732.55 | $577.52 | $8,777.22 |
| CDW01075 | | | | $713.41 | $237.80 | $951.21 |
| CDW01076 | $1,867.89 | | | $500.41 | $166.80 | $2,535.10 |
| CDW01077 | $18,276.94 | | | $4,896.40 | $1,632.13 | $24,805.47 |
| CDW01078 | $3,480.96 | | | $932.55 | $310.85 | $4,724.36 |
| CDW01079 | $3,973.05 | | | $1,064.38 | $354.79 | $5,392.22 |
| CDW01080 | $89,702.09 | | | $24,031.21 | $8,010.40 | $121,743.69 |
| CDW01081 | | | $1,489.42 | $103.95 | $34.65 | $1,628.02 |
| CDW01082 | $3,463.76 | | $6,981.01 | $487.22 | $162.41 | $11,094.40 |
| CDW01083 | | | | $151.97 | $50.66 | $202.63 |
| CDW01084 | $1,628.86 | | | $436.37 | $145.46 | $2,210.69 |
| CDW01085 | $7,321.44 | | | $1,961.42 | $653.81 | $9,936.66 |
| CDW01086 | $4,313.32 | | $8,693.25 | $606.72 | $202.24 | $13,815.53 |
| CDW01088 | $432.90 | | | $115.97 | $38.66 | $587.53 |
| CDW01089 | $23,578.97 | | | $6,316.81 | $2,105.60 | $32,001.39 |
| CDW01090 | $7,671.16 | | | $2,055.11 | $685.04 | $10,411.30 |
| CDW01091 | $12,404.30 | $8,155.12 | | $2,808.27 | $936.09 | $24,303.78 |
| CDW01092 | $60.64 | | | $16.25 | $5.42 | $82.31 |
| CDW01093 | $1,044.94 | | | $279.94 | $93.31 | $1,418.19 |
| CDW01094 | $6,616.75 | | | $1,772.63 | $590.88 | $8,980.25 |
| CDW01095 | $3,901.17 | | | $1,045.13 | $348.38 | $5,294.67 |
| CDW01096 | | | | $1,059.72 | $353.24 | $1,412.96 |
| CDW01098 | $4,839.10 | | | $1,296.40 | $432.13 | $6,567.63 |

| Claimant Number | Nationwide Allocated Amount | Builders Allocated Amount | Installers Allocated Amount | Porter/Venture Allocated Amount | Tobin Allocated Amount | Total Other Loss Allocation |
|---|---|---|---|---|---|---|
| CDW01100 | $32.42 | | | $8.69 | $2.90 | $44.00 |
| CDW01101 | | | | $1,131.41 | $377.14 | $1,508.54 |
| CDW01103 | | | | $1,666.67 | $555.56 | $2,222.22 |
| CDW01104 | $27.65 | | | $7.41 | $2.47 | $37.53 |
| CDW01105 | $2,537.79 | | | $679.87 | $226.62 | $3,444.29 |
| CDW01106 | $1,151.20 | | | $308.41 | $102.80 | $1,562.41 |
| CDW01107 | $3,482.20 | | | $932.88 | $310.96 | $4,726.04 |
| CDW01108 | $311.24 | | | $83.38 | $27.79 | $422.42 |
| CDW01109 | $19,067.20 | $12,535.59 | | $4,316.72 | $1,438.91 | $37,358.42 |
| CDW01110 | $6,051.29 | | | $1,621.14 | $540.38 | $8,212.81 |
| CDW01111 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| CDW01112 | | | | $1,154.96 | $384.99 | $1,539.94 |
| CDW01114 | $2,688.65 | | | $720.29 | $240.10 | $3,649.04 |
| CDW01115 | $8,741.78 | | | $2,341.93 | $780.64 | $11,864.35 |
| CDW01116 | $2,862.53 | | | $766.87 | $255.62 | $3,885.03 |
| CDW01117 | $10,149.11 | | | $2,718.95 | $906.32 | $13,774.38 |
| CDW01118 | $2,850.80 | | | $763.73 | $254.58 | $3,869.11 |
| CDW01119 | $320.22 | | | $85.79 | $28.60 | $434.61 |
| CDW01120 | $67.51 | | | $18.09 | $6.03 | $91.63 |
| CDW01121 | $15,488.79 | | $31,216.78 | $2,178.69 | $726.23 | $49,610.49 |
| CDW01122 | | | $6,034.88 | $421.19 | $140.40 | $6,596.46 |
| CDW01123 | $1,072.64 | $705.20 | | $242.84 | $80.95 | $2,101.63 |
| CDW01124 | | | | $284.92 | $94.97 | $379.90 |
| CDW01125 | $164,188.21 | | | $43,986.05 | $14,662.02 | $222,836.28 |
| CDW01126 | $3,075.21 | | | $823.85 | $274.62 | $4,173.68 |
| CDW01127 | $6,543.27 | | | $1,752.94 | $584.31 | $8,880.53 |
| CDW01128 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| CDW01129 | $12,282.49 | | | $3,290.48 | $1,096.83 | $16,669.80 |
| CDW01130 | | $2,861.59 | | $985.41 | $328.47 | $4,175.46 |
| CDW01131 | $8,358.41 | | | $2,239.22 | $746.41 | $11,344.04 |
| CDW01132 | $1,234.85 | | | $330.82 | $110.27 | $1,675.94 |
| CDW01133 | $19,401.50 | $12,755.37 | | $4,392.40 | $1,464.13 | $38,013.41 |
| CDW01134 | $5,976.06 | | | $1,600.99 | $533.66 | $8,110.71 |
| CDW01135 | $5,466.31 | | | $1,464.43 | $488.14 | $7,418.88 |
| CDW01136 | $1,668.40 | | $3,362.56 | $234.68 | $78.23 | $5,343.86 |
| CDW01137 | $2,282.81 | | | $611.57 | $203.86 | $3,098.23 |
| CDW01138 | $1,262.54 | | | $338.24 | $112.75 | $1,713.53 |
| CDW01139 | $23,108.88 | $15,192.77 | | $5,231.73 | $1,743.91 | $45,277.30 |
| CDW01140 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| CDW01141 | | | | $259.39 | $86.46 | $345.85 |
| CDW01142 | $6,966.88 | | | $1,866.43 | $622.14 | $9,455.45 |
| CDW01143 | $21,317.26 | | | $5,710.90 | $1,903.63 | $28,931.79 |
| CDW01144 | $2,307.60 | | | $618.21 | $206.07 | $3,131.88 |

| Claimant Number | Nationwide Allocated Amount | Builders Allocated Amount | Installers Allocated Amount | Porter/Venture Allocated Amount | Tobin Allocated Amount | Total Other Loss Allocation |
|---|---|---|---|---|---|---|
| CDW01145 | $49,432.19 | | | $13,242.89 | $4,414.30 | $67,089.38 |
| CDW01146 | $717.77 | | | $192.29 | $64.10 | $974.16 |
| CDW01148 | $1,403.35 | | $2,828.37 | $197.40 | $65.80 | $4,494.92 |
| CDW01149 | $25,174.40 | | | $6,744.23 | $2,248.08 | $34,166.70 |
| CDW01150 | | | $11,241.93 | $784.60 | $261.53 | $12,288.07 |
| CDW01151 | | $394.76 | | $135.94 | $45.31 | $576.01 |
| CDW01152 | | | | $3,663.69 | $1,221.23 | $4,884.92 |
| CDW01154 | | $11,584.51 | | $3,989.21 | $1,329.74 | $16,903.46 |
| CDW01155 | $7,468.30 | | | $2,000.76 | $666.92 | $10,135.98 |
| CDW01156 | $2,109.37 | | $4,251.32 | $296.71 | $98.90 | $6,756.31 |
| CDW01157 | $55,075.28 | | | $14,754.68 | $4,918.23 | $74,748.19 |
| CDW01158 | $219.68 | | | $58.85 | $19.62 | $298.14 |
| CDW01159 | $5,700.75 | | | $1,527.23 | $509.08 | $7,737.06 |
| CDW01160 | $3,021.15 | | | $809.37 | $269.79 | $4,100.31 |
| CDW01161 | $4,116.10 | | | $1,102.70 | $367.57 | $5,586.37 |
| CDW01162 | $940.98 | | $1,896.49 | $132.36 | $44.12 | $3,013.96 |
| CDW01163 | | $3,135.89 | | $1,079.86 | $359.95 | $4,575.71 |
| CDW01165 | $1,201.48 | | | $321.88 | $107.29 | $1,630.65 |
| CDW01166 | $25,045.28 | | | $6,709.64 | $2,236.55 | $33,991.46 |
| CDW01167 | $3,178.17 | | | $851.43 | $283.81 | $4,313.41 |
| CDW01168 | $109.66 | | | $29.38 | $9.79 | $148.83 |
| CDW01170 | | $17,890.10 | | $6,160.58 | $2,053.53 | $26,104.21 |
| CDW01171 | | $5,232.98 | | $1,802.01 | $600.67 | $7,635.67 |
| CDW01172 | $259.15 | | | $69.43 | $23.14 | $351.71 |
| CDW01173 | $3,740.32 | | | $1,002.03 | $334.01 | $5,076.36 |
| CDW01174 | $77,309.00 | | | $20,711.10 | $6,903.70 | $104,923.80 |
| CDW01175 | | $1,145.19 | | $394.35 | $131.45 | $1,670.99 |
| CDW01176 | | | | $796.23 | $265.41 | $1,061.64 |
| CDW01177 | $1,965.27 | | | $526.50 | $175.50 | $2,667.27 |
| CDW01178 | $3,048.10 | | | $816.59 | $272.20 | $4,136.88 |
| CDW01179 | $893.03 | | | $239.24 | $79.75 | $1,212.02 |
| CDW01180 | $2,017.49 | $1,326.38 | | $456.75 | $152.25 | $3,952.87 |
| CDW01181 | $393.48 | | | $105.41 | $35.14 | $534.03 |
| CDW01182 | | | | $913.94 | $304.65 | $1,218.59 |
| CDW01183 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| CDW01184 | $165.38 | | | $44.31 | $14.77 | $224.45 |
| CDW01186 | $67,548.20 | $44,409.07 | | $15,292.57 | $5,097.52 | $132,347.37 |
| CDW01187 | | | | $1,404.85 | $468.28 | $1,873.13 |
| | *$1,286,206.90* | *$218,655.17* | *$218,655.17* | *$385,862.07* | *$128,620.69* | *$2,238,000.00* |