**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**THE PLAINTIFFS' STEERING COMMITTEE'S
DISCLOSURE MOTION CONTESTING BNBM PLC'S CLAIM OF PRIVILEGE
AND/OR WORK PRODUCT PROTECTION AND FOR *IN CAMERA* INSPECTION
(WITH SUPPORTING MEMORANDA AND EXHIBITS)**

# FILED UNDER SEAL