# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 01, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    **No. 15-30595     In re: Chinese Mft Drywall**
                        USDC No. 2:09-MD-2047
                        USDC No. 2:09-CV-7628

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Sabrina B. Short, Deputy Clerk
                                        504-310-7817

cc w/encl:
    Ms. Michelle Mayne Davis
    Mr. Mark G. Duncan
    Ms. Lynn C. Greer