# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

## LOCAL RULE 78.1 REQUEST FOR ORAL ARGUMENT

Beijing New Building Materials Public Limited Company and Beijing New Building Materials (Group) Co., Ltd., respectfully request oral argument on the Plaintiffs' Steering Committee's Motion to Approve Alternative Service of Process on the BNBM and CNBM Entities Pursuant to Fed. R. Civ. 4(f)(3) on November 9, 2015 at 2:00 pm CST, following the Court's scheduled Monthly Status Conference. Oral argument would aid the Court's consideration of the Motion.

Dated: October 9, 2015

                                        Respectfully submitted,

                                        **DENTONS US LLP**

                                        By: */s/ Michael H. Barr*
                                        Michael H. Barr
                                        New York Bar No. 1744242
                                        Justin N. Kattan
                                        New York Bar No. 3983905
                                        1221 Avenue of the Americas
                                        New York, NY 10020-1089
                                        Telephone: (212) 768-6700
                                        Facsimile: (212) 768-6800
                                        michael.barr@dentons.com
                                        justin.kattan@dentons.com

- and -

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

- and -

C. Michael Moore
Texas Bar No. 14323600
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

- and -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

2