IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-30804
_____

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MICHELLE GERMANO, Individually and on behalf of all others similarly situated; DENNIS JACKSON; SHARON JACKSON; JASON DUNAWAY; LISA DUNAWAY,

    Plaintiffs - Appellees

MITCHELL COMPANY INCORPORATED,

    Intervenor - Appellee

v.

HOMEBUILDERS AND INSTALLERS STEERING COMMITTEE, ET AL.

    Defendants

CHINA NATIONAL BUILDING MATERIALS GROUP CORPORATION; CHINA NATIONAL BUILDING MATERIALS COMPANY, LIMITED; CHINA NATIONAL BUILDING MATERIALS & EQUIPMENT IMPORT & EXPORT CORPORATION; CNBM (USA) CORPORATION; CNBM FOREST PRODUCTS (CANADA) LIMITED; CHINA NATIONAL BUILDING MATERIALS INVESTMENT TRADING; UNITED SUNTECH, INCORPORATED; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY; BEIJING NEW BUILDING MATERIAL GROUP COMPANY LIMITED,

    Movants - Appellants

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

O R D E R:

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT