## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 07, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-30804    In re: Chinese-Manufactured, et al
                      USDC No. 2:09-MD-2047
                      USDC No. 2:09-CV-6687

Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District Court within 14 days from the date of this letter.

Counsel must also provide this court with a copy of the designation at the time of filing, by electronically filing a letter and attaching a copy of the designated record.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Shea E. Pertuit, Deputy Clerk
                                        504-310-7666

Mr. Michael H. Barr
Mr. William W. Blevins
Mr. Jason Cabot
Ms. Elizabeth Joan Cabraser
Ms. Donna Phillips Currault
Ms. Kelly M. Daley
Mr. Andrew Davidson
Mr. Ewell Elton Eagan Jr.
Ms. Nina Wessel English
Mr. Ian Fein
Mr. Richard L. Fenton
Mr. Robert Gary
Mr. Faris Ghareeb
Mr. Michael D. Hausfeld
Mr. Russ M. Herman
Mr. Ian Johnson
Mr. Arnold Levin
Mr. Daniel C. Levin
Mr. Richard S. Lewis
Mr. Frederick S. Longer
Mr. Charles Michael Moore

Mr. Steven L. Nicholas  
Mr. James J. Pizzirusso  
Mr. Jonathan G. Riddell  
Mr. Harry A. Rosenberg  
Mr. Alex Benjamin Rothenberg  
Mr. Jonathan David Selbin  
Mr. Richard James Serpe  
Mr. Eric Shumsky  
Mr. James Stengel  
Mr. Richard W. Stimson  
Mr. Lawrence Christopher Vejnoska  
Mr. Xiang Wang  
Mr. Jason Wu