UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL  PRODUCTS LIABILITY | ) | SECTION: L |
| LITIGATION | ) | JUDGE FALLON |
| This document relates to all Cases | ) | MAG. JUDGE WILKINSON |
| Case No. 09-7628 | ) | |
| Payton et al v Knauf Gips KG et all | ) | |
| Case No. 09-6690 | ) | |
| Wiltz et a v. Knauf et al | ) | |
| Case No. 10-361 | ) | |
| Haya et al v Taishan et al | ) | |
| Case No. 11-1077 | ) | |
| Amorin et al v Taishan et al | ) | |
| Case No. 11-1395 | ) | |
| Amorin et al v Taishan et al | ) | |
| Case No. 11-1672 | ) | |
| Amorin et al v Taishan et al | ) | |
| Case No. 11-1673 | ) | |

_____

### ORDER GRANTING PETITIONER'S EX PARTE MOTION TO WITHDRAW EX PARTE MOTION TO DISBURSE SETTLEMENT FUNDS FROM COURT REGISTRY REGARDING ROGER AND ALLISON ELLIOTT

The Court having considered Petitioner's Ex Parte Motion to Withdraw Ex Parte Motion to Disburse Settlement Funds from Court Regarding Roger and Allison Elliott and finds that Petitioner's Ex Parte Motion should be granted; accordingly; it is,

ORDERED that Petitioner's Ex Parte Motion is granted and D.E. 19568 is withdrawn.

New Orleans, Louisiana, this  8th  day of October, 2015.

_____
Hon. Eldon E. Fallon
District Court Judge