UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  |  | MDL NO. 2047 |
| IN RE:  CHINESE-MANUFACTURED | ) | SECTION: L |
| DRYWALL  PRODUCTS LIABILITY | ) | JUDGE FALLON |
| LITIGATION | ) | MAG. JUDGE WILKINSON |
| This document relates to all Cases | ) |  |
| Payton et al v. Knauf Gips KG et al | ) |  |
| Case No. 09-7628 | ) |  |
| Wiltz et al v. Knauf et al | ) |  |
| Case No. 10-361 | ) |  |
| Haya et al v. Taishan | ) |  |
| Case No. 11-1077 | ) |  |
| Amorin et al v Taishan et al | ) |  |
| Case No. 11-1395 | ) |  |
| Amorin et al v Taishan et al | ) |  |
| Case No. 11-1672 | ) |  |
| Amorin et al v Taishan et al | ) |  |
| Case No. 11-1673 | ) |  |

ORDER GRANTING PETITIONER'S EX PARTE  LIMITED MOTION TO WITHDRAW AS COUNSEL FOR  DISBURSEMENT OF SETTLEMENT FUNDS ONLY REGARDING ROGER AND ALLISON ELLIOTT

The Court having considered Petitioner's Ex Parte Limited Motion to Withdraw As Counsel  and finds that Petitioner's Ex Parte Motion should be granted; accordingly; it is,

ORDERED that Petitioner's Ex Parte Limited Motion to Withdraw as Counsel For Disbursement of Settlement Funds Only Regarding Roger and Allison Elliott is granted and the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. shall not represent Roger and Allison Elliott in the disbursement of Settlement Funds (D.E. 19568) nor any disbursement of settlement funds.

New Orleans, Louisiana, this  8th  day of October, 2015.

_____
Hon. Eldon E. Fallon
District Court Judge