# Exhibit A

| EXHIBIT A - Claims Withdrawn from Motion to Extinguish ||||||| 
|---|---|---|---|---|---|---|
| **Homeowner Name(s)** | **Affected Property Address** | **City** | **State** | **Zip** | **Primary Counsel** | **Failure to Provide:** |
| Brown, Wilfred; Brown, Annette | 3189 SW Armucher Street | Port St. Lucie | FL | 34953 | Morgan & Morgan, P.A. | Demolition photos; sufficient cost documentation |
| CDO Investments, LLC | 1374 Cathedall Avenue | North Port | FL | 34288 | Doyle Law Firm | KPT evidence; pre-remediation photos, post-remediation photos; sufficient invoices/proof of payment; |
| Gatlin, David ; Gatlin, Jodi | 5131 Skiff Lane | Gulf Shores | AL | 36542 | Gentle, Turner & Sexton | Sufficient KPT evidence |
| Kubick, Andrew | 2802 21st Street W | Lehigh Acres | FL | 33971 | Doyle Law Firm, PC | Owner disclosure affidavit; sufficient KPT evidence |
| MCF Enterprises, Inc. | 1933 Wanda Avenue North | Lehigh Acres | FL | 33971 | Doyle Law Firm, PC | Sufficient KPT evidence |
| MCF Enterprises, Inc. | 2511 17th Street SW | Lehigh Acres | FL | 33976 | Doyle Law Firm, PC | Sufficient KPT evidence |
| MCF Enterprises, Inc. | 343 Ranchito Avenue | Lehigh Acres | FL | 33974 | Doyle Law Firm, PC | Sufficient KPT evidence |
| MCF Enterprises, Inc. | 3505 9th Street W | Lehigh Acres | FL | 33974 | Doyle Law Firm, PC | Sufficient KPT evidence |
| MCF Enterprises, Inc. | 900 Tena Avenue N | Lehigh Acres | FL | 33971 | Doyle Law Firm, PC | Sufficient KPT evidence |
| Musgrave, Richard ; Musgrave, Michele | 6864 Colbert Street | New Orleans | LA | 70124 | Irpino Law Firm | Sufficient KPT evidence; pre-remediation photographs |
| Rowe, Bob | 9801 Boraso Way, #103 | Fort Myers | FL | 33908 | The Lambert Firm | No documentation provided aside from PPF. |
| Williams, Thomas | 301 Intrepid Drive | Slidell | LA | 70458 | Doyle Law Firm, PC; H. Glen Kent, Jr. | Sufficient KPT evidence; no cost incurred. |
| Rapp, Howard ; Rapp, Chari | 249 Gulfside Street | Waveland | MS | 39576 | Reeves & Mestayer | Sufficient KPT evidence; ledger; post-remediation documentation. |
| Rapp, Howard ; Rapp, Chari | 300 Gulfside Street | Waveland | MS | 39576 | Reeves & Mestayer | Sufficient KPT evidence; ledger; post-remediation documentation |
| Calico, Michael ; Calico, Lisa | 4300 Orleans Avenue | New Orleans | LA | 70119 | Becnel Law Firm, LLC | Ledger; sufficient cost documentation |
| Heck, Joshua ; Heck, Kelly | 85502 Horatio Sharp Road | Bush | LA | 70431 | Becnel Law Firm, LLC | Ledger, sufficient cost documentation, ledger |
| Toras, Nikolaos | 4309-11 Hudson Street | Metairie | LA | 70005 | Becnel Law Firm, LLC | Floor plan, pre and post-remediation photographs, ledger, sufficient cost documentation |
| Winston, Edmund | 31945 Butler Drive | Spanish Fort | AL | 36527 | Becnel Law Firm, LLC | Sufficient KPT evidence; floor plan. |