UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has been informed that the parties would like to schedule a conference call regarding the discovery issues related to the November 10 evidentiary hearing. The Court finds it appropriate to grant this request and schedule a conference. Thus,

**IT IS ORDERED** that the parties will brief the Court on the aforementioned matters in a telephone status conference on Tuesday, October 13, 2015, at 3:30 p.m. Counsel shall use the following call-in information: (877) 336-1839; Access code: 4227405; Security code: 101315.

New Orleans, Louisiana, this 9th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE

1