MINUTE ENTRY
FALLON, J.
OCTOBER 13, 2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. Counsel for the Plaintiffs, Taishan, CNBM, and BNBM participated. The parties discussed the status of upcoming depositions and hearings. For the full transcript of the conference, please contact Terri Hourigan at (504) 589-7775.

**IT IS ORDERED** that Taishan will forthwith deliver the material from the computers at issue on a rotating basis. Production shall commence no later than October 16, 2015, and all non-privileged data shall be delivered by October 21, 2015.

**IT IS FURTHER ORDERED** that Taishan shall compile a log of all the files which Taishan considers privileged, and file the privilege log with the Court under seal. The Court will promptly evaluate the claims of privilege.

**IT IS FURTHER ORDERED** that a telephone status conference regarding the aforementioned issues will be held at 3:30 p.m. on Wednesday, October 21, 2015.

JS10(00:18)