UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

### EX-PARTE MOTION TO PARTIALLY WITHDRAW MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS FOR CERTAIN ALREADY REMEDIATED HOME CLAIMS (R.D. 19525)

**NOW INTO COURT**, through undersigned counsel, come the Knauf Defendants,[1] who without waiving any rights, move to partially withdraw its Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims (Rec. Doc. 19525).  The Knauf Defendants have conferred with counsel for certain claims and have agreed to remove certain claims in its motion, including those listed in Rec. Doc. 19585.[2]  Knauf will proceed with its motion on the remaining claims and hereby attaches a revised proposed order,[3] which may be entered as unopposed because the deadline to oppose extinguishment of these claims has passed.

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

[2] *See* Exhibit A - List of Withdrawn Claims.

[3] *See* Exhibit B - Revised Proposed Order.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

 /s/ *Kerry J. Miller*_____
**KERRY J. MILLER (#24562) T.A.**
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Telephone:     (504) 566-8646
Facsimile:      (504) 585-6946
E-mail:           kjmiller@bakerdonelson.com

**Attorneys for the Knauf Defendants**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 15th day of October, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send an electronic notice of such filing to all counsel of record.

/s/ *Kerry J. Miller*____
**KERRY J. MILLER**