# Exhibit B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to: All Cases | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims filed by the Knauf Defendants;

IT IS ORDERED BY THE COURT that the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims is GRANTED. The Knauf Defendants' Settlement Obligations for the following already remediated home claims are hereby extinguished:

| Fuchs, Steven; Fuchs, Margaret | 2808 Augusta Drive, Unit 19 | Homestead | FL | 33035 |
|---|---|---|---|---|
| Page, David (Page Group, LLC) | 2135 Wellington Lane | Slidell | LA | 70460 |
| Rowe, Bob | 9817 Boraso Way #102 | Fort Myers | FL | 33901 |
| Rowe, Bob | 8701 Pegasus Drive | Lehigh Acres | FL | 33971 |
| Dodge, Dale ; Dodge, Beverly | 3632 101st Avenue E | Parrish | FL | 34219 |
| Valdes, Ariel | 4306 17th Street SW | Lehigh Acres | FL | 33976 |
| Pinkus (Revocable Trust), Stan | 1358 Richmar Street | North Port | FL | 34288 |
| Welk, William G. | 27991 Largay Way #A203 | Bonita Springs | FL | 34134 |
| Zarifulin, Oleg | 1405 NW 36th Way | Lauderhill | FL | 33311 |

| Blakenship, Jim ; Grimes, Richard | 1415 Scout Trace Drive | Hoover | AL | 35244 |
|---|---|---|---|---|
| Bates, Robert ; Williams, Nicola | 542 NE 17th Avenue | Fort Lauderdale | FL | 33301 |
| Day, Sr. Terry F.; Day II, Terry ; Day, Mindy ; Day, Logan ; Day, Doris | 1542 SW Chari Avenue | Port St. Lucie | FL | 34953 |
| El Harouni, Hossam ; El Harouni, Vera ; El Harouni, Adam ; El Harouni, Nadia | 8707 Pegasus Drive | Lehigh Acres | FL | 33971 |
| Kaleal, Daniel ; Kaleal, Christine | 3500 Cherry Blossom Court #102 | Estero | FL | 33928 |
| Ostner, Derrick ; Diefenbacher, Jeffrey ; Ostner, Heidi ; Sieber, Jacqueline Marie | 8690 Pegasus Drive | Lehigh Acres | FL | 33971 |
| Forkin, Mircha | 1987 SE 21st Court | Homestead | FL | 33035 |
| McHugh, Patrick;  McHugh, Donna | 21524 Taft Court #203 | Estero | FL | 33928 |
| Blue Water Coach Homes | 206 Shadroe Cove Circle #302 | Cape Coral | FL | 33991 |

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge

3