UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

## ORDER

Before the Court is Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Motion For Leave to file Sur-Reply in Opposition to Plaintiffs' Steering Committee's Motion to Approve Alternative Service of Process on the BNBM and CNBM Entities Pursuant to Fed. R. Civ. P. 4(f)(3);

IT IS ORDERED BY THE COURT THAT the motion is GRANTED and the attached Sur-Reply in Opposition to Plaintiffs' Steering Committee's Motion to Approve Alternative Service of Process on the BNBM and CNBM Entities Pursuant to Fed. R. Civ. P. 4(f)(3) be and is hereby filed into the record..

New Orleans, Louisiana, this 14th day of  October , 2015.

_____
ELDON E. FALLON
United States District Court Judge