# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

### MOTION FOR LEAVE TO FILE THE KNAUF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO RECONSIDER ORDER REGARDING OCEANIQUE'S MOTION FOR COURT REVIEW OF THE SPECIAL MASTER'S OPINION (REC.DOC. 19413)

NOW INTO COURT, through undersigned counsel, come the Knauf Defendants[1], who respectfully move that they be granted leave of court to file the attached Reply to Plaintiff's Opposition to Motion to Reconsider Order regarding Oceanique's Motion for Court Review of the Special Master's Opinion. The Knauf Defendants respectfully suggest that the attached Reply Memorandum may be of assistance to the Court in ruling on the motion. Accordingly, the Knauf Defendants respectfully request that the Court enter the attached proposed order.

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

Respectfully Submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*_____
**KERRY J. MILLER (#24562), T.A.**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Phone: (504) 566-8646
Fax:    (504) 585-6946
Email: kjmiller@bakerdonelson.com

*Counsel for the Knauf Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 16th day of October, 2015.

/s/ *Kerry J. Miller*