# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Gardner v. Knauf Gips KG, et al.*, case no. 15-2529 | |

## CONSENT MOTION TO EXTEND TIME FOR SERVICE OF PROCESS

Plaintiffs, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 4(m) and 6(b)(1), hereby move for a 120-day extension of time to serve process on Defendants up to and including March 8, 2016. In support of this Motion, Plaintiffs state as follows:

1. Rule 4(m) of the Federal Rules of Civil Procedure provides that the summons and complaint shall be served on a defendant within 120 days after the filing of the complaint. If the deadline is not met, Rule 6(b)(1)(A) allows the Court to extend the time if a request is made. The complaint in this action was filed on July 10, 2015. Under Rule 4(m), the deadline to serve Defendants is November 9, 2015.[1]

2. Plaintiffs respectfully request an extension of time within which to serve Defendants. Plaintiffs make this request in good faith and have good cause for the relief they seek.

> [W]hen a district court entertains a motion to extend time for service, it must first determine whether good cause exists. If good cause is present, the district court *must* extend time for service. If

---

[1] 120 calendar days after July 10, 2015 is November 07, 2015. However, since November 7, 2015 is a Saturday, the deadline is the next business day, November 9, 2015.

1

> good cause does not exist, the court *may*, in its discretion, decide whether to dismiss the case without prejudice or extend time for service.

*Gartin v. Par Pharm. Companies, Inc.*, 289 F. App'x 688, 692 (5th Cir. 2008) (quoting *Thompson v. Brown*, 91 F.3d 20, 21 (5th Cir.1996)).

3. The undersigned and defense counsel have been in discussions about this matter since Plaintiffs first discovered their house contained Knauf Chinese drywall. Thus, defense counsel had notice of this action well before the filing of the Complaint. After the Complaint was filed, the undersigned reached out to defense counsel and asked Defendants to either waive or accept service so that the expense and delay inherent in service through the Hague Convention could be avoided. It was not until October 12, 2015 that defense counsel informed undersigned counsel that Defendants were not at this time willing to waive or accept service.

4. Considering the costs and time delays associated with international service through the Hague Convention and the ongoing discussions with defense counsel, Plaintiffs had good cause to delay their efforts to effect service upon Defendants and respectfully request that this Court enter an Order granting a 120-day extension of time to serve process on Defendants up to and including March 8, 2016.

5. No party will be harmed or prejudiced if the Court grants the relief requested herein and the undersigned certifies that counsel for Defendants, Kerry Miller, has been consulted and has advised that Defendants do not object to the granting of this Motion.

Wherefore, Plaintiffs pray that after due consideration the Court grant this Motion and enter an Order granting a 120-day extension of time to serve process on Defendants up to and including March 8, 2016.

Respectfully submitted,

Dated: October 19, 2015

By: /s/ Bruce S. Kingsdorf
Bruce S. Kingsdorf, Esq. (#7403)
Zachary L. Wool (#32778)
BARRIOS KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
bkingsdorf@bkc-law.com
zwool@bkc-law.com

Michael J. Ryan
KRUPNICK CAMPBELL MALONE BUSER
SLAMA HANCOCK LIBERMAN
12 S.E. Seventh Street, Suite 801
Fort Lauderdale, FL 33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of October, 2015.

/s/ Bruce S. Kingsdorf