UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to: All Cases | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

## PROPOSED ORDER

Considering the foregoing Ex-Parte Motion to Partially Withdraw Motion to Extinguish The Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims (R. D. 19525) filed by the Knauf Defendants;

IT IS HEREBY ORDERED that the Knauf Defendants' Motion to Partially Withdraw its Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims (Rec. Doc. 19525) be and is hereby GRANTED.

New Orleans, Louisiana, this the 19th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE