## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

## ORDER

Considering the Knauf Defendants' Reply to Plaintiff"s Opposition to Motion to Reconsider Order regarding Oceanique's Motion for Court Review of the Special Master's Opinion;

IT IS ORDERED BY THE COURT that the motion is GRANTED; and the attached Reply to Plaintiff"s Opposition to Motion to Reconsider Order regarding Oceanique's Motion for Court Review of the Special Master's Opinion and supporting exhibits are filed into the record herein.

New Orleans, Louisiana, this __19th__ day of __October__, 2015.

_____
Honorable Eldon E. Fallon
United States District Court Judge