| |
|---|
| **Stephen and Diane Brooke, individually, and on behalf of all others similarly situated, v. The State-Owned Assets Supervision and Administration Commission of the State Council , et al.**<br><br>**Amended Exhibit "B" –  Plaintiffs' Counsel and Pro Se Contact Information in Plaintiffs' Omnibus Class Action Complaint (XX)** |
| Allison Grant, P.A.<br>14 Southeast 4th Street<br>Boca Raton, Florida  33432<br>(561) 994-9646 |
| Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, TX 75219<br>(214) 521-3605 |
| Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Ste. 3650<br>New Orleans, LA 70139<br>(504) 524-3300 |
| Burdman & Ward<br>12555 High Bluff Drive, Suite 380<br>San Diego, California 92130<br>(858) 350-4040 |
| Collins & Horsley, PC<br>2021 Morris Ave. #200<br>Birmingham, AL 35203<br>(205) 324-1834 |
| Colson, Hicks, Eidson<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL  33134<br>(305) 476-7400 |
| Daniell, Upton & Perry, PC<br>30421 Highway 181<br>Daphne, AL 36526<br>(251) 625-0046 |
| VM Diaz and Partners<br>119 Washington Avenue, Suite 402<br>Miami Beach, Florida 33139<br>(305) 704-3200 |
| Doyle Law Firm, PC<br>2100 Southbridge Pkwy, Suite 650<br>Birmingham, AL  35209<br>(205) 533-9500 |

**Stephen and Diane Brooke, individually, and on behalf of all others similarly situated, v. The State-Owned Assets Supervision and Administration Commission of the State Council , et al.**

**Amended Exhibit "B" –  Plaintiffs' Counsel and Pro Se Contact Information in Plaintiffs' Omnibus Class Action Complaint (XX)**

|  |  |
|---|---|
|  | N. Frank Elliot III, LLC<br>1511 Watkins Street<br>Lake Charles, LA 70601<br>(337) 309-6999 |
|  | Fayard & Honeycutt, A PLC<br>519 Florida Avenue, SW<br>Denham Springs, LA 70726<br>(225) 664-4193 |
|  | Karen Frieze (pro se)<br>9950 S. Ocean Drive #304<br>Jensen Beach, FL 34957 |
|  | Gainsburgh Benjamin, David, Meunier & Warshauer, LLC<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA 70163-2800<br>(504) 521-7643 |
|  | Gentle, Turner, Sexton & Harbison<br>501 Riverchase Parkway East, Suite 100<br>Hoover, AL 35244<br>(205) 716-3000 |
|  | Gould Cooksey Fennell<br>979 Beachland Blvd.<br>Vero Beach, FL  32963<br>(772) 231-1100 |
|  | Hausfeld, LLP<br>1700 K Street, NW, Suite 650<br>Washington, DC  20006<br>(202) 540-7200 |
|  | Herman Herman & Katz, LLC<br>820 O'Keefe Avenue<br>New Orleans, LA  70113<br>(504) 581-4892 |
|  | Bruce A. Koebe, Esquire<br>2477 NE Dixie Hwy.<br>Jensen Beach, FL 34957<br>(772) 334-4700 |

**Stephen and Diane Brooke, individually, and on behalf of all others similarly situated, v. The State-Owned Assets Supervision and Administration Commission of the State Council , et al.**

**Amended Exhibit "B" –  Plaintiffs' Counsel and Pro Se Contact Information in Plaintiffs' Omnibus Class Action Complaint (XX)**

|   |   |
|---|---|
|   | Krupnick Campbell Malone Buser Slama Hancock Liberman<br>12 S.E. Seventh Street, Suite 801<br>Fort Lauderdale, FL 33301<br>(877) 763-8181 |
|   | Paul A. Lea, Jr. APLC<br>724 E. Boston St.<br>Covington, LA  70433<br>(985) 292-2300 |
|   | The Lambert Firm, PLC<br>701 Magazine Street<br>New Orleans, LA  70130<br>(504) 581-1750 |
|   | Lemmon Law Firm, LLC<br>P.O. Box 904<br>Hahnville, LA  70057<br>(985) 783-6789 |
|   | Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA  19106<br>(215) 592-1500 |
|   | Lucas\|Magazine<br>8606 Government Drive<br>New Port Richey, FL 34654<br>(727) 849-5353 |
|   | Milstein Adelman<br>One Embarcadero Center, Suite 500<br>San Francisco, CA  94520<br>(415) 773-2833 |
|   | Morgan & Morgan<br>12800 University Dr. Ste. 600<br>Fort Myers, FL 33907<br>(239) 433-6880 |
|   | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A.<br>505 S. Flagler Dr., Suite 600<br>West Palm Beach, FL 33401<br>(561) 655-2250 |

| | |
|---|---|
| **Stephen and Diane Brooke, individually, and on behalf of all others similarly situated, v. The State-Owned Assets Supervision and Administration Commission of the State Council , et al.** <br><br> **Amended Exhibit "B" –  Plaintiffs' Counsel and Pro Se Contact Information in Plaintiffs' Omnibus Class Action Complaint (XX)** | |
| | Carol A. Newman APLC <br> 813 South Carrollton Avenue <br> New Orleans, LA 70118 <br> (504) 861-0008 |
| | O'Bryon & Schnabel <br> 1010 Common Street,  Suite 1950 <br> New Orleans, LA 70112 <br> (504) 799-4200 |
| | Parker Waichman, LLP <br> 27300 Riverview Center Blvd., Suite 103 <br> Bonita Springs, FL  34134 <br> (239) 390-1000 |
| | Pittman, Dutton & Hellums, P.C. <br> 2001 Park Place North, Ste. 1100 <br> Birmingham, Alabama 35203 <br> (866) 515-8880 |
| | Reeves & Mestayer, PLLC <br> 160 Main Street <br> Biloxi, MS 39533 <br> (228) 374-5151 |
| | Reich & Binstock <br> 4265 San Felipe, Suite 1000 <br> Houston, Texas 77027 <br> (713) 352-7883 |
| | Roberts & Durkee, P.A. <br> Alhambra Towers, Penthouse I <br> 121 Alhambra Plaza, Suite 1603 <br> Coral Gables, FL  33134 <br> (305) 442-1700 |
| | Law Offices of Richard J. Serpe, P.C. <br> 580 East Main Street, Suite 310 <br> Norfolk, VA  23510 <br> (757) 233-0009 |
| | Michael A. Serrano, Esquire <br> 25275 Wesley Chapel Blvd <br> Lutz, Florida 33559 <br> (813) 929-4231 |

| |
|---|
| **Stephen and Diane Brooke, individually, and on behalf of all others similarly situated, v. The State-Owned Assets Supervision and Administration Commission of the State Council , et al.**<br><br>**Amended Exhibit "B" –  Plaintiffs' Counsel and Pro Se Contact Information in Plaintiffs' Omnibus Class Action Complaint (XX)** |
| Simon, Peragine, Smith & Redfearn, LLP<br>1100 Poydras Street, 30th Floor<br>New Orleans, LA 70163<br>(504) 569-2030 |
| Steckler, LLP<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br>(972) 387-4040 |
| Thornhill Law Firm, A PLC<br>1308 Ninth Street<br>Slidell, LA 70458<br>(800) 989-2707 |
| Sidney D. Torres, III<br>8301 W Judge Perez Dr<br>Chalmette, LA  70043<br>(504) 271-8422 |
| Whitfield Bryson & Mason LLP<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>(919) 600-5000 |
| Willis & Buckley APC<br>3723 Canal St.<br>New Orleans, LA  70119<br>(504) 488-6301 |
| Justin I. Woods<br>Woods Law Group<br>1610 O.C. Haley Boulevard, Suite D<br>New Orleans, LA  70113<br>(504) 309-4177 |
| **Pro Se:**<br>Mr. Gary Quaintance, Owner<br>JGQ Properties LLC<br>205 West Harrison Avenue<br>New Orleans, LA 70124 |