UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
................................................................ : WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Melsa and Gladys Brown. **IT IS ORDERED** that the attached correspondence be entered into the record.

The correspondence and attached emails appear to indicate that the claimants contacted attorney Michael J. Long at Ellis, Ged & Bodden, P.A. on or about May 2, 2013 and requested that Mr. Long file their claim with the Knauf Global Settlement before the May 25, 2013 deadline. However, suit was not actually filed until after December 9, 2014. Consequently, claimants are members of the Omni XVIII class and are not entitled to compensation for Other Loss claims through the Knauf Settlement.

Accordingly, **IT IS ORDERED** that attorney Michael J. Long contact Melsa and Gladys Brown to discuss this situation further and take any appropriate action.

New Orleans, Louisiana, this 20th day of October, 2015.

UNITED STATES DISTRICT JUDGE

cc:
Melsa and Gladys Brown
13456 Hyacinth Ct.
Wellington, FL 33414

1

Michael J. Long, Esq.
Ellis, Ged & Bodden, P.A.
7171 North Federal Highway
Boca Raton, FL 33487

Leonard Davis
Herman Herman & Katz
820 O'Keefe Ave.
New Orleans, LA 70113