

September 22, 2015

United States District Court Eastern District of Louisiana

MDL NO.2047

Section L

Judge Fallon Court Chamber


Dear most Honorable Judge Fallon

Thank you for your prompt reply in addressing our Chinese Drywall woes. In keeping up with your order, Mr. Leonard Davis contacted us and we understand some of what he said, but for the most part it did not make much sense. Judge we are old people 75 & 80 yrs old, this is our last fight in life we don't have anything left as far as energy, health, will power or money, nothing Judge. This we do know we have worked, and worked very hard from we are children, for anything we have in life and we are not going to die not being able to leave something behind for our children and grandchildren. Your most Honorable Judge Fallon please understand, that we are not seeking anything other than what is owed to us. They are always people who never suffered or have the experience, but want to tell you how to feel, or how things should be, or to just give it up, but Sir 'who feels it knows it'.

First of all Judge Fallon in response to Davis reply our lawsuit was filed prior to December 9, 2014. As you can see in the correspondence we sent to you Mr. Long submitted our paper from May, 2013, and mind you we gave this case to the attorneys at Ellis, Ged & Bodden from 2009. If we were not properly represented or instructed by officers of the court is not our fault. We have explained to you how we were dropped by the attorneys siting it was not feasible for them to continue representing us and it was not until we were facing foreclosure from Chase our mortgage company, that we were instructed from them to contact Herman & Katz and our previous attorney about the class action suit for remediation.

We are aware that Mr. Davis is stating we were added to the suit at a particular time that will not allow us to be compensated for we are supposed to, but that cannot possible be fair. The attorney that submitted us into the lawsuit just sent us papers to fill out which we did and immediately dropped us after. There was discussion of the papers he sent us or what class we should be in, nothing Sir. We are two old people who are not learned in this process and have been clearly taken advantage of. The point is your honor the home is an investment property that should help to sustain our retirement and we have lost over 5yrs of income from the property and not to mention the backed up mortgage from the time we have been battling this drywall situation. It has cost us what we don't have throughout these 6yrs of battling this drywall and yes we are grateful that we did get the house remediated, but unfortunately that still has no bearing on the additional expenses and loss of income we have incurred.

Judge Fallon we are asking you to look into the facts of this case directly pertaining to us and make a fair and impartial judgement. Everyone keep telling us there is nothing they can do without a judge's order and seems to be what has to be done. Yes we signed off on the papers, but this was the form that was sent to us from the attorney as you clearly see in the email and you also see clearly that he did not go over them with us and discussed our position in the situation, we were dropped right after. Your Honor during this period we could sell the home, rent it, modify it, nothing we were stuck and we did not give up we are still fighting. Our mortgage company did give us a forbearance all these years but they did not do any mortgage forgiveness, all they did was attach the 5yrs of non-payment to the back end of the mortgage and tell us that our life savings that we put in home is gone and now we have additional $80,000.00+ on our mortgage. We had no way of making any money from the property to maintain it and we have had to even come out of pocket in addition to this. Judge Fallon is it fair that we are placed in this position because of a problem we are not responsible for? We abide whatever fair and impartial judgement that you render, but please consider our position and situation. Thank you.

Yours Truly

*Gladys Brown*

Melsa C Brown and Gladys Brown

Fw: 10007304_06 Report (7)

caswell brown
To Michael Long

May 2, 2013

**From:** caswell brown <cmbrown007@bellsouth.net>;
**To:** Michael Long <mlong@ellisandged.com>;
**Subject:** Re: BROWN, GLADYS: 10007304_06 Report
**Sent:** Thu, May 2, 2013 5:02:30 PM

Hello Mr long thank you for taking the time to speak with us, as well as to assist us. Enclosed you will find the claim forms you asked us to fill out and i will be in touch verbally with you to ensure you recieved those.

Sincerely,

Melsa/Gladys Brown

**From:** Michael Long <mlong@ellisandged.com>
**To:** caswell brown <cmbrown007@bellsouth.net>
**Sent:** Thu, May 2, 2013 6:59:36 AM
**Subject:** RE: BROWN, GLADYS: 10007304_06 Report

Hi Gladys,

I can't make any promises, but I will go ahead and submit you and your husband into the Knauff global settlement.



Fw: 10007304_06 Report (7)

------ Forwarded Message ------
From: Michael Long <mlong@ellisandged.com>
To: caswell brown <cmbrown007@bellsouth.net>
Sent: Thu, May 2, 2013 6:59:36 AM
Subject: RE: BROWN, GLADYS: 10007304_06 Report

Hi Gladys,

I can't make any promises, but I will go ahead and submit you and your husband into the Knauff global settlement.

However, the deadline is May 25 2013.

I need you and your husband to each fill out and sign a claim form and email back to me. Please do this today.

Thanks.

**MICHAEL J. LONG, ESQ.**
**"Designated email for service of pleadings:
corplaw@ellisandged.com"**
Attorney at Law
Ellis, Ged & Bodden, P.A.
7171 North Federal Highway
Boca Raton, Florida 33487
Phone: (561) 995-1966
Fax: (561) 241-0812
mlong@ellisandged.com
www.ellisandged.com

Samsung 55"
Class 4K UHD LED
Smart HDTV - UN...

~~$1,299.99~~
$1,097.99



BROWN, GLADYS: CDW New Claims Exhibit B (3)

From: "Hallal, Linda" <LHallal@frilot.com>
Date: August 28, 2013, 3:03:38 PM EDT
To: "mgeed@ellisandged.com" <mgeed@ellisandged.com>
Cc: "Spaulding, Kyle" <kspaulding@frilot.com>, "Miller, Kerry J." <ldavis@hhlawfirm.com>, "lflemming@hhlawfirm.com" <lflemming@hhlawfirm.com>
Subject: CDW New Claims Exhibit B

Marius,

On behalf of Garrett Thalgott, we have reviewed your Exhibit B pro indicia to qualify for a confirmatory inspection when/if these properties opt

| Brown, Gladys | 2781 Eagle Rock Circle, Unit 308 | West Palm Beach | F |
|---|---|---|---|

Linda J. Hallal
Assistant to Garrett W. Thalgott
and René A. Merino
FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone: 504.599.8373
Fax: 504.599.8100

This transmission is intended to be delivered only to the named addressee confidential, proprietary, attorney work-product or attorney-client privile than the named and intended addressee(s), the recipient should immediat at the phone number of the sender listed on the email and obtain instructi no event shall this material be read, used, copied, reproduced, stored or r addressee(s), except with the express consent of the sender or the named



BROWN, GLADYS: CDW New Claims Exhibit B (3)

From: Michael Long <mlong@ellisandged.com>
Sent: Wednesday, August 28, 2013 2:11 PM
To: LHellel@frltd.com
Cc: Marius Ged <mged@ellisandged.com>; caswell brown <cmbrown007@bells...
Subject: RE: BROWN, GLADYS: CDW New Claims Exhibit B

Hi Linda,

We do not represent this person anymore.

You may contact the Browns directly. Email: cmbrown007@bellsouth.net. Last a

If you email, please send them a fresh email. If you begin forwarding them email
Also, because we are no longer their attorneys, your communications with them a

Thank you

**MICHAEL J. LONG, ESQ.**
**"Designated email for service of pleadings: corplaw@ellisandged.com"**
Attorney at Law
Ellis, Ged & Bodden, P.A.
7171 North Federal Highway
Boca Raton, Florida 33487
Phone: (561) 995-1966
Fax: (561) 241-0812
mlong@ellisandged.com
www.ellisandged.com

Begin forwarded message:

BROWN, GLADYS: CDW New Claims Exhibit B (3)

**caswell brown**
To mlong@ellisandged.com

Sep 4, 2013

Hello Micheal for the record this is Gladys Brown and my phone number is 561-91
you can have the mail forwarded to:
13456 Hyacinth Ct
Wellington, Fl 33414

Thank you and may the God of Truth grant you peace.

Sent from Yahoo! Mail for iPad

From: Michael Long <mlong@ellisandged.com>;
To: <LHallal@fritot.com>;
Cc: Marius Ged <mged@ellisandged.com>; caswell brown <cmbrown007@bellsouth.net>
Subject: RE: BROWN, GLADYS: CDW New Claims Exhibit B
Sent: Wed, Aug 28, 2013 9:11:55 PM

Hi Linda,

We do not represent this person anymore.

You may contact the Browns directly. Email: cmbrown007@bellsouth.net. Last a

If you email, please send them a fresh email. If you begin forwarding them email
Also, because we are no longer their attorneys, your communications with them a

Thank you

MICHAEL LONG, ESQ

Gladys Brown
13456 Hyacinth CT
Wellington, FL 33414
Case # 09-2047

Judge Fallon
Room C-456
500 Poydras ST
New Orleans, LA 70130