UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO**[1]**:**<br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.)* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**JOINT DESIGNATION OF RECORD ON APPEAL**

China National Building Materials Group Corporation, China National Building Materials Company, Ltd., China National Building Materials & Equipment Import & Export Corporation, CNBM (USA) Corporation, CNBM Forest Products (Canada) Ltd., China National Building Materials Investment Trading, and United Suntech, Inc. (collectively, the "CNBM Entities"), Beijing New Building Materials Public Limited Company, Beijing New Building Material (Group) Co., Ltd. (collectively, the "BNBM Entities"), and the appellees, Michelle Germano, individually and on behalf of all others similarly situated, et. al., submit this Joint Designation of the Record on Appeal pursuant to the October 7, 2015 Order of the United States Court of Appeals for the Fifth Circuit in Case No. 15-30804.

Unless otherwise indicated, docket entries designated herein should be included in their entirety (including all exhibits and attachments).  And in addition to the specific docket entries listed below, we also designate the complete docket reports for both 2:09-cv-6687 and 2:09-md-2047 in the record on appeal.

---

[1] Plaintiffs-Appellees believe this document relates to all cases.

**Designations from Docket 2:09-cv-6687**

| DOC. | DESCRIPTION | DATE |
|---|---|---|
| 1 | Case Transfer Order and Complaint | 10/13/09 |
| 2 | Default Judgment | 5/11/10 |
| 3 | Notice of Appeal by Taishan of Default Judgment | 6/10/10 |
| 4 | USCA Judgment Issued as Mandate | 2/19/14 |

**Designations from Docket 2:09-md-2047**

| DOC. | DESCRIPTION | DATE |
|---|---|---|
| 14215 | PSC Motion for Leave to File Exhibits Under Seal | 5/8/12 |
| 14224 | Manual Attachment re PSC Motion for Leave to File Exhibits Under Seal | 5/9/12 |
| 17760 | PSC Motion to Require Debtor's Examination | 6/16/14 |
| 17774 | Order Setting Debtor's Examination | 6/20/14 |
| 17869 | Contempt Order | 7/17/14 |
| 17883 | PSC Omnibus Motion for Class Certification | 7/23/14 |
| 17920 | Motion for Contempt | 7/31/14 |
| 18028 | Findings of Fact and Conclusions of Law | 9/26/14 |
| 18196 | Order & Reasons Granting and Denying in Part Motion to Compel | 12/12/14 |
| 18276 | Transcript of January 22, 2015 Status Conference | 1/23/15 |
| 18302 | PSC Motion to Enforce Contempt Order | 2/10/15 |
| 18331 | Minute Entry | 2/12/15 |
| 18354 | Order | 2/12/15 |
| 18367 | PSC Motion to Preclude | 2/20/15 |
| 18386 | Transcript of February 12, 2015 Status Conference | 2/24/15 |
| 18387 | Transcript of February 12, 2015 Motion Hearing | 2/24/15 |
| 18377 | Notice of 30(b)(6) Deposition of CNBM (USA) Corp. | 2/23/15 |
| 18400 | Order | 2/26/15 |
| 18404 | PSC Supplemental Motion for Expedited Hearing | 3/2/15 |
| 18418 | PSC Amended Revised Order Scheduling Expedited Hearing | 3/3/15 |
| 18433 | PSC Supplemental Motion to Enforce Contempt Order | 3/5/15 |
| 18447 | PSC Corrected Supplemental Motion to Enforce Contempt Order | 3/9/15 |
| 18451 | Taishan Opposition to PSC Motion to Enforce Contempt Order | 3/9/15 |
| 18453 | CNBM Entities Response to Motion to Preclude | 3/9/15 |
| 18455 | CNBM Entities Motion to Continue Hearing Date | 3/9/15 |
| 18462 | BNBM Public Ltd. Co. Joint Motion to Substitute Attorney | 3/11/15 |
| 18465 | PSC Supplemental Memo of Law in Support of Motion for Expedited Hearing to Enforce Contempt Order and Injunction | 3/4/15 |
| 18468 | Order | 3/13/15 |
| 18472 | PSC Motion for Leave to File Omnibus Reply | 3/13/15 |
| 18475 | PSC Omnibus Reply to Motion to Enforce Contempt Order | 3/13/15 |
| 18476 | PSC Responsive Memorandum to Objections of Third Party Witnesses | 3/13/15 |

| | | |
|---|---|---|
| 18480 | CNBM Entities Notice of Intention to File Opposition to Motion to Enforce | 3/16/15 |
| 18493 | Minute Entry | 3/17/15 |
| 18494 | Transcript of March 17, 2015 Motion Hearing | 3/18/15 |
| 18520 | PSC Omnibus Reply | 3/20/15 |
| 18533 | Order | 3/19/15 |
| 18534 | Intervenors Supplemental Memo in Support of Motion to Enforce Contempt Order | 3/24/15 |
| 18537 | PSC Notice of Discovery Plan | 3/24/15 |
| 18559 | Minute Entry | 3/26/15 |
| 18568 | Order | 3/31/15 |
| 18578 | PSC Motion to Stay Third-Party Discovery | 4/1/15 |
| 18579 | Transcript of March 26, 2015 Status Conference | 4/1/15 |
| 18583 | Order Granting Motion to Preserve Defenses | 4/2/15 |
| 18609 | PSC Motion to Compel Discovery Against CNBM and BNBM Entities | 4/7/15 |
| 18628 | PSC Motion to Compel Complete Defendant Profile Forms | 4/8/15 |
| 18640 | Order | 4/8/15 |
| 18643 | Notice to Take Deposition of BNBM (Group) | 4/9/15 |
| 18644 | Notice to Take Deposition of BNBM Public Ltd. Co. | 4/9/15 |
| 18645 | Notice to Take Deposition of CNBM Forest Products (Canada) | 4/9/15 |
| 18646 | Notice to Take Deposition of CNBM (USA) Corp. | 4/9/15 |
| 18649 | Notice to Take Deposition of CNBM Group | 4/10/15 |
| 18650 | Notice to Take Deposition of CNBM Company Ltd. | 4/10/15 |
| 18651 | Notice to Take Deposition of CNBM Import and Export Co. | 4/10/15 |
| 18667 | BNBM Entities Opposition to PSC Motion to Compel Profile Forms | 4/10/15 |
| 18671 | PSC Status Report Regarding Discovery | 4/13/15 |
| 18683 | BNBM Entities Response to Motion to Compel Discovery | 4/14/15 |
| 18684 | PSC Updated Status Report re Contempt Discovery | 4/14/15 |
| 18691 | BNBM (Group) Statement of Corporate Disclosure | 4/15/15 |
| 18692 | BNBM Public Ltd. Co. Statement of Corporate Disclosure | 4/15/15 |
| 18697 | Transcript of April 7, 2015 Status Conference | 4/15/15 |
| 18714 | CNBM Company Ltd. Statement of Corporate Disclosure | 4/17/15 |
| 18751 | PSC Revised Status Report re Contempt Discovery | 4/24/15 |
| 18754 | Transcript of April 24, 2015 Status Conference | 4/27/15 |
| 18755 | BNBM Entities Status Report re Discovery | 4/27/15 |
| 18756 | Order re PSC Motions for Expedited Discovery | 4/27/15 |
| 18757 | Minute Entry | 4/24/15 |
| 18761 | PSC Errata to Revised Second Updated Status Report | 4/27/15 |
| 18762 | Transcript of April 17, 2015 Motion Hearing | 4/27/15 |
| 18763 | PSC Revised Errata to Revised Second Updated Status Report | 4/27/15 |
| 18764 | Transcript of April 17, 2015 Status Conference | 4/27/15 |
| 18765 | Taishan Status Report Regarding Discovery | 4/28/15 |
| 18770 | CNBM Entities Joint Statement on Discovery | 4/28/15 |
| 18772 | PSC Status Report re Contempt Discovery | 4/28/15 |
| 18773 | PSC Third Updated Status Report Regarding Discovery to Taishan | 4/28/15 |

| 18783 | PSC Request to Address the Scope of Discovery | 4/29/15 |
| --- | --- | --- |
| 18792 | PSC Notice to Take Deposition of BNBM (Group) Co. | 4/30/15 |
| 18794 | PSC Notice to Take Deposition of BNBM Public Ltd. Co. | 4/30/15 |
| 18798 | PSC Notice to Take Deposition of CNBM Company Ltd. | 4/30/15 |
| 18799 | PSC Notice to Take Deposition of CNBM Group | 4/30/15 |
| 18806 | PSC Status Report re Contempt Discovery | 5/1/15 |
| 18807 | CNBM Entities Objections to PSC Notices to Take Depositions | 5/4/15 |
| 18808 | PSC Notice Of Errata To Supplemental Notices | 5/4/15 |
| 18820 | PSC Status Report re Contempt Discovery | 5/5/15 |
| 18831 | PSC Motion to Set Briefing Schedule | 5/5/15 |
| 18833 | PSC Sixth Status Report re Contempt Discovery | 5/5/15 |
| 18841 | BNBM (Group) Co. Motion to Dismiss | 5/6/15 |
| 18847 | BNBM Entities Response to Motion to Compel | 5/6/15 |
| 18849 | BNBM Public Ltd. Co. Motion to Dismiss | 5/6/15 |
| 18851 | BNBM Entities Motion to Vacate | 5/6/15 |
| 18862 | CNBM Entities Response to Motion to Compel | 5/6/15 |
| 18872 | BNBM Entities Response to PSC Motion to Enforce Contempt Order | 5/8/15 |
| 18876 | BNBM Motion to Vacate Portions of Class Certification Order | 5/8/15 |
| 18885 | CNBM Joinder in BNBM Motion to Decertify Class | 5/8/15 |
| 18886 | CNBM Objections to PSC Memo re Effects of Default & Issue Preclusion | 5/8/15 |
| 18887 | CNBM Objections to Class Assessment of Damages | 5/8/15 |
| 18906 | PSC Expedited Motion for Complete and Accurate Translations | 5/11/15 |
| 18911 | Transcript of May 7, 2015 Status Conference | 5/12/15 |
| 18922 | Order | 5/13/15 |
| 18925 | Minute Entry | 5/7/15 |
| 18998 | Order & Reasons | 5/26/15 |
| 19001 | Transcript of May 20, 2015 Status Conference | 5/27/15 |
| 19015 | Transcript of May 28, 2015 Status Conference | 5/29/15 |
| 19030 | Notice of Filing re Texas Court Pleadings | 6/1/15 |
| 19076 | Order Granting BNBM Motion for Clarification | 6/5/15 |
| 19097 | Transcript of May 20, 2015 Motion Hearing | 6/8/15 |
| 19110 | CNBM Entities Response to Motion to Serve Discovery on Counsel | 6/10/15 |
| 19127 | Order Denying BNBM Entities Motions to Dismiss as Premature | 6/12/15 |
| 19134 | PSC Emergency Motion to Compel Discovery | 6/15/15 |
| 19146 | Order Granting Motion to Extend Discovery Deadlines | 6/16/15 |
| 19154 | CNBM Entities Response to PSC Motion to Compel Discovery | 6/16/15 |
| 19166 | Notice of Filing re Texas Order Abating Case | 6/19/15 |
| 19179 | CNBM Entities Motion to Dismiss | 6/22/15 |
| 19204 | CNBM Entities Sur-Reply to PSC Motion to Compel Discovery | 6/24/15 |
| 19220 | Transcript of June 16, 2015 Status Conference | 6/26/15 |
| 19234 | Order appointing Harry Rosenberg Liaison Counsel | 6/26/15 |
| 19255 | Minute Entry of July 2, 2015 | 7/2/15 |
| 19267 | CNBM Entities Letter Brief | 7/7/15 |
| 19271 | CNBM Entities Motion to Vacate | 7/9/15 |

| | | |
|---|---|---|
| 19281 | CNBM Entities Brief re FSIA Scheduling | 7/12/15 |
| 19294 | BNBM Entities Notice of Joinder in CNBM Entities Motion to Vacate | 7/13/15 |
| 19300 | Order | 7/14/15 |
| 19309 | Order | 7/15/15 |
| 19311 | Request for Direction by Texas Litigants | 7/16/15 |
| 19316 | Transcript of July 14, 2015 Status Conference | 7/17/15 |
| 19318 | CNBM Entities Response to Texas Litigants Joint Request | 7/20/15 |
| 19323 | Order | 7/22/15 |
| 19328 | PSC Response to Texas Litigants Joint Request | 7/23/15 |
| 19329 | Order | 7/21/15 |
| 19334 | Transcript of July 15, 2015 Motion Hearing | 7/27/15 |
| 19335 | Transcript of July 14, 2015 Motion Hearing | 7/27/15 |
| 19342 | CNBM Entities Reply to Response to Texas Litigants Joint Request | 7/28/15 |
| 19354 | PSC Response in Opposition to Motion to Vacate | 7/29/15 |
| 19357 | BNBM Entities Motion to Strike Herman Affidavit | 8/4/15 |
| 19358 | BNBM Entities Joinder in CNBM Entities Reply re Motion to Vacate | 8/4/15 |
| 19369 | Reply re Motion to Vacate Contempt Order | 8/6/15 |
| 19370 | PSC Response/Memorandum to Motion to Strike Herman Affidavit | 8/6/15 |
| 19373 | Minute Entry | 8/7/15 |
| 19392 | Order & Reasons | 8/17/15 |
| 19403 | Order | 8/19/15 |
| 19448 | CNBM Entities Notice of Appeal | 9/8/15 |
| 19493 | Transcript of September 4, 2015 Hearing | 9/11/15 |
| 19526 | Order | 9/18/15 |
| 19527 | CNBM Entities Amended Motion to Dismiss | 9/18/15 |
| 19530 | CNBM Entities Brief re Reconsideration of FSIA Briefing Schedule | 9/21/15 |
| 19531 | Transcript of Aug. 7, 2015 Status Conference and Motion Hearing | 9/22/15 |
| 19534 | BNBM Entities Notice of Appeal | 9/22/15 |
| 19538 | CNBM Entities Reply to PSC Response re FSIA Briefing Schedule | 9/23/15 |
| 19542 | CNBM Entities Motion for Reconsideration | 9/25/15 |
| 19544 | Transcript of Sept. 24, 2015 Hearing | 9/25/15 |
| 19549 | Order | 9/28/15 |
| 19556 | PSC Response to CNBM Entities Brief | 9/24/15 |
| 19557 | PSC Response to CNBM Entities Motion for Reconsideration | 9/29/15 |
| 19579 | Minute Entry | 10/7/15 |
| 19590 | PSC Disclosure Motion Contesting BMNB Public Ltd. Co. Privilege | 10/9/15 |
| 19611 | Transcript of October 13, 2015 Hearing | 10/16/15 |
| 19612 | Order & Reasons | 10/16/15 |
| 19616 | Transcript of October 6, 2015 Motion Hearing | 10/16/15 |

Respectfully submitted,

Dated: October 21, 2015

/s/ Arnold Levin

Arnold Levin
Frederick S. Longer
Sandra L. Duggan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (877) 882-1011
Fax: (215) 592-4663
ALevin@LFSBLaw.com

*Plaintiffs Lead Counsel in MDL 2047*

Russ M. Herman (LA Bar 6819)
Leonard A. Davis (LA Bar 14190)
Stephen J. Herman (LA Bar 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 OKeefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhkc.com

*Plaintiffs Liaison Counsel in MDL 2047*

/s/ Eric S. Shumsky

Eric S. Shumsky (DC Bar 477926)
James L. Stengel (NY Bar 1800556)
L. Christopher Vejnoska (CA Bar 096082)
Kelly M. Daley (NY Bar 4970117)
Ian Fein (CA Bar 281394)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005
Phone: (202) 339-8400
Fax: (202) 339-8500
eshumsky@orrick.com

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON ARATA MCCOLLAM DUPLANTIS & EAGAN LLP
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170
Phone: (504) 582-1111
Fax: (504) 582-1121
eeagan@gordonarata.com

*Counsel for the CNBM Entities*

/s/ Michael H. Barr

Michael H. Barr (NY Bar 1744242)
Richard L. Fenton (IL Bar 3121699)
C. Michael Moore (TX Bar 24045491)
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 768-6700
Fax: (212) 768-6800

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130
Phone: (504) 566-1311
Fax: (504) 568-9130
harry.rosenberg@phelps.com

*Counsel for the BNBM Entities*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing JOINT DESIGNATION OF RECORD ON APPEAL has been served on Plaintiffs Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of October, 2015.

                                                  /s/ Eric S. Shumsky