# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Substitute Under Seal Exhibits and To File Substituted Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Exhibits C and D-1 be substituted and replace the existing Exhibits C and D-1 attached to the Plaintiffs' Steering Committee's Disclosure Motion Contesting BNBM PLC's Claim of Privilege and/or Work Product Protection and for In Camera Inspection [Rec. Doc. 19618].

IT IS FURTHER ORDERED BY THE COURT that the substituted Exhibits C and D-1 be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge