MINUTE ENTRY
FALLON, J.
OCTOBER 21, 2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date. The conference was transcribed by Ms. Cathy Pepper, Official Court Reporter. Counsel may contact Ms. Pepper at (504) 589-7779 to request a copy of the transcript. The Plaintiffs' Steering Committee, counsel for Taishan, counsel for the CNBM entities, counsel for the BNBM entities, and Defense Liaison counsel participated. The parties discussed the status of their preparation for the upcoming evidentiary hearing scheduled for November 10, 2015.

**IT IS ORDERED** that the Parties meet and confer within the next 24 hours to discuss the issues discussed at the conference, including the determination of an appropriate date for the deposition of Mr. Wenglong Peng. **IT IS FUTHER ORDERED** that the Parties reach out to the Court immediately following their meeting to inform the Court as to whether any or all of the issues have been resolved.

JS10(00:28)