Confidential - Subject to Further Confidentiality Review

1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
2

3      _____      § MDL NO. 2047
       IN RE:                   §
4      CHINESE-                 § SECTION: L
       MANUFACTURED             §
5      DRYWALL PRODUCTS         § JUDGE FALLON
       LIABILITY                §
6      LITIGATION               § MAGISTRATE
       _____      § JUDGE WILKINSON
7

8                          -  -  -

        CROSS NOTICED IN VARIOUS OTHER ACTIONS
9
                           -  -  -
10
                     April 4, 2011
11
                           -  -  -
12

         CONFIDENTIAL - SUBJECT TO FURTHER
13             CONFIDENTIALITY REVIEW
14                         -  -  -
15        Videotaped deposition of TONGCHUN
       JIA, held at 3 Pedder Street, Central,
16     Hong Kong, China, commencing at 9:05
       a.m., on the above date, before Linda L.
17     Golkow, Certified Court Reporter,
       Registered Diplomate Reporter, Certified
18     Realtime Reporter and Notary Public.
19
20                         -  -  -
21
22          GOLKOW TECHNOLOGIES, INC.
         ph 877.370.3377 | fax 917.591.5672
23              deps@golkow.com
24                                          EXHIBIT 4

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES:
 2
 3
      SEEGER WEISS LLP
 4    BY:  CHRISTOPHER A. SEEGER, ESQUIRE
      BY:  JEFFREY S. GRAND, ESQUIRE
 5    One William Street
      New York, New York 10004
 6    (212) 584-0700
      cseeger@seegerweiss.com
 7    jgrand@seegerweiss.com
      Representing the Plaintiffs' Steering
 8    Committee
 9
10    COLSON HICKS EIDSON
      BY:  PATRICK S. MONTOYA, ESQUIRE
11    255 Alhambra Circle
      Penthouse
12    Coral Gables, Florida 33134
      (305) 476-7400
13    patrick@colson.com
      Representing Plaintiffs' Steering
14    Committee in the Federal and State
      Coordinated Actions
15
16
      LAW OFFICES OF RICHARD SERPE, P.C.
17    BY:  RICHARD J. SERPE, ESQUIRE
      580 East  Main Street
18    Suite 310
      Norfolk, Virginia 23510
19    (757) 233-0009
      rserpe@serpefirm.com
20    Representing the MDL Plaintiffs and
      the Germano Plaintiffs
21
22
23
                 -   -   -
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2
 3        HOGAN LOVELLS US LLP
          BY:  JOE CYR, ESQUIRE
 4        BY:  FRANK T. SPANO, ESQUIRE
          BY:  ERIC D. STATMAN, ESQUIRE
 5        BY:  RENEE GARCIA, ESQUIRE
          875 Third Avenue
 6        New York, New York 10022
          (212) 918-3000
 7        joe.cyr@hoganlovells.com
          frank.spano@hoganlovells.com
 8        renee.garcia@hoganlovells.com
          eric.statman@hoganlovells.com
 9        Representing Taishan Gypsum Co.
          Ltd. and Tai'an Taishan
10        Plasterboard Company Ltd. and the
          Witness, Tongchun Jia
11
12
          HOGAN LOVELLS INTERNATIONAL LLP
13        BY:  EUGENE CHEN, ESQUIRE
          18th Floor, Park Place
14        1601 Nanjing Road West
          Shanghai, China 200040
15        (86 21) 6122 3800
          eugene.chen@hoganlovells.com
16        Representing Taishan Gypsum Co.
          Ltd. and Tai'an Taishan
17        Plasterboard Company Ltd. and the
          Witness, Tongchun Jia
18
19
          JIGTIAN & GONGCHENG
20        BY:  CHUNGANG DONG, ESQUIRE
          34/F, Tower 3, China Central Place
21        77 Jianguo Road - Chaoyang District
          Beijing, China  200040
22        (86 10) 5809 1016
          Representing Taishan Gypsum Company
23        Limited and Tai'an Taishan
          Plasterboard Company
24
```

```
 1    APPEARANCES (CONTINUED):
 2
 3
      GREENBERG TRAURIG, LLP
 4    BY:  HILARIE BASS, ESQUIRE
      1221 Brickell Avenue
 5    Miami, Florida 33131
      (305) 579-0745
 6    bassh@gtlaw.com
      Representing the Home Builders
 7    Steering Committee
 8
 9    GALLOWAY JOHNSON TOMPKINS BURR and
      SMITH
10    BY:  CARLINA C. EISELEN, ESQUIRE
      One Shell Square
11    701 Poydras Street, 40th Floor
      New Orleans, Louisiana 70139
12    (504) 525-6802
      ceiselen@gjtbs.com
13    Representing Interior/Exterior
      Building Supply
14
15
      PERKINS COIE LLP
16    BY:  DAVID L. BLACK, ESQUIRE
      1899 Wynkoop Street - Suite 700
17    Denver, Colorado 80202
      (303) 291-2300
18    DBlack@perkinscoie.com
      Representing the State of Louisiana
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2
 3        WEINBERG, WHEELER, HUDGINS, GUNN &
          DIAL, LLC
 4        BY:  NICHOLAS P. PANAYOTOPOULOS, ESQ.
          3344 Peachtree Road, NE
 5        Suite 2400
          Atlanta, Georgia 30326
 6        (404) 876-2700
          npanayo@wwhgd.com
 7        Representing Various Banner
          Defendants
 8
 9
          BRENNER, EVANS & MILLMAN, P.C.
10        BY:  THEODORE I. BRENNER, ESQUIRE
          411 East Franklin Street
11        Suite 200
          Richmond, Virginia 23218
12        (804) 644-1300
          Representing Tobin Trading Company
13
14
          McKENRY, DANCIGERS, DAWSON &
15        LAKE, P.C.
          BY:  J. BRIAN SLAUGHTER, ESQUIRE
16        192 Ballard Court
          Suite 400
17        Virginia Beach, Virginia 23462
          (757) 461-2500
18        Jbslaughter@va-law.org
          Representing Atlantic Homes LLC and
19        Multiple Other Virginia-Based
          Defendants
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):

 2

 3        SHER GARNER CAHILL RICHTER KLEIN &
          HILBERT, L.L.C.
 4        BY:  MATTHEW C. CLARK, ESQUIRE
          909 Poydras Street
 5        Suite 2800
          New Orleans, Louisiana 70112
 6        (504) 299-2100
          mclark@shergarner.com
 7        Representing the Southern Home
          Defendants
 8

 9
          SINNOTT, NUCKOLS & LOGAN, PC
10        BY:  KENNETH F. HARDT, ESQUIRE
          13811 Village Mill Drive
11        Midlothian, Virginia 23114
          (804) 378-7600
12        khardt@snllaw.com
          Representing Venture Supply, Inc. and
13        Porter-Blaine Corp.

14

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE:
 2
 3       KUCHLER POLK SCHELL WEINER &
         RICHESON LLC
 4       BY:  FRANCIS X. deBLANC, III,
         1615 Poydras Street
 5       Suite 1300
         New Orleans, Louisiana 70112
 6       (504) 592-0691
         slauricella@kuchlerpolk.com
 7       Representing Creola Ace Hardware and
         Thomas Gould Inc. in the MDL
 8
 9
         HUNTON & WILLIAMS LLP
10       BY:  A. TODD BROWN, ESQUIRE
         Bank of America Plaza
11       101 South Tryon Street
         Suite 3500
12       Charlotte, North Carolina  28280
         (704) 378-4700
13       Representing Stock Building Supply,
         LLC
14
15
         JONES, WALKER, WAECHTER, POITEVENT,
16       CARRERE & DENEGRE LLP
         BY:  MEGAN E. DONOHUE, ESQUIRE
17       600 Jefferson Street, Suite 1600
         Lafayette, Louisiana 70501
18       (337) 262-9062
         mdonohue@joneswalker.com
19       Representing Fireman's Fund Insurance
         Company
20
21
22
23
24
```

```
 1    APPEARANCES VIA TELEPHONE (CONTINUED):
 2
 3       DUPLASS ZWAIN BOURGEOIS PFISTER &
         WEINSTOCK
 4       BY:  PHILIP WATSON, ESQUIRE
         3838 N. Causeway Boulevard
 5       Suite 2900
         Metairie, Louisiana 70002
 6       (504) 832-3700
         pwatson@duplass.com
 7       Representing R&H Masonry, Inc., and
         Swedberg Enterprises, Inc.
 8
 9
         RUMBERGER, KIRK & CALDWELL, P.A.
10       BY:  ABIGAIL ROBERTS, ESQUIRE
         Brickell Bayview Centre, Suite 3000
11       80 Southwest 8th Street
         Miami, Florida 33130
12       (305) 358-5577
         aroberts@rumberger.com
13       Representing Defendants' Liaison
         Counsel for  Installers
14
15
         HAYNSWORTH SINKLER BOYD, P.A.
16       BY:  CHRISTOPHER B. MAJOR, ESQUIRE
         75 Beattie Place - 11th Floor
17       Greenville, South Carolina 29601
         (864) 240-3200
18       cmajor@hsblawfirm.com
         Representing USG Corporation and L&W
19       Supply Corporation
20
         PHELPS DUNBAR LLP
21       BY:  MITCHELL P. HASENKAMPF, ESQUIRE
         Canal Place
22       365 Canal Street, Suite 2000
         New Orleans, Louisiana 70130-6534
23       (504) 584-9249
         mitchell.hasenkampf@phelps.com
24       Representing State Farm
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES VIA TELEPHONE (CONTINUED):
 2
 3       FULMER LEROY ALBEE BAUMANN
         BY:  CANDACE MOSS, ESQUIRE
 4       2866 East Oakland Park Boulevard
         Ft. Lauderdale, Florida 33306
 5       (954) 707-4430
         mosscandace@fulmerleroy.com
 6       Representing Independent Builders
         Supply Association (IBSA)
 7
 8
         THOMPSON COE COUSINS & IRONS, L.L.P.
 9       BY:  SUZANNE M. PATRICK, ESQUIRE
         One Riverway, Suite 1600
10       Houston, Texas 77056
         (713) 403-8210
11       spatrick@thompsoncoe.com
         Representing The North River
12       Insurance Company
13
14       BERNARD, CASSISA, ELLIOTT & DAVIS,
         APLC
15       BY:  CAROLINE E. ELLIOTT, ESQUIRE
         1615 Metairie Road
16       Metairie, Louisiana 70005
         (504) 834-2612
17       elliottc@bernard-cassisa.com
         Representing  Phillips Abita Lumber
18       Company, Inc.
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM:
 2
 3        BECNEL LAW FIRM, L.L.C.
          BY:  ROBERT BECNEL, ESQUIRE
 4        106 W. 7th Street
          Reserve, Louisiana 70084
 5        (985) 536-1186
          robbecnel@aol.com
 6        Representing the Plaintiffs'
          Steering Committee
 7
 8
          QUINN EMANUEL URQUHART & SULLIVAN,
 9        LLP
          BY: CLINTON DOCKERY
10        51 Madison Avenue, 22nd Floor
          New York, New York 10010
11        (212) 849-7000
          clintondockery@quinnemanuel.com
12        Representing Chartis Select Insurance
          Company and Related Chartis Insurers
13
14
          JONES, WALKER, WAECHTER, POITEVENT,
15        CARRERE & DENEGRE LLP
          BY:  MEGAN E. DONOHUE, ESQUIRE
16        600 Jefferson Street, Suite 1600
          Lafayette, Louisiana 70501
17        (337) 262-9062
          mdonohue@joneswalker.com
18        Representing Fireman's Fund Insurance
          Company
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):

 2

 3         WOODLEY WILLIAMS LAW FIRM
           BY:  DONALD C. BROWN, ESQUIRE
 4         1 Lakeshore Drive
           Suite 1750
 5         Lake Charles, Louisiana 70629
           (337) 433-6328
 6         dcbrown@woodleywilliams.com
           Representing Devon International,
 7         Inc. Formerly, Devon International
           Trading, Inc.

 8

 9
           DEUTSCH, KERRIGAN & STILES
10         BY:  MELISSA M. SWABACKER, ESQUIRE
           755 Magazine St.
11         New Orleans, Louisiana  70130
           (504) 581-5141
12         mswabacker@dkslaw.com
           Representing Landmark American
13         Insurance Company

14

15         KUCHLER POLK SCHELL WEINER &
           RICHESON LLC
16         BY:  SOPHIA L. LAURICELLA, ESQUIRE
           1615 Poydras Street
17         Suite 1300
           New Orleans, Louisiana 70112
18         (504) 592-0691
           slauricella@kuchlerpolk.com
19         Representing Creola Ace Hardware and
           Thomas Gould Inc. in the MDL

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):

 2

 3         TAYLOR WALKER, P.C.
           BY:  CHRISTOPHER J. WIEMKEN, ESQUIRE
 4         555 E. Main Street
           Suite 1300
 5         Norfolk, Virginia 23510
           (757) 625-7300
 6         Cwiemken@taylorwalkerlaw.com

 7

 8    ALSO PRESENT:

 9

10    Stephanie Chin, Official Interpreter
      (Interpreter 1)
11

12    Una Wong, Check Interpreter
      (Interpreter 2)
13                    -  -  -

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    -  -  -
 2             MR. SPANO: This is Frank
 3        Spano appearing on behalf of
 4        Taishan Gypsum Company Limited and
 5        Tai'an Taishan Plasterboard
 6        company.
 7             In advance of the deposition
 8        or at the deposition right now, we
 9        are producing a few pages of
10        additional responsive documents
11        that we located just yesterday.
12        It's only a few pages, and
13        generally speaking, it consists of
14        a trademark license agreement
15        between TG and TTP and a few pages
16        of sales contract documents
17        relating to sales of equipment
18        between TG and TTP.  The witness
19        will be prepared to address any
20        questions about these documents
21        and describe them in more detail
22        as you wish.
23             MR. SEEGER:  The only thing
24        I'll note for the record is that
```

Confidential - Subject to Further Confidentiality Review

```
 1              I'm only getting these documents,

 2         obviously, now, and it appears to

 3         me to be, I don't know, 40

 4         pages --

 5              MR. SPANO:  No, no.  It is

 6         four to five pages.  What you are

 7         looking at here is 15 sets.

 8              MR. SEEGER:  So, a handful

 9         of pages.  Until we get them

10         translated, I obviously can't ask

11         questions about them.

12              MR. SPANO:  Would you care

13         to pass them around.

14              (Handing over documents.)

15              MR. CYR:  This is Joe Cyr

16         from Hogan Lovells representing

17         the witness today.

18              Is there anyone on the line

19         who is not a counsel for one of

20         the parties in the litigation?

21              (No response.)

22              MR. CYR:  Thank you.

23              THE VIDEOTAPE TECHNICIAN:

24         We are now going on the record.
```

Confidential - Subject to Further Confidentiality Review

1        The date today is April 4, 2011.

2        The time now is approximately 9:07

3        a.m.

4           This is the 30(b)(6)

5        deposition of Tai'an Taishan

6        Plasterboard taken through its

7        representative Tongchun Jia taken

8        in reference to the Chinese

9        Manufactured Drywall Products

10       Liability Litigation.

11          The deposition today is

12       being held in Hong Kong.

13          My name is Melissa Bardwell,

14       videographer representing Golkow

15       Technologies, and the court

16       reporter today is Linda Golkow.

17          Would counsel and all

18       present please introduce

19       themselves and state their

20       affiliations for the record.

21         MR. CYR:  My name is Joe

22       Cyr.  I'm from Hogan Lovells, and

23       I represent -- we represent

24       Taishan Gypsum as well as, I will

Confidential - Subject to Further Confidentiality Review

```
 1            refer to the plasterboard company

 2            as TTP.

 3                 And if it's okay with

 4            counsel for the plaintiffs, I

 5            would like to respectfully correct

 6            the videographer in that Mr. Jia

 7            is here in a 30(b)(6) deposition

 8            on behalf of Taishan Gypsum for

 9            several designated areas, and he's

10            here on behalf of TTP only with

11            respect to three designated areas.

12            I'll defer to plaintiffS' counsel

13            for the identification of those

14            areas if you would like to do that

15            in the interest of time.

16                 Thank you.

17                 MR. SEEGER:  Thanks.  We'll

18            get back to the introductions now.

19                 Chris Seeger representing

20            the Plaintiffs' Steering Committee

21            in the Chinese Drywall Litigation

22            MDL.

23                 MR. GRAND: Jeff Grand from

24            Seeger Weiss on behalf of the MDL.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. MONTOYA:  Patrick
 2         Montoya on behalf of the PSC in
 3         the Federal and State coordinated
 4         litigation.
 5              MS. BASS: Hilarie Bass from
 6         Greenberg Traurig on behalf of the
 7         Home Builders Steering Committee.
 8              MR. SLAUGHTER: Brian
 9         Slaughter.  I represent multiple
10         Virginia builders, developers and
11         installers.  I'm here appearing
12         subject to our jurisdictional
13         defenses and motions that we have
14         previously filed, and we've also
15         filed a third-party claim against
16         Taishan in the Allen litigation in
17         Virginia.
18              MR. HARDT: My name is
19         Kenneth Hardt.  I represent
20         Venture Supply, Inc. and the
21         Porter-Blaine Corporation, making
22         a special appearance in the
23         Germano class action in which we
24         have cross-noticed these
```

```
 1          depositions as well.
 2               MR. BRENNER: I'm Ted
 3          Brenner.  I'm here for Tobin
 4          Trading Company, making a special
 5          appearance  in the Germano case as
 6          well.
 7               MR. CLARK:  Matthew Clarke
 8          representing Southern Homes.
 9               MS. EISELEN: Carlina Eiselen
10          for Interior/Exterior.
11               MR. BLACK:  David Black for
12          the State of Louisiana.  We
13          reserve our rights as set forth in
14          the remand motion that's pending.
15               MR. PANAYOTOPOULOS: Nick
16          Panayotopoulos on behalf of
17          certain Banner entities, and we
18          obviously reserve our objections
19          as we have in the past.
20               MR. SERPE: Richard Serpe for
21          the Germano plaintiffs.
22               MR. CHEN: Eugene Chen of
23          Hogan Lovells on behalf of Taishan
24          Gypsum and TTP.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MS. WONG:  Una Wong, check
 2         interpreter.
 3              MS. GARCIA: Renee Garcia of
 4         Hogan Lovells for TG and TTP.
 5              MR. DONG:  Jingtian &
 6         Gongchen, Chungang Dong.
 7              MR. STATMAN: Eric Statman
 8         for Hogan Lovells on behalf of
 9         Taishan Gypsum and TTP.
10              MR. SPANO: Frank Spano.  You
11         already have my appearance.
12                   -  -  -
13              (STEPHANIE CHIN, OFFICIAL
14         INTERPRETER, INTERPRETER 1, was
15         duly sworn to interpret Chinese
16         into English and English into
17         Chinese.)
18                   -  -  -
19              TONGCHUN JIA, after having
20         been duly sworn through the
21         interpreter, was examined and
22         testified as follows:
23                   -  -  -
24              (UNA WONG, CHECK
```

Confidential - Subject to Further Confidentiality Review

```
 1              INTERPRETER, INTERPRETER 2,  was

 2              duly sworn to interpret Chinese

 3              into English and English into

 4              Chinese.)

 5                      -  -  -

 6              MR. CYR:  Mr. Seeger, the

 7              only other thing that I had was

 8              that we preserve our right to

 9              review and correct the transcript.

10              Thank you.

11                      -  -  -

12                  EXAMINATION

13                      -  -  -

14      BY MR. SEEGER:

15              Q.   Good morning, Mr. Jia.

16              MR. SEEGER:  You can

17              translate that if you want.

18      BY MR. SEEGER:

19              Q.   Have you ever been deposed

20      before?

21              A.   No.

22              Q.   So, you understand that the

23      court reporter asked you to take an oath.

24      Is there any reason why you could not
```

Confidential - Subject to Further Confidentiality Review

1    fulfill your oath to tell the truth here

2    today?

3              A.    I don't understand what you

4    mean.

5              Q.    Does he understand that the

6    oath that he's been asked to take

7    requires him to tell the complete truth

8    on any subject we ask him questions of,

9    subject to his attorney telling him not

10   to answer a question?

11             A.    I understand.

12             Q.    Thank you.

13                   Also, I would like to say

14   that because he's never been deposed

15   before, if there's anything I do that he

16   interprets as disrespectful in any way,

17   it's not intended.  I'm just here to ask

18   questions and try to get some answers.

19             A.    I understand.

20             Q.    Okay.  Thank you.

21                   So, tell us what your

22   current job position is as you sit here

23   today.

24             A.    My position is the chairman

Confidential - Subject to Further Confidentiality Review

1      A.    Yes, I would participate.

2      Q.    If TG were to get involved

3   in investing money in either existing

4   product lines or new product lines, would

5   you be involved in that decision?

6      A.    I will involved.

7      Q.    If TG were to get involved

8   in strategic alliances with other

9   companies, either joint ventures,

10  mergers, purchase of other companies,

11  would those decisions go through you?

12     A.    I don't understand the

13  concept of "strategic."

14     Q.    Okay.

15           What if TG were to purchase

16  another company?

17           MR. CYR:  Would you

18       participate in that decision?

19           THE WITNESS:  Yes, I will

20       participate.

21  BY MR. SEEGER:

22     Q.    What if it were to joint

23  venture or partner with another company

24  with regard to current or new product

Confidential - Subject to Further Confidentiality Review

1    lines, would that decision go through

2    you?

3           A.    It is not to go through me.

4    It is through a discussion with the board

5    of shareholders and the board of

6    directors.

7           Q.    And would he participate in

8    that discussion?

9           A.    Yes.

10          Q.    Would you have to bring any

11   decision like that, acquiring a new

12   company or a joint venture with another

13   company, to the board of BNBM?

14          A.    It would not be brought up

15   to the board of BNBM.

16          Q.    Would it be reported to the

17   board --

18                If a decision were made one

19   way or another regarding buying a company

20   or joint venturing, would it be -- at

21   what point would that be shared with

22   BNBM?

23          A.    I don't understand the word

24   "shared."

Confidential - Subject to Further Confidentiality Review

```
 1    called Taihe.  And originally there is a
 2    Taihe Dongxin -- originally they have --
 3    there is a Taihe Dongxin, but later on
 4    they deleted the word "Dongxin."
 5          Q.    Do you know, Mr. Jia, if
 6    BNBM marketed itself at any point as part
 7    of the Taihe Group?
 8          A.    It has never been the case.
 9          Q.    Do BNBM and TG share any
10    production lines or facilities?
11          A.    Please repeat it.
12          MR. SEEGER:  (Addressing the
13          interpreter.)
14          Well, you can go ahead.  I
15          think that related more to you.
16          I'm off the hook on that one.
17          (Interpreter repeats
18          question.)
19          THE WITNESS:  No.
20    BY MR. SEEGER:
21          Q.    At any time, to your
22    knowledge, did BNBM and TG ever share any
23    employees?
24          A.    No.
```

Confidential - Subject to Further Confidentiality Review

```
 1    question, because I think when I did ask

 2    it, I didn't do a good job.

 3              MR. CYR:  As you can see, I

 4         don't have problems with you

 5         asking the same question more than

 6         once, because we do have some

 7         uncertainties with respect to the

 8         language.

 9              MR. SEEGER:  And I'm

10         definitely signaling, I think I

11         asked it, but I'm not sure I asked

12         it the right way.

13    BY MR. SEEGER:

14         Q.   At any point in time, has TG

15    loaned money to TTP?  At any point in

16    time?

17         A.   No.

18         Q.   I'm going to ask another

19    series of questions.

20              Are there any employees,

21    including shareholders, officers or

22    directors of TG, that are paid or

23    compensated by BNBM?

24         A.   No.
```

Confidential - Subject to Further Confidentiality Review

```
 1            Q.    Are there any employees,
 2   shareholders, officers or directors of
 3   TTP that are paid or compensated in any
 4   way by TG?
 5            A.    Please repeat it.
 6                 (The interpreter repeats the
 7   question.)
 8                 No.
 9            Q.    All right.
10                 Do BNBM and TG share any
11   plants, factories or production lines?
12            A.    No.
13            Q.    Do BNBM and TG share any
14   operations together at all?
15            A.    Can you give me the
16   definition of the word "operation"?
17            Q.    Factory operations for the
18   production of plasterboard, let's say.
19            A.    No.
20            Q.    Do they share --
21                 Does BNBM and TG share any
22   mining operations or mines from which
23   gypsum is mined?
24            A.    What mine?
```

Confidential - Subject to Further Confidentiality Review

```
 1              Q.    You tell me.  That's my
 2    question.  I'm asking if BNBM and TG
 3    share the same mines for mining gypsum.
 4              A.    No.
 5              Q.    Do BNBM and TG share any of
 6    the same product lines?  Do they make the
 7    same products?
 8              A.    No.
 9                    MR. CHEN:  Let me just
10              clarify.  The question translated
11              referred to production lines, not
12              product lines.
13                    MR. SEEGER:  Production
14              lines, not what?
15                    MR. CHEN:  Not product
16              lines.
17                    MR. SEEGER:  Oh, I was
18              asking about products, specific
19              products.
20    BY MR. SEEGER:
21              Q.    Do they sell --
22                    Do they make and sell
23    similar products?
24              A.    I don't understand.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    Well, TG makes and sells
 2   plasterboard.  Does BNBM make and sell
 3   plasterboard?
 4          A.    I don't understand the
 5   meaning.
 6          Q.    Which meaning?
 7          A.    I don't understand your
 8   concept, the meaning of what you're
 9   talking about.
10          Q.    Does BNBM make and sell
11   products?
12          A.    Yes.
13          Q.    TG makes and sells products
14   also, correct?
15          A.    Yes.
16          Q.    Do they make and sell
17   similar products?
18          A.    What do you mean by -- what
19   is the concept "similar"?
20          Q.    Well, TG makes and sells
21   plasterboard, correct?
22          A.    TG has its own brand to sell
23   the plasterboard.
24          Q.    Okay.
```

Confidential - Subject to Further Confidentiality Review

```
 1                  Does BNBM have their own
 2   brand of plasterboard?
 3          A.    Yes.
 4          Q.    Are there any other
 5   products, even though they have different
 6   brand names, that TG makes that BNBM also
 7   makes?
 8          A.    No.
 9          Q.    So, BNBM is a shareholder in
10   TG, correct?  I think we established
11   that.
12          A.    Yes.
13          Q.    How does BNBM get paid on
14   their investment in TG?
15          A.    Through the profit sharing
16   of dividends.
17          Q.    And is there a specific
18   agreement between BNBM and TG regarding
19   dividends, how they're paid, profit
20   sharing, anything of that nature?
21          A.    No agreement.
22          Q.    So then, how are they paid?
23   How does it work?
24          A.    Usually around March and
```

Confidential - Subject to Further Confidentiality Review

1    April, we would have dividends for the

2    year before.

3          Q.    And who determines what the

4    dividend is?

5          A.    So the dividend based on

6    like the TG dividend depends on every

7    year, how much profits they make, and

8    also how much TG would require for the

9    expansion of production.  So, they add up

10   all these factors to make a decision.

11         Q.    Is it a formula that gets

12   applied year after year the same way or

13   does it change from year to year?

14         A.    So, we have been doing this

15   with this method since we started the

16   joint venture.

17         Q.    But my question is, is it a

18   formula that is applied exactly the same

19   year, or does the formula determining

20   what the dividend is, you know, how much

21   they need to hold back, is that the same

22   every year?

23         A.    Yes.

24         Q.    Yes to which part?

Confidential - Subject to Further Confidentiality Review

```
 1              C E R T I F I C A T E
 2
 3
                I, LINDA L. GOLKOW, a
 4   Registered Diplomate Reporter, Certified
     Court Reporter and Notary Public, do
 5   hereby certify that, pursuant to notice,
     the deposition of TONGCHUN JIA was duly
 6   taken on April 4, 2011 at 9:05 a.m.
     before me.
 7
 8              The said TONGCHUN JIA was
     duly sworn by me through the interpreter
 9   according to law to tell the truth, the
     whole truth and nothing but the truth and
10   thereupon did testify as set forth in the
     above transcript of testimony.  The
11   testimony was taken down stenographically
     by me.
12
13              I do further certify that
     the above deposition is full, complete
14   and a true record of all the testimony
     given by the said witness.
15
16
17        Linda L. Golkow
          Registered Diplomate Reporter
18        Certified Realtime Reporter
19
20              (The foregoing certification
     of this transcript does not apply to any
21   reproduction of the same by any means,
     unless under the direct control and/or
22   supervision of the certifying reporter.)
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    INSTRUCTIONS TO WITNESS

 2

 3

 4                    Please read your deposition

 5    over carefully and make any necessary

 6    corrections.  You should state the reason

 7    in the appropriate space on the errata

 8    sheet for any corrections that are made.

 9

10                    After doing so, please sign

11    the errata sheet and date it.  It will be

12    attached to your deposition.

13

14                    It is imperative that you

15    return the original errata sheet to the

16    deposing attorney within thirty (30) days

17    of receipt of the deposition transcript

18    by you.  If you fail to do so, the

19    deposition transcript may be deemed to be

20    accurate and may be used in court.

21

22

23

24
```

# 公　证　书

**中华人民共和国山东省泰安市岱岳公证处**

– – – – – – –

# E R R A T A

## DEPOSITION OF TONGCHUN JIA

错误更正表

贾同春庭外供述

– – – – – – –

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|
| 25 | 2 | "managing director" to "general manager" |

|  |  |
|---|---|
| REASON:<br>理由 | 证人供称：＂总经理＂。<br>Translation error<br>翻译错误。 |

| 27 | 3 | Add "At counsel's advice" before "I go through . . ." |
|---|---|---|

|  |  |
|---|---|
| REASON:<br>理由 | 添加＂在律师的指导下做了＂。<br>Translation error<br>翻译错误。 |

| 33 | 1 | "particularly" to "consciously" |
|---|---|---|

|  |  |
|---|---|
| REASON:<br>理由 | 证人供称：＂有意识＂。<br>Translation error<br>翻译错误。 |

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|
| 35 | 22 | "companies" to "company" |

|  | 证人供称："公司"。 |
|---|---|
| REASON: | Translation error |
| 理由 | 翻译错误。 |

| 35 | 23 | "us, we won't" to "TG, I would not" |
|---|---|---|

|  | 证人供称："TG，我就不会"。 |
|---|---|
| REASON: | Translation error and clarification |
| 理由 | 翻译错误与澄清。 |

| 36 | 19-22 | Replace "If they are not – if there's not much relevance to me, I won't pay attention – his – two companies" with "Documents from BNBM were not relevant to TG." |
|---|---|---|

|  | 证人供称："北新的就是 BNBM 的有关资料和泰山石膏股份公司没有相关性的东西"。 |
|---|---|
| REASON: | Translation error |
| 理由 | 翻译错误。 |

| 50 | 16-17 | "my lawyer did receive my e-mails" to "my lawyers once searched my email box so they might have recorded it." |
|---|---|---|

|  | 证人供称："律师曾经搜过我的邮箱，他可能记起来这个地址了" |
|---|---|
| REASON: | Translation error |
| 理由 | 翻译错误。 |

| 54 | 20-21 | "something concrete as a" to "a specific" |
|---|---|---|

|  | 证人供称："具体的"。 |
|---|---|
| REASON: | Translation error |

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|

|  | 理由 | 翻译错误。 |
|---|---|---|
| 79 | 8 | "Director of the Board" to "Chairman of the Board" |

| | REASON: | 证人供称："董事长"。 |
|---|---|---|
| | | Translation error |
| | 理由 | 翻译错误。 |
| 121 | 14-16 | "management people and also for the organization" to "I'm leading TG.  TTP has its own board of directors and management." |

| | REASON: | 证人供称："我领导整个 TG 的工作。TTP 有自己的董事会 和管理人员" |
|---|---|---|
| | | Translation error |
| | 理由 | 翻译错误。 |
| 133 | 18 | "products" to "production" |

| | REASON: | 证人供称："生产"。 |
|---|---|---|
| | | Translation error |
| | 理由 | 翻译错误。 |
| 204 | 9-10 | "became a joint venture" to "it is like a joint venture" |

| | REASON: | 证人供称："我们就和 BNBM 合资了"。 |
|---|---|---|
| | | Translation error. |
| | 理由 | 翻译错误 |
| 248 | 18 | "He has been" to "It was" |

| | REASON: | 证人供称："它是"。 |
|---|---|---|
| | | Translation error. |

3

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|

理由     翻译错误。

| 259 | 11 | "from --" to "from Richwell" |

REASON:     证人供称：“从裕和”。

Transcript omission.

理由     笔录上省略

| 296 | 4 | "sell to the United States" to "plan to market in the U.S." |

REASON:     证人供称：“在美国推销的计划”。

Translation error

理由     翻译错误。

| 317 | 8 | "applied" to "claimed" |

REASON     Translation error

理由:     翻译错误。

| 313 | 11 | "Yes" to "True" |

REASON:     证人供称：“是的”。

Language translation difficulty

理由     中英文翻译困难。

| 317 | 10 | "but how, what is the result or where are they being shipped to, I don't know" to "but whether the drywall was actually shipped to the US or where in the US exactly the drywalls was shipped to, I don't know." |

证人供称：“但是真正运到美国去，还是运到美国什么地方去，我不知道。”

4

| <u>PAGE</u><br>页 | <u>LINE(S)</u><br>行 | <u>CHANGE</u><br>更正 |
|---|---|---|

| | | REASON:<br>理由 | Translation Error<br>翻译错误。 |
|---|---|---|---|
| 392 | 1 | | Add "key" before "subsidiary"<br>证人供称："卜面的生产石膏板的主要公司"。 |

| | | REASON:<br>理由 | Translation error<br>翻译错误。 |
|---|---|---|---|
| 405 | 10 | | Add "Group" after first "CNBM"<br>证人供称："中国建材集团"。 |

| | | REASON:<br>理由 | Translation error<br>翻译错误。 |
|---|---|---|---|
| 409 | 18 | | "is" to "was"<br>证人供称："是"。 |

| | | REASON:<br>理由 | Translation Difficulty<br>中英文翻译困难。 |
|---|---|---|---|
| 419 | 4 | | "always" to "often"<br>证人供称："常常"。 |

| | | REASON:<br>理由 | Translation error<br>翻译错误。 |
|---|---|---|---|
| 419 | 5 | | "necessarily" to "always"<br>证人供称："全部"。 |

| | | REASON:<br>理由 | Translation error |
|---|---|---|---|

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|

翻译错误。

| 425 | 1 | "16" to "12" |

证人供称："十二"。
Translation error

REASON:
理由

翻译错误。

| 435 | 19 | "plans" to "plants" |

证人供称："厂"。
Translation error

REASON:
理由

翻译错误。

| 461 | 11-13 | "my concept.  That is not the concept I am talking about" to "what I meant" |

证人供称："我不是这个概念"。

Language translation difficulty

REASON:
理由

中英文翻译困难。

| 463 | 2 | "TTG" to "TTP" |

证人供称："TTP"。

REASON:
理由

Translation error or typographical error.

中英文翻译困难。

6

证人宣誓书

我贾同春特此证实，我已经阅读过上述第 1 页至第 269 页；并且除开在"错误更正表"中关于的形式或实体上被更正的项目外，该第 1 页至第 269 页是我所被问及之各个问题之答复的正确笔录记载。

贾同春                                             日期

兹于        年        月        日，
在本人前宣誓后作成本宣誓书
本人公证资格有效截止日期为        年        月        日

（公证人签名）

1
2       ACKNOWLEDGMENT OF DEPONENT
3

            I,_____, do
4   hereby certify that I have read the
    foregoing pages, 1 through 269 and that
5   the same is a correct transcription of
    the answers given by me to the questions
6   therein propounded, except for the
    corrections or changes in form or
7   substance, if any, noted in the attached
    Errata Sheet.

8
9   _____
    TONGCHUN JIA                DATE
10
11
12
13
14
15
16  Subscribed and sworn
    to before me this
17  _____ day of _____, 20_____.
18  My commission expires:_____
19

    _____
20  Notary Public
21
22
23
24

# 公　证　书

（2011）泰岱岳证外字第 366 号

　　兹证明贾同春（男，一九六 0 年二月八日出生，身份证
号：370902196002081514，现住山东省泰安市泰山区文化路
欣欣家园 10 号楼 2 单元 302 室）于二 0 一一年五月二十六
日在泰山石膏股份有限公司办公室，在我的面前，在前面的
《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二 0 一一年五月二十七日

# NOTARIAL    CERTIFICATE

### (2011)Tai Daiyue Zheng Wai Zi No.366

This is to certify that Jia Tongchun (male, born on February 8, 1960, ID card number:370902196002081514, now residing in Room 302, Unit 2, Building 10, Xinxinjiayuan, Wenhua Road, Taishan District, Taian City, Shandong Province) on Taishan Gypsum Co., Ltd. Office on May 26, 2011 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

# 证　明　书

（2011）泰岱岳证外字第 367 号

　　兹证明前面的（2011）泰岱岳证外字第 366 号《公证书》
的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二 0 一一年五月二十七日

# NOTARIAL    CERTIFICATE

(2011)Tai  Daiyue  Zheng  Wai  Zi  No.367

This  is  to  certify  that  the  English  translation  contents  of  the (2011) Tai Daiyue Zheng Wai Zi No.366 *NOTARIAL CERTIFICATE* agree with the Chinese contents of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

证人宣誓书

我贾同春特此证实，我已经阅读过上述第 270 页至第 494 页；并且除开在"错误更正表"
中关于的形式或实体上被更正的项目外，该第 270 页至第 494 页是我所被问及之各个问题
之答复的正确笔录记载。

贾同春                                                      日期

        2011. 526

兹于          年          月          日，
在本人前宣誓后作成本宣誓书
本人公证资格有效截止日期为          年          月          日

（公证人签名）

1

2                    ACKNOWLEDGMENT OF DEPONENT

3

                          I,_____, do

4     hereby certify that I have read the
      foregoing pages, 270 through 494 and that

5     the same is a correct transcription of
      the answers given by me to the questions

6     therein propounded, except for the
      corrections or changes in form or

7     substance, if any, noted in the attached
      Errata Sheet.

8

9     _____

      TONGCHUN JIA                    DATE

10

11

12

13

14

15

16    Subscribed and sworn
      to before me this

17    _____ day of _____, 20_____.

18    My commission expires:_____

19

      _____

20    Notary Public

21

22

23

24

# 公　证　书

（2011）泰岱岳证外字第 368 号

　　兹证明贾同春（男，一九六０年二月八日出生，身份证号：370902196002081514，现住山东省泰安市泰山区文化路欣欣家园 10 号楼 2 单元 302 室）于二０一一年五月二十六日在泰山石膏股份有限公司办公室，在我的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二０一一年五月二十七日

# NOTARIAL   CERTIFICATE

(2011)Tai Daiyue Zheng Wai Zi No.368

This is to certify that Jia Tongchun (male, born on February 8, 1960, ID card number:370902196002081514, now residing in Room 302, Unit 2, Building 10, Xinxinjiayuan, Wenhua Road, Taishan District, Taian City, Shandong Province) on Taishan Gypsum Co., Ltd. Office on May 26, 2011 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT.*

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

# 证　明　书

（2011）泰岱岳证外字第 369 号

　　兹证明前面的（2011）泰岱岳证外字第 368 号《公证书》
的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一一年五月二十七日

# NOTARIAL    CERTIFICATE

### (2011)Tai Daiyue Zheng Wai Zi No.369

This is to certify that the English translation contents of the (2011) Tai Daiyue Zheng Wai Zi No.368 *NOTARIAL CERTIFICATE* agree with the Chinese contents of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

Confidential - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3   _____
                              §  MDL NO. 2047
     IN RE:                   §
 4   CHINESE-                 §  SECTION: L
     MANUFACTURED             §
 5   DRYWALL PRODUCTS         §  JUDGE FALLON
     LIABILITY                §
 6   LITIGATION               §  MAGISTRATE
     _____ §  JUDGE WILKINSON
 7
                        -  -  -
 8
        CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9
                        -  -  -
10
                   January 9, 2012
11
                        -  -  -
12
          CONFIDENTIAL - SUBJECT TO FURTHER
13            CONFIDENTIALITY REVIEW
14                      -  -  -
15        Continued videotaped deposition of
     TONGCHUN JIA, held at the Executive
16   Centre, Level 3, Three Pacific Place, One
     Queen's Road East, Hong Kong, China,
17   commencing at 8:52 a.m., on the above
     date, before Linda L. Golkow, Certified
18   Court Reporter, Registered Diplomate
     Reporter, Certified Realtime Reporter and
19   Notary Public.
                        -  -  -
20
21
22
23          GOLKOW TECHNOLOGIES, INC.
        877.370.3377 ph | 917.591.5672 fax
24             deps@golkow.com
```

```
 1          we are going to refer to Beijing

 2          New Building Material Company,

 3          Limited as BNBM, and Beijing New

 4          Building Material Group Company,

 5          Limited as BNBM Group.  We're

 6          going to say it that way, or we're

 7          going to say BNBMG?  I don't care.

 8              MR. CYR:  I think it's

 9          better to refer to it as BNBM

10          Group.

11              MR. SEEGER:  Okay.  I'm okay

12          with that.

13              THE COURT:  The parties seem

14          to have reached an agreement.

15          Let's continue.

16              MR. SEEGER:  Ervin, you

17          okay?

18              MR. GONZALEZ:  Fine.

19              MR. SEEGER:  All right.

20          We're good.

21  BY MR. CYR:

22          Q.   Mr. Jia, could you describe

23  for everyone how did BNBM come to own 42

24  percent of the total equity of Shandong
```

Confidential - Subject to Further Confidentiality Review

```
 1    Taihe Dongxin in March of 2005?

 2            A.    In the year 2005, the demand

 3    for the drywall produced by Taishan

 4    Gypsum Company was great, however, we

 5    were short of fundings.  It was not

 6    enough for the money that we have earned

 7    and for the bank fundings to be put into

 8    investment.  So, we resolved the problem

 9    by this channel of funding.  BNBM was

10    willing to invest fundings for us.  At

11    the time, our shareholders agreed.

12    However, we were not willing to have the

13    company as a big shareholder.  So other

14    shareholders only allowed BNBM to invest

15    42 of the shares -- 42 percent of the

16    shares.  That was about it.

17            Q.    Could you describe how the

18    purchase price was arrived at, the

19    purchase price for BNBM?

20                  INTERPRETER:  Interpreter

21            clarification.

22                  THE WITNESS:  1.8 RMB per

23            share.

24    BY MR. CYR:
```

```
 1          Q.    How did you reach that
 2   purchase price?  How was it determined?
 3          A.    Based on the consideration
 4   of the market, of the bargain and of the
 5   profit of Shandong Taihe Dongxin Company.
 6          Q.    Would you please look at Jia
 7   Defendant's Number 7, please?
 8               INTERPRETER:  You mean page
 9          number 7 or Exhibit Number 7?  I'm
10          sorry.
11               MR. CYR:  Jia Exhibit Number
12          7.  And that has --
13               INTERPRETER:  Just one
14          moment, please.  I want to put
15          back the old exhibit.
16               MR. CYR:  I think if we can
17          avoid taking the book apart,
18          that's a good idea, but we'll do
19          whatever Mr. Jia wants.
20               Judge, we'll look at this
21          book later on to make sure it
22          maintains its integrity.
23               THE COURT:  All right.
24          Let's give the Bates number also.
```

```
 1              speaks for itself.
 2                   THE COURT:  I'll overrule
 3              the objection and allow it.
 4                   THE WITNESS:  I owned 5
 5              percent of Shandong Taihe Dongxin
 6              Company.
 7    BY MR. CYR:
 8         Q.   I would like to direct your
 9    attention to the first page above the
10    entry for the 5 percent entry for you.
11    And on the Chinese version, it's
12    blackened.  And I just would like to
13    confirm for the record what your
14    testimony and our understanding of
15    mathematics leads us to conclude, and
16    that is that as of that time, Mr. Jia, is
17    it true that the Shareholders Association
18    owns 0 percentage and that the Taian
19    State-Owned Asset Management Company,
20    Limited owned 16 percent?
21         A.   Correct.
22                   -  -  -
23                   (Whereupon, Deposition
24              Exhibit Jia Defendant's-8,
```

Confidential - Subject to Further Confidentiality Review

1          Q.    Is it your recollection that

2    at some point in 2006 BNBM acquired

3    Donglian?

4          A.    Correct.

5          Q.    Could you describe for the

6    judge and plaintiffs' counsel what you

7    know about BNBM's acquisition of

8    Donglian?

9          A.    In the year 2006, while the

10   house price was relatively cheap, many of

11   the individual shareholders showed

12   willingness to sell their stocks in

13   exchange of cash in order to buy houses.

14   At the same time, BNBM showed willingness

15   of increase its shares, therefore, they

16   reached an agreement, and Donglian was

17   acquired by BNBM at RMB 3.2 per share.

18         Q.    I would like to direct your

19   attention now to Articles 39 through 41.

20         A.    I got it.

21         Q.    I'm pausing to allow

22   plaintiffs' counsel to glance at those

23   articles.

24               Mr. Jia, I'm now going to

Confidential - Subject to Further Confidentiality Review

```
 1    just ask you a very simple question.  Did

 2    there ever come a time when BNBM had the

 3    ability to vote two-thirds of the shares

 4    of Taian Dongxin -- Shandong Taihe

 5    Dongxin?

 6         A.    No.

 7         Q.    Could you describe why, if

 8    you know, why that is?

 9         A.    I don't understand.

10         Q.    Did you participate in the

11    discussions or deliberations about how

12    much of an interest BNBM would have,

13    either directly or indirectly, in

14    Shandong Taihe?

15         A.    I participated in the

16    discussion.

17         Q.    And could you describe, if

18    you know, why it is that they reached the

19    level of 65 percent direct and indirect

20    ownership but not 66?

21         A.    When the shareholders,

22    including myself, of Taihe Dongxin

23    Company, discussed about the shares that

24    BNBM should hold, we discussed not only
```

Confidential - Subject to Further Confidentiality Review

```
 1   about the price, even though we did have

 2   several rounds of discussions in

 3   consideration of different factors, and

 4   finally reached 3.2 RMB as the price of

 5   share to sell Donglian.  We have also

 6   discussed about management of Taihe

 7   Dongxin Company in the future and the

 8   protection of the small shareholders'

 9   right.

10                  We diligently studied and

11   referred to the company law.  The company

12   law clearly stated if a shareholder has

13   more than two-third of the voting right

14   of the company, who would have the right

15   to make decisions on different affairs of

16   the company, while below two-third, the

17   shareholder would not have the right to

18   make decisions on important matters.

19   Having 65 percent of the share would not

20   allow the company to get involved in

21   everything of the company.  According to

22   the law, there was the protection of

23   small shareholders' rights.  Therefore,

24   we believe owning 65 percent of Taihe
```

```
 1    Dongxin Company's share would not make

 2    BNBM the controlling shareholder of Taihe

 3    Dongxin Company.

 4                In order to increase the

 5    efficiency of the company, we made a

 6    partial list of important issues of the

 7    company and also made a partial list of

 8    small matters of the company.  For the

 9    small matters, can reach agreement

10    whenever there are half of the approval

11    of the shareholders were present.  For

12    principal and substantial matters,

13    two-third of all the shareholders had to

14    be approved, which guaranteed the

15    independent operation of Taihe Dongxin

16    Company.

17         Q.    Mr. Jia, did there come a

18    time when BNBM received a pledge of

19    Shandong Taihe Dongxin securities in

20    exchange for a loan?

21         A.    I'm aware of that, yes.

22         Q.    Could you describe what you

23    know to the judge and plaintiffs'

24    counsel?  And start off with your general
```

Confidential - Subject to Further Confidentiality Review

```
 1    recollection of approximately when that

 2    occurred.

 3            A.    This happened in

 4    approximately the second half year of

 5    2006.  Taian City Asset Management

 6    Company is one of the shareholders of

 7    Taihe Dongxin Company.  Its director of

 8    the board of directors is called Xinghu

 9    Xu --

10            INTERPRETER:  Interpreter

11        clarified gender.

12            THE WITNESS:  He told me

13        that there was a difficulty in his

14        company's operation.  He would

15        like to borrow some money.  He

16        said he would need to borrow 50

17        million RMB and asked me if Taihe

18        Dongxin Company was willing to

19        lend him the money.  I said Taihe

20        Dongxin Company cannot lend any

21        money to any shareholders, but you

22        could check with BNBM and see if

23        they have the money.

24            After his communication with
```

Confidential - Subject to Further Confidentiality Review

```
 1          BNBM, he found that he could
 2          indeed borrow money from BNBM.
 3          BNBM worried about the ability of
 4          return the fund from Taian Asset
 5          Management Company.  So, they
 6          required Taian Asset Management
 7          Company to pledge the 16 percent
 8          of the stock share interest that
 9          it owned with Taihe Dongxin
10          Company.  After it had given 16
11          percent of the share it had owned
12          as a security pledge, the company
13          received the loan.  The
14          transaction is now completed.  The
15          pledge has already been redempted.
16          Taian Asset Management Company has
17          still the 16 percent of the share
18          interest.
19               During the period of
20          security pledge, Taian Asset
21          Management Company had the voting
22          right and all other rights of the
23          company.
24     BY MR. CYR:
```

Confidential - Subject to Further Confidentiality Review

1   for modifying the article of

2   incorporation was reached, and also in

3   the meeting, we changed or removed some

4   of the directors.

5           Q.    As of --

6                 What's the date of this

7   document, Mr. Jia?

8           A.    June 20th, 2007.

9           Q.    As of June 2007, was the

10  number of the members of the board of

11  directors of Taishan Gypsum changed from

12  seven to five?

13          A.    Yes.

14          Q.    Did BNBM have the ability to

15  appoint three of those five directors as

16  of that time?

17          A.    Yes.

18          Q.    Who had the power to appoint

19  the other two directors?

20          A.    One was recommended by Taian

21  City Asset Management Company.  Another

22  one was recommended by Taishan -- by

23  Taihe Dongxin Company and myself.

24          Q.    Can I direct your attention

1    you know about that loan guarantee and

2    what the circumstances were surrounding

3    it?

4         A.    According to the market,

5    Taian Gypsum Company was planning to

6    quickly build up some production mines

7    out of the city.  The profits at the time

8    that we had was not sufficient for us to

9    build so many production mines for

10   gypsum.  We had to obtain a loan from the

11   bank.  The bank required a guarantor when

12   we applied the loan.  BNBM provided the

13   guarantee for us, but the shareholder was

14   very stingy.  They asked for the

15   guarantee fee.

16              INTERPRETER:  Interpreter

17         clarify gender.

18              THE WITNESS:  BNBM,

19         therefore, had been taking our

20         guarantee fee throughout the

21         entire guarantee period.  And they

22         also required a reverse guarantee

23         from other shareholders.  For

24         that, I myself was not very happy

Confidential - Subject to Further Confidentiality Review

```
 1          with that shareholder.  But in

 2          order to develop, we had to do

 3          that.

 4 BY MR. CYR:

 5          Q.   Mr. Jia, I'm going to ask

 6 you a few questions unrelated to the

 7 documents.  Has BNBM or any of its --

 8 withdrawn.

 9          Has BNBM ever served as an

10 agent for Taishan Gypsum or its

11 predecessors in the United States?

12          A.   No.

13          Q.   Has BNBM --

14          Have you ever heard of the

15 company BNBM USA, aside from preparing

16 for your deposition?

17          A.   No.

18          Q.   Have you ever heard of the

19 name David Wei, aside from preparing for

20 your deposition?

21          A.   What was that name?

22          Q.   W-E-I is the family name in

23 English.

24          A.   I don't understand English
```

Confidential - Subject to Further Confidentiality Review

```
 1    concept real well.

 2          Q.    Let me ask a different

 3    question.

 4          A.    Okay.

 5          Q.    Have either you or Taishan

 6    Gypsum or its predecessors ever entered

 7    into an agreement with BNBM whereby you

 8    shared the liabilities of anything with

 9    BNBM?

10          A.    No.  We operate according to

11    the articles of incorporation and the

12    company law.

13          Q.    Have either you or Taishan

14    Gypsum or its predecessors ever entered

15    into an agreement with BNBM whereby each

16    of you would be bound by the acts of each

17    other?

18          A.    No.

19          Q.    Has CNBM ever acted as an

20    agent for Taishan Gypsum or its

21    predecessors in the United States?

22                MR. GONZALEZ:  Objection,

23          calls for a legal conclusion.

24                INTERPRETER:  Interpreter
```

```
 1                    THE COURT:  I know you're

 2         trying.

 3  BY MR. CYR:

 4         Q.    Mr. Jia, could you describe

 5  for The Court and plaintiffs' counsel the

 6  types of customers within China that

 7  Taishan Gypsum and BNBM sell drywall to?

 8         A.    Yes.  The drywall market in

 9  China can be categorized as high end,

10  medium and low end.  There's a general

11  understanding that BNBM, Lafarge, Knauf,

12  BPB had the high-end market, while

13  Taishan Gypsum Company and others has the

14  markets in the category of medium and low

15  end.  But regardless of medium or low end

16  or high end, all products have to be

17  produced according to the state standard,

18  and they all had to be in compliance with

19  the state's regulation in order to

20  produce and to sell the products -- to

21  produce and to sell the product.  Because

22  the quality is consistent, many consumers

23  do not feel there is a difference in the

24  quality, nobody wants to invest more
```

Confidential - Subject to Further Confidentiality Review

1    money to buy so-called high end products.

2                    So in recent seven and eight

3    years, the market for medium- and low-end

4    products had increased tremendously,

5    while the increase of the market for the

6    four companies, BNBM, Lafarge, Knauf, BPB

7    was rather slow, or there was no increase

8    at all.  Many of the production lines

9    stopped in using.  The usage rate was

10   very low.  In order to change the

11   circumstance, they have already started,

12   or starting from five, six years ago, to

13   enter into medium- and low-end market.

14   They enter the market with a new way,

15   which is to register and change their

16   brand into another brand.

17                    BNBM produced products

18   branded Dragon and branded BNBM.  The

19   brand of Dragon had a higher price, while

20   the BNBM brand had a lower price.

21                    For the company Lafarge, not

22   only to produce products with the brand

23   name Lafarge, but also the brand Baili,

24   literally translated B-A-I-L-I.  I will

Confidential - Subject to Further Confidentiality Review

```
 1   not list all other companies at this

 2   time.

 3              There was a great impact

 4   from BNBM brand competing with the

 5   drywall produced by Taishan Gypsum

 6   Company.  We are an active competitor

 7   with BNBM in the market.  Please

 8   investigate on our competition in the

 9   market with BNBM.  I have negative view

10   of the drywall that are produced by BNBM.

11              THE COURT:  Let's ask a

12          question.  Let's ask questions

13          now.

14              MR. CYR:  We're happy if you

15          want to strike that from the

16          record.

17              MR. SEEGER:  I think we'll

18          leave that one.

19              MR. CYR:  I have another

20          question, Your Honor.

21              THE COURT:  Please ask

22          questions.

23                     -  -  -

24              (Whereupon, Deposition
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.    Before 2008, that's correct.

 2          Q.    Now, how has it changed

 3   since 2008?

 4          A.    It's moved, it's relocated

 5   to Beijing.  After it's relocated

 6   Beijing, I'm not sure whether it sold its

 7   share or sold its share partially.

 8          Q.    You don't know one way or

 9   another?  I just want to be clear.

10          A.    Or they did not share their

11   share at all.  I knew none of those.

12          Q.    You're not sure?  I just

13   want to be clear on what you testified

14   to.

15          A.    I'm not sure.

16          Q.    Now, TG owns 100 percent of

17   TTP and always has, correct?

18          A.    Can you repeat?

19          Q.    TG owns 100 percent of TTP

20   and always has?

21          A.    Correct.

22          Q.    And BNBM, during the time

23   frame of, let's say, 2006 to 2009, was

24   able to elect -- of a five-person board
```

Confidential - Subject to Further Confidentiality Review

 1    in TG, BNBM got to pick three of the

 2    board members, correct?

 3             A.     Three what?

 4             Q.     Board members.

 5             A.     No.

 6             Q.     Okay.  So, tell me how it

 7    works then.

 8             A.     You mean three directors or

 9    three shareholders?

10             Q.     I think I understand the

11    confusion now.

12                    TG has a board of five

13    directors, correct?

14             A.     Yes.

15             Q.     BNBM gets to pick three of

16    those five directors, correct, Mr. Jia?

17             A.     Yes.

18             Q.     One of the --

19                    Of the two remaining

20    directors, you get to pick one of the

21    remaining directors, right?

22             A.     No, I didn't pick that one.

23             Q.     You don't get to pick any of

24    the board members on TG?  Or directors,

Confidential - Subject to Further Confidentiality Review

1    let's use the word "directors."

2              A.    No.

3              Q.    I thought you testified

4    earlier that one director gets appointed

5    by you and TG together?

6              A.    It was the Taian Asset

7    Management Company in TG picked one of

8    the directors.  The person is called Xu

9    Xinghu at the time, and later it was

10   changed to Shang Zianming.  And then it

11   is changed to Zhon Chanxing.  It has

12   changed three times.

13             Q.    So, that accounts for four

14   directors.  How does the fifth director

15   get picked?

16             A.    Anxin Investment Company and

17   I myself had picked me as the director.

18             Q.    And you hold the position on

19   the board of BNBM and on TG, correct, Mr.

20   Jia?

21             MR. CYR:  Objection, vague.

22        Wait for the judge to rule.

23             THE COURT:  I'll overrule

24        that.  I don't see that being

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. SEEGER:

 2           Q.    Let's say 2005 to 2007.

 3           A.    What do you mean by that?

 4           Q.    Well, BNBM and TG are

 5    actually joint venture partners in

 6    certain drywall production plants; isn't

 7    that true?

 8           A.    No.

 9           Q.    That's not true?

10           A.    No.

11           Q.    So, for your attorney, we're

12    going to look at -- oh, here it is.  The

13    English version is TG 0020682 through

14    685.

15                      -   -   -

16                 (Whereupon, Deposition

17                 Exhibit Jia-22A, Document in

18                 Chinese, Bates stamped TG 0020682

19                 through TG 0020685, and Deposition

20                 Exhibit Jia-22B, Resolution of the

21                 4th Extraordinary General Meeting

22                 of Shareholders for the Year of

23                 2005 of Shandong Taihe Dongxin

24                 Co., Ltd., Bates stamped TG
```

Confidential - Subject to Further Confidentiality Review

```
 1              C E R T I F I C A T E
 2
 3
               I, LINDA L. GOLKOW, a
 4   Registered Diplomate Reporter, Certified
     Court Reporter and Notary Public, do
 5   hereby certify that, pursuant to notice,
     the deposition of TONGCHUN JIA was duly
 6   taken on January 9, 2012 at 8:52 a.m.
     before me.
 7
 8              The said TONGCHUN JIA was
     duly sworn by The Court according to law
 9   to tell the truth, the whole truth and
     nothing but the truth and thereupon did
10   testify as set forth in the above
     transcript of testimony.  The testimony
11   was taken down stenographically by me.
12
               I do further certify that
13   the above deposition is full, complete
     and a true record of all the testimony
14   given by the said witness.
15
16
               Linda L. Golkow
17             Registered Diplomate Reporter
               Certified Realtime Reporter
18
19
20              (The foregoing certification
     of this transcript does not apply to any
21   reproduction of the same by any means,
     unless under the direct control and/or
22   supervision of the certifying reporter.)
23
24
```

Confidential - Subject to Further Confidentiality Review

```
1                 INSTRUCTIONS TO WITNESS

2

3

4                 Please read your deposition

5      over carefully and make any necessary

6      corrections.  You should state the reason

7      in the appropriate space on the errata

8      sheet for any corrections that are made.

9

10                 After doing so, please sign

11     the errata sheet and date it.  It will be

12     attached to your deposition.

13

14                 It is imperative that you

15     return the original errata sheet to the

16     deposing attorney within thirty (30) days

17     of receipt of the deposition transcript

18     by you.  If you fail to do so, the

19     deposition transcript may be deemed to be

20     accurate and may be used in court.

21

22

23

24
```

```
 1                - - - - - -

               E  R  R  A  T  A

 2                - - - - - -

 3    PAGE   LINE   CHANGE

 4    _____  _____  _____

 5      REASON:  ____ _____

 6    _____  _____  _____

 7      REASON:  _____ _____

 8    _____  _____  _____

 9      REASON:  _____ _____

10    _____  _____  _____

11      REASON:  _____ _____

12    _____  _____  _____

13      REASON:  _____ _____

14    _____  _____  _____

15      REASON:  _____ _____

16    _____  _____  _____

17      REASON:  _____ _____

18    _____  _____  _____

19      REASON:  _____ _____

20    _____  _____  _____

21      REASON:  _____ _____

22    _____  _____  _____

23      REASON:  _____ _____

24
```

Confidential - Subject to Further Confidentiality Review

```
 1
 2              ACKNOWLEDGMENT OF DEPONENT

 3
                   I,_____, do
 4      hereby certify that I have read the
        foregoing pages, 495-826, and that the
 5      same is a correct transcription of the
        answers given by me to the questions
 6      therein propounded, except for the
        corrections or changes in form or
 7      substance, if any, noted in the attached
        Errata Sheet.

 8
 9      _____
        TONGCHUN JIA              DATE
10
11
12
13
14
15
16      Subscribed and sworn
        to before me this
17      _____ day of _____, 20_____.
18      My commission expires:_____
19

        _____
20      Notary Public
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    LAWYER'S NOTES

 2    PAGE   LINE

 3    _____  _____   _____

 4    _____  _____   _____

 5    _____  _____   _____

 6    _____  _____   _____

 7    _____  _____   _____

 8    _____  _____   _____

 9    _____  _____   _____

10    _____  _____   _____

11    _____  _____   _____

12    _____  _____   _____

13    _____  _____   _____

14    _____  _____   _____

15    _____  _____   _____

16    _____  _____   _____

17    _____  _____   _____

18    _____  _____   _____

19    _____  _____   _____

20    _____  _____   _____

21    _____  _____   _____

22    _____  _____   _____

23    _____  _____   _____

24    _____  _____   _____
```

**Revised Errata Sheet of Transcript of the Testimony of: Tongchun Jia**

贾同春证人证言勘误表

**January 9 2012**

**2012 年 1 月 9 日**

| Page: Line(s)<br>页码：行数 | Change from<br>原文 | Change to<br>更正 | Reason<br>原因 |
|---|---|---|---|
| 510:11-12 | "stamped TG 0020686 through TG 0020789"<br>"盖章的 TG 0020686 至 TG 0020789" | "stamped TG 0020686 through TG 0020709"<br>"盖章的 TG 0020686 至 TG 0020709" | Bates number correction<br>贝茨编号校正 |
| 551:9 | "33"<br>"33" | "33.33"<br>"33.33" | Clarification<br>具体说明 |
| 592:13 | "TG 0020789"<br>"TG 0020789" | "TG 0020709"<br>"TG 0020709" | Bates number correction<br>贝茨编号校正 |
| 592:18 | "TG 0020789"<br>"TG 0020789" | "TG 0020709"<br>"TG 0020709" | Bates number correction<br>贝茨编号校正 |
| 593:1 | "TG 0020789"<br>"TG 0020789" | "TG 0020709"<br>"TG 0020709" | Bates number correction<br>贝茨编号校正 |
| 645:10 | "value added invoice"<br>"增值发票" | "value added tax invoice"<br>"增值税发票" | Translation correction<br>翻译校正 |
| 645:12 | "value added invoice"<br>"增值发票" | "value added tax invoice"<br>"增值税发票" | Translation correction<br>翻译校正 |
| 645:19-20 | "value added invoice"<br>"增值发票" | "value added tax invoice"<br>"增值税发票" | Translation correction<br>翻译校正 |
| 649:7-8 | "asset evaluation"<br>"资产评估" | "asset valuation"<br>"资产估价" | Translation correction<br>翻译校正 |

- 2 -

| 721:12 | "peak"<br><br>"山顶" | "peek"<br><br>"瞄" | Spelling error<br><br>拼写错误 |
|---|---|---|---|
| 727:4-5 | "I believe the lease is inaccurate."<br><br>"我认为租约不确切。" | I believe, at least, it is inaccurate."<br><br>"我认为这至少是不确切的。" | Spelling error<br><br>拼写错误 |
| 745:10 | "Shang Zianming"<br><br>"Shang Zianming" | Shang Jianming<br><br>"Shang Jianming" | Spelling error<br><br>拼写错误 |
| 745:11 | "Zhon Chanxing"<br><br>"Zhon Chanxing" | Zhou Changxing<br><br>"Zhou Changxing" | Spelling error<br><br>拼写错误 |
| 753:15 | "Xiantgan"<br><br>"Xiantgan" | "Xiangtan"<br><br>"Xiangtan（湘潭）" | Spelling error<br><br>拼写错误 |
| 790:3 | "Yang Jaipo"<br><br>"Yang Jaipo" | "Yang Jiapo"<br><br>"Yang Jiapo（杨家坡）" | Spelling error<br><br>拼写错误 |

2012.5.2

April 23, 2012

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

    _____
 3                             §  MDL NO. 2047
    IN RE:                     §
 4  CHINESE-                   §  SECTION: L
    MANUFACTURED               §
 5  DRYWALL PRODUCTS           §  JUDGE FALLON
    LIABILITY                  §
 6  LITIGATION                 §  MAGISTRATE
    _____     §  JUDGE WILKINSON
 7
                       -  -  -
 8
       CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9
                       -  -  -
10
                   January 10, 2012
11
                       -  -  -
12
         CONFIDENTIAL - SUBJECT TO FURTHER
13             CONFIDENTIALITY REVIEW
14                     -  -  -
15        Continued videotaped deposition of
    TONGCHUN JIA, held at the Executive
16  Centre, Level 3, Three Pacific Place, One
    Queen's Road East, Hong Kong, China,
17  commencing at 8:57 a.m., on the above
    date, before Linda L. Golkow, Certified
18  Court Reporter, Registered Diplomate
    Reporter, Certified Realtime Reporter and
19  Notary Public.
                       -  -  -
20

21
22         GOLKOW TECHNOLOGIES, INC.
      877.370.3377 ph | 917.591.5672 fax
23             deps@golkow.com
24
```

Confidential - Subject to Further Confidentiality Review

1    are part of the TG family?

2         A.    I don't remember which year

3    was it, but there was a global drywall

4    conference held in Shanghai which I

5    participated.

6         Q.    Did you meet with any Knauf

7    representatives at that conference?

8         A.    No.

9         Q.    Do you recall who was sent

10   on behalf of TG to the drywall conference

11   held in Orlando, Florida in 2006?

12        A.    In my impression, we did not

13   participate in that conference.

14        Q.    You don't recall

15   participating in the conference?

16        A.    No.

17        Q.    You spoke before of having

18   an honorary position with BNBM, I believe

19   you said.  Is that correct?

20        A.    Correct.

21        Q.    Is that position compensated

22   for, without telling us the amount?

23        A.    No.

24        Q.    Do you have a business card

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. CYR:

 2        Q.    Mr. Jia, you were asked some

 3   questions about whether or not you

 4   received compensation as a result of your

 5   honorary position with BNBM.  Do you

 6   recall that question?

 7        A.    I remember.

 8        Q.    Do you remember that you

 9   answered the question, no, that you did

10   not receive any compensation?

11        A.    Yes.

12        Q.    Will you please clarify your

13   answer?

14        A.    Yes.  I have not received a

15   penny for the position that I have with

16   BNBM as it deputy general manager.  My

17   salary is all from TG.  The position as a

18   director in BNBM, that led to 25,000 RMB

19   that I received.  In China, we call it

20   the fee of vehicle and horses.  Because I

21   shouldn't ask for reimbursement when I go

22   for the board of directors meeting from

23   TG.  The directors of the board of

24   director of BNBM had a stipulation that
```

Confidential - Subject to Further Confidentiality Review

1    for all directors, the fee of vehicle and

2    horses is set to be 25,000 RMB.  That's

3    all.

4              Q.    Mr. Jia, I'm going to show

5    you what has been marked as Defendant's

6    22 and ask you if you recall the

7    questions that Mr. Seeger asked you with

8    respect to the projects that are

9    reflected in that document?

10             A.    Yes.

11             Q.    Just so that the record is

12   clear, were separate subsidiaries

13   established for the purposes of those

14   projects?

15                  MR. SEEGER:  Objection,

16            leading, Your Honor.

17                  THE COURT:  I'll allow it in

18            view of the translation and the

19            difficulty in doing it.

20                  THE WITNESS:  I don't quite

21            understand your question.

22   BY MR. CYR:

23             Q.    Were separate subsidiaries

24   established for the purposes of the

Confidential - Subject to Further Confidentiality Review

```
 1              C E R T I F I C A T E
 2
 3
                    I, LINDA L. GOLKOW, a
 4    Registered Diplomate Reporter, Certified
      Court Reporter and Notary Public, do
 5    hereby certify that, pursuant to notice,
      the deposition of TONGCHUN JIA was duly
 6    taken on January 10, 2012 at 8:57 a.m.
      before me.
 7
 8                  The said TONGCHUN JIA was
      duly sworn by the Court according to law
 9    to tell the truth, the whole truth and
      nothing but the truth and thereupon did
10    testify as set forth in the above
      transcript of testimony.  The testimony
11    was taken down stenographically by me.
12
                    I do further certify that
13    the above deposition is full, complete
      and a true record of all the testimony
14    given by the said witness.
15
16
              Linda L. Golkow
17            Registered Diplomate Reporter
              Certified Realtime Reporter
18
19
20                  (The foregoing certification
      of this transcript does not apply to any
21    reproduction of the same by any means,
      unless under the direct control and/or
22    supervision of the certifying reporter.)
23
24
```

1                INSTRUCTIONS TO WITNESS

2

3

4              Please read your deposition

5    over carefully and make any necessary

6    corrections.  You should state the reason

7    in the appropriate space on the errata

8    sheet for any corrections that are made.

9

10             After doing so, please sign

11   the errata sheet and date it.  It will be

12   attached to your deposition.

13

14             It is imperative that you

15   return the original errata sheet to the

16   deposing attorney within thirty (30) days

17   of receipt of the deposition transcript

18   by you.  If you fail to do so, the

19   deposition transcript may be deemed to be

20   accurate and may be used in court.

21

22

23

24

Confidential - Subject to Further Confidentiality Review

```
 1                - - - - - -

               E R R A T A

 2                - - - - - -

 3    PAGE   LINE   CHANGE

 4    _____  _____  _____

 5      REASON:  ____ _____

 6    _____  _____  _____

 7      REASON:  _____ _____

 8    _____  _____  _____

 9      REASON:  _____ _____

10    _____  _____  _____

11      REASON:  _____ _____

12    _____  _____  _____

13      REASON:  _____ _____

14    _____  _____  _____

15      REASON:  _____ _____

16    _____  _____  _____

17      REASON:  _____ _____

18    _____  _____  _____

19      REASON:  _____ _____

20    _____  _____  _____

21      REASON:  _____ _____

22    _____  _____  _____

23      REASON:  _____ _____

24
```

Confidential - Subject to Further Confidentiality Review

1

2        ACKNOWLEDGMENT OF DEPONENT

3

           I,_____, do

4  hereby certify that I have read the
foregoing pages, 827-944 through 494 and

5  that the same is a correct transcription
of the answers given by me to the

6  questions therein propounded, except for
the corrections or changes in form or

7  substance, if any, noted in the attached
Errata Sheet.

8

9  _____
  TONGCHUN JIA           DATE

10

11

12

13

14

15

16  Subscribed and sworn
to before me this

17  _____ day of _____, 20_____.

18  My commission expires:_____

19

  _____

20  Notary Public

21

22

23

24

Confidential - Subject to Further Confidentiality Review

1                          LAWYER'S NOTES

2       PAGE   LINE

3       _____  _____   _____

4       _____  _____   _____

5       _____  _____   _____

6       _____  _____   _____

7       _____  _____   _____

8       _____  _____   _____

9       _____  _____   _____

10      _____  _____   _____

11      _____  _____   _____

12      _____  _____   _____

13      _____  _____   _____

14      _____  _____   _____

15      _____  _____   _____

16      _____  _____   _____

17      _____  _____   _____

18      _____  _____   _____

19      _____  _____   _____

20      _____  _____   _____

21      _____  _____   _____

22      _____  _____   _____

23      _____  _____   _____

24      _____  _____   _____

**Revised Errata Sheet of Transcript of the Testimony of: Tongchun Jia**

贾同春证人证言勘误表

**January 10 2012**

**2012 年 1 月 10 日**

| Page: Line(s)<br>页码：行数 | Change from<br>原文 | Change to<br>更正 | Reason<br>原因 |
|---|---|---|---|
| 850:6 | "ASO"<br>"ASO" | "ISO"<br>"ISO" | Spelling error<br>拼写错误 |
| 855:20 | "inimaginable"<br>"inimaginable" | "unimaginable"<br>"unimaginable（难以想象的）" | Spelling error<br>拼写错误 |
| 856:18 | "inimaginable"<br>"inimaginable" | "unimaginable"<br>"unimaginable（难以想象的）" | Spelling error<br>拼写错误 |
| 868:21 | "there"<br>"那里" | "their"<br>"他们的" | Spelling error<br>拼写错误 |
| 869:9 | "he"<br>"he（他）" | "the"<br>"the（定冠词）" | Spelling error<br>拼写错误 |
| 888:14 | "processing"<br>"processing" | "process in"<br>"process in" | Spelling error<br>拼写错误 |
| 889:18 | "260,000"<br>"260,000" | "2,600,000"<br>"2,600,000" | Translation correction<br>翻译校正 |

April 23, 2012