Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3    ******************************************************
 4    IN RE:  CHINESE-MANUFACTURED   MDL NO. 2047
      DRYWALL PRODUCTS LIABILITY
 5    LITIGATION                     SECTION:  L
 6    THIS DOCUMENT APPLIES TO       JUDGE FALLON
      ALL CASES
 7                                   MAG. JUDGE WILKINSON
 8    ******************************************************
 9
              CONFIDENTIAL - SUBJECT TO FURTHER
10                  CONFIDENTIALITY REVIEW
11
12                  Friday, July 17, 2015
13                       — — —
14
15        Continuing Videotaped 30(b)(6) Deposition of
16   BNBM GROUP COMPANY, LIMITED through the testimony of
17   YANMING ZHAO, held at the offices of Phelps
18   Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans,
19   Louisiana, commencing at 7:39 a.m., on the above date,
20   before Michael E. Miller, Certified Court Reporter
21   (#27009), Registered Diplomate Reporter, Certified
22   Realtime Reporter.
23                       — — —
24             GOLKOW TECHNOLOGIES, INC.
           877.370.3377 ph | 917.591.5672 fax
25              deps@golkow.com                **EXHIBIT 14**
```

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3       HERMAN HERMAN & KATZ LLC
         BY:  MADELYN M. O'BRIEN, ESQUIRE
 4            mobrien@hhklawfirm.com
         820 O'Keefe Avenue
 5       New Orleans, Louisiana 70113
         (504) 581-4892
 6
 7       LEVIN FISHBEIN SEDRAN & BERMAN
         BY:  ARNOLD LEVIN, ESQUIRE
 8            alevin@lfsblaw.com
              SANDRA L. DUGGAN, ESQUIRE
 9            sduggan@lfsblaw.com
         510 Walnut Street
10       Suite 500
         Philadelphia, Pennsylvania 19106
11       (215) 592-1500
12
         IRPINO LAW FIRM
13       BY:  PEARL A. ROBERTSON, ESQUIRE
              probertson@irpinolaw.com
14            ANTHONY IRPINO, ESQUIRE
              airpino@irpinolaw.com
15       2216 Magazine Street
         New Orleans, Louisiana 70130
16       (504) 525-1500
17
         GAINSBURGH BENJAMIN DAVID MEUNIER &
18       WARSHAUER LLC
         BY:  RACHEL A. STERNLIEB, ESQUIRE
19            rsternlieb@gainsben.com
         2800 Energy Centre
20       1100 Poydras Street
         New Orleans, Louisiana 70163-2800
21       (504) 522-2304
22
         THE LAMBERT FIRM, PLC
23       BY:  HUGH P. LAMBERT, ESQUIRE
              hlambert@thelambertfirm.com
24       701 Magazine Street
         New Orleans, Louisiana 70130-3629
25       (504) 581-1750
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR TAISHAN GYPSUM COMPANY:
 3        ALSTON & BIRD LLP
          BY:  JOSHUA L. BECKER, ESQUIRE
 4             josh.becker@alston.com
               (via teleconference)
 5             ALIYYA Z. HAQUE, ESQUIRE
               aliyya.haque@alston.com
 6             (via teleconference)
               CHUNLIAN YANG, ESQUIRE
 7             lian.yang@alston.com
               (via teleconference)
 8        One Atlantic Center
          1201 West Peachtree Street
 9        Atlanta, Georgia 30309-3424
          (404) 881-7000
10
11   COUNSEL FOR BNBM DEFENDANTS:
12        DENTONS US LLP
          BY:  C. MICHAEL MOORE, ESQUIRE
13             mike.moore@dentons.com
          2000 McKinney Avenue
14        Suite 1900
          Dallas, Texas 75201
15        (214) 259-0900
16
          DENTONS US LLP
17        BY:  DREW W. MARROCCO, ESQUIRE
               drew.marrocco@dentons.com
18        1301 K Street, N.W.
          Suite 600, East Tower
19        Washington, D.C. 20005
          (202) 408-6400
20
21        DENTONS HK LLP
          BY:  TODD LIAO, ESQUIRE
22             todd.liao@dentons.com
               ANNIE QIU, ESQUIRE
23             annie.qiu@dentons.com
          5th Floor The Center
24        989 Changle Road
          Shanghai, 200031 China
25        +86 21 2315 6000
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR BNBM DEFENDANTS:
 3        PHELPS DUNBAR LLP
          BY:  HARRY ROSENBERG, ESQUIRE
 4             harry.rosenberg@phelps.com
          365 Canal Street
 5        Suite 2000
          New Orleans, Louisiana 70130-6534
 6        (504) 566-1311
 7
 8   COUNSEL FOR CNBM DEFENDANTS:
 9        ORRICK HERRINGTON & SUTCLIFFE LLP
          BY:  ERIC MATTHEW HAIRSTON, ESQUIRE
10             ehairston@orrick.com
          The Orrick Building
11        405 Howard Street
          San Francisco, California 94105
12        (415) 773-5700
13
14        GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLP
          BY:  EWELL E. EAGAN, JR., ESQUIRE
15             eeagan@gordonarata.com
          201 St. Charles Avenue
16        40th Floor
          New Orleans, Louisiana 70170-4000
17        (504) 582-1111
18
19   COUNSEL FOR THE STATE OF LOUISIANA:
20        PERKINS COIE LLP
          BY:  DAVID L. BLACK, ESQUIRE
21             dblack@perkinscoie.com
          1900 Sixteenth Street
22        Suite 1400
          Denver, Colorado 80202
23        (303) 291-2400
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:

 2   ALSO PRESENT:

 3          SUNNY WANG, MANDARIN INTERPRETER

 4          TONI XU, HERMAN HERMAN & KATZ, LLC

 5          MELISSA BARDWELL, VIDEOGRAPHER

 6                     — — —

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      INDEX
 2
         PROCEEDINGS                              311
 3
 4
   EXAMINATION OF YANMING ZHAO:
 5
             BY MR. LEVIN                         320
 6
             BY MS. DUGGAN                        341
 7
             BY MR. LEVIN                         348
 8
             BY MS. DUGGAN                        349
 9
             BY MR. LEVIN                         356
10
             BY MS. DUGGAN                        358
11
             BY MR. LEVIN                         362
12
             BY MR. MOORE                         424
13
             BY MR. LEVIN                         436
14
15
         REPORTER'S CERTIFICATE                   442
16
17
18
19
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    PROCEEDINGS
 2             (July 17, 2015 at 7:39 a.m.)
 3             THE VIDEOGRAPHER:  This begins Disc 1 of
 4      Volume 3 of the deposition of Beijing New
 5      Building Material Group Company, Limited.  The
 6      date today is July 17th, 2015.  The time now is
 7      approximately 7:39 a.m., and we're back on the
 8      record.
 9             (Interpreter reminded of her oath.)
10             (Witness reminded of his oath.)
11             (BG:7/15/15-7/18/15 Exhibit 215 marked.)
12             MS. DUGGAN:  Plaintiffs are going to
13      mark for identification and introduce into the
14      record Exhibit 215.  This is a PSC translation
15      of BNBM(Group)-E-0000444.
16             There is an attachment -- this is an
17      e-mail with an attachment that has been
18      translated by the PSC.  Following the
19      translation is a machine translation, and then a
20      document in Chinese with Bates
21      BNBM(Group)-E-0000444 through 446.  And the
22      entire document has been translated by the PSC.
23      Counsel for BNBM Group has not yet had an
24      opportunity to review the translation.
25             We are showing the witness a copy of
```

Confidential - Subject to Further Confidentiality Review

```
 1                    YANMING ZHAO,
 2              having been duly sworn,
 3               testified as follows:
 4                    EXAMINATION
 5   BY MR. LEVIN:
 6        Q    Sir, have you ever seen this Wall Street
 7   Journal article before?
 8        A    I do not recall.
 9        Q    I represent to you that this document was
10   produced by your employer, BNBM Group, as part of the
11   production of this litigation, and thus I represent to
12   you that it came from the files of BNBM Group.
13             The document indicates that it is from
14   an article in the Wall Street Journal on April 9th,
15   2010, does it not, sir?
16             MR. MOORE:  If you could ask him the
17        question -- I'm sorry.
18             (Translation.)
19             MR. MOORE:  Could you phrase the
20        questions like we were doing the last two days,
21        "Does it appear -- do you see that in the
22        Chinese version?"
23             MR. LEVIN:  I'll follow up on that.
24             MR. MOORE:  Thank you.
25   BY MR. LEVIN:
```

Confidential - Subject to Further Confidentiality Review

```
 1      A    Yes.
 2      Q    Since 2005, has BNBM Group had any equity
 3   interest in BNBM PLC?
 4      A    No.
 5      Q    Does BNBM Group have any ownership interest
 6   in Taishan?
 7      A    No.
 8      Q    Since you've been the deputy general manager
 9   of BNBM Group, has BNBM Group had any overlapping
10   officers or employees with Taishan?
11      A    No.
12      Q    Do BNBM Group and BNBM PLC have any
13   overlapping employees, officer or directors?
14      A    BNBM Group and BNBM PLC do not have any
15   overlapping employees, officers and directors.
16      Q    Has BNBM Group ever funded Taishan's
17   operations?
18      A    No.
19      Q    Has BNBM Group ever funded BNBM PLC's
20   operations?
21      A    No.
22      Q    Has BNBM Group ever paid for any of
23   Taishan's expenses?
24      A    No.
25      Q    Has BNBM Group ever paid for any of
```

Confidential - Subject to Further Confidentiality Review

```
 1   BNBM PLC's expenses?
 2        A    No.
 3        Q    Has BNBM Group ever paid for any of
 4   Taishan's losses?
 5        A    No.
 6        Q    Has BNBM Group -- no.
 7             Has BNBM Group ever paid for any of
 8   BNBM PLC's losses?
 9        A    No.
10        Q    Has BNBM Group ever paid for any of
11   Taishan's employees' salaries?
12        A    No.
13        Q    Has BNBM Group ever paid for any of
14   BNBM PLC's employees' salaries?
15        A    No.
16        Q    Has BNBM Group ever shared any office space,
17   secretarial staff or office supplies with Taishan?
18        A    No.
19        Q    Has BNBM Group ever shared any office space,
20   secretarial staff or office supplies with BNBM PLC?
21        A    No.
22        Q    Has BNBM Group ever authorized Taishan to
23   act as an agent of BNBM Group in entering into
24   contracts that bind BNBM Group?
25             MR. LEVIN:  Objection to form, calls for
```

Confidential - Subject to Further Confidentiality Review

```
 1        a legal conclusion.
 2                 (Translation.)
 3                 MR. LEVIN:  Objection to form, calls for
 4        a legal conclusion.
 5                 MR. MOORE:  You can answer.
 6                 THE WITNESS:  Can you repeat?
 7                 (Translation.)
 8        A    No.
 9   BY MR. MOORE:
10        Q    Has BNBM Group ever authorized BNBM PLC to
11   act as an agent of BNBM Group in entering into
12   contracts that bind BNBM Group?
13                 MR. LEVIN:  Objection, calls for a legal
14         conclusion.
15        A    No.
16                 MR. LEVIN:  Objection to form.
17   BY MR. MOORE:
18        Q    Has BNBM Group ever made any loans to
19   BNBM PLC or Taishan?
20        A    No.
21        Q    Has BNBM Group ever had a joint bank account
22   with BNBM PLC or Taishan?
23        A    No.
24        Q    Does any officer, director or employee of
25   BNBM Group control the finances of BNBM PLC or
```

Confidential - Subject to Further Confidentiality Review

```
 1   Taishan?
 2      A    No.
 3      Q    Has BNBM Group ever had centralized
 4   accounting with BNBM PLC?
 5      A    No.
 6      Q    Has BNBM Group ever had centralized
 7   accounting with Taishan?
 8      A    No.
 9      Q    Has BNBM Group ever made any undocumented
10   transfers of funds to BNBM PLC or Taishan?
11      A    No.
12      Q    Has BNBM PLC or Taishan ever made any
13   undocumented transfers of funds to BNBM Group?
14      A    No.
15      Q    Does BNBM Group have the authority to
16   withdraw money from BNBM PLC or Taishan's accounts?
17      A    No.
18      Q    Does BNBM PLC or Taishan have the authority
19   to withdraw money from BNBM Group's accounts?
20      A    No.
21      Q    Does BNBM Group share financial statements,
22   profit and loss statements or corporate accounting
23   with Taishan?
24      A    No.
25      Q    Does BNBM Group share financial statements,
```

```
 1   profit and loss statement or corporate accounting with

 2   BNBM PLC?

 3        A    No.

 4        Q    Does BNBM Group exercise any control over

 5   BNBM PLC's management or operation?

 6        A    No.

 7        Q    Does BNBM Group exercise any control over

 8   Taishan's management or operation?

 9        A    No.

10        Q    Does BNBM Group manage the assets of Taishan

11   or BNBM PLC?

12        A    No.

13        Q    Do Taishan or BNBM PLC manage the assets of

14   BNBM Group?

15        A    No.

16        Q    Has BNBM Group ever funded CNBM PLC's

17   operations?

18        A    No.

19        Q    Has BNBM Group ever funded CNBM Group's

20   operations?

21        A    No.

22        Q    Has BNBM Group ever paid for any of

23   CNBM PLC's expenses?

24        A    No.

25        Q    Has BNBM Group ever paid for any of
```

1   CNBM Group's expenses?

2       A    No.

3       Q    Has BNBM Group ever paid for any of

4   CNBM PLC's losses?

5       A    No.

6       Q    Has BNBM Group ever paid for any of

7   CNBM Group's losses?

8       A    No.

9       Q    Has BNBM Group ever paid for any of

10  CNBM PLC's employees' salaries?

11      A    No.

12      Q    Has BNBM Group ever paid for any of

13  CNBM Group's employees' salaries?

14      A    No.

15      Q    Has BNBM Group ever shared any office space,

16  secretarial staff or office supplies with CNBM PLC?

17      A    No.

18      Q    Has BNBM Group ever shared any office space,

19  secretarial staff or office supplies with CNBM Group?

20      A    No.

21      Q    Has BNBM Group ever authorized CNBM PLC to

22  act as an agent of BNBM Group to enter into contracts

23  that bind BNBM Group?

24              MR. LEVIN:  Objection to form, call for

25      a legal conclusion.

```
 1      A    No.
 2   BY MR. MOORE:
 3      Q    Has BNBM Group ever authorized CNBM Group to
 4   act as an agent of BNBM Group in entering into
 5   contracts that bind BNBM Group?
 6            MR. LEVIN:  Objection to form, calls for
 7       a legal conclusion.
 8      A    No.
 9   BY MR. MOORE:
10      Q    Has BNBM Group ever had a joint bank account
11   with CNBM Group or CNBM PLC?
12      A    No.
13      Q    Does any -- okay.  Thank you.
14            Does any officer, director or employee
15   of BNBM Group control the finances of CNBM Group or
16   CNBM PLC?
17      A    No.
18      Q    Has BNBM Group ever had centralized
19   accounting with CNBM Group?
20      A    No.
21      Q    Has BNBM Group ever had centralized
22   accounting with BNBM PLC?
23      A    No.
24      Q    Has BNBM Group ever made any undocumented
25   transfers of funds to CNBM Group or CNBM PLC?
```

Confidential - Subject to Further Confidentiality Review

 1    A    No.

 2    Q    Has CNBM Group or CNBM PLC ever made any
 3  undocumented transfers of funds to BNBM Group?

 4    A    No.

 5    Q    Does BNBM Group have the authority to
 6  withdraw money from CNBM Group or CNBM PLC's accounts?

 7    A    No.

 8    Q    Does CNBM Group or CNBM PLC have the
 9  authority to withdraw money from BNBM Group's
10  accounts?

11    A    Not that either.

12    Q    Okay.  Does BNBM Group share financial
13  statements, profit and loss statements or corporate
14  accounting with CNBM PLC?

15    A    They do not share that.

16    Q    Does BNBM Group share financial statements,
17  profit and loss statements or corporate accounting
18  with CNBM Group?

19    A    They do not share that.

20    Q    Does BNBM Group exercise any control over
21  CNBM Group's daily operations?

22    A    No.

23    Q    Does BNBM Group exercise any control over
24  CNBM PLC's daily operations?

25    A    No.

```
 1     Q     Does BNBM Group manage the assets of
 2   CNBM PLC or CNBM Group?
 3     A     They do not manage that.
 4     Q     Do CNBM PLC or CNBM Group manage the assets
 5   of BNBM Group?
 6     A     They do not manage that.
 7     Q     Do you remember Mr. Levin asking you a
 8   question -- Mr. Levin, my apologies -- asking you a
 9   question --
10              MR. LEVIN:  I had an uncle that was
11        "Levin."
12              MR. MOORE:  Okay.  Let me start over.
13              How do they pronounce your name in
14        Chinese?
15              THE INTERPRETER:  "Lie-win."
16              MR. LEVIN:  Don't ask him.
17              MR. MOORE:  "Lie-win," okay.  Start
18        over.
19   BY MR. MOORE:
20     Q     Do you remember Mr. Levin asking you a
21   question whether you reviewed any document related to
22   the sales of BNBM drywall in which BNBM Group served
23   as an export agent for BNBM?
24     A     Yes.
25     Q     Did you review the export agency contracts
```

Confidential - Subject to Further Confidentiality Review

```
 1                    REPORTER'S CERTIFICATE
 2
 3          This transcript is valid only for a transcript
 4    accompanied by my original signature and original
 5    required seal on this page.
 6          I, Michael E. Miller, Certified Court Reporter
 7    (LA Certificate #27009) in and for the State of
 8    Louisiana, as the officer before whom this testimony
 9    was taken, do hereby certify that YANMING ZHAO, after
10    having been duly sworn by me upon authority of
11    R.S. 37:2554, did testify as herein before set forth
12    in the foregoing 147 pages; that this testimony was
13    reported by me in the stenotype reporting method, was
14    prepared and transcribed by me or under my personal
15    direction and supervision, and is a true and correct
16    transcript to the best of my ability and
17    understanding; that the transcript has been prepared
18    in compliance with transcript format guidelines
19    required by statute or by rules of the board, and that
20    I am informed about the complete arrangement,
21    financial or otherwise, with the person or entity
22    making arrangements for deposition services; that I
23    have acted in compliance with the prohibition on
24    contractual relationships, as defined by Louisiana
25    Code of Civil Procedure Article 1434
```

Confidential - Subject to Further Confidentiality Review

1  and in rules and advisory opinions of the board;

2  that I have no actual knowledge of any prohibited

3  employment or contractual relationship, direct or

4  indirect, between a court reporting firm and any party

5  litigant in this matter nor is there any such

6  relationship between myself and a party litigant in

7  this matter.  I am not related to counsel or to the

8  parties herein, nor am I otherwise interested in the

9  outcome of this matter.

10

11          Signed this ___ day of _____, 2015.

12

13

14          _____

15          MICHAEL E. MILLER, FAPR, RDR, CRR

16          Certified Court Reporter

17          LA Certified Court Reporter #27009

18

19

20

21

22

23

24

25