## Independent Opinion of the Independent Directors of Beijing New Building Materials Public Limited Company about the Company's Equity Acquisition

The 10th interim meeting of the 3rd Board of Directors of the Company examined and passed the Proposal on Acquiring 100% Equity of Taian Donglian Investment Trade Co., Ltd. The Board of Directors of the Company had submitted the relevant materials on the said proposal to us. In accordance with the relevant requirements of the Guiding Opinion on Listing Company Setting up the Independent Director System, Criteria for the Corporate Governance of Listed Companies, Listing Rules of Shenzhen Stock Exchange and Articles of Association, we, as the independent directors of Beijing New Building Materials Public Limited Company, hereby express our independent opinion on the said equity acquisition:

1. The price of the said equity acquisition is based on the appraisal result as reflected in the ZhongshangPingBaoZi [2006] No.1059 Asset Appraisal Report issued by Zhongshang Asset Appraisal Co., Ltd. The pricing method is objective and impartial.

2. The said equity acquisition conforms to the Company's development strategy and is conducive to further enhancing the market competitiveness of the Company's principal business, strengthening the combination and collaboration between the Company and Shandong Taihe, consolidating and developing the Company's leadership in the plasterboard industry and to a greater extent, sharing the good benefits of Shandong Taihe.

Based on the said statement, we agree to the proposal on the Company acquiring the 100% equity in Taian Donglian Investment Trade Co., Ltd.

**Signatures of independent directors:**

Wang Junsheng _____   Liu Wenhu _____

Zheng Jiayun _____

August 28, 2006

**EXHIBIT 17**

BNBMPLC0006214