Confidential - Subject to Further Confidentiality Review

1           UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF LOUISIANA

3    *****************************************************

4    IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

     DRYWALL PRODUCTS LIABILITY

5    LITIGATION                    SECTION:  L

6    THIS DOCUMENT APPLIES TO      JUDGE FALLON

     ALL CASES

7                                  MAG. JUDGE WILKINSON

8    *****************************************************

9

            CONFIDENTIAL - SUBJECT TO FURTHER

10               CONFIDENTIALITY REVIEW

11            Monday, September 14, 2015

12                  — — —

13

14        Videotaped Deposition of SONG ZHIPING,

15   VOLUME 1, held at Orrick, Herrington & Sutcliffe, LLP,

16   15 Queen's Road Central, 43rd Floor, Hong Kong,

17   commencing at 9:06 a.m., on the above date, before

18   Micheal A. Johnson, Certified Court Reporter (#29025),

19   Registered Merit Reporter and Certified Realtime

20   Reporter.

21

22                  — — —

23

24        GOLKOW TECHNOLOGIES, INC.

        877.370.3377 ph | 917.591.5672 fax

25          deps@golkow.com

EXHIBIT 18

Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR THE PLAINTIFF CLASS:
 3         HERMAN HERMAN & KATZ LLC
           BY:  RUSS M. HERMAN, ESQUIRE
 4              rherman@hhklawfirm.com
           820 O'Keefe Avenue
 5         New Orleans, Louisiana 70113
           (504) 581-4892
 6
 7         LEVIN FISHBEIN SEDRAN & BERMAN
           BY:  SANDRA L. DUGGAN, ESQUIRE
 8              sduggan@lfsblaw.com.
                ARNOLD LEVIN, ESQUIRE
 9              alevin@lfsblaw.com
           510 Walnut Street, Suite 500
10         Philadelphia, Pennsylvania 19106
           (215) 592-1500
11
12         IRPINO LAW FIRM
           BY:  PEARL A. ROBERTSON, ESQUIRE
13              probertson@irpinolaw.com
                ANTHONY D. IRPINO, ESQUIRE
14              airpino@irpinolaw.com
           2216 Magazine Street
15         New Orleans, Louisiana 70130
           (504) 525-1500
16
17    COUNSEL FOR TAISHAN GYPSUM COMPANY:
18         ALSTON & BIRD LLP
           BY:  CHRISTINA HULL EIKHOFF, ESQUIRE
19              christy.eikhoff@alston.com
           1201 West Peachtree Street
20         Atlanta, Georgia 30309-3424
           (404) 881-4496
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S :
 2   COUNSEL FOR BNBM DEFENDANTS:
 3        DENTONS US LLP
          BY:  C. MICHAEL MOORE, ESQUIRE
 4            mike.moore@dentons.com
          2000 McKinney Avenue, Suite 1900
 5        Dallas, Texas 75201-1858
          (214) 259-0902
 6
 7        DENTONS LLP
          BY:  TODD LIAO, ESQUIRE
 8            todd.liao@dentons.com
          5th Floor The Center 989 Changle Road
 9        Shanghai, China 200031
          +86 21 2315 6028
10
11   COUNSEL FOR CNBM DEFENDANTS:
12        ORRICK HERRINGTON & SUTCLIFFE LLP
          BY:  L. CHRISTOPHER VEJNOSKA, ESQUIRE
13            cvejnoska@orrick.com
              JASON M. WU, ESQUIRE
14            jmwu@orrick.com
              ANDREW K. DAVIDSON, ESQUIRE
15            adavidson@orrick.com
          405 Howard Street
16        San Francisco, California 94105-2669
          (415) 773-5916
17
18        ORRICK HERRINGTON & SUTCLIFFE LLP.
          BY:  JAMES L. STENGEL, ESQUIRE
19            jstengel@orrick.com
          51 West 52nd Street
20        New York, New York 10019-6142
          (212) 506-3775
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR CNBM DEFENDANTS:
 3        ORRICK HERRINGTON & SUTCLIFFE LLP
          BY:  XIANG WANG, ESQUIRE
 4             xiangwang@orrick.com
               YALI HU, ESQUIRE
 5             yhu@orrick.com
          5701 China World Tower
 6        No. 1 Jianguomenwai Avenue
          Beijing 100004
 7        People's Republic of China
          +86 10 8595 5668
 8
 9   COUNSEL FOR THE STATE OF LOUISIANA:
10        PERKINS COIE LLP
          BY:  DAVID L. BLACK, ESQUIRE
11             dblack@perkinscoie.com
          1900 Sixteenth Street, Suite 1400
12        Denver, Colorado 80202-5255
          (303) 291-2309
13
14        OFFICE OF THE ATTORNEY GENERAL STATE OF
          LOUISIANA
15        BY:  L. Christopher Styron
               styron@ag.state.la.us
16        1885 North Third Street
          Baton Rouge Louisiana 70802
17        (225) 326-6079
18
19   ALSO PRESENT:
20        TONI XU
21        SANDRA HERMAN
22        REGINA VALENTI
23        MELISSA BARDWELL, VIDEOGRAPHER.
24        SUNNY WANG, MANDARIN INTERPRETER
25                         — — —
```

Confidential - Subject to Further Confidentiality Review

1                          INDEX

                        SONG ZHIPING

2                    September 14, 2015

3

4         PROCEEDINGS                              8

5

6    EXAMINATION OF SONG ZHIPING:

7             BY MR. HERMAN              11

8

9         REPORTER'S CERTIFICATE              110

10

11

          INFORMATION REQUESTED BY COUNSEL FOR CNBM

12

                    Page 40, Line 2

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1                  DEPOSITION EXHIBITS
                       SONG ZHIPING
 2                   September 14, 2015
 3
 4   NUMBER                DESCRIPTION            MARKED
 5   Exhibit 55     China National Building         108
                    Material Company Limited 2009
 6                  Interim Report
 7   Exhibit 55-A   China National Building         109
                    Material Company Limited 2009
 8                  Interim Report (Chinese
                    Version)
 9
     Exhibit 331    The Course of Events on         100
10                  Hiring Law Firms for the
                    Gypsum Board Litigation in
11                  the United States
12   Exhibit 331-1  6/3/2010 BNBM Document, Topic   105
                    of Meeting:  The Strategy for
13                  Responding to the Gypsum
                    Board Litigation in the
14                  United States
15   Exhibit 332    Resolution No. 17 of the         91
                    Third Session of the Board of
16                  Directors of CNBM Group
17   Exhibit 333    Partial Translation of           95
                    CNBMCO00080530-80587
18                  The Sixth Working Meeting,
                    Gist of Chairman Zhiping
19                  Song's Speech
20   Exhibit 351    Partial Translation of           65
                    CNBMCO00102014-102025
21                  The Tenth President's Office
                    Meeting
22
     Exhibit 356    The Eighteenth Meeting of the    79
23                  Third Board of Directors of
                    China National Building
24                  Material Company
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    PREVIOUSLY MARKED EXHIBITS
 2
     NUMBER              DESCRIPTION            REFERENCED
 3
     Exhibit 4       ...........................       34
 4
     Exhibit 4-A     ...........................       34
 5
     Exhibit 5       ...........................       42
 6
     Exhibit 6       ...........................       55
 7
     Exhibit 8       ...........................      102
 8
     Exhibit 61      ...........................       68
 9
     Exhibit 305-R   ...........................       70
10
     Exhibit 306-1   ...........................       72
11
     Exhibit 315-R   ...........................       50
12
     Exhibit 316-R   ...........................       52
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    PROCEEDINGS

 2              THE VIDEOGRAPHER:  We are now going on

 3       the record.  My name is Melissa Bardwell,

 4       videographer here for Golkow Technologies.  The

 5       date today is September 14, 2015.  Time now is

 6       approximately 9:06 a.m.

 7              We are here for the videotaped

 8       deposition of Song Zhiping taken in the matter

 9       in reference of the Chinese Drywall Products

10       Liability Litigation.  The deposition is being

11       held in Hong Kong.

12              The court reporter today is Micheal

13       Johnson and counsel will be noted for the

14       stenographic record.

15                  (Interpreter sworn.)

16                  (Oath administered to the witness.)

17              MR. HERMAN:  Good morning, everyone.

18       There are a few matters that I'd like to discuss

19       on the record before we begin.  First of all, so

20       we have no controversy, the parties of CNBM and

21       CNBMG, and if I ask -- off the record, please.

22              THE VIDEOGRAPHER:  Time is 9:07 a.m.  We

23       are off the record.

24                  (Recess Taken From 9:07 a.m. To

25                  9:07 a.m.)
```

Confidential - Subject to Further Confidentiality Review

```
 1              THE VIDEOGRAPHER:  Time now is 9:08.  We
 2       are back on the record.
 3              MR. HERMAN:  Good morning, everyone.
 4       First of all, on behalf of Arnold Levin and
 5       myself of the PSC, we thank Orrick for its
 6       hospitality in making its offices available in
 7       Hong Kong.
 8              Secondly, we want to make sure that
 9       everyone understands that in the event that we
10       will use a document that's already been offered
11       in depositions, we'll provide the translator,
12       the witness and counsel for CNBM, CNBMG a copy
13       in English and in Chinese.
14              Now, I would like to understand who is
15       primarily going to represent BNBM and BNBMG at
16       the table.
17              MR. MOORE:  Mike Moore for Dentons
18       representing both of those companies.
19              MR. HERMAN:  And who is representing
20       Taishan Gypsum and TTP?
21              MS. EIKHOFF:  Christy Eikhoff of Alston
22       & Bird.
23              MR. HERMAN:  And who is representing the
24       Attorney General of Louisiana?
25              MR. BLACK:  David Black of Perkins Coie.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q     Isn't it true that you approved BNBM to
 2   purchase controlling interest of 65 percent in Taishan
 3   Gypsum?
 4                  MR. MOORE:  Objection, form.
 5        A     It was a decision made by the board of
 6   directors of BNBM Company, Limited.
 7   BY MR. HERMAN:
 8        Q     Yes.  Did you approve of that action?
 9                  MR. MOORE:  Same objection.
10        A     This matter does not necessarily require my
11   approval.
12   BY MR. HERMAN:
13        Q     Did you protest that acquisition in any way?
14                  MR. VEJNOSKA:  Objection, foundation,
15        argumentative.
16        A     No, I did not protest.  I did not protest.
17   BY MR. HERMAN:
18        Q     Did you in your reports published annually
19   in CNBM praise the acquisition by BNBM of 65 percent
20   of Taishan Gypsum?
21                  MR. VEJNOSKA:  Objection, compound,
22        vague and ambiguous.
23        A     I do not have a clear recollection on that,
24   but for that matter I did praise it, but I'm not sure
25   whether it was stated in the annual report or not.
```

Confidential - Subject to Further Confidentiality Review

```
 1                    REPORTER'S CERTIFICATE

 2

 3        This transcript is valid only for a transcript

 4   accompanied by my original signature and original

 5   required seal on this page.

 6        I, Micheal A. Johnson, Certified Court Reporter

 7   (LA Certificate #29025) in and for the State of

 8   Louisiana, as the officer before whom this testimony

 9   was taken, do hereby certify that SONG ZHIPING, after

10   having been duly sworn by me upon authority of

11   R.S. 37:2554, did testify as herein before set forth

12   in the foregoing 113 pages; that this testimony was

13   reported by me in the stenotype reporting method, was

14   prepared and transcribed by me or under my personal

15   direction and supervision, and is a true and correct

16   transcript to the best of my ability and

17   understanding; that the transcript has been prepared

18   in compliance with transcript format guidelines

19   required by statute or by rules of the board, and that

20   I am informed about the complete arrangement,

21   financial or otherwise, with the person or entity

22   making arrangements for deposition services; that I

23   have acted in compliance with the prohibition on

24   contractual relationships, as defined by Louisiana

25   Code of Civil Procedure Article 1434
```

Confidential - Subject to Further Confidentiality Review

1   and in rules and advisory opinions of the board;

2   that I have no actual knowledge of any prohibited

3   employment or contractual relationship, direct or

4   indirect, between a court reporting firm and any party

5   litigant in this matter nor is there any such

6   relationship between myself and a party litigant in

7   this matter.  I am not related to counsel or to the

8   parties herein, nor am I otherwise interested in the

9   outcome of this matter.

10

11           Signed this ___ day of _____, 2015.

12

13

14

15           _____

16           MICHEAL A. JOHNSON, RMR, CRR

17           Certified Court Reporter

18           LA Certified Court Reporter #29025

19

20

21

22

23

24

25