```
 1              IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2

 3

     IN RE:  CHINESE-MANUFACTURED     MDL NO. 2047
 4   DRYWALL PRODUCTS LIABILITY
     LITIGATION                       Section:  L
 5

     THIS DOCUMENT APPLIES TO ALL     JUDGE FALLON
 6   CASES
                                      MAG. JUDGE WILKINSON
 7

 8                          - - -
 9                      MAY 19, 2015
10                          - - -
11              CONFIDENTIAL - SUBJECT TO FURTHER
                    CONFIDENTIALITY REVIEW
12

13

               Videotaped deposition of DAVIS CONSTRUCTION
14        SUPPLY, LLC, BY STEFAN DAVIS, held at
          Hilton Hotel, 1714 SW 34th Street, Gainesville,
15        Florida,32607 at 10:04 a.m., on the above date, before
          Kelly J. Lawton, Registered Professional Reporter
16        and Florida Professional Reporter.

17

18                          - - -
19

20              GOLKOW TECHNOLOGIES, INC.
          877.370.3377 ph | 917.591.5672 fax
21              deps@golkow.com

22

23
                                          ┌─────────────────┐
24                                        │   EXHIBIT 33     │
                                          └─────────────────┘
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES:

 2      PATRICK S. MONTOYA, ESQUIRE

        Colson Hicks Eidson

 3      255 Alhambra Circle, Penthouse

        Coral Gables, Florida 33134

 4      305.476.7400

        patrick@colson.com

 5      Representing Plaintiffs' Steering Committee

 6

        ALEX B. ROTHENBERG, ESQUIRE

 7      Gordon Arata McCollam Duplantis & Eagan LLC

        201 St. Charles Avenue, 40th Floor

 8      New Orleans, Louisiana 70170-4000

        504.582.1111

 9      arothenberg@gordonarata.com

        Representing Defendant CNBM Company

10

11       MATTHEW T. NICKEL, ESQUIRE

         Dentons US LLP

12       2000 McKinney Avenue, Suite 1900

         Dallas, Texas 75201-1858

13       214.259.0976

         matt.nickel@dentons.com

14       Representing Defendants Beijing New Building

         Materials Public Limited Company and

15       Beijing New Building Materials (Group) Co., Ltd.

16

17    ALSO PRESENT:

18      Jeff Fleming, Videographer

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    - - -

 2               I N D E X

 3                    - - -

 4    Testimony of:  STEFAN DAVIS

 5       DIRECT EXAMINATION BY MR. MONTOYA..............  5

 6       CROSS-EXAMINATION BY MR. NICKEL................ 103

 7       REDIRECT EXAMINATION BY MR. MONTOYA........... 142

 8       RECROSS-EXAMINATION BY MR. NICKEL............. 147

 9       FURTHER REDIRECT EXAMINATION BY MR. MONTOYA.... 149

10

11               E X H I B I T S

12
```

```
13    No. 1    Subpoena                                    8

14    No. 2    Davis Construction Documents 000001-440    19

15    No. 3    Purchase and Supply Agreement              20

16    No. 4    UL Laboratories Authorization Form         47

17    No. 5    4/13/06 E-mail to Frank Lee                67

18    No. 6    4/24/06 & 4/27/04 Letters                  72

19    No. 7    Termination Letter                        105

20    No. 8    5/18/09 Letter to CPSC                    127

21    No. 9    Response to CPSC                          129

22    No. 10   Columbia Analytical Systems Report        133
```

```
23

24
```

```
 1                    - - -

 2              THE VIDEOGRAPHER:  We're on the record.  My

 3         name is Jeff Fleming, a videographer for Golkow

 4         Technologies.  Today's date is May 19, 2015.  The

 5         time is 10:04 a.m.  This deposition is being held

 6         in Gainesville, Florida, in the matter of

 7         Chinese-Manufactured Drywall Products Liability

 8         Litigation, in the United States District Court,

 9         Eastern District of Louisiana.  The deponent is

10         Davis Construction Supply, LLC, by Stefan Davis.

11              Counsel, please identify yourselves for the

12         record.

13              MR. MONTOYA:  Patrick Montoya on behalf of

14         Plaintiffs Steering Committee.

15              MR. NICKEL:  Matthew Nickel on behalf of

16         Beijing New Building Materials Group Co., Ltd.

17         and Beijing New Building Materials Public Limited

18         Company.

19              MR. ROTHENBERG:  Alex Rothenberg on behalf of

20         CNBM Company.

21              THE VIDEOGRAPHER:  The court reporter is

22         Kelly Lawton and will now swear in the witness.

23              THE COURT REPORTER:  Would you raise your

24         right hand, please?
```

Confidential - Subject to Further Confidentiality Review

```
 1              Do you swear or affirm the testimony you're

 2         about to give will be the truth, the whole truth,

 3         and nothing but the truth?

 4              THE WITNESS:  I do.

 5              STEFAN DAVIS, called as a witness by the

 6    Plaintiffs Steering Committee, having been first duly

 7    sworn, testified as follows:

 8                    DIRECT EXAMINATION

 9    BY MR. MONTOYA:

10         Q.   Tell us your name, please, sir.

11         A.   Stefan Davis.

12         Q.   What do you do for a living?

13         A.   I'm a developer, contractor, manage apartment

14    complexes.

15         Q.   Are you a licensed contractor?

16         A.   Yes.

17         Q.   Licensed general contractor?

18         A.   Yes.

19         Q.   Are you a licensed general contractor in the

20    state of Florida?

21         A.   Yes.

22         Q.   How long have you been a licensed general

23    contractor in the state of Florida?

24         A.   Over 20 years.  I don't know exactly.
```

Confidential - Subject to Further Confidentiality Review

1    E-mails, contracts, distribution agreements, your

2    warehousing, things like that?

3        A.   Yes, I'm sure we did.

4        Q.   Would you give us permission to get the

5    documents that you gave to those lawyers, in the

6    chance that we wouldn't have to have you go back --

7    have to go back through everything?  In other words,

8    what I'm wondering is, that was more -- a more

9    thorough search because you had more time than what

10   we have here today.

11       A.   Yeah, that's fine.

12       Q.   Okay.  Tell us how you came to do business

13   with BNBM.

14       A.   We were going through a drywall shortage, an

15   allocation, if you will, and this had happened

16   previously, like, about 1996, I believe, and in '96,

17   we -- Edgar, as the drywall subcontractor on the job,

18   was able to locate some drywall -- actually,

19   Norweigian drywall that we brought in to complete a

20   job in St. Cloud -- in -- in Kissimmee, Florida.

21       Q.   The Edgar you're referring to is

22   Edgar Chaparro?

23       A.   Edgar Chaparro.

24       Q.   Okay.  With EAC?

Confidential - Subject to Further Confidentiality Review

```
1        A.    Yes.

2        Q.    Okay.  Go on.  I'm sorry.

3        A.    And so we saw it coming, and we said -- and

4    he started trying to locate where he could find

5    drywall.  Norway wasn't of help.  I think the

6    Euro was going quite well at that time, so the

7    exchange rate wasn't favorable to us.  And,

8    ultimately, he ended up locating this drywall in

9    China that had a UL certification to it, which is

10   what we had to have to put in our multi-family

11   apartments.

12          So Edgar went to China and cut a deal for the

13   first shipment.  I provided the funding -- or

14   the money for the materials, and he negotiated the

15   contract and got the materials sent back over

16   here.  And, you know, we utilized it, and then we

17   sold the rest of it that wasn't damaged, so --

18       Q.    Why was the UL listing important to you?

19       A.    It was mandatory for us to be able to put it

20   in multi-family apartments.

21       Q.    Does part of the UM -- UL testing require

22   compliance with ASTM standards?

23       A.    Yes.

24       Q.    And ASTM stands for the American Society of
```

Confidential - Subject to Further Confidentiality Review

1    Testing Materials?

2        A.    Yes.

3        Q.    Does the UL testing also require that the

4    drywall meet ANSI standards?

5        A.    Yes.

6        Q.    Do you know what ANSI stands for?  It's

7    American National Standards Institute?

8        A.    Right.

9        Q.    Okay.  Did Edgar act as your agent, meaning

10   for Davis Construction Supply, related to the

11   purchase of Chinese drywall?

12       A.    I don't know if that's an accurate statement

13   only from the perspective I don't know that I had

14   actually formed Davis Construction Supply, LLC at

15   that time.

16       Q.    Okay.

17       A.    Or whether it was Edgar, you know, you've

18   done the leg work, here, here's the money, you

19   know, let's get the drywall back here, and let's

20   get our project moving.

21       Q.    Is it safe to say he was acting on your

22   behalf, if not for Davis Construction --

23       A.    Yes.

24       Q.    -- LLC?

Confidential - Subject to Further Confidentiality Review

```
1        A.   Yes.  I mean, because the first load was

2    actually in the name of EAC and Sons.  So, yes, at

3    that point Davis Construction Supply, I do not

4    believe, was in existence.

5        Q.   Are -- did you have any dealings with

6    Mr. White at all that Edgar had worked with for the

7    first shipment?

8        A.   Yeah.  Very briefly, yeah.

9        Q.   And what happened with Mr. White?

10        A.   Edgar's in a much better position to tell you

11    about Mr. White than I am.  I -- yeah, I know it

12    didn't end good.  There was some discrepancy over

13    moneys that he thought he was due that, quite

14    frankly, I'm not sure he was due, but --

15        Q.   How did you find out about BNBM?

16        A.   After Edgar set up, located this

17    material.

18        Q.   Other than through Edgar, did you do any

19    Internet search, or had you heard about BNBM before?

20        A.   No.

21        Q.   Had you thought about sourcing drywall from

22    China at any other point before 2005?

23        A.   Absolutely not.

24        Q.   Okay.  Are you aware of any other drywall
```

1    shipments or drywall production from China before

2    2005?

3        A.   I'm not.  But that doesn't mean anything

4    either.

5        Q.   Okay.  In terms of the first shipment, you

6    provided the capital for it?

7        A.   Yes.

8        Q.   How much was that?  Do you recall?

9        A.   I don't.

10       Q.   Is it in your records?  We can go

11   back through them in a moment, but --

12       A.   Yeah.

13       Q.   -- it would be there?

14       A.   Well, there was -- there, again, that was

15   EAC.  I may or may not have a copy of it.  I probably

16   should have a copy of it, but --

17       Q.   Was the drywall that was ordered in the first

18   shipment through EAC primarily five-eighths?

19       A.   Yes.

20       Q.   And you used the five-eighths in one of your

21   projects?

22       A.   Correct.

23       Q.   Where was that project located?

24       A.   I believe that was Stratford Mill in

Confidential - Subject to Further Confidentiality Review

1    drywall to Rinker or to someone else at Port Manatee?

2       A.   I -- I don't recall that.

3       Q.   The drywall -- at what -- at some point in

4    time you wanted the drywall stamped or labeled with

5    "Davis Construction"?

6       A.   Correct.

7       Q.   When did that begin, that process begin?

8       A.   That was towards the end.  As a matter of

9    fact, I know our last shipment that's in Mobile,

10   Alabama has the Davis Construction Supply end tape on

11   the boards, and there may be some in Ocala as well.

12      Q.   Did BNBM have any problems with having Davis

13   Construction Supply on the label of the drywall?

14      A.   No.  I mean, that was part of the

15   negotiations of the deal.

16      Q.   Were they willing to put anything you wanted

17   on the drywall in terms of label?

18          MR. NICKEL:  Objection to form.

19          THE WITNESS:  Yeah.  They --

20   BY MR. MONTOYA:

21      Q.   Let me ask you a different way.

22      A.   Go ahead.

23      Q.   Did you have any discussions with -- did you

24   get the impression from anyone at BNBM as regards to

1    labeling what they were willing to write on the

2    labels for you?

3            MR. NICKEL:  Objection to form.

4            THE WITNESS:  They gave us the end tape.

5        They -- I believe they said, you know, they --

6        they could put the name on the face of the board.

7        I believe they wanted to have the -- at least the

8        Dragon board symbol on the board as well.  And,

9        of course, we said, you know, the five-eighths

10       Type X has -- you know, got to have the UL stamp

11       on it.

12   BY MR. MONTOYA:

13       Q.   Did the -- the board, did you agree to have

14   the board have a Dragon brand stamp on it?

15       A.   Yeah.

16       Q.   Okay.  And eventually the board that

17   you ordered -- and I'm just reading from the

18   contract -- said -- the label said, produced by

19   BNBM, PLC and distributed by Davis in U.S.A; is that

20   correct?

21       A.   Yeah.

22       Q.   Okay.  Did the words "made in China"

23   appear on the board?

24       A.   I don't recall.  With the Dragon

1    board stamp, you pretty well, you know --

2         Q.   The second shipment of drywall, do you know

3    how many sheets or how much was paid?

4         A.   I think two and a half million, somewhere

5    around that.  How many sheets, I don't -- let's see

6    here.

7         Q.   I'm looking at page 3 of 10 on Exhibit 3,

8    Section 3.1 says method of payment.

9         A.   Yeah, 2.55 million.

10        Q.   That was for the second shipment of

11   drywall?

12        A.   Yep.  And that was for -- let's see here --

13        Q.   Was the 2.55 million paid by you?

14        A.   Yes.

15        Q.   Okay.  Let's just go through the contract.

16   That's Exhibit 3.

17             The effective date of the contract was

18   December 31st -- I'm sorry, the effective date of the

19   contract was from the date of the signature of it,

20   May 15th, 2006, through December 31st, 2006?

21        A.   Yes.

22        Q.   Is that accurate?

23        A.   Yeah.

24        Q.   Okay.  And is the contract what's known as a

1    Edgar's got a copy of it.  I'll see if I can't get

2    that.  But I was -- I was -- I remember being

3    surprised that they were making such a big deal out

4    of this.

5         Q.   What did the banner say?  Do you know?

6         A.   It had Beijing New Building, PLC on it, and I

7    think it made some reference to the signing there.

8         Q.   Photographer wasn't your photographer; right?

9         A.   Oh, absolutely not.

10        Q.   Okay.  Was it someone from BNBM?

11        A.   Yeah.  Or somebody they had hired.

12        Q.   A professional-type with a big lens and fancy

13   camera, or was it just a point-and-shoot?

14        A.   No, it -- it wasn't.  It wasn't that fancy.

15   But I remember being surprised that they were making

16   such a big deal out of it.

17        Q.   In terms of pamphlets and brochures, do you

18   know if you have anything back in your office at all?

19        A.   I don't know if I still do.  I do remember

20   now we -- when Edgar came back the first time, he

21   brought a substantial amount of their brochures for

22   their different products and all, you know, to show

23   me what they had and what they could do.

24        Q.   Did you receive any samples of drywall or any

Confidential - Subject to Further Confidentiality Review

1    other product from BNBM?

2        A.   Prior to us purchasing?

3        Q.   At any time.

4        A.   Yeah, I think there -- I think there was a

5    little piece that -- you know, of the drywall that

6    came in, you know, had a -- kind of prepackaged with

7    the, you know, BNBM logo, and, you know, this is our

8    five-eighths Type X.

9        Q.   And your question to me was a better question

10   than mine.  Do you know if that was before you

11   started -- before you signed the contract with them

12   or -- or after?

13       A.   Yes.  No, it was -- it was definitely before.

14       Q.   Do you know if it was sent to you

15   by mail, or did you get it in China?

16       A.   I believe Edgar brought it back with him.

17       Q.   Okay.  Do you ever recall receiving any other

18   samples of any other materials from BNBM in the mail?

19       A.   No, I don't.

20       Q.   Okay.  Let's go back to Exhibit 1, the

21   subpoena, please.  There was a listing of other

22   entities?

23       A.   Uh-huh.

24       Q.   Did you ever have any dealings with Tianjin

Confidential - Subject to Further Confidentiality Review

```
 1      A.   No.

 2      Q.   Who was your main contact at BNBM that you

 3  dealt with?

 4      A.   We talked with Frank more than anyone,

 5  particularly when we're over here.  Now, it was

 6  different when we were over there.  Then it was

 7  probably Perry was the guy we dealt with the most.

 8      Q.   Meaning when you were in U.S. and calling

 9  them, you talked with Frank?

10      A.   Correct.

11      Q.   He had the best English?

12      A.   Yes.

13      Q.   And then when you were in China, it was

14  mostly Perry?

15      A.   Correct.

16      Q.   Okay.  The --

17      A.   Somewhere -- as I said before, you know,

18  Perry kind of came out of nowhere, from my

19  perspective, but, you know, they said this is the guy

20  you got to deal with from now on, and so --

21      Q.   The contract at Exhibit 3, where did the

22  initial draft come from?

23      A.   I don't know.  I don't know.

24      Q.   Were there different draft versions of it?
```

1          A.   Oh, yeah.

2          Q.   How did --

3          A.   That's what took so much time over

4     there was crafting that agreement.

5          Q.   Who prepared those?

6          A.   My recollection is that I prepared the

7     original, and then we just -- and we would -- and

8     we'd send them a Word copy.  And then when we

9     were over there, we would manipulate and correct.

10         Q.   Did BNBM ever refer you to any other

11    companies in China at all for any other products?

12         A.   Not that I can recall.  Like I said, I was

13    pretty focused on one thing, and that was the

14    drywall, so --

15         Q.   Did you pay for all of your visits over to

16    China?

17         A.   Yes.

18         Q.   Did you ever find out who else BNBM was

19    selling to in the -- the U.S.?

20              MR. NICKEL:  Objection to form.

21    BY MR. MONTOYA:

22         Q.   Selling drywall to?

23              MR. NICKEL:  Objection to form.

24              THE WITNESS:  Well, it was pretty clear that

Confidential - Subject to Further Confidentiality Review

1      A.    Yes.

2      Q.    Is that correct?

3      A.    Yes.

4      Q.    Does that encapsulate, cover all of that

5    shipment one?  Did -- was there any drywall that went

6    anyplace else?

7      A.    Some of those damaged sheets were moved over

8    to the Ocala warehouse and stored with the second

9    shipment.

10      Q.    But all of the drywall that was not damaged

11    is either currently being stored by you or was used

12    by Rinker, Seacoast, or EAC or Davis in jobs?

13      A.    Correct.

14      Q.    And it's correct that --

15      A.    Outside of there was a Walker that was listed

16    in here, and I -- I don't recall who that was -- but

17    it wasn't a substantial amount of product.

18      Q.    Okay.  And Davis never received any

19    complaints about the drywall that was used in any of

20    those jobs from shipment number one from any of its

21    customers, any of EAC's customers, Seacoast Supply,

22    or Rinker; correct?

23      A.    That is correct.  I'd have probably been a

24    lot better off if it had been defective, but --

1    because then I could have gone after UL, but no such

2    luck.

3         Q.   Will you take a quick look at Exhibit No. 5.

4         A.   Uh-huh.

5         Q.   And I believe you testified that Exhibit 5

6    was a -- a letter signed by you that invited certain

7    employees of BNBM, PLC into the United States?

8         A.   Correct.

9         Q.   Was it your understanding that this was a

10   letter that was required for those three individuals

11   to obtain Visas to travel to the United States?

12        A.   Yes, I assume so, since the same process had

13   taken place for me to be able to go to China.

14        Q.   And I believe you said you thought that maybe

15   April drafted this letter and you signed it; is that

16   correct?

17        A.   No.  I think this was probably a -- pretty

18   much of a form letter we got from BNBM that they sent

19   to us and said, hey, we need to -- you to put this on

20   your letterhead and send it to us -- sign it and send

21   it to us.

22        Q.   To your knowledge, did any of the three

23   individuals listed on the second page of Exhibit 5 in

24   the invitation letter ever come to the United States?

1    A.    Yes.

2    Q.    And -- and the report that you're referring

3    to from the CPSC is not contained in that binder as

4    far as we can tell; right?

5    A.    Yeah.  I -- I -- quickly looking, I cannot

6    find the graph here.  I know I've -- I can provide a

7    copy.  It's just not here.

8    Q.    So will you describe to me what -- what graph

9    you're talking about, what -- what it looks like and

10    what you gleaned from that graph?

11    A.    It was basically an 8-by-11 page turned

12    horizontally that had a graph, and I don't remember

13    what the components tested were.  Obviously, sulfur

14    dioxide or -- or something -- something sulfur

15    related.  And it had across the horizontal axis were

16    different manufacturers and the materials that were

17    tested, and each had its own column.  And then the

18    column showed the level of sulfide and other

19    impurities, I guess, that were in the -- that

20    specific product.  And then there was a scale, I

21    believe, that basically told you at what level they

22    deemed the product to be defective or what -- I guess

23    the maximum acceptance level of sulfur in that

24    product.

Confidential - Subject to Further Confidentiality Review

1    Q.   Did -- sorry.

2    A.   And there were clearly two columns that had

3    BNBM's name on them:  One of them was the material

4    they created for me, which was not defective, but

5    then there was another material that they had created

6    that was defective -- or, I say defective -- had a

7    high level of sulfur content to it.

8    Q.   And so there was an entry for a BNBM

9    drywall that was on the left side of that --

10    A.   I -- yes.

11    Q.   -- graph is what you're --

12    A.   Yes.

13    Q.   -- referring to?

14    A.   Yes.  Yeah.  They had -- they had -- it had

15    been situated such that the products with high

16    sulfur were on the left side, and as you went to the

17    right, the sulfur content was diminished.

18    Q.   For the -- so there was two entries for BNBM

19    that you saw on the chart that you can remember,

20    sitting here today?

21    A.   That is correct.

22    Q.   And you said the one with the lower

23    emissions testing results is what you received from

24    BNBM, PLC?

Confidential - Subject to Further Confidentiality Review

1      A.   I assumed it was, because we had an

2    independent depth test done of our material in Ocala

3    through the Consumer Product Safety Commission, and

4    it -- well, we had an independent test done before

5    the Consumer Product -- as soon as I had gotten wind

6    of there was Chinese drywall out there that had high

7    sulfur content.  This concerned me.  I knew it might

8    affect my ability to sell.  So we immediately hired

9    an independent testing company to test the product to

10   confirm that our product was not defective.

11     Q.   And you submitted samples to the CPSC of

12   drywall that you received from BNBM, PLC that was in

13   your inventory; correct?

14     A.   Yeah.  Actually, I think they went so far as

15   they came to the warehouse.  They made us dig into

16   a -- the bottom of a stack in the middle of the

17   warehouse.  I mean, we moved a bunch of drywall to

18   get to where they wanted a sample from, and that's

19   where the sample was taken from.  They definitely

20   didn't want us gaming them by -- we're -- we're going

21   to pick a piece of drywall that you didn't want us to

22   pick.

23     Q.   The CPSC came in and picked the sample that

24   they wanted, essentially?

Confidential - Subject to Further Confidentiality Review

 1    read the entire report?

 2         A.    I can't say that I have.

 3         Q.    And I think you just told me also that

 4    you don't know, there was only your sample that they

 5    tested.  They could -- the CPSC could have tested

 6    other samples of BNBM, PLC drywall; correct?

 7         A.    Correct.  If it was out there to be tested.

 8         Q.    And so you, sitting here today, don't really

 9    have any knowledge as to what samples they tested and

10    where they obtained those samples from that resulted

11    in the numbers on the graph; correct?

12         A.    Other than my own samples, no.

13         Q.    And, again, just to repeat, none of

14    your affiliated businesses, either Davis or EAC or

15    any of the entities that you ended up selling

16    BNBM, PLC drywall to, ever had any complaints about

17    the quality or said they had that defective drywall

18    that you had sold them; correct?

19         A.    I have no ownership in EAC.  But, correct,

20    they're -- as far as I know, we have not sold or

21    distributed any drywall that was defective.  I have

22    no history or testing tells me that any of it

23    was defective.

24         Q.    And it's your opinion that all of the

Confidential - Subject to Further Confidentiality Review

1    BNBM, PLC manufactured drywall that's currently in

2    your warehouse is also not defective; correct?

3        A.   Yes, that is correct.

4            MR. NICKEL:  So let's mark Exhibit No. 8

5        here.

6            (Exhibit No. 8 was marked for

7    identification.)

8    BY MR. NICKEL:

9        Q.   Exhibit No. 8 is a four-page document that's

10   Bates stamped Davis Construction 000368 through

11   000372.  Do you see that at the bottom right corner

12   of the --

13       A.   Yes.

14       Q.   -- the pages?

15           It's actually a five-page document.  I

16   apologize.

17           Do you recognize this document?

18       A.   Yes.

19       Q.   And what is this document?

20       A.   I believe this was Consumer Product Safety

21   Commission's initial request for all the information

22   we had regarding the drywall we purchased from BNBM.

23       Q.   So this is a letter from the U.S. Consumer

24   Products Safety Commission dated May 18th, 2009,

1  that?

2      A.   Yes.

3      Q.   And what did you respond to the

4  CPSC --

5      A.   We have received no complaints of any sort

6  related to the drywall problem.

7      Q.   And, again, that would include no complaints

8  from any of your customers, direct or indirect,

9  and -- and no complaints from Rinker or Seacoast or

10  EAC?

11      A.   That's correct.  And not even any complaints

12  from the homeowner's association that we used some of

13  the material in a condo down in Fort Lauderdale.

14      Q.   And then shipment number two is on that same

15  page.  And -- and you have a response again to the

16  request number nine.  What -- what was that response

17  there?

18      A.   The same, we have received no complaints of

19  any sort related to the drywall problem.

20      Q.   And if we look a little bit earlier in that

21  section on shipment number two, it's accurate to say

22  there was sheets of half-inch drywall and sheets of

23  five-eighths inch Type X drywall included in shipment

24  two; correct?

```
 1        A.    That is correct.

 2        Q.    And a large part of shipment two is still

 3   warehoused currently by Davis?

 4        A.    Yes.

 5        Q.    Where is that warehouse?

 6        A.    Ocala.

 7        Q.    And then shipment number three on the next

 8   page, Bates stamped 367, do you see in Section B

 9   it -- it says:  Almost 120,000 sheets of five-eighths

10   inch Type X drywall?

11        A.    Yes.

12        Q.    And, again, these would be accurate

13   reflections of the amounts of each of the

14   shipments?

15        A.    Yes.

16        Q.    And then what -- what does it say in response

17   to number nine for shipment three?

18        A.    We have received no complaints of any sort

19   related to the drywall problem.

20        Q.    And, again, that would be complaints from

21   anybody under the sun that could have come into

22   contact with the drywall that Davis brought over from

23   BNBM, PLC; correct?

24        A.    That is correct.
```

Confidential - Subject to Further Confidentiality Review

1    Q.   The third shipment was delivered to

2    Mississippi; is that correct?

3    A.   Yes, Pascagoula.

4    Q.   And that was at your request; correct?

5    A.   I don't recall.

6    Q.   Who else was --

7    A.   I -- I don't -- I don't believe that -- I

8    believe our intention was to get it into Port of

9    Tampa.  Again, there was an issue there.  And then at

10   that point it was -- because the boat's on the way,

11   well, where can we get it -- put it to port, and

12   Edgar had done a little research and found

13   Pascagoula.  And with, you know, like I said, that

14   project I was doing in -- in Biloxi, Mississippi, it

15   seemed like the next best choice.  But my initial

16   recollection is that it was supposed to come into

17   Tampa.

18   Q.   And the third shipment and all of the details

19   regarding shipment were handled by Davis; correct?

20   A.   Yes.

21   Q.   And so ultimately the decision, even if it

22   was forced upon you changing ports, the decision of

23   which port ultimately the product would go to was

24   Davis's call; correct?

Confidential - Subject to Further Confidentiality Review

```
1        A.   Yes.

2        Q.   We talked about your trips to China and how

3   you made several, maybe five or so, trips to China to

4   negotiate Exhibit 3, the purchase supply agreement;

5   is that correct?

6        A.   Yes.

7        Q.   No one from BNBM, PLC or any other BNBM

8   entity came to the United States to negotiate --

9        A.   No.

10       Q.   -- or discuss the contract; correct?

11       A.   No.  It was all done over there.

12       Q.   In fact, it was also signed in Beijing,

13   China; correct?

14       A.   That is correct.

15       Q.   As far as you know, BNBM, PLC doesn't have

16   any offices or property in the United States;

17   correct?

18       A.   Not that I know of.

19       Q.   And as far as you know, BNBM, PLC doesn't

20   have any employees in the United States; correct?

21       A.   As far as I know they do not.

22       Q.   And as far as you know, BNBM, PLC or any

23   other BNBM entity is not registered to do business in

24   the United States; correct?
```

1      A.   Not that I know of.

2      Q.   During your dealings with BNBM, PLC, nobody

3   from that company or any other BNBM entity came over

4   to the United States with the purpose of marketing or

5   selling you drywall; did they?

6      A.   No.

7      Q.   And it's accurate that the contact with

8   BNBM, PLC or its predecessor was initiated, as far as

9   Davis is concerned, by Edgar; correct?

10     A.   Yes.

11     Q.   And that was driven by Edgar's Internet

12  searches where he identified and located a

13  manufacturer of drywall in China that had

14  UL-certified drywall?

15     A.   Yeah.  I don't know exactly how he did it,

16  but, yes, that's -- it was through Edgar and some

17  research he did or --

18     Q.   I'll take a short break and look through my

19  notes, but I think I'm just about done; okay?

20          THE VIDEOGRAPHER:  Off the record, 1:35 p.m.

21          (Recess from 1:35 until 1:41 p.m.)

22          THE VIDEOGRAPHER:  On the record, 1:41 p.m.

23  BY MR. NICKEL:

24     Q.   Mr. Davis, I am just about done.

1    defective; correct?

2        MR. MONTOYA:  Form.

3        THE WITNESS:  No, I do not.

4    BY MR. NICKEL:

5        Q.   And if you thought it was defective, for your

6    own company's reputation, you would not try to sell

7    that; correct?

8        A.   I certainly wouldn't.  And if I thought it

9    was defective, like I said before, I would definitely

10   be contacting UL Laboratories and telling them they

11   have a problem, because, obviously, that would be an

12   easier solution for me than trying to hold onto this

13   drywall and sell it when I can, if I can.

14       Q.   But sitting here today, best case resolution

15   for you is that you would be able to sell this

16   drywall to buyers to use in jobs, wherever that may

17   be?

18       A.   Yeah.  Either that or maybe I can get Beijing

19   New Building Materials to buy it back.

20       MR. NICKEL:  I have no further questions.

21            FURTHER REDIRECT EXAMINATION

22   BY MR. MONTOYA:

23       Q.   Sir, the UL protocols that you reviewed for

24   the certification process, are you aware of UL

Confidential - Subject to Further Confidentiality Review

1                    C E R T I F I C A T E

2

3              I, KELLY J. LAWTON, Registered Professional

4    Reporter and Florida Professional Reporter, do hereby

5    certify that, pursuant to notice, the deposition of

6    STEFAN M. DAVIS was duly taken on May 19, 2015, at

7    10:04 a.m. before me.

8              The said STEFAN M. DAVIS was duly sworn by me

9    according to law to tell the truth, the whole truth,

10   and nothing but the truth and thereupon did testify

11   as set forth in the above transcript of testimony.

12   The testimony was taken down stenographically by me.

13   I do further certify that the above deposition is

14   full, complete, and a true record of all the

15   testimony given by the said witness.

16

17              _____

18              KELLY J. LAWTON, RPR, FPR

19

20              (The foregoing certification of this

21   transcript does not apply to any reproduction of the

22   same by any means, unless under the direct control

23   and/or supervision of the certifying reporter.)

24