Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   * * * * * * * * * * * * * * * * * * * *

 5   IN RE:  CHINESE-              MDL NO. 2047

 6   MANUFACTURED DRYWALL

 7   PRODUCTS LIABILITY            SECTION:  L

 8   LITIGATION                    JUDGE FALLON

 9   THIS DOCUMENT APPLIES TO

10   ALL CASES                     MAG. JUDGE WILLIAMS

11   * * * * * * * * * * * * * * * * * * * *

12           CONFIDENTIAL - SUBJECT TO FURTHER

13                  CONFIDENTIALITY REVIEW

14       VIDEOTAPED DEPOSITION OF ALBERT WINSLOW

15       30(b)(6) Deposition of Triorient Trading

16             LENNON MURPHY & PHILLIPS LCC

17                     2425 Post Road

18                  Southport, Connecticut

19             July 27, 2015     9:56 a.m.

20

21           Maryellen Coughlin, RPR/CRR

22

23             GOLKOW TECHNOLOGIES, INC.

24       877.370.3377 ph | 917.591.5672 fax

25                  deps@golkow.com
```

**EXHIBIT 35**

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:
 2   Representing the Plaintiff Class:
 3        LEVIN FISHBEIN, SEDRAN & BERMAN
 4        510 Walnut Street, Suite 500
 5        Philadelphia, Pennsylvania 19106
 6        BY:  Matthew C. Gaughan, Esquire
 7        (215) 592-1500
 8        mgaughan@lfsblaw.com
 9   Representing Taishan Gypsum Company (Via phone):
10        ALSTON & BIRD LLP
11        One Atlantic Center
12        1201 West Peachtree Street NE
13        Atlanta, Georgia 30309-3424
14        BY:  Mackenzie (Mack) Heller (Kahnke), Esquire
15        (404) 881-4828
16        mackenzie.heller@alston.com
17   Representing the BNBM Defendants:
18        DENTONS US LLP
19        1221 Avenue of the Americas
20        New York, New York 10020
21        BY:  Justin N. Kattan, Esquire
22        (212) 768-6700
23        justin.kattan@dentons.com
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   FURTHER APPEARANCES:

 2   Representing the BNBM Defendants (Via phone):

 3        DENTONS US LLP

 4        1301 K Street, N.W.

 5        Suite 600, East Tower

 6        Washington, D.C. 20005

 7        BY:  Drew W. Marrocco, Esquire

 8        (202) 408-6400

 9        drew.marrocco@dentons.com

10

11   Representing CNBM Defendants:

12        ORRICK HERRINGTON & SUTCLIFFE LLP

13        51 West 52nd Street

14        New York, New York 10019-6142

15        BY:  Kelly M. Daley, Esquire

16        (212) 506-5000

17        kdaley@orrick.com

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1   FURTHER APPEARANCES:

 2   Representing the Deponent:

 3          LENNON MURPHY & PHILLIPS, LLC

 4          Tide Mill Landing

 5          2425 Post Road, Suite 302

 6          Southport, Connecticut 06890

 7          BY:  Patrick F. Lennon, Esquire

 8          (203) 256-8600

 9          pfl@lmplaw.net

10

11   PRESENT:  Victoria Chu, Student

12   VIDEOGRAPHER:  Kevin Marth

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                        I N D E X

 2

 3    WITNESS:      ALBERT WINSLOW

 4

 5    EXAMINATION:                                    Page

 6   BY MR. GAUGHAN                              9 & 208

 7   BY MR. KATTAN                             184 & 213

 8

 9    EXHIBITS FOR IDENTIFICATION:

10    No.           Description                       Page

11     1  Amended Notice of Expedited Oral       24

12        and Videotaped Deposition Pursuant

13        to the Court's Directive During

14        the March 17, 2015 Special Hearing

15        and Minute Entry and Order

16     2  Revised Exporter, Importer, or        68

17        Broker Defendant Profile Form

18        (DPF-TRIORIENT TRADING-1-00001 -

19        11)

20     3  Inspection Report (TRIORIENT          75

21        000001 - 4)

22     4  Survey Report (TRIORIENT 000005)      80

23     5  BNBM Public Limited Company           89

24        Invoice and attachments (TRIORIENT

25        000010 - 17)
```

Confidential - Subject to Further Confidentiality Review

```
 1                   EXHIBITS CONTINUED

 2

 3    EXHIBITS FOR IDENTIFICATION:

 4    No.         Description                       Page

 5      6  Contract for Order No. WN6351             99

 6         (TRIORIENT 000022 - 31)

 7      7  Documents (TRIORIENT 000032 - 35)        108

 8      8  Rosen Building Supplies Purchase         112

 9         Order (TRIORIENT 000036 - 37)

10      9  Document (TRIORIENT 000038 - 42)         114

11     10  Document (TRIORIENT 000043 - 45)         120

12     11  Bill of Lading with attachments          122

13         (TRIORIENT 000046 - 53)

14     12  Inspection report (TRIORIENT            128

15         000054 - 58)

16     13  Barthco International, Inc.              131

17         Invoice (TRIORIENT 000059)

18     14  4/26/06 e-mail chain (TRIORIENT         133

19         000018 - 21)

20     15  4/27/06 e-mail chain (TRIORIENT         139

21         000060 - 61)

22     16  3/6/06 e-mail chain (TRIORIENT          143

23         000062 - 66)

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    EXHIBITS CONTINUED
 2
 3     EXHIBITS FOR IDENTIFICATION:
 4     No.          Description                    Page
 5      17  Letter dated 7/13/09 to Triorient      155
 6          from U.S. CPSC (Triorient 67 - 71)
 7      18  Documents (Triorient 72 - 101)         157
 8      19  Documents (Triorient 102 - 106)        174
 9      20  Document (Triorient 107 - 110)         177
10      21  Survey report (Triorient 111 -         178
11          120)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                  P R O C E E D I N G S
 2
 3                  THE VIDEOGRAPHER:  Good morning.
 4      We are now on the record.  My name is Kevin
 5      Marth.  I am the legal videographer today
 6      representing Golkow Technologies.  Today's date
 7      is July 27th, 2015, and the time is 9:56 a.m.
 8                  The video deposition today is being
 9      held in Southport, Connecticut, in the matter of
10      In Re:  Chinese Manufactured Drywall Products
11      Liability Litigation in the United States
12      District Court for the Eastern District of
13      Louisiana.  The deponent today is Mr. Al Winslow.
14                  At this time, would counsel please
15      identify themselves for the record?
16                  MR. GAUGHAN:  Sure.  Matthew
17      Gaughan, on behalf of the plaintiff steering
18      committee.
19                  MR. LENNON:  Patrick Lennon, from
20      Lennon Murphy & Phillips, representing Triorient
21      Trading, Inc., and the witness, Albert Winslow.
22                  MR. KATTAN:  Justin Kattan, from
23      Dentons U.S. LLP on behalf of defendants BNBM
24      Group and BNBM PLC.
25                  MS. DALEY:  Kelly Daley from Orrick
```

```
 1     Herrington & Sutcliffe representing CNBM.  And
 2     with me observing is Victoria Chu.
 3               MR. GAUGHAN:  Good morning, Mr.  -
 4               THE VIDEOGRAPHER:  Stand by,
 5     please.
 6               Our court reporter today is
 7     Ms. Maryellen Coughlin who will now swear in the
 8     witness, and you may proceed.
 9
10                    ALBERT WINSLOW,
11       having been first duly sworn, was examined
12       and testified as follows:
13
14                      EXAMINATION
15     BY MR. GAUGHAN:
16        Q.    Good morning, Mr. Winslow.  We met
17     earlier.  My name is Matthew Gaughan, and as I
18     said before, I am here on behalf of the
19     Plaintiffs Steering Committee in the Chinese
20     drywall litigation.
21               Could you please state your full
22     name for the record?
23        A.    Albert Winslow.
24        Q.    Okay.  And before we get going just
25     a couple of kind of guidelines to make this
```

```
 1          Q.     And just to be clear, have you ever
 2    heard of a company called Taishan Gypsum?
 3          A.     No.
 4          Q.     How about a company called Taian
 5    Taishan, have you heard of that company?
 6          A.     No.
 7          Q.     How about Shandong Taihe Dongxin
 8    Company, have you ever heard of that company?
 9          A.     No.
10          Q.     And you mentioned BNBM before.
11                 Have you heard of a company called
12    BNBM of America, Inc.?
13          A.     No.
14          Q.     How did you first hear of BNBM?
15          A.     From my steel customer, Rosen
16    Building.
17          Q.     And how did BNBM come up in that
18    context?
19          A.     They asked us to finance their
20    business.
21          Q.     Okay.  Did you have any direct
22    contact with anyone from BNBM?
23          A.     No.
24          Q.     Okay.  Who actually had the contact
25    with setting up that transaction?
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.      Rosen Building.
 2          Q.      Okay.  And what was the role of
 3   your company in that transaction, or the
 4   transaction or transactions?
 5          A.      We opened the letter of credit.  We
 6   paid for the ocean freight, and we were -- we
 7   imported into the United States.
 8          Q.      Okay.  And then Rosen handled all
 9   the other aspects of that transaction?
10          A.      Yes.
11          Q.      Okay.  Including the negotiations
12   with --
13          A.      Yes.
14          Q.      -- BNBM?
15                  MR. LENNON:  Just make sure you let
16   him finish his question.  I know you know what
17   he's asking, but I just want to keep the record
18   clear.
19                  THE WITNESS:  I'm sorry.
20          Q.      (By Mr. Gaughan) And just so we're
21   clear, the only business you conducted -- or were
22   involved in, I should say, with respect to BNBM
23   was with respect to drywall, correct?
24          A.      Yes.
25          Q.      Okay.  There's no other products
```

Confidential - Subject to Further Confidentiality Review

```
 1     the arrangements?
 2          A.     Yes.
 3          Q.     Okay.  I take it you don't have any
 4     plans to do any more transactions involving BNBM
 5     presently?
 6          A.     No.
 7          Q.     Okay.  And was this purchase back
 8     in 2006 the only transaction you undertook with
 9     BNBM?
10          A.     Yes.
11          Q.     Okay.  Did you ever consider buying
12     any other products, other than drywall, from
13     BNBM?
14          A.     No.
15          Q.     Do you know if BNBM referred you to
16     any other companies in China?
17          A.     No.
18          Q.     Okay.  How about Mr. Xu, did he
19     refer you to any other companies he thought you
20     might want to do business with?
21          A.     No.
22          Q.     And I'm anticipating a no to this
23     question, but I'll ask anyway.
24                 Did anyone from BNBM ever come and
25     visit you in the United States?
```

```
 1          A.      No.
 2          Q.      Okay.  Do you have any specific
 3    knowledge of anyone from BNBM traveling to the
 4    United States to meet with anyone?
 5          A.      No.
 6          Q.      And I take it you have no knowledge
 7    of anyone from BNBM coming to the United States
 8    since July 17, 2014?
 9          A.      No.
10          Q.      And do you have any knowledge of
11    BNBM using any third-party companies in the
12    United States specifically with respect to these
13    shipments we're talking about?
14                  MR. LENNON:  Objection to form.
15          A.      No.
16          Q.      And, yeah, that would be banks,
17    anything like that that was in the United States?
18          A.      No.
19          Q.      Do you know whether BNBM had any
20    representatives in the United States at any point
21    in time?
22          A.      No.
23          Q.      Have you heard of a company called
24    Wood Nation, Inc.?
25          A.      No.
```

```
 1          Q.      Okay.  Is that the extent of what
 2   you remember they told you -- he told you, or
 3   they did, excuse me?
 4          A.      Yes.
 5          Q.      Okay.  Do you know if they ever
 6   sent samples of their drywall to you?
 7                  MR. KATTAN:  Objection.  Asked and
 8   answered.
 9          A.      No.
10          Q.      Okay.  When you were in China, did
11   you have occasion to visit the mine where the
12   drywall was manufactured or harvested?
13                  MR. LENNON:  Objection to form.
14          A.      I don't remember.
15          Q.      Okay.  Do you remember ever seeing
16   any mining operations for drywall when you were
17   there?
18          A.      No.
19          Q.      Do you know if -- do you recall, I
20   guess, whether their drywall was in compliance
21   with ASTM standards, anything like that?  Do you
22   remember?
23                  MR. KATTAN:  Objection to form.
24          A.      No.
25          Q.      Do you know what ASTM stands for?
```

```
 1          A.     Yes.
 2          Q.     Okay.  Now let's go to the first
 3   part of that answer where you reference various
 4   complaints filed in the -- in the drywall
 5   litigation.
 6                 You mentioned earlier that you
 7   don't recall Triorient Trading being sued or
 8   named as a defendant in any of the drywall
 9   litigations, correct?
10          A.     Correct.
11          Q.     Sitting here today, are you aware
12   of any specific allegations -- specific
13   allegations of defects in the drywall that
14   Triorient Trading shipped into the United States?
15          A.     Not one.  Not one claimed by Rosen
16   to Triorient Trading.
17          Q.     Okay.  So there were no -- there
18   were no complaints of any defects that you heard
19   from Rosen?
20          A.     Right, correct.
21          Q.     Am I correct that there were no
22   complaints or any reports of any defects that
23   were relayed to you by any of Rosen's customers?
24          A.     No.
25          Q.     You know what, let me just re-ask
```

Confidential - Subject to Further Confidentiality Review

```
 1    that question.
 2              Am I correct that there were no
 3    complaints or any reports of any defects in the
 4    drywall that Triorient Trading shipped that were
 5    relayed to you by any of Rosen's customers?
 6         A.   No.
 7         Q.   Okay.  So let's talk about
 8    Exhibit 17, which is the notice that Triorient
 9    Trading received from the Consumer Product Safety
10    Commission.
11              Mr. Winslow, for purposes of this
12    question, I think I'm going to refer to the -- to
13    this entity as the CPSC.
14              Will you understand that?
15         A.   Yes.
16         Q.   Okay.  Now, do you recall receiving
17    this letter from the CPSC on or around July 13th,
18    2009?
19         A.   Yes.
20         Q.   And were you involved in putting
21    together the response to this letter?
22         A.   Yes.
23         Q.   Am I correct -- or you testified
24    earlier that the pages that are Bates stamped --
25    withdrawn.
```

```
 1                C E R T I F I C A T E

 2              I, Maryellen Coughlin, RPR/CRR, do

 3    hereby certify that the foregoing is a true and

 4    accurate transcript of my stenographic notes of

 5    the deposition of ALBERT WINSLOW, who appeared

 6    before me, satisfactorily identified himself,

 7    and was by me duly sworn, taken at the place and

 8    on the date hereinbefore set forth.

 9              I further certify that I am neither

10    attorney nor counsel for, nor related to or

11    employed by any of the parties to the action in

12    which this deposition was taken, and further

13    that I am not a relative or employee of any

14    attorney or counsel employed in this case, nor

15    am I financially interested in this action.

16              THE FOREGOING CERTIFICATION OF THIS

17    TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF

18    THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT

19    CONTROL AND/OR DIRECTION OF THE CERTIFYING

20    REPORTER.

21

22                   MARYELLEN COUGHLIN, RPR/CRR

23

24

25
```