Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
 3                            - - -
 4
     IN RE:  CHINESE-MANUFACTURED :   MDL NO. 2047
 5   DRYWALL PRODUCTS LIABILITY   :   SECTION:  L
     LITIGATION                   :
 6                                :
     THIS DOCUMENT APPLIES TO ALL :   JUDGE FALLON
 7   CASES                        :   MAG. JUDGE WILKINSON
 8                            - - -
 9            CONFIDENTIAL - SUBJECT TO FURTHER
                     CONFIDENTIALITY REVIEW
10
                    Tuesday, August 4, 2015
11                            - - -
12          Videotaped 30(b)(6) deposition of GREAT
13   WESTERN BUILDING MATERIALS, through its representative,
14   LARRY ROGERS, held at FERGUSON CASE ORR PATERSON,
15   L.L.P., 1050 South Kimball Road, Ventura, California,
16   commencing at approximately 9:05 a.m., before Rosemary
17   Locklear, a Registered Professional Reporter, Certified
18   Realtime Reporter and California CSR (#13969).
19
20
21
22                            - - -
23
24              GOLKOW TECHNOLOGIES, INC.
             877.370.3377 ph | 971.591.5672 fax
25                   deps@golkow.com
```

**EXHIBIT 36**

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:
 2
 3          SEEGER WEISS, L.L.P.
            BY:  SCOTT ALAN GEORGE, ESQUIRE
 4          sgeorge@seegerweiss.com
            1515 Market Street
 5          Philadelphia, Pennsylvania 19102
            (215) 553-7982
 6          Appearing on behalf of the Plaintiffs' Steering
            Committee
 7
 8
            DENTONS US, L.L.P.
 9          BY:  JUSTIN N. KATTAN, ESQUIRE
            justin.kattan@dentons.com
10          1221 Avenue of the Americas
            New York, New York 10020-1089
11          (212) 768-6700
            Appearing on behalf of the BNBM Defendants
12
13
            ORRICK HERRINGTON & SUTCLIFFE, L.L.P.
14          BY:  JASON CABOT, ESQUIRE
            jcabot@orrick.com
15          The Orrick Building
            405 Howard Street
16          San Francisco, California 94105-2669
            (415) 773-5700
17          Appearing on behalf of the CNBM Defendants
18
19          ALSTON & BIRD, L.L.P.
            BY:  MACKENZIE (MACK) HELLER (KAHNKE), ESQUIRE
20          (via telephone)
            mackenzie.heller@alston.com
21          1201 West Peachtree Street, N.E.
            Atlanta, Georgia 30309-3424
22          (404) 881-4828
            Appearing on behalf of the Defendants Taishan
23          Gypsum Company
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:  (Continued)

 2

 3          FERGUSON CASE ORR PATERSON, L.L.P.
            BY:  DAVID W. TREDWAY, ESQUIRE
 4          dtredway@fcoplaw.com
            1050 South Kimball Road
 5          Ventura, California 93004
            (805) 659-6800
 6          Appearing on behalf of the Witness

 7

 8                      - - -

 9

10   ALSO PRESENT:

11

12          JIM LOPEZ, Video Operator

13

14                      - - -

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                        I N D E X
 2
 3   WITNESS                                           PAGE
 4
 5   LARRY ROGERS
 6
 7               By Mr. George                         7, 80
 8
 9               By Mr. Kattan                         64, 84
10
11               By Mr. Tredway                        79
12
13                          - - -
14
15                      EXHIBIT INDEX
16   GREAT WESTERN NUMBER                              MARKED
17
18    1         41-page copy of document entitled       14
                "Amended Notice of Expedited Oral
19              and Videotaped Deposition
                Pursuant to the Court's Directive
20              During the March 17, 2015,
                Special Hearing and Minute Entry
21              and Order [REC.DOC.18493]"
22    2         1-page copy of document dated           16
                1/9/06 entitled "Commercial
23              Invoice," plus attachments,
                Great Western 0002 -
24              Great Western 0014
25
```

```
 1                      EXHIBIT INDEX (Continued)
 2     GREAT WESTERN NUMBER                                        MARKED
 3
 4     3            1-page copy of document dated                    16
                    3/9/06 entitled "Commercial
 5                  Invoice," plus attachments,
                    Great Western 0015 -
 6                  Great Western 0026
 7     4            4-page copy of document dated                    46
                    11/15/05 entitled "Sales
 8                  Contract," BNBMPLC0007430 -
                    BNBMPLC0007433
 9
       5            4-page copy of document dated                    52
10                  11/30/05 entitled "Export Agency
                    Agreement," BNBMPLC0007437 -
11                  BNBMPLC0007440
12     6            2-page copy of document,                         53
                    BNBM(Group)-E-0019553 -
13                  BNBM(Group)-E-0019554
14     7            4-page copy of document dated                    55
                    2/21/06 entitled "Sales
15                  Contract," BNBMPLC0007441 -
                    BNBMPLC0007444
16
       8            4-page copy of letter dated                      58
17                  8/9/05 to Mr. James Fan from Bob
                    White
18
       9            4-page copy of document dated                    60
19                  9/27/07 entitled "Bill of Sale
                    and Assignment Agreement"
20
       10           5-page copy of document dated                    61
21                  2005, BNBM(Group)-E-0019753 -
                    BNBM(Group)-E-0019755
22
23
       (Exhibits retained by the court reporter and attached to
24     transcript.)
25                               - - -
```

Confidential - Subject to Further Confidentiality Review

```
 1            VIDEO OPERATOR:  We are now on the record.
 2            My name is Jim Lopez.  I'm a videographer for
 3   Golkow Technologies.  Today's date is August 4th, 2015,
 4   and the time is approximately 9:05 a.m.
 5            This video deposition is being held in Ventura,
 6   California, in the matter of In Re. Chinese-Manufactured
 7   Drywall Products Liability Litigation, MDL Number 2047,
 8   for the United States District Court, Eastern District
 9   of Louisiana.
10            The deponent is Larry Rogers, 30(b)(6) witness
11   of Great Western Building Materials.
12            Counsel and all present, will you please
13   identify yourselves.
14            MR. GEORGE:  Go ahead.
15            MR. TREDWAY:  David Tredway, appearing on behalf
16   of Mr. Rogers.
17            MR. GEORGE:  Scott Alan George for the PSC.
18            MR. KATTAN:  Justin Kattan from Dentons US,
19   L.L.P., on behalf of BNBM PLC and BNBM (Group).
20            VIDEO OPERATOR:  All those on the line?
21            MS. HELLER:  This is Mack Heller from Alston &
22   Bird on behalf of Taishan Gypsum Co.
23            VIDEO OPERATOR:  Counsel will be noted on the
24   stenographic record.
25            The court reporter is Rosemary Locklear, and she
```

Confidential - Subject to Further Confidentiality Review

```
 1   will now swear in the witness.
 2            LARRY ROGERS, having been duly sworn, was
 3   examined and testified as follows:
 4                       EXAMINATION
 5   BY MR. GEORGE:
 6   Q.       Good morning, Mr. Rogers.
 7   A.       Good morning.
 8   Q.       I want to appreciate your -- I appreciate your
 9   time today for this deposition.  I don't expect to take
10   more than a couple of hours with you this morning.
11            A couple ground rules will help move things
12   along.  Let me finish my question, pause, and then
13   answer and I'll let you finish your answer and then I'll
14   ask a question.  That way, we'll have a clear record for
15   the reporter to take down and there won't be any
16   confusion.
17            Does that make sense?
18   A.       Okay.
19   Q.       Okay.  And another thing is that if it's a yes
20   or no answer, to give a yes or no and don't do a shaking
21   of the head or nodding.  Unfortunately, the reporter
22   can't take that down, and we need a languaged exchange.
23            Does that make sense?
24   A.       Okay.
25   Q.       Okay.  Have you ever been deposed before?
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q.      Okay.  So you have no understanding of any
 2   difference between BNBM (Group) and BNBM PLC?
 3   A.      I don't.
 4   Q.      How did you first become aware of BNBM?
 5   A.      I made a trip with -- with a supplier to Beijing
 6   in 2005 and was meeting with -- it was part tourism trip
 7   and -- and part business, just to meet some various
 8   operations in China, and BNBM was one of the visits
 9   that -- that I had when I was there.
10   Q.      Okay.  So BN --
11   A.      That was my first introduction to the company.
12   Q.      Okay.  Before you went on this trip, was the
13   meeting with BNBM arranged?
14   A.      It wasn't arranged by me but the -- the folks
15   that I went with, they had arranged a number of
16   different meetings and -- and -- and tours, plant tours,
17   with different groups.
18   Q.      Okay.  Who was the supplier who made this
19   arrangement?
20   A.      It was a company by the name of USA Wire.
21   Q.      How did you know them?
22   A.      They were one of our suppliers.
23   Q.      Are they based in California?
24   A.      They were.  In Corona, California.
25   Q.      And what was the purpose of your trip?
```

```
 1              MR. KATTAN:  Objection.  Asked and answered.
 2              THE WITNESS:  They were a steel company, and I
 3     believe they had -- you know, they were offering me a
 4     chance to see one of the steel factories in China, and
 5     then while we were there, there were some other visits
 6     that were arranged.
 7              MR. GEORGE:  Okay.
 8     BY MR. GEORGE:
 9     Q.       Including to BNBM?
10     A.       Yes.
11     Q.       Okay.  When you were at BNBM, do you remember
12     who you met with?
13     A.       No.
14     Q.       Did you meet with anybody from BNBM?
15     A.       I -- I believe so.
16     Q.       Okay.  Do you recall if you took any tour of the
17     facilities or manufacturing plants?
18     A.       Yes.
19     Q.       Okay.
20     A.       One of the gypsum manufacturing plants.
21     Q.       Does the name Dragon Board ring a bell to
22     you?
23     A.       No.
24     Q.       Was the tour given in English or Chinese?
25     A.       Well, the people that I was with spoke both.
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q.      Okay.
 2   A.      And so, you know, my portion of the tour was in
 3   English.
 4   Q.      Okay.  Did the people from BNBM who were giving
 5   the tour, did they engage with you in English or did
 6   they engage with you through intermediaries or a
 7   translator?
 8   A.      You know, I don't -- I don't remember.
 9   Q.      You don't remember?
10   A.      No.
11   Q.      You don't speak Chinese?
12   A.      No.
13   Q.      Does anyone at Great Western speak Chinese?
14   A.      No.
15   Q.      And that was in 2005?  When was this?
16   A.      2005.
17   Q.      Okay.  So that was your first encounter with
18   BNBM; correct?
19   A.      Yes.
20   Q.      What was your next encounter with BNBM?
21   A.      It was this transaction.
22   Q.      Okay.  Between the tour in 2005 -- and when you
23   say "this transaction," you mean the documents in
24   Exhibit 2 and 3, the two purchases?
25   A.      Correct.
```

Confidential - Subject to Further Confidentiality Review

```
 1   Q.      Okay.  You didn't receive an invitation to go to
 2   China from BNBM, did you?
 3   A.      No.
 4   Q.      Prior to going to China, you were not familiar
 5   with BNBM?
 6   A.      No.
 7   Q.      Had your suppliers at USA Wire told you that you
 8   would be meeting with people from BNBM prior to your
 9   departure for China?
10   A.      I -- I don't remember hearing the name BNBM
11   prior to the trip.
12   Q.      Okay.  So as of the time you were leaving for
13   China, you still had never even heard of BNBM; correct?
14   A.      Not as far as I can remember.
15   Q.      And while you were on this trip in China, you
16   didn't specifically ask to meet with BNBM; correct?
17   A.      Correct.
18   Q.      Between the time that you returned from your
19   trip to China in the first half of 2005 and the time
20   that you began discussions with the or with respect to
21   the first purchase of drywall from BNBM, do you recall
22   what the time gap there was?
23   A.      I don't.
24   Q.      Okay.  It was a number of months; correct?
25   A.      I don't recall.
```

```
 1   Q.      Between the time that you returned from China --
 2   withdrawn.
 3           After you returned from China, nobody from BNBM
 4   reached out to contact you, either directly or
 5   indirectly, to solicit business following up on your
 6   meeting; correct?
 7   A.      I don't remember any contact with them.
 8   Q.      I'm talking about either directly or indirectly.
 9   A.      Correct.
10   Q.      And am I correct that sometime towards the end
11   of 2005, it was you, in fact, who reached out through
12   USA Wire to inquire of BNBM about the purchase of
13   drywall; correct?
14   A.      I believe that's the way it happened.
15   Q.      And am I correct that, again, with respect to
16   the second purchase of drywall, the one that occurred
17   sometime in 2006, from BNBM, again, that was as a result
18   of you reaching out to BNBM through USA Wire, not as a
19   result of BNBM soliciting additional business from you?
20   A.      Correct.
21   Q.      Am I correct that no one from BNBM came to the
22   United States in connection with the transactions that
23   you entered into with them?
24   A.      Nobody that I had contact with.
25   Q.      Well, are you aware of someone from BNBM who
```

Confidential - Subject to Further Confidentiality Review

```
 1   came to the United States in connection with these
 2   transactions that you didn't have contact with?
 3   A.      I'm not.
 4   Q.      All right.  So, to your knowledge, no one from
 5   BNBM came to the United States in connection with these
 6   transactions; correct?
 7   A.      To my knowledge, that's correct.
 8   Q.      I'm only asking for the -- for what you know.
 9           You testified earlier that you weren't aware of
10   or familiar with the distinction between BNBM, PLC, and
11   BNBM (Group).
12           You recall that testimony?
13   A.      Yes.
14   Q.      You also testified that while you were in China,
15   you toured a gypsum plant that you believed -- you
16   believed belonged to BNBM.
17           You recall that testimony.
18   A.      Yes.
19   Q.      You don't know whether that plant belonged to
20   BNBM (Group) or BNBM, PLC, do you?
21   A.      I do not.
22   Q.      And you don't know whether the individuals that
23   you met with who you believe were from BNBM worked for
24   either BNBM, PLC, or BNBM (Group); correct?
25   A.      Correct.
```

 1   construction project, again, be it residential or
 2   commercial, in which the drywall that Great Western
 3   purchased from BNBM in that second transaction was used?
 4   A.    No.
 5   Q.    Did you receive any complaints about BNBM's
 6   drywall from any of the entities to whom you sold it?
 7   A.    No.
 8   Q.    Do you have any reason to believe, sitting here
 9   today, that any of the drywall that you acquired from
10   BNBM was used outside of the State of California or
11   Arizona?
12   A.    No.
13   Q.    You testified earlier that you, your, Great
14   Western's, market was typically Arizona and California.
15         Was the same true of the contractors and other
16   entities to whom you typically sold materials?
17   A.    Correct.
18   Q.    Did you have any discussion, either directly or
19   through USA Wire, with BNBM concerning what Great
20   Western intended to do with the drywall that it bought
21   from BNBM?
22   A.    Nothing specific that I can recall.
23   Q.    Do you recall ever informing BNBM, either
24   directly or indirectly through USA Wire, where Great
25   Western intended to sell the drywall?

Case 2:09-md-02047-EEF-MBN   Document 19631-39   Filed 10/22/15   Page 15 of 15

Confidential - Subject to Further Confidentiality Review

```
 1   STATE OF CALIFORNIA           )
 2   COUNTY OF LOS ANGELES         )
 3              I, ROSEMARY LOCKLEAR, a Certified Shorthand
 4   Reporter of the State of California, duly authorized to
 5   administer oaths pursuant to Section 2025 of the
 6   California Code of Civil Procedure, do hereby certify
 7   that
 8              LARRY ROGERS, the witness in the foregoing
 9   deposition, was by me duly sworn to testify the truth,
10   the whole truth and nothing but the truth in the
11   within-entitled cause; that said testimony of said
12   witness was reported by me, a disinterested person, and
13   was thereafter transcribed under my direction into
14   typewriting and is a true and correct transcription of
15   said proceedings.
16              I further certify that I am not of counsel or
17   attorney for either or any of the parties in the
18   foregoing deposition and caption named, nor in any
19   way interested in the outcome of the cause named in
20   said deposition dated the_____ day of
21   _____, 2015.
22
23
24
25   ROSEMARY LOCKLEAR, RPR, CRR, CSR 13969
```