```
 1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2

     _____
 3                              § MDL NO. 2047
     IN RE:                     §
 4   CHINESE-                   § SECTION: L
     MANUFACTURED               §
 5   DRYWALL PRODUCTS           § JUDGE FALLON
     LIABILITY                  §
 6   LITIGATION                 § MAGISTRATE
                                § JUDGE WILKINSON
 7   -------------------------------------------
     CROSS-NOTICED IN VARIOUS OTHER ACTIONS
 8   -------------------------------------------
 9   DEPOSITION OF WOOD NATION, INC., PURSUANT TO FEDERAL
     RULE OF CIVIL PROCEDURE 30(b)(6) - RICHARD L. HANNAM
10
     Taken on Behalf of the Plaintiffs, by and through
11    Counsel for the Plaintiffs' Steering Committee
12
     DATE TAKEN:     FEBRUARY 14, 2011
13
     TIME:           10:13 A.M. - 2:55 P.M.
14
     PLACE:          MORGAN & MORGAN
15                   201 NORTH FRANKLIN STREET
                     SEVENTH FLOOR
16                   TAMPA, FLORIDA 33602
17
18
19
20      Examination of the witness taken before:
21              Susan D. Wasilewski
            Registered Professional Reporter
22            Certified Realtime Reporter
                Certified CART Provider
23      Certified Manager of Reporting Services
              Florida Professional Reporter
24
25
```

**EXHIBIT 37**

Richard Hannam (Wood Nation Inc.)

```
 1                        APPEARANCES
 2
    Counsel from Plaintiffs' Steering Committee:
 3
         RICHARD J. SERPE, ESQ.
 4       Law Offices of Richard J. Serpe, P.C.
         Attorneys at Law
 5       580 East Main Street, Suite 310
         Norfolk, Virginia 23510
 6
         ROBERT B. BROWN, III, ESQ.
 7       Baron & Budd, P.C.
         Attorneys at Law
 8       2655 South Bayshore Drive, Suite 220
         Miami, Florida 33133
 9
         MATTHEW GAUGHAN, ESQ.   (By Telephone)
10       Levin, Fishbein, Sedran & Berman
         Attorneys at Law
11       510 Walnut Street, Suite 500
         Philadelphia, Pennsylvania 19106
12
13  Counsel for Banner Entities:
14       SETH V. ALHADEFF, ESQ.   (By Telephone)
         Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
15       Attorneys at Law
         2601 South Bayshore Drive, Suite 1500
16       Miami, Florida 33133
17       NICHOLAS P. PANAYOTOPOULOS, ESQ.   (By Telephone)
         Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
18       Attorneys at Law
         3344 Peachtree Road, Northeast, Suite 2400
19       Atlanta, Georgia 30326
20
21  Counsel for 84 Lumber Company:
         DAVID J. MORGAN, ESQ.    (By Telephone)
22       MARC T. THIRKELL, ESQ.   (By Telephone)
         Buchanan, Ingersoll & Rooney
23       One Oxford Centre
         301 Grant Street, 20th Floor
24       Pittsburgh, Pennsylvania 15219-1410
25
```

```
 1                        APPEARANCES
 2
 3   Counsel for Multiple Virginia Builders and Developers:
         J. BRIAN SLAUGHTER, ESQ.   (By Telephone)
 4       McKenry, Dancigers, Dawson & Lake, P.C.
         Attorneys at Law
 5       192 Ballard Court, Suite 400
         Virginia Beach, Virginia 23462
 6         * Please note that Mr. Slaughter's appearance is
           subject to and without waiver of previously-filed
 7         objections to the Court's jurisdiction and motions
           to dismiss.
 8
 9   Counsel for Grass Drywall:
10       HOLLY SIDES, ESQ.   (By Telephone)
         Donohue Patrick, PLLC
11       Attorneys at Law
         450 Laurel Street, Suite 1500
12       Baton Rouge, Louisiana 70801
13
14   Defendants' Liaison Counsel:
         ABIGAIL ROBERTS, ESQ.   (By Telephone)
15       Rumberger, Kirk & Caldwell, P.A.
         Attorneys at Law
16       80 Southwest 8th Street, Suite 3000
         Miami, Florida 33130
17
18   Counsel for CIC:
19       CAROL P. SMITH, ESQ.   (Not Present)
         Frost Brown Todd, LLC
20       Attorneys at Law
         500 Lee Street East, Suite 401
21       Charleston, West Virginia 25301
22
23
24
25
```

Richard Hannam (Wood Nation Inc.)

```
 1                    I N D E X
 2  WITNESS                                              PAGE
 3  CALLED BY THE PLAINTIFFS:
 4   RICHARD L. HANNAM
 5       DIRECT EXAMINATION BY MR. SERPE................   6
 6       CROSS-EXAMINATION BY MR. THIRKELL.............. 119
 7       CROSS-EXAMINATION BY MR. ALHADEFF.............. 122
 8   CERTIFICATE OF REPORTER OATH...................... 126
 9   CERTIFICATE OF REPORTER........................... 127
10   ERRATA SHEET...................................... 128
11
12
13                    E X H I B I T S
14   PLAINTIFF'S                                         PAGE
15   No. 1     Notice of Deposition                       60
16   No. 2     Contract WN7350, and other US Consumer
               Product Safety Commission Documents        60
17
     No. 3     Copy of Business Card - TG 0020110         61
18
     No. 4     Undated E-mail Document - TG 0001380       62
19
     No. 5     4-3-06 E-mail and Photographs -
20             TG 0000447 thru 0000453                    68
21   No. 6     4-9-06 E-mail - TG 0000481                 70
22   No. 7     5-22-06 E-mail and Contract -
               TG 000468 thru 000473                      70
23
     No. 8     E-mails - TG 000461                        75
24
     No. 9     5-30-06 E-mail - TG 000460                 78
25
```

```
 1              THEREUPON, the following proceedings were had
 2      and taken at 10:13 a.m.:
 3              THE COURT REPORTER:  Do you solemnly swear or
 4         affirm the testimony you are about to give will be
 5         the truth, the whole truth, and nothing but the
 6         truth?
 7              THE WITNESS:  Yes.
 8              THE COURT REPORTER:  Thank you.
 9              RICHARD L. HANNAM, called as a witness by the
10      Plaintiffs, having been first duly sworn, testified as
11      follows:
12                        DIRECT EXAMINATION
13      BY MR. SERPE:
14         Q.   My name is Richard Serpe.  I'm a lawyer from
15      Virginia here for the Plaintiffs' Lawyers Steering
16      Committee as part of the multidistrict litigation on
17      Chinese drywall.  That's a mouthful.  I want to ask you
18      questions about Chinese drywall today.
19              The first thing I'd like you to do is state
20      your full name for the court reporter.
21         A.   Richard Lee Hannam.
22         Q.   Have you given a deposition before, Mr. Hannam?
23         A.   Yes.
24         Q.   On how many occasions?
25         A.   Maybe once or twice.
```

 1    from China, to the best of your recollection, when did
 2    that process start, at least with Woodward & Dickerson?
 3        A.   Oh, I'll probably have the whole world hating
 4    me but I think I was the first to import out of China to
 5    the United States.
 6        Q.   And when was that?
 7        A.   The end of '99.
 8        Q.   And who was the Chinese company that
 9    manufactured that drywall that was then imported into
10    the United States?
11        A.   Beijing New Building Materials, commonly known
12    as BNBM.
13        Q.   If I refer to them as BNBM today, we'll be on
14    the same page?
15        A.   We'll both be happy.
16        Q.   How did the concept of BNBM manufacturing
17    drywall for export to the United States come about?
18        A.   In the process of trying to sell lumber, it
19    became known that a lot of building projects were being
20    held up due to the shortage of drywall, and so I went
21    searching for a source for drywall, and that's how it
22    ended up with China.
23        Q.   Were you routinely traveling to China at that
24    point in time?
25        A.   I wasn't routinely at that time.  I had in the

1   past traveled back and forth to China, but those were
2   usually wood-related projects.
3       Q.   Had you had previous dealings with BNBM on
4   other projects?
5       A.   No.
6       Q.   So what was the genesis of your relationship
7   with BNBM, who found who and how did that happen?
8       A.   I had a very close friend, and have had for
9   many years, that is Chinese American that lives in
10  China, and he acted as my agent, our agent, Woodward &
11  Dickerson's agent, and after checking different sources,
12  different manufacturers, we came upon BNBM, who is
13  well-known for their high quality Dragon Board.
14      Q.   What year would that have been, approximately?
15      A.   I don't know.  It would've been probably 1999.
16      Q.   And I understand your sensitivities with having
17  a very close friend that lives in China, but I'd like
18  you to give me a little bit more background.  This
19  gentleman's name, is this David Wei?
20      A.   No, but it's another David, David Lee.
21      Q.   Is that L-e-e?
22      A.   Uh-huh.
23      Q.   Was his given name David or was that a name
24  that he's adopted to simplify Americans pronouncing his
25  name?

```
 1      A.    The latter.
 2      Q.    What's his real first name?
 3      A.    I don't know.  That's all I've ever known him
 4   by.
 5      Q.    Are you still in contact with David Lee?
 6      A.    Yes, I talk to him all the time.
 7      Q.    Was David Lee a BNBM employee?
 8      A.    No.
 9      Q.    But he was living in China?
10      A.    Yes.
11      Q.    And --
12      A.    Excuse me.  Yes.
13      Q.    At that time?
14      A.    Yes.
15      Q.    And he suggested, after some legwork, that BNBM
16   would be a good Chinese manufacturer of drywall for you
17   to contact?
18      A.    Yes.
19      Q.    Would you tell me how that relationship then
20   began to develop?  Did you reach out to BNBM and what
21   happened?
22      A.    Well, first I had to make sure I could even
23   sell the material in shipload quantities.  Once I was
24   satisfied with that, then I flew to China to do a tour
25   of the facility.  I actually looked at other facilities
```

```
 1   while I was there and ruled them all out with the
 2   exception of BNBM.  At that time we negotiated.  The
 3   Chinese are difficult to negotiate with.  It took six
 4   weeks to negotiate everything.  I came back home and we
 5   put everything together.
 6       Q.   And did you develop a point of contact with
 7   BNBM as part of that process, someone that you were
 8   dealing with, or were you dealing with multiple people
 9   at that point?
10       A.   No.  This David Lee handled everything.
11       Q.   You mentioned that when you went over, you
12   considered other factories but ruled them out?
13       A.   Yes.
14       Q.   Do you remember the names of any of those other
15   factories?
16       A.   Not a one.  Not a one.
17       Q.   What was it about them that led you to rule
18   them out?
19       A.   Because they're high quality.
20       Q.   I'm sorry.  Because --
21       A.   Because of their high quality, the quality of
22   their craftsmanship.
23       Q.   Was higher with BNBM than with the others?
24       A.   That's right.
25       Q.   Did you find the quality of the drywall
```

Richard Hannam (Wood Nation Inc.)

```
 1   he would have gone back home I'm going to say probably
 2   in 2004, and that's really reaching out there, but I
 3   think that must be about right.  So once in a while, if
 4   he needed advice or something or whatever, he'd call me.
 5       Q.   While he was still here in Tampa?
 6       A.   Yes, yes.
 7       Q.   When he was getting ready to go, were you guys
 8   close enough where you went out to a final dinner or
 9   saw each other before he took off?
10       A.   No, we didn't do that, but he's a friend.  He
11   is a young man, he's probably 40 years younger than me.
12   You know, it's not -- we were not drinking buddies.
13       Q.   I would consider you a young man, Mr. Hannam,
14   but I will accept your definition of him being younger.
15   So help me then with phase two, how that began to
16   unfold.
17       A.   Well, one more time, there was a shortage.
18       Q.   Right.
19       A.   How did it start?  I had a former customer that
20   I, at one time, supplied a drywall contract.  He called
21   me because he couldn't get drywall.
22       Q.   Who was that?
23       A.   Boardwalk, Boardwalk Drywall, and I told him, I
24   said I couldn't do anything unless, you know, a shipload
25   quantity, and so he talked to one of his other
```

1  suppliers, and that would have been DWC, and I think he
2  also talked to -- I think he started with American,
3  that's what it was, he started with American Gypsum,
4  talking to them, then American talked to DWC, and
5  they felt the two of them together would like to try a
6  shipload, and that's how it unfolded.
7      Q.   And in terms of the very early efforts, once
8  American and DWC said, yeah, we would like to try a
9  shipload, what was your first steps, how did that
10 process begin?
11     A.   Then I contacted BNBM.  I did not contact my
12 old friend David Lee because he was no longer a part of
13 this drywall thing.  I don't like this really being on
14 the record but BNBM had developed a bad taste in their
15 mouth for David Lee.
16     Q.   David Lee?
17     A.   Uh-huh.  So it would have been more of a
18 hindrance to have David Lee involved than good, but I
19 contacted David Wei and David Wei was an employee or is
20 an employee of BNBM Company Limited, Beijing New
21 Building Material Company Limited, which is actually a
22 trading company, and they do a lot of the marketing for
23 BNBM.  BNBM is one of the largest building products
24 manufacturers in China.  They own paint companies,
25 porcelain toiletry things like that, they are huge, but

 1   it says print for ceiling, that this would have been

 2   an example on what end tape would have been for a

 3   ceiling board?

 4        A.   That's correct.

 5        Q.   So if I get the big picture right, at this

 6   point, by June, in order for Taishan to have as much

 7   information to get the printing right the first time,

 8   you were sending photographs to David, carbon copied to

 9   Mr. Peng at Taishan, about what the print would look

10   like based upon pictures that you had?

11        A.   It would've been off somebody else's drywall.

12        Q.   Somebody else's drywall?

13        A.   Uh-huh.

14        Q.   But it would have had close to what we were

15   looking for?

16        A.   Right, uh-huh.

17             (Plaintiff's Exhibit No. 12 was marked for

18   identification.)

19        Q.   I'll hand you Exhibit 12.

20        A.   Okay.  So I guess we didn't do any.

21        Q.   Didn't do any printing on the edges of the

22   ceiling?

23        A.   Right.

24        Q.   And instead, until they could get up to speed

25   for that, they were just putting it on the end tape?

Richard Hannam (Wood Nation Inc.)

```
 1                CERTIFICATE OF REPORTER OATH

 2

 3    STATE OF FLORIDA

 4    COUNTY OF POLK

 5            I, Susan D. Wasilewski, Registered Professional

 6    Reporter, Certified Realtime Reporter, Certified CART

 7    Provider, Certified Manager of Reporting Services,

 8    Florida Professional Reporter, and Notary Public in and

 9    for the State of Florida at large, hereby certify that

10    the witness named herein appeared before me on

11    _____, and was duly sworn.

12           WITNESS my hand and official seal this

13    _____.

14

15

16           _____

17           SUSAN D. WASILEWSKI, RPR, CRR, CCP, CMRS, FPR

18           NOTARY PUBLIC - STATE OF FLORIDA

19           MY COMMISSION NO. DD692013

20           EXPIRES:  10-23-11

21

22

23

24

25
```

```
 1                    CERTIFICATE OF REPORTER
 2    STATE OF FLORIDA
 3    COUNTY OF POLK
 4            I, Susan D. Wasilewski, Registered Professional
 5    Reporter, Certified Realtime Reporter, Certified CART
 6    Provider, Certified Manager of Reporting Services, and
 7    Florida Professional Reporter, do hereby certify that I
 8    was authorized to and did stenographically report the
 9    examination of the witness named herein; that a review
10    of the transcript was requested; and that the foregoing
11    transcript is a true record of my stenographic notes.
12            I FURTHER CERTIFY that I am not a relative,
13    employee, or attorney, or counsel for any of the
14    parties, nor am I a relative or employee of any of the
15    parties' attorney or counsel connected with the action,
16    nor am I financially interested in the outcome of this
17    action.
18            DATED THIS _____ at Lakeland, Polk
19    County, Florida.
20
21    _____
         SUSAN D. WASILEWSKI, RPR, CRR, CCP, CMRS, FPR
22
23
24
25
```