Translation of BNBMPLC-E-0029161

(in native format)

Statistical Spreadsheet of Gypsum Boards Exported to the U.S. in the Year 2006 by the International Business Department

| Contract Number | Explanation | Port of Destination | Client Name | Contract Amount (US dollars) | Product Specifications | Quantity (pieces) | Quantity (Square Meters) | Date Contract Signed | Date of Shipment | Number of Verification Form |
|---|---|---|---|---|---|---|---|---|---|---|
| NO:50614 | Did not sign contract, executed according to Letter of Credit | EVERGLADES, FL, USA | TRIORIENT TRADING INC | 1,778,013.60 | 12.7 Normal | 192,987 | 861,725.55 | 5/3/2006 | 6/5/2006 | 042912965 042912900 |
| | | | | | 15.9 Fireproof | 99,528 | 444,412.43 | | | |
| NO:50590 | | PALM BEACH, FL, USA | TRIORIENT TRADING INC | 1,184,832.00 | 12.7 Normal | 215,424 | 961,911.24 | 4/1/2006 | 4/21/2006 | 042894003 |
| E-GB060505 | Two batches of goods directly exported to the U.S. under the exclusive contract, and the place of | TAMPA, FLORIDA, USA | DAVIS CONSTRUCTION SUPPLY, LLC | 1,127,406.00 | 12.7 Normal | 102,176 | 456,236.28 | 3/12/2006 | 6/15/2006 | 042922007 042912963 042912964 042922006 |
| | | | | | 15.9 Fireproof | 155,272 | 693,320.53 | | | |

EXHIBIT 39

B: 7/8/15-7/11/15
Exhibit 138

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| E-200654 | arbitration is Hong Kong according to the agreement | TAMPA, FLORIDA, USA | DAVIS CONSTRUCTION SUPPLY, LLC | 819,254.00 | 15.9 Fireproof | 119,704 | 534,502.30 | 3/12/2006 | 7/28/2006 | 042936325 |
| E-GB26024 | The place of arbitration is China | LA, USA | GREAT WESTERN BUILDING MATERIALS | 502,396.62 | 12.7 Normal | 58,800 | 262,553.76 | 11/1/2005 | 3/1/2006 | 033722620 |
| E-GB051118 | BNBM Group as the export agency; arbitration institution: Chinese or American foreign trading arbitration committee | Tampa, Florida Port, or Gulf of Mexico ports | EAC&SON'S CORP | 2,345,018.00 | 15.9 Fireproof | 199,567 | 891,106.57 | 11/18/2005 | 1/1/2006 | 033701577 |
| WN6350 | BNBM Group as the export agency, and the place of arbitration undetermined | MANATEE, FLORIDA, USA | WOOD NATION INC | 2,040,541.00 | 12.7 Normal | 190,400 | 850,174.08 | 11/16/2005 | 2/1/2006 | 033695880 |
| | | | | | 15.9 Fireproof | 49,972 | 223,134.97 | | | |

| E-GB25190 | BNBM Group as the export agency, and the place of arbitration is China | LA, USA OR LONG BEACH, USA | BAOAN INTERNATIONAL INVESTMENT CO., LTD | 431,827.20 | 12.7 Normal | 51,408 | 229,547.00 | 12/1/2005 | 1/22/2006 | 033695865 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sum | | | | 10,229,288.42 | 12.7 Normal | 811,195.00 | 3,622,147.91 | | | |
| | | | | | 15.9 Anti-Fire | 624,043.00 | 2,786,476.80 | | | |