

# Beijing New Building Materials Public Limited Company (BNBMPLC)

# Annual Report 2009



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 23, 2010**

EXHIBIT 52

BNBMPLC0001229

# Section VI Corporate Governance Structure

Since its listing, the Company abides by Company Law, Securities Law and relevant regulations issued by China Securities Regulatory Commission strictly, improves corporate governance structure and normalizes business operation incessantly. It strengthened the responsibility sense of information disclosure, established and improved an internal control system, improved the transparency of the company's operations and gave full play to the supervisory role of independent directors and audit committee to essentially raise the overall level of corporate governance in form. At present, its actual performance in terms of corporate governance complies with the requirements set forth in relevant documents of the China Securities Regulatory Commission.

**I. Self-check and Reorganization for Management of Shares Held by the Directors, Supervisors and Senior Executives of Listed Companies and the Changes Thereof 2009**

During the reporting period, according to the Notice on Carrying Out Self-check and Reorganization for Management of Shares Held by the Directors, Supervisors and Senior Executives of Listed Companies and the Changes Thereof in the Jurisdiction of Beijing" (JZGSF [2009] No.94) issued by Beijing Securities Regulatory Bureau, the Board of Directors of hte Company attaches great importance to, made a careful plan for and duly organized and carried out the abovementioned self-check and reorganization work.

Through self-check, the Company formulated the Management System of Shares Held by the Directors, Supervisors and Senior Executives of Listed Companies and the Changes Thereof, which was reviewed and passed on the 33rd Interim Meeting of the 3rd Board of Directors of the Company. Currently, the system has been fully and effectively implemented. All directors, supervisors and senior executives of the Company trading shares of the Company strictly according to the provisions of the system. No illegal activities are found.

In addition, during the self-check and reorganization work, the Company organized all directors, supervisors and senior executives to carefully study the relevant documents, completed the Report on Carrying Out Self-check and Reorganization for Management of Shares Held by the Directors, Supervisors and Senior Executives of Listed Companies and the Changes Thereof and submitted to Beijing Securities Regulatory Bureau.

**II. The proper establishment of related systems of independent directors and their performance**

(I) The proper establishment of related systems of independent directors According to relevant provisions of various laws and regulations including Guiding Opinions on Establishing the Independent Director System in Listed Companies and Code of Corporate Governance for Listed Companies, etc. issued by China Securities Regulatory Commission and normative documents including the Articles of Association, the Independent Directors System and Annual Report System of Independent Directors" and other related systems were formulated and has been strictly implemented effectively.

(II) Duty performance by independent directors

1. Independent directors to attend board meetings

| Names of independent directors | Number of board meetings that should be attended this year | Attend in person (times) | Attend by delegate (times) | Absence (times) |
|---|---|---|---|---|
| Xu Jingchang | 9 | 8 | 1 | 0 |
| Qin Qinghua | 9 | 9 | 0 | 0 |
| Zheng Jiayun | 9 | 9 | 0 | 0 |

2. During the reporting period, the independent directors have not raised objections on the motions discussed in previous board meetings and related matters.

3. The Company now has three independent directors who account for one third of the Company's total number of directors. They are the members of the following committees: strategic, auditing, nomination, salary and assessment. They are the majorities in the auditing, nomination, salary and assessment committees and serve as the chairman of the committee. During the reporting period, according to Independent Directors System developed by the Company, three independent directors duly excised their duties, voted on the resolution of the Board of Directors of the

Company in 2009, expressed a prior approval and independent opinion for daily connected transactions occurred in the Company and expressed independent opinions for external guarantees, nomination of directors and appointment of senior executives in the Company.

**III. Separation of the Company and the controlling shareholder in operations, personnel, assets, organization and finance**

1. Operational independence. The Company is an independent and complete business entity in its own right and is capable of operating independently. The controlling shareholder and any subordinate entity thereof are not engaged in business activities that are the same as or similar to those of the Company.

2. About personnel separation. The Company's personnel are independent of the controlling shareholder. None of the senior executives including the General Manager, the Deputy General Manager, the Chief Financial Officer and the secretary of the Board of Directors hold any position in the controlling shareholder; the controlling shareholder's senior executives who serve concurrently as the Company's directors have enough time and energy to work for the Company; The Company is completely separated from the controlling shareholder in labor, personnel and payroll management and manages its personnel independently.

3. Integrity of assets. The Company's assets are independent and complete. There is a clear line of demarcation between the Company and the controlling shareholder in terms of industrial property and non-patented technology; the Company is completely separated from the controlling shareholder and operates independently in production, supply and marketing.

4. Organizational independence. The Board of Directors, Supervisory Committee and other internal departments of the Company functioned independently; there was no subordinate relationship between the controlling shareholders as well as their functional departments and listed company and its functional departments.

5. Financial separation. The Company is completely financially independent and completely separated from the controlling shareholder, has its own independent finance department, independent financial accounting system and independent financial management system and has established a strict financial management system for its subsidiaries; the Company has set up a separate bank account and does not share a bank account with the controlling shareholder; the Company pays taxes independently according to law.

**IV. Establishment of the Company's internal control system and improvement therein**

In order to better comply with laws, regulations, rules and other relevant regulations of the State, improve the effectiveness and efficiency of the Company's operations, ensure the safety of the Company's assets and ensure the timeliness, truthfulness, accuracy and completeness of information disclosure by the Company. The Company established an internal control system upon its establishment according to its operational characteristics and the environment it operated in, and has been making improvements to the system in the process of implementing it. The Company has established an internal organizational structure that meets the requirements for modern enterprise systems and developed scientific decision-making, implementation and monitoring mechanisms. The Company's internal control system has been fully and effectively implemented to ensure the safety and integrity of the Company's assets, the truthfulness, accuracy, completeness and fairness of information disclosure and the coordinated, orderly and efficient carrying out of operating and management activities.

During the reporting period, according to the latest requirements of Decisions on Amending Some Provisions on Cash Dividends by Listed Companies by the China Securities Regulatory Commission and the actual situation of the Company, the Company amended its Articles of Association to ensure that the Company's important systems, laws, regulations and rules are consistent with its actual situation, to provides a system guarantee for further establishing and perfecting a scientific, standardized and efficient corporate governance structure.

In March 2010, according to the Announcement Regarding Good Practice of Annual Report 2009 and the Related Work of the Listed Companies issued by the China Securities Regulatory Commission, Management System for the Persons Who Have Knowledge of Insider Information by Listed Companies and Management System for Information Reporting to Outside and Use was developed by the Company and reviewed and passed on the 5th Meeting of the 4th Board of

Directors, to further standardize the Company's management practices of insider information and strengthen the management of confidentiality of insider information and external persons using the information.

In accordance with the applicable laws and regulations and normative documents of China Securities Regulatory Commission and other regulatory authorities, the Company conducted the self-inspection and evaluation over the effectiveness of internal control, control activities to which much attention has been paid, etc., and developed the Self-evaluation Report on Internal Control, for which the audit opinions were issued by Beijing Xinghua Certified Public Accountants Co., Ltd. Please refer to the Self-evaluation Report on Internal Control and Audit Opinions on Self-evaluation Report on Internal Control published on CNINFO (www.cninfo.com.cn) dated March 25, 2010.

**V. Establishment of an accountability system regarding major errors in the information disclosure of annual reports**

according to the requirements of relevant documents such as Announcement Regarding Good Practice of Annual Report 2009 and the Related Work of the Listed Companies (ZJH[2009] No.34) issued by the China Securities Regulatory Commission and Notice Regarding Good Practice of Annual Report 2009 and the Related Work of the Listed Companies (JZGSF[2010] No.7) in the Jurisdiction of Beijing issued by Beijing Securities Regulatory Bureau, the Accountability System Regarding Major Errors in the Information Disclosure of Annual Reports was developed by the Company and reviewed and passed on the 5th Meeting of the 4th Board of Directors.

**VI. Assessment and evaluation of senior executivess**

Senior executivess of the Company are assessed in accordance with the Company Law, the Articles of Association, the Work Rules for the Salary and Assessment Committee and other relevant rules.

In respect of assessment, the Company implemented the annual work report and assessment rules for senior executives, determined the comprehensive indicators or management responsibilities of each senior executive member according to the annual operating objectives of the Company at the beginning of each year, and assessed senior executives based on their work reporting at the end of each year.

BNBMPLC0001247

# Section VII Brief Introduction to the Shareholders' Meetings

## I. Annual Shareholders' Meeting

| Times of meetings | Convening date | Newspapers for information disclosure where the resolutions of the meeting are published | Disclosure date |
|---|---|---|---|
| Shareholders' Meeting 2008 | April 9, 2009 | China Securities Journal, Securities Times, Shanghai Securities News, Securities Daily | April 10, 2009 |

## II. EGM (extraordinary general meeting)

| Times of meetings | Convening date | Newspapers for information disclosure where the resolutions of the meeting are published | Disclosure date |
|---|---|---|---|
| The 1st interim shareholders' meeting for 2009 | May 20, 2009 | China Securities Journal, Securities Times, Shanghai Securities News, Securities Daily | May 21, 2009 |
| The 2nd interim shareholders' meeting for 2009 | September 18, 2009 | | September 19, 2009 |

19

BNBMPLC0001248

| | | | | | in total assets |
|---|---|---|---|---|---|
| Financial assets held for trading | 0.00 | 0.00% | 0.00 | 0.00% | 0.00% |
| Receivables | 303,878,913.01 | 5.07% | 324,244,824.60 | 6.48% | -1.41% |
| Inventories | 681,343,251.09 | 11.37% | 524,948,381.68 | 10.49% | 0.88% |
| Long-term equity investment | 211,840,861.51 | 3.53% | 250,489,106.48 | 5.00% | -1.47% |
| Fixed assets | 2,768,163,875.98 | 46.18% | 2,283,247,602.99 | 45.61% | 0.57% |
| Construction in progress | 529,623,446.42 | 8.84% | 577,385,155.25 | 11.53% | -2.69% |
| Short-term borrowings | 1,383,860,000.00 | 23.09% | 1,385,160,000.00 | 27.67% | -4.58% |
| Long-term borrowings | 358,320,000.00 | 5.98% | 390,960,000.00 | 7.81% | -1.83% |
| Gross value of assets | 5,993,660,962.46 | 100.00% | 5,006,307,558.46 | 100.00% | 0.00% |

(VI) The changes of company's financial data such as sales expenses, administration expenses, financial costs and income tax

Unit: RMB yuan

| Item | 2009 | 2008 | Increase/decrease rate |
|---|---|---|---|
| Selling expenses | 191,298,796.37 | 155,120,826.79 | 23.32% |
| Management expenses | 193,277,995.24 | 160,346,759.15 | 20.54% |
| Financial expenses | 71,552,860.83 | 66,963,240.04 | 6.85% |
| Gains from changes in fair value | 0.00 | 0.00 | 0.00% |
| Income tax | 79,758,858.81 | 30,445,464.04 | 161.97% |

Main reasons for growth of income tax expenses of the Company incurred in the current period compared with the previous period: as the business scale of the Company's current principle products (gypsum board) was expanded, with profitability improved, the Company's current corporate income tax payable increased.

(VII) Composition of cash flow generated by operating activities, investment activities and fundraising activities of the company during reporting period

Unit: RMB yuan

| Item | 2009 | 2008 | Increase/decrease rate |
|---|---|---|---|
| Net cash flows from operating activities | 785,377,422.17 | 304,524,283.36 | 157.90% |
| Net cash flows from investing activities | -724,196,569.69 | -426,794,760.54 | -69.68% |
| Net cash flows from financing activities | 129,569,552.32 | 29,148,718.77 | 344.51% |

Main reasons for the growth of the net cash flow from operating activities: the Company expanded its sales volume, increased revenue from principal operations resulted in the substantial increase of cash received from the sale of goods; at the same time, the proportion of cash payments when buying goods decreased because the Company has increased payments with bankers' acceptance bill during the procurement chain.

Main reasons for decline of net cash flow from investment activities: first, the cash Company paid this year for purchasing fixed assets, intangible assets and other long-term assets increased compared with the previous year; and second, the cash received from the investment activities in the same period of last year included the cash flow incurred from selling 80% equity interest in its controlling subsidiary, CNBM Investment Company Limited.

Main reasons for increase of net cash flow from financing activities: the company expanded its business scale so the capital demands increased, resulting in increase of the Company's borrowings; at the same time, the capital from the minority shareholders' investment increased.

(VIII) Business Situation and Performance Analysis of Principal Wholly-owned Subsidiaries of the Company

At the end of reporting period, the business condition and performance of major wholly-owned, holding companies of the company are as follows:

1. Taishan Gypsum Co., Ltd.

The company's registered capital was RMB155.625mn. The company holds 65% of the shares, mainly engaged in research and development, production and sale of plasterboard. At the end of the reporting period, its total assets stood at RMB2,518.5041mn and its net assets stood at

BNBMPLC0001255

RMB1,001.2511mn; during the period, it earned an operating income of RMB2,105.8137mn and a net profit of RMB363.846mn.

2. BNBM Taicang Building Materials Co., Ltd.

The Company holds 100% interests in its registered capital of RMB60mn. It is mainly engaged in production, processing and sales of gypsum plasterboard. At the end of the reporting period, its total assets stood at RMB206.7814mn and its net assets stood at RMB70.2733mn; during the period, it earned an operating income of RMB56.9028mn and a net profit of RMB11.1696mn.

3. BNBM Ningbo Building Materials Co., Ltd.

The Company holds 100% interests in its registered capital of RMB15mn. It is mainly engaged in production, processing and sales of gypsum plasterboard. At the end of the reporting period, its total assets stood at RMB155.5179mn and its net assets stood at RMB30.4313mn; during the period, it earned an operating income of RMB30.4313mn and a net profit of RMB15.6076mn.

4. Suzhou BNBM Co., Ltd.

The Company has a registered capital of RMB80mn and has 100% of its shares held by the Company. It is principally engaged in the production and sale of GRC exterior wall insulation decorative boards, light gage steel joists and fiber-reinforced cement tiles and related after-sales service. At the end of the reporting period, its total assets stood at RMB200.138mn and its net assets stood at RMB88.4484mn; during the period, it earned an operating income of RMB55.5148mn and a net profit of RMB1.347mn.

**II. Prospect on company's future development**

(I) Development trend of company's industry and market competition pattern faced by the company

1. Analysis of development trend of the industry

(1) Energy saving, emission reduction and a low-carbon economy underpin the future development of the building materials industry.

The close of the Copenhagen conference marks the beginning of the era where carbon emission is under strict control. Upon arrival of a low- carbon economy, the building materials industry will also enter a low- carbon era. Energy saving by means of building materials serves as an effective means to saving energy and reducing emission. China's energy consumption for construction accounts for 25% to 30% of that of the entire society, implying that China consumes much energy in this area. Besides, the low energy saving standards for constructions in China and the inadequate enforcement in this regard indicate that there is huge potential in energy conservation in the future. Energy consumption in the process of the use of constructions is the major source of energy consumption for constructions, while it is the wall materials that primarily define the energy consumption during the application process. When compared with developed countries, the proportion of the use of new-model wall materials in China is currently at an extremely low level, resulting in the great deviation in construction energy consumption between China and developed countries. Nevertheless, China introduced key emission reduction targets within 24 hours after the US announced its emission reduction targets for 2020. This implies that the development of the building materials industry will focus on saving energy and reducing emission in 2010. During its future development, the industry will head towards the production of low-carbon building materials.

(2) The introduction of building materials to rural areas will bolster the rapid development of the building materials industry

As proposed in the central government's "No.1 document" for 2010, the State will "tap the rapid growth of the construction of rural buildings and the abundant supply of building materials for the time being, so as to support the construction of rural buildings and take this as an important measure to boost domestic consumption; adopt effective measures to promote the introduction of building materials to rural areas; encourage qualified areas to provide various forms of support to the construction of self-occupied residences in rural areas in compliance with relevant laws and regulations; and enhance the planning of villages and towns by urging farmers to construct safe, energy-saving and environmentally friendly residences that feature local colors, ethnic characteristics and traditional styles." The proposed introduction of building materials to rural areas will help building materials enterprises to better understand and therefore explore the rural market. This will in turn boost the rapid development of the building materials industry.

BNBMPLC0001256