Confidential - Subject to Further Confidentiality Review

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
------------------------------ )    ----------------
                               )
IN RE:  CHINESE-MANUFACTURED   )    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY     )    SECTION:  L
LITIGATION                     )
                               )    JUDGE FALLON
THIS DOCUMENT APPLIES TO       )
ALL CASES                      )    MAG. JUDGE
                               )    WILKINSON
------------------------------ )    ----------------
```

CONFIDENTIAL
SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

The videotaped deposition of BRIAN A. BOYLE, as 30(b)(6) representative of STEPAN COMPANY, called by the Plaintiffs for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before CORINNE T. MARUT, C.S.R. No. 84-1968, Registered Professional Reporter and a Certified Shorthand Reporter of the State of Illinois, at the offices of Barnes & Thornburg LLP, Suite 3300, One East Wacker Drive, Chicago, Illinois, on September 4, 2015, commencing at 10:05 a.m.

Golkow Technologies, Inc. - 1.877.370.DEPS

EXHIBIT 59

Confidential - Subject to Further Confidentiality Review

Page 2

```
 1    APPEARANCES:
 2     ON BEHALF OF THE PLAINTIFFS' STEERING COMMITTEE:
 3         IRPINO LAW FIRM
           2216 Magazine Street
 4         New Orleans, Louisiana  70130
           504-525-1500
 5         BY:  ANTHONY IRPINO, ESQUIRE
                airpino@irpinolaw.com
 6
 7         LEVIN FISHBEIN SEDRAN & BERMAN
           510 Walnut Street, Suite 500
 8         Philadelphia, Pennsylvania  19106
           215-592-1500
 9         BY:  MATTHEW C. GAUGHAN, ESQUIRE
                mgaughan@lfsblaw.com
10
11     FOR STEPAN COMPANY AND THE DEPONENT:
12         BARNES & THORNBURG LLP
           One North Wacker Drive, Suite 4400
13         Chicago, Illinois  60606-2833
           312-357-1313
14         BY:  BRIAN W. LEWIS, ESQUIRE
                brian.lewis@btlaw.com
15
16         THE STEPAN COMPANY
           22 West Frontage Road
17         Northfield, Illinois  60093
           847-446-7500
18         BY:  KAMEL E. ARANKI, ESQUIRE
                karanki@stepan.com
19
20     FOR DEFENDANT TAISHAN GYPSUM COMPANY:
           (via telephonic communication)
21
           ALSTON & BIRD, LLP
22         1201 West Peachtree Street, N.E.
           Atlanta, Georgia  30309-3424
23         404-881-4732
           BY:  JOSHUA L. BECKER, ESQUIRE
24              josh.becker@alston.com
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 3

```
 1    APPEARANCES (Continued):
 2      FOR DEFENDANTS BNBM PLC AND BNBM GROUP:
 3          DENTONS US LLP
             233 South Wacker drive, Suite 7800
 4           Chicago, Illinois  60606-6306
             312-876-7456
 5          BY:   LEAH R. BRUNO, ESQUIRE
                  leah.bruno@dentons.com
 6
 7      ON BEHALF OF DEFENDANTS CNBM GROUP AND
        CNBM COMPANY:
 8
             GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLC
 9           201 St. Charles Avenue, 40th Floor
             New Orleans, Louisiana  70170-4000
10           504-582-1111
             BY:   ALEX B. ROTHENBERG, ESQUIRE
11                 arothenberg@gordonarata.com
12
13
14
15   VIDEOTAPED BY:   TERRY KUPPERMAN
16
17   REPORTED BY:   CORINNE T. MARUT, C.S.R. No. 84-1968
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

Page 7

1          THE VIDEOGRAPHER:  We are now on the record.
2              My name is Terry Kupperman.  I am a
3    videographer for Golkow Technologies.
4              Today's date is September 4, 2015, and
5    the time is 10:05 a.m.
6              This video deposition is being held in
7    Chicago, Illinois in the matter of
8    Chinese-Manufactured Drywall Products Liability
9    Litigation, for the United States District Court,
10   Eastern District of Louisiana.
11             The deponent is Brian A. Boyle.
12             Will counsel please identify yourselves
13   for the record.
14       MR. IRPINO:  Anthony Irpino on behalf of the
15   Plaintiffs' Steering Committee.
16       MR. GAUGHAN:  Matthew Gaughan also on behalf
17   of the Plaintiffs' Steering Committee.
18       MR. ROTHENBERG:  Alex Rothenberg on behalf of
19   CNBM Group and Company.
20       MS. BRUNO:  Leah Bruno on behalf of BNBM PLC
21   and BNBM Group.
22       MR. ARANKI:  Kamel Aranki on behalf of Stepan
23   Company.
24       MR. LEWIS:  Brian Lewis on behalf of Stepan

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 213

```
 1    the lab test before July 4.  BNBM acquired Taishan
 2    Gypsum but Taishan Gypsum still runs independently
 3    on production and technical work for 27 lines.
 4    BNBM runs 12 lines.  We need to promote in Taishan
 5    Gypsum as another account."
 6              Did I read that correctly?
 7        A.    Yes.
 8        Q.    Stepan treated Taishan and BNBM as two
 9    separate entities and two separate accounts, is
10    that correct?
11        A.    That's correct.
12        Q.    You generated separate customer visit
13    reports for the two companies?
14        A.    Yes.
15        Q.    And separate call reports?
16        A.    Yes.
17        Q.    And you negotiated with them on business
18    terms separately from one another?
19        A.    Correct.
20        Q.    And you entered into an NDA with BNBM
21    but not Taishan, correct?
22        A.    Correct.
23        Q.    You understood at all times that these
24    were two separate business entities?
```

Confidential - Subject to Further Confidentiality Review

Page 214

```
 1       A.    Yes.
 2       MR. IRPINO:  I'm going to hand you another
 3   document, and I guess we'll mark it Stepan 20.
 4       MS. BRUNO:  I only have two documents, two
 5   copies.  Thank you.
 6                  (WHEREUPON, a certain document was
 7                   marked for identification as Stepan
 8                   Exhibit No. 20:  E-mail string;
 9                   Bates Nos. CONFIDENTIAL_STP_004081
10                   - STP-004083.)
11   BY MS. BRUNO:
12       Q.    I will give you a chance to look at it
13   and put some information in for the record while
14   you're looking.
15            We have marked this as Stepan
16   Exhibit 20.  It's Bates numbered STP_004081 to
17   STP_004082 -- oh, 4083.  I'm sorry.
18            And do you understand what these
19   documents are, Mr. Boyle?
20       A.    Yes.
21       Q.    How would you describe what these
22   documents are?  Are these a series of e-mails from
23   the Stepan business files?
24       A.    Correct.
```

Confidential - Subject to Further Confidentiality Review

Page 215

1  Q. Counsel for the PSC asked you a series
2  of questions about other e-mails that we have
3  discussed today with respect to when they were
4  created, how they were created and whether they
5  came from the business files of Stepan.
6     Would your answers be the same with
7  respect to Stepan Exhibit No. 20 as with the other
8  e-mails we have discussed?
9  A. Yes.
10  MS. BRUNO: Counsel, would you -- counsel for
11  Stepan, would you stipulate that this is a business
12  record of the company?
13  MR. LEWIS: Stepan stipulates that Exhibit 20
14  is an authentic business record.
15  BY MS. BRUNO:
16  Q. And you understand, Mr. Boyle, that the
17  person who drafted this e-mail had knowledge of the
18  facts contained within it?
19  A. Yes.
20  Q. I'm going to refer your attention to the
21  middle of the page after No. 2 and the second
22  paragraph in No. 2. I'm going to read from the
23  document.
24     "The relationship of Taishan and BNBM is

Confidential - Subject to Further Confidentiality Review

Page 216

1   that BNBM controls Taishan's share holding but two
2   company runs separately.  They are competitors in
3   the market.  Taishan knows nothing about BNBM and
4   PABCO's cooperation."
5           Did I read that correctly?
6       A.  Yes.
7       Q.  Was that Stepan's understanding that the
8   two companies were in fact competitors within the
9   market?
10      A.  Yes.
11          MS. BRUNO:  That's all the questions I have
12  for this witness at this time.
13          MR. IRPINO:  Taishan, do you have any
14  questions?
15          MR. BECKER:  No questions for Taishan.
16          MR. IRPINO:  Okay.
17                  FURTHER EXAMINATION
18  BY MR. IRPINO:
19      Q.  You were just shown Exhibit 20, which is
20  STP_Bates No. 4081 to 4083, and you recall there
21  was talk about the relationship between BNBM and
22  Taishan?
23      A.  Yes.
24      Q.  Okay.  The information within this

1

     I, CORINNE T. MARUT, C.S.R. No. 84-1968,
2 Registered Professional Reporter and Certified Shorthand Reporter, do hereby certify:

3      That previous to the commencement of the examination of the witness, the witness was duly
4 sworn to testify the whole truth concerning the matters herein;

5      That the foregoing deposition transcript was reported stenographically by me, was thereafter
6 reduced to typewriting under my personal direction and constitutes a true record of the testimony
7 given and the proceedings had;

     That the said deposition was taken
8 before me at the time and place specified;

     That the reading and signing by the
9 witness of the deposition transcript was agreed upon as stated herein;

10      That I am not a relative or employee or attorney or counsel, nor a relative or employee of
11 such attorney or counsel for any of the parties hereto, nor interested directly or indirectly in
12 the outcome of this action.

     It was requested before completion of
13 the deposition that the witness, BRIAN A. BOYLE, have the opportunity to read and sign the
14 deposition transcript.

15

     _____
16      CORINNE T. MARUT, Certified Reporter
17

     (The foregoing certification of this
18 transcript does not apply to any reproduction of the same by any means, unless under
19 the direct control and/or supervision of the certifying reporter.)

20

21

22

23

24