Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:                          )   MDL NO. 2047
CHINESE-MANUFACTURED            )
DRYWALL PRODUCTS                )   SECTION: L
LIABILITY LITIGATION            )
                                )   JUDGE FALLON
THIS DOCUMENT APPLIES TO        )
ALL CASES                       )   MAG. JUDGE WILKINSON
                                )
                                )
```

CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

- - - -

PERSON MOST KNOWLEDGEABLE

VIDEOTAPED DEPOSITION OF EMIL KOPILOVICH

Held at the Law Offices of

Wagner, Kirkman, Blaine, Klomparens & Youmans

10640 Mather Boulevard, Mather, California

Wednesday, August 19, 2015, 10:19 a.m.

- - - -

**EXHIBIT 60**

REPORTED BY:   ELAINA BULDA-JONES, CSR #11720

Confidential - Subject to Further Confidentiality Review

Page 2

```
 1                    APPEARANCES
 2
 3    For the Plaintiffs' Steering Committee:
 4         Levin Fishbein Sedran & Berman
           510 Walnut Street, Suite 500
 5         Philadelphia, Pennsylvania 19106
           BY:  MATTHEW C. GAUGHAN, ESQ.
 6         215.592.1500
           Mgaughan@lfsblaw.com
 7
           Irpino Law Firm
 8         2216 Magazine Street
           New Orleans, Louisiana 70130
 9         BY:  ANTHONY IRPINO, ESQ.
           504.525.1500
10         Airpino@irpinolaw.com
11
12    For PABCO and the witness:
13         Wagner Kirkman Blaine Klomparens &
               Youmans, LLP
14         10640 Mather Boulevard, Suite 200
           Mather, California 95665
15         BY:  CARL BLAINE, ESQ.
           916.920.5286
16         Cblaine@wkblaw.com
17         Pacific Coast Companies
           10600 White Rock Road
18         Suite 100, Building B
           Rancho Cordova, California 95670
19         BY:  DANIEL S. YANAGIHARA, JR., ESQ.
           916.631.6500
20         Daniel.yanagihara@paccoast.com
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

Page 3

```
 1    For the Defendants Taishan Gypsum Company:
 2          Alston & Bird, LLP
            1201 West Peachtree Street, N.E.
 3          Atlanta, Georgia 30309-3424
            BY:  MACKENZIE HELLER, ESQ.
 4          (Present telephonically)
            404.881.4828
 5          Mackenzie.heller@alston.com
 6
 7    For the Defendants BNBM:
 8          Dentons US, LLP
            1301 K Street, NW
 9          Suite 600, East Tower
            Washington, DC 20005-3364 USA
10          BY:  DREW W. MARROCCO, ESQ.
            202.408.6387
11          Drew.marrocco@dentons.com
12
13    For the Defendants CNBM:
14          Orrick, Herrington & Sutcliffe, LLP
            400 Capitol Mall, Suite 3000
15          Sacramento, California 95814-4497
            BY:  NICHOLAS J. HORTON, ESQ.
16          916.329.4906
            Nhorton@orrick.com
17
18
19    Also present:
20          Steven Cathy, videographer
21
22
23
24
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 4

1                INDEX OF EXAMINATIONS
2
3  EXAMINATIONS                                      PAGE
4    MR. IRPINO                                         6
5    MR. MARROCCO                                      85
6    MR. IRPINO                                        89
7    MR. MARROCCO                                      89
8
9
10
11                 INDEX OF EXHIBITS
12     NO.             DESCRIPTION              PAGE
13  Exhibit 1    Notice of Expedited Oral and      9
                Videotaped Deposition Pursuant
14              to the Court's Directive
                During the March 17, 2015
15              Special Hearing and Minute
                Entry and Order (REC.DOC.
16              184931)
17  Exhibit 2    Documents produced at the         16
                deposition, PABCO 0001 through
18              PABCO 0046
19
20
21
22
23
24
25

Confidential - Subject to Further Confidentiality Review

Page 5

 1        THE VIDEOGRAPHER:  We are now on the
 2   record.  My name is Steven Cathy.  I'm a
 3   videographer for Golkow Technologies.  Today's date
 4   is August 19th, 2015, and the time is 10:19 a.m.
 5        This video deposition is being held in
 6   Mather, California in the matter of in Re: Chinese
 7   Drywall, for the United States District Court,
 8   Eastern District of Louisiana.
 9        The deponent is Emil Kopilovich, person
10   most knowledgeable from PABCO Building Products,
11   LLC.
12        Would counsel please identify yourselves?
13        MR. IRPINO:  Yes.  Anthony Irpino of the
14   Irpino Law Firm representing the Plaintiffs'
15   Steering Committee.
16        MR. GAUGHAN:  And Matthew Gaughan of
17   Levin, Fishbein, Sedran & Berman also representing
18   the Plaintiffs' Steering Committee.
19        MR. MARROCCO:  Drew Marrocco from Dentons
20   representing BNBM PLC and BNBM Group.
21        MR. HORTON:  Nick Horton from Orrick,
22   Herrington & Sutcliffe on behalf of CNBM Group and
23   CNBM Company.
24        MR. YANAGIHARA:  Daniel Yanagihara, I'm
25   general counsel for PABCO Building Products.

Confidential - Subject to Further Confidentiality Review

Page 6

1   MR. BLAINE:  Carl Blaine, outside counsel
2   for PABCO LLC.
3   THE VIDEOGRAPHER:  The court reporter is
4   Elaina Bulda-Jones and will now swear in the
5   witness.
6   EMIL KOPILOVICH,
7   called as a witness by the Plaintiffs herein, being
8   first duly sworn by the Certified Shorthand Reporter
9   was thereupon examined and testified as is
10  hereinafter set forth.
11                      EXAMINATION
12  BY MR. IRPINO:
13      Q.   Sir, could you please state your full name
14  for the record?
15      A.   Emil Kopilovich.
16      Q.   Okay.  And what is your current address?
17      A.   3617 Fledgling Drive, North Las Vegas,
18  Nevada.
19      Q.   Okay.  Is it okay if I call you Emil or do
20  you prefer Mr. Kopilovich?
21      A.   Emil is fine.
22      Q.   I worry about mispronouncing your last
23  name, that's why.
24      A.   You pronounced it very well.
25      Q.   Okay.  Have you ever given a deposition

Confidential - Subject to Further Confidentiality Review

Page 88

1    A.    Yes.
2    Q.    I don't want to belabor this because I
3    think it's pretty clear on the record but the form
4    agreement that you sent over to BNBM, I think your
5    testimony is that you basically just took a prior
6    agreement that you had, removed the name of the
7    company that was in there previously, and put in
8    BNBM PLC.
9          Is that basically the extent of what you
10   did?
11   A.    That is exactly correct.
12   Q.    Okay.  So nothing in that agreement
13   reflects any input from BNBM of any kind?
14   A.    No.
15   Q.    And then lastly, you -- you mentioned
16   earlier that you had an understanding that BNBM had
17   some ownership interest in Taishan, but that your
18   understanding at least from your meeting with BNBM
19   was that BNBM and Taishan were separately managed
20   and operated companies; is that correct?
21         MR. IRPINO:  Object to form.
22         THE WITNESS:  That is what was stated to
23   us.
24   BY MR. MARROCCO:
25   Q.    That was your understanding based on your

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 89

1    meeting?
2        A.   That's correct.
3        Q.   Okay.  That's all the questions I have.
4    Thank you for your time.
5             MR. HORTON:  No questions.
6                     EXAMINATION
7    BY MR. IRPINO:
8        Q.   Just to be clear, the last thing you said,
9    did you learn about that in terms of whatever BNBM
10   represented to you about the relationship with
11   Taishan, did you learn about that solely from
12   whatever they told you?
13       A.   Yes.
14       Q.   So it's not something you researched and
15   found out on your own?
16       A.   No.
17       Q.   It's just whatever BNBM representatives
18   claimed or told you?
19       A.   That is correct.
20       Q.   Okay.
21            MR. IRPINO:  No further questions.
22            MR. MARROCCO:  Last follow up to clarify.
23                    EXAMINATION
24   BY MR. MARROCCO:
25       Q.   You did no research on BNBM or Taishan at

Confidential - Subject to Further Confidentiality Review

Page 91

```
 1   STATE OF CALIFORNIA  )
 2   COUNTY OF YOLO       )
 3         I, ELAINA BULDA-JONES, a Certified Shorthand
 4   Reporter of the State of California, duly authorized
 5   to administer oaths pursuant to Section 2025 of the
 6   California Code of Civil Procedure, do hereby
 7   certify that
 8                    EMIL KOPILOVICH,
 9   the witness in the foregoing deposition, was by me
10   duly sworn to testify the truth, the whole truth and
11   nothing but the truth in the within-entitled cause;
12   that said testimony of said witness was reported by
13   me, a disinterested person, and was thereafter
14   transcribed under my direction into typewriting and
15   is a true and correct transcription of said
16   proceedings.
17         I further certify that I am not of counsel or
18   attorney for either or any of the parties in the
19   foregoing deposition and caption named, nor in any
20   way interested in the outcome of the cause named in
21   said deposition dated the  _____ day of
22   _____, 2015.
23
24
25   ELAINA BULDA-JONES, RPR, CSR 11720
```