UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| | § MDL NO. 2047 |
| IN RE: | § |
| CHINESE- | § SECTION: L |
| MANUFACTURED | § |
| DRYWALL PRODUCTS | § JUDGE FALLON |
| LIABILITY | § |
| LITIGATION | § MAGISTRATE |
| | § JUDGE WILKINSON |

----------------------------------------

CROSS-NOTICED IN VARIOUS OTHER ACTIONS

----------------------------------------

DEPOSITION OF WOOD NATION, INC., PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) - RICHARD L. HANNAM

Taken on Behalf of the Plaintiffs, by and through Counsel for the Plaintiffs' Steering Committee

DATE TAKEN: FEBRUARY 14, 2011

TIME: 10:13 A.M. - 2:55 P.M.

PLACE: MORGAN & MORGAN
201 NORTH FRANKLIN STREET
SEVENTH FLOOR
TAMPA, FLORIDA 33602

Examination of the witness taken before:
Susan D. Wasilewski
Registered Professional Reporter
Certified Realtime Reporter
Certified CART Provider
Certified Manager of Reporting Services
Florida Professional Reporter

EXHIBIT
61

APPEARANCES

Counsel from Plaintiffs' Steering Committee:

RICHARD J. SERPE, ESQ.
Law Offices of Richard J. Serpe, P.C.
Attorneys at Law
580 East Main Street, Suite 310
Norfolk, Virginia 23510

ROBERT B. BROWN, III, ESQ.
Baron & Budd, P.C.
Attorneys at Law
2655 South Bayshore Drive, Suite 220
Miami, Florida 33133

MATTHEW GAUGHAN, ESQ. (By Telephone)
Levin, Fishbein, Sedran & Berman
Attorneys at Law
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Counsel for Banner Entities:

SETH V. ALHADEFF, ESQ. (By Telephone)
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Attorneys at Law
2601 South Bayshore Drive, Suite 1500
Miami, Florida 33133

NICHOLAS P. PANAYOTOPOULOS, ESQ. (By Telephone)
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Attorneys at Law
3344 Peachtree Road, Northeast, Suite 2400
Atlanta, Georgia 30326

Counsel for 84 Lumber Company:

DAVID J. MORGAN, ESQ. (By Telephone)
MARC T. THIRKELL, ESQ. (By Telephone)
Buchanan, Ingersoll & Rooney
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania 15219-1410

APPEARANCES

Counsel for Multiple Virginia Builders and Developers:
J. BRIAN SLAUGHTER, ESQ. (By Telephone)
McKenry, Dancigers, Dawson & Lake, P.C.
Attorneys at Law
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
* Please note that Mr. Slaughter's appearance is subject to and without waiver of previously-filed objections to the Court's jurisdiction and motions to dismiss.

Counsel for Grass Drywall:
HOLLY SIDES, ESQ. (By Telephone)
Donohue Patrick, PLLC
Attorneys at Law
450 Laurel Street, Suite 1500
Baton Rouge, Louisiana 70801

Defendants' Liaison Counsel:
ABIGAIL ROBERTS, ESQ. (By Telephone)
Rumberger, Kirk & Caldwell, P.A.
Attorneys at Law
80 Southwest 8th Street, Suite 3000
Miami, Florida 33130

Counsel for CIC:
CAROL P. SMITH, ESQ. (Not Present)
Frost Brown Todd, LLC
Attorneys at Law
500 Lee Street East, Suite 401
Charleston, West Virginia 25301

I N D E X

WITNESS PAGE

CALLED BY THE PLAINTIFFS:

RICHARD L. HANNAM

DIRECT EXAMINATION BY MR. SERPE................ 6

CROSS-EXAMINATION BY MR. THIRKELL.............. 119

CROSS-EXAMINATION BY MR. ALHADEFF.............. 122

CERTIFICATE OF REPORTER OATH...................... 126

CERTIFICATE OF REPORTER........................... 127

ERRATA SHEET...................................... 128

E X H I B I T S

| PLAINTIFF'S | | PAGE |
|---|---|---|
| No. 1 | Notice of Deposition | 60 |
| No. 2 | Contract WN7350, and other US Consumer Product Safety Commission Documents | 60 |
| No. 3 | Copy of Business Card - TG 0020110 | 61 |
| No. 4 | Undated E-mail Document - TG 0001380 | 62 |
| No. 5 | 4-3-06 E-mail and Photographs - TG 0000447 thru 0000453 | 68 |
| No. 6 | 4-9-06 E-mail - TG 0000481 | 70 |
| No. 7 | 5-22-06 E-mail and Contract - TG 000468 thru 000473 | 70 |
| No. 8 | E-mails - TG 000461 | 75 |
| No. 9 | 5-30-06 E-mail - TG 000460 | 78 |

I N D E X

E X H I B I T S


| PLAINTIFF'S | | PAGE |
|---|---|---|
| No. 10 | Contract WN7350 - TG 0000456 thru 0000459 | 78 |
| No. 11 | 6-3-06 E-mail and Attachments - TG 0000464 to 0000467 | 80 |
| No. 12 | 6-5-06 E-mail - TG 0000454 | 81 |
| No. 13 | Contract WN7350 - TG 0001482 to 0001484 | 82 |
| No. 14 | 8-18-06 E-mails - TG 0022664, TG 0001379 and TG 0001383 | 83 |
| No. 15 | Chinese Tax Documents - TG 0001545 and 0001546 | 84 |
| No. 16 | 9-18-06 E-mail - TG 0001188 | 85 |
| No. 17 | 8-18-06 E-mail - TG 0001381 | 88 |
| No. 18 | BNBM Public File Folder | 92 |
| No. 19 | Purchase/Supply Agreement | 94 |
| No. 20 | BNBM Public Correspondence | 98 |
| No. 21 | BNBM Public Contract Documents | 100 |
| No. 22 | BNBM UL and ASTM Certification Papers | 102 |
| No. 23 | DWC Contract and Insurance | 104 |
| No. 24 | BNBM Contract WN6350 Documents | 106 |
| No. 25 | C&K Documents | 106 |
| No. 26 | TTPC Insurance Documents | 114 |
| No. 27 | TTPC ASTM Documents | 114 |
| No. 28 | TTPC Order Number WN7350 Documents | 116 |

THEREUPON, the following proceedings were had and taken at 10:13 a.m.:

THE COURT REPORTER: Do you solemnly swear or affirm the testimony you are about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: Yes.

THE COURT REPORTER: Thank you.

RICHARD L. HANNAM, called as a witness by the Plaintiffs, having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. SERPE:

Q. My name is Richard Serpe. I'm a lawyer from Virginia here for the Plaintiffs' Lawyers Steering Committee as part of the multidistrict litigation on Chinese drywall. That's a mouthful. I want to ask you questions about Chinese drywall today.

The first thing I'd like you to do is state your full name for the court reporter.

A. Richard Lee Hannam.

Q. Have you given a deposition before, Mr. Hannam?

A. Yes.

Q. On how many occasions?

A. Maybe once or twice.

them. They were very qualified with scientists. I started to say atom bomb.

Q. Is your former West Coast employer, is it Woodward & Dickerson?

A. Woodward & Dickerson.

Q. Are they still an active company?

A. No. After 156 years, they closed her down.

Q. When was that?

A. That would have been about '99. They were purchased by Finnforest.

Q. Did Finnforest keep the same physical location and employees, was there some continuity in that regard?

A. For a while, for a short period.

Q. Do you think there is any chance that the original contract files and correspondence and testing results for those first shipment or that first shipment would still be in a file cabinet or a box somewhere out there on the West Coast?

A. I haven't the foggiest idea. At the risk of being argumentative, there was never a single problem with that quality. It just plain wasn't -- in fact, there was nothing more than compliments by the contractors. This was a new era, if I may be so bold to say.

Q. Mr. Hannam, I recognize that with respect to

Dragon Board and BNBM, that that's a separate manufacturer, a separate product from the Taishan Gypsum and the various products that we are here today. I don't want to debate one product versus another. I'm trying to establish the big picture of imports from China to the United States, who the players were, what kind of contacts took place. I'm going to be somewhat thorough in these questions, understanding that I'm not asking you to agree with me or disagree about individual products as part of those questions.

A. That's fine.

Q. Is Finnforest still in business on the West Coast?

A. No. They actually closed all of their US facilities. Finnforest -- they were called Finnforest USA here in the United States. Finnforest is the largest timber holder in Europe. They have paper mills, plywood mills, sawmills, timber holdings, all of this. They were not involved in any of the drywall transactions, only Woodward & Dickerson.

Q. So from the highest level looking down, from the 1999 time frame up till say 2006, were there additional sales from BNBM to the United States that Woodward & Dickerson were involved in?

A. So you don't have to ask a whole lot of

get that second cargo for them, including the trip to China, but did they say that they would still like to get more drywall and is that what led ultimately to the shipment from Taishan?

A. Yes. They wanted a whole lot more drywall.

Q. A whole lot more?

A. Uh-huh.

Q. From a numbers standpoint, the shipment that actually came over that was mixed board was 3,700 pallets, something like that, does that sound about right?

A. I don't know.

Q. You don't recall? We'll look at those documents later.

A. Not when you talk about pallets. I'd have to go by pieces.

Q. Pieces. Tell me about the transition from getting drywall from BNBM, the manufacturing or trading, to how you ended up with the additional shipment that came in that was manufactured by a different Chinese company, what happened there?

A. I asked David if he knew of any other manufacturers over there that would be ASTM certifiable, and he did. That would have been Taishan.

Q. This concept that they were 70 percent owned by

words and then cutting and pasting, or are they typing in Mandarin and then some sort of an algorithm --

A. No. If they are going to do English, they'll do English.

Q. In English, they are typing an English e-mail?

A. Now, your computer, you know, they have programming, you can type in what -- when you go into your computer you can set it for Chinese, but you are typing on an English ABC keyboard.

Q. Did you use that sort of a system on your end or were you just simply writing in English?

A. I'm doing just like we would do any time over here.

Q. While you began dealing with Taishan for an additional shipment to come through, what percentage of those communications was David handling versus were you doing some of that direct with the Taishan people as well?

A. He would have done the majority.

Q. Was he doing that as a favor to a friend or was it your understanding that BNBM had some interest in the transaction?

A. Favor to a friend.

Q. At the risk of stepping on the toes of a friendship, when you ultimately found out that BNBM did

have a financial interest in Taishan Gypsum Company, was that a surprise to you, unpleasant surprise to you?

A. Oh, how do I answer that? First, it was unpleasant because I didn't want BNBM to gain a nickel out of anything because of them standing me up on that one order, but then it was pleasant because I knew they knew what they were doing.

Q. So it was your understanding then that they were going to be involved behind the scenes in the transaction?

A. No, not at all. No.

Q. So when you say it was pleasant because they knew what they were doing --

A. When I say they, BNBM would not have been involved. If they had been involved with the company, like if they would have been a part of the company, they would have known that it would have had to have met ASTM standards, this type of thing.

Q. The edge tapering, et cetera?

A. All that stuff, yeah.

Q. All that makes for good drywall?

A. Right. And that company had already been exporting to the United States, so I knew that they knew a little bit of what they were doing.

Q. How did you come to learn that Taishan was

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF POLK

I, Susan D. Wasilewski, Registered Professional Reporter, Certified Realtime Reporter, Certified CART Provider, Certified Manager of Reporting Services, and Florida Professional Reporter, do hereby certify that I was authorized to and did stenographically report the examination of the witness named herein; that a review of the transcript was requested; and that the foregoing transcript is a true record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, or attorney, or counsel for any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the outcome of this action.

DATED THIS ________________ at Lakeland, Polk County, Florida.

______________________________________________

SUSAN D. WASILEWSKI, RPR, CRR, CCP, CMRS, FPR