# Announcement of Final Decision of the 9th（Temporary）Meeting of the Third Session of Board of Directors

2005-01-11 06:34

Stock abbreviation: BNBMPLC; stock code: 000786; announcement number: 2005-002

Beijing New Building Materials Public Limited Company

Announcement of Final Decision of the 9th （Temporary） Meeting of the Third Session of Board of Directors

   All members   of Board   of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.

   BNBMPLC distributed the notice about holding the 9thInterim Meeting of the Third Board of Directors on Jan.5, 2005 in email and phone forms, and the vote was performed by fax (include direct service) on the premise that the members of the Board of Directors have a strong understanding of the events to be resolved, nine directors taken a vote, in accordance with relevant provisions of the Company Law and Articles of Association.

   Report of the Board of Directors of BNBMPLC about State-run Stock Right Administrative Transfer to all Stockholders was resolved with nine concurring votes, zero dissenting vote and zero abstention.

   It is hereby announced.

Beijing New Building Materials Public Limited Company

FORMCHECKBOX   Boards
JAN 10, 2005

**EXHIBIT 62**

BNBMPLC0004392

**Stock abbreviation:  BNBMPLC; stock code:  000786; announcement number:  2006-023**

**Beijing New Building Materials Public Limited Company**

**Announcement of Final Decision of the 18th (Temporary) Meeting of the Third Session of Board of Directors**

**All members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

BNBMPLC distributed the notice about holding the 18th Interim Meeting of the Third Board of Directors on Jul.3, 2006 by email, and the vote was performed by fax (include direct service) on Jul.6, 2006 on the premise that the members of the Board of Directors have a strong understanding of the events to be resolved, nine directors taken a vote, in accordance with relevant provisions of the Company Law and Articles of Association.  The meeting passed the following resolutions through voting:

I.  Proposal of providing guarantees to Suzhou Tianfeng New Building Material Co. Ltd.

Suzhou Tianfeng New Building Material Co. Ltd. is ~~our subsidiary~~is the controlled subsidiary of the Company.  As the requirement of production operation of Suzhou Tianfeng New Building Material Co. Ltd., the company agreed to provide guarantee for current fund loan of 4 million Yuan to Suzhou Tianfeng New Building Material Co. Ltd. in Agricultural Bank of China Suzhou National Hi-Tech Industry Development Zone Sub-branch and the term is one year.

By the end of Jul.5, 2006, all the external guarantees were the guarantees for the controlled subsidiary, the amount of external guarantees reached 883.6 million Yuan, accounting for 60.04% of the net assets as described in the audited ~~combined~~ consolidated accounting statement by the end of Dec.31, 2005, and the amount of guarantees to the subsidiary reached 91.55 million Yuan.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

II.  Proposal of providing guarantees to Shandong Taihe Dongxin Co., Ltd.

Shandong Taihe Dongxin Co., Ltd. is ~~our~~ the controlled subsidiary of the Company.  As the requirement of production operation of Shandong

BNBMPLC0004436-R

Taihe Dongxin Co., Ltd., the company agreed to provide the following guarantees:

1.  Guarantees for general credit limit loan of 90 million Yuan to Shandong Taihe Dongxin Co., Ltd. in China Construction Bank Taian Qingnianlu Sub-branch and the term is one year;

2.  Guarantees for working capital loan of 10 million Yuan to Shandong Taihe Dongxin Co., Ltd. in Industrial and Commercial Bank of China Sub-branch and the term is one year.

The amount of guarantees above is one hundred million Yuan Only.

By the end of Jul.5, 2006, all the external guarantees were the guarantees for the controlled subsidiary, the amount of external guarantees reached 883.6 million Yuan, accounting for 60.04% of the net assets as described in the audited combined consolidated accounting statement by the end of Dec.31, 2005, and the amount of guarantees to the subsidiary reached 91.55 million Yuan.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

III.  Proposal of reelecting members of strategy, auditing, nominating, and remuneration and assessment committees of the Board of Directors;

BNBMPLC0004437-R

Members of strategy committee:  Cao Jianglin, Wang Bing, Zhang Nailing, Wang Junsheng (independent director) and Liu Wenhu (independent director), Cao Jianglin holds the post of director of the committee.

Members of auditing committee:  Liu Wenhu (independent director), Wang Junsheng (independent director) and Wang Bing, Liu Wenhu holds the post of director of the committee.

Members of nominating committee:  Zheng Jiayun (independent director), Wang Junsheng (independent director) and Cao Jianglin, Zheng Jiayun holds the post of director of the committee.

Members of remuneration and assessment committee:  Wang Junsheng (independent director), Liu Wenhu (independent director) and Cao Jianglin, Wang Junsheng holds the post of director of the committee.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

IV.  The ~~"Proposal on Issuance of Corporate Bonds"~~;Proposal on the amendment of the Articles of Associations of BNBM PLC

Original Article 13 After the registration in accordance with the law, the company's business scopes include technical development, technical service, technical consulting, technical training and manufacturing of novel

building material, novel wall material, chemicals (exclude dangerous chemicals and 1st catalogue precursor chemical), water heating pipe fitting, decorative material, energy technology and product, building material machinery and electrical equipment and housing of novel building material, offered and developed product (except project without special permission), metal material, building material, decorative material, chemicals, wood, mineral product, hardware and electrical equipment, water heating pipe fitting, chemical light industrial material, building mechanisms, development and utilization of environmental protection and energy conservation products, export business of independently-developed product and related technology, import business of raw and auxiliary materials, mechanical equipment, instrument, spare parts and related technology for production and research, incoming material processing and "three-processing and one compensation".  The business prohibited by the laws, administrative regulations, decisions of the State Council shall not be operated.  The business that shall be approved by the laws, administrative regulations and decisions of the State Council shall be operated with approval of the approval authority and registration in administrative departments for industry and commerce.  Those activities which have not prescribed by

laws, administrative provisions and regulations of the State Council shall be chosen to operate.

It is revised as:

Article 13 After the registration in accordance with the law, the company's business scopes include technical development, technical service, technical consulting, technical training and manufacturing of novel building material, novel wall material, chemicals (exclude dangerous chemicals and 1st catalogue precursor chemical), water heating pipe fitting, decorative material, energy technology and product, building material machinery and electrical equipment and housing of novel building material, offered and developed product (except project without special permission), metal material, building material, decorative material, chemicals, wood, mineral product, hardware and electrical equipment, water heating pipe fitting, chemical light industrial material, building mechanisms, development and utilization of environmental protection and energy conservation products, export business of independently-developed product and related technology, import business of raw and auxiliary materials, mechanical equipment, instrument, spare parts and related technology for production and research, incoming material processing and "three-processing and one compensation"; agency on export and import business of various products

and technologies, except the goods and technologies which are limited to operate or prohibited to export and import by the State.  The business prohibited by the laws, administrative regulations, decisions of the State Council shall not be operated.  The business that shall be approved by the laws, administrative regulations and decisions of the State Council shall be operated with approval of the approval authority and registration in administrative departments for industry and commerce.  Those activities which have not prescribed by laws, administrative provisions and regulations of the State Council shall be chosen to operate.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

5.  Notice of Hosting the Second Temporary Shareholder's Meeting of 2006 In light that the 17th Interim Meeting of the 3rd Board of Directors resolved the Proposal of providing guarantees to BNBM Logistics Co., Ltd., and the 18th Interim Meeting of the 3rd Board of Directors resolved the proposal of providing guarantees to Suzhou Tianfeng New Building Material Co. Ltd., Proposal of providing guarantees to Shandong Taihe Dongxin Co., Ltd. and the Proposal of modifying the Articles of Association, it is decided to hold 2006 Second Extraordinary General Meeting on Jul.24, 2006 for resolving the proposals above.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

It is hereby announced.

Beijing New Building Materials Public

Limited Company

Board of Directors

July 6, 2006

BNBMPLC0004442-R

**Stock abbreviation: BNBMPLC; stock code: 000786; announcement number: 2006-031**

**Beijing New Building Materials Public Limited Company Announcement on the Final Decision of the 20th （Temporary） Meeting of the Third Board of Directors**

**All members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

BNBMPLC distributed the notice about holding the 20th Interim Meeting of the Third Board of Directors on Sept.15, 2006 by email, and the vote was performed by fax (include direct service) on Sept.20, 2006 on the premise that the members of the Board of Directors have a strong understanding of the events to be resolved, nine directors taken a vote, in accordance with relevant provisions of the Company Law and Articles of Association. The meeting passed the following resolutions through voting:

It was resolved the Proposal of providing guarantees for Suzhou Tianfeng New Building Material Co. Ltd.

Suzhou Tianfeng New Building Material Co. Ltd. is our subsidiary, and the company held 88% equity of Suzhou Tianfeng New Building Material Co. Ltd. The general credit limit of 10 million Yuan of Suzhou Tianfeng New Building Material Co. Ltd. in Agricultural Bank of China Suzhou Hi-Tech Technology Industry Development Zone Sub-branch was about to expire, Suzhou Tianfeng New Building Material Co. Ltd. proposed to continue to

BNBMPLC0004450-R

apply to the bank for the general credit limit of 10 million Yuan as the production operation requirement, and the company agreed to continue the guarantees for the general credit limit of 10 million Yuan to Suzhou Tianfeng New Building Material Co. Ltd. in Agricultural Bank of China Suzhou Hi-Tech Technology Industry Development Zone Sub-branch, and the term is one year.

By the end of Sept.19, 2006, all the external guarantees were the guarantees for the subsidiary, the amount of external guarantees reached 887.6 million Yuan, accounting for 60.32% of the net assets as described in the audited ~~combined~~ consolidated accounting statement by the end of Dec.31, 2005, and the amount of guarantees to the subsidiary reached 91.55 million Yuan.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

The remuneration standards above were reviewed and approved at General Shareholders' Meeting.

It is hereby announced.

Beijing New Building Materials
Public Limited Company
Board of Directors
September 20, 2006

**Stock abbreviation:  BNBMPLC; stock code:  000786; announcement number:  2007-002**

**Beijing New Building Materials Public Limited Company Announcement on the Final Decision of the 13th Meeting of the Third Board of Directors**

**All members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

The 13th Interim Meeting of the Third Board of Directors of BNBMPLC was held in meeting room of the company in the morning of Apr.9, 2007, the meeting notice was sent by email on Mar.30, 2007, 9 directors shall participate in the meeting, and 9 directors participated in the meeting, in accordance with relevant provisions of the Company Law and the Articles of Association.  The chairman Cao Jianglin held the meeting, and the supervisors and the senior executives attended the meeting.  The meeting passed the following resolutions through voting:

I.  2006s Annual Report and 2006s Annual Report Summary with nine concurring votes, zero dissenting vote and zero abstention.

II.  2006s Annual Work Report of Board of Directors with nine concurring votes, zero dissenting vote and zero abstention.

III.  2006s Annual Work Report of General Manager with nine concurring votes, zero dissenting vote and zero abstention.

IV.  2006S Annual Final Account Report with nine concurring votes, zero dissenting vote and zero abstention.

V.  Annual Profit Distribution Plan of 2012006

In accordance with the audit of Beijing Xinghua Accounting Firm Co., Ltd, the gross profits of the company in 2006 were 146,155,608.99 Yuan, the beginning retained earnings were 157,153,746.03 Yuan, the cash dividends

of 40,260,500.00 Yuan distributed in 2005 were withdrawn.  In accordance with the provisions of Articles of Association, 10% was withdrawn as legal accumulation fund, amounting to 28,317,106.81 Yuan, and the distributive profit was 234,731,748.21 Yuan.  The profit distribution plan of this year is that 0.8 Yuan by cash (tax included) per 10 stocks will be distributed as cash bonus based on the total stocks of 575,150,000 stocks at the end of Dec.31, 2006 as the base number, and the total profits divided were 46,012,000.00 Yuan.

~~There will be no profit distribution or capital reserve transfer increase in the medium term of 2006~~<u>No capital reserve will be convered into share capital in 2006</u>.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

VI.  Proposal of determining 2006s annual auditing expenses and employing Beijing Xinghua Accounting Firm Co., Ltd. as the auditing organization in 2007;

The Company employed Beijing Xinghua Accounting Firm Co., Ltd. as auditing organization in 2006, the Company paid 700,000 Yuan to Beijing Xinghua Accounting Firm Co., Ltd. as the auditing cost in 2006, the travel expense, hotel expense and other expenses were paid by the Company.

Beijing Xinghua Accounting Firm Co., Ltd. has continuously served the Company for 5 years.  The Board of Directors proposed to change the auditing organization for 2007 according to the provisions of relevant national departments.  The company is employing auditing organization for 2007 and will submit to the Board of Directors and general meeting of stockholders for resolving quickly after employing.  It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

VII.  Proposal of daily related <u>party</u> transaction in 2007;

More details see Announcement of daily ~~related transaction~~<u>related party transaction</u> in 2007.

Related directors avoided the voting for this proposal according to relevant provisions of Rules on Stock Listing of Shenzhen Stock Exchange. Three independent directors published prior approval letter for this case and made the independent opinions for agreeing.

This proposal was resolved with five concurring votes, zero dissenting vote and zero abstention.

VIII.  Proposal of 2006s annual remuneration assessment for senior executives;

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

IX.  Proposal of holding 2006s annual general meeting of stockholders;

In light that the 13th Meeting of the Third Board of Directors resolved 2006s annual work report of the board of directors, 2006s annual final account report, 2006s annual profit distribution plan, proposal of determining 2006s annual auditing expenses and employing Beijing Xinghua Accounting Firm Co., Ltd. as the auditing organization in 2007, and the proposal of daily related transactionrelated party transaction in 2007, the 20th Interim Meeting of the Third Board of Directors and the 21st Interim Meeting of the Third Board of Directors resolved Proposal of providing guarantees for Suzhou Tianfeng New Building Material Co. Ltd. and Proposal of providing guarantees to Shandong Taihe Dongxin Co., Ltd. and the 11th Meeting of the Third Board of Supervisors resolved 2006s Annual Work Report of    Board of Supervisors, it is decided to hold 2006s annual general meeting of stockholders on May 11, 2007 for resolving the proposal above.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

It is hereby announced.

Beijing New Building Materials
Public Limited Company
Board of Directors

Apr.9, 2007

BNBMPLC0004463-R

**Stock Abbreviation:  BNBM   Stock Code:  000786**

**Announcement No.:  2007-029**

### Beijing New Building Materials Public Limited Company

### Announcement of Final Resolution of the 29th Interim Meeting of the 3rd Session of Board of Directors

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) has notified to hold the 29th Interim Meeting of the 3rd Session of Board of Directors on October 12, 2007 in the form of e-mail, in the condition that all members of Board of directors have fully understood the deliberations of the conference, the meeting has been held on October 15, 2007, voting through fax (including direct delivery), all 9 board of directors, in accordance with the relevant provisions of the "Company Law" and "Articles of Association", have participated in the voting.  Reviewed and approved the "Resolution on Revision and Relocation of ~~Desulfurization of Thermal Power with Comprehensive Utilization of~~ production line with Annual Production Capacity of 22,500,000 Square Meters of Gypsum Board in Beijing.

In order to further optimize the company's gypsum board production layout, fully handle industrial waste arising from national thermal power plant energy saving and emission reduction, and minimize logistics radius of raw materials and finished goods, thus effectively improving the

BNBMPLC0004504-R

company's main business gross profit margin of the gypsum board; meanwhile, to respond positively to advocate the National Development of circular economy, build a resource-saving and environmentally friendly society, strongly support Beijing's "blue sky project" and the work of energy-saving emission reduction, and make contributions to Beijing for the 2008 Olympic Games "Green Olympics, humanistic Olympics, science and technology Olympics" so as to fully reflect the company social responsibility as the ~~Central Enterprises Holdings listed Corporation~~ listed company controlled by central enterprises and new building materials industry leading enterprises, the company decides to stop gypsum board production line (hereinafter referred to as "the production line") with an annual output of 22,500,000 square meters of gypsum board production line and relocate for technology reform.

Established in 1983, "the Production Line" is China's first large gypsum board production line and the main equipment are imported from Europe.  In the transformation and relocation process, the company will take full advantages of national level technology center, and fully transform and upgrade the technology and equipment of original production line to put it into the construction of the company's new production line.

Since the company has been listed, the main gypsum board has obtained fast development through integration of leading industry resource, acceleration of the industrial layout and reinforcement of the brand construction in accordance with the development strategy of strengthening the main industry.  In terms of scale, by the end of 2006, the scale of gypsum board business has achieved an annual output of 400,000,000 square meters, ranking 2nd in Asia and first in China; in terms of brand construction, the "dragon" brand gypsum board of the company and the

"Taishan" brand gypsum board of ~~a subsidiary of~~ Taishan Gypsum Co., Ltd. (the controlled subsidiary of the Company), are jointly awarded the "Chinese famous brand" title; From the point of market promotion, the "dragon" brand gypsum board have been winning the bid of the National Stadium "bird's nest", and the National Swimming Center "Water Cube", the world's largest single airport terminal building - the Beijing Capital International airport Terminal 3 and all the Beijing Olympic Games projects and supporting facilities; the tallest building in the world - Shanghai world financial center, the largest Asia monomer hotel - Macao Venice Hotel, the tallest building in Beijing -- the three phase of the project of China World Trade Center, CCTV new site and other national landmarks.

At this stage, our country is vigorously developing circular economy to build a resource-saving and environmentally friendly society. Strongly promoting products of energy conservation, water conservation, and land conservation, materials conservation to develop energy-efficient construction, accelerate governance over the coal-fired power plant sulfur dioxide, increase energy conservation efforts, and strengthen the comprehensive utilization of resources. The above policies bring a good opportunity for the rapid development of the Company's main business-gypsum board. In 2006, the company launched a comprehensive construction of the gypsum board industry base, starting investing in constructing the Project of desulfurization of thermal power with comprehensive utilization of annual production capacity of 30,000,000 square meters of gypsum board in Ninghai City, Zhejiang Province, Zhaoqing City, Guangdong Province, Taicang City, Jiangsu Province, Guang'an city, Sichuan Province, and Wuhan City, Hubei Province. These projects use 100% of waste of energy saving and emission reduction of

coal-fired power plant desulfurization as the raw material, it will generate remarkable social and economic benefits upon completion of the project.

The transformation of the production lines relocation of the company will not adversely affect the production and sales of gypsum plaster board. On one hand, the company's investment in constructing the Project of desulfurization of thermal power with comprehensive utilization of annual production capacity of 50,000,000 square meters of gypsum board in Zhuzhou City.  Hebei Province is normally operated, it has the ability to go mass production, the yield can fully guarantee the supply of gypsum board in north market (including Beijing); on the other hand, from the beginning of 2008, the newly constructed Gypsum board production line all over the country will be completed and put into production, it will not only reduce the production and logistics costs, but also will fully guarantee the Company's national market supply of gypsum board.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

We hereby make the announcement.

Beijing New Building Materials

Public Limited Company

Board of Directors

October 15, 2007

**Stock Abbreviation: BNBM    Stock Code: 000786
Announcement No.: 2008-003**

**Beijing New Building Materials Public Limited Company**

**Announcement of Resolution of the 3rd Session of the 33th
meeting of the Board of Directors**

**The company and all members of Board of Directors
guarantee that report is faithful, accurate and complete, without
false representation, misleading statement or major omission.**

Board of directors of Beijing New Building Materials Public Limited
Company (hereinafter referred to as the Company) has notified to hold
the 33th interim Meeting of the 3rd Session of Board of Directors in
March 18, 2008 in the form of e-mail, in the condition that all members
of  Board of directors have fully understand the deliberations of the
conference, the meeting has been held in March 21, 2008, voting
through fax (including direct delivery) , all 9 board of directors in
accordance with the relevant provisions of the "Company
Law" and "Articles of Association", have participated in the voting. Upon
review, the meeting has reached the following resolutions:

I. The meeting has reached the resolution on providing Guarantee
for Taishan Gypsum Co. Ltd.

Taishan Gypsum Co. Ltd. (hereinafter referred to as "Taishan
Gypsum") is a Subsidiary company of our company. Taishan Gypsum's
total amount of 174,000,000 Yuan comprehensive credit in Bank of
China Co., Ltd., Tai'an Branch is about to expire. In order to meet the
needs of production and operation, the company agreed to provide
150,000,000 Yuan comprehensive credit in Bank of China Co., Ltd.,
Tai'an Branch Bank, and the warranty period is one year.

BNBMPLC0004528

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

II. The meeting has reached the resolution on Providing Guarantee for Guang'an Beijing New Building Material Co., Ltd.

Guang'an Beijing New Building Material Co., Ltd. (hereinafter referred to as "Guang'an" is a Subsidiary company of our company. Guang'an company is responsible for management and construction of the gypsum board production line project with an annual output of 30,000,000 square meters in Guang'an City, Sichuan Province. In order to meet the needs of production and operation the company agreed to provide 120,000,000 Yuan joint credit in Bank of China Co., Ltd., Guang'an Branch Bank. In which, the project loan takes 100 million Yuan, for a period of six years; and the working capital loan takes 20 million Yuan.

By the end of March 20, 2008, the company's all external guarantees had provided for its subsidiaries, and the total amount of guarantees reached 12,396,000,00 Yuan, which shares 78.74% of net assets of consolidated accounting statements that audited by the company on December 31, 2006.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

III. The meeting Reviewed and approved "resolution on Developing Annual report Working Rules of Audit Committee of the Board of Directors."

According to requirements of China Security Committee" Notice on Dealing with the 2007 annual report and related work of listing Corporation", the company made an "Annual Report Work Rules for Audit Committee of the Board of Directors".

See details of the resolution in "Working Rules of Audit Committee of the Board of Directors Annual Report "published in cninfo website on March 22, 2008.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

IV. The meeting Reviewed and approved "resolution on Developing Work Rules of Independent Directors Annual Report"

According to requirements of China Security Committee" Notice on Dealing with the 2007 annual report and related work of listing Corporation", the company made a "Work Rules of Independent Directors Annual Report ".

See details of the resolution in "Work Rules of Independent Directors Annual Report "published in cninfo website on March 22, 2008.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

IV. The meeting Reviewed and approved "resolution on Management Systems of the Shares (held by company's Directors, Supervisors and Senior Management Personnel) and its Change."

According to the China Securities Regulatory Commission's "Management Rules of shares and its Change of the listing Corporation Directors, Supervisors and Senior management Personnel of the company", "Management Guidelines of shares and its Change of the Shenzhen Stock Exchange Listing Corporation Directors, Supervisors and Senior management Personnel of the company " and regulations and normative documents jointly published by the Shenzhen stock Exchange and China Securities Depository and Clearing Co., Ltd. Shenzhen branch, the company

BNBMPLC0004530

developed a " Management Rules of Shares  and its change held by Directors, Supervisors and Senior management Personnel".

See details of the resolution in ""Management Systems of the Shares (held by company's Directors, Supervisors and Senior Management Personnel) and its Change "published in cninfo website on March 22, 2008.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

The above  I  and  II  resolutions shall  be  submitted  to  the company's shareholders'  meeting for  review.  And  the  notice  will  be issued in other day.

We hereby make the announcement.

Beijing New Building Materials Public
Limited Company
Board of Directors
March 21, 2008

BNBMPLC0004531

**Stock Abbreviation: BNBM    Stock Code: 000786 Announcement No.: 2008-034**

**Beijing New Building Materials Public Limited Company**

**Announcement of Resolution of the 2nd interim meeting of 4th session of board of directors**

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) has notified to hold the 2nd interim Meeting of the 4th Session of Board of Directors on October 24, 2008 in the form of e-mail, in the condition that all members of  Board of directors have fully understand the deliberations of the conference, the meeting has been held on October 28, 2008,  voting through fax (including direct delivery), all 9 board of  directors in  accordance  with the  relevant  provisions  of the  "Company Law" and "Articles of Association", have participated in the voting. Upon review, the meeting has passed the following resolutions:

I. Upon review, the meeting has approved "2008 The 3rd Quarter Report"

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

II. Reviewed and approved the "resolution on adjustment of 2007 the 3rd Quarter Financial Statement Data of Retroactive ";

According to requirements of relevant documents of the Ministry of Finance, and China Securities Regulatory Commission, the company began implementing the new enterprise accounting standards since January 1, 2007. According to requirements of the China Securities Regulatory Commission "Q & A of information disclosure of Public offering of securities -No. 7 – disclosure and Making of Comparative Finance accounting information during

BNBMPLC0004595

transition period between   the old and new accounting standards (Securities Regulatory Account [2007]No.10) and related requirements of "Enterprise Accounting Standards" (enacted on February 15, 2006) and subsequent provisions, when the company's 2007 annual audit institutions Zhonghe Zhenghe Accounting Firm Co., Ltd., prepare 2007 annual audit report, it retrospectively adjusted process   the company's 2006 annual profit statement and balance sheet of 2007 at the beginning of the project according to the "Enterprise Accounting Standards No.1". To ensure   consistency and comparability of accounting information, the company refers to "2007 Annual Audit   Report"(ZhongHe   ZhengXin (2008) No.1-186),   retrospectively adjusted 2007 3rd Quarter financial statements and adjusted projects are as follows:

According to the "Opinions of the Working group of Experts on the Implementation of the Accounting Standards", conduct asset grouping for difference between fair value and book value of assets formed from tender offers not under the same control, and amortizing the classified equity, increasing the operating costs to 1,073,067.85 Yuan, increasing management fees to 2,507,840.27 Yuan, reducing income tax expense 427,385.87 Yuan, and reducing net profit of 3,153,522.25 Yuan.

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

We hereby make the announcement.

Beijing  New  Building  Materials  Public

BNBMPLC0004596

Limited Company

Board of Directors

October 28, 2008

BNBMPLC0004597

Stock ID: BNBM Stock Code: 000786 Announcement Number: 2014-004
Beijing New Building Materials Public Limited Company
Announcement of the resolutions of the 4th Interim Meeting of
the 5th Session of the Board of Directors

The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.

Beijing New Building Materials Co., Ltd. (hereinafter referred to as the "Company"), the 4th interim meeting of the 5th board of directors at 14:30 P.M. March 13, 2014 at the 6th floor conference room, Building 2, China Sea Plaza, No.17, Fuxing Road, Haidian District, Beijing, meeting notice on March 7, 2014 issued by e-mail, the meeting should be attended by the directors of nine people, seven people attend, Ms. Cui Lijun directors, independent director Mr. Chen Shaoming unable to attend due to business, respectively entrusted Director Mr. Wang Bing, Mr. Qin Qinghua independent directors to attend and vote on his behalf, in line with relevant provisions of the "People's Republic of China Law" and "Articles of Association". The meeting was chaired by the chairman Mr. Wang Bing, with the supervisors and senior executives attending the meeting. Upon review, the meeting has passed the following resolutions:

I. "Resolution on the investment in Yiliang County, Yunnan Province the project of the construction of thermal power desulphurization comprehensive utilization production lines with annual output of 30 million square meters of gypsum plasterboard and supporting light steel keel production line with an annual output of 5,000 tons". According to the company's development strategy and the National Gypsum board industrial base construction plan, agreed to invest in Yiliang County, Yunnan Province, the construction of a comprehensive utilization of industrial by-product gypsum annual output of 30 million square meters of gypsum board production line and supporting an annual output of 5,000 tons of light steel keel production line.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

II. "Resolution on the investment in Tianjin and other 7 cities and provinces the project of the construction of 6,000 tons of steel framework respectively".

According to the company's development strategy and green building core material parts production base construction plan, agreed to invest separately in Tianjin, Wuhan, Guang'an, Zhaoqing, Tieling,

Zaozhuang, Suzhou annual output of 6,000 tons of structural steel reinforced construction projects.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

III. Reviewed and approved the "Resolution on the adjustment of the company's investment".

The 2nd meeting of the 5th Board considered and approved the investment in Haiyan, Zhejiang Province, comprehensive utilization of industrial by-product gypsum construction of 30 million square meters of annual gypsum board production line and supporting an annual output of 5,000 tons of light steel keel production line. According to the target market of the project, agreed to adjust the contents of the project construction: an annual 30 million square meters of gypsum board production line, with an annual output of 15,000 tons of light steel keel production lines and an annual output of 2 million square meters of decorative gypsum board production line.  The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

IV. Reviewed and approved the "Resolution on Compliance with the Conditions of Issuance of Corporate Bonds by the Company";

According to "People's Republic of China Company Law", "People's Republic of China Securities Law" and the China Securities Regulatory Commission (hereinafter referred to as "China Securities Regulatory Commission"), "the issuance of securities of listed companies management approach" (hereinafter referred to as "" management approach "") of relevant regulations, the Board of Directors of the company's own operations and related matters itemized self-examination that comply with current laws and regulations of the conditions listed on the A-share non-public offering of shares to specific ~~objects~~targets and normative documents as specified in the proposed China Securities Regulatory Commission to apply for non-public offering of stock. This resolution shall be subimitted to the general Shareholders'Meeting for Review

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

V. Deliberated item by item and passed the "Montion on non-public offering of stock options to a specific object"

For the controlling shareholder China National Building Material Co., Ltd. (hereinafter referred to as "China Building Materials") participates in the subscription of this non-public offering of company stock, according to the relevant provisions of the "Shenzhen Stock Exchange Listing Rules" (hereinafter referred to as "Listing Rules") of the , associate director of Bing, Cui Lijun, Zhang Li Chang, Chen Xuean

avoid a vote on this Resolution, the company has three independent directors on the matter issued a letter prior approval and consent of independent opinions.

1. Stock type and par value

The issue of stock types for domestic listed RMB ordinary shares (A shares), par value of 1.00 yuan.   The resolution was approved by 5 votes in favor, 0 vote against, 0 abstention.

2. Submission methods

The issue of A shares all adopt non-public offering of a specific object, choose the issue within six months after the approval of China Securities Regulatory Commission.

The resolution was approved by 5 votes in favor, 0 vote against, 0 abstention.

3. Issue object

The issue object includes the controlling shareholder of China's building materials, including not more than ten specific ~~objects~~targets. In addition to the China Building Material, the other issue is in line with China Securities Regulatory Commission ~~objects~~targets securities investment fund management companies, securities companies, trust and investment companies, finance companies, insurance institutional investors and qualified foreign institutional investors and other legal compliance with the relevant provisions of the conditions and natural and legitimate investors. Fund management company with its more than two funds managed by subscription, is regarded as one release object. In addition to the China Building Material, other ~~objects~~targets will be issued after the China Securities Regulatory Commission approved in principle approval, according to the case issued an object subscription offer, in accordance with price priority, etc.   In this issue in competitive bidding finalized.

The resolution was approved by 5 votes in favor, 0 vote against, 0 abstention.

4. Issuance number

The number of issued non-public offering of A shares does not exceed 150,000,000 shares (including 150,000,000 shares).   Among them, the China Building Materials plans to no more than 300 million yuan in cash to subscribe for shares in the offering, the subscription amount will not exceed 21,260,000 shares (including 21,260,000 shares).

Within the scope of the above issue, the general Meeting will authorize the Board of Directors and authorized persons depending on market conditions and the sponsor of this offering (underwriter) consultation to determine the final number of the issue.   If there is

allocation of cash dividend, stock dividend, capital reserve, allotment and other ex-dividend issues in this offering of the company's A shares between the pricing benchmark date of issue and issue day, the Subscription Shares China Building Materials Company A shares in this offering will be adjusted accordingly.

The resolution was approved by 5 votes in favor, 0 vote against, 0 abstention.

5. The pricing reference date and the issue price of the non-public offering of A shares of the pricing benchmark for the company's 4th Interim Board Resolution of the 5th Board Meeting notice date, ie March 17, 2014. As of March 17, 2014, the company's A shares before the 20th trading price of 15.68 yuan / share (20 trading days before the pricing benchmark stock price = total 20 trading days before the pricing benchmark stock trading / pricing benchmark recently 20 days of total stock trading).

The proposed issue price is not less than 14.11 yuan / share, which is not less than 20 trading days before the pricing benchmark A-share stock price of 90%. If there is allocation of cash dividend, stock dividend, capital reserve, allotment and other ex-dividend issues in this offering of the company's A shares between the pricing benchmark date of issue and issue day, the reserve price of this issue will be adjusted accordingly.

Based on the aforementioned issue price, the final issue price after the approval by the China Securities Regulatory Commission and the Board of Directors authorized person under the authority of the shareholders' meeting, in accordance with relevant laws, regulations and other regulatory documents and investors purchase price quotations in accordance with price priority principles and the sponsor (underwriter) consultation.

China Building Construction does not participate in the issuance of building materials market price inquiry process, but to accept the results of the market inquiry and other investors to subscribe for the same price. If this non-public offering subscription-free quote or appear without a valid offer and other circumstances, the subscription price is not less than the reserve price issue, specifically the subscription price is determined by the Shareholders' Meeting authorized the Board of Directors and its authorized person and the sponsor (underwriter) consultation.

The resolution was approved by 5 votes in favor, 0 vote against, 0 abstention.

6. Restricted period

According to relevant regulations, China Building Material is as the controlling shareholder of the company through the non-public issue of the Subscription Shares from the date after the issue may not be transferred within 36 months; except for China Building Material,

certain other investors through the non-public issuance Subscription of shares since the end of the issue shall not be transferred within 12 months.

The resolution was approved by 5 votes in favor, 0 vote against, 0 abstention.

7. Subscription method All issue ~~objects~~targets subscribe for A shares in cash in this non-public offering.

The resolution was approved by 5 votes in favor, 0 vote against, 0 abstention.

8. Listed location The non-public offering of A shares will apply in the Shenzhen Stock Exchange after the expiry of the restricted period.

The resolution was approved by 5 votes in favor, 0 vote against, 0 abstention.

9. The retained earnings of the company's pre-release arrangements for the non-public offering is completed, in order to take into account the interests of the old and new shareholders, by the old and new shareholders to share the accumulated retained earnings of the non-public offering of the company before.

The resolution was approved by 5 votes in favor, 0 vote against, 0 abstention.

10. Validity of the resolution of this issue is valid resolution for consideration by the shareholders' meeting date of this non-public offering of shares on the resolution within 12 months.

The resolution was approved by 5 votes in favor, 0 vote against, 0 abstention.

11. Use plan for the capital raised in this offering

The total amount of A shares in this offering is less than 2.12 billion yuan, and after the deduction of issuance expenses, it will be used in the following project:

Unit: 100 million Yuan

| O. | Project name | Amount of raise funds to be invested |
|---|---|---|
| | Building Construction Base Construction Project | 5.23 |
| | Steel Framework Construction Project | 3.80 |
| | Construction Project Overview of New R&D Center | 4.30 |
| | Platform construction project | 1.50 |

| | Payback other bank loans | 6.35 |
|---|---|---|
| | **Total** | **21.18** |

If the net proceeds of this offering to raise funds is less than the above-mentioned projects amount to be invested, the company will, according to the actual net proceeds and the project situation, decided to raise funds to adjust the specific investment projects, investment priorities and various specific programs insufficient funds raised in part by the company to resolve self-financing.

If the funds raised from this issue and project implementation schedule is inconsistent, the company can, according to the actual situation, advance into other funds and replace it after funds are raised.

The resolution was approved by 5 votes in favor, 0 vote against, 0 abstention.

The resolution shall be submitted to the shareholders' meeting for consideration.

Program of non-public offering of shares can only be implemented after approval by the State-owned Assets Supervision and Administration Commission (hereinafter referred to as "SASAC") approval and the approval of China Securities Regulatory Commission.

VI. Reviewed and approved the "Resolution on issuing non-public offering of A shares plans"

According to the "management approach", "non-public offering of shares of listed companies Implementation Rules" (hereinafter referred to as " the Regulations ") and other relevant regulations, the company established a "Beijing New Building Materials Public Limited Company Non-public Offering A Shares Plans " with regard to non-public offering of shares.  The full text of plan has been published by the company on March 17, 2014 in the information network (website: http://www.cninfo.com.cn).

According to the relevant provisions of the "Shenzhen Stock Exchange Listing Rules" the related director Wang Bing, Cui Lijun, and Chang Zhangli avoided voting on this resolution.  The three independent directors of the company issued a prior approval letter for the matters, and issued a separate concurring opinion.

This resolution shall be submitted to the general Shareholders' Meeting for Review

The resolution was approved with 5 concurring votes, 0 against votes against and 0 abstentions vote.

VII. Reviewed and approved the "Resolution on the issuing of non-

public offering to raise funds feasibility analysis."

The funds that the company raised will be used for the issuance of building materials base construction projects, structural steel reinforced construction projects, R & D center construction project (phase I), platform construction projects and repay bank loans. The company on the feasibility of the use of funds raised to develop a "Feasibility Study Report on the Non-public Offering to Raise Funds," and the full report was published by the company in the huge influx of information network on March 17, 2014 (website: http://www.cninfo.com.cn).

This resolution shall be submitted to the general Shareholders' Meeting for Review

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

VIII. Reviewed and approved the "Resolution on the Company and China National Building Material Public Limited Company Signing a Conditional Effective Resolution on Beijing New Building Material Public Limited Company Non-public Offering of the Share Subscription Agreement"

To support the company's sustained, steady and healthy development, and based on the good expectations of company's non-public offering of stock options in the market prospects of investment projects, the controlling shareholder of China Building Materials intends to subscribe for the company with cash not more than 300 million yuan to participate in this non-public offering of shares, the number of shares subscribed does not exceed 2,126 shares (including 2,126 shares). After consultation, the two parties signed the "Beijing New Building Materials Public Limited Company Non-public Offering of Shares of the Share Subscription Agreement". For the main content of the agreement, please see the "Related Party~~Connected~~ Transaction Announcement" published by the company in "China Securities News", "Securities Times" "Shanghai Securities News", "Securities Daily" and the huge influx of information network (website: http: //www.cninfo.com.cn) on March 17, 2014.

Three independent directors of the company released prior approval letter to this issue, and issued separate opinion of consent to the related party transactions. This resolution shall be submitted to the general Shareholders' Meeting for Review

The resolution was approved with 5 concurring votes, 0 against votes and 0 abstentions vote.

IX. Reviewed and approved the "Resolution of the non-public offering of related party transactions."

According to the conditions attached to the non-public offering of stock options and the company signed with the China Building

Materials in force "on the Beijing New Building Materials Public Limited Company Non-public Offering of Shares of the Share Subscription Agreement," China National Building Material Company Limited intends to subscribe the non-public offering of part of the A shares in not more than 300 million Yuan in cash.

The number of shares subscribed for no more than 2,126 shares (including 2,126 shares). As of the date of issue of the Resolution, China Building Materials 301,370,000 shares held by the company, accounting for 52.4% of total share capital, the company's largest shareholder, so this non-public offering of shares constitute ~~connected transactions~~related party transactions between the company and the China Building Material.

Three independent directors of the company released prior approval letter to this issue, and issued separate opinion of consent to the related party transactions.

This resolution shall be submitted to the general Shareholders' Meeting for Review

The resolution was approved with 5 concurring votes, 0 against votes against and 0 abstentions vote.

Ten, passed the "Resolution on the use of funds raised on the previous report"

Given the company intends to target specific non-public offering, according to the relevant provisions of the "Management Approach", "Rules", "Use of Funds Raised on the Previous Reporting Requirements", the company developed a "Report on Beijing New Building Materials Public Limited Company's Previous Use of Raised Funds ". The full report was published in the Cninfo information network (on March 17, 2014) (Website: http://www.cninfo.com.cn).

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XI. Reviewed and approved the "Resolution on the General Meeting of shareholders to authorize the Board solely for the non-public offering of shares related matters" According to the company intends to target specific non-public offering of arrangements for the efficient and orderly completion of the company non-public offering of stock to work, in accordance with relevant laws, regulations and relevant "Articles", the Board of Directors intends to submit to the Shareholders' Meeting authorize the Board of Directors and authorized persons, solely handle all matters relating to the non-public offering of shares related, including but not limited to:

1. According to the specific circumstances of the development and implementation of specific programs of non-public offering of shares, including but not limited to: issuing inquiry object, the timing issue,

issue number, start and end dates issue, the issue price, issue selection of ~~objects~~targets;

2. Modify, supplement, sign, submit, submit, execute the non-public offering of shares related to all agreements, contracts and documents (including, but not limited to, underwriting and sponsorship agreement with investment projects related agreements, etc.);

3. Hire agency to handle the non-public offering of stock reporting matters;

4. Within the scope of shareholders' meeting resolution, make adjustment on the specific arrangements for the fund raising investment projects;

5, After the non-public offering is completed, apply for the non-public offering of shares registered on the Shenzhen Stock Exchange and China Securities Depository and Clearing Corporation Limited Shenzhen Branch, lock and listing and other related matters;

6. Under the premise of compliance with applicable Chinese laws when such laws, regulations and other regulatory documents and the relevant regulatory authorities of listed companies to issue shares of new regulations and policy changes in market conditions, in accordance with the requirements of the relevant regulations and regulatory authorities (including review of feedback on the non-public issuance of application) and market conditions of the non-public offering to raise funds to invest in programs and adjustments;

7. According to the company's non-public offering is completed, the modified "Articles" the relevant provisions, and for the relevant change of business registration and filing procedures related;

8. Under the premise of the permission of the laws and regulations, to handle other specific matters with the non-public offering of shares related;

9. This authorization is valid for twelve months from the date of approval by the shareholders' meeting.

Submit to the company general meeting of shareholders to approve the board of directors under the conditions agreed to obtain such authorization, unless otherwise provided by the relevant laws and regulations, the above authorized delegate, chairman of the company to exercise, and such delegated authority shall be effective from the date of the general meeting of shareholders of the Company.

This resolution shall be submitted to the general Shareholders' Meeting for Review

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XII. Reviewed and approved the "Resolution on the revision of the company Fund Raise Management Approach" Raise funds management

BNBMPLC0004876

approach amendment is as the following table:

| No. | Original Description | Description after amendment |
|---|---|---|
| 1. | Article I To regulate the Beijing New Building Materials Public Limited Company (hereinafter referred to as the "Company") to raise funds management, raise funds to improve efficiency, according to the "Company Law", "Securities Law", "Shenzhen Stock Exchange Listing Rules", "the relevant provisions of the Shenzhen Stock Exchange listed companies to raise funds management approach "and other laws, regulations, regulatory documents and" Articles of Beijing New Building Materials Public Limited Company "(hereinafter referred to as the" Articles "), and are formulated. | Article I To regulate the Beijing New Building Materials Public Limited Company (hereinafter referred to as the "Company") to raise funds management, raise funds to improve efficiency, according to the "Company Law", "Securities Law", "Shenzhen Stock Exchange Listing Rules", "the relevant provisions of the Shenzhen Stock Exchange listed companies to raise funds management approach "and No.2 of Regulations of Listed Companies — Supervision Requirement of the Fund Management of Listed Companies and other laws, regulations, regulatory documents and" Beijing New Building Materials Public Limited Company Articles "(hereinafter referred to as the" Articles "), and are formulated. |
| 2. | None | *Article VI Company's directors, supervisors and senior management personnel shall diligence, urging the company to raise funds regulate the use of, and consciously safeguard security companies to raise funds, shall not participate in, facilitate or condone the company without authorization or a disguised change the use of proceeds.* |
| 3. | Article VII The company should carefully select commercial banks and raise funds to open a special account (hereinafter referred to as "account"), the company raised funds to be deposited in a special account to centrally manage the Board decision, account shall be kept non-raised funds or used for other | Article VIII The company should carefully select commercial banks and raise funds to open a special account (hereinafter referred to as "account"), the company raised funds to be deposited in a special account to centrally manage the Board decision, account shall be kept non-raised funds or used for other |

BNBMPLC0004877-K

| | | | |
|---|---|---|---|
| | | purposes . The necessary funds in the same investment projects should be stored in the same account, the number of fund-raising accounts (including accounts of other subsidiary companies or companies controlled setting) principle, more than the number of investment projects. | purposes . *Funds raised shall not exceed the number of accounts in principle, the number of investment projects.  In case the company has more than twice the financing, independent funds raising accounts should be set.  The necessary funds in the same investment projects should be stored in the same account.* |
| 4. | | Article VIII After the Company raised the funds, it shall deposit the funds raised within a month with the sponsor, the commercial banks (hereinafter referred to as "commercial bank") and signed a tripartite regulatory agreement (hereinafter referred to as the "Agreement"). Meeting agenda shall include at least the following contents:<br><br>(I) Special accounts for the funds raising, the accounts involved in fund-raising projects, storage amount and duration;<br><br>(II) If the company draw from the accounts of total amount more than 50 million yuan one time or within 12 months, or 20 percent of the total account, the corporate and commercial bank shall promptly notify the sponsor;<br><br>(III) The company should get a monthly statement to commercial banks, and a copy to the sponsor;<br><br>(IV) The sponsor can always go to commercial banks for account information;<br><br>(V) The sponsor should also check the company funds raising accounts deposit situation on site every quarter<br><br>(VI) If the commercial bank does not timely issue to the sponsor bank statement or notice to withdraw large accounts, as well as the | Article IX Company shall raise funds within a month with the sponsor, the commercial banks to raise funds deposited (hereinafter referred to as "commercial bank") signed a tripartite regulatory agreement (hereinafter referred to as the "Agreement").  The agreement shall include at least the following: (I) The Company shall be deposited in a special account to raise funds focus;<br><br>(II) to raise funds accounts, fund-raising project of the accounts involved, the amount deposited;<br><br>*(III) the company once or within 12 months total amount drawn from the accounts of more than 50 million yuan, or 20 percent of the total accounts, the corporate and commercial bank shall promptly notify the sponsor;*<br><br>*(IV) the Company shall obtain a monthly statement to commercial banks, and a copy to the sponsor;*<br><br>*(V) the sponsor can always go to commercial banks for account information;*<br><br>*(VI) when the company's on-site investigation should also check the fund-raising accounts stored in the case sponsor quarterly;*<br><br>*(VII)supervisory responsibilities the sponsor, with the responsibility to inform and* |

| | | |
|---|---|---|
| | presence of the sponsor did not cooperate with the investigation account information inquiries circumstances, the sponsor or the company may terminate the agreement unilaterally, the company can terminate the agreement after the cancellation of the fund-raising accounts;<br><br>(VII) Supervisory responsibilities of the sponsor, the commercial banks to inform, with responsibility, the sponsor institutions and commercial banks for the company to raise funds regulatory approach used;<br><br>(VIII) Companies, commercial banks, the rights and obligations of the sponsor;<br><br>(IX) Companies, commercial banks, sponsor of breach of contract. The Company shall record and announce the main content of the agreement after the above agreement and Times Shenzhen Stock Exchange. The agreement is terminated before the expiry date, the company shall from the date of termination of the agreement within a month from the signing of the new agreement between the parties, and the Times and the Shenzhen Stock Exchange after the filing announcement. | *commercial banks, and commercial banks sponsor regulatory approach for companies to raise funds used;*<br><br>*(VIII) companies, commercial banks, the sponsor of the rights, obligations and breach of contract;*<br><br>*(IX) commercial banks three times not timely issued to the sponsor bank statement or notice to withdraw large accounts, as well as the presence of the sponsor did not cooperate with the investigation account data query case, the company can terminate the agreement after the cancellation of the fund-raising accounts ;*<br><br>The Company shall record and announce the main content of the agreement after the above agreement and Times Shenzhen Stock Exchange.<br><br>The agreement is terminated before the expiry date, the company shall from the date of termination of the agreement within a month from the signing of the new agreement between the parties, and the Times and the Shenzhen Stock Exchange after the filing announcement.<br><br>*The sponsor and guarantee unit shall promptly submit inspection reports to the Shenzhen Stock Exchange after the end of each quarter on-site inspection.* |
| 5. | Article IX Raise capital investment plan in accordance with the company shall undertake a prospectus or prospectus to raise funds to use. Seriously affect the situation appears to raise capital investment plan properly conducted, the Company shall promptly report the Shenzhen Stock Exchange and announcements. | Article X plans to raise funds to invest in accordance with the Company shall undertake to use the application documents issued to raise funds. Seriously affect the situation appears to raise capital investment plan properly conducted, the Company shall promptly report the Shenzhen Stock Exchange and announcements. |
| 6. | Article X The company cannot | Article 11 The company |

| | | |
|---|---|---|
| | raise capital investment projects for financial assets held for trading and available for sale financial assets, lending to others, trust management and other financial investments, shall not directly or indirectly invest in the trading of securities as the main business the company. The company may not raise funds for the pledge, entrusted loans or other disguise to change the use of proceeds of the investment. | should in principle to raise the funds for the main business, not financial assets held for trading and available for sale financial assets, lending to others, trust management and other financial investments, shall not directly or indirectly invest in order to sale of securities as the main business of the company. The company may not raise funds for the pledge, entrusted loans or other disguise to change the use of proceeds of the investment. |
| 7. | Article 13 The company shall complete verification of progress of investment projects at the end of each fiscal year. The actual use of investment projects to raise funds and raise funds year previous year investment plan is expected to disclose the amount of the difference to use more than 30%, the company should be adjusted to raise capital investment plan and the disclosure of funds raised last year investment plan in the periodic report, At present, the progress of actual investment, after adjusting the annual investment plan and the reasons for changes in investment plans and other expectations. | Article 14 The actual use of Article XIV of investment projects to raise funds and raise funds annual investment plan disclosed last year are expected to use more than 30% of the difference between the amount the company should be adjusted to raise capital investment plan and the disclosure of funds raised in the last periodic report annual investment plan, the actual investment schedule, after adjusting the annual investment plan and the reasons for changes in investment plans and other expectations. |
| 8. | Article 16 The company raises funds to replace previously been put into self-financing investment projects, it shall be a special audit by the accounting firm, the sponsor issued explicit consent, and after the Board of Directors reviewed and approved before implementation. Application documents have been disclosed is intended to raise funds for replacement of pre-investment self-financing and pre-investment excluding amounts determined. | Article 17 The pre-investment in self-financing investment projects can raise funds to arrive within six months, in order to raise funds to replace self-financing. Replacement items shall be reviewed and approved by the Board of Directors, verification report issued by accounting firm and independent directors, the Board of Supervisors, the sponsor issued explicit consent before implementation and fulfillment of information disclosure obligations. The company has disclosed intends |

| | | |
|---|---|---|
| | | to raise funds to replace the self-financing and pre-determined amount of investment in the application documents, should be implemented before the announcement to the substitution. |
| 9. | Article 17 The idle funds can be used to supplement working capital, it shall comply with the following conditions: (a) shall not be disguised change the use of proceeds; (b) shall not affect the normal raise capital investment plans; (c) a single add liquidity shall not exceed six months; (iv) the independent directors and the sponsor separate opinions issued explicit consent.  When idle funds raised used to supplement working capital, is limited to the main business related to the production and operation, and may not, directly or indirectly, for the placing of new shares, purchase, or for stock and derivatives trading convertible bonds and the like. | Article 18 The company may temporarily idle funds raised used to supplement working capital, it shall comply with the following conditions: (a) shall not be disguised change the use of proceeds; (b) shall not affect the normal raise capital investment plans; (c) Single replenishment of working capital may not exceed 12 months; (d) single supplement working capital amount shall not exceed 50% of the amount of funds raised; (e) has been returned to the previous raise funds for temporary additional liquidity (if applicable); (f) do not use the idle to raise funds for investment in securities; (vii) the sponsor, independent directors, the Board of Supervisors issued a separate opinion explicit consent. When idle funds raised used to supplement working capital, is limited to the main business related to the production and operation, and may not, directly or indirectly, for the placing of new shares, purchase, or for stock and derivatives trading convertible bonds and the like. |
| 10. | Article 18 The company with idle funds add liquidity matters, be reviewed and approved by the Board, and report the Shenzhen Stock Exchange within two days and announced the following: " (five) independent directors, the sponsor issued opinions ; other content (six) Shenzhen Stock Exchange requirements.  The | Article 19 company with idle funds add liquidity matters, be reviewed and approved by the Board, and report the Shenzhen Stock Exchange within two days and announced the following: " (five) independent directors, board of supervisors, the sponsor issued views; other content (six) Shenzhen Stock Exchange |

BNBMPLC0004881-K

| | | |
|---|---|---|
| | funds raised exceed the amount of more than 10% of the idle to raise funds to supplement working capital, it should be by the shareholders' meeting, and provide network poll. *Prior to the expiration date to supplement working capital, the company should return to the part of the funds to raise funds accounts and reports and the Shenzhen Stock Exchange within two trading days after the announcement return all funds.* | requirements. Prior to the expiration date to supplement working capital, the company should return to the part of the funds to raise funds accounts and reports and the Shenzhen Stock Exchange within two trading days after the announcement return all funds. |
| 11. | None | Article 20 Temporarily idle funds raised can be cash management, investment products must meet the following conditions: (a) safe, guaranteed to satisfy this requirement, product issuers to provide guaranteed commitments; (b) mobility, not affect the normal investment plans to raise funds. Investment products may not be pledged, product-specific settlement account (if applicable) must not be stored or used for non-raised funds for other purposes, or cancellation of products dedicated to open settlement accounts, the company shall file to Shenzhen Stock Exchange and announce. The use of idle funds investment products, shall be subject to consideration by the Board of Directors, independent directors, board of supervisors, the sponsor issued explicit consent. The company shall announce within two days after the board meeting the following: (a) the basic situation of this fund-raising, including recruitment time, the amount of proceeds, net proceeds and investment plans; (ii) Use of proceeds; (c) the idle funds in the |

| | | |
|---|---|---|
| | | amount and duration of investment products, whether there is a disguised alter the behavior and the use of proceeds fund-raising projects to ensure that the measures do not affect normal; income distribution (d) investment products, investment scope and safety; (five) independent directors, board of supervisors, the sponsor issued opinions. |
| 12. | None | Article 21 The current period using the existence of idle funds investments or products, the company shall disclose the investment share of the earnings of the reporting period and the end of the period, the contracting parties, product name, duration and other information. |
| 13. | Article 19 The company with the following circumstances shall be deemed as change of investment: (a) cancel the original fund-raising project, the implementation of new projects; (b) the implementation of investment projects to change the subject; (c) the change of investment projects implementation location; (iv) the implementation of investment projects to change the way; (e) the difference between the actual amount of investment and plans to invest more than 30% of the planned amount of money; and (vi) identified as the Shenzhen Stock Exchange to raise funds to invest in other circumstances change. | Article 22 The Company has the following circumstances, deemed use of proceeds changes: (a) cancel the original fund-raising project, the implementation of new projects; (b) the implementation of investment projects to change the subject; (c) the change of investment projects embodiment; (iv) identified the Shenzhen Stock Exchange to raise funds to invest in other circumstances for change. |
| 14. | Article 21 Raised funds on the principles of after the change should invest in the core business. **Article 22 The feasibility of the Board of Directors The Company shall be carried out** | Article 24 The feasibility of the Board of Directors should be carried out carefully to be changed after a new analysis of investment projects, confident investment projects with good market |

BNBMPLC0004883-K

| | | |
|---|---|---|
| | **carefully to be changed after a new analysis of investment projects, confident investment projects with good market prospects and profitability, effectively preventing the investment risk, raise funds to improve efficiency.** | prospects and profitability, can effectively prevent investment risks, raise funds to improve efficiency. Use of proceeds on the principle of the company after the change should invest in the core business. |
| 15. | Article 25 The way the company intends to raise funds for investment projects to change the implementation of the joint venture shall be in full knowledge of the basic situation of the joint venture partners, based on careful consideration of the need for a joint venture, and the company should establish an effective control policy. | Article 27 The Company intends to raise funds for investment projects to change the way of implementation of the joint venture, should fully understand the basic situation of the joint venture partners on the basis of the need to carefully consider the joint venture, and the company should be controlled to ensure that the investment of funds raised effective control of the project. |
| 16. | None | Article 29 The Company intends to transfer or substitution of the last three Investment projects during the year (the transfer of foreign investment projects or replacement except as part of a major asset restructuring program components), the following shall be announced within two days after the Board of Directors and submitted to shareholders for consideration: (a) foreign specific reasons for the transfer or substitution of investment projects; (ii) has been used to raise the amount of funds invested in the project; (c) the degree of completion of the project and realization of benefits; (iv) a shift into the basic situation of the project feasibility analysis and risk Tip (if applicable); (e) the transfer or substitution of pricing basis and related income; transfer or substitution of investment projects in the opinion (six) independent directors, board of supervisors, the |

BNBMPLC0004884

| | | |
|---|---|---|
| | | sponsor institutions; other content (seven) this requires. *The company should give full attention to the case of the transfer price to charge and use the change of ownership of the assets of the situation and the continued operation of the assets.* |
| 17. | None | Article 30 The company changed to raise capital investment project site shall be reviewed and approved by the Board, and announced within two days, indicating to change the situation, because the impact on the implementation of investment projects to raise funds due and opinions issued by the sponsor. |
| 18. | None | Article 31 Before using a single investment projects completed, the project company to raise funds in savings (including interest) for other investment projects shall be reviewed and approved by the Board, the sponsor of the opinions published explicit consent. *Savings to raise funds (including interest) is less than 500,000 yuan or below the project to raise funds investment commitments of 1%, from time to perform the preceding program, which was used only in the case of disclosure of the annual report. Savings from the project company to raise funds (including interest) for non-investment projects (including the additional liquidity) shall perform the appropriate procedures and disclosure obligations in accordance with Article 23 and Article 25.* |
| 19. 16 | None | Article 32 After the completion of all investment projects, the savings to raise funds (including interest) accounted for |

| | | |
|---|---|---|
| | | more than 10% of the net proceeds, if the companies want to use surplus funds, they shall meet the following conditions: (a) the independent directors, the Board of Supervisors to comment; (b) the explicit consent of the sponsor published opinions; (c) the board of directors, shareholders' meeting. |
| | | May use the savings to raise funds (including interest) is less than 10% of the amount of funds raised, it should be reviewed and approved by the Board, the sponsor of the views published explicit consent. *Savings to raise funds (including interest) is less than 3 million yuan, or less than 1 percent of the net proceeds, from time to perform the preceding procedure, and its use is disclosed in the annual report.* |
| 20. 17 | Article 28 The existence of the company to raise funds, the board of directors shall be stored with the use of the annual fund-raising, including idle to raise funds to supplement working capital and effectiveness issued special instructions, and hire an accounting firm to raise funds on deposit with the use of to conduct a special audit report issued by the special audit, special audit report should be disclosed in the annual report. Special audit report should raise funds for the annual actual storage, special usage and content are consistent with the instructions of the Board issued a clear audit opinion. If the audit opinion issued by the accounting firm is "inconsistent with the basic" or "totally inconsistent", the Board of Directors shall explain the reasons for the differences and | Article 34 The Board of Directors shall complete verification of each semi-annual progress of investment projects, the issue, and "the company to raise funds on deposit with the actual use of the special report" and disclosed. In the annual audit, the company should hire an accounting firm to raise funds on deposit with the use of a verification report. *Article 35 CPA should be a special report whether the Board in accordance with the "Shenzhen Stock Exchange Listed Companies Standard Operational Guidelines" and prepare relevant guidelines and whether the format of the annual fund-raising accurately reflects the actual storage, use reasonable assurance proposed forensic conclusions.* Appraisal conclusion is "reserved conclusion", "no conclusion" or |

| | | |
|---|---|---|
| | corrective measures disclosed in the annual report. | "Cannot make conclusions," the Board of Directors shall be grounds for the conclusion of the proposed conduct forensic analysis report, the accounting firm, and propose corrective measures disclosed in the annual report. The sponsor shall, within ten days after the disclosure of attestation report on storage and use of the annual fund-raising site verification and issue a special verification report, verification report should carefully analyze the reasons presented above forensic accounting firm conclusions, and propose specific verification opinion. The company shall, within two days of the announcement, report to us and make announcement. |
| 21. | Article XXIX The independent directors should focus on the actual use of funds raised and the company information disclosure if there are significant differences. Agreed by more than half of the independent directors, independent directors may hire an accounting firm to raise funds to conduct a special audit. The Company shall fully cooperate with the special audit work and commitment necessary audit fees. | Article XXXVI The independent directors should be concerned about the actual use of funds raised and the company information disclosure if there are significant differences. After more than half agreed that independent directors, independent directors may hire an accounting firm to raise funds on deposit with the use of a verification report. The company should actively cooperate and bear the costs of necessary |
| 22. 19 | None | Article XXXVII The Company at the time of the sponsor site investigation found the company to raise funds management there are significant irregularities or significant risk situation, it shall promptly report to the Shenzhen Stock Exchange. |
| 23. | Article XXXI The company issues securities as payment for the purchase of assets or raise funds for the acquisition of the | Article XXXIX The company issues securities as payment for the purchase of assets or raise funds for the |

| | | |
|---|---|---|
| | assets of a particular object, the relevant parties should strictly abide by and fulfill | acquisition of assets to a particular object, the relevant parties should strictly abide by and fulfill involving |
| | involving the acquisition of assets related commitments, including but not limited to realize the asset and earnings assets after raising the company's earnings forecast. | Commitments to acquire assets, including, but not limited to, the company's profit forecast realize the asset and profit forecast after buying assets. |
| 24. | Article XXXII The Company intends to sell these assets, it shall comply with the relevant provisions of the "Shenzhen Stock Exchange Listing Rules", in addition, the Board should fully explain the reasons for the sale and the impact on the company's independent directors and the board of supervisors on the matter should published opinions express consent. | Removed |
| 25. | Article XXXIII The Board of Directors shall explain the fulfillment relates to the acquisition of the assets of the reporting period related commitments in the annual report.   The company's profits if the asset is less than 10% of realized profit forecast, the reason does not meet profit forecasts should be disclosed in the annual report as well as the board of supervisors, independent directors and the audit report issued by the profit forecast CPA should be on make a special statement on the matter; if the profits of the company to realize the asset fails to reach 80% of the profit forecast, except due to force majeure, the legal representative of the company, earnings CPA, relevant shareholders (the asset's original audit report signed by all people) should be publicly explained, apologized and | Removed |

BNBMPLC0004888-K

| | announced   at   the   shareholders meeting | |

The  resolution was approved with 9 votes  in  favor, 0 against, and 0 abstentions.

XIII.  Reviewed  and  approved  the  "Resolution  about  convening 2014 First Interim General Meeting of Shareholders".

On  this  non-public  offering  related  matters,  the  Board  will convene  the  company  in  2014  first  extraordinary  general  meeting  of shareholders  at  the  appropriate  time,  the  shareholders  meeting  the specific   issues   of   time,   place,   agenda   and   other   separate announcement.

The meeting considered the Resolution four or five, Resolution six, Resolution  seven,  Resolution  eight  and  nine  to  be  submitted  to shareholders  before eleven post-implementation review and approval.

The  resolution was approved with 9 votes  in  favor, 0 against, and 0 abstentions.

We hereby make the announcement.

Beijing New Building Materials Public Limited Company

Board of Directors

March 13, 2014

BNBMPLC0004889-K