*The Stock Exchange of Hong Kong Limited takes no responsibility for the contents of this announcement, makes no representation as to its accuracy or completeness and expressly liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



44147919

May 9 2012
10:41AM



# CNBM
# China National Building Material Company Limited*
# 中　國　建　材　股　份　有　限　公　司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock code: 3323)

## CONNECTED TRANSACTION
## ACQUISITION OF THE ENTIRE EQUITY INTEREST IN
## TAIAN DONGLIAN INVESTMENT TRADING COMPANY LIMITED

## CONNECTED TRANSACTION
## PROVISION OF FINANCIAL ASSISTANCE TO
## TAIAN STATE OWNED ASSETS MANAGEMENT COMPANY

Financial Adviser

### ANGLO CHINESE
CORPORATE FINANCE, LIMITED

---

On 28 August, 2006, the board of directors of the Company announced that BNBM, a 52.4% owned subsidiary of the Company, entered into the following transactions:

**I. ACQUISITION OF THE ENTIRE EQUITY INTEREST IN DONGLIAN**

On 28 August, 2006, BNBM, Liu Huan and Jiao Wen Bo entered into the Share Transfer Agreement whereby BNBM proposes to acquire all the equity interest in Donglian, which holds 23% of the equity interest in Taihe, for a consideration of Rmb114,540,000. Liu Huan is the vendor of 80.13% of equity interest in Donglian whereas Jiao Wen Bo is the vendor of 19.87% of equity interest in Donglian.

**II. PROVISION OF FINANCIAL ASSISTANCE TO STATE OWNED COMPANY**

On 28 August, 2006, BNBM and State Owned Company entered into the Loan Agreement whereby BNBM agreed to grant a loan of Rmb 50 million to State Owned Company for a period of one year. It is a condition of the Loan Agreement that State Owned Company shall pledge the 16% of equity interest in Taihe, a subsidiary of BNBM, that it owns as collateral for the Loan. State Owned Company undertakes to BNBM that the equity interest pledged by it is free from encumbrances.

The Acquisition and the provision of the Loan are independent transactions not conditional on each other.

Each of the Acquisition and the provision of the Loan constitutes a connected transaction of the Company under Chapter 14A of the Listing Rules. As each of the percentage ratios (other than the profits ratio) is on an annual basis less than 2.5%, the provision of the Loan is only subject to the reporting requirements and is exempt from the independent shareholders' approval requirements under Rule 14A.34 of the Listing Rules. The Acquisition is subject to reporting and announcement requirements under the Listing Rules and the approval of the independent shareholders of the Company.

No shareholder of the Company is required to abstain from voting if the Company were to convene a special general meeting for the purpose of approving the Acquisition because no substantial shareholders of the Company has an interest that is different from that of other shareholders in relation to the Acquisition. A written approval on the Acquisition will be obtained from China National Building Material Group Corporation, the parent company and a substantial shareholder of the Company, and the three wholly owned subsidiaries of China National Building Material Group Corporation, namely Beijing New Building Material (Group) Company Limited, China National Building Material Import and Export Company and China Building Materials Academy, which collectively hold approximately 60.34% of the issued shares in the Company as at the date of this announcement. The Company will apply for a waiver under Rule 14A.43 of the Listing Rules to The Stock Exchange of Hong Kong Limited from convening the extraordinary meeting to approve the Acquisition. A circular containing, among other things, details of the Acquisition, a letter of advice from each of the independent board committee of the Company and the independent financial adviser on the Acquisition will be despatched to the shareholders of the Company as soon as practicable.

---

**I. ACQUISITION OF THE ENTIRE EQUITY INTEREST IN DONGLIAN**

The board of directors of the Company announces that BNBM proposes to acquire all the equity interest in Donglian on and subject to the terms of the Share Transfer Agreement.

**Date of the Share Transfer Agreement**

28 August, 2006

**Parties**

BNBM as the purchaser
Liu Huan as the vendor of 80.13% of equity interest in Donglian
Jiao Wen Bo as the vendor of 19.87% of equity interest in Donglian

**Assets to be acquired**

Subject to the fulfillment of the conditions of the Share Transfer Agreement, BNBM will acquire from Liu Huan and Jiao Wen Bo the entire equity interest in Donglian which in turn holds a 23% equity interest in Taihe. The equity interest to be acquired will be acquired free from encumbrances.

After the completion of the Share Transfer Agreement, the effective shareholding of BNBM in Taihe will increase from 42% to 65%. BNBM has gained long term control of Taihe's board of directors in connection with the acquisition of the 42% equity interest in Taihe in April 2005. Therefore, Taihe is accounted for as a subsidiary of BNBM before and after the Acquisition.

**Consideration**

The consideration payable by BNBM for the equity interest in Donglian is Rmb114,540,000, which was determined after arm's length negotiations between BNBM and the vendors. The consideration will be financed partly from the internal resources and partly from the external borrowings of CNBM Group. Details of the financing have yet to be finalised as at the date of this announcement.

The consideration of Rmb114,540,000 represents a premium of 5.9% over the net asset value of Donglian of Rmb107,740,000 as at 30 June, 2006, based on the assessment of an independent professional valuer who adopted a replacement cost approach in valuing the assets and liabilities of Donglian.

**Conditions of the Share Transfer Agreement**

Completion of the Share Transfer Agreement is subject to, inter alia, compliance with the articles of association of BNBM and the requirements under the listing rules of the (if necessary) relevant stock exchanges and obtaining approvals from the directors and the shareholders of BNBM and the Company. The conditions of the Share Transfer Agreement cannot be waived by the parties thereto.

**Completion of the Share Transfer Agreement**

Completion of the Share Transfer Agreement is expected to take place immediately after all the conditions of the Share Transfer Agreement have been fulfilled.

**Reasons for the entering into the Share Transfer Agreement**

Following BNBM's acquisition of the 42% equity interest of Taihe, the Company has become the largest producer of gypsum boards in the PRC. The acquisition has also enhanced the Company's ability to serve a broader base of customers. The directors of the Company believe that the Acquisition will enable CNBM Group to further enhance its competitiveness and consolidate its leading position in the PRC gypsum board market as it will participate more actively in the daily operations and management of Taihe with a view to improving its profitability.

The board of directors (including the independent non-executive directors) of the Company considers that the terms of the Share Transfer Agreement to be fair and reasonable, on normal commercial terms and in the interest of the shareholders of the Company as a whole.

**Information on Donglian**

Donglian is an investment holding company. Its principal activity is the investment in building materials companies. Its major investment is a 23% equity interest in Taihe, a subsidiary of BNBM.

Based on the generally accepted accounting principles in the PRC, Donglian had an audited net asset value of approximately Rmb78.7 million as at 30 June, 2006. Its audited profit before tax for the two years ended 31 December, 2004 and 2005 and the six months ended 30 June, 2006 was nil, approximately Rmb15.7 million and Rmb6.3 million respectively. Its audited profit after tax for the two years ended 31 December, 2004 and 2005 and the six months ended 30 June, 2006 was nil, approximately Rmb14.6 million and Rmb6.3 million respectively.

---

EXHIBIT 69

HERMAN AFFIDAVIT
EXHIBIT 134

Q000010

*The Stock Exchange of Hong Kong Limited takes no responsibility for the contents of this announcement, makes no representation as to its accuracy or completeness and expressly disclaims any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



# CNBM
# China National Building Material Company Limited*
# 中 國 建 材 股 份 有 限 公 司
*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock code: 3323)

## CONNECTED TRANSACTION
## ACQUISITION OF THE ENTIRE EQUITY INTEREST IN
## TAIAN DONGLIAN INVESTMENT TRADING COMPANY LIMITED

## CONNECTED TRANSACTION
## PROVISION OF FINANCIAL ASSISTANCE TO
## TAIAN STATE OWNED ASSETS MANAGEMENT COMPANY

**Financial Adviser**

**ANGLO CHINESE**
CORPORATE FINANCE, LIMITED

**Implications of the entering into the Share Transfer Agreement under the Listing Rules**

In relation to the Acquisition, Liu Huan, one of the vendors, is an associate of Donglian by virtue of his 80.13% equity interest in Donglian, which is a substantial shareholder of Taihe. Liu Huan is a connected person of the Company within the meaning of the Listing Rules. Therefore, the Acquisition constitutes a connected transaction of the Company under Chapter 14A of the Listing Rules and is subject to reporting and announcement requirements under the Listing Rules and the approval of the independent shareholders of the Company.

**PROVISION OF FINANCIAL ASSISTANCE TO STATE OWNED COMPANY**

The board of directors of the Company announces that BNBM, a 52.4% owned subsidiary of the Company, is proposing to grant the Loan to State Owned Company on and subject to the terms of the Loan Agreement.

**Date of the Loan Agreement**

28 August, 2006

**Lender**

BNBM

**Borrower**

State Owned Company

The shareholder of State Owned Company is Taian City State Owned Assets Management Committee, which is a state owned enterprise. State Owned Company is an investment holding company. It holds 16% of equity interest in Taihe, a subsidiary of BNBM. BNBM owns 42% of equity interest in Taihe. As explained above, Taihe became a subsidiary consolidated with BNBM since April 2005.

**Principal amount of the Loan**

Rmb 50 million

**Term**

Subject to the fulfilment of the conditions of the Loan Agreement, BNBM will make available the Loan to State Owned Company within immediately after the conditions of the Loan Agreement have been fulfilled.

State Owned Company will repay the Loan within one year from the date the Loan is granted.

In the event that the Loan is not repaid in full when the Loan becomes due for repayment, a penalty payment calculated on a daily basis at 0.1% on the outstanding amount of the Loan is payable by State Owned Company to BNBM. If State Owned Company defaults on the repayment of the principal amount of the Loan and the interest fee payable thereon, BNBM has the right to foreclose the collateral pledged by State Owned Company with respect to the Loan as described below.

**Interest payable by State Owned Company**

Interest, which is payable by State Owned Company to BNBM bi-annually, is calculated on the basis of the benchmark one year lending rate (which is 6.12% as at the date of this announcement) declared by the People's Bank of China from time to time plus a margin of 10% of such benchmark rate is payable by State Owned Company to BNBM bi-annually. Each instalment of the interest fee is payable 20 days before it falls due.

**Collateral**

State Owned Company will pledge the 16% of equity interest in Taihe that it owns as collateral for the Loan. State Owned Company undertakes to BNBM that the equity interest pledged by it is free from encumbrances. According to the Loan Agreement, the validity of the pledge is valid for a period of 24 months from the date State Owned Company is obliged to repay the Loan. If the Loan is not repaid within the 24 month period, in accordance with the PRC laws, the pledge will cease to be valid.

Taihe is engaged in production and sale of gypsum boards with broad market penetration in northern, eastern and central China. As at 30 June, 2006, Taihe had unaudited net asset value of approximately Rmb326.8 million. Based on the generally accepted accounting principles in the PRC, Taihe's audited profit before tax for the two years ended 31 December, 2004 and 2005 was approximately Rmb32.0 million and approximately Rmb64.3 million respectively. Its audited profit after tax for the two years ended 31 December, 2004 and 2005 was approximately Rmb17.9 million and approximately Rmb60.0 million respectively. It has unaudited profit before tax and profit after tax of approximately Rmb44.8 million approximately Rmb37.6 million for the six months ended 30 June, 2006.

Based on the unaudited net asset value of Taihe as at 30 June, 2006, the net asset value of Taihe attributable to the collateral is approximately Rmb52.3 million.

Based on the audited net profit of Taihe for the year ended 30 December, 2005, the net profit of Taihe attributable to the collateral is approximately Rmb9.6 million.

**Conditions of the Loan Agreement**

Completion of the Loan Agreement is subject to, inter alia, compliance with the articles of association of BNBM and the requirements under the listing rules of the relevant stock exchanges and obtaining approvals from the directors and the shareholders of BNBM (if necessary) and the Company. The conditions of the Loan Agreement cannot be waived by the parties thereto.

**Completion of the Loan Agreement**

Completion of the Loan Agreement is expected to take place immediately after all the conditions of the Loan Agreement have been fulfilled.

**Information on State Owned Company**

State Owned Company is an investment holding company. Its major investments include a 16% shareholding interest in Taihe. The shareholder of State Owned Company is Taian City State Owned Assets Management Committee which is in turn owned by the government of Taian City.

**Shareholding Structure**

The following is a graphical illustration of the shareholding relationships between the Company, State Owned Company, Taihe and its shareholders as at the date of this announcement:



*The Stock Exchange of Hong Kong Limited takes no responsibility for the contents of this announcement, makes no representation as to its accuracy or completeness and expressly disclaims any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



# CNBM
# China National Building Material Company Limited*
# 中 國 建 材 股 份 有 限 公 司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock code: 3323)

## CONNECTED TRANSACTION
## ACQUISITION OF THE ENTIRE EQUITY INTEREST IN
## TAIAN DONGLIAN INVESTMENT TRADING COMPANY LIMITED

## CONNECTED TRANSACTION
## PROVISION OF FINANCIAL ASSISTANCE TO
## TAIAN STATE OWNED ASSETS MANAGEMENT COMPANY

**Financial Adviser**

### ANGLO CHINESE
CORPORATE FINANCE, LIMITED

**Reasons for the entering into the Loan Agreement**

After the acquisition of the 42% equity interest in Taihe by BNBM in April 2005, CNBM Group had become the largest gypsum board producer in the PRC. BNBM acquired a 42% equity interest in Taihe with a view to enhancing the Group's presence in the gypsum board market in China. As State Owned Company does not presently intend to sell their equity stake in Taihe, the Company and State Owned Company decided to enter into the Loan Agreement in which State Owned Company is prohibited from selling its 16% equity interest to any other third parties during the term of the Loan Agreement. The Company may consider making further investments in Taihe upon the expiry of the Loan Agreement.

For the reasons set out above and having considered that the fees payable on the Loan are comparable to the market lending rate in the PRC, the directors of the Company consider the granting of the Loan to be fair and reasonable, on normal commercial terms and in the interest of the Company and its shareholders as a whole.

**Implications of the entering into the Loan Agreement under the Listing Rules**

State Owned Company is a substantial shareholder of Taihe, a subsidiary of BNBM and is accordingly a connected person of the Company within the meaning of the Listing Rules. The Loan constitutes financial assistance pursuant to Rule 14A.13(2) of the Listing Rules and the granting of the Loan constitutes a connected transaction of the Company under Chapter 14A of the Listing Rules and is subject to reporting and announcement requirements under the Listing Rules and the approval of the independent shareholders of the Company.

The Acquisition and the provision of the Loan are independent transactions not conditional on each other.

## INFORMATION ON THE COMPANY

The Company is a leading building materials company in China with significant operations in the cement, lightweight building materials, glass fiber and fiberglass reinforced plastic products and engineering services business segments.

## GENERAL

The Company will appoint an independent financial adviser to advise an independent committee of the board of directors of the Company and the independent shareholders of the Company on the fairness and reasonableness of the Acquisition.

No shareholder of the Company is required to abstain from voting if the Company were to convene a special general meeting for the purpose of approving the Acquisition because no substantial shareholders of the Company has an interest that is different from that of other shareholders in relation to the Acquisition. A written approval of the Acquisition will be obtained from China National Building Material Group Corporation, the parent company and a substantial shareholder of the Company, and the three wholly owned subsidiaries of China National Building Material Group Corporation, namely Beijing New Building Material (Group) Company Limited, China National Building Material Import and Export Company and China Building Materials Academy, which collectively hold approximately 60.34% of the issued shares in the Company as at the date of this announcement. The Company will apply for a waiver under Rule 14A.43 of the Listing Rules to The Stock Exchange of Hong Kong Limited from convening the special general meeting approve the Acquisition. A circular containing, among other things, details of the Acquisition, tter of advice from each of the independent board committee of the Company and the ...dependent financial adviser on the Acquisition will be despatched to the shareholders of the Company as soon as practicable.

## DEFINITIONS

| | |
|---|---|
| "Acquisition" | the acquisition of the entire equity interest in Donglian by BNBM pursuant to the terms and conditions of the Share Transfer Agreement |
| "BNBM" | Beijing New Building Material Company Limited* (北新集團建材股份有限公司), a joint stock limited company incorporated under the laws of the PRC, and a 52.4% subsidiary of the Company whose A shares are listed on the Shenzhen Stock Exchange |
| "Company" | China National Building Material Company Limited* (中國建材股份有限公司), a joint stock limited company incorporated under the laws of the PRC |
| "CNBM Group" | the Company and its subsidiaries |
| "Donglian" | Taian Donglian Investment Trading Company Limited* (泰安市東聯投資貿易有限公司) |
| "Listing Rules" | The Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited |
| "Loan" | a loan of Rmb 50 million to be granted by BNBM to State Owned Company pursuant to terms and conditions of the Loan Agreement |
| "Loan Agreement" | the conditional agreement dated 28 August, 2006 entered into between the BNBM and State Owned Company in relation to the Loan |
| "PRC" | the People's Republic of China |
| "Share Transfer Agreement" | the conditional agreement dated 28 August, 2006 entered into among the BNBM, Liu Huan and Jiao Wen Bo in relation to the Acquisition |
| "State Owned Company" | Taian State Owned Assets Management Company* (泰安市國有資產經營公司) |
| Taihe | Shangdong Taihe Dongxin Company Limited* (山東泰和東新股份有限公司), a joint stock limited company incorporated under the laws of the PRC and a subsidiary of BNBM, in which BNBM has a 42% equity interest |
| "Rmb" | Renminbi yuan, the lawful currency of the PRC |

\* *For identification only*

As at the date of this announcement, the board of directors of the Company comprises:

*Executive Directors:*
Song Zhiping
Cao Jianglin
Li Yimin
Peng Shou

*Non-Executive Directors:*
Cui Lijun
Huang Anzhong
Zuo Fenggao

*Independent Non-Executive Directors:*
Zhang Renwei
Zhou Daojiong
Chi Haibin
Lau Ko Yuen, Tom

By Order of the Board
**Chang Zhangli**
*Company Secretary*

Hong Kong, 28 August, 2006

\* *For identification purposes only*