# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
*Gardner v. Knauf Gips KG, et al.*, case no. 15-2529

## ORDER

Considering the foregoing Consent Motion to Extend Time for Service of Process;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall have a 120-day extension of time to serve process on Defendants up to and including March 8, 2016.

New Orleans, Louisiana, this  23rd  day of      October      , 2015.

_____
UNITED STATES DISTRICT JUDGE

1