**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 21, 2015**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date. The conference was transcribed by Ms. Toni Tusa, Official Court Reporter. Counsel may contact Ms. Tusa at (504) 589-7778 to request a copy of the transcript. The Plaintiffs' Steering Committee, counsel for Taishan, counsel for the CNBM entities, and Defense Liaison counsel participated. The parties discussed the status of the document production related to Mr. Wenglong Peng's computer files as well as the attending privilege log. These issues are detailed further in the attached emails.

**IT IS ORDERED** that the Parties **MEET AND CONFER** within the next 24 hours to discuss the issues discussed at the conference and described in the attached emails. **IT IS FUTHER ORDERED** that *after* the Parties meet and confer, the Parties may reach out to the Court at 3:00 p.m. CT *if* they need Court intervention to resolve any outstanding issues.

1

JS10(00:33)