UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                                    |   |                     |
|----------------------------------------------------|---|---------------------|
|                                                    | : | MDL NO. 2047        |
| IN RE: CHINESE MANUFACTURED DRYWALL                | : |                     |
| PRODUCTS LIABILITY LITIGATION                      | : | SECTION L           |
|                                                    | : |                     |
|                                                    | : | JUDGE FALLON        |
|                                                    | : | MAGISTRATE JUDGE    |
|                                                    | : | WILKINSON           |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence and request to file a late Pre-Remediation Alternative Living Expense ("PRALE") claim from Thomas Lukaszewski. **IT IS ORDERED** that the attached correspondence and request be entered into the record.

The correspondence and attached exhibits indicate that Claimant was previously represented by Jeff Keiser and/or Patrick Montoya at Colson Hicks Eidson. Claimants contend that counsel failed to properly submit the proper documentation with regard to their PRALE claim before the October 2013 deadline.

Accordingly, **IT IS ORDERED** that Patrick Montoya or Jeff Keiser contact Mr. Lukaszewski to discuss this situation further and take any appropriate action and thereafter alert the Court as to the status of the matter.

New Orleans, Louisiana, this 23rd day of October, 2015.

UNITED STATES DISTRICT JUDGE

cc:
Thomas Lukaszewski
P.O. Box 4157
Cherry Hill, NJ 08034

Patrick Montoya
Colson Hicks Eidson Colson

1

255 Alhambra Circle, PH
Coral Gables, FL 33134

Jeff Keiser
Colson Hicks Eidson
1100 Poydras Street
Suite 2800
New Orleans, LA 70163

Leonard Davis
Herman Herman & Katz
820 O'Keefe Ave.
New Orleans, LA 70113