UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S
OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S
DISCLOSURE MOTION CONTESTING BNBM PLC'S CLAIM OF PRIVILEGE
AND/OR WORK PRODUCT PROTECTION AND FOR *IN CAMERA* INSPECTION
(WITH EXHIBITS)

# FILED UNDER SEAL