# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,* **Case No. 09-6687 (E.D. La.);**

*Gross v. Knauf Gips***, KG,** *et al.,* **Case No. 09-6690 (E.D. La.);**

*Wiltz v. Beijing New Building Materials Public Limited Co., et al.,* **Case No. 10-361 (E.D. La.);**

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 11-1672 (E.D. La.);**

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 11-1395 (E.D. La.);**

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 11-1673 (E.D. La.); and**

*Amorin v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* **Case No. 14-1727 (E.D. La.).**

## ORDER

Before the Court is Beijing New Building Materials Public Limited Company's Motion For Leave to Exceed Page Limitation.  The Court is of the opinion that the Motion should be GRANTED.

Beijing New Building Materials Public Limited Company's Motion to Dismiss the Complaints Pursuant to Rules 12(b)(2) and 12(b)(5) is hereby filed to the record.

**SO ORDERED.**

New Orleans, Louisiana, this 23rd day of _____October_____ , 2015.

ELDON E. FALLON
United States District Court Judge