# Beijing New Building Materials Public Limited Company

# Annual Report 2014

**March 2015**

EXHIBIT 1

| Total of the above | 0.00 | 8,324,751.52 | | 1,800,000,000.00 | 630,000,000.00 | 1,178,324,751.52 |
| Financial liabilities | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |

Whether great changes happened in the measurement attribute of the Company's main assets in the reporting period

□ Yes √ No

**4. Conditions of main overseas assets**

□ Applicable √ Not applicable

**V. Analysis of core competitiveness**

During the reporting period, the Company continued to maintain the superior core competencies, as follows:

1. Advantage of scale. By the end of the reporting period, the Company's production capacity of gypsum boards reached 1.78 billion square meters and continued to be the world's number one.

2. Advantage of brand. The "Dragon" and "Taishan" products of the Company enjoy very high brand awareness and reputation. By the end of the reporting period, the Company's brand value set new highs for five consecutive years and reached RMB26.476 billion, ranking 78th among the 500 most valuable brands in China. The Company ranked among the "top 500 brands in Asia" for five consecutive times and ranked among the first three in Asia's brand building material industry; the "Dragon brand" won the "Chinese Brand Annual Award No.1" in 2014 and opened an innovative and development road for the self-owned brand to go to the international market and become a high-end brand.

3. Advantage of technology. The Company has an enterprise technical center at the national level, a postdoctoral research station and a Master of Engineering station and has 1,461 patents granted in the industry.

4. Advantage of marketing. BNBMPLC and Taishan Gypsum have dense marketing network covering the big and medium-sized cities and county-level cities in developed regions after years of market development.

5. Advantage of management. The Company promotes the "Three-Five" management continuously, strengthens management by objectives, fine management and benchmarking management to make profit by management.

**VI. Analysis of investment status**

**1. Foreign equity investment**

**(1) Foreign investment**

√ Applicable □ Not applicable

| Foreign investment | | |
|---|---|---|
| Investment during reporting period (Yuan) | Investment during same period of previous year (Yuan) | Volatility, |
| 220,220,763.09 | 154,040,000.00 | 42.96% |
| Investee company situation | | |
| Company name | Main business | The equity proportion of listed company in investee company |
| Beijing Building Material (Hunan) Co., Ltd. | Production, processing and sale of plasterboards, gypsum products, light steel keels, light steel-structure houses, wooden structures, glass fiber and cement products, heat insulation and sound insulation materials; production and sale of building materials, decoration materials (not including dangerous chemicals); technical support, technical consultation and technical transfer of new building materials and their production equipment. | 100.00% |
| Beijing Building Material（Shaanxi）Co., | Production, processing and sale of | 100.00% |

| | | |
|---|---|---|
| Ltd. | plasterboards, gypsum products, light steel keels, structural steel ribs, light steel-structure houses, wooden structures, glass fiber and cement products, heat insulation and sound insulation materials; production and sale of building materials, decoration materials (not including dangerous chemicals); technical support, technical consultation and technical transfer of new building materials and their production equipment. | |
| BNBM (Kunming) Co., Ltd. | Production, processing and sale of plasterboards, gypsum products, light steel keels, light steel-structure houses, wooden structures, glass fiber and cement products, heat insulation and sound insulation materials; technical support, technical consultation and technical transfer of new building materials and their production equipment. | 100.00% |
| BNBM (Jiaxing) Co., Ltd. | Production, processing and sale of plasterboards, gypsum products, light steel keels, light steel-structure houses, glass fiber and cement products, heat insulation and sound insulation materials; wholesale and retail of building materials and decoration materials (not including dangerous chemicals); technical support and technical consultation for new building materials and their production equipment (the above business scope doesn't include projects forbidden, restricted and subjected to permission according to the state laws and regulations. | 100.00% |
| BNBM Homes Co., Ltd. | Develop and produce new building materials (including thin, steel-rib, light and high-strength wall materials, parts and buildings and energy-saving and environment-friendly steel-structure buildings); design, produce and process high-grade environment-friendly decoration materials and housing equipment; provide technical services for self-produced products; sell self-produced products. | 100.00% |
| Taishan Gypsum (Guangxi) Co., Ltd. | Production and sale of thistle boards, gypsum products, light steel keels, building materials, decoration materials; import and export business in the recorded scope. (Operate according to the permit or approving document if operation is to be permitted). | 100.00% |
| Taishan Gypsum (Xiangyang) Co., Ltd. | Production and sale of plasterboards, decorative gypsum boards, gypsum powder, gypsum blocks and other gypsum products, lightgage steel joists and other metal products for building, new-type building materials and decorative materials. | 100.00% |
| Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd. | Production and sale of phosphogypsum cement retarder; sale of gypsum powder and gypsum products. | 100.00% |
| Taishan Gypsum (Dongying) Co., Ltd. | Thistle boards, decoration plasterboards, gypsum powder and stone | 100.00% |
| | Sale of gypsum blocks and other gypsum products, light steel keels and other building metal products, new building | |

BNBMPLC Annual Report 2014

| | | | |
|---|---|---|---|
| | | materials and decoration materials (operate according to the permit or approving document if operation is to be permitted). | |
| Weierda (Liaoning) Environmental-friendly Material Co., Ltd. | | Production and sale of plasterboards, decorative gypsum boards, gypsum powder, gypsum blocks and other gypsum products, lightgage steel joists and other metal products for building, new-type building materials and decorative materials. | 100.00% |

**(2) Description of external investment**

Notes: a. Taishan Gypsum (Guangxi) Co., Ltd. is a subsidiary of Taishan Gypsum under the Company and the Company has 65% of the interests in Taishan Gypsum.

b. Taishan Gypsum (Xiangyang) Co., Ltd. is a subsidiary of Taishan Gypsum under the Company and the Company has 65% of the interests in Taishan Gypsum.

c. Taishan Gypsum (Xuancheng) Co., Ltd. is a subsidiary of Taishan Gypsum under the Company and the Company has 65% of the interests in Taishan Gypsum.

d. Taishan Gypsum (Dongying) Cement Retarder Co., Ltd. is a subsidiary of Taishan Gypsum under the Company and the Company has 65% of the interests in Taishan Gypsum.

e. Weierda (Liaoning) Environment-Friendly Materials Co., Ltd. is a subsidiary of Taishan Gypsum under the Company and the Company has 65% of the interests in Taishan Gypsum.

**(3) Equity in financial enterprises**

√ Applicable □ Not applicable

| Company name | Company category | Initial investment cost (RMB) | Quantity of stock keeping at beginning (shares) | Proportion of stock keeping at beginning | Quantity of stock keeping at closing (shares) | Proportion of stock keeping at closing | Closing (the book) value (RMB) | Profit and loss in reporting period (RMB) | Accounting item | Source of shares |
|---|---|---|---|---|---|---|---|---|---|---|
| Zhongtou Credit Guarantee Co., Ltd. | Others | 10,000,000.00 | 10,000,000 | 1.00% | 10,000,000 | 1.00% | 8,875,232.06 | -170,250.78 | Financial assets available for sale | Acquired by means of purchases |
| Total | | 10,000,000.00 | 10,000,000 | -- | 10,000,000 | -- | 8,875,232.06 | -170,250.78 | -- | -- |

**(4) Investments in securities**

□ Applicable √ Not applicable

There were no securities investments in the reporting period of the Company.

**(5) Description of interests held in other listed companies**

□ Applicable √ Not applicable

No interests were held by the Company in other listed companies in the reporting period.

**2. Trust management, derivatives investment and entrustment loans**

**(1) Entrusted investments**

√ Applicable □ Not applicable

Unit: RMB10,000

| Trustee name | Related-party relationship | Related-party transaction? | Product type | Amount of trust management | Start date | End date | Remuneration determination way | Principal amount actually recovered in current period | Amount of provision for impairment (if any) | Estimated earnings | Actual profit and loss during the reporting period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tai'an | Third party | No | Bank of | 3,500 | April 1, 2014 | May 9, 2014 | Principal and | 3,500 | | 20.77 | 20.77 |

18

| | |
|---|---|
| replacements of the investment projects of raised funds | The 8th temporary meeting of the 5th Board of Directors of the Company deliberated and passed the resolution "Replace Self-Raised Funds Already Invested into Investment Projects of Raised Funds with Raised Funds" on November 11, 2014, agreeing to replace self-raised funds already invested into investment projects of raised funds with raised funds, and the total replaced amount is RMB65,974,897.51. Baker Tilley China (special ordinary partnership) audited the actual amount of the Company's self-raise funds already invested into the investment projects of raised funds and issued the Tianzhiyezi [2014] No. 11777 "Verification Report on Self-Raised Funds Already Invested into Investment Projects of Raised Funds". The recommendation agency Morgan Stanley Huaxin Securities issued the "Verification Opinions of Morgan Stanley Huaxin Securities on Beijing New Building Material (Group) Co., Ltd. Replacing Self-Raised Funds Already Invested into Investment Projects with Raised Funds from Non-Public Offered Shares". Please see the Company's "Bulletin of Replacing Self-Raised Funds Already Invested into Investment Projects of Raised Funds with Raised Funds" dated November 18, 2014. |
| Condition of supplementing floating funds temporarily with idle raised funds | Not applicable |
| Amount and reason for surplus of raised funds when the projects are implemented | Not applicable |
| Purpose and whereabouts of unused raised funds | Unused raised funds will still be used for committed investment projects and are deposited in the Company's special account and managed as current deposits now. |
| Problems or other conditions existing in use and disclosure of raised funds | None |

**(3) Changes in the projects of raised funds**

□ Applicable √ Not applicable

No projects of raised funds are changed in the Company's reporting period.

**4. Analysis of principal subsidiaries and equity participation companies**

√ Applicable □ Not applicable

About principal subsidiaries and equity participation companies

Unit: RMB yuan

| Company name | Company type | Industry | Major products or services | Registered capital | Total Assets | Net assets | Operating income | Operating profit | Net profit |
|---|---|---|---|---|---|---|---|---|---|
| Taishan Gypsum Co., Ltd. | Subsidiary | Light new building material industry | Gypsum plaster boards, gypsum products, stone materials, lightgage steel joist, etc. | 155,625,000.00 | 7,113,648,103.68 | 3,522,757,505.08 | 5,821,104,263.96 | 1,118,606,048.47 | 1,020,505,440.45 |
| Beijing New Materials Incubator Co., Ltd. | Subsidiary | Technology intermediary service industry | Incubation of high-tech enterprises, technological development, technological transfer, technical services, information consulting (excluding intermediary services), sale of products developed by the Company, etc. | 5,000,000.00 | 3,833,033.66 | 3,831,409.87 | 0.00 | -9,888.20 | -9,888.20 |

Description of principal subsidiaries and equity participation companies

None

Acquisition and disposal of subsidiaries during the reporting period

√ Applicable □ Not applicable

| Company name | The purpose of acquisition and disposal of subsidiaries during the reporting period | The manner of acquisition and disposal of subsidiaries during the reporting period | Impact on the overall production and performance |
|---|---|---|---|
| Taishan Gypsum (Guangxi) Co., Ltd. | Promoting the gypsum board layout according to the | Enterprises established and invested in the | No significant impact on the overall performance of the Company, and |

22

Branch Materials, new shares (131,840,796 shares) was listed on the Shenzhen Stock Exchange on September 30, 2014.

## 2. Explanation to changes in the total number of shares and the shareholder structure of the Company and changes in the structure of the Company's assets and liabilities

√ Applicable □ Not applicable

After the Company's 2014 private placements on shares were completed, the locked-up shares of 131,840,796 shares were increased and the total number of shares reached 706,990,796 shares. The Company's net assets and total assets were increased significantly, the Company's liabilities ratio was increased and assets and liabilities structure more stable, so the Company's overall financial situation has been further improved.

## 3. Existing internal employee shares

□ Applicable √ Not applicable

## III. Information on shareholders and actual controller

### 1. Number of shareholders of the Company and shares held thereby

Unit: Share

| The total number of ordinary shareholders at the end of the reporting period | 21,236 | Total number of shareholders of ordinary shares at the end of the 5th trading day prior to disclosure of the annual report | 26,737 | The total number of preferred shareholders whose voting rights are restored at the end of the reporting period (if any) (see Note 8) | 0 |
|---|---|---|---|---|---|

Shareholdings of stockholders holding more than 5% of shares or the top 10 stockholders

| Name of shareholder | Nature of shareholders | Shareholding proportion | Number of shares held at the end of the reporting period | Changes to shareholdings in the reporting period | Number of shares held but with limited sales conditions | Number of shares held but w/o limited sales conditions | Pledged or frozen shares | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Status of shares | Quantity |
| China National Building Material Company Limited | State-owned legal person | 45.20% | 319,532,935 | 18,162,935 | 18,162,935 | 301,370,000 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Tibet Aier Medical Investment Co., Ltd. | Domestic non-state-owned legal persons | 2.43% | 17,147,180 | | 0 | 17,147,180 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| CITIC Securities Co., Ltd. | State-owned legal person | 2.38% | 16,797,513 | | 16,787,313 | 10,200 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| National Social Security Fund - 104 Portfolio | Domestic non-state-owned legal persons | 2.01% | 14,199,997 | | 0 | 14,199,997 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Caitong Fund - China Everbright Bank - Caitong Fund- Fuchun No. 60 Asset Management Plan | Domestic non-state-owned legal persons | 1.86% | 13,183,170 | | 13,183,170 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| National Social Securities Fund 501 Group | Domestic non-state-owned legal persons | 1.85% | 13,080,845 | | 13,080,845 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Essence Securities | Domestic non-state-owned legal persons | 1.85% | 13,068,296 | | 13,068,121 | 175 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Ping An UOB Fund——Ping An Bank——Ping An Trust——Ping An Fortune —Chuangying Phase II No .11 Collective Funds Trust | Domestic non-state-owned legal persons | 1.85% | 13,062,313 | | 13,062,313 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Everbright Financial Holdings (Shanghai) Investment Center (limited partnership) | Domestic non-state-owned legal persons | 1.85% | 13,060,447 | | 13,060,447 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| China Pacific Insurance (Group) Co., Ltd. — Dividend— Personal Dividend | Domestic non-state-owned legal persons | 0.97% | 6,835,983 | | 6,835,983 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Strategic investors or general legal persons promoted to top 10 shareholders due to new share placements (if any, see Note 3) | None | | | | | | | |
| Relationship or concerted action among the above shareholders | The controlling shareholder China National Building Material Company Limited is not related to any of the other shareholders, nor does it act in concert with any of them as described in the Measures for the Administration of Disclosure of Changes in Shareholders' Equity of Listed Companies; it is unknown whether any of the other shareholders is related to or acts in concert with any of the remaining shareholders. | | | | | | | |
| Shareholdings of the top 10 non-restricted shareholders | | | | | | | | |
| Name of shareholder | Number of shares without limitations on sale held at the end | | | | Type of shares | | | |

50