Stock abbreviation: BNBMPLC       Stock Code: 000786

Announcement Number: 2006-027

# Public Announcement about the Equity Acquisition of Beijing New Building Materials Public Limited Company

> The Company and all the members of the Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and will be responsible for any misrepresentation, misleading statement or significant omissions in this announcement.

I. Overview of the Transaction

The Company entered into the "equity transfer agreement about Taian Donglian Investment & Trade Co., Ltd." ("**Equity Transfer Agreement**") with the existing shareholders of Taian Donglian Investment & Trade Co., Ltd. ("**Donglian Company**"), i.e. Liu Huan and Jiao Wenbo, in Beijing on August 28, 2006, pursuant to which the Company will acquire the 100% equity of Liu Huan and Jiao Wenbo in Donglian Company at a price of RMB114.54mn in cash ("**Equity Acquisition**").

In accordance with the relevant requirements of the Stock Listing Rules of Shenzhen Stock Exchange, the Equity Acquisition does not constitute a related-party transaction.

The 19th interim meeting of the 3rd Board of Directors of the Company dated on August 28, 2006 examined and approved the Proposal about Acquiring the 100% Equity in Taian Donglian Investment & Trade Co., Ltd. The three independent directors of the Company expressed their independent affirmative opinion as to the Equity Acquisition.

II. Basic Information on the Transaction Target

The target of the Equity Acquisition is the 100% equity of Liu Huan and Jiao Wenbo in Donglian Company ("Transferred Equity"). The registered address of Donglian Company is Tomorrow Guangcai Industry Park Management Center, Gaoxin District, Taian City; its legal representative is Cao Zhiqiang; its registered capital is RMB35,793,750; Liu Huan holds 80.13% equity in Donglian Company and Jiao Wenbo holds 19.87% equity in Donglian Company. Donglian Company is mainly engaged in the investments in the enterprises in building materials industry and holds 23% equity in Shandong Taihe Dongxin Co., ltd. ("**Shandong Taihe**").

Beijing Xinghua Public Certified Accountants Co., Ltd. with the securities business qualifications conducted an audit and issued the (2006) JingKuaiXingShenZi No.1-496 Auditor's Report. As of June 30, 2006, the audited total assets of Donglian Company were RMB88.0413mn and its audited net assets were RMB78.6857mn. Zhongshang Assets Appraisal Co., Ltd. with the securities business qualifications conducted an appraisal and issued the ZhongShangPingBaoZi (2006) No.1059 Asset Appraisal Report. With June 30, 2006 as the appraisal reference date, the appraised total assets of Donglian Company were RMB117.097mn and its appraised net assets were RMB107.7414mn.

EXHIBIT 7

1

III. Main Contents and Pricing of the Transaction Contract

1. Liu Huan transfers its 80.13% equity in Donglian Company to the Company and Jiao Wenbo transfers its 19.87% equity in Donglian Company to the Company. Following the effectiveness of this Agreement, the Transferors cease to hold any equity in Donglian Company and the Company will lawfully hold the 100% equity in Donglian Company.

2. The appraisal result as reflected in the Asset Appraisal Report (ZhongShangPingBaoZi (2006) No.1059) issued by Zhongshan Assets Appraisal Co., Ltd. is used as the reference for determining the price of the Equity Acquisition. The net appraised value of the Transferred Equity is RMB107.7414mn. Plus the newly increased investment of RMB5.6mn by the original shareholders after June 30, 2006 and before the issuance of the Asset Appraisal Report, the net asset value of Donglian Company is RMB113.3414mn. After negotiations, the Parties unanimously agree that the total transfer price of the Transferred Equity is RMB 114,540,000, including RMB91,780,000.00 for the 80.13% equity held by Liu Huan in Donglian Company and RMB22,760,000.00 for the 19.87% equity held by Jiao Wenbo in Donglian Company.

3. The effectiveness of the Equity Transfer Agreement is subject to the fulfillment of the following conditions:

(1) The Parties have entered into the Equity Transfer Agreement;

(2) Pursuant to the articles of association and the listing rules of relevant stock exchange, the authorities (including board of directors and shareholders' meeting (if necessary)) of the Company and its controlling shareholder have approved the Equity Acquisition.

IV. Purpose of the Equity Acquisition and its Effect on the Company

The Company already holds 42% equity in Shandong Taihe. Upon consummation of the Equity Acquisition, the Company will indirectly hold 23% equity in Shandong Taihe through Donglian Company. Thus, the Company will hold a total of 65% equity in Shandong Taihe. In 2005, the net profit recorded by Shandong Taihe is RMB57.63mn. It is predicted that the income for 2006 will see a larger growth. The Equity Acquisition conforms to the Company's development strategy and is conducive to further enhancing the market competitiveness of the Company's principal business, strengthening the combination and collaboration between the Company and Shandong Taihe, consolidating and developing the Company's leadership in the plasterboard industry and to a greater extent, sharing the good benefits of Shandong Taihe.

V. Documents available for inspection

1. Equity Tranfser Agreement;

2. Business License of Taian Donglian Investment & Trade Co., Ltd.

3. Auditor's Report ((2006) JingKuaiXingShenZi No.1-496) issued by Beijing Xinghua Public Certified Accountants Co., Ltd.

4. Asset Appraisal Report (ZhongShangPingBaoZi (2006) No.1059) issued by Zhongshan Assets Appraisal Co., Ltd.

5. Resolution of the 19th interim meeting of the 3rd Board of Directors

6. Independent opinion

BNBMPLC0006219

This public announcement is hereby made.

Board of Directors
Beijing New Building Materials Public Limited Company

August 28, 2006

BNBMPLC0006220