# Summary of Asset Appraisal Report

# for Beijing New Building Materials Public Limited Company's Subscription of New Shares Issued by Shandong Taihe Dongxin Co., Ltd.

ZZPBZ (2005) No. 010

To: Beijing New Building Materials Public Limited Company

According to applicable regulations on asset appraisal of China and based on the principles of independence, objectiveness, impartiality and scientificalness, Beijing Zhongzheng Appraisal LLC. (hereinafter referred to as "**Zhongzheng Appraisal Company**" for short) was commissioned to appraise relevant assets and liabilities of Shandong Taihe Dongxin Co., Ltd. audited by Beijing Xinghua Certified Public Accountants Co., Ltd. with the recognized asset appraisal methods. The commissioning party and assets owner shall be responsible for authenticity, legitimacy and completeness of financial information and legal ownership materials in relation to the appraised assets on a commissioning basis. Our responsibility is to estimate value of the assets and liabilities appraised on a commissioning basis on March 31, 2005, the reference date of asset appraisal, and express professional opinions.

The method mainly used for the appraisal is replacement cost method. In the course of asset appraisal, valuers of Zhongzheng Appraisal Company, based on the recognized appraisal principles and according to applicable laws and regulations as well as price information, selected appraisal method appropriate for the specific assets to be appraised and implemented necessary appraisal procedures on the assets and liabilities appraised on a commissioning basis, such as spot verification, market survey and confirmation, etc.

Based on the appraisal, the appraisal results of relevant assets and liabilities of Shandong Taihe Dongxin Co., Ltd. audited by Beijing Xinghua Certified Public Accountants Co., Ltd. on the reference date of asset appraisal under the premise of continued use are shown as follows:

Book value of total assets was RMB713.6547mn; book value after adjustments was RMB697.1528mn; appraised value was RMB754.5106mn and appreciation range was 8.23%. Book value of liabilities was RMB607.634mn; book value after adjustments was RMB607.634mn; appraised value was RMB607.634mn and appreciation range was 0%. Book value of net assets was RMB106.0207mn; book value after adjustments was RMB89.5187mn; appraised value was RMB14,687.65 and appreciation range was 64.07%. Refer to appraisal list for detailed conclusions of the appraisal.

Summary table of the appraisal results is as follows:

**EXHIBIT 8**

BNBMPLC0006114

Asset appraisal Report for Beijing New Building Materials Public Limited Company's Subscription of New Shares Issued by Shandong Taihe Dongxin Co., Ltd.

(Unit: RMB10,000)

| Item | | Book value | Book value after adjustments | Appraised value | Incrase or decrasse in value | Appreciation rate |
|---|---|---|---|---|---|---|
| | | A | B | C | D=C-B | E=(C-B)/B*100% |
| Current assets | 1 | 35,932.16 | 35,932.16 | 36,133.66 | 201.50 | 0.56 |
| Long-term investment | 2 | 7,700.64 | 6,050.45 | 8,060.79 | 2,010.33 | 33.23 |
| Fixed assets | 3 | 26,635.19 | 26,635.19 | 29,502.58 | 2,867.39 | 10.77 |
| Including: construction in progress | 4 | 13,730.69 | 13,730.69 | 13,730.69 | - | 0 |
| Structure | 5 | 4,483.41 | 4,483.41 | 6,910.58 | 2,427.17 | 54.14 |
| Equipment | 6 | 8,199.52 | 8,199.52 | 8,639.74 | 440.22 | 5.37 |
| Intangilbe assets | 7 | 1,024.69 | 1,024.69 | 1,681.24 | 656.56 | 64.07 |
| Including: land use rights | 8 | 1,022.23 | 1,022.23 | 1,678.79 | 656.56 | 64.23 |
| Other assets | 9 | 72.79 | 72.79 | 72.79 | - | 0 |
| Total assets | 10 | 71.365.47 | 69,715.28 | 75,454.06 | 5,735.78 | 8.23 |
| Current liabilities | 11 | 54.266.57 | 54,266.57 | 54,266.57 | - | 0 |
| Long-term liabilities | 12 | 6.496.83 | 6,496.83 | 6,496.83 | - | 0 |
| Total liabilities | 13 | 60.763.40 | 60,763.40 | 60,763.40 | - | 0 |
| Net assets | 14 | 10.602.07 | 8,951.87 | 14,687.65 | 5,735.78 | 64.07 |

According to regualtions of national department concerned, conclusions of the appraisal in this report shall be valid for one year from March 31, 2005 through March 30, 2006. If the validity period expires, those assets shall be reappaised.

This report was prepared exclusively for the commissioning party and the appraisal purpose set out in this report as well as for the purpose of submitting it to property appraisal authorities for review. It is the right of the commissioning party to use the appraisal report. Without consent of the commissioning party, anyone shall not provide or disclose this report to others. Except for the circumstances that disclosure is required by law, this report shall not be published in whole or in part on any open media.

Above is an excerpt from the asset appraisal report. Please read the full asset appraisal report carefully, especially "special instructions" of Part X in the main body of the report to have a comprehensive understanding of the appraisal project.

BNBMPLC0006115

(No text on this page)

Beijing Zhongzheng Appraisal LLC        Chinese Certified Asset Valuer

Beijing Zhongzheng Appraisal LLC [seal]

Legal representative:        Chinese Certified Asset Valuer

April 22, 2005

BNBMPLC0006116

# Asset Appraisal Report

# for Beijing New Building Materials Public Limited Company's Subscription of New Shares Issued by Shandong Taihe Dongxin Co., Ltd.

ZZPBZ (2005) No. 010

To: Beijing New Building Materials Public Limited Company

According to applicable regulations on asset appraisal of China and based on the principles of independence, objectiveness, impartiality and scientificalness, Beijing Zhongzheng Appraisal LLC. (hereinafter referred to as "**Zhongzheng Appraisal Company**" for short) was commissioned by Beijing New Building Materials Public Limited Company, to appraise with the recognized asset appraisal methods relevant assets and liabilities of Shandong Taihe Dongxin Co., Ltd. audited by Beijing Xinhua Certified Public Accountants Co., Ltd. Our valuers, according to necessary appraisal procedures, represented fairly market value of the assets and liabilities appraised on a commissioning basis on March 31, 2005. Asset appraisal details and appraisal results are reported as follows:

## I. Profile of the commissioning party and assets owner

Commissioning party:

Name of enterprise: Beijing New Building Materials Public Limited Company (hereinafter referred to as "**BNBMPLC**" for short)

Address: No. 11A, Sanlihe Road, Haidian District, Beijing

Legal representative: CAO Jianglin

Registered capital: (RMB) Five Hundred and Seventy Five Million One Hundred and Fifty Thousand

Type of enterprise: company limited shares (listed)

Date of establishment: May 30, 1997

Business scope: new building materials, new wall materials, chemical products, decoration materials, energy technology and products, building material machinery and electromechanical products, technology development of houses built with new building materials, technical service, technical consultation, technical training, production and marketing of developed products (unlicensed products excluded), metal materials, building materials, decoration materials, chemical products, timber, mineral products, hardware, lightweight chemical materials, building materials; development and utilization of environmental-friendly and energy-saving products; marketing of self-made products and

BNBMPLC0006117

export of relevant technologies; marketing of raw and auxiliary materials, machinery and equipment, instrumentation and parts needed for the production and research as well as import of technologies; processing with imported materials as well as assembling with supplied parts, processing with supplied materials and samples and compensation trade; business projects banned by law shall not be conducted; business projects subject to approval shall not be conducted until being approved; business projects not subject to approval can be conducted by enterprise independently on its own.

History of enterprise development: Beijing New Building Material (Group) Co., Ltd., exclusively sponsored by China National Building Materials Group Corporation, is a A-share listed company (stock abbreviation: BNBMPLC; stock code: 000786) established by means of share offer. The company specializes in R&D, production and marketing of new building materials and invested in a number of emerging enterprises, such as New Building Materials Homes Co. Ltd., BNBM Logistics Co., Ltd., BNBM Construction Plastics Co., Ltd., Wuhan Gongda Fiber Optic Sensing Technology Co., Ltd. and Brightcrystals Technology Inc. Its products include such ten major types as lightweight wall materials and products, thermal and acoustic insulation materials and products, wall decoration materials and products, construction plastic products, hardware series for door and window, steel-structure industrialized plants, heating and pipe system. Being a market share leader for many years in China, BNBMPLC sticks to the road of sustainable development based on the principles of "developing green building materials, producing green products and creating a green enterprise". By passing ISO9002 Quality Assurance Management System certification and ISO14001 Environmental Management System certification as well as China Environmental Labeling certification, the company achieved the "Environmental Management System + Environmental Labeling = Double Green Paths" initiated by State Environmental Protection Administration and became the first enterprise achieving "Double Green Paths" among peers in China.

Assets owner:

Name of enterprise: Shandong Taihe Dongxin Co., Ltd.

Registered address: Dawenkou, Daiyue District, Tai'an City

Legal representative: JIA Tongchun

Registered capital: (RMB) Eighty Three Million

Type of enterprise: company limited by shares

Business scope: production and marketing of plasterboards, gypsum products, stone, lightweight lightgage steel joists, building materials, decoration materials and new building materials; marketing of corrosives (phosphoric acid), phosphogypsum derived from phosphoric acid, architectural hardware, ceramic products, electromechanical products, furniture, home appliances, articles of daily use and mining machinery parts; retail of auto parts; purchase of old corrugated containers; jade carving; decoration; general cargo transportation within the scope permitted by licenses (limited to affiliates).

The registration number of Business License of Enterprise Legal Person of the company is 3700001801159 and the company was registered by Shandong Administration for Industry and Commerce.

BNBMPLC0006118

## 1. Company history

Shandong Taihe Dongxin Co., Ltd. was formerly known as Tai'an Dawenkou Gypsum Mine. In October 1993, Tai'an Dawenkou Gypsum Mine was renamed as "Shandong Tai'an Taishan Plasterboard General Factory". In March 1996, "Shandong Taihe Group" was established based on Taishan Plasterboard General Factory and Taishan Plasterboard General Factory was renamed as "Shandong Taihe Taishan Plasterboard General Factory (Group)". Shandong Taihe Dongxin Co., Ltd., with approval in Document LTGZ (1997) No. 49 and the *Letter of Approving the Establishment of Shandong Taihe Dongxin Co., Ltd.* (LTGHZ (1998) No. 49) issued by the Commission for Economic Restructuring of Shandong Province, was sponsored and established by five shareholders, including Shandong Taihe Taishan Plasterboard General Factory (Group) in 1998 with registered capital of RMB83mn. Shandong Taihe Taishan Plasterboard General Factory (Group) invested RMB50mn, accounting for 60.24%; Tai'an Huanan Enterprise (Group) Corporation invested RMB1.4mn, accounting for 1.69%; Tai'an Dawenkou Construction and Installation Company invested RMB0.4mn, accounting for 0.48%; Shandong Feicheng Lutai New Building Material General Factory invested RMB3.2mn, accounting for 3.86% and Employee Stock Holding Committee of Shandong Taihe Group invested RMB28mn, accounting for 33.73%. The company is mainly engaged in production and marketing of plasterboards, gypsum products, stone, lightgage steel lightgage steel joists and new building materials.

With approval from the Office for Economic Restructuring of Shandong Province in Document LTGQZ (2002) No. 49, the company changed its ownership structure in July 2002. After this change, the company still had total share capital of 83mn shares, of which, Tai'an State-owned Asset Operation Co., Ltd. held 24.9mn state-owned legal person shares, accounting for 30% of the total shares; Employee Stock Holding Committee of Shandong Taihe Group held 28mn shares, accounting for 33.73% of the total shares; 16 natural persons, including JIA Tongchun, jointly held 30.1mn shares, accounting for 36.27% of the total shares. At the same time, Shandong Taihe Taishan Plasterboard General Factory (Group) was restructured on an overall basis and its net assets were purchased by Shandong Taihe Dongxin Co., Ltd.

The company's organizational structure is as follows:

Board of Directors - - Supervisory Committee

|

General Manager

|

Executive Deputy General Manager, Deputy General Manager, Chief Accountant

|

| Functional department | | Production department |
|---|---|---|
| Office | Production Safety Department | No. 1 Branch Factory |
| Sales Company | Technology Development Center | No. 2 Branch Factory |

BNBMPLC0006119

| | | |
|---|---|---|
| Enterprise Management Department | Quality Assurance Department | No. 4 Branch Factory |
| Financial Department | Audit Department | Industrial Park |
| Human Resources Department | Compliance Department | Paper Mill |
| Supply Department | Security Department | |
| Electrical and Mechanical Services Department | Logistics Services Department | |

Branches are as follows:

Unit: RMB

| No. | Name of branch | Total assets | Total liabilities | Net assets |
|---|---|---|---|---|
| 1 | Lucheng Branch | 6,666,905.46 | 54,229,534.50 | 1,437,370.96 |
| 2 | Decoration Branch | 1,842,090.99 | 1,163,336.91 | 678,754.08 |
| 3 | Welfare Transport Services Station | 19,887.75 | 2,900,292.40 | -2,880,404.65 |
| | Total | 8,528,884.20 | 9,293,163.81 | -764,279.61 |

Investments of subsidiaries are listed as follows:

Unit: RMB

| No. | Name of invested entity | Date of investment | Investment proportion | Book value |
|---|---|---|---|---|
| 1 | Tai'an Taili Jewelry Co., Ltd. | 1998-8-24 | 70.00% | 633,432.36 |
| 2 | Tai'an Heyuan Gypsum Product Material Factory | 1996-5-25 | 87.265% | 16,501,929.66 |
| 3 | Feicheng Wanhe Phosphorus Co., Ltd. | 1999-12-30 | 60.00% | 804,127.15 |
| 4 | Pizhou Taihe Building Materials Co., Ltd. | 2002-4-16 | 51.00% | 8,374,757.69 |
| 5 | Qinhuangdao Taishan Building Materials Co., Ltd. | 2002-5-30 | 51.00% | 9,973,433.30 |
| 6 | Hubei Taishan Building Materials Co., Ltd. | 2003-8-23 | 51.00% | 7,650,000.00 |
| 7 | Weifang Aotai Gypsum Co., Ltd. | 2004-7-28 | 75.00% | 7,500,000.00 |
| 8 | Xuzhou Fast Building Materials Co., Ltd. | 2004-6-30 | 80.00% | 13,465,342.85 |
| 9 | Tai'an Jindun Building Materials Co., Ltd. | 2003-8-7 | 40.00% | 2,528,375.88 |

BNBMPLC0006120

| 10 | Xinjiang Tianshan Building Material & Gypsum Product LLC. | 2002-12-26 | 40.00% | 4,699,828.90 |
| 11 | Jiangyin Taishan Gypsum Building Materials Co., Ltd. | 2004-4-21 | 10.00% | 4,800,214.00 |
| 12 | Tai'an Taihe Shengyuan Industry & Trade Co., Ltd. | 2001-12-15 | 15.00% | 75,000.00 |
| | Total | | | 77,006,441.79 |

Long-term investments from No. 9 to No. 12 in the above table were accounted with cost method, while other long-term investments were accounted with equity method and consolidated into the financial statements.

2. Scope of business

Scope of business: production and marketing of plasterboards, gypsum products, stone, lightweight lightgage steel joists, building materials, decoration materials and new building materials; marketing of corrosives (phosphoric acid), phosphogypsum derived from phosphoric acid, architectural hardware, ceramic products, electromechanical products, furniture, home appliances, articles of daily use and mining machinery parts; retail of auto parts; purchase of old corrugated containers; jade carving; decoration; general cargo transportation within the scope permitted by licenses (limited to affiliates).

3. Main operating results

Shandong Taihe Dongxin Co., Ltd. is a national key new building material manufacturer, the largest plasterboard manufacturer in China, one of the top 100 building material enterprises of China and one of the top 10 companies among peers in the world with an annual production capacity of 200mn square meters. The company owns assets of RMB900mn,   has more than 2,000 employees, runs one industrial park and 14 branch factories (companies) located in Shandong, Shanxi, Jiangsu, Hebei, Hubei and Xinjiang as well as other provinces (autonomous regions). The company has won such titles as Enterprise of Integrity for Tax Paying of Shandong Province, AAA-grade Credit Enterprise of Banks, Advanced Enterprise in Quality Management of Shandong Province, Model Enterprise in Comprehensive Utilization of Resources of Shandong Province and Excellent Enterprise in Environmental Protection of Shandong Province. Striving to achieve "quality and credit as our cornerstone", the company passed ISO9001 Quality Assurance Management System certification and became a UKAS-certified company. Based on the business philosophy of "maintaining harmony while making innovations, protecting the environment while delivering quality products, serving the community and building green home", the company passed ISO14001 Environmental Management System certification, HJBZ25-1998 Environmental Labeling certification and became an enterprise entitled "Star of Double Green Paths" initiated by State Environmental Protection Administration.

The company operated plasterboard projects from 1990. On April 28, 1993, its first plasterboard production line was put into operation officially, filling the gap in East China.

BNBMPLC0006121

Since then the company increased its plasterboard production capacity and built new production lines continuously. At the same time, the company, with a focus on capital management and low-cost expansion, built production bases in Pizhou (Jiangsu), Xuzhou (Jiangsu), Qinhuangdao (Hebei), Lucheng (Shanxi), Dabancheng (Xinjiang) and Jingmen (Hubei) etc. by means of leasing, purchasing and joint venture and became a leader in plasterboard sector of China.

The company, with "building the Chinese famous brand" as its development goal, is committed to assuring consumers comfort brought by "Taishan" plasterboards at lower consumption costs by relying on strong technology, strict quality control, perfect service systems and a good business reputation. Its manufacturing plants distributed throughout the country and strong logistics and distribution systems can supply products without delay. More than 70 sales offices and professional salespersons in large-and medium-sized cities across the country can provide services around the clock. The full-time after-sales service team and professional construction and operation instructions can provide consumers with good technical support for construction.

4. Financial status and operating results of the company in past three years

(1) Principal business income and total profit of the company over previous years

Unit: RMB10,000

|  | January-March of 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|
| Principal business income | 6897 | 48193 | 35779 | 30500 |
| Total profit | -78 | 3258 | 5899 | 3822 |
| Net profit | -78 | 1516 | 6082 | 2501 |

(2) Assets and liabilities of the company over previous years

Unit: RMB10,000

|  | March 2005 | End of 2004 | End of 2003 | End of 2002 |
|---|---|---|---|---|
| Total assets | 71365 | 60277 | 50395 | 33939 |
| Total liabilities | 60763 | 38916 | 31247 | 21453 |
| Net assets | 10602 | 16968 | 14901 | 9180 |

(3) The company's assets, financial conditions, liabilities and operating results over the past three years were audited by Shandong Tai'an Daizong Certified Public Accountants Co., Ltd. and Beijing Xinghua Certified Public Accountants Co., Ltd. The certified public accountant issued unqualified auditor's report. Refer to balance sheet, income statement and auditor's report for details.

BNBMPLC0006122

## II. Appraisal purpose

The purpose of the appraisal is to assess the fair market value of relevant assets and liabilities of Shandong Taihe Dongxin Co., Ltd. audited by Beijing Xinghua Certified Public Accountants Co., Ltd. on the reference date of asset appraisal to provide a reference for Beijing New Building Materials Public Limited Company that will subscribe to new shares issued by Shandong Taihe Dongxin Co., Ltd.

## III. Scope of the appraisal

The appraisal is limited to relevant assets and liabilities of Shandong Taihe Dongxin Co., Ltd. audited by Beijing Xinghua Certified Public Accountants Co., Ltd. Book value of specific assets is classified as follows:

Current assets include cash and cash equivalents, short-term investment, notes receivable, accounts receivable, other accounts receivable, dividends receivable, subsidies receivable and inventories. Book value of current assets on reference date of asset appraisal was RMB359.32156166mn.

Long-term investment includes investment in subsidiaries, in which, the company holds equity interest and controlling interest. On reference date of asset appraisal, long-term investment reflected in the books of Shandong Taihe Dongxin Co., Ltd. was RMB77.00644178mn, while that within the scope of the appraisal was actually RMB60.50451213mn. The difference between them was the book value of the investment of Shandong Taihe Dongxin Co., Ltd. in Shandong Tai'an Group Tai'an Heyuan Gypsum Product & Material Factory. Shandong Taihe Dongxin Co., Ltd. holds 87.265% equity in Shandong Tai'an Group Tai'an Heyuan Gypsum Product & Material Factory. Shandong Tai'an Group Tai'an Heyuan Gypsum Product & Material Factory was ordered by Tai'an Environmental Protection Bureau to suspend production and close down (Document (2003) No. 24) due to environmental issues. The Board of Directors of Shandong Taihe Dongxin Co., Ltd. made a resolution to carry out a liquidation on July 17, 2004. Therefore, according to the power of attorney for asset appraisal, this equity investment was not included into the scope of the appraisal.

Fixed assets include houses and buildings, structures, machinery and equipment, electronic equipment, vehicles, construction materials and construction in progress. On reference date of asset appraisal, the original value of fixed assets was RMB178.79788511mn and net book value was RMB126.82928133mn; book value of construction materials was RMB2.21573023mn; book value of construction in progress was RMB137.30691582mn; total book value of fixed assets was RMB266.35192738mn.

Intangible assets mainly represented land use rights and trademark rights. On reference date of asset appraisal, book value of deferred assets was RMB10.24685891mn.

Deferred assets mainly represented rental fees for houses in Zhengzhou Building Material World unamortized. On reference date of asset appraisal, book value of deferred asses was RMB727,911.36.

Current liabilities include short-term loans, notes payable, accounts payable, advances from customers, welfare payable, unpaid taxes, unpaid profit (dividend), other unpaid expenses, other accounts payable and accrued expenses. On reference date of asset appraisal, book value of current liabilities was RMB542.66569079mn.

BNBMPLC0006123

Long-term liabilities include long-term loans, long-term accounts payable and other long-term liabilities. On reference date of asset appraisal, book value of long-term liabilities was RMB64.96833254mn.

## IV. Reference date of asset appraisal

The reference date of asset appraisal for this project is March 31, 2005.

Because asset appraisal provides an opinion on fair value of assets and liabilities at a certain point in time, selecting a date at the end of the accounting period as the reference date of appraisal can reflect the overall status of assets and liabilities of the appraisal objects. Moreover, as this reference date of appraisal is close to the date when the valuers actually performed the appraisal, the valuers were able to grasp the status of the appraised assets on reference date efficiently and truly reflect the value of appraised assets on a commissioning basis on reference date. Given schedule of relevant economic behaviors and based on the appraisal purpose, Beijing New Building Materials Public Limited Company and Shandong Taihe Dongxin Co., Ltd. finalized this reference date of asset appraisal together after consultation.

All the price selection standards involved in the appraisal were valid on the reference date of asset appraisal.

## V. Principles of the appraisal

While appraising the assets included into the scope of the appraisal, we, pursuant to laws and regulations as well as standardization requirements for asset appraisal of China, followed the recognized principles prescribed by the state and sector in terms of appraisal procedures, price selection standards and recognition of assets status.

Principle of independence: always keep the position of an independent third party without being affected by parties involved in assets business in the course of asset appraisal.

Principle of objectiveness: base selection, forecast, inference and logical judgement of appraisal parameters on sufficient facts as well as actual conditions of the assets, market and scientific and technological development.

Principle of scientificalness: in the course of appraisal, select applicable type of value and method accoring to characteristics of the assets and appriasla purpose to deliver fair and reasoanble resutls of assets appriasal.

Principle of professionalism: the appraisal is completed by certified public valuers and various types of essets are appraised separately by professionals with rich experience in construction technology, real estate appraisal and financial accounting to ensure the results of the appraisal are close to fair maket price furthest.

The applicable economic principles in the appraisal were mainly principle of expected earnings, principle of supply and principle of subsitituion. According to the principle of expected earnings, value of assets depends mainly on how many expected earnings those assets can bring to their owner or controller. According to the principle of supply, value of assets changes as the market demand changes assuming that other conditions are not changed. According to the principel of substitution, an experienced buyer always chooses to buy the product at a lower price when they face assets of the same use value and quaity.

BNBMPLC0006124

Therefore selectivity and substitutability of assets will be taken into account thoroughly to deliver the results of appraisal.

Other recognized principles followed in the appraisal are mainly principle of sustainable management of assets and principle of property right interests subject alteration. The principle of continuous management of assets means the appraised assets are assumed to be used continuously for the same purpose and in the same way in the course of appraisal. The principle of property right interests subject alteration means that assuming the subject of rights of the appraised assets is changed in whole or in part, value of the assets will be calculated per the quantity of money that the new subject of rights spends in acquiring such assets.

## VI. Basis for the appraisal

1. Main laws and regualtons

(1) *Regulations on Appraisal of State-owned Assets* No. 91 enacted by the State Council in 1991;

(2) *Implementing Rules for Regualtions on Appraisal of State-owned Assets* GZBF (1992) No. 36 issued by the State Bureau for State Property Administration;

(3) *Opinions on Code of Practice for Asset Appraisal* (trial) issued by China Appraisal Society on May 7, 1996;

(4) *Interim Provisions on Basic Contents and Format of Asset Appraisal Report* (CPZ (1999) No. 91)；

(5) *Standards for Asset Appraisal Industry of China* (Chinese Institute of Certified Public Accountants 2001)；

(6) *Asset Appraisal Standards – Intanglbe Assets* CK (2001) No. 1051 approved and promulgated by the Ministry of Finance;

(7) *Asset Appraisal Norms – Basic Norms* CQ (2004) No. 20 and *Code of Professional Ethics for Asset Appraisal – Basic Code* (issued on February 25, 2004 and implemented on May 1, 2004) approved and issued by the Ministry of Finance;

(8) *Notice from Chinese Institute of Certified Public Accountants Regarding Printing and Distribution of Guiding Opinions on Certified Asset Valuers' Concern about Legal Ownership of Appraisal objects* KQ (2003) No. 18 issued by Chinese Institute of Certified Public Accountants;

(9) *Notice Regarding Release of Vehicle Scrapping Standards* (GJMJ (1997) No. 456) issued by State Economy & Trade Commission, State Planning Commission, Ministry of Machine Building and Electronics Industry, Ministry of Public Security and Ministry of Environmental Protection;

(10) *Notice Regarding Several Issues Regarding Adjustments of Vehicle Scraping Standards* (gjm (2000) No. 1202) issued by the State Economy & Trade Commission;

(11) *Regulations on Urban Land Appraisal (Trial)* issued by former State Bureau of Land Administration and applciable laws and rules;

(12) *Company Law of the People's Republic of China*;

BNBMPLC0006125

(13) *Notice from the Ministry of Finance Regarding Printing and Distribution of Regualtons on Recording of State-owned Asset Appraisal Projects* (CQ (2001) No. 802) ;

(14) Policies as well as laws and regualtions on finance, accounting, taxes and asset management of enterprsies formualted by the Ministry of Finance, Head Office of the People's Bank of China, State Administration of Taxation and former State Bureau for State Property Administration.

2. Basis for economic behaviros

(1) Equty acquisiton agrement signed between Beijing New Building Materials Public Limited Company and Shandong Taihe Dongxin Co., Ltd.;

(2) Attorney of power for asset appraisal.

3. Major contracts, agreements and property right certificates

(1) Business license of enterprise legal person of Shandong Taihe Dongxin Co., Ltd.;

(2) Certificate of land use rights, payment voucher of land transfer fees, copies of land use rights transfer contract and land use rights leasing contract or agreements;

(3) Copy of property ownership certificate;

(4) Copy of vehicle license.

4. Price selection standards used and other relevant basis

(1) Foreign exchange rates released by the People's Bank of China on March 31, 2005;

(2) Deposit and lending rates of financial institutions on reference date of appriasal;

(3) *Customs Import Tariff of the People's Republic of China* (2004) and *Import and Export Tariff Schedule of the People's Republic of China for 2004*.

(4) *Notice Regarding Promulgation of Regulations on Construction Supervision Fess* (1992) JFZ No. 479 issued by the Ministry of Construction and State Administration of Commodity Prices;

(5) *Charging Regulations on Engineering Survey and Design* JJG (2002) No. 10 issued by former State Planning Commission and Ministry of Construction;

(6) *Interim Provisions on Vehicle Purchase Tax of the People's Republic of China* issued by the State Council (2000) No. 294;

(7) *Notice on Comprehensive Construction Quota of Shandong Province-Standard Schedule of Unit Rates of Tai'an City* TJF (1996) No. 211 issued by Shandong Tai'an Commission of Housing and Urban-rural Development;

(8) *Comprehensive Construction Quota of Shandong Province* LJF (1996) No. 18 issued by Shandong Provincial Commission of Housing and Urban-rural Development;

(9) *Construction Engineering Consumption Quota* of Shandong Province (2003);

(10) *Construction Engineering Pricelist* of Shandong Province (2003);

(11) Composition of Expense Items in Construction Engineering of Shandong Province and calculation rules (2003);

(12) *Project Cost Information* of Tai'an City, Shandong Province (the fourth edition of 2004);

BNBMPLC0006126

(13) *Dark Horse Information*, a magazine providing car quotes, compiled by Beijing Jingcheng Dark Horse Information Consultation Co., Ltd.;

(14) *Joint Business*, *Dark Horse Information Advertising-Car Business*;

(15) *Commonly-used Data and Parameter Manual for Asset Appraisal*;

(16) *Grading Standards for Damage Condition of Houses* issued by the Ministry of Construction;

(17) *Compilation Methods for Budget Estimates and Compilation Indicators of Budget Estimates of Mechanical and Industrial Construction Projects* compiled by the Ministry of Machine Building and Electronics Industry;

(18) *Price Handbook of Electromechanical Products of 2004* compiled by Electromechanical Product Price Information Center of Science and Technology Inforamtion Research Institute under the Ministry of Machine Building and Electronics Industry;

(19) Survey data of real estate market prices in place of the project;

(20) Data of field survey of valuers;

(21) Asset inspection and appraisal lsit provided by the commisioning party;

(22) Articles of assocaition of Shandong Taihe Dongxin Co., Ltd.;

(23) Financial statemetns of Shandong Taihe Dongxin Co., Ltd. as of March 31, 2005;

(24) Auditor's report (2005) JKXSZ No. 408 issued by Beijing Xinghua Certified Public Accountants Co., Ltd.;

(25) Contracts for major machienry and equipment, electronic equipment and vehicles, records for equipment operaton, overhaul, upgrading and modification;

(26) Origianl invoices of major assets, accountign documents, financial accounting data and final accounts of construction proejct;

(27) Other inforamtion about asset appraisal.

## VII. Appraisal methods

Given market conditions and characteristics of the assets of the appraisal objects while appraisal was performed, cost method was mainly used to appraise indivdiaul asset as per rquirements of the current asset appraisal system and based on scope of the appraisal, appriasal purpose and inforamtion collected by valuers. Then the appraised value of the asset was added up to obtain the appraised value of total assets, and the appraised value of relevant liabilities was deducted to finally obtain the appraised value of net assets.

Appraisal methods for various types of assets and liabilities are as follows:

1. Appraisal of current assets

The current assets within the scope of the appraisal included cash and cash equivalents, short-term investment, notes receivable, accounts receivable, dividends receivable, subsidies receivable, other receivables and inventories.

(1) Cash and cash equivalents

As for cash, accuracy of book value on reference date was inferred according to spot

count results and corporate cash journal. Based on verification of general ledger, bank statement and bank reconciliation, circularization and adjustment were conducted on bank deposits. The appraised value of various types of cash and cash equivalents was determined per verified and adjusted book value. Cash and cash equivalents in non-RMB recording currency were generally adjusted and calculated per the central parity rate released by the state on reference date of appraisal.

(2) Short-term investment: as for short-term investment, the appraised value of shares and funds that could be publicly traded was calculated per their closing prices on the reference date of appraisal and based on verification of accounting data. As for treasury bond repo, the appraised value was determined per corresponding amounts in statements on the reference date of appraisal after verification of warrants and statements.

(3) Notes receivable: book value was recognized according to cash and cash equivalents management system of Shandong Taihe Dongxin Co., Ltd. and based on verification of relevant notes and receipts.

(4) Receivables included dividends receivable, accounts receivable and other receivables. Valuers looked into specific date of each payment, economic contents and specific information about debtor based on spot check of original certificates and circularization and relying on historical information provided by the enterprise. They estimated losses arising from bad debt risk with specific identification method and aging analysis method. The difference of book value less the amount of loss arising from bad debts risk was the appraised value.

(5) Accounts prepaid: based on spot check of original certificates and circularization, valuers confirmed that the corresponding assets or services could be recovered and recognized the appraised value per book value.

(6) Inventories included raw materials, finished products, unfinished products and low-value consumables in use. According to the inventory lists provided by the enterprise, inventories were appraised with cost method by verifying relevant invoices and accounting documents, inspecting stored inventories on site, understanding internal inventory control system, making a spot check of quantity of inventories as well as verifying and identifying abnormal inventories and by taking into account stock time, actual status and rationality of book costs.

(7) Subsidies receivable were interest subsidies on goods for minority nationalities. The appraised value was recognized per audited book value based on verification of subsidiary ledgers and relevant data.

2. Appraisal of long-term investment

Appraisal of long-term investment mainly represented the appraisal of equity represented by long-term investment. First, investment details were verified and correctness and rationality of its calculation was judged.

Specific form of investment, method for obtaining income and proportion of investment held by Shandong Taihe Dongxin Co., Ltd. in equity of the invested company were understood on a comprehensive basis and the long-term investment of the controlling company was appraised by income approach. First, the overall assets of the controlling company that made the

BNBMPLC0006128

long-term investment were checked and verified, on which basis, overall appraisal was conducted on the invested enterprise and the appraised value was determined per its proportion of investment. As for long-term investment of non-controlling company, the appraised value was determined based on the audited financial statements and current production and operation conditions of the invested entity and per the amount of net assets on balance sheet of the invested enterprise on the reference date and share of the investing party.

3. Appraisal of machinery and equipment, vehicles and electronic equipment

Replacement cost method was used to appraise machinery and electronic equipment. The calculation formula is:

Appraised value = full replacement price * newness rate.

(1)  Determination of full replacement prices of equipment

A.  Purchased home equipment

To determine the full replacement price of home equipment, first the purchase price in the market on the reference date was determined based on market research and relevant price data of the equipment. The purchase price of the equipment which is not manufactured any more was determined according to equipment functions and specifications and based on the principle of substitution. The above-mentioned various expenses of the equipment were calculated pursuant to provisions of the state or competent trade authorities on rate of freight and miscellaneous charges as well as rate of installation and commissioning charges, and cost of funds was calculated according to equipment installation cycle. Finally, these two results of calculation were added up to obtain the full replacement price of the equipment. The full replacement price of vehicles was obtained by adding market price on the reference date with vehicle purchase surcharge and license fee. Electronic and transportation equipment available in flea market were appraised with market price method directly.

The calculation formula is as follows:

Major and key equipment:

Full replacement price = equipment purchase price + freight and miscellaneous charges + installation and commissioning charges + other charges that should be apportioned + cost of funds

Ordinary equipment:

Full replacement price = equipment purchase price + freight and miscellaneous charges + installation and commissioning charges

Electronic equipment:

Full replacement price = equipment purchase price + freight and miscellaneous charges

Vehicles:

Full replacement price = equipment purchase price + purchase surcharge + license and handling fees

B.  Calcualtion method for replacemnet cost of home equipment:

BNBMPLC0006129

Standard calcualtion method for replacemnet cost of home equipment:

If the principle of subsitituion is used, replacement cost = current purchse price in market where the same mode of equipment is avaialble + freigh and miscellaneous charges + installation and commissioning charges.

Calcualtion method for replacemnet cost of non-standard home equipment:

Replacement cost = manufacturing cost + design fee + enterprise management fee + proifts and taxes + installation and commissioning charges

For equipment with a longer installation and commissioning cycle, cost of funds shall be added in calculation of the replacement cost.

C.   Imported equipment

(a) Calcualtion method for replacemen cost of single unit of equipment which does not need to be installed:

Replacement cost = CIF price (FOB price + insurnace during shipment + freigh and miscellaneous charges abroad) * current foreign exchange rate + import tariffs + bank charges + commodity inspection fees + freigh and miscellaneous charges at home

(b) Calcualtion method for replacemen cost of single unit of equipment which needs to be installed:

Replacement cost = CIF price (FOB price + insurnace during shipment + freigh and miscellaneous charges abroad) * current foreign exchange rate + import tariffs + value-added tax + bank charges + commodity inspection fees + freigh and miscellaneous charges at home + installation and commissioning charges

For equipment with a longer installation and commissioning cycle, cost of funds shall be added in calculation of the replacement cost.

(c) Calcualtion method for relacemnet cost of complete set of imported equipment:

Replacement cost = CIF price (FOB price + insurnace during shipment + freigh and miscellaneous charges abroad) * current foreign exchange rate + import tariffs + value-added tax + bank charges + commodity inspection fees + freigh and miscellaneous charges at home + installation and commissioning charges

For complete set of equipment with a longer installation and commissioning cycle (more than half a year), cost of funds shall be added in calculation of the replacement cost.

If there is no foundation at the installation site or foundtion needs to be re-built due to change in the orignal purpose of the installaton site during the installation of equipment, equiment foundation fee shall be added in calcualtion of replacement cost.

(2)  Identification of equpment newness rate

A.  For key mehcanicam equipment, after a specila survey was conducted on operating condiions, failure, overhaul, technological transforamtion and current techncial conditions of the equipment since it was put into operation and relevant files and records of the factory were checked based on site survey, the newness rate was ultimately identified by emembers of expert team on a comprehensive basis according to status quo of the equipment and equpment files and records provied by the factory.

BNBMPLC0006130

Newness rate = newness rate of service life * 40% + identified newness rate * 60%

Newness rate of service life = (economic life of equipment – serviced life of equipment) / economic life of equipment * 100%

Identified newness rate shall be deermined according to identifications.

B.  Calculation method for newness rae of general mechanical and electronic equipment:

Newness rate = (economic life of equipment – serviced life of equipment) / economic life of equipment * 100%

C.  Newness rate of transportation vehicles was calcualted separately per the kilometers travelled and service life based on site survey and according to mandatory discarding standards of the state, and was idetnfied per the lower of them and by referring to actual condtions of vehicles.

(3)  Appraisal methods for equiment and vehicles to be discarded:

Appraisal method for equipment to be discarded:

For equipent to be discarded with value of recycling, its residual value was taken to a certain extent as its appraied value, otherwise, the appriased value shall be zero.

Appraisal method for vehicles to be discarded:

Accordign to the regualtions of the State Council of the People's Republic of China on recycling of discarded vehicles No. 307, the appraised value of vehicles to be discarded was: metal content of a vehicle to be discarded * metla price in waste and scrap meal market on the reference date of appraisal

4.  Appraisal of houses and buildings

Cost replacement method was mainly used in appraisal of houses and buildings. In the appraisal of typical houses and buildings, according to the current quota, base price of direct costs was recalculated based on property ownership certificates and project budget provided by the assets owner and with physical quantities as a reference to obtain the direct costs on the reference date of appraisal. According to the current fee rate and interest rate, construction and installation costs, other costs and cost of funds were calculated. Budget adjustment method was used in appraisal of general houses and buildings. Then, according to the current fee rate and interest rate, construction project costs, various other cost and cost of funds were calculated so as to determine the full replacement price. Newness rate was identified based on serviced life of houses and buildings and with a reference to regulations of competent authorities on service life of houses of different structures as well as site investigation of serviceability rate of houses on a comprehensive basis.

Appraised value of houses and buildings = full replacement price * newness rate

Commercial housing with market transaction prices as a reference was appraised with market comparison method.

5. Appraisal of construction in progress

Replacement cost method was used in appraisal of construction in progress. By reviewing project contracts, data of budgetary estimate and budget and project statements and checking progress of civil works in construction in progress on site, visual progress of construction in

BNBMPLC0006131

progress was verified and actual conditions of construction in progress on the reference date of appraisal were identified. Under normally circumstances, all reasonable expenses incurred to create the construction in progress on the reference date of appraisal were the appraised value.

6. Intangible assets – appraisal of land use rights and other intangible assets

Land use rights: benchmark land value index adjustment method was used based on field investigation of valuers, careful analysis on the information collected during investigation, actual conditions of the appraisal objects and the appraisal purpose and by following the above-mentioned appraisal principles.

Other intangible assets: mainly refer to trademark rights. The appraised value was recognized per the actual amount of benefit in remainder of the period of benefit through verification of and analysis on the lists and reports provided by the assets owner.

7. Appraisal of long-term deferred expenses

Relevant original certificates as well as contracts and agreements were verified to identify the date of incurrence, original amounts and corresponding and specific items (or objects), etc. The appraised value was determined per value of the assets and rights held by the assets owner and not overlapped with other appraisal objects after the appraisal purpose was achieved.

8. Appraisal of liabilities

Liabilities within the scope of the appraisal include current liabilities and long-term liabilities. Current liabilities include short-term loans, accounts payable, advances from customers, accrued payroll, welfare payable, unpaid taxes, profit (dividend) payable, other fund in conformity with paying, other payables and other current liabilities. Long-term liabilities include long-term loans, long-term payables and other long-term liabilities.

Based on a check of subsidiary ledgers and general ledger as well as a spot check of original certificates, valuers determined the appraised value of the above-mentioned laibilities per liabilities that property right holder actually needs to bear and the amounts after the appraisal purpose was achieved.

**VIII. Appraisal process**

After accepting the commission to appraise the assets, we developed the appraisal work plan according to characteristics of the assets appraised on a commissioning basis. The appraisal was performed in four phases:

1.   Preparation phase of the appraisal

Main work in this phase was: according to the code of practice for asset appraisal, providing asset appraisal declaration form to the commissioning party and the assets owner and assisting the enterprise in asset declaration; having a full picture of the assets of the enterprise appraised on a commissioning basis, collecting documents and data needed for asset appraisal and developing asset appraisal work plan.

2.   Phase of site appraisal

Pursuant to applicable principles and regulations on state-owned asset appraisal and

management, property identification and appraisal was conducted on assets within the scope of the appraisal by following the specific steps as below:

(1) Listen to the introduction on situation of the enterprise as well as history and status quo of the appraisal objects made by the assets owner;

(2) Check the asset appraisal declaration form completed by the enterprise and verify it against the financial records and data of the enterprise; understand the identified problems and ask the enterprise to make necessary explanation, adjustment or changes;

(3) Conduct verification on site based on the asset appraisal declaration form, and check and record condition of the assets;

(4) Identify specific appraisal method for different types of assets according to actual conditions and characteristics of the appraisal objects.

(5) Check property ownership certificate and financial data of the appraisal objects, such as running accounts and invoices, etc.

(6) Appraise physical assets as well as claims and debts of the commissioning party, measure and calculate the appraised value.

3.   Phase of appraisal summary

Preliminary results of appraising various types of assets provided by professional teams were consolidated and analyzed. After it was confirmed that no repetition and omission occurred in the course of appraisal, the results of asset appraisal were adjusted, revised and improved based on the consolidation and analysis, and notes to the appraisal were prepared. The results of appraisal and notes to the appraisal of relevant assets were reviewed in conformity with company regulations, i.e., such information was checked first by site manager, and then it was submitted to project manager. After project manager checked it, it was submitted to project reviewer for review. When all the review opinions were feedbacked to the project team, the project team made further revisions based on these opinions.

4.   Phase of submitting the report

Asset appraisal report was drafted by the project manager and draft of asset appraisal report was submitted to the commissioning party. Some results of the appraisal were explained about adequately and some were adjusted and revised as needed after preliminary exchange of opinions. After full exchange of opinions with the commissioning party and assets owner, the official asset appraisal report was submitted to the commissioning party.

**IX. Results of the appraisal**

After the above-mentioned asset appraisal procedures were implemented and asset appraisal methods were used, the appraisal results of assets and liabilities appraised on a commissioning basis on March 31, 2005, the reference date of appraisal, were: book value of total assets was RM713.6547mn; book value after adjustments was RMB697.1528mn; appraised value was RMB754.5106mn and appreciation range was 8.23%. Book value of liabilities was RMB607.634mn; book value after adjustments was RMB607.634mn; appraised value was RMB607.634mn and appreciation range was 0%. Book value of net assets was RMB106.0207mn; book value after adjustments was RMB89.5187mn; appraised value was RMB146.8765mn and appreciation range was 64.07%. Refer to appraisal list for detailed

BNBMPLC0006133

conclusions of the appraisal.

Summary of conclusions of the appraisal is as follows:

(Unit:  RMB10,000)

| Item | | Book value | Book value after adjustments | Appraised value | Incrase or decrasse in value | Appreciation rate |
|---|---|---|---|---|---|---|
| | | A | B | C | D=C-B | E=(C-B)/B*100% |
| Current assets | 1 | 35,932.16 | 35,932.16 | 36,133.66 | 201.50 | 0.56 |
| Long-term investment | 2 | 7,700.64 | 6,050.45 | 8,060.79 | 2,010.33 | 33.23 |
| Fixed assets | 3 | 26,635.19 | 26,635.19 | 29,502.58 | 2,867.39 | 10.77 |
| Including: construction in progress | 4 | 13,730.69 | 13,730.69 | 13,730.69 | - | 0 |
| Structure | 5 | 4,483.41 | 4,483.41 | 6,910.58 | 2,427.17 | 54.14 |
| Equipment | 6 | 8,199.52 | 8,199.52 | 8,639.74 | 440.22 | 5.37 |
| Intangilbe assets | 7 | 1,024.69 | 1,024.69 | 1,681.24 | 656.56 | 64.07 |
| Including:  land use rights | 8 | 1,022.23 | 1,022.23 | 1,678.79 | 656.56 | 64.23 |
| Other assets | 9 | 72.79 | 72.79 | 72.79 | -- | 0 |
| Total assets | 10 | 71,365.47 | 69,715.28 | 75,451.06 | 5,735.78 | 8.23 |
| Current liabilities | 11 | 54,266.57 | 54,266.57 | 54,266.57 | - | 0 |
| Long-term liabilities | 12 | 6,496.83 | 6,496.83 | 6,496.83 | - | 0 |
| Total liabilities | 13 | 60,763.40 | 60,763.40 | 60,763.40 | - | 0 |
| Net assets | 14 | 10,602.07 | 8,951.87 | 14,687.65 | 5,735.78 | 64.07 |

## X. Special instructions

1. This report was prepared based on relevant documents and data provided by the commissioning party and assets owner. It provides necessary information and we ensure authenticity, legitimacy and completeness of such information. Using the asset appraisal report properly is the responsibility of the commissioning party and the parties concerned.

2. The appraisal in this report was conducted to reflect value of the appraisal objects objectively. The conclusions of appraisal shall not be deemed an assurance of realizable prices of the appraisal objects.

BNBMPLC0006134

3. We do not intend to request the assets owner to treat accounts according to results of this report. Whether accounts should be treated and how to do it shall be decided by the superior department in charge of the assets owner, and provisions of the accounting system in China shall be complied with.

4. In the course of the appraisal, valuers found that some properties of Shandong Taihe Dongxin Co., Ltd. were built on leased land, for example, No. 1 branch factory, No. 2 branch factory, No. 4 branch factory and most of the factory buildings in the industrial park were built on leased land. The lease of the land varies from 2 years to 50 years. Effects of lease of the land on value of such properties were not considered in the appraisal. If the land cannot be used continuously by Shandong Taihe Dongxin Co., Ltd. upon expiration of lease, the appraised value of houses and buildings on the land shall be reduced accordingly.

5. Formalities for title of house ownership has not been handled for most of the properties appraised on a commissioning basis. When properties were appraised, expenses arising from application for title of house ownership were not considered. Construction area of the properties appraised on a commissioning basis was finalized according to the construction area measured by the assets owner and by taking into account the construction area stated in project completion materials as well as by site verification. If there is any discrepancy between the construction area adopted by the properties appraised on a commissioning basis and results of actual measurement of local housing management bureau, the construction area actually measured by surveying and mapping department of local housing management bureau shall prevail.

6. The title of house ownership of Xiaoshan Yuanmengyuan commercial housing is in the application process. Five houses in No. 4 building of Changcheng Community are purchased houses of Tai'an Local Taxation Bureau. Owner of the house in Ningbo is GUO Weidong. Ownership transfer formalities have not been handled for the aforesaid houses. Relevant property certificates provided by Shandong Taihe Dongxin Co., Ltd. were referred to. The appraised value of houses and buildings determined in this report does not involve expenses payable for ownership-related formalities to be handled in future.

7. Tai'an Jindun Building Materials Co., Ltd., the invested entity, purchased a plot of land transferred by the People's Government of Dawenkou Town, Tai'an City on August 9, 2003. The agreed transfer price was RMB3.7135mn. Ground attachments were converted into cash of RMB0.43mn. Tai'an Jindun Building Materials Co., Ltd. already paid 80% of the land price and ground attachments converted into cash of RMB3.4008mn. As of reference date of appraisal, formalities for land use permit had not been handled yet, and the appraisal was conducted on the premise that Tai'an Jindun Building Materials Co., Ltd. is entitled to legitimate use of the land.

8. As of reference date of appraisal, status of mortgage loans and guaranteed loans of Shandong Taihe Dongxin Co., Ltd. and related companies is as follows:

| Guaranteed entity | Handling bank | Nature of debts | Amount of the guarantee (RMB10,000) | Start date | Expirton date | Remaks |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Taishan Scenic Area Management Committee | Agriculturral Bank of China, Tai'an Branch | Short-term | 1000 | 2004.11.18 | 2005.9.25 | |
| Shandong Juling Co., Ltd. | Industrial and Commercail Bank of Chian, Tai'an Branch | Medium-term | 800 | 2001.12.23 | 2004.12.23 | |
| Zaozhuang Huarun Paper Co., Ltd. | Bank of China, Santing Sub-branch | Long-term | 8500 | 2003.6.12 | 2008.6.12 | USD10.19million |
| Zaozhuang Huarun Paper Co., Ltd. | Bank of China, Santing Sub-branch | Medium-term | 1500 | 2003.12.12 | 2006.12.12 | |
| Qinhuangdao Taishan Building Materials Co., Ltd. | Bank of Communications, Qinhuangdao Branch | Short-term | 1500 | 2004.04.01 | 2005.01.15 | |
| Taishan Group Co., Ltd. | Industrial and Commercail Bank of Chian, Tai'an Branch | Medium-term | 400 | 2002.7.22 | 2005.7.21 | |
| Taishan Group Co., Ltd. | Industrial and Commercail Bank of Chian, Tai'an Branch | Short-term | 1959 | 2004.4.30 | 2005.4.30 | |
| Total | | | 15659 | | | |

If the guaranteed entity fails to repay bank loans upon maturity, Shandong Taihe Dongxin Co., Ltd. may be pressed for several and joint liability.

9.  Shandong Taihe Dongxin Co., Ltd. borrowed RMB2mn from the Industrial and Commercial Bank of China, Ningyang County Sub-branch on pledge of its 201 plasterboard production line and handled bank acceptance bill of RMB4.5mn (the amount of the mortgage was RMB3.15mn and security deposit was RMB1.35mn). The company signed with Agricultural Bank of China Tai'an Branch the maximum-amount mortgage contract (T) NYGDZ No. 37906200300003428 worth RMB12.5mn on pledge of the business building located on Taishan Avenue and the right to use the occupied land. Mortgage loans whose application process have been handled are RMB10mn (with a maturity from December 31, 2003 through December 1, 2006) and RMB2mn (with a maturity from June 15, 2004 through June 15, 2005)

BNBMPLC0006136

10. Long-term investment: includes investment in subsidiaries, in which, the company holds equity interest and controlling interest. Long-term investment includes investment in subsidiaries, in which, the company holds equity interest and controlling interest. On reference date of asset appraisal, long-term investment reflected in the books of Shandong Taihe Dongxin Co., Ltd. was RMB77.00644178mn, while that within the scope of the appraisal was actually RMB60.50451213mn. The difference between them was the book value of the investment of Shandong Taihe Dongxin Co., Ltd. in Shandong Tai'an Group Tai'an Heyuan Gypsum Product & Material Factory. Shandong Taihe Dongxin Co., Ltd. holds 87.265% equity in Shandong Tai'an Group Tai'an Heyuan Gypsum Product & Material Factory. Shandong Tai'an Group Tai'an Heyuan Gypsum Product & Material Factory was ordered by Tai'an Environmental Protection Bureau to suspend production and close down (Document (2003) No. 24) due to environmental issues. The Board of Directors of Shandong Taihe Dongxin Co., Ltd. made a resolution to carry out a liquidation on July 17, 2004. Therefore, according to the power of attorney for asset appraisal, this equity investment was not included into the scope of the appraisal.

11. The apprisal only invovled the assets and liabilities declared by the assets owner and did not take into account effects on asset prices that may be brought about by the following economic behaviros:

(1) Contingent guarantees: guarantees in the name of the company or based on assets;

(2) Liabilities not found and potential lawsuites;

(3) Tax liability and late fees: circusmtances that tax authorities request payment of an overdue tax and charge late fees may exist;

(4) Other contingent resposnbilities.

The commissioning party and anyone who uses the appraisal report shall pay special attetion to effects that the above-mentioned matters may produce on the conclusions of appraisal and use the appraisal report rationally.

**XI. Significant matters after the refernece date of appraidal**

During the period from the refernce date of appraisla to issuance of the appraisla report, valuers did not find signfiicant matters that produce significant effects on the conclusions of appraisal. The commissioning party and assets owner promise that after the reference date of appriasal, there was no significant matter that was unexplained and undisclosed to the appraisal agnecy and that affects property rights and value of the assets within the scope of appraisal.

After the reference date of appraisal and within the validity period, in case of  any change to the quntity of assets and price stnadards that effects the conclusions of appraisal, this appraisal reprot shall not be used directly and the conclusions of appraisal shall be adjusted or assets shall be re-appraised, i.e.:

1. In case of any change to the quantity of assets, the commissioning party shall adjust assets accordingly with the original appriasla method; when replacemnet cost method was used in the appraisal, adjustment shall be made per the actual amount.

2. In case of any change to price standards of assets that has significantly affected the

BNBMPLC0006137

appraised prices of assets, the commissioning party shall hire the appraisal agency to conduct re-appraisal in a timely manner.

## XII. Legal force of the appraisal report

1. The "appraised value" referred in this appraisal report means the current fair market price determined under specific economic conditions on the reference date of appraisal, on the premise that the appraised assets are managed continuously for the same purpose. The results of appraisal reflect objectively and fairly the value of the appraised assets on the reference date of March 31, 2005. Beijing Zhongzheng Appraisal LLC. shall not be resposnble for expreesing an opinion on any significant changes to the assets after this refernce date.

2. According to regualtions of related department, the results of appraisal shall stand valid for one year from March 31, 2005 through March 30, 2006. With the validity period of the appraisal report, this report shall be legally effective pusuant to applicable laws, rules and regualtions of China. If the validity period of one year expires, assets shall be reappraised.

3. This report shall only provide a reference to Beijing New Building Materials Public Limited Company's subscription of new shares issued by Shandong Taihe Dongxin Co., Ltd. as the appraisal purpose.

4. This report shall be used by the commissioning party only for the apprisal purpose herein. The commissioning party shall have the right to use the appraisal report. Wthout permission of the commisisoning party, the appraisal agency shall not provide or disclose it to others. Except for the circumstances that disclosure is required by law, this report shall not be published in whole or in part on any open media or used for any other purposes rather than the appraisal purpose herein.

5. This report contains several attachments. These attachments shall have the same legal force with the main body of the report.

## XIII. Issuance date of the appraisal report

This asset apprsial report was officially issued on April 22, 2005.

BNBMPLC0006138

(No text on this page)

Beijing Zhongzheng Appraisal LLC.

Chinese Certified Asset Valuer

Beijing Zhongzheng Appraisal LLC. [seal]

Legal representative:

Chinese Certified Asset Valuer

April 22, 2005

BNBMPLC0006139