[Seal – Shandong Province Industrial & Commercial Administration Bureau]

[Seal – Shandong Province Industrial & Commercial Administration Bureau]

# Shandong Taihe Dongxin Co., Ltd. Articles of Incorporation

[Partial seal]

9

Translation of TG 0020608

**EXHIBIT 10**



# Index

| | | |
|---|---|---|
| Chapter 1 | General Principle | 2 |
| Chapter 2 | Business Goal and Scope | 2 |
| Chapter 3 | Shares | 3 |
| Chapter 4 | Shareholder and Shareholder Meeting | 4 |
| Chapter 5 | Board of Directors | 9 |
| Chapter 6 | Management | 14 |
| Chapter 7 | Board of Supervisors | 15 |
| Chapter 8 | Financial Meeting System, Profit Distribution and Auditing | 17 |
| Chapter 9 | Merger, Division, Dissolution and Liquidation | 18 |
| Chapter 10 | Amendment of Articles of Incorporation | 21 |
| Chapter 11 | Supplementary Provisions | 21 |

1

10

Translation of TG 0020609

This Articles of Incorporation has been approved by the first extraordinary general meeting in 2005 on April 25, 2005 by a special resolution.

Chapter 1      General Principle

Article 1:      To safeguard the legal rights and interests of the Company, shareholder and creditor, and to standardize the Company's organization and behavior, this Articles of Incorporation is hereby drawn up according to the <Company Law of the People's Republic of China> (hereinafter referred to as the <Company Law>) and other relevant provisions.

Article 2      Shandong Taihe Dongxin Co., Ltd. is a joint stock limited company incorporated according provisions of the <Company Law> and other regulations (hereinafter referred to the "Company").

The Company has been approved by Shandong Province Economic System Reform Commission <Letter regarding approval to incorporate Shandong Taihe Dongxin Co., Ltd.> (Lu-Sys-Reform-[1998] #49) in the form of, and has been registered at Shandong Province Industrial & Commercial Administration Bureau and has obtained a business license.

Article 3      The name registered by the Company:  Shandong Taihe Dongxin Co., Ltd. Article 4      The Company's address:  Dawenkou Town, Daiyue District, Taian City, Shandong Postal code 271026

Article 5      The Company's registered capital is RMB155,625,000.

Article 6      The Company is a joint stock limited company with permanent existence.

Article 7      The Chairman is the Company's legal representative.

Article 8      The Company's total assets have been divided into equal shares.  The shareholder shall assume responsibility to the Company, and the Company shall assume responsibility to its debt with the Company's total assets.

Article 9      From the date the Company's Articles of Incorporation becomes effective, it shall become a legally binding document to regulate the Company's organization and conduct, the rights and obligation relationship between the Company and the shareholder and between shareholder and shareholder.  The shareholder may file a lawsuit against the Company according to the Articles of Incorporation, and the Company may file a lawsuit against the shareholder, Director, Supervisor, management (including:  the General Manager, Deputy General Manager, hereinafter referred to as "managerial personnel" of the "Manager") and other high-level management.  Shareholder may file a lawsuit against another shareholder according to the Articles of Incorporation, and shareholder may file a lawsuit against the Company's Director and Supervisor, the Manager and other high-level management personnel.

Article 10      The high-level management personnel alleged in the Articles of Incorporation means the secretary for the Company's Board of Directors, chief financial officer, Chief Engineer, Chief Economist and Chief Accountant.

Chapter 2      Business Goal and Scope

Article 11:      The Company's business goal:  to establish a highly efficient operation management system so that the Company may experience stable development which shall cause

2

11
Translation of TG 0020610

the shareholder to receive satisfactory economic returns so that it can contribute to the prosperity of the society and human progress.

Article 12      As approved by the Company's registration agency, the Company's business scope is:  the production and sale of gypsum board, gypsum products, stone material, light steel keel, building material, decorating material and modern building material; corrosive substance (phosphate), phosphoric by-product phosphoric gypsum, construction hardware, ceramic products, electrical products, furniture, home appliances, general merchandise, the sale of mining equipment accessories; the sale of automotive accessories; the purchase of waste paper box, jade carving, decorating and general transportation within the permitted business license (may only be operated by its branch organization).

Chapter 3      Shares

Section 1      Issuance of Shares

Article 13      The Company's shares shall take the form of stock.
Article 14      All shares issued by the Company shall be common stock.
Article 15      The issuance of the Company's stock shall be open, fair and impartial, each share shall have the same rights and each share shall receive the same benefit.
Article 16      Stock issued by the Company shall be denominated in RMB.
Article 17      The Company's total equity shall be RMB155625000 shares, of which:
1.    Beijing New Building Material Co., Ltd. holds 65362500 shares or 42% of the Company's total equity;
2.    Taian City Donglian Investment & Trading Co., Ltd. holds 32681250 shares or 21% of the Company's total equity;
3.    Taian City National Asset Management Co., Ltd holds 24900000 shares or 16% of the Company's total equity;
4.    Taian City Anxin Investment & Trading Co., Ltd. holds 24900000 shares of 16% of the Company's total equity;
5.    Jia Tongchun holds 7781250 shares or 5% of the Company's total equity.

Section 2      The Increase and Decrease in Shares and Repurchase

Article 18      Based on its operational and development needs and according to provisions of the laws and regulations and after resolution reached by the shareholder meeting, the Company may increase its capital in the following ways:
(1)    To distribute and sell shares to the current shareholder;
(2)    To distribute bonus shares to the current shareholder;
(3)    To convert the reserve fund into capital stock;
(4)    Other ways approved by provisions of the laws and regulations.
When the Company increases its capital stock, Beijing New Building Material Co., Ltd. shall have priority in purchasing the newly issued shares under the same terms and conditions.
Article 19      According to provisions of the Company's Articles of Incorporation, the Company may reduce its registered capital which shall be handled according to the relevant

3

provisions under the <Company Law> and the procedure stipulated by the Company's Articles of Incorporation.

Section 3        Equity Transfer

Article 20        Shares held by the shareholder may be legally transferred.  When the Company's other shareholder transfers the Company's shares, Beijing New Building Material Co., Ltd. shall have priority in purchasing the newly added shares under the same terms and conditions. Article 21        Shares of the Company held by the sponsor may not be transferred within three years.

Chapter 4        Shareholder and Shareholder Meeting

Section 1        Shareholder

Article 22        The Company's shareholder shall be the person who legally holds the Company's stock.
The shareholder shall enjoy rights and undertake obligations according to the types of share he holds.  Shareholders who hold the same type of stock shall enjoy the same rights and undertake the same obligation.

Article 23        The shareholder register shall be sufficient evidence to prove that the shareholder holds the Company's stock.  The Company shall compile a shareholder register.

Article 24        The Company's shareholder shall be entitled to the following rights:
  (1)        To receive dividend and distribution in other forms according to the number of shares he holds;
  (2)        To attend or designate a shareholder representative to attend the shareholder meeting;
  (3)        To cast vote according to the number of shares he owns;
  (4)        To supervise the Company's business operation and to submit proposal or inquiry:
  (5)        To transfer, donate or pledge the shares he holds according to provisions of the laws,
             administrative regulations and the Company's Articles of Incorporation;
  (6)        To receive relevant information including review the Company's Articles of Incorporation and documents according to provisions of the laws and the Company's Articles of Incorporation;
  (7)        In the event of the Company's termination and liquidation, to participate in the distribution of the Company's remaining assets according to the number of shares he holds;
  (8)        Other rights stipulated by provisions of the laws, administrative regulations and the Company's Articles of Incorporation.

Article 25        In the event resolution reached by the shareholder meeting and the Board of Directors is in violation of provisions of the laws, administrative regulations, and will infringe upon the shareholder's legal rights and interests, the shareholder shall have the right to file a lawsuit with the People's Court to stop such illegal behavior and violation.

Article 26        The Company's shareholder shall undertake the following obligations:
  (1)        To comply with the Company's Articles of Incorporation;

4

13<br>Translation of TG 0020612

(2)    To pay for the shares based on his subscription and investment approach;

4

13
Translation of TG 0020612

    (3)    Shall not withdraw shares except stipulated in the laws and administrative regulations;

    (4)    The laws and administrative regulations shall stipulate other obligations he shall undertake.

Article 27    The pledging of the shares held by the shareholder shall be allowed after review and approval by the Company's shareholder meeting.

Section 2    Shareholder Meeting

Article 28    The shareholder meeting holds the highest authority at the Company, and shall exercise the following authority:

    (1)    To decide the Company's management goal and investment plan;

    (2)    To elect and replace Director, to decide the compensation for the Director;

    (3)    To elect and replace Supervisor which is served by a representative of the shareholder, to decide the compensation for the Supervisor;

    (4)    To review and approve report presented by the Board of Directors;

    (5)    To review and approve report presented by the Board of Supervisors;

    (6)    To review and approve the Company's annual financial budget and accounting;

    (7)    To review and approve the Company's profit distribution plan and plan to make up for the loss;

    (8)    To reach resolution on the Company's increase or decrease in registered capital;

    (9)    To reach resolution on the issuance of the Company's bonds;

    (10)    To reach resolution on the Company's merger, division, dissolution, liquidation or to change the Company's corporate status;

    (11)    To amend the Company's Articles of Incorporation.

    (12)    To reach resolution regarding the pledging of the Company's shares by a shareholder;

    (13)    Other matters to be decided by the shareholder meeting after reviewing the laws and regulations and the Company's Articles of Incorporation.

Article 29    Shareholder meetings shall be divided into annual meeting and extraordinary general meeting.  Annual meeting shall be held once a year and shall be held within six months after the end of the fiscal year.

Article 30    Under one of the following conditions, an extraordinary general meeting shall be held within two months:

    1.    The number of Director fails to reach the quorum as stipulated in the <Company Law> or fails to reach the two-thirds as stipulated in this Articles of Incorporation;

    2.    The Company's outstanding loss has reached one-third of the total equity;

    3.    When request is made by a shareholder who owns more then 10% (exclude proxy voting) of the Company's stock held individually or in combination;

    4.    When the Board of Directors deems necessary;

    5.    When the Board of Supervisors proposes to call a meeting;

5

14

Translation of TG 0020613

6.      Other conditions stipulated in the Company's Articles of Incorporation.

Article 31      An extraordinary general meeting shall only reach resolution on the matters listed in the notification.

Article 32      Shareholder meeting shall be called and chaired by the Chairman of the Board.  In the event the Chairman shall be unable to perform his duty for cause, the Chairman shall designate another Director to chair the meeting.  In the event the Chairman is unable to attend the meeting and fails to designate a replacement, the Board of Directors shall designate a Director to chair the meeting.  In the event the Board of Directors is unable to appoint someone to chair the meeting, the shareholder present shall jointly recommend one shareholder to chair the meeting.

Article 33      When the Company calls a shareholder meeting, shareholders shall be notified thirty (30) days before the meeting date in writing (fax is a valid means).  After approval by all shareholders of the Company, the 30-day notice may be waived or properly shortened.

Article 34      The shareholder may attend the shareholder meeting in person and may designate a representative to attend the meeting and cast vote on his behalf.  The shareholder shall designate a representative in writing to be signed by the shareholder or the designee.  When the shareholder is a legal entity, the legal entity's seal shall be affixed or shall be signed by the designee.

Article 35      The power of attorney issued by the shareholder to attend the shareholder meeting shall state the following:

  (1)    The name of the representative;
  (2)    Whether the representative has voting rights;
  (3)    Instructions on whether to cast "in favor", "against" or "abstain" votes for each matter under review;
  (4)    Specific instructions on whether the shareholder shall have the right to vote on the proposal which may be included in the shareholder meeting agenda and how to vote if he shall have the right to vote;
  (5)    The date of execution of the Power of Attorney and the effective period;
  (6)    Signature (or seal) of the shareholder.  When the shareholder is a legal entity, the legal entity's seal shall be affixed,

The Power of Attorney shall indicate that in the event the shareholder shall fail to provide specific instructions, whether the shareholder representative may vote according to his own views.

Article 36      The shareholder meeting attendee's signature log shall be prepared by the Company.  The signature log shall list the name of the attendee (or legal entity), ID card number, address, the number of shares held or voted by the representative, the representative's name (or the name of the legal entity) etc.

Article 37      When the Board of Supervisors or the shareholder meeting wants to call an extraordinary general meeting, it shall be handled according to the following procedure:

  (1)    To sign one or several written request in the same format to submit to the Board of Directors to call an extraordinary general meeting which shall describe the meeting agenda. After receiving the above written request, the Board of Director shall

6

15

Translation of TG 20614

        promptly issue notification on holding an extraordinary general meeting.

(2)    In the event the Board of Directors fails to issue a notification on holding a meeting within 30 days after receiving the above-mentioned written request, the Board of Supervisors or shareholders who have submitted such a request may call an extraordinary general meeting on his own within three months after the notification is received by the Board of Directors. The procedure for calling a meeting be as close as possible to the procedure for the Board of Directors to call a shareholder meeting. The Board of Supervisors or shareholder may call a meeting on his own when the Board of Directors fails to call such a meeting, the Company shall provide the necessary assistance to the Supervisors or the shareholders and shall bear the cost of the meeting.

Article 38    After the notification for calling a meeting has been sent out, except for force majeure or other accidents, the Board of Directors shall not change the time of the meeting.

Article 39    If the number of Directors fails to reach the quorum of two-thirds as stipulated under the "Company Law" or is less than the two-thirds quorum as provided in the Articles of Incorporation, or the Company's outstanding loss has reached one-third of the total equity and the Board of Directors fails to convene an extraordinary general meeting within the prescribed period; the Board of Supervisors or the shareholders may call an extraordinary general meeting on his own according to provisions under the Articles of Incorporation.

Section 3    Shareholder Meeting Proposal

Article 40    When the Company shall call a shareholder meeting, shareholder who holds more than 5% of the total votes, individually or jointly, shall have the right to make new proposal to the Company.

Article 41    Shareholder meeting proposal shall meet the following conditions:

(1)    The content shall not be in conflict with provisions of the laws, regulations and the Articles of Incorporation, and shall fall within the Company's business scope and the shareholder meeting's authority;

(2)    Shall have clear topic and specific matters for vote;

(3)    Shall be submitted or sent to the Board of Directors in written format.

Article 42    As the code of conduct, the Company's Board of Directors shall act in the best interest of the Company and the shareholder, and shall review the shareholder meeting proposal according to provisions under Article 41 of this section.

Article 43    In the event the Board of Directors decides not to include the shareholder meeting proposal into the agenda, it shall provide explanations and description at the shareholder meeting.

Section 4    Shareholder Meeting Resolution

Article 44    Shareholder (including shareholder representative) shall cast vote for the shares he represents. Each share shall have one vote.

Article 45    The shareholder meeting resolution shall be divided into ordinary resolution and special resolution.

~~The ordinary resolution reached by the shareholder meeting shall have shareholder present (including shareholder representative) representing over one-half of the total shares.~~

7

Translation of TG 20615

For the shareholder meeting to adopt any ordinary resolution, affirmative votes casted by 1/2 or more of voting rights held by all attending shareholder (including shareholder proxies) of the shareholder meeting are required.

16

Translation of TG 20616

*For the shareholder meeting to adopt any special resolution, affirmative votes casted by 2/3 or more of the voting rights held by all attending shareholders (including shareholder proxies of the shareholder meeting are requi*

~~The special resolution reached by the shareholder meeting shall have shareholder present (including shareholder representative) representing over two-thirds of the total shares.~~

Article 46     The following resolution shall be approved by the shareholder meeting as ordinary resolution:

- (1)     Report by the Board of Directors and the Board of Supervisors;
- (2)     The Company's annual budget and final accounting;
- (3)     The Company's annual report;
- (4)     The profit distribution plan and plan to make up for the loss drawn up by the Board of Directors;
- (5)     The appointment and dismissal of the member of the Board of Directors and Board of Supervisors, and their compensation and payment method;
- (6)     Other matters which shall be approved as a special resolution as stipulated by provisions of the laws, administrative regulations or the Company's Articles of Incorporation.

Article 47     The following matters shall be approved by the shareholder meeting as special resolutions:

- (1)     To increase or decrease the Company's registered capital;
- (2)     The issuance of the Company's bonds;
- (3)     The Company's division, merger, dissolution and liquidation;
- (4)     To amend the Company's Articles of Incorporation;
- (5)     To repurchase the Company's shares;
- (6)     Pledge the Company's stock held by shareholder;
- (7)     Other matters stipulated by the Articles of Incorporation and shareholder meeting resolution to have important impact on the Company which shall be approved by the shareholder meeting as special resolution.

Article 48     Without a special resolution by the shareholder meeting, the Company may not enter into a contract with people other than the Director, Manager and other high-level management personnel which shall give such person to right to handle the Company's entire or important business operation.

Article 49     The list of candidates for the position of Director or Supervisor shall be submitted to the shareholder meeting for resolution as a proposal.

The Board of Directors shall provide the resume and basic information on the candidate for the position of Director or Supervisor to the shareholder meeting.

Article 50     The nomination and election of Director and Supervisor which is served by a shareholder shall be handled according to the following procedure:

- (1)     Director and Supervisor served by a shareholder shall be nominated according to Article 67 and 102 of the Articles of Incorporation and elected by the shareholder meeting.
- (2)     The candidate for the position of Director and Supervisor shall agree to the nomination beforehand.  The nominator shall fully understand the candidates' profession, education, title, detailed work experience and part-time positions held.

The Company shall disclose detailed information on the candidate for the position of Director

8

17

and Supervisor before the shareholder meeting to ensure that shareholder fully understands the candidate before casting vote.

    (3)    The Company shall enter into employment contract with the Director to clarify the rights and obligations between the Company and the Director, the Director's term, responsibility for violating the laws, regulations and the Company's Articles of Incorporation, and compensation if the Company shall terminate the contract for cause.

Article 51    The shareholder meeting shall vote by registered ballot or by raising hands and results shall be announced on the spot.

Article 52    According to voting results, the moderator of the meeting shall decide whether a resolution has been approved by the shareholder meeting and shall announce the result on the spot. The resolution's voting result shall be recorded in the meeting minutes.

Article 53    In the event of doubt regarding the resolution's voting result, the moderator of the meeting may count the votes. In the event the moderator of the meeting does not count the votes, when there is objection to the results announced by the moderator of the meeting, the shareholder or shareholder representative shall have the right to immediately request vote count and the moderator of the meeting shall proceed with vote count immediately.

Article 54    Except for the Company's business secret which shall not be disclosed in the shareholder meeting, the Board of Directors and the Board of Supervisors shall answer or explain to shareholder's inquiry and suggestion.

Article 55    The shareholder meeting shall keep meeting minutes to record the following:

    (1)    The number of shares present at the shareholder meeting and the percentage to the Company's total number of shares;

    (2)    The meeting's date and location;

    (3)    The moderator's name and the meeting agenda;

    (4)    Key points on the matter under review by shareholder spoken at the meeting;

    (5)    The voting result for each matter that requires resolution;

    (6)    The shareholder's inquiry, suggestion and response or explanation by the Board of Director and the Board of Supervisors;

    (7)    Other content which deemed by the shareholder meeting and stipulated by the Company's Articles of Incorporation that should be recorded in the meeting minutes.

Article 56    Shareholder meeting minutes shall be signed by the shareholder attending the meeting and the person keeping the minutes and to be kept in the Company's files and kept secretly by the Board of Directors. The shareholder meeting minutes shall be kept permanently.

Article 57    Matters such as the number of shareholder attending the shareholder meeting, the number of shares held by them, the power of attorney, voting result for each matter, meeting minutes, the legality of the meeting procedure etc. may be notarized.

Chapter 5    Board of Directors

Section 1    Director

9

Translation of TG 0020617

Article 58    The Company's Director shall be a natural person.  The Director is not required to own the Company's shares.

Article 59    People stipulated under Article 57 and 58 of the <Company Law> shall not serve as the Company's Director.

Article 60    The Director shall be elected or replaced by the shareholder meeting and shall have a term of three years.  After the expiration of the term, the Director may serve consecutive terms.  Before the expiration of the term, the Director may not be dismissed without cause.

Article 61    The Director shall comply with the provisions of the laws, regulations and the Company's Articles of Incorporation to faithfully carry out his duties and to safeguard the Company's interests.  When there is a conflict between his personal interest and the interest of the Company and the shareholder, the code of conduct shall be to maintain the maximum interest of the Company and the shareholder, and shall guarantee:

(1)    To exercise authority within the scope of his duty and shall not overstep his authority;

(2)    Shall not enter into contract or conduct business transaction with the Company except when stipulated in the Company's Articles of Incorporation and when it is known and approved by the shareholder meeting;

(3)    Shall not seek to benefit himself or other people with inside information;

(4)    Shall not operate for himself or for other people any business similar to the Company's business or to engage in activity which shall damage the Company's interest;

(5)    Shall not use his authority to accept bribes or other illegal income, shall not embezzle the Company's property;

(6)    Shall not misappropriate fund or loan the Company's funds to others;

(7)    Shall not use his authority to make it easy for himself or for others to embezzle or accept business secret which shall belong to the Company;

(8)    Without being known or approved by the shareholder meeting, shall not accept commission related to transaction with the Company;

(9)    Shall not deposit the Company's assets in account opened under his own name or under other people's name;

(10)    Shall not use the Company's assets to provide guarantee to the Company's shareholder or other individual;

(11)    Without being known and approved by the shareholder meeting, shall not disclose the confidential information about the Company obtained during his employment period. However, under the following conditions, such confidential information may be disclosed to the Court of Law or other governing agency:

1.    When Stipulated by law;

2.    When required by public interest;

3.    When required by the Board of Director's legal interest.

Article 62    The Director shall exercise his authority given by the Company carefully, seriously and diligently to ensure:

(1)    The Company's commercial activity shall be in compliance with the requirement of China's laws, administrative regulations and China's various economic policies. Commercial activity shall not overstep the business scope stipulated in the business license;

10

19

Translation of TG 0020618

(2)  All shareholder shall be equitably treated;

(3)  To carefully read the Company's various business and financial report and to understand the Company's business operation management conditions;

(4)  To personally exercise his management and disposition rights legally granted without being manipulated by others. Shall not delegate his disposition rights to be used by others without permission under the laws and administrative regulations or being known and approved by the shareholder meeting.

(5)  When performing his duties, to accept the legal supervision and reasonable suggestion by the Board of Supervisors.

Article 63    The Director may resign before the expiration of his term. The Director's resignation shall be submitted to the Board of Directors in writing.

Article 64    For the Director whose term is not year over and whose unauthorized departure shall cause damage to the Company, shall be liable to the Company.

Article 65    Stipulation in this section regarding the Director's obligation shall be applicable to the Company's Supervisor, Manager and other high-level management.

Section 2    Board of Directors

Article 66    The Company shall have a Board of Directors to be held responsible to the shareholder meeting.

Article 67    The Company's Board of Directors shall consist of 7 Directors, with one Chairman of the Board. Among them, Beijing New Building Material Co., Ltd. shall nominate four Directors, Taian State-owned Asset Management Co., Ltd. shall nominate one Director, Taian Donglian Investment & Trading Co., Ltd., Taian Anxin Investment & Trading Co., Ltd. and Jia Tongchun shall jointly nominate two Directors.

Article 68    The Board of Directors shall exercise the following authority:

(1)  To call the shareholder meeting and present report to the shareholder meeting; (2)    To implement the shareholder meeting's resolutions;

(3)  To decide the Company's business plan and investment plan;

(4)  To make the Company's annual financial budget and final accounting plan;

(5)  To make the Company's profit distribution plan and plan on making up the loss;

(6)  To make the plan for the Company to increase or decrease registered capital, to issue bonds or other securities and public listing;

(7)  To draft the Company's plan for major acquisition, to repurchase the Company's stock or merger, division and dissolution;

(8)  To decide the Company's risk investment, asset pledge and other guarantees within the scope authorized by the shareholder meeting;

11

20

Translation of TG 0020619

(9)     To decide the establishment of the Company's internal management;

(10)    To appoint or dismiss the Company's Manager, secretary to the Board of Directors, and to openly hire financial officer. To hire or dismiss the Company's high-level management such as the Deputy Manager based on the Manager's nomination, and to decide the compensation and reward and punishment of the above-mentioned personnel;

(11)    To formulate the Company's basic management system;

(12)    To formulate the amendment of the Company's Articles of Incorporation;

(13)    To hear the Company Manager's report and to inspect the Manager's work;

(14)    Other authorities stipulated by laws, regulations and the Company's Articles of Incorporation and granted by the shareholder meeting.

Article 69     The Board of Directors shall formulate the procedure for the Board to ensure the Board of Directors' efficiency and scientific decision making.

Article 70     The Chairman of the Board shall be served by a Company's Director, to be elected and dismissed by the majority of the Board of Directors.

Article 71     The Chairman of the Board shall exercise the following authority:

(1)     To chair the shareholder meeting and call and chair the Board of Directors meeting;

(2)     To supervise and inspect the implementation of the Board of Directors resolutions;

(3)     To sign the Company's stock, the Company's bonds and other marketable securities;

(4)     To sign important documents for the Board of Directors and other documents which shall be signed by the Company's legal representative;

(5)     To exercise the authority as the legal representative;

(6)     Without the occurrence of emergencies such as war or major natural disaster, to exercise special disposition rights on the Company's matters, and report shall be made to the shareholder meeting and the Board of Directors afterwards.

(7)     Other authority granted by the Board of Directors.

Article 72     In the event the Chairman is unable to perform his duty, the Chairman shall designate one Director to perform his duty on his behalf.

Article 73     The Board of Directors shall hold meeting twice a year to be called by the Chairman and all Directors shall be notified in writing 10 days prior to the meeting.

Article 74     Under one of the following conditions, the Chairman shall call an extraordinary board meeting within ten working days: (1)     When the Chairman shall deem necessary;

(2)     Joint proposal submitted by over one-third of the Director;

(3)     When proposed by the Board of Supervisors;

12

21

Translation of TG 0020620

(4)     When proposed by the Manager.

Article 75     Notification method for the extraordinary board meeting called by the Board of Directors may be sent by a messenger or by fax within seven days before the meeting. In the event there are conditions under Article 74 (2), (3) and (4), the Chairman shall be unable to perform his duty, one Director shall be designated to call an [extraordinary board meeting] on his behalf.   When the Chairman fails to perform his duty without cause and also fails to designate a specific person to perform his duty on his behalf, over one-half of the Director may jointly recommend a Director to call the meeting.

Article 76     The Board of Directors meeting shall be held only when over one-half of the Directors are present. Each Director shall have one vote.   The Board of Directors meeting resolution shall be approved by the majority of the entire Board.

Article 77     Under the premise that the Director shall be allowed to fully express their opinion, [extraordinary board meeting] may reach a resolution by fax, to be signed by the Directors present at the meeting.

Article 78     The Board of Directors meeting shall be attended by the Director in person.   In the event a Director is unable to attend with cause, he may designate another Director to attend the meeting on his behalf.

Article 79     The power of attorney shall clearly state the representative's name, matter to act on, authority and effective period, to be signed or affixing seal by the Director.

Article 80     The Director attending the meeting as a representative shall exercise the Director's rights within the scope of authorization.   The Director who fails to attend the Board of Directors meeting without designating a representative to attend the meeting on his behalf shall be deemed to give up his voting rights at such meeting.

Article 81     The Board of Directors resolution shall be in registered ballot. Each Director shall have one vote.

Article 82     Record shall be kept for the Board of Directors meeting which shall be signed by the Directors present and by the person keeping the record.  The Directors present at the meeting shall have the right to request the addition of explanatory notes for the statements he makes at the meeting.  The Board of Directors meeting minutes shall be kept on file at the Company and kept secretly by the Board of Directors.  The Board of Directors meeting minutes shall be kept permanently.

Article 83     The Board of Directors meeting minutes shall include the following:

(1)     The meeting date, location and the person calling the meeting;

(2)     The name of the Director attending the meeting and the name of the Director (representative) who designated a representative to attend the meeting;

(3)     The meeting agenda;

(4)     Important points expressed by each Director;

(5)     The vote and the result for each resolution (the voting result shall indicate the number of votes in favor, against or abstain) .

Article 84     Director shall sign on the Board of Directors meeting minutes and to assume responsibility for the Board of Directors' resolution.  In the event the Board of Directors'

13

22

Translation of TG 0020621

resolution shall be in violation of provisions of China's laws, regulations and the Articles of Incorporation which shall cause serious damage to the Company, the Directors participating in reaching the resolution shall be liable to the Company. However, a Director shall be found not liable to the Company if proven that he has objected to the matter in the voting process which has been recorded in the meeting minutes.

Section 3        Secretary to the Board of Directors

Article 85        The Board of Directors shall have a secretary. The secretary shall be the Company's high-level management and held responsible to the Board of Directors.

Article 86        The secretary to the Board of Directors shall have the necessary professional knowledge and experience, to be appointed by the Board of Directors. Article 59 of the Articles of Incorporation where a person shall not serve as the Company's Director shall be applicable to the secretary to the Board of Directors.

Article 87        Major responsibility for the secretary to the Board of Directors:

(1)    To prepare and submit report and document issued by the Board of Directors and shareholder meeting as requested by China's relevant departments;

(2)    To arrange the Board of Directors meeting and shareholder meeting and to be responsible for the meeting minutes and the safekeeping of the meeting minutes, meeting documents and records;

(3)    To be responsible for the Company's information disclosure, and to ensure the timeliness, accuracy, legality, truthfulness and completeness of the Company's information disclosure.

(4)    Shall guarantee the person who has the right to receive the Company's relevant records and documents can receive the relevant documents and records in a timely manner.

Article 88        The Director or other high-level management may hold the position of the secretary to the Company's Board of Directors concurrently.

Article 89        The secretary to the Board of Directors shall be nominated by the Chairman, to be hired or dismissed by the Board of Directors. In the event a Director serves as the secretary to the Board of Directors, if certain action shall be taken by the Director and the secretary to the Board of Directors separately, the person holding the position of Director and the secretary to the Board of Director concurrently may not use both identities.

Chapter 6        Manager

Article 90        The Company shall have one Manager, to be hired and dismissed by the Board of Directors. A Director may be hired for the Manager, Deputy Manager or other high-level management positions.

Article 91        Person who falls under provisions of Article 57 or Article 58 of the <Company Law> may not serve as the Company's Manager.

Article 92        The Manager shall have a term of three years and may serve consecutive terms.

Article 93        The Manager shall be held responsible to the Board of Directors to exercise the following authority:

(1)    To handle the Company's production operation management and to report to the Board of Directors;

(2)    To organize the implementation of the Board of Directors resolution, the Company's annual plan the investment plan;

14

23

Translation of TG 20622

(3)  To draft the Company's internal management organization plan;
(4)  To draft the Company's basic management system;
(5)  To formulate the Company's specific regulations;
(6)  To propose the appointment or dismissal of the Company's Deputy General Manager and [other senior managers than the] chief financial officer;
(7)  To decide the appointment or dismissal of the Company's management personnel other than those that shall be decided by the Board of Directors;
(8)  To draft the Company's wage, benefits, reward and punishment, and to decide on The hiring and dismissal of the Company's employee;
(9)  To propose the holding of the [Board of Directors extraordinary meeting];
(10) Other duties authorized by the Company's Articles of Incorporation or the Board of Directors.

Article 94     The Manager shall attend the Board of Directors meeting.  The non-Director Manager shall not have voting rights at the Board of Directors meeting.
Article 95     Based on the request by the Board of Directors or the Board of Supervisors, the Manager shall report to the Board of Directors or the Board of Supervisors regarding the signing of major contracts, the execution, the use of funds and profits and losses.  The Manager shall be responsible for the report's truthfulness.
Article 96     When drafting rules regarding employee's wage, benefits, safety production and labor protection, labor insurance, dismissal (or termination) of the Company's employee which involves the employee's vital interests, the Manager shall first listen to the opinion of the labor union and the employee association.
Article 97     The Company's Manager shall comply with the laws, regulations and the Company's Articles of Incorporation, and to perform his obligation faithfully and diligently.
Article 98     The Manager may resign before the expiration of his term.  The specific procedure and method on the Manager's resignation shall be stipulated in the employment contract between the Manager and the Company.
Article 99     The Company shall establish an incentive and reward program for the managerial personnel and other high-level management's wage and the Company's performance and the individual performance in order to attract talents and to maintain the stability of such personnel.
Article 100    The Company's performance evaluation of the managerial personnel and other high-level management shall be the basis for determining such person's wage and other rewards.
Article 101    In the event the Manager and other high-level management shall be in violation of the laws, regulations and the Company's Articles of Incorporation which shall cause damage to the Company, the Company's Board of Directors shall proactively adopting measures to determine his legal liability.

Chapter 7     Board of Supervisors
Section 1 The Representative of
Shareholders

Article 102    The Supervisor shall be served by the representative of shareholders [a supervisor or by the Company's employee or employees].  Beijing New Building Material Co., Ltd. shall nominate one Supervisor, other

Translation of TG 20623

15

24

Translation of TG 20624

shareholders shall jointly nominate one Supervisor, and the Company's employee representative shall serve as one Supervisor.

Article 103     Person who falls under provisions of Article 57 or Article 58 of the <Company Law> may not serve as the Company's Supervisor.

The Director, Manager and chief financial officer shall not hold the position of Supervisor concurrently.

The Supervisor shall have professional knowledge and working experience in the legal and accounting fields. The member and organization of the Board of Supervisors shall ensure that the Board of Supervisors can supervise and inspect the Director, Manager and other high-level management and the Company's finance independently and effectively.

Article 104     The Supervisor shall have a term of three years. A shareholder serving as a Supervisor shall be elected and replaced by the shareholder meeting. An employee serving as a Supervisor shall be elected and replaced by the Company's employee democratically. The Supervisor may serve consecutive terms.

Article 105     The Supervisor may resign before the expiration of his term. Provisions regarding the Director's resignation in Chapter 5 of the Articles of Incorporation shall be applicable to the Supervisor.

Article 106     The Supervisor shall comply with provisions of the laws, administrative regulations and the Company's Articles of Incorporation to perform his obligations faithfully and diligently.

Section 2     Board of Supervisors

Article 107     The Company shall have a Board of Supervisors. The Board of Supervisors shall consist of three members with one member being the Chairman. In the event the Chairman of the Board of Supervisors is unable to perform his duties, the Chairman shall designate one Supervisor to perform his duties on his behalf.

Article 108     The Board of Supervisors shall exercise the following authority:

   (1)   To review the Company's finances;

   (2)   To supervise the action of the Director and the General Manager in performing his duties whether their action is in violation of the laws, regulations and the Company's Articles of Incorporation;

   (3)   To correct the Director and the General Manager's action when their conduct shall damage the Company's interest;

   (4)   To present proposal on holding an extraordinary general meeting;

   (5)   To attend the Board of Directors meeting;

   (6)   Other authority granted by the Company's Articles of Incorporation or the shareholder meeting.

Article 109     The Board of Supervisors may request the Company's Director, Manager and other high-level management, internal and external auditor to attend the Board of Supervisors meeting to answer questions of concern. When the Board of Supervisors discovers that the Director, Manager and other high-level management have conduct which is in violation of the laws, regulations and the Company's Articles of Incorporation, it may report to the Board of Directors and the shareholder meeting and may also report directly to the relevant departments. When exercising its authority, the Board of Supervisors may hire professional organizations such

16

25

Translation of TG 20625

as law firms, certified public accountants to provide assistance.  The expenses thus incurred shall be borne by the Company.

Article 110    The Board of Supervisors shall hold meeting twice a year.  Meeting notification shall be delivered to all Supervisors ten days prior to the meeting date.

Section 3     Board of Supervisors Resolution

Article 111    The Board of Supervisors meeting shall be attended by the Supervisor in person. The Board of Supervisors' voting shall be registered ballot.

Article 112    The voting procedure is:  The Board of Supervisors meeting may be held only when over one-half of the Supervisors are present.  Each Supervisor shall have one vote. Resolution reached by the Board of Supervisors shall be approved by more than one-half of all Supervisors.

Article 113    Record shall be kept for the Board of Supervisors meeting which shall be signed by the Supervisors present and by the person keeping the record.  The Supervisors present at the meeting shall have the right to request the addition of explanatory notes for the statements he makes at the meeting.  The Board of Supervisors meeting minutes shall be kept on file at the Company and kept secretly by the Board of Directors.  The Board of Directors meeting minutes shall be kept permanently.

Chapter 8     The Financial Accounting System, Profit Distribution and Audit

Section 1     The Financial Accounting System

Article 114    According to the relevant provisions of China's laws, regulations and policies, the Company shall establish its financial and accounting system.

Article 115    At the end of each fiscal year, the Company shall prepare financial report which shall be reviewed and verified as required by law.

Article 116    The Company's annual financial report shall include the following:
   (1)    The Assets and Liabilities Statement;
   (2)    Income Statement and profit distribution chart;
   (3)    Cash flow statement;
   (4)    Accounting report footnotes.

Article 117    The annual financial report shall be compiled based on provisions of the relevant laws, regulations.

Article 118    Except for the legally required accounting records, the Company shall not prepare other accounting record separately.  The Company's assets shall not be deposited in an account opened under any individual's name.

Article 119    The Company's after-tax profit shall be distributed in the following order:

17

26

Translation of TG 0020625

1.   To make up for prior year's loss;
2.   To set aside the 10% statutory surplus fund (no need to set it aside when the accumulated statutory surplus fund shall reach 50% of the Company's registered capital);
3.   To set aside the 5%-10% statutory public welfare fund;
4.   To set aside the discretionary surplus fund;
5.   To pay dividend to the shareholder.

In the event the Company's statutory surplus fund shall be more than 50% of the Company's registered capital, there shall be no need to set it aside again.  After setting aside the statutory surplus fund and public welfare fund, the shareholder meeting shall decide whether there is a need to set aside discretionary surplus fund.  The Company shall not make dividend distribution to the shareholder before making up for the Company's loss and setting aside the statutory surplus fund.

Article 120     The shareholder meeting shall reach resolution to convert the Company's statutory surplus fund into the Company's capital, and new shares shall be distributed according to the shareholder's original shareholding percentage.  But when converting the statutory surplus fund into capital, the remaining statutory surplus fund shall not be less than 25% of the registered capital.

Article 121     After the Company's shareholder meeting reaches resolution on profit distribution, the Company's Board of Directors shall complete the dividend (or equity) distribution within two months after the shareholder meeting.

Article 122     The Company may make dividend distribution with cash or stock.

## Section 2     Internal Auditing

Article 123     The Company shall set up an internal auditing system and assign full-time and part-time audit personnel to audit and monitor the Company's financial income and expenses, and economic activities internally.

Article 124     The responsibility of the Company's internal auditing system and the audit staff shall be implemented after approval by the Board of Directors.  The lead auditor shall report to and be held responsible to the Board of Directors.

## Chapter 9     Merger, Division, Dissolution and Liquidation

## Section 1     Merger and Division

Article 125     The Company may engage in merger or division.  The Company's merger may be in the form of absorption or creation.

Article 126     The Company's merger or division shall be handled according to the following procedure:

(1)   The Board of Directors shall draft the merger or division plan;
(2)   The shareholder meeting shall reach resolution according to provisions of the Company's Articles of Incorporation;
(3)   Each party to the transaction shall enter into a merger agreement or division agreement;

18

(4)    The relevant review and approval procedure shall be handled according to provisions of the law;

(5)    To handle matters in the merger or division such as claims and debt;

(6)    To handle dissolution registration or change in registration.

Article 127    For the Company's merger and division, each party to the merger or division shall compile assets and liabilities statement and property inventory. After the shareholder meeting reaches resolution regarding merger or division, the Company shall notify the creditor within ten days, and shall make public announcement three times within thirty days.

Article 128    Within thirty days after receiving notification, or within 90 days since the first public announcement for those who did not receive the notification, the creditor shall have the right to request the Company to pay off its debt or to provide proper collateral. In the event the Company is unable to pay off the debt or to provide collateral, merger or division shall not proceed.

Article 129    When the Company is merged or divided, the Company's Board of Directors shall adopt the necessary measure to protect the legal rights and interests of shareholder who are against the merger or division.

Article 130    The handling of assets, claims, debt for each party to the merger or division shall be done through contracts so that they can be clearly defined.

After the Company's merger, each party's claims and debt shall be assumed by the going concern or the newly incorporated entity after the merger.

Debt before the Company's division shall be assumed by the company after the division according to the agreement.

Article 131    Due to the Company's merger or division, for changes in registration, the Company shall register the change in registration as required by law. In the event of dissolution, the Company shall cancel the registration. In the event of setting up a new company, the Company shall be registered.

Section 2    Dissolution and Liquidation

Article 132    With any of the following conditions, the Company shall be dissolved and liquidated according to provisions of the law:

(1)    The operating period has expired;

(2)    The shareholder meeting reaches resolution on dissolution; (3) The Company is dissolved due to merger of division;

(4)    The Company is unable to pay off its debt when due and shall declare bankruptcy according to provisions of the law;

(5)    When in violation of the laws and regulations and have been ordered to close according to provisions of the law.

Article 133    In the event the Company is dissolved according provisions under (1) and (2) above, a liquidation team shall be set up within fifteen days. Members of the liquidation team shall be elected by a special resolution.

In the event the Company is dissolved according provisions under (3) above, liquidation shall be handled by parties to the merger or division according to the agreement executed at the time of merger or division.

19

In the event the Company shall be dissolved according provisions under (4) above, the People's Court shall organize the shareholders, the relevant agencies and the professionals to form a liquidation team to proceed with liquidation.

In the event the Company is dissolved according provisions under (5) above, the relevant government agencies shall organize the shareholders, the relevant agencies and the professionals to form a liquidation team to proceed with liquidation.

Article 134    After the liquidation team is set up, the Board of Directors and Manager's authority shall be stopped immediately.  During the period of liquidation, the Company may not engage in new business operations.

Article 135    The liquidation team shall exercise the following authority during the liquidation period:

    (1)    To notify or make public announcement to the creditor;

    (2)    To liquidate the Company's assets, to compile assets and liabilities statement and property inventory;

    (3)    To handle the Company's unfinished business;

    (4)    To pay taxes owed;

    (5)    To liquidate claims and debt;

    (6)    To dispose of the Company's remaining assets after paying off debt;

    (7)    To participate in civil litigation on behalf of the Company.

Article 136    The liquidation team shall notify the creditor in ten days from the date it is set up, and shall make three public announcements in sixty days.

Article 137    The creditor shall file claims to the liquidation team in the period stipulated in the Company's Articles of Incorporation.  When filing claims, the creditor shall explain the relevant matters regarding the claims and shall provide proof and the liquidation team shall register the claims.

Article 138    When liquidating the Company's assets and compiling assets and liabilities statements and property inventory, the liquidation team shall compile a liquidation plan, to be confirmed by the shareholder meeting or the relevant governing agency.

Article 139    The Company's assets shall be liquidated in the following order:

    (1)    To pay the liquidation expenses;

    (2)    To pay the Company employee's wage and labor insurance premium;

    (3)    To pay taxes owed;

    (4)    To pay off the Company's debt;

    (5)    To make distribution according to shareholder's shareholding percentage.

Before liquidating the Company's assets according to (1) to (4) above, shareholder shall not receive distribution.

Article 140    After liquidating the Company's assets, and compiling assets and liabilities statement and property inventory, the liquidation team deems the Company's assets insufficient to pay off the debt, bankruptcy petition shall be filed with the People's Court.  After the Company has been declared bankrupt, the liquidation team shall transfer the liquidation matters to the People's Court.

20

29

Translation of TG 0020628

There is no text on this page.  This is the shareholders' signature page for the Shandong Taihe Dongxin Co., Ltd. Articles of Incorporation

Beijing New Building Material Co., Ltd.
Signature by the Representative:  [Signature - illegible]
[Seal – Beijing New Group Building Material Co., Ltd.]

Taian State-owned Asset Management Co., Ltd.
Signature by the Representative:  [Signature - Xu [illegible]]
[Seal - Taian State-owned Asset Management Co., Ltd.]

Taian Anxin Investment & Trading Co., Ltd.
Signature by the Representative:  [Signature Jia Tongchun]
[Seal - Taian Anxin Investment & Trading Co., Ltd.]

Taian Donglian Investment & Trading Co., Ltd.
Signature by the Representative:  [Signature – Wan [illegible]]
[Seal - Taian Donglian Investment & Trading Co., Ltd.]

Jia Tongchun (signature)   Jia Tongchun

April 25, 2005

23

Translation of TG 0020629