Confidential - Subject to Further Confidentiality Review

```
 1                 UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3    ****************************************************

 4    IN RE:  CHINESE-MANUFACTURED   MDL NO. 2047

      DRYWALL PRODUCTS LIABILITY

 5    LITIGATION                    SECTION:   L

 6    THIS DOCUMENT APPLIES TO      JUDGE FALLON

      ALL CASES

 7                                  MAG. JUDGE WILKINSON

 8    ****************************************************

 9

              CONFIDENTIAL - SUBJECT TO FURTHER

10                 CONFIDENTIALITY REVIEW

11

12                 Friday, July 17, 2015

13                     — — —

14

15      Continuing Videotaped 30(b)(6) Deposition of

16   BNBM GROUP COMPANY, LIMITED through the testimony of

17   YANMING ZHAO, held at the offices of Phelps

18   Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans,

19   Louisiana, commencing at 7:39 a.m., on the above date,

20   before Michael E. Miller, Certified Court Reporter

21   (#27009), Registered Diplomate Reporter, Certified

22   Realtime Reporter.

23                     — — —

24             GOLKOW TECHNOLOGIES, INC.

          877.370.3377 ph | 917.591.5672 fax

25             deps@golkow.com
```

**EXHIBIT 14**

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3        HERMAN HERMAN & KATZ LLC
          BY:  MADELYN M. O'BRIEN, ESQUIRE
 4            mobrien@hhklawfirm.com
          820 O'Keefe Avenue
 5        New Orleans, Louisiana 70113
          (504) 581-4892
 6
 7        LEVIN FISHBEIN SEDRAN & BERMAN
          BY:  ARNOLD LEVIN, ESQUIRE
 8            alevin@lfsblaw.com
              SANDRA L. DUGGAN, ESQUIRE
 9            sduggan@lfsblaw.com
          510 Walnut Street
10        Suite 500
          Philadelphia, Pennsylvania 19106
11        (215) 592-1500
12
          IRPINO LAW FIRM
13        BY:  PEARL A. ROBERTSON, ESQUIRE
              probertson@irpinolaw.com
14            ANTHONY IRPINO, ESQUIRE
              airpino@irpinolaw.com
15        2216 Magazine Street
          New Orleans, Louisiana 70130
16        (504) 525-1500
17
          GAINSBURGH BENJAMIN DAVID MEUNIER &
18        WARSHAUER LLC
          BY:  RACHEL A. STERNLIEB, ESQUIRE
19            rsternlieb@gainsben.com
          2800 Energy Centre
20        1100 Poydras Street
          New Orleans, Louisiana 70163-2800
21        (504) 522-2304
22
          THE LAMBERT FIRM, PLC
23        BY:  HUGH P. LAMBERT, ESQUIRE
              hlambert@thelambertfirm.com
24        701 Magazine Street
          New Orleans, Louisiana 70130-3629
25        (504) 581-1750
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR TAISHAN GYPSUM COMPANY:
 3        ALSTON & BIRD LLP
          BY:  JOSHUA L. BECKER, ESQUIRE
 4             josh.becker@alston.com
              (via teleconference)
 5             ALIYYA Z. HAQUE, ESQUIRE
              aliyya.haque@alston.com
 6             (via teleconference)
              CHUNLIAN YANG, ESQUIRE
 7             lian.yang@alston.com
              (via teleconference)
 8        One Atlantic Center
          1201 West Peachtree Street
 9        Atlanta, Georgia 30309-3424
          (404) 881-7000
10
11   COUNSEL FOR BNBM DEFENDANTS:
12        DENTONS US LLP
          BY:  C. MICHAEL MOORE, ESQUIRE
13             mike.moore@dentons.com
          2000 McKinney Avenue
14        Suite 1900
          Dallas, Texas 75201
15        (214) 259-0900
16
          DENTONS US LLP
17        BY:  DREW W. MARROCCO, ESQUIRE
               drew.marrocco@dentons.com
18        1301 K Street, N.W.
          Suite 600, East Tower
19        Washington, D.C. 20005
          (202) 408-6400
20
21        DENTONS HK LLP
          BY:  TODD LIAO, ESQUIRE
22             todd.liao@dentons.com
               ANNIE QIU, ESQUIRE
23             annie.qiu@dentons.com
          5th Floor The Center
24        989 Changle Road
          Shanghai, 200031 China
25        +86 21 2315 6000
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR BNBM DEFENDANTS:
 3        PHELPS DUNBAR LLP
          BY:  HARRY ROSENBERG, ESQUIRE
 4             harry.rosenberg@phelps.com
          365 Canal Street
 5        Suite 2000
          New Orleans, Louisiana 70130-6534
 6        (504) 566-1311
 7
 8   COUNSEL FOR CNBM DEFENDANTS:
 9        ORRICK HERRINGTON & SUTCLIFFE LLP
          BY:  ERIC MATTHEW HAIRSTON, ESQUIRE
10             ehairston@orrick.com
          The Orrick Building
11        405 Howard Street
          San Francisco, California 94105
12        (415) 773-5700
13
14        GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLP
          BY:  EWELL E. EAGAN, JR., ESQUIRE
15             eeagan@gordonarata.com
          201 St. Charles Avenue
16        40th Floor
          New Orleans, Louisiana 70170-4000
17        (504) 582-1111
18
19   COUNSEL FOR THE STATE OF LOUISIANA:
20        PERKINS COIE LLP
          BY:  DAVID L. BLACK, ESQUIRE
21             dblack@perkinscoie.com
          1900 Sixteenth Street
22        Suite 1400
          Denver, Colorado 80202
23        (303) 291-2400
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:

 2   ALSO PRESENT:

 3         SUNNY WANG, MANDARIN INTERPRETER

 4         TONI XU, HERMAN HERMAN & KATZ, LLC

 5         MELISSA BARDWELL, VIDEOGRAPHER

 6                         — — —

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                            INDEX
 2
          PROCEEDINGS                           311
 3
 4
    EXAMINATION OF YANMING ZHAO:
 5
                 BY MR. LEVIN                    320
 6
                 BY MS. DUGGAN                   341
 7
                 BY MR. LEVIN                    348
 8
                 BY MS. DUGGAN                   349
 9
                 BY MR. LEVIN                    356
10
                 BY MS. DUGGAN                   358
11
                 BY MR. LEVIN                    362
12
                 BY MR. MOORE                    424
13
                 BY MR. LEVIN                    436
14
15
          REPORTER'S CERTIFICATE                 442
16
17
18
19
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    PROCEEDINGS

 2            (July 17, 2015 at 7:39 a.m.)

 3            THE VIDEOGRAPHER:  This begins Disc 1 of

 4     Volume 3 of the deposition of Beijing New

 5     Building Material Group Company, Limited.  The

 6     date today is July 17th, 2015.  The time now is

 7     approximately 7:39 a.m., and we're back on the

 8     record.

 9                (Interpreter reminded of her oath.)

10                (Witness reminded of his oath.)

11                (BG:7/15/15-7/18/15 Exhibit 215 marked.)

12            MS. DUGGAN:  Plaintiffs are going to

13     mark for identification and introduce into the

14     record Exhibit 215.  This is a PSC translation

15     of BNBM(Group)-E-0000444.

16                There is an attachment -- this is an

17     e-mail with an attachment that has been

18     translated by the PSC.  Following the

19     translation is a machine translation, and then a

20     document in Chinese with Bates

21     BNBM(Group)-E-0000444 through 446.  And the

22     entire document has been translated by the PSC.

23     Counsel for BNBM Group has not yet had an

24     opportunity to review the translation.

25                We are showing the witness a copy of
```

Confidential - Subject to Further Confidentiality Review

```
 1                   YANMING ZHAO,

 2               having been duly sworn,

 3                testified as follows:

 4                   EXAMINATION

 5   BY MR. LEVIN:

 6      Q     Sir, have you ever seen this Wall Street

 7   Journal article before?

 8      A     I do not recall.

 9      Q     I represent to you that this document was

10   produced by your employer, BNBM Group, as part of the

11   production of this litigation, and thus I represent to

12   you that it came from the files of BNBM Group.

13                The document indicates that it is from

14   an article in the Wall Street Journal on April 9th,

15   2010, does it not, sir?

16                MR. MOORE:  If you could ask him the

17         question -- I'm sorry.

18                (Translation.)

19                MR. MOORE:  Could you phrase the

20         questions like we were doing the last two days,

21         "Does it appear -- do you see that in the

22         Chinese version?"

23                MR. LEVIN:  I'll follow up on that.

24                MR. MOORE:  Thank you.

25   BY MR. LEVIN:
```

Confidential - Subject to Further Confidentiality Review

```
 1      A     Yes.

 2      Q     Since 2005, has BNBM Group had any equity

 3   interest in BNBM PLC?

 4      A     No.

 5      Q     Does BNBM Group have any ownership interest

 6   in Taishan?

 7      A     No.

 8      Q     Since you've been the deputy general manager

 9   of BNBM Group, has BNBM Group had any overlapping

10   officers or employees with Taishan?

11      A     No.

12      Q     Do BNBM Group and BNBM PLC have any

13   overlapping employees, officer or directors?

14      A     BNBM Group and BNBM PLC do not have any

15   overlapping employees, officers and directors.

16      Q     Has BNBM Group ever funded Taishan's

17   operations?

18      A     No.

19      Q     Has BNBM Group ever funded BNBM PLC's

20   operations?

21      A     No.

22      Q     Has BNBM Group ever paid for any of

23   Taishan's expenses?

24      A     No.

25      Q     Has BNBM Group ever paid for any of
```

Confidential - Subject to Further Confidentiality Review

```
 1   BNBM PLC's expenses?

 2        A     No.

 3        Q     Has BNBM Group ever paid for any of

 4   Taishan's losses?

 5        A     No.

 6        Q     Has BNBM Group -- no.

 7                   Has BNBM Group ever paid for any of

 8   BNBM PLC's losses?

 9        A     No.

10        Q     Has BNBM Group ever paid for any of

11   Taishan's employees' salaries?

12        A     No.

13        Q     Has BNBM Group ever paid for any of

14   BNBM PLC's employees' salaries?

15        A     No.

16        Q     Has BNBM Group ever shared any office space,

17   secretarial staff or office supplies with Taishan?

18        A     No.

19        Q     Has BNBM Group ever shared any office space,

20   secretarial staff or office supplies with BNBM PLC?

21        A     No.

22        Q     Has BNBM Group ever authorized Taishan to

23   act as an agent of BNBM Group in entering into

24   contracts that bind BNBM Group?

25                   MR. LEVIN:  Objection to form, calls for
```

Confidential - Subject to Further Confidentiality Review

```
 1          a legal conclusion.

 2                   (Translation.)

 3                   MR. LEVIN:  Objection to form, calls for

 4          a legal conclusion.

 5                   MR. MOORE:  You can answer.

 6                   THE WITNESS:  Can you repeat?

 7                   (Translation.)

 8       A      No.

 9   BY MR. MOORE:

10       Q      Has BNBM Group ever authorized BNBM PLC to

11   act as an agent of BNBM Group in entering into

12   contracts that bind BNBM Group?

13                   MR. LEVIN:  Objection, calls for a legal

14          conclusion.

15       A      No.

16                   MR. LEVIN:  Objection to form.

17   BY MR. MOORE:

18       Q      Has BNBM Group ever made any loans to

19   BNBM PLC or Taishan?

20       A      No.

21       Q      Has BNBM Group ever had a joint bank account

22   with BNBM PLC or Taishan?

23       A      No.

24       Q      Does any officer, director or employee of

25   BNBM Group control the finances of BNBM PLC or
```

Confidential - Subject to Further Confidentiality Review

```
 1   Taishan?

 2        A     No.

 3        Q     Has BNBM Group ever had centralized

 4   accounting with BNBM PLC?

 5        A     No.

 6        Q     Has BNBM Group ever had centralized

 7   accounting with Taishan?

 8        A     No.

 9        Q     Has BNBM Group ever made any undocumented

10   transfers of funds to BNBM PLC or Taishan?

11        A     No.

12        Q     Has BNBM PLC or Taishan ever made any

13   undocumented transfers of funds to BNBM Group?

14        A     No.

15        Q     Does BNBM Group have the authority to

16   withdraw money from BNBM PLC or Taishan's accounts?

17        A     No.

18        Q     Does BNBM PLC or Taishan have the authority

19   to withdraw money from BNBM Group's accounts?

20        A     No.

21        Q     Does BNBM Group share financial statements,

22   profit and loss statements or corporate accounting

23   with Taishan?

24        A     No.

25        Q     Does BNBM Group share financial statements,
```

Confidential - Subject to Further Confidentiality Review

 1    profit and loss statement or corporate accounting with

 2    BNBM PLC?

 3         A     No.

 4         Q     Does BNBM Group exercise any control over

 5    BNBM PLC's management or operation?

 6         A     No.

 7         Q     Does BNBM Group exercise any control over

 8    Taishan's management or operation?

 9         A     No.

10         Q     Does BNBM Group manage the assets of Taishan

11    or BNBM PLC?

12         A     No.

13         Q     Do Taishan or BNBM PLC manage the assets of

14    BNBM Group?

15         A     No.

16         Q     Has BNBM Group ever funded CNBM PLC's

17    operations?

18         A     No.

19         Q     Has BNBM Group ever funded CNBM Group's

20    operations?

21         A     No.

22         Q     Has BNBM Group ever paid for any of

23    CNBM PLC's expenses?

24         A     No.

25         Q     Has BNBM Group ever paid for any of

Confidential - Subject to Further Confidentiality Review

1    CNBM Group's expenses?

2        A     No.

3        Q     Has BNBM Group ever paid for any of

4    CNBM PLC's losses?

5        A     No.

6        Q     Has BNBM Group ever paid for any of

7    CNBM Group's losses?

8        A     No.

9        Q     Has BNBM Group ever paid for any of

10   CNBM PLC's employees' salaries?

11       A     No.

12       Q     Has BNBM Group ever paid for any of

13   CNBM Group's employees' salaries?

14       A     No.

15       Q     Has BNBM Group ever shared any office space,

16   secretarial staff or office supplies with CNBM PLC?

17       A     No.

18       Q     Has BNBM Group ever shared any office space,

19   secretarial staff or office supplies with CNBM Group?

20       A     No.

21       Q     Has BNBM Group ever authorized CNBM PLC to

22   act as an agent of BNBM Group to enter into contracts

23   that bind BNBM Group?

24             MR. LEVIN:  Objection to form, call for

25       a legal conclusion.

Confidential - Subject to Further Confidentiality Review

```
 1      A     No.

 2   BY MR. MOORE:

 3      Q     Has BNBM Group ever authorized CNBM Group to

 4   act as an agent of BNBM Group in entering into

 5   contracts that bind BNBM Group?

 6              MR. LEVIN:  Objection to form, calls for

 7        a legal conclusion.

 8      A     No.

 9   BY MR. MOORE:

10      Q     Has BNBM Group ever had a joint bank account

11   with CNBM Group or CNBM PLC?

12      A     No.

13      Q     Does any -- okay.  Thank you.

14              Does any officer, director or employee

15   of BNBM Group control the finances of CNBM Group or

16   CNBM PLC?

17      A     No.

18      Q     Has BNBM Group ever had centralized

19   accounting with CNBM Group?

20      A     No.

21      Q     Has BNBM Group ever had centralized

22   accounting with BNBM PLC?

23      A     No.

24      Q     Has BNBM Group ever made any undocumented

25   transfers of funds to CNBM Group or CNBM PLC?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A      No.

 2      Q      Has CNBM Group or CNBM PLC ever made any

 3   undocumented transfers of funds to BNBM Group?

 4      A      No.

 5      Q      Does BNBM Group have the authority to

 6   withdraw money from CNBM Group or CNBM PLC's accounts?

 7      A      No.

 8      Q      Does CNBM Group or CNBM PLC have the

 9   authority to withdraw money from BNBM Group's

10   accounts?

11      A      Not that either.

12      Q      Okay.  Does BNBM Group share financial

13   statements, profit and loss statements or corporate

14   accounting with CNBM PLC?

15      A      They do not share that.

16      Q      Does BNBM Group share financial statements,

17   profit and loss statements or corporate accounting

18   with CNBM Group?

19      A      They do not share that.

20      Q      Does BNBM Group exercise any control over

21   CNBM Group's daily operations?

22      A      No.

23      Q      Does BNBM Group exercise any control over

24   CNBM PLC's daily operations?

25      A      No.
```

Confidential - Subject to Further Confidentiality Review

1       Q       Does BNBM Group manage the assets of

2   CNBM PLC or CNBM Group?

3       A       They do not manage that.

4       Q       Do CNBM PLC or CNBM Group manage the assets

5   of BNBM Group?

6       A       They do not manage that.

7       Q       Do you remember Mr. Levin asking you a

8   question -- Mr. Levin, my apologies -- asking you a

9   question --

10                  MR. LEVIN:  I had an uncle that was

11        "Levin."

12                  MR. MOORE:  Okay.  Let me start over.

13                  How do they pronounce your name in

14        Chinese?

15                  THE INTERPRETER:  "Lie-win."

16                  MR. LEVIN:  Don't ask him.

17                  MR. MOORE:  "Lie-win," okay.  Start

18        over.

19   BY MR. MOORE:

20       Q       Do you remember Mr. Levin asking you a

21   question whether you reviewed any document related to

22   the sales of BNBM drywall in which BNBM Group served

23   as an export agent for BNBM?

24       A       Yes.

25       Q       Did you review the export agency contracts

Confidential - Subject to Further Confidentiality Review

```
 1                  REPORTER'S CERTIFICATE

 2

 3          This transcript is valid only for a transcript

 4    accompanied by my original signature and original

 5    required seal on this page.

 6          I, Michael E. Miller, Certified Court Reporter

 7    (LA Certificate #27009) in and for the State of

 8    Louisiana, as the officer before whom this testimony

 9    was taken, do hereby certify that YANMING ZHAO, after

10    having been duly sworn by me upon authority of

11    R.S. 37:2554, did testify as herein before set forth

12    in the foregoing 147 pages; that this testimony was

13    reported by me in the stenotype reporting method, was

14    prepared and transcribed by me or under my personal

15    direction and supervision, and is a true and correct

16    transcript to the best of my ability and

17    understanding; that the transcript has been prepared

18    in compliance with transcript format guidelines

19    required by statute or by rules of the board, and that

20    I am informed about the complete arrangement,

21    financial or otherwise, with the person or entity

22    making arrangements for deposition services; that I

23    have acted in compliance with the prohibition on

24    contractual relationships, as defined by Louisiana

25    Code of Civil Procedure Article 1434
```

Confidential - Subject to Further Confidentiality Review

1    and in rules and advisory opinions of the board;

2    that I have no actual knowledge of any prohibited

3    employment or contractual relationship, direct or

4    indirect, between a court reporting firm and any party

5    litigant in this matter nor is there any such

6    relationship between myself and a party litigant in

7    this matter.  I am not related to counsel or to the

8    parties herein, nor am I otherwise interested in the

9    outcome of this matter.

10

11              Signed this ___ day of _____, 2015.

12

13

14          _____

15          MICHAEL E. MILLER, FAPR, RDR, CRR

16          Certified Court Reporter

17          LA Certified Court Reporter #27009

18

19

20

21

22

23

24

25