# Taian Donglian Investment Trade Co., Ltd. Equity Transfer Evaluation Project

# Asset Appraisal Report

ZhongShangPingBaoZi [2006] No.1059

Zhongshang Asset Appraisal Co., Ltd.

August 2006

**EXHIBIT 15**

# Contents

Summary of Asset Appraisal Report on Equity Transfer Evaluation Project. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Asset Appraisal Report on Equity Transfer Evaluation Project . . . . . . .  5

I. Profile of the Entrusting Party and the Asset Owner. . . . . . . . . . . . .  5

II. Appraisal purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  7

III. Scope and Object of Asset Appraisal . . . . . . . . . . . . . . . . . . . . . . .  8

IV. Reference date of Asset appraisal . . . . . . . . . . . . . . . . . . . . . . . .  8

V. Principles of Asset appraisal. . . . . . . . . . . . . . . . . . . . . . . . . . . .  8

VI. Basis of Asset appraisal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8

VII. Appraisal Methods. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  9

VIII. Appraisal Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10

IX. Conclusions of Asset Appraisal. . . . . . . . . . . . . . . . . . . . . . . . . . 11

X. Special Remarks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

XI. Important Matters after the Reference Date of Appraisal. . . . . . . . 11

XII. Legal Effect of the Asset appraisal report . . . . . . . . . . . . . . . . . . 12

XIII. Date of Presentation of this Asset appraisal report . . . . . . . . . . . 12

# Taian Donglian Investment Trade Co., Ltd.
# Summary of Asset Appraisal Report on Equity Transfer Evaluation Project

ZhongShangPingBaoZi [2006] No.1059

Entrusted by Beijing New Building Materials Public Limited Company, in accordance with national laws and regulations concerning asset appraisal, in line with the principles of independence, objectivity, fairness and scientificness, according to the methods of asset appraisal generally accepted, Zhongshang Asset Appraisal Co., Ltd. has conducted an asset appraisal for the market value of assets and liabilities of Taian Donglian Investment Trade Co., Ltd. dated on June 30, 2006, which have been incorporated into the scope of asset appraisal for equity transfer. The asset appraisal is only for use of equity transfer of Taian Donglian Investment Trade Co., Ltd.

In the process of asset appraisal, the methods of asset appraisal generally accepted mainly adopted by the valuers were replacement cost, field exploration, market survey and confirmation, and other necessary appraisal procedures for assets and liabilities appraised. The appraisal results of Taian Donglian Investment Trade Co., Ltd. are as below: total assets of RMB117.097mn, total liabilities of RMB9.3556mn and net assets of RMB107.7414mn. The appraisal conclusion will be valid for a year as of the reference date of asset appraisal, namely, from June 30, 2006 to June 29, 2007.

Summary Sheet for Appraisal Results (Unit: RMB ten thousand)

| Project | Net Book Value | Book Value after Adjusted | Appraised Value | Increase or Decrease in Value | Rate of Increase or Decrease % |
|---|---|---|---|---|---|
| Current Assets | 360.28 | 360.28 | 363.08 | 2.80 | 0.78 |
| Long-term Investment | 8,443.85 | 8,443.85 | 11,346.62 | 2,902.77 | 34.38 |
| Fixed Assets | | | | | |
| Among Them: Construction in Progress | | | | | |
| Buildings | | | | | |
| Equipment | | | | | |
| Intangible assets | | | | | |
| Among Them: Land Use Rights | | | | | |
| Total Assets | 8,804.13 | 8,804.13 | 11,709.70 | 2,905.57 | 33.00 |
| Current Liabilities | 935.56 | 935.56 | 935.56 | - | - |
| Long-term Liabilities | | | | - | - |
| Total Liabilities | 935.56 | 935.56 | 935.56 | - | - |
| Net Assets | 7,868.57 | 7,868.57 | 10,774.14 | 2,905.57 | 36.93 |

The aforementioned content is selected from the asset appraisal report. If you want to know the overall appraisal of the project and the effective conditions for correctly evaluating the appraisal

results, please carefully read the full asset appraisal report.

Legal Representative of the Appraisal Agency: <u>Luo Donghao</u>

Person in charge of the Appraisal Report:     <u>Li Chunying</u>
(Certified Public Valuer of China)

Reviewer of the Appraisal Report:     <u>Luo Donghao</u>.
(Certified Public Valuer of China)

**Zhongshang Asset Appraisal Co., Ltd.**
August 21, 2006
Rm 1303/04, Block B, Fangyuan Building, No.56 A, South Street, Zhongguancun, Beijing
Tel: 88026631
Fax: 88026272
Zip code: 100044

Taian Donglian Investment Trade Co., Ltd.
Asset Appraisal Report on Equity Transfer Evaluation Project

ZhongShangPingBaoZi [2006] No.1059

Entrusted by Beijing New Building Materials Public Limited Company, in accordance with national laws and regulations concerning asset appraisal, in line with the principles of independence, objectivity, fairness and scientificity, according to the methods of asset appraisal generally accepted, Zhongshang Asset Appraisal Co., Ltd. has conducted an asset appraisal for the market value of assets and liabilities of Taian Donglian Investment Trade Co., Ltd. dated on June 30, 2006, which have been incorporated into the scope of asset appraisal for equity transfer.

In the process of assets evaluation, in line with the appraisal principles generally accepted, in accordance with effective laws and regulations as well as price information, asset valuers of Zhongshang Asset Appraisal Co., Ltd. selected the appropriate methods of asset appraisal on the basis of asset classes within the scope of appraisal, carried out field exploration, market survey and confirmation, as well as necessary appraisal procedures for assets and liabilities entrusted for appraisal.

The results of asset appraisal are as follows:

**I. Profile of the Entrusting Party and the Asset Owner**

(i) Name, address, registered capital and legal representative of the entrusting party and the asset owner

1. Name of the entrusting party: Beijing New Building Materials Public Limited Company

   Address: No. 11 A, Sanlihe Road, Haidian District, Beijing

   Registered capital: RMB575.15mn

   Legal representative: Cao Jianglin

   Business license number: 1100001510134

2. Name of the asset owner: Taian Donglian Investment Trade Co., Ltd.

   Address: Administration Center of Mingtian Guangcai Industrial Park of Taian Hi-tech Zone

   Registered capital: RMB32.68125mn

   Legal representative: Cao Zhiqiang

   Business license number: 3709242800355

(ii) Corporate History

Taian Donglian Investment Trade Co., Ltd., established in March 18, 2004, has the registered capital of RMB32.68125mn as of the reference date of appraisal, including: RMB28.68125mn invested by Jia Tongchun, accounting for 87.76% of the registered capital; RMB800,000 invested by Yang Zhengbo, accounting for 2.45% of the registered capital; RMB800,000 invested by Meng Zhaoyuan, accounting for 2.45% of the registered capital; RMB800,000 invested by Cao Zhiqiang, accounting for 2.45% of the registered capital; RMB800,000 invested by Wan Guangjin, accounting for 2.45% of the registered capital; RMB300,000 invested by Hao Kuiyan, accounting for 0.92% of the registered capital; RMB300,000 invested by Fu Tinghuan, accounting for 0.92% of the registered capital; RMB200,000 invested Xue Fazhen, accounting for 0.60% of the registered capital.

As of the reporting date, Taian Donglian Investment Trade Co., Ltd. has the registered capital of RMB35.79375mn, and the shareholders are Liu Huan and Jiao Wenbo, wherein, Liu Huan contributed RMB28.68125mn in currency, accounting for 80.13% of the registered capital; Jiao Wenbo contributed RMB7.1125mn in currency, accounting for 19.87% of the registered capital.

(iii) Business Scope and Major Products of the Corporate

The company is specialized in investment in building materials enterprises; in sales of building materials, decorative materials, household hardware, plastic products, corn starch, corn glue, plaster products, ardealite and protective paper; in recycling of wastepaper.

(iv) Financial Status of the Corporate in Recent Years

Conditions of Assets in Recent Years     Unit: RMB Yuan

| Project | December 31, 2004 | December 31, 2005 | June 30, 2006 |
|---|---|---|---|
| Current Assets | 4,794,746.83 | 3,975,535.79 | 3,602,823.23 |
| Long-term Investment | 14,401,284.00 | 71,326,094.24 | 84,438,484.29 |
| Fixed Assets | | | |
| Intangible Assets and Other Assets | 3,969.17 | | |
| Total Assets | 19,200,000.00 | 75,301,630.03 | 88,041,307.52 |
| Current Liabilities | 4,200,000.00 | 2,623,542.26 | 9,355,621.21 |
| Long-term Liabilities | 0 | | |
| Total Liabilities | 4,200,000.00 | 2,623,542.26 | 9,355,621.21 |
| Shareholders' Equity | 15,000,000.00 | 72,678,087.77 | 78,685,686.31 |
| Total Liabilities and Stockholders' equity | 19,200,000.00 | 75,301,630.03 | 88,041,307.52 |

Profit and Loss in Recent Years     Unit: RMB Yuan

| Project | 2004 | 2005 | January-June 2006 |
|---|---|---|---|
| Main Business Income | | | |
| Main Business Profit | | | |
| Total Profits | | 15,661,663.60 | 6,314,343.75 |
| After-tax Profits | | 14,545,664.40 | 6,313,828.56 |

(v) Principal Accounting Policies for Implementation

1. Accounting System

---

The company implements the *Accounting Standards for Business Enterprises*, the *Accounting System of Business Enterprises* and its supplementary provisions.

2. Fiscal Year

The fiscal year of the company is from January 1 to December 31.

3. Recording Currency

RMB is considered as its recording currency.

4. Accounting Basis and Valuation Principle

The accounting basis is the accrual basis, and the valuation principle is the actual cost method.

5. Bad Debt Accounting Method

The allowance method is used for bad debt accounting.

6. Amortization of Low-value Consumables

The one-off amortization method is used for low-value consumables.

7. Accounting Method of Long-term Investment

As for the company's long-term equity investment, the actual cost after equity is acquired is considered as the initial cost of investment. When the investment is less than 20% of the capital of the invested enterprise with a right to vote, or it is 20% or more but not has a significant impact, the cost method is used for accounting. When the investment is 20% of the capital of the invested enterprise with a right to vote or more, or it is less than 20% but has a significant impact, the equity method is used for accounting. Net profit or net loss incurred which should be enjoyed or shared by the invested enterprise is verified as the current investment income. When the investment accounts for above 50% of the capital of the invested enterprise, or it is less than 50% of that of the invested enterprises but has the actual control of the invested enterprise, the equity method is used for accounting, and accounting statements are consolidated.

8. Accounting Methods of Fixed Asset:

(1) Standards for fixed assets: Fixed assets refer to tangible assets held for producing goods, providing labor services, leasing or business management; having service life of more than 1 year; having the unit value of RMB2,000 or more.

(2) Valuation of fixed assets: Fixed assets are valuated on the basis of the actual cost.

(3) Depreciation method of fixed assets: The straight-line method is used for depreciation of fixed assets.

9. Accounting Methods of Tangible Assets:

(1) Intangible assets are entered as the actual cost acquired;

(2) Intangible assets are amortized evenly from the current month when acquired to the end of the estimated useful life, and are included in profit and loss.

10. Taxes

The company is applicable to taxes and tax rates

| Category of Tax | Taxation Basis | Tax Rate |
| --- | --- | --- |
| VAT | Sales of products or labor service | 6% |
| Urban maintenance and construction tax | Value-added tax, business tax | 7% |
| Education surcharges | Value-added tax, business tax | 3% |
| Corporate income tax | Taxable income | 33% |

**II. Appraisal purpose**

Beijing New Building Materials Public Limited Company is planned to transfer equity to Taian Donglian Investment Trade Co., Ltd., so it entrusts Zhongshang Asset Appraisal Co., Ltd. to appraise all assets and liabilities of Taian Donglian Investment Trade Co., Ltd., which are involved in such a economic behavior, as of June 30, 2006, to offer opinions on value for equity transfer.

### III. Scope and Object of Asset Appraisal

The object of asset appraisal conducted by the entrusted appraisal agency covers all assets and liabilities of Taian Donglian Investment Trade Co., Ltd., which are incorporated in the scope of asset appraisal, as of the reference date of asset appraisal.

The types of asset appraisal entrusted include current assets, long-term investment and current liabilities.

Book value of assets and liabilities which are included in the scope of asset appraisal as of the reference date

| Assets (Liabilities) Type | Book Amount (RMB) |
|---|---|
| Current Assets | 3,602,823.23 |
| Long-term Investment | 84,438,484.29 |
| Fixed Assets | |
| Intangible Assets and Other Assets | |
| Total Assets | 88,041,307.52 |
| Current Liabilities | 9,355,621.21 |
| Long-term Liabilities | |
| Total Liabilities | 9,355,621.21 |
| Owner's Equity | 78,685,686.31 |

The aforementioned scope of assets is consistent with the defined scope when entrusting asset appraisal.

### IV. Reference date of Asset appraisal

The reference date of asset appraisal selected in the appraisal is June 30, 2006.

The date of June 30, 2006 is selected as the reference date of asset appraisal, and is determined by Beijing New Building Materials Public Limited Company and Taian Donglian Investment Trade Co., Ltd.

All the valuation standards of the report are effective price standards for the reference date of asset appraisal.

### V. Principles of Asset appraisal

(i) Abide by the principles of independence, objectivity, fairness and scientificity;

(ii) Abide by the principle of change in stakeholders of property right;

(iii) Abide by the principles of assets going concern, alternative and open market;

(iv) Maintain the legitimate rights and interests of the asset owner.

### VI. Basis of Asset appraisal

Laws and regulations of the state, local government and relevant departments which shall be abided by as well as reference documents in the process of asset appraisal are as below:

(i) Basis of Laws and Regulations

1. Order 91 the *Measures for the Administration of Appraisal of State-owned Assets* promulgated by the State Council in 1991;

2. GuoZiBanFa (1992) No. 36 the *Rules for Implementation Measures for the Administration of Appraisal of State-owned Assets* promulgated by the State Administration Bureau of State-owned Assets;

3. ZhongPingXie [1996] No. 03 the *Opinions on Asset appraisal Practice* (Trial Implementation) formulated by the China Appraisal Society;

4. CaiPingZi [1999] No. 91 the *Temporary Provisions of Basic Content and Format of the Asset Appraisal Report* promulgated by the Ministry of Finance;

5. GuoFaBan [2001] No. 102 the *Notification of the Ministry of Finance of Reforming the Administrative Method of Appraisal of the State-owned Assets and Opinions on Strengthening the Supervision and Administration of Asset Appraisal* and forwarded by the State Council;

6. [2001] Order 14 the *Provisions on Some Issues of the Administration of Appraisal of State-owned Assets* promulgated by the Ministry of Finance;

7. ZhongPingXie [2004] No. 134 the *Guidance on Enterprise Value Evaluation* (Trial Implementation);

8. *Chinese Valuation Standards* promulgated by the Ministry of Finance.

(ii) Basis of Economic Behaviors

1. Certificate of Authorization of Asset appraisal

(iii) Basis of Property Right

1. Long-term Investment Agreement;

(iv) Valuation Standard Basis

1. 2003-2005 financial statements and audit reports of Shandong Taihe Dongxin Co., Ltd.;

2. 2006-2010 annual earnings forecast of Shandong Taihe Dongxin Co., Ltd.;

3. Articles of Association of Shandong Taihe Dongxin Co., Ltd.;

4. The *2006 Standard Value for Enterprise Performance Evaluation* formulated by the State-owned Assets Supervision and Administration Commission of the State Council.

(v) References and Others

1. Related information collected by the valuers;

2. Related information provided by the asset owner.

**VII. Appraisal Methods**

In accordance with relevant national laws and regulations, as well as the requirements for asset appraisal practice, based on different asset classes, different methods are used respectively for appraisal:

(i) Appraisal of Current Assets

1. The appraised value of monetary capital is based on the correct book value after verification.

2. After correct verification, all kinds of receivables are evaluated on the basis of the amount to be possibly collected for each payment.

(ii) Appraisal of Long-term Investment

The income method is used to conduct an overall enterprise value evaluation of the invested enterprise, and the appraised value depends on after-evaluated net asset and investment ratio.

(iii) Appraisal of Current Liabilities

After verifying all liabilities, based on the detailed account statements provided by the enterprise, we will determine whether every debt is assumed by the company on the reference date, whether the creditors determine the appraised value.

**VIII. Appraisal Process**

The whole appraisal is divided into four stages:

(i) Acceptance of Commission

After entering Taian Donglian Investment Trade Co., Ltd., the evaluation team first carries out the work as below:

1. Understand the overall plan, specify the appraisal purpose, and define the scope and object of asset appraisal from the entrusting party;

2. Determine the scope and object of appraisal, the reference date of asset appraisal, etc.

3. Sign an agreement of asset appraisal with the entrusting party.

(ii) Inspection of assets

After entering the enterprise, the valuers of Zhongshang Asset Appraisal Co., Ltd. first of all guide the enterprise to check up assets; then check the original evaluation list of various assets provided by the enterprise, request the enterprise to revise and supplement items left out in the table or filed in by mistake, and demand the enterprises to put a stamp on the revised original list, which is deemed as the original evidence for evaluation; meanwhile, collect all documents required by asset appraisal, and work out a specific work plan for asset appraisal.

(iii) Evaluation and Estimation

According to relevant principles and provisions of state asset appraisal, Zhongshang Asset Appraisal Co., Ltd. has evaluated assets within the scope of asset appraisal and identified property right, and specific procedures are as follows:

1. Listen to the introduction to the situation of the enterprise and the history and status quo of assets to be evaluated from the entrusting party and relevant asset owner;

2. Consult and verify the declaration form of asset appraisal filled by the enterprise, and check recorded data related to corporate finance.

3. Based on the content of the declaration form of asset appraisal, carry out physical verification on the site, survey and record financial standing; carry on a conversation with administrative staff of assets, and understand the status of assets management;

4. Based on the actual situation and characteristics of the assets to be evaluated, select the specific appraisal procedure for all kinds of assets;

5. Carry out market research and inquiry;

6. Evaluate the enterprise's assets and liabilities, and calculate its appraised value.

(iv) Submitting the Report after summarizing the Evaluation

According to the preliminary results of asset appraisal by valuers, carry out the combined analysis to confirm whether there is a re-evaluation or an evaluation is missing in the evaluation, or whether the method of asset appraisal is proper. Based on the combined analysis, adjust, modify and improve the inappropriate part of the results of asset appraisal. After exchanging views with the entrusting party, write the report and instruction of asset appraisal, complete and bind the draft of asset appraisal, and report to the company for the review of asset appraisal.

After confirmed by the quality control review of asset appraisal, the asset appraisal report will be sent to the leaders of the company for approval and signature, and then be submitted to the entrusting party.

### IX. Conclusions of Asset Appraisal

After evaluation, the asset valuers of Zhongshang Asset Appraisal Co., Ltd. draw the following conclusions for assets and liabilities evaluated under the condition of going concern on June 30, 2006: The asset book value of Taian Donglian Investment Trade Co., Ltd. included in the scope of asset appraisal is RMB88,041,307.52, and then becomes RMB88,041,307.52 after adjusted, its appraised value is RMB117,097,011.23, with the added value of RMB29,055,703.71, so the value-added rate is 33.00%; its debt book value is RMB9,355,621.21, and then becomes RMB9,355,621.21 after adjusted, its appraised value is RMB9,355,621.21, without any added value, so the value-added rate is 0; its book value of net asset is RMB78,685,686.31, and then becomes RMB78,685,686.31 after adjusted, its appraised value is RMB107,741,390.02, with the added value of RMB29,055,703.71, so the value-added rate is 36.93%.

Summary Sheet for Appraisal Results (Unit: RMB ten thousand)

| Project | Net Book Value | Book Value after Adjusted | Appraised Value | Increase or Decrease in Value | Rate of Increase or Decrease % |
|---|---|---|---|---|---|
| Current Assets | 360.28 | 360.28 | 363.08 | 2.8 | 0.78 |
| Long-term Investment | 8,443.85 | 8,443.85 | 11,346.62 | 2,902.77 | 34.38 |
| Fixed Assets | | | | | |
| Among Them: Construction in Progress | | | | | |
| Buildings | | | | | |
| Equipment | | | | | |
| Intangible Assets | | | | | |
| Among Them: Land Use Rights | | | | | |
| Total Assets | 8,804.13 | 8,804.13 | 11,709.70 | 2,905.57 | 33 |
| Current Liabilities | 935.56 | 935.56 | 935.56 | - | - |
| Long-term Liabilities | | | | - | - |
| Total Liabilities | 935.56 | 935.56 | 935.56 | - | - |
| Net Assets | 7,868.57 | 7,868.57 | 10,774.14 | 2,905.57 | 36.93 |

### X. Special Remarks

1. This asset appraisal has been carried out in line with the principles of independence, fairness, objectivity and scientificity. Our asset valuers have no stake for the entrusting party and the asset owner, in effect, but are independent in essence and in form. In the process of asset appraisal, they abide by professional norm and professional ethics, and have put in a lot of efforts.

2. Relevant legal documents and materials involved in the asset appraisal report are provided by the entrusting party and the asset owner, who shall assume legal liability for the authenticity and legitimacy of the above information.

### XI. Important Matters after the Reference Date of Appraisal

1. On August 10, 2006, under the agreement of equity transfer, approved by the shareholders' meeting, Jia Tongchun transferred his holdings of RMB28.68125mn to Liu Huan, Yang Zhengbo, Wan Guangjin, Cao Zhiqiang, Hao Kuiyan, Fu Tinghuan, Xue Fazhen and Meng Zhaoyuan respectively transferred their holdings of RMB800,000, RMB800,000, RMB800,000, RMB800,000, RMB300,000, RMB300,000 and RMB200,000 to Jiao Wenbo. As of this reporting date, the industrial and commercial registration of change has been handled for equity transfer.

2. Based on the resolution passed by the shareholders' meeting on August 11, 2006, the shareholder Jiao Wenbo shall increase the capital of RMB5,602,500 (wherein the registered capital shall increased by RMB3,112,500 and the capital reserves shall be increased by RMB2,490,000), which shall be invested in cash, and the company's registered capital shall be increased from the original RMB32,681,250 to RMB35,793,750. As of this reporting date, the capital increase has been confirmed by the Taian Zhongcheng Accounting Firm through TaiZhongChengShenYanZi (2006) No. 182 the Capital Verification Report issued on August 14, 2006. The company has claimed a new business license after change.

**XII. Legal Effect of the Asset appraisal report**

1. According to relevant national provisions, this asset appraisal report shall be valid for one year as of the reference date of appraisal; namely, it shall become invalid since June 30, 2007.

2. The appraisal results reflect the certain enterprise market value of the appraised object, Taian Donglian Investment Trade Co., Ltd., under the premise of going concern for the purpose of the appraisal, in line with the principle of open market. However, this report neither considers the possible mortgage and guarantee, as well as the fact that special trade may have an influence on the evaluated price, nor considers the influence of the change of national macroeconomic policy, natural force and force majeure on asset prices.

When the above conditions and the principles which must be abided by in the process of asset appraisal are changed, the appraisal results generally lose effectiveness.

3. This report contains a number of reference documents, which constitute an important part of this report and have the same legal effect as this report.

4. This report is only for the entrusting party's economic behaviors corresponding to the purpose of asset appraisal and for review of the administrative department in charge of asset appraisal. The right to use this report belongs to the entrusting party, and the appraisal agency shall not provide or disclose it to others at random without permission of the entrusting party. Without the consent of our company, the entrusting party shall not publish the contents of this report in any public media in full or in part. Our company shall not assume any legal liability for any consequence caused by improper quotation of the appraisal results and other economic behaviors.

**XIII. Date of Presentation of this Asset appraisal report**

The date of presentation of this asset appraisal report is August 21, 2006.

**Zhongshang Asset Appraisal Co., Ltd.**

Beijing, China, August 21, 2006

Legal Representative of the Appraisal Agency: <u>Luo Donghao</u>

Director of the Appraisal Project: <u>Li Chunying</u>

(Certified Public Valuer of China)

Reviewer of the Appraisal project: <u>Luo Donghao.</u>

(Certified Public Valuer of China)