Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3    ******************************************ardonne
 4    IN RE:  CHINESE-MANUFACTURED   MDL NO. 2047
      DRYWALL PRODUCTS LIABILITY
 5    LITIGATION                     SECTION:  L
 6    THIS DOCUMENT APPLIES TO       JUDGE FALLON
      ALL CASES
 7                                   MAG. JUDGE WILKINSON
 8    ******************************************
 9
              CONFIDENTIAL - SUBJECT TO FURTHER
10                  CONFIDENTIALITY REVIEW
11             Monday, September 14, 2015
12                     — — —
13
14         Videotaped Deposition of SONG ZHIPING,
15    VOLUME 1, held at Orrick, Herrington & Sutcliffe, LLP,
16    15 Queen's Road Central, 43rd Floor, Hong Kong,
17    commencing at 9:06 a.m., on the above date, before
18    Micheal A. Johnson, Certified Court Reporter (#29025),
19    Registered Merit Reporter and Certified Realtime
20    Reporter.
21
22                     — — —
23
24            GOLKOW TECHNOLOGIES, INC.
          877.370.3377 ph | 917.591.5672 fax
25             deps@golkow.com                 EXHIBIT 18
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3        HERMAN HERMAN & KATZ LLC
          BY:  RUSS M. HERMAN, ESQUIRE
 4             rherman@hhklawfirm.com
          820 O'Keefe Avenue
 5        New Orleans, Louisiana 70113
          (504) 581-4892
 6
 7        LEVIN FISHBEIN SEDRAN & BERMAN
          BY:  SANDRA L. DUGGAN, ESQUIRE
 8             sduggan@lfsblaw.com.
               ARNOLD LEVIN, ESQUIRE
 9             alevin@lfsblaw.com
          510 Walnut Street, Suite 500
10        Philadelphia, Pennsylvania 19106
          (215) 592-1500
11
12        IRPINO LAW FIRM
          BY:  PEARL A. ROBERTSON, ESQUIRE
13             probertson@irpinolaw.com
               ANTHONY D. IRPINO, ESQUIRE
14             airpino@irpinolaw.com
          2216 Magazine Street
15        New Orleans, Louisiana 70130
          (504) 525-1500
16
17   COUNSEL FOR TAISHAN GYPSUM COMPANY:
18        ALSTON & BIRD LLP
          BY:  CHRISTINA HULL EIKHOFF, ESQUIRE
19             christy.eikhoff@alston.com
          1201 West Peachtree Street
20        Atlanta, Georgia 30309-3424
          (404) 881-4496
21
22
23
24
25
```

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR BNBM DEFENDANTS:
 3         DENTONS US LLP
           BY:  C. MICHAEL MOORE, ESQUIRE
 4              mike.moore@dentons.com
           2000 McKinney Avenue, Suite 1900
 5         Dallas, Texas 75201-1858
           (214) 259-0902
 6
 7         DENTONS LLP
           BY:  TODD LIAO, ESQUIRE
 8              todd.liao@dentons.com
           5th Floor The Center 989 Changle Road
 9         Shanghai, China 200031
           +86 21 2315 6028
10
11   COUNSEL FOR CNBM DEFENDANTS:
12         ORRICK HERRINGTON & SUTCLIFFE LLP
           BY:  L. CHRISTOPHER VEJNOSKA, ESQUIRE
13              cvejnoska@orrick.com
                JASON M. WU, ESQUIRE
14              jmwu@orrick.com
                ANDREW K. DAVIDSON, ESQUIRE
15              adavidson@orrick.com
           405 Howard Street
16         San Francisco, California 94105-2669
           (415) 773-5916
17
18         ORRICK HERRINGTON & SUTCLIFFE LLP.
           BY:  JAMES L. STENGEL, ESQUIRE
19              jstengel@orrick.com
           51 West 52nd Street
20         New York, New York 10019-6142
           (212) 506-3775
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2   COUNSEL FOR CNBM DEFENDANTS:
 3        ORRICK HERRINGTON & SUTCLIFFE LLP
          BY:  XIANG WANG, ESQUIRE
 4             xiangwang@orrick.com
               YALI HU, ESQUIRE
 5             yhu@orrick.com
          5701 China World Tower
 6        No. 1 Jianguomenwai Avenue
          Beijing 100004
 7        People's Republic of China
          +86 10 8595 5668
 8
 9   COUNSEL FOR THE STATE OF LOUISIANA:
10        PERKINS COIE LLP
          BY:  DAVID L. BLACK, ESQUIRE
11             dblack@perkinscoie.com
          1900 Sixteenth Street, Suite 1400
12        Denver, Colorado 80202-5255
          (303) 291-2309
13
14        OFFICE OF THE ATTORNEY GENERAL STATE OF
          LOUISIANA
15        BY:  L. Christopher Styron
               styron@ag.state.la.us
16        1885 North Third Street
          Baton Rouge Louisiana 70802
17        (225) 326-6079
18
19   ALSO PRESENT:
20        TONI XU
21        SANDRA HERMAN
22        REGINA VALENTI
23        MELISSA BARDWELL, VIDEOGRAPHER.
24        SUNNY WANG, MANDARIN INTERPRETER
25                      — — —
```

```
 1                        INDEX
                       SONG ZHIPING
 2                  September 14, 2015

 3

 4      PROCEEDINGS                              8

 5

 6   EXAMINATION OF SONG ZHIPING:

 7          BY MR. HERMAN                       11

 8

 9      REPORTER'S CERTIFICATE                 110

10

11
         INFORMATION REQUESTED BY COUNSEL FOR CNBM
12
                    Page 40, Line 2
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      DEPOSITION EXHIBITS
                           SONG ZHIPING
 2                       September 14, 2015
 3
 4     NUMBER                  DESCRIPTION                MARKED
 5     Exhibit 55       China National Building             108
                        Material Company Limited 2009
 6                      Interim Report
 7     Exhibit 55-A     China National Building             109
                        Material Company Limited 2009
 8                      Interim Report (Chinese
                        Version)
 9
       Exhibit 331      The Course of Events on             100
10                      Hiring Law Firms for the
                        Gypsum Board Litigation in
11                      the United States
12     Exhibit 331-1    6/3/2010 BNBM Document, Topic       105
                        of Meeting:  The Strategy for
13                      Responding to the Gypsum
                        Board Litigation in the
14                      United States
15     Exhibit 332      Resolution No. 17 of the             91
                        Third Session of the Board of
16                      Directors of CNBM Group
17     Exhibit 333      Partial Translation of               95
                        CNBMCO00080530-80587
18                      The Sixth Working Meeting,
                        Gist of Chairman Zhiping
19                      Song's Speech
20     Exhibit 351      Partial Translation of               65
                        CNBMCO00102014-102025
21                      The Tenth President's Office
                        Meeting
22
       Exhibit 356      The Eighteenth Meeting of the        79
23                      Third Board of Directors of
                        China National Building
24                      Material Company
25
```

Confidential - Subject to Further Confidentiality Review

PREVIOUSLY MARKED EXHIBITS

| NUMBER | DESCRIPTION | REFERENCED |
|---|---|---|
| Exhibit 4 | ........................... | 34 |
| Exhibit 4-A | ........................... | 34 |
| Exhibit 5 | ........................... | 42 |
| Exhibit 6 | ........................... | 55 |
| Exhibit 8 | ........................... | 102 |
| Exhibit 61 | ........................... | 68 |
| Exhibit 305-R | ........................... | 70 |
| Exhibit 306-1 | ........................... | 72 |
| Exhibit 315-R | ........................... | 50 |
| Exhibit 316-R | ........................... | 52 |

Confidential - Subject to Further Confidentiality Review

```
 1                    PROCEEDINGS
 2            THE VIDEOGRAPHER:  We are now going on
 3       the record.  My name is Melissa Bardwell,
 4       videographer here for Golkow Technologies.  The
 5       date today is September 14, 2015.  Time now is
 6       approximately 9:06 a.m.
 7            We are here for the videotaped
 8       deposition of Song Zhiping taken in the matter
 9       in reference of the Chinese Drywall Products
10       Liability Litigation.  The deposition is being
11       held in Hong Kong.
12            The court reporter today is Micheal
13       Johnson and counsel will be noted for the
14       stenographic record.
15                 (Interpreter sworn.)
16                 (Oath administered to the witness.)
17            MR. HERMAN:  Good morning, everyone.
18       There are a few matters that I'd like to discuss
19       on the record before we begin.  First of all, so
20       we have no controversy, the parties of CNBM and
21       CNBMG, and if I ask -- off the record, please.
22            THE VIDEOGRAPHER:  Time is 9:07 a.m.  We
23       are off the record.
24                 (Recess Taken From 9:07 a.m. To
25                 9:07 a.m.)
```

Confidential - Subject to Further Confidentiality Review

```
 1              THE VIDEOGRAPHER:  Time now is 9:08.  We
 2      are back on the record.
 3              MR. HERMAN:  Good morning, everyone.
 4      First of all, on behalf of Arnold Levin and
 5      myself of the PSC, we thank Orrick for its
 6      hospitality in making its offices available in
 7      Hong Kong.
 8              Secondly, we want to make sure that
 9      everyone understands that in the event that we
10      will use a document that's already been offered
11      in depositions, we'll provide the translator,
12      the witness and counsel for CNBM, CNBMG a copy
13      in English and in Chinese.
14              Now, I would like to understand who is
15      primarily going to represent BNBM and BNBMG at
16      the table.
17              MR. MOORE:  Mike Moore for Dentons
18      representing both of those companies.
19              MR. HERMAN:  And who is representing
20      Taishan Gypsum and TTP?
21              MS. EIKHOFF:  Christy Eikhoff of Alston
22      & Bird.
23              MR. HERMAN:  And who is representing the
24      Attorney General of Louisiana?
25              MR. BLACK:  David Black of Perkins Coie.
```

Confidential - Subject to Further Confidentiality Review

```
 1     Q    Isn't it true that you approved BNBM to
 2  purchase controlling interest of 65 percent in Taishan
 3  Gypsum?
 4          MR. MOORE:  Objection, form.
 5     A    It was a decision made by the board of
 6  directors of BNBM Company, Limited.
 7  BY MR. HERMAN:
 8     Q    Yes.  Did you approve of that action?
 9          MR. MOORE:  Same objection.
10     A    This matter does not necessarily require my
11  approval.
12  BY MR. HERMAN:
13     Q    Did you protest that acquisition in any way?
14          MR. VEJNOSKA:  Objection, foundation,
15       argumentative.
16     A    No, I did not protest.  I did not protest.
17  BY MR. HERMAN:
18     Q    Did you in your reports published annually
19  in CNBM praise the acquisition by BNBM of 65 percent
20  of Taishan Gypsum?
21          MR. VEJNOSKA:  Objection, compound,
22       vague and ambiguous.
23     A    I do not have a clear recollection on that,
24  but for that matter I did praise it, but I'm not sure
25  whether it was stated in the annual report or not.
```

Confidential - Subject to Further Confidentiality Review

```
 1                  REPORTER'S CERTIFICATE
 2
 3          This transcript is valid only for a transcript
 4   accompanied by my original signature and original
 5   required seal on this page.
 6          I, Micheal A. Johnson, Certified Court Reporter
 7   (LA Certificate #29025) in and for the State of
 8   Louisiana, as the officer before whom this testimony
 9   was taken, do hereby certify that SONG ZHIPING, after
10   having been duly sworn by me upon authority of
11   R.S. 37:2554, did testify as herein before set forth
12   in the foregoing 113 pages; that this testimony was
13   reported by me in the stenotype reporting method, was
14   prepared and transcribed by me or under my personal
15   direction and supervision, and is a true and correct
16   transcript to the best of my ability and
17   understanding; that the transcript has been prepared
18   in compliance with transcript format guidelines
19   required by statute or by rules of the board, and that
20   I am informed about the complete arrangement,
21   financial or otherwise, with the person or entity
22   making arrangements for deposition services; that I
23   have acted in compliance with the prohibition on
24   contractual relationships, as defined by Louisiana
25   Code of Civil Procedure Article 1434
```

Confidential - Subject to Further Confidentiality Review

1   and in rules and advisory opinions of the board;

2   that I have no actual knowledge of any prohibited

3   employment or contractual relationship, direct or

4   indirect, between a court reporting firm and any party

5   litigant in this matter nor is there any such

6   relationship between myself and a party litigant in

7   this matter.  I am not related to counsel or to the

8   parties herein, nor am I otherwise interested in the

9   outcome of this matter.

10

11              Signed this ___ day of _____, 2015.

12

13

14

15              _____

16              MICHEAL A. JOHNSON, RMR, CRR

17              Certified Court Reporter

18              LA Certified Court Reporter #29025

19

20

21

22

23

24

25