BEIJING   NEW   BUILDING   MATERIAL   PUBLIC                     Articles of Association
LIMITED COMPANY



# Beijing New Building Materials
# Public Limited Company
# Articles of Association

(This system was passed at the 2nd Temporary General Meeting of Shareholder in 2014)



November 17, 2014

**B: 7/8/15-7/11/15**
**Exhibit 159-R**

**EXHIBIT 22**

BNBMPLC0004238-R

# Table of Contents

Chapter 1 General Provisions 2
Chapter 2 Purpose and Scope of Business 2
Chapter 3   Shares 3
Section 1. Issuance of Shares 3
Section 2. Increase and Repurchase of Shares
Section 3. Share Transfer 4
Chapter 4.. Shareholders and the General Meeting of Shareholders
Section 1. Shareholders 5
Section 2. General Provisions of the General Meeting of Shareholders 7
Section 3. Calling of General Meeting of Shareholders
Section 4. Proposal and Notice of general meeting of stockholders
Section 5. Holding of General Meeting of Shareholders 10
Section 6. Voting and Resolution of the General Meeting of Shareholders 13
Chapter 5. Board of Directors 16
Section 1. Directors 16
Section 2. Board of Directors 18
Chapter 6. General Manager and Other Executives
Chapter 7. Board of Supervisors 22
Section 1. Supervisors 22
Section 2. Board of Supervisors 23
Chapter 8. Financial and Accounting System, Profit Distribution and Audit
Section 1. Financial and Accounting System 24
Section 2. Internal Audit 26
Section 3. Engagement of Accounting Firm 26
Chapter 9. Notice and Announcement
Section 1. Notices 27
Section 2. Announcements 27
Chapter 10. Merger, Split, Capital Increase, Capital Decrease, Dissolution and Liquidation
Section 1. Merger, split, capital increase and capital decrease
Section 2. Dissolution and Liquidation 28
Chapter 11. Modification of Articles of Association 30
Chapter 12. Supplementary Provisions 30

# Chapter 1 General Provisions

Article 1 These Articles of Association are formulated in accordance with the "Company Law of the People's Republic of China" (hereinafter referred to as the "Company Law"), the "Securities Law of the People's Republic of China" (hereinafter referred to as the "Securities Law") and other relevant regulations for the purposes of safeguarding the legitimate rights and interests for the Company, shareholders and creditors and standardizing the organization and behavior of the Company.

Article 2 Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) is a limited liability company established in accordance with the "Company Law" and other relevant provisions.

Upon approval of Ti Gai Fa Zi [1997] No.48 Document of the State Commission for Restructuring the Economic System, the Company was established by fund-raising, registered at Beijing Administration for Industry and Commerce and has obtained the business license, with the business license No. 1100001510134.

Article 3. Upon approval by China Securities Regulatory Commission(hereinafter referred to as "CSRC"), the Company issued 45,000,000 RMB common shares to the social public for the first time on May 20, 1997. The public shares were listed in Shenzhen Stock Exchange on June 6, 1997.

Article 4 Registered name of the Company:

Chinese name: Beijing New Building Materials Public Limited Company

Full English name: Beijing New Building Materials Public Limited Company

Article 5. Company address: No. A11, Sanlihe Road, Haidian District Beijing City

Zip Code：100037

Article 6 The registered capital of the Company is  7,069,907.96 million RMB.

Article 7 The Company is the permanently existing limited liability company.

Article 8 The chairman shall be the legal representative of the Company.

Article 9 The entire capital of the Company is divided into shares of equal value, and shareholders shall be liable to the Company to the extent of the shares held by them. The Company is liable for its debts with all its assets.

Article 10   From the date that it takes effect, the Articles of Association herein shall become a legal document binding the Company and its shareholders, directors, supervisors and senior management personnel, which is to standardize the organization and behavior of the Company, and to define the rights and obligations between the Company and its shareholders and between the shareholders. According to the Articles of Association, the shareholder may sue another shareholder, director, supervisor, general manager and other executives of the Company, and may also sue the Company. The Company may sue the shareholder, director, supervisor, general manager and other executives.

Article 11 Other executives as mentioned in the Articles of Association shall refer to the vice general manager, secretary of the board of directors and financial principal of the Company.

# Chapter 2 Purpose and Scope of Business

Article 12 The business purpose of the Company is: to adapt to the development

of socialist market economy, the Company, based on new types of building materials as main industry, emphasizes economic benefits, reinforces and standardizes business management and further shift mechanism through establishment of modern enterprise system and grow strong by innovation so as to improve housing quality, raise people's living level, contribute more to socialist modernization drive and help shareholders gain satisfactory returns.

Article 13 Upon approval of the registration authorities, the Company has the business scope below: technological development, technology service and consulting, technical training and manufacture of new types of building materials, new types of wall materials, chemicals (excluding hazardous chemicals and Class I precursor chemicals), water heating pipe fittings, decorative materials, energy technologies and products, building material machinery electrical equipment, and housing made of new types of building materials; sales of developed products (except the items not specially licensed), metallic materials, building materials, decorative materials, chemicals, timber, minerals, hardware and electrical equipment, water heating pipe fittings, chemical and light industry materials and construction machinery; development and utilization of environmental protection and energy saving products; export operation of self-made products and related technologies of this enterprise; import operation of raw and auxiliary materials, mechanical equipment, instruments and meters, spare and accessory parts, and related technologies of this enterprise; operation of this enterprise's processing with imported materials, and the three-processing and one compensation; agent for import and export of all kinds of commodities and technologies, excluding the import or export of those commodities and technologies restricted or banned by the state; no operation of the products and technologies banned by the laws, administrative regulations and the State Council; where any license is required according to the laws, administrative regulations and the State Council, this enterprise should conduct related operation upon approval of the examination and approval organization and registration of the administration for industry and commerce; where no license is specified according to the laws, administrative regulations and the State Council, this enterprise should independently choose operation items to carry out operating activities.

# Chapter 3 Shares

## Section 1 Issuance of Shares

Article 14 The shares of the Company are in the form of stock.

Article 15    All shares of the Company are issued in the principle of publicity, fairness and justice. Each share of the same class shall have the same rights.    For the shares of the same kind issued at the same time, each share shall be issued on the same conditions and at the same price. For the shares subscribed by any entity or individual, each share shall be paid at the same price.

Article 16 The nominal value of the stock issued by the Company shall be indicated in RMB, with 1 Yuan each.

Article 17 The shares as issued by the Company shall be deposited in Shenzhen Branch, China Securities Depository and Clearing Corporation Limited in a centralized way.

Article 18 The initiator of the Company is Beijing New Building Material (Group) Co., Ltd., with contribution of net assets as the investment form, and the investment

date being May 1997.

Article 19 The total number of shares issued by the Company is 706,990,796 shares. These shares are common shares.

Article 20 The Company or its subsidiary (including the affiliated enterprise of the Company) shall not provide any financial aid for the person purchasing or planning to purchase the shares of the Company in the form of presentation, advances, compensation or loan and others.

## Section 2. Increase and Repurchase of Shares

Article 21   For the purposes of Company operation and development, and according to laws and regulations as well as resolutions made by general meeting of stockholders, the Company may adopt the following methods to increase its capital:

(I) Public issue of shares;

(II) Non-public issue of shares;

(III) Bonus issue to the existing shareholder;

(IV) Share capital increase from accumulation fund;

(V) Other manners stipulated by the laws and administrative regulations and approved by China Securities Regulatory Commission.

Article 22 The Company may reduce its registered capital. It shall follow the procedures set forth in the Company Law and other regulations and the Articles of Association in case the Company decides to decrease the registered capital.

Article 23 In case of any following circumstances, the Company may acquire the shares of this Company according to the provisions of laws, administrative regulations, department rules and the Articles of Association:

(I) Decrease of the registered capital of the Company;

(II) Merger with other companies holding shares of the Company;

(III) Award of shares to the staff and workers of this Company;

(IV) Any shareholder requests the Company to repurchase its shares because it holds objection against the merger or division resolution made by the general meeting of stockholders;    Except for the above-mentioned circumstances, the Company will not carry out the activities of trading in shares of this Company.

Article 24 Where any other companies acquire its shares of the Company, such acquisition may be conducted with one of the following methods:

(I) Centralized price bidding transaction method at the stock exchange;

(II) Offer method;

(III) Other methods as recognized by the CSRC.

Article 25 A resolution shall be adopted in the general meeting of shareholders if the Company acquires the shares of this Company for the reasons from Item (I) to (III) of Article 21 in the Articles of Association. In case of the circumstance in Item (I) after the Company's acquisition of the shares of this Company accoriding to the provisions of Article 21 in the Articles of Association, the cancellation shall be made within 10 days as from the acquisition date; in case of the circumstance in Item (II) and (IV), the transfer and cancellation shall be made within 6 months.

The amount of shares of this Company as acquired by the Company according to the provisions of Item (III) of Article 21 in the Articles of Association will not exceed 5% of the total amount of shares issued by this Company; the funds for acquisition shall be paid from the after-tax profits of the Company; the acquired shares shall be transferred to the staff and workers within 1 year.

## Section 3 Share Transfer

Article 26 The shares of the Company may be transferred according to law.

Article 27 The Company shall not accept the stock of this Company as the subject matter of pledge right.

Article 28 The shares of this Company held by the promoters shall not be transferred within 1 year as from the establishment date of the Company. The shares issued before the Company's public issue of shares shall not be transferred within 1 years as from the listing and trading date of the stock of the Company in the stock exchange.

The director, supervisor and executive of the Company shall report the shares of this Company held by them and their change conditions. The number of shares transferred every year during their terms of office shall not exceed 25% of the total number of shares of this Company held by them; the shares of this Company held by them shall not be transferred within 1 year as from the listing and trading date of the stock of the Company. The shares of this Company held by the above-mentioned persons shall not be transferred within half a year after they leave office.

Article 29 If the director, supervisor and executive of the Company and its shareholders with over 5% stake each sell their held shares of the Company within six months after purchasing such shares or repurchase them within six months after selling them, the income incurred there from shall be attributable to the Company. In this situation, the board of directors of the Company will withdraw the income generated.   However, if the securities company holds more than 5% of shares due to the buy-in of excess shares after sale through underwriting, the sale of such shares shall not be restricted by the period of six months.

If the board of directors of the Company fails to make implementation according to the provisions of preceding paragraph, the shareholder shall have the right to require the board of directors to implement the same within 30 days. In case the board of directors of the Company fails to implement the same within the above-mentioned time limit, the shareholder shall have the right to directly lodge a lawsuit to the people's court in his/her name for the benefit of the Company.

If the board of directors of the Company fails to make implementation according to the provisions in Paragraph 1, the responsible director shall bear the joint liability.

# Chapter 4. Shareholders and the General Meeting of Shareholders

## Section 1. Shareholders

Article 30 The Company shall establish the register of shareholders according to the certificate as provided by the securities registrar (namely, China Securities Depository and Clearing Co., Ltd. Shenzhen Branch). The register of shareholders is the sufficient evidence proving that the shareholder holds the shares of the Company. The shareholder shall enjoy the rights and assume the obligations according to the class of shares held by him/her; the shareholder holding the same class of shares shall enjoy the same rights and assume the same obligations.

Article 31 When the Company convenes the general meeting of shareholders,

allocates share dividend, conducts clearance or takes other actions where share rights are required to be identified, the board of directors or the convener of the general meeting of shareholders shall set the equity registration day. Shareholders who are registered before the completion of after-houses trading on this day shall then be considered ones who enjoy the relevant rights and interests.

Article 32 The shareholder of the Company shall enjoy the following rights:

(I) To obtain share dividends and other types of benefit allocation to the extent of their proportion of shares held;

(II) To request, call, preside over, attend or appoint the shareholder's proxy to attend the general meeting of shareholders, and exercise the corresponding voting rights;

(III) To supervise the operations of the Company, and make suggestions or inquiries;

(IV) To transfer, assign or pledge their shares according to laws and administrative regulations and the Articles of Association;

(V) To consult the Articles of Association, register of shareholders, stub of corporate bonds, minutes of general meeting of shareholders, resolution in the meeting of the board of directors, resolution in the meeting of the board of supervisors and financial accounting report;

(VI) To participate in the allocation of the residual assets of the Company according to the proportion of shares when the Company terminates or liquidates;

(VII) To request the Company to repurchase their shares by the shareholders holding objection against the resolution of merger or division of the Company made by the general meeting of stockholders;

(VIII) Other rights as stipulated in the laws, administrative regulations, department rules or the Articles of Association.

Article 33 If the shareholder requires consulting the relevant information as mentioned in the preceding article or asks for the materials, such shareholder shall provide the Company with the written document proving the class of shares of the Company held by him/her and the number of held shares. The Company shall provide the same according to the requirements of shareholder after verifying the identity of such shareholder.

Article 34 If the contents of resolutions in the general meeting of shareholders and the meeting of the board of directors for the Company violate the laws and administrative regulations, the shareholder shall have the right to request the people's court to determine them as invalid.    If the calling procedure and the voting formula for the general meeting of shareholders and the meeting of the board of directors violate the laws, administrative regulation or the Articles of Association, or the contents of resolution violate the Articles of Association, the shareholder shall have the right to request the people's court for revocation within 60 days as from the date when the resolution is made.

Article 35 If the director and executive causes the losses to the Company due to their violation of the provisions in the laws, administrative regulations or these Articles of Association during the performance of their duties in the Company, the shareholder separately or jointly holding more than 1% of shares of the Company for more than 180 days consecutively shall have the right to request the board of supervisors in writing to submit a case to the people's court; if the board of supervisors causes the losses to the Company due to its violation of the provisions in the laws, administrative regulations or the Articles of Association during the performance of its duties in the Company, the shareholder may request the board of

directors in writing to submit a case to the people's court.

If the board of supervisors and the Board of Directors refuse to file a lawsuit upon receipt of written request from the shareholder as stipulated in the preceding paragraph, or fail to file a lawsuit within 30 days upon receipt of request, or fail to immediately file a lawsuit in case of emergency, resulting in the irreparable damage to the interests of the Company, the shareholder as stipulated in the preceding paragraph shall have the right to directly submit a case to the people's court in his/her name for the benefits of the Company.    If others cause the losses to the Company due to their infringement of the legitimate rights and interests of the Company, the shareholder as stipulated in Paragraph 1 of this Article may submit a case to the people's court according to the provisions in two paragraphs above.

Article 36 If the director and executive impair the interests of shareholder due to their violation of the provisions in the laws, administrative regulations or the Articles of Association, the shareholder may submit a case to the people's court.

Article 37 The shareholders of the Company shall assume the following obligations;

(I) Observing the laws, administrative regulations and the Articles of Association;

(II) Contributing share capital according to the shares they subscribed and the type of admission;

(III) No withdrawal of shares, unless otherwise specified by laws and regulations;

(IV) No abuse of shareholder's rights to impair the interests of the Company or other shareholders; no abuse of independent status for the legal person of the Company and the limited liability of shareholder to impair the interests of creditor of the Company;

The shareholder of the Company shall bear the liabilities for compensation for the losses (if any) to the Company or other shareholders arising from his/her abuse of shareholder's rights according to law.

If the shareholder of the Company evades debts and seriously impairs the interests of the creditor of the Company arising from his/her abuse of independent status for the legal person of the Company and the limited liability of shareholder, such shareholder shall bear the joint and several liability for the debts of the Company.

(V) Other obligations to be assumed according to the provisions of the laws, administrative regulations and the Articles of Association.

Article 38 If the shareholder holding more than 5% of voting shares of the Company pledges the shares held by him/her, such shareholder shall make a written report to the Company on the same day when this fact happens.

Article 39 The controlling shareholder and the actual controller of the Company shall not impair the interests of the Company by use of their association relationship. In case of any violation of provisions and any losses to the Company, they shall bear the liabilities for compensation.

The controlling shareholder and the actual controller of the Company shall have the duty of good faith to the Company and other shareholders of the Company. The controller shareholder shall strictly exercise the rights of contributor according to law, and shall not impair the legitimate rights and interests of the Company and other shareholders of the Company by use of profit distribution, asset restructuring, foreign investment, occupation of funds, security for loan and others, or impair the interests of the Company and other shareholders of the Company by taking advantage of his/her ~~dominant~~ controlling position.

# Section 2 General provisions of the general meeting of shareholders

Article 40   The general meeting of stockholders is the organ of authority of the Company. It shall exercise the following functions and powers according to law:

(I) To determine the management principle and the investment plan of the Company;

(II) To elect and replace the directors and supervisors that are not assumed by the employees' representatives，and to decide upon matters with regard to the remuneration of relevant directors and supervisors;

(III) To examine and approve the report of the board of directors;

(IV) To examine and approve the report of the board of supervisors;

(V) To examine and approve the annual financial budget and final accounting plans of the Company;

(VI) To   examine and approve the plans for the Company's profit distribution and for the making up of its losses;

(VII) To make resolutions on the increase or the reduction of Company's registered capital;

(VIII) To make resolutions with regard to the issuance of corporate bonds;

(IX) To make resolutions on matters such as   merger，division，dissolution，liquidation and change of company form of the Company;

(X) To modify the Articles of Association;

(XI) To make resolutions on the Company's engagement and dismissal of an accounting firm;

(XII) To examine and approve the guarantee matters as set out in   Article   41;

(XIII) To examine and approve the matters that within one year the Company buys or sells the material assets   which exceed 30% of the Company's total assets audited in the recent accounting year;

(XIV) To examine and approve the matter of changing the use of raised funds;

(XV) To examine and approve the equity incentive plan;

(XVI) To review other matters that should be decided by the general meeting of stockholders in accordance with laws, administrative regulations and rules and the Articles of Association.

The functions and powers of the above-mentioned general meeting of shareholders shall not be exercised by the board of directors or other organizations and individuals in the form of authorization.

Article 41 The following act of external security of the Company must be discussed and adopted in the general meeting of shareholders.

(I) Any security offered after the total amount of external security for the Company and its holding controlled subsidiary has reached or exceeded 50% of the audited net assets in the most recent period;

(II) Any security offered after the total amount of external security for the Company has reached or exceeded 30% of the audited net assets in the most recent accounting period;

(III) The security offered for the security object with the asset-liability ratio of more than 70%;

(IV) The security where the single security amount exceeds 10% of the audited net assets in the most recent period;

(V) The security offered to the shareholder, actual controller and their related

persons;

Article 42 There are two types of general meeting of stockholders, namely annual meeting and temporary meeting. The annual general meeting of shareholders shall be convened once every year, and shall be held within 6 months after the end of the previous accounting year.

Article 43 In case of one of the following circumstances, the Company shall hold the extraordinary general meeting within 2 months as from the date when the facts happen.

(I) The number of directors is less than two-thirds of the number of persons as stipulated in the "Company Law" or the Articles of Association;

(II) The undistributed deficit of the Company reaches    one-third of the total amount of paid up capital;

(III) The shareholder separately or jointly holding more than 10% of the shares of the Company makes a request;

(IV) The Chairman of the Board deems necessary;

(V) The board of supervisors proposes the holding;

(VI) Other circumstances as stipulated in the laws, administrative regulations, department rules or the Articles of Association.

Article 44 The place for this Company to hold the general meeting of shareholders is the domicile of this Company or other places as set out in the meeting notice of the general meeting of shareholders.

The meeting place will be arranged for the general meeting of shareholders, and such general meeting will be held in the form of on-site    meeting. The Company will also provide such modern information technology means as the voting platform in the form of network to facilitate the shareholders to attend the general meeting of shareholders. In case of participation in the general meeting of shareholders in any of the above manners, shareholders shall be deemed as being present.

To vote online through the internet voting system, shareholders shall, in accordance with the provisions of the "Rules for the Implementation of Network Service Identity Authentication Services of Investors at Shenzhen Stock Exchange", handle identity authentication and obtain the "Shenzhen Stock Exchange Digital Certificate" or "Shenzhen Stock Exchange Investor Service Password".

Article 45 When holding the general meeting of shareholders, this Company will engage the attorney to provide the legal opinion and make an announcement on the following issues:

(I) Whether the procedures for calling and holding of meeting conform to the laws, administrative regulations and the Articles of Association;

(II) Whether the qualifications of the meeting attender and the convener are legitimate and valid;

(III) Whether the voting procedures and results of meeting are legitimate and valid;

(IV) The legal opinions provided for other relevant issues at the request of this Company.

## Section 3 Calling of General Meeting of Shareholders

Article 46 The independent director shall have the right to propose the holding of extraordinary general meeting to the board of directors. For the proposal from the independent director on the holding of extraordinary general meeting, the board of

directors shall, according to the provisions of laws, administrative regulation and the Articles of Association, put forward the written feedback of the agreement or disagreement on the holding of extraordinary general meeting within 10 days upon receipt of proposal.

If the board of directors agrees on the holding of extraordinary general meeting, a notice on the holding of general meeting of shareholders will be given within 5 days after the resolution of the board of directors is made; if not, the board of directors will give a reason and make an announcement.

Article 47 The board of supervisors shall have the right to propose the holding of extraordinary general meeting to the board of directors in writing. The board of directors shall, according to the provisions of laws, administrative regulations and the Articles of Association, put forward the written feedback of agreement or disagreement on the holding of extraordinary general meeting within 10 days upon receipt of proposal.

If the board of directors agrees on the holding of extraordinary general meeting, a notice on the holding of general meeting of shareholders will be given within 5 days after the resolution of the board of directors is made; the change of original proposal in the notice shall be subject to the agreement of the board of supervisors.

If the board of directors disagree on the holding of extraordinary general meeting, or fails to provide the feedback within 10 days upon receipt of proposal, it shall be deemed that the board of directors cannot or will not perform the duties of calling the general meeting of shareholders, and the board of supervisors may call and preside over the meeting by itself.

Article 48 The shareholder separately or jointly holding more than 10% of shares of the Company shall have the right to propose the holding of extraordinary general meeting to the board of directors in writing. The board of directors shall, according to the provisions of laws, administrative regulations and the Articles of Association, put forward the written feedback of agreement or disagreement on the holding of extraordinary general meeting within 10 days upon receipt of request.

If the board of directors agrees on the holding of extraordinary general meeting, a notice on the holding of general meeting of shareholders will be given within 5 days after the resolution of the board of directors is made; the change of original request in the notice shall be subject to the agreement of the relevant shareholder.

If the board of directors disagree on the holding of extraordinary general meeting, or fails to provide the feedback within 10 days upon receipt of request, the shareholder separately or jointly holding more than 10% of shares of the Company shall have the right to propose the holding of extraordinary general meeting to the board of supervisors in writing.

If the board of supervisors agrees on the holding of extraordinary general meeting, a notice on the holding of general meeting of shareholders will be given within 5 days upon receipt of request; the change of original proposal in the notice shall be subject to the agreement of the relevant shareholder.

If the board of supervisors fails to give a notice on the general meeting of shareholders within the stipulated time limit, it shall be deemed that the board of supervisors will not call and preside over the general meeting of shareholders, and the shareholder separately or jointly holding more than 10% of shares of the Company for more than 90 days consecutively may call and preside over the meeting by himself/herself.

Article 49 If the board of supervisors or the shareholder decides to call the general meeting of shareholders by themselves, a written notice shall be given to the

board of directors, when filing shall be made with the agency of the CSRC and the stock exchange in the place where the Company is located.

Before the announcement on the resolution of the general meeting of shareholders, the shareholding ratio of convening shareholder shall be no less than 10%.

When the notice on the general meeting of shareholders is given, or the announcement on the resolution of general meeting of shareholders is made, the shareholder convener shall submit relevant evidentiary material to the agency of the CSRC and the stock exchange in the place where the Company is located.

Article 50 For the general meeting of shareholders as called by the board of supervisors or the shareholder by themselves, the board of directors and its secretary will provide the cooperation. The board of directors shall provide the register of shareholders for the equity registration date.

Article 51 For the general meeting of shareholders as called by the board of supervisors or the shareholder by themselves, the expenses required for the meeting shall be borne by this Company.

## Section 4. Proposal and Notice of general meeting of stockholders

Article 52 The contents of proposal shall be within the scope of functions and powers for the general meeting of shareholders, have the explicit subjects and specific resolution matters, and conform to the relevant provisions in the laws, administrative regulations and the Articles of Association.

Article 53 If the Company holds the general meeting of shareholders, the board of directors, the board of supervisors and the shareholder separately or jointly holding more than 3% of shares of the Company shall have the right to put forward the proposal to the Company.

The shareholder separately or jointly holding more than 3% of shares of the Company may put forward and submit in writing the interim proposal to the convener 10 days before the general meeting of shareholders is held. The convener shall, within 2 days upon receipt of the proposal, give the supplementary notice of the general meeting of shareholders, and announce the contents of the temporary proposal.

Except for the circumstances as stipulated in the preceding paragraph, the convener shall not modify the proposal listed in the notice of general meeting of shareholders, or add the new proposal.

For the proposal not listed in the notice of general meeting of shareholders or not in compliance with the provisions of Article 52 in the Articles of Association, no voting or resolution shall be made in the general meeting of shareholders.

Article 54 The convener shall, 20 days before the annual general meeting of shareholders is held, notify each shareholder by announcement, and shall, 15 days before the extraordinary general meeting is held, do the same.

The day when the meeting is held shall not be included when the Company calculates the starting deadline.

Article 55 The notice of general meeting of shareholders shall include the following items:

(I) Time, place and duration of meeting;

(II) Submission of matters and proposals to be discussed in the meeting;

BEIJING NEW BUILDING MATERIAL PUBLIC LIMITED COMPANY                                        Articles of Association

(III) Explicit written description: all the shareholders shall have the right to attend the general meeting of shareholders, and may entrust the proxy to attend the meeting and participate in the voting in writing. Such shareholder's proxy is not necessarily the shareholder of the Company;

(III) The date set for registration of shareholders who are eligible to attend the shareholders' general meeting;

(IV) Name and telephone number of permanent contact person for meeting affairs.

All details of all proposals shall be fully and completely disclosed in the notice and supplementary notice of general meeting of shareholders. If the opinions of independent director are required for the matters to be discussed, the opinions and reasons of independent director will be disclosed at the same time when the notice or supplementary notice of general meeting of shareholders is released.

If the general meeting of shareholders adopts the network or otherwise, the notice on the general meeting of shareholders shall clearly set out the voting time or procedure of network or otherwise. For the general meeting of shareholders, the start time of voting with network method or otherwise shall not be earlier than 3:00 p.m. on the day before the on-site general meeting of shareholders is held, nor be later than 9:00 a.m. on the day when the on-site general meeting of shareholders is held; the end time shall not be earlier than 3:00 p.m. on the day when the on-site general meeting of shareholders is ended.

The interval between the equity registration date and the meeting date shall be no more than 7 working days. The equity registration date may not be changed once it is confirmed.

Article 56 In case of any election matters of director and supervisor to be discussed in the general meeting of shareholders, the details of director and supervisor will be fully disclosed in the notice of general meeting of shareholders, at least including the following items:

(I) Educational background, work experience, part-time job and other personal information;

(II) Association relationship with this Company or its controlling shareholder and actual controller;

(III) Disclosure of the number of held shares of this Company;

(IV) Punishment of China Securities Regulatory Commission and other relevant departments and disciplining of stock exchange.    Except for the election of director and supervisor according to the cumulative voting system, each candidate for director and supervisor shall be put forward in the single proposal.    Article 57 After the notice of general meeting of shareholders is given, the general meeting of shareholders shall not be postponed or cancelled without proper reason. The proposal listed in the notice of general meeting of shareholders shall not be cancelled. In case of any postponement or cancellation, the convener shall give a notice and explain the reason at least 2 working days before the original holding date.

# Section 5 Holding of General Meeting of Shareholders

Article 58 The board of directors of this Company and other conveners will take necessary measures to ensure the normal order of general meeting of shareholders. For the behaviors of interfering with the general meeting of shareholders, causing disturbances and infringing the legitimate rights and interests of shareholder, the

BNBMPLC0004250-R

measures will be take for prevention, and the relevant department will be reported on a timely basis for investigation and prosecution.

Article 59 All the shareholders or their proxies of the Company as registered on the equity registration date shall have the right to attend the general meeting of shareholders, and exercise the voting right according to the relevant laws, regulations and these Articles of Association.

Shareholders may attend the general meeting of stockholders in person or entrust a proxy to attend the meeting and cast votes.

Article 60 If the individual shareholder attends the meeting in person, his/her identification card or other valid credentials or certificates that can prove his/her identity and stock account card shall be shown; if the individual shareholder shall entrust the proxy to attend the meeting, the valid identification card of this shareholder and the power of attorney of shareholder shall be shown.

For the institutional shareholder, the legal representative or the proxy as entrusted by the legal representative shall attend the meeting. Where a legal representative attends the meeting, he/she shall present his/her identification card and effective evidence of his/her qualification as a legal representative. Where an entrusted proxy attends the meeting, the proxy shall present his/her identification card and the power of attorney issued by the legal representative of a shareholder by law.

Article 61 The power of attorney issued by a shareholder to entrust another person to attend the general meeting of stockholders shall contain the following contents:

(I) Name of proxy;

(II) Possession of voting right;

(III) The instruction to the proxy on every item to be discussed at the meeting, whether to approve, oppose or abstain;

(IV) Issuing date and valid period of power of attorney;

(V) Signature (or seal) of entruster. If the entruster is an institutional shareholder, the seal of judicial entity shall be affixed.

Article 62 The power of attorney shall indicate whether the shareholder's proxy can vote based on his/her intent, if the shareholder gives no specific instruction.

Article 63 If the power of attorney on the voting by proxy is signed by others under the authorization of entruster, The power of attorney or other authorization documents signed under the authorization shall be notarized. Notarized power of attorney and other vesting instruments, together with the power of attorney to vote shall be put at the Company's office or other locations specified in the meeting notice.

If the entruster is a legal person, its legal representative or the person as authorized in the resolution of the board of directors and other decision-making bodies shall act as the representative to attend the general meeting of shareholders of the Company.

Article 64 The Company shall be responsible for preparing the meeting register of meeting attenders. The signature book shall state names of participants (or names of entities), ID numbers, domicile address, number of shares held or represented that has voting power, names of principals(or names of entities) and other matters.

Article 65 According to the register of shareholders as provided by the securities registration and clearing institutions, the convener and attorney engaged by the Company shall verify the legality of shareholder's qualifications, and register the name of shareholder and the number of voting shares held by him/her. Before the meeting persider announces the number of shareholders and proxies attending the

meeting on the site and the total number of held voting shares, the meeting registration shall be terminated.

Article 66 When the general meeting of shareholders is held, all the directors, supervisors and secretaries of the board of directors shall attend the meeting, and the general manager and other executives shall observe the   meeting.

Article 67 The chairman shall preside over the general meeting of shareholders. If the chairman cannot or fails to perform his/her duties, the deputy chairman shall preside over the meeting; if the deputy chairman cannot or fails to perform his/her duties, one director as jointly elected by a majority of directors shall preside over the meeting.

The chairman of the board of supervisors shall preside over the general meeting of shareholders as called by the board of supervisors itself. If the chairman of the board of supervisors cannot or fails to perform his/her duties, one supervisor as jointly elected by a majority of supervisors shall preside over the meeting.

The representative elected by the convener shall preside over the general meeting of shareholders as called by the shareholders themselves.

If the meeting presider violates the rules of debate when the general meeting of shareholders is held, resulting in failure of the general meeting of shareholders to be continued, one person may be elected in the general meeting of shareholders to continue the meeting as the meeting presider upon consent of a majority of shareholders that attend the general meeting of shareholders on the site and have the voting rights.

Article 68 The Company shall formulate the rules of debate for the general meeting of shareholders. These rules shall stipulate in detail the holding and voting procedure of general meeting of shareholders, including the notice, registration, discussion of proposal, voting, vote counting, announcement of voting result, formation of meeting resolution, its signature and others as well as the authorization principles of general meeting of shareholders to the board of directors. The authorization contents shall be explicit and detailed. The rules of debate for the general meeting of shareholders shall be used as an annex to the Articles of Association, prepared by the board of directors and approved in the general meeting of shareholders.

Article 69 In the annual general meeting, the board of directors and the board of supervisors shall report their work of previous year to the general meeting of shareholders. Each independent director shall also make a report on work.

Article 70 In the general meeting of shareholders, the director, supervisor and executive shall make the explanation and statement on the inquiries and suggestions of shareholder.

Article 71 Before voting, the meeting presider shall announce the number of shareholders and proxies attending the meeting on the site and the total number of held voting shares. Such number and total number shall be subject to the meeting registration.

Article 72 There shall be the meeting minutes for the general meeting of shareholders. The secretary of the board of directors shall be responsible for such meeting minutes. The following items shall be recorded in the meeting minutes:

(I) Time, place, agenda and name of convener of meeting;

(II) Names of meeting presider and director, supervisor, general manager and other executives attending or observing the meeting;

(III) The number of shareholders and proxies attending the meeting, the total number of held voting shares, and the proportion of such total number to the total

number of shares of the Company;

(IV) Discussion process, speech points and voting result of each proposal;

(V) Inquiry opinions or suggestions of shareholder and corresponding reply or statement;

(VI) Names of attorney, vote counter and scrutator;

(VII) Other items to be written into the meeting minutes according to the provisions of the Articles of Association.

Article 73 The convener shall ensure that the contents of meeting minutes are authentic, accurate and complete. The director, supervisor, secretary of the board of directors, convener or their representatives and meting presider shall sign on the meeting minutes. The meeting minutes shall be kept with the album of shareholders attending the meeting on the site, the power of attorney for attendance by proxy and other valid material on the voting condition through network means or otherwise. The period for keeping such material shall be 10 years.

Article 74 The convener shall ensure that the general meeting of shareholders will be held continuously, until the final resolution is formed. If the general meeting of shareholders is suspended or no resolution is made due to the force majeure and for other special reasons, the necessary measures shall be taken to resume the holding of meeting as soon as possible or directly terminate this general meeting of shareholders with a timely announcement. Meanwhile, the convener shall report to the agency of the CSRC and the stock exchange in the place where the Company is located.

# Section 6 Voting and Resolution of General Meeting of Shareholders

Article 75 The resolutions of general meeting of shareholders shall be divided into the ordinary resolution and special resolution.    The ordinary resolution made in the general meeting of shareholders shall be adopted by more than one-half of shareholders (including the shareholders' proxies) with the voting rights attending the general meeting of shareholders.    The special resolution made in the general meeting of shareholders shall be adopted by more than two-thirds of shareholders (including the shareholders' proxies) with the voting rights attending the general meeting of shareholders.

Article 76 The following matters shall be adopted in the general meeting of shareholders as ordinary resolution:

(I) Working reports of the board of directors and the board of supervisors;

(II) Profit distribution scheme and deficit coverage scheme as prepared by the Board of Director;

(III) Appointment and dismissal of members for the board of directors and the board of supervisors, their compensations and payment terms;

(IV) Annual budget program and final account program of the Company;

(V) Annual report of the Company;

(VI) Matters other than the ones adopted as special resolution according to the provisions of laws, administrative regulations or the Articles of Association.

Article 77 The following matters shall be adopted in the general meeting of shareholders as special resolution:

(I) Increase or decrease of the Company's registered capital;

(II) Division，merger，dissolution and liquidation of the Company;

(III) The amendment to the   Article s of Association;

(IV) The circumstance where the Company's purchase and sale of major assets or the security amount in one year exceeds 30% of the audited total assets of the Company in the most recent period;

(V) Equity incentive plan;

(VI) Other matters which are stipulated in laws，administrative regulations and the Articles of Association，which are deemed by the ordinary resolution of the general meeting of shareholders to have a great influence on the Company，and which need to be adopted as a special resolution;

Article 78. Shareholders(including proxies of shareholders) shall vote based on the number of their shares with voting rights. Each such share shall have one voting right.

When any major matters influencing the interests of medium and small investors are deliberated at the general meeting of shareholders, the vote on medium and small investors shall be counted separately. Separate counting result of votes shall be disclosed both publicly and timely.

There shall be no voting rights for the shares of this Company held by the Company. This part of shares shall not be included into the total number of voting shares for the attendance of general meeting of shareholders.

The board of directors, independent director and shareholder qualified for the relevant stipulated conditions may make a solicitation of voting right of shareholder.

Soliciting the vote of shareholders shall require the full disclosure of specific voting intention and other information to those solicited.   It is prohibited to solicit the vote of shareholders through paid or disguised paid means. The Company shall not present the limit of minimum shareholding proportion on the solicitation of vote.

Article 79 The matters of related party transaction is discussed in the general meeting of shareholders, the related shareholder shall not participate in the voting by ballot. The number of voting shares represented by such related shareholder shall not be included into the total number of qualified votes; the resolution of the general meeting of shareholders shall fully disclose the voting conditions of non-related shareholder.

When affiliated shareholders deliberates the ~~connected~~related party  transaction matters at the general meeting of shareholders, they shall actively state the condition to the  general meeting of shareholders and explicitly indicate that they do not participate in voting. If affiliated shareholders do not actively state correlation, other shareholders may require them to do so and withdraw from voting. Where such shareholders do not explain the condition or withdraw from voting, the number of shares held by these  shareholders over the vote of ~~connected~~related party  transaction matter will not be included in the  total of shares with effective vote.

If, after the closing of general meeting of shareholders, any affiliated shareholder are found to participate in the voting of ~~connected~~related party  transaction matters by other  shareholders, these shareholders shall have the right to lodge a lawsuit against the  related resolution to the people's court in accordance with provisions of the "Company Law" or the Articles of Association.

Article 80 Under the precondition of ensuring that the general meeting of shareholders is legitimate and valid, the Company shall provide the convenience for the shareholder to attend the general meeting of shareholders through various manners and approaches, including the offering of voting platform in the form of network and other modern IT means.

Article 81 Except for the crisis and other special circumstances of the Company, the Company will not enter into a contract with the person other than the director,

general manager and other executives to enable this person to be responsible for all or important businesses of the Company without approval of general meeting of shareholders as special resolution.

Article 82. The list of candidates for directors and supervisors shall be submitted for the resolution of the general meeting of stockholders in the form of proposal.

Candidates shall be nominated in accordance with the following procedures and regulations:

(I) The board of directors or any shareholder, who individually or collectively holds over 5% (inclusive of 5%) of the total voting shares of the Company, has the right to put forward the candidate for director (exclusive of independent directors, see this article for the following).

(II) The board of supervisor or any shareholder, who individually or collectively holds over 5% (inclusive of 5%) of the total voting shares of the Company, has the right to propose a shareholder representative as the candidate for supervisor. The staff representative in the board of supervisors shall be democratically elected by the staff and workers of the Company through the congress of workers and staff, the general membership meeting or other forms.

(III) The proposer shall, at least 20 days before the general meeting of shareholders is held, deliver the proposal to the board of directors. The proposal shall include the curriculum vitae and basic information as well as related certificates of the candidate, and the board of directors will examine such proposal. For any proposal, which complies with provisions of the laws, regulations and these Articles of Association, the proposer shall submit the proposal to the general meeting of shareholders for discussion; for any proposal in violation of such provisions, it shall not be presented to the general meeting for discussion, and shall be explained at the general meeting.

(IV) The board of directors and board of supervisors of the Company, or any shareholder holding over 1% of the issued shares of the Company individually or collectively has the right to put forward the candidate for independent director.

(V) The board of directors shall provide the shareholder with the resumes and basic information of the candidates for the director and supervisor.   As the election of director and supervisor is voted at the general meeting of shareholders, the accumulative voting system may be implemented according to the provisions of these Articles of Association or the resolution of the general meeting of shareholders. The accumulative voting system means that as any directors or supervisors are elected at the general meeting of shareholders, each share has the same vote as the number of directors or supervisors, that is, the shareholders attending the general meeting of shareholders hold the number of votes that is result from multiplying the number of shares represented by these shareholders by the number of the directors to be elected. In this situation,   the shareholders may take a vote in centralized or decentralized mode, but the number of votes shall not totally exceed the total of votes held by the shareholders.  The candidate for director is determined according to the number of votes obtained. The votes obtained for the elected director shall be more than half of the votes represented by the shareholders attending this general meeting of shareholders.

Article 83 In addition to the cumulative voting system, the itemized voting will be made in the general meeting of shareholders on all the proposals. In case of different proposals on the same matter, the voting shall be made in the time order of putting forward the proposals. Except for the suspension of general meeting of shareholders or the failure to make a resolution due to the force majeure and for other special

reasons, no proposal will be shelved or not voted in the general meeting of shareholders.

Article 84 When the proposal is discussed in the general meeting of shareholders, the proposal will not be modified; otherwise, the relevant change shall be deemed as a new proposal, and no voting shall be made in this general meeting of shareholders.

Article 85 The same vote can but be taken with one of the on-site, network and other voting methods. If the same voting right is exercised repeatedly, the first voting result shall prevail.

Article 86 The voting by open ballot shall be adopted in the general meeting of shareholders.    Article 87 Before the voting on the proposal in the general meeting of shareholders, two shareholder representatives shall be elected to participate in the vote counting and balloting scrutinizing. In case of any stake between the matters to be discussed and the shareholder, the relevant shareholder and proxy shall not participate in the vote counting and balloting scrutinizing.

When the voting on the proposal is made in the general meeting of shareholders, the attorney, shareholder representative and supervisor representative shall be jointly responsible for the vote counting and balloting scrutinizing, and shall announce the voting result on the spot. The voting result of resolution will be written into the meeting minutes.

The shareholder or his or her proxy of the listed company via the network voting or otherwise shall have the right to check his or her voting result through the corresponding voting system.

Article 88 The on-site closing time of general meeting of shareholders shall not be earlier than that of network or other manners. The meeting presider shall announce the voting condition and result of each proposal, and announce whether the proposal is adopted according to the voting result.

Before the voting result is formally announced, such parties concerned as related to the on-site voting of the general meeting of shareholders, network noting or otherwise, including the listed company, the teller, the scrutineer, the major shareholder, the network service party, are obligated to keep a secret.

Article 89 The shareholder attending the general meeting of shareholders shall give one of the following opinions on the proposal submitted for voting: agreement, objection or abstention.

Where there are ballots on which the words are not filled in, wrongly filled in or unintelligible or the ballots that are not voted, the voters shall be regarded as having relinquished their voting rights and the voting results of their shares shall be regarded as "abstention".

Article 90 Where the chairman of the meeting holds any doubt about the result of the voting, he/she may count the votes for that resolution again. Where the chairman does not do so, and the shareholders or their proxies have dissent on such result announced by the chairman of the meeting, then they have the right to request for counting of the votes immediately after the announcement of the result and the chairman shall count such votes promptly.

Article 91 The announcement shall be made on the resolution of the general meeting of shareholders on a timely basis. The number of shareholders and proxies attending the meeting, the total number of held voting shares and the proportion of such total number to the total number of voting shares of the Company, voting formula, voting result of each proposal and details of each adopted resolution.

Article 92 If the proposal is not adopted, or the resolution of the previous general

meeting of shareholders is changed in this general meeting of shareholders, this shall be specially noted in the resolution of general meeting of shareholders.

Article 93 If the proposal on the election of director and supervisor is adopted at the general meeting of shareholders, the time when the newly appointed director and supervisor take office shall be deemed the date when the vote is passed at the general meeting of shareholders.

Article 94 If the proposal on the cash dividend, stock dividend or share capital increase from capital reserve is adopted in the general meeting of shareholders, the Company will implement the specific scheme within 2 months after the closing of general meeting of shareholders.

# Chapter 5. Board of Directors

## Section 1. Directors

Article 95 The director of the Company is a natural person. In case of one of the following circumstances, the person shall not serve as the director of the Company:

(I)He/She who has no capacity for civil conduct or limited capacity for civil conduct;

(II) He/She is sentenced due to taking graft or committing bribery, offences against property, appropriation of property or disrupting socialism market economic order and has completed a term of imprisonment for less than 5 years; or is sentenced to be deprived of political rights due to offences and has completed a term of imprisonment for less than 5 years.

(III) He/She is the director, factory manager or manager of a company or enterprise which is bankrupted or liquidated and bears the individual liability for the bankruptcy of such company or enterprise, and it has been less than three years since the completion of bankruptcy or liquidation of such company or enterprise;

(IV) He/She is the legal representative of a company or enterprise whose business license was cancelled and which was ordered to close due to illegal activities and bears the individual liability for such illegal activities, and it has been less than three years since the cancellation of business license of such company or enterprise;

(V) He/She bears a personal debt of significant amount which is due and unpaid in full;

(VI) He/She is prohibited to enter the securities market by China Securities Regulatory Commission and the prohibition period has not yet expired;

(VII) Other contents as stipulated in the laws, administrative regulations or department rules.   If the director is elected or appointed in violation of the provisions in this Article, such election, appointment or engagement shall be invalid. In case of any circumstances in this Article on the part of director during his/her term of office, the Company may remove he/she from office.

Article 96 Directors shall be elected or replaced by the general meeting of stockholders and serve a term of three 3 years. A director may be re-elected to serve consecutive terms. The general meeting of stockholders shall not dismiss a director without sufficient reason prior to the expiration of his/her term of office.

The term of office of director shall be calculated as from the date when the director takes office, until the term of office for the current board of directors expires. In case of untimely reelection at the expiration of the term of office of director, before

BNBMPLC0004257-R

the reelected director takes office, the former director shall still perform the duties of director according to the provisions in the laws, administrative regulations, department rules and the Articles of Association.

The manager or other executives may hold a concurrent post of director. However, the total number of directors holding a concurrent post of manager or other executives shall not exceed half of the total number of directors of the Company.

Article 97 The director shall observe the laws, administrative regulations and the Articles of Association, and perform the following duties of loyalty to the Company;

(I) The director shall not take bribes or other illegal incomes, or convert the property of the Company through jobbery;

(II) The director shall not appropriate the funds of the Company;

(III) The director shall not open an account to deposit the assets or funds of the Company in his/her own name or in any other individual's name.

(IV) The director shall not lend the funds of the Company to others, or offer the security to others with the property of the Company without consent of general meeting of shareholders or the board of directors in violation of the provisions in the Articles of Association;

(V) The director shall not enter into a contract or concludes a transaction with this Company in violation of the provisions in the Articles of Association or without consent of the general meeting of shareholders;

(VI) The director shall not seek the business opportunity that should have belonged to the Company for himself/herself or others, perform the self-operation or operation of the business similar to that of this Company for others by taking advantage of his/her position without consent of the general meeting of shareholders.

(VII) The director shall not appropriate the trading commission of the Company to himself/herself;

(VIII) The director shall not disclose the secrets of the Company without authorization;

(IX) The director shall not impair the interests of the Company by making use of his/her association relationship;

(X) Other duties of loyalty as stipulated in the laws, administrative regulations, department rules and the Articles of Association.    The income obtained by the director in violation of the provisions in this Article shall belong to the Company; the director shall be liable for the compensation for the losses to the Company.

Article 98 The director shall observe the laws, administrative regulations and the Articles of Association, and perform the following duties of diligence to the Company:

(I) The director shall prudently, earnestly and diligently exercise the rights granted by the Company to ensure that the commercial behaviors of the Company will meet the requirements of national laws, administrative regulations and national economic policies, and that the commercial activities of the Company will not be beyond the business scope as stipulated in the business license;

(II) The director shall treat all the shareholders fairly.

(III) The director shall understand the status of operation and management on the business of the Company on a timely basis;

(IV) The director shall sign the written confirmation opinions for the periodic report of the Company to ensure that the information disclosed by the company is authentic, accurate and complete.

(V) The director shall provide the board of supervisors with the relevant information and materials truthfully, and shall not prevent the board of supervisors or the supervisor from exercising their functions and powers;

(VI) Other duties of diligence as stipulated in the laws, administrative regulations, department rules and the Articles of Association.

Article 99 Where a director does not attend the meeting of board of directors twice in succession, and does not entrust other directors to attend , then he/she will be considered as being incapable of performing his/her duties and the board of directors shall suggest that the general meeting of stockholders dismiss and replace that director.

Article 100. A director may require to resign prior to the expiration of his/her term of office. The director shall submit a written resignation to the board of directors. The board of directors will disclose the relevant information within 2 days.

When the number of directors in the board of directors of the Company is less than the minimum quorum due to the resignation of director, before the reelected director takes office, the former director shall still perform the duties of director according to the provisions in the laws, administrative regulations, department rules and the Articles of Association.

Except for the circumstances as mentioned in the preceding paragraph, the resignation of director shall become effective when the resignation report is served on the board of directors.

Article 101 Where a director's resignation enters into force or his or her term of office expires, he or she shall handle all handover formalities through the board of directors, his or her obligations to the Company and the shareholders shall, before his or her resignation report has not entered into force or or within a reasonable period after such report has entered into force, and within a reasonable period after his or her term of office expires, not naturally expire. His or her obligation for keeping a secret commercial secrets of the Company shall remain effective after the expiration of his or her term of office until the secret becomes open information. Duration of other obligations shall be decided based on the principle of equity, the length of the period between the occurrence of the event and his/her leaving of the position, and the situation and condition under which the relation between such director and the Board of Directors will be terminated.

Article 102 Any director shall not take action on behalf of the Company or of the board of directors in his/her personal name without being legitimately entitled to do so by the Articles of Association or by a resolution of the board of directors. When the director acts in his/her own name, this director shall state his/her position and identity in advance under the circumstance where the third party will reasonably believes that this director acts on behalf of the Company or the board of directors.

Article 103 The director shall be liable for the compensation for the losses to the Company due to his/her violates the provisions in the laws, administrative regulations, department rules or the Articles of Association during the performance of his/her duties in the Company.

Article 104 An independent director shall act on laws and regulations and administrative rules, department regulations.

## Section 2. Board of Directors

Article 105. The Company shall have a board of directors which shall be responsible for the general meeting of stockholders.

Article 106 The board of directors consists of nine directors, including one chairman and one deputy chairman.

Article   107   The Supervisory Board should exercise the following functions and powers：

(I) To convene the general meeting of shareholders，and to report work to the meeting;

(II) To implement the resolutions made by the general meeting of shareholders;

(III) To decide the Company's business plans and investment plans;

(IV) To make the Company's annual financial budget plans and its final accounting plans;

(V) To make the plan for the Company's profit distribution and for the making up of its losses;

(VI) To make plans for the increase or decrease of the registered capital of the Company and plans for the issuance of bonds or other securities and listing;

(VII) To work out plans for the material acquisition of the Company or purchase of the Company's stocks，or merger，  division，  dissolution and change of the form of the Company;

(VIII) To make decision on the foreign investment, acquisition and sale of assets, pledge of assets, external security matters, entrusted financing, related party transaction and other matters for the Company within the authorization scope of the general meeting of shareholders;

(IX) Nominate the candidates for directors;

(X) To determine the setting up of the internal management organization of the Company;

(XI) To determine matters with regard to the engagement or dismissal of the GM and board secretary of the Company; determine the engagement or dismissal of the deputy managers and financial principals of the Company and other senior management according to the nomination of the GM and decide their remunerations，rewards and punishments;

(XII) To formulate basic management systems of the Company;

(XIII) To develop the revision plan of the " Article s of Association";

(XIV) To manage the information disclosure matter of the Company;

(XV) To request the general meeting of shareholders to engage or change the accounting firm which audits the Company;

(XVI) To listen to the work report of the general manager of the Company and check the work of the general manager;

(XVII) Other functions and powers granted in the laws, administrative regulations, department rules or the Articles of Association.   The matters beyond the authorization scope of the general meeting of shareholders shall be submitted to the general meeting of shareholders for discussion.

Article 108 The board of directors of the Company shall make an explanation to the general meeting of shareholders on the non-standard audit opinions issued by the certified public accountant for the financial report of the Company.

Article 109 The board of directors shall formulate the rules of debate for the board of directors to ensure that the board of directors will implement the resolution of the general meeting of shareholders, improve the work efficiency and make scientific decisions;

Article 110 The board of directors shall determine the powers of foreign investment, acquisition and sale of assets, pledge of assets, external security matters, entrusted financing and connectedrelated party  transaction, establish the strict examination and decision-making procedures. The board of directors has the right to decide the  transaction matters that comply with the following standards:

(I) If the total asset amount relating to a transaction occupies over 10% but less than 50% of the listed company's total assets audited in the recent accounting period, and the total asset amount relating to a transaction involves the book value and the assessed value concurrently, the higher amount will be taken as calculation data;

(II) The main business income of the transaction object (e.g., equities) in the recent accounting year occupies more than 10% but less than 50% of the Company's main business income audited in the same period, with the absolute amount of more than 10 million Yuan but less than 50 million Yuan;

(III) The net profits of the transaction object (e.g., equities) in the recent accounting year occupy more than 10% but less than 50% of the Company's net profits audited in the same period，with the absolute amount of more than 1 million Yuan but less than 5 million Yuan;

(IV) The amount of the concluded transaction (including the borne liabilities and expenses) occupies more than 10% but less than 50% of the Company's net assets audited in the recent accounting year，with the absolute amount of more than 10 million Yuan but less than 50 million Yuan;

(V) The profits generated by the transaction occupy more than 10% but less than 50% of the Company's net profits audited in the recent accounting year, with the absolute amount of more than 1 million Yuan but less than 5 million Yuan;

(VI) The amount of the ~~connected~~related party  transaction between the Company and the affiliated natural person is more than 300,000 Yuan but less than 30 million Yuan;

(VII) The amount of the ~~connected~~related party  transaction between the Company and the affiliated natural person is more than 3 million Yuan but less than 30 million Yuan and occupies more than 0.5% but less than 5% of the Company's net assets   audited in  the recent accounting year;

If the figure involved in the above index calculation is negative, the absolute value should be taken for calculation. Any transaction and ~~connected~~related party transaction, which exceed the aforementioned standards, shall be reported to the general meeting of shareholders for approval.

The relevant experts and professional personnel shall be organized to review major investment projects.      The scope of such "transaction", "~~connected~~related party  transaction", "affiliated natural person" and "affiliated legal person" as set out in this article is determined according to the provisions of the "Rules Governing Listing of Stocks on Shenzhen Stock Exchange".     Article 111 The board of directors has one chairman and one or more deputy chairmen. The chairman and deputy chairman shall be elected by a majority of all the directors in the board of directors.

Article 112 The chairman shall exercise the following functions and powers:

(I) To preside over the general meeting of stockholders, and to convene and preside over meetings of the board of directors;

(II) To supervise and examine the implementation of resolutions of the board of directors;

(III) To appoint the candidate for the Company's general manager and submit this candidate to the board of directors for deliberation and adoption;

(IV) To handle daily work during the period when the board meeting is closed;

(V) To sign the stocks, bonds and other negotiable securities of the Company;

(VI) To sign other documents to be signed by the legal representative of the Company;

(VII) To exercise the special right of disposal on the affairs of the Company in line with the provisions of laws and the interests of the Company under such force majeure emergencies as occurrence of catastrophic natural disasters, and afterward

report to the board of directors and the general meeting of shareholders of the Company;

(VIII)   To exercise other functions and powers as authorized by the Board of Directors.

Article 113 The deputy chairman shall assist the chairman in the work. If the chairman cannot or fails to perform his/her duties, the deputy chairman shall perform the duties; if the deputy chairman cannot or fails to perform his/her duties, one director as jointly elected by a majority of directors shall perform the duties.

Article 114   Meetings of the board of directors shall be held at least twice every year, which shall be convened by the Chairman of the board of directors. All directors and supervisors shall receive a written notice   ten 10 days   prior to the meeting.

Article 115 The shareholders representing over one tenth of the vote or the director representing over one third of the vote or the board of supervisors may propose to hold the temporary meeting of the board of directors. The chairman shall, within 10 days upon receipt of the proposal, convene and preside over the board meeting.

Article 116 The notice on convening the temporary board meeting by the board of directors is given by delivery of special messenger, mail, fax or email three days before this meeting is held.

Article 117 The meeting notice of the board of directors shall include the following items:

(I) Meeting date and place;

(II) Meeting duration;

(III) Causes and topics;

(IV) Date of giving notice.

Article 118 The meeting of the board of directors may be held when a majority of directors attend the meeting. Any resolution of the Board of Directors shall be adopted by the affirmative votes of more than one-half of all directors.

Each director shall have one vote in the voting of the resolution of the board.

Article 119 If a director has the association relationship with the enterprise involved in the resolution matters in the meeting of the board of directors, the director shall not exercise the voting right on this resolution or on behalf of other directors. Such meeting of the board of directors shall be held after a   majority of directors without association relationship attend the meeting. The resolution made in the meeting of the board of directors must be adopted by a majority of directors without association relationship. If less than 3 directors without association relationship attend the meeting of the board of directors, this matters shall be submitted to the general meeting of shareholders for discussion.

Article 120 The voting mode for the resolution of the board of directors is the voting by a show of hands. Each director shall have one vote.

Under the precondition of ensuring that the directors will fully give their opinions, the interim meeting of the board of directors may be held in the communication mode with the resolution made, and the participating directors shall make signature.

Article 121 The director shall attend the meeting of the board of directors in person; if the director cannot attend the meeting for any reason, he/she may entrust other directors for attendance in writing. The power of attorney shall specify the name of proxy, agency matters, authorization scope and valid period, and shall be signed or sealed by the entruster. The director as a proxy shall exercise the rights as a director within the scope of authorization. Where a director does not attend a boarding meeting or entrust his representative to attend such meeting, he/she will be

considered to quit the voting right at such meeting.

Article 122 The meeting minutes shall be prepared by the board of directors for the decision on the matters discussed in the meeting, and signed by the directors attending the meeting.

The meeting minutes of the board of directors shall be kept as the archives of the Company for 10 years.

Article 123 The meeting minutes of the board of directors shall include the following items:

(I) The date and location of the meeting, and the name of the person who convenes the meeting;

(II) The names of directors present, and the names of directors (proxies) who are entrusted by others to attend such meeting of board of directors;

(III) The meeting agenda;

(IV) The speech points of director;

(V) The method of voting and the results of each resolution (the result of each resolution shall list the number of affirmative, negative and abstention votes).

# Chapter 6 General Manager and Other Executives

Article 124 One general manager shall be arranged in the Company and engaged or dismissed by the board of directors.

Several vice general managers shall be arranged in the Company and engaged or dismissed by the board of directors.

The general manager, vice general manager, financial principal and secretary of the board of directors in the Company are the executives of the Company.

Article 125 The circumstances where the person in question shall not serve as the director in Article 98 of the Articles of Association apply to the executives at the same time;

The duties of loyalty for the director in Article 101 and the duties of diligence for the director in Item (IV) and (V) of Article 92 in the Articles of Association apply to the executives at the same time.

Article 126 The persons holding the posts other than the directorship in the units of controlling shareholder and actual controller of the Company shall not serve as the executives of the Company.

Article 127 Each term of office of general manager shall be three years. The general manager may be reappointed consecutively if he/she is re-engaged.

Article 128 The general manager shall be responsible to the board of directors, and exercise the following functions and powers:

(I) To take charge of the production and operation management work of the Company, organize the implementation of resolution of the Board of Director, and report the work to the board of directors;

(II)   To organize the implementation of the Company's annual business plan and investment plan;

(III)To draw up the    plan for setting up the management organization within the Company;

(IV) To draw up basic management systems of the Company;

(V) To draw up detailed rules of the Company;

(VI)   To propose the engagement or dismissal of the Company's deputy general manager and the person in charge of financial affairs;

(VII)   To determine the engagement or dismissal of management personnel other than those who shall be engaged or dismissed by the board of directors;

(VIII) Other functions and powers granted by the Articles of Association or the board of directors.

The general manager shall be present at meeting of board of directors without voting power.

Article 129 The general manager shall formulate the detailed rules for his/her work, and report it to the board of directors for approval before implementation.

Article 130 The detailed rules for the work of general manager shall include the following items:

(I) Holding conditions, procedure and attenders of the meeting of general manager;

(II) Specific responsibilities and divisions of work of general manager and other executives;

(III) Use of capitals and assets of the Company, authority for signing the major contracts and system of reporting to the board of directors and the board of supervisors;

(IV) Other matters deemed by the board of directors as necessary.

Article 131 The general manager may submit the resignation before his/her term of office expires. The specific procedures and measures related to the resignation of general manager shall be stipulated in the labour contract between the general manager and the Company.

Article 132 The candidate for vice-general manager of the Company shall be nominated by the general manager and engaged or dismissed by the board of directors. The vice-general manager assists the general manager in carrying out the operation and management of the Company, and the powers of the vice-general manager is determined by the related regulations of the Company.

Article 133 The secretary of the board of directors shall be arranged in the Company and be responsible for the preparation of general meeting of shareholders and meeting of the board of directors in the Company, keeping of documents and material management of shareholder in the Company and other matters.

The secretary of the board of directors shall observe the relevant provisions in the laws, administrative regulations, department rules and the Articles of Association.

Article 134 The executive shall be liable for the compensation for the losses to the Company due to his/her violates the provisions in the laws, administrative regulations, department rules or the Articles of Association during the performance of his/her duties in the Company.

# Chapter 7. board of supervisors

## Section 1. Supervisors

Article 135 The circumstances where the person in question shall not serve as the director in Article 98 of the Articles of Association apply to the supervisor at the same time;   Directors, the general manager and other senior management personnel shall not serve concurrently as supervisors.

Article 136 The supervisor shall observe the laws, administrative regulations and the Articles of Association, assume the duties of loyalty and the duties of diligence to the Company, and shall not take bribes or other illegal incomes through jobbery, or

misappropriate the property of the Company.

Article 137 Each term of office of supervisor shall be three years. A director may be reelected for reappointment upon the expiry of his/her term.

Article 138 Where a new supervisor is not elected out in time after the term of office of the supervisor expires, or the number of the supervisors is lower than the quorum as a result of the resignation of the supervisor within his/her term of office, then the original supervisor shall still perform his/her duties as a supervisor according to the provisions of laws, administrative regulations and the Articles of Association of the Company before the new elected supervisor takes office.

Article 139 The supervisor shall ensure that the information disclosed by the Company is authentic, accurate and complete.

Article 140 The supervisor may attend   meetings of the board of directors, and make inquiries and advice on the matters resolved by the Board.

Article 141 The supervisor shall not impair the interests of the Company by use of his/her association relationship, and shall be liable for the compensation for the losses to the Company, if any.

Article 142 The supervisor shall be liable for the compensation for the losses to the Company due to his/her violates the provisions in the laws, administrative regulations, department rules or the Articles of Association during the performance of his/her duties in the Company.

# Section 2. board of supervisors

Article 143 The board of supervisors shall be arranged in the Company. The board of supervisors consists of three supervisors, including one chairman.    The Chairman of the board of supervisors shall be elected by more than one-half of directors. The chairman of the board of supervisors shall call and preside over the meeting of the board of supervisors; if the chairman of the board of supervisors cannot or fails to perform his/her duties, one supervisor as jointly elected by a majority of supervisors shall call and preside over the meeting of the board of supervisors.

The board of supervisors shall include some shareholder representatives and an appropriate proportion of staff representatives, in which staff representatives occupy no less than one third of the total supervisors.    The   staff representative in the board of supervisors shall be democratically elected by the staff and workers of the Company through the congress of workers and staff, the general membership meeting or other forms.

Article   144 The Supervisory Board should exercise the following functions and powers：

(I) To examine the periodical report of the Company prepared by the board of directors and put forward the written examination opinion;

(II) To check the financial affairs of the Company;

(III) To supervise the performance of the duties of the directors and senior management personnel，and to propose the dismissal of those directors and senior management who have violated laws，administrative regulations，the   Article s of Association or the decision of the shareholder meetings;

(IV) To demand that directors and senior management personnel make corrections if any of their acts is found to have compromised the Company's interests;

(V) To propose to convene the interim shareholders' general meeting. Convene and preside over the shareholders' general meeting when the board of directors does not perform the duties of convening and presiding over the shareholders' general meeting as stipulated in the "Company Law of the People's Republic of China";

(VI) To submit proposals to the shareholders' general meeting;

(VII) To bring an action against any director or senior management personnel in accordance with   Article   152 of the "Company Law of People's Republic of China"

(VIII) To carry out an investigation if finding any abnormal condition of the Company's business. If necessary，the Supervisory Board may engage an accounting firm and a law office and other professional organizations to assist the work at the Company's expenses.

Article 145 The board of supervisors shall hold the meeting at least once every 6 months. The supervisor may propose the holding of interim meeting of the board of supervisors.   The resolution of the board of supervisors shall be adopted by a majority of supervisors.

Article 146 The board of supervisors shall formulate the rules of debate for the board of supervisors and clarify the debate manners and voting procedures of the board of supervisors to ensure the efficiency and scientific decision-making of the board of supervisors.

Article 147 The meeting minutes shall be prepared by the board of supervisors for the decision on the matters discussed in the meeting, and signed by the supervisors attending the meeting.   A supervisor has the right to request   his/her address at the meeting be recorded down as part of the minutes of the meeting. The meeting minutes of the board of supervisors shall be kept as the archives of the Company for 10 years.

Article 148 The meeting notice of the board of supervisors shall include the following items:

(I) Holding time, place and duration of meeting;

(II) Causes and topics;

(III) Date of giving notice.

# Chapter 8 Financial and Accounting System, Profit Distribution and Audit

## Section 1 Financial and Accounting System

Article 149 The Company shall establish a financial and accounting system in accordance with laws, administrative regulations, and the stipulations of the State's relevant authorities.

Article 150 The Company shall, within four months after each accounting year, submit the annual financial report to the CSRC and the stock exchange, the semi-annual financial report to the agency of the CSRC and the stock exchange within two months after six months prior to each accounting year, the quarterly financial report to the agency of the CSRC and the stock exchange within one month after three months and nine months prior to each accounting year.

The above-mentioned financial and accounting reports shall be prepared according to the provisions in laws, administrative regulations and department rules.

Article 151 Except for the statutory account books, the Company will not set up

other account books. No account may be opened in the name of any individual for deposit of the Company's assets.

Article 152 The Company shall, when distributing the after-tax profits of a year, allocate 10% of the profits and incorporate those into the Company's statutory common reserve. Where the accumulated amount of the statutory common reserve fund has exceeded fifty percent of the registered capital of the Company, no further allocation may be made.

If the Company's statutory common reserve is insufficient to cover the deficits of previous years,   the profits of this year shall first be used to cover such deficits prior to the allocation of statutory common reserve as provided in the preceding paragraph.

After the Company withdraws the legal accumulation funds from the after-tax profits, the discretionary accumulation funds can also be withdrawn from the after-tax profits upon resolution of the general meeting of shareholders.

The remaining after-tax profits after the Company covers the deficit and withdraws the accumulation funds shall be distributed according to the proportion of shares held by the shareholders, except for the profits not distributed according to the shareholding ratio as stipulated by the Articles of Association or the shareholders.

If the general meeting of shareholders distributes the profits to the shareholders before the Company covers the deficit and withdraws the legal accumulation funds in violation of the provisions in the preceding paragraph, the shareholders must refund the profits distributed in violation of the provisions to the Company.

The shares of this Company held by the Company will not be involved in the profit distribution.

Article 153 The accumulation funds of the Company shall be used to cover the deficit of the Company, expand the production and operation of the Company or be converted to the increased capital of the Company. However, the capital accumulation funds will not be used to cover the deficit of the Company.

When the legal accumulation funds are   converted into the capital, these remaining accumulation funds will be no less than 25% of registered capital of the Company before the increase by transferring.

Article 154 Basic principles, specific policies and deliberation procedure of profit distribution of the Company are as follows:

(I) Basic principles of profit distribution of the Company:

1. The Company shall fully consider the returns of investors, and distribute dividends to shareholders according to a specified proportion of profits available for distribution of the parent company in the current year;

2. The policies for profit distribution of the Company shall maintain continuity and stability, and give consideration to the long-term interests of the Company, the whole interests of all shareholders, and the sustainable development of the Company;

3. The Company shall give priority to the method of profit distribution through cash bonus.

(II) Specific policies for profit distribution of the Company are as follows:

1. Forms of profit distribution: The Company may distribute stock dividends in the form of cash or stock or by using the combined form of these two. If possibly，the Company may distribute the interim cash dividends.

2. Specific conditions and proportion of cash dividends distribution:   If, except in a special case, in the current year the profits of the Company and total profits available for distribution are positive and stock dividends are distributed through cash, the profits distributed through cash each year shall not be smaller than 20% of the

BNBMPLC0004267-R

parent company's profits available for distribution in the same year or the profits distributed accumulatively in the form of cash in the last three years should not be less than 30% of average profits available for distribution each year generated in the last three years.

Special case means:

(I) The audit authority issues standard unqualified audit report on the financial report of this year;

(II) The net cash flow from operating activities generated by the Company in the current year is smaller than the amount of cash bonus proposed according a specified proportion;

(III) The Company unveils a major investment plan or sees great cash expenditure and other matters (the accumulative amount of the investment plan or cash expenditure in the current year exceeds 30% of the net assets audited by the Company in the previous year, except the fund-raising project).

3. Specific conditions of payment of stock dividends of the Company:

If the Company has good operation condition and the board of directors thinks that the share price of the Company does not match its equity scale and that issuance of stock dividends is favorable to the whole interests of all shareholders of the Company, the Company may put forward the distribution scheme for shares and stocks on the basis of ensuring the distribution of the aforementioned cash bonus.

(III) Deliberation procedure of plan for profit distribution of the Company:

1. The profit distribution scheme of the Company is formulated by the board of directors. After a special resolution on this scheme is formed, it will be submitted to the general meeting of shareholders for deliberation. When the profit distribution scheme is deliberated, the Company may provide the network voting method for shareholders.

2. When the Company does not distribute cash bonus due to special cases as specified in Item 2 in Paragraph (II) of the preceding Article 154 of the Company, the board of directors will specially explain such matters as the specific reasons for cash bonus, the definite uses of retained income of the Company, the expected investment income. After independent directors express their opinions about such matters, such matters will be submitted to the general meeting of shareholders for deliberation and disclosed in the designated media of the Company.

Article 155 The implementation and change of the profit distribution scheme of the Company are as follows:

(I) Implementation of the profit distribution scheme of the Company:

After the resolution on the profit distribution scheme is made at the general meeting of shareholders of the Company, the board of directors of the Company shall complete the distribution matters of dividend (or share) within two months after the general meeting of shareholders is held.

(II) Change of the profit distribution policy of the Company:

The Company may adjust the profit distribution policy when some force majeure events, including war and natural disasters, occurs, or there is a change in the external business environment of the Company, resulting in the great impact on the production and operation of the Company, or there is a great change in the operation condition of the Company.

The adjustment on the profit distribution policy made by the Company shall be discussed specially by the board of directors. Reasons for such adjustment shall be demonstrated in detail, and a written demonstration report shall be made and submitted to the special resolution of the general meeting of shareholders for

adoption after being deliberated by independent directors. When any change in the profit distribution policy is deliberated, the Company may provide the network voting method for shareholders.

## Section 2 Internal audit

Article 156 The Company shall implement the internal audit system and provide the full-time auditors for the internal audit and supervision on the financial revenue and expenditure and economic activity of the Company.

Article 157 The internal audit system and the responsibilities of auditors in the Company shall be implemented upon approval of the board of directors. The chief auditor shall be responsible to the board of directors, and report the work.

## Section 3 Engagement of accounting firm

Article 158 The Company shall engage the accounting firm with the "qualification for securities-related businesses" for the audit of accounting statement, verification of net assets and other relevant consultation services and other businesses for one year, and may further engage such accounting firm.

Article 159 The Company's engagement of accounting firm must be decided by the general meeting of shareholders. The board of directors shall not appoint the accounting firm before any decision is made in the general meeting of shareholders.

Article 160 The Company shall ensure that it will provide the engaged accounting firm with the authentic and complete accounting vouchers, account books, financial and accounting reports and other accounting information, and shall not make any rejection, concealment or misstatement.

Article 161 The audit expenses of accounting firm shall be decided in the general meeting of shareholders.

Article 162 If the Company will dismiss or not further engage the accounting firm, the accounting firm shall be notified 15 days in advance. When the board of directors of the Company decides by vote the dismissal of accounting firm, the accounting firm shall be allowed for pronouncement.    If the accounting firm requires the discharging of appointment, it shall explain whether there is any improper circumstance of the Company to the board of directors.

# Chapter 9. Notification and Announcement

## Section 1 Notices

Article 163. Notices of the Company shall be delivered in the following forms:
(I) Personal delivery;
(II) By mail;
(III) Announcement;
(IV) By fax;
(V) By email;
(VI) Other forms as stipulated in the Articles of Association.
Article 164 If any notice issued by the Company is in the form of announcement,

all related personnel will be deemed to have received the notice once announcement is made.

Article 165 Any notice on convening the general meeting of shareholders of the Company shall, by announcement, be carried in the "China Securities Journal" or other newspapers and periodicals for information disclosure of listed companies as designated by the CSRC.

Article 166 The meeting notice that the Company will hold the board meeting shall be given by delivery of special messenger, fax or email.

Article 167 The meeting notice that the Company will hold the meeting of the board of supervisors shall be given by delivery of special messenger, fax or email.

Article 168 If the notice of the Company is given by delivery of special messenger, the addressee shall sign (or seal) on the service return receipt, and the sign-in date of addressee shall be the date of service; if such notice is given by mail, the third working day as from the date when the notice is delivered to the post office shall be the date of service; if such notice is given by announcement, the first publication date of announcement shall be the date of service; if such notice is given by fax or email, the date when the fax or email is sent out shall be date of service.

Article 169 Where the meeting notice is not delivered to, or received by, a person who has the right to get such a notice due to accidental omission, the meeting and resolutions adopted at such a meeting shall not be considered invalid.

## Section 2 Announcements

Article 170 The Company designates the "China Securities Journal", and www.cninfo.com.cn as the media for publishing the announcements of the Company and other information to be disclosed.

# Chapter 10 Merger, Split, Capital Increase, Capital Decrease, Dissolution and Liquidation

## Section 1 Merger, split, capital increase and capital decrease

Article 171 The merger of the Company may adopt the merger by absorption or the merger by new establishment.

The merger by absorption refers to the fact that one company absorbs other companies. The absorbed companies will be dissolved. The merger by new establishment refers to the fact that two or more companies are merged into a new company. The merged parties will be dissolved.

Article 172 For the merger of the Company, the merged parties shall sign the merger agreements, and prepare the balance sheets and the lists of property. The Company shall notify the creditor within 10 days as from the date when the merger resolution is made, and make announcements in the "China Securities Journal" within 30 days. The creditor may require the Company to pay off the debts or provide the corresponding security within 30 days upon receipt of notice or within 45 days as from the date when the announcement is made in case of no receipt of notice.

Article 173 During the merger of the Company, the existing company after merger or the newly established company shall inherit the creditor's rights and debts

of merged parties.

Article 174 For the split of the Company, the corresponding division of its property shall be made.

For the split of the Company, the balance sheet and the list of property shall be prepared. The Company shall notify the creditor within 10 days as from the date when the split resolution is made, and make announcements in the "China Securities Journal" within 30 days.

Article 175 For the debts before the split of the Company, the split companies shall bear the joint and several liability, unless otherwise stipulated in the written agreement reached by the Company and the creditor on the redemption of debts before the split.

Article 176   When the Company reduces its registered capital, it shall prepare a balance sheet and asset inventory.

The Company shall notify creditors within 10 days after its reduction of the registered capital. It shall publish an announcement regarding it in the "China Securities Journal" within 30 days. The creditor may require the Company to pay off the debts or provide the corresponding security within 30 days upon receipt of notice or within 45 days as from the date when the announcement is made in case of no receipt of notice.

The registered capital of the Company after the capital decrease will not be lower than the minimum legal limit.

Article 177 Where the merger or division of the Company involves changes in registered items, such changes shall be registered according to law with the Company Registration Authority. Where the Company is dissolved, it shall apply for cancellation of its registration according to law. Where a new company is incorporated, the registration of the incorporation of the company shall be carried out according to law.

For the increase or decrease of registered capital of the Company, the change registration shall be handled with the register office of the Company    according to law.

## Section 2 Dissolution and Liquidation

Article 178 The Company may be dissolved under any of the following circumstances:

(I) The term of business operation as stipulated by the Articles of Association expires or any of the matters for dissolution as stipulated in the Articles of Association appears;

(II) The shareholders' meeting makes resolution to dissolve it;

(III) It is necessary to be dissolved due to merger or split-up of the Company;

(IV) Its business license is canceled or it is ordered to close down or to be dissolved according to law; or

(V) If the heavy losses will be caused to the shareholder benefits in case of continuous existence due to the serious difficulty in the operation management of the Company and cannot be solved in other ways, the shareholders holding more than 10% of all the shareholders' voting rights may report to the people's court for dissolution of the Company;

Article 179 Under the circumstance as specified in Item (I) in Article 178 of these Articles of Association, the Company may exist through modification of these Articles

of Association.

Modification of these Articles of Association in accordance with the preceding paragraph shall be carried out after over two-thirds of the votes held by shareholders attending the general meeting of shareholders are adopted.

Article 180 If the Company is dissolved according to the provisions in Item (I), (II), (IV) and (V) of Article 178 in the Articles of Association, it shall establish a liquidation team within 15 days as from the date when the dissolution causes occur to start the liquidation. The   liquidation committee shall comprise the persons as determined by Directors or the general meeting of stockholders. If the liquidation team fails to be established within the time limit for liquidation, the creditor may apply to the people's court for designation of relevant personnel to form the liquidation team for liquidation.

Article 181 The liquidation committee    shall exercise the following functions and powers during liquidation:

(I) To check up on the Company's assets, and to respectively formulate a balance sheet and an asset inventory;

(II) To notify creditors by notice or announcement;

(III) To deal with the Company's pending businesses regarding    liquidation;

(IV) To pay off the taxes in arrears and arising in the process of liquidation.

(V) To clear up creditor's rights and debts;

(VI) To dispose of the Company's remaining property, after paying off all the debts; and

(VII) To participate in civil lawsuits on behalf of the Company.

Article 182. The liquidation group shall inform the creditors of its establishment within 10 days from the date of its establishment, and shall publish an announcement in the "China Securities Journal" within 60 days. The creditor may declare its creditor's rights within 30 days upon receipt of notice or within 45 days as from the date when the announcement is made in case of no receipt of notice.

Where declaring his/her claims, a creditor shall specify the relevant items of the creditor's rights and provide supporting materials. The liquidation committee shall register the creditor's rights.

During the declaration of creditor's rights, the liquidation team shall not pay off the debts to the creditor.

Article 183 After the liquidation committee has checked up on the Company's assets, and formulated the balance sheet and asset inventory, it shall formulate a liquidation plan and submit it to the general meeting of stockholders or the People's Court for confirmation.

After the properties of the Company are used to pay the liquidation expenses, staff salaries, social insurance expenditure, statutory compensation and owed taxes and pay off the debts of the Compay, the residual properties shall be distributed by the Company according to the proportion of shares held by the shareholders.

During the liquidation, the Company will exist, but shall not carry out the operating activities unrelated to the liquidation. The properties of the Company will not be distributed to the shareholders before the liquidation is made according to the provisions of preceding paragraph.

Article 184 If the liquidation committee finds the assets of the Company is insufficient to pay off its debts after having checked up the Company's assets and formulated the balance sheet and asset inventory, it shall apply to the People's Court for declaration of bankruptcy of the Company.

Following declaration of bankruptcy by people's court, the liquidation committee shall turn the liquidation matters over to that court.

BNBMPLC0004272-R

Article 185 After the liquidation of the Company is finished, the liquidation team shall prepare the liquidation report, report it to the general meeting of shareholders or the people's court for confirmation, submit it to the register office of the Company, apply for the cancellation of registration of the Company, and make an announcement on the termination of the Company.

Article 186 The members of the liquidation committee shall be devoted to their duties, and perform liquidating obligations according to laws.

Members of the liquidation committee shall not accept bribes or other illegal income or misappropriate property of the Company by taking advantage of their positions and powers.

Members of the liquidation committee shall be liable for losses to the Company or creditors due to their intentional act or gross negligence.

Article 187 If the Company is declared to go bankrupt according to law, the bankruptcy liquidation shall be performed according to the laws related to the business bankruptcy.

# Chapter 11 Modification of Articles of Association

Article 188. The Company shall amend the Articles of Association under one of the following circumstances:

(I) After any amendment to the Company Law or relevant laws and administrative regulations, their provisions contradict with those of the Articles of Association;

(II) the situation of the Company has changed, and   is inconsistent with matters recorded in the Articles of Association;

(III) The general meeting of stockholders decides to modify the Articles of Association.

Article 189. Where matters on change of the Articles of Association adopted at the general meeting of stockholders shall be approved by the competent authority, it must be reported to the original examination and approval authority for approval. Where such changes involve the registration of the Company, the registration of change shall be handled according to law.

Article 190 The board of directors shall amend the Articles of Association according to a resolution of amendment to the Articles of Association adopted by the general meeting of stockholders and   approval opinions of relevant competent authorities.

Article 191 If the modification items of the Articles of Association are the information to be disclosed according to the requirements of the laws and regulations, the announcements shall be made as specified.

# Chapter 12 Supplementary Provisions

Article 192 Definitions

(I) The controlling shareholder refers to the shareholder whose shares account for more than 50% of total amount of capital stock of the Company and the shareholder whose voting right for his/her shares has been enough to materially affect the resolution of general meeting of shareholders regardless of his/her shareholding ratio of less than 50%.

BEIJING   NEW   BUILDING   MATERIAL   PUBLIC          Articles of Association
LIMITED COMPANY

(II) The actual controller refers to any person who is not a shareholder but is in a position to exercise actual control over the acts of the company by means of investment relationships, agreements or any other arrangements the person who is not the shareholder of the Company, but can actually dominate the behaviors of the Company through the investor relations, agreements or other arrangements.

(III) The association relationship refers to the relationship between the controlling shareholder, actual controller, director, supervisor and executive and the enterprise directly or indirectly controlled by them, and other relationships that may result in the transfer of interests of the Company. However, there is the association relationship between the state-controlled enterprises not only because they are controlled by the state.

Article 193   The board of directors may formulate detailed regulations according to provisions of the Articles of Association. The detailed regulations shall not be in conflict with the Articles of Association.

Article 194 The Articles of Association are written in Chinese. Where the Articles of Association in any other language or version are inconsistent with the Articles of Association, the latest Chinese version of the Articles of Association as registered at the State Administration for Industry and Commerce shall prevail.

Article 195. "More than", "Within" and "Less than" referred to in the Articles of Association all include the succeeding numbers; "Not reaching", "Except","Not Exceeding" and "Exceeding" referred to in the Articles of Association all exclude the succeeding numbers.

Article 196   The interpretation of the Articles of Association shall be the responsibility of the board of directors.

Article 197 The annexes to these Articles of Association include the Rules of Debate for General Meeting of Shareholders, the Rules of Debate for Board of Directors, and the Rules of Debate for board of supervisors.

Article 198 These Articles of Association shall be implemented as from the date when their deliberation is passed at the general meeting of shareholders of the Company.