Case 2:09-md-02047-EEF-MBN   Document 19646-18   Filed 10/23/15   Page 1 of 6

---

**IMPORTANT**

*If you are in any doubt about this prospectus, you should obtain independent professional advice.*



**CNBM**

# China National Building Material Company Limited*
# 中國建材股份有限公司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

## GLOBAL OFFERING

| | |
|---|---|
| Number of H Shares offered pursuant to the Global Offering : | 654,214,000 (subject to adjustment and the Over-allotment Option) |
| Number of Public Offer Shares : | 65,422,000 (subject to adjustment) |
| Number of International Placing Shares : | 588,792,000 (including 59,474,000 Sale H Shares) (subject to adjustment and the Over-allotment Option) |
| Maximum offer price : | HK$2.75 per H Share payable in full on application in Hong Kong dollars, subject to refund, plus 1% brokerage, SFC transaction levy of 0.005% and Stock Exchange trading fee of 0.005% |
| Nominal value : | RMB 1.00 each |
| Stock code : | 3323 |

**Sole Global Coordinator, Bookrunner, Sponsor and Lead Manager**



Morgan Stanley

---

The Stock Exchange of Hong Kong Limited and Hong Kong Securities Clearing Company Limited take no responsibility for the contents of this prospectus, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this prospectus.

A copy of this prospectus, having attached thereto the documents specified in the paragraph entitled "Documents Delivered to the Registrar of Companies" in Appendix IX to this prospectus, has been registered by the Registrar of Companies in Hong Kong as required by Section 342C of the Companies Ordinance (Chapter 32 of the Laws of Hong Kong). The Securities and Futures Commission and the Registrar of Companies in Hong Kong take no responsibility for the contents of this prospectus or any other document referred to above.

The Offer Price is expected to be fixed by agreement between the Global Coordinator, on behalf of the Underwriters, the Selling Shareholders and the Company on the Price Determination Date. The Price Determination Date is expected to be on or around Thursday, March 16, 2006 and, in any event, not later than Tuesday, March 21, 2006. The Offer Price will be not more than HK$2.75 and is currently expected to be not less than HK$2.30 unless otherwise announced. Investors applying for Public Offer Shares must pay, on application, the maximum offer price of HK$2.75 for each H Share together with a brokerage of 1%, SFC transaction levy of 0.005% and Stock Exchange trading fee of 0.005%.

The Global Coordinator, on behalf of the Underwriters, may, with the consent of the Company (on behalf of itself and the Selling Shareholders), reduce the indicative Offer Price range (which is HK$2.30 to HK$2.75 per H Share) and/or the number of Offer Shares below that stated in this prospectus at any time on or prior to the morning of the last day for lodging applications under the Hong Kong Public Offering. In such a case, notices of the reduction in the indicative offer price range and/or the number of Offer Shares will be published in the South China Morning Post and the Hong Kong Economic Times not later than the morning of the day which is the last day for lodging applications under the Hong Kong Public Offering. If applications for Public Offer Shares have been submitted prior to the day which is the last day for lodging applications under the Hong Kong Public Offering, then even if the offer price range and/or the number of Offer Shares is so reduced such applications cannot be subsequently withdrawn. If, for any reason, the Offer Price is not agreed between the Company (on behalf of itself and the Selling Shareholders) and the Global Coordinator, on behalf of the Underwriters, the Global Offering (including the Hong Kong Public Offering) will not proceed.

The Company is incorporated, and its businesses are located, in the PRC. Potential investors should be aware of the differences in the legal, economic, and financial systems between the mainland of the PRC and Hong Kong and that there are different risk factors relating to making an investment in PRC-incorporated companies. Potential investors should also be aware that the regulatory framework in the PRC is different from the regulatory framework in Hong Kong and should take into consideration the different market nature of the Shares of the Company. Such differences and risk factors are set out in the sections entitled "Risk Factors" and "Appendix VI — Summary of Principal PRC Legal and Regulatory Provisions" and "Appendix VII — Summary of Articles of Association." Investors should also be aware that the companies and securities regulatory framework in the PRC to which the Group is subject has only recently been introduced.

The obligations of the Hong Kong Underwriters under the Hong Kong Underwriting Agreement to subscribe for, and to procure applicants for the subscription for, the Public Offer Shares, are subject to termination by the Global Coordinator (on behalf of the Hong Kong Underwriters) if certain grounds arise at any time prior to 8:00 a.m. on the day that trading in the Offer Shares commences on the Stock Exchange. Such grounds are set out in the section entitled "Underwriting — Underwriting Arrangements and Expenses — Hong Kong Public Offering — Hong Kong Underwriting Agreement — Grounds for termination" in this prospectus. It is important that you refer to that section for further details.

The Offer Shares have not been and will not be registered under the U.S. Securities Act or any state securities laws of the United States. The Offer Shares are being offered only (1) to qualified institutional buyers in the United States in reliance on Rule 144A under the U.S. Securities Act or (2) outside the United States in reliance on Regulation S under the U.S. Securities Act.

\* For identification only

March 13, 2006

ALRMH-CNBM00000001

C: 6/5/15-6/7/15
Exhibit 3

EXHIBIT 23

# SUMMARY

**Results of Operations**

The total revenue of the Company for the years ended December 31, 2002, 2003 and 2004 and for the nine months ended September 30, 2005, was RMB 1,661.5 million, RMB 1,845.2 million, RMB 2,898.1 million and RMB 3,334.4 million, respectively. For the same periods, the Company's profit attributable to equity holders of the Company was RMB 99.2 million, RMB 111.7 million, RMB 193.1 million and RMB 223.9 million, respectively.

The following table, which summarizes our consolidated results of operations for the years ended December 31, 2002, 2003, 2004, and for the nine months ended September 30, 2005, is extracted from the *Accountants' Report* set out in Appendix I to this prospectus.

|  | Year ended December 31, | | | Nine months ended September 30, | |
|---|---|---|---|---|---|
|  | 2002 | 2003 | 2004 | 2004 | 2005 |
|  |  |  |  | (unaudited) |  |
|  | (RMB in millions) | | | | |
| Revenue | 1,661.5 | 1,845.2 | 2,898.1 | 1,956.1 | 3,334.4 |
| Cost of sales | (1,290.3) | (1,426.8) | (2,343.3) | (1,593.9) | (2,733.0) |
| Gross profit | 371.2 | 418.4 | 554.8 | 362.2 | 601.4 |
| Other income | 79.5 | 81.2 | 151.3 | 100.7 | 177.5 |
| Selling and distribution costs | (126.5) | (146.5) | (188.1) | (138.0) | (207.3) |
| Administrative and other expenses | (164.4) | (212.8) | (221.5) | (160.7) | (211.5) |
| Operating profit | 159.8 | 140.3 | 296.5 | 164.2 | 360.1 |
| Share of profit of associates | 40.3 | 70.0 | 96.7 | 46.7 | 71.5 |
| Finance costs | (53.3) | (58.2) | (98.8) | (75.4) | (104.7) |
| Profit on partial disposals | 0 | 1.3 | 0 | 0 | 0 |
| Profit on disposal of a subsidiary | 0 | 0 | 0 | 0 | 27.3 |
| Income tax expense | (2.3) | (9.1) | (25.0) | (10.2) | (39.6) |
| Profit for the year/period | 144.5 | 144.3 | 269.4 | 125.3 | 314.6 |
| Attributable to: | | | | | |
| Equity holders of the Company | 99.2 | 111.7 | 193.1 | 91.4 | 223.9 |
| Minority interests | 45.3 | 32.6 | 76.3 | 33.9 | 90.7 |
|  | 144.5 | 144.3 | 269.4 | 125.3 | 314.6 |
| Distributions to equity holders of the Company[1] | 22.8 | 136.4 | 27.8 | 27.8 | 135.6 |
| Earnings per Share - basic (RMB)[2] | 0.07 | 0.08 | 0.14 | 0.07 | 0.16 |

*Notes:*

(1) Distributions consisted of declared dividends and deemed distributions. For a discussion on declared dividends, see *"Financial Information — Dividends."* The Company incurred deemed distributions in the amount of RMB5.5 million, RMB115.6 million, nil, nil and nil, respectively, for the years ended December 31, 2002, 2003, 2004 and the nine months ended September 30, 2004 and 2005. See Note 12 of *"Appendix I — Accountants' Report"* for details.

(2) The calculations of basic earnings per Share are based on the profit attributable to equity holders of the Company of each period and on the weighted average number of 1,387,110,000 Shares for each of 2002, 2003, 2004 and the nine months ended September 30, 2004 and 1,387,555,238 Shares for the nine months ended September 30, 2005, as if the Reorganization had been completed on January 1, 2002.

— 13 —

## INDUSTRY OVERVIEW

The price of gypsum board in the domestic market went through a depressed phase in the late 1990s due to price competition from foreign-invested producers. The price of gypsum board has remained relatively stable since the beginning of 2000.

Producers that had annual sales of at least RMB 5 million accounted for approximately 75.8% of China's gypsum board sales in 2004. Based on the analysis of the China Association of Decorative Building Materials, such producers fell into two broad categories prior to April 28, 2005, the date on which we acquired a 42% equity interest in Taihe. The first category consisted of BNBM and three other gypsum board producers that had world-class foreign investors, primarily European building materials companies. These first category producers generally produced gypsum boards of superior physical characteristics, including higher durability and better dimensional consistency and stability. According to the China Association of Decorative Building Materials, these gypsum boards were high-end products that commanded the highest prices in the PRC. BNBM's market share, at 36.0%, was the largest amongst producers in this category in 2004. As a domestic gypsum board producer and one of the first PRC companies to introduce the production and application of gypsum boards in the PRC more than 20 years ago, BNBM has developed production capabilities that is on par with those producers with foreign investment in the PRC, according to the China Association of Decorative Building Materials. BNBM has extensive experience in operating large-scale gypsum board production lines with an annual production capacity of at least 20 million square meters. In addition, BNBM is capable of producing acoustical ceiling panels, lightweight metal frames and other related products, providing customers with a wide variety of dry wall and ceiling products.

The second category of producers generally produced only gypsum boards. These producers operated small-scale product lines with a production capacity of several million square meters with a few exceptions. Taking advantage of their low capital investment and low production costs, these small producers have expanded quickly by establishing plants in areas that are close to the market and are rich in raw materials. Gypsum boards produced by producers in this second category satisfy the needs of mid-tier customers with their competitive pricing. Taihe's market share, at 58.4%, was the largest amongst producers in this category in 2004. Taihe currently operates 18 production lines, six of which have an annual production capacity of 20 million square meters or more. According to *China Building Materials Daily* and the China Association of Decorative Building Materials, Taihe was also the largest producer of gypsum boards in the PRC in terms of production capacity at the time it was acquired by BNBM on April 28, 2005.

The general trend in PRC gypsum board industry is to increasingly focus on the development of large-scale production lines over the ones of small-scale. Some domestic producers have constructed a number of large-scale production lines with an annual production capacity of 20 million square meters or more since the beginning of 2002. In 2004, the PRC government issued regulations prohibiting construction of gypsum board production lines with an annual production capacity below four million square meters, and imposed further restrictions on the construction of those with an annual production capacity below 20 million square meters.

ALRMH-CNBM00000082

## INDUSTRY OVERVIEW

The table below sets out certain information regarding PRC gypsum board producers with annual gypsum board sales of at least RMB 5 million in 2004:

| Category | Producer | Total production line capacities[1] sq.m. (in millions) | Primary production locations | Average price range[2] RMB per sq.m. | Sales volume sq.m. (in millions) | National market share[4] % |
|---|---|---|---|---|---|---|
| 1st Category... | BNBM | 45.0 | Beijing | 6.8-8.5 | 41.7[3] | 12.7 |
| | Producers with foreign investment | 100.0 | Shanghai, Tianjin, Anhui and Guangdong | | 74.0 | 22.5 |
| 2nd Category.. | Taihe | 155.0 | Tai'an and others across the PRC | 4.8-6.5 | 124.6 | 37.9 |
| | Other producers | 225.0 | | | 88.6 | 26.9 |

*Sources: China Association of Decorative Building Materials and Quantitative Economics and Audit Society of China Building Materials, except for the sales volume of BNBM and Taihe, which are derived from the Company's own data.*

Notes:

(1) For the purposes of this prospectus, gypsum board production capacities are stated on the basis of standard gypsum boards that are 9.5 millimeter thick. Production volume and sales volume are stated on an actual basis.

(2) Market prices included VAT and freight.

(3) If converted into an amount of standard gypsum boards that are 9.5 millimeter thick, 46.1 million sq.m.

(4) Percentage is based on PRC gypsum board producers with annual gypsum board sales of at least RMB 5 million in 2004.

**Other Related Products**

Acoustical ceiling panels are generally used in structures such as office buildings, concert halls, convention centers, educational facilities and hotels, where sound quality is an important concern. The total amount of acoustical ceiling panels sold among all PRC producers increased rapidly from approximately 35 million square meters in 2002 to approximately 61 million square meters in 2004.

Producers of acoustical ceiling panels in the PRC can be categorized according to the nature of their production facilities. There were three high-end producers, including BNBM, that operated advanced imported production equipment. They primarily produced quality products that were sold at a unit price of between RMB 20 and RMB 30 per square meter. In 2004, the aggregate market share of these high-end producers, as measured by sales volume, was approximately 41.0%. Our "Dragon" brand acoustical ceiling panels commanded approximately a 20.2% share of the high-end market in 2004 as measured by sales volume. The mid-tier producers, including Tianfeng, which we acquired in March 2005, primarily operated domestic equipment and produced products of lower quality as compared with those of the high-end producers. The mid-tier products were generally sold at a unit price between RMB 10 and RMB 20 per square

— 79 —

ALRMH-CNBM00000083

---

**HISTORY, REORGANIZATION AND GROUP STRUCTURE**

---

- China United retained the assets and liabilities relating to NSP cement production that were held by Lunan Cement (through Luhong), Julong Cement (through Huaihai) and Nanyang Hangtian's Zhenping branch factory (through Nanyang), prior to the Reorganization, as they were the core cement operations of Parent. Other assets and liabilities, including cement operations using the vertical kiln technique and the mining rights in respect of certain limestone and clay quarries, were transferred to Parent by way of allocation at nil consideration. Such assets and liabilities were historically associated with the NSP cement production, but do not form part of the core business.

- China United transferred to Parent Group its 98.55% equity interest in Xinlei as well as minority investment holdings in certain cement operations in Guangxi, Hunan, Hubei, Henan, Gansu, Sichuan, Inner Mongolia Autonomous Region and Heilongjiang by way of allocation at nil consideration. Xinlei is currently principally engaged in the production of cement using the vertical kiln technique.

*Lightweight Building Materials*

- On December 27, 2004, SASAC issued an approval (Guo Zi Chan Quan [2004] No. 1204) approving, amongst other things, the transfer of BNBMG's 60.33% equity interest in BNBM to CNBM Equipment.

- On January 28, 2005, CSRC issued an opinion (Zheng Jian Gong Si Zi [2005] No. 6) relating to, amongst other things, the waiver from the obligation for CNBM Equipment to make a general offer for the A shares in BNBM, which were listed on the Shenzhen Stock Exchange, as a result of the above transfer.

- On March 24, 2005, registration procedures relating to the transfer of BNBMG's 60.33% equity interest in BNBM to CNBM Equipment were completed. As a result, BNBM was held as to 60.33% by CNBM Equipment and 39.67% by the public.

*Glass Fiber and FRP Products*

*China Fiberglass*

- On December 28, 2004, SASAC issued an approval (Guo Zi Chan Quan [2004] No. 1204) approving, amongst other things, the transfer of BNBMG's 37.79% equity interest in China Fiberglass to CNBM Equipment.

- On January 28, 2005, CSRC issued an opinion (Zheng Jian Gong Si Zi [2005] No. 6) relating to, amongst other things, the waiver from the obligation for CNBM Equipment to make a general offer for the A shares in China Fiberglass, which were listed on the Shanghai Stock Exchange, as a result of the above transfer.

- As part of the Reorganization, (i) BNBMG and CNBM Trading respectively transferred to CNBM Equipment 37.79% and 0.31% equity interests in China Fiberglass by way of allocation at nil consideration; and (ii) CNBM Equipment acquired a 2.07% equity interest from China Fiberglass for a total cash consideration of RMB12,890,000. As a result, China Fiberglass was held as to 40.17% by CNBM Equipment.

ALRMH-CNBM00000094

# BUSINESS

The table below sets out, for the periods indicated, sales volume of the principal products composing our dry wall and ceiling systems:

|  | For the year ended December 31, | | | For the nine months ended September 30, |
| --- | --- | --- | --- | --- |
|  | 2002 | 2003 | 2004 | 2005 |
|  | (in million m² or in thousand tonnes) | | | |
| Gypsum boards | 35.3 | 37.7 | 41.7 | 97.3[1] |
| Acoustical ceiling panels | 4.8 | 5.4 | 5.2 | 8.3[2] |
| Lightweight metal frames | 19.9 | 22.4 | 23.6 | 20.4 |

*Notes:*

(1) Includes 64.0 million square meters sold by Taihe from May 1, 2005 to September 30, 2005.

(2) Includes 4.0 million square meters sold by Tianfeng from April 1, 2005 to September 30, 2005.

***Gypsum boards.*** Gypsum board is the largest product category in terms of revenue in our lightweight building materials segment. Gypsum boards are used in the construction of dry walls and ceilings. We produce, sell and market quality gypsum boards under the "Dragon" brand through the gypsum board division of BNBM and under the "Tai Shan" brand through Taihe. Our "Dragon" brand gypsum boards in general have superior durability, dimensional consistency and stability and have a greater variety of special features such as higher resistance to fire and water as compared to the "Tai Shan" brand. They are generally sold to customers for the construction and renovation of offices, hotels, sports facilities and other national key projects. Our "Tai Shan" brand gypsum boards are sold to a broader base of cost-conscious customers.

BNBM pioneered gypsum board production and application in the PRC and introduced the PRC's first modern production line in the early 1980s from the former West Germany. After more than 20 years of operations, BNBM has developed 13 types of gypsum boards in five different categories that can be produced in a wide range of dimensions. Patents relating to these gypsum boards were retained by BNBMG following the Reorganization but BNBM is exclusively licensed to produce all of BNBMG's patented gypsum boards, which include such special features as resistance to moisture, mildew, water and fire. BNBM has the ability to produce gypsum boards that satisfy both the U.S. ASTM standards and the U.K. BS standards and have been certified to use the UL marks for entry into the U.S. market by the independent safety testing company, Underwriter Laboratories Inc.

In 2004, BNBM sold 41.7 million square meters of "Dragon" brand gypsum boards. According to the Quantitative Economics and Audit Society of China Building Materials, in 2004 BNBM had a market share of approximately 12.7% in terms of sales volume among the gypsum board producers with annual sales of at least RMB 5.0 million, and a market share of approximately 36.0% among the gypsum board producers in the PRC in terms of sales volume of the high-end gypsum boards. For a description of the high-end market, see "*Industry Overview — Lightweight Building Materials — Gypsum Boards.*" In 2004, Taihe sold 124.6 million square meters of "Tai Shan" brand gypsum boards and, according to the Quantitative Economics and Audit Society of China Building Materials, had a market share of approximately 37.9% in terms of sales volume among the producers that sold at least RMB 5 million of gypsum boards in China.

ALRMH-CNBM00000121