1                  UNITED STATES DISTRICT COURT

2                  EASTERN DISTRICT OF LOUISIANA

3

4      * * * * * * * * * * * * * * * * * * * * * * *

5      IN RE:  CHINESE-              MDL NO. 2047

6      MANUFACTURED DRYWALL

7      PRODUCTS LIABILITY            SECTION:   L

8      LITIGATION                    JUDGE FALLON

9      THIS DOCUMENT APPLIES TO

10     ALL CASES                     MAG. JUDGE WILLIAMS

11     * * * * * * * * * * * * * * * * * * * * * * *

12            CONFIDENTIAL - SUBJECT TO FURTHER

13                 CONFIDENTIALITY REVIEW

14         VIDEOTAPED DEPOSITION OF ALBERT WINSLOW

15       30(b)(6) Deposition of Triorient Trading

16            LENNON MURPHY & PHILLIPS LCC

17                   2425 Post Road

18               Southport, Connecticut

19             July 27, 2015     9:56 a.m.

20

21          Maryellen Coughlin, RPR/CRR

22

23            GOLKOW TECHNOLOGIES, INC.

24       877.370.3377 ph | 917.591.5672 fax

25               deps@golkow.com                   **EXHIBIT 35**

```
 1    APPEARANCES:

 2    Representing the Plaintiff Class:

 3            LEVIN FISHBEIN, SEDRAN & BERMAN

 4            510 Walnut Street, Suite 500

 5            Philadelphia, Pennsylvania 19106

 6            BY:  Matthew C. Gaughan, Esquire

 7            (215) 592-1500

 8            mgaughan@lfsblaw.com

 9    Representing Taishan Gypsum Company (Via phone):

10            ALSTON & BIRD LLP

11            One Atlantic Center

12            1201 West Peachtree Street NE

13            Atlanta, Georgia 30309-3424

14            BY:  Mackenzie (Mack) Heller (Kahnke), Esquire

15            (404) 881-4828

16            mackenzie.heller@alston.com

17    Representing the BNBM Defendants:

18            DENTONS US LLP

19            1221 Avenue of the Americas

20            New York, New York 10020

21            BY:  Justin N. Kattan, Esquire

22            (212) 768-6700

23            justin.kattan@dentons.com

24

25
```

```
 1    FURTHER APPEARANCES:

 2    Representing the BNBM Defendants (Via phone):

 3          DENTONS US LLP

 4          1301 K Street, N.W.

 5          Suite 600, East Tower

 6          Washington, D.C. 20005

 7          BY:  Drew W. Marrocco, Esquire

 8          (202) 408-6400

 9          drew.marrocco@dentons.com

10

11    Representing CNBM Defendants:

12          ORRICK HERRINGTON & SUTCLIFFE LLP

13          51 West 52nd Street

14          New York, New York 10019-6142

15          BY:  Kelly M. Daley, Esquire

16          (212) 506-5000

17          kdaley@orrick.com

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1    FURTHER APPEARANCES:

 2    Representing the Deponent:

 3             LENNON MURPHY & PHILLIPS, LLC

 4             Tide Mill Landing

 5             2425 Post Road, Suite 302

 6             Southport, Connecticut 06890

 7             BY:  Patrick F. Lennon, Esquire

 8             (203) 256-8600

 9             pfl@lmplaw.net

10

11    PRESENT:  Victoria Chu, Student

12    VIDEOGRAPHER:  Kevin Marth

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                     I N D E X

 2

 3     WITNESS:      ALBERT WINSLOW

 4

 5     EXAMINATION:                           Page

 6   BY MR. GAUGHAN                     9 & 208

 7   BY MR. KATTAN                    184 & 213

 8

 9     EXHIBITS FOR IDENTIFICATION:

10     No.          Description            Page

11       1  Amended Notice of Expedited Oral    24

12          and Videotaped Deposition Pursuant

13          to the Court's Directive During

14          the March 17, 2015 Special Hearing

15          and Minute Entry and Order

16       2  Revised Exporter, Importer, or      68

17          Broker Defendant Profile Form

18          (DPF-TRIORIENT TRADING-1-00001 -

19          11)

20       3  Inspection Report (TRIORIENT        75

21          000001 - 4)

22       4  Survey Report (TRIORIENT 000005)    80

23       5  BNBM Public Limited Company         89

24          Invoice and attachments (TRIORIENT

25          000010 - 17)
```

Confidential - Subject to Further Confidentiality Review

```
 1                    EXHIBITS CONTINUED

 2

 3     EXHIBITS FOR IDENTIFICATION:

 4     No.          Description              Page

 5       6  Contract for Order No. WN6351      99

 6          (TRIORIENT 000022 - 31)

 7       7  Documents (TRIORIENT 000032 - 35)  108

 8       8  Rosen Building Supplies Purchase   112

 9          Order (TRIORIENT 000036 - 37)

10       9  Document (TRIORIENT 000038 - 42)   114

11      10  Document (TRIORIENT 000043 - 45)   120

12      11  Bill of Lading with attachments    122

13          (TRIORIENT 000046 - 53)

14      12  Inspection report (TRIORIENT       128

15          000054 - 58)

16      13  Barthco International, Inc.         131

17          Invoice (TRIORIENT 000059)

18      14  4/26/06 e-mail chain (TRIORIENT    133

19          000018 - 21)

20      15  4/27/06 e-mail chain (TRIORIENT    139

21          000060 - 61)

22      16  3/6/06 e-mail chain (TRIORIENT     143

23          000062 - 66)

24

25
```

Confidential - Subject to Further Confidentiality Review

1                     EXHIBITS CONTINUED

2

3     EXHIBITS FOR IDENTIFICATION:

4     No.          Description              Page

5      17  Letter dated 7/13/09 to Triorient    155

6          from U.S. CPSC (Triorient 67 - 71)

7      18  Documents (Triorient 72 - 101)    157

8      19  Documents (Triorient 102 - 106)    174

9      20  Document (Triorient 107 - 110)    177

10     21  Survey report (Triorient 111 -    178

11         120)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1                    P R O C E E D I N G S

 2

 3               THE VIDEOGRAPHER:  Good morning.

 4    We are now on the record.  My name is Kevin

 5    Marth.  I am the legal videographer today

 6    representing Golkow Technologies.  Today's date

 7    is July 27th, 2015, and the time is 9:56 a.m.

 8               The video deposition today is being

 9    held in Southport, Connecticut, in the matter of

10    In Re:  Chinese Manufactured Drywall Products

11    Liability Litigation in the United States

12    District Court for the Eastern District of

13    Louisiana.  The deponent today is Mr. Al Winslow.

14               At this time, would counsel please

15    identify themselves for the record?

16               MR. GAUGHAN:  Sure.  Matthew

17    Gaughan, on behalf of the plaintiff steering

18    committee.

19               MR. LENNON:  Patrick Lennon, from

20    Lennon Murphy & Phillips, representing Triorient

21    Trading, Inc., and the witness, Albert Winslow.

22               MR. KATTAN:  Justin Kattan, from

23    Dentons U.S. LLP on behalf of defendants BNBM

24    Group and BNBM PLC.

25               MS. DALEY:  Kelly Daley from Orrick
```

Confidential - Subject to Further Confidentiality Review

```
 1    Herrington & Sutcliffe representing CNBM.  And

 2    with me observing is Victoria Chu.

 3                    MR. GAUGHAN:  Good morning, Mr.  -

 4                    THE VIDEOGRAPHER:  Stand by,

 5    please.

 6                    Our court reporter today is

 7    Ms. Maryellen Coughlin who will now swear in the

 8    witness, and you may proceed.

 9

10                    ALBERT WINSLOW,

11       having been first duly sworn, was examined

12       and testified as follows:

13

14                    EXAMINATION

15    BY MR. GAUGHAN:

16        Q.    Good morning, Mr. Winslow.  We met

17    earlier.  My name is Matthew Gaughan, and as I

18    said before, I am here on behalf of the

19    Plaintiffs Steering Committee in the Chinese

20    drywall litigation.

21                    Could you please state your full

22    name for the record?

23        A.    Albert Winslow.

24        Q.    Okay.  And before we get going just

25    a couple of kind of guidelines to make this
```

```
 1          Q.       And just to be clear, have you ever

     heard of a company called Taishan Gypsum?

 3          A.       No.

 4          Q.       How about a company called Taian

 5   Taishan, have you heard of that company?

 6          A.       No.

 7          Q.       How about Shandong Taihe Dongxin

 8   Company, have you ever heard of that company?

 9          A.       No.

10          Q.       And you mentioned BNBM before.

11                   Have you heard of a company called

12   BNBM of America, Inc.?

13          A.       No.

14          Q.       How did you first hear of BNBM?

15          A.       From my steel customer, Rosen

16   Building.

17          Q.       And how did BNBM come up in that

18   context?

19          A.       They asked us to finance their

20   business.

21          Q.       Okay.  Did you have any direct

22   contact with anyone from BNBM?

23          A.       No.

24          Q.       Okay.  Who actually had the contact

25   with setting up that transaction?
```

```
1          A.      Rosen Building.

2          Q.      Okay.  And what was the role of

3    your company in that transaction, or the

4    transaction or transactions?

5          A.      We opened the letter of credit.  We

6    paid for the ocean freight, and we were -- we

7    imported into the United States.

8          Q.      Okay.  And then Rosen handled all

9    the other aspects of that transaction?

10         A.      Yes.

11         Q.      Okay.  Including the negotiations

12   with --

13         A.      Yes.

14         Q.      -- BNBM?

15                 MR. LENNON:  Just make sure you let

16   him finish his question.  I know you know what

17   he's asking, but I just want to keep the record

18   clear.

19                 THE WITNESS:  I'm sorry.

20         Q.      (By Mr. Gaughan) And just so we're

21   clear, the only business you conducted -- or were

22   involved in, I should say, with respect to BNBM

23   was with respect to drywall, correct?

24         A.      Yes.

25         Q.      Okay.  There's no other products
```

```
 1    the arrangements?

 2         A.     Yes.

 3         Q.     Okay.  I take it you don't have any

 4    plans to do any more transactions involving BNBM

 5    presently?

 6         A.     No.

 7         Q.     Okay.  And was this purchase back

 8    in 2006 the only transaction you undertook with

 9    BNBM?

10         A.     Yes.

11         Q.     Okay.  Did you ever consider buying

12    any other products, other than drywall, from

13    BNBM?

14         A.     No.

15         Q.     Do you know if BNBM referred you to

16    any other companies in China?

17         A.     No.

18         Q.     Okay.  How about Mr. Xu, did he

19    refer you to any other companies he thought you

20    might want to do business with?

21         A.     No.

22         Q.     And I'm anticipating a no to this

23    question, but I'll ask anyway.

24                Did anyone from BNBM ever come and

25    visit you in the United States?
```

1         A.      No.

2         Q.      Okay.  Do you have any specific

3    knowledge of anyone from BNBM traveling to the

4    United States to meet with anyone?

5         A.      No.

6         Q.      And I take it you have no knowledge

7    of anyone from BNBM coming to the United States

8    since July 17, 2014?

9         A.      No.

10        Q.      And do you have any knowledge of

11   BNBM using any third-party companies in the

12   United States specifically with respect to these

13   shipments we're talking about?

14             MR. LENNON:  Objection to form.

15        A.      No.

16        Q.      And, yeah, that would be banks,

17   anything like that that was in the United States?

18        A.      No.

19        Q.      Do you know whether BNBM had any

20   representatives in the United States at any point

21   in time?

22        A.      No.

23        Q.      Have you heard of a company called

24   Wood Nation, Inc.?

25        A.      No.

Confidential - Subject to Further Confidentiality Review

1          Q.       Okay.  Is that the extent of what

2     you remember they told you -- he told you, or

3     they did, excuse me?

4          A.       Yes.

5          Q.       Okay.  Do you know if they ever

6     sent samples of their drywall to you?

7                   MR. KATTAN:  Objection.  Asked and

8     answered.

9          A.       No.

10         Q.       Okay.  When you were in China, did

11    you have occasion to visit the mine where the

12    drywall was manufactured or harvested?

13                  MR. LENNON:  Objection to form.

14         A.       I don't remember.

15         Q.       Okay.  Do you remember ever seeing

16    any mining operations for drywall when you were

17    there?

18         A.       No.

19         Q.       Do you know if -- do you recall, I

20    guess, whether their drywall was in compliance

21    with ASTM standards, anything like that?  Do you

22    remember?

23                  MR. KATTAN:  Objection to form.

24         A.       No.

25         Q.       Do you know what ASTM stands for?

Confidential - Subject to Further Confidentiality Review

```
 1              A.       Yes.

 2              Q.       Okay.  Now let's go to the first

 3      part of that answer where you reference various

 4      complaints filed in the -- in the drywall

 5      litigation.

 6                       You mentioned earlier that you

 7      don't recall Triorient Trading being sued or

 8      named as a defendant in any of the drywall

 9      litigations, correct?

10              A.       Correct.

11              Q.       Sitting here today, are you aware

12      of any specific allegations -- specific

13      allegations of defects in the drywall that

14      Triorient Trading shipped into the United States?

15              A.       Not one.  Not one claimed by Rosen

16      to Triorient Trading.

17              Q.       Okay.  So there were no -- there

18      were no complaints of any defects that you heard

19      from Rosen?

20              A.       Right, correct.

21              Q.       Am I correct that there were no

22      complaints or any reports of any defects that

23      were relayed to you by any of Rosen's customers?

24              A.       No.

25              Q.       You know what, let me just re-ask
```

1    that question.

2                    Am I correct that there were no

3    complaints or any reports of any defects in the

4    drywall that Triorient Trading shipped that were

5    relayed to you by any of Rosen's customers?

6         A.      No.

7         Q.      Okay.  So let's talk about

8    Exhibit 17, which is the notice that Triorient

9    Trading received from the Consumer Product Safety

10   Commission.

11                   Mr. Winslow, for purposes of this

12   question, I think I'm going to refer to the -- to

13   this entity as the CPSC.

14                   Will you understand that?

15        A.      Yes.

16        Q.      Okay.  Now, do you recall receiving

17   this letter from the CPSC on or around July 13th,

18   2009?

19        A.      Yes.

20        Q.      And were you involved in putting

21   together the response to this letter?

22        A.      Yes.

23        Q.      Am I correct -- or you testified

24   earlier that the pages that are Bates stamped --

25   withdrawn.

Confidential - Subject to Further Confidentiality Review

```
 1              C E R T I F I C A T E

 2              I, Maryellen Coughlin, RPR/CRR, do

 3      hereby certify that the foregoing is a true and

 4      accurate transcript of my stenographic notes of

 5      the deposition of ALBERT WINSLOW, who appeared

 6      before me, satisfactorily identified himself,

 7      and was by me duly sworn, taken at the place and

 8      on the date hereinbefore set forth.

 9              I further certify that I am neither

10      attorney nor counsel for, nor related to or

11      employed by any of the parties to the action in

12      which this deposition was taken, and further

13      that I am not a relative or employee of any

14      attorney or counsel employed in this case, nor

15      am I financially interested in this action.

16              THE FOREGOING CERTIFICATION OF THIS

17      TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF

18      THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT

19      CONTROL AND/OR DIRECTION OF THE CERTIFYING

20      REPORTER.

21

22              MARYELLEN COUGHLIN, RPR/CRR

23

24

25
```