Draft Emission Factor Results (µg/m$^2$/h) From Lawrence Berkeley National Laboratories Chamber Testing

| Sample | CPSC ID# | Company Name | Hydrogen Sulfide | Carbonyl Sulfide | Sulfur Dioxide | Methyl Mercaptan | Dimethyl Sulfide | Ethyl Mercaptan | Carbon Disulfide |
|---|---|---|---|---|---|---|---|---|---|
| C 17 | 9673 | Knauf Plasterboard (Tianjin) Co., Ltd. (2005): China | 203.27 | | 13.44 | | 0.89 | | 0.28 |
| C 4 | 8357 | Taian Taishan Plasterboard Co., Ltd. (2006): China | 185.14 | 0.87 | 64.36 | 1.47 | 0.36 | | 3.67 |
| C 3 | 7339 | Shandong Taihe Dongxin Co., Ltd. (2005): China | 123.16 | | 44.60 | 1.33 | 0.44 | | 2.70 |
| C 1 | 1379 | Knauf Plasterboard (Tianjin) Co., Ltd. (2006): China | 118.83 | 1.35 | 36.09 | 0.93 | 0.40 | | 2.44 |
| C 16 | 9672 | Taian Taishan Plasterboard Co., Ltd. (2006): China | 67.11 | | 1.53 | | 0.87 | | |
| C 5 | 9707 | Taian Taishan Plasterboard Co., Ltd. (2006): China | 24.75 | 0.66 | 10.25 | 0.10 | 0.29 | | 1.21 |
| C 2 | 7069 | Shandong Chenxiang GBM Co., Ltd (C&K Gypsum Board) (2006): China | 22.04 | | 8.13 | 0.27 | 0.31 | | 1.08 |
| C 9 | 2632 | Beijing New Building Materials Co., Ltd. (BNBM) (2009)^: China | 15.43 | | 2.91 | | 0.87 | | |
| C 11 | 2635 | Taian Taishan Plasterboard Co., Ltd (2009): China | 10.88 | | | | 0.89 | | |
| C 12 | 2636 | Shandong Taihe Dongxin Co., Ltd. (2009): China | 8.58 | | | | 0.95 | | |
| C 10 | 2634 | Knauf Plasterboard (Tianjin) Co., Ltd. (2009): China | 4.99 | | | | 0.88 | | |
| C 15 | 9667 | Tiger *** ShiGao JianCai *** liangpianzhuang (2006): China | 4.15 | | | | 0.85 | | |
| NA 2 | 7639 | USG Corporation (2009): US | 3.99 | | 4.24 | | 0.24 | | 0.72 |
| C 7 | 1493 | Guangdong Knauf New Building Material Products Co., Ltd. (2009): China | 3.36 | | | | 0.94 | | |
| NA 9 | 9175 | 3/8" drywall, manufacturer uncertain (date uncertain)*: China | 3.32 | | 2.53 | | 0.38 | | 0.59 |
| C 6 | 1491 | Knauf Plasterboard (Wuhu) Co., Ltd. (2009): China | 3.18 | | | | 0.91 | | |
| NA 7 | 8236 | CertainTeed Corp. (2009): US | 2.39 | | | | 0.15 | | 0.48 |
| NA 11 | 9961 | Georgia Pacific Corp. (2009): US | 1.74 | | 2.54 | | 0.16 | | 0.49 |
| C 14 | 7078 | Dragon Brand, Beijing New Building Materials Co., Ltd. (2006): China | 1.04 | | | | 0.86 | | |
| NA 6 | 8235 | CertainTeed Corp. (2009): US | 0.12 | | | | 0.16 | | 0.36 |
| C 8 | 2631 | Pingyi Baier Building Materials Co., Ltd. (2009): China | | | | | 0.94 | | |
| C 13 | 2637 | Sample purchased in China, manufacturer unknown (2009)^: China | | | | | 0.90 | | |
| NA 1 | 6226 | Panel Rey S.A. (2009): Mexico | | | | | 0.18 | | 0.45 |
| NA 13 | 7932 | Lafarge North America (2009): US | | | | | 0.90 | | |
| NA 3 | 8036 | National Gypsum Company (2009): US | | | 1.36 | | 0.23 | | 0.48 |
| NA 4 | 8037 | National Gypsum Company (2009): US | | | | | 0.18 | | 0.69 |
| NA 5 | 8213 | Georgia Pacific Corp. (2009): US | | | 2.00 | | 0.31 | | 0.67 |
| NA 8 | 9139 | Pabco Gypsum (2009): US | | 1.12 | 4.11 | 0.15 | 0.31 | | 0.53 |
| NA 10 | 9858 | Temple-Inland Inc. (2009): US | | | 4.99 | | | | 0.13 |
| NA 12 | 9962 | USG Corporation (2009): US | | | 0.61 | | 0.19 | | 0.54 |
| See notes on next page | | | | | | | | | |

**EXHIBIT 41**

NOTES FOR DRAFT TABLE OF REACTIVE SULFUR GAS EMISSIONS
(Release Date May 27, 2010)

The data being released in this table continues to be in draft form.  Due to refinements in measurements of the molecular weights and other calculations, certain of the draft emission factor results in this table may be different from those reported in Table 1 of the CPSC Staff Preliminary Evaluation of Drywall Chamber Test Results, Reactive Sulfur Gases, authored by Babich, Danello, Hatlelid, Matheson, Saltzman, and Thomas, March 2010.  Staff does not believe the differences are of a substantial nature which would change the conclusions of the CPSC Staff Preliminary Evaluation.  Staff will continue to refine its analysis as it reviews new data and works in cooperation with staff at Lawrence Berkeley National Laboratories.

The draft table released today is ordered from "high to low" according to the levels of Hydrogen Sulfide emission rates.  The ordering of the draft table matches the ordering in the Reactive Sulfur Gas Emissions graph released on May 25, 2010.  Table 1 in the CPSC Staff Preliminary Evaluation was ordered by sample number and not according to emission rates.

The sample labeled "NA9" was incorrectly identified in Table 1 of the CPSC Staff Preliminary Evaluation.  The "NA9" sample is actually the "3/8" drywall manuf. uncertain (date uncertain)*: China" as noted in the Reactive Sulfur Gas Emissions graph released on May 25, 2010.

For all samples, parentheses indicate years of manufacture where known.

All drywall tested was regular 1/2" drywall (from 4' x 8' and 4' x 12' samples) except for the sample described as 3/8". All samples were untreated. Chinese and North American samples were obtained from various sources as part of CPSC's ongoing compliance investigation.

_____

^ Sample collected in China and it is not believed to have been imported into the United States.

* Sub-sample tested is known to be imported from China into the United States in either 2006 or 2007. This sample was collected from a source which had imported from two Chinese manufacturers and there was insufficient information for staff to positively determine which of the two Chinese manufacturers' drywall is represented by this particular sub-sample.