

# Beijing New Building Materials Public Limited Company

# Annual Report 2007



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 24, 2008**

EXHIBIT 50

BNBMPLC0000722

# Section VI Corporate Governance Structure

**I. Corporate governance**

Since its listing, the Company, in strict accordance with the Company Law, the Securities Law and relevant regulations of the China Securities Regulatory Commission, has been constantly improving its corporate governance structure by establishing an internal control system, making improvements thereto and increasing the transparency of the Company's operations to improve its corporate governance across the board both in form and substance. At present, its actual performance in terms of corporate governance complies with the requirements set forth in relevant documents of the China Securities Regulatory Commission.

During the reporting period, the Company, in accordance with the requirements set forth in the Notice on Matters Related to Carrying Out A Special Campaign to Strengthen the Corporate Governance of Listed Companies (ZJGSZ [2007] No.28] issued by the China Securities Regulatory Commission and other relevant documents, made a serious effort to carry out a special campaign to improve the governance of the listed company with a view to improving its corporate governance. The Company undertook the following work:

**(I) Overview of the special campaign to improve corporate governance**

In April 2007, the Company organized all of its directors, supervisors and senior executives and relevant personnel to carefully study relevant documents of the China Securities Regulatory Commission, the Beijing Securities Regulatory Bureau and the Shenzhen Stock Exchange and developed detailed implementation schemes and plans. On this basis, the Company performed a careful self-inspection strictly against the requirements set forth in the Company Law, the Securities Law, the Code of Corporate Governance for Listed Companies of the China Securities Regulatory Commission and other relevant laws and regulations and produced a Corporate Governance Assessment Report. Meanwhile, in accordance with the requirements of the Shenzhen Stock Exchange, the Company uploaded the Articles of Association, the Rules of Procedure for General Meetings of Shareholders, the Rules of Procedure for Meetings of the Board of Directors, the Rules of Procedure for Meetings of the Supervisory Committee and other rules and regulations to the "Corporate Governance Documents Available for Inspection " section of the website of the Shenzhen Stock Exchange so that the public can read and refer to them when commenting on the governance of the listed company.

From May to mid-June 2007, the Company carefully examined its corporate governance structure for the presence of deficiencies strictly against regulations relating to corporate governance and the 100 self-inspection items published by the China Securities Regulatory Commission, analyzed the underlying reasons for problems and produced a Corporate Governance Inspection Report and Corrective Action Plan. The report and plan were considered and approved at the twenty- fifth extraordinary meeting of the third Board of Directors and a public announcement pertaining thereto was made.

From June to October 2007, in order to better listen to the opinions and suggestions of public investors about corporate governance, the Company set up a special hotline, email account and online platform for investors, published an Announcement About Contact Information for the Special Campaign to Strengthen Corporate Governance in the designated newspaper and on the designated website and made full use of various channels to communicate with investors and the public. During this period, the Company assigned a person to answer calls and reply to and summarize opinions and suggestions of the public. Members of the Company's staff conducted themselves with sincerity and in strict compliance with the principles for the disclosure of information to effectively promote investor relations management and establish a good image of corporate governance.

In mid-October 2007, the Company underwent a special on-site inspection by the Beijing Securities Regulatory Bureau.

In addition, from April to October 2007, while conducting a self-inspection of its corporate governance and exposing itself to public scrutiny, the Company gradually carried out and completed a series of rectification activities according to its self-inspection report and corrective action plan with the Chairman of the Board at the helm, the Board of Directors responsible for carefully deliberating on relevant matters, the management responsible for overall implementation and the secretary of the Board of Directors responsible for coordinating implementation.

From November to early December 2007, the Company carried out analysis and rectification in a careful, practical manner according to the regulatory opinion provided by the Beijing Securities Regulatory Bureau and produced a Corporate Governance Rectification Report. The report was considered and approved at the thirtieth extraordinary meeting of the third Board of Directors and a public announcement pertaining thereto was made.

**(II) Results of the special campaign to improve corporate governance**

1. Company's internal control system has been further improved. The Company, in accordance with the provisions of the Company Law, the Securities Law, the Measures for the Administration of Information Disclosure of Listed Companies issued by the China Securities Regulatory Commission, the Guidelines of the Shenzhen Stock Exchange for the Internal Control of Listed Companies, the Guidelines for the Fair Information Disclosure of Listed Companies and other new laws and regulations, revised its Information Disclosure Management System, Important Information Internal Reporting System and Investor Relations Management System, established an Internal Control System and a Reception and Promotion System and made improvements thereto. The above systems were considered and approved at the twenty-sixth extraordinary meeting of the third Board of Directors and a public announcement pertaining thereto was made on June 29, 2007.

2. Investor relations management has been further strengthened. On the basis of continuing doing a good job in answering calls from investors, receiving visitors and researchers and other investor relations management-related work, the Company further diversified its approach to investor relations management. Especially it strengthened the construction Company's website and online communication platform.

During the reporting period, the Company comprehensively revised its website based on marketization needs and its own characteristics in order to better serve shareholders, customers, suppliers, employees and other stakeholders. In order to further strengthen communication with investors and potential investors, the Company also undertook a comprehensive revision of the Investor Relations section. First, the Investor Relations section is prominently placed on the home page of the website as a first-level section, making it easy for investors to access relevant information quickly; second, investor education and risk disclosure have been added to the Investor Relations section to remind investors of the need to pay attention to market risk; third, the structure and content of the Investor Relations section have become more scientific and reasonable. The section is divided into the five parts of company profile, articles of association and rules and regulations, information disclosure, investor relations activities and investor message and is generously illustrated, well written and content-rich. Through the above work, the Company has furthered its relationship with investors and diversified its approach to investor relations management with the help of modern online platforms.

Due to its excellent performance in investor relations management, in August 2007, the Company was awarded the title of "one of the top 100 A-share listed companies in China in Investor Relations of 2006".

**(III) Rectification following an on-site inspection by the Beijing Securities Regulatory Bureau**

In November 2007, the Beijing Securities Regulatory Bureau provided a regulatory opinion on corporate governance issues at Beijing New Building Materials Public Limited Company (JZGSF [2007] No. 204) to the Company on the basis of an on-site inspection. The opinion acknowledged the Company's efforts in conducting a self-inspection of its corporate governance and exposing itself to public scrutiny in compliance with the requirements, but it also pointed out some deficiencies in the Company's corporate governance. The Company carried out analysis and rectification in a careful, practical manner according to the regulatory opinion provided by the Beijing Securities Regulatory Bureau. Rectification work is being actively prosecuted and efforts are being made to complete the work within the expected time frame.

BNBMPLC Annual Report 2007

In conclusion, during the reporting period, seizing the opportunity occasioned by the special campaign to improve the governance of the listed company, the Company reorganized various aspects of corporate governance, supplemented and improved a series of basic management systems associated with corporate governance, further standardized the operation of the Company's general meetings of shareholders, Board of Directors and Supervisory Committee, established an internal control system and made improvements thereto, further enhanced awareness among the Company's directors, supervisors and senior executives of the need for hard work and accountability, improved the timeliness, truthfulness, accuracy and completeness of information disclosure, and effectively promoted the scientific and standardized operation of the Company by placing itself under the supervision of regulators, investors and the public to improve its corporate governance across the board.

**II. Responsibilities performance by independent directors**

(I) Independent directors to attend board meetings

| Names of independent directors | Number of board meetings that should be attended this year | Attend in person (times) | Attend by delegate (times) | Absence (times) |
|---|---|---|---|---|
| Wang Junsheng | 14 | 14 | 0 | 0 |
| Liu Wenhu | 14 | 14 | 0 | 0 |
| Zheng Jiayun | 14 | 14 | 0 | 0 |

(II) During the reporting period, the independent directors have not raised objections on the motions discussed in previous board meetings and related matters.

(III) The Company now has three independent directors who account for one third of the Company's total number of directors. They are the members of the following committees: strategic, auditing, nomination, salary and assessment. They are the majorities in the auditing, nomination, salary and assessment committees and serve as the chairman of the committee. During the reporting period, the three independent directors conscientiously performed their duties in accordance with the Independent Director System developed by the Company, voted on resolutions of the board of directors of 2007, reviewed significant matters such as related party transactions involving the Company and changes in accounting estimates and issued independent directors' opinions thereon and expressed independent opinions on matters such as the Company's provision of guarantees to safeguard the legitimate rights and interests of minority shareholders.

**III. Separation of the Company and the controlling shareholder in operations, personnel, assets, organization and finance**

1. Operational independence. The Company is an independent and complete business entity in its own right and is capable of operating independently. The controlling shareholder and any subordinate entity thereof are not engaged in business activities that are the same as or similar to those of the Company.

2. About personnel separation. The Company's personnel are independent of the controlling shareholder. None of the senior executives including the General Manager, the Deputy General Manager, the Chief Financial Officer and the secretary of the Board of Directors hold any position in the controlling shareholder; the controlling shareholder's senior executives who serve concurrently as the Company's directors have enough time and energy to work for the Company; The Company is completely separated from the controlling shareholder in labor, personnel and payroll management and manages its personnel independently.

3. Integrity of assets. The Company's assets are independent and complete. There is a clear line of demarcation between the Company and the controlling shareholder in terms of industrial property and non-patented technology; the Company is completely separated from the controlling shareholder and operates independently in production, supply and marketing.

4. Organizational independence. The Company's board of directors, Supervisory Committee and other internal bodies operate independently. There is no superior-subordinate relationship between the controlling shareholder and its functional departments and the listed company and its functional departments.

5. Financial separation. The Company is completely financially independent and completely

BNBMPLC Annual Report 2007

separated from the controlling shareholder, has its own independent finance department, independent financial accounting system and independent financial management system and has established a strict financial management system for its subsidiaries; the Company has set up a separate bank account and does not share a bank account with the controlling shareholder; the Company pays taxes independently according to law.

**IV. Establishment of the Company's internal control system and improvement therein**

In order to better comply with laws, regulations, rules and other relevant regulations of the State, improve the effectiveness and efficiency of the Company's operations, ensure the safety of the Company's assets and ensure the timeliness, truthfulness, accuracy and completeness of information disclosure by the Company. The Company established an internal control system upon its establishment according to its operational characteristics and the environment it operated in, and has been making improvements to the system in the process of implementing it. The Company has established an internal organizational structure that meets the requirements for modern enterprise systems and developed scientific decision-making, implementation and monitoring mechanisms. The Company's internal control system has been fully and effectively implemented to ensure the safety and integrity of the Company's assets, the truthfulness, accuracy, completeness and fairness of information disclosure and the coordinated, orderly and efficient carrying out of operating and management activities.

During the reporting period, in accordance with the requirements of the Company Law, the Securities Law, the Rules Governing the Listing of Stocks on the Shenzhen Stock Exchange, the Guidelines for the Internal Control of Listed Companies and other relevant laws and regulations, the Company reorganized and improved its internal control system in a comprehensive and systematic manner, performed a comprehensive self-inspection of the implementation of its internal control system and revised its Information Disclosure Management System, Important Information Internal Reporting System and Investor Relations Management System and developed an Internal Control System and a Reception and Promotion System, which were considered and approved at the twenty-sixth extraordinary meeting of the third Board of Directors.

In accordance with the requirements set forth in the relevant laws and regulations enacted and regulatory documents issued by the China Securities Regulatory Commission and other regulatory authorities, the Company conducted a self-inspection and assessment of the implementation, soundness and effectiveness of the Company's internal control system and important control activities and produced an Internal Control Self-Assessment Report on which an opinion has been provided by Zhonghe Zhengxin Certified Public Accountants Co., Ltd.. For details, see the Internal Control Self-Assessment Report and the Opinion on the Internal Control Self-Assessment Report published on www.cninfo.com.cn on March 25, 2008.

**V. Assessment and evaluation of senior managers**

Senior managers of the Company are assessed in accordance with the Company Law, the Articles of Association, the Work Rules for the Salary and Assessment Committee and other relevant rules.

In respect of assessment, the Company implemented the annual work report and assessment rules for senior executives, determined the comprehensive indicators or management responsibilities of each senior executives according to the annual operating objectives of the Company at the beginning of each year, and assessed senior executives based on their work reporting at the end of each year.

BNBMPLC0000741

BNBMPLC Annual Report 2007

The increase in administrative expenses is mainly due to an increase in labor and social security costs caused by the expansion of the Company's operations; the increase in financial expenses is mainly due to the expansion of the Company's operations and a corresponding increase in borrowings; the increase in gains from changes in fair value is mainly due to an increase in the market value of shares held by the Company's subsidiaries during the current period; the increase in income tax is mainly due to an increase in the Company's total profit and the expiration of income tax relief for some products.

**(VII) Composition of cash flow generated by operating activities, investment activities and fundraising activities of the company during reporting period**

Unit: RMB yuan

| Item | 2007 | 2006 | Increase/decrease rate |
|---|---|---|---|
| Net cash flows from operating activities | 142,895,785.55 | 266,010,367.28 | -46.28% |
| Net cash flows from investing activities | -428,337,987.44 | -116,818,848.82 | -266.67% |
| Net cash flows from financing activities | 160,821,044.06 | -3,332,755.95 | 4925.47% |

The main reason for the decrease in the net cash flow from operating activities: an increase in the Company's payment of taxes and fees and spending on the purchase of means of production; the main reason for the decrease in the net cash flow from investing activities: one the one hand, there has been an increase in investment over the same period last year; on the other hand, the parent company received income from the sale of non-current assets during the same period last year, while there has been no such income this year; the main reason for the decrease in the net cash flow from financing activities: there has been an increase in projects under construction this year, leading to a corresponding increase in borrowings.

**(VIII) Business condition and performance analysis of major holding companies of the company**

The operating conditions and results of the main subsidiaries of the Company at the end of the reporting period are as follows:

**1. Taishan Gypsum Co., Ltd.**

The company's registered capital was RMB155.625mn. The company holds 65% of the shares, mainly engaged in research and development, production and sale of plasterboard. At the end of the reporting period, its total assets stood at RMB 1.3671186 billion and its net assets stood at RMB 473.3431 million; during the period, it earned an operating income of RMB 1.1168873 billion and a net profit of RMB 130.6093 million.

**2. CNBM Investment Company Limited**

The Company has a registered capital of RMB 215.6781 million and has 80% of its shares held by the Company. It is principally engaged in industrial investment, logistics and e-commerce services. At the end of the reporting period, its total assets stood at RMB 1.1979342 billion and its net assets stood at RMB 275.3982 million; during the period, it earned an operating income of RMB 827.4472 million and a net profit of RMB 57.6028 million.

**3. Suzhou BNBM Co., Ltd.**

The Company has a registered capital of RMB 80 million and has 100% of its shares held by the Company. It is principally engaged in the production and sale of GRC exterior wall insulation decorative boards, acoustic mineral wool slabs, light gage steel joists and fiber-reinforced cement tiles and related after-sales service. At the end of the reporting period, its total assets stood at RMB 197.0359 million and its net assets stood at RMB 82.7197 million; during the period, it earned an operating income of RMB 40.1817 million and a net profit of RMB 2.7197 million.

**II. Prospect on company's future development**

**(I) Development trend of company's industry and market competition pattern faced by the company**

**1. Analysis of development trend of the industry**