Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*******************************************************

IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

DRYWALL PRODUCTS LIABILITY

LITIGATION                     SECTION:  L

THIS DOCUMENT APPLIES TO       JUDGE FALLON

ALL CASES

                               MAG. JUDGE WILKINSON

*******************************************************

CONFIDENTIAL - SUBJECT TO

FURTHER CONFIDENTIALITY REVIEW

Tuesday, June 2, 2015

— — —

        Videotaped 30(b)(6) Deposition of TAISHAN
GYPSUM CO., LTD f/k/a SHANDONG TAIHE DONGXIN CO., LTD.
through the testimony of GANG CHE, held in the
courtroom of the United States District Court, Eastern
District of Louisiana, 500 Poydras Street,
New Orleans, Louisiana, commencing at 9:00 a.m., on
the above date, before Michael E. Miller, Certified
Court Reporter (#27009), Registered Diplomate Reporter
and Certified Realtime Reporter.

— — —

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

EXHIBIT
57

Confidential - Subject to Further Confidentiality Review

Page 2

```
 1   A P P E A R A N C E S :
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3        HERMAN HERMAN & KATZ LLC
          BY:  RUSS M. HERMAN, ESQUIRE
 4             rherman@hhklawfirm.com
               MADELYN M. O'BRIEN, ESQUIRE
 5             mobrien@hhklawfirm.com
          820 O'Keefe Avenue
 6        New Orleans, Louisiana 70113
          (504) 581-4892
 7
 8        LEVIN FISHBEIN SEDRAN & BERMAN
          BY:  SANDRA L. DUGGAN, ESQUIRE
 9             sduggan@lfsblaw.com
          510 Walnut Street
10        Suite 500
          Philadelphia, Pennsylvania 19106
11        (215) 592-1500
12
13        IRPINO LAW FIRM
          BY:  PEARL A. ROBERTSON, ESQUIRE
14             probertson@irpinolaw.com
          2216 Magazine Street
15        New Orleans, Louisiana 70130
          (504) 525-1500
16
17        GAINSBURGH BENJAMIN DAVID MEUNIER &
          WARSHAUER LLC
18        BY:  RACHEL A. STERNLIEB, ESQUIRE
               rsternlieb@gainsben.com
19        2800 Energy Centre
          1100 Poydras Street
20        New Orleans, Louisiana 70163-2800
          (504) 522-2304
21
22        LAMBERT AND NELSON PLC
          BY:  HUGH P. LAMBERT, ESQUIRE
23             hlambert@lambertandnelson.com
          701 Magazine Street
24        New Orleans, Louisiana 70130-3629
          (504) 581-1750
25
```

Confidential - Subject to Further Confidentiality Review

Page 3

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR TAISHAN GYPSUM COMPANY:
 3         ALSTON & BIRD LLP
           BY:  BERNARD TAYLOR, ESQUIRE
 4              bernard.taylor@alston.com
                ALIYYA Z. HAQUE, ESQUIRE
 5              aliyya.haque@alston.com
           One Atlantic Center
 6         1201 West Peachtree Street
           Atlanta, Georgia 30309-3424
 7         (404) 881-7000
 8
           ALSTON & BIRD LLP
 9         BY:  HELEN SU, ESQUIRE
                helen.su@alston.com
10         1950 University Avenue
           5th Floor
11         East Palo Alto, California 94303
           (650) 838-2000
12
13         HANGARTNER RYDBERG & TERRELL LLC
           BY:  ALAN DEAN WEINBERGER, ESQUIRE
14              aweinberger@hanrylaw.com
           One Shell Square
15         701 Poydras Street, Suite 310
           New Orleans, Louisiana 70139
16         (504) 522-5690
17
18
19
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
                                                     Page 4
  1    A P P E A R A N C E S:
  2    COUNSEL FOR BNBM DEFENDANTS:
  3         DENTONS US LLP
            BY:  DREW W. MARROCCO, ESQUIRE
  4              drew.marrocco@dentons.com
            1301 K Street, N.W.
  5         Suite 600, East Tower
            Washington, D.C. 20005
  6         (202) 408-6400
  7
  8         PHELPS DUNBAR LLP
            BY:  HARRY ROSENBERG, ESQUIRE
  9              harry.rosenberg@phelps.com
            365 Canal Street
 10         Suite 2000
            New Orleans, Louisiana 70130-6534
 11         (504) 566-1311
 12
 13    COUNSEL FOR CNBM DEFENDANTS:
 14         ORRICK HERRINGTON & SUTCLIFFE LLP
            BY:  ERIC MATTHEW HAIRSTON, ESQUIRE
 15              ehairston@orrick.com
            The Orrick Building
 16         405 Howard Street
            San Francisco, California 94105
 17         (415) 773-5700
 18
 19         GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLP
            BY:  EWELL E. EAGAN, JR., ESQUIRE
 20              eeagan@gordonarata.com
            201 St. Charles Avenue
 21         40th Floor
            New Orleans, Louisiana 70170-4000
 22         (504) 582-1111
 23
 24
 25
```

Confidential - Subject to Further Confidentiality Review

Page 5

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR THE STATE OF LOUISIANA:
 3         PERKINS COIE LLP
           BY:  DAVID L. BLACK, ESQUIRE
 4              dblack@perkinscoie.com
           1900 Sixteenth Street
 5         Suite 1400
           Denver, Colorado 80202
 6         (303) 291-2400
 7
           OFFICE OF THE ATTORNEY GENERAL
 8         STATE OF LOUISIANA
           BY:  L. CHRISTOPHER STYRON, ESQUIRE
 9              styron@ag.state.la.us
           1885 North Third Street
10         Baton Rouge, Louisiana 70802
           (225) 326-6079
11
12
13    ALSO PRESENT:
14         SUNNY WANG, MANDARIN INTERPRETER
15         YAN GAO
16         CARLING LEE
17         MARK ANCALADE, VIDEOGRAPHER
18                        — — —
19
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

Page 6

1                        INDEX

                      GANG CHE

2                    June 2, 2015

3

4       PROCEEDINGS                                    9

5

6    EXAMINATION OF GANG CHE:

7            BY MR. HERMAN                            26

8

9       REPORTER'S CERTIFICATE                       153

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

Page 25

1      need me, and I'll come back out and deal with

2      it.

3                (Recess taken, 9:23 a.m. to 9:34 a.m.)

4                (The following proceedings were

5                conducted on the videotaped record.)

6                THE VIDEOGRAPHER:  We're now on the

7      record.  My name is Mark Ancalade, the

8      videographer with Golkow Technologies.  Today is

9      June 2nd, 2015, at the time indicated on the

10     video screen, which is 9:34.  Taken in the

11     matter of Chinese Manufactured Drywall Products

12     Liability Litigation, being heard before the

13     United States District Court, Eastern District

14     of Louisiana.

15                The deponent is Taishan Gypsum Company,

16     Limited, formerly known as Shandong Taihe

17     Dongxin Company, Limited through their

18     representative, Mr. Che Gang.

19                Would the court reporter, Mr. Mike

20     Miller, please swear in the witness.

21                MR. HERMAN:  Excuse me.  Also is here on

22     behalf of its wholly owned subsidiary,

23     identified as TPP.

24                MR. TAYLOR:  TTP.

25                MR. HERMAN:  TTP.

Confidential - Subject to Further Confidentiality Review

Page 26

1              (Interpreter sworn.)

2              (Oath administered to the witness.)

3              MR. CHE:  What should I say?  Should I

4      start all over again?  So do I take the oath?

5              MR. HERMAN:  Does he say yes?

6              MR. CHE:  Yes.

7              MR. HERMAN:  Okay.  Thank you.

8                  GANG CHE,

9          having been first duly sworn,

10          testified as follows:

11              EXAMINATION

12  BY MR. HERMAN:

13      Q     Good morning.

14      A     Hello.

15      Q     You are aware that in 2006 and 2007, Taishan

16  was shipping to the United States of America drywall

17  manufactured by Taishan; isn't that true?

18      A     I'm not sure.

19      Q     In 2006 and 2007, what was your official

20  position as an employee of Taishan?

21      A     2006?  Well, in 2006 and 2007, I was TTP's

22  employee.

23      Q     All right.  Were you aware that TTP was

24  shipping Chinese drywall to the United States of

25  America in 2006 and 2007?

Confidential - Subject to Further Confidentiality Review

Page 97

1            MR. TAYLOR:  Objection to form.

2      A     No.

3  BY MR. HERMAN:

4      Q     Was Mr. Jia on the board of directors of

5  BNBM from 2008 to 2012?

6      A     From 2008 to 2012, Mr. Jia Tongchun was the

7  director of Beijing New Construction Material Company,

8  Limited, Inc.

9      Q     From 2005 to 2012, was Jia deputy general

10  manager of BNBM?

11            MR. MARROCCO:  Objection.

12     A     From 2005 to 2012, Mr. Jia was the deputy

13  general manager of Beijing New Construction Material

14  Company Inc., but just like he is a director, it is

15  also an honorary title.  Mr. Jia was not involved in

16  any actual operation and management.

17  BY MR. HERMAN:

18     Q     Is that what Mr. Jia told you?

19     A     Yes.

20     Q     Is he in this courtroom, subject to

21  examination on whatever it is he told you?

22            MR. TAYLOR:  Objection to form.

23     A     What do you think?

24            MR. HERMAN:  Would you repeat the

25      question I asked the witness?

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3    ********************************************************

4    IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

     DRYWALL PRODUCTS LIABILITY

5    LITIGATION                    SECTION:  L

6    THIS DOCUMENT APPLIES TO      JUDGE FALLON

     ALL CASES

7                                  MAG. JUDGE WILKINSON

8    ********************************************************

9

          CONFIDENTIAL - SUBJECT TO FURTHER

10             CONFIDENTIALITY REVIEW

11            Wednesday, June 3, 2015

12                  — — —

13

14       Continuing Videotaped 30(b)(6) Deposition of

15   TAISHAN GYPSUM CO., LTD f/k/a SHANDONG TAIHE DONGXIN

16   CO., LTD. through the testimony of GANG CHE, VOLUME 2,

17   held in the courtroom of the United States District

18   Court, Eastern District of Louisiana, 500 Poydras

19   Street, New Orleans, Louisiana, commencing at

20   8:58 a.m., on the above date, before Michael E.

21   Miller, Certified Court Reporter (#27009), Registered

22   Diplomate Reporter, Certified Realtime Reporter.

23                  — — —

24            GOLKOW TECHNOLOGIES, INC.

         877.370.3377 ph | 917.591.5672 fax

25             deps@golkow.com

Confidential - Subject to Further Confidentiality Review

1                          PROCEEDINGS

2                  (June 3, 2015 at 8:58 a.m.)

3                  THE VIDEOGRAPHER:  We're now on the

4          record at 8:58.  This is Volume No. 2, Tape 6 on

5          June 3rd, 2015, to the continuation deposition

6          of Mr. Che Gang.

7                      (Interpreter reminded of her oath.)

8                      (Witness reminded of his oath.)

9                          GANG CHE,

10                     having been duly sworn,

11                      testified as follows:

12                          EXAMINATION

13    BY MR. HERMAN:

14        Q      Sir, in 2006, when you were involved in

15    shipping Chinese drywall to the United States of

16    America, you used another name in much correspondence.

17    What was that name?

18                  MR. TAYLOR:  Objection to form.

19        A      First of all, I'm not sure whether we had

20    shipped gypsum board to the United States because at

21    the time, we used out of manufacturer's price and FOB

22    price.  And as for the time of 2006, I'm also not sure

23    about that, but I have used a name of Bill.

24    BY MR. HERMAN:

25        Q      You used the name of Bill Cher, sir?

Confidential - Subject to Further Confidentiality Review

1   of "majority holders."

2       Q    Isn't it true that on July 7th, 2014, BN

3   Building -- N, New, B, Building, M, Materials,

4   Corporation Inc. owned 65% of Taishan?

5               MR. TAYLOR:  Object to form.

6               THE INTERPRETER:  This is the

7           interpreter speaking.  Counsel, when you said

8           "BN," do you mean Beijing?

9               MR. TAYLOR:  She's asking you.

10      A    On July the 7th, 2014, Beijing New Building

11  Material Company Inc. directly or indirectly owned 65%

12  of Taishan's shares.

13  BY MR. HERMAN:

14      Q    And isn't it true on July 7th, 2014, that

15  Chairman Jia owned 5% of Taishan stock?

16      A    Correct.

17      Q    Together, they -- that is, BNBM Company Inc.

18  and Chairman Jia together owned 70% of the stock in

19  Taishan on July 7th, 2014; isn't that true?

20      A    I don't understand why you put them

21  together.  Mr. Jia, the chairman, owned his shares

22  while BNBM owned its shares.









9    BY MR. HERMAN:

10       Q    Isn't it true that the secretary to Taishan

11   was also the secretary to BNBM at that time?

12                MR. MARROCCO:  Object to form.

13                MR. TAYLOR:  Objection to form.

14       A    No.

15   BY MR. HERMAN:

16       Q    Who was the secretary, if you know, to BNBM

17   at that time, on July 11th, 2014?

18                MR. TAYLOR:  Objection to form.

19                (Translation.)

20                MR. TAYLOR:  Sorry.  Objection to form.

21       Sorry.

22                THE INTERPRETER:  The interpreter needs

23       to clarify with deponent.

24                (Translation.)

25       A    First of all, I do not know who was the

Confidential - Subject to Further Confidentiality Review

```
 1   secretary of BNBM at the time.

 2                  THE INTERPRETER:  And this is the

 3            interpreter speaking.  The interpreter

 4            interpreted "secretary of board of directors" in

 5            a slightly different way of what Mr. Che's,

 6            C-H-E's, understanding.  After clarifying with

 7            Mr. Che, the interpreter would like to reconfirm

 8            the accurate interpretation of the word

 9            "secretary" with Mr. Che.

10                  (Translation.)

11                  THE INTERPRETER:  The interpreter would

12            like to continue her interpretation.

13                  (Translation.)

14                  THE INTERPRETER:  That was the end of

15            the interpretation.

16   BY MR. HERMAN:

17      Q     Who were the supervisors of Taishan's board

18   of directors on July 11th, 2014?

19      A     I don't have a clear recollection on that.

20   The commercial registration form of Taishan clearly

21   reflected that information.  If you can provide me

22   with such document, I can check for you.

23      Q     How many, if you know, executives of BNBM

24   were also executives of Taishan on July 11th, 2014?

25                  MR. MARROCCO:  Object to form.
```

1          MR. TAYLOR:  Objection to form.

2     A    None.

3  BY MR. HERMAN:

4     Q    How many members of the board of directors

5  of CNBM were also executives of Taishan on July 11th,

6  2014?

7          MR. TAYLOR:  Objection to form.

8          MR. HERMAN:  What was the answer?

9     A    None.

10  BY MR. HERMAN:

11     Q    How many executives of CNBM Group were also

12  executives of Taishan on July 11, 2014?

13          MR. TAYLOR:  Objection to form.

14     A    None.

15  BY MR. HERMAN:

16     Q    Can you explain why CNBM Group executives

17  had to determine any of the issues that Taishan was

18  faced with in July 2014?

19          MR. HAIRSTON:  Objection.

20     A    I don't know where your question come from.

21  Why did you say that?

22  BY MR. HERMAN:

23     Q    Can you explain --

24     A    I'm not done yet.

25     Q    Can you explain, if you know --

```
 1              THE VIDEOGRAPHER:  This is the end of

 2      Tape 10.  We're now off the record at 3:32.

 3              (Recess taken, 3:32 p.m. to 3:44 p.m.)

 4              THE VIDEOGRAPHER:  This is the beginning

 5      of Tape 11.  We're now back on the record.  The

 6      time is 3:44.

 7              (T:6/2/15-6/4/15 Exhibit 40 marked.)

 8              (T:6/2/15-6/4/15 Exhibit 40A marked.)

 9                      EXAMINATION

10   BY MS. DUGGAN:
```



Confidential - Subject to Further Confidentiality Review



Confidential - Subject to Further Confidentiality Review















Confidential - Subject to Further Confidentiality Review

11          (T:6/2/15-6/4/15 Exhibit 41 marked.)

12          MS. DUGGAN:  We have marked as

13     Exhibit 41, that's T:6/2/15-6/4/15, the

14     certified deposition transcript of Gang Che

15     dated January 11, 2012.  This deposition was

16     taken in In re Chinese-Manufactured Drywall,

17     MDL 2047, and it contains six exhibits.  We're

18     going to offer that into evidence.

19          MR. TAYLOR:  Counsel, did you indicate

20     it was certified?

21          MS. DUGGAN:  Yes, I did.

22          MR. TAYLOR:  Okay.  Thank you.

23          MS. DUGGAN:  I don't have any questions

24     for the witness on this exhibit.

25          MR. TAYLOR:  That's fine.

Confidential - Subject to Further Confidentiality Review

```
 1                    REPORTER'S CERTIFICATE

 2

 3          This transcript is valid only for a transcript

 4     accompanied by my original signature and original

 5     required seal on this page.

 6          I, Michael E. Miller, Certified Court Reporter

 7     (LA Certificate #27009) in and for the State of

 8     Louisiana, as the officer before whom this testimony

 9     was taken, do hereby certify that GANG CHE, after

10     having been duly sworn by me upon authority of

11     R.S. 37:2554, did testify as herein before set forth

12     in the foregoing 138 pages; that this testimony was

13     reported by me in the stenotype reporting method, was

14     prepared and transcribed by me or under my personal

15     direction and supervision, and is a true and correct

16     transcript to the best of my ability and

17     understanding; that the transcript has been prepared

18     in compliance with transcript format guidelines

19     required by statute or by rules of the board, and that

20     I am informed about the complete arrangement,

21     financial or otherwise, with the person or entity

22     making arrangements for deposition services; that I

23     have acted in compliance with the prohibition on

24     contractual relationships, as defined by Louisiana

25     Code of Civil Procedure Article 1434
```

1    and in rules and advisory opinions of the board;

2    that I have no actual knowledge of any prohibited

3    employment or contractual relationship, direct or

4    indirect, between a court reporting firm and any party

5    litigant in this matter nor is there any such

6    relationship between myself and a party litigant in

7    this matter.  I am not related to counsel or to the

8    parties herein, nor am I otherwise interested in the

9    outcome of this matter.

10

11              Signed this ___ day of _____, 2015.

12

13

14          _____

15          MICHAEL E. MILLER, FAPR, RDR, CRR

16          Certified Court Reporter

17          LA Certified Court Reporter #27009

18

19

20

21

22

23

24

25