Confidential - Subject to Further Confidentiality Review

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
------------------------------ )   ----------------
                               )
IN RE:  CHINESE-MANUFACTURED   )   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY     )   SECTION:  L
LITIGATION                     )
                               )   JUDGE FALLON
THIS DOCUMENT APPLIES TO       )
ALL CASES                      )   MAG. JUDGE
                               )   WILKINSON
------------------------------ )   ----------------
```

CONFIDENTIAL

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

The videotaped deposition of BRIAN A. BOYLE, as 30(b)(6) representative of STEPAN COMPANY, called by the Plaintiffs for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before CORINNE T. MARUT, C.S.R. No. 84-1968, Registered Professional Reporter and a Certified Shorthand Reporter of the State of Illinois, at the offices of Barnes & Thornburg LLP, Suite 3300, One East Wacker Drive, Chicago, Illinois, on September 4, 2015, commencing at 10:05 a.m.

Golkow Technologies, Inc. - 1.877.370.DEPS

EXHIBIT 59

Confidential - Subject to Further Confidentiality Review

Page 2

```
 1   APPEARANCES:
 2     ON BEHALF OF THE PLAINTIFFS' STEERING COMMITTEE:
 3         IRPINO LAW FIRM
           2216 Magazine Street
 4         New Orleans, Louisiana  70130
           504-525-1500
 5         BY:  ANTHONY IRPINO, ESQUIRE
                airpino@irpinolaw.com
 6
 7         LEVIN FISHBEIN SEDRAN & BERMAN
           510 Walnut Street, Suite 500
 8         Philadelphia, Pennsylvania  19106
           215-592-1500
 9         BY:  MATTHEW C. GAUGHAN, ESQUIRE
                mgaughan@lfsblaw.com
10
11     FOR STEPAN COMPANY AND THE DEPONENT:
12         BARNES & THORNBURG LLP
           One North Wacker Drive, Suite 4400
13         Chicago, Illinois  60606-2833
           312-357-1313
14         BY:  BRIAN W. LEWIS, ESQUIRE
                brian.lewis@btlaw.com
15
16         THE STEPAN COMPANY
           22 West Frontage Road
17         Northfield, Illinois  60093
           847-446-7500
18         BY:  KAMEL E. ARANKI, ESQUIRE
                karanki@stepan.com
19
20     FOR DEFENDANT TAISHAN GYPSUM COMPANY:
            (via telephonic communication)
21
           ALSTON & BIRD, LLP
22         1201 West Peachtree Street, N.E.
           Atlanta, Georgia  30309-3424
23         404-881-4732
           BY:  JOSHUA L. BECKER, ESQUIRE
24              josh.becker@alston.com
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 3

```
 1    APPEARANCES (Continued):
 2     FOR DEFENDANTS BNBM PLC AND BNBM GROUP:
 3         DENTONS US LLP
           233 South Wacker drive, Suite 7800
 4         Chicago, Illinois  60606-6306
           312-876-7456
 5         BY:   LEAH R. BRUNO, ESQUIRE
                 leah.bruno@dentons.com
 6
 7     ON BEHALF OF DEFENDANTS CNBM GROUP AND
       CNBM COMPANY:
 8
           GORDON ARATA McCOLLAM DUPLANTIS & EAGAN LLC
 9         201 St. Charles Avenue, 40th Floor
           New Orleans, Louisiana  70170-4000
10         504-582-1111
           BY:   ALEX B. ROTHENBERG, ESQUIRE
11               arothenberg@gordonarata.com
12
13
14
15    VIDEOTAPED BY:   TERRY KUPPERMAN
16
17    REPORTED BY:   CORINNE T. MARUT, C.S.R. No. 84-1968
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

Page 7

```
 1         THE VIDEOGRAPHER:  We are now on the record.
 2              My name is Terry Kupperman.  I am a
 3   videographer for Golkow Technologies.
 4              Today's date is September 4, 2015, and
 5   the time is 10:05 a.m.
 6              This video deposition is being held in
 7   Chicago, Illinois in the matter of
 8   Chinese-Manufactured Drywall Products Liability
 9   Litigation, for the United States District Court,
10   Eastern District of Louisiana.
11              The deponent is Brian A. Boyle.
12              Will counsel please identify yourselves
13   for the record.
14         MR. IRPINO:  Anthony Irpino on behalf of the
15   Plaintiffs' Steering Committee.
16         MR. GAUGHAN:  Matthew Gaughan also on behalf
17   of the Plaintiffs' Steering Committee.
18         MR. ROTHENBERG:  Alex Rothenberg on behalf of
19   CNBM Group and Company.
20         MS. BRUNO:  Leah Bruno on behalf of BNBM PLC
21   and BNBM Group.
22         MR. ARANKI:  Kamel Aranki on behalf of Stepan
23   Company.
24         MR. LEWIS:  Brian Lewis on behalf of Stepan
```

Confidential - Subject to Further Confidentiality Review

Page 213

1   the lab test before July 4.  BNBM acquired Taishan
2   Gypsum but Taishan Gypsum still runs independently
3   on production and technical work for 27 lines.
4   BNBM runs 12 lines.  We need to promote in Taishan
5   Gypsum as another account."
6              Did I read that correctly?
7        A.    Yes.
8        Q.    Stepan treated Taishan and BNBM as two
9   separate entities and two separate accounts, is
10  that correct?
11       A.    That's correct.
12       Q.    You generated separate customer visit
13  reports for the two companies?
14       A.    Yes.
15       Q.    And separate call reports?
16       A.    Yes.
17       Q.    And you negotiated with them on business
18  terms separately from one another?
19       A.    Correct.
20       Q.    And you entered into an NDA with BNBM
21  but not Taishan, correct?
22       A.    Correct.
23       Q.    You understood at all times that these
24  were two separate business entities?

Confidential - Subject to Further Confidentiality Review

Page 214

1    A.    Yes.

2        MR. IRPINO:  I'm going to hand you another

3   document, and I guess we'll mark it Stepan 20.

4        MS. BRUNO:  I only have two documents, two

5   copies.  Thank you.

6                  (WHEREUPON, a certain document was

7                   marked for identification as Stepan

8                   Exhibit No. 20:  E-mail string;

9                   Bates Nos. CONFIDENTIAL_STP_004081

10                  - STP-004083.)

11  BY MS. BRUNO:

12   Q.   I will give you a chance to look at it

13  and put some information in for the record while

14  you're looking.

15            We have marked this as Stepan

16  Exhibit 20.  It's Bates numbered STP_004081 to

17  STP_004082 -- oh, 4083.  I'm sorry.

18            And do you understand what these

19  documents are, Mr. Boyle?

20   A.   Yes.

21   Q.   How would you describe what these

22  documents are?  Are these a series of e-mails from

23  the Stepan business files?

24   A.   Correct.

Confidential - Subject to Further Confidentiality Review

Page 215

```
 1        Q.    Counsel for the PSC asked you a series
 2   of questions about other e-mails that we have
 3   discussed today with respect to when they were
 4   created, how they were created and whether they
 5   came from the business files of Stepan.
 6              Would your answers be the same with
 7   respect to Stepan Exhibit No. 20 as with the other
 8   e-mails we have discussed?
 9        A.    Yes.
10        MS. BRUNO:  Counsel, would you -- counsel for
11   Stepan, would you stipulate that this is a business
12   record of the company?
13        MR. LEWIS:  Stepan stipulates that Exhibit 20
14   is an authentic business record.
15   BY MS. BRUNO:
16        Q.    And you understand, Mr. Boyle, that the
17   person who drafted this e-mail had knowledge of the
18   facts contained within it?
19        A.    Yes.
20        Q.    I'm going to refer your attention to the
21   middle of the page after No. 2 and the second
22   paragraph in No. 2.  I'm going to read from the
23   document.
24              "The relationship of Taishan and BNBM is
```

Confidential - Subject to Further Confidentiality Review

Page 216

1  that BNBM controls Taishan's share holding but two
2  company runs separately.  They are competitors in
3  the market.  Taishan knows nothing about BNBM and
4  PABCO's cooperation."
5           Did I read that correctly?
6      A.   Yes.
7      Q.   Was that Stepan's understanding that the
8  two companies were in fact competitors within the
9  market?
10     A.   Yes.
11          MS. BRUNO:  That's all the questions I have
12 for this witness at this time.
13          MR. IRPINO:  Taishan, do you have any
14 questions?
15          MR. BECKER:  No questions for Taishan.
16          MR. IRPINO:  Okay.
17                    FURTHER EXAMINATION
18 BY MR. IRPINO:
19     Q.   You were just shown Exhibit 20, which is
20 STP_Bates No. 4081 to 4083, and you recall there
21 was talk about the relationship between BNBM and
22 Taishan?
23     A.   Yes.
24     Q.   Okay.  The information within this

Confidential - Subject to Further Confidentiality Review

Page 220

```
 1
           I, CORINNE T. MARUT, C.S.R. No. 84-1968,
 2   Registered Professional Reporter and Certified
     Shorthand Reporter, do hereby certify:
 3              That previous to the commencement of the
     examination of the witness, the witness was duly
 4   sworn to testify the whole truth concerning the
     matters herein;
 5              That the foregoing deposition transcript
     was reported stenographically by me, was thereafter
 6   reduced to typewriting under my personal direction
     and constitutes a true record of the testimony
 7   given and the proceedings had;
                That the said deposition was taken
 8   before me at the time and place specified;
                That the reading and signing by the
 9   witness of the deposition transcript was agreed
     upon as stated herein;
10              That I am not a relative or employee or
     attorney or counsel, nor a relative or employee of
11   such attorney or counsel for any of the parties
     hereto, nor interested directly or indirectly in
12   the outcome of this action.
                It was requested before completion of
13   the deposition that the witness, BRIAN A. BOYLE,
     have the opportunity to read and sign the
14   deposition transcript.
15
                     _____
16                   CORINNE T. MARUT, Certified Reporter
17
                (The foregoing certification of this
18   transcript does not apply to any
     reproduction of the same by any means, unless under
19   the direct control and/or supervision of the
     certifying reporter.)
20
21
22
23
24
```

Golkow Technologies, Inc. - 1.877.370.DEPS