Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | MDL NO. 2047 |
| CHINESE-MANUFACTURED | ) | |
| DRYWALL PRODUCTS | ) | SECTION: L |
| LIABILITY LITIGATION | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO | ) | |
| ALL CASES | ) | MAG. JUDGE WILKINSON |
| | ) | |
| | ) | |

CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

- - - -

PERSON MOST KNOWLEDGEABLE

VIDEOTAPED DEPOSITION OF EMIL KOPILOVICH

Held at the Law Offices of

Wagner, Kirkman, Blaine, Klomparens & Youmans

10640 Mather Boulevard, Mather, California

Wednesday, August 19, 2015, 10:19 a.m.

- - - -

**EXHIBIT 60**

REPORTED BY:  ELAINA BULDA-JONES, CSR #11720

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 2

```
 1                    APPEARANCES
 2
 3   For the Plaintiffs' Steering Committee:
 4         Levin Fishbein Sedran & Berman
           510 Walnut Street, Suite 500
 5         Philadelphia, Pennsylvania 19106
           BY:  MATTHEW C. GAUGHAN, ESQ.
 6         215.592.1500
           Mgaughan@lfsblaw.com
 7
           Irpino Law Firm
 8         2216 Magazine Street
           New Orleans, Louisiana 70130
 9         BY:  ANTHONY IRPINO, ESQ.
           504.525.1500
10         Airpino@irpinolaw.com
11
12   For PABCO and the witness:
13         Wagner Kirkman Blaine Klomparens &
              Youmans, LLP
14         10640 Mather Boulevard, Suite 200
           Mather, California 95665
15         BY:  CARL BLAINE, ESQ.
           916.920.5286
16         Cblaine@wkblaw.com
17         Pacific Coast Companies
           10600 White Rock Road
18         Suite 100, Building B
           Rancho Cordova, California 95670
19         BY:  DANIEL S. YANAGIHARA, JR., ESQ.
           916.631.6500
20         Daniel.yanagihara@paccoast.com
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

Page 3

```
 1   For the Defendants Taishan Gypsum Company:
 2          Alston & Bird, LLP
             1201 West Peachtree Street, N.E.
 3           Atlanta, Georgia 30309-3424
             BY:  MACKENZIE HELLER, ESQ.
 4           (Present telephonically)
             404.881.4828
 5           Mackenzie.heller@alston.com
 6
 7   For the Defendants BNBM:
 8          Dentons US, LLP
             1301 K Street, NW
 9           Suite 600, East Tower
             Washington, DC 20005-3364 USA
10           BY:  DREW W. MARROCCO, ESQ.
             202.408.6387
11           Drew.marrocco@dentons.com
12
13   For the Defendants CNBM:
14          Orrick, Herrington & Sutcliffe, LLP
             400 Capitol Mall, Suite 3000
15           Sacramento, California 95814-4497
             BY:  NICHOLAS J. HORTON, ESQ.
16           916.329.4906
             Nhorton@orrick.com
17
18
19   Also present:
20          Steven Cathy, videographer
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

Page 4

1            INDEX OF EXAMINATIONS
2
3   EXAMINATIONS                                    PAGE
4    MR. IRPINO                                        6
5    MR. MARROCCO                                     85
6    MR. IRPINO                                       89
7    MR. MARROCCO                                     89
8
9
10
11              INDEX OF EXHIBITS
12    NO.            DESCRIPTION               PAGE
13   Exhibit 1    Notice of Expedited Oral and     9
                  Videotaped Deposition Pursuant
14                to the Court's Directive
                  During the March 17, 2015
15                Special Hearing and Minute
                  Entry and Order (REC.DOC.
16                184931)
17   Exhibit 2    Documents produced at the       16
                  deposition, PABCO 0001 through
18                PABCO 0046
19
20
21
22
23
24
25

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 5

```
 1                THE VIDEOGRAPHER:  We are now on the
 2   record.  My name is Steven Cathy.  I'm a
 3   videographer for Golkow Technologies.  Today's date
 4   is August 19th, 2015, and the time is 10:19 a.m.
 5                This video deposition is being held in
 6   Mather, California in the matter of in Re: Chinese
 7   Drywall, for the United States District Court,
 8   Eastern District of Louisiana.
 9                The deponent is Emil Kopilovich, person
10   most knowledgeable from PABCO Building Products,
11   LLC.
12                Would counsel please identify yourselves?
13                MR. IRPINO:  Yes.  Anthony Irpino of the
14   Irpino Law Firm representing the Plaintiffs'
15   Steering Committee.
16                MR. GAUGHAN:  And Matthew Gaughan of
17   Levin, Fishbein, Sedran & Berman also representing
18   the Plaintiffs' Steering Committee.
19                MR. MARROCCO:  Drew Marrocco from Dentons
20   representing BNBM PLC and BNBM Group.
21                MR. HORTON:  Nick Horton from Orrick,
22   Herrington & Sutcliffe on behalf of CNBM Group and
23   CNBM Company.
24                MR. YANAGIHARA:  Daniel Yanagihara, I'm
25   general counsel for PABCO Building Products.
```

Confidential - Subject to Further Confidentiality Review

```
                                                     Page 6
 1            MR. BLAINE:  Carl Blaine, outside counsel
 2    for PABCO LLC.
 3            THE VIDEOGRAPHER:  The court reporter is
 4    Elaina Bulda-Jones and will now swear in the
 5    witness.
 6                    EMIL KOPILOVICH,
 7    called as a witness by the Plaintiffs herein, being
 8    first duly sworn by the Certified Shorthand Reporter
 9    was thereupon examined and testified as is
10    hereinafter set forth.
11                       EXAMINATION
12    BY MR. IRPINO:
13        Q.   Sir, could you please state your full name
14    for the record?
15        A.   Emil Kopilovich.
16        Q.   Okay.  And what is your current address?
17        A.   3617 Fledgling Drive, North Las Vegas,
18    Nevada.
19        Q.   Okay.  Is it okay if I call you Emil or do
20    you prefer Mr. Kopilovich?
21        A.   Emil is fine.
22        Q.   I worry about mispronouncing your last
23    name, that's why.
24        A.   You pronounced it very well.
25        Q.   Okay.  Have you ever given a deposition
```

Confidential - Subject to Further Confidentiality Review

Page 88

1  A.  Yes.
2  Q.  I don't want to belabor this because I
3  think it's pretty clear on the record but the form
4  agreement that you sent over to BNBM, I think your
5  testimony is that you basically just took a prior
6  agreement that you had, removed the name of the
7  company that was in there previously, and put in
8  BNBM PLC.
9       Is that basically the extent of what you
10 did?
11 A.  That is exactly correct.
12 Q.  Okay.  So nothing in that agreement
13 reflects any input from BNBM of any kind?
14 A.  No.
15 Q.  And then lastly, you -- you mentioned
16 earlier that you had an understanding that BNBM had
17 some ownership interest in Taishan, but that your
18 understanding at least from your meeting with BNBM
19 was that BNBM and Taishan were separately managed
20 and operated companies; is that correct?
21      MR. IRPINO:  Object to form.
22      THE WITNESS:  That is what was stated to
23 us.
24 BY MR. MARROCCO:
25 Q.  That was your understanding based on your

Confidential - Subject to Further Confidentiality Review

Page 89

```
 1   meeting?
 2       A.    That's correct.
 3       Q.    Okay.  That's all the questions I have.
 4   Thank you for your time.
 5             MR. HORTON:  No questions.
 6                      EXAMINATION
 7   BY MR. IRPINO:
 8       Q.    Just to be clear, the last thing you said,
 9   did you learn about that in terms of whatever BNBM
10   represented to you about the relationship with
11   Taishan, did you learn about that solely from
12   whatever they told you?
13       A.    Yes.
14       Q.    So it's not something you researched and
15   found out on your own?
16       A.    No.
17       Q.    It's just whatever BNBM representatives
18   claimed or told you?
19       A.    That is correct.
20       Q.    Okay.
21             MR. IRPINO:  No further questions.
22             MR. MARROCCO:  Last follow up to clarify.
23                      EXAMINATION
24   BY MR. MARROCCO:
25       Q.    You did no research on BNBM or Taishan at
```

Confidential - Subject to Further Confidentiality Review

Page 91

```
 1  STATE OF CALIFORNIA   )
 2  COUNTY OF YOLO        )
 3          I, ELAINA BULDA-JONES, a Certified Shorthand
 4  Reporter of the State of California, duly authorized
 5  to administer oaths pursuant to Section 2025 of the
 6  California Code of Civil Procedure, do hereby
 7  certify that
 8                  EMIL KOPILOVICH,
 9  the witness in the foregoing deposition, was by me
10  duly sworn to testify the truth, the whole truth and
11  nothing but the truth in the within-entitled cause;
12  that said testimony of said witness was reported by
13  me, a disinterested person, and was thereafter
14  transcribed under my direction into typewriting and
15  is a true and correct transcription of said
16  proceedings.
17          I further certify that I am not of counsel or
18  attorney for either or any of the parties in the
19  foregoing deposition and caption named, nor in any
20  way interested in the outcome of the cause named in
21  said deposition dated the  _____ day of
22  _____, 2015.
23
24
25  ELAINA BULDA-JONES, RPR, CSR 11720
```