Richard Hannam (Wood Nation Inc.)

```
 1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2

 3    _____        § MDL NO. 2047
      IN RE:                  §
 4    CHINESE-                § SECTION: L
      MANUFACTURED            §
 5    DRYWALL PRODUCTS        § JUDGE FALLON
      LIABILITY               §
 6    LITIGATION              § MAGISTRATE
                              § JUDGE WILKINSON
 7    -----------------------------------------
      CROSS-NOTICED IN VARIOUS OTHER ACTIONS
 8    -----------------------------------------
 9    DEPOSITION OF WOOD NATION, INC., PURSUANT TO FEDERAL
      RULE OF CIVIL PROCEDURE 30(b)(6) - RICHARD L. HANNAM
10
      Taken on Behalf of the Plaintiffs, by and through
11     Counsel for the Plaintiffs' Steering Committee
12
      DATE TAKEN:      FEBRUARY 14, 2011
13
      TIME:            10:13 A.M. - 2:55 P.M.
14
      PLACE:           MORGAN & MORGAN
15                     201 NORTH FRANKLIN STREET
                       SEVENTH FLOOR
16                     TAMPA, FLORIDA 33602
17
18
19
20       Examination of the witness taken before:
21             Susan D. Wasilewski
           Registered Professional Reporter
22          Certified Realtime Reporter
               Certified CART Provider
23    Certified Manager of Reporting Services
            Florida Professional Reporter
24
25
```

<div style="border:1px solid">EXHIBIT<br>61</div>

Richard Hannam (Wood Nation Inc.)

```
 1                    APPEARANCES
 2
     Counsel from Plaintiffs' Steering Committee:
 3
         RICHARD J. SERPE, ESQ.
 4       Law Offices of Richard J. Serpe, P.C.
         Attorneys at Law
 5       580 East Main Street, Suite 310
         Norfolk, Virginia 23510
 6
         ROBERT B. BROWN, III, ESQ.
 7       Baron & Budd, P.C.
         Attorneys at Law
 8       2655 South Bayshore Drive, Suite 220
         Miami, Florida 33133
 9
         MATTHEW GAUGHAN, ESQ.  (By Telephone)
10       Levin, Fishbein, Sedran & Berman
         Attorneys at Law
11       510 Walnut Street, Suite 500
         Philadelphia, Pennsylvania 19106
12
13   Counsel for Banner Entities:
14       SETH V. ALHADEFF, ESQ.  (By Telephone)
         Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
15       Attorneys at Law
         2601 South Bayshore Drive, Suite 1500
16       Miami, Florida 33133
17       NICHOLAS P. PANAYOTOPOULOS, ESQ.  (By Telephone)
         Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
18       Attorneys at Law
         3344 Peachtree Road, Northeast, Suite 2400
19       Atlanta, Georgia 30326
20
21   Counsel for 84 Lumber Company:
         DAVID J. MORGAN, ESQ.  (By Telephone)
22       MARC T. THIRKELL, ESQ.  (By Telephone)
         Buchanan, Ingersoll & Rooney
23       One Oxford Centre
         301 Grant Street, 20th Floor
24       Pittsburgh, Pennsylvania 15219-1410
25
```

Richard Hannam (Wood Nation Inc.)

```
 1                    APPEARANCES
 2
 3   Counsel for Multiple Virginia Builders and Developers:
         J. BRIAN SLAUGHTER, ESQ.  (By Telephone)
 4       McKenry, Dancigers, Dawson & Lake, P.C.
         Attorneys at Law
 5       192 Ballard Court, Suite 400
         Virginia Beach, Virginia 23462
 6        * Please note that Mr. Slaughter's appearance is
         subject to and without waiver of previously-filed
 7       objections to the Court's jurisdiction and motions
         to dismiss.
 8
 9   Counsel for Grass Drywall:
10       HOLLY SIDES, ESQ.  (By Telephone)
         Donohue Patrick, PLLC
11       Attorneys at Law
         450 Laurel Street, Suite 1500
12       Baton Rouge, Louisiana 70801
13
14   Defendants' Liaison Counsel:
         ABIGAIL ROBERTS, ESQ.  (By Telephone)
15       Rumberger, Kirk & Caldwell, P.A.
         Attorneys at Law
16       80 Southwest 8th Street, Suite 3000
         Miami, Florida 33130
17
18   Counsel for CIC:
19       CAROL P. SMITH, ESQ.  (Not Present)
         Frost Brown Todd, LLC
20       Attorneys at Law
         500 Lee Street East, Suite 401
21       Charleston, West Virginia 25301
22
23
24
25
```

Richard Hannam (Wood Nation Inc.)

```
 1                    I  N  D  E  X

 2   WITNESS                                      PAGE

 3   CALLED BY THE PLAINTIFFS:

 4    RICHARD L. HANNAM

 5      DIRECT EXAMINATION BY MR. SERPE...............  6

 6      CROSS-EXAMINATION BY MR. THIRKELL............. 119

 7      CROSS-EXAMINATION BY MR. ALHADEFF............. 122

 8   CERTIFICATE OF REPORTER OATH..................... 126

 9   CERTIFICATE OF REPORTER......................... 127

10    ERRATA SHEET................................... 128

11

12

13                    E  X  H  I  B  I  T  S

14   PLAINTIFF'S                                   PAGE

15   No. 1       Notice of Deposition               60

16   No. 2       Contract WN7350, and other US Consumer
                 Product Safety Commission Documents  60
17
     No. 3       Copy of Business Card - TG 0020110   61
18
     No. 4       Undated E-mail Document - TG 0001380 62
19
     No. 5       4-3-06 E-mail and Photographs -
20               TG 0000447 thru 0000453             68

21   No. 6       4-9-06 E-mail - TG 0000481           70

22   No. 7       5-22-06 E-mail and Contract -
                 TG 000468 thru 000473               70
23
     No. 8       E-mails - TG 000461                  75
24
     No. 9       5-30-06 E-mail - TG 000460           78
25
```

Richard Hannam (Wood Nation Inc.)

```
 1                    I N D E X

 2                  E X H I B I T S

 3     PLAINTIFF'S                                    PAGE

 4     No. 10      Contract WN7350 - TG 0000456 thru

                   0000459                             78

 5

       No. 11      6-3-06 E-mail and Attachments -

 6                 TG 0000464 to 0000467              80

 7     No. 12      6-5-06 E-mail - TG 0000454         81

 8     No. 13      Contract WN7350 - TG 0001482 to 0001484   82

 9     No. 14      8-18-06 E-mails - TG 0022664,

                   TG 0001379 and TG 0001383          83

10

       No. 15      Chinese Tax Documents - TG 0001545 and

11                 0001546                            84

12     No. 16      9-18-06 E-mail - TG 0001188        85

13     No. 17      8-18-06 E-mail - TG 0001381        88

14     No. 18      BNBM Public File Folder            92

15     No. 19      Purchase/Supply Agreement          94

16     No. 20      BNBM Public Correspondence         98

17     No. 21      BNBM Public Contract Documents     100

18     No. 22      BNBM UL and ASTM Certification Papers   102

19     No. 23      DWC Contract and Insurance         104

20     No. 24      BNBM Contract WN6350 Documents     106

21     No. 25      C&K Documents                      106

22     No. 26      TTPC Insurance Documents           114

23     No. 27      TTPC ASTM Documents                114

24     No. 28      TTPC Order Number WN7350 Documents   116

25
```

Richard Hannam (Wood Nation Inc.)

```
 1              THEREUPON, the following proceedings were had

 2      and taken at 10:13 a.m.:

 3              THE COURT REPORTER:  Do you solemnly swear or

 4          affirm the testimony you are about to give will be

 5          the truth, the whole truth, and nothing but the

 6          truth?

 7              THE WITNESS:  Yes.

 8              THE COURT REPORTER:  Thank you.

 9              RICHARD L. HANNAM, called as a witness by the

10      Plaintiffs, having been first duly sworn, testified as

11      follows:

12                          DIRECT EXAMINATION

13      BY MR. SERPE:

14          Q.   My name is Richard Serpe.  I'm a lawyer from

15      Virginia here for the Plaintiffs' Lawyers Steering

16      Committee as part of the multidistrict litigation on

17      Chinese drywall.  That's a mouthful.  I want to ask you

18      questions about Chinese drywall today.

19              The first thing I'd like you to do is state

20      your full name for the court reporter.

21          A.   Richard Lee Hannam.

22          Q.   Have you given a deposition before, Mr. Hannam?

23          A.   Yes.

24          Q.   On how many occasions?

25          A.   Maybe once or twice.
```

Richard Hannam (Wood Nation Inc.)

1    them.  They were very qualified with scientists.  I

2    started to say atom bomb.

3         Q.   Is your former West Coast employer, is it

4    Woodward & Dickerson?

5         A.   Woodward & Dickerson.

6         Q.   Are they still an active company?

7         A.   No.  After 156 years, they closed her down.

8         Q.   When was that?

9         A.   That would have been about '99.  They were

10   purchased by Finnforest.

11        Q.   Did Finnforest keep the same physical location

12   and employees, was there some continuity in that regard?

13        A.   For a while, for a short period.

14        Q.   Do you think there is any chance that the

15   original contract files and correspondence and testing

16   results for those first shipment or that first shipment

17   would still be in a file cabinet or a box somewhere out

18   there on the West Coast?

19        A.   I haven't the foggiest idea.  At the risk of

20   being argumentative, there was never a single problem

21   with that quality.  It just plain wasn't -- in fact,

22   there was nothing more than compliments by the

23   contractors.  This was a new era, if I may be so bold to

24   say.

25        Q.   Mr. Hannam, I recognize that with respect to

Richard Hannam (Wood Nation Inc.)

```
 1    Dragon Board and BNBM, that that's a separate

 2    manufacturer, a separate product from the Taishan Gypsum

 3    and the various products that we are here today.  I

 4    don't want to debate one product versus another.  I'm

 5    trying to establish the big picture of imports from

 6    China to the United States, who the players were, what

 7    kind of contacts took place.  I'm going to be somewhat

 8    thorough in these questions, understanding that I'm not

 9    asking you to agree with me or disagree about individual

10    products as part of those questions.

11         A.   That's fine.

12         Q.   Is Finnforest still in business on the West

13    Coast?

14         A.   No.  They actually closed all of their US

15    facilities.  Finnforest -- they were called Finnforest

16    USA here in the United States.  Finnforest is the

17    largest timber holder in Europe.  They have paper mills,

18    plywood mills, sawmills, timber holdings, all of this.

19    They were not involved in any of the drywall

20    transactions, only Woodward & Dickerson.

21         Q.   So from the highest level looking down, from

22    the 1999 time frame up till say 2006, were there

23    additional sales from BNBM to the United States that

24    Woodward & Dickerson were involved in?

25         A.   So you don't have to ask a whole lot of
```

Richard Hannam (Wood Nation Inc.)

```
 1    get that second cargo for them, including the trip to

 2    China, but did they say that they would still like to

 3    get more drywall and is that what led ultimately to the

 4    shipment from Taishan?

 5         A.   Yes.  They wanted a whole lot more drywall.

 6         Q.   A whole lot more?

 7         A.   Uh-huh.

 8         Q.   From a numbers standpoint, the shipment that

 9    actually came over that was mixed board was 3,700

10    pallets, something like that, does that sound about

11    right?

12         A.   I don't know.

13         Q.   You don't recall?  We'll look at those

14    documents later.

15         A.   Not when you talk about pallets.  I'd have to

16    go by pieces.

17         Q.   Pieces.  Tell me about the transition from

18    getting drywall from BNBM, the manufacturing or trading,

19    to how you ended up with the additional shipment that

20    came in that was manufactured by a different Chinese

21    company, what happened there?

22         A.   I asked David if he knew of any other

23    manufacturers over there that would be ASTM certifiable,

24    and he did.  That would have been Taishan.

25         Q.   This concept that they were 70 percent owned by
```

Richard Hannam (Wood Nation Inc.)

```
 1    words and then cutting and pasting, or are they typing
 2    in Mandarin and then some sort of an algorithm --
 3        A.   No.  If they are going to do English, they'll
 4    do English.
 5        Q.   In English, they are typing an English e-mail?
 6        A.   Now, your computer, you know, they have
 7    programming, you can type in what -- when you go into
 8    your computer you can set it for Chinese, but you are
 9    typing on an English ABC keyboard.
10        Q.   Did you use that sort of a system on your end
11    or were you just simply writing in English?
12        A.   I'm doing just like we would do any time over
13    here.
14        Q.   While you began dealing with Taishan for an
15    additional shipment to come through, what percentage of
16    those communications was David handling versus were you
17    doing some of that direct with the Taishan people as
18    well?
19        A.   He would have done the majority.
20        Q.   Was he doing that as a favor to a friend or was
21    it your understanding that BNBM had some interest in the
22    transaction?
23        A.   Favor to a friend.
24        Q.   At the risk of stepping on the toes of a
25    friendship, when you ultimately found out that BNBM did
```

Richard Hannam (Wood Nation Inc.)

```
 1    have a financial interest in Taishan Gypsum Company,

 2    was that a surprise to you, unpleasant surprise to you?

 3         A.    Oh, how do I answer that?  First, it was

 4    unpleasant because I didn't want BNBM to gain a nickel

 5    out of anything because of them standing me up on that

 6    one order, but then it was pleasant because I knew they

 7    knew what they were doing.

 8         Q.    So it was your understanding then that they

 9    were going to be involved behind the scenes in the

10    transaction?

11         A.    No, not at all.  No.

12         Q.    So when you say it was pleasant because they

13    knew what they were doing --

14         A.    When I say they, BNBM would not have been

15    involved.  If they had been involved with the company,

16    like if they would have been a part of the company, they

17    would have known that it would have had to have met ASTM

18    standards, this type of thing.

19         Q.    The edge tapering, et cetera?

20         A.    All that stuff, yeah.

21         Q.    All that makes for good drywall?

22         A.    Right.  And that company had already been

23    exporting to the United States, so I knew that they knew

24    a little bit of what they were doing.

25         Q.    How did you come to learn that Taishan was
```

Richard Hannam (Wood Nation Inc.)

```
 1                   CERTIFICATE OF REPORTER

 2   STATE OF FLORIDA

 3   COUNTY OF POLK

 4            I, Susan D. Wasilewski, Registered Professional

 5   Reporter, Certified Realtime Reporter, Certified CART

 6   Provider, Certified Manager of Reporting Services, and

 7   Florida Professional Reporter, do hereby certify that I

 8   was authorized to and did stenographically report the

 9   examination of the witness named herein; that a review

10   of the transcript was requested; and that the foregoing

11   transcript is a true record of my stenographic notes.

12            I FURTHER CERTIFY that I am not a relative,

13   employee, or attorney, or counsel for any of the

14   parties, nor am I a relative or employee of any of the

15   parties' attorney or counsel connected with the action,

16   nor am I financially interested in the outcome of this

17   action.

18            DATED THIS _____ at Lakeland, Polk

19   County, Florida.

20

21         _____

             SUSAN D. WASILEWSKI, RPR, CRR, CCP, CMRS, FPR

22

23

24

25
```