Print Form

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Faber, Fred and Irene
Address of Affected Property: 12540 NW 83 Court
Parkland, FL 33076

Is this Property:* ☐ Residential  ☒ Commercial  ☐ Governmental
Name of Person Completing this Form: Fred Faber
Is above your primary residence? ☐ Yes  ☒ No
Mailing Address (if different): 8225 NW105 Lane
Parkland, FL 33076
Phone: (954) 346-0435

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: ☐ Owner-Occupant  ☒ Owner Only  ☐ Renter-Occupant
Represented By: Michael Ryan, Esquire
Address: Krupnick Campbell, et al.
12 SE 7th Street, Suite 801
Ft. Lauderdale, FL 33316
Phone: (954) 763-8181
Case No. /Docket Info: Omni XX  15-4124

### Section II. Insurance Information

Homeowner/ Renter Insurer:
Policy #:
Agent:
Address:
Phone: (   )   -

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Fred Faber | / / | / / | M | 8/13/64 | No | Owner Only |
| Irene Faber | / / | / / | F | 8/5/57 | No | Owner Only |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |

* Personal injuries include claims for mental anguish and medical monitoring.

**EXHIBIT 64**

Faber, F. 0001

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? ☉ Yes  ☐ No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? HSA Engineers and Scientists; Benchmark 8/29/11

   1.2. When did the inspection take place? 6/24/09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ☉ Yes  ☐ No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? HSA Engineers and Scientists; Benchmark 8/29/11

   2.2. When was this determination made? 6/24/09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Dragon | Dragon; 396-04 | living room; dining room; bedroom 2; stairwell; master bedroom; bedroom 4; bedroom 5; laundry room |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3011 | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | | |
| Height of Interior Walls | | Year-round | | |
| Number of Bedrooms: | 5 | Summer | | |
| Number of Bathrooms: | 4 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | X | | |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
WCI Communities, Inc.

Address: 24301 Walden Center Drive
Bonita Springs, FL 34134

Phone: (   )   -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name: S.D. & Associates, Inc.

Address:

Phone: (   )   -

### Section X. Drywall Supplier

Drywall Supplier's Name: Banner

Address: 7195 NW 30 Street
Miami, FL 33122

Phone: (   )   -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed 6/29/15 | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed 6/29/15 | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Faber, F. 0003









Print Form

Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  
PRODUCTS LIABILITY LITIGATION  
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047  
SECTION: L  
JUDGE FALLON  
MAG. JUDGE WILKINSON

For Internal Use Only  
File Number  
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information
Name Property Owner: Jagat, Christine & Harry  
Address of Affected Property: 12600 NW 79 Manor, Parkland, FL 33076  
Is this Property: [X] Residential [ ] Commercial [ ] Governmental  
Name of Person Completing this Form: Christine Jagat  
Is above your primary residence? (•) Yes ( ) No  
Mailing Address (if different):  
Phone: (   )   -  

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant [ ] Owner Only [ ] Renter-Occupant  
Represented By: Michael Ryan, Esquire  
Address: Krupnick Campbell, et al.  
12 SE 7th Street, Suite 801  
Ft. Lauderdale, FL 33316  
Phone: (954) 763-8181  
Case No. /Docket Info: Omni XX    15-4124

### Section II. Insurance Information
Homeowner/ Renter Insurer:  
Policy #:  
Agent:  
Address:  
Phone: (   )   -  

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal Injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Christine Jagat | 11/25/06 | / / | M /[X] | 12/28/72 | ( )Yes No(•) | Owner-Occupant |
| Harry Jagat | 11/25/06 | / / | [X]/ F | 2/14/60 | ( )Yes No(•) | Owner-Occupant |
|  | / / | / / | M / F | / / | ( )Yes No( ) |  |
|  | / / | / / | M / F | / / | ( )Yes No( ) |  |
|  | / / | / / | M / F | / / | ( )Yes No( ) |  |
|  | / / | / / | M / F | / / | ( )Yes No( ) |  |
|  | / / | / / | M / F | / / | ( )Yes No( ) |  |
|  | / / | / / | M / F | / / | ( )Yes No( ) |  |
|  | / / | / / | M / F | / / | ( )Yes No( ) |  |
|  | / / | / / | M / F | / / | ( )Yes No( ) |  |

* Personal injuries include claims for mental anguish and medical monitoring.

Jagat, H. 0001

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? ⦿ Yes  ◯ No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? KCM rep.; Benchmark 8/24/11; Javier Yanes 1/11/12
   1.2. When did the inspection take place? 6/10/10

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ⦿ Yes  ◯ No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? KCM rep.; Javier Yanes 1/11/12; Benchmark 8/24/11
   2.2. When was this determination made? 6/10/10

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Dragon | Dragon; Per, 1/2 4x12; 10/03/06; ASTM | through out home |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3244 | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | ☒ | ☐ |
| Height of Interior Walls | | Year-round | ☒ | ☐ |
| Number of Bedrooms: | 6 | Summer | ☐ | ☐ |
| Number of Bathrooms: | 4 | Winter | ☐ | ☐ |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☒ | ☐ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☒ | ☐ | ☐ |
| 2nd Panel | ☒ | ☐ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)
Start Date: / /    Completion Date: / /
Move in Date: 11/25/06    Date Acquired Home: / /

Date Range for Renovations: (Month/Day/Year)
Start Date: / /    Completion Date: / /
Move in Date: / /

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☐ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
   WCI Communities, Inc.
Address: 24301 Walden Center Drive
Bonita Springs, FL 34134

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:
   S.D. & Associates, Inc.
Address: unknown address

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:
   Banner
Address: 7195 NW 30 Street
Miami, FL 33122

Phone: ( ) -

Jagat, H. 0002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody, or control.

| _Hagat_ | 7/11/15 | _[signature]_ | 7/11/15 |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

 

| Site Address | 12600 NW 79 MANOR , PARKLAND | ID # | 4741 31 05 0620 |
|---|---|---|---|
| Property Owner | JAGAT,CHRISTINE & JAGAT,HARRY H | Millage | 3012 |
| Mailing Address | 12600 NW 79 MNR PARKLAND FL 33076 | Use | 01 |
| Legal Description | HERON BAY NORTH PLAT 2 173-181 B LOT 20 BLK B | | |

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

## Property Assessment Values
Click here to see 2010 Exemptions and Taxable Values reflected on Nov. 1, 2010 tax bill.

| Year | Land | Building | Just Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2011 | $71,390 | | $71,390 | $54,110 | |
| 2010 | $64,900 | | $64,900 | $53,320 | $2,077.44 |
| 2009 | $51,920 | $166,880 | $218,800 | $218,800 | $4,665.86 |

IMPORTANT: The 2011 values currently shown are very preliminary numbers. Those numbers will change frequently online as we make various adjustments until they are finalized on June 1. Please check back here AFTER June 1, 2011, to see the actual proposed 2011 assessments and portability values.

## 2011 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $71,390 | $71,390 | $71,390 | $71,390 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH 07 | $54,110 | $54,110 | $54,110 | $54,110 |
| Homestead 100 | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $4,110 | 0 | $4,110 | $4,110 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $25,000 | $29,110 | $25,000 | $25,000 |

### Sales History

| Date | Type | Price | Book | Page |
|---|---|---|---|---|
| 11/22/2006 | WD | $728,000 | 43271 | 1420 |
| 11/20/2006 | SWD | $524,300 | 43271 | 1418 |
| 4/11/2001 | TD* | $11,125,000 | 31474 | 1804 |

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| $11.00 | 6,490 | SF |
| | | |
| | | |
| | | |
| Adj. Bldg. S.F. | | 3244 |

* Denotes Multi-Parcel Sale (See Deed)

### Special Assessments

| Fire | Garbage | Light | Drainage | Improvement | Safe |
|---|---|---|---|---|---|
| 30 | G | | | NV | |
| R | | | | NV | |
| 1 | | | | .15 | |

Jagat, H. 0004

Plaintiff Profile Form – Residential Properties

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  
PRODUCTS LIABILITY LITIGATION  
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047  
SECTION: L  
JUDGE FALLON  
MAG. JUDGE WILKINSON

**For Internal Use Only**

File Number: _____  
Date Received: _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Ryan, Frank and Lisa  
Address of Affected Property: 8010 NW 126 Terrace, Parkland, FL 33076

Is this Property:* [X] Residential [ ] Commercial [ ] Governmental  
Name of Person Completing this Form: _____  
Is above your primary residence? ( ) Yes (●) No  
Mailing Address (if different): 12322 SW 54 Court, Coral Springs, FL 33076  
Phone: (   )   -  

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant [ ] Owner Only [ ] Renter-Occupant  
Represented By: Michael Ryan, Esquire  
Address: Krupnick Campbell, et al., 12 SE 7th Street, Suite 801, Ft. Lauderdale, FL 33316  
Phone: (954) 763-8181  
Case No. /Docket Info: Omni XX 15-4124

### Section II. Insurance Information

Homeowner/ Renter Insurer: _____  
Policy #: _____  
Agent: _____  
Address: _____  
Phone: (   )   -  

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Frank Ryan | 8/2/07 | 8/1/15 | M / F | 6/27/68 | Yes  No(●) | Owner Only |
| Lisa Ryan | 8/2/07 | 8/1/15 | M / F | 2/08/69 | Yes  No(●) | Owner Only |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |
|  | / / | / / | M / F | / / | Yes  No |  |

* Personal injuries include claims for mental anguish and medical monitoring.

Ryan, F. 0001

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? ☑ Yes  ☐ No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Rep of Krupnick Campbell; Yanes

1.2. When did the inspection take place? 2 / 0 /09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ☑ Yes  ☐ No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Representative of Krupnick Campbell; Yanes

2.2. When was this determination made? 2 / /09

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Dragon | Beijing New Builidng; Dragon | various locations |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3497 | | | |
| Estimated Sq. Ft. of Drywall | tbd | Occupied | ☐ | ☐ |
| Height of Interior Walls | 10 ft | Year-round | ☐ | ☐ |
| Number of Bedrooms: | 5 | Summer | ☐ | ☐ |
| Number of Bathrooms: | 4 | Winter | ☐ | ☐ |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☒ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |

Were repairs made to the plumbing system? no
Dates:

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☒ | ☐ | ☐ |
| 2nd Panel | ☐ | ☐ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |

Were repairs made to the electrical system? ☐ Yes ☒ No
Dates:

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)
Start Date: / /   Completion Date: / /
Move In Date: / /   Date Acquired Home: / /

Date Range for Renovations: (Month/Day/Year)
Start Date: / /   Completion Date: / /
Move In Date: / /

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☐ |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
WCI Communities, Inc.
Address: 24301 Walden Center Drive
Bonita Springs, FL 34134

Phone: (   )   -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:
S.D. & Assoc.

Address:

Phone: (   )   -

## Section X. Drywall Supplier

Drywall Supplier's Name:
Banner

Address: 7195 NW 30 Street
Miami, FL 33122

Phone: (   )   -

Ryan, F. 0002

Plaintiff Profile Form - Residential Properties

## Section XI. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed 9/4/15 | Claimant's Signature | Date Signed 9/4/15 |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

BCPA Sketch : 474131050690
Building 1 of 1



| Code | Description | Long Description |
|---|---|---|
| P 1/3 | Porch | Porch |
| (0.6) P/P | Porch .33/Porch .33 | Porch .33/Porch .33 |
| (1.8) | Two Story | Two Story |
| P 1/2 | Porch | Porch |
| (1.3) L/G | Living/Garage | Living/Garage |
| G 1/2 | Garage | Garage |
| (1.3) | One Story - Volume Ceiling | One Story - Volume Ceiling |
| (1.5) | Loft/Living | Loft/Living |

Details :

Page : 1
File : 7131-05-0690.xml
Subject information :

Area Summary :

| Code | Description | Area | Perimeter | Adj. Area | Adj. Perim | Factor | Stories | Level |
|---|---|---|---|---|---|---|---|---|
| P 1/3 | Porch | 216.00 | 66.00 | 71.28 | 66.00 | 0.33 | 1.00 | 1.00 |
| (0.6) P/P | Porch .33/Porch .33 | 144.00 | 41.00 | 86.40 | 50.00 | 0.60 | 1.00 | 1.00 |
| (1.8) | Two Story | 1,220.00 | 148.00 | 2,196.00 | 148.00 | 1.80 | 1.00 | 1.00 |
| P 1/2 | Porch | 54.00 | 24.00 | 27.00 | 30.00 | 0.50 | 1.00 | 1.00 |
| (1.3) L/G | Living/Garage | 132.00 | 39.00 | 171.60 | 39.00 | 1.30 | 1.00 | 1.00 |
| G 1/2 | Garage | 330.00 | 52.00 | 165.00 | 52.00 | 0.50 | 1.00 | 1.00 |
| (1.3) | One Story - Volume Ceiling | 432.44 | 100.17 | 562.17 | 100.17 | 1.30 | 1.00 | 1.00 |
| (1.5) | Loft/Living | 145.00 | 63.00 | 217.50 | 68.00 | 1.50 | 1.00 | 1.00 |

Ryan R. 0004

http://www.bcpa.net/sketch/displaysketch.aspx?Folio=474131050690