**BNBM Guarantees to/Investments in Taishan Gypsum- FRE 1006 Summary Chart**

| Document Description | Date | Bates (English) |
|---|---|---|
| Guarantee – <br> 1) General Credit Limit Loan 90,000,000 Yuan (1 year) <br> 2) Working Capital Guarantee 10,000,000 Yuan (1 year) | 4/23/2005 | BNBMPLC0004402-0004403 <br> BNBMPLC0004401 (Chinese) |
| BNBM acquires additional shares of Taishan Gypsum <br> Jia Tongchun retains ownership of his shares | 4/27/2005 | TG0020596 |
| TG's Fourth Interim Meeting of the Shareholders' general committee (held in BNBM conference room) – <br> -Approval for investment in gypsum production line <br> -10 million Yuan project, of which 80% is from Taihe and 20% is from BNBM | 6/26/2005 | TG0020682 |
| MAXIMUM AMOUNT GUARANTEE AGREEMENT between Agricultural Bank of China Taian City Branch ("Creditor"), TG ("Debtor"), and BNBM ("Guarantor") - whereby "...the Debtor and the Creditor have entered into a series of business contracts (the 'Master Contract') in accordance with the time periods and the maximum amount as set forth in Article 1 of this Agreement [about 12 contracts/loans], and the Guarantor agrees to provide guarantee for the Debtor with respect to the debts formed between the Creditor ... The Guarantor agrees to provide guarantee for the debts actually formed between February 15, 2006 to February 14, 2007 ..." | 2/18/2006 | TG0025560-0025563 |
| Deliberate Proposal of Offering Security for Shandong Taihe Dongxin Co. Ltd., No dollar amount specified | 7/24/2006 | BNBMPLC0006300 <br> BNBMPLC0006229 (Chinese) |

**EXHIBIT 68**

B: 7/8/15-7/11/15
Exhibit 162

**BNBM Guarantees to/Investments in Taishan Gypsum- FRE 1006 Summary Chart**

| | | |
|---|---|---|
| Equity Transfer Agreement<br><br>BNBM Transfer of assets from Tai'an Donglian Investment Trade Co. (Prev. Donglian owned 23% of Shandong Taihe) | 8/8/2006 | BNBMPLC0006205-0006212<br>BNBMPLC0006195-0006204 (Chinese) |
| -Connected Transaction<br><br>BNBM purchases 100% of Taian Donglian Investment Trading Company (which owned 23% of TG), thus, now giving BNBM 65% ownership of TG. "BNBM has gained long term control of Taihe's board of directors..." "**Reasons for entering into the Share Transfer Agreement** [purchase of Donglian] - "... the Acquisition will enable CNBM Group to further enhance its competitiveness and consolidate its leading position in the PRC gypsum board market as it will participate more actively in the daily operations and management of Taihe [TG] with a view to improving its profitability." | 8/28/2006 | Plaintiffs' Ex. 24 to Jia 1/9/12 depo (Q000010-12) |
| BNBM also agrees to loan RMB 50 million to Taian State Owned Assets Management Company (TSOAMC), which owned 16% of TG. TSOAMC put up its 16% ownership in TG as collateral. "**Conditions of the Loan Agreement** - "... obtaining approvals from the directors and the shareholders of BNBM (if necessary) and the Company [CNBM Group]." "Reasons for entering into the Loan Agreement - ... As State Owned Company [TSOAMC] does not presently intend to sell their equity stake in Taihe, the Company [CNBM Group] and State Owned Company decided to enter into the Loan Agreement in which State Owned Company is prohibited from selling its 16% equity interest to any other third parties during the term of the Loan Agreement." | 8/28/2006 | Plaintiffs' Ex. 24 to Jia 1/9/12 depo (Q000010-12) |
| Independent opinion of the Directors of BNBMPLC about Co's Equity Acquisition | 8/28/2006 | BNBMPLC0006214<br>BNBMPLC0006213 (Chinese) |
| Public Announcement of the Acquisition of Taian Donglian | 8/28/2006 | BNBMPLC0006218-0006220<br>BNBMPLC0006215-0006217 (Chinese) |

**BNBM Guarantees to/Investments in Taishan Gypsum- FRE 1006 Summary Chart**

| | | |
|---|---|---|
| Guarantee<br><br>-Renewal of working capital line of credit.<br><br>-Total working capital loan at 378,600,000 Yuan<br><br>-Additional amount needed for actual operating expenses. Increase in the line of credit 200,000,000 Yuan | 2/9/2007 | BNBMPLC0004454-0004456<br>BNBMPLC0004452-0004453 (Chinese) |
| Resolution by BNBM Directors approving a proposal to provide guarantees to Taishan Gypsum, no dollar amount specified | 4/9/2007 | BNBMPLC0004460-0004462<br>BNBMPLC0004457-0004459 (Chinese) |
| Investment in construction of a desulphurization line in Taicang City – Jiangsu Province | 5/12/2007 | BNBMPLC0004476-0004477<br>BNBMPLC0004775 (Chinese) |
| Joint Liability guarantee for 41,000,000 Yuan in order for BNBM and Shandong Taihe to replace natural gypsum plaster board with industrial waste gypsum | 6/15/2007 | BNBMPLC0004480-0004481<br>BNBMPLC0004478-0004479 (Chinese) |
| Taishan's amount of comprehensive credit = 175,000,000 Yuan is set to expire from Agricultural Bank of China<br><br>-Guarantee increases credit line to 265,000,000 Yuan (1 year) | 12/27/2007 | BNBMPLC0004515-0004516<br>BNBMPLC0004513-0004514 (Chinese) |
| Taishan's amount of comprehensive credit = 159,600,000 Yuan is set to expire from Industrial Commercial Bank<br><br>-Guarantee increases credit line to 340,000,000 Yuan (1 year) | 2/18/2008 | BNBMPLC0004521-0004524<br>BNBMPLC0004517-0004520 (Chinese) |
| -Guarantee of credit to Taishan 150,000,000 Yuan from Bank of China | 3/21/2008 | BNBMPLC0004528-0004531<br>BNBMPLC0004525-0004527 (Chinese) |
| -Resolution and approval by BNBM to allow Taishan to give guarantees to various Taishan subsidiaries | 4/3/2008 | BNBMPLC0004542-0004544<br>BNBMPLC0004539-0004541 (Chinese) |
| Deliberate Proposal of Offering Security for Shandong Taihe Dongxin Co. Ltd. (Taishan) | 4/6/2008 | BNBMPLC0006326<br>BNBMPLC0006325 (Chinese) |
| 2007 Annual General Meeting<br><br>-BNBM approved proposal of offering security to Taishan | 4/16/2008 | BNBMPLC0005073-0005074<br>BNBMPLC0005071-0005072 (Chinese) |

**BNBM Guarantees to/Investments in Taishan Gypsum- FRE 1006 Summary Chart**

| | | |
|---|---|---|
| TG's 2008 Annual General Meeting – **"based on the covenants of the shareholders for the loan guarantee fee charged by Beixin Building Materials Group Co., Ltd. against TG, as Tai'an State Owned Assets Management Co., Ltd. provides counter guarantee for Beixin Building Materials, the rate of the loan guarantee fee will be lowered gradually until it is cancelled**." | 5/18/2009 | TG 0020795 – 98 |
| -Resolution and approval by BNBM to allow Taishan to give guarantees to various Taishan subsidiaries | 7/31/2009 | BNBMPLC0004629-0004636<br>BNBMPLC0004624-0004628 (Chinese) |
| -Resolutions adopted to provide security for Taishan's subsidiaries | 8/17/2009 | BNBMPLC0004641-0004645<br>BNBMPLC0004637-0004640 (Chinese) |
| -BNBM invests in gypsum production line in Zhenjiang City<br><br>-Holding subsidiary Taishan Gypsum decides to invest in the same production line and approval is given by BNBM for Taishan's subsidiaries to do same. | 12/20/2009 | BNBMPLC0004654-0004656<br>BNBMPLC0004652-0004653 (Chinese) |
| Taishan's line of credit is about to expire – 660,000,000<br><br>-Guarantee by BNBM for 760,000,000 from Bank of China<br><br>-BNBM agrees to permit Taishan to provide a guarantee of 24,200,000 Yuan to subsidiaries for working capital and project loans | 3/23/2010 | BNBMPLC0004664-0004673<br>BNBMPLC0004657-0004663 (Chinese) |
| -Review and approval by BNBM for Taishan to invest in Chongqing City, Huainan City, Fuquan City, and Shifang City construction plans. | 2/22/2011 | BNBMPLC0004689-0004691<br>BNBMPLC0004687-0004688 (Chinese) |
| -Taishan's comprehensive line of credit, 850,000,000 Yuan to expire.<br><br>-Guarantee and increase in line of credit 900,000,000 Yuan<br><br>-BNBM permits Taishan to offer guarantees to subsidiaries working capital in the amount of 286,000,000 Yuan | 3/17/2011 | BNBMPLC0004700-0004708<br>BNBMPLC0004692-0004699 (Chinese) |

**BNBM Guarantees to/Investments in Taishan Gypsum- FRE 1006 Summary Chart**

| | | |
|---|---|---|
| -Review and approval of Taishan's investment in various thermal desulphurization production lines.<br><br>-352,000,000 Yuan project loan (15,000,000 from BOC)<br><br>- BNBM permits Taishan to offer guarantees to subsidiaries working capital in the amount of 175,000,000 Yuan | 8/18/2011 | BNBMPLC0004717-0004721<br>BNBMPLC0004713-0004716 (Chinese) |
| BNBM investment in gypsum production line in Tianjin City<br><br>-Taishan approved to invest in construction project in Liaocheng City | 6/15/2012 | BNBMPLC0004741-0004742<br>BNBMPLC0004739-0004740 (Chinese) |
| Board of Directors agrees to allow Taishan to Invest in Liaocheng | 8/15/2012 | BNBMPLC0004757-0004771<br>BNBMPLC0004745-0004771 (Chinese) |
| Approval for Taishan to invest in Baiyin City, Jiyuan City | 10/28/2013 | BNBMPLC0004848-0004450<br>BNBMPLC0004845-0004847 (Chinese) |
| CNBM approves increase in shares<br><br>-Share increase is to fund various construction projects and pay back bank loans | 3/13/2014 | BNBMPLC0004868-0004874<br>BNBMPLC0004851-0004867 (Chinese) |
| Proposal to provide guarantee to TG in order to meet needs of normal production<br><br>-not more than 1,000,000,000 Yuan (billion) | 4/16/2014 | BNBMPLC0005180-0005186<br>BNBMPLC0005171-0005179 (Chinese) |
| Taishan to invest in gypsum board production lines – Guangxi, Laibin, Hubei, Xiangyang | 8/18/2014 | BNBMPLC0005073-0005074<br>BNBMPLC0005071-0005072 (Chinese) |