```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date:  October 26, 2015

Stephen and Diane Brooks, et al

vs.

State-Owned Assets Supervision and Administration Commission of the State Council, et al

Case No. 15-4127    Section _____

```
Dear Sir:
```

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) State-Owned Assets Supervision and Administration Commission of State Council
   (address) No. 26 Xidajie, Xicheng District, Beijing, P.R. China  100053
2. (name) Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe  Dongxin Co., Ltd.
   (address) c/o Bernard Taylor, Alston & Bird, LLP, 1201 West Peachtree St., Atlanta, GA 30309
3. (name) Tai'an Taishan Plasterboard Co., Ltd.
   (address) c/o Bernard Taylor, Alston & Bird, LLP, 1201 West Peachtree St., Atlanta, GA 30309
4. (name) _____
   (address) _____

Very truly yours,

/s/ Leonard A. Davis
"Signature"

Attorney for   Plaintiffs

Address  820 O'Keefe Ave., New Orleans, LA 70113