IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

**Certified as a true copy and issued as the mandate on Oct 26, 2015**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 14-31355
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
October 2, 2015
Lyle W. Cayce
Clerk

D.C. Docket No. 2:09-MD-2047

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

_____

RALPH MANGIARELLI, JR.,

    Plaintiff - Appellee

v.

SIXTY-FIFTH AND ONE, L.L.C.; BANNER SUPPLY COMPANY POMPANO, L.L.C.,

    Defendants - Appellants

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before JOLLY, PRADO, and ELROD, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendants-appellants pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.