# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 26, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      **No. 14-31355    In re: Chinese-Mft Drywall, et al**
                USDC No. 2:09-MD-2047

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          *Sabrina B. Short*

                          By: _____
                          Sabrina B. Short, Deputy Clerk
                          504-310-7817

cc:
    Mr. Ryan Emery Baya
    Mr. Charles David Durkee
    Mr. Jeffrey M. Paskert
    Mr. Michael Patrick Peterson