

# Beijing New Building Materials Public Limited Company

# Annual Report 2006



**Board of Directros**

**Beijing New Building Materials Public Limited Company**

**April 9, 2007**

EXHIBIT 8

1 / 117

BNBMPLC0000489

## BNBM Annual Report 2006

1. The Company had a total of 67,105 shareholders at the end of the reporting period.

2. Shareholdings of the top ten shareholders of the Company at the end of the reporting period

Unit: Share

| Number of shareholders | | | 67,105 | | |
|---|---|---|---|---|---|
| **Shareholding information on the top 10 shareholders of the Company** | | | | | |
| Name of shareholder | Nature of shareholders | Shareholding ratio (%) | Total number of shares | Number of shares subject to restrictions on sales | Number of pledged or frozen shares |
| China National Building Material Company Limited | State-owned shareholders | 52.40 | 301,370,000 | 301,370,000 | 0 |
| Cai Xiaodong | Others | 0.14 | 820,734 | 0 | Unknown |
| Wang Lingjia | Others | 0.11 | 636,700 | 0 | Unknown |
| Zhao Xianfeng | Others | 0.11 | 624,701 | 0 | Unknown |
| Li Jianmin | Others | 0.10 | 562,200 | 0 | Unknown |
| Man Zhitong | Others | 0.08 | 442,000 | 0 | Unknown |
| Shanghai World Trade Automobile Co., Ltd. | Others | 0.07 | 400,000 | 0 | Unknown |
| Li Runfa | Others | 0.06 | 360,000 | 0 | Unknown |
| Huang Qingfeng | Others | 0.06 | 330,025 | 0 | Unknown |
| Wu Aiping | Others | 0.06 | 325,100 | 0 | Unknown |
| **Shareholdings of the top 10 non-restricted shareholders** | | | | | |
| Name of shareholder | Shares held not subject to restrictions on sale | | | Type of shares | |
| Cai Xiaodong | 820,734 | | | RMB ordinary shares | |
| Wang Lingjia | 636,700 | | | RMB ordinary shares | |
| Zhao Xianfeng | 624,701 | | | RMB ordinary shares | |
| Li Jianmin | 562,200 | | | RMB ordinary shares | |
| Man Zhitong | 442,000 | | | RMB ordinary shares | |
| Shanghai World Trade Automobile Co., Ltd. | 400,000 | | | RMB ordinary shares | |
| Li Runfa | 360,000 | | | RMB ordinary shares | |
| Huang Qingfeng | 330,025 | | | RMB ordinary shares | |
| Wu Aiping | 325,100 | | | RMB ordinary shares | |
| Shanghai Jiulian Group Co., Ltd. | 310,000 | | | RMB ordinary shares | |
| Relationship or concerted action among the above shareholders | Of the top ten shareholders of the Company, controlling shareholder China National Building Material Company Limited is not related to any of the other shareholders, nor does it act in concert with any of them as described in the Measures for the Administration of Disclosure of Changes in Shareholders' Equity of Listed Companies; it is unknown whether any of the other shareholders is related to or acts in concert with any of the remaining shareholders. | | | | |

Notes: 1. Among the top 10 shareholders of the Company, China National Building Material Company Limited is the sole shareholder with a 5% or higher stake in the Company. During the reporting period, its 347mn shares in the Company decreased by 45.63mn, and no shares were frozen, pledged or entrusted for custody.

2. The scenario where a strategic investor or general legal person becomes one of the top the shareholders because of a placement of new shares hasn't happened to the Company.

(II) Controlling shareholder of the Company

Controlling shareholder China National Building Material Company Limited holds 52.40% of the Company's shares. The Company was founded in March 28, 2005. Its legal representative is Song Zhiping. It has a registered capital of RMB2.0717bn. The Company is mainly engaged in

BNBMPLC0000498