

# CNBM

China National Building Material Company Limited*

(Stock Code: 3323)



2014

Annual
Report 年 度 報 告

C: 6/5/15-6/7/15
Exhibit 13

**EXHIBIT
10**

EXHIBIT
tabbies®

* For identification only

ALRMH-CNBM00003662

# Financial and Business Highlights

| | As at 31 December | | |
|---|---|---|---|
| | 2014 | 2013 | Growth rate |
| | | (RMB in millions) | |
| Bank balances and cash | 10,291 | 8,980 | 14.6% |
| Total assets | 316,482 | 291,631 | 8.5% |
| Equity attributable to equity holders | 40,573 | 35,378 | 14.7% |
| Earnings per share-basic (RMB) | 1.10 | 1.07 | 2.8% |

| | For the year ended 31 December | | |
|---|---|---|---|
| | 2014 | 2013 | Growth rate |
| | | (RMB in millions) | |
| Revenue | 122,011 | 117,688 | 3.7% |
| Profit after taxation | 8,672 | 8,312 | 4.3% |
| Profit attributable to equity holders of the Company | 5,920 | 5,762 | 2.8% |
| Net cash flows from operating activities | 15,169 | 11,656 | 30.1% |
| Sales volume of cement and clinker (in thousand tonnes) | 291,194 | 285,104 | 2.1% |
| — China United | 67,794 | 67,102 | 1.0% |
| — South Cement | 116,749 | 118,579 | −1.5% |
| — North Cement | 22,753 | 21,219 | 7.2% |
| — Southwest Cement | 82,162 | 76,184 | 7.8% |
| Commercial concrete sales volume (in thousand m³) | 87,054 | 87,079 | −0.03% |
| — China United | 35,193 | 33,140 | 6.2% |
| — South Cement | 46,385 | 49,412 | −6.1% |
| — North Cement | 2,180 | 1,378 | 58.2% |
| — Southwest Cement | 1,253 | 1,204 | 4.0% |
| Gypsum board (in million m²) | 1,437 | 1,230 | 16.8% |
| Revenue from engineering service (RMB in millions) | 7,628 | 6,760 | 12.8% |
| Rotor blade (in blade) | 4,564 | 3,241 | 40.8% |
| Glass fibre yarn (in thousand tonnes) | 1,021 | 822 | 24.2% |
| Selling price | | | |
| Cement sold by China United (RMB per tonne) | 257.3 | 253.1 | 1.7% |
| Clinker sold by China United (RMB per tonne) | 230.4 | 226.4 | 1.8% |
| Commercial concrete sold by China United (RMB per m³) | 313.2 | 306.0 | 2.4% |
| Cement sold by South Cement (RMB per tonne) | 249.5 | 250.3 | −0.3% |
| Clinker sold by South Cement (RMB per tonne) | 217.4 | 220.4 | −1.4% |
| Commercial concrete sold by South Cement (RMB per m³) | 341.5 | 315.5 | 8.2% |
| Cement sold by North Cement (RMB per tonne) | 322.1 | 347.0 | −7.2% |
| Clinker sold by North Cement (RMB per tonne) | 258.0 | 275.4 | −6.3% |
| Commercial concrete sold by North Cement (RMB per m³) | 360.9 | 385.2 | −6.3% |
| Cement sold by Southwest Cement (RMB per tonne) | 254.2 | 256.0 | −0.7% |
| Clinker sold by Southwest Cement (RMB per tonne) | 229.8 | 240.9 | −4.6% |
| Commercial concrete sold by Southwest Cement (RMB per m³) | 285.4 | 275.6 | 3.6% |
| Gypsum board | | | |
| — BNBM (RMB per m²) | 6.65 | 6.93 | −4.0% |
| — Taishan Gypsum (RMB per m²) | 4.58 | 4.80 | −4.6% |
| Rotor blade (RMB per blade) | 383,700 | 396,100 | −3.1% |

ALRMH-CNBM00003663

# Corporate Governance Report

The Company consistently adhered to the governance concept of combining prescribed standards with practicality, pays close attention to regulatory changes and takes into account the development process, and improves the regulatory documents on corporate governance and ensures the continuous enhancement in corporate governance of the Company through revision of the existing system and the adoption of the new system. The Company under the guidance of the regulatory documents such as the Listing Rules, the Articles of Association of the Company, the Terms of Reference of the Audit Committee, the Terms of Reference of the Remuneration and Performance Appraisal Committee and the Terms of Reference of the Nomination Committee, the general meetings, the Board and the Supervisory Committee has clarified the rules of procedures, refined the management and control responsibilities, further broadened its forward-looking vision and improved the quality and efficiency of decision making on the firm basis of the existing governance structure enhancing the healthy operation of the Company.

During the year from 1 January 2014 to 31 December 2014,the Company complied with the code provision of the Corporate Governance Code (the "Code") as set out in Appendix 14 to the Listing Rules except for Code Provision A.4.2. All the Directors last elected on 15 November 2011 were subject to retirement by rotation by 15 November 2014, according to Code Provision A.4.2 stating that every director should be subject to retirement by rotation at least once every three years. Ms. Cui Lijun, Mr. Qiao Longde, Mr. Li Decheng, and Mr. Ma Zhongzhi retired and were replaced by new Directors in October 2014. As this process involves the entire Board such that many factors have to be considered in ensuring the smooth continuation of the senior management of the Company, the Company has not yet completed the above process with regard to the rest of the Board.

## I. COMPLIANCE WITH THE MODEL CODE FOR SECURITIES TRANSACTIONS BY DIRECTORS

The Company has adopted a set of code no less exacting than the standards set out in the Model Code for Securities Transactions by Directors of Listed Issuers as set out in Appendix 10 to the Listing Rules ("Model Code") as its own code of conduct regarding Directors' securities transactions. Having made specific enquiry of all Directors, the Company confirms that each of the Directors has complied with the required standards regarding securities transactions by Directors set out in the Model Code and the Code for Securities Transactions of China National Building Material Company Limited during the Reporting Period.

ALRMH-CNBM00003704

# Corporate Governance Report *(Continued)*

## II.  THE BOARD

During 2014, the Board of the Company held 7 plenary Board meetings to consider and determine various matters including general corporate strategy, major investment and financing activities and major adjustments of the personnel system. All Directors attended the meetings in person or by proxy. The management is responsible for the implementation of strategies and administration work related to daily operations.

The members of the Board and the attendance of the Directors at Board meetings during the year are as follows:

| Position | Name | Attendance rate (%) | Meetings attended/held |
|---|---|---|---|
| **Incumbent Directors** | | | |
| Executive Director (Chairman of the Board) | Song Zhiping | 100 | 7/7 |
| Executive Director | Cao Jianglin | 100 | 7/7 |
| Executive Director | Peng Shou | 100 | 7/7 |
| Executive Director | Cui Xingtai | 100 | 7/7 |
| Executive Director | Chang Zhangli | 100 | 7/7 |
| Non-executive Director | Guo Chaomin | 100 | 7/7 |
| Non-executive Director | Huang Anzhong | 100 | 7/7 |
| Non-executive Director | Tao Zheng | 100 | 3/3[1] |
| Independent Non-executive Director | Shin Fang | 100 (14.3 of which by proxy) | 6/7(the remaining one was attended by proxy)[2] |
| Independent Non-executive Director | Tang Yunwei | 100 | 3/3[1] |
| Independent Non-executive Director | Zhao Lihua | 100 | 3/3[1] |
| Independent Non-executive Director | Wu Liansheng | 100 | 7/7 |
| Independent Non-executive Director | Sun Yanjun | 100 | 3/3[1] |
| **Leaving Directors** | | | |
| Non-executive Director | Cui Lijun | 100 (25 of which by proxy) | 3/4(the remaining one was attended by proxy)[1,3] |
| Independent Non-executive Director | Qiao Longde | 100 | 4/4[1,4] |
| Independent Non-executive Director | Li Decheng | 100 | 4/4[1,4] |
| Independent Non-executive Director | Ma Zhongzhi | 100 | 4/4[1,4] |

ALRMH-CNBM00003705

## Corporate Governance Report *(Continued)*

### II.   THE BOARD *(CONTINUED)*

Note:

1.   Ms. Cui Lijun, the former non-executive director, Mr. Qiao Longde, Mr. Li Decheng and Mr. Ma Zhongzhi, the former independent non-executive directors, resigned as directors of the Company. At the ninth meeting of the third session of the Board and the 2014 Second Extraordinary General Meeting, Mr. Tao Zheng, a non-executive director, Mr. Tang Yunwei, Mr. Zhao Lihua and Mr. Sun Yanjun, the independent non-executive directors, were elected as Board members of the Company. For details on the resignations of the above Directors, please refer to the announcements of the Company dated 25 March 2014 and 30 May 2014, and for details on the election of the above directors, please refer to the announcements of the Company dated 22 August 2014 and 17 October 2014. By the end of 2014, upon the election of the above four directors as Board members of the Company, the Company only convened three directors' meeting.

2.   Mr. Shin Fang, an independent non-executive Director of the Company, appointed Mr. Tang Yunwei, an independent non-executive Director of the Company, as his proxy to attend the tenth interim meeting of the third session of the Board, and authorized him to exercise the right to vote at the meeting.

3.   During the term of office of Ms. Cui Lijun as a non-executive Director, the Company convened four directors' meeting in 2014. Ms. Cui Lijun, a non-executive Director of the Company at that time, appointed Mr. Guo Chaomin, a non-executive Director of the Company, as her proxy to attend the ninth meeting of the third session of the Board, and authorized him to exercise the right to vote at the meeting.

4.   During the terms of office of Mr. Qiao Longde, Mr. Li Decheng and Mr. Ma Zhongzhi as independent non-executive Directors of the Company, the Company convened four directors' meeting in 2014.

There is no finance, business, family relationship(s) or any other material connection between the Directors including between the chairman and the chief executive.

ALRMH-CNBM00003706

## Corporate Governance Report *(Continued)*

### III.  FUNCTIONS AND OPERATION OF THE BOARD

The Board of the Company is elected by shareholders at general meeting and reports to general meeting. The Board is the highest decision-making authority during the adjournment of the general meeting. The Board is responsible for the unified administration and supervision of the corporate operation matters, acts with objectivity, performs duties with diligence, makes decisions efficiently and protects the best interests of the shareholders and the Company. The Board makes decisions on certain significant matters in the operation of the Company, including formulating the business plans and investment proposals of the Company; formulating the annual preliminary and final financial budgets of the Company; formulating the profit distribution plan of the Company (including final dividends distribution plan) and the proposal for making up for losses; formulating the debt and financial policies and proposals for increases or reductions of the Company's registered capital and the issue of corporate debentures; preparing material acquisition or disposal proposals of the Company and plans for the merger, division or dissolution of the Company; determining the Company's internal management structure; determining the appointment or removal of the general manager of the Company and the appointment or removal of the vice general manager and the chief financial officer subject to the nomination of the general manager and determining their remuneration; formulating the basic management systems including the financial management and personnel management systems; and formulating the revision plan for the Articles of Association. The Directors were elected and the board meetings were held in compliance with the procedures provided for in the Company's Articles of Association. All Directors are able to understand the operation status of the Company in a timely manner, thoroughly communicate with each other in respect of and consider significant matters of the Company, seek independent professional advice when appropriate, prudently determine the development plan of the Company, carefully arrange the management system and strive for long-term benefits of the Company. The Board authorizes the management to implement specific matters and report to the Board. The management of the Company is responsible for coordinating and guiding the Company's routine management, administration and operation, abstracting and preparing working reports for significant events for submission to the Board for review in accordance with the Articles of Association.

The Company has established a system of independent Directors. There are five independent non-executive Directors in the Board, which is in compliance with the minimum number of independent non-executive directors required under the Listing Rules. The Company has received a confirmation of independence from each of the five independent non-executive Directors pursuant to Rule 3.13 of the Listing Rules, and considers the five independent non-executive Directors to be independent from the Company, its substantial shareholders and the respective connected persons of the above entities, have no financial or other interests in the above entities that may affect his/her independence and in full compliance with the requirements concerning independent non-executive directors under the Listing Rules. Mr. Tang Yunwei and Mr. Wu Liansheng, independent non-executive Directors of the Company, have appropriate accounting and financial management expertise as required under Rule 3.10 of the Listing Rules. Please refer to the section headed "Biographical Details of Directors, Supervisors and Senior Management" of this report for Mr. Tang Yunwei and Mr. Wu Liansheng's biographies. The five independent non-executive Directors do not hold other positions in the Company. They protect the interests of the minority shareholders independently and objectively so as to duly serve their roles, and provide checks and balances in the decision-making process of the Board according to the Articles of Association of the Company and the requirements of the relevant laws and regulations.

ALRMH-CNBM00003707

## Corporate Governance Report *(Continued)*

### IV. DIRECTOR'S CONTINUOUS TRAINING AND DEVELOPMENT

In compliance with the Listing Rules and the Code and to ensure that the Directors have comprehensive and necessary expertise and skills to make contribution to the Board, the Company has arranged and funded suitable training for the continuous professional development of the Directors such as holding seminars, providing them with learning materials and arranging for the attendance of training courses organized by regulatory bodies. In the light of the amendments to the provisions under the Listing Rules in relation to the definition of connected persons and associates in 2014, the Company has conducted analysis and explained to directors the relevant amendments to enable the Directors to understand the regulatory changes on a timely and accurate manner so that they can perform their duties in compliance with the relevant legal and regulatory requirements. To continuously improve the management standard and optimize the standardized operation of the Company, the Company arranged for the Directors to participate in comprehensive trainings regarding corporate governance, disclosure obligation of the Company, Model Code for Securities Transactions by Directors and securities interests disclosure and so forth in 2014. In addition, the Company provided monthly macroeconomic and capital market research in 2014 to the Directors to ensure that they were informed of macro information about the operational environment of the Company. The continuous and effective trainings helped enhance the Directors' understanding of their duties so that they can make appropriate and informed decisions on the Company's management based on more accurate understanding of the relevant laws and regulations and the industry's development. All Directors (including incumbet directors, Mr. Song Zhiping, Mr. Cao Jianglin, Mr. Peng Shou, Mr. Cui Xingtai, Mr. Chang Zhangli, Mr. Guo Chaomin, Mr. Huang Anzhong, Mr. Tao Zheng, Mr. Shin Fang, Mr. Tang Yunwei, Mr. Zhao Lihua, Mr. Wu Liansheng, Mr. Sun Yanjun, and leaving directors, Ms. Cui Lijun, Mr. Qiao Longde, Mr. Li Decheng, Mr. Ma Zhongzhi) of the Company have attended relevant trainings during their term of office, and have been provided with the above-mentioned training materials through which their knowledge and skills were further developed and refreshed leading to more constructive and professional opinions from the Directors and therefore ensuring that their contribution to the Board remains informed and relevant.

### V. CHAIRMAN AND THE PRESIDENT

Mr. Song Zhiping is the chairman of the Board and Mr. Cao Jianglin is the president of the Company. Pursuant to the Company's Articles of Association, the primary duties and responsibilities of the chairman are chairing and convening the general meetings, presiding over Board meetings and organizing discussion on major business matters such as corporate development strategy and business philosophy, checking the implementation of Board resolutions, signing the securities issued by the Company, and other duties and powers authorized by the Company's Articles of Association and the Board. The major responsibilities of the president are taking charge of production, operation and management matters, organizing the implementation of Board resolutions, organizing the implementation of annual operating plans and investment proposals of the Company, formulating plans for the establishment of the Company's internal management structure, formulating plans for the establishment of the Company's branches, devising the basic management system of the Company, reviewing the basic rules and regulations of the Company, proposing the appointment or removal of the vice president and the Chief Financial Officer of the Company to the Board, appointing or removing management members apart from those that should be appointed or removed by the Board, and performing other duties and powers authorized by the Articles of Association of the Company and the Board.

ALRMH-CNBM00003708

# Corporate Governance Report *(Continued)*

## VI. TERM OF OFFICE OF NON-EXECUTIVE DIRECTORS

Pursuant to the Company's Articles of Association, the Directors including the non-executive Directors shall be elected by the general meeting and serve a term of three years. Upon the expiry of their terms of office, the Directors may be re-elected and re-appointed.

## VII. SPECIAL COMMITTEES UNDER THE BOARD

The Company has established 4 special committees under the Board, namely the Strategic Steering Committee, the Nomination Committee, the Remuneration and Performance Appraisal Committee and the Audit Committee, and has formulated respective terms of reference. The terms of reference for the Nomination Committee, the Remuneration and Performance Appraisal Committee and the Audit Committee were prepared with reference to the contents of the Code from time to time.

### THE STRATEGIC STEERING COMMITTEE

**Members**

As Mr. Qiao Longde, a former independent non-executive director, resigned as a director and member of the Strategic Steering Committee, Mr. Sun Yanjun was elected to be a member of the Strategic Steering Committee of the Company at the tenth meeting of the third session of the Board held on 17 October 2014 to fill the vacancy. Currently, the Strategic Steering Committee of the Company comprises two executive Directors and one independent non-executive Director, of whom Mr. Song Zhiping is the chairman and both Mr. Sun Yanjun and Mr. Cao Jianglin are members. In particular, Mr. Song Zhiping and Mr. Cao Jianglin are executive Directors and Mr. Sun Yanjun is an independent non-executive Director. The duties and the working system of the committee are explicitly specified in the Terms of Reference of the Strategic Steering Committee of the Company.

ALRMH-CNBM00003709

## Corporate Governance Report *(Continued)*

### VII. SPECIAL COMMITTEES UNDER THE BOARD *(CONTINUED)*

#### THE STRATEGIC STEERING COMMITTEE *(CONTINUED)*

**Duties and Summary of the Work**

The Strategic Steering Committee of the Company is mainly responsible for studying and reviewing the Company's operation objectives and long-term development strategies, business and organisation development proposals, major investment and financing plans and other material matters that may affect the development of the Company; supervising and inspecting the implementation of the annual operation plan and investment plans under the authorisation of the Board; and making recommendations to the Board. The Strategic Steering Committee held one meeting with full attendance in 2014.

Set out below is a summary of work of the Strategic Steering Committee of the Company during 2014:

The second meeting of the third session of the Strategic Steering Committee of the Board considered and approved the proposals in relation to the duties and procedure of the Strategic Steering Committee, the operation of the Company for the year 2013 and work arrangements for the year 2014.

#### THE NOMINATION COMMITTEE

**Members**

As Mr. Qiao Longde and Mr. Li Decheng, the former independent non-executive directors, resigned as directors and members of the Nomination Committee, Mr. Tang Yunwei and Mr. Zhao Lihua were elected to be members of the Nomination Committee of the Company at the tenth meeting of the third session of the Board held on 17 October 2014 to fill the vacancy, with Mr. Tang Yunwei as the chairman of the Nomination Committee. Currently, the Nomination Committee of the Company comprises one executive Director and two independent non-executive Directors, of whom Mr. Tang Yunwei is the chairman and both Mr. Zhao Lihua and Mr. Song Zhiping are members. In particular, Mr. Tang Yunwei and Mr. Zhao Lihua are independent non-executive Directors and Mr. Song Zhiping is an executive Director. Such composition is in compliance with the requirements under the Code. The duties and the working system of the committee are explicitly specified in the Terms of Reference of the Nomination Committee of the Company (which are accessible on the websites of the Company and the Stock Exchange), pursuant to which, the chairman of the committee must be an independent non-executive Director.

ALRMH-CNBM00003710

## Corporate Governance Report *(Continued)*

### VII. SPECIAL COMMITTEES UNDER THE BOARD *(CONTINUED)*

#### THE NOMINATION COMMITTEE *(CONTINUED)*

##### Duties and Summary of the Work

The Nomination Committee of the Company is mainly responsible for formulating procedures and standards for electing the Directors of the Company, senior management members as well as members of the Remuneration and Performance Appraisal Committee, the Audit Committee and the Strategic Steering Committee; formulating standards for the directors or supervisors designated to the wholly-owned subsidiaries of the Company; formulating standards for the directors or supervisors designated or recommended to the controlled subsidiaries of the Company and conducting preliminary review on the qualifications and conditions of the Directors, senior management members as well as members of the Remuneration and Performance Appraisal Committee, the Audit Committee and the Strategic Steering Committee; reviewing the qualifications and conditions of the directors or supervisors designated to the wholly-owned subsidiaries of the Company or the directors or supervisors designated or recommended to the controlled subsidiaries of the Company based on the nominations of the chairman of the Board and assisting the chairman of the Board on submitting relevant matters to the Board. After the Stock Exchange's adoption of the Code provision in relation to the board diversity policy which became effective on 1 September 2013, the Company has formulated its board diversity policy after reviewing the new requirements, and the policy was duly adopted by the Nomination Committee on 29 November 2013. The Company is committed to improving the corporate governance of the Company. The Company insists on hiring employees based on their competence. In selecting appropriate members to the Board, the Company considers factors such as a diversity of skills, professional and industry experience, cultural and educational background, ethnicity, length of service, gender and age based on objective standards. It also takes into account the Company's business model and specific needs from time to time. Pursuant to that policy, current members of the Board possess different professional background. Each of them has accumulated over 10 years of experience in areas such as building materials, business management, securities regulation, capital operation, accounting rules and corporate finance providing diversified perspectives for the strategic decisions of the Board and professional opinions for formulating operation policies of the Company. The committee held two meetings with full attendance in 2014.

Set out below is a summary of work of the Nomination Committee of the Company during 2014:

The third meeting of the third session of the Nomination Committee of the Board considered and approved the proposals in relation to the Board structure and the independence of the independent non-executive Directors. The fourth meeting of the third session of the Nomination Committee of the Board considered and approved three proposals in relation to the election for the Board's vacancy, appointment of the vice president of the Company and designation of directors to subsidiaries.

ALRMH-CNBM00003711

## Corporate Governance Report *(Continued)*

### VII. SPECIAL COMMITTEES UNDER THE BOARD *(CONTINUED)*

## THE REMUNERATION AND PERFORMANCE APPRAISAL COMMITTEE

### Members

As Mr. Li Decheng, a former independent non-executive director, resigned as a director and member of the Remuneration and Performance Appraisal Committee, Mr. Zhao Lihua was elected to be a member of the Remuneration and Performance Appraisal Committee of the Company at the tenth meeting of the third session of the Board held on 17 October 2014 to fill the vacancy. Currently, the Remuneration and Performance Appraisal Committee of the Company comprises one executive Director and two independent non-executive Directors, of whom Mr. Shin Fang is the chairman and both Mr. Zhao Lihua and Mr. Song Zhiping are members. In particular, Mr. Shin Fang and Mr. Zhao Lihua are independent non-executive Directors and Mr. Song Zhiping is an executive Director. Such composition is in compliance with the requirements under the Listing Rules. The duties and the working system of the committee are explicitly specified in the Terms of Reference of the Remuneration and Performance Appraisal Committee (which are accessible on the websites of the Company and the Stock Exchange), pursuant to which, the chairman of the committee must be an independent non-executive director.

### Duties and the Summary of the Work

The Remuneration and Performance Appraisal Committee of the Company is responsible for recommending and reviewing the specific remuneration and the performance of the Directors and the senior management based on the remuneration and performance management policies and framework pertaining to the Directors and the senior management which are formulated by the Board. The Remuneration and Performance Appraisal Committee makes recommendations to the Board in respect of the remuneration of the Directors and the senior management members. Remuneration of the Directors will be submitted for the consideration and approval of the Board. After the approval of the Board, the remuneration of the Directors will then be submitted for approval at the general meeting. The remuneration of the senior management members is considered and approved by the Board. The annual remuneration of the senior management members comprises four components including basic salary, performance-based salary, special rewards and share appreciation rights. The basic salary is determined by taking into consideration their positions, responsibility, competence and market rates. The performance-based salary is determined on the basis of assessment of economic responsibility. The special rewards are granted to those who have made prominent contributions to the Company's results or in certain material aspects. The share appreciation rights are granted under the Company's Share Appreciation Rights Proposal. The committee held one meeting with full attendance in 2014.

ALRMH-CNBM00003712

## Corporate Governance Report *(Continued)*

### VII. SPECIAL COMMITTEES UNDER THE BOARD *(CONTINUED)*

#### THE REMUNERATION AND PERFORMANCE APPRAISAL COMMITTEE *(CONTINUED)*

**Duties and the Summary of the Work** *(Continued)*

Set out below is a summary of work of the Remuneration and Performance Appraisal Committee of the Company during 2014:

The third meeting of the third session of the Remuneration and Performance Appraisal Committee of the Board considered and approved the remuneration proposals for senior management members of the Company for 2013.

The fees for the Directors of the third session of the Board and the supervisors of the third session of Supervisory Committee are still subject to the standards for the last year.

#### THE AUDIT COMMITTEE

**Members**

As Ms. Cui Lijun, a former non-executive director, and Mr. Ma Zhongzhi, a former independent non-executive director, resigned as directors and members of the Audit Committee, Mr. Tang Yunwei and Mr. Sun Yanjun were elected to be members of the Audit Committee of the Company at the tenth meeting of the third session of the Board held on 17 October 2014 to fill the vacancy. Currently, the Audit Committee of the Company comprises three independent non-executive Directors, of whom Mr. Wu Liansheng is the chairman and both Mr. Tang Yunwei and Mr. Sun Yanjun are members. Among them, Mr. Wu Liansheng and Mr. Tang Yunwei possess professional qualifications and experience in accounting and related financial management. Such composition is in compliance with the requirements under the Listing Rules. The duties and the working system of the committee are explicitly specified in the Terms of Reference of the Audit Committee of the Company (which are accessible on the websites of the Company and the Stock Exchange), pursuant to which, the chairman of the committee must be an independent non-executive Director.

ALRMH-CNBM00003713

## Corporate Governance Report *(Continued)*

### VII. SPECIAL COMMITTEES UNDER THE BOARD *(CONTINUED)*

#### THE AUDIT COMMITTEE *(CONTINUED)*

##### Duties and Summary of the Work

The specific duties of the Audit Committee include making recommendations in relation to the appointment of external auditors by the Board and supervising their work; supervising the Company's financial reporting procedures as well as the financial control system; supervising the Company's internal control and reviewing its results; reviewing the operating, financial and accounting policies and practice of the Company; formulating and reviewing the corporate governance policy and practice of the Company and reviewing the Company's compliance with the Code and its disclosures in the Corporate Governance Report; reviewing and supervising the Company and its Director's and senior management's compliance with the requirements of laws and regulations; reviewing and supervising the Directors' and senior management's professional ethics, trainings and continuous professional development. In 2014, the Audit Committee held two meetings, both with full attendance. The recommendations of the Audit Committee have been presented to the Board for review and action.

Set out below is a summary of work of the Audit Committee during 2014:

During the reporting period, the Audit Committee has operated in accordance with the Code. The Audit Committee issued its opinion in respect of the performance of its responsibilities relating to, among others, the issuance of interim and annual results and the review of the financial control system, the internal control system and the performance of the other responsibilities set out in the Code relating to the financial report for 2013 and the interim financial report for 2014. The committee further urged the Company to integrate and optimize its internal control systems in accordance with the key audit work of the Company to ensure that it is able to control the risk of operation management and business development. It performed the duties of corporate governance pursuant to the Terms of Reference of the Audit Committee. The committee provided suggestions to the Board on the improvement of the Company's policies and practices as well as the continuous development of the senior management. As at the date of the report, the Audit Committee has reviewed the Group's financial statements and results for the year ended 31 December 2014.

In addition, the Board is responsible for the preparation of the financial statements for each financial year which gives a true and fair view of the financial position of the Group. The Board has urged the management to provide important materials concerning the Company's operation. Taking into consideration the macroeconomic situation and the development of the industry, the Board has given an objective and balanced evaluation and made strategic decisions on the interim and annual financial performance, significant investment and financing plans, the creation of systematic regulatory structure and risk control. It also supervised and directed the management to implement specific plans and broadened the channels for the Company's development, endeavoring to safeguard the Shareholder's interests. The reporting responsibilities of external auditors are set out in the Independent Auditor's Report of the annual report.

# Directors' Report *(Continued)*

## PROPERTY, PLANT AND EQUIPMENT

The Group owns property, plant and equipment of approximately RMB126,019.3 million. Details of the movements in property, plant and equipment of the Group during the year are set out in Note 14 to the consolidated financial statements.

## SUBSIDIARIES AND ASSOCIATES

Details of each of the principal subsidiaries and associates of the Company are set out in Notes 19 and 20 to the consolidated financial statements.

## CAPITALIZED INTERESTS

Details of capitalized interests of the Company during the year are set out in Note 8 to the consolidated financial statements.

## Share Capital Structure (as at 31 December 2014)

|  | Number of shares | Percentage of issued share capital (%) |
|---|---|---|
| Domestic Shares | 2,519,854,366 | 46.67 |
| H Shares | 2,879,171,896 | 53.33 |
| Total share capital | 5,399,026,262 | 100 |

## Substantial Shareholders (as at 31 December 2014)

| Name | Class of shares | Number of shares held | Percentage of total share capital (%) |
|---|---|---|---|
| Parent | Domestic Shares | 666,962,522 | 12.35 |
| BNBMG | Domestic Shares | 1,485,566,956 | 27.52 |
| CNBM Trading | Domestic Shares | 227,719,530 | 4.22 |
| Cinda | Domestic Shares | 138,432,308 | 2.56 |
| Building Materials Academy | Domestic Shares | 1,173,050 | 0.02 |
| Public Investors | H Shares | 2,879,171,896 | 53.33 |
| Total share capital |  | 5,399,026,262 | 100 |

Note: Any discrepancies in the table between totals and sums of shareholding percentages are due to rounding.

ALRMH-CNBM00003723

# Directors' Report *(Continued)*

## DISCLOSURE OF INTEREST

### 1. Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")

So far as was known to directors or supervisors of the Company, as at 31 December 2014, the shareholders (other than the directors or supervisors of the Company) who had interests or short positions in the shares or underlying shares of the Company which were required to be disclosed to the Company and the Stock Exchange under the provisions of Divisions 2 and 3 of Part XV of the SFO, or which were recorded in the register required to be kept by the Company under Section 336 of the SFO or had otherwise notified the Company were as follows:

| Name of Substantial Shareholder | Class of Shares | Long/ short position/ Lending Pool | Capacity | Number of Shares held | Notes | Percentage of the relevant class of share capital (%)[1,8] | Percentage of total share capital (%)[1,8] |
|---|---|---|---|---|---|---|---|
| Parent | Domestic Shares | Long | Beneficial owner | 666,962,522 | | | |
| | Domestic Shares | Long | Interest of controlled corporation | 1,714,459,536 | | | |
| | | | | 2,381,422,058 | 2,3 | 94.50 | 44.10 |
| BNBMG | Domestic Shares | Long | Beneficial owner | 1,485,566,956 | 2 | 58.95 | 27.52 |
| CNBM Trading | Domestic Shares | Long | Beneficial owner | 227,719,530 | 2 | 9.04 | 4.22 |
| Cinda | Domestic Shares | Long | Beneficial owner | 138,432,308 | 3 | 5.49 | 2.56 |
| JPMorgan Chase & Co. | H Shares | Long | Beneficial owner | 53,286,037 | | | |
| | H Shares | Long | Investment manager | 17,528,000 | | | |
| | H Shares | Long | Custodian | 159,874,794 | | | |
| | | | | 230,688,831 | 4 | 8.01 | 4.27 |
| | H Shares | Short | Beneficial owner | 6,015,701 | 4 | 0.20 | 0.11 |
| | H Shares | Lending Pool | — | 159,874,794 | 4 | 5.55 | 2.96 |
| UBS AG | H Shares | Long | Beneficial owner | 38,489,693 | | | |
| | H Shares | Long | Person having a security interest | 128,340,568 | | | |
| | H Shares | Long | Interest of controlled corporation | 5,577,000 | | | |
| | | | | 172,407,261 | 5 | 5.98 | 3.19 |
| | H Shares | Short | Beneficial owner | 36,271,021 | | | |
| | H Shares | Short | Interest of controlled corporation | 1,026,000 | | | |
| | | | | 37,297,021 | 5 | 1.29 | 0.69 |

ALRMH-CNBM00003724