# BOSWELL & DUNLAP LLP

ATTORNEYS AT LAW    ESTABLISHED 1900

Clarence A. Boswell
1902-2005

Charles E. Bentley
David R. Carmichael
Seth B. Claytor
Dabney L. Conner
W. A. "Drew" Crawford
George T. Dunlap, III
Richard A. Lopez
Keith D. Miller
Frederick J. Murphy, Jr.
Sean R. Parker
Amy E. Smith
Donald H. Wilson, Jr.

P.O. Drawer 30
Bartow, Florida 33831

245 South Central Avenue
Bartow, Florida 33830
Phone: (863) 533-7117
Fax: (863) 533-7412

Sender's e-mail address:
dhw@bosdun.com

December 5, 2011

**VIA FEDERAL EXPRESS**
**#7978 0506 1957**

Ervin A. Gonzalez
Colson Hicks Eidson
255 Alhambra Circle
Coral Gables, FL 33134

   Re: Germano, et al v. Taishan Gypsum Co., LTD
     Case No. 2:09-md-02047-EEF-JCW EDLA

Dear Mr. Gonzalez:

  The undersigned has been served with your subpoena as Resident Agent for BNBM of America, Inc., a named defendant in the above referenced litigation.

  In June, 2000, this office assisted in the formation of the Florida corporation known as BNBM of America, Inc., and the undersigned was designated as resident agent of that corporation at that time. I have had no correspondence with any representative of that corporation since 2000. I note that I was listed as resident agent in the annual corporate reports filed each year through 2005. However, I did not participate in the preparation or filing of those annual reports; and as indicated, I was not in communication with any representative of that corporation.

  In compliance with Section 607.0505(2), Florida Statutes, enclosed are copies of the Articles of Incorporation for BNBM of America, Inc. that we filed with the Florida Secretary of State on June 20, 2000 and a copy of the Certificate of Domestication that was filed along with the Articles of Incorporation. I have also enclosed copies of the five annual reports I printed out from the Florida Secretary of State website. I have no other information that would be subject to production under the above referenced statute. Specifically I have no other documents evidencing the legal existence of that corporation,

**EXHIBIT 24**


EXHIBIT 2 BNBM 12-12-11

**BOSWELL & DUNLAP LLP**

December 5, 2011
Page 2

the names or addresses of any current officer or director of the corporation, the names or addresses of any prior officers and directors of the corporation, or the names or addresses of any shareholder or any other party holding interest in the corporation. In the last month, I have sent certified return receipt correspondence to both the Tampa P.O. Box and street address appearing in the annual report for this corporation, and both have been returned "not deliverable as addressed, unable to forward". In accordance to Section 607.0505(9), Florida Statute, I have sent by mail a copy of the subpoena once again to the P.O. Box and street address, and included your witness fee check.

To the best of my knowledge no one has been designated to represent or to appear on behalf of this dissolved corporation, and I do not have such authority. There is no additional information that I will be able to provide to you. I do not intend to attend the scheduled deposition. If you would like to give me a call, I certainly look forward to discussing this matter with you.

Sincerely,

Donald H. Wilson, Jr.

DHWjr:dw
Enclosures



FLORIDA DEPARTMENT OF STATE
Katherine Harris
Secretary of State

June 20, 2000

CSC NETWORKS
1201 HAYS STREET
TALLAHASSEE, FL 32301

The Certificate of Domestication and Articles of Incorporation for BNBM OF AMERICA, INC. were filed on June 20, 2000 effective February 22, 2000, and assigned document number P00000059658. Please refer to this number whenever corresponding with this office.

Enclosed is the certification requested.

Please be aware if the corporate address changes, it is the responsibility of the corporation to notify this office.

Should you have any further questions regarding this matter, please feel free to telephone (850) 487-6052, the New Filings Section.

Claretha Golden
Document Specialist
Division of Corporations

Letter Number: 900A00035015

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the Certificate of Domestication and Articles of Incorporation for BNBM OF AMERICA, INC., filed on June 20, 2000 effective February 22, 2000, as shown by the records of this office.

The document number of this corporation is P00000059658.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Twentieth day of June, 2000



*Katherine Harris*
Katherine Harris
Secretary of State

CR2E022 (1-99)

## CERTIFICATE OF DOMESTICATION

### STATE OF FLORIDA
### DEPARTMENT OF STATE

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS

00 JUN 20 PM 1: 01

The undersigned, **Yu Xian Feng, President of BNBM of America, Ltd., an Oregon Corporation,** in accordance with Florida Statutes, Section 607.1801, does hereby certify:

1. The date on which corporation was first formed by filing with the Oregon Secretary of State was February 22, 2000.

2. The jurisdiction where the above named corporation was first formed, incorporated, or otherwise came into being was Oregon.

3. The name of the corporation immediately prior to the filing of this Certificate of Domestication was **BNBM of America, Ltd., an Oregon corporation.**

4. The name of the corporation as set forth in its articles of incorporation to be filed pursuant to Section 607.0401 and 607.0202 with this certificate is BNBM of America, Inc., a Florida corporation.

5. The jurisdiction that constituted the seat, siege, social principal place of business or central administration of the corporation, or any other equivalent thereto under applicable law immediately prior to the filing of the Certificate of Domestication was Oregon.

I am President of this corporation, am authorized to sign this Certificate of Domestication on behalf of the corporation and have done so this the ___19th___ day of ___June___, 2000.

Witnesses:

_Annette J Marsh_
_[signature] Hudson_

_[signature]_
Yu Xian Feng, President

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS

00 JUN 20 PM 1:01

## CERTIFICATE OF DOMESTICATION

### STATE OF FLORIDA
### DEPARTMENT OF STATE

The undersigned, Yu Xian Feng, President of BNBM of America, Ltd., an Oregon Corporation, in accordance with Florida Statutes, Section 607.1801, does hereby certify:

1. The date on which corporation was first formed by filing with the Oregon Secretary of State was February 22, 2000.

2. The jurisdiction where the above named corporation was first formed, incorporated, or otherwise came into being was Oregon.

3. The name of the corporation immediately prior to the filing of this Certificate of Domestication was BNBM of America, Ltd., an Oregon corporation.

4. The name of the corporation as set forth in its articles of incorporation to be filed pursuant to Section 607.0401 and 607.0202 with this certificate is BNBM of America, Inc., a Florida corporation.

5. The jurisdiction that constituted the seat, siege, social principal place of business or central administration of the corporation, or any other equivalent thereto under applicable law immediately prior to the filing of the Certificate of Domestication was Oregon.

I am President of this corporation, am authorized to sign this Certificate of Domestication on behalf of the corporation and have done so this the __19th__ day of __June__, 2000.

Witnesses:

_Annette J. Marsh_
_[signature]_

_[signature]_
Yu Xian Feng, President

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS

00 JUN 20 PM 1:01

# ARTICLES OF INCORPORATION

## OF

## BNBM OF AMERICA, INC.

The undersigned hereby declares his intention to form and become a body corporate under the laws of the State of Florida, and under the following Certificate of Incorporation, which she does hereby make, subscribe to and acknowledge to be filed in the office of the Secretary of State of the State of Florida.

### ARTICLE I

The name of this corporation shall be: **BNBM of America, Inc.**

### ARTICLE II

In furtherance and not in limitation of the general powers conferred by the laws of the State of Florida, and the objects and purposes herein set forth, it is expressly provided that this corporation shall have the power to transact any and all lawful business permitted by corporations under the laws of the State of Florida.

### ARTICLE III

The capital stock of this corporation shall consist of 500 shares of common stock with a nominal or par value of $100.00 per share. Said common stock may be divided into voting and non-voting shares before issuance by action of the Board of Directors; provided, however, that in the event no such designation is specifically made by the Board of Directors, said stock shall

be deemed voting.

The whole or any part of the authorized capital stock may be paid for in cash, property or services, at a just value to be fixed by the Board of Directors of this corporation at any regular or special meeting.

## ARTICLE IV

The amount of capital with which this corporation shall begin business shall be $50,000.00.

## ARTICLE V

The period of existence of this corporation shall be perpetual, or until dissolved according to law.

## ARTICLE VI

The address of the principal office and mailing address of the corporation is P.O. Box 172356, Tampa, Florida 33672-0356. The initial registered agent for this corporation shall be Donald H. Wilson, Jr. and the street address of the initial registered office shall be at 245 South Central Avenue, Bartow, Florida 33830.

## ARTICLE VII

The name and post office address of the original subscribers to these Articles of Incorporation and the members of the first Board of Directors of this corporation, who, subject to the provisions of these Articles of Incorporation, the By-Laws and the laws of the State of

Florida, shall hold office until the first annual meeting of the corporation, or until successors are elected and have been qualified is as follows:

> Yu Xian Feng
> P.O. Box 172356
> Tampa, FL 33672-0356

## ARTICLE VIII

The private property of the stockholders shall not be subject to payment of corporate debts to any extent.

## ARTICLE IX

In furtherance and not in limitation of the powers conferred by the laws of the State of Florida, the Board of Directors is expressly authorized:

To make, alter, amend and rescind the By-Laws of this corporation, to fix the amount to be reserved as working capital; to authorize and cause to be executed mortgages and liens, without limit as to amount upon the property and franchises of this corporation.

With the consent in writing and pursuant to a vote of the holders of a majority of the capital stock issued and outstanding, the directors shall have authority to dispose of, in any manner, the whole property of this corporation.

The stockholders and directors shall have the power to hold their meeting and keep the books, documents, and papers of the corporation outside the State of Florida, at such places as may be from time to time designated by the By-Laws or by resolution of the stockholders or directors, except as otherwise required by the laws of Florida.

If the By-Laws so provide, to designate one or more of their number to constitute an executive committee, which shall for the time being, as provided in said resolution or in the By-Laws of this corporation, have and exercise any or all of the powers of the Board of Directors in the management of the business and affairs of this corporation and have power to authorize the seal of this corporation to be affixed to all papers which may require it.

This corporation reserves the right to amend, alter, change or repeal any provision contained in this certificate of incorporation in the manner now or hereafter prescribed by statute, and all rights conferred on stockholders herein are granted subject to this reservation.

The directors of this corporation shall have the power to establish and maintain, in addition to the principal office in Florida, one or more offices at such places as they may from time to time designate.

This corporation may under its By-Laws confer powers additional to the foregoing upon the directors, in addition to the powers and authority expressly conferred on them by law.

It is the intention that the objects, purposes and powers specified in Article II hereof shall, except when otherwise specified in said Article, be in no ways limited or restricted by reference to or inference from the terms of any other clause or article in these Articles of Incorporation, but that the objects, purposes and powers specified in Article II hereof, and in each of the clauses or paragraphs specified in Article II hereof, and in each of the clauses or paragraphs of this charter, shall be regarded as independent objects, purposes and powers.

The undersigned being the original subscriber to the capital stock hereinbefore named, for the purpose of forming a corporation in pursuance of the laws of Florida, does make and file these Articles, hereby declaring and certifying that the facts herein stated are true and respectively agree

4

to take the number of shares of stock subscribed by us as hereinbefore set forth at a price of $100.00 per share. I have accordingly hereunto set my hand and seal this __19th__ day of __June__, 2000.

Witnesses:

_Beverly J. Dunaway_

_Annette F. Marsh_

_/s/ Yu Xian Feng_
Yu Xian Feng

STATE OF __FLORIDA__
COUNTY OF __POLK__

I CERTIFY that this day before me, an officer duly authorized to take acknowledgments, personally appeared Yu Xian Feng, who executed the foregoing Articles of Incorporation, who is personally known to me or who produced __passport__ as identification, and who did not take an oath.

WITNESS my hand and official seal in the County and State named above on the __19th__ day of __June__, 2000.

ANNETTE F. MARSH
Notary Public, State of Florida
My comm. expires June 16, 2003
Comm. No. CC820884
(Affix Notarial Seal)

_Annette F. Marsh_
Notary Public - State of __Florida__ at Large

**ACCEPTANCE**

5

I, Donald H. Wilson, Jr., hereby accept designation as resident agent and registered agent of BNBM of America, Inc.

*Donald H. Wilson, Jr.*

SWORN TO AND SUBSCRIBED before me on this 19th day of June, 2000.



ANNETTE F. MARSH
Notary Public, State of Florida
My comm. expires June 16, 2003
Comm. No. CC820884

*Annette F. Marsh*
Notary Public – State of Florida at Large

(Affix Notarial Seal)

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
00 JUN 20 PM 1:01

6

# 2001 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** P00000059658

**1. Entity Name**
BNBM OF AMERICA, INC.

**FILED**
Jan 16, 2001 8:00 am
**Secretary of State**
01-16-2001 90041 026 ***158.75

**Principal Place of Business**
POST OFFICE BOX 172356
TAMPA FL 33672-0356

**Mailing Address**
POST OFFICE BOX 172356
TAMPA FL 33672-0356

**2. Principal Place of Business**
5015 E. HILLSBOROUGH
Suite, Apt. #, etc.
City & State: TAMPA FL.
Zip: 33610

**3. Mailing Address**

**4. FEI Number:** 93-1294862

**5. Certificate of Status Desired** ☒ $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**
WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW FL 33830

**7. Name and Address of New Registered Agent**

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. ☐

FILE NOW!!! FEE IS $150.00
After MAY 1, 2001 Fee will be $550.00
Make Check Payable to Department of State

10. Election Campaign Financing Trust Fund Contribution. ☐ $5.00 May Be Added to Fees

| 11. OFFICERS AND DIRECTORS | | 12. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|
| TITLE: D<br>NAME: FENG, YU X<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA FL 33672-0356 | ☐ Delete | TITLE: PRESIDENT, DIRECTOR<br>NAME: YU, XIAN FENG<br>STREET ADDRESS: SAME AS MAILING | ☐ Change ☐ Addition<br>NAME SPELLING CORRECTION |
| | ☐ Delete | TITLE: C<br>NAME: SONG ZHI PING<br>STREET ADDRESS: SAME AS MAILING | ☐ Change ☐ Addition |
| | ☐ Delete | TITLE: D<br>NAME: CAO JIANG LIN<br>STREET ADDRESS: SAME AS MAILING | ☐ Change ☐ Addition |
| | ☐ Delete | TITLE: V/S<br>NAME: LI JIANG<br>STREET ADDRESS: SAME AS MAILING | ☐ Change ☐ Addition |
| | ☐ Delete | TITLE: T<br>NAME: WEI CHUN SHAN<br>STREET ADDRESS: SAME AS MAILING | ☐ Change ☐ Addition |
| | ☐ Delete | | ☐ Change ☐ Addition |

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** /s/ Li Jiang    LI JIANG    **Date:** JAN. 5th, 2001    **Daytime Phone #:** 813-621-6766

# 2002 UNIFORM BUSINESS REPORT (UBR)

**Jan 27, 2002 8:00 am**
**Secretary of State**
01-27-2002 90042 034 ***158.75

**DOCUMENT #** P00000059658

**1. Entity Name**
BNBM OF AMERICA, INC.

**Principal Place of Business**
5015 E HILLSBOROUGH
TAMPA FL 33810

**Mailing Address**
POST OFFICE BOX 172356
TAMPA FL 33672-0356

**2. Principal Place of Business**
Suite, Apt. #, etc.
City & State
Zip — Country

**3. Mailing Address**
Suite, Apt. #, etc.
City & State
Zip — Country

DO NOT WRITE IN THIS SPACE

**4. FEI Number** 93-1294862 — Applied For / Not Applicable

**5. Certificate of Status Desired** ☒ $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**
WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW FL 33830

**7. Name and Address of New Registered Agent**
Name:
Street Address (P.O. Box Number is Not Acceptable):
City: — FL — Zip Code:

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

**SIGNATURE** _____ (NOTE: Registered Agent signature required when reinstating) **DATE** _____

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. ☐ (See criteria on back)

FILE NOW!!! FEE IS $150.00
After May 1, 2002 Fee will be $550.00
Make Check Payable to Department of State

10. Election Campaign Financing Trust Fund Contribution. ☐ $5.00 May Be Added to Fees

| 11. OFFICERS AND DIRECTORS | | 12. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|
| TITLE: C<br>NAME: SONG, ZHI PING<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE: C<br>NAME: SONG, ZHI PING<br>STREET ADDRESS: SAME AS MAILING<br>CITY-ST-ZIP: | ☐ Change ☐ Addition |
| TITLE: D<br>NAME: CAO, JIANG LIN<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE: D<br>NAME: CAO, JIANG LIN<br>STREET ADDRESS: SAME AS MAILING<br>CITY-ST-ZIP: | ☐ Change ☐ Addition |
| TITLE: VS<br>NAME: LI, JINAG<br>STREET ADDRESS: POST OFFICE BOX 173356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE: V/S<br>NAME: LI, JIANG<br>STREET ADDRESS: SAME AS MAILING<br>CITY-ST-ZIP: | ☐ Change ☐ Addition |
| TITLE: T<br>NAME: WEI, CHUN SHAN<br>STREET ADDRESS: POST OFFIC BOX<br>CITY-ST-ZIP: TAMPA FL 33672-0356 | ☐ Delete | TITLE: T<br>NAME: WEI, CHUN SHAN<br>STREET ADDRESS: SAME AS MAILING<br>CITY-ST-ZIP: | ☐ Change ☐ Addition |
| TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Delete | TITLE: P/D<br>NAME: YU, XIAN FENG<br>STREET ADDRESS: SAME AS MAILING<br>CITY-ST-ZIP: | ☐ Change ☐ Addition |
| TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change ☐ Addition |

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** SIGNATURE REQUIRED / JIANG    **Date:** JAN. 9th, 2002    **Daytime Phone #:** 813-621-6666

CR2E034 (9/01)

# 2003 FOR PROFIT CORPORATION
# UNIFORM BUSINESS REPORT (UBR)

**FILED**
Jan 21, 2003 8:00 am
**Secretary of State**
01-21-2003 90554 043 ***150.00

**DOCUMENT #** P00000059658

**1. Entity Name**
BNBM OF AMERICA, INC.



**Principal Place of Business**
5015 E HILLSBOROUGH
TAMPA FL 33610

**Mailing Address**
POST OFFICE BOX 172356
TAMPA FL 33672-0356

**2. Principal Place of Business**
Suite, Apt. #, etc.
City & State
Zip   Country

**3. Mailing Address**
Suite, Apt. #, etc.
City & State
Zip   Country

☐ CHECK HERE IF MAKING CHANGES

**4. FEI Number** 93-1294862   ☐ Applied For ☐ Not Applicable

**5. Certificate of Status Desired** ☐   $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**
WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW FL 33830

**7. Name and Address of New Registered Agent**
Name
Street Address (P.O. Box Number is Not Acceptable)
City   FL   Zip Code

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.
(NOTE: Registered Agent signature required when reinstating)   DATE

FILE NOW!!! FEE IS $150.00
After May 1, 2003 Fee will be $550.00
Make Check Payable to Florida Department of State

**9.** Election Campaign Financing Trust Fund Contribution. ☐   $5.00 May Be Added to Fees

| 10. OFFICERS AND DIRECTORS | | 11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|
| TITLE: C<br>NAME: SONG, ZHI PING<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE: D<br>NAME: CAO, JIANG LIN<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE: VS<br>NAME: LI, JINAG<br>STREET ADDRESS: POST OFFICE BOX 173356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE: T<br>NAME: WEI, CHUN SHAN<br>STREET ADDRESS: POST OFFIC BOX<br>CITY-ST-ZIP: TAMPA FL 33672-0356 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE: PD<br>NAME: XIAN FENG, YU<br>STREET ADDRESS: POST OFFICE BOX 173356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change  ☐ Addition |

**12.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** _Chunshan Wei_ SIGNATURE REQUIRED
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

CR2E034 (10/02)

# 2004 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED Feb 17, 2004 8:00 am Secretary of State**

02-17-2004 90010 017 ***158.75

**DOCUMENT # P00000059658**

1. Entity Name
**BNBM OF AMERICA, INC.**

Principal Place of Business
4900 W. RIO VISTA AVENUE
TAMPA, FL 33634

Mailing Address
POST OFFICE BOX 172356
TAMPA, FL 33672-0356

2. Principal Place of Business
3. Mailing Address

02122004  Chg-P  CR2E034 (10/03)

4. FEI Number: 93-1294862

Applied For / Not Applicable

5. Certificate of Status Desired ☒  $8.75 Additional Fee Required

6. Name and Address of Current Registered Agent
WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW, FL 33830

7. Name and Address of New Registered Agent

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____ DATE _____

**FILE NOW!!! FEE IS $150.00**
**After May 1, 2004 Fee will be $550.00**

9. Election Campaign Financing Trust Fund Contribution ☐   $5.00 May Be Added to Fees.

| 10. OFFICERS AND DIRECTORS | | 11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|
| TITLE: C<br>NAME: SONG, ZHI PING<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA, FL 33672 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change ☐ Addition |
| TITLE: D<br>NAME: CAO, JIANG LIN<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA, FL 33672 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change ☐ Addition |
| TITLE: VS<br>NAME: LI, JINAG<br>STREET ADDRESS: POST OFFICE BOX 173356<br>CITY-ST-ZIP: TAMPA, FL 33672 | ☐ Delete | TITLE: S<br>NAME: LI, JIANG<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA, FL 33672 | ☒ Change ☐ Addition |
| TITLE: T<br>NAME: WEI, CHUN SHAN<br>STREET ADDRESS: POST OFFIC BOX<br>CITY-ST-ZIP: TAMPA, FL 336720356 | ☐ Delete | TITLE: V/T<br>NAME: WEI, CHUN SHAN<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA, FL 33672 | ☒ Change ☐ Addition |
| TITLE: PD<br>NAME: XIAN FENG, YU<br>STREET ADDRESS: POST OFFICE BOX 173356<br>CITY-ST-ZIP: TAMPA, FL 33672 | ☐ Delete | TITLE: P/D<br>NAME: XIAN FENG, YU<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA, FL 33672 | ☒ Change ☐ Addition |
| TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change ☐ Addition |

12. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: *Chunshan Wei* / CHUNSHAN WEI    Date: 2-11-2004    Daytime Phone #: 813-621-6766

DOCUMENT# P00000059658             Feb 07, 2005
Secretary of State

**Entity Name:** BNBM OF AMERICA, INC.

**Current Principal Place of Business:**

4900 W. RIO VISTA AVENUE
TAMPA, FL 33634

**New Principal Place of Business:**

**Current Mailing Address:**

POST OFFICE BOX 172356
TAMPA, FL 336720356

**New Mailing Address:**

FEI Number: 93-1294862    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired (X)

**Name and Address of Current Registered Agent:**

WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW, FL 33830    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
Electronic Signature of Registered Agent             Date

**Election Campaign Financing Trust Fund Contribution ( ).**

**OFFICERS AND DIRECTORS:**

| | | **ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:** | |
|---|---|---|---|
| Title: | C ( ) Delete | Title: | ( ) Change ( ) Addition |
| Name: | SONG, ZHI PING | Name: | |
| Address: | POST OFFICE BOX 172356 | Address: | |
| City-St-Zip: | TAMPA, FL 33672 | City-St-Zip: | |
| Title: | D ( ) Delete | Title: | ( ) Change ( ) Addition |
| Name: | CAO, JIANG LIN | Name: | |
| Address: | POST OFFICE BOX 172356 | Address: | |
| City-St-Zip: | TAMPA, FL 33672 | City-St-Zip: | |
| Title: | S ( ) Delete | Title: | ( ) Change ( ) Addition |
| Name: | LI, JINAG | Name: | |
| Address: | POST OFFICE BOX 173356 | Address: | |
| City-St-Zip: | TAMPA, FL 33672 | City-St-Zip: | |
| Title: | VT ( ) Delete | Title: | ( ) Change ( ) Addition |
| Name: | WEI, CHUN SHAN | Name: | |
| Address: | POST OFFICE BOX 172356 | Address: | |
| City-St-Zip: | TAMPA, FL 336720356 | City-St-Zip: | |
| Title: | PD ( ) Delete | Title: | ( ) Change ( ) Addition |
| Name: | XIAN FENG, YU | Name: | |
| Address: | POST OFFICE BOX 172356 | Address: | |
| City-St-Zip: | TAMPA, FL 33672 | City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE: CHUNSHAN WEI             VT             02/07/2005
Electronic Signature of Signing Officer or Director             Date



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Entity Name Search

Submit

No Name History

# Detail by Entity Name

## Florida Profit Corporation

BNBM OF AMERICA, INC.

## Filing Information

**Document Number** P00000059658
**FEI/EIN Number** 931294862
**Date Filed** 06/20/2000
**State** FL
**Status** INACTIVE
**Effective Date** 02/22/2000
**Last Event** ADMIN DISSOLUTION FOR ANNUAL REPORT
**Event Date Filed** 09/15/2006
**Event Effective Date** NONE
**DOMESTICATED**

## Principal Address

4900 W. RIO VISTA AVENUE
TAMPA FL 33634

Changed 09/10/2003

## Mailing Address

POST OFFICE BOX 172356
TAMPA FL 33672-0356

## Registered Agent Name & Address

WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW FL 33830 US

## Officer/Director Detail

**Name & Address**

Title C

SONG, ZHI PING
POST OFFICE BOX 172356
TAMPA FL 33672

Title D

CAO, JIANG LIN
POST OFFICE BOX 172356
TAMPA FL 33672

Title S

LI, JINAG
POST OFFICE BOX 173356
TAMPA FL 33672

Title VT

WEI, CHUN SHAN
POST OFFICE BOX 172356
TAMPA FL 33672-0356

Title PD

XIAN FENG, YU
POST OFFICE BOX 172356
TAMPA FL 33672

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2003 | 01/21/2003 |
| 2004 | 02/17/2004 |
| 2005 | 02/07/2005 |

## Document Images

View image in PDF format

View image in PDF format

View image in PDF format

View image in PDF format

View image in PDF format

View image in PDF format

**Note:** This is not official record. See documents if question or conflict.

**No Name History**

Entity Name Search

Submit