Confidential - Subject to Further Confidentiality Review

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED     MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                       SECTION:  L
                                 JUDGE FALLON
                                 MAG. JUDGE WILKINSON

\*\*  THIS DOCUMENT APPLIES TO:  GERMANO,
    et al., vs. TAISHAN GYPSUM CO., LTD.,
    f/k/a SHANDONG TAIHE DONGXIN CO. LTD.,
    CASE NO. 2:09-CV-6687 (EDLA)

CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW
VIDEOTAPED DEPOSITION OF RICHARD HANNAM
Taken on Behalf of the Plaintiffs, by and through
Counsel for the Plaintiffs' Steering Committee

DATE TAKEN:    FEBRUARY 13, 2012

TIME:          10:48 A.M. - 1:15 P.M.

PLACE:         MORGAN & MORGAN
               201 NORTH FRANKLIN STREET, 7TH FLOOR
               TAMPA, FLORIDA 33602


Examination of the witness taken before:
Susan D. Wasilewski
Registered Professional Reporter
Certified Realtime Reporter
Certified CART Provider
~ Realtime Systems Administrator ~

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

EXHIBIT 25

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 9

1          THEREUPON, the following proceedings were had
2      and taken at 10:48 a.m.:
3          THE VIDEOGRAPHER:  This is the deposition of
4      Richard Hannam being taken In Re:
5      Chinese-Manufactured Drywall Products Liability
6      Litigation, Germano, et al., versus Taishan Gypsum
7      Company, Limited.
8          The date is February 13, 2012.  The time is
9      10:48 a.m.
10         Will counsel please introduce themselves?
11         MR. MONTOYA:  Patrick Montoya on behalf of the
12     PFC.
13         MR. SPANO:  Frank Spano, Hogan Lovells, for
14     Taishan Gypsum Company, Limited, and Taian Taishan
15     Plasterboard Company, Limited.
16         MR. DOCKERY:  Clint Dockery, Quinn Emanuel, on
17     behalf of Chartis.
18         MS. MASHELKAR:  Shubhra Mashelkar on behalf of
19     certain Banner entities.
20         MR. THOMPSON:  I'm Jim Thompson here on behalf
21     of Suncoast.
22         THE VIDEOGRAPHER:  And will the court reporter
23     please swear in the witness?
24         THE COURT REPORTER:  Sir, would you raise your
25     right hand?  Do you solemnly swear or affirm the

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 10

```
 1       testimony you're about to give will be the truth,
 2       the whole truth, and nothing but the truth?
 3             THE WITNESS:  I do.
 4             THE COURT REPORTER:  Thank you.
 5             RICHARD HANNAM, called as a witness by the
 6   Plaintiffs, having been first duly sworn, testified as
 7   follows:
 8                    DIRECT EXAMINATION
 9   BY MR. MONTOYA:
10       Q.   Sir, we're here on an update of your deposition
11   from last year, I think it was actually February 14th of
12   last year.  I'm going to ask you some questions in
13   particular about a gentleman named David Wei.
14       A.   Yes.
15       Q.   Do you know a gentleman named David Wei?
16       A.   Yes.
17       Q.   How do you know him?
18       A.   He was one of the individuals that BNBM,
19   Beijing New Materials, sent over here to the United
20   States to learn and to more or less oversee -- help,
21   help oversee the operations on the US side.
22       Q.   And when you say Beijing New Building
23   Materials, are you -- what company are you referring to?
24       A.   They're the largest drywall manufacturing plant
25   in China.
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 74

1  A. Yes.
2  Q. And I also represent Taian Taishan Plasterboard
3  Company, Limited, which I will refer to as TTP.
4  A. Okay.
5  Q. Do you recall that Wood Nation purchased
6  drywall from TTP?
7  A. I bought from one of these two, yeah.
8  Q. I have just a few questions about BNBM of
9  America. What was the approximate overall time frame
10 that it had any kind of operations in Florida?
11 A. From 2000 to -- talking about BNBM of America?
12 Q. Yes.
13 A. Probably -- see, I still don't know that date
14 but I keep using 2005 as to when David went back to
15 China, so it would have been 2000 to 2005.
16 Q. And in that overall time frame between 2000 and
17 2005, was there a period where BNBM of America was
18 involved with selling drywall, was that some portion of
19 that 2000 to 2005 time frame?
20 A. BNBM of America?
21 Q. Yes.
22 A. Yes.
23 Q. What was -- there were three shipments that
24 BNBM of America was involved with over the course of its
25 life of drywall from China; is that right?

Confidential - Subject to Further Confidentiality Review

Page 75

```
 1      A.    For the Florida operation, you mean?
 2      Q.    Yes.
 3      A.    Yes.
 4      Q.    Was that -- what was the time period of the
 5   three shipments overall?
 6      A.    2000 to 2000 and, say, '2.  One more time,
 7   approximate.
 8      Q.    Do you recall mentioning earlier that at some
 9   point they shut down the drywall, referring to BNBM of
10   America?
11      A.    Right.
12      Q.    Approximately when was that?
13      A.    I don't know, between 2000 -- somewhere in
14   between 2002 and 2003.
15      Q.    Once -- withdrawn.
16            Did BNBM of America stop being involved with
17   marketing drywall after Stone Works was established?
18      A.    I think we were -- I think we were all through
19   with drywall by then.
20      Q.    Okay.  Is it correct that in 2006, when Mr. Wei
21   introduced you to TTP, he was doing that as a favor to a
22   friend?
23      A.    Exactly.
24      Q.    He wasn't doing that as part of his work as an
25   employee of BNBM?
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 104

1                    CERTIFICATE OF REPORTER
2    STATE OF FLORIDA
3    COUNTY OF POLK
4              I, Susan D. Wasilewski, Registered Professional
5    Reporter, Certified Realtime Reporter, Certified CART
6    Provider, Certified Manager of Reporting Services, and
7    Florida Professional Reporter, do hereby certify that I
8    was authorized to and did stenographically report the
9    examination of the witness named herein; that a review
10   of the transcript was requested; and that the foregoing
11   transcript is a true record of my stenographic notes.
12             I FURTHER CERTIFY that I am not a relative,
13   employee, or attorney, or counsel for any of the
14   parties, nor am I a relative or employee of any of the
15   parties' attorney or counsel connected with the action,
16   nor am I financially interested in the outcome of this
17   action.
18             DATED THIS _____ at Lakeland, Polk
19   County, Florida.
20
21   _____
         SUSAN D. WASILEWSKI, RPR, CRR, CCP, CMRS, FPR
22
23
24
25