| | | |
|---|---|---|
| 阿里巴巴 中国供应商 www.alibaba.com Assessed Supplier Service Contract | 2010256 | 20130114 |

Contract Order

Party A: <u>Beijing New Building Material (Group) Co., Ltd.</u>   Contact Person: <u>ZHANG Wenjia</u>   Postal Code: <u>100048</u>
Tel: <u>010-68799800</u>   Fax: 010-68799891  Address: <u>9-10/F, Building 4, No. 9, South Shouti Road, Haidian District, Beijing</u>
Party B: <u>Alibaba (China) Technology Co., Ltd.</u>   Contact Person: <u>Zhang Junqing</u>   Postal Code: <u>100022</u>
Tel: <u>010-65986688</u>       Fax: <u>010-65986661</u> Address: <u>7/F, Building B, National Advertising Industry Park, A12, Xidawang Road, Chaoyang District, Beijing</u>
(1. This Contract is comprised of the Contract Orders on the front and the Terms and Conditions on the back, and you are advised to read carefully; 2. Please tick the service you purchase)

☑ Assessed Supplier Service

| Assessed Supplier Service includes the detailed services as below | | Total Contract Price | RMB 128,800Yuan |
|---|---|---|---|
| Chinese Supplier ("Export Pass" version)   website http:// bnbmg en.alibaba.com | launch cycle <u>12</u> (month) | Total RMB 298,000 Yuan | |
| Showcase Product (known as "Showcase Service")    b (set)    12   (month)   (note: five for one set) | | Total RMB 72,000 Yuan | |
| Enterprise Capacity Assessment Service | | Total RMB 27,000Yuan | |
| (including enterprise capacity assessment report RMB 12,000 Yuan, main product certification service RMB 8,000 Yuan and factory-inspection video service RMB 7,000yuan) | | | |

Definitions

**Chinese Supplier Service**: refers to that Party B uses its network technologies and other advantages to release the information and materials concerning Party A's company and products on www.alibaba.com and continuously provide the relevant technical support during the launch cycle.
**Showcase Product**: refers to that Party B uses its network technologies and other advantages and based on the Chinese Supplier Service to realize the service showcase in the designated place on www.alibaba.com and continuously provide the relevant technical support during the launch cycle.
**Enterprise Capacity Assessment Service**: includes the enterprise capacity assessment report service, main product certification service and factory-inspection video service, and Party B uses its network technologies and other advantages to display the enterprise capacity assessment report, main product certification report (collectively "Reports") and videos on www.alibaba.com.
**Enterprise Capacity Assessment Report**: Party B entrusts the professional certification/investigation agency ("certification agency") to visit the place designated by Party A to make an onsite investigation of Party A's production conditions and /or trading conditions, and issue the written enterprise capacity assessment report.
**Main Product Certification Service**: Party B entrusts the certification agency to visit the place designated by Party A to make an onsite investigation of Party A's products (no more than 5 types), and issue the written main product report.
**Factory-inspection Video Service**: Party B entrust the video-taking company to visit the place designated by Party A to take video of Party A's factories and workshops, and entrusts the certification agency to investigate the consistency between the videos and the site.
**Online Technical Service of Enterprise Capacity Assessment Service**: if the enterprise capacity assessment report, main product report and factory-inspection videos are completed and conform to the releasing conditions, Party B will release Party A's reports and videos and the main certified products (with a maximum of 10 products) on www.alibaba.com, whereas the reports and videos may be downloaded by the website members free of charge. The launch cycle for the reports, videos and main products is 12 months, but the valid term for the reports is 12 months, and Party B shall be entitled to stop the release of any reports that are no longer valid. Party B shall be entitled to mark the certification and video-taking completed by Party A with a specific mark.

**Precedent Condition for Service**

**Chinese Supplier Service**: considering that the service purchased by Party A is Assessed Supplier Service, Party A must satisfy all the following conditions to use the Chinese Supplier Service: 1. Party A authorizes Party B to entrust a third party to check its entity qualification (hereinafter referred to as "Third Party Certification"), and is obligated to cooperate with the third party certification. **In the Party A's entity qualification information as certified by the third party, the English name of Party A shall be translated by itself, and in case of any suspected infringement or improper competition, violation of the principle of good faith, text translation principle or other illegal circumstances, Party A shall resolve on its own and undertake the relevant legal liabilities; Party B shall have the right to request Party A revise or replace within a limited timetable based on its reasonable judgment, and if Party A fails to make the corresponding revision or replacement within the required timetable, Party B shall have the right to suspend the provision of relevant services.** If Party A passes the third party certification, Party B shall provide the Chinese Supplier Service to Party A as agreed hereunder; and if Party A fails to pass, the Article 9.1 and 8.1 under the Terms and Conditions on the back shall prevail. 2. Enterprise capacity assessment report, main product report and factory-inspection video under the enterprise capacity assessment service are completed and conform to the online releasing conditions.

Note:

| An amount of RMB 69,800 would be actually paid after discount. |
|---|

**Method of Payment**

Party A shall pay the Contract Price in a lump sum to Party B within 5 working days upon the execution of this Contract. Upon the receipt of the Contract Price in full by Party B, Party A may log into "Myalibaba" or via other way to apply for the invoice for technical service fee.
**Special Tips:** If Party B makes the refund according to this Contract, Party A shall return the original invoice for technical service fee issued by Party B, and provide Party B with other documents required by the laws, regulations and policies.

| | Opening Bank | Account Name | Account Number |
|---|---|---|---|
| Party B's Bank Account | China Merchants Bank Hangzhou Branch | Alibaba (China) Technology Co., Ltd. | 661082409610001 |
| | ICBC Hangzhou Branch Gaoxin Sub-branch | Alibaba (China) Technology Co., Ltd. | 1202026209900047069 |
| | ABC Hanghzou Branch Kejicheng Sub-branch | Alibaba (China) Technology Co., Ltd. | 19036401040002220 |
| Party B's Alipay Name | Alibaba (China) Technology Co., Ltd. | Party B's Alipay Account | b2b.csfin@alibaba-inc.com |

Miscellaneous

1. The execution, performance, effectiveness and interpretation of this Contract shall be governed by the laws of the People's Republic of China. Any dispute arising from or in connection with this Contract shall be resolved by Party A and Party B through amicable consultation; if it cannot be resolved by doing so, it shall be submitted to the people's court where the defendant's domicile is located.
2. Party A and Party B's rights and obligations shall be subject to this Contract. Any oral undertakings or agreements made without the signature and seal of both Parties shall not be legally binding.
3. This Contract is made in duplicate with Party A and Party B holding one counterpart each, which shall become effective upon the receipt of the Contract Price by Party B from Party A.

Party A (Seal): <u>Beijing New Building Material (Group) Co., Ltd.</u>                    Party B (Seal):
Party A's Authorized Representative (Signature):   Zhang Wenjia         Party B's Authorized Representative (Signature):
                                                                                  July 25, 2013

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER


EXHIBIT 28

BNBM(Group)0002794

BG: 7/15/15 -7/18/15
Exhibit 164

 www.alibaba.com Assessed Supplier Service Contract                                                                                    20130114

Terms and Conditions

In connection with the assessed supplier service on www.alibaba.com purchased by Party A from Party B, both Parties have executed the contract order on the front (hereinafter referred to as "Contract Order") and the terms and conditions on the back (hereinafter referred to as "Terms and Conditions") through amicable consultation. The Contract Order and Terms and Conditions together form the complete www.alibaba.com Assessed Supplier Service Contract (hereinafter referred to as "Contract") for the purpose of the above-mentioned subject. **Party A acknowledges and agrees that Party A has carefully read and fully recognized all the terms herein before executing this Contract.**

**Article 1  Review and Preparation of Chinese Supplier Service**
Party A shall, within 5 working days after paying the Contract Price to Party B, deliver all the English or Chinese information and materials involved for the Chinese supplier service to Party B, whereas the electronic files shall only be in DOC and TXT format, the electronic photos shall only be in JPG and GIF format. Party B shall, within 7 working days after all the English information provided by Party A passes Party B's format check, design and prepare the electronic files (whereas it cannot exceed 12 photos and 2 sets of dynamic photos). However, if Party A's information is in Chinese and it requires Party B to entrust a third party for translation, it will need additional 5 working days. The above period shall not include the time for waiting Party A's revision and confirmation.

**Article 2  Acceptance and Release of Chinese Supplier Service**
2.1 After Party B has designed and prepared the electronic files according to Party A's requirements, Party A shall log into the account provided by Party B to use the Chinese supplier service, and online confirm the "Project Acceptance Certificate"; under any special circumstances, Party B will send the "Project Acceptance Certificate" to Party A by fax, and Party A shall confirm in writing within one working day upon the receipt of such certificate. **If Party A fails to confirm online or in writing, it shall be deemed as accepted.** Party A's information and materials will be officially released on www.alibaba.com after it is or deemed as accepted and on the premises that it satisfies the service agreed in the "Contract Order".
2.2 The launch cycle of Chinese supplier service shall commence on the date when Party A's information and materials are officially released on www.alibaba.com. Although Party A has passed the third-party certification but it does not fully have the conditions to use the Chinese supplier service due to the fact that it does not complete the enterprise capacity assessment report, main product certification report and factory-inspection video, Party A's information and materials will, upon the consent of Party B, be released on www.alibaba.com after it is or deemed as accepted, and the launch cycle of Chinese supplier service shall commence on the date when Party A's information and materials are officially released on www.alibaba.com. Party A clearly understands that the online technical service of enterprise capacity assessment service is subject to the normal use of Chinese supplier service, and once the Chinese supplier service is suspended or terminated, the online technical service will be suspended or terminated accordingly. In the event that the termination date is earlier than the termination of online technical service because Party A uses the Chinese supplier service in advance, Party A is willing to undertake any adverse consequences incurred by the early termination of online technical service, unless Party A duly executes the Chinese supplier service contract and passes the third-party certification can it continue to use the uncompleted online technical service.
2.3 Showcase product shall be concurrently used when the Chinese supplier service is made available, but if it is not used due to any reason attributable to Party A, the termination date of launch cycle shall not be extended accordingly, with any losses to be borne by Party A. if the commencement date is delayed due to any reason attributable to Party B, the termination date shall be extended accordingly.
2.4 Party A and Party B confirm that the actual launch and release cycle of Chinese supplier service, showcase product and online technical service of enterprise capacity assessment service shall be subject to the date recorded by Party B's system.

**Article 3  Service Requirements for Enterprise Capacity Assessment Service**
3.1 Party A shall execute the Enterprise Capacity Assessment Service Confirmation Letter when executing this Contract, and ensure all the information filled in is true and accurate with the relevant originals.
3.2 In order to complete the enterprise capacity assessment report, the addresses for the certification agency to conduct the onsite investigation are two at most, which shall be investigated once for each address. With respect to the main product certification service, the address for the certification agency to conduct the onsite investigation is only one, which shall be investigated once, and conducted concurrently with the onsite investigation for enterprise capacity assessment report. Party A shall make the preparations before the onsite investigation conducted by the certification agency, and offer all the necessary cooperation and assistance so as to ensure the smooth onsite investigation.
3.3 If the certification agency cannot complete the certification work due to any reason attributed to Party A and it needs a second investigation, Party A shall additionally pay 50% of relevant service fee for each more onsite investigation, and shall pay to Party B in a lump sum within 5 working days before the certification agency conducts a second onsite investigation.
3.4 Party A is obligated to provide all the information, materials and originals in relation to the certification service as requested by the certification agency. Party A shall confirm the initial certificate report in writing on the spot when the onsite investigation is completed, and if it fails to confirm on a timely manner, it will be deemed as accepted.
3.5 With respect to the factory-inspection video service, the video-taking company at most will visit two addresses which shall be visited once for each address; therefore Party A shall make the preparations before the visit of the video-taking company, and offer all the necessary cooperation and assistance so as to ensure the smooth video-taking. If the video-taking company cannot complete the work due to any reason attributable to Party A and it needs a second visit, Party A shall additionally pay 50% of relevant service fee for each more factory-inspection video service, and shall pay to Party B in a lump sum within 5 working days before the video-taking company conducts a second visit for video-taking.
3.6 When the video-taking company completes the work, it shall play the sample to Party A, Party A shall confirm in writing on the spot, and if it fails to confirm in a timely manner, it shall be deemed as accepted. After the sample is or deemed as accepted, the certification agency shall go to the site to conduct the onsite investigation for the consent captured in the video. The onsite investigation shall be done only once. If it requires a second onsite investigation due to any reason attributable to Party A, it shall additionally pay 50% of relevant service fee for each more factory-inspection video service, and shall pay to Party B in a lump sum within 5 working days before the certification agency conducts a second onsite investigation.

**Article 4  Party A's Rights and Obligations**
4.1 Party A shall have the right to use the items contained in the service hereunder, and use the service provided to Party A free of charge after Party B has optimized or upgraded such items according to the Contract.
4.2 Party A shall have the right to revise the information and materials it releases at its discretion (except for the information and videos certified by the certification agency).
4.3 Party A shall have the right to apply to participate in the trainings, exchanges, purchases and marketing events organized by Party B on a regular or unscheduled basis.
4.4 Party A shall ensure: (1) all the information and materials provided to Party B are real, legal and accurate without violating any relevant laws, regulations and policies, and the action engaged or to be engaged through the service hereunder is subject to Party A's rights and capacity; (2) it has the legal rights and authorization to sell the products involved in the information and materials released by Party A, and such products will not infringe any intellectual property rights or other legal rights of any third person; (3) in the event that any change occurs to the entity qualification information certified by a third party, it will duly contact and authorize Party B to entrust a third party to certify such change; (4) it will not obtain other's information and materials in an improper competition approach, nor will it falsify or publicize in a misleading way the Company and/or its products; (5)it will strictly keep confidential and properly keep Party A's account and password, and specially agrees that any operation through Party A's account and password (including but not limited to releasing information and materials, clicking online to agree any agreement, renewal contract or purchase other service) shall be deemed as the operation made by Party A and Party A shall undertake the legal consequences.
4.5 Party A shall abide by the existing and updated from time to time website use terms on www.alibaba.com and other use rules of any websites.
4.6 Party A agrees that the certification agency shall have the right to independently carry out work and issue the report based on its standards. Party B's selection and designation of certification agency and video-taking company shall not be affected by Party A.
4.7 Party A shall faithfully explain to the certified company and/or video-taking company, and provide the required information, documents and relevant proof. Party A shall cooperate with the work of the certified company and video-taking company in the principle of good faith, and shall not engage in any non-honest behavior such as falsification, hiding facts or misleading, nor will influence the certification agency and video-taking company in any improper way to issue the report and video for the benefit of the Company, or otherwise Party B shall have the right to unilaterally terminate the Contract and not refund any costs.

**Article 5  Party B's Rights and Obligations**
5.1 Party B shall have the right to check the information or materials provided or released by Party A, and shall have the right to refuse to provide any service for such information and materials, or require Party A to revise or delete, or Party B itself may delete the relevant information or materials if it believes such information or materials violates the relevant laws, regulations and policies, violates the provisions herein or is notably improper. If Party A violates the warranty made in Article 4.4, Party B shall have the right to verify or entrust a third party to verify the relevant information; if Party A refuses or is not willing to cooperate, Party B may immediately and unilaterally suspend all the services hereunder.
5.2 Party B shall have the right to accept any complaint whatsoever raised by any third person against Party A, and properly handle the complaint based on the relevant evidence and reasonable judgment, including but not limited to directly deleting the relevant information and materials released by Party A. Party A is obligated to cooperate with Party B, and if Party A fails to cooperate, Party B shall have the right to suspend all the services hereunder.
5.3 Party B shall have the right to promote the information and materials provided or released by Party A in the form and time unilaterally decided by it, and waive any legal liability incurred by the relevant information and materials under the condition that no material change is made to the contents.
5.4 If Party A fails to duly pay any payables under other contracts executed with Party B or its affiliates, Party B shall have the right to deduct the corresponding amount from the amount already paid by Party A hereunder to offset the aforesaid part or all of the payables, and shorten the launch cycle for the service purchased by Party A hereunder (until the early termination).
5.5 The intellectual property rights of enterprise capacity assessment report, main product report and factory-inspection video shall belong to Party B. Any report or video issued according to this Contract is prepared only subject to the onsite investigation/video-taking on the spot by the certified company and video-taking company, which only reflects the situation back then. When using the report and video, Party A shall use the complete one, without revising, abstracting or summarizing the report or video, and shall not allow others to use. If Party B believes that the use by Party A is not proper or would compromise the interest of Party B and/or its affiliates, Party B shall have the right to request Party A take the remedial actions, and if Party A fails to do so, Party B shall have the right to suspended all the services hereunder; if Party A still fails to do so within ten working days after the services are suspended, Party B shall have the right to terminate this Contract in advance without any refund.
5.6 Party B shall continuously improve the services hereunder, including but not limited to optimizing or upgrading the category and rating of the companies and products on www.alibaba.com.

**Article 6  Operation in Good Faith**
6.1 Party A undertakes that Party A will abide by the principle of good faith, and in case of any the following circumstances, Party A agrees that Party B shall have the right to unilaterally terminate this Contract in advance and make public on www.alibaba.com and/or other media, and Party B will not refund any Contract Price for the non-performed part, and undertake any liabilities for breach:
(1) It uses the service hereunder to engage in the fraud or other illegal or criminal activities;
(2) It is complained by a third party, claiming it accepts the payment but fails to deliver the goods, or the goods delivered are severely inconsistent or other malicious or gross defaults, or it produces or sells fake or counterfeit products, or infringes any intellectual property rights or other legal rights of any third person, and it fails to provide the proof within the timetable required by Party B, or although evidence is provided within the above-mentioned timetable, but the proof fails to fully support its claim;
(3) It is complained by a third party for 3 or more times, claiming it has nay non-honest business of whatsoever;
(4) Without the written consent of Party B, it allows others to use the services hereunder or transfer the services hereunder to others in full or in part (including but not limited to allowing others to use its account and password, or transfer its account and password to others), or sell the relevant business information such as seller and/or buyer's inquiries obtained from the services hereunder;
(5) It uses the services hereunder or computer virus/procedures or other illegal methods to steal, delete, revise or add any information of www.alibaba.com or other members on www.alibaba.com, or otherwise hinders the normal operation of www.alibaba.com;
(6) Within the valid term of this Contract, it de-registers, or its business license is revoked, or it is instructed to close down or cancel or with other dissolution;
(7) It executes this Contract in other's name, or in order to execute this Contract, it leases or lends its business license to others, or it falsifies or alters its business license;
(8) It violates other provisions herein, and fails to remedy within 10 working days upon the written notice served by Party B, or it violates other provisions herein for 2 times.
(9) When Party A or its branches, entity in relation to Party A or the branches of such entity uses the services provide by the website of Party B or its affiliates (including but not limited alibaba.com.cn, taobao, tmall), any one of above-mentioned circumstances, is found, or although there is not above circumstance, but the account is closed down by the website of Party B or its affiliates due to non-honest conducts, no matter whether such conducts occur during the valid term of this Contract or not.
6.2 If Party A violates the obligation stipulated in this Article, it constitutes a gross default. If Party B has initial evidence to prove or has reasonable cause to suspect that Party A may be involved in any non-honest operation, Party B shall have the right to suspend the services hereunder or temporarily restrict the quantity of information and materials to be released and revised by Party A to 10 pieces/day or other quantity as Party B considers fit.
6.3 If Party B intends to terminate this Contract in advance according to Article 6.1, it shall have the right to unilaterally terminate all the www.alibaba.com Chinese Supplier Service Contracts executed with Party A and/or its branches (hereinafter referred to as "Other Service Contracts"), and Party B shall be entitled to refund the remaining Contract Price for the unperformed part after deducting the third-party certification fees, review and preparation fees and video-taking fees (if any) under Other Service Contracts.
6.4 Without the prior written consent of Party B, Party A shall not use by itself or entrust others to use: the enterprise name, company name, trademark, LOGO of Party B and/or its affiliates, any information same as or similar to the company name, trademark of Party B or its affiliates, domain same as or similar to the domain of Party B or its affiliates, and any other labels; it shall not infringe the legal rights and interests of Party B and/or its affiliates in any form; if Party A violates the provisions hereof, Party B shall have the right to immediately and unilaterally terminate this Contract, and Party A shall indemnify Party B and its affiliates against all the losses incurred therefrom (including but not limited to the investigation fees, litigations fees, notarial fees and legal costs). Party B shall have the right to directly deduct such losses from the remaining Contract Price (if any), and if it is not sufficient to cover, Party A shall replenish the compensation.

**Article 7  Disclaimer**
If Party B fails to perform or fully perform this Contract due to any reasons beyond the reasonable control of Party B, including but not limited to the force majeure, government act and electricity/telecom interruption, Party B is not required to undertake any legal liability towards Party A. However, if the services hereunder are interrupted or provided as agreed due to any reason attributed to Party B, Party B shall make the compensation against the services interrupted or not provided as agreed.

**Article 8  Liability for Breach**
8.1 If Party A unilaterally proposes an early termination of this Contract in violation of the provisions herein, Party A shall pay 20% of the Contract Price for the un-performed part to Party B as the liquidated damages and Party B agrees that the refund shall be made based on the following deduction standard.
(1) If Party A requires terminating this Contract before the certification agency and video-taking company arrive at the place designated by Party A, it will deduct RMB 1000 Yuan for the enterprise capacity assessment service. If Party A requires terminating this Contract after the certification agency and video-taking company arrive at the place designated by Party A and before they complete the onsite investigation and/or factory-inspection video, it will deduct 50% of the relevant service fees. If Party A requires terminating this Contract after the certification agency and video-taking companycomplete the onsite investigation and/or factory-inspection video, it will refund the relevant fees.
(2) The Contract Price of Chinese supplier service for the un-perform part will be refunded to Party A after deducting the third part certification fee (RMB 1000 Yuan /time) and review and preparation fee (RMB 2000 Yuan/time) that are already incurred.
8.2 If Party B unilaterally proposes an early termination of this Contract in violation of the provisions herein, Party B shall pay 20% of the Contract Price for the un-performed part to Party A as the liquidated damages, and refund the Contract Price for the un-performed part to Party A.

**Article 9  Special Cause for Termination**
9.1 If Party A is not equipped with the condition to access to the Chinese supplier service or Party A is found in any form inconsistent with the Enterprise Capacity Assessment Service Confirmation Letter, Party B shall have the right to unilaterally terminate this Contract. The refund shall be made according to Article 8.1 herein.
9.2 During the onsite investigation, if it cannot pass the onsite investigation due to the lacing of certification materials or inconsistency with the certification conditions, Party B shall have the right to unilaterally terminate this Contract. The refund shall be made according to Article 8.1 herein.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                                                                                            BNBM(Group)0002795

Work Together to Create a New Business Civilization

Along with the ongoing development of E-commerce, it will form a brand-new business civilization featured by openness, transparency, sharing and responsibility. The users of E-commercial platform shall be one of the subjects of the new business civilization.

Alibaba appreciates that users select the products or services on www.alibaba.com (hereinafter collectively referred to as "Services"). The legal rights and interests enjoyed by the users for the services purchased and used shall be fully respected and guaranteed, and users shall comply with the national laws and regulations as well as the policies and rules of www.alibaba.com.

Part of conditions and terms of the Good Faith Rules stipulated by www.alibaba.com are set out in the back of this Agreement, and users and Alibaba are advised to carefully read and understand the Good Faith Rules, which are applicable to the users who purchase any service on www.alibaba.com. The complete Good Faith Rules shall be subject to the version published and updated on www.alibaba.com. For more information, please go to: http://service.alibaba.com/cgs/index.htm.

This Agreement is intended to work with the users to safeguard and promote the healthy and orderly development of the E-commercial platform and jointly build a new business civilization which is meant to be followed, guarded and communicated.

This Agreement shall be confirmed by stamping their seal after the user and Alibaba have read and understood, and shall become effective as of the date when the seal is stamped.

This Agreement is made in duplicate with the user and Alibaba holding one counterpart each.


User (Party A): Beijing New Building Material (Group) Co., Ltd.      Alibaba: Alibaba (China) Technology Co., Ltd.
(Seal)                                                                 (Seal)


This Agreement is executed by both Parties on July 25, 2013.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    BNBM(Group)0002796

Summary of Party of Conditions and Terms of Good Faith Rules Stipulated by www.alibaba.com

I. Purchase of Service

1. Party A shall purchase any service from www.alibaba.com in its own name:

1.1 It is not allowed to purchase any service in other's name;

1.2 It is not allowed to borrow or lease other's business license to purchase any service；

1.3 It is not allowed to fabricate and alter the business license to purchase any service.

II. Account Management

Party A shall strictly keep confidential and properly keep the account and password, and manage and regulate the conducts of the account operator. Party A shall also check the security of the account on a regular basis, continuously enhance the ability to identify a variety of phishing websites, and prohibit any one leaving the company to use the account and duly change the password.

III. Use of Service

The service purchased by Party A shall be only used by Party A itself: it is not allowed to transfer in full or in part to other parties without permission.

IV. Information Release

1. The information released by Party A shall be true, accurate, legal and valid. For example:

1.1 The company profile of Party A shall be consistent with the actual situation, such as the headcount, premises, date of incorporation, production capacity and R&D capacity.

1.2 The products released by Party A shall be within the statutory business scope, and the product information released shall be true, accurate and legal;

1.3 If any product or information containing other's intellectual property is to be released, the permission of right holder shall be obtained, or it shall be subject to the circumstance(s) permitted by the laws and regulations. It is not allowed to release any product or information infringing other's intellectual property such as fake or counterfeit products/

2. Product or information that is prohibited from releasing:

2.1 Product or information prohibited by the national laws and regulations, such as:

2.1.1 Drugs, narcotics, drug ingredients, drug chemicals, addictive medicines, smoking tools and accessories;

2.1.2 Guns, ammos, munitions or relevant equipment, accessories and imitations, obscene articles or information;

2.1.3 Information containing any contents that are reactionary, or would destroy national unity, sovereignty and territorial integrity, social stability or involve national secrets;

2.1.4 Information containing any contents that would disturb the social order, or advocate the cult and superstition, or involve racial discrimination;

2.1.5 Software and equipment used to steal other's privacy or secrets;

2.1.6 Smuggled goods.

2.2 Product or information that is prohibited by www.alibaba.com: including but not limited to information with political complexion, information that sells or promises to sell shark fin or bear's paw, information re-published (refers to the information with the same or similar words or photos), recruitment information, personal information.

3. Product or information that is restricted for releasing:

3.1 The release of information or sale of products shall be subject to the administrative permission, and with such administrative permission obtained, it may be released and published according to law, such as audio-visual products, medical devices, fireworks and crackers, bows and crossbows.

V. Trade Behavior

1. Party A shall scrupulously abide by the principle of integrity operation, and shall not occur any circumstances that no delivery is made when the payment is accepted, or no payment is made when the goods are accepted, or the goods delivered are greatly deviating from the agreement or description (such as parameter, texture, specifications, old/new, or type).

2. Party A shall not sell any fake or inferior products or products infringing other's intellectual property, nor shall it sell any productions in violation of the Restrictive or Prohibited Sale Rules of Alibaba.

VI. Default, Breach and Treatment

1. If Party A violates any provision of Article 1, 3 and 5 above, Alibaba shall be entitled to immediately and unilaterally terminate the service agreement, not refund the contract price for the unperformed part, and have the right to publish on www.alibaba.com and/or other media.

2. If Party A violates any provision of Article 2 and 4 above, Alibaba shall be entitled to delete the information, prohibit or restrict the user from releasing any information according to the service agreement or Good Faith Rules, not refund the contract price for the unperformed part, and have the right to publish on www.alibaba.com and/or other media.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                      BNBM(Group)0002797

Enterprise Capacity Assessment Service Confirmation Letter

No. <u>2010256</u>

Dear user:

Thank you to choose the enterprise capacity assessment service rendered by <u>www.alibaba.com</u>. In order to better provide services, please cooperate with us to complete the following:

1. Please present the following original certificates to the account manager of Alibaba (China) Technology Co., Ltd. (hereinafter referred to as "Alibaba"), and tick in the corresponding box after checking:

| Business license | √ | Please present the original and copies; |
|---|---|---|
| Organization code certificate | √ | Please present the original and copies; |
| Tax registration certificate | √ | Please present the original and copies; |
| Account opening license | √ | Please present; |
| Production license | | Please present if it engages in a special industry; |

2. Please provide the contact information for the following onsite investigation and/or video-taking:

| | Entity Name | Contact Person | Contact Number | Site Add (including house number)/email: |
|---|---|---|---|---|
| Address A (Signing Party) | Beijing New Building Material (Group) Co., Ltd. | Zhang Wenjia | Office: 010-68799703 | Add A: Building 4, No. 9, South Shouti Road, Haidian District, Beijing |
| | | | Mobile: 15801469019 | Email: zwj@bnbmg.com.cn |
| Address B | Beijing New Building Material (Group) Co., Ltd. | Zhang Wenjia | Office: 010-68799703 | Add B: 10 Xinyu Fourth Street, Tongzhou Economic Technology Zone, Kuoxian Town, Tongzhou District, Beijing |
| | | | Mobile: 15801469019 | Email: zwj@bnbmg.com.cn |
| Service Type (Please tick the relevant address) | Enterprise capacity assessment report: A: √   B: | | Main Product Certificate: A: √   B: | Video-taking: A: √   B: |

Note: The entity scope for the main product certification and video-taking shall not exceed the scope of enterprise capacity assessment report.

3. When the third-party certification agency delegated by Alibaba conducts the certification for you, please cooperate to complete the following:

| Certification Stage | Cooperation Issues |
|---|---|
| Certification Agency Document Review | Faithfully complete and submit the information questionnaire necessary for the agency certification; Submit the colored scan copy or faxed copy of the relevant certificates as required by the certification agency. |
| Onsite Investigation | Designate a responsible person: contact with the certification agency and video-taking company to agree upon a date; provide the necessary materials; escort the certification agency and video-taking company to investigate or take video; confirm on the site the initial certification report and video sample; Prepare the mandatory materials:(please get the materials ready before the certification agency arrives, and it will affect the comprehensiveness of the report if the materials are not complete); Original and duplicate copy of business license, original and duplicate copy of organization code certificate, tax registration certificate, account opening license, special license (if any), organizational structure chart, employee list, land ownership certificate (or lease contract), fixed assets registration form or machine, equipment and apparatus list, company's Articles of Association, annual financial report (or audit report, tax clearance certificate), sale contract (or customer order, shipping order, storage order, B/L), contract signed by you and supplier, evaluation report on your supplier. If existing, the following materials are mandatory (if you provide the following materials, it will make your report more attractive to the buyers) Filing registration form of outbound trader, customs registration certificate, patent certificate, trademark certificate, product certificate, company system certificate, customer complaint handling record, internal review record |

4. After the enterprise capacity assessment service for you is completed, Alibaba will, pursuant to the Contract, provide the online technical services, and display the enterprise capacity assessment report, main product report and factory-inspection video. The valid term for the report, as well as the online launch cycle for the report and video, is 12 months, provided that Alibaba shall have the right to stop the release of any report which is no longer valid.

**We have carefully read and fully agreed all the information set out in this Confirmation Letter. We undertake to faithfully, completely and accurately provide all the information and materials to the certification agency, and cooperate with the work conducted by the certification agency and video-taking company in the principle of good faith. We will not engage in any non-honest behavior such as falsification, hiding facts or misleading, nor will influence the certification agency and video-taking company in any improper way to issue the report and video for the benefit of the Company, or otherwise Alibaba shall have the right to unilaterally terminate the Assessed Supplier Service Contract and not refund any costs. During the onsite investigation, if the certification cannot pass muster due to any lacking of certification materials, inconsistency with the certification conditions or other reasons, the termination and refund shall be subject to Article 8.1 and 9.2 on the back of Assessed Supplier Service Contract.**

Company Seal: <mark>Beijing New Building Material (Group) Co., Ltd.</mark>

Signature of Authorized Representative: _____

Date: _____

If the entity is a factory, please see Form 1, if the entity is a trading company, please see Form 2, and if the entity is an integrated company engaged in industry and trading, please see both Form 1 and 2.

**Form 1:**

| Type | Investigation Method | Name | Entity is a factory |
|---|---|---|---|
| Enterprise profile | Original and duplicate copy of business license Tax registration certificate Organization code certificate Land ownership certificate (or lease contract) Onsite investigation | Business license No. | ★ |
| | | Date of incorporation | ★ |
| | | Valid term of license | ★ |
| | | Registered address | ★ |
| | | Contact address | ★ |
| | | Factory address | ★ |
| | | Operating address | ★ |
| | | Annual inspection | ★ |
| | | Annual inspection agency | ★ |
| | | Registered capital | ★ |
| | | Legal representative | ★ |
| | | Industry | ★ |
| | | Enterprise type | ★ |
| | | Type of ownership | ★ |
| | | Main product | ★ |
| | | Investigation of office area | ★ |
| | | Factory area | ★ |
| | | No. of buildings | ★ |
| | | Organization structure chart | ★ |
| R&D mgt capacity | HR files and JD docs Patent certificates Trademark certificates Brand authorization certificate Onsite investigation Product design and development procedure New product confirmation procedure And relevant certificate and reports | R&D headcount | ★ |
| | | R&D education distribution | ★ |
| | | R&D experience distribution | ★ |
| | | Product patent | ★ |
| | | Self-owned brand | ★ |
| | | Name of self-owned brand | ★ |
| | | ODM production | ★ |
| | | R&D design file | ★ |
| | | R&D hardware | ★ |
| | | Name of R&D hardware | ★ |
| | | R&D software | ★ |
| | | Name of R&D software | ★ |
| | | Standard process for new product development | ☐ |
| | | Third party certification for R&D product | ☐ |
| | | Requirements for designer | ☐ |
| | | Confirmed by client for R&D product | ☐ |
| | | Designer qualification to be certified by the Company | ☐ |
| | | Actual design case | ☐ |
| | | Awards and certificates | ★ |
| Development planning | Onsite investigation | Development planning (planning No., content and cycle) | ★ |
| Process photos | Onsite investigation | Process photos (process No., name and photos) | ☐ |
| Certificates & photos | Product certificates, system certificates and onsite investigation | Certificates and photos (names and photos) | ★ |
| Company & products | Product certificates, system certificates and onsite investigation | Company and product photos (names and photos) | ★ |
| HR | HR files | Staff number | ★ |
| | | Management level staff | ☐ |
| Production capacity | Sales contracts (may use customer orders, shipping order, storage orders, B/L), supplier contracts and evaluation reports, fixed assets registration forms, or machine, equipment and apparatus list and onsite investigation | Total output of last year | ☐ |
| | | Detailed output (product name, capacity) | ★ |
| | | Actual output of last year | ☐ |
| | | Manufacturing equipment | ★ |
| | | Testing equipment | ★ |
| | | outsourcer | ★ |
| Quality control capacity | Company system certificate Supplier contract and evaluation reports Customer complaints records/internal review records Onsite investigation | Enterprise system certificate | ★ |
| | | Quality control for all production lines | ★ |
| | | Independence for testing personnel | ★ |
| | | QC/QA total number | ★ |
| | | Supplier evaluation procedure | ★ |
| | | Review and approval mechanism for purchase contracts | ★ |
| | | Customer needs/safety control labeling terms in purchase contracts | ★ |
| | | Customer feedback/complaint records | ★ |
| | | Deviation correcting measures/closed loop procedure | ★ |
| | | Established procedure for product issue warning and recall | ★ |
| Process mgt capacity | Onsite investigation | Clean operation environment | ★ |
| | | Operation guide/samples properly placed | ★ |
| | | Instructions for ingredient testing and keep records | ★ |
| | | Instructions for finished product testing and keep records | ★ |
| | | Inspection/testing way for finished products | ★ |
| | | Clear mark for unqualified products | ★ |
| | | How to dispose unqualified products | ★ |

**Form 2:**

| Type | Investigation Method | Name | Entity is a trading Co |
|---|---|---|---|
| Enterprise profile | Original and duplicate copy of business license Tax registration certificate Organization code certificate Land ownership certificate (or lease contract) Onsite investigation | Business license No. | ★ |
| | | Date of incorporation | ★ |
| | | Valid term of license | ★ |
| | | Registered address | ★ |
| | | Contact address | ★ |
| | | Operating address | ★ |
| | | Annual inspection | ★ |
| | | Annual inspection agency | ★ |
| | | Registered capital | ★ |
| | | Legal representative | ★ |
| | | Industry | ★ |
| | | Enterprise type | ★ |
| | | Type of ownership | ★ |
| | | Main product | ★ |
| | | Investigation of office area | ★ |
| | | Factory area | ★ |
| | | Office area | ★ |
| | | Organization structure chart | ★ |
| Outbound export capacity | Sales contracts (may use customer orders, shipping order, storage orders, B/L) | Outbound trade market distribution (market name, export products) | ★ |
| | | Sales amount (USD) | ☐ |
| | | Revenue ratio | ★ |
| | | Key account | ☐ |
| Basic outbound trade info | HR files Imp &exp certificate Sales contracts (may use customer orders, shipping order, storage orders, B/L), supplier contracts and evaluation reports, outbound trader registration form, customs registration form Onsite investigation | Outbound trade headcount | ★ |
| | | Work experience distribution | ★ |
| | | Languages | ★ |
| | | Imp &exp certificate | ★ |
| | | Imp &exp certificate No. | ★ |
| | | Revenue of last year | ☐ |
| | | Export volume of last year | ☐ |
| | | Export volume of this year (estimated) | ☐ |
| | | Overseas agent | ★ |
| | | Nearest port | ★ |
| | | Acceptable quoting method | ★ |
| | | Acceptable paying method | ★ |
| | | Lead time from ordering to delivering | ★ |
| R&D mgt capacity | HR files Patent certificates Trademark certificates Brand authorization certificate Onsite investigation | R&D headcount | N/A |
| | | R&D education distribution | ★ |
| | | R&D experience distribution | ★ |
| | | Product patent | ★ |
| | | Self-owned brand | ★ |
| | | Name of self-owned brand | ★ |
| | | ODM production | ★ |
| | | R&D design file | ★ |
| | | R&D hardware | ★ |
| | | Name of R&D hardware | ★ |
| | | R&D software | ★ |
| | | Name of R&D software | ★ |
| | | Awards and certificates | ★ |
| Development planning | Onsite investigation | Development planning (planning No., content and cycle) | ★ |
| Certificates & photos | Product certificates, system certificates and onsite investigation | Certificates and photos (names and photos) | ★ |
| Company & products | Product certificates, system certificates and onsite investigation | Company and product photos (names and photos) | ★ |
| HR | HR files | Staff number | ★ |
| | | Management level staff | ☐ |
| Quality control capacity | Company system certificate Supplier contract and evaluation reports Customer complaints records/internal review records Onsite investigation | Enterprise system certificate | ★ |
| | | Supplier evaluation procedure | ★ |
| | | Review and approval mechanism for purchase contracts | ★ |
| | | Customer needs/safety control labeling terms in purchase contracts | ★ |
| | | Customer feedback/complaint records | ★ |
| | | Deviation correcting measures/closed loop procedure | ★ |
| | | Established procedure for product issue warning and recall | ★ |
| Product organization capacity | Supplier files Purchase contracts Review records Warehousing warrant | Products sold in past 12m | ☐ |
| | | Suppliers cooperated in past 12m | ☐ |
| | | No. of cooperated suppliers | ☐ |
| | | No. suppliers cooperated for twice or more | ☐ |
| | | Location of cooperated suppliers | ☐ |
| | | Willing to provide the design or service for integrated projects | ☐ |
| | | Product types to be included in the project | ☐ |
| | | Willing to provide order for integrated purchase | ☐ |
| | | Actual case for integrated purchase | ☐ |
| Order processing capacity | Sales contracts Delivery records | MOQ and minimum purchasing cycle (excl. sampling) | ☐ |
| | | Largest order contract | ☐ |
| Overseas after sale service capacity | Leasing agreement, employment agreement, relevant contents in sales contracts, overseas installation and maintenance records, personnel training records collaterals | Overseas service center | ☐ |
| | | Services provided overseas | ☐ |
| | | Equipment installation and maintenance | ☐ |
| | | Engineer or technical support | ☐ |
| | | Personnel training | ☐ |
| | | Others (optional) | ☐ |

(★ is mandatory, while ☐ is optional)

I have carefully and completely read all the mandatory and optional segments set out in this page, and clearly understand and agree that Alibaba is entitled to record all the mandatory segments, optional segments filled by us and the observations in relation to those segments into the enterprise capacity assessment report, main product report and display them online.

Seal:

Signature of authorized representative: Zhang Wenjia   July 25, 2013

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                              BNBM(Group)0002799



Enterprise Information Verification Form                    SDRZ201301

**Instructions:**

1. Please select (tick) the service contract signed by the delivering company:

☐www.alibaba.com Chinese Supplier Service Contract (online ordering, Contract No. :_____)

☐www.alibaba.com Chinese Supplier Service Contract (offline ordering, Contract No. :_____)

☐www.alibaba.com Assessed Supplier Service Contract (Contract No. :_____)

2. Alibaba designates Account Manager Zhang Junqing (Work No.6753) to collect materials and information from the delivering company in line with this Form.

3. Information and materials marked star in this Form are mandatory to complete or provide. Alibaba shall have the right to make public the "display information" set out in this Form on www.alibaba.com. Other materials are only used for the onsite certification by Alibaba, and will not be provided to any third party, or otherwise Alibaba will undertake the legal liabilities, unless:

(1) The delivering company agrees to provide;

(2)Alibaba is entitled to provide to the third-party certification agency;

(3) It is required to cooperate with the judicial organ and administrative body;

(4) It is required by the laws and regulations to provide to the third party.

4. This Form is made in duplicate, with the delivering company and the receiving company holding one counterpart each.

**List of Materials to be delivered:**

| No. | Name of Material | Qty | Media | No. | Name of Material | Qty | Media |
|---|---|---|---|---|---|---|---|
| 1 | Business license * | | Photo | 4 | Office environment photo* | | Photo |
| 2 | Premises certificate* | | Photo | 5 | Main entrance photo* | | Photo |
| 3 | Workshop/warehouse/sample room photo | | Photo | | | | |
| Supplemental materials:  ☐ Onsite confirmation of premises  ☐ Use instructions for office area | | | | | | | |

**Information of Delivering Company:**

| Name of Enterprise* | Beijing New Building Material (Group) Co., Ltd. | | |
|---|---|---|---|
| Type of Enterprise* | ☐Factory  ☐Trade  ☐Industry & Trade  ☐Business Service | Any affiliates * | ☐Yes ☐No |
| Onsite Information* | ☐With equipment, under production  ☐ With equipment, not under production  ☐Without equipment, not under production | | |
| Premises 1* | _____Province/Municipality Beijing City Building 4, No. 9, South Shouti Road, Haidian District, Beijing | | |
| Premises 2* | _____Province/Municipality_____City_____ Note: For a manufacturing enterprise, if the production area is not the office area, it is required to fill in two addresses for field investigation. All the premises provided need the valid supporting materials. | | |
| Website Contact Add* | √ Premises 1  ☐Premises 2 (if your customer has two premises, please choose one as the contact address for the buyers) | | |

Display Information:

| Business license*/Type of enterprise*/Website contact add* |
|---|

-------------------------------------------------------------------------------------------------------------------------------------------------

Declaration of delivering company:

We declare that the above information and materials delivered are true, accurate, legal and valid. In case of any falsification, defect or hiding, we will undertake the liabilities (including the consequences that the Chinese supplier service cannot be made available due to the failed certification). We agree to accept the supervision in multiple forms (such as reporting) and cooperate with the inspection.

Delivered by: (Official Seal)    Beijing New Building Material (Group) Co., Ltd.            Received by: Alibaba (China) Technology Co., Ltd.

Date:

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                          BNBM(Group)0002800

# Summary of Field Certification Operating Standard

- ✓ For all the operation during the field certification, it requires the account manager (or entrusted assistant) to visit in person, check and take photo of (or scan) the original documents to collect the customer's information, and all the certificates collected shall be within the valid term;
- ✓ For all the forms or supporting documents to be signed by the customer including but not limited to: enterprise information verification form, use instructions for office area, it requires the customer or account manager to write by hand and affix the official seal to take effect, and it is not allowed to print the electronic file (electronic seal).
- ✓ The place for field certification must be the actual office area of the customer; if the customer has multiple premises, it may depend on the customer' needs to decide whether it is necessary to certify multiple places, but the address open for the buyers (namely the address displayed on the website) must be certified on the spot (any certified premises must be added into the "enterprise location" in the CRM system, and shall be valid after being submitted);
- ✓ Unless otherwise specified, all the certificates to be collected shall be original. All the certificates shall be covered with a "Special Photo-taking Film for Alibaba Field Certification" when taking a photo. If the account manager fails to cover such film, the customer shall have the right to refuse to provide the certificates;
- ✓ All the certificates to be collected shall be complete and clear. Except for the certificates with particularly multiple pages (more than 5 pages), it is in principle required to collect each page (the page with necessary items must be fully collected, and the sensitive segments such as amount may be covered).

**Instruction on the collection standard for necessary segments:**

1. **Business license:**
    **Standard:** It must collect the original copy of the duplicate business license, which shall be within the valid term and have passed the annual inspection of the year;

2. **Certificate of premises:**
    **Standard:** (1) It must be the actual office place of the customer which is required to be certified on the spot. It is also required to collect the ownership certificate or legally valid lease contract in relation to the premises as the certificate of premises;

3. **Main entrance photo:**
    **Standard:** It must collect one to two photos of the main entrance gate of the customer's company. If there is a nameplate, it must take a photo of such nameplate.

4. **Office environment photo:**
    **Standard:** It must collect one to two photos of the office environment of the customer's company. It will suffice to take a photo of customer's office area.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                             BNBM(Group)0002801