Judicial Association No. SX-1162
U.S.

## BEIJING SUPERIOR PEOPLE'S COURT

### PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

| Cause of Action | | Cause No. | Law Association No. (2010) 1126 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Material (Group) Co., Ltd. | | |
| Address for Service | Floor 17, China  Jian Cai Building, No. 11 A Sanlihe Road, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation | The company refuse to accept. | |

Issuer:  Chen, Xin                    Servers:  Ma, Jia Guo    Gu, Zhi Qiang
                                                      Aug. 25, 2010

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

BG: 7/15/15-7/18/15
**Exhibit 95**

EXHIBIT
29

SX -10 -1162

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
## D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*  _____ Beijing New Building Materials (Group) Co., Ltd. (BNBM Group) _____
_____ No. 16, West Road Jiancaicheng, Xisanqi, Haidian District, Beijing 100096, China _____
    Tel: _____

[X]  (a)  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
     *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____
_____
_____

[ ]  (c)  **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint_____ | Done at<br>*Fait à*_ Minneapolis, Minnesota, U.S.A._____, the 7/7/10 |
| Summons in a Civil Action_____ | |
| Translations_____ | |
| Summary of the Document to be Served_____ | |
| _____ | Signature and/or stamp.<br>*Signature et/ou cachet.* |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
[Minneapolis, MN 55439]

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
Court Case No.: 09-6690

SX-10-1462

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)** that the document has been served*
*1. que la demande a été exécutée*

  - the (date)
  *- le (date)* _____
  - at (place, street, number)
  *- à (localité, rue numéro)* _____

  - in one of the following methods authorised by article 5-
  *- dans une des formes suivantes prévues à l'article 5:*
   [ ] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] **(b) in accordance with the following particular method*:**
    *b) selon la forme particulière suivante:* _____

   [ ] **(c) by delivery to the addressee, who accepted it voluntarily.***
    *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
  - (identity and description of person)
  *- (identité et qualité de la personne)* _____

  - relationship to the addressee (family, business or other):
  *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)** that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

**Done at** *3rd. Dec.2010* , **the** *Beijing*
*Fait à* , *le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

_____

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2



SX-1162

北京市高级人民法院
送　达　回　证

| 案　　　由 | | 案　号 | 法协（2010）1126 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | 北新集团建材股份有限公司 | | |
| 送达地址 | 海淀区三里河路甲 11 号中国建材大厦 17 层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 备　　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　　一条的规定办理；送达民事、行政诉讼 2010.8.25
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)      Beijing New Building Materials Public Group Co., Ltd. (BNBM Group)
No. 16 West Road, Jiancaicheng Xisanqi, Haidian District,  Beijing 100096, China
Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to
Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.                   , the
                                    *le*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)               (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case 2:09-md-02047-EEF-JCW Document 19649-32 Filed 10/26/15 Page 27 of 29

# CERTIFICATE
## *ATTESTATION*

5X-11-22 V

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.*    *que la demande a été exécutée*

    - the (date)
    *- le (date)*
    - at (place, street, number)
    *- à (localité, rue numéro)*

    - in one of the following methods authorised by article 5-
    *- dans une des formes suivantes prévues à l'article 5:*

    [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]  (b)  in accordance with the following particular method*:
         *b)   selon la forme particulière suivante:*

    [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
         *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    *- (identité et qualité de la personne)*

    - relationship to the addressee (family, business or other):
    *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2)    that the document has not been served, by reason of the following facts*:
*2.*    *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at    _Beijing_   , the   _June 27, 2011_
*Fait à*                *, le*

Signature and/or stamp.
*Signature et/ou cachet.*

\*    Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-222*

| Cause of Action | | Cause No. | Law Association No. (2011) 365 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Materials Group Co., Ltd. | | |
| Address for Service | No. 16, West Road, Jiancaicheng Xisanqi, Haidian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation | | |

Issuer:  Chen, Xin                                    Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 22, 2011    The addressee refused to accept the documents.*
*Servers: Wang Baowei and Jia Ding*
*March 29, 2011    The addressee refused to accept the documents.*
*Servers: Li Yonghui and Zhu Chaozheng*

# 北京市高级人民法院
## 送达回证

SX-11 222

| 案　　　由 | | 案　号 | 法协（2011）365 |
|---|---|---|---|
| 送达文书各称和件数 | 文书概要一份　　　　　　传票一份<br>诉状一份　　　　　　　　文书一份 | | |
| 受送达人 | 北新建材集团有限公司 | | |
| 送达地址 | 海淀区西三期建材城西路 16 号 | | |
| 受送达人签名或盖章 | | | |
| 代收人代收理由 | | | |
| 备　　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

2011.3.22　　托收　　璟记雪
2011.3.29　　托收　　李永会　朋收

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF  Louisiana

## REQUEST       SX - 10 - 201/

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| | |
|---|---|
| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776        Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Beijing New Building Materials Group Co., Ltd. (BNBM Group)
                    No. 16 West Road, Jiancaicheng Xisanqi, Haidian District, Beijing 100096, China
                    Tel:
[X]  (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)*    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)*    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)*    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

--Summons in a Civil Action (Complaint in
Intervention)
--Plaintiff, Mary Anne Benes' Substituted and
Amended Omnibus Class Action Complaint in
Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 - 3
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A. , the
                        *le* 12 17 10

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,                USM-94
both of which may still be used)                        (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles.*

Case Name: Gross v. Knauf Gips KG  [ OMNIBUS (III) ]
Defendant: Beijing New Building Materials Group Co., Ltd. (BNBM Group)
Court Case No.: 09-6690

### CERTIFICATE
*ATTESTATION*

SX –10–2011

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

_____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a)    selon les formes légales (article 5, alinéa premier, lettre a),*
      [ ]  (b)  in accordance with the following particular method*:
            *b)    selon la forme particulière suivante:* _____

_____

      [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
            *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

_The company has moved . the current address is unknown_

_____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

Done at   Beijing _____ , the  June 27, 2011
*Fait à* _____ , *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

*  Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-2011

| Cause of Action | | Cause No. | Law Association No. (2011) 35 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Materials Group Co., Ltd. (BNBM Group) | | |
| Address for Service | No. 16, West Road, Jiancaicheng Xisanqi, Haidian District, Beijing 100096, China. | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation. | The address for service does not match the company's. We were told that the company had relocated. | |

Issuer: Chen, Xin                    Servers: Zhu Chao Zheng      Han Si Zhen
                                              January 17 , 2011

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51;
the service of documents in civil actions and administrative documents is executed in accordance with Civil
Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and
note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.



北京市高级人民法院
送 达 回 证

SX-10-2011

| 案　　由 | | 案　号 | 法协（2011）35 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | 北新建材（集团）有限公司（BNBM） | | |
| 送达地址 | 海淀区西三期建材城西路16号 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 备　　考 | 美国，有译文 | 送达地址与公司不符。<br>言词后，纽约搬走。 | |

填发人　陈新　　　　　　　　　　　　送达人 朱凯政 韩思震
2011.1.17

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-5x5-1733

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6. Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |
| --- | --- |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    *(identité et adresse)* _____ Beijing New Building Materials (Group) Co., Ltd.
_____ 15/F. Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036 _____

|X| (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
| |  (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____
_____

| |  (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| Summary of the Document to be Served | Done at |
| --- | --- |
| ✓Summons in a Civil Action | *Fait à*     Minneapolis, Minnesota, U.S.A.     , the / *le*  11 Nov 2013 |
| ✓Conditional Transfer Order with attached Schedule | |
| ✓Civil Cover Sheet | |
| Plaintiffs' Class Action Complaint with Exhibit "A" | |
| Translations | Signature and/or stamp. |
| | *Signature et/ou cachet.* |
| | |
| | *Glenda Fichtner* |
| | (Formerly OBD-116 which was formerly LAA-116,     USM-94 |
| | both of which may still be used)          (Est. 11/22/77) |

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 63

Case Name:  Amorin (VA) v.  Taishan Gypsum Co., Ltd.
Defendant:  Beijing New Building Materials (Group) Co., Ltd.
Court Case No.:  11-1673 Section L

*2013 — SXS —1733*

### CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
    - the (date)
    - *le (date)* _____
    - at (place, street, number)
    - *à (localité, rue numéro)* _____

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]  (b)  in accordance with the following particular method*:
            *b)    selon la forme particulière suivante:* _____

        [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
            *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* _____

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at
*Fait à*  Beijing  中 华 人 民 共 和 国 le April 11, 2014

Signature and/or stamp 司 法 部
*Signature et/ou cachet.*
民 商 事 司 法 协 助 专 用 章

*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

267247 - 83

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1733

| Cause of Action | | Case No. | Judicial Foreign (2013) 1394 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary     One Copy of Summons<br><br>One Copy of Complaint     One Copy of Document | | |
| The Addressee | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | . | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen                    Servers: Ding Jia, Xiaoguang Zhang  12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

Sx-12-133

| 案　　　由 | | 案　　号 | 法外（2013）1394号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送达地址 | 北京市海淀区复兴路17号国海广场2号楼15层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人 贾下 张兄兄.2013.17.23

注：（1）送达刑事诉讼文书、按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后、还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## *DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SxS-1737

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en le priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    *(identité et adresse)*          Beijing New Building Materials (Group) Co., Ltd.
    _____15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 China_____

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____
     _____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Summary of the Document to be Served | |
| Summons in a Civil Action | |
| Conditional Transfer Order with Attached Schedule | **Done at**    Minneapolis, Minnesota, U.S.A.     , **the  11 Nov 2013** |
| Plaintiffs' Class Action Complaint with Exhibit "A" | *Fait à* _____ , *le* |
| Civil Cover Sheet | |
| Translations | |

**Signature and/or stamp.**
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                     (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0089

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials (Group) Co., Ltd.

*2013 — SXS — 1737*

Court Case No.: 11-1672 Section L

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) **that the document has been served\***
*1. que la demande a été exécutée*

     - the (date)
     *- le (date)* _____
     - at (place, street, number)
     *- à (localité, rue numéro)* _____

     - in one of the following methods authorised by article 5-
     *- dans une des formes suivantes prévues à l'article 5:*
        [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.
           *a) selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b) in accordance with the following particular method\*:
           *b) selon la forme particulière suivante:* _____

        [ ] (c) by delivery to the addressee, who accepted it voluntarily.\*
           *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
     - (identity and description of person)
     *- (identité et qualité de la personne)* _____

     - relationship to the addressee (family, business or other):
     *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) **that the document has not been served, by reason of the following facts\*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at
*Fait à* **Beijing** , the *April 9, 2014*

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
民商事司法协助专用章

\* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

266532-0089

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1737

| Cause of Action | | Cause No. | Law Association No. (2013) 1398 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, (China) . | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | Refused to accept with the excuse that the company's chief officer was away on a business trip. | | |
| Notes | United States.   With translation | | |

Issuer:  Chen, Xin          Servers:  Jia, Ding     Zhang, Xiao Guan  *Dec. 23, 2013*

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送 达 回 证

Sx-13-1737

| 案 由 | | 案 号 | 法外（2013）1398 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票 一份<br>文书 一份 |
| 受 送 达 人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 15 层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 以领导出差为由为拒收。 | | |
| 备 考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　送达人　贾小　张思京 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五 一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-5x5-1740

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776        Fax: 952.831.8150**<br>**Email: DMyers@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné à l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) _____Beijing New Building Materials (Group) Co., Ltd._____

_____15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District,  Beijing, China, 100036_____

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):_____*
_____
_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summary of the Document to be Served
✓Summons in a Civil Action
✓Plaintiffs' Class Action Complaint with Exhibit "A"
✓Translations

Done at
*Fait à*      Minneapolis, Minnesota, U.S.A.      , the   *le*  11 Nov 2013

**Signature and/or stamp.**
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

*Diane K Myers*

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                          (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 98

2013 − SXS − 1740

Case Name:  Amorin (LA)  v.  Taishan Gypsum Co., Ltd.
Defendant:  Beijing New Building Materials (Group) Co., Ltd.
Court Case No.:  11-1395

## CERTIFICATE
### *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)   that the document has been served***
*1.    que la demande a été exécutée*
- the (date)
- *le (date)*
- at (place, street, number) _____
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b) in accordance with the following particular method*:
       *b)   selon la forme particulière suivante:* _____

  [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       *c)   par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person) _____
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other): 
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)   that the document has not been served, by reason of the following facts*:**
*3.   que la demande n'a pas été exécutée, en raison des faits suivants:*

The recipient refused to accept the documents.
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at   Beijing ... April 11, 2014
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet*

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

267249 - 98

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1740

| Cause of Action | | Case No. | Judicial Foreign (2013) 1451 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary     One Copy of Summons<br><br>One Copy of Complaint     One Copy of Document | | |
| The Addressee | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | . | | |
| Reason for Unsuccessful Serving | Refusing to accept on the ground that the leader was on a business trip. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen                    Servers: Ding Jia, Xiaoguang Zhang  12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

Sx-13-1740

| 案　　　由 | | 案　　号 | 法外（2013）1451号 |
|---|---|---|---|
| 送达文书名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送达地址 | 北京市海淀区复兴路17号国海广场2号楼15层 | | |
| 受送达人签名或盖章 | | | |
| 代收人代收理由 | | | |
| 未能送达理由 | 以领导出差为由拒收。 | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人 贾下 张燕芝 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　由。