UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 09-6687 (E.D. La.);<br><br>*Gross v. Knauf Gips, KG, et al.*, Case No. 09-6690 (E.D. La.);<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co., et al.*, Case No. 10-361 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-1672 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-1395 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-1673 (E.D. La.); and<br><br>*Amorin v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Case No. 14-1727 (E.D. La.). | |

## ORDER

Before the Court is Beijing New Building Material (Group) Co., Ltd.'s Motion to Dismiss the Complaints Pursuant to Rule 12(b)(2) and Rule 12(b)(5). The Court is of the opinion that the Motion should be GRANTED.

IT IS HEREBY ORDERED that the above numbered and captioned actions are DISMISSED as to Beijing New Building Material (Group) Co., Ltd. for lack of personal jurisdiction and failure to serve process.

**SO ORDERED.**

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E. FALLON
United States District Court Judge