UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*The State of Louisiana v. Knauf Gips KG, et al.*, **No. 2:10-CV-0340 (E.D. La.).** | |

**STIPULATION BY AND BETWEEN THE STATE OF LOUISIANA AND
THE BNBM PARTIES REGARDING PRIOR MOTION PAPERS**

COME NOW Plaintiff the State of Louisiana (the "State") and Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") (BNBM PLC and BNBM Group together, the "BNBM Parties") who, in order to avoid burdening the Court with duplicative filings, in connection with the BNBM Parties' anticipated filing of a motion to dismiss the State's Second Amended and Restated Petition, stipulate and agree as follows:

1.  The memorandum of law in support of the BNBM Parties' motion to dismiss the State's Second Amended and Restated Petition may incorporate by reference (a) the memorandum of law, declarations and exhibits filed in support of BNBM PLC's October 22, 2015 Motion to Dismiss the Complaints Pursuant to Rules 12(b)(2) and 12(b)(5) (Rec. Doc. 19646), and (b) the memorandum of law, declarations and exhibits filed in support of BNBM Group's October 26, 2015 Motion to Dismiss the Complaints Pursuant to Rules 12(b)(2) and 12(b)(5), filed on or about October 26, 2015 (collectively, the "Previously Filed Motion Papers").[1]

---

[1] The Previously Filed Motion Papers are filed in the following actions: *Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd*., Case No. 09-6687 (E.D. La.); *Gross v. Knauf Gips, KG, et al.,* Case No. 09-6690 (E.D. La.); *Wiltz v. Beijing New Building Materials*

1

2. The Previously Filed Motion Papers are deemed part of the record in *The State of Louisiana v. Knauf Gips KG,* et al., No. 2:10-CV-0340, pending in the United States District Court for the Eastern District of Louisiana. The BNBM Parties are not required to re-file the Previously Filed Motion Papers in the above captioned action.

3. Counsel for the BNBM Parties will provide to counsel for the State with copies of the Previously Filed Motion Papers, including all documents filed by the BNBM Parties under seal, by email immediately after the filing of the BNBM Parties' motion to dismiss the State's Second Amended and Restated Petition.

4. Electronic signature of this document will be deemed valid for all purposes.

WHEREFORE, counsel for Plaintiff the State of Louisiana and Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. so stipulate and agree.

| For Plaintiff the State of Louisiana: | For Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.: |
|---|---|
| By:   */s/ David L. Black* | By:   */s/ Michael H. Barr* |
|  | DENTONS US LLP |
| James D. "Buddy" Caldwell, La. Bar #2211 | Michael H. Barr |
| Louisiana Attorney General | New York Bar No. 1744242 |
| Louisiana Department of Justice | Justin N. Kattan |
| 1885 N. 3rd St., | New York Bar No. 3983905 |
| P.O. Box 94005 | 1221 Avenue of the Americas |
| Baton Rouge, LA 70804 | New York, NY 10020-1089 |
| (225) 326-6000 | Telephone: (212) 768-6700 |
|  | Facsimile: (212) 768-6800 |
| L. Christopher Styron, La. Bar #30747 | michael.barr@dentons.com |
| Assistant Attorney General | justin.kattan@dentons.com |

*Public Limited Co., et al.,* Case No. 10-361 (E.D. La.); *Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-1672 (E.D. La.); *Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Case No. 11-1395 (E.D. La.); *Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-1673 (E.D. La.); and *Amorin v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* Case No. 14-1727 (E.D. La.).

<div style="display:flex">
<div>

Louisiana Department of Justice
1885 N. 3rd St.,
P.O. Box 94005
Baton Rouge, LA 70804
(225) 326-6000

Sanettria Glasper Pleasant, La. Bar #25396
Assistant Attorney General
Louisiana Department of Justice
Director, Public Protection Division
1885 N. 3rd St.,
P.O. Box 94005
Baton Rouge, LA 70804
(225) 326-6000

Shows, Cali, Berthelot & Walsh, LLP
E. Wade Shows, La. Bar #7637
John C. Walsh, La. Bar #24903
628 St. Louis St.,
P. O. Drawer 4425
Baton Rouge, LA 70821
(225) 346-1461

Perkins Coie, LLP
David L. Black, *Pro Hac Vice*
1900 Sixteenth St. #1400
Denver, CO 80202
(303) 291-2300

</div>
<div>

-and-

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6306
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

C. Michael Moore
Texas Bar No. 14323600
Matthew T. Nickel
Texas Bar No. 24056042
2000 McKinney Ave, Suite 1900
Dallas, TX 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
mike.moore@dentons.com
matt.nickel@dentons.com

Kenneth J. Pfaehler
D.C. Bar No. 461718
Drew Marrocco
D.C. Bar No. 453205
1301 K Street N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
kenneth.pfaehler@dentons.com
drew.marrocco@dentons.com

PHELPS DUNBAR LLP
Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
harry.rosenberg@phelps.com

</div>
</div>

3

SO ORDERED.

New Orleans, Louisiana, this ____ day of _____, 2015.

                                                                                               _____
                                                                                               ELDON E. FALLON
                                                                                               United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION BY AND BETWEEN THE STATE OF LOUISIANA AND THE BNBM PARTIES REGARDING PRIOR MOTION PAPERS** has been served on State's counsel David L. Black, Perkins Coie LLP, 1900 Sixteenth Street, Suite 1400, Denver, Colorado, 80202, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this October 26, 2015.

/s/ Michael H. Barr