**From:** Lenny Davis [mailto:LDAVIS@hhklawfirm.com]
**Sent:** Wednesday, October 21, 2015 10:58 AM
**To:** Harry Rosenberg (1219)
**Cc:** Arnold Levin
**Subject:** RE: CDW-Profiles

We have given you the profile forms that we received since the filing of the new omni 20. All of the rorms should indicate the case they apply to. please look at the PPF's. as to prior PPF's kerry was the reci[ient and you should address matters with kerry as to his handling as defendants liason counsel. hope this helps

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

**From:** Harry Rosenberg (1219) [mailto:Harry.Rosenberg@phelps.com]
**Sent:** Tuesday, October 20, 2015 7:31 PM
**To:** Lenny Davis
**Subject:** CDW-Profiles

**Lenny-**
**I received two batches of profile forms—one last week and another today. they all seem to relate to the Brooke complaint. Please confirm if my understanding is correct. Also, were you or Kerry going to send me the earlier profile forms. Thanks.**
**harry**

**EXHIBIT 2**

**Harry Rosenberg**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-584-9219
Mobile: 504-250-7908
Fax: 504-568-9130
Email: harry.rosenberg@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.