1                 UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
2


3      ****************************************************************

4      IN RE:  CHINESE-MANUFACTURED
5      DRYWALL PRODUCTS
       LIABILITY LITIGATION
6
                            CIVIL DOCKET NO. 09-MD-2047 "L"
7                           NEW ORLEANS, LOUISIANA
                            WEDNESDAY, OCTOBER 21, 2015, 3:30 P.M.
8


9      THIS DOCUMENT RELATES TO
       ALL CASES
10
       ****************************************************************
11

12          TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE ELDON E. FALLON
13                   UNITED STATES DISTRICT JUDGE

14

15     APPEARANCES:

16

17     FOR THE PLAINTIFFS'
       LIAISON COUNSEL:           HERMAN HERMAN KATZ
18                                BY:  RUSS M. HERMAN, ESQUIRE
                                       LEONARD A. DAVIS, ESQUIRE
19                                820 O'KEEFE AVENUE
                                  NEW ORLEANS, LA  70113
20

21
                                  LEVIN, FISHBEIN, SEDRAN & BERMAN
22                                BY:  ARNOLD LEVIN, ESQUIRE
                                       MATTHEW C. GAUGHAN, ESQUIRE
23                                     SANDRA L. DUGGAN, ESQUIRE
                                  510 WALNUT STREET, SUITE 500
24                                PHILADELPHIA, PA 19106

25


                            **OFFICIAL TRANSCRIPT**

```
 1   APPEARANCES CONTINUED:

 2

 3                            GAINSBURGH BENJAMIN DAVID
                             MEUNIER AND WARSHAUER
 4                           BY:  GERALD E. MEUNIER, ESQUIRE
                                  RACHEL A. STERNLIEB, ESQUIRE
 5                           2800 ENERGY CENTRE
                             1100 POYDRAS STREET, SUITE 2800
 6                           NEW ORLEANS, LA  70163

 7

 8                           SEEGER WEISS
                             BY:  CHRISTOPHER A. SEEGER, ESQUIRE
 9                                SCOTT A. GEORGE, ESQUIRE
                             77 WATER STREET, 26TH FLOOR
10                           NEW YORK, NY 10005

11

12                           IRPINO LAW FIRM
                             BY:  ANTHONY IRPINO, ESQUIRE
13                                PEARL A. ROBERTSON, ESQUIRE
                             2216 MAGAZINE STREET
14                           NEW ORLEANS, LA  70130

15

16   FOR THE TAISHAN, BNBM
     ENTITIES AND CNBM ENTITIES
17   LIAISON COUNSEL:        PHELPS DUNBAR
                             BY:  HARRY ROSENBERG, ESQUIRE
18                           365 CANAL STREET, SUITE 2000
                             NEW ORLEANS, LA  70130
19

20
     FOR TAISHAN GYPSUM CO.,
21   LTD, AND TAI'AN TAISHAN
     PLASTERBOARD CO., LTD.:  ALSTON & BIRD
22                           BY:  CHRISTINA H. EIKHOFF, ESQUIRE
                                  BERNARD TAYLOR, SR., ESQUIRE
23                                MICHAEL P. KENNY, ESQUIRE
                             ONE ATLANTIC CENTER
24                           1201 WEST PEACHTREE STREET
                             ATLANTA, GA 30309
25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR BEIJING NEW BUILDING
     MATERIALS PUBLIC LIMITED
4    COMPANY AND BEIJING NEW
     BUILDING MATERIAL (GROUP)
5    COMPANY LIMITED
     (COLLECTIVELY, "BNBM"):      DENTONS US
6                                 BY:  C. MICHAEL MOORE, ESQUIRE
                                  2000 MCKINNEY AVENUE, SUITE 1900
7                                 DALLAS, TX  75201

8
                                  DENTONS US
9                                 BY:  MICHAEL H. BARR, ESQUIRE
                                  1221 AVENUE OF THE AMERICAS
10                                NEW YORK, NY  10020

11

12   CHINA NATIONAL BUILDING
     MATERIALS GROUP CORPORATION
13   AND CHINA NATIONAL BUILDING
     MATERIALS COMPANY LIMITED
14   (COLLECTIVELY, "CNBM"):      GORDON, ARATA, MCCOLLAM,
                                  DUPLANTIS & EAGAN
15                                BY:  EWELL E. EAGAN, JR., ESQUIRE
                                       DONNA P. CURRAULT, ESQUIRE
16                                201 ST. CHARLES AVENUE, 40TH FLOOR
                                  NEW ORLEANS, LA 70170

17

18

19   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
20                                CERTIFIED MERIT REPORTER
                                  500 POYDRAS STREET, ROOM B406
21                                NEW ORLEANS, LA  70130
                                  (504) 589-7779
22                                Cathy_Pepper@laed.uscourts.gov

23

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
24   PRODUCED BY COMPUTER.

25

**OFFICIAL TRANSCRIPT**

1                              **I N D E X**

2    <u>SPEAKERS</u>                                          <u>PAGE</u>

3

4    THE COURT...........................................    6

5    MR. LEVIN...........................................    8

6    MR. TAYLOR..........................................   10

7    THE COURT...........................................   11

8    MR. LEVIN...........................................   11

9    THE COURT...........................................   12

10   MS. EIKHOFF.........................................   12

11   MR. HERMAN..........................................   13

12   THE COURT...........................................   14

13   MR. TAYLOR..........................................   14

14   MR. LEVIN...........................................   15

15   THE COURT...........................................   15

16   MR. TAYLOR..........................................   15

17   MR. LEVIN...........................................   16

18   THE COURT...........................................   16

19   MR. TAYLOR..........................................   16

20   THE COURT...........................................   16

21   MR. TAYLOR..........................................   16

22   MR. HERMAN..........................................   17

23   MR. LEVIN...........................................   17

24   MR. TAYLOR..........................................   17

25   THE COURT...........................................   17

| | |
|---|---|
| 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 2 | WEDNESDAY, OCTOBER 21, 2015 |
| 3 | (IN CHAMBERS VIA TELEPHONE) |
| 4 | |
| 5 | |

15:32:34 6      THE DEPUTY CLERK:  All rise.

15:32:34 7      THE COURT:  Good afternoon, everyone.  This is

15:32:38 8  Judge Fallon.  Who is on the line for the plaintiffs?

15:32:41 9      MR. LEVIN:  You have Arnold Levin, Sandy Duggan and

15:32:46 10 Matt Gaughan of my office, and Russell and Lennie are in their

15:32:49 11 office.  We have Scott George from the Seeger office.

15:32:51 12      MR. SEEGER:  Chris is here, too, Arnold.

15:32:54 13      MR. LEVIN:  And Chris Seeger, and Pearl Robertson, and

15:32:57 14 Anthony Irpino.

15:33:00 15      MR. MEUNIER:  Jerry Meunier and Rachel Sternlieb from

15:33:03 16 Gainsburgh.

15:33:03 17      MR. LEVIN:  Jerry Meunier.

15:33:03 18      THE COURT:  Okay.  For the defendants, there is only

15:33:06 19 you, Bernard?

15:33:11 20      MR. TAYLOR:  No, Your Honor.  Good morning -- good

15:33:13 21 afternoon, Your Honor.  I'm sorry.  I'm calling in from China;

15:33:19 22 however, my partners, Christy and Mike Kenny are there in the

15:33:27 23 States and they are on the line, also.

15:33:28 24      THE COURT:  You're staying up too late, Bernard, with

15:33:31 25 calling in from China.

15:33:34   1          MR. ROSENBERG:  Judge Fallon, this is Harry Rosenberg,

15:33:37   2     liaison counsel, and Michael Barr and Mike Moore are on as well

15:33:43   3     for BNBM.

15:33:45   4          MS. CURRAULT:  And Donna and Tim Eagan are on for CNBM.

15:33:51   5          THE COURT:  I have before me the suggested order and

15:33:56   6     plan.  Prior to this meeting, I met with the parties and talked

15:34:01   7     to them about the upcoming spoliation hearing scheduled for

15:34:07   8     November 10th.  I suggested that they get together and see if

15:34:10   9     they could come up with a plan for exchanging witnesses and

15:34:16  10     documents that they were both comfortable or both uncomfortable

15:34:22  11     with so that we could move this matter in some organized

15:34:25  12     fashion and, also, to focus on the scope of the hearing.

15:34:30  13          The good news is that they, through their

15:34:34  14     efforts, were able to come up with a plan that they feel is

15:34:39  15     workable, and I can see that a lot of effort has gone into it

15:34:42  16     and a lot of give-and-take, and I appreciate the work that the

15:34:45  17     parties have done.

15:34:46  18          Notwithstanding Herculean efforts, however, they

15:34:54  19     had some difficulty focusing on the scope of the hearing.

15:35:00  20     Taishan has given me a paragraph defining the scope of the

15:35:04  21     hearing, and the plaintiffs' committee has given me five

15:35:13  22     paragraphs dealing with the scope of the hearing.

15:35:18  23          I understand both sides.  I tend to feel that

15:35:24  24     Taishan is closer to defining the scope.  I think that the

15:35:28  25     scope that the plaintiffs have given to me really discuss the

15:35:33  1    method of how they intend to present evidence and also

15:35:42  2    interspersed in that is argument as to why it's important and

15:35:48  3    why things are necessary.

15:35:51  4            I've taken all of that into consideration, and I

15:35:55  5    think I'm more comfortable with the following scope of the

15:36:02  6    hearing:  The November 10th hearing was set to address the

15:36:06  7    issues of spoliation, contempt, and/or adverse inferences

15:36:12  8    relating to the allegations that, one, Taishan knew of and

15:36:19  9    refused or intentionally failed to disclose the current,

15:36:24 10    parenthesis, (i.e., post-employment), parenthesis, business

15:36:28 11    relationship with and the location or whereabouts of their

15:36:33 12    former employee, Mr. Peng; and, two, Taishan knew that Mr. Peng

15:36:41 13    had documents and/or computer-stored information but denied

15:36:46 14    knowing the same or intentionally failed to disclose it and did

15:36:51 15    not take proper measures to protect or collect these documents

15:36:57 16    and/or computer-stored information.  That, to me, is the scope

15:37:03 17    of the hearing.

15:37:03 18            Now, I gather from listening to both sides, or at

15:37:08 19    least reading from both sides, we may have a little difficulty

15:37:12 20    on the deposition or during the deposition because I gather

15:37:16 21    that the plaintiffs may want to go outside of that scope or may

15:37:22 22    want to explain that scope in a way that the defendant feels is

15:37:27 23    outside of that particular scope, so let me know when the

15:37:31 24    deposition is being taken.  I'll make sure that I'm available

15:37:34 25    to you and you can call me, and I'll deal with any objections

15:37:38  1    that you have on it.

15:37:39  2            In closing, I do appreciate the work that you've

15:37:44  3    done, and I'm confident that we'll get through this with the

15:37:51  4    quality and hard work of counsel that I have on the line at

15:37:57  5    this time.

15:37:59  6            Thank you very much, everyone.

15:38:01  7            Bernard, you really need to get some sleep now

15:38:03  8    because it's kind of late for you.

15:38:06  9            MR. LEVIN:  Your Honor, may I indulge on you and

15:38:09 10    indulge on Bernard's sleep time for about a few minutes?

15:38:13 11            THE COURT:  Sure, go ahead.  He's still awake.

15:38:15 12            MR. LEVIN:  Okay.  He's still awake.  Okay.

15:38:19 13            UNIDENTIFIED SPEAKER:  We hope.

15:38:21 14            MR. LEVIN:  We heard you with regard to the scope.  I

15:38:23 15    think what you see with regard to our scope is more of the

15:38:27 16    methodology of how we're going to prove the issue, so we've

15:38:30 17    sort of telegraphed our plan of attack, but outstanding is we

15:38:37 18    were offered the depositions in October 27th and 28th, two

15:38:42 19    days, and two days in the week of November -- in November.

15:38:47 20            Because the document production is not complete,

15:38:50 21    there has been no privilege log as yet, it's being completed,

15:38:54 22    Your Honor hasn't reviewed any privileged documents -- there is

15:38:58 23    some -- Taishan and we have agreed to take the deposition on

15:39:04 24    November 2nd and 3rd.  So Taishan -- we want a three-day

15:39:08 25    deposition, November 2nd, 3rd and 4th.  We think we will need

                          **OFFICIAL TRANSCRIPT**

15:39:12   1   that with this witness.  Hopefully, if we complete it in two

15:39:15   2   days, that will be fine, but Russ and I are splitting the

15:39:21   3   deposition.

15:39:23   4         Outstanding, though, Your Honor, is our motion to

15:39:26   5   compel with regard to the computers, and it hasn't been

15:39:30   6   responded to.  We do not have a chain of custody affidavit.  We

15:39:36   7   haven't had the ability nor any advice as to how we can have

15:39:43   8   our experts inspect the computers, and we're just -- we don't

15:39:49   9   want to argue over the production or the lack of production or

15:39:54  10   when it's being produced.  We don't want to burden the Court

15:39:57  11   with that issue now.  That may come at another date.

15:40:01  12         Right now the Plaintiffs' Steering Committee is

15:40:04  13   focused on two things:  Preparing for the November 10th hearing

15:40:09  14   and, pursuant to Your Honor's order, getting out our federal --

15:40:14  15   the Foreign Sovereign Immunities Act brief by October 27th.

15:40:21  16         We do need all this other information, and

15:40:24  17   perhaps Bernard can tell us when we're going to see it.  So

15:40:27  18   far, you know, we're getting it in drips and drabs.  The

15:40:31  19   deposition, we're pushing it back a week.  They are in Chinese,

15:40:35  20   the documents.  We're getting documents that Gia (spelled

15:40:39  21   phonetically) should have produced in his particular

15:40:42  22   production, but we're not making an issue of that now.  Right

15:40:45  23   now we just want everything we can have so that we can

15:40:48  24   adequately prepare for the November 10th and October 27th

15:40:53  25   briefing.

**OFFICIAL TRANSCRIPT**

15:40:54 1          THE COURT:  Bernard, do you have any comments?

15:40:55 2          MR. TAYLOR:  Yeah, Your Honor.  Thank you.

15:40:58 3              I've been a bit out of pocket, so I haven't been

15:41:01 4     focusing on the production; although, I know that we have,

15:41:06 5     pursuant to the Court's order, produced a considerable number

15:41:10 6     of documents to the other side, and my partner, Christy,

15:41:16 7     Christy will address that because he's been focusing on that

15:41:19 8     issue.

15:41:19 9              One other point, though, and I want to -- I may

15:41:22 10    be corrected by either Christy or Mike, but I didn't think

15:41:25 11    that -- this is the first I've heard that we've agreed to move

15:41:29 12    back the deposition to November 2nd and 3rd.  It sounded like

15:41:34 13    that's what Arnie said.

15:41:37 14          MR. LEVIN:  Yes.  That was offered to us, Bernard.

15:41:39 15    Maybe Christy can answer that.  That would cause us to take the

15:41:42 16    times and move them by a week, but Christy did offer that to

15:41:48 17    us.  Christy can speak for herself.

15:41:50 18          MS. EIKHOFF:  Actually -- (speaking simultaneously) I'm

15:41:52 19    sorry, I don't know --

15:41:54 20          MR. TAYLOR:  Okay.  Go ahead, Christy.  I'm sorry.

15:41:57 21          MS. EIKHOFF:  I have to dispute that.  We have had

15:41:59 22    discussions about if Mr. Peng is not able to get his visa in

15:42:06 23    time, then we had discussed as a fallback doing it the

15:42:12 24    following week, but we have not offered and have certainly not

15:42:16 25    agreed to move his deposition.

**OFFICIAL TRANSCRIPT**

15:42:18 1          In fact, all of our recent communications,

15:42:22 2   including all of the e-mails that have been exchanged on the

15:42:25 3   plan, say that they are all based on the assumption that the

15:42:29 4   deposition is occurring on the 27th and 28th as previously

15:42:33 5   agreed.

15:42:33 6          With that out of the way, I'm happy to give an

15:42:39 7   update to the Court on the status of the document production.

15:42:43 8          THE COURT:  Well, I don't know if that's out of the

15:42:45 9   way.  All of you all are making this so contentious that it's

15:42:55 10  disappointing to me that you can't even agree on dates or what

15:42:58 11  people said.  One side says you said it and the other side says

15:43:03 12  you didn't say it.  When I hear that, I assume that it's just

15:43:10 13  not going well.  I mean, if I hear on the phone one person says

15:43:15 14  that we have agreed and the other person said I didn't agree, I

15:43:18 15  mean, where are we at this point?

15:43:24 16         MR. LEVIN:  Your Honor, we don't have the documents

15:43:27 17  yet.  We were offered both weeks.  We're taking the second week

15:43:31 18  we discussed.  We don't have an answer to our motion to compel.

15:43:34 19  We don't have a privilege log.  The 27th and 28th is Tuesday

15:43:39 20  and Wednesday of next week -- or is it Monday and Tuesday of

15:43:43 21  next week?  It's Tuesday and Wednesday of next week.  We're

15:43:46 22  already at Wednesday.  I don't know what the problem is.

15:43:52 23         We're trying to accommodate them by not even

15:43:56 24  complaining today about the tardy productions, and we get that

15:44:00 25  type of resistance.  That doesn't sit well with me.

**OFFICIAL TRANSCRIPT**

15:44:05  1        THE COURT:  I'm trying to see whether or not --

15:44:07  2        MR. TAYLOR:  (Speaking simultaneously) Your Honor --

15:44:07  3   I'm sorry.

15:44:08  4        THE COURT:  I'm just trying to see whether we can do

15:44:10  5   this and not have this person have to come back, because the

15:44:14  6   plaintiffs have to get the information.  I mean, it's unfair to

15:44:18  7   them to walk into the deposition and say here is a thousand

15:44:21  8   documents or 50,000 documents; now we'll start the deposition

15:44:24  9   in an hour.  I mean, that's not going to work.

15:44:27  10       So if you have to massage the dates, you're going

15:44:32  11  to have to massage the dates, but the plaintiffs are going to

15:44:36  12  have to have the information to ask the questions.

15:44:39  13       MS. EIKHOFF:  Your Honor, if I may, if I may --

15:44:42  14       MR. TAYLOR:  (Speaking simultaneously) Your Honor --

15:44:43  15  I'm sorry.  Go ahead, Christy.

15:44:43  16       MS. EIKHOFF:  If I may, Your Honor issued an order last

15:44:45  17  week that ordered us to produce all of Mr. Peng's custodial

15:44:52  18  files except for privileged documents by today, and this is the

15:44:55  19  deadline that we were given by the Court.

15:44:57  20       We have worked around the clock to meet that

15:45:00  21  deadline, and rather than waiting until today as the deadline

15:45:04  22  to produce all of the documents, we have produced the documents

15:45:08  23  to the PSC on a rolling basis starting five days ago.

15:45:13  24       They've gotten, in the last five days, they've

15:45:17  25  gotten three waves of production, and as we told them this

OFFICIAL TRANSCRIPT

15:45:20  1    morning -- no, the last wave of the production will be received

15:45:24  2    by them today.

15:45:26  3              So we've made every effort to comply with that

15:45:29  4    deadline, and that deadline we have been working towards was

15:45:34  5    based on the premise of these depositions being on Tuesday and

15:45:40  6    Wednesday of next week in New York.

15:45:40  7         MR. HERMAN:  Your Honor, this is Russ Herman --

15:45:47  8         MS. EIKHOFF:  Also, we, as we have told them today, are

15:45:49  9    going to be providing them with a privilege log in the next

15:45:53 10    24 hours, and they've also been -- oh, I'm sorry, I just wanted

15:46:00 11    to also say all of the documents that we have produced we have

15:46:04 12    produced them with machine translations, so they have not been

15:46:09 13    produced only in Chinese.

15:46:12 14              So as far as we see it, we have made every effort

15:46:17 15    to comply, and we have been operating on the timeline that we

15:46:21 16    believed was the timeline everyone was operating under.

15:46:27 17         MR. HERMAN:  Your Honor, this is Russ Herman.  I would

15:46:29 18    like to respond very briefly.  I don't want to get in an

15:46:33 19    argument or a fight about it.  The fact is that Mr. Peng's

15:46:36 20    deposition was noticed in New York, not in New Orleans as

15:46:40 21    originally directed by the Court.  We didn't object to that.

15:46:44 22    Even though we feel it's burdensome, we need the information.

15:46:49 23              Secondly, the fact is that instead of producing a

15:46:53 24    privilege log on a rolling basis, we won't get that probably

15:46:57 25    till tomorrow.  Then we have to look at the privilege log, we

15:47:01 1    have to bring any items on that privilege log to Your Honor for

15:47:07 2    consideration, and that just can't happen between now and next

15:47:13 3    Tuesday.  Otherwise, we've got a real problem because we don't

15:47:19 4    know yet what privilege is claimed, the subject matter of it,

15:47:24 5    we don't have a privilege log.

15:47:25 6              Notwithstanding that, Taishan has produced

15:47:33 7    thousands of documents.  They are machine translated, but as

15:47:39 8    this matter has proceeded we have to employ, and we have

15:47:43 9    employed, numerous translators to expedite the translation of

15:47:48 10   those documents because the machine translations thus far in

15:47:54 11   this whole litigation have proven insufficient when met with

15:48:01 12   hundreds of objections.

15:48:03 13             We're not asking something unreasonable.  As a

15:48:06 14   matter of course, these documents should have been produced in

15:48:09 15   March, April, May, and June.  So the only request that we have

15:48:16 16   is that the second week, which had been talked about -- and I'm

15:48:21 17   not going to characterize it one way or the other -- we believe

15:48:27 18   will give us sufficient time to have the privilege issue met,

15:48:32 19   to have these documents reviewed and translated into accurate

15:48:39 20   Chinese, labeled, prelabeled with exhibit numbers, and then a

15:48:44 21   sufficient time to prepare what we consider to be fundamental

15:48:53 22   document issues.

15:48:54 23             THE COURT:  What's the response to that?  What's the

15:48:58 24   problem with doing it that way, Bernard?

15:49:01 25             MR. TAYLOR:  Well, Your Honor, I think the only issue

15:49:05  1    we would have is that -- and I think it may be that the proven

15:49:09  2    course is that it's a shame that we're bothering you with this.

15:49:13  3    We may be able to work this out.  I wonder if we could have

15:49:17  4    some time to talk with the other side about these issues and

15:49:19  5    what they are getting, and then if we can't resolve it in the

15:49:23  6    next day or so, then maybe we can get the Court involved.

15:49:28  7            MR. LEVIN:  One week, Bernard, and he's here.

15:49:31  8            THE COURT:  Bernard, I'm looking to you to work this

15:49:33  9    out.  You're going to have to work this out because it seems to

15:49:36 10    me that what they are asking is reasonable.  Let's work it out.

15:49:40 11            MR. TAYLOR:  Understood.

15:49:41 12            MR. LEVIN:  Your Honor, we have one other issue very

15:49:43 13    shortly.  We're waiting for --

15:49:44 14            MR. TAYLOR:  (Speaking simultaneously) But, Arnie, I

15:49:46 15    wasn't finished.

15:49:46 16            MR. LEVIN:  Oh, I'm sorry.

15:49:49 17            MR. TAYLOR:  I know you didn't know that.

15:49:50 18                The last point is the issue about the response to

15:49:53 19    their motion to compel.  Your Honor, the reason it was put off

15:49:57 20    is -- was that, as we understood it from the Court, is that we

15:50:04 21    shouldn't respond until we got them everything, all of the

15:50:07 22    production documents and the other information they wanted and

15:50:10 23    then determine whether or not, you know, what should be

15:50:13 24    responded to because we believe that a good bit of what we're

15:50:18 25    going to produce is going to answer most of those questions.

15:50:21  1          THE COURT:  All right.  That makes sense to me.

15:50:24  2          MR. LEVIN:  We've heard them and we'll wait to hear a

15:50:27  3   response.

15:50:27  4               We do need an affidavit as to the chain of

15:50:29  5   custody of those computers that are at issue, Your Honor.

15:50:32  6          THE COURT:  Yes, I would like you all to work that out

15:50:36  7   beforehand because if that's not done and it later appears that

15:50:42  8   it's not proper custody, we're going to have to get the person

15:50:46  9   back again, we're going to have to take his deposition again,

15:50:48 10   and I'm trying to avoid that for everybody's sake.  So let's

15:50:52 11   get that, whatever it takes to work that issue out.

15:50:58 12          MR. TAYLOR:  Yeah, I think we can work that out,

15:51:00 13   Your Honor.

15:51:02 14          THE COURT:  All right.  Get to me tomorrow, somebody,

15:51:04 15   to let me know that things have worked out or maybe the next

15:51:07 16   day.  Let's see, what is today?

15:51:09 17          MR. TAYLOR:  Tomorrow is Thursday, Your Honor.

15:51:14 18          THE COURT:  Tomorrow is Thursday, yes.  I don't know.

15:51:15 19   It's Thursday or Wednesday for you, Bernard?

15:51:19 20          MR. TAYLOR:  It will be Thursday.  Today is -- no,

15:51:24 21   it's -- yeah, it's Thursday now.

15:51:28 22          MR. LEVIN:  Been there; done that.

15:51:30 23          THE COURT:  Yes, right, right, right.  So you all can't

15:51:32 24   even agree on a date.

15:51:33 25          MR. TAYLOR:  Your Honor, when you were addressing the

**OFFICIAL TRANSCRIPT**

15:51:42  1   issue of making sure that we get an agreement on the chain of

15:51:46  2   custody document, Mr. Peng probably isn't the person to give

15:51:51  3   that because, remember, he wasn't with the company at the

15:51:56  4   period of time.  But we would make sure that if someone has to

15:52:01  5   be deposed we would have the right person.

15:52:04  6            MR. HERMAN:  I don't understand that because --

15:52:04  7            MR. LEVIN:  (Speaking simultaneously) We need an

15:52:09  8   affidavit.

15:52:09  9            MR. TAYLOR:  I'm sorry, I'm saying that we're going to

15:52:11 10   work on that affidavit.  But remember, Mr. Peng left his

15:52:13 11   employment there.  We can talk about that.  I don't want to --

15:52:17 12   let's not fuss about it right now.  That's just an easy thing

15:52:21 13   to resolve.

15:52:22 14            THE COURT:  Get to me in a day, 24 hours, whatever it

15:52:25 15   takes and so I'll know that this is worked out.  If not, I'm

15:52:29 16   going to have to work it out.

15:52:32 17                 All right.  Folks, thank you very much.

15:52:34 18            MR. LEVIN:  Thank you very much, Your Honor.

15:52:36 19            MR. TAYLOR:  Thank you.

15:52:37 20            THE COURT:  Bye-bye.

         21            (WHEREUPON, at 3:52 p.m. the proceedings were

         22   concluded.)

         23                           *    *    *

         24

         25

**OFFICIAL TRANSCRIPT**

1                        REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4     Merit Reporter, Certified Court Reporter in and for the State

5     of Louisiana, Official Court Reporter for the United States

6     District Court, Eastern District of Louisiana, do hereby

7     certify that the foregoing is a true and correct transcript to

8     the best of my ability and understanding from the record of the

9     proceedings in the above-entitled and numbered matter.

10

11

12                              *s/Cathy Pepper*

13                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
14                              Registered Merit Reporter
                                Official Court Reporter
15                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov

16

17

18

19

20

21

22

23

24

25

                              **OFFICIAL TRANSCRIPT**

**0**

09-MD-2047 [1] - 1:6

**1**

10 [1] - 4:6
10005 [1] - 2:10
10020 [1] - 3:10
10th [4] - 6:8, 7:6, 9:13, 9:24
11 [2] - 4:7, 4:8
1100 [1] - 2:5
12 [2] - 4:9, 4:10
1201 [1] - 2:24
1221 [1] - 3:9
13 [1] - 4:11
14 [2] - 4:12, 4:13
15 [3] - 4:14, 4:15, 4:16
16 [5] - 4:17, 4:18, 4:19, 4:20, 4:21
17 [4] - 4:22, 4:23, 4:24, 4:25
1900 [1] - 3:6
19106 [1] - 1:24

**2**

2000 [2] - 2:18, 3:6
201 [1] - 3:16
2015 [2] - 1:7, 5:2
21 [2] - 1:7, 5:2
2216 [1] - 2:13
24 [2] - 13:10, 17:14
26TH [1] - 2:9
27th [5] - 8:18, 9:15, 9:24, 11:4, 11:19
2800 [2] - 2:5, 2:5
28th [3] - 8:18, 11:4, 11:19
2nd [3] - 8:24, 8:25, 10:12

**3**

30309 [1] - 2:24
365 [1] - 2:18
3:30 [1] - 1:7
3:52 [1] - 17:21
3rd [3] - 8:24, 8:25, 10:12

**4**

40TH [1] - 3:16

**4th** [1] - 8:25

**5**

50,000 [1] - 12:8
500 [2] - 1:23, 3:20
504 [1] - 3:21
510 [1] - 1:23
589-7779 [1] - 3:21

**6**

6 [1] - 4:4

**7**

70113 [1] - 1:19
70130 [3] - 2:14, 2:18, 3:21
70163 [1] - 2:6
70170 [1] - 3:16
75201 [1] - 3:7
77 [1] - 2:9

**8**

8 [1] - 4:5
820 [1] - 1:19

**A**

ability [2] - 9:7, 18:8
able [3] - 6:14, 10:22, 15:3
above-entitled [1] - 18:9
accommodate [1] - 11:23
accurate [1] - 14:19
Act [1] - 9:15
address [2] - 7:6, 10:7
addressing [1] - 16:25
adequately [1] - 9:24
adverse [1] - 7:7
advice [1] - 9:7
affidavit [4] - 9:6, 16:4, 17:8, 17:10
afternoon [2] - 5:7, 5:21
ago [1] - 12:23
agree [3] - 11:10, 11:14, 16:24
agreed [5] - 8:23, 10:11, 10:25, 11:5, 11:14
agreement [1] - 17:1

ahead [3] - 8:11, 10:20, 12:15
ALL [1] - 1:9
allegations [1] - 7:8
ALSTON [1] - 2:21
AMERICAS [1] - 3:9
AND [5] - 2:3, 2:16, 2:21, 3:4, 3:13
answer [3] - 10:15, 11:18, 15:25
ANTHONY [1] - 2:12
Anthony [1] - 5:14
APPEARANCES [3] - 1:15, 2:1, 3:1
appreciate [2] - 6:16, 8:2
April [1] - 14:15
ARATA [1] - 3:14
argue [1] - 9:9
argument [2] - 7:2, 13:19
Arnie [2] - 10:13, 15:14
Arnold [2] - 5:9, 5:12
ARNOLD [1] - 1:22
assume [1] - 11:12
assumption [1] - 11:3
ATLANTA [1] - 2:24
ATLANTIC [1] - 2:23
attack [1] - 8:17
available [1] - 7:24
AVENUE [4] - 1:19, 3:6, 3:9, 3:16
avoid [1] - 16:10
awake [2] - 8:11, 8:12

**B**

B406 [1] - 3:20
BARR [1] - 3:9
Barr [1] - 6:2
based [2] - 11:3, 13:5
basis [2] - 12:23, 13:24
BEFORE [1] - 1:12
beforehand [1] - 16:7
BEIJING [2] - 3:3, 3:4
BENJAMIN [1] - 2:3
BERMAN [1] - 1:21
Bernard [10] - 5:19, 5:24, 8:7, 9:17, 10:1, 10:14, 14:24, 15:7, 15:8, 16:19
BERNARD [1] - 2:22
Bernard's [1] - 8:10
best [1] - 18:8
between [1] - 14:2
BIRD [1] - 2:21
bit [2] - 10:3, 15:24

BNBM [2] - 2:16, 6:3
bothering [1] - 15:2
brief [1] - 9:15
briefing [1] - 9:25
briefly [1] - 13:18
bring [1] - 14:1
BUILDING [4] - 3:3, 3:4, 3:12, 3:13
burden [1] - 9:1
burdensome [1] - 13:22
business [1] - 7:10
BY [12] - 1:18, 1:22, 2:4, 2:8, 2:12, 2:17, 2:22, 3:6, 3:9, 3:15, 3:23, 3:24
bye [2] - 17:20
bye-bye [1] - 17:20

**C**

CANAL [1] - 2:18
CASES [1] - 1:9
Cathy [2] - 18:3, 18:13
CATHY [1] - 3:19
Cathy_Pepper@laed
.uscourts.gov [2] -
3:22, 18:15
CCR [2] - 3:19, 18:13
CENTER [1] - 2:23
CENTRE [1] - 2:5
certainly [1] - 10:24
CERTIFICATE [1] -
18:1
CERTIFIED [2] - 3:19, 3:20
Certified [3] - 18:3, 18:4, 18:13
certify [1] - 18:7
chain [2] - 9:6, 16:4, 17:1
CHAMBERS [1] - 5:3
characterize [1] -
14:17
CHARLES [1] - 3:16
China [2] - 5:21, 5:25
CHINA [2] - 3:12, 3:13
CHINESE [1] - 1:4
Chinese [3] - 9:19, 13:13, 14:20
CHINESE-
MANUFACTURED
[1] - 1:4
Chris [2] - 5:12, 5:13
CHRISTINA [1] - 2:22
CHRISTOPHER [1] -
2:8
Christy [9] - 5:22, 10:6, 10:7, 10:10,

10:15, 10:16, 10:17, 10:20, 12:15
CIVIL [1] - 1:6
claimed [1] - 14:4
CLERK [1] - 5:6
clock [1] - 12:20
closer [1] - 6:24
closing [1] - 8:2
CNBM [2] - 2:16, 6:4
CO [2] - 2:20, 2:21
collect [1] - 7:15
COLLECTIVELY [2] -
3:5, 3:14
comfortable [2] -
6:10, 7:5
comments [1] - 10:1
committee [1] - 6:21
Committee [1] - 9:12
communications [1] -
11:1
company [1] - 17:3
COMPANY [3] - 3:4, 3:5, 3:13
compel [3] - 9:5, 11:18, 15:19
complaining [1] -
11:24
complete [2] - 8:20, 9:1
completed [1] - 8:21
comply [2] - 13:3, 13:15
COMPUTER [1] - 3:24
computer [2] - 7:13, 7:16
computer-stored [2] -
7:13, 7:16
computers [3] - 9:5, 9:8, 16:5
concluded [1] - 17:22
CONFERENCE [1] -
1:12
confident [1] - 8:3
consider [1] - 14:21
considerable [1] -
10:5
consideration [2] -
7:4, 14:2
contempt [1] - 7:7
contentious [1] - 11:9
CONTINUED [2] - 2:1, 3:1
CORPORATION [1] -
3:12
correct [1] - 18:7
corrected [1] - 10:10
COUNSEL [2] - 1:17, 2:17
counsel [2] - 6:2, 8:4

2

**course** [2] - 14:14, 15:2
**Court** [11] - 9:10, 11:7, 12:19, 13:21, 15:6, 15:20, 18:4, 18:5, 18:6, 18:14, 18:15
**COURT** [20] - 1:1, 3:19, 5:7, 5:18, 5:24, 6:5, 8:11, 10:1, 11:8, 12:1, 12:4, 14:23, 15:8, 16:1, 16:6, 16:14, 16:18, 16:23, 17:14, 17:20
**Court's** [1] - 10:5
**COURT...................... .....................** [8] - 4:4, 4:7, 4:9, 4:12, 4:15, 4:18, 4:20, 4:25
**CRR** [2] - 3:19, 18:13
**CURRAULT** [2] - 3:15, 6:4
**current** [1] - 7:9
**custodial** [1] - 12:17
**custody** [4] - 9:6, 16:5, 16:8, 17:2

**D**

**DALLAS** [1] - 3:7
**date** [2] - 9:11, 16:24
**dates** [3] - 11:10, 12:10, 12:11
**DAVID** [1] - 2:3
**DAVIS** [1] - 1:18
**days** [5] - 8:19, 9:2, 12:23, 12:24
**deadline** [5] - 12:19, 12:21, 13:4
**deal** [1] - 7:25
**dealing** [1] - 6:22
**defendant** [1] - 7:22
**defendants** [1] - 5:18
**defining** [2] - 6:20, 6:24
**denied** [1] - 7:13
**DENTONS** [2] - 3:5, 3:8
**deposed** [1] - 17:5
**deposition** [14] - 7:20, 7:24, 8:23, 8:25, 9:3, 9:19, 10:12, 10:25, 11:4, 12:7, 12:8, 13:20, 16:9
**depositions** [2] - 8:18, 13:5
**DEPUTY** [1] - 5:6
**determine** [1] - 15:23
**difficulty** [2] - 6:19,

7:19
**directed** [1] - 13:21
**disappointing** [1] - 11:10
**disclose** [2] - 7:9, 7:14
**discuss** [1] - 6:25
**discussed** [2] - 10:23, 11:18
**discussions** [1] - 10:22
**dispute** [1] - 10:21
**District** [3] - 18:6, 18:15
**DISTRICT** [3] - 1:1, 1:1, 1:13
**DOCKET** [1] - 1:6
**document** [4] - 8:20, 11:7, 14:22, 17:2
**DOCUMENT** [1] - 1:9
**documents** [19] - 6:10, 7:13, 7:15, 8:22, 9:20, 10:6, 11:16, 12:8, 12:18, 12:22, 13:11, 14:7, 14:10, 14:14, 14:19, 15:22
**done** [4] - 6:17, 8:3, 16:7, 16:22
**DONNA** [1] - 3:15
**Donna** [1] - 6:4
**drabs** [1] - 9:18
**drips** [1] - 9:18
**DRYWALL** [1] - 1:5
**Duggan** [1] - 5:9
**DUGGAN** [1] - 1:23
**DUNBAR** [1] - 2:17
**DUPLANTIS** [1] - 3:14
**during** [1] - 7:20

**E**

**e-mails** [1] - 11:2
**Eagan** [1] - 6:4
**EAGAN** [2] - 3:14, 3:15
**EASTERN** [1] - 1:1
**Eastern** [1] - 18:6
**easy** [1] - 17:12
**effort** [3] - 6:15, 13:3, 13:14
**efforts** [2] - 6:14, 6:18
**EIKHOFF** [6] - 2:22, 10:18, 10:21, 12:13, 12:16, 13:8
**EIKHOFF................... .....................** [1] - 4:10
**either** [1] - 10:10
**ELDON** [1] - 1:12

**employ** [1] - 14:8
**employed** [1] - 14:9
**employee** [1] - 7:12
**employment** [2] - 7:10, 17:11
**ENERGY** [1] - 2:5
**ENTITIES** [2] - 2:16
**entitled** [1] - 18:9
**ESQUIRE** [19] - 1:18, 1:18, 1:22, 1:22, 1:23, 2:4, 2:4, 2:8, 2:9, 2:12, 2:13, 2:17, 2:22, 2:22, 2:23, 3:6, 3:9, 3:15, 3:15
**evidence** [1] - 7:1
**EWELL** [1] - 3:15
**except** [1] - 12:18
**exchanged** [1] - 11:2
**exchanging** [1] - 6:9
**exhibit** [1] - 14:20
**expedite** [1] - 14:9
**experts** [1] - 9:8
**explain** [1] - 7:22

**F**

**fact** [3] - 11:1, 13:19, 13:23
**failed** [2] - 7:9, 7:14
**fallback** [1] - 10:23
**Fallon** [2] - 5:8, 6:1
**FALLON** [1] - 1:12
**far** [3] - 9:18, 13:14, 14:10
**fashion** [1] - 6:12
**federal** [1] - 9:14
**few** [1] - 8:10
**fight** [1] - 13:19
**files** [1] - 12:18
**fine** [1] - 9:2
**finished** [1] - 15:15
**FIRM** [1] - 2:12
**first** [1] - 10:11
**FISHBEIN** [1] - 1:21
**five** [3] - 6:21, 12:23, 12:24
**FLOOR** [2] - 2:9, 3:16
**focus** [1] - 6:12
**focused** [1] - 9:13
**focusing** [3] - 6:19, 10:4, 10:7
**folks** [1] - 17:17
**following** [2] - 7:5, 10:24
**FOR** [4] - 1:17, 2:16, 2:20, 3:3
**foregoing** [1] - 18:7
**Foreign** [1] - 9:15
**former** [1] - 7:12

**fundamental** [1] - 14:21
**fuss** [1] - 17:12

**G**

**GA** [1] - 2:24
**Gainsburgh** [1] - 5:16
**GAINSBURGH** [1] - 2:3
**gather** [2] - 7:18, 7:20
**GAUGHAN** [1] - 1:22
**Gaughan** [1] - 5:10
**GEORGE** [1] - 2:9
**George** [1] - 5:11
**GERALD** [1] - 2:4
**Gia** [1] - 9:20
**give-and-take** [1] - 6:16
**given** [4] - 6:20, 6:21, 6:25, 12:19
**GORDON** [1] - 3:14
**GROUP** [2] - 3:4, 3:12
**GYPSUM** [1] - 2:20

**H**

**happy** [1] - 11:6
**hard** [1] - 8:4
**Harry** [1] - 6:1
**HARRY** [1] - 2:17
**hear** [3] - 11:12, 11:13, 16:2
**HEARD** [1] - 1:12
**heard** [3] - 8:14, 10:11, 16:2
**hearing** [9] - 6:7, 6:12, 6:19, 6:21, 6:22, 7:6, 7:17, 9:13
**Herculean** [1] - 6:18
**hereby** [1] - 18:6
**Herman** [2] - 13:7, 13:17
**HERMAN** [6] - 1:17, 1:18, 13:7, 13:17, 17:6
**HERMAN................... .....................** [2] - 4:11, 4:22
**herself** [1] - 10:17
**Honor** [22] - 5:20, 5:21, 8:9, 8:22, 9:4, 10:2, 11:16, 12:2, 12:13, 12:14, 12:16, 13:7, 13:17, 14:1, 14:25, 15:12, 15:19, 16:5, 16:13, 16:17, 16:25, 17:18

**Honor's** [1] - 9:14
**HONORABLE** [1] - 1:12
**hope** [1] - 8:13
**hopefully** [1] - 9:1
**hour** [1] - 12:9
**hours** [2] - 13:10, 17:14
**hundreds** [1] - 14:12

**I**

**i.e** [1] - 7:10
**Immunities** [1] - 9:15
**important** [1] - 7:2
**IN** [2] - 1:4, 5:3
**including** [1] - 11:2
**indulge** [2] - 8:9, 8:10
**inferences** [1] - 7:7
**information** [7] - 7:13, 7:16, 9:16, 12:6, 12:12, 13:22, 15:22
**inspect** [1] - 9:8
**instead** [1] - 13:23
**insufficient** [1] - 14:11
**intend** [1] - 7:1
**intentionally** [2] - 7:9, 7:14
**interspersed** [1] - 7:2
**involved** [1] - 15:6
**IRPINO** [2] - 2:12, 2:12
**Irpino** [1] - 5:14
**issue** [11] - 8:16, 9:11, 9:22, 10:8, 14:18, 14:25, 15:12, 15:18, 16:5, 16:11, 17:1
**issued** [1] - 12:16
**issues** [3] - 7:7, 14:22, 15:4
**items** [1] - 14:1

**J**

**Jerry** [2] - 5:15, 5:17
**JR** [1] - 3:15
**Judge** [2] - 5:8, 6:1
**JUDGE** [1] - 1:13
**June** [1] - 14:15

**K**

**KATZ** [1] - 1:17
**KENNY** [1] - 2:23
**Kenny** [1] - 5:22
**kind** [1] - 8:8
**knowing** [1] - 7:14

## L

**LA** [6] - 1:19, 2:6, 2:14, 2:18, 3:16, 3:21
**labeled** [1] - 14:20
**lack** [1] - 9:9
**last** [4] - 12:16, 12:24, 13:1, 15:18
**late** [2] - 5:24, 8:8
**LAW** [1] - 2:12
**least** [1] - 7:19
**left** [1] - 17:10
**Lennie** [1] - 5:10
**LEONARD** [1] - 1:18
**Levin** [1] - 5:9
**LEVIN** [17] - 1:21, 1:22, 5:9, 5:13, 5:17, 8:9, 8:12, 8:14, 10:14, 11:16, 15:7, 15:12, 15:16, 16:2, 16:22, 17:7, 17:18
**LEVIN.........................
.................** [5] - 4:5, 4:8, 4:14, 4:17, 4:23
**LIABILITY** [1] - 1:5
**liaison** [1] - 6:2
**LIAISON** [2] - 1:17, 2:17
**LIMITED** [3] - 3:3, 3:5, 3:13
**line** [3] - 5:8, 5:23, 8:4
**listening** [1] - 7:18
**litigation** [1] - 14:11
**LITIGATION** [1] - 1:5
**location** [1] - 7:11
**log** [7] - 8:21, 11:19, 13:9, 13:24, 13:25, 14:1, 14:5
**look** [1] - 13:25
**looking** [1] - 15:8
**LOUISIANA** [2] - 1:1, 1:7
**Louisiana** [2] - 18:5, 18:6
**LTD** [2] - 2:21, 2:21

## M

**machine** [3] - 13:12, 14:7, 14:10
**MAGAZINE** [1] - 2:13
**mails** [1] - 11:2
**MANUFACTURED** [1] - 1:4
**March** [1] - 14:15
**massage** [2] - 12:10, 12:11

**MATERIAL** [1] - 3:4
**MATERIALS** [3] - 3:3, 3:12, 3:13
**Matt** [1] - 5:10
**matter** [5] - 6:11, 14:4, 14:8, 14:14, 18:9
**MATTHEW** [1] - 1:22
**MCCOLLAM** [1] - 3:14
**MCKINNEY** [1] - 3:6
**mean** [4] - 11:13, 11:15, 12:6, 12:9
**measures** [1] - 7:15
**MECHANICAL** [1] - 3:23
**meet** [1] - 12:20
**meeting** [1] - 6:6
**Merit** [2] - 18:4, 18:14
**MERIT** [1] - 3:20
**met** [3] - 6:6, 14:11, 14:18
**method** [1] - 7:1
**methodology** [1] - 8:16
**Meunier** [2] - 5:15, 5:17
**MEUNIER** [3] - 2:3, 2:4, 5:15
**MICHAEL** [3] - 2:23, 3:6, 3:9
**Michael** [1] - 6:2
**Mike** [3] - 5:22, 6:2, 10:10
**minutes** [1] - 8:10
**Monday** [1] - 11:20
**Moore** [1] - 6:2
**MOORE** [1] - 3:6
**morning** [2] - 5:20, 13:1
**most** [1] - 15:25
**motion** [3] - 9:4, 11:18, 15:19
**move** [4] - 6:11, 10:11, 10:16, 10:25
**MR** [49] - 4:5, 4:6, 4:8, 4:11, 4:13, 4:14, 4:16, 4:17, 4:19, 4:21, 4:22, 4:23, 4:24, 5:9, 5:12, 5:13, 5:15, 5:17, 5:20, 6:1, 8:9, 8:12, 8:14, 10:2, 10:14, 10:20, 11:16, 12:2, 12:14, 13:7, 13:17, 14:25, 15:7, 15:11, 15:12, 15:14, 15:16, 15:17, 16:2, 16:12, 16:17, 16:20, 16:22, 16:25, 17:6, 17:7, 17:9, 17:18, 17:19
**MS** [7] - 4:10, 6:4,

10:18, 10:21, 12:13, 12:16, 13:8

## N

**NATIONAL** [2] - 3:12, 3:13
**necessary** [1] - 7:3
**need** [6] - 8:7, 8:25, 9:16, 13:22, 16:4, 17:7
**New** [3] - 13:6, 13:20
**NEW** [11] - 1:7, 1:19, 2:6, 2:10, 2:14, 2:18, 3:3, 3:4, 3:10, 3:16, 3:21
**news** [1] - 6:13
**next** [8] - 11:20, 11:21, 13:6, 13:9, 14:2, 15:6, 16:15
**NO** [1] - 1:6
**noticed** [1] - 13:20
**notwithstanding** [2] - 6:18, 14:6
**November** [9] - 6:8, 7:6, 8:19, 8:24, 8:25, 9:13, 9:24, 10:12
**number** [1] - 10:5
**numbered** [1] - 18:9
**numbers** [1] - 14:20
**numerous** [1] - 14:9
**NY** [2] - 2:10, 3:10

## O

**O'KEEFE** [1] - 1:19
**object** [1] - 13:21
**objections** [2] - 7:25, 14:12
**occurring** [1] - 11:4
**OCTOBER** [2] - 1:7, 5:2
**October** [3] - 8:18, 9:15, 9:24
**OF** [3] - 1:1, 1:12, 3:9
**offer** [1] - 10:16
**offered** [4] - 8:18, 10:14, 10:24, 11:17
**office** [3] - 5:10, 5:11
**Official** [2] - 18:5, 18:14
**OFFICIAL** [1] - 3:19
**one** [7] - 7:8, 10:9, 11:11, 11:13, 14:17, 15:7, 15:12
**ONE** [1] - 2:23
**operating** [2] - 13:15, 13:16

**order** [4] - 6:5, 9:14, 10:5, 12:16
**ordered** [1] - 12:17
**organized** [1] - 6:11
**originally** [1] - 13:21
**ORLEANS** [7] - 1:7, 1:19, 2:6, 2:14, 2:18, 3:16, 3:21
**Orleans** [1] - 13:20
**otherwise** [1] - 14:3
**outside** [2] - 7:21, 7:23
**outstanding** [2] - 8:17, 9:4

## P

**P.M** [1] - 1:7
**p.m** [1] - 17:21
**PA** [1] - 1:24
**PAGE** [1] - 4:2
**paragraph** [1] - 6:20
**paragraphs** [1] - 6:22
**parenthesis** [2] - 7:10
**particular** [2] - 7:23, 9:21
**parties** [2] - 6:6, 6:17
**partner** [1] - 10:6
**partners** [1] - 5:22
**PEACHTREE** [1] - 2:24
**PEARL** [1] - 2:13
**Pearl** [1] - 5:13
**Peng** [5] - 7:12, 10:22, 17:2, 17:10
**Peng's** [2] - 12:17, 13:19
**people** [1] - 11:11
**PEPPER** [1] - 3:19
**Pepper** [3] - 18:3, 18:12, 18:13
**perhaps** [1] - 9:17
**period** [1] - 17:4
**person** [6] - 11:13, 11:14, 12:5, 16:8, 17:2, 17:5
**PHELPS** [1] - 2:17
**PHILADELPHIA** [1] - 1:24
**phone** [1] - 11:13
**phonetically** [1] - 9:21
**plaintiffs** [5] - 5:8, 6:25, 7:21, 12:6, 12:11
**plaintiffs'** [1] - 6:21
**PLAINTIFFS'** [1] - 1:17
**Plaintiffs'** [1] - 9:12
**plan** [5] - 6:6, 6:9, 6:14, 8:17, 11:3

**PLASTERBOARD** [1] - 2:21
**pocket** [1] - 10:3
**point** [3] - 10:9, 11:15, 15:18
**post** [1] - 7:10
**post-employment** [1] - 7:10
**POYDRAS** [2] - 2:5, 3:20
**prelabeled** [1] - 14:20
**premise** [1] - 13:5
**prepare** [2] - 9:24, 14:21
**preparing** [1] - 9:13
**present** [1] - 7:1
**previously** [1] - 11:4
**privilege** [9] - 8:21, 11:19, 13:9, 13:24, 13:25, 14:1, 14:4, 14:5, 14:18
**privileged** [1] - 8:22, 12:18
**problem** [3] - 11:22, 14:3, 14:24
**proceeded** [1] - 14:8
**proceedings** [2] - 17:21, 18:9
**PROCEEDINGS** [3] - 1:12, 3:23, 5:1
**produce** [3] - 12:17, 12:22, 15:25
**PRODUCED** [1] - 3:24
**produced** [9] - 9:10, 9:21, 10:5, 12:22, 13:11, 13:12, 13:13, 14:6, 14:14
**producing** [1] - 13:23
**production** [9] - 8:20, 9:9, 9:22, 10:4, 11:7, 12:25, 13:1, 15:22
**productions** [1] - 11:24
**PRODUCTS** [1] - 1:5
**proper** [2] - 7:15, 16:8
**protect** [1] - 7:15
**prove** [1] - 8:16
**proven** [2] - 14:11, 15:1
**providing** [1] - 13:9
**PSC** [1] - 12:23
**PUBLIC** [1] - 3:3
**pursuant** [2] - 9:14, 10:5
**pushing** [1] - 9:19
**put** [1] - 15:19

## Q

quality [1] - 8:4
questions [2] - 12:12, 15:25

## R

RACHEL [1] - 2:4
Rachel [1] - 5:15
rather [1] - 12:21
RE [1] - 1:4
reading [1] - 7:19
real [1] - 14:3
really [2] - 6:25, 8:7
REALTIME [1] - 3:19
Realtime [2] - 18:3, 18:13
reason [1] - 15:19
reasonable [1] - 15:10
received [1] - 13:1
recent [1] - 11:1
record [1] - 18:8
RECORDED [1] - 3:23
refused [1] - 7:9
regard [3] - 8:14, 8:15, 9:5
Registered [1] - 18:3
registered [1] - 18:14
RELATES [1] - 1:9
relating [1] - 7:8
relationship [1] - 7:11
remember [2] - 17:3, 17:10
REPORTER [3] - 3:19, 3:19, 3:20
Reporter [7] - 18:3, 18:4, 18:5, 18:13, 18:14, 18:14
REPORTER'S [1] - 18:1
request [1] - 14:15
resistance [1] - 11:25
resolve [2] - 15:5, 17:13
respond [2] - 13:18, 15:21
responded [2] - 9:6, 15:24
response [3] - 14:23, 15:18, 16:3
reviewed [2] - 8:22, 14:19
rise [1] - 5:6
RMR [2] - 3:19, 18:13
ROBERTSON [1] - 2:13
Robertson [1] - 5:13

rolling [2] - 12:23, 13:24
ROOM [1] - 3:20
Rosenberg [1] - 6:1
ROSENBERG [2] - 2:17, 6:1
RUSS [1] - 1:18
Russ [3] - 9:2, 13:7, 13:17
Russell [1] - 5:10

## S

s/Cathy [1] - 18:12
sake [1] - 16:10
SANDRA [1] - 1:23
Sandy [1] - 5:9
scheduled [1] - 6:7
scope [13] - 6:12, 6:19, 6:20, 6:22, 6:24, 6:25, 7:5, 7:16, 7:21, 7:22, 7:23, 8:14, 8:15
Scott [1] - 5:11
SCOTT [1] - 2:9
second [2] - 11:17, 14:16
secondly [1] - 13:23
SEDRAN [1] - 1:16
see [8] - 6:8, 6:15, 8:15, 9:17, 12:1, 12:4, 13:14, 16:16
SEEGER [3] - 2:8, 2:8, 5:12
Seeger [2] - 5:11, 5:13
sense [1] - 16:1
set [1] - 7:6
shame [1] - 15:2
shortly [1] - 15:13
side [4] - 10:6, 11:11, 15:4
sides [3] - 6:23, 7:18, 7:19
simultaneously [5] - 10:18, 12:2, 12:14, 15:14, 17:7
sit [1] - 11:25
sleep [2] - 8:7, 8:10
someone [1] - 17:4
sorry [8] - 5:21, 10:19, 10:20, 12:3, 12:15, 13:10, 15:16, 17:9
sort [1] - 8:17
sounded [1] - 10:12
Sovereign [1] - 9:15
SPEAKER [1] - 8:13
SPEAKERS [1] - 4:2
speaking [5] - 10:18, 12:2, 12:14, 15:14,

17:7
spelled [1] - 9:20
splitting [1] - 9:2
spoliation [2] - 6:7, 7:7
SR [1] - 2:22
ST [1] - 3:16
start [1] - 12:8
starting [1] - 12:23
State [1] - 18:4
STATES [2] - 1:1, 1:13
States [3] - 5:23, 18:5, 18:15
status [1] - 11:7
STATUS [1] - 1:12
staying [1] - 5:24
Steering [1] - 9:12
STENOGRAPHY [1] - 3:23
Sternlieb [1] - 5:15
STERNLIEB [1] - 2:4
still [2] - 8:11, 8:12
stored [2] - 7:13, 7:16
STREET [7] - 1:23, 2:5, 2:9, 2:13, 2:18, 2:24, 3:20
subject [1] - 14:4
sufficient [2] - 14:18, 14:21
suggested [2] - 6:5, 6:8
SUITE [4] - 1:23, 2:5, 2:18, 3:6

## T

TAI'AN [1] - 2:21
Taishan [7] - 6:20, 6:24, 7:8, 7:12, 8:23, 8:24, 14:6
TAISHAN [3] - 2:16, 2:20, 2:21
tardy [1] - 11:24
TAYLOR [16] - 2:22, 5:20, 10:2, 10:20, 12:2, 12:14, 14:25, 15:11, 15:16, 16:7, 16:12, 16:17, 16:20, 16:25, 17:9, 17:19
TAYLOR...................
...................... [6] -
4:6, 4:13, 4:16, 4:19, 4:21, 4:24
telegraphed [1] - 8:17
TELEPHONE [1] - 5:3
TELEPHONIC [1] - 1:12
tend [1] - 6:23
THE [31] - 1:12, 1:17,

2:16, 3:9, 4:4, 4:7, 4:9, 4:12, 4:15, 4:18, 4:20, 4:25, 5:6, 5:7, 5:18, 5:24, 6:5, 8:11, 10:1, 11:8, 12:1, 12:4, 14:23, 15:8, 16:1, 16:6, 16:14, 16:18, 16:23, 17:14, 17:20
they've [3] - 12:24, 13:10
THIS [1] - 1:9
thousand [1] - 12:7
thousands [1] - 14:7
three [2] - 8:24, 12:25
three-day [1] - 8:24
Thursday [5] - 16:17, 16:18, 16:19, 16:20, 16:21
Tim [1] - 6:4
timeline [2] - 13:15, 13:16
TO [1] - 1:9
today [7] - 11:24, 12:18, 12:21, 13:2, 13:8, 16:16, 16:20
together [1] - 6:8
Tomorrow [1] - 16:18
tomorrow [3] - 13:25, 16:14, 16:17
towards [1] - 13:4
transcript [1] - 18:7
TRANSCRIPT [2] - 1:12, 3:23
translated [2] - 14:7, 14:19
translation [1] - 14:9
translations [2] - 13:12, 14:10
translators [1] - 14:9
true [1] - 18:7
trying [4] - 11:23, 12:1, 12:14, 16:12
Tuesday [5] - 11:19, 11:20, 11:21, 13:5, 14:3
two [5] - 7:12, 8:18, 8:19, 9:1, 9:13
TX [1] - 3:7
type [1] - 11:25

## U

uncomfortable [1] - 6:10
under [1] - 13:16
understood [2] - 15:11, 15:20
unfair [1] - 12:6

UNIDENTIFIED [1] - 8:13
UNITED [2] - 1:1, 1:13
United [2] - 18:5, 18:15
unreasonable [1] - 14:13
up [3] - 5:24, 6:9, 6:14
upcoming [1] - 6:7
update [1] - 11:7
US [2] - 3:5, 3:8

## V

VIA [1] - 5:3
visa [1] - 10:22

## W

wait [1] - 16:2
waiting [2] - 12:21, 15:13
walk [1] - 12:7
WALNUT [1] - 1:23
WARSHAUER [1] - 2:3
WATER [1] - 2:9
wave [1] - 13:1
waves [1] - 12:25
WEDNESDAY [2] - 1:7, 5:2
Wednesday [5] - 11:20, 11:21, 11:22, 13:6, 16:19
week [12] - 8:19, 9:19, 10:16, 10:24, 11:17, 11:20, 11:21, 12:17, 13:6, 14:16, 15:7
weeks [1] - 11:17
WEISS [1] - 2:8
WEST [1] - 2:24
whereabouts [1] - 7:11
WHEREUPON [1] - 17:21
whole [1] - 14:11
witness [1] - 9:1
witnesses [1] - 6:9
wonder [1] - 15:3
workable [1] - 6:15

## Y

YORK [2] - 2:10, 3:10
York [2] - 13:6, 13:20

| " |
| --- |
| **"BNBM"** [1] - 3:5<br>**"CNBM"** [1] - 3:14 |