UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases* | |

# ORDER

Considering Beijing New Building Materials Public Limited Company's ("BNBM PLC") Motion for Leave to file its Response in Opposition to the Plaintiffs' Steering Committee's Disclosure Motion Contesting Claim of Privilege and/or Work Production and for In Camera Inspection and Exhibits Under Seal;

IT IS ORDERED that the motion is GRANTED; and the Response with all supporting memoranda and exhibits be filed into the record UNDER SEAL.

New Orleans, Louisiana, this 26th day of October, 2015.

_____
Honorable Eldon E. Fallon
U.S. District Judge