UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 09-6687 (E.D. La.);**<br><br>***Gross v. Knauf Gips, KG*, Case No. 09-6690 (E.D. La.);**<br><br>***Wiltz v. Beijing New Building Materials Public Limited Co.,* Case No. 10-361 (E.D. La.);**<br><br>***Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (E.D. La.);**<br><br>***Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and**<br><br>***Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. La.).** | |

**JUNE 8, 2015 SUPPLEMENTAL DECLARATION OF CAROLYN F. TAYLOR IN SUPPORT OF THE FEDERAL RULE OF EVIDENCE 1006 SUMMARY OF PROPERTY OWNERS IDENTIFYING BNBM OR DRAGON BRAND DRYWALL**

This declaration is made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Carolyn F. Taylor, declare, under penalty of perjury, that the following statements are true and correct:

1. I am a paralegal at the law firm Dentons US LLP, which represents Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building




EXHIBIT
1

Material (Group) Co., Ltd. ("BNBM Group"). I submitted a declaration to the Court in support of the Federal Rule of Evidence 1006 Summary of the 65 Plaintiffs Identifying BNBM or Dragon Brand Drywall in the 23,057 Original Profile Forms Produced By BrownGreer PLC on May 11, 2015 (Rec. Doc. 18903-3) (the "Original Summary Exhibit"). On June 4, 2015, I also provided an updated declaration and summary exhibit. This declaration supersedes my June 4, 2015 declaration, as it corrects certain information in that earlier declaration with respect to one property and takes into account the new revisions to Exhibit 10, which the Plaintiffs' Steering Committee ("PSC") served on June 4, 2015.

2. Attached to this declaration as ***Exhibit 1*** is a June 5, 2015 Federal Rule of Evidence 1006 Summary Regarding Plaintiffs Identifying BNBM or Dragon Brand Drywall ("Updated Summary Exhibit"). I submit this declaration in support of the Updated Summary Exhibit. I have personal knowledge of the facts stated in this declaration.

3. On or around April 3, 2015, BrownGreer PLC produced 23,057 plaintiff profile forms (the "Original Profile Forms"), grouped in 8,856 folders.

4. A team of twenty-three associates, paralegals, and litigation support staff reviewed each of the Original Profile Forms. Team members were assigned a batch of folders and were instructed to inspect all documents contained in their assigned folders.

5. I helped manage the review team and also participated in the review of Original Profile Forms.

6. The team reviewed the Original Profile Forms to determine the number and identity of property owners who identified BNBM PLC or BNBM Group as a manufacturer of their drywall. Specifically, the team looked at the "Section V Drywall Information" of each Original Profile Form to determine if it contained any variation of the following terms: "BNBM,"

"Dragon," or "Beijing" (collectively, the "Key Terms"). If Section V of the Original Profile Forms was blank or said "see attached" or "see below," team members were instructed to inspect the entire Original Profile Form for the Key Terms.

7. If a team member found an Original Profile Form containing any Key Term, the reviewer noted, among other things, the folder number where the profile form was found, the last five digits of the document's file name, the names of the property owners, and the city and state where the property was located.

8. Based upon the information the review team captured from the 23,057 Original Profile Forms, we determined that 65 property owners included references to BNBM, Dragon, or Beijing in their profile forms.

9. For each of these 65 property owners, the Original Summary Exhibit (submitted on May 11, 2015) lists the folder number where the profile form was found, the last five digits of the document's file name, the names of the property owners, and the city and state where the property was located. For ease of reference, duplicate, amended, or supplemental forms about these 65 property owners have been excluded from the summary.

10. I then compared the list of 65 property owners to (1) Exhibit C to the Affidavit of Ronald Wright, which was attached to Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) And Request For Approval of Supplemental Notice (Rec. Doc. 18086-14); and (2) Exhibit 10 to the Affidavit of George J. Inglis, P.E. As shown in the Original Summary Exhibit, the PSC identified 63 of the 65 property owners as class members in the above-referenced actions. The two non-class members are now listed on page 7 of the Updated Summary Exhibit. (*See* Rows 64 and 65).

11. On or around April 30, 2015, BrownGreer PLC served an excel spreadsheet containing a summary of supplemental profile form data for 3,736 plaintiffs. On May 1, 2015, the PSC served 496 supplemental profile forms in PDF format. I reviewed these supplemental productions and determined that no additional property owners referenced the Key Terms in these productions.

12. The Original Summary Exhibit reflected all plaintiff profile information produced as of May 4, 2015. I updated the Original Summary Exhibit to include the street address and zip code of the property owners and to reflect the newly discovered information discussed below.

13. On May 6, 2015, BrownGreer produced 1,806 additional documents, which primarily consisted of supplemental profile forms and inspection reports. I reviewed the 1,806 documents and determined that one additional property owner identified BNBM drywall in a photograph. I added this property to the list of property owners on Inglis's Exhibit 10 in the Updated Summary Exhibit. (*See* Row 15). I also looked for documents referencing any of the 63 class members listed in the Original Summary Exhibit. In doing so, I found one supplemental profile form showing that one of the 63 original class members no longer owned the property and one supplemental profile form showing that a class member's property had been remediated. I noted this information in the final column of the Updated Summary Exhibit. (*See* Rows 51, 54).

14. On May 15, 2015 and June 4, 2015, the PSC served updates to Exhibit 10 to the Affidavit of George J. Inglis, P.E. I compared the updates to Exhibit 10 to the Original Summary Exhibit and noted that only 54 property owners that identify BNBM or Dragon Brand drywall remained on the class list. The property owners identified in the Original Summary Exhibit that no longer appear on Exhibit 10 are listed on page 7 of the Updated Summary Exhibit. (*See* Rows 55-64).

15. I also reviewed publically available appraisal records from Palm Beach, Boward, Lee, Highland, Miami Dade, Jefferson, and St. John's counties in Florida. These public records showed that 13 of the class members no longer owned the properties listed in the Updates to Exhibit 10. I noted this ownership information in the final column of the Updated Summary Exhibit. (*See* Rows 2, 10, 16, 20, 22, 25, 33-35, 37-38, 43, 50).

16. Based on the materials reviewed to date, there are 39 class members listed on Updated Exhibit 10 that identified BNBM or Dragon Brand drywall who currently own their property who may not have remediated their property yet. (Starting from the 54 class members discussed in paragraph 13 and subtracting the 2 properties discussed in paragraph 14 (one that has already been remediated and one that has new ownership) and further subtracting the 13 properties discussed in paragraph 15 who have new ownership.)

17. The Updated Summary Exhibit submitted herewith reflects all supplemental profile information BNBM PLC and BNBM Group has received as of June 1, 2015. The Updated Summary Exhibit includes information for all 66 property owners (out of the 23,000+ plaintiff profile forms) who identified BNBM or Dragon Brand drywall regardless of whether they are listed on the current class list.

New Orleans, Louisiana

Dated: June 8, 2015

Carolyn Fay Taylor

Carolyn F. Taylor

EXHIBIT
tabbles
1

**June 8, 2015 Federal Rule of Evidence 1006 Summary Regarding Plaintiffs Identifying BNBM or Dragon Brand Drywall**

**Property Owners on Inglis's Exhibit 10**

| | Folder No. | Last 5 Digits of File Name | Property Owner Listed | Address | City | Stat | Zip code | Updated Profile Data Provided (Y/N) | Change of Ownership/ Remediated |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 103490 | 13179 | Abraham, Dr. Thomas; Thomas, Dr. Mariamma | 8866 Cobblestone Point Circle | Boynton Beach | FL | 33472 | Y | |
| 2. | 107492 | 23360 | Abromatts, G. Clifford and Worobec, Janice | 3437 Lago de Talvera | Wellington | FL | 33467 | N | Palm Beach County Appraisal Records shows Algustus Walton Lee, Jr. and Sheila Lee as owner. |
| 3. | 105785 | 16097 | Alvarez, Barbara R. | 4225 NE 16th Street | Homestead | FL | 33033 | N | |
| 4. | 104498 | 14467 | Brahmbhatt, Jatin | 9601 Kenley Court | Parkland | FL | 33076 | Y | |
| 5. | 104573 | 14552 | Brewster, Stephen | 8339 NW 125th Street | Parkland | FL | 33076 | Y | |
| 6. | 101217 | 91961 | Cahill, Thomas | 99 Vivante Blvd., Unit 410 | Punta Gorda, | FL | 33950 | Y | |
| 7. | 105191 | 16272 | Carr, David L. | 3602 Oakwood Drive | Wesley Chapel | FL | 33543 | Y | |
| 8. | 105882 | 16279 | Catalfamo, Edmondo | 8791Cobblestone Point Drive | Boynton Beach | FL | 33472 | Y | |
| 9. | 105883 | 16281 | Cherba, Alexander | 9492 Cobblestone Creek Drive | Boynton Beach | FL | 33472 | N | |
| 10. | 107468 | 35160 | Ciancimino, Gianpaulo & Danielle | 8914 Cobblestone Point Circle | Boynton Beach | FL | 33472 | Y | Palm Beach County Property Appraisal Records shows Nicollette Stitsky as owner. |
| 11. | 107420 | 23733 | Coombs, Thomas & Sheri | 3454 Lago de Talavera | Wellington | FL | 33467 | N | |

June 8, 2015 Federal Rule of Evidence 1006 Summary Regarding Plaintiffs Identifying BNBM or Dragon Brand Drywall

| | Folder No. | Last 5 Digits of File Name | Property Owner Listed | Address | City | Stat | Zip code | Updated Profile Data Provided (Y/N) | Change of Ownership/ Remediated |
|---|---|---|---|---|---|---|---|---|---|
| 12. | 108190 | 35446 | Crowell, Barry and Karin | 1053 Little Sorrel Drive | Calera | AL | 35040 | N | |
| 13. | 103673 | 13746 | Del Greco, Gary and Corrine | 9379 Cobblestone Brook Court | Boynton Beach | FL | 33472 | N | |
| 14. | 105155 | 35356 | Edwards, Cecile | 1006 Bristol Greens Court | Sun City Center | FL | 33573 | Y | |
| 15. | 105653 | 327791 | Ellison, Kenton and Tammy | 3637 Shellcracker Drive | Lake Wales | FL | 33898 | Y | |
| 16. | 105464 | 15642 | Forte, Louise M. | 9477 Cobblestone Creek Drive | Boynton Beach | FL | 33472 | N | Palm Beach County Appraisal Records show Riccardo Tabascio as owner. |
| 17. | 105460 | 15638 | Gallacher, Michael | 8911 Cobblestone Point Circle | Boynton Beach | FL | 33472 | Y | |
| 18. | 105455 | 15632 | Gallardo, Arledys | 4179 NE 16th Street | Homestead | FL | 33033 | N | |
| 19. | 105446 | 15623 | Gianetti, Dominic and Lauren | 8881 Cobblestone Point Circle | Boynton Beach | FL | 33472 | N | |
| 20. | 100407 | 87363 | Gobos, Peter | 9607 Exbury Court | Parkland | FL | 33076 | Y | Broward County Property Appraisal Records shows Squidrock LLC as owner. |
| 21. | 107472 | 34345 | Goldman, Clivens and Andrea | 3277 Lago De Talavera | Wellington | FL | 33467 | Y | |
| 22. | 105416 | 15589 | Guerriero, Michael and Nancy | 153636 Yellow Wood Drive | Alva | FL | 33920 | Y | Lee County Property Appraisal shows Landgraf Real Estate LLC as owner. |

**June 8, 2015 Federal Rule of Evidence 1006 Summary Regarding Plaintiffs Identifying BNBM or Dragon Brand Drywall**

| | Folder No. | Last 5 Digits of File Name | Property Owner Listed | Address | City | Stat | Zip code | Updated Profile Data Provided (Y/N) | Change of Ownership/ Remediated |
|---|---|---|---|---|---|---|---|---|---|
| 23. | 105388 | 15557 | Harrysperad, Roy | 8697 Cobblestone Point Circle | Boynton Beach | FL | 33462 | N | |
| 24. | 104959 | 14984 | Jimenez, Daphin | 4217 NE 16th Street | Homestead | FL | 33033 | N | |
| 25. | 104619 | 14601 | Kelly, Bryce and Stacey | 1441 Lake Lotela Drive | Avon Park | FL | 33825 | N | Highland County Property Appraisal Records shows that Ronald A & Linda K Laye as owner. |
| 26. | 104821 | 14831 | Kowalik, Gregory and Jolanta | 3382 Lago De Talavera | Wellington | FL | 33467 | Y | |
| 27. | 105658 | 15882 | Lamour, Guy | 8860 Cobblestone Point Circle | Boynton Beach | FL | 33472 | Y | |
| 28. | 107421 | 91791 | Lefton, David and Garcia, Michelle | 106 Southwest Milburn Circle | Port St. Lucie | FL | 34953 | N | |
| 29. | 102375 | 10780 | Leung, Jim and Maggie | 8042 NW 125th Terrace | Parkland | FL | 33076 | Y | |
| 30. | 103588 | 13237 | Lloyd, Maxwell and Joete | 8248 NW 125 Lane | Parkland | FL | 33076 | N | |
| 31. | 102919 | 13313 | Madero, Fernando | 17015 78th Road North | Sunrise | FL | 33470 | N | |
| 32. | 105966 | 16564 | Marchese, Troy | 8830 Cobblestone Point Circle | Boynton Beach | FL | 33472 | N | |

**June 8, 2015 Federal Rule of Evidence 1006 Summary Regarding Plaintiffs Identifying BNBM or Dragon Brand Drywall**

| | Folder No. | Last 5 Digits of File Name | Property Owner Listed | Address | City | Stat | Zip code | Updated Profile Data Provided (Y/N) | Change of Ownership/ Remediated |
|---|---|---|---|---|---|---|---|---|---|
| 33. | 105979 | 28358 | Mitchell, Paul and Tellina | 10902 NW 83 Street Building 7, Unit 201 | Doral | FL | 33178 | N | Miami Dade Property Appraisal Records shows Federal National Mortgage Assn. c/o Bank of America Naas owner. |
| 34. | 105754 | 16016 | Morakis, Nick and Karen | 8859 Cobblestone Point Circle | Boynton Beach | FL | 33472 | N | Palm Beach County Property Appraisal Records shows that Chad Prandi as owner. |
| 35. | 108207 | 35522 | Morris, Larry | 263 Chalybe Trail | Birmingham | AL | 35226 | N | Jefferson County Property Appraisal Records shows as Charbel P. Akl as owner. |
| 36. | 105698 | 15925 | Perez, Jorge | 10169 and 10165 SW 171 Street | Miami | FL | 33157 | N | |
| 37. | 103562 | 34947 | Pigna, Francisco and Ewa | 8836 Cobblestone Point Circle | Boynton Beach | FL | 33472 | Y | Palm Beach County Property Appraisal Records shows James and Kim Price as owners |
| 38. | 105696 | 15923 | Popov, Alexander Susan | 8842 Cobblestone Point Circle | Boynton Beach | FL | 33472 | Y | Palm Beach County Property Appraisal Records shows Gonzalo and Nicholas Ledgard as owners. |

June 8, 2015 Federal Rule of Evidence 1006 Summary Regarding Plaintiffs Identifying BNBM or Dragon Brand Drywall

| | Folder No. | Last 5 Digits of File Name | Property Owner Listed | Address | City | Stat | Zip code | Updated Profile Data Provided (Y/N) | Change of Ownership/ Remediated |
|---|---|---|---|---|---|---|---|---|---|
| 39. | 105401 | 15933 | Prandi, Chad and Olschewiski, Krzysztof | 8680 Cobblestone Point Circle | Boynton Beach | FL | 33472 | Y | |
| 40. | 103572 | 35792 | Promenade, LLC | 11102 NW 83rd Street, Unite 9-101 | Doral | FL | 33178 | Y | |
| 41. | 105672 | 15897 | Raymond, Davidson and Robert Jean | 8797 Cobblestone Point Circle | Boynton Beach | FL | 33472 | Y | |
| 42. | 105166 | 35546 | Rizzo, Frank and Christina | 8020 NW 126 Terrace | Parkland | FL | 33076 | Y | |
| 43. | 108165 | 34475 | Robbins, Michele | 3390 Lago De Talavera | Wellington | FL | 33467 | Y | Palm Beach County Property Appraisal Records shows Marcus Nash as owner. |
| 44. | 107473 | 31634 | Roberts, Kenneth & Audrey | 3477 Lago De Talavera | Wellington | FL | 33467 | Y | |
| 45. | 105615 | 15835 | Siegel, Wayne and Mandy | 9355 Cobblestone Brook Court | Boynton Beach | FL | 33472 | Y | |
| 46. | 104232 | 13463 | Steiner, Stephanie | 8665 Cobblestone Point Circle | Boynton Beach | FL | 33472 | Y | |
| 47. | 105578 | 15796 | Teixeira, Peter and Janet | 8809 Cobblestone Point Circle; 10520 SW Stephanie Way, # 207, Port St. Lucie, FL 33472 | Boynton Beach | FL | 33472 | N | |
| 48. | 103703 | 31365 | Voskressensky, Andre and Goldstein, Janet | 8627 Cobblestone Point Circle | Boynton Beach | FL | 33427 | N | |
| 49. | 108208 | 34402 | Vrchota, Roy | 1330 68th Street North | West Palm Beach | FL | 33412 | N | |

**June 8, 2015 Federal Rule of Evidence 1006 Summary Regarding Plaintiffs Identifying BNBM or Dragon Brand Drywall**

| | Folder No. | Last 5 Digits of File Name | Property Owner Listed | Address | City | Stat | Zip code | Updated Profile Data Provided (Y/N) | Change of Ownership/ Remediated |
|---|---|---|---|---|---|---|---|---|---|
| 50. | 104488 | 32811 | Walsh, James and Barbara | 14781 Quay Lane | Delray Beach | FL | 33446 | N | Palm County Beach Property Appraisal Records shows Sidney and Susan Wicks as owners. |
| 51. | 104660 | 14660 | Wanadoo LLC | 251 Seabreeze Court | Vero Beach | FL | 32963 | Y | Supplemental Profile Form shows property remediated in 2011. |
| 52. | 108184 | 35650 | Washington, Mary | 904 Woodbrook Road | Birmingham ** chart states Pinson | AL | 35215 | N | |
| 53. | 108152 | 35732 | Williams, Raymond and Dedre | 3325 Lago De Talavera | Wellington ** chart states Loxahatchee | FL | 33467 | Y | |
| 54. | 104536 | 14511 | Young, Elizabeth | 2330 Summerwest Drive | Alva | FL | 33920 | Y | Supplemental Profile Form shows change of ownership on 6/26/2013. |

**June 8, 2015 Federal Rule of Evidence 1006 Summary Regarding Plaintiffs Identifying BNBM or Dragon Brand Drywall**

**Property Owners No Longer on Inglis's Exhibit 10**

| | Folder No. | Last 5 Digits of File Name | Property Owner Listed | Address | City | State | Zip code | Updated Profile Data Provided (Y/N) |
|---|---|---|---|---|---|---|---|---|
| 55. | 105155 | 91873 | Acadia II Condominium Assn.(Foti, Russell on behalf of) | 1906 Clubhouse Drive | Sun City Center | FL | 33573 | N |
| 56. | 107471 | 24744 | Anderson, Michael & Renee | 17101 83rd Place North | Loxahatchee | FL | 33470 | Y |
| 57. | 105807 | 16157 | Bennett, Marlene | 8770 Cobblestone Point Circle | Boynton Beach | FL | 33472 | Y |
| 58. | 103681 | 24313 | Cueva, Elia | 11103 NW 83rd Street, Apt. 205 | Doral | FL | 33178 | Y |
| 59. | 105541 | 15741 | Jackson, Leonard | 9593 Ginger Court | Parkland | FL | 33076 | Y |
| 60. | 105965 | 25999 | Manzur, Mohammed | 8686 Cobblestone Point Circle | Boynton Beach | FL | 33472 | Y |
| 61. | 103614 | 16416 | Schoenberg, Kathleen | 3801 Sabal Lakes Road | Delray Beach | FL | 33445 | Y |
| 62. | 105618 | 15838 | Serbin, Bruce | 7990 NW 126th Terrace | Parkland | FL | 33076 | Y |
| 63. | 106512 | 34456 | Surles, Michael | 605 Caroline Drive | Vero Beach | FL | 32968 | Y |
| 64. | 102100 | 11230 | Walton, William | 119 Whispering Oaks Circle | St. Augustine | FL | 32080 | N |

**Property Owners Never Listed As Class Members**

| | Folder No. | Last 5 Digits of File Name | Property Owner Listed | Address | City | State | Zip code | Updated Profile Data Provided (Y/N) |
|---|---|---|---|---|---|---|---|---|
| 65. | 108843 | 37311 | Cartlon Arms of Winter Haven, LLP | Multiple addresses on Jamestown Drive | St. Petersburg | FL | | N |
| 66. | 104601 | 14581 | Montalvo, Richard | 12480 NW 83 Court | Parkland | FL | 33076 | Y |