**PERKINSCOIE**

1900 Sixteenth Street
Suite 1400
Denver, CO 80202-5255

T. +1.303.291.2300
F. +1.303.291.2400
PerkinsCoie.com

October 2, 2015

David L. Black
DBlack@perkinscoie.com
D. (303) 291-2309
F. (303) 291-2409

BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Dentons US LLP
c/o Michael H. Barr
1221 Avenue of the Americas
New York, NY  10020

Re:   Service of Louisiana's Second Amended Petition

Dear Mr. Barr:

    As you are aware, on December 23, 2014, the court granted the State of Louisiana's motion to approve alternative service (a copy of which is enclosed); the court's order permitted service on various Chinese defendants by serving a copy of the petition on their U.S. counsel. Pursuant to that order, on January 6, 2015, Louisiana served a copy of its Second Amended Petition on Stanley, Reuter, Ross, Thornton & Alford, LLC (c/o Thomas Owen, Jr.) and Hogan Lovells (c/o Joe Cyr).  We understand that you now represent Beijing New Building Materials Public Limited Company ("BNBM") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group").  Although the State believes that service of the petition was properly effectuated, out of an abundance of caution, we are serving on you (as counsel for BNBM and BNBM Group) Louisiana's Second Amended Petition.  We are, for your convenience, enclosing a Chinese translation of the petition, the court's summons for each entity, and a Chinese translation of the same.  We also note that you have produced a Chinese translation of our Second Amended Petition at BNBMPLC-E-0160430-520.

    By copy of this letter, we are also serving BNBM'S previous U.S. counsel.

Very truly yours,

David L. Black

Enclosures

**EXHIBIT 3**

128086921.1
Perkins Coie LLP
Perkins Coie LLP

Dentons US LLP
October 2, 2015
Page 2

cc (with enclosures):
    Orrick, Herrington & Sutcliffe LLP
    c/o L. Christopher Vejnoska
    The Orrick Building
    405 Howard Street
    San Francisco, CA 94105
    (counsel for BNBM pursuant to Joint Defense Agreement dated November 29, 2010)