UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*The State of Louisiana v. Knauf Gips KG, et al.,* No. 2:10-CV-0340 (E.D. La.). | |

### ORDER

Before the Court is Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Motion to Dismiss the Petition Pursuant to Rule 12(b)(2), Rule 12(b)(5) and Rule 12(b)(6). The Court is of the opinion that the Motion should be GRANTED.

IT IS HEREBY ORDERED that the above numbered and captioned action is DISMISSED as to Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. for lack of personal jurisdiction, failure to serve process, and failure to state a claim upon which relief may be granted.

**SO ORDERED.**

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
ELDON E. FALLON
United States District Judge

4