







北新建材集团有限公司
Beijing New Building Material (Group) Co., Ltd.


**EXHIBIT**

BG: 7/15/15-7/18/15
Exhibit 211

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER



善 用 资 源 . 服 务 建 设

Efficient Use of Resources Serving The Construction

BNBM(Group)-E-0026246

# 目录 **CONTENTS**

BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.

| | | |
|---|---|---|
| 1 | 董事长致辞 | CHAIRMAN'S ADDRESS |
| 3 | 公司概况 | ABOUT BNBM GROUP |
| 5 | 核心理念 | CORE PHILOSOPHY |
| 7 | 组织架构 | ORGANIZATION |
| 9 | 公司文化 | CULTURE |
| 11 | 北新事业 | OPERATIONS |
| 23 | 大事记 | EVENTS |
| 25 | 荣誉 | HONOR |

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

# 董事长致辞
## CHAIRMAN'S ADDRESS

作为中国新型建材工业的发祥地，北新集团自成立以来，始终顺应改革和发展的大势，在市场经济的大潮中不断历练、成长，在实现企业自身跨越式发展的同时，不断带领着行业实施结构调整和资源整合，为中国经济的持续发展贡献力量。

回首北新集团30多年的发展历程，在企业治理、投融资管理、品牌培育、企业文化建设等各个方面都有着深厚的积淀，这是北新集团成功走到今天的原因，也是北新集团应该珍惜、继承并发扬的宝贵财富。未来，北新集团将以科学发展观为统领，坚定企业发展方向，进一步构筑企业整体价值观，用一流的企业团队精神，走可持续发展之路。

进入二十一世纪，北新集团又一次站在了崭新的起点上。千帆竞发，百舸争流，全体北新人将凭借坚定的信念和十足的勇气，一如既往地不断迈出新的步伐，致力于诚信与创新的追求，全力用优异的业绩服务大众、回馈社会。

董事长



As the founder of China's new materials industry, Beijing New Building Material (BNBM) Co.,Ltd. since its inception, consistently adapted to the general trend of reform and development and has steadily grown and matured within the surging tide of the market economy. While implementing its own company strategy of leapfrog development, it has continually led the industry towards implementing structural adjustments and the consolidation of resources, thereby contributing to the strength of sustainable development for China's economy.

BNBM Group has a strong sense of social responsibility and a willingness to make a contribution, and we have the experiences in company management, investment and culture. All of this is the reason why BNBM Group has gained the success and is the advantage that we should keep. In the future, BMBM Group will continue to take the scientific development approach as a guideline and further construct the common value of the company, so as to further consolidate the competitive ability and realize the sustainable development.

Entering into the twenty-first century, BNBM Group once again stands at the threshold of a new horizon; a dynamic phase of intense competition among a host of market players. Drawing upon resolute conviction and a strong spirit of endeavour, the entire staff of BNBM Group will continue to make new strides, as always, and fully commit themselves to the pursuit of innovation and credibility, while making every effort to utilise the Group's outstanding achievements to serve the public and give back to society.

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER



北新建材集团有限公司（以下简称"北新集团"）是国务院国资委直属管理中央企业中国建筑材料集团有限公司的麾下企业。公司是在邓小平同志的直接批示下，于1979年由国家投资建设的国内最大的新型建材产业基地，现已发展成为集建材产业投资、本业业务、物流贸易以及集成房屋为一体的综合型大型企业集团。

作为中国新型建材工业的流盘，北新集团多年来一直在品牌、质量、技术、规模等方面引领中国新型建材工业的发展，致力于为社会大众提供健康环保的建筑建材产品。近年来，通过国内外一系列资本运作及资源整合，北新集团已形成了"以投资建材制造企业为依托，以全球物流贸易为发展基础，积极发展木业及集成房屋事业"的业务架构。目前，北新集团建材产业投资的业务触角从新型建材行业延伸到水泥、复合材料及工程服务的领域，并依托产业、品牌和资本等优势，以全球化为视角，致力于大木业、大物流格局的构建和节能省地型生态人居的开发推广。

作为一个不断创新的成长型企业，北新集团以科学发展观作为企业发展的指导方针，追求企业与社会的和谐发展，并秉承"善用资源、服务建设"的产业理念，努力以卓越的产品和服务回报社会，回报大众。

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

BNBM(Group)-E-0026250

Case 2:09-md-02047-EEF-MBN   Document 19664-4   Filed 10/30/15   Page 7 of 26

洧 用 冭 源 . 服 务 建 设

EFFICIENT USE OF RESOURCES SERVING THE CONSTRUCTION

# 公司概况
## ABOUT BNBM GROUP

Beijing New Building Material (Group) Co., Ltd. (hereunder abbreviated as "BNBM Group") is a subsidiary of China National Building Material Group Corporation, a state enterprise directly administered by the State Assets Supervision and Administration Commission of the State Council (SASAC). Established by the national government in 1979 under the direct approval and guidance of Deng Xiaoping, BNBM Group represents China's largest domestic manufacturing base for new building materials. At present, it has already grown to a large state-level enterprise group integrating building materials industry investment, logistics and trading, wood products industry and housing industry development.

As the cradle of China's new building materials industry, BNBM Group has consistently led for many years in terms of its brand name, quality, technology, and scale of operations. In recent years, the global employment of capital and the integration of resources have led to the formation of the group's business framework of "applying investment in the manufacturing of building materials as a key support base; undertaking global logistics as the core of its operations; and actively promoting the wood products and industrialization of the housing sector". Currently, the scope of BNBM Group's investment in operations has expanded from new building materials to many industries including cement, composite materials, construction services, as well as other fields.

From a global perspective, by relying on its various advantages within the industry, and in terms of its brand name, and capital, it will strive to create the conditions for large-scale wood products industry and logistics while developing and promoting energy-efficient, space-saving, and ecologically-viable housing.

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

BNBM(Group)-E-0026251



# 核心理念
## CORE PHILOSOPHY

**善用资源　服务建设**

北新集团是一个具有强烈社会责任感和勇于奉献的群体，通过全球化的资源优化整合，不断地为客户提供最优质的产品和服务，致力于为股东、员工、客户等利益相关方创造长期价值和成功。我们的目标是通过企业的长远发展，从而真正地、持续地为行业和社会的可持续发展贡献力量。

**Efficient Use of Resources and Serving the Construction**

BNBM Group has a strong sense of social responsibility and a willingness to make a contribution. Through the best allocation of the global resources, we consistently provide the highest quality products and services to our customers worldwide. Our goal is to undertake the long-term development of the company, so as to genuinely and consistently serve society.

高 用 资 源 ， 服 务 建 设

EFFICIENT USE OF RESOURCES SERVING THE CONSTRUCTION



## 北新愿景
### VISION

紧随中国经济快速成长的步伐，以贸易为基础，致力于发展建材制造、木业和集成房屋业务，构筑业界领先的综合性产业集团。

In step with the rapid growth of China's economy, BNBM Group is fully committed to further developing its operations in the manufacture of building materials, wooden product and the housing industry, to become a leading comprehensive industrial group.

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

组织架构 ORGANIZATION
07-08

# BNBM GROUP
### BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.

## 组织结构图



CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

EFFICIENT USE OF RESOURCES SERVING THE CONSTRUCTION



# 组织架构
## ORGANIZATION

为适应信息时代瞬息万变的市场环境、北新集团主动顺应社会发展趋势，以梳理业务流程为基础优化组织架构，建立扁平化管理模式。组织结构的优化和管理方式的变革，实现公司内部直接沟通和相互负责，在企业规范、高效运营的同时，使资源配置更趋合理。

In order to adapt to the ever-changing market environment of the information era, BNBM Group has actively adjusted to the trends of societal development, and established a flat-style mode of management adopting the clarification of operational processes as the basis for optimizing its organizational framework. The optimization of its organizational structure and the transformation of its management methods have led to the realization of direct communication and mutual responsibility between management and operational levels. In tandem with the standardization of company practices, and its highly efficient operations, this has enabled a more rational deployment of the company's resources.

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

# 公司文化
## CULTURE

### 以人为本　创新为志　绩效为荣

建设使员工充分发挥创造力和潜能的以人为本的
文化，树立创新意识，不断推出新的理念、新的
服务模式和新的产品，用良好的业绩回报社会和
股东的支持。

### People-oriented, Innovative
### and Performance Honored

BNBM Group aims to build a people-oriented company
culture that enables employees to make the best use of their
creativity and to reach their full potential. At the same
time, we strive to foster innovating thinking, and continue
to put forth new ideas, new modes of service, and new
products; to repay the support of society and our
shareholders in kind through by ensuring that the company
maintains its outstanding performance.



PEOPLE-ORIENTED
INNOVATIVE AND PERFORMANCE HONORED

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

善 用 资 源 ， 服 务 建 设

EFFICIENT USE OF RESOURCES SERVING THE CONSTRUCTION



CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

BNBM(Group)-E-0026257

# BNBM GROUP
### BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.

# 北新事业
## OPERATIONS

北新集团目前形成了集建材产业投资、木业业务、物流贸易及集成房屋四位一体的业务架构和集约多元化的发展态势、致力于为社会大众提供卓越的产品和服务。

所涉及产品部类主要包括：集成房屋、木业业务、金属贸易、资源资材类产品、家居及建材产品。

BNBM Group has embarked on a development trend of intensive diversification and created a four-pronged operational framework that combines investment in the building materials industry, wooden products industry, logistics and trading, and housing industry. BNBM Group has dedicated herself to providing outstanding products and services society and customers.

BNBM Group operations involving product divisions mainly include: basic building materials, wood products, home furnishing, housing industry, lightweight building materials, mineral products and chemical products, etc.

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

BNBM(Group)-E-0026258

节 用 资 源 , 服 务 建 设

EFFICIENT USE OF RESOURCES SERVING THE CONSTRUCTION



集成房屋
节能环保房屋
······

木业业务
欧松®生态板及其制品
实木复合地板
密度板
刨花板
原木及锯材
······

金属贸易
线材
螺纹钢
钢环
锌锭
电解铜
······

资源资材类产品
化工原料
矿产品
纸浆
木片
······

家居产品
斯堪迪丝®壁布
太阳能热水器
水箱配件
家具
······

建材产品
石膏板
轻钢龙骨
矿棉板
烤漆龙骨
······

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

BNBM(Group)-E-0026259

集成房屋 INTEGRATED HOUSING
13-14



# 集成房屋
## INTEGRATED HOUSING

北新集成房屋业务由北新集团全资子公司——北新集成房屋有限公司负责运营。该业务开创于1993年，历经十余年的探索和发展，业已形成房屋制造的自主知识产权和核心专利，具备了以环保节能房屋及建材成套设备为主营产品、以轻钢结构及建筑围护、内外装部品材料开发设计为核心技术的专业运营能力。

北新集成房屋拥有三类建筑体系：轻钢墙体受力体系、轻钢板柱体系和轻钢框剪体系。所有房屋体系全部实现工业化生产，并配以完善的建材和家居系列产品、成熟的供应链管理系统及专业的物流、安装服务体系，为客户提供全方位的房屋解决方案。

十多年来，北新集团承接并完成了国内外各类大型项目，尤其是随着国家"走出去"政策的进一步深化实施，公司的产品及服务覆盖了北美、东欧、中东、南亚、南美、南太平洋及非洲国家和地区，完成了数十个项目。建筑面积达到近100万平方米。

在2005年初的东南亚海啸援助、2007年苏丹人道援助、以及2008年四川汶川特大地震救灾过程中，北新集团承担国家紧急任务，表现突出并获得国家级表彰。

Building business of Intech Building Co., Ltd. began in 1993. During the course of 10 years of development, Intech Building Co., Ltd. has established her own intellectual property and core technology. Our main products are environment-friendly and energy-saving houses and production equipment for building material. Our core technology include design and production of light gauge steel structure, building envelop, building interior and exterior decorating materials.

We have three kinds of building system: Light Gauge Steel Share Wall System; Light Gauge Steel Column and Board System; Light Gauge Steel Frame System. The production of our building system is fully industrialized. We can provide consummate product system, excellent logistic, construction service and complete building solution for our customers.

During the past decade, BNBM Group has completed many large-scale projects both domestically and internationally, including North America, South America, East Europe, Middle East, South Pacific Islands and African countries with floor area of approximately 1 million square meters.

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER




# 木业业务

## WOOD PRODUCTS OPERATIONS

作为北新集团核心战略业务单元，木业业务秉承"善用资源、服务建设"的经营理念，以"环保、安全、稳定"为最高诉求，矢志不移的为国人提供工艺先进、品质卓越的木制产品。

早在上个世纪90年代末，北新集团便致力于国外成熟产品OSB（英文Oriented Strand Board的缩写，即定向刨花板）在中国的引进和推广，不仅成为了中国OSB市场开拓的第一家企业，拥有自有品牌"欧松"，还发展成为了国内最大的OSB供应商。凭借雄厚的科研实力和强大的研发团队，北新集团推出了以欧松装饰板、吸音板、家具板、北新地板为代表的系列产品，全力推进中国木制品行业的技术创新和产业升级。

近年来，为推动国家林木产业的可持续发展，北新集团从全球采购优质原木、锯材及高端人造板材，旨在打造属于中国人的绿色木制生活。

As BNBM Group's core strategic operational division, its wood products operations adhere to a management philosophy of "Efficient Use of Resources and Serving the Construction". By placing "environmental protection, safety, and stability" as its top priorities, BNBM Group is steadfastly committed to providing Chinese consumers with technologically advanced wood products of outstanding quality.

As early as the late 1990's, BNBM Group began devoting its efforts to import and promote the introduction of mature OSB products in China. Not only was it the first company to exploit China's OSB market with its very own "Ousong" brand, it also developed to become China's largest domestic OSB supplier.

Relying on its solid strengths in technology and research, together with a formidable R&D team, BNBM Group has established its own wood products manufacturing base with a core focus on the development and promotion of its "Ousong" brand OSB products, including a series of "green" wood products such as BNBM's flooring, "Ousong" decorative panelling, as well as wooden doors, and many other products within its product range. BNBM Group strives to advance technical innovation and upgrade standards within China's wood product industry to help create China's own "green" wood product lifestyle.

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER



# 金属贸易
## METAL TRADES

北新集团金属贸易主要从事金属制造用原材料及其衍生产品的国内外贸易业务。经营产品主要包括黑色金属和有色金属。其中黑色金属主要包括线材、角钢、带钢等成品及铁矿粉、炉料等原材料，有色金属主要包括锌锭、电解铜、铬矿及铜精矿等产品。

凭借专业的业务素质、精诚的服务和良好的信誉，北新集团的金属贸易业务立足中国市场，以全球化视野迅猛发展。短短几年间，已形成以北京、天津、河北为核心市场的市场营销网络平台，业务遍布华北、西北、东北、华南等地区，并与国内外知名大中型矿业经营、钢铁冶炼、有色冶炼企业集团建立了长久的战略合作伙伴关系，在全球范围内为客户提供优质的产品服务。

The metal trades of BNBM Group primarily engaged in the domestic and international trade of raw materials for use in metalworking and related products, including both ferrous and non-ferrous metal products. Of these, ferrous metal products mainly include wire, angle steel, strip steel, and other finished products, as well as various raw materials such as iron ore powder and furnace charging. Its non-ferrous metal products primarily include zinc, electrolytic copper, chromium and copper concentrate.

Owing to its high level of professionalism, earnest and sincere service, and favorable capital credit, the metal trades of BNBM Group's operations have expanded at a rapid pace, with a global vision. Within just a few short years, its sales territory has spread across the Northern, Northwest, Northeast and Southern regions of China, while building a marketing network within core markets including Beijing, Tianjin and Hebei. BNBM Group has established long-term strategic partnerships with well-known large and medium-sized mining, iron and steel and non-ferrous metal smelting enterprises, in order to provide foreign and domestic customers with products and service of high quality.

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

普 用 资 源 . 服 务 建 设

EFFICIENT USE OF RESOURCES SERVING THE CONSTRUCTION

# 资源资材类产品
## RESOURCE & PROPERTY

### 化工原料
#### CHEMICAL PRODUCTS

北新集团利用遍布全球的物流采购网络，精心挑选美国、德国、匈牙利、西班牙、日本、韩国、新加坡等发达国家和地区的知名供应商作为战略合作伙伴，致力于为广大客户提供优质的化工产品。

经营产品主要包括：聚丙烯 P P 粒、高密度聚乙烯（HDPE）、线性低密度聚乙烯（LLDPE）、乙烯–乙酸乙烯酯共聚物（EVA）、甲苯二异氰酸酯(TDI)、纯MDI（二苯基甲烷二异氰酸酯）和聚合MDI（多次甲基多苯基异氰酸酯）等。

By making full use of the worldwide purchasing network, BNBMG provides the clients with high-quality chemical products. BNBMG prudently chooses its global strategic partnership to ensure the first-class quality of its products, committing itself to providing satisfactory products and services to the clients.

### 矿产品
#### MINERALS

北新集团在矿产品方面主要从事铬矿资源的进口及销售业务，自业务发展之初，就迅速与南非、阿曼、菲律宾、印度、巴基斯坦、津巴布韦、土耳其等多个国家建立了紧密的合作伙伴关系，达成了稳定的矿产品供应渠道。

The main business in minerals of BNBMG is the import and sales of chrome ore, since the very beginning of our business, we have established close business relationships with outstanding suppliers from South Africa, Oman, Philippines, India, Pakistan, Zimbabwe, Turkey and many other countries, which lead to a very stable channel of supply.

### 纸浆
#### WOODPULP

北新集团纸浆业务以进口为主，主要进口国为俄罗斯、巴西、智利、美国以及加拿大等，目的港覆盖中国大部分主要港口，如上海、天津、常熟、大连、广州、黄埔、青岛等。

Pulp business of BNBM Group is mainly based on import overseas, from countries of Russia, Brazil, Chile, U.S.A., Canada, etc. The destination ports cover most of main ports in China, such as SHANGHAI, XINGANG, CHANGSHU, DALIAN, GUANGZHOU, HUANGPU, QINGDAO, etc.

### 木片
#### WOODCHIP

北新集团木片业务以国内贸易、进口为主。主要进口国为越南、澳大利亚、俄罗斯、柬埔寨。国内木片基地设立在广西省南宁市和山东省日照市。

Woodchip business of BNBM Group is mainly based on import and domestic sale. Import unit is from countries of Vietnam, Australia, Russia and Cambodia. Domestic woodchip base are located in Nanning city, Guangxi province and in Rizhao city, Shandong province.

BNBM(Group)-E-0026263



## 家居产品
## HOME FITTING

多年来，北新集团始终以满足客户需求为己任，凭借雄厚的生产能力和卓越的全球化物流能力，竭诚为社会大众提供一流的家居产品和服务，致力于为消费者打造更加美好的生活空间。

For years, on the strength of its solid production and logistics capabilities, BNBM Group has been wholeheartedly providing the public with first-class home fittings and excellent services, to take meeting the needs of the clients as its responsibility. BNBM Group is always committed itself to assisting the consumers with making and improving their living space.

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER




新型建材——亚洲最大的石膏板生产商
Plasterboard: The biggest manufacturer in Asia

水泥——中国淮海经济区最大的水泥生产商
Cement: The biggest manufacturer in Huai- ocean economic zone

玻璃纤维及复合材料——世界最大的玻璃纤维生产商；中国最大的1.5mw级风机叶片生产商
Fiberglass and glass fiber reinforced plastic: The biggest Fiberglass manufacturer in the World; the biggest fiber glass mesh manufacturer in China

工程服务——中国领先的工程服务商
Project Services: Leading supplier in China

# 建材产品
# BUILDING MATERIAL INDUSTRY

北新集团建材制造业务以控股子公司中国建材股份有限公司（简称"中国建材"）为核心阵地开展业务。作为中国建材行业当之无愧的领军企业，中国建材主营新型建材、水泥、玻纤和玻璃钢制品及工程服务等业务。公司以持续缔造企业的长远价值为理念，以相关多元化为经营准则，为客户提供全面的建材产品及各种相关服务，产品远销世界各地，并且享有盛誉。

2006年3月23日，中国建材在香港联合交易所主板正式挂牌上市（股票名称：中国建材，证券代码：3323）。上市后，中国建材致力于实践承诺，重点拓展新型干法水泥、新型建材等核心业务，努力发展成为世界一流的建材制造商，为中国建材行业的发展做出更大贡献。

BNBM Group's partially owned subsidiary, China Building Materials, is without question a leading company in China's building materials industry. It is mainly engaged in producing new building materials, cement, fiberglass, glass fiber reinforced plastic products, and in providing construction services. China Building Materials' philosophy is to continue to create long-term value, undertake relevant diversification as its principle business approach, and provide customers with a full range of building material products and related services.

On March 23rd, 2006, China Building Materials was formally listed on the Hong Kong Exchanges and Clearing Limited (HKEx) (Stock name: China Building Materials, securities code: 3323). Since listing publicly, China Building Materials has committed itself to fulfilling its promise of placing emphasis on the expansion of new types of dry process cement, new building materials and other core operations, while continuing to strive toward becoming a world-class building materials manufacturer; thereby making its contribution to the development of China's building materials industry.

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER



BNBM(Group)-E-0026266

# 大事记
## EVENTS

1.1979年建厂，名为"北京新型建筑材料实验厂"

2.1982年更名为"北京新型建筑材料厂"

3.1985年更名为"北京新型建筑材料总厂"

4.1994年被北京市新技术产业开发试验区认定为新技术企业、享受试验区优惠政策。同年入选全国百户建立现代企业制度试点单位

5、1996年改制更名为"北新建材（集团）有限公司"。成为中国建筑材料集团有限公司出资的国有独资公司

6.1997年，由北新集团独家发起设立"北新集团建材股份有限公司"在深圳证券交易所上市，股票简称"北新建材"，代码000786

7.2002年初，北新集团成为上市公司中国玻纤股份有限公司第一大股东，股票简称"中国玻纤"，代码600176

8.2002年，北新集团被国家建设部确定为国家级住宅产业化基地

9.2004年，被命名为中国物流试验基地

10.2006年3月23日，北新集团控股公司中国建材股份有限公司在香港联合交易所主板成功上市

11.2008年9月27日、建立北新集团木制品生产基地

1."Beijing New building Material experimental plant" was established in 1979.

2.Renamed to "Beijing New Building Material Factory" in 1982.

3.Renamed to "Beijing New Building Material General Factory" in 1985.

4.The Factory enjoyed prestige of preferential policy for it was formal accredited new technology enterprise by Beijing Experimental Zone in 1994. In the same year, it was chosen to be one of the 100 Modern Enterprise System's Experimental Enterprises.

5.The company changer its name to "Beijing New Building Material(Group) Co., Ltd" and became a wholly state-owned corporation invested by China National Building Material Group Corporation in 1996.

6.In 1997, Beijing New Building Material Public Limited Company invested by BNBM Group was founded and publicly listed in Shenzhen Stock Exchange. Stock name is "BNBM" and code is 000786.

7.In the early 2002, BNBM Group became the controlling shareholder of China Fiberglass Co., Ltd. Stock name is "CHINA Fiberglass" and code is 600176.

8.In 2002, China's Ministry of Construction approved the establishment of BNBM Group's "State Housing Industrialization Base".

9.In 2004, BNBM was assigned to be the China Logistics Experimental Base.

10.On 23rd, March 2006, our holding subsidiary- China National Building Material Company Limited was listed on the HKEx (stock name: CNBM, code: 3323)..

11.On 27th, Sep. 2008, BNBM Group Wood Products Manufacturing Base was founded.

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER



1、1990年全国500家最有效益企业

2、1993年全国百家知名企业

3、1995年，通过ISO9002质量体系国际标准多国认证。

4、1998年全国质量效益型先进企业特别奖

5、1999年中国企业管理杰出贡献奖

6、2001年成为中国首家同时通过ISO14001环境管理体系认证和环境标志产品认证的"双绿色之星"企业。

7、1994-2002年连续8年通过北京工商管理局《重合同守信用标准》。

8、2002年度被国家知识产权局评为全国专利工作先进单位。

9、2003年被中国建材协会评为"中国建材百强企业"。

10、荣获中国质量协会、中华全国总工会，共青团中央、中国科学技术协会"全国质量管理小组活动优秀企业"称号。

11、获中国企业联合会、中国企业家协会"中国著名商标"称号。

12、连续多年被北京市海淀区人民政府评为"中关村科技园海淀园'二十强'"。

13、被北京质量协会评为2005年度实施卓越绩效模式先进企业并获得特别奖。

14、连续多年被北京市工商行政管理局公示为守信企业。

15、被北京市发展和改革委员会认定为资源综合利用企业。

16、连续多年被中国质量协会和全国用户委员会评为"用户满意企业"。

17、连续多年被北京企业联合会、北京企业家协会评为北京企业100强。

18、在"5.12汶川大地震"抗震救灾中，获中华全国总工会"抗震救灾重建家园职工人先锋号"称号，并获国资委2008年抗震救灾先进基层党组织称号。

19、获中国企业联合会2008年度中国优秀诚信企业称号。

20、获中国建筑装饰装修材料协会"企业信用等级AAA级"。

21、"欧松"商标被北京市工商局及市农委、市质监局评为"2008年度北京市著名商标"。

22、2009年被国务院国资委评为"中央企业思想政治工作先进单位"。

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

节 用 资 源 . 服 务 建 设

EFFICIENT USE OF RESOURCES SERVING THE CONSTRUCTION

# 荣誉
## HONOR

1.One of the top 500 most effective corporations in 1990.

2.One of the hundred national well-know corporations in 1993.

3.Passed the Certificate of ISO9002 in 1995.

4.Special Award of the advanced corporation of national quality benefits type in 1998.

5.Award of Chinese enterprise management Contribution in 1999.

6.In 2001, the first one to pass "double green stars" which includes both the certificate of ISO14001 and environmental label product.

7.Authorized by Beijing Administration Bureau for Industry and Commerce as "Contract-Honorable and Faithful Standard" for 8 years from 1994 to 2002.

8.Appraised by State Intelligent Property Right Bureau as the National Advanced Patent Unit in 2002.

9.Appraised by Chinese Construction Material Association as "Top Hundred Chinese Construction Materials Enterprises" in 2003.

10.Honored by Chinese Quality Association, China Federation Trade Union, Youth League of China and Chinese Association for Science & Technology as "The Outstanding Enterprise of National Quality Assurance Group Activity".

11.Honored by China Enterprise Association and China Entrepreneur's Association as "National Famous Trademark".

12.Approved by Haidian District Government of Beijing as the "Haidian Science & Technology Park, Zhong Guancun 'Top 20 Economics'" for several years.

13.Special Award by Beijing Quality Association as the advanced enterprise with excellent performance in 2005.

14.Informed of faithful enterprise by Beijing Administration Bureau for Industry and Commerce for several years.

15.Approved by Beijing Development and Reform Committee as Resources Comprehensive Utilization Enterprise.

16."Customers-Satisfaction Enterprise" by the Chinese Quality Association and National Consumer Committee for several years.

17.Appraised by Beijing Enterprise Association and Beijing Enterprisers Association as "Beijing Top Hundred Enterprise" for several years.

18.Awarded "the pioneer of resisting earthquake and rebuilding home" by All-China Federation of Trade Unions, and appraised by SASAC as"Advanced Primary Party organization of resisting earthquake in Wenchuan of Sichuan earthquake of May 12.

19.Honored by China Enterprise Association as "China excellent credit enterprise".

20.Honored by China Association of Decorative Building Materials as "Enterprise credit grade AAA level".

21.Honored by Beijing bureau of industry and commerce, Beijing Municipal Rural Affair committee and Beijing bureau of quality and technical supervision as " Famous Trademark of Beijing" in 2008.

22.Honored by SASAC in 2009.

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

地　　址：北京市海淀区首体南路9号主语国际4号楼
电　　话：010-68799800
传　　真：010-68799891/68799892
邮　　箱：bnbmgservice@bnbmg.com.cn
邮　　编：100048
网　　址：www.bnbmg.com.cn

Address: Building 4, Interwest Business Center, No.9, South Road
Shouti, Haidian District, Beijing, China
Tel: 010-68799800
Fax: 010-68799891 / 68799892
E-mail: bnbmgservice@bnbmg.com.cn
Post Code: 100048
Website: www.bnbmg.com.cn

CONFIDENTIAL–SUBJECT TO PROTECTIVE ORDER

BNBM(Group)-E-0026270