Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN RE:  CHINESE-MANUFACTURED   MDL NO. 2047

DRYWALL PRODUCTS LIABILITY

LITIGATION                     SECTION:  L

THIS DOCUMENT APPLIES TO       JUDGE FALLON

ALL CASES

                               MAG. JUDGE WILKINSON

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


CONFIDENTIAL - SUBJECT TO FURTHER

CONFIDENTIALITY REVIEW

Wednesday, July 15, 2015

— — —


        Videotaped 30(b)(6) Deposition of BNBM GROUP

COMPANY, LIMITED through the testimony of YANMING

ZHOU, held at the offices of Phelps Dunbar LLP,

365 Canal Street, Suite 2000, New Orleans, Louisiana,

commencing at 9:12 a.m., on the above date, before

Michael E. Miller, Certified Court Reporter (#27009),

Registered Diplomate Reporter, Certified Realtime

Reporter.


— — —


GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

EXHIBIT
4

Confidential - Subject to Further Confidentiality Review

Page 8

```
 1                    PROCEEDINGS
 2          (July 15, 2015 at 9:12 a.m.)
 3          THE VIDEOGRAPHER:  We are now on the
 4     record.  My name is Melissa Bardwell,
 5     videographer here for Golkow Technologies.
 6     Today is July 15th, 2015.  The time now is
 7     9:12 a.m.
 8               This videotaped deposition is being held
 9     in New Orleans, Louisiana in reference to the
10     Chinese Manufactured Drywall Products Liability
11     Litigation.
12               The deponent today is Beijing New
13     Building Material Group Company, Limited.
14               The court reporter is Mike Miller.
15     Counsel will be noted on the stenographic
16     record.  And the court reporter will now swear
17     in the witness.
18               (Interpreter duly sworn.)
19               (Witness duly sworn.)
20          MR. MOORE:  Before we start, Arnold, we
21     had a stipulation that all objections are
22     reserved except as to the form of the question,
23     correct?
24          MR. LEVIN:  The usual stipulation that
25     we've had in all the other depositions.
```

Confidential - Subject to Further Confidentiality Review

1      Q      The litigation that has caused you to come

2    to America.

3      A      Ever since I received the deposition notice.

4      Q      And do you know that you are here today to

5    answer questions, not only of your own personal

6    knowledge but as a representative of Group?

7      A      Yes.

8      Q      And just for the record, I want to go

9    through some company names and tell you how I will

10    refer to them and see if you will understand that.

11              If I am referring, sir, to Taishan

12    Gypsum Co., Ltd., I may call them "Taishan" or "TG."

13    Do you understand that, sir?

14      A      Yes.

15      Q      And if I refer to Taian Taishan Plasterboard

16    Company, Limited, I may refer to that affiliate of TG

17    as "TTP."  Do you understand that?

18      A      Yes.

19      Q      And if I refer to Beijing New Building

20    Materials Public Limited Co., I may refer to them

21    simply as "BNBM" or "BNBM PLC."  Do you understand

22    that, sir?

23      A      Yes.

24      Q      And if I refer to your employer, Beijing New

25    Building Materials Group, I may refer to them as

Confidential - Subject to Further Confidentiality Review

Page 23

1    either "Group," "BNBM Group" or "BNBMG."  Do you

2    understand that?

3         A    Yes.

4         Q    And if I refer to China National Building

5    Materials Co., Limited, I may just simply refer to

6    them as "CNBM, Limited" or just plain "CNBM."  Do you

7    understand that, sir?

8         A    Yes.

9         Q    And if I refer to China National Building

10   Materials Group, I may refer to them as "Group,"

11   "CNBM Group" or "CNBMG"; is that correct?

12                   MR. MOORE:  Objection.

13                   (Conference out of the hearing of the

14                   reporter.)

15                   MR. LEVIN:  I may never refer to them as

16        "Group," to keep it consistent with BNBM.

17                   MR. MOORE:  Thank you.

18                   MR. LEVIN:  Thank her.

19                   MR. MOORE:  Thank you.

20        A    All right.

21   BY MR. LEVIN:

22        Q    Now, sir, in the course of your performing

23   your job duties at BNBM Group, you have occasion to

24   see these companies' names in English, as I've just

25   stated them?

Confidential - Subject to Further Confidentiality Review

1      A      Sometimes.

2      Q      And under what circumstances do you see

3    these companies' names in English?

4      A      Annual reports.

5      Q      How about bills, invoices, things of that

6    nature?

7              MR. MOORE:  Objection, form.

8      A      We are an independent company.  I'm not able

9    to see their bills or invoices.

10   BY MR. LEVIN:

11     Q      Well, you see your own bills and invoices,

12   don't you?

13     A      There is no English name on our companies'

14   bills and invoices.  Only our companies' names appear

15   on those documents.

16              MR. LEVIN:  Could you read that back for

17        me, Michael.  I'm having difficulty with it.

18              (The following portion of the record was

19              read.)

20              "ANSWER:  There is no English name on

21        our companies' bills and invoices.  Only our

22        companies' names appear on those documents."

23   BY MR. LEVIN:

24     Q      Do they appear in English from time to time?

25              MR. MOORE:  Objection, asked and

Confidential - Subject to Further Confidentiality Review

1    not state, in words or substance, that, "Group trades

2    in regions in North America, Europe, the Middle East,

3    East Asia and Africa, and our products are sold all

4    over the world"?

5        A     That's how the language describes it.

6        Q     And why do you have a website?  Is that to

7    generate business for yourselves?

8        A     Promotion.

9        Q     For promotion, yes.  To promote BNBMG; is

10   that correct?

11              MR. LEVIN:  Okay.  Let's break.

12       A     Because BNBMG has its own independent

13   businesses.

14              MR. LEVIN:  Okay.  We've heard that

15          before.

16              MR. MOORE:  Object to the sidebar.

17              THE VIDEOGRAPHER:  The time now is

18          2:29 p.m.  We're off the record.

19              (Recess taken, 2:29 p.m. to 2:51 p.m.)

20              THE VIDEOGRAPHER:  This begins Disc 5 of

21          today's deposition.  The time now is 2:51 p.m.

22          We're back on the record.

23   BY MR. LEVIN:

24       Q     Sir, looking at the document that was

25   generated for the website, and under "Forest

Confidential - Subject to Further Confidentiality Review

Page 106

1    can say what he puts in Chinese.  I understand

2    what you're saying.

3                MR. MOORE:  Yeah.  Okay.

4                MR. LEVIN:  That's why I was laughing.

5                MR. MOORE:  Oh.  Okay.

6    BY MR. LEVIN:

7        Q      Do you see in Chinese what I stated to you

8    in English?

9        A      I see that.  This is the future vision of

10   BNBM Group.

11       Q      And does it manufacture -- does it state

12   "the manufacture of building materials"?

13       A      It says that.

14       Q      And does that refer to --

15       A      It's referring --

16       Q      I'm sorry.  Go ahead.

17       A      -- to that in a general term.

18       Q      Well, it's not -- does it refer to

19   wallboard?

20       A      It's not referring to wallboard.

21       Q      What is it referring to?

22       A      We cannot manufacture what public listed

23   company manufactures.

24       Q      Why not?

25       A      According to the regulation of Hong Kong

Confidential - Subject to Further Confidentiality Review

1    Stock Exchange.

2        Q      Is that because of the noncompete clause?

3                MR. MOORE:  Objection to the form, lacks

4          foundation.

5        A      I do not know the specific clause.  However,

6    I know that we cannot manufacture what Hong Kong

7    public listed company manufactures.

8    BY MR. LEVIN:

9        Q      And the Hong Kong public listing company is

10   CNBM?

11       A      Except the CNBM Company, Limited, the

12   companies listed on Chinese stock exchange --

13               THE INTERPRETER:  The interpreter would

14          like to start over again.

15       A      Except CNBM Company, Limited, we also cannot

16   manufacture what the Chinese stock exchange listed

17   company manufactures; therefore, we cannot manufacture

18   what BNBM Company, Limited manufactures.

19   BY MR. LEVIN:

20       Q      Is that because of the noncompete clause in

21   the global offering?

22               MR. MOORE:  Objection, asked and

23          answered.

24       A      I'm not sure.  I do not know.

25   BY MR. LEVIN:

Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3    ********************************************************

 4    IN RE:  CHINESE-MANUFACTURED   MDL NO. 2047

      DRYWALL PRODUCTS LIABILITY

 5    LITIGATION                     SECTION:  L

 6    THIS DOCUMENT APPLIES TO       JUDGE FALLON

      ALL CASES

 7                                   MAG. JUDGE WILKINSON

 8    ********************************************************

 9

             CONFIDENTIAL - SUBJECT TO FURTHER

10                 CONFIDENTIALITY REVIEW

11                Thursday, July 16, 2015

12                     —  —  —

13

14        Continuing Videotaped 30(b)(6) Deposition of

15    BNBM GROUP COMPANY, LIMITED through the testimony of

16    YANMING ZHAO, held at the offices of Phelps

17    Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans,

18    Louisiana, commencing at 7:36 a.m., on the above date,

19    before Michael E. Miller, Certified Court Reporter

20    (#27009), Registered Diplomate Reporter, Certified

21    Realtime Reporter.

22

23                     —  —  —

24            GOLKOW TECHNOLOGIES, INC.

          877.370.3377 ph | 917.591.5672 fax

25                  deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1                    PROCEEDINGS

 2              (July 16, 2015 at 7:36 a.m.)

 3              THE VIDEOGRAPHER:  This begins Disc 1 of

 4         Volume 2 of the deposition of Beijing New

 5         Building Material Group Company, Limited.  The

 6         date today is July 16th, 2015.  The time now is

 7         7:36 a.m.  We're back on the record.

 8                    YANMING ZHAO,

 9                having been duly sworn,

10                 testified as follows:

11                    EXAMINATION

12    BY MR. LEVIN:

13         Q     Good morning, sir.

14         A     Good morning.

15         Q     When we left last night, I gave you a

16    homework assignment, do you remember, a package of

17    materials to look at?

18         A     I remember that.

19         Q     Did you look through them?

20         A     I didn't understand.

21         Q     Well, that's the next question.  Had you

22    ever seen them before?

23         A     Not before.

24         Q     In connection with preparation for the

25    deposition, were you shown these documents by your
```

Confidential - Subject to Further Confidentiality Review

1      Q      At the time that it was formed, what

2  ownership agreement did BNBMG have in BNBM America?

3      A      To my recollection, BNBM America was not

4  directly owned by BNBMG.

5      Q      Do you know who owned BNBM America?

6      A      I don't recall.

7      Q      How was the debt incurred by BNBM America to

8  BNBMG?

9      A      It was because prior to the year 2000, we

10  sold products for them, and after that, we had also

11  sold some building materials for them.  It was a

12  nonsuccessful business.

13      Q      Has BNBM America ever been dissolved by --

14  in the state of Florida?

15      A      BNBM America no longer existed after the

16  year 2005.  This was what Wei Chunshan told me.

17      Q      The salesman told you that?

18      A      For the purpose of deposition preparation, I

19  approached him.

20              MR. MOORE:  Excuse me.  I've got another

21          quick translation question that should take just

22          a second, if he could step out just a minute,

23          for the reasons you mentioned.

24              MR. LEVIN:  Sure.

25              MR. MOORE:  It will take just a moment.

Confidential - Subject to Further Confidentiality Review

1    BY MR. LEVIN:

2       Q    I don't want to know what your attorney told

3    you or what you said to your attorney.  I want to know

4    your state of mind, what's in your head.  Were you

5    aware that I was going to ask you questions on

6    BNBM America?

7       A    I said it this morning.  For the purpose of

8    prepping for the deposition, I inquired Mr. Wei

9    Chunshan regarding questions of BNBM America.

10      Q    Did you ask the salesman who capitalized

11   BNBM America?

12      A    No.

13      Q    Did BNBM Group provide any staff for

14   BNBM America?

15      A    No.

16      Q    Did you ask the salesman who provided any

17   staff for BNBM America?

18      A    We're both independent companies.  Each

19   company hires its own employees.

20      Q    Did you ask the salesman whether

21   BNBM America hired its own employees?

22      A    I did ask.

23      Q    And what did he tell you?

24      A    He said BNBM America hires its own

25   employees.

Confidential - Subject to Further Confidentiality Review

1       Q       Were any of those employees previously

2  employed by BNBMG?

3       A       Yes.

4       Q       And do you know which employees they were,

5  that were employed by BNBMG and then became employees

6  of BNBM America?

7       A       L-I, J-I-A-N-G, Li Jiang.

8       Q       Anybody else?

9       A       I don't recall.

10      Q       Did BNBMG loan any money to BNBM America?

11      A       No.

12      Q       Did BNBMG guarantee any bank loans for

13  BNBM America?

14      A       No.

15      Q       Do you know who funded the operation of

16  BNBM America?

17      A       What do you mean by "funded the operation"?

18      Q       Gave them money to operate their business.

19      A       I don't know.

20      Q       Did BNBMG use BNBM America to sell its

21  drywall in the United States?

22              MR. MOORE:  Objection, form.  I'm sorry.

23              (Translation.)

24              MR. MOORE:  Objection, form.

25      A       Two points.  Number one, ever since BNBM

Confidential - Subject to Further Confidentiality Review

1    became a public listed company, BNBMG no longer

2    manufactured any plasterboard products.  Number two,

3    Wei Chunshan told me that after 2000, most of the

4    products BNBMG sold to BNBM America were stone

5    materials, which I believe did not include

6    plasterboard products.

7    BY MR. LEVIN:

8        Q    Did BNBMG sell any drywall manufactured by

9    BNBM PLC in America?

10              MR. MOORE:  Can you state the time frame

11       for that?

12              MR. LEVIN:  During the operation of

13       BNBM America.

14              MR. MOORE:  Thank you.

15       A    Wei Chunshan told me that from the year 2000

16   to 2005, before the disappear of this company, BNBMG

17   did not sell the plasterboard that was manufactured by

18   BNBM to BNBM America.

19   BY MR. LEVIN:

20       Q    Did BNBMG sell any drywall manufactured by

21   Taishan in the United States?

22       A    No.

23       Q    Did BNBMG sell any drywall in the United

24   States during its existence?

25       A    In around 2005, BNBMG had only involved in

Confidential - Subject to Further Confidentiality Review

1    three transactions as an agent of BNBM exporting

2    products to America.

3        Q      Did --

4        A      BNBMG --

5        Q      I'm sorry.

6        A      -- did not sell plasterboard directly to

7    America.

8        Q      Did BNBM America sell any drywall in the

9    United States?

10        A      Yes.

11        Q      And who manufactured the drywall that

12    BNBM America sold in the United States?

13        A      Before the year 2000, BNBM manufactured the

14    plasterboard.  This is the information provided to me

15    by Wei Chunshan.

16        Q      Was that DragonBoard?

17        A      Yes.

18        Q      Did they sell any of TG's drywall in

19    America?

20        A      No.

21        Q      Did they sell any of TTP's drywall in

22    America?

23        A      No.

24        Q      Did the product that BNBM America sold in

25    the United States -- was it sold in the state of

Confidential - Subject to Further Confidentiality Review

1    Florida?

2        A    He told me yes.

3        Q    Was it sold in the state of Louisiana?

4        A    I don't recall.

5        Q    Was it sold in the state of Virginia?

6        A    I don't recall.

7        Q    Was it sold in the state of Alabama?

8        A    I also don't recall that.

9        Q    Was it sold in the state of Mississippi?

10       A    I don't recall.

11       Q    Have you ever heard of Davis Construction?

12       A    No.

13       Q    Do you know the manner in which BNBM America

14   received funds for its sale of drywall?  Was it

15   prepaid, billed and then paid later?

16       A    I don't know.

17       Q    Do you know whose idea it was to set up

18   BNBM America?

19       A    I don't know.

20       Q    Do you know how that large debt that you

21   show on your books of BNBM America was incurred?  What

22   caused it to get to that level?

23       A    It is a nonsuccessful business.  We have

24   sold goods to BNBM America without getting paid for

25   those goods.

Confidential - Subject to Further Confidentiality Review

1       A       I don't understand your question.

2       Q       When did BNBM America stop doing business?

3       A       Wei Chunshan told me around 2005.

4       Q       And it is now 2015.  That's not a question;

5   that's a statement.

6                So is it fair to say, for the last ten

7   years, you've carried this debt on your books as an

8   accounts receivable?

9       A       That reflects the strictness of our

10  accounting.

11      Q       And as an account receivable, without a

12  write-off, your assets are increased, are they not?

13                  MR. EAGAN:  Object to form.

14                  MR. MOORE:  I object to the form as

15          well.

16      A       Is that an accounting question?

17  BY MR. LEVIN:

18      Q       Yes.

19      A       I don't quite understand that.  I don't

20  know.

21      Q       Does BNBMG borrow money from banks?

22      A       Yes.

23      Q       And do the banks that you borrow money from

24  look at your financial statements?

25      A       Yes, and they would review those bank

Confidential - Subject to Further Confidentiality Review

```
 1          had an opportunity to review the PSC's

 2          translation of Exhibit 220, they provided us

 3          with a red-line that we agreed to, so we are now

 4          marking and introducing into the record

 5          Exhibit 220R, which is an agreed-to translation

 6          of BNBM(Group)-E-0008652, followed by the

 7          machine translation and the Chinese document

 8          with that same Bates number.

 9                  (BG:7/15/15-7/18/15 Exhibit 220R

10                  marked.)

11                  MS. DUGGAN:  And the witness has been

12          provided this document.

13   BY MR. LEVIN:

14       Q    Sir, could you read the document and become

15   familiar with the Chinese document that's before you.

16                  (Document review.)

17   BY MR. LEVIN:

18       Q    Sir, as I read -- first of all, in the

19   document, it keeps mentioning BNBM.  Is that BNBM PLC

20   or BNBMG, that it's referring to?

21       A    From the document I see, and as a

22   manufacturer, it has to be BNBM, because ever since

23   1996-1997, when BNBM became a public listed company,

24   BNBMG no longer manufactured any plasterboard

25   products.
```

Confidential - Subject to Further Confidentiality Review

1    condition in that time period asked by Mr. Levin.

2        Q      Well, what was BNBMG doing as a business

3    enterprise during that period of time?

4        A      What time period?

5        Q      1996 through 1997.

6        A      At the time, BNBMG did tradings for some

7    other products.

8        Q      Did you do tradings for plasterboard during

9    that period of time?

10       A      Yes, before the year 2000.

11       Q      How about after the year 2000?

12       A      We were agent for some products in terms of

13   exporting.

14       Q      Would these products include drywall?

15       A      We were the agent of three transactions

16   exporting plasterboard to America in 2005.

17       Q      Who manufactured that drywall?

18       A      BNBM.

19       Q      So that you were involved in the drywall

20   market during that period of time, were you not?

21              MR. MOORE:  Objection, form, no

22         foundation.

23       A      We were not involved in plasterboard market.

24   We were only the agent of three transactions exporting

25   plasterboard to America.

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. LEVIN:

 2        Q     Well, your company made money doing what you

 3    did with regard to plasterboard during that period of

 4    time, did you not?

 5        A     We only charged agency fee.

 6        Q     What were the agent fees -- agency fees for

 7    those three transactions?

 8        A     I don't recall the specifics.

 9        Q     Could you describe those three transactions?

10        A     According to BNBM's requirements, we handled

11    relevant procedures of custom clearance and charged

12    agency fee accordingly.

13        Q     Who were the recipients of the drywall in

14    the United States?

15        A     I don't recall.

16              (BG:7/15/15-7/18/15 Exhibit 230 marked.)

17              (BG:7/15/15-7/18/15 Exhibit 230A

18              marked.)

19              MS. DUGGAN:  The plaintiffs are marking

20         as Exhibit 230 and 230A two documents that were

21         produced by BNBM PLC in this litigation.

22         Exhibit 230 has BNBMPLC0007427 to 7428 Bates

23         number, Export Agency Agreement dated

24         November 30, 2005.  Exhibit 230A is a document

25         in Chinese with Bates number BNBMPLC0007424
```

Confidential - Subject to Further Confidentiality Review

```
 1          translations?  Okay.  All right.  Very good.

 2          Thank you.  So we have no issue with the

 3          translations.  Okay.  Thank you.

 4                          EXAMINATION

 5   BY MS. DUGGAN:

 6       Q     Mr. Zhao, yesterday you had testified that

 7   you had entered into three separate agency agreements

 8   with BNBM PLC, correct?

 9       A     This is an inaccurate description.  I only

10   said -- I only said that in around 2005, BNBMG was the

11   agent of BNBM's exporting of plasterboard to America.

12       Q     Did BNBMG enter into agency agreements with

13   BNBM PLC in 2005?

14               MR. MOORE:  Objection, form, misstates

15          the title of the document.

16       A     We were the agent of three exporting

17   transactions.

18   BY MS. DUGGAN:

19       Q     If you look at Exhibit 230, 231 and 232, as

20   well as Exhibits 230A, 231A and 232A, can you tell me

21   if these are agreements that you entered into -- when

22   I say "you," I'm referring to your company,

23   BNBM Group -- did you enter into agreements with BNBM

24   PLC?

25       A     Yes, for the three documents in front of me.
```

Confidential - Subject to Further Confidentiality Review

1     Q     And, again, you're referring to 230A, 231A

2     and 232A, which are in Chinese?

3     A     Yes.

4     Q     And, Mr. Zhao, if you look at Exhibit 230A,

5     is this an Export Agency Agreement dated November 30,

6     2005, and it has number USA002?

7     A     Yes.

8     Q     And who signed this agreement?

9     A     Li Jiang.

10     Q     And who is Li Jiang?

11     A     He used to be an employee of BNBMG.

12     Q     And did Mr. Jiang have authority to enter

13     into this contract on behalf of BNBM Group?

14                 THE INTERPRETER:  The interpreter needs

15          to inquire the deponent.

16                 (Translation.)

17     A     According to Chinese custom, it is effective

18     upon placing of a seal.  This is a special contract

19     seal of BNBMG.

20     BY MS. DUGGAN:

21     Q     Did the board of directors authorize this

22     contract?

23     A     It's not necessary to go through the

24     authorization of the board of directors.  The board of

25     directors would not interfere with the daily

Confidential - Subject to Further Confidentiality Review

1    production and operation.

2        Q     But this contract does, in fact, have the

3    seal that's required to make it a binding contract on

4    your company; is that correct?

5        A     This is only an ordinary business of the

6    company.  Neither the board of directors or the board

7    of supervisors would interfere with any daily

8    productions and management.

9        Q     That wasn't my question.

10               I just want to confirm with you that

11   this contract does, in fact, have the seal that you

12   mentioned earlier that's required to make it a binding

13   contract for BNBM Group.

14       A     This is the company's special contract seal.

15   The seal is there.

16       Q     And so --

17               THE INTERPRETER:  The interpreter needs

18       to clarify.

19       A     The contract is only entered with the

20   presence of the seal.

21   BY MS. DUGGAN:

22       Q     Just for purposes of making sure the record

23   is clear, you were pointing to the seal that's on

24   page 7426; is that correct?

25       A     Yes.

Confidential - Subject to Further Confidentiality Review

1        Q      And it's also contained on the other pages,

2    as well, of the document, partially?

3        A      Correct.

4        Q      Is this the type of document that you would

5    maintain in your files at your company on a regular

6    basis?

7        A      Yes.

8        Q      And am I correct that you do not have this

9    document in your files?

10       A      We have provided all the documents that

11   we're able to provide.

12       Q      And you did not provide this document,

13   correct?

14       A      Correct.

15       Q      Do you know why it wouldn't have been in

16   your files?

17       A      I don't know.

18       Q      If you could look at Exhibit 231A, is this

19   an -- excuse me.  Is this an Export Agency Agreement

20   dated November 30, 2005?

21       A      That's what the language says.

22       Q      And is this an agreement between BNBM PLC

23   and BNBM Group?

24       A      Yes.

25       Q      Does this agreement have the authorized seal

Confidential - Subject to Further Confidentiality Review

1   of BNBM Group?

2       A       It has the special contract seal of BNBMG.

3       Q       Is that contained on page 7436?

4       A       Yes.

5       Q       And who signed this agreement on behalf of

6   your company?

7       A       I see Li Jiang's name.

8       Q       And did Li Jiang have authority to sign this

9   contract on behalf of the company?

10      A       It is so, reading from the material.

11      Q       And am I correct that this is the type of

12  document that you would regularly maintain in your

13  files at BNBM Group?

14      A       In the file of the business department, this

15  is only an ordinary business.

16      Q       But this document was not produced to us in

17  this litigation, correct, by your company?

18      A       BNBMG had provided all documents it's able

19  to provide.  In other words, BNBMG had provided all

20  documents that it can find.

21      Q       And you don't know why that this particular

22  document, Exhibit 231A, was not provided to us; is

23  that correct?

24              MR. MOORE:  Objection, form.

25      A       BNBMG did not find this document.

Confidential - Subject to Further Confidentiality Review

```
 1    BY MS. DUGGAN:

 2        Q     Okay.  If you could please look at

 3    Exhibit 232A.

 4        A     I'd like to clarify a point.  This document

 5    is kept in the business department.  BNBMG tried its

 6    best to search all documents and produce those

 7    documents as well.

 8        Q     Thank you.

 9              In looking at Exhibit 232A, is this an

10    Export Agency Agreement dated November 16, 2005,

11    number 1?

12        A     Yes.

13        Q     Is this an agreement that BNBM Group entered

14    into with BNBM PLC?

15        A     Yes.

16        Q     And who signed the agreement on behalf of

17    your company?

18        A     From the language, it was Li Jiang.

19        Q     And did Li Jiang have authority to enter

20    into this contract?

21        A     From the face of the document, correct.

22        Q     And does this document also contain the

23    required seal of BNBM Group to make it a valid

24    contract?

25        A     Yes.
```

Confidential - Subject to Further Confidentiality Review

1    BY MR. LEVIN:

2        Q    What did -- did you discuss with that

3    gentleman anything involving BNBM of America?

4        A    First of all, there is very good inference

5    of the Chinese name, Mr. Levin.

6                 Number two, I've discussed with both

7    of them regarding BNBM America.

8        Q    And what did you discuss?

9        A    I inquired them relevant questions.

10       Q    Okay.

11       A    The preparation was done according to the

12   requirements of the deposition.

13       Q    What relevant questions did you discuss with

14   them?

15       A    Should I give you examples?

16       Q    Certainly.

17       A    For example, I've asked Yu Xuanfeng whether

18   special personnel was sent to America for the

19   operation.  For example, I've asked Wei Chunshan what

20   are the goods BNBM America sells.

21       Q    What did they tell you?

22                 MR. MOORE:  Objection, asked and

23        answered.

24       A    For the first answer Yu Xuanfeng gave was

25   no.  Wei Chunshan told me it would mainly be stone

Confidential - Subject to Further Confidentiality Review

1    materials.

2    BY MR. LEVIN:

3        Q     Okay.  So that I'm absolutely clear, despite

4    this document produced by BNBM Group, stating that

5    special people were sent to the United States for

6    sales work, your investigation with these three

7    individuals indicated to you that that's not true?

8        A     Correct.

9        Q     Sir, you've seen Exhibit 2, which has been

10   marked as Exhibit 144-1.

11                 MR. LEVIN:  Could you hand it to the

12          witness?

13       A     Thank you.

14   BY MR. LEVIN:

15       Q     Now, the officers of American -- of

16   BNBM America are listed on that document.  The first

17   officer is Yu Xuanfeng.  It's my understanding that

18   you did ask him questions, did you not?

19                 THE INTERPRETER:  The interpreter --

20   BY MR. LEVIN:

21       Q     -- concerning BNBM America?

22                 THE INTERPRETER:  The interpreter would

23          like to clarify a spelling with deponent.

24       A     The spelling on this English document is

25   incorrect, so I'm not sure if this is the same person.

Confidential - Subject to Further Confidentiality Review

1    shareholder had become the shareholder of a public

2    listed company.

3        Q      What was your relationship to BNBM PLC prior

4    to the reorganization?

5        A      Before CNBM PLC's reorganization and became

6    a public listed company, we --

7                    THE INTERPRETER:   Interpreter needs to

8         clarify with deponent.

9                    (Translation.)

10                   THE INTERPRETER:   The interpreter will

11        continue her interpretation.

12       A      -- we, BNBM, was the direct owner of shares

13   of CNBM PLC -- BNBM Group, rather.

14                   MR. LEVIN:   Could you restate that?

15        Because I think you corrected yourself in it.

16                   MR. MOORE:   Yeah.

17       A      Before the reorganization, BNBM Group is the

18   direct owner of BNBM's shares.

19   BY MR. LEVIN:

20       Q      And after the reorganization?

21       A      After the reorganization, BNBM Group became

22   the direct share owner of CNBM PLC and no longer

23   directly owns BNBM's shares.

24       Q      Were you compensated in any way for giving

25   up your ownership interest in BNBM?

Confidential - Subject to Further Confidentiality Review

```
 1      A      We received the direct shares in CNBM PLC.

 2   All transactions are being monitored by Hong Kong

 3   Stock Exchange.

 4      Q      Well, I'm really not interested in the Hong

 5   Kong Stock Exchange.  I'm interested in you, BNBMG and

 6   BNBM and your relationship to CNBMG.

 7                   And my question to you was:  Did any

 8   value pass hands between BNBM and BNBMG when you gave

 9   up your ownership interest in BNBM?

10                   May I just say:  Was that for nil

11   consideration?

12                   MR. EAGAN:  Object to form.

13                   MR. MOORE:  I object to the form of the

14           question, particularly as to the first part,

15           which was sidebar by Mr. Levin as to what he's

16           interested in, which is not relevant.

17                   I also object to the form as being a

18           compound question, and I object to the form as

19           it being already asked and answered.

20                   The witness can go ahead and answer the

21           question.

22                   MR. LEVIN:  Thank you.

23                   MR. MOORE:  Thank you.

24                   MR. LEVIN:  You're welcome.

25      A      I will clarify because Mr. Levin did not
```

Confidential - Subject to Further Confidentiality Review

1    understand.  During the process of reconstruction,

2    BNBMG became the direct shareholder of BN --

3            THE INTERPRETER:  The interpreter would

4        like to reinterpret.

5    A    During the reorganization, BNBMG changed

6    from being the direct shareholder of BNBM to the

7    direct holder of CNBM PLC.  All these transactions

8    received monitor and instruction of third-party

9    institution, was a fair and legal action with

10    consideration.

11    BY MR. LEVIN:

12    Q    What was the consideration that BNBMG

13    obtained for giving up its interest in BNBM?

14            MR. MOORE:  Objection, asked and

15        answered.

16            MR. LEVIN:  I haven't gotten an answer

17        yet.

18            MR. MOORE:  I believe you have.

19    A    I repeat, it received the direct shares of

20    CNBM PLC.

21    BY MR. LEVIN:

22    Q    Well, CNBM was a different corporation than

23    BNBM, was it not?

24    A    Correct.  They're both independent company

25    with legal person-type self-management companies.

Confidential - Subject to Further Confidentiality Review

```
 1      Q     Okay.  Accepting your words that they were

 2    independent companies, and based on your words, as an

 3    independent company, is it true that BNBMG, an

 4    independent company, gave up its interest in BNBM, an

 5    independent company, for no consideration?

 6               MR. MOORE:  I object to the form.  It's

 7         asked and answered.  I'm going to let him answer

 8         it for the third time, and then we're not going

 9         to answer it again.

10               THE WITNESS:  Thank you.

11      A     First of all, Mr. Levin made a common-sense

12    mistake.  You had accepted my conclusion, but denied

13    the facts that I provided.

14                    After its reorganization, BNBMG gave

15    up its interest in BNBM; but in manners of fair trade,

16    it acquired the interest in CNBM PLC.  I don't know if

17    my description this time around is clear or not to

18    you.

19               MR. MOORE:  Can we go off the record a

20         minute?

21               MR. LEVIN:  Sure.

22               THE VIDEOGRAPHER:  The time now is

23         4:04 p.m.  We're off the record.

24               (Discussion off the record.)

25               THE VIDEOGRAPHER:  The time now is
```

Confidential - Subject to Further Confidentiality Review

1                    REPORTER'S CERTIFICATE

2

3          This transcript is valid only for a transcript

4    accompanied by my original signature and original

5    required seal on this page.

6          I, Michael E. Miller, Certified Court Reporter

7    (LA Certificate #27009) in and for the State of

8    Louisiana, as the officer before whom this testimony

9    was taken, do hereby certify that YANMING ZHAO, after

10   having been duly sworn by me upon authority of

11   R.S. 37:2554, did testify as herein before set forth

12   in the foregoing 163 pages; that this testimony was

13   reported by me in the stenotype reporting method, was

14   prepared and transcribed by me or under my personal

15   direction and supervision, and is a true and correct

16   transcript to the best of my ability and

17   understanding; that the transcript has been prepared

18   in compliance with transcript format guidelines

19   required by statute or by rules of the board, and that

20   I am informed about the complete arrangement,

21   financial or otherwise, with the person or entity

22   making arrangements for deposition services; that I

23   have acted in compliance with the prohibition on

24   contractual relationships, as defined by Louisiana

25   Code of Civil Procedure Article 1434

Confidential - Subject to Further Confidentiality Review

1    and in rules and advisory opinions of the board;

2    that I have no actual knowledge of any prohibited

3    employment or contractual relationship, direct or

4    indirect, between a court reporting firm and any party

5    litigant in this matter nor is there any such

6    relationship between myself and a party litigant in

7    this matter.  I am not related to counsel or to the

8    parties herein, nor am I otherwise interested in the

9    outcome of this matter.

10

11          Signed this ___ day of _____, 2015.

12

13

14          _____

15          MICHAEL E. MILLER, FAPR, RDR, CRR

16          Certified Court Reporter

17          LA Certified Court Reporter #27009

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

1                 UNITED STATES DISTRICT COURT

2                 EASTERN DISTRICT OF LOUISIANA

3    *******************************************************

4    IN RE:  CHINESE-MANUFACTURED  MDL NO. 2047

     DRYWALL PRODUCTS LIABILITY

5    LITIGATION                    SECTION:  L

6    THIS DOCUMENT APPLIES TO       JUDGE FALLON

     ALL CASES

7                                  MAG. JUDGE WILKINSON

8    *******************************************************

9

                 CONFIDENTIAL - SUBJECT TO FURTHER

10                   CONFIDENTIALITY REVIEW

11

12                   Friday, July 17, 2015

13                        — — —

14

15       Continuing Videotaped 30(b)(6) Deposition of

16   BNBM GROUP COMPANY, LIMITED through the testimony of

17   YANMING ZHAO, held at the offices of Phelps

18   Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans,

19   Louisiana, commencing at 7:39 a.m., on the above date,

20   before Michael E. Miller, Certified Court Reporter

21   (#27009), Registered Diplomate Reporter, Certified

22   Realtime Reporter.

23                        — — —

24              GOLKOW TECHNOLOGIES, INC.

          877.370.3377 ph | 917.591.5672 fax

25              deps@golkow.com

Confidential - Subject to Further Confidentiality Review

```
 1                    PROCEEDINGS

 2              (July 17, 2015 at 7:39 a.m.)

 3              THE VIDEOGRAPHER:  This begins Disc 1 of

 4      Volume 3 of the deposition of Beijing New

 5      Building Material Group Company, Limited.  The

 6      date today is July 17th, 2015.  The time now is

 7      approximately 7:39 a.m., and we're back on the

 8      record.

 9              (Interpreter reminded of her oath.)

10              (Witness reminded of his oath.)

11              (BG:7/15/15-7/18/15 Exhibit 215 marked.)

12              MS. DUGGAN:  Plaintiffs are going to

13      mark for identification and introduce into the

14      record Exhibit 215.  This is a PSC translation

15      of BNBM(Group)-E-0000444.

16              There is an attachment -- this is an

17      e-mail with an attachment that has been

18      translated by the PSC.  Following the

19      translation is a machine translation, and then a

20      document in Chinese with Bates

21      BNBM(Group)-E-0000444 through 446.  And the

22      entire document has been translated by the PSC.

23      Counsel for BNBM Group has not yet had an

24      opportunity to review the translation.

25              We are showing the witness a copy of
```

Confidential - Subject to Further Confidentiality Review

1    box on that chart to the left, where it says "Wholly

2    Owned Subsidiaries"?  And I'm referring to the fourth

3    box from the top.

4         A     Yes, but --

5         Q     And is the --

6         A     -- at the same time -- but as the import

7    agent, Ms. Li Lingmei, upon receiving special

8    authorization of BNBMG, can also sign the document,

9    but the document becomes valid upon placing of BNBMG's

10   seal.  After the completion of the business as import

11   agent, BNBMG will receive profits from the Chinese

12   customer.

13        Q     Thank you.

14              On this page, the one that we're

15   talking about, 2825 with "Baillie" at the top, it's

16   addressed to Beijing New Building Materials

17   Co., Limited.  I just want to confirm with you.  Is

18   this the address for your company:  10/F Building 4,

19   Interwest Business Center, No. 9 South Road, Suouti,

20   Haidian District, Beijing, China?

21        A     Yes.  Yes, it is the office address of

22   BNBMG.

23        Q     Have you had an opportunity during the break

24   to review each of the contracts contained within this

25   exhibit, and are you able to tell me whether each one

Confidential - Subject to Further Confidentiality Review

1             MR. LEVIN:  Could you give us the "if"?

2             THE INTERPRETER:  The interpreter would

3        like to point out that the record did record the

4        complete answer of the deponent.  The deponent

5        said, "Yes," comma, "if any."

6             MR. MOORE:  Oh, "if any."

7             MR. LEVIN:  Okay.

8             MR. MOORE:  Yeah.  Okay.  Thank you.

9   BY MR. LEVIN:

10       Q    And then my next question is:  Is it a fact,

11  sir, that contact has been made to BNBMG by United

12  States business organizations through that website?

13       A    No.

14            MR. LEVIN:  Let's identify these

15       exhibits, please.

16            MS. DUGGAN:  Turning back for a moment

17       to Exhibit 164, on our original letter,

18       Mr. Moore, regarding these translations, I

19       believe that this exhibit was on the list that

20       we provided and your response was you did not

21       have any red-lines to the English version of the

22       contract.  But if you would like another

23       opportunity to review it, that's fine.

24            MR. MOORE:  You're talking about this

25       Alibaba?

Confidential - Subject to Further Confidentiality Review

1           stipulation that was agreed to in 222?

2                    MR. MOORE:  Same stipulation.

3                    MR. LEVIN:  And all the other documents?

4                    MR. MOORE:  Yes.  Yes.

5      BY MR. LEVIN:

6           Q     Sir, are you familiar with this document?

7           A     I am familiar.

8           Q     And have you seen this document within the

9      normal course of your business activities at BNBMG?

10          A     Yes.

11                   MR. LEVIN:  Subject to my comments at

12             the end of this deposition, he's your witness.

13                   MR. MOORE:  Oh, thank you.

14                   MR. LEVIN:  I give him back to you.

15                   MR. MOORE:  Thank you.

16                        EXAMINATION

17     BY MR. MOORE:

18          Q     Mr. Zhao, I have a few questions for you.

19     It shouldn't take too long.

20                   Have you held your position as deputy

21     general manager of BNBM Group since early 2003?

22          A     Yes.

23          Q     Are you responsible for the daily operation

24     and management of corporate internal affairs and legal

25     matters?

Confidential - Subject to Further Confidentiality Review

```
 1       A     Yes.

 2       Q     Since 2005, has BNBM Group had any equity

 3   interest in BNBM PLC?

 4       A     No.

 5       Q     Does BNBM Group have any ownership interest

 6   in Taishan?

 7       A     No.

 8       Q     Since you've been the deputy general manager

 9   of BNBM Group, has BNBM Group had any overlapping

10   officers or employees with Taishan?

11       A     No.

12       Q     Do BNBM Group and BNBM PLC have any

13   overlapping employees, officer or directors?

14       A     BNBM Group and BNBM PLC do not have any

15   overlapping employees, officers and directors.

16       Q     Has BNBM Group ever funded Taishan's

17   operations?

18       A     No.

19       Q     Has BNBM Group ever funded BNBM PLC's

20   operations?

21       A     No.

22       Q     Has BNBM Group ever paid for any of

23   Taishan's expenses?

24       A     No.

25       Q     Has BNBM Group ever paid for any of
```

Confidential - Subject to Further Confidentiality Review

1     BNBM PLC's expenses?

2         A       No.

3         Q       Has BNBM Group ever paid for any of

4     Taishan's losses?

5         A       No.

6         Q       Has BNBM Group -- no.

7                 Has BNBM Group ever paid for any of

8     BNBM PLC's losses?

9         A       No.

10        Q       Has BNBM Group ever paid for any of

11    Taishan's employees' salaries?

12        A       No.

13        Q       Has BNBM Group ever paid for any of

14    BNBM PLC's employees' salaries?

15        A       No.

16        Q       Has BNBM Group ever shared any office space,

17    secretarial staff or office supplies with Taishan?

18        A       No.

19        Q       Has BNBM Group ever shared any office space,

20    secretarial staff or office supplies with BNBM PLC?

21        A       No.

22        Q       Has BNBM Group ever authorized Taishan to

23    act as an agent of BNBM Group in entering into

24    contracts that bind BNBM Group?

25                MR. LEVIN:  Objection to form, calls for

Confidential - Subject to Further Confidentiality Review

```
 1          a legal conclusion.

 2                  (Translation.)

 3                  MR. LEVIN:  Objection to form, calls for

 4          a legal conclusion.

 5                  MR. MOORE:  You can answer.

 6                  THE WITNESS:  Can you repeat?

 7                  (Translation.)

 8     A      No.

 9  BY MR. MOORE:

10     Q      Has BNBM Group ever authorized BNBM PLC to

11  act as an agent of BNBM Group in entering into

12  contracts that bind BNBM Group?

13                  MR. LEVIN:  Objection, calls for a legal

14          conclusion.

15     A      No.

16                  MR. LEVIN:  Objection to form.

17  BY MR. MOORE:

18     Q      Has BNBM Group ever made any loans to

19  BNBM PLC or Taishan?

20     A      No.

21     Q      Has BNBM Group ever had a joint bank account

22  with BNBM PLC or Taishan?

23     A      No.

24     Q      Does any officer, director or employee of

25  BNBM Group control the finances of BNBM PLC or
```

Confidential - Subject to Further Confidentiality Review

1    Taishan?

2         A     No.

3         Q     Has BNBM Group ever had centralized

4    accounting with BNBM PLC?

5         A     No.

6         Q     Has BNBM Group ever had centralized

7    accounting with Taishan?

8         A     No.

9         Q     Has BNBM Group ever made any undocumented

10   transfers of funds to BNBM PLC or Taishan?

11        A     No.

12        Q     Has BNBM PLC or Taishan ever made any

13   undocumented transfers of funds to BNBM Group?

14        A     No.

15        Q     Does BNBM Group have the authority to

16   withdraw money from BNBM PLC or Taishan's accounts?

17        A     No.

18        Q     Does BNBM PLC or Taishan have the authority

19   to withdraw money from BNBM Group's accounts?

20        A     No.

21        Q     Does BNBM Group share financial statements,

22   profit and loss statements or corporate accounting

23   with Taishan?

24        A     No.

25        Q     Does BNBM Group share financial statements,

Confidential - Subject to Further Confidentiality Review

1    profit and loss statement or corporate accounting with

2    BNBM PLC?

3        A    No.

4        Q    Does BNBM Group exercise any control over

5    BNBM PLC's management or operation?

6        A    No.

7        Q    Does BNBM Group exercise any control over

8    Taishan's management or operation?

9        A    No.

10       Q    Does BNBM Group manage the assets of Taishan

11   or BNBM PLC?

12       A    No.

13       Q    Do Taishan or BNBM PLC manage the assets of

14   BNBM Group?

15       A    No.

16       Q    Has BNBM Group ever funded CNBM PLC's

17   operations?

18       A    No.

19       Q    Has BNBM Group ever funded CNBM Group's

20   operations?

21       A    No.

22       Q    Has BNBM Group ever paid for any of

23   CNBM PLC's expenses?

24       A    No.

25       Q    Has BNBM Group ever paid for any of

Confidential - Subject to Further Confidentiality Review

1      CNBM Group's expenses?

2          A      No.

3          Q      Has BNBM Group ever paid for any of

4      CNBM PLC's losses?

5          A      No.

6          Q      Has BNBM Group ever paid for any of

7      CNBM Group's losses?

8          A      No.

9          Q      Has BNBM Group ever paid for any of

10     CNBM PLC's employees' salaries?

11         A      No.

12         Q      Has BNBM Group ever paid for any of

13     CNBM Group's employees' salaries?

14         A      No.

15         Q      Has BNBM Group ever shared any office space,

16     secretarial staff or office supplies with CNBM PLC?

17         A      No.

18         Q      Has BNBM Group ever shared any office space,

19     secretarial staff or office supplies with CNBM Group?

20         A      No.

21         Q      Has BNBM Group ever authorized CNBM PLC to

22     act as an agent of BNBM Group to enter into contracts

23     that bind BNBM Group?

24                 MR. LEVIN:  Objection to form, call for

25         a legal conclusion.

Confidential - Subject to Further Confidentiality Review

1      A     No.

2   BY MR. MOORE:

3      Q     Has BNBM Group ever authorized CNBM Group to

4   act as an agent of BNBM Group in entering into

5   contracts that bind BNBM Group?

6                MR. LEVIN:  Objection to form, calls for

7         a legal conclusion.

8      A     No.

9   BY MR. MOORE:

10     Q     Has BNBM Group ever had a joint bank account

11  with CNBM Group or CNBM PLC?

12     A     No.

13     Q     Does any -- okay.  Thank you.

14              Does any officer, director or employee

15  of BNBM Group control the finances of CNBM Group or

16  CNBM PLC?

17     A     No.

18     Q     Has BNBM Group ever had centralized

19  accounting with CNBM Group?

20     A     No.

21     Q     Has BNBM Group ever had centralized

22  accounting with BNBM PLC?

23     A     No.

24     Q     Has BNBM Group ever made any undocumented

25  transfers of funds to CNBM Group or CNBM PLC?

Confidential - Subject to Further Confidentiality Review

```
 1        A       No.

 2        Q       Has CNBM Group or CNBM PLC ever made any

 3   undocumented transfers of funds to BNBM Group?

 4        A       No.

 5        Q       Does BNBM Group have the authority to

 6   withdraw money from CNBM Group or CNBM PLC's accounts?

 7        A       No.

 8        Q       Does CNBM Group or CNBM PLC have the

 9   authority to withdraw money from BNBM Group's

10   accounts?

11        A       Not that either.

12        Q       Okay.  Does BNBM Group share financial

13   statements, profit and loss statements or corporate

14   accounting with CNBM PLC?

15        A       They do not share that.

16        Q       Does BNBM Group share financial statements,

17   profit and loss statements or corporate accounting

18   with CNBM Group?

19        A       They do not share that.

20        Q       Does BNBM Group exercise any control over

21   CNBM Group's daily operations?

22        A       No.

23        Q       Does BNBM Group exercise any control over

24   CNBM PLC's daily operations?

25        A       No.
```

Confidential - Subject to Further Confidentiality Review

1      Q      Does BNBM Group manage the assets of

2   CNBM PLC or CNBM Group?

3      A      They do not manage that.

4      Q      Do CNBM PLC or CNBM Group manage the assets

5   of BNBM Group?

6      A      They do not manage that.

7      Q      Do you remember Mr. Levin asking you a

8   question -- Mr. Levin, my apologies -- asking you a

9   question --

10               MR. LEVIN:  I had an uncle that was

11          "Levin."

12               MR. MOORE:  Okay.  Let me start over.

13               How do they pronounce your name in

14          Chinese?

15               THE INTERPRETER:  "Lie-win."

16               MR. LEVIN:  Don't ask him.

17               MR. MOORE:  "Lie-win," okay.  Start

18          over.

19   BY MR. MOORE:

20      Q      Do you remember Mr. Levin asking you a

21   question whether you reviewed any document related to

22   the sales of BNBM drywall in which BNBM Group served

23   as an export agent for BNBM?

24      A      Yes.

25      Q      Did you review the export agency contracts

Confidential - Subject to Further Confidentiality Review

1    for the above sales of BNBM?

2       A    I reviewed the Chinese agency agreement.

3       Q    And that was my next question:  Were those

4    export agency contracts in Chinese?

5       A    Yes.

6       Q    Let me show you what has previously been

7    marked as Exhibit 233, Exhibit 234 and Exhibit 235.

8    Do you recall from Mr. Levin's questioning that these

9    are the Alibaba inquiries that were received by

10   BNBM Group?

11      A    Yes.

12      Q    Did any of those inquiries in those three

13   exhibits ever turn into any business transaction for

14   BNBM Group?

15            MR. LEVIN:  Objection to the form.

16            (Translation.)

17            MR. LEVIN:  Objection to form.

18      A    In order to prepare for this deposition, I

19   have inquired Mr. Y-U, space, X-U-A-N-F-E-N-G.  He

20   told me that we have not completed any final

21   transaction through Alibaba's website.

22   BY MR. MOORE:

23      Q    Okay.  Let me hand you what Mr. Levin showed

24   you as Exhibit 252, and take a moment to look at the

25   chart that's on the BNBM Bates number 006515.

Confidential - Subject to Further Confidentiality Review

```
1        A    Yes.

2        Q    In your investigation as the corporate

3   representative for BNBM Group in this deposition, did

4   you determine whether or not any of those customers on

5   the list were actually situations in which BNBM Group

6   sold product or otherwise entered into a business

7   transaction with those listed customers?

8                 MR. LEVIN:  Objection to foundation.

9   BY MR. MOORE:

10       Q    And I'm only interested in those customers

11  listed that are United States customers.

12       A    In order to prepare for this deposition, I

13  have inquired Mr. Yu Xuanfeng of the company and was

14  told that on -- on and about the marked dates on the

15  chart, we have not accomplished any actual

16  transactions with the American company reflected in

17  the chart.

18                 MR. MOORE:  Pass the witness.

19                 MR. LEVIN:  I have one document that I

20       forgot to put in.

21                 MR. MOORE:  Sure.

22                 MR. LEVIN:  253.

23                 (BG:7/15/15-7/18/15 Exhibit 253 marked.)

24                 MS. DUGGAN:  Plaintiffs are marking for

25       identification and offering into the record
```

Confidential - Subject to Further Confidentiality Review

```
 1                    REPORTER'S CERTIFICATE

 2

 3          This transcript is valid only for a transcript

 4      accompanied by my original signature and original

 5      required seal on this page.

 6          I, Michael E. Miller, Certified Court Reporter

 7      (LA Certificate #27009) in and for the State of

 8      Louisiana, as the officer before whom this testimony

 9      was taken, do hereby certify that YANMING ZHAO, after

10      having been duly sworn by me upon authority of

11      R.S. 37:2554, did testify as herein before set forth

12      in the foregoing 147 pages; that this testimony was

13      reported by me in the stenotype reporting method, was

14      prepared and transcribed by me or under my personal

15      direction and supervision, and is a true and correct

16      transcript to the best of my ability and

17      understanding; that the transcript has been prepared

18      in compliance with transcript format guidelines

19      required by statute or by rules of the board, and that

20      I am informed about the complete arrangement,

21      financial or otherwise, with the person or entity

22      making arrangements for deposition services; that I

23      have acted in compliance with the prohibition on

24      contractual relationships, as defined by Louisiana

25      Code of Civil Procedure Article 1434
```

Confidential - Subject to Further Confidentiality Review

1    and in rules and advisory opinions of the board;

2    that I have no actual knowledge of any prohibited

3    employment or contractual relationship, direct or

4    indirect, between a court reporting firm and any party

5    litigant in this matter nor is there any such

6    relationship between myself and a party litigant in

7    this matter.  I am not related to counsel or to the

8    parties herein, nor am I otherwise interested in the

9    outcome of this matter.

10

11              Signed this ___ day of _____, 2015.

12

13

14              _____

15              MICHAEL E. MILLER, FAPR, RDR, CRR

16              Certified Court Reporter

17              LA Certified Court Reporter #27009

18

19

20

21

22

23

24

25