

# Beijing New Building Materials Public Limited Company

# Annual Report 2005



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**April 13, 2006**

EXHIBIT 6

1

BNBMPLC0000288

BNBM Annual Report 2005

|  |  |  |  |  | cash dividends of 2004 |  |  |
|---|---|---|---|---|---|---|---|

# Section IV Share Capital Changes and Information on Shareholders

**I. Changes of Share Capital**

(I) Statement of Changes in Shares

Unit: 10,000 shares

|  | Before the change | | Increase/Decrease (＋，－) | | | | | After the change | |
|---|---|---|---|---|---|---|---|---|---|
|  | Quantity | Proportion (%) | New issue of shares | Bonus | Transferred from surplus reserve | Others | Sub-total | Quantity | Proportion (%) |
| **I. Non-tradable shares** |  |  |  |  |  |  |  |  |  |
| 1. Promoters' share | 34,700 | 60.33 |  |  |  |  |  | 34,700 | 60.33 |
| Including: |  |  |  |  |  |  |  |  |  |
| State-owned shares |  |  |  |  |  |  |  |  |  |
| Shares held by domestic legal persons | 34,700 | 60.33 |  |  |  |  |  | 34,700 | 60.33 |
| Shares held by foreign legal persons |  |  |  |  |  |  |  |  |  |
| Others |  |  |  |  |  |  |  |  |  |
| 2. Shares issued to legal persons |  |  |  |  |  |  |  |  |  |
| 3. Internal employees' shares |  |  |  |  |  |  |  |  |  |
| 4. Preferred shares and other non-tradable shares |  |  |  |  |  |  |  |  |  |
| **II. Listed tradable shares** |  |  |  |  |  |  |  |  |  |
| 1. RMB ordinary shares | 22,815 | 39.67 |  |  |  |  |  | 22,815 | 39.67 |
| 2. Domestic listed foreign shares |  |  |  |  |  |  |  |  |  |
| 3. Overseas listed foreign shares |  |  |  |  |  |  |  |  |  |
| 4. Others |  |  |  |  |  |  |  |  |  |
| **III. Total number of shares** | 57,515 | 100 |  |  |  |  |  | 57,515 | 100 |

(II) Information on share issuance and listing of the Company

1. In the three years before the reporting period, the Company had no share offering.

2. During the reporting period, there were no changes of share capital and structure of the Company due to equity division reform, distributions of bonus shares, conversion into additional share capital, share placement, seasoned offering, merger by absorption, conversion of convertible corporate bonds into shares, capital decrease, listing of internal employee shares, etc.

3. There were no internal shares held by employees in the Company.

**II. Information on shareholders**

(I) Number of shareholders and their shareholdings

1. The Company had a total of 56,807 shareholders at the end of the reporting period.

2. Shareholdings of the top ten shareholders of the Company at the end of the reporting period

Unit: Share

| Number of shareholders | 56,807 | | | | |
|---|---|---|---|---|---|
| **Shareholding information on the top 10 shareholders of the Company** | | | | | |
| Name of shareholder | Nature of shareholders | Shareholding ratio (%) | Total number of shares | Number of non-tradable shares | Number of pledged or frozen shares |

6

### III. Notes to Accounting Statements

## Beijing New Building Materials Public Limited Company
## Notes to 2005 Accounting Statements

### I. General Information

Beijing New Building Materials Public Limited Company (hereinafter referred to as "Company") is a limited liability company solely established by Beijing New Building Material (Group) Co., Ltd., a wholly State-owned enterprise, in May 1997 with approval document numbered "JianCaiShengChanFa [1997] No.9" from State Building Material Bureau and with approval document numbered "TiGaiSheng [1997] No.48" from State Commission for Restructuring the Economic System; on May 20, 1997, subject to approval by China Securities Regulatory Commission with the document numbered "ZhengJianFaZi [1997] No.223" and document numbered "ZhengJianFaZi [1997] No.224", the Company issued 45 million ordinary shares (i.e., A-share) to general public; on June 6, 1997, the Company was officially listed on Shenzhen Stock Exchange. The Company's registered office is located within Beijing New Technology and Industry Development Experimental Zone, its registered capital is RMB575,150,000, and its enterprise legal person business license is numbered 1100001510134.

In accordance with the reply given in the document (Guo Zi Chan Quan [2004] No.1204) issued by State-owned Assets Supervision and Administration Commission of the State Council on January 4, 2005, Beijing New Building Material (Group) Co., Ltd. (BNBM Group), the original controlling shareholder of the Company, will transfer 60.33% equity held by it in the Company (34,700,000,000 shares) to China National Building Materials Group Corporation (CNBM Group, previously known as "China National Building Material and Equipment Import and Export Company") without compensation, thus making CNBM Group the controlling shareholder of the Company.

The Company's main businesses include: technical development, technical service, technical consulting, technical training and manufacture of new building materials, new wall materials, chemical products, decorative materials, energy technologies and products, building material machinery and electrical equipment, and houses using new building materials; sale of developed products (except items not specially licensed), metal materials, building materials, decorative materials, chemical products, wood & mineral products, hardware electric products, chemical & light industry materials, and building machinery; development and utilization of environmental protection and energy-saving products; operating the export business of the Company's own products and associated technologies; operating the import business of raw & auxiliary materials, machinery equipment, instruments & meters, spare parts and associated technologies required for the Company's production and technology research; operating the Company's business of processing with imported materials and "three-plus-one" trading mix.

On June 23, 1997, the Company was recognized as a "new technology enterprise" by a relevant Beijing department, which issued an approval ceretifiicate of "New Technology Enterprise in Beijing New Technology and Industry Development Experimental Zone" ("XinZhunZi No.GFH0015").

### II. The Company's Significant Accounting Policies, Accounting Estimates and Compilation Method of Consolidated Financial Statements

**1. Accounting system**

The Company carries out "Accounting Standards for Business Enterprises", "Accounting System for Business Enterprises" and relevant supplemental provisions.

**2. Accounting year**