

# Beijing New Building Materials Public Limited Company

# Annual Report 2014

**March 2015**

EXHIBIT 9

Branch Materials, new shares (131,840,796 shares) was listed on the Shenzhen Stock Exchange on September 30, 2014.

## 2. Explanation to changes in the total number of shares and the shareholder structure of the Company and changes in the structure of the Company's assets and liabilities

√ Applicable □ Not applicable

After the Company's 2014 private placements on shares were completed, the locked-up shares of 131,840,796 shares were increased and the total number of shares reached 706,990,796 shares. The Company's net assets and total assets were increased significantly, the Company's liabilities ratio was increased and assets and liabilities structure more stable, so the Company's overall financial situation has been further improved.

## 3. Existing internal employee shares

□ Applicable √ Not applicable

## III. Information on shareholders and actual controller

### 1. Number of shareholders of the Company and shares held thereby

Unit: Share

| The total number of ordinary shareholders at the end of the reporting period | 21,236 | Total number of shareholders of ordinary shares at the end of the 5th trading day prior to disclosure of the annual report | 26,737 | The total number of preferred shareholders whose voting rights are restored at the end of the reporting period (if any) (see Note 8) | 0 |
|---|---|---|---|---|---|

| Shareholdings of stockholders holding more than 5% of shares or the top 10 stockholders ||||||||
|---|---|---|---|---|---|---|---|
| Name of shareholder | Nature of shareholders | Shareholding proportion | Number of shares held at the end of the reporting period | Changes to shareholdings in the reporting period | Number of shares held but with limited sales conditions | Number of shares held but w/o limited sales conditions | Pledged or frozen shares ||
| | | | | | | | Status of shares | Quantity |
| China National Building Material Company Limited | State-owned legal person | 45.20% | 319,532,935 | 18,162,935 | 18,162,935 | 301,370,000 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Tibet Aier Medical Investment Co., Ltd. | Domestic non-state-owned legal persons | 2.43% | 17,147,180 | | 0 | 17,147,180 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| CITIC Securities Co., Ltd. | State-owned legal person | 2.38% | 16,797,513 | | 16,787,313 | 10,200 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| National Social Security Fund - 104 Portfolio | Domestic non-state-owned legal persons | 2.01% | 14,199,997 | | 0 | 14,199,997 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Caitong Fund - China Everbright Bank - Caitong Fund- Fuchun No. 60 Asset Management Plan | Domestic non-state-owned legal persons | 1.86% | 13,183,170 | | 13,183,170 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| National Social Securities Fund 501 Group | Domestic non-state-owned legal persons | 1.85% | 13,080,845 | | 13,080,845 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Essence Securities | Domestic non-state-owned legal persons | 1.85% | 13,068,296 | | 13,068,121 | 175 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Ping An UOB Fund ——Ping An Bank——Ping An Trust ——Ping An Fortune ——Chuangying Phase II No .11 Collective Funds Trust | Domestic non-state-owned legal persons | 1.85% | 13,062,313 | | 13,062,313 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Everbright Financial Holdings (Shanghai) Investment Center (limited partnership) | Domestic non-state-owned legal persons | 1.85% | 13,060,447 | | 13,060,447 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| China Pacific Insurance (Group) Co., Ltd. — Dividend—Personal Dividend | Domestic non-state-owned legal persons | 0.97% | 6,835,983 | | 6,835,983 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Strategic investors or general legal persons promoted to top 10 shareholders due to new share placements (if any, see Note 3) | None ||||||||
| Relationship or concerted action among the above shareholders | The controlling shareholder China National Building Material Company Limited is not related to any of the other shareholders, nor does it act in concert with any of them as described in the Measures for the Administration of Disclosure of Changes in Shareholders' Equity of Listed Companies; it is unknown whether any of the other shareholders is related to or acts in concert with any of the remaining shareholders. ||||||||
| Shareholdings of the top 10 non-restricted shareholders ||||||||
| Name of shareholder | Number of shares without limitations on sale held at the end ||| Type of shares |||||

50