

# CNBM

# China National Building Material Company Limited*

# 中 國 建 材 股 份 有 限 公 司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock Code: 3323)

## China National Building Material Company Limited*
## ARTICLES OF ASSOCIATION

### CONTENTS

Chapter 1 General Provisions — 3

Chapter 2 Objectives and Scope of Business — 5

Chapter 3 Shares and Registered Capital — 6

Chapter 4 Reduction of Capital and Repurchase of Shares — 10

Chapter 5 Financial Assistance for the Acquisition of Shares in the Company — 13

Chapter 6 Share Certificates and Register of Shareholders — 15

Chapter 7 Rights and Obligations of Shareholders — 22

Chapter 8 General Meeting — 26

Chapter 9 Special Procedures for Voting by Class Shareholders — 37

Chapter 10 The Board of Directors — 41

Chapter 11 Independent Directors — 46

EXHIBIT 11

**Article 7.5**  In addition to obligations imposed by laws or administrative regulations or required by the listing rules of the stock exchange on which the shares of the Company are listed, a controlling shareholder shall not exercise his voting rights in a manner prejudicial to the interests of all or some of the shareholders of the Company:

(1) to relieve a Director or supervisor of his duty to act honestly in the best interests of the Company;

(2) to approve the expropriation by a Director or supervisor (for his own benefit or for the benefit of another person), in any guise, of the Company's assets, including (without limitation) opportunities beneficial to the Company;

(3) to approve the expropriation by a Director or supervisor (for his own benefit or for the benefit of another person) of the individual rights of other shareholders, including (without limitation) rights to distributions and voting rights save in respect of a company restructuring submitted to the general meeting of shareholders for approval in accordance with these Articles of Association.

**Article 7.6**  The term "controlling shareholder" referred to in the preceding article means a person who satisfies any one of the following conditions:

(1) he alone, or acting in concert with others, has the power to elect more than half of the Board members;

(2) he alone, or acting in concert with others, has the power to exercise or to control the exercise of 30% or more of the voting rights in the Company;

(3) he alone, or acting in concert with others, holds 30% or more of the issued and outstanding shares of the Company;

(4) he alone, or acting in concert with others, in any other manner controls the Company in fact.

(13) to consider proposals submitted by shareholders holding not less than 5% of the Company's voting shares;

(14) to consider other matters required by laws, administrative regulations and these Articles of Association to be resolved upon by general meeting of shareholders.

The general meeting may authorize or delegate the Board to deal with such matters as may be authorized or delegated by it.

**Article 8.3** Unless prior approval is obtained at a general meeting, the Company shall not enter into any contract with any person other than the Directors, supervisors, general managers and other senior management members pursuant to which such person shall be responsible for managing the whole or any material part of the Company's business.

**Article 8.4** There shall be annual general meetings and extraordinary general meetings of shareholders. A general meeting of shareholders shall be convened by the Board.

Annual general meetings of shareholders shall be held once every year, with each annual general meeting to be held within six months after the end of the previous accounting year.

The Board shall convene an extraordinary general meeting of shareholders within two months of the occurrence of one of the following circumstances:

(1) the number of Directors is less than the number required by the Company Law or less than two-thirds of the number required by these Articles of Association;

(2) the uncovered losses of the Company amount to one third of its total share capital;

(3) shareholders holding not less than 10% of the Company's issued voting shares request in writing that an extraordinary general meeting be held;

(4) the Board considers it necessary or the Supervisory Committee proposes that such a meeting should be held.

**Article 8.14**  Any form issued to a shareholder by the Board for use by him for appointing a proxy shall allow the shareholder to freely instruct the proxy to vote in favour of or against each of the resolutions relating to the matters to be considered at the relevant meeting. Such form shall contain a statement that in the absence of instructions by the shareholder, his proxy may vote as he thinks fit.

**Article 8.15**  Where the appointer has deceased or has been incapacitated from acting or has withdrawn the appointment of his proxy or the power of attorney under which the instrument appointing his proxy has been signed, or where the relevant shares have been transferred, a vote given by such proxy in accordance with such instrument shall remain valid provided that no written notice thereof has been received by the Company prior to the commencement of the relevant meeting.

**Article 8.16**  There shall be two types of resolutions of shareholders' general meetings, namely ordinary resolutions and special resolutions.

For an ordinary resolution to be passed at a general meeting, more than half of the voting rights represented by the shareholders present at the meeting in person or by proxy shall have been exercised in favour of such resolution.

For a special resolution to be passed at a general meeting, more than two-thirds of the voting rights represented by the shareholders present at the meeting in person or by proxy shall have been exercised in favour of such resolution.

**Article 8.17**  A shareholder (including his proxy) when voting at a shareholders' general meeting may exercise voting rights in accordance with the number of shares carrying such voting rights represented by him and shall have one vote for each such share.

**Article 8.21**  In case of an equality of votes (whether on a show of hands or on a poll), the chairman shall have a second vote.

**Article 8.22**  The following shall be approved by an ordinary resolution passed at a shareholders' general meeting:

> (1) work reports of the Board and the Supervisory Committee;
>
> (2) plans formulated by the Board for distribution of profits and for making up losses;
>
> (3) the removal of members of the Board and the Supervisory Committee and their remuneration and the methods of payment thereof;
>
> (4) the Company's annual financial budgets and final accounts, balance sheets, income statements and other financial statements;
>
> (5) matters other than those required by the laws and administrative regulations or by these Articles of Association to be approved by special resolutions.

**Article 8.23**  The following matters shall be approved by a special resolution passed at a shareholders' general meeting:

> (1) increase or reduction of the share capital of the Company and issue by the Company of shares of any class, warrants or other similar securities;
>
> (2) issuance of bonds of the Company;
>
> (3) any spin-off, merger, dissolution or liquidation of the Company;
>
> (4) amendments to these Articles of Association;
>
> (5) any other matters considered by the shareholders' general meeting, by way of an ordinary resolution, to be likely to have a material impact on the Company and as matters requiring approval by a special resolution.

Article 9.8    Save for shareholders of shares of other classes, the shareholders of domestic shares and shareholders of overseas listed foreign shares are deemed to be different classes of shareholders.

The special procedures for voting by class shareholders shall not apply in the following circumstances:

(1) where the Company issues, upon approval by a special resolution at a shareholders' general meeting, domestic shares and overseas listed foreign shares every twelve (12) months, either separately or concurrently, and the respective numbers of domestic shares and overseas listed foreign shares proposed to be issued do not exceed 20% of the respective numbers of the issued and outstanding domestic shares and overseas listed foreign shares;

(2) where the Company's plan to issue domestic shares and overseas listed foreign shares at the time of its incorporation is carried out within fifteen (15) months from the date of approval by the securities regulatory authorities under the State Council.

## CHAPTER 10 THE BOARD OF DIRECTORS

Article 10.1   The Company shall establish a Board which is responsible to and reports on its work to shareholders' general meeting. The Board consists of thirteen (13) Directors. The Board shall comprise one (1) Chairman and twelve (12) Directors, including five (5) independent non-executive Directors.

Article 10.2   Directors shall be elected at the shareholders' general meeting. The term of office of the Directors shall be three (3) years, commencing from the date on which his/her election comes into effect. Upon expiration of the current term of office, a Director may serve consecutive terms if re-elected upon the expiration of his/her term of office.

A notice of the intention to propose a candidate for election as a Director and a notice by such candidate stating his/her willingness to be elected shall be given to the Company at least seven (7) days in advance.

The period for the delivery of the aforesaid notices shall commence from the date when a notice of meeting in respect of such election is dispatched and end no later than seven (7) days prior to the date of such meeting.

The Chairman shall be elected and removed by votes of more than one-half of all Directors. The term of office of the Chairman shall be three (3) years. Chairman may serve consecutive terms if re-elected upon the expiration of his/her term of office.

The shareholders' general meeting may by ordinary resolution remove any Director before the expiration of his/her term of office (but without prejudice to such Director's right to claim damages according to any contract), subject to full compliance with the relevant laws and administrative regulations.

The Directors shall not be required to hold shares of the Company.

**Article 10.3** The Board shall be responsible to the shareholders' general meeting and exercise the following functions and powers:

(1) to convene shareholders' general meetings and report on its work to the shareholders' general meeting;

(2) to implement the resolutions of shareholders' general meetings;

(3) to decide on the Company's operation plans and investment plans;

(4) to formulate the Company's plans on annual financial budgets and final accounts;

(5) to formulate the Company's plans for profit distribution (including plans for payment of dividends at the end of year) and making up the losses;

(6) to formulate the debt and financial policies of the Company, the proposal for increasing or decreasing the registered capital of the Company and issuance of bonds of the Company;

(7) to formulate plans for substantial acquisition or disposal of the Company and proposals for merger, division and dissolution of the Company;

(8) to determine the establishment of the Company's internal management structure;

(9) to appoint or dismiss general managers and, based on the nomination by the general manager, to appoint or dismiss deputy general manager and responsible persons in charge of financial affairs the Company and to determine upon matters concerning their remunerations;

(10) to formulate the basic management system of the Company, including financial and personnel management systems;

(11) to formulate proposals for amendment to the Articles of Association.

Where the Board makes a resolution in respect of the above matters, except for the Board resolutions in respect of the matters specified in paragraphs (6), (7) and (11) of this Article which shall be voted on and passed by not less than two-thirds of the Directors, the Board resolutions in respect of all other matters may be voted on and passed by more than one-half (50%) of the Directors.

**Article 10.4**  In cases where the expected value of fixed assets proposed for disposal by the Board, when aggregated with value of fixed assets disposed within four (4) month before the proposed disposal, exceeds 33% of the fixed assets value shown in the latest balance sheet considered at the shareholders' general meetings, the Board shall not dispose or agree to dispose such fixed assets without prior approval of the shareholders' general meeting.

The disposal of fixed assets referred in this Article includes (among other things) the transfer of certain interests in assets, but does not include the provision of guarantees created over fixed assets.

The validity of transactions regarding disposal of fixed assets by the Company shall not be affected due to a breach of the first paragraph of this Article.

**Article 10.5**  The Chairman shall exercise the following functions and powers:

    (1) to preside over shareholders' general meetings, and to convene and preside over Board meetings;

    (2) to check on the implementation of resolutions of the Board;

    (3) to sign the securities issued by the Company;

    (4) to exercise other functions and powers as conferred by the Board.

In cases where the Chairman is unable to perform his/her functions and powers, the Chairman may designate other Directors to perform such functions and powers on his/her behalf.

**Article 10.6**  Meetings of the Board shall be held at least four times (including two regular meetings) a year, which shall be convened by the Chairman. All of the Directors shall be notified of the meetings fourteen (14) days before the date of such regular meetings.

In case of emergencies, an extraordinary Board meeting may be convened if proposed by more than one-third (including one-third) of the Directors or the general manager of the Company.

**Article 10.7**  Notices of extraordinary Board meetings should be delivered by hand, post, facsimile or email, or by phone, provided that a written confirmation is received afterward from the person being notified.

Time limit for such notices: five (5) days prior to the date of the meeting.

**Article 10.8**  The Board meetings may not be held unless not less than one-half of all Directors are present.

Each Director shall have a vote. Any resolution of the Board shall be adopted by the affirmative votes of more than one-half of all Directors.

In case of a tie vote, the Chairman shall have a second vote.