Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON |
| | MAG JUDGE WILKINSON |

- - -

MAY 18, 2015

- - -

CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

- - -

Videotaped deposition of EAC & SONS CORPORATION, BY EDGAR A. CHAPARRO, held at Hilton Hotel, 6001 Destination Parkway, Orlando, Florida at 1:41 p.m., on the above date, before Joan L. Pitt, Registered Merit Reporter, Certified Realtime Reporter, and Florida Professional Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

**EXHIBIT 15**

Confidential - Subject to Further Confidentiality Review

Page 6

```
 1      Joan Pitt and will now swear in the witness.
 2            THE COURT REPORTER:  Let me have you raise your
 3      right hand, sir.  Do you swear or affirm the
 4      testimony you give will be the truth, the whole
 5      truth, and nothing but the truth?
 6            THE WITNESS:  I do.
 7            THE COURT REPORTER:  Thank you.
 8            EDGAR A. CHAPARRO, called as a witness by the
 9   Plaintiffs' Steering Committee, having been first duly
10   sworn, testified as follows:
11                     DIRECT EXAMINATION
12   BY MR. MONTOYA:
13      Q.   Tell us your name, please, sir.
14      A.   My name is Edgar A. Chaparro.
15      Q.   Mr. Chaparro, what do you do for a living?
16      A.   I am a builder.
17      Q.   A builder and developer?
18      A.   No, just a builder.
19      Q.   Okay.  How long have you been a builder for?
20      A.   I believe since 1999, 1998.
21      Q.   Are you a licensed general contractor?
22      A.   No, I'm not.  No, I'm not.
23      Q.   Okay.  What types of things do you build?
24      A.   I normally do multi-family complex and student
25   housing, the trade of drywall.
```

Confidential - Subject to Further Confidentiality Review

Page 7

```
 1      Q.   What's your experience and background in
 2   drywall specifically?
 3      A.   I've been working in the construction industry
 4   for the last 35, 40 years.  I started with my brother as
 5   a corporation of remodeling in the Caribbean.  While I
 6   was studying in education in engineering, I was doing
 7   side work with him, and that's how we met drywall and
 8   understand what drywall is.
 9      Q.   How long have you been using drywall for in
10   your -- as part of your work?
11      A.   I can say roughly 20 some years.
12      Q.   Could you summarize your educational background
13   for us?  Did you go to high school?
14      A.   I graduated from high school and I studied four
15   years of engineering.  I've got six credits more to
16   finish in engineering.  And the conditions in the island
17   were not that good, so I moved to the United States.  I
18   was born here in the United States.  So since then, I've
19   been here for the last 24 years.
20      Q.   Aside from building, what other work have you
21   done?
22      A.   You name it.  From sales, any kind of sales, to
23   even remodeling, all type of constructions.  What can I
24   supplement to that?  None that I record.
25      Q.   Okay.  You're here today because you own a
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 8

1  company called EAC & Sons Corporation?
2    A.    That's correct.
3    Q.    Is that still an active company?
4    A.    It is.
5    Q.    It's a Florida corporation?
6    A.    It is.
7    Q.    What was EAC & Sons formed for?
8    A.    EAC & Sons stands for my name, Edgar A.
9  Chaparro.
10    Q.    Was it formed for construction or building and
11  development?
12    A.    It was formed for the intent to start beginning
13  a construction company specialized in the drywall side.
14    Q.    What's your position with EAC?
15    A.    I am the president of the corporation.
16    Q.    Who else works with you at EAC?
17    A.    My personnel.  I've got my assistant, I've got
18  my accountant, and my wife also works in the office.
19    Q.    What's your current business address?
20    A.    Current address is 1142 East Donegan Avenue,
21  Kissimmee, Florida 34744.
22    Q.    You were served with a subpoena in this case.
23  I'm going to mark it as Exhibit 1.
24        (Chaparro Exhibit No. 1 was marked for
25  identification.)

Confidential - Subject to Further Confidentiality Review

Page 24

1  employees or subsidiaries, sublieutenants, from the
2  general manager of CNBM.
3      Q.  And there was an interpreter there for you?
4      A.  Yes, always.
5      Q.  What -- when -- what city were you in?
6      A.  We were in Beijing.
7      Q.  Okay.  Did you get invited out to Beijing by
8  BNBM?
9      A.  Of course.
10     Q.  Tell us how that occurred.
11     A.  I believe that there's one of the letters that
12 is on the file.  They -- they invite you.  You have to
13 request an invitation to go to China.  You cannot just
14 show up, unless you're going on nonbusiness and
15 recreational, you don't need a visa, but if you're going
16 to do any kind of business, you need a visa.
17         So we requested the visa in New York, and they
18 provided it to us.  Wang Bing -- I think the original
19 one was Cai Kai, the one that sent the letter, the
20 original letter on the first time to invite us to meet
21 with BNBM.
22     Q.  Did you contact Cai Kai, or did he contact you?
23 How did the relationship between?
24     A.  I was searching into the -- the Internet to
25 looking for materials, and I find out that BNBM was the

Confidential - Subject to Further Confidentiality Review

Page 25

1  only company that have the certification from UL in the
2  entire country outside the United States.  It was not
3  viable for me to bring the material from LaFarge in
4  Europe, because the Euro was 1.6 compared to the
5  American dollar, so it was better to look to the other
6  side, to the eastern, and looking into China, and find
7  out that BNBM produced -- they already have produced
8  material to the United States, and they were certified.
9  It's the only company that I find out on UL Laboratories
10 that was certified by UL Laboratories to produce
11 materials certified by UL.
12     Q.   Do you recall what website you were on that
13 showed that BNBM had UL certifications?
14     A.   I think it's UL.com or one of the others.
15 Yeah, it's related to UL Laboratories.
16     Q.   Why was the UL certification important to you?
17     A.   Why was it important to me?  Because I didn't
18 want to have any inconvenience with the material
19 whatsoever.  So my main reason to have certification
20 from a company that certify the majority of the products
21 in the United States, and if I have that certification,
22 that made me feel a lot more comfortable bringing it in
23 from China, knowing that in the prior past or present
24 there's a lot of materials that come from China that you
25 can see in the news that they come in defective, or they

1   come in with too many lead, or so many other products
2   that we don't allow in the United States, and the only
3   main reason is that, you know, that security, to put it
4   that way.
5       Q.   When you did this Internet search and you found
6   the UL certification through -- for BNBM, was this in
7   2005?
8       A.   That was in 2005, yes.
9       Q.   What was your next step after that?  Did you
10  get in touch with BNBM?
11      A.   I get in touch through a person that I know
12  which live in front of me.  His name is John White.
13  John White is Chinese originally.  He's a US citizen.
14      Q.   Is it White, W-h-i-t-e?
15      A.   White, yes.
16      Q.   Okay.
17      A.   He was the one that helped me out because he
18  knows the communication and he knows the language in
19  Chinese.  So he made the original step to find -- led me
20  through to find out the way to communicate with them.
21      Q.   Then what happened after that?
22      A.   After that, we have the -- as I told you, we --
23  he sent a letter to BNBM.  BNBM sent us the invitation
24  and we -- and then I went with him to China and
25  generated the first contract, get the material, and send

Confidential - Subject to Further Confidentiality Review

Page 27

1  it over here.
2      Q.   So your first trip to China was in late 2005?
3      A.   Late 2005.
4      Q.   What was going on with the drywall market in
5  the United States at that time?
6      A.   We were in allocation.  There was so much boom
7  in the housing market that there was not enough supply
8  from US material for the demand on the -- on the market.
9  This is not the first time it happened.  Before it
10 happened -- it happened in 2004.  It happened in 1999.
11 It's a kind of cycle.  It happened every four or five
12 years.
13     Q.   And allocation, to you, means what?
14     A.   Allocation is shortage of material.  And why
15 they call it allocation is that they allocate the
16 material for amount through all -- all the customers.
17 For example, USG or Celotex or Lafarge, anybody that
18 manufactures drywall-related material, when this kind of
19 situation happened and the demand is so high, they call
20 it allocation is because they allocate the amount.
21          Let's say, for example, normally yards have a
22 quote.  So every month they receive a quote based on
23 their sales.  If they increase the sale, their quote
24 raise, raise up.  However, when the -- when the shortage
25 started, then they go into allocation, and what they do,

Confidential - Subject to Further Confidentiality Review

Page 28

1  based on the amount that all yards sells, they allocate
2  the amount through all those yards and all those
3  companies that sell the material.
4      Q.   Did you have any direct communications with
5  BNBM in that late 2005 time frame that John White had
6  set up the meeting for?
7      A.   Uh-huh.
8      Q.   Is that a yes?
9      A.   What did you say?  Say if for me again.
10          MR. NICKEL:  Object to the form.
11     Q.   Did you have any communications directly with
12 BNBM after John White made the initial contact?
13     A.   No.  No.
14     Q.   Everything went through Mr. White?
15     A.   Mr. White started the negotiation until -- and
16 then we fly right after.  Very, very, very short period
17 that John White.  Was maybe one or two weeks that I
18 worked with him.  Other than that, after that, I took
19 over.
20     Q.   Did Mr. White speak Chinese?
21     A.   Yes.
22     Q.   Okay.  Did you go with anybody else to China to
23 visit with BNBM in that first visit?
24     A.   No.
25     Q.   Who did you meet with -- first of all, what

Confidential - Subject to Further Confidentiality Review

Page 57

1    Q.   Sir, have you ever seen Exhibit 3 before?
2    A.   No.
3    Q.   My understanding is it's a translation, but are
4 you aware of any export agency agreement between the
5 parties listed in Exhibit 3, Beijing New Building
6 Materials Public Limited Company, as the authorizing
7 supplier, or the exporter in Paragraph 2, Beijing New
8 Building Material (Group) Co., Ltd.?
9          MR. NICKEL:  Object to form.
10   A.   Will you please rephrase the question,
11 because I don't understand what you're asking?
12   Q.   Sure.  Are you aware of an export agency
13 agreement between the parties listed in Exhibit 3, which
14 are Beijing New Building Materials Public Limited
15 Company and Beijing New Building Material (Group) Co.,
16 Ltd.?
17   A.   No, I'm not.
18   Q.   If you look at Exhibit 3, it references
19 Contract No. E-GB05118 at Roman Numeral II on the first
20 page.
21   A.   First page?  Exhibit 3?
22   Q.   Yes.
23   A.   "Signing"?
24   Q.   See where it says Roman Numeral II, "Authorized
25 exportation items"?

Confidential - Subject to Further Confidentiality Review

Page 58

1    A.   Yes.

2    Q.   And then if you look at No. II, it says:
3  "Specification and technological standards: Same as
4  Sales Contract No. E-GB051118."

5    A.   That's correct.

6    Q.   Is that the same contract number as your
7  contract, EAC & Sons Corporation's contract, at
8  Exhibit 2 that we previously looked at?

9    A.   I'm not aware of that, but let me double-check
10  here.

11       It is.

12    Q.   Were you ever advised of an export agency
13  agreement between BNBM for Exhibit 2 and your sales
14  contract and the two Beijing -- the two BNBM entities,
15  Beijing New Buildings Materials Public Limited Company
16  and Beijing New Building Material (Group) Co., Ltd.?

17    A.   No.

18    Q.   Okay. When you were doing business -- we've
19  been talking about BNBM. Did you make -- which entity
20  did you believe you were doing business with? Was it
21  the entity named in your sales contract, Beijing New
22  Building Materials Co., Ltd?

23    A.   I believe so, yes.

24    Q.   And you have documents in your file that
25  indicate -- that have a letterhead?

Confidential - Subject to Further Confidentiality Review

Page 61

1  Q.  Okay.  Do you know if you did business with a
2  company named Beijing New Building Material (Group) Co.,
3  Ltd.?
4       MR. NICKEL:  Objection.  Form.
5  A.  Not that I'm aware of, and if it happened, it
6  would happen after my original contract.
7  Q.  Okay.  When you look at Exhibit 3, No. 2, that
8  lists the exporter, Party B, it lists Beijing New
9  Building Material (Group) Co., Ltd.; correct?
10 A.  That's correct.
11 Q.  And that party, we'll call it (Group) Co.,
12 Ltd., has the same address as Party A; right?  Beijing
13 New Building Materials Public Limited Company?
14      MR. NICKEL:  Objection.  Form.
15 A.  That's correct.
16 Q.  If we look at Exhibit 3, the telephone number
17 is listed as -- for Beijing New Building Material
18 (Group) Co., Ltd., is listed at 010-82918788 on
19 Exhibit 3; is that correct?
20 A.  That's correct.
21 Q.  And then if we look at your sales contract,
22 Exhibit 2, the phone number that is listed there is
23 listed as 0086 and then 010-82918788; is that correct?
24 A.  That's correct.
25 Q.  Okay.  And what does the 0086 mean in the phone

Confidential - Subject to Further Confidentiality Review

Page 67

1 through EAC --
2     A.    Yes.
3     Q.    -- EAC & Sons, what was your involvement, if
4 any, in subsequent transactions with BNBM?
5     A.    I pretty much was, you know, representing Davis
6 Construction Supply in the generating of the contract
7 for the long-term exclusivity of the product and
8 subsequently the shipping of the second and third boat.
9     Q.    One thing I didn't ask you was, about the
10 initial sales contract, Exhibit 2, who drafted
11 Exhibit 2?
12    A.    I believe that was BNBM drafted it.  I was
13 present when they were drafting it, so we were giving
14 the input, but it was pretty much them the one that
15 drafted it.
16    Q.    Who on -- who was the point person, in other
17 words, the person in charge for BNBM, as it related to
18 negotiating the contract?
19    A.    Cai Kai.
20    Q.    Cai Kai?
21    A.    (Nodding head.)
22    Q.    Is that yes?
23    A.    Yes.
24    Q.    Okay.  I asked you about further transactions
25 that you were involved in.  You mentioned the second and

Confidential - Subject to Further Confidentiality Review

Page 128

1  that entity that we've been referring to all day as BNBM
2  is BNBM -- I'm sorry -- Beijing New Materials Public
3  Limited Company, or BNBM PLC?
4      A.   Well, they're both.  On my case, the original
5  one was the nonpublic limited company and the second one
6  was the -- the public company.
7      Q.   Okay.  It was your testimony today that at some
8  point in time during your dealings with what we'll call
9  BNBM, the Public Limited Company was formed or split off
10 or whatever?
11     A.   That's correct.  They split off from the
12 original company to a public company.
13     Q.   Okay.  But the people that you dealt with at
14 what we're calling BNBM did not change --
15     A.   No.
16     Q.   -- other than as you described in your
17 testimony today; is that right?
18     A.   They didn't.  They never changed.
19     Q.   Did you ever deal with anybody at Beijing New
20 Building Material (Group)?
21     A.   Not that I'm aware of.
22     Q.   One thing I was a little unclear about is the
23 relationship between your company, EAC & Sons, and
24 Davis.  Can you -- can you explain the relationship
25 between those two companies for us?

Confidential - Subject to Further Confidentiality Review

Page 134

1  Q. So let's make sure we have the order correct.
2  I believe what you testified to earlier is that you
3  found a company called BNBM through Internet searches;
4  is that correct?
5  A. That is correct.
6  Q. And you were drawn to BNBM because they had a
7  drywall product that had UL certification; is that also
8  correct?
9  A. In part, yes.
10 Q. And then I believe you testified that you had
11 Mr. White reach out to BNBM?
12 A. Yes. As I told you, I met Mr. White prior to
13 this -- this business, and I knew that he was Chinese,
14 and I knew that he knows the language, and I talked to
15 him because we were involved in some other business
16 prior to this, and I asked him if he can help me out,
17 facilitate to get the contact with BNBM.
18 Q. Before you found BNBM on the Internet, did --
19 did you have any knowledge of a company called BNBM or
20 Beijing New Building Materials in the name?
21 A. No.
22 Q. Before you found BNBM on the Internet, did any
23 company with the name BNBM or Beijing New Building
24 Materials in its name send you any kind of samples or
25 flyers or mailers? Anything?

Confidential - Subject to Further Confidentiality Review

Page 135

1    A.    No.

2    Q.    And the invitation that you were referring to
3  earlier that came from BNBM that invited you to come to
4  China, you and Mr. White, that was an invitation that
5  you actually needed to get a visa; correct?

6    A.    To get a -- I guess you need it to get a
7  business visa, not in order to get into China. As I
8  explained before, you can go as a tourist to China and
9  you don't need even a visa. You just go to the -- you
10  know, you need a visa, but you don't have to apply for
11  it or get in a letter to -- in order to get a visa. You
12  just go to New York, go to the embassy in New York of
13  China, and tell them that you want to visit the country,
14  and they'll issue a visa as a -- as a tourist.

15    Q.    And did you obtain a tourist visa to go to
16  China, or did you obtain a business visa to go to China?

17    A.    I don't recall specifically which one we choose
18  to pull out first. I don't recall what -- specifically
19  which one. I think that we took the letter, so I don't
20  know if the China decided to issue as a business visa or
21  as a pleasure visa. One or the other, but I don't
22  recall.

23    Q.    But you took the letter that came from China --
24    A.    Yes.
25    Q.    -- from BNBM?

Confidential - Subject to Further Confidentiality Review

Page 144

1 company, EAC, or Mr. Davis' company, each one of those
2 contracts were negotiated entirely in China; is that
3 correct?
4   A.   Not entirely.  We -- me and Stefan after
5 discussion and Stefan have some input from some
6 professionals in the area here in the United States.  So
7 to say that the entire contract was drafted in China, I
8 don't know.
9   Q.   I just want to make sure I have your testimony
10 correct.  Whenever you and Mr. Davis were negotiating
11 any contracts with one of the BNBM entities, you
12 traveled to China to handle those negotiations; correct?
13   A.   I traveled to China.  The -- the primary reason
14 was not the contract per se.  It was normally to oversee
15 the operation, the manufacturing of the material.  That
16 while I was there, there were some conversation in
17 relationship to the contract for the long-term and the
18 exclusivity to it, yes.
19   Q.   And nobody from BNBM ever came to America and
20 negotiated a contract with you here in America; correct?
21   A.   No.
22   Q.   And you don't know of anybody from BNBM that
23 came to America to negotiate a contract with Mr. Davis,
24 either; correct?
25   A.   None that I'm aware of.

Confidential - Subject to Further Confidentiality Review

Page 155

1   Type X?  You bought Type C; correct?
2       A.   No.
3       Q.   Did you buy moisture-resistant Type X?
4       A.   No.
5       Q.   Okay.  So what kinds of drywall did you buy
6   from BNBM PLC?
7       A.   5/8 Type X and 1/2".
8       Q.   And the 1/2" was not Type X?
9       A.   It's not Type X.
10      Q.   What does the Type X mean?
11      A.   It's the amount of resistance to fire.
12      Q.   So Type X is a fire retardant?
13      A.   Fire retardant, actually.  Fire retardant
14  board.  You can buy 5/8 regular.  It doesn't have the
15  retardant.  It doesn't give you the retardant time frame
16  that is specifically on the -- on the drawings to
17  provide the time frame that the people needs to get out
18  in the case of fire.
19      Q.   All of the purchase supply agreements that you
20  signed or that Mr. Davis signed with BNBM PLC were --
21  were signed in China; correct?
22      A.   Yes.  The contract was generated in China.  The
23  signature was generated and signed in China.  Stefan had
24  the ability to -- through computer, to place orders.
25  But the contract was already created and it was signed

Confidential - Subject to Further Confidentiality Review

Page 156

1  in China.
2      Q.   There were some questions earlier today about
3  whether or not BNBM sells to Home Depot and Lowe's.  Do
4  you recall those questions?
5      A.   Yes.
6      Q.   Have you ever seen any BNBM or Dragon-branded
7  product in Home Depot or Lowe's?
8      A.   No.
9      Q.   So you don't have any independent knowledge,
10 sitting here today, that Home Depot or Lowe's has ever
11 sold any BNBM manufactured product?
12     A.   I was not aware.  If they did, I was not aware.
13     Q.   The second boat, when -- when you had issues
14 with shipping with Cosco and the boat coming here had to
15 be rerouted to a different port, do you recall --
16     A.   Yes.
17     Q.   -- talking about that earlier today?
18     A.   Yes.
19     Q.   That was the second boat where you had taken
20 over responsibility for shipping from BNBM PLC; correct?
21     A.   That's correct.
22     Q.   So there were no issues with anything that BNBM
23 PLC did that caused the boat to have to be redirected to
24 a different port; correct?
25     A.   Not that I can prove or anything, but knowingly

Confidential - Subject to Further Confidentiality Review

Page 181

C E R T I F I C A T E

1
2
3       I, JOAN L. PITT, Registered Merit Reporter,
4  Certified Realtime Reporter, and Florida Professional
5  Reporter, do hereby certify that, pursuant to notice,
6  the deposition of EDGAR A. CHAPARRO was duly taken on
7  MAY 18, 2015, at 1:41 p.m., before me.
8       The said EDGAR A. CHAPARRO was duly sworn by me
9  according to law to tell the truth, the whole truth, and
10 nothing but the truth, and thereupon did testify as set
11 forth in the above transcript of testimony.  The
12 testimony was taken down stenographically by me.  I do
13 further certify that the above deposition is full,
14 complete, and a true record of all the testimony given
15 by the said witness.
16
17       _____
18       JOAN L. PITT, RMR, CRR, FPR
19
20       (The foregoing certification of this transcript
21 does not apply to any reproduction of the same by any
22 means, unless under the direct control and/or
23 supervision of the certifying reporter.)
24
25