Richard Hannam (Wood Nation Inc.)

```
 1        UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
 2

 3   _____      § MDL NO. 2047
     IN RE:                      §
 4   CHINESE-                    § SECTION: L
     MANUFACTURED                §
 5   DRYWALL PRODUCTS            § JUDGE FALLON
     LIABILITY                   §
 6   LITIGATION                  § MAGISTRATE
                                 § JUDGE WILKINSON
 7   ----------------------------------------
     CROSS-NOTICED IN VARIOUS OTHER ACTIONS
 8   ----------------------------------------
 9   DEPOSITION OF WOOD NATION, INC., PURSUANT TO FEDERAL
     RULE OF CIVIL PROCEDURE 30(b)(6) - RICHARD L. HANNAM
10
     Taken on Behalf of the Plaintiffs, by and through
11    Counsel for the Plaintiffs' Steering Committee
12
     DATE TAKEN:     FEBRUARY 14, 2011
13
     TIME:           10:13 A.M. - 2:55 P.M.
14
     PLACE:          MORGAN & MORGAN
15                   201 NORTH FRANKLIN STREET
                     SEVENTH FLOOR
16                   TAMPA, FLORIDA 33602
17
18
19
20      Examination of the witness taken before:
21            Susan D. Wasilewski
           Registered Professional Reporter
22           Certified Realtime Reporter
              Certified CART Provider
23       Certified Manager of Reporting Services
             Florida Professional Reporter
24
25
```

**EXHIBIT 18**

Richard Hannam (Wood Nation Inc.)

```
 1           THEREUPON, the following proceedings were had
 2   and taken at 10:13 a.m.:
 3           THE COURT REPORTER:  Do you solemnly swear or
 4      affirm the testimony you are about to give will be
 5      the truth, the whole truth, and nothing but the
 6      truth?
 7           THE WITNESS:  Yes.
 8           THE COURT REPORTER:  Thank you.
 9           RICHARD L. HANNAM, called as a witness by the
10   Plaintiffs, having been first duly sworn, testified as
11   follows:
12                     DIRECT EXAMINATION
13   BY MR. SERPE:
14      Q.   My name is Richard Serpe.  I'm a lawyer from
15   Virginia here for the Plaintiffs' Lawyers Steering
16   Committee as part of the multidistrict litigation on
17   Chinese drywall.  That's a mouthful.  I want to ask you
18   questions about Chinese drywall today.
19           The first thing I'd like you to do is state
20   your full name for the court reporter.
21      A.   Richard Lee Hannam.
22      Q.   Have you given a deposition before, Mr. Hannam?
23      A.   Yes.
24      Q.   On how many occasions?
25      A.   Maybe once or twice.
```

Richard Hannam (Wood Nation Inc.)

```
 1    from China, to the best of your recollection, when did
 2    that process start, at least with Woodward & Dickerson?
 3         A.   Oh, I'll probably have the whole world hating
 4    me but I think I was the first to import out of China to
 5    the United States.
 6         Q.   And when was that?
 7         A.   The end of '99.
 8         Q.   And who was the Chinese company that
 9    manufactured that drywall that was then imported into
10    the United States?
11         A.   Beijing New Building Materials, commonly known
12    as BNBM.
13         Q.   If I refer to them as BNBM today, we'll be on
14    the same page?
15         A.   We'll both be happy.
16         Q.   How did the concept of BNBM manufacturing
17    drywall for export to the United States come about?
18         A.   In the process of trying to sell lumber, it
19    became known that a lot of building projects were being
20    held up due to the shortage of drywall, and so I went
21    searching for a source for drywall, and that's how it
22    ended up with China.
23         Q.   Were you routinely traveling to China at that
24    point in time?
25         A.   I wasn't routinely at that time.  I had in the
```

```
 1   past traveled back and forth to China, but those were
 2   usually wood-related projects.
 3        Q.   Had you had previous dealings with BNBM on
 4   other projects?
 5        A.   No.
 6        Q.   So what was the genesis of your relationship
 7   with BNBM, who found who and how did that happen?
 8        A.   I had a very close friend, and have had for
 9   many years, that is Chinese American that lives in
10   China, and he acted as my agent, our agent, Woodward &
11   Dickerson's agent, and after checking different sources,
12   different manufacturers, we came upon BNBM, who is
13   well-known for their high quality Dragon Board.
14        Q.   What year would that have been, approximately?
15        A.   I don't know.  It would've been probably 1999.
16        Q.   And I understand your sensitivities with having
17   a very close friend that lives in China, but I'd like
18   you to give me a little bit more background.  This
19   gentleman's name, is this David Wei?
20        A.   No, but it's another David, David Lee.
21        Q.   Is that L-e-e?
22        A.   Uh-huh.
23        Q.   Was his given name David or was that a name
24   that he's adopted to simplify Americans pronouncing his
25   name?
```

```
 1      A.   The latter.
 2      Q.   What's his real first name?
 3      A.   I don't know.  That's all I've ever known him
 4   by.
 5      Q.   Are you still in contact with David Lee?
 6      A.   Yes, I talk to him all the time.
 7      Q.   Was David Lee a BNBM employee?
 8      A.   No.
 9      Q.   But he was living in China?
10      A.   Yes.
11      Q.   And --
12      A.   Excuse me.  Yes.
13      Q.   At that time?
14      A.   Yes.
15      Q.   And he suggested, after some legwork, that BNBM
16   would be a good Chinese manufacturer of drywall for you
17   to contact?
18      A.   Yes.
19      Q.   Would you tell me how that relationship then
20   began to develop?  Did you reach out to BNBM and what
21   happened?
22      A.   Well, first I had to make sure I could even
23   sell the material in shipload quantities.  Once I was
24   satisfied with that, then I flew to China to do a tour
25   of the facility.  I actually looked at other facilities
```

```
 1   while I was there and ruled them all out with the
 2   exception of BNBM.  At that time we negotiated.  The
 3   Chinese are difficult to negotiate with.  It took six
 4   weeks to negotiate everything.  I came back home and we
 5   put everything together.
 6       Q.   And did you develop a point of contact with
 7   BNBM as part of that process, someone that you were
 8   dealing with, or were you dealing with multiple people
 9   at that point?
10       A.   No.  This David Lee handled everything.
11       Q.   You mentioned that when you went over, you
12   considered other factories but ruled them out?
13       A.   Yes.
14       Q.   Do you remember the names of any of those other
15   factories?
16       A.   Not a one.  Not a one.
17       Q.   What was it about them that led you to rule
18   them out?
19       A.   Because they're high quality.
20       Q.   I'm sorry.  Because --
21       A.   Because of their high quality, the quality of
22   their craftsmanship.
23       Q.   Was higher with BNBM than with the others?
24       A.   That's right.
25       Q.   Did you find the quality of the drywall
```

```
 1   he would have gone back home I'm going to say probably
 2   in 2004, and that's really reaching out there, but I
 3   think that must be about right.  So once in a while, if
 4   he needed advice or something or whatever, he'd call me.
 5       Q.   While he was still here in Tampa?
 6       A.   Yes, yes.
 7       Q.   When he was getting ready to go, were you guys
 8   close enough where you went out to a final dinner or
 9   saw each other before he took off?
10       A.   No, we didn't do that, but he's a friend.  He
11   is a young man, he's probably 40 years younger than me.
12   You know, it's not -- we were not drinking buddies.
13       Q.   I would consider you a young man, Mr. Hannam,
14   but I will accept your definition of him being younger.
15   So help me then with phase two, how that began to
16   unfold.
17       A.   Well, one more time, there was a shortage.
18       Q.   Right.
19       A.   How did it start?  I had a former customer that
20   I, at one time, supplied a drywall contract.  He called
21   me because he couldn't get drywall.
22       Q.   Who was that?
23       A.   Boardwalk, Boardwalk Drywall, and I told him, I
24   said I couldn't do anything unless, you know, a shipload
25   quantity, and so he talked to one of his other
```

Richard Hannam (Wood Nation Inc.)

```
 1   suppliers, and that would have been DWC, and I think he
 2   also talked to -- I think he started with American,
 3   that's what it was, he started with American Gypsum,
 4   talking to them, then American talked to DWC, and
 5   they felt the two of them together would like to try a
 6   shipload, and that's how it unfolded.
 7       Q.   And in terms of the very early efforts, once
 8   American and DWC said, yeah, we would like to try a
 9   shipload, what was your first steps, how did that
10   process begin?
11       A.   Then I contacted BNBM.  I did not contact my
12   old friend David Lee because he was no longer a part of
13   this drywall thing.  I don't like this really being on
14   the record but BNBM had developed a bad taste in their
15   mouth for David Lee.
16       Q.   David Lee?
17       A.   Uh-huh.  So it would have been more of a
18   hindrance to have David Lee involved than good, but I
19   contacted David Wei and David Wei was an employee or is
20   an employee of BNBM Company Limited, Beijing New
21   Building Material Company Limited, which is actually a
22   trading company, and they do a lot of the marketing for
23   BNBM.  BNBM is one of the largest building products
24   manufacturers in China.  They own paint companies,
25   porcelain toiletry things like that, they are huge, but
```

```
 1   words and then cutting and pasting, or are they typing
 2   in Mandarin and then some sort of an algorithm --
 3        A.   No.  If they are going to do English, they'll
 4   do English.
 5        Q.   In English, they are typing an English e-mail?
 6        A.   Now, your computer, you know, they have
 7   programming, you can type in what -- when you go into
 8   your computer you can set it for Chinese, but you are
 9   typing on an English ABC keyboard.
10        Q.   Did you use that sort of a system on your end
11   or were you just simply writing in English?
12        A.   I'm doing just like we would do any time over
13   here.
14        Q.   While you began dealing with Taishan for an
15   additional shipment to come through, what percentage of
16   those communications was David handling versus were you
17   doing some of that direct with the Taishan people as
18   well?
19        A.   He would have done the majority.
20        Q.   Was he doing that as a favor to a friend or was
21   it your understanding that BNBM had some interest in the
22   transaction?
23        A.   Favor to a friend.
24        Q.   At the risk of stepping on the toes of a
25   friendship, when you ultimately found out that BNBM did
```

Richard Hannam (Wood Nation Inc.)

1  have a financial interest in Taishan Gypsum Company,
2  was that a surprise to you, unpleasant surprise to you?
3      A.   Oh, how do I answer that?  First, it was
4  unpleasant because I didn't want BNBM to gain a nickel
5  out of anything because of them standing me up on that
6  one order, but then it was pleasant because I knew they
7  knew what they were doing.
8      Q.   So it was your understanding then that they
9  were going to be involved behind the scenes in the
10 transaction?
11     A.   No, not at all.  No.
12     Q.   So when you say it was pleasant because they
13 knew what they were doing --
14     A.   When I say they, BNBM would not have been
15 involved.  If they had been involved with the company,
16 like if they would have been a part of the company, they
17 would have known that it would have had to have met ASTM
18 standards, this type of thing.
19     Q.   The edge tapering, et cetera?
20     A.   All that stuff, yeah.
21     Q.   All that makes for good drywall?
22     A.   Right.  And that company had already been
23 exporting to the United States, so I knew that they knew
24 a little bit of what they were doing.
25     Q.   How did you come to learn that Taishan was

```
 1   say I can't get it and that whole thing broke down at
 2   that point?
 3        A.   No, no, no.
 4        Q.   The last document that I will show you that we
 5   received from Taishan is Exhibit 17.
 6             (Plaintiff's Exhibit No. 17 was marked for
 7   identification.)
 8        Q.   I believe this is simply your accepting the
 9   discrepancies in the bill of lading that we talked about
10   on Exhibit 14.
11        A.   Right.
12        Q.   Is that right?
13        A.   Yes.
14        Q.   Okay.  What am I looking at on 17?
15        A.   Yeah, this is David Wei's name.
16        Q.   Attachments, copies of the bills of lading
17   sent today.  So we don't have those communications here
18   but apparently David e-mailed copies of the bills of
19   lading back to Taishan reflecting changes that needed--
20        A.   That's correct.
21        Q.   -- to be made to true up the bill of lading
22   to reflect the actual transaction that took place?
23        A.   That's correct.
24        Q.   So even up to this point, David's work on this
25   continued to be, as far as from your perspective, an
```

Richard Hannam (Wood Nation Inc.)

```
 1   accommodation, one friend helping another friend?
 2       A.   Yes.
 3       Q.   And without compensation backwards to BNBM --
 4       A.   No.
 5       Q.   -- directly that you were aware of?
 6       A.   No.
 7       Q.   If you look at your Exhibit -- the documents
 8   that you were kind enough to provide us with which were
 9   listed as Exhibit 2 -- there's 2.
10       A.   Yeah, you can see --
11       Q.   This cover page on Plaintiff's Exhibit 2, it's
12   got some handwriting on there.  Does that look like your
13   handwriting?
14       A.   Yeah, it is mine.  There is our evidence that
15   it shipped ceiling.
16       Q.   There's the ceiling.  So then there were two
17   shipments of roughly 13,000 boards?
18       A.   Right.
19       Q.   Which comports to what we just saw in terms of
20   the Taishan record?
21       A.   That's correct.
22       Q.   This document that -- where it says the seller
23   is Taian Taishan Plasterboard Company, does this look
24   like a document that you generated on your word
25   processor or is this a form that looks familiar to you,
```

Richard Hannam (Wood Nation Inc.)

```
1                  CERTIFICATE OF REPORTER
2     STATE OF FLORIDA
3     COUNTY OF POLK
4            I, Susan D. Wasilewski, Registered Professional
5     Reporter, Certified Realtime Reporter, Certified CART
6     Provider, Certified Manager of Reporting Services, and
7     Florida Professional Reporter, do hereby certify that I
8     was authorized to and did stenographically report the
9     examination of the witness named herein; that a review
10    of the transcript was requested; and that the foregoing
11    transcript is a true record of my stenographic notes.
12           I FURTHER CERTIFY that I am not a relative,
13    employee, or attorney, or counsel for any of the
14    parties, nor am I a relative or employee of any of the
15    parties' attorney or counsel connected with the action,
16    nor am I financially interested in the outcome of this
17    action.
18           DATED THIS _____ at Lakeland, Polk
19    County, Florida.
20
21    _____
            SUSAN D. WASILEWSKI, RPR, CRR, CCP, CMRS, FPR
22
23
24
25
```