Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*************************************************

IN RE:   CHINESE-MANUFACTURED       MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                          SECTION:  L
THIS DOCUMENT APPLIES TO            JUDGE FALLON
ALL CASES
                                    MAG. JUDGE
                                    WILKINSON

*************************************************

CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW
Tuesday, August 25, 2015

— — —

Videotaped Deposition of Bing Wang, held at the offices of Phelps Dunbar LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana, commencing at 9:17 a.m., on the above date, before Maureen O. Pollard, Certified Court Reporter (#2011025), Registered Merit Reporter, Realtime Systems Administrator.

— — —

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

**EXHIBIT 19**

Confidential - Subject to Further Confidentiality Review

Page 6

1            P R O C E E D I N G S
2
3            THE VIDEOGRAPHER:  We are now on the
4    record.  My name is Richard Rienstra,
5    videographer here for Golkow Technologies.
6            Today's date is August 25, 2015, and
7    the time is 9:17 a.m..
8            This videotaped deposition is being
9    held in New Orleans, Louisiana in reference to
10   the Chinese-Manufactured Drywall Products
11   Liability Litigation.
12           The deponent today is Mr. Wang Bing.
13           The court reporter is Maureen Pollard.
14           Counsel will be noted on the
15   stenographic record.
16           Will the court reporter please swear
17   in the interpreter.
18           (Sonny Wang, Mandarin Interpreter,
19   sworn.)
20           THE VIDEOGRAPHER:  Please swear in the
21   witness.
22
23           BING WANG,
24   having been first duly sworn, was examined and
25   testified as follows through the interpreter:

Confidential - Subject to Further Confidentiality Review

Page 70

1  something I know, it has always been up to the
2  standard of the quality examination.
3      Q.   Now, BNBM ships their product in
4  foreign commerce, do they not?
5           MR. BARR:  Objection.  Objection to
6  the form of the question, but the answer can
7  stand.
8      A.   We have never sold our products to
9  foreign countries.  However, because BNBM's
10 products have very good quality, sometimes
11 customers from foreign countries would come to
12 China to make purchases, which we also did not
13 reject.
14 BY MR. LEVIN:
15     Q.   And when they came, whatever these
16 foreign countries are, did you create the
17 product to meet the specifications that were
18 necessary for that particular country?
19     A.   BNBM's products has always -- have
20 always been in conformity with Chinese laws and
21 requirements, and in accordance with the quality
22 requirements, it has always been the same.
23     Q.   Do you create your product when
24 selling in foreign commerce to meet the
25 requirements of the foreign buyer?

Confidential - Subject to Further Confidentiality Review

Page 167

1          REPORTER'S CERTIFICATE

2

3        This transcript is valid only for a
4   transcript accompanied by my original signature
5   and original required seal on this page.
6        I, MAUREEN O'CONNOR POLLARD, Certified
7   Court Reporter (LA Certificate #2011025), in and
8   for the State of Louisiana, as the officer
9   before whom this testimony was taken, do hereby
10  certify that Bing Wang, after having been duly
11  sworn by me upon authority of R.S. 37:2554, did
12  testify as hereinbefore set forth in the
13  foregoing pages; that this testimony was
14  reported by me in the stenotype reporting
15  method, was prepared and transcribed by me or
16  under my personal direction and supervision, and
17  is a true and correct transcript to the best of
18  my ability and understanding; that the
19  transcript has been prepared in compliance with
20  transcript format guidelines required by the
21  statute or by rules of the board, that I have
22  acted in compliance with the prohibition on
23  contractual relationships, as defined by
24  Louisiana Code of Civil Procedure Article 1434
25  and in rules and advisory opinions of the board.

Confidential - Subject to Further Confidentiality Review

Page 168

1  That I am not related to counsel or to the
2  parties herein, nor am I otherwise interested in
3  the outcome of this matter.
4
5     Signed this the 25th day of August, 2015.
6
7
8
9     _____
10    MAUREEN O'CONNOR POLLARD, CCR, RMR, CLR
11    Realtime Systems Administrator
12    LA Certificate #2011025
13
14
15
16
17
18
19
20
21
22
23
24
25