Confidential - Subject to Further Confidentiality Review

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                      SECTION:  L
                                JUDGE FALLON
                                MAG. JUDGE WILKINSON

** THIS DOCUMENT APPLIES TO:  GERMANO,
   et al., vs. TAISHAN GYPSUM CO., LTD.,
   f/k/a SHANDONG TAIHE DONGXIN CO. LTD.,
   CASE NO. 2:09-CV-6687 (EDLA)


        CONFIDENTIAL - SUBJECT TO FURTHER
              CONFIDENTIALITY REVIEW
       VIDEOTAPED DEPOSITION OF RICHARD HANNAM
    Taken on Behalf of the Plaintiffs, by and through
      Counsel for the Plaintiffs' Steering Committee

   DATE TAKEN:    FEBRUARY 13, 2012

   TIME:          10:48 A.M. - 1:15 P.M.

   PLACE:         MORGAN & MORGAN
                  201 NORTH FRANKLIN STREET, 7TH FLOOR
                  TAMPA, FLORIDA 33602


        Examination of the witness taken before:
                   Susan D. Wasilewski
             Registered Professional Reporter
               Certified Realtime Reporter
                Certified CART Provider
           ~ Realtime Systems Administrator ~

                GOLKOW TECHNOLOGIES, INC.
           877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com

EXHIBIT 25

Confidential - Subject to Further Confidentiality Review

Page 9

1          THEREUPON, the following proceedings were had
2     and taken at 10:48 a.m.:
3          THE VIDEOGRAPHER:  This is the deposition of
4     Richard Hannam being taken In Re:
5     Chinese-Manufactured Drywall Products Liability
6     Litigation, Germano, et al., versus Taishan Gypsum
7     Company, Limited.
8          The date is February 13, 2012.  The time is
9     10:48 a.m.
10         Will counsel please introduce themselves?
11         MR. MONTOYA:  Patrick Montoya on behalf of the
12    PFC.
13         MR. SPANO:  Frank Spano, Hogan Lovells, for
14    Taishan Gypsum Company, Limited, and Taian Taishan
15    Plasterboard Company, Limited.
16         MR. DOCKERY:  Clint Dockery, Quinn Emanuel, on
17    behalf of Chartis.
18         MS. MASHELKAR:  Shubhra Mashelkar on behalf of
19    certain Banner entities.
20         MR. THOMPSON:  I'm Jim Thompson here on behalf
21    of Suncoast.
22         THE VIDEOGRAPHER:  And will the court reporter
23    please swear in the witness?
24         THE COURT REPORTER:  Sir, would you raise your
25    right hand?  Do you solemnly swear or affirm the

Confidential - Subject to Further Confidentiality Review

Page 10

1          testimony you're about to give will be the truth,
2          the whole truth, and nothing but the truth?
3                THE WITNESS:  I do.
4                THE COURT REPORTER:  Thank you.
5                RICHARD HANNAM, called as a witness by the
6     Plaintiffs, having been first duly sworn, testified as
7     follows:
8                        DIRECT EXAMINATION
9     BY MR. MONTOYA:
10         Q.   Sir, we're here on an update of your deposition
11    from last year, I think it was actually February 14th of
12    last year.  I'm going to ask you some questions in
13    particular about a gentleman named David Wei.
14         A.   Yes.
15         Q.   Do you know a gentleman named David Wei?
16         A.   Yes.
17         Q.   How do you know him?
18         A.   He was one of the individuals that BNBM,
19    Beijing New Materials, sent over here to the United
20    States to learn and to more or less oversee -- help,
21    help oversee the operations on the US side.
22         Q.   And when you say Beijing New Building
23    Materials, are you -- what company are you referring to?
24         A.   They're the largest drywall manufacturing plant
25    in China.

Confidential - Subject to Further Confidentiality Review

Page 74

```
 1      A.   Yes.
 2      Q.   And I also represent Taian Taishan Plasterboard
 3   Company, Limited, which I will refer to as TTP.
 4      A.   Okay.
 5      Q.   Do you recall that Wood Nation purchased
 6   drywall from TTP?
 7      A.   I bought from one of these two, yeah.
 8      Q.   I have just a few questions about BNBM of
 9   America.  What was the approximate overall time frame
10   that it had any kind of operations in Florida?
11      A.   From 2000 to -- talking about BNBM of America?
12      Q.   Yes.
13      A.   Probably -- see, I still don't know that date
14   but I keep using 2005 as to when David went back to
15   China, so it would have been 2000 to 2005.
16      Q.   And in that overall time frame between 2000 and
17   2005, was there a period where BNBM of America was
18   involved with selling drywall, was that some portion of
19   that 2000 to 2005 time frame?
20      A.   BNBM of America?
21      Q.   Yes.
22      A.   Yes.
23      Q.   What was -- there were three shipments that
24   BNBM of America was involved with over the course of its
25   life of drywall from China; is that right?
```

Confidential - Subject to Further Confidentiality Review

Page 75

```
 1      A.    For the Florida operation, you mean?
 2      Q.    Yes.
 3      A.    Yes.
 4      Q.    Was that -- what was the time period of the
 5   three shipments overall?
 6      A.    2000 to 2000 and, say, '2.  One more time,
 7   approximate.
 8      Q.    Do you recall mentioning earlier that at some
 9   point they shut down the drywall, referring to BNBM of
10   America?
11      A.    Right.
12      Q.    Approximately when was that?
13      A.    I don't know, between 2000 -- somewhere in
14   between 2002 and 2003.
15      Q.    Once -- withdrawn.
16            Did BNBM of America stop being involved with
17   marketing drywall after Stone Works was established?
18      A.    I think we were -- I think we were all through
19   with drywall by then.
20      Q.    Okay.  Is it correct that in 2006, when Mr. Wei
21   introduced you to TTP, he was doing that as a favor to a
22   friend?
23      A.    Exactly.
24      Q.    He wasn't doing that as part of his work as an
25   employee of BNBM?
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 104

1  CERTIFICATE OF REPORTER
2  STATE OF FLORIDA
3  COUNTY OF POLK
4         I, Susan D. Wasilewski, Registered Professional
5  Reporter, Certified Realtime Reporter, Certified CART
6  Provider, Certified Manager of Reporting Services, and
7  Florida Professional Reporter, do hereby certify that I
8  was authorized to and did stenographically report the
9  examination of the witness named herein; that a review
10 of the transcript was requested; and that the foregoing
11 transcript is a true record of my stenographic notes.
12        I FURTHER CERTIFY that I am not a relative,
13 employee, or attorney, or counsel for any of the
14 parties, nor am I a relative or employee of any of the
15 parties' attorney or counsel connected with the action,
16 nor am I financially interested in the outcome of this
17 action.
18        DATED THIS _____ at Lakeland, Polk
19 County, Florida.
20
21 _____
       SUSAN D. WASILEWSKI, RPR, CRR, CCP, CMRS, FPR
22
23
24
25