Partial Translation of BNBM(Group)-E-0001744-1745

BNBM(Group)-E-0001744

Attachment 1

## Explanation about the Accounts Receivable of BNBM of America Inc.

The account of the company's Department of Import and Export Business shows that, as of December 31st, 2010, 14,500,395.07 Yuan of receivables should be collected from BNBM of America Inc. for payments of goods. Provisions for bad debts have been set aside for the entire amount of those accounts receivable . Meanwhile, registration of BNBM of America Inc. has been cancelled since July 2005, and thus those accounts receivable cannot be collected. The company now applies to write off those accounts receivable.

## Detailed explanations are as follows:

In 1999, the United States closed several gypsum board factories for environment conservation reasons, and the prices of gypsum boards increased steadily in the United States. Seizing this opportunity, BNBM Group conducted a series of technology reforms to gypsum board production technology and successfully developed and manufactured edge bonding machines, which solved the problems of sealing and packaging gypsum boards. Through a series of technology renovations, BNBM's gypsum boards successfully acquired the United States UL certification. Chinese gypsum boards entered the United States market for the first time. This move effectively eased the situation that the gypsum board market became saturated in China. In two years afterwards, large numbers of BNBM's gypsum boards entered the United States market, and BNBM Group also sent special people to the United States to take charge of the sales work. However, the gypsum board market changed dramatically. Because large numbers of gypsum boards poured into the United States and the gypsum board production lines in the United States were gradually put into operation, the product prices dropped sharply. Gypsum boards are heavy products and it is not convenient to ship them back and forth, so to reduce the losses, BNBM Group adopted the strategy to sell them in the United States at low prices to solve the problem of inventory overstock. Thus, the accounts receivable mentioned above came into being.

EXHIBIT
26

BG: 7/15/15-7/18/15
Exhibit 245

Before the BNBM of America Inc. cancelled its registration, our company's former sales personnel stationed in the United States tried every effort to collect those receivables outstanding, but the receivables still could not be collected. Afterwards, BNBM of America Inc. cancelled its registration, and provisions for bad debts have been set aside for this part of accounts receivable at their full amount.

**Attachment 2**

**Explanation about the Accounts Receivable of Zhongwai Tongshang Co., Ltd.**

     The account of Import and Export Business Department of the Company shows that, as of December 31, 2010, RMB2,013,454.55 accounts receivable should be collected from Zhongwai Tongshang Co., Ltd., Provisions for bad

debts have been set aside for the entire amount of those accounts receivable. Those accounts receivable cannot be collected, the Company now applies to write off those accounts receivable.

   Since 2000, the Company has conducted trade cooperation with its client, Zhongwai Tongshang Co,. Ltd., to supply goods to the power plant, the main products include mineral wool and other insulation materials. The cooperation mode is that the Zhongwai Tongshang Co,.Ltd pay 95% of the purchase price in

advance and then pay the rest 5% after passing the acceptance inspection by the power plant. Considering that the contract term of the power plant project is relatively long, Zhongwai Tongshang did not pay the accumulative balance payment.  During this time, the Company contacted the Zhongwai Tongshang for collection, but did not get any reply. As of December 31, 2010, such accounts receivables has already passed statute of limitations.