UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,* **Case No. 09-6687 (E.D. La.);**<br><br>*Gross v. Knauf Gips*, **KG,** *et al.,* **Case No. 09-6690 (E.D. La.);**<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co., et al.,* **Case No. 10-361 (E.D. La.);**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 11-1672 (E.D. La.);**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 11-1395 (E.D. La.);**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 11-1673 (E.D. La.); and**<br><br>*Amorin v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* **Case No. 14-1727 (E.D. La.).** | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that undersigned counsel will bring the foregoing **Motion to Dismiss the Complaints Pursuant to Rule 12(b)(2) and Rule 12(b)(5)** set for submission with oral argument before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, following the

January 2016 Monthly Status Conference, or as soon thereafter as counsel can be heard.  *See*

Sept. 28, 2015 Order [Rec. Doc. 19549].

Dated:  October 26, 2015

                Respectfully submitted,

                **DENTONS US LLP**

                By: */s/ Michael H. Barr*
                Michael H. Barr
                New York Bar No. 1744242
                Justin N. Kattan
                New York Bar No. 3983905
                1221 Avenue of the Americas
                New York, NY 10020-1089
                Telephone:  (212) 768-6700
                Facsimile:  (212) 768-6800
                michael.barr@dentons.com
                justin.kattan@dentons.com

                Richard L. Fenton
                Illinois Bar No. 3121699
                Leah R. Bruno
                Illinois Bar No. 6269469
                233 South Wacker Drive
                Suite 5900
                Chicago, IL  60606-6306
                Telephone:  (312) 876-8000
                Facsimile:  (312) 876-7934
                richard.fenton@dentons.com
                leah.bruno@dentons.com

                C. Michael Moore
                Texas Bar No. 14323600
                Matthew T. Nickel
                Texas Bar No. 24056042
                2000 McKinney Ave, Suite 1900
                Dallas, TX  75201
                Telephone:  (214) 259-0900
                Facsimile:  (214) 259-0910
                mike.moore@dentons.com
                matt.nickel@dentons.com

Kenneth J. Pfaehler
D.C. Bar No. 461718
Drew Marrocco
D.C. Bar No. 453205
1301 K Street N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone:  (202) 408-6400
Facsimile:  (202) 408-6399
kenneth.pfaehler@dentons.com
drew.marrocco@dentons.com

- and -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.*