# EXHIBIT A

## 2009 TAX YEAR
## VALUE REDUCTION AGREEMENT

This Value Reduction Agreement ("Agreement"), is made and entered into by LORI PARRISH, as Broward County Property Appraiser ("Property Appraiser"), and F. E. CERNA & M. C. JONES ("Property Owner").

Whereas, the Property Appraiser and Property Owner wish to enter into an agreement to reduce the assessed building value of the property located at 35 SE 3 AVENUE 11 HALLANDALE, FL ("Subject Property"), by 50% for the 2009 tax year. The purpose of this Agreement is to address just value changes caused by the presence of contaminated Chinese drywall at the Subject Property.

Now, therefore, in consideration of the mutual terms and conditions, promises, and covenants hereinafter set forth, it is hereby **AGREED** as follows:

1. The Property Appraiser shall reduce the assessment of the just building value by 50% for the 2009 tax year; the land value remains unchanged. The total adjusted assessed value of the Subject Property for purposes of ad valorem taxation for tax year 2009 shall be:

| Property ID No. | Original Assessed Value | Revised Assessed Value |
|---|---|---|
| 514227500110 | $206,770 | $134,140 |

2. The Property Owner shall, within 5 days of the execution of this Agreement, withdraw or resolve any filed 2009 petition related to the Subject Property's value before the Value Adjustment Board.

3. The Property Appraiser shall issue a Certificate of Correction to reflect the revised assessment within 10 days after the withdrawal of the 2009 petition by the Property Owner.

4. The Property Owner shall instigate no further action, including, but not limited to, a petition to the Value Adjustment Board, or a lawsuit filed in a court of competent jurisdiction, for the Subject Property, to contest any matter related to the valuation of the subject property for ad valorem tax purposes for the 2009 Tax Year.

5. This Agreement is in settlement of a contested matter and the same is not an admission on the part of any party as to the correctness of appraisal procedures.

In witness whereof, the parties hereto have voluntarily made and executed this Agreement in Broward County, Florida, on the respective dates under each signature, with the full authority to act for and bind the named parties to this agreement.

FOR THE PROPERTY APPRAISER:              PROPERTY OWNER:

_[signature]_                             _[signature]_
                                          F. E. CERNA & M. C. JONES

22 day of June, 2010                      22 day of June, 2010.



**LORI PARRISH BROWARD COUNTY PROPERTY APPRAISER**

| Site Address | 35 SE 3 AVENUE 11 , HALLANDALE BEACH | ID # | 5142 27 50 0110 |
|---|---|---|---|
| Property Owner | BELLA VILAGGIO 21 INVESTMENTS LLC | Millage | 2513 |
| | | Use | 01 |
| Mailing Address | 2854 STIRLING RD UNIT G HOLLYWOOD FL 33020 | | |

| Abbreviated Legal Description | JOHNSONS SUB W1/2 OUT LOT 6 3-17 D PORTION LOT 8 DESC AS:COMM AT NW COR LOT 7,E 132 ALG N/L,S 55 TO POB,E 48,S 0.34,W 5,S 19.67,W 38 N 8.34,W 5,N 11.67 TO POB AKA: UNIT 11 BELLA VILLAGIO |
|---|---|

**The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).**

### Property Assessment Values
Click here to see 2011 Exemptions and Taxable Values as reflected on the Nov. 1, 2011 tax bill.

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2012 | $32,800 | $37,200 | $70,000 | $70,000 | |
| 2011 | $32,800 | | $32,800 | $32,800 | $799.72 |
| 2010 | $53,300 | | $53,300 | $53,300 | $1,270.17 |

### 2012 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $70,000 | $70,000 | $70,000 | $70,000 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $70,000 | $70,000 | $70,000 | $70,000 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $70,000 | $70,000 | $70,000 | $70,000 |

### Sales History

| Date | Type | Price | Book | Page |
|---|---|---|---|---|
| 7/13/2011 | QCD-T | $100 | 48057 | 497 |
| 5/16/2011 | WD-E | $70,000 | 47974 | 1783 |
| 7/20/2007 | WD-Q | $275,000 | 44367 | 1373 |
| 5/15/2007 | SWD-Q | $195,000 | 44098 | 295 |
| 3/6/2007 | CO* | | 43730 | 1776 |

* Denotes Multi-Parcel Sale (See Deed)

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| $40.00 | 820 | SF |
| | | |
| | | |
| | | |
| Adj. Bldg. S.F. (See Sketch) | | 1482 |
| Units/Beds/Baths | | 1/3/2.5 |

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| 25 | | | | | | | | |
| R | | | | | | | | |
| 1 | | | | | | | | |