# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: Payton et al v. Knauf Gips KG et al Case No. 09-7628 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Mover and Plaintiff pursuant to Local Rule 78.1, and respectfully request oral argument on Plaintiff Fernando Cerna's Motion to Compel Settlement Administrator to Disburse GBI Funds be set for hearing before this Honorable Court at the January 2016 monthly status conference for the MDL 2047 Chinese-Manufactured Drywall Products Liability Litigation or at a time set by this court so as to more fully address any questions the court may have concerning Plaintiff's Motion.

Dated this 30th day of October, 2015.

Respectfully submitted,

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama Hancock Liberman  P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing Request for Oral Argument has been electronically uploaded to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of October, 2015.

                                          /s/ *Michael J. Ryan*
                                          Michael J. Ryan, Esquire
                                          Florida Bar No. 975990
                                          Krupnick Campbell Malone Buser Slama
                                          Hancock Liberman P.A.
                                          12 S.E. 7 Street, Suite 801
                                          Fort Lauderdale, FL  33301
                                          Phone (954) 763-8181; Fax (954) 763-8292
                                          pleadings-MJR@krupnicklaw.com
                                          mryan@krupnicklaw.com
                                          Attorneys for Plaintiffs