# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>Payton et al v. Knauf Gips KG et al<br>Case No. 09-7628 | ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### ORDER GRANTING PLAINTIFF FERNANDO CERNA'S MOTION TO COMPEL SETTLEMENT ADMINISTRATOR TO DISBURSE GBI FUNDS

This Court having considered Plaintiff's Motion to Compel Settlement Administrator to Disburse GBI Funds and Supporting Memorandum and finds that the Motion should be granted, accordingly, it is,

ORDERED that

1. The Settlement Administrator shall disburse GBI funds to Plaintiff Fernando Cerna in accordance to the Notice of Eligibility.

2. Krupnick Campbell Malone Buser Slama Hancock Liberman PA is entitled to fees and costs. Such determination will be decided upon after separate hearing.

New Orleans, Louisiana, this ___ day of November, 2015.

_____
Hon. Eldon E. Fallon
District Court Judge