UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| *Gross v. Knauff Gips KG*, 2:09-cv-6690<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1672<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1395<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1673<br>*Amorin v. SASAC*, 2:14-cv-1727<br>*State of Louisiana v. Knauf*, 2:10-cv-340<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094<br>*Posey v. BNBM Co.*, 2:09-cv-6531<br>*Morris v. BNBM Co.*, 2:09-cv-6530 | ) ) ) ) ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

**MOTION TO SEAL LOUISIANA'S RESPONSE TO DEFENDANT CNBM GROUP'S AMENDED MOTION TO DISMISS ON GROUNDS OF THE <u>FOREIGN SOVEREIGN IMMUNITIES ACT</u>**

The State of Louisiana ("Louisiana"), through the Honorable James D. ("Buddy") Caldwell, Attorney General of Louisiana, respectfully moves to file its response to Defendant CNBM Group's amended motion to dismiss Louisiana's complaint for lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act (Rec. Doc. 19179-1) under seal.

As grounds for this motion, Louisiana states that its response and its exhibits contain information which has been designated "confidential" and therefore the response and exhibits should be filed under seal. A proposed order accompanies this motion.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**LOUISIANA ATTORNEY GENERAL**

James Trey Phillips, BarRoll# 19978

128423340.1

        Sanettria Glasper Pleasant, BarRoll# 25396
        L. Christopher Styron, BarRoll# 30747
        Assistant Attorneys General
        **LOUISIANA DEPARTMENT OF JUSTICE**
        1885 North Third Street
        Post Office Box 94005
        Baton Rouge, Louisiana 70804-9005
        Telephone: (225) 326-6000
        Facsimile: (225) 326-6499

        **Shows, Cali & Walsh, LLP**
        E. Wade Shows, BarRoll# 7637
        Trial Attorney
        John C. Walsh, BarRoll# 24903
        628 St. Louis St.
        P. O. Drawer 4425
        Baton Rouge, LA  70821
        (225) 346-1461

          s/  David L. Black
        **Perkins Coie, LLP**
        David L. Black
        Craig M. J. Allely
        1900 Sixteenth Street, Suite 1400
        Denver, CO  80202
        (303) 291-2300

        COUNSEL FOR THE STATE OF LOUISIANA

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Seal Response to Defendant CNBM Group's Amended Motion to Dismiss on Grounds of the Foreign Sovereign Immunities Act has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; Homebuilders' Liaison Counsel, Dorothy Wimberly; Insurance Liaison Counsel, Judy Y. Barrasso; and Taishan, BNBM, and CNBM Liaison Counsel, Harry Rosenberg, all by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in

-3-

accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of October, 2015.

   s/ David L. Black       
(Signature of Filing Attorney)
