UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| *Gross v. Knauff Gips KG*, 2:09-cv-6690<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1672<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1395<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1673<br>*Amorin v. SASAC*, 2:14-cv-1727<br>*State of Louisiana v. Knauf*, 2:10-cv-340<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094<br>*Posey v. BNBM Co.*, 2:09-cv-6531<br>*Morris v. BNBM Co.*, 2:09-cv-6530 | ) ) ) ) ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

**ORDER ON THE STATE OF LOUISIANA'S MOTION TO FILE RESPONSE TO CNBM GROUP'S AMENDED MOTION TO DISMISS UNDER SEAL**

Having considered the State of Louisiana's Motion to Seal Louisiana's Response to Defendant CNBM Group's Amended Motion to Dismiss on Grounds of the Foreign Sovereign Immunities Act, the Court GRANTS the motion and ORDERS that the State of Louisiana's response and exhibits are and shall be filed under seal.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

128423811.1