UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON |
| *Gross v. Knauff Gips KG*, 2:09-cv-6690     ) *Amorin v. Taishan Gypsum*, 2:11-cv-1672  ) *Amorin v. Taishan Gypsum*, 2:11-cv-1395  ) *Amorin v. Taishan Gypsum*, 2:11-cv-1673  ) *Amorin v. SASAC*, 2:14-cv-1727            ) *State of Louisiana v. Knauf*, 2:10-cv-340   ) *Abner v. Taishan Gypsum*, 2:11-cv-3094  ) *Posey v. BNBM Co.*, 2:09-cv-6531          ) *Morris v. BNBM Co.*, 2:09-cv-6530         ) _____ ) | MAG. JUDGE WILKINSON |

**RESPONSE TO DEFENDANTS CNBM GROUP AND CNBM CO.'S <u>MOTION TO DISMISS</u>**

# <u>FILED UNDER SEAL</u>

128283894.2