**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON |
| *Gross v. Knauff Gips KG*, 2:09-cv-6690 ) | MAG. JUDGE WILKINSON |
| *Amorin v. Taishan Gypsum*, 2:11-cv-1672 ) | |
| *Amorin v. Taishan Gypsum*, 2:11-cv-1395 ) | |
| *Amorin v. Taishan Gypsum*, 2:11-cv-1673 ) | |
| *Amorin v. SASAC*, 2:14-cv-1727 ) | |
| *State of Louisiana v. Knauf*, 2:10-cv-340 ) | |
| *Abner v. Taishan Gypsum*, 2:11-cv-3094 ) | |
| *Posey v. BNBM Co.*, 2:09-cv-6531 ) | |
| *Morris v. BNBM Co.*, 2:09-cv-6530 ) ) | |

**AFFIDAVIT OF CRAIG M.J. ALLELY IN SUPPORT OF THE STATE OF LOUISIANA'S RESPONSE TO DEFENDANTS CNBM GROUP AND CNBM CO.'S MOTION TO DISMISS**

# FILED UNDER SEAL

128283894.2