UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| *Gross v. Knauff Gips KG*, 2:09-cv-6690 | ) | MAG. JUDGE WILKINSON |
| *Amorin v. Taishan Gypsum*, 2:11-cv-1672 | ) | |
| *Amorin v. Taishan Gypsum*, 2:11-cv-1395 | ) | |
| *Amorin v. Taishan Gypsum*, 2:11-cv-1673 | ) | |
| *Amorin v. SASAC*, 2:14-cv-1727 | ) | |
| *State of Louisiana v. Knauf*, 2:10-cv-340 | ) | |
| *Abner v. Taishan Gypsum*, 2:11-cv-3094 | ) | |
| *Posey v. BNBM Co.*, 2:09-cv-6531 | ) | |
| *Morris v. BNBM Co.*, 2:09-cv-6530 | ) ) | |

**LOUISIANA FSIA EXHIBIT 1**

# **FILED UNDER SEAL**

128283894.2