**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * **MDL NO. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | * |
| **LITIGATION** | * **SECTION: L** |
| | * |
| | * **JUDGE FALLON** |
| | * |
| **THIS DOCUMENT RELATES TO:** | * **MAG. JUDGE WILKINSON** |
| **ALL CASES** | * |
| | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## OMNIBUS MOTION FOR PROTECTIVE ORDER AND MOTION TO TAX COSTS

**May It Please the Court:**

Non-Party Morgan Stanley comes again before this Court seeking assistance regarding the Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] and accompanying subpoena *duces tecum* issued to it on May 18, 2015 by the Plaintiffs' Steering Committee (the "PSC"). Rec. Doc. 18952. Specifically, Morgan Stanley asks that this Court issue a protective order limiting the scope of the 30(b)(6) deposition to the following topics: (1) the 2006 Global Offering; (2) the 2007 Placing Agreement; (3) the 2009 Placing Agreement; and (4) 2010 Placing Agreement. These four topics arise from the documents identified by the PSC in its subpoena. To date, the PSC has refused, however, to confirm the scope of the deposition.

Morgan Stanley also requests that this Court order the PSC to pay all costs incurred for the databases used to assemble and produce the documents in Hong Kong and make them available to the PSC and translate the documents from Chinese to English, as well as the cost of Mr. Keyes's

travel from Hong Kong to New York and hotel accommodations while in New York for the deposition.

Respectfully Submitted,

/s/ *James M. Garner*_____
JAMES M. GARNER, LA BAR #19589
JOSHUA S. FORCE, LA BAR #21975
ASHLEY G. COKER, LA BAR #30446
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Phone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR MORGAN STANLEY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition to Motion to Compel Against Morgan Stanley has been served on counsel for the Plaintiffs' Steering Committee, Leonard A. Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and on all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of November 2015.

/s/ *James M. Garner*_____
JAMES M. GARNER