**Coker, Ashley**

| | |
|---|---|
| **From:** | Bruce Steckler <Bruce@stecklerlaw.com> |
| **Sent:** | Tuesday, September 08, 2015 10:31 AM |
| **To:** | Force, Joshua S. |
| **Cc:** | Coker, Ashley; Russ Herman; Madelyn O'Brien; Arnold Levin; Sandy Duggan; Matthew Gaughan; Lenny Davis; Scott George; Rachel Sternlieb; Pearl Robertson; Member GEM; Lillian Flemming <LFLEMMING@hhklawfirm. com>; Kate Robinson; Gerald Meunier; Frederick S. Longer; Anthony Irpino; Garner, James M. |
| **Subject:** | RE: Morgan Stanley Production |

When can we expect to receive the identity of a witness or witnesses to provide testimony regarding the transactions with CNBM identified in Exhibit B to the Subpoena? Thanks, Bruce

-----Original Message-----
From: Bruce Steckler
Sent: Thursday, September 03, 2015 2:00 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: Re: Morgan Stanley Production

We appreciate your offering witnesses in Hong Kong. Please provide us with dates. The cost issue is a nice touch, but we have not been ordered to pay your costs so no need to send us invoices. We appreciate your cooperation. Bruce

Sent from my iPhone



> On Sep 3, 2015, at 1:01 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:
>
> Bruce:
>
> You are correct that we disagree with the position the PSC is now taking with respect to a deposition of Morgan Stanley. Nonetheless, Morgan Stanley is attempting to identify a witness or witnesses to provide testimony regarding the transactions with CNBM identified in Exhibit B to the Subpoena. Although Morgan Stanley is still identifying the proper witness(es), as we informed you and the Court previously, the witness(es) will most likely be located in Hong Kong.
>
> In addition, Morgan Stanley has already had to incur significant costs to respond to the PSC's Subpoena. Morgan Stanley, as a non-party, should not have to bear the costs to produce voluminous documents regarding financial transactions that have nothing to do with the claims in this lawsuit and in which Morgan Stanley itself has absolutely no interest. Morgan Stanley has incurred $8,910.60 in costs, thus far, from its third-party document vendor to produce documents responsive to the PSC's Subpoena. These costs relate to the production of the documents and do not include the additional costs Morgan Stanley has incurred to compile and review the documents. We will forward a copy of the invoice for these costs separately when we receive it from Morgan Stanley's vendor. Before Morgan Stanley

1

incurs additional costs to produce a witness(es) for deposition, please confirm that the PSC will reimburse Morgan Stanley for these costs.

>

> Best regards,

>

> Josh

>

> -----Original Message-----

> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]

> Sent: Monday, August 31, 2015 6:32 PM

> To: Force, Joshua S. <jforce@SHERGARNER.com>

> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>

> Subject: Re: Morgan Stanley Production

>

> So, we agree to disagree. Are you going to produce a witness or necessitate a hearing? Bruce

>

> Sent from my iPhone

>

>> On Aug 31, 2015, at 6:23 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:

>>

>> Bruce:

>>

>> When we met with you and Russ in May, it was represented to us that Morgan Stanley would not have to produce a witness if it produced documents in response to the PSC's third-party subpoena, which it has now done by producing over 53,000 pages of documents. We understand that the PSC denies making this representation. We distinctly recall this representation being made, however, and our notes reflect that as well. In fact, we advised the Court that the PSC had told us that it would not require a deposition if Morgan Stanley responded to the subpoena in opposing the PSC's premature motion to compel, and, in reply, the PSC did not dispute it. [Rec. Doc. 19020 at 3-4.]

>>

>> Moreover, the Subpoena states that its purpose is to obtain discovery concerning the contempt period and alter ego issue. The May 15, 2015 Memorandum attached as Exhibit "B" to the Subpoena does not identify any transactions involving Morgan Stanley during the contempt period. The latest of the transactions identified in the list in Exhibit "B" was in 2010, so those transactions cannot have any relevance to the contempt period. Likewise, if any of the documents Morgan Stanley has produced contain information relevant to the alter ego issue, it is not clear what additional information a Morgan Stanley witness could provide. So, not only has the PSC not explained why it has reneged on its statement that it would not require a deposition if Morgan Stanley responded to the subpoena, but it has also failed to make clear on what topics it wishes to depose a Morgan Stanley witness(es) now that it has had an opportunity to review the documents produced.

>>

>> Best regards,

>>

>> Josh

>>

>> -----Original Message-----

>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]

\>> Sent: Monday, August 31, 2015 11:34 AM
\>> To: Force, Joshua S. <jforce@SHERGARNER.com>
\>> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
\>> Subject: RE: Morgan Stanley Production
\>>
\>> Joshua:
\>> I am available today to discuss deposition dates for Morgan Stanley. Please let me know when you are available. In
addition, let me know where you anticipate to present the witness, or witnesses, on the topics outlined in our subpoena.
We are hoping to do the deposition(s) in September.  Look forward to working with you and we appreciate your
professional courtesies. Yours, Bruce
\>>
\>> -----Original Message-----
\>> From: Bruce Steckler
\>> Sent: Friday, August 28, 2015 2:36 PM
\>> To: Force, Joshua S. <jforce@SHERGARNER.com>
\>> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Harry Rosenberg (1219)
<Harry.Rosenberg@phelps.com>
\>> Subject: Re: Morgan Stanley Production
\>>
\>> Joshua:
\>> Your production is appreciated and I am unaware of such a representation by the PSC on not seeking a deposition. It
was my understanding that a deposition would follow the production. I apologize for any misunderstanding. I will follow
up with Russ, but I was under the impression that depositions would follow your production. Is this unworkable? Thanks
again for your cooperation in this matter. Yours, Bruce
\>>
\>> Sent from my iPhone
\>>
\>>> On Aug 28, 2015, at 2:13 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:
\>>>
\>>> Counsel:
\>>>
\>>> In response to the Subpoena issued to Morgan Stanley on May 18, 2015 and as discussed during the meet and
confer on May 15, 2015, please find below a link containing Bates-labeled documents MS033219-MS053428.  The link
will expire in 30 days.  As indicated during the June 29, 2015 telephone status conference with Judge Fallon, Morgan
Stanley is responding to the Subpoena on a rolling basis, and this Production # 3 is a partial response to the Subpoena.
Nevertheless, Morgan Stanley anticipates that it will have only a few additional non-privileged, responsive documents to
produce.  Morgan Stanley also intends to produce a privilege log in accordance with the Court's Order.
\>>>

>>> Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order issued in this case on September 25, 2009. By producing these documents, Morgan Stanley does not waive its objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.
>>>
>>>
http://cp.mcafee.com/d/FZsS72hJ5xx6XbPP29KVJeUUQsKnjshjdFT76zBOXadS3qtNNEVsKCUyMrjKed7bzPPzz9IhtH6TwG xfUAtz3UYKrEj-97oM-fbCTDknCfvvW_c6zAsyCeLRXBQSnxT8TLtNYQsFYJteOaaJQn-
I3PWApmU6CQjr9K_9EIEEI3DS4jtPpesRG9pB2vN8X67NWxfo-X8_-nN0LhfnCnHCzAsyWMNHFEVd79Ix5KTwGA_IIf-9-
CendFTv7c6Mmd96y0r00X0Qg34ZwvVoQg1qdk6XjBm1EwdITdSnWs--Cx
>>>
>>> When we met with the PSC on May 18, 2015, you informed us that if Morgan Stanley produced documents in response to the Subpoena, a deposition of Morgan Stanley would not be needed. Morgan Stanley has complied with the Subpoena and produced over 53,000 pages of material as requested by the PSC. In your e-mail of August 25, 2015, however, you have asked for dates and locations for a representative(s) of Morgan Stanley. Why does the PSC now need a deposition or depositions when it had previously represented that it would not require a deposition if it received responsive documents?
>>>
>>> Best regards,
>>>
>>> Joshua S. Force, Esq.
>>> Sher Garner Cahill Richter
>>> Klein & Hilbert, L.L.C.
>>> 909 Poydras Street, 28th Floor
>>> New Orleans, Louisiana 70112
>>>
>>> Tel:   (504) 299-2130
>>> Fax:   (504) 299-2330
>>>
>>>
>>>
>>> The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, LA, 70112 via the United States Postal Service.
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Thursday, August 27, 2015 2:43 PM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>

>>> Subject: RE: Morgan Stanley Production
>>>
>>> Your daily reminder: We need dates and locations for the deposition of your designated corporate representative(s) on the topics outlined in our subpoena. Please let me know who, where and when so we can begin to notice these depositions. Thanks, Bruce
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler
>>> Sent: Wednesday, August 26, 2015 12:26 PM
>>> To: 'Coker, Ashley' <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Thank you. And, depo dates????
>>>
>>> -----Original Message-----
>>> From: Coker, Ashley [mailto:acoker@shergarner.com]
>>> Sent: Wednesday, August 26, 2015 11:45 AM
>>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Bruce,
>>>
>>> We expect to make a third production by the end of this week or early next week.
>>>
>>> Ashley
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Tuesday, August 25, 2015 9:36 AM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer

<flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>;
Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Ashley:
>>> Will there be any additional productions? If so, when will this process be complete?  In addition, we need dates and
locations for the deposition of your designated corporate representative(s) on the topics outlined in our subpoena.
Please let me know who, where and when so we can begin to notice these depositions. Thank you for your professional
courtesies.
>>>     Yours, Bruce Steckler
>>> Bruce W. Steckler
>>> STECKLER, LLP
>>> 12720 Hillcrest Road
>>> Suite 1045
>>> Dallas, TX 75230
>>> Phone: (972) 387-4040
>>> Fax: (972) 387-4041
>>> http://cp.mcafee.com/d/avndygO81MArhooKeKM-
qekPtPqtNNEVsKCUyCrjKed7bBSkrI6QXzzhOVtdN5wSDssqen7DD76joyXmdL1l2vN8X67NVsTgDYieNxYundEcfeeEfLZvAm
nAQnTbZuVtd4QsLsCej73DbLth5dqWqJXIsG7DR8OJMddECQPt-
jhd79EVLtwQszDPtPo0eOTaSRT_Vv4c5M9EcfcCzA27MYI0M2A210k3Ma384u4MC0Z0aw8Q9ya0K2hPwEcxw1Jg66hqoc1
wQ6q0k91cldN4gaZ0sg50I5AhEcJE0cb2Y0Co2guW4N2oEO4Me1khEhbCzAtkrbKA184wA1Qgm83win2Ec6wOjcCh5J0sX02
E29cO5gMg3101IxEczLCjvg5w55w82Ncc2wo6CP9kkQ4T0sobh4k0i6k7NBZYNgKdBEwl7qm4iUcayEj3U28Uw91xxk1CQMA
8BMol5gC70bkcQ61rUeg5aA710k9TgcnCo5DAiPoSW1MQmuK13wipCbxwbT0syUch4w79BypIx5KTwGA_Ilf-9-
CendELEIe6Mmd96y0r00X0Qg34ZwvVoQg1qdk6XjBm1EwdITdKzc4IIXnfNa5
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Coker, Ashley [mailto:acoker@shergarner.com]
>>> Sent: Friday, July 31, 2015 4:57 PM
>>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin
<alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny
Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb
<rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM
<membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>;
Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
<flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>;
Force, Joshua S. <jforce@SHERGARNER.com>; Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Counsel:
>>>
>>> In response to the Subpoena issued to Morgan Stanley on May 18, 2015, please find below a link containing Bates-
labeled documents MS013647-033218.  The link will expire in 30 days.  As indicated during the June 29, 2015 telephone
status conference with Judge Fallon, Morgan Stanley is responding to the Subpoena on a rolling basis, and this
Production 2 is a partial response to the Subpoena.  Morgan Stanley will produce additional non-privileged, responsive
documents.  Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order
issued in this case on September 25, 2009.  By producing these documents, Morgan Stanley does not waive its
objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.
>>>

>>>
http://cp.mcafee.com/d/1jWVlp3x0edEIcn7novd7apKVJeUUQsKnjshjdFT76zBOXadS3qtNNEVsKCUyMrjKed7bzPPzz9IhtH
6TwGxfUAtz3UYKrEj-97oM-fbCQ67D7k7T-LObbOqbXB-
LsKCyqenKj79zxPBTKEyCJtdmZSeI3PWApmU6CQPqpK_9ECzAQsTKMqehPVKVI07prBrqX_YLy65iU5hpc1dpMk5y3bU90tl
m0VCom5FwM63gpE1gA4OMB4h0HQ1N0p62IgRM1M651gC60Pd06fC1weFgm-
0Ue4Cioo0Yhw5O2EchfjcwNU1D1Mc3d0ih3wfbMo7wtK20l2EQO5TDgG19Ak9xwInbyg75Lr2J0a4yMGp4824072Nccvg1iS
yMb0s5N4xgp73943BNtMY2Ahs2b30B4axwm8rF2Up0Afo1d1wh3A1oIGIh3wfbMo7wtIq4hxQ2wMWaz878A07rr4iU31z
MHo4R9Hb83zhO6xXU50AM4x0l3jTiVEVbynMg4xgp1wO4Nxc62XM3AmqT7lsbnG71H8Ggsbn84MAo18Jg93q32842gp0E
20AldA8JSY5kDZyF_NfQNOVJ5Z5xMS2NF8Qg3o07o6y0oDI3_b6y0bhGwTqsGMd41JCVJpFj
>>>
>>> In response to your email of July 29, 2015 regarding further productions from Morgan Stanley, Morgan Stanley is
producing emails on a rolling basis as it identifies responsive materials.  In the May 18, 2015 subpoena, the only request
that concerns the contempt period relates to the 2014 CNBM Annual Report and the CNBM 2014 Interim Report.  Both
of these reports contain only passing references to a former Morgan Stanley employee who had joined CNBM's Board.
The 2014 Reports do not mention or reference any financial transactions between Morgan Stanley and CNBM.
Therefore, Morgan Stanley has no documents to produce with respect to those Reports.
>>>
>>> Cordially,
>>> Ashley G. Coker
>>> Sher Garner Cahill Richter Klein & Hilbert, LLC
>>> 909 Poydras St., 27th Fl.
>>> New Orleans, Louisiana 70112
>>> 504.299.2127
>>> 504.299.2327 (f)
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Wednesday, July 29, 2015 11:11 AM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin
<alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny
Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb
<rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM
<membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>;
Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
<flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>
>>> Subject: Re: Morgan Stanley Production
>>>
>>> Ashley:
>>> In follow- up to yesterday's email, we would appreciate a rolling production and ask that you first search and
produce documents for the contempt period (July 17, 2014 to March 31, 2015).  It appears that the prior production
involved the IPO. Again, your efforts and cooperation are greatly appreciated.
>>>        Yours, Bruce Steckler
>>>
>>> Sent from my iPhone
>>>
>>>> On Jul 28, 2015, at 1:03 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:
>>>>
>>>> Ashley:
>>>> It was a pleasure speaking with you today. It's my understanding that you should have your second production to
us by Friday, July 31st.

>>>> We appreciate your cooperation. Can you please let us know how many more productions that you anticipate and over what period of time?
>>>> We greatly appreciate your professional courtesies.
>>>>      Yours, Bruce Steckler
>>>>
>>>> Sent from my iPhone

## Coker, Ashley

| | |
|---|---|
| **From:** | Force, Joshua S. |
| **Sent:** | Friday, September 18, 2015 1:10 PM |
| **To:** | Bruce Steckler |
| **Cc:** | Coker, Ashley; Russ Herman; Madelyn O'Brien; Arnold Levin; Sandy Duggan; Matthew Gaughan; Lenny Davis; Scott George; Rachel Sternlieb; Pearl Robertson; Member GEM; Lillian Flemming <LFLEMMING@hhklawfirm. com>; Kate Robinson; Gerald Meunier; Frederick S. Longer; Anthony Irpino; Garner, James M. |
| **Subject:** | RE: Morgan Stanley Production |

The witness on the transactions with CNBM identified in Exhibit B to the Subpoena will be Terrence Keyes, who is based in Hong Kong. The deposition will take place either in New York or New Orleans. We are still confirming the dates on which Mr. Keyes is available to travel to the United States, and we will let you know as soon as we have confirmation on the location and available dates. In addition, we anticipate producing a privilege log for Morgan Stanley's document production within the next two weeks.

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Monday, September 14, 2015 4:50 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Please let me know this week who, when and where Morgan Stanley will produce its witness(es). Thanks, Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Wednesday, September 09, 2015 7:10 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Bruce:



1

Further to our earlier e-mail, because these transactions occurred a number of years ago, Morgan Stanley is still attempting to determine whether it will produce one witness or more than one witness. Morgan Stanley anticipates being able to identify the witness(es) within the next week. Once a witness(es) has been identified, we will determine and advise you of the witness' availability for the deposition.

Best regards,

Josh

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Wednesday, September 09, 2015 12:20 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Thanks so much. Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Wednesday, September 09, 2015 12:14 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Bruce:

We hope to have an update later today. Morgan Stanley is still working to determine which witness or witnesses can testify on those issues.

Best regards,

Josh

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Wednesday, September 09, 2015 11:41 AM
To: Force, Joshua S. <jforce@SHERGARNER.com>

Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Any updates? Thanks, Bruce

-----Original Message-----
From: Bruce Steckler
Sent: Tuesday, September 08, 2015 10:40 AM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

When can we expect to receive the identity of a witness or witnesses to provide testimony regarding the transactions with CNBM identified in Exhibit B to the Subpoena? Thanks, Bruce

-----Original Message-----
From: Bruce Steckler
Sent: Thursday, September 03, 2015 2:00 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: Re: Morgan Stanley Production

We appreciate your offering witnesses in Hong Kong. Please provide us with dates. The cost issue is a nice touch, but we have not been ordered to pay your costs so no need to send us invoices. We appreciate your cooperation. Bruce

Sent from my iPhone

> On Sep 3, 2015, at 1:01 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:
>
> Bruce:
>

> You are correct that we disagree with the position the PSC is now taking with respect to a deposition of Morgan Stanley. Nonetheless, Morgan Stanley is attempting to identify a witness or witnesses to provide testimony regarding the transactions with CNBM identified in Exhibit B to the Subpoena. Although Morgan Stanley is still identifying the proper witness(es), as we informed you and the Court previously, the witness(es) will most likely be located in Hong Kong.

>

> In addition, Morgan Stanley has already had to incur significant costs to respond to the PSC's Subpoena. Morgan Stanley, as a non-party, should not have to bear the costs to produce voluminous documents regarding financial transactions that have nothing to do with the claims in this lawsuit and in which Morgan Stanley itself has absolutely no interest. Morgan Stanley has incurred $8,910.60 in costs, thus far, from its third-party document vendor to produce documents responsive to the PSC's Subpoena. These costs relate to the production of the documents and do not include the additional costs Morgan Stanley has incurred to compile and review the documents. We will forward a copy of the invoice for these costs separately when we receive it from Morgan Stanley's vendor. Before Morgan Stanley incurs additional costs to produce a witness(es) for deposition, please confirm that the PSC will reimburse Morgan Stanley for these costs.

>

> Best regards,

>

> Josh

>

> -----Original Message-----

> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]

> Sent: Monday, August 31, 2015 6:32 PM

> To: Force, Joshua S. <jforce@SHERGARNER.com>

> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm.com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>

> Subject: Re: Morgan Stanley Production

>

> So, we agree to disagree. Are you going to produce a witness or necessitate a hearing? Bruce

>

> Sent from my iPhone

>

>> On Aug 31, 2015, at 6:23 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:

>>

>> Bruce:

>>

>> When we met with you and Russ in May, it was represented to us that Morgan Stanley would not have to produce a witness if it produced documents in response to the PSC's third-party subpoena, which it has now done by producing over 53,000 pages of documents. We understand that the PSC denies making this representation. We distinctly recall this representation being made, however, and our notes reflect that as well. In fact, we advised the Court that the PSC had told us that it would not require a deposition if Morgan Stanley responded to the subpoena in opposing the PSC's premature motion to compel, and, in reply, the PSC did not dispute it. [Rec. Doc. 19020 at 3-4.]

>>

>> Moreover, the Subpoena states that its purpose is to obtain discovery concerning the contempt period and alter ego issue. The May 15, 2015 Memorandum attached as Exhibit "B" to the Subpoena does not identify any transactions involving Morgan Stanley during the contempt period. The latest of the transactions identified in the list in Exhibit "B"

was in 2010, so those transactions cannot have any relevance to the contempt period. Likewise, if any of the documents Morgan Stanley has produced contain information relevant to the alter ego issue, it is not clear what additional information a Morgan Stanley witness could provide. So, not only has the PSC not explained why it has reneged on its statement that it would not require a deposition if Morgan Stanley responded to the subpoena, but it has also failed to make clear on what topics it wishes to depose a Morgan Stanley witness(es) now that it has had an opportunity to review the documents produced.

>>
>> Best regards,
>>
>> Josh
>>
>> -----Original Message-----
>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>> Sent: Monday, August 31, 2015 11:34 AM
>> To: Force, Joshua S. <jforce@SHERGARNER.com>
>> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
>> Subject: RE: Morgan Stanley Production
>>
>> Joshua:
>> I am available today to discuss deposition dates for Morgan Stanley. Please let me know when you are available. In addition, let me know where you anticipate to present the witness, or witnesses, on the topics outlined in our subpoena. We are hoping to do the deposition(s) in September. Look forward to working with you and we appreciate your professional courtesies. Yours, Bruce
>>
>> -----Original Message-----
>> From: Bruce Steckler
>> Sent: Friday, August 28, 2015 2:36 PM
>> To: Force, Joshua S. <jforce@SHERGARNER.com>
>> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com>
>> Subject: Re: Morgan Stanley Production
>>
>> Joshua:
>> Your production is appreciated and I am unaware of such a representation by the PSC on not seeking a deposition. It was my understanding that a deposition would follow the production. I apologize for any misunderstanding. I will follow up with Russ, but I was under the impression that depositions would follow your production. Is this unworkable? Thanks again for your cooperation in this matter. Yours, Bruce
>>

>> Sent from my iPhone

>>

>>> On Aug 28, 2015, at 2:13 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:

>>>

>>> Counsel:

>>>

>>> In response to the Subpoena issued to Morgan Stanley on May 18, 2015 and as discussed during the meet and confer on May 15, 2015, please find below a link containing Bates-labeled documents MS033219-MS053428. The link will expire in 30 days. As indicated during the June 29, 2015 telephone status conference with Judge Fallon, Morgan Stanley is responding to the Subpoena on a rolling basis, and this Production # 3 is a partial response to the Subpoena. Nevertheless, Morgan Stanley anticipates that it will have only a few additional non-privileged, responsive documents to produce. Morgan Stanley also intends to produce a privilege log in accordance with the Court's Order.

>>>

>>> Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order issued in this case on September 25, 2009. By producing these documents, Morgan Stanley does not waive its objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.

>>>

>>> http://cp.mcafee.com/d/k-Kr43qb32bO9EVhuKrKrjKed7bBQT4kPqtNNEVsKOztwSDssqenbFK8I6QXzzhOUYYUUOr4nqNJUaEj-97oM-fbCW4_yhScfzOVLkZsKW-_R-hd79EVjjjhWZOWra8XC4kT4XCzDG8FHnjlKYNOEuvkzaT0QSyrpdTVeZXTLuZXCXCM0tBKlJHL_O-8obwjgo79AM8v3MZM1y0m2OpEV0EcwhUj2o3Q0G0zgC8E2U97e2wO606R0op5FwM63gpE1gA4OMT4h0HQ1N0k2Mm51gQsxFeons19w91XEj49yz8j0U5h6x4KqehRhIKWg4wi75o2jFAO0EHpMk4a5xbMG2M66g7681U9u18lC30e0Z1s3whfMNKwg0Y2VX8m0kgmI2rwA0Uz4QswkaCzAq3hEq3mgUoo4pxprW0I96zBopjcwNU1D1Mc0kftGn0pUIbM1BMGjtw9g2UAa252M2zoc2UKd1B0sqegQfv0E4C0A82EquWnd79si-20K2j8WPwSGwqen2RUTK0RM78II0iocxCE3Akhp0GU0MycGEzhx0d1a0N01q5OUA7CO4mXu2Gj-Nk_UDWoVsSOyesjdwlqid40S01S1Ew69X0_ONEw2QqEdSDaI3h0rpKrY5c8Afpn5e28

>>>

>>> When we met with the PSC on May 18, 2015, you informed us that if Morgan Stanley produced documents in response to the Subpoena, a deposition of Morgan Stanley would not be needed. Morgan Stanley has complied with the Subpoena and produced over 53,000 pages of material as requested by the PSC. In your e-mail of August 25, 2015, however, you have asked for dates and locations for a representative(s) of Morgan Stanley. Why does the PSC now need a deposition or depositions when it had previously represented that it would not require a deposition if it received responsive documents?

>>>

>>> Best regards,

>>>

>>> Joshua S. Force, Esq.

>>> Sher Garner Cahill Richter

>>> Klein & Hilbert, L.L.C.

>>> 909 Poydras Street, 28th Floor

>>> New Orleans, Louisiana 70112

>>>

>>> Tel:    (504) 299-2130

>>> Fax:   (504) 299-2330

>>>

>>>

>>>

>>> The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, LA, 70112 via the United States Postal Service.
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Thursday, August 27, 2015 2:43 PM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Your daily reminder: We need dates and locations for the deposition of your designated corporate representative(s) on the topics outlined in our subpoena.  Please let me know who, where and when so we can begin to notice these depositions. Thanks, Bruce
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler
>>> Sent: Wednesday, August 26, 2015 12:26 PM
>>> To: 'Coker, Ashley' <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Thank you. And, depo dates????
>>>
>>> -----Original Message-----
>>> From: Coker, Ashley [mailto:acoker@shergarner.com]
>>> Sent: Wednesday, August 26, 2015 11:45 AM
>>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>

>>> Subject: RE: Morgan Stanley Production
>>>
>>> Bruce,
>>>
>>> We expect to make a third production by the end of this week or early next week.
>>>
>>> Ashley
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Tuesday, August 25, 2015 9:36 AM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin
<alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny
Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb
<rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM
<membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>;
Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
<flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>;
Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Ashley:
>>> Will there be any additional productions? If so, when will this process be complete?  In addition, we need dates and
locations for the deposition of your designated corporate representative(s) on the topics outlined in our subpoena.
Please let me know who, where and when so we can begin to notice these depositions. Thank you for your professional
courtesies.
>>>        Yours, Bruce Steckler
>>> Bruce W. Steckler
>>> STECKLER, LLP
>>> 12720 Hillcrest Road
>>> Suite 1045
>>> Dallas, TX 75230
>>> Phone: (972) 387-4040
>>> Fax: (972) 387-4041
>>> http://cp.mcafee.com/d/avndygO81MArhooKeKM-
qekPtPqtNNEVsKCUyCrjKed7bBSkrI6QXzzhOVtdN5wSDssqen7DD76joyXmdL1I2vN8X67NVsTgDYieNxYundEcfeeEfLZvAm
nAQnTbZuVtd4QsLsCej73DbLth5dqWqJXIsG7DR8OJMddECQPt-
jhd79EVLtwQszDPtPo0eOTaSRT_Vv4c5M9EcfcCzA27MYI0M2A210k3Ma384u4MC0Z0aw8Q9ya0K2hPwEcxw1Jg66hqoc1
wQ6q0k91cldN4gaZ0sg50I5AhEcJE0cb2Y0Co2guW4N2oEO4Me1khEhbCzAtkrbKA184wA1Qgm83win2Ec6wOjcCh5J0sX02
E29cO5gMg3101IxEczLCjvg5w55w82Ncc2wo6CP9kkQ4T0sobh4k0i6k7NBZYNgKdBEwI7qm4iUcayEj3U28Uw91xxk1CQMA
8BMol5gC70bkcQ61rUeg5aA710k9TgcnCo5DAiPoSW1MQmuK13wipCbxwbT0syUch4w79Byplx5KTwGA_Ilf-9-
CendELEIe6Mmd96y0r00X0Qg34ZwvVoQg1qdk6XjBm1EwdITdKzc4IIXnfNa5
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Coker, Ashley [mailto:acoker@shergarner.com]
>>> Sent: Friday, July 31, 2015 4:57 PM
>>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin
<alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny

Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb
<rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM
<membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>;
Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
<flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>;
Force, Joshua S. <jforce@SHERGARNER.com>; Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Counsel:
>>>
>>> In response to the Subpoena issued to Morgan Stanley on May 18, 2015, please find below a link containing Bates-labeled documents MS013647-033218.  The link will expire in 30 days.  As indicated during the June 29, 2015 telephone status conference with Judge Fallon, Morgan Stanley is responding to the Subpoena on a rolling basis, and this Production 2 is a partial response to the Subpoena.  Morgan Stanley will produce additional non-privileged, responsive documents.  Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order issued in this case on September 25, 2009.  By producing these documents, Morgan Stanley does not waive its objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.
>>>
>>>
http://cp.mcafee.com/d/1jWVlp3x0edEIcn7novd7apKVJeUUQsKnjshjdFT76zBOXadS3qtNNEVsKCUyMrjKed7bzPPzz9IhtH6TwGxfUAtz3UYKrEj-97oM-fbCQ67D7k7T-LObbOqbXB-LsKCyqenKj79zxPBTKEyCJtdmZSeI3PWApmU6CQPqpK_9ECzAQsTKMqehPVKVI07prBrqX_YLy65iU5hpc1dpMk5y3bU90tlm0VCom5FwM63gpE1gA4OMB4h0HQ1N0p62IgRM1M651gC60Pd06fC1weFgm-0Ue4Cioo0Yhw5O2EchfjcwNU1D1Mc3d0ih3wfbMo7wtK20I2EQO5TDgG19Ak9xwInbyg75Lr2J0a4yMGp4824072Nccvg1iSyMb0s5N4xgp73943BNtMY2Ahs2b30B4axwm8rF2Up0Afo1d1wh3A1oIGIh3wfbMo7wtlq4hxQ2wMWaz878A07rr4iU31zMHo4R9Hb83zhO6xXU50AM4x0l3jTiVEVbynMg4xgp1wO4Nxc62XM3AmqT7IsbnG71H8Ggsbn84MAo18Jg93q32842gp0E20AldA8JSY5kDZyF_NfQNOVJ5Z5xMS2NF8Qg3o07o6y0oDI3_b6y0bhGwTqsGMd41JCVJpFj
>>>
>>> In response to your email of July 29, 2015 regarding further productions from Morgan Stanley, Morgan Stanley is producing emails on a rolling basis as it identifies responsive materials.  In the May 18, 2015 subpoena, the only request that concerns the contempt period relates to the 2014 CNBM Annual Report and the CNBM 2014 Interim Report.  Both of these reports contain only passing references to a former Morgan Stanley employee who had joined CNBM's Board.  The 2014 Reports do not mention or reference any financial transactions between Morgan Stanley and CNBM.  Therefore, Morgan Stanley has no documents to produce with respect to those Reports.
>>>
>>> Cordially,
>>> Ashley G. Coker
>>> Sher Garner Cahill Richter Klein & Hilbert, LLC
>>> 909 Poydras St., 27th Fl.
>>> New Orleans, Louisiana 70112
>>> 504.299.2127
>>> 504.299.2327 (f)
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Wednesday, July 29, 2015 11:11 AM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin
<alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny
Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb
<rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM
<membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>;

Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>
>>> Subject: Re: Morgan Stanley Production
>>>
>>> Ashley:
>>> In follow- up to yesterday's email, we would appreciate a rolling production and ask that you first search and produce documents for the contempt period (July 17, 2014 to March 31, 2015).  It appears that the prior production involved the IPO. Again, your efforts and cooperation are greatly appreciated.
>>>         Yours, Bruce Steckler
>>>
>>> Sent from my iPhone
>>>
>>>> On Jul 28, 2015, at 1:03 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:
>>>>
>>>> Ashley:
>>>> It was a pleasure speaking with you today. It's my understanding that you should have your second production to us by Friday, July 31st.
>>>> We appreciate your cooperation. Can you please let us know how many more productions that you anticipate and over what period of time?
>>>> We greatly appreciate your professional courtesies.
>>>>         Yours, Bruce Steckler
>>>>
>>>> Sent from my iPhone

## Coker, Ashley

| | |
|---|---|
| **From:** | Force, Joshua S. |
| **Sent:** | Wednesday, October 07, 2015 3:39 PM |
| **To:** | Bruce Steckler |
| **Cc:** | Coker, Ashley; Russ Herman; Madelyn O'Brien; Arnold Levin; Sandy Duggan; Matthew Gaughan; Lenny Davis; Scott George; Rachel Sternlieb; Pearl Robertson; Member GEM; Lillian Flemming <LFLEMMING@hhklawfirm. com>; Kate Robinson; Gerald Meunier; Frederick S. Longer; Anthony Irpino; Garner, James M. |
| **Subject:** | RE: Morgan Stanley Production |

Bruce:

As you know, on May 18, 2015, the PSC served Morgan Stanley with a new Subpoena for a 30(b)(6) witness and documents. The Subpoena listed the following topics for the deposition and document production:

1.    Morgan Stanley's knowledge regarding all documents produced in response to the document requests.
2.    Morgan Stanley's knowledge regarding the subject matter and topics identified in the Meet and Confer –
Documents and Deposition Topics for
     Morgan Stanley memorandum, dated May 15, 2015, a copy of which is attached to the subpoena as Exhibit B.

When we met with the PSC on May 15, 2015, the PSC limited its requests to the transactions involving Morgan Stanley identified in the chart of documents listed in the memorandum provided at the meeting and later attached as Exhibit B to the Subpoena. Morgan Stanley has produced a number of documents in response to the Subpoena. Morgan Stanley has addressed the Subpoena further in its Non-Party Morgan Stanley's Objections to Rec. Doc. 18952 Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18943], filed on June 4, 2015.

Morgan Stanley will present a witness for deposition in response to the Subpoena who will be prepared to testify, as requested by Plaintiffs at the meet and confer, regarding the transactions involving Morgan Stanley identified in Exhibit B to the Subpoena, namely:

1.    2006 Global Public Offering;
2.    2007 Placing Agreement;
.3.    2009 Placing Agreement; and
4.    2010 Placing Agreement.

The witness will also be prepared to answer questions, if any, concerning Morgan Stanley's documents produced in response to the Subpoena. Please confirm your agreement to the above scope of topics for the 30(b)(6) witness who will be made available by Morgan Stanley.

The witness will be Mr. Terence Keyes. Mr. Keyes will be available to travel to the United States, from Hong Kong, for deposition on November 13. The deposition will take place in New York at the offices of Davis Polk & Wardwell, LLP, 450 Lexington Avenue, New York, New York 10017.

Next, please find below a link containing Bates-labeled documents MS053429-54172. The link will expire in 30 days. Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order issued in this case on September 25, 2009. By producing these documents, Morgan Stanley does not waive its objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.

1

**EXHIBIT**

**G**

https://shergarner.sharefile.com/d-se1b88278e444ad69

Finally, Morgan Stanley has prepared its privilege log for the English-language documents that it withheld from its production to the PSC. We will forward the privilege log shortly under separate cover.


Best regards,

Josh

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Tuesday, October 06, 2015 3:01 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

As promised, I am following up. What day this week can we expect the production, privilege log and proposed
deposition dates in NY? Thanks, Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Thursday, October 01, 2015 1:27 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Bruce:

We have discovered a small amount of documents that were inadvertently omitted from the last production. We plan
to produce those additional documents by early next week.

Also, as we advised previously, Morgan Stanley will be submitting a privilege log to the PSC (and the log and documents
to Judge Fallon) by early next week. Morgan Stanley's initial privilege log will include only English-language documents.
Morgan Stanley will also submit a privilege log for Chinese-language documents, and we will let you know when we
anticipate submitting that privilege log.

The deposition will take place in New York, most likely, at Morgan Stanley's offices.  We are having some difficulties finding dates that are available for Mr. Keyes to travel to the United States and for us to be in New York.  We hope to resolve those scheduling issues next week and be able to provide you with possible dates for the deposition.

Best regards,

Josh

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Wednesday, September 30, 2015 2:42 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Joshua:
To follow-up, I want to confirm that we have your final production. Also, when can we take Mr. Keyes deposition and where? Thank you, Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Friday, September 18, 2015 1:10 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

The witness on the transactions with CNBM identified in Exhibit B to the Subpoena will be Terrence Keyes, who is based in Hong Kong.  The deposition will take place either in New York or New Orleans.  We are still confirming the dates on which Mr. Keyes is available to travel to the United States, and we will let you know as soon as we have confirmation on the location and available dates.  In addition, we anticipate producing a privilege log for Morgan Stanley's document production within the next two weeks.

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Monday, September 14, 2015 4:50 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew

Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Please let me know this week who, when and where Morgan Stanley will produce its witness(es). Thanks, Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Wednesday, September 09, 2015 7:10 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Bruce:

Further to our earlier e-mail, because these transactions occurred a number of years ago, Morgan Stanley is still attempting to determine whether it will produce one witness or more than one witness.  Morgan Stanley anticipates being able to identify the witness(es) within the next week.  Once a witness(es) has been identified, we will determine and advise you of the witness' availability for the deposition.

Best regards,

Josh

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Wednesday, September 09, 2015 12:20 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Thanks so much. Bruce

-----Original Message-----

From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Wednesday, September 09, 2015 12:14 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Bruce:

We hope to have an update later today.  Morgan Stanley is still working to determine which witness or witnesses can
testify on those issues.

Best regards,

Josh

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Wednesday, September 09, 2015 11:41 AM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Any updates? Thanks, Bruce

-----Original Message-----
From: Bruce Steckler
Sent: Tuesday, September 08, 2015 10:40 AM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

When can we expect to receive the identity of a witness or witnesses to provide testimony regarding the transactions with CNBM identified in Exhibit B to the Subpoena? Thanks, Bruce

-----Original Message-----
From: Bruce Steckler
Sent: Thursday, September 03, 2015 2:00 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: Re: Morgan Stanley Production

We appreciate your offering witnesses in Hong Kong. Please provide us with dates. The cost issue is a nice touch, but we have not been ordered to pay your costs so no need to send us invoices. We appreciate your cooperation. Bruce

Sent from my iPhone

> On Sep 3, 2015, at 1:01 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:
>
> Bruce:
>
> You are correct that we disagree with the position the PSC is now taking with respect to a deposition of Morgan Stanley.  Nonetheless, Morgan Stanley is attempting to identify a witness or witnesses to provide testimony regarding the transactions with CNBM identified in Exhibit B to the Subpoena. Although Morgan Stanley is still identifying the proper witness(es), as we informed you and the Court previously, the witness(es) will most likely be located in Hong Kong.
>
> In addition, Morgan Stanley has already had to incur significant costs to respond to the PSC's Subpoena.  Morgan Stanley, as a non-party, should not have to bear the costs to produce voluminous documents regarding financial transactions that have nothing to do with the claims in this lawsuit and in which Morgan Stanley itself has absolutely no interest.  Morgan Stanley has incurred $8,910.60 in costs, thus far, from its third-party document vendor to produce documents responsive to the PSC's Subpoena.  These costs relate to the production of the documents and do not include the additional costs Morgan Stanley has incurred to compile and review the documents.  We will forward a copy of the invoice for these costs separately when we receive it from Morgan Stanley's vendor.  Before Morgan Stanley incurs additional costs to produce a witness(es) for deposition, please confirm that the PSC will reimburse Morgan Stanley for these costs.
>
> Best regards,
>
> Josh
>
> -----Original Message-----
> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
> Sent: Monday, August 31, 2015 6:32 PM
> To: Force, Joshua S. <jforce@SHERGARNER.com>
> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew

Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
> Subject: Re: Morgan Stanley Production
>
> So, we agree to disagree. Are you going to produce a witness or necessitate a hearing? Bruce
>
> Sent from my iPhone
>
>> On Aug 31, 2015, at 6:23 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:
>>
>> Bruce:
>>
>> When we met with you and Russ in May, it was represented to us that Morgan Stanley would not have to produce a
witness if it produced documents in response to the PSC's third-party subpoena, which it has now done by producing
over 53,000 pages of documents. We understand that the PSC denies making this representation. We distinctly recall
this representation being made, however, and our notes reflect that as well. In fact, we advised the Court that the PSC
had told us that it would not require a deposition if Morgan Stanley responded to the subpoena in opposing the PSC's
premature motion to compel, and, in reply, the PSC did not dispute it. [Rec. Doc. 19020 at 3-4.]
>>
>> Moreover, the Subpoena states that its purpose is to obtain discovery concerning the contempt period and alter ego
issue. The May 15, 2015 Memorandum attached as Exhibit "B" to the Subpoena does not identify any transactions
involving Morgan Stanley during the contempt period. The latest of the transactions identified in the list in Exhibit "B"
was in 2010, so those transactions cannot have any relevance to the contempt period. Likewise, if any of the documents
Morgan Stanley has produced contain information relevant to the alter ego issue, it is not clear what additional
information a Morgan Stanley witness could provide. So, not only has the PSC not explained why it has reneged on its
statement that it would not require a deposition if Morgan Stanley responded to the subpoena, but it has also failed to
make clear on what topics it wishes to depose a Morgan Stanley witness(es) now that it has had an opportunity to
review the documents produced.
>>
>> Best regards,
>>
>> Josh
>>
>> -----Original Message-----
>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>> Sent: Monday, August 31, 2015 11:34 AM
>> To: Force, Joshua S. <jforce@SHERGARNER.com>
>> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
>> Subject: RE: Morgan Stanley Production
>>
>> Joshua:

>> I am available today to discuss deposition dates for Morgan Stanley. Please let me know when you are available. In addition, let me know where you anticipate to present the witness, or witnesses, on the topics outlined in our subpoena. We are hoping to do the deposition(s) in September.  Look forward to working with you and we appreciate your professional courtesies.  Yours, Bruce

>>

>> -----Original Message-----

>> From: Bruce Steckler

>> Sent: Friday, August 28, 2015 2:36 PM

>> To: Force, Joshua S. <jforce@SHERGARNER.com>

>> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com>

>> Subject: Re: Morgan Stanley Production

>>

>> Joshua:

>> Your production is appreciated and I am unaware of such a representation by the PSC on not seeking a deposition. It was my understanding that a deposition would follow the production. I apologize for any misunderstanding. I will follow up with Russ, but I was under the impression that depositions would follow your production. Is this unworkable? Thanks again for your cooperation in this matter. Yours, Bruce

>>

>> Sent from my iPhone

>>

>>> On Aug 28, 2015, at 2:13 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:

>>>

>>> Counsel:

>>>

>>> In response to the Subpoena issued to Morgan Stanley on May 18, 2015 and as discussed during the meet and confer on May 15, 2015, please find below a link containing Bates-labeled documents MS033219-MS053428.  The link will expire in 30 days.  As indicated during the June 29, 2015 telephone status conference with Judge Fallon, Morgan Stanley is responding to the Subpoena on a rolling basis, and this Production # 3 is a partial response to the Subpoena. Nevertheless, Morgan Stanley anticipates that it will have only a few additional non-privileged, responsive documents to produce.  Morgan Stanley also intends to produce a privilege log in accordance with the Court's Order.

>>>

>>> Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order issued in this case on September 25, 2009.  By producing these documents, Morgan Stanley does not waive its objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.

>>>

>>> http://cp.mcafee.com/d/k-Kr43qb32bO9EVhuKrKrjKed7bBQT4kPqtNNEVsKOztwSDssqenbFK8I6QXzzhOUYYUUOr4nqNJUaEj-97oM-fbCW4_yhScfzOVLkZsKW-_R-hd79EVjjjhWZOWra8XC4kT4XCzDG8FHnjIKYNOEuvkzaT0QSyrpdTVeZXTLuZXCXCM0tBKIJHL_O-8obwjgo79AM8v3MZM1y0m2OpEV0EcwhUj2o3Q0G0zgC8E2U97e2wO606R0op5FwM63gpE1gA4OMT4h0HQ1N0k2Mm51gQsxFeons19w91XEj49yz8j0U5h6x4KqehRhIKWg4wi75o2jFAO0EHpMk4a5xbMG2M66g7681U9u18IC30e0Z1s3whfMNKwg0Y2VX8m0kgmI2rwA0Uz4QswkaCzAq3hEq3mgUoo4pxprW0I96zBopjcwNU1D1Mc0kftGn0pUIbM1BMGjtw9g2UAa252M2zoc2UKd1B0sqegQfv0E4C0A82EquWnd79si-

2OK2j8WPwSGwqen2RUTK0RM78II0iocxCE3Akhp0GU0MycGEzhx0d1a0N01q5OUA7CO4mXu2Gj-
Nk_UDWoVsSOyesjdwIqid40S01S1Ew69X0_ONEw2QqEdSDaI3h0rpKrY5c8Afpn5e28

>>>
>>> When we met with the PSC on May 18, 2015, you informed us that if Morgan Stanley produced documents in response to the Subpoena, a deposition of Morgan Stanley would not be needed.  Morgan Stanley has complied with the Subpoena and produced over 53,000 pages of material as requested by the PSC.  In your e-mail of August 25, 2015, however, you have asked for dates and locations for a representative(s) of Morgan Stanley.  Why does the PSC now need a deposition or depositions when it had previously represented that it would not require a deposition if it received responsive documents?
>>>
>>> Best regards,
>>>
>>> Joshua S. Force, Esq.
>>> Sher Garner Cahill Richter
>>> Klein & Hilbert, L.L.C.
>>> 909 Poydras Street, 28th Floor
>>> New Orleans, Louisiana  70112
>>>
>>> Tel:   (504) 299-2130
>>> Fax:   (504) 299-2330
>>>
>>>
>>>
>>> The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, LA, 70112 via the United States Postal Service.
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Thursday, August 27, 2015 2:43 PM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Your daily reminder: We need dates and locations for the deposition of your designated corporate representative(s) on the topics outlined in our subpoena.  Please let me know who, where and when so we can begin to notice these depositions. Thanks, Bruce
>>>
>>> -----Original Message-----

9

>>> From: Bruce Steckler
>>> Sent: Wednesday, August 26, 2015 12:26 PM
>>> To: 'Coker, Ashley' <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin
<alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny
Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb
<rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM
<membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>;
Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
<flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>;
Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Thank you. And, depo dates????
>>>
>>> -----Original Message-----
>>> From: Coker, Ashley [mailto:acoker@shergarner.com]
>>> Sent: Wednesday, August 26, 2015 11:45 AM
>>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin
<alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny
Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb
<rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM
<membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>;
Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
<flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>;
Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Bruce,
>>>
>>> We expect to make a third production by the end of this week or early next week.
>>>
>>> Ashley
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Tuesday, August 25, 2015 9:36 AM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin
<alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny
Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb
<rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM
<membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>;
Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
<flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>;
Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Ashley:
>>> Will there be any additional productions? If so, when will this process be complete?  In addition, we need dates and
locations for the deposition of your designated corporate representative(s) on the topics outlined in our subpoena.

10

Please let me know who, where and when so we can begin to notice these depositions. Thank you for your professional courtesies.
>>>       Yours, Bruce Steckler
>>> Bruce W. Steckler
>>> STECKLER, LLP
>>> 12720 Hillcrest Road
>>> Suite 1045
>>> Dallas, TX 75230
>>> Phone: (972) 387-4040
>>> Fax: (972) 387-4041
>>> http://cp.mcafee.com/d/avndygO81MArhooKeKM-
qekPtPqtNNEVsKCUyCrjKed7bBSkrl6QXzzhOVtdN5wSDssqen7DD76joyXmdL1l2vN8X67NVsTgDYieNxYundEcfeeEfLZvAm
nAQnTbZuVtd4QsLsCej73DbLth5dqWqJXIsG7DR8OJMddECQPt-
jhd79EVLtwQszDPtPo0eOTaSRT_Vv4c5M9EcfcCzA27MYI0M2A210k3Ma384u4MC0Z0aw8Q9ya0K2hPwEcxw1Jg66hqoc1
wQ6q0k91cIdN4gaZ0sg50I5AhEcJE0cb2Y0Co2guW4N2oEO4Me1khEhbCzAtkrbKA184wA1Qgm83win2Ec6wOjcCh5J0sX02
E29cO5gMg3101IxEczLCjvg5w55w82Ncc2wo6CP9kkQ4T0sobh4k0i6k7NBZYNgKdBEwl7qm4iUcayEj3U28Uw91xxk1CQMA
8BMoI5gC70bkcQ61rUeg5aA710k9TgcnCo5DAiPoSW1MQmuK13wipCbxwbT0syUch4w79BypIx5KTwGA_IIf-9-
CendELEIe6Mmd96y0r00X0Qg34ZwvVoQg1qdk6XjBm1EwdlTdKzc4IIXnfNa5
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Coker, Ashley [mailto:acoker@shergarner.com]
>>> Sent: Friday, July 31, 2015 4:57 PM
>>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin
<alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny
Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb
<rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM
<membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>;
Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
<flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>;
Force, Joshua S. <jforce@SHERGARNER.com>; Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Counsel:
>>>
>>> In response to the Subpoena issued to Morgan Stanley on May 18, 2015, please find below a link containing Bates-
labeled documents MS013647-033218. The link will expire in 30 days. As indicated during the June 29, 2015 telephone
status conference with Judge Fallon, Morgan Stanley is responding to the Subpoena on a rolling basis, and this
Production 2 is a partial response to the Subpoena. Morgan Stanley will produce additional non-privileged, responsive
documents. Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order
issued in this case on September 25, 2009. By producing these documents, Morgan Stanley does not waive its
objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.
>>>
>>>
http://cp.mcafee.com/d/1jWVlp3x0edEIcn7novd7apKVJeUUQsKnjshjdFT76zBOXadS3qtNNEVsKCUyMrjKed7bzPPzz9IhtH
6TwGxfUAtz3UYKrEj-97oM-fbCQ67D7k7T-LObbOqbXB-
LsKCyqenKj79zxPBTKEyCJtdmZSel3PWApmU6CQPqpK_9ECzAQsTKMqehPVKVI07prBrqX_YLy65iU5hpc1dpMk5y3bU90tl
m0VCom5FwM63gpE1gA4OMB4h0HQ1N0p62IgRM1M651gC60Pd06fC1weFgm-
0Ue4Cioo0Yhw5O2EchfjcwNU1D1Mc3d0ih3wfbMo7wtK20I2EQO5TDgG19Ak9xwInbyg75Lr2J0a4yMGp4824072Nccvg1iS
yMb0s5N4xgp73943BNtMY2Ahs2b30B4axwm8rF2Up0Afo1d1wh3A1oIGIh3wfbMo7wtlq4hxQ2wMWaz878A07rr4iU31z

11

MHo4R9Hb83zhO6xXU50AM4x0l3jTiVEVbynMg4xgp1wO4Nxc62XM3AmqT7lsbnG71H8Ggsbn84MAo18Jg93q32842gp0E
20AldA8JSY5kDZyF_NfQNOVJ5Z5xMS2NF8Qg3o07o6y0oDl3_b6y0bhGwTqsGMd41JCVJpFj
>>>
>>> In response to your email of July 29, 2015 regarding further productions from Morgan Stanley, Morgan Stanley is producing emails on a rolling basis as it identifies responsive materials.  In the May 18, 2015 subpoena, the only request that concerns the contempt period relates to the 2014 CNBM Annual Report and the CNBM 2014 Interim Report.  Both of these reports contain only passing references to a former Morgan Stanley employee who had joined CNBM's Board.  The 2014 Reports do not mention or reference any financial transactions between Morgan Stanley and CNBM.  Therefore, Morgan Stanley has no documents to produce with respect to those Reports.
>>>
>>> Cordially,
>>> Ashley G. Coker
>>> Sher Garner Cahill Richter Klein & Hilbert, LLC
>>> 909 Poydras St., 27th Fl.
>>> New Orleans, Louisiana 70112
>>> 504.299.2127
>>> 504.299.2327 (f)
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Wednesday, July 29, 2015 11:11 AM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>
>>> Subject: Re: Morgan Stanley Production
>>>
>>> Ashley:
>>> In follow- up to yesterday's email, we would appreciate a rolling production and ask that you first search and produce documents for the contempt period (July 17, 2014 to March 31, 2015).  It appears that the prior production involved the IPO. Again, your efforts and cooperation are greatly appreciated.
>>>        Yours, Bruce Steckler
>>>
>>> Sent from my iPhone
>>>
>>>> On Jul 28, 2015, at 1:03 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:
>>>>
>>>> Ashley:
>>>> It was a pleasure speaking with you today. It's my understanding that you should have your second production to us by Friday, July 31st.
>>>> We appreciate your cooperation. Can you please let us know how many more productions that you anticipate and over what period of time?
>>>> We greatly appreciate your professional courtesies.
>>>>        Yours, Bruce Steckler
>>>>
>>>> Sent from my iPhone

**Coker, Ashley**

| | |
|---|---|
| **From:** | Force, Joshua S. |
| **Sent:** | Thursday, October 08, 2015 12:52 PM |
| **To:** | Bruce Steckler |
| **Cc:** | Coker, Ashley; Russ Herman; Madelyn O'Brien; Arnold Levin; Sandy Duggan; Matthew Gaughan; Lenny Davis; Scott George; Rachel Sternlieb; Pearl Robertson; Member GEM; Lillian Flemming <LFLEMMING@hhklawfirm. com>; Kate Robinson; Gerald Meunier; Frederick S. Longer; Anthony Irpino; Garner, James M. |
| **Subject:** | RE: Morgan Stanley Production |

The deposition would be on November 13.

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Thursday, October 08, 2015 12:50 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Joshua:
You note in your email that "Mr. Keyes will be available to travel to the United States, from Hong Kong, for deposition on November 13. The deposition will take place in New York at the offices of Davis Polk & Wardwell, LLP, 450 Lexington Avenue, New York, New York 10017." Is November 13 the only date for deposition or is he traveling on that date and he will be available for deposition after this date? Please explain so that we can plan accordingly. Thanks so much. Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Wednesday, October 07, 2015 3:39 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Bruce:



1

As you know, on May 18, 2015, the PSC served Morgan Stanley with a new Subpoena for a 30(b)(6) witness and documents. The Subpoena listed the following topics for the deposition and document production:

1.  Morgan Stanley's knowledge regarding all documents produced in response to the document requests.
2.  Morgan Stanley's knowledge regarding the subject matter and topics identified in the Meet and Confer - Documents and Deposition Topics for
     Morgan Stanley memorandum, dated May 15, 2015, a copy of which is attached to the subpoena as Exhibit B.

When we met with the PSC on May 15, 2015, the PSC limited its requests to the transactions involving Morgan Stanley identified in the chart of documents listed in the memorandum provided at the meeting and later attached as Exhibit B to the Subpoena.  Morgan Stanley has produced a number of documents in response to the Subpoena.  Morgan Stanley has addressed the Subpoena further in its Non-Party Morgan Stanley's Objections to Rec. Doc. 18952 Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18943], filed on June 4, 2015.

Morgan Stanley will present a witness for deposition in response to the Subpoena who will be prepared to testify, as requested by Plaintiffs at the meet and confer, regarding the transactions involving Morgan Stanley identified in Exhibit B to the Subpoena, namely:

1.  2006 Global Public Offering;
2.  2007 Placing Agreement;
3.  2009 Placing Agreement; and
4.  2010 Placing Agreement.

The witness will also be prepared to answer questions, if any, concerning Morgan Stanley's documents produced in response to the Subpoena.  Please confirm your agreement to the above scope of topics for the 30(b)(6) witness who will be made available by Morgan Stanley.

The witness will be Mr. Terence Keyes.  Mr. Keyes will be available to travel to the United States, from Hong Kong, for deposition on November 13.  The deposition will take place in New York at the offices of Davis Polk & Wardwell, LLP, 450 Lexington Avenue, New York, New York 10017.

Next, please find below a link containing Bates-labeled documents MS053429-54172.  The link will expire in 30 days. Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order issued in this case on September 25, 2009.  By producing these documents, Morgan Stanley does not waive its objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.

http://cp.mcafee.com/d/1jWVIi418SyMMMOCUUyyrKrjKed7bBQT4kPqtNNEVsKOztwSDssqenbFK8I6QXzzhOUYYUUOr4n
qNJUaEj-97oM-
fbCW4_yhScfzOVJd2SK8KfZvCbzxPOqvnKnhjohVVByXRQuEyCJtdmVEVhVkffGhBrwqrhdI6XYOesh79LfEECXCOsVHkiPa4_y
hScfzR2uNZSh_YLy1uDEA7DANPTIccqwUqejp2btL1l9_oGvYjZcsKrospd7bVI5zihEw6M0eMd40Nfo7-
md40mzl1KQVlwq83rdPpkvLOR6AjJI6

Finally, Morgan Stanley has prepared its privilege log for the English-language documents that it withheld from its production to the PSC.  We will forward the privilege log shortly under separate cover.


Best regards,

Josh

-----Original Message-----

From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Tuesday, October 06, 2015 3:01 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

As promised, I am following up. What day this week can we expect the production, privilege log and proposed
deposition dates in NY? Thanks, Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Thursday, October 01, 2015 1:27 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Bruce:

We have discovered a small amount of documents that were inadvertently omitted from the last production. We plan
to produce those additional documents by early next week.

Also, as we advised previously, Morgan Stanley will be submitting a privilege log to the PSC (and the log and documents
to Judge Fallon) by early next week. Morgan Stanley's initial privilege log will include only English-language documents.
Morgan Stanley will also submit a privilege log for Chinese-language documents, and we will let you know when we
anticipate submitting that privilege log.

The deposition will take place in New York, most likely, at Morgan Stanley's offices. We are having some difficulties
finding dates that are available for Mr. Keyes to travel to the United States and for us to be in New York. We hope to
resolve those scheduling issues next week and be able to provide you with possible dates for the deposition.

Best regards,

Josh

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Wednesday, September 30, 2015 2:42 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>

3

Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Joshua:
To follow-up, I want to confirm that we have your final production. Also, when can we take Mr. Keyes deposition and where? Thank you, Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Friday, September 18, 2015 1:10 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

The witness on the transactions with CNBM identified in Exhibit B to the Subpoena will be Terrence Keyes, who is based in Hong Kong. The deposition will take place either in New York or New Orleans. We are still confirming the dates on which Mr. Keyes is available to travel to the United States, and we will let you know as soon as we have confirmation on the location and available dates. In addition, we anticipate producing a privilege log for Morgan Stanley's document production within the next two weeks.

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Monday, September 14, 2015 4:50 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Please let me know this week who, when and where Morgan Stanley will produce its witness(es). Thanks, Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]

Sent: Wednesday, September 09, 2015 7:10 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Bruce:

Further to our earlier e-mail, because these transactions occurred a number of years ago, Morgan Stanley is still
attempting to determine whether it will produce one witness or more than one witness.  Morgan Stanley anticipates
being able to identify the witness(es) within the next week.  Once a witness(es) has been identified, we will determine
and advise you of the witness' availability for the deposition.

Best regards,

Josh

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Wednesday, September 09, 2015 12:20 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Thanks so much. Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Wednesday, September 09, 2015 12:14 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Bruce:

We hope to have an update later today.  Morgan Stanley is still working to determine which witness or witnesses can testify on those issues.

Best regards,

Josh

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Wednesday, September 09, 2015 11:41 AM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Any updates? Thanks, Bruce

-----Original Message-----
From: Bruce Steckler
Sent: Tuesday, September 08, 2015 10:40 AM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

When can we expect to receive the identity of a witness or witnesses to provide testimony regarding the transactions with CNBM identified in Exhibit B to the Subpoena? Thanks, Bruce

-----Original Message-----
From: Bruce Steckler
Sent: Thursday, September 03, 2015 2:00 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming

<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: Re: Morgan Stanley Production

We appreciate your offering witnesses in Hong Kong. Please provide us with dates. The cost issue is a nice touch, but we have not been ordered to pay your costs so no need to send us invoices. We appreciate your cooperation. Bruce

Sent from my iPhone

> On Sep 3, 2015, at 1:01 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:
>
> Bruce:
>
> You are correct that we disagree with the position the PSC is now taking with respect to a deposition of Morgan Stanley.  Nonetheless, Morgan Stanley is attempting to identify a witness or witnesses to provide testimony regarding the transactions with CNBM identified in Exhibit B to the Subpoena.  Although Morgan Stanley is still identifying the proper witness(es), as we informed you and the Court previously, the witness(es) will most likely be located in Hong Kong.
>
> In addition, Morgan Stanley has already had to incur significant costs to respond to the PSC's Subpoena.  Morgan Stanley, as a non-party, should not have to bear the costs to produce voluminous documents regarding financial transactions that have nothing to do with the claims in this lawsuit and in which Morgan Stanley itself has absolutely no interest.  Morgan Stanley has incurred $8,910.60 in costs, thus far, from its third-party document vendor to produce documents responsive to the PSC's Subpoena.  These costs relate to the production of the documents and do not include the additional costs Morgan Stanley has incurred to compile and review the documents.  We will forward a copy of the invoice for these costs separately when we receive it from Morgan Stanley's vendor.  Before Morgan Stanley incurs additional costs to produce a witness(es) for deposition, please confirm that the PSC will reimburse Morgan Stanley for these costs.
>
> Best regards,
>
> Josh
>
> -----Original Message-----
> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
> Sent: Monday, August 31, 2015 6:32 PM
> To: Force, Joshua S. <jforce@SHERGARNER.com>
> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
> Subject: Re: Morgan Stanley Production
>
> So, we agree to disagree. Are you going to produce a witness or necessitate a hearing? Bruce
>
> Sent from my iPhone
>

7

>> On Aug 31, 2015, at 6:23 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:

>>

>> Bruce:

>>

>> When we met with you and Russ in May, it was represented to us that Morgan Stanley would not have to produce a witness if it produced documents in response to the PSC's third-party subpoena, which it has now done by producing over 53,000 pages of documents. We understand that the PSC denies making this representation. We distinctly recall this representation being made, however, and our notes reflect that as well. In fact, we advised the Court that the PSC had told us that it would not require a deposition if Morgan Stanley responded to the subpoena in opposing the PSC's premature motion to compel and, in reply, the PSC did not dispute it. [Rec. Doc. 19020 at 3-4.]

>>

>> Moreover, the Subpoena states that its purpose is to obtain discovery concerning the contempt period and alter ego issue. The May 15, 2015 Memorandum attached as Exhibit "B" to the Subpoena does not identify any transactions involving Morgan Stanley during the contempt period. The latest of the transactions identified in the list in Exhibit "B" was in 2010, so those transactions cannot have any relevance to the contempt period. Likewise, if any of the documents Morgan Stanley has produced contain information relevant to the alter ego issue, it is not clear what additional information a Morgan Stanley witness could provide. So, not only has the PSC not explained why it has reneged on its statement that it would not require a deposition if Morgan Stanley responded to the subpoena, but it has also failed to make clear on what topics it wishes to depose a Morgan Stanley witness(es) now that it has had an opportunity to review the documents produced.

>>

>> Best regards,

>>

>> Josh

>>

>> -----Original Message-----

>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]

>> Sent: Monday, August 31, 2015 11:34 AM

>> To: Force, Joshua S. <jforce@SHERGARNER.com>

>> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>

>> Subject: RE: Morgan Stanley Production

>>

>> Joshua:

>> I am available today to discuss deposition dates for Morgan Stanley. Please let me know when you are available. In addition, let me know where you anticipate to present the witness, or witnesses, on the topics outlined in our subpoena. We are hoping to do the deposition(s) in September. Look forward to working with you and we appreciate your professional courtesies. Yours, Bruce

>>

>> -----Original Message-----

>> From: Bruce Steckler

>> Sent: Friday, August 28, 2015 2:36 PM

>> To: Force, Joshua S. <jforce@SHERGARNER.com>

>> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George

<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Harry Rosenberg (1219)
<Harry.Rosenberg@phelps.com>
>> Subject: Re: Morgan Stanley Production
>>
>> Joshua:
>>
>> Your production is appreciated and I am unaware of such a representation by the PSC on not seeking a deposition. It
was my understanding that a deposition would follow the production. I apologize for any misunderstanding. I will follow
up with Russ, but I was under the impression that depositions would follow your production. Is this unworkable? Thanks
again for your cooperation in this matter. Yours, Bruce
>>
>> Sent from my iPhone
>>
>>> On Aug 28, 2015, at 2:13 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:
>>>
>>> Counsel:
>>>
>>> In response to the Subpoena issued to Morgan Stanley on May 18, 2015 and as discussed during the meet and
confer on May 15, 2015, please find below a link containing Bates-labeled documents MS033219-MS053428.  The link
will expire in 30 days.  As indicated during the June 29, 2015 telephone status conference with Judge Fallon, Morgan
Stanley is responding to the Subpoena on a rolling basis, and this Production # 3 is a partial response to the Subpoena.
Nevertheless, Morgan Stanley anticipates that it will have only a few additional non-privileged, responsive documents to
produce.  Morgan Stanley also intends to produce a privilege log in accordance with the Court's Order.
>>>
>>> Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order issued in this
case on September 25, 2009. By producing these documents, Morgan Stanley does not waive its objections filed on June
4, 2015 and reserves its right to reassert those objections if necessary.
>>>
>>> http://cp.mcafee.com/d/k-
Kr43qb32bO9EVhuKrKrjKed7bBQT4kPqtNNEVsKOztwSDssqenbFK8l6QXzzhOUYYUUOr4nqNJUaEj-97oM-
fbCW4_yhScfzOVLkZsKW-_R-
hd79EVjjjhWZOWra8XC4kT4XCzDG8FHnjlKYNOEuvkzaT0QSyrpdTVeZXTLuZXCXCM0tBKlJHL_O-
8obwjgo79AM8v3MZM1y0m2OpEV0EcwhUj2o3Q0G0zgC8E2U97e2wO606R0op5FwM63gpE1gA4OMT4h0HQ1N0k2Mm
51gQsxFeons19w91XEj49yz8j0U5h6x4KqehRhIKWg4wi75o2jFAO0EHpMk4a5xbMG2M66g7681U9u18lC30e0Z1s3whfMN
Kwg0Y2VX8m0kgml2rwA0Uz4QswkaCzAq3hEq3mgUoo4pxprW0I96zBopjcwNU1D1Mc0kftGn0pUlbM1BMGjtw9g2UAa2
52M2zoc2UKd1B0sqegQfv0E4C0A82EquWnd79si-
20K2j8WPwSGwqen2RUTK0RM78Il0iocxCE3Akhp0GU0MycGEzhx0d1a0N01q5OUA7CO4mXu2Gj-
Nk_UDWoVsSOyesjdwlqid40S01S1Ew69X0_ONEw2QqEdSDaI3h0rpKrY5c8Afpn5e28
>>>
>>> When we met with the PSC on May 18, 2015, you informed us that if Morgan Stanley produced documents in
response to the Subpoena, a deposition of Morgan Stanley would not be needed.  Morgan Stanley has complied with
the Subpoena and produced over 53,000 pages of material as requested by the PSC.  In your e-mail of August 25, 2015,
however, you have asked for dates and locations for a representative(s) of Morgan Stanley.  Why does the PSC now
need a deposition or depositions when it had previously represented that it would not require a deposition if it received
responsive documents?
>>>
>>> Best regards,
>>>
>>> Joshua S. Force, Esq.

>>> Sher Garner Cahill Richter
>>> Klein & Hilbert, L.L.C.
>>> 909 Poydras Street, 28th Floor
>>> New Orleans, Louisiana  70112
>>>
>>> Tel:   (504) 299-2130
>>> Fax:   (504) 299-2330
>>>
>>>
>>>
>>> The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, LA, 70112 via the United States Postal Service.
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Thursday, August 27, 2015 2:43 PM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Your daily reminder: We need dates and locations for the deposition of your designated corporate representative(s) on the topics outlined in our subpoena.  Please let me know who, where and when so we can begin to notice these depositions. Thanks, Bruce
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler
>>> Sent: Wednesday, August 26, 2015 12:26 PM
>>> To: 'Coker, Ashley' <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>

>>> Thank you. And, depo dates????
>>>
>>> -----Original Message-----
>>> From: Coker, Ashley [mailto:acoker@shergarner.com]
>>> Sent: Wednesday, August 26, 2015 11:45 AM
>>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Bruce,
>>>
>>> We expect to make a third production by the end of this week or early next week.
>>>
>>> Ashley
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Tuesday, August 25, 2015 9:36 AM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Ashley:
>>> Will there be any additional productions? If so, when will this process be complete?  In addition, we need dates and locations for the deposition of your designated corporate representative(s) on the topics outlined in our subpoena. Please let me know who, where and when so we can begin to notice these depositions. Thank you for your professional courtesies.
>>>        Yours, Bruce Steckler
>>> Bruce W. Steckler
>>> STECKLER, LLP
>>> 12720 Hillcrest Road
>>> Suite 1045
>>> Dallas, TX 75230
>>> Phone: (972) 387-4040
>>> Fax: (972) 387-4041
>>> http://cp.mcafee.com/d/avndygO81MArhooKeKM-
qekPtPqtNNEVsKCUyCrjKed7bBSkrI6QXzzhOVtdN5wSDssqen7DD76joyXmdL1l2vN8X67NVsTgDYieNxYundEcfeeEfLZvAm
nAQnTbZuVtd4QsLsCej73DbLth5dqWqJXIsG7DR8OJMddECQPt-

jhd79EVLtwQszDPtPo0eOTaSRT_Vv4c5M9EcfcCzA27MYI0M2A210k3Ma384u4MC0Z0aw8Q9ya0K2hPwEcxw1Jg66hqoc1
wQ6q0k91cldN4gaZ0sg50I5AhEcJE0cb2Y0Co2guW4N2oEO4Me1khEhbCzAtkrbKA184wA1Qgm83win2Ec6wOjcCh5J0sX02
E29cO5gMg3101IxEczLCjvg5w55w82Ncc2wo6CP9kkQ4T0sobh4k0i6k7NBZYNgKdBEwl7qm4iUcayEj3U28Uw91xxk1CQMA
8BMol5gC70bkcQ61rUeg5aA710k9TgcnCo5DAiPoSW1MQmuK13wipCbxwbT0syUch4w79Byplx5KTwGA_llf-9-
CendELEIe6Mmd96y0r00X0Qg34ZwvVoQg1qdk6XjBm1EwdlTdKzc4IlXnfNa5

>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Coker, Ashley [mailto:acoker@shergarner.com]
>>> Sent: Friday, July 31, 2015 4:57 PM
>>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin
<alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny
Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb
<rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM
<membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>;
Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
<flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>;
Force, Joshua S. <jforce@SHERGARNER.com>; Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Counsel:
>>>
>>> In response to the Subpoena issued to Morgan Stanley on May 18, 2015, please find below a link containing Bates-
labeled documents MS013647-033218. The link will expire in 30 days. As indicated during the June 29, 2015 telephone
status conference with Judge Fallon, Morgan Stanley is responding to the Subpoena on a rolling basis, and this
Production 2 is a partial response to the Subpoena. Morgan Stanley will produce additional non-privileged, responsive
documents. Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order
issued in this case on September 25, 2009. By producing these documents, Morgan Stanley does not waive its
objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.
>>>
>>>
http://cp.mcafee.com/d/1jWVlp3x0edElcn7novd7apKVJeUUQsKnjshjdFT76zBOXadS3qtNNEVsKCUyMrjKed7bzPPzz9IhtH
6TwGxfUAtz3UYKrEj-97oM-fbCQ67D7k7T-LObbOqbXB-
LsKCyqenKj79zxPBTKEyCJtdmZSel3PWApmU6CQPqpK_9ECzAQsTKMqehPVKVl07prBrqX_YLy65iU5hpc1dpMk5y3bU90tl
m0VCom5FwM63gpE1gA4OMB4h0HQ1N0p62lgRM1M651gC60Pd06fC1weFgm-
0Ue4Cioo0Yhw5O2EchfjcwNU1D1Mc3d0ih3wfbMo7wtK20l2EQO5TDgG19Ak9xwInbyg75Lr2J0a4yMGp4824072Nccvg1iS
yMb0s5N4xgp73943BNtMY2Ahs2b30B4axwm8rF2Up0Afo1d1wh3A1oIGlh3wfbMo7wtlq4hxQ2wMWaz878A07rr4iU31z
MHo4R9Hb83zhO6xXU50AM4x0I3jTiVEVbynMg4xgp1wO4Nxc62XM3AmqT7lsbnG71H8Ggsbn84MAo18Jg93q32842gp0E
20AldA8JSY5kDZyF_NfQNOVJ5Z5xMS2NF8Qg3o07o6y0oDI3_b6y0bhGwTqsGMd41JCVJpFj
>>>
>>> In response to your email of July 29, 2015 regarding further productions from Morgan Stanley, Morgan Stanley is
producing emails on a rolling basis as it identifies responsive materials. In the May 18, 2015 subpoena, the only request
that concerns the contempt period relates to the 2014 CNBM Annual Report and the CNBM 2014 Interim Report. Both
of these reports contain only passing references to a former Morgan Stanley employee who had joined CNBM's Board.
The 2014 Reports do not mention or reference any financial transactions between Morgan Stanley and CNBM.
Therefore, Morgan Stanley has no documents to produce with respect to those Reports.
>>>
>>> Cordially,
>>> Ashley G. Coker
>>> Sher Garner Cahill Richter Klein & Hilbert, LLC

>>> 909 Poydras St., 27th Fl.
>>> New Orleans, Louisiana 70112
>>> 504.299.2127
>>> 504.299.2327 (f)
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Wednesday, July 29, 2015 11:11 AM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>
>>> Subject: Re: Morgan Stanley Production
>>>
>>> Ashley:
>>> In follow- up to yesterday's email, we would appreciate a rolling production and ask that you first search and produce documents for the contempt period (July 17, 2014 to March 31, 2015). It appears that the prior production involved the IPO. Again, your efforts and cooperation are greatly appreciated.
>>>        Yours, Bruce Steckler
>>>
>>> Sent from my iPhone
>>>
>>>> On Jul 28, 2015, at 1:03 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:
>>>>
>>>> Ashley:
>>>> It was a pleasure speaking with you today. It's my understanding that you should have your second production to us by Friday, July 31st.
>>>> We appreciate your cooperation. Can you please let us know how many more productions that you anticipate and over what period of time?
>>>> We greatly appreciate your professional courtesies.
>>>>        Yours, Bruce Steckler
>>>>
>>>> Sent from my iPhone