**Coker, Ashley**

| | |
|---|---|
| **From:** | Force, Joshua S. |
| **Sent:** | Monday, October 19, 2015 3:44 PM |
| **To:** | Bruce Steckler |
| **Cc:** | Coker, Ashley; Russ Herman; Madelyn O'Brien; Arnold Levin; Sandy Duggan; Matthew Gaughan; Lenny Davis; Scott George; Rachel Sternlieb; Pearl Robertson; Member GEM; Lillian Flemming <LFLEMMING@hhklawfirm. com>; Kate Robinson; Gerald Meunier; Frederick S. Longer; Anthony Irpino; Garner, James M. |
| **Subject:** | RE: Morgan Stanley Production |

Thank you.

Please confirm the scope of the topics for the 30(b)(6) witness who will be made available by Morgan Stanley as set forth in our October 7, 2015 e-mail.

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Monday, October 19, 2015 2:57 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Yes.

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Monday, October 19, 2015 2:15 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Bruce:

Are you available to depose Mr. Keyes on November 13? Please let us know so that Mr. Keyes can finalize his travel arrangements.

1

EXHIBIT
I

Best regards,

Josh

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Thursday, October 08, 2015 12:50 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Joshua:
You note in your email that "Mr. Keyes will be available to travel to the United States, from Hong Kong, for deposition on November 13. The deposition will take place in New York at the offices of Davis Polk & Wardwell, LLP, 450 Lexington Avenue, New York, New York 10017." Is November 13 the only date for deposition or is he traveling on that date and he will be available for deposition after this date? Please explain so that we can plan accordingly. Thanks so much. Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Wednesday, October 07, 2015 3:39 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Bruce:

As you know, on May 18, 2015, the PSC served Morgan Stanley with a new Subpoena for a 30(b)(6) witness and documents. The Subpoena listed the following topics for the deposition and document production:

1.    Morgan Stanley's knowledge regarding all documents produced in response to the document requests.
2.    Morgan Stanley's knowledge regarding the subject matter and topics identified in the Meet and Confer - Documents and Deposition Topics for
       Morgan Stanley memorandum, dated May 15, 2015, a copy of which is attached to the subpoena as Exhibit B.

When we met with the PSC on May 15, 2015, the PSC limited its requests to the transactions involving Morgan Stanley identified in the chart of documents listed in the memorandum provided at the meeting and later attached as Exhibit B to the Subpoena. Morgan Stanley has produced a number of documents in response to the Subpoena. Morgan Stanley

has addressed the Subpoena further in its Non-Party Morgan Stanley's Objections to Rec. Doc. 18952 Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18943], filed on June 4, 2015.

Morgan Stanley will present a witness for deposition in response to the Subpoena who will be prepared to testify, as requested by Plaintiffs at the meet and confer, regarding the transactions involving Morgan Stanley identified in Exhibit B to the Subpoena, namely:

1.  2006 Global Public Offering;
2.  2007 Placing Agreement;
3.  2009 Placing Agreement; and
4.  2010 Placing Agreement.

The witness will also be prepared to answer questions, if any, concerning Morgan Stanley's documents produced in response to the Subpoena.  Please confirm your agreement to the above scope of topics for the 30(b)(6) witness who will be made available by Morgan Stanley.

The witness will be Mr. Terence Keyes.  Mr. Keyes will be available to travel to the United States, from Hong Kong, for deposition on November 13.  The deposition will take place in New York at the offices of Davis Polk & Wardwell, LLP, 450 Lexington Avenue, New York, New York 10017.

Next, please find below a link containing Bates-labeled documents MS053429-54172.  The link will expire in 30 days.  Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order issued in this case on September 25, 2009.  By producing these documents, Morgan Stanley does not waive its objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.

http://cp.mcafee.com/d/1jWVIi418SyMMMOCUUyyrKrjKed7bBQT4kPqtNNEVsKOztwSDssqenbFK8I6QXzzhOUYYUUOr4n qNJUaEj-97oM-
fbCW4_yhScfzOVJd2SK8KfZvCbzxPOqvnKnhjohVVByXRQuEyCJtdmVEVhVkffGhBrwqrhdI6XYOesh79LfEECXCOsVHkiPa4_y hScfzR2uNZSh_YLy1uDEA7DANPTIccqwUqejp2btL1I9_oGvYjZcsKrospd7bVI5zihEw6M0eMd40Nfo7-
md40mzl1KQVlwq83rdPpkvLOR6AjJI6

Finally, Morgan Stanley has prepared its privilege log for the English-language documents that it withheld from its production to the PSC.  We will forward the privilege log shortly under separate cover.


Best regards,

Josh

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Tuesday, October 06, 2015 3:01 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>

Subject: RE: Morgan Stanley Production

As promised, I am following up. What day this week can we expect the production, privilege log and proposed deposition dates in NY? Thanks, Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Thursday, October 01, 2015 1:27 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Bruce:

We have discovered a small amount of documents that were inadvertently omitted from the last production.  We plan to produce those additional documents by early next week.

Also, as we advised previously, Morgan Stanley will be submitting a privilege log to the PSC (and the log and documents to Judge Fallon) by early next week.  Morgan Stanley's initial privilege log will include only English-language documents.  Morgan Stanley will also submit a privilege log for Chinese-language documents, and we will let you know when we anticipate submitting that privilege log.

The deposition will take place in New York, most likely, at Morgan Stanley's offices.  We are having some difficulties finding dates that are available for Mr. Keyes to travel to the United States and for us to be in New York.  We hope to resolve those scheduling issues next week and be able to provide you with possible dates for the deposition.

Best regards,

Josh

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Wednesday, September 30, 2015 2:42 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Joshua:

To follow-up, I want to confirm that we have your final production. Also, when can we take Mr. Keyes deposition and where? Thank you, Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Friday, September 18, 2015 1:10 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

The witness on the transactions with CNBM identified in Exhibit B to the Subpoena will be Terrence Keyes, who is based in Hong Kong. The deposition will take place either in New York or New Orleans. We are still confirming the dates on which Mr. Keyes is available to travel to the United States, and we will let you know as soon as we have confirmation on the location and available dates. In addition, we anticipate producing a privilege log for Morgan Stanley's document production within the next two weeks.

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Monday, September 14, 2015 4:50 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Please let me know this week who, when and where Morgan Stanley will produce its witness(es). Thanks, Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Wednesday, September 09, 2015 7:10 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm.com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Bruce:

Further to our earlier e-mail, because these transactions occurred a number of years ago, Morgan Stanley is still attempting to determine whether it will produce one witness or more than one witness.  Morgan Stanley anticipates being able to identify the witness(es) within the next week.  Once a witness(es) has been identified, we will determine and advise you of the witness' availability for the deposition.

Best regards,

Josh

-----Original Message-----
From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Wednesday, September 09, 2015 12:20 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Thanks so much. Bruce

-----Original Message-----
From: Force, Joshua S. [mailto:jforce@SHERGARNER.com]
Sent: Wednesday, September 09, 2015 12:14 PM
To: Bruce Steckler <Bruce@stecklerlaw.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Bruce:

We hope to have an update later today.  Morgan Stanley is still working to determine which witness or witnesses can testify on those issues.

Best regards,

Josh

-----Original Message-----

From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
Sent: Wednesday, September 09, 2015 11:41 AM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

Any updates? Thanks, Bruce

-----Original Message-----
From: Bruce Steckler
Sent: Tuesday, September 08, 2015 10:40 AM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: RE: Morgan Stanley Production

When can we expect to receive the identity of a witness or witnesses to provide testimony regarding the transactions
with CNBM identified in Exhibit B to the Subpoena? Thanks, Bruce

-----Original Message-----
From: Bruce Steckler
Sent: Thursday, September 03, 2015 2:00 PM
To: Force, Joshua S. <jforce@SHERGARNER.com>
Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
Subject: Re: Morgan Stanley Production

We appreciate your offering witnesses in Hong Kong. Please provide us with dates. The cost issue is a nice touch, but we
have not been ordered to pay your costs so no need to send us invoices. We appreciate your cooperation. Bruce

Sent from my iPhone

> On Sep 3, 2015, at 1:01 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:

> Bruce:
>
> You are correct that we disagree with the position the PSC is now taking with respect to a deposition of Morgan Stanley.  Nonetheless, Morgan Stanley is attempting to identify a witness or witnesses to provide testimony regarding the transactions with CNBM identified in Exhibit B to the Subpoena.  Although Morgan Stanley is still identifying the proper witness(es), as we informed you and the Court previously, the witness(es) will most likely be located in Hong Kong.
>
> In addition, Morgan Stanley has already had to incur significant costs to respond to the PSC's Subpoena.  Morgan Stanley, as a non-party, should not have to bear the costs to produce voluminous documents regarding financial transactions that have nothing to do with the claims in this lawsuit and in which Morgan Stanley itself has absolutely no interest.  Morgan Stanley has incurred $8,910.60 in costs, thus far, from its third-party document vendor to produce documents responsive to the PSC's Subpoena.  These costs relate to the production of the documents and do not include the additional costs Morgan Stanley has incurred to compile and review the documents.  We will forward a copy of the invoice for these costs separately when we receive it from Morgan Stanley's vendor.  Before Morgan Stanley incurs additional costs to produce a witness(es) for deposition, please confirm that the PSC will reimburse Morgan Stanley for these costs.
>
> Best regards,
>
> Josh
>
> -----Original Message-----
> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
> Sent: Monday, August 31, 2015 6:32 PM
> To: Force, Joshua S. <jforce@SHERGARNER.com>
> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
> Subject: Re: Morgan Stanley Production
>
> So, we agree to disagree. Are you going to produce a witness or necessitate a hearing? Bruce
>
> Sent from my iPhone
>
>> On Aug 31, 2015, at 6:23 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:
>>
>> Bruce:
>>
>> When we met with you and Russ in May, it was represented to us that Morgan Stanley would not have to produce a witness if it produced documents in response to the PSC's third-party subpoena, which it has now done by producing over 53,000 pages of documents.  We understand that the PSC denies making this representation.  We distinctly recall this representation being made, however, and our notes reflect that as well.  In fact, we advised the Court that the PSC had told us that it would not require a deposition if Morgan Stanley responded to the subpoena in opposing the PSC's premature motion to compel, and, in reply, the PSC did not dispute it.  [Rec. Doc. 19020 at 3-4.]
>>

>> Moreover, the Subpoena states that its purpose is to obtain discovery concerning the contempt period and alter ego issue. The May 15, 2015 Memorandum attached as Exhibit "B" to the Subpoena does not identify any transactions involving Morgan Stanley during the contempt period. The latest of the transactions identified in the list in Exhibit "B" was in 2010, so those transactions cannot have any relevance to the contempt period. Likewise, if any of the documents Morgan Stanley has produced contain information relevant to the alter ego issue, it is not clear what additional information a Morgan Stanley witness could provide. So, not only has the PSC not explained why it has reneged on its statement that it would not require a deposition if Morgan Stanley responded to the subpoena, but it has also failed to make clear on what topics it wishes to depose a Morgan Stanley witness(es) now that it has had an opportunity to review the documents produced.

>>

>> Best regards,

>>

>> Josh

>>

>> -----Original Message-----

>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]

>> Sent: Monday, August 31, 2015 11:34 AM

>> To: Force, Joshua S. <jforce@SHERGARNER.com>

>> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>

>> Subject: RE: Morgan Stanley Production

>>

>> Joshua:

>> I am available today to discuss deposition dates for Morgan Stanley. Please let me know when you are available. In addition, let me know where you anticipate to present the witness, or witnesses, on the topics outlined in our subpoena. We are hoping to do the deposition(s) in September. Look forward to working with you and we appreciate your professional courtesies. Yours, Bruce

>>

>> -----Original Message-----

>> From: Bruce Steckler

>> Sent: Friday, August 28, 2015 2:36 PM

>> To: Force, Joshua S. <jforce@SHERGARNER.com>

>> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com>

>> Subject: Re: Morgan Stanley Production

>>

>> Joshua:

>> Your production is appreciated and I am unaware of such a representation by the PSC on not seeking a deposition. It was my understanding that a deposition would follow the production. I apologize for any misunderstanding. I will follow

up with Russ, but I was under the impression that depositions would follow your production. Is this unworkable? Thanks again for your cooperation in this matter. Yours, Bruce

>>

>> Sent from my iPhone

>>

>>> On Aug 28, 2015, at 2:13 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:

>>>

>>> Counsel:

>>>

>>> In response to the Subpoena issued to Morgan Stanley on May 18, 2015 and as discussed during the meet and confer on May 15, 2015, please find below a link containing Bates-labeled documents MS033219-MS053428.  The link will expire in 30 days.  As indicated during the June 29, 2015 telephone status conference with Judge Fallon, Morgan Stanley is responding to the Subpoena on a rolling basis, and this Production # 3 is a partial response to the Subpoena. Nevertheless, Morgan Stanley anticipates that it will have only a few additional non-privileged, responsive documents to produce.  Morgan Stanley also intends to produce a privilege log in accordance with the Court's Order.

>>>

>>> Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order issued in this case on September 25, 2009.  By producing these documents, Morgan Stanley does not waive its objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.

>>>

>>> http://cp.mcafee.com/d/k-Kr43qb32bO9EVhuKrKrjKed7bBQT4kPqtNNEVsKOztwSDssqenbFK8I6QXzzhOUYYUUOr4nqNJUaEj-97oM-fbCW4_yhScfzOVLkZsKW-_R-hd79EVjjjhWZOWra8XC4kT4XCzDG8FHnjlKYNOEuvkzaT0QSyrpdTVeZXTLuZXCXCM0tBKlJHL_O-8obwjgo79AM8v3MZM1y0m2OpEV0EcwhUj2o3Q0G0zgC8E2U97e2wO606R0op5FwM63gpE1gA4OMT4h0HQ1N0k2Mm51gQsxFeons19w91XEj49yz8j0U5h6x4KqehRhIKWg4wi75o2jFAO0EHpMk4a5xbMG2M66g7681U9u18lC30e0Z1s3whfMNKwg0Y2VX8m0kgml2rwA0Uz4QswkaCzAq3hEq3mgUoo4pxprW0l96zBopjcwNU1D1Mc0kftGn0pUlbM1BMGjtw9g2UAa252M2zoc2UKd1B0sqegQfv0E4C0A82EquWnd79si-20K2j8WPwSGwqen2RUTK0RM78ll0iocxCE3Akhp0GU0MycGEzhx0d1a0N01q5OUA7CO4mXu2Gj-Nk_UDWoVsSOyesjdwlqid40S01S1Ew69X0_ONEw2QqEdSDal3h0rpKrY5c8Afpn5e28

>>>

>>> When we met with the PSC on May 18, 2015, you informed us that if Morgan Stanley produced documents in response to the Subpoena, a deposition of Morgan Stanley would not be needed.  Morgan Stanley has complied with the Subpoena and produced over 53,000 pages of material as requested by the PSC.  In your e-mail of August 25, 2015, however, you have asked for dates and locations for a representative(s) of Morgan Stanley.  Why does the PSC now need a deposition or depositions when it had previously represented that it would not require a deposition if it received responsive documents?

>>>

>>> Best regards,

>>>

>>> Joshua S. Force, Esq.

>>> Sher Garner Cahill Richter

>>> Klein & Hilbert, L.L.C.

>>> 909 Poydras Street, 28th Floor

>>> New Orleans, Louisiana  70112

>>>

>>> Tel:   (504) 299-2130

>>> Fax:   (504) 299-2330

>>>

>>>

>>>

\>>> The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, LA, 70112 via the United States Postal Service.

\>>>
\>>>
\>>>
\>>> -----Original Message-----
\>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
\>>> Sent: Thursday, August 27, 2015 2:43 PM
\>>> To: Coker, Ashley <acoker@shergarner.com>
\>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>
\>>> Subject: RE: Morgan Stanley Production
\>>>
\>>> Your daily reminder: We need dates and locations for the deposition of your designated corporate representative(s) on the topics outlined in our subpoena.  Please let me know who, where and when so we can begin to notice these depositions. Thanks, Bruce
\>>>
\>>> -----Original Message-----
\>>> From: Bruce Steckler
\>>> Sent: Wednesday, August 26, 2015 12:26 PM
\>>> To: 'Coker, Ashley' <acoker@shergarner.com>
\>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>
\>>> Subject: RE: Morgan Stanley Production
\>>>
\>>> Thank you. And, depo dates????
\>>>
\>>> -----Original Message-----
\>>> From: Coker, Ashley [mailto:acoker@shergarner.com]
\>>> Sent: Wednesday, August 26, 2015 11:45 AM
\>>> To: Bruce Steckler <Bruce@stecklerlaw.com>
\>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM

<membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>;
Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
<flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>;
Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Bruce,
>>>
>>> We expect to make a third production by the end of this week or early next week.
>>>
>>> Ashley
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Tuesday, August 25, 2015 9:36 AM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin
<alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny
Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb
<rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM
<membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>;
Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
<flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>;
Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Ashley:
>>> Will there be any additional productions? If so, when will this process be complete?  In addition, we need dates and
locations for the deposition of your designated corporate representative(s) on the topics outlined in our subpoena.
Please let me know who, where and when so we can begin to notice these depositions. Thank you for your professional
courtesies.
>>>         Yours, Bruce Steckler
>>> Bruce W. Steckler
>>> STECKLER, LLP
>>> 12720 Hillcrest Road
>>> Suite 1045
>>> Dallas, TX 75230
>>> Phone: (972) 387-4040
>>> Fax: (972) 387-4041
>>> http://cp.mcafee.com/d/avndygO81MArhooKeKM-
qekPtPqtNNEVsKCUyCrjKed7bBSkrI6QXzzhOVtdN5wSDssqen7DD76joyXmdL1I2vN8X67NVsTgDYieNxYundEcfeeEfLZvAm
nAQnTbZuVtd4QsLsCej73DbLth5dqWqJXlsG7DR8OJMddECQPt-
jhd79EVLtwQszDPtPo0eOTaSRT_Vv4c5M9EcfcCzA27MYI0M2A210k3Ma384u4MC0Z0aw8Q9ya0K2hPwEcxw1Jg66hqoc1
wQ6q0k91cldN4gaZ0sg50I5AhEcJE0cb2Y0Co2guW4N2oEO4Me1khEhbCzAtkrbKA184wA1Qgm83win2Ec6wOjcCh5J0sX02
E29cO5gMg3101lxEczLCjvg5w55w82Ncc2wo6CP9kkQ4T0sobh4k0i6k7NBZYNgKdBEwl7qm4iUcayEj3U28Uw91xxk1CQMA
8BMol5gC70bkcQ61rUeg5aA710k9TgcnCo5DAiPoSW1MQmuK13wipCbxwbT0syUch4w79BypIx5KTwGA_llf-9-
CendELEIe6Mmd96y0r00X0Qg34ZwvVoQg1qdk6XjBm1EwdITdKzc4IIXnfNa5
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Coker, Ashley [mailto:acoker@shergarner.com]

>>> Sent: Friday, July 31, 2015 4:57 PM
>>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>; Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Counsel:
>>>
>>> In response to the Subpoena issued to Morgan Stanley on May 18, 2015, please find below a link containing Bates-labeled documents MS013647-033218.  The link will expire in 30 days.  As indicated during the June 29, 2015 telephone status conference with Judge Fallon, Morgan Stanley is responding to the Subpoena on a rolling basis, and this Production 2 is a partial response to the Subpoena.  Morgan Stanley will produce additional non-privileged, responsive documents.  Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order issued in this case on September 25, 2009.  By producing these documents, Morgan Stanley does not waive its objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.
>>>
>>>
http://cp.mcafee.com/d/1jWVIp3x0edEIcn7novd7apKVJeUUQsKnjshjdFT76zBOXadS3qtNNEVsKCUyMrjKed7bzPPzz9IhtH6TwGxfUAtz3UYKrEj-97oM-fbCQ67D7k7T-LObbOqbXB-LsKCyqenKj79zxPBTKEyCJtdmZSel3PWApmU6CQPqpK_9ECzAQsTKMqehPVKVl07prBrqX_YLy65iU5hpc1dpMk5y3bU90tlm0VCom5FwM63gpE1gA4OMB4h0HQ1N0p62IgRM1M651gC60Pd06fC1weFgm-0Ue4Cioo0Yhw5O2EchfjcwNU1D1Mc3d0ih3wfbMo7wtK20l2EQO5TDgG19Ak9xwInbyg75Lr2J0a4yMGp4824072Nccvg1iSyMb0s5N4xgp73943BNtMY2Ahs2b30B4axwm8rF2Up0Afo1d1wh3A1oIGlh3wfbMo7wtlq4hxQ2wMWaz878A07rr4iU31zMHo4R9Hb83zhO6xXU50AM4x0l3jTiVEVbynMg4xgp1wO4Nxc62XM3AmqT7lsbnG71H8Ggsbn84MAo18Jg93q32842gp0E20AldA8JSY5kDZyF_NfQNOVJ5Z5xMS2NF8Qg3o07o6y0oDI3_b6y0bhGwTqsGMd41JCVJpFj
>>> .
>>> In response to your email of July 29, 2015 regarding further productions from Morgan Stanley, Morgan Stanley is producing emails on a rolling basis as it identifies responsive materials.  In the May 18, 2015 subpoena, the only request that concerns the contempt period relates to the 2014 CNBM Annual Report and the CNBM 2014 Interim Report.  Both of these reports contain only passing references to a former Morgan Stanley employee who had joined CNBM's Board.  The 2014 Reports do not mention or reference any financial transactions between Morgan Stanley and CNBM.  Therefore, Morgan Stanley has no documents to produce with respect to those Reports.
>>>
>>> Cordially,
>>> Ashley G. Coker
>>> Sher Garner Cahill Richter Klein & Hilbert, LLC
>>> 909 Poydras St., 27th Fl.
>>> New Orleans, Louisiana 70112
>>> 504.299.2127
>>> 504.299.2327 (f)
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Wednesday, July 29, 2015 11:11 AM
>>> To: Coker, Ashley <acoker@shergarner.com>

>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>
>>> Subject: Re: Morgan Stanley Production
>>>
>>> Ashley:
>>> In follow- up to yesterday's email, we would appreciate a rolling production and ask that you first search and produce documents for the contempt period (July 17, 2014 to March 31, 2015).  It appears that the prior production involved the IPO. Again, your efforts and cooperation are greatly appreciated.
>>>         Yours, Bruce Steckler
>>>
>>> Sent from my iPhone
>>>
>>>> On Jul 28, 2015, at 1:03 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:
>>>>
>>>> Ashley:
>>>> It was a pleasure speaking with you today. It's my understanding that you should have your second production to us by Friday, July 31st.
>>>> We appreciate your cooperation. Can you please let us know how many more productions that you anticipate and over what period of time?
>>>> We greatly appreciate your professional courtesies.
>>>>         Yours, Bruce Steckler
>>>>
>>>> Sent from my iPhone

## Coker, Ashley

| | |
|---|---|
| **From:** | Bruce Steckler <Bruce@stecklerlaw.com> |
| **Sent:** | Thursday, September 03, 2015 2:00 PM |
| **To:** | Force, Joshua S. |
| **Cc:** | Coker, Ashley; Russ Herman; Madelyn O'Brien; Arnold Levin; Sandy Duggan; Matthew Gaughan; Lenny Davis; Scott George; Rachel Sternlieb; Pearl Robertson; Member GEM; Lillian Flemming <LFLEMMING@hhklawfirm.com>; Kate Robinson; Gerald Meunier; Frederick S. Longer; Anthony Irpino; Garner, James M. |
| **Subject:** | Re: Morgan Stanley Production |

We appreciate your offering witnesses in Hong Kong. Please provide us with dates. The cost issue is a nice touch, but we have not been ordered to pay your costs so no need to send us invoices. We appreciate your cooperation. Bruce

Sent from my iPhone

> On Sep 3, 2015, at 1:01 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:
>
> Bruce:
>
> You are correct that we disagree with the position the PSC is now taking with respect to a deposition of Morgan Stanley.  Nonetheless, Morgan Stanley is attempting to identify a witness or witnesses to provide testimony regarding the transactions with CNBM identified in Exhibit B to the Subpoena.  Although Morgan Stanley is still identifying the proper witness(es), as we informed you and the Court previously, the witness(es) will most likely be located in Hong Kong.
>
> In addition, Morgan Stanley has already had to incur significant costs to respond to the PSC's Subpoena.  Morgan Stanley, as a non-party, should not have to bear the costs to produce voluminous documents regarding financial transactions that have nothing to do with the claims in this lawsuit and in which Morgan Stanley itself has absolutely no interest.  Morgan Stanley has incurred $8,910.60 in costs, thus far, from its third-party document vendor to produce documents responsive to the PSC's Subpoena.  These costs relate to the production of the documents and do not include the additional costs Morgan Stanley has incurred to compile and review the documents.  We will forward a copy of the invoice for these costs separately when we receive it from Morgan Stanley's vendor.  Before Morgan Stanley incurs additional costs to produce a witness(es) for deposition, please confirm that the PSC will reimburse Morgan Stanley for these costs.
>
> Best regards,
>
> Josh
>



> -----Original Message-----
> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
> Sent: Monday, August 31, 2015 6:32 PM
> To: Force, Joshua S. <jforce@SHERGARNER.com>
> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm.com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;

1

Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
> Subject: Re: Morgan Stanley Production
>
> So, we agree to disagree. Are you going to produce a witness or necessitate a hearing? Bruce
>
> Sent from my iPhone
>
>> On Aug 31, 2015, at 6:23 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:
>>
>> Bruce:
>>
>> When we met with you and Russ in May, it was represented to us that Morgan Stanley would not have to produce a witness if it produced documents in response to the PSC's third-party subpoena, which it has now done by producing over 53,000 pages of documents. We understand that the PSC denies making this representation. We distinctly recall this representation being made, however, and our notes reflect that as well. In fact, we advised the Court that the PSC had told us that it would not require a deposition if Morgan Stanley responded to the subpoena in opposing the PSC's premature motion to compel, and, in reply, the PSC did not dispute it. [Rec. Doc. 19020 at 3-4.]
>>
>> Moreover, the Subpoena states that its purpose is to obtain discovery concerning the contempt period and alter ego issue. The May 15, 2015 Memorandum attached as Exhibit "B" to the Subpoena does not identify any transactions involving Morgan Stanley during the contempt period. The latest of the transactions identified in the list in Exhibit "B" was in 2010, so those transactions cannot have any relevance to the contempt period. Likewise, if any of the documents Morgan Stanley has produced contain information relevant to the alter ego issue, it is not clear what additional information a Morgan Stanley witness could provide. So, not only has the PSC not explained why it has reneged on its statement that it would not require a deposition if Morgan Stanley responded to the subpoena, but it has also failed to make clear on what topics it wishes to depose a Morgan Stanley witness(es) now that it has had an opportunity to review the documents produced.
>>
>> Best regards,
>>
>> Josh
>>
>> -----Original Message-----
>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>> Sent: Monday, August 31, 2015 11:34 AM
>> To: Force, Joshua S. <jforce@SHERGARNER.com>
>> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>
>> Subject: RE: Morgan Stanley Production
>>
>> Joshua:
>>
>> I am available today to discuss deposition dates for Morgan Stanley. Please let me know when you are available. In addition, let me know where you anticipate to present the witness, or witnesses, on the topics outlined in our subpoena. We are hoping to do the deposition(s) in September. Look forward to working with you and we appreciate your professional courtesies. Yours, Bruce

>>
>> -----Original Message-----
>> From: Bruce Steckler
>> Sent: Friday, August 28, 2015 2:36 PM
>> To: Force, Joshua S. <jforce@SHERGARNER.com>
>> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
<mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew
Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
<sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
<probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming
<LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino
<airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Harry Rosenberg (1219)
<Harry.Rosenberg@phelps.com>
>> Subject: Re: Morgan Stanley Production
>>
>> Joshua:
>> Your production is appreciated and I am unaware of such a representation by the PSC on not seeking a deposition. It
was my understanding that a deposition would follow the production. I apologize for any misunderstanding. I will follow
up with Russ, but I was under the impression that depositions would follow your production. Is this unworkable? Thanks
again for your cooperation in this matter. Yours, Bruce
>>
>> Sent from my iPhone
>>
>>> On Aug 28, 2015, at 2:13 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:
>>>
>>> Counsel:
>>>
>>> In response to the Subpoena issued to Morgan Stanley on May 18, 2015 and as discussed during the meet and
confer on May 15, 2015, please find below a link containing Bates-labeled documents MS033219-MS053428.  The link
will expire in 30 days.  As indicated during the June 29, 2015 telephone status conference with Judge Fallon, Morgan
Stanley is responding to the Subpoena on a rolling basis, and this Production # 3 is a partial response to the Subpoena.
Nevertheless, Morgan Stanley anticipates that it will have only a few additional non-privileged, responsive documents to
produce.  Morgan Stanley also intends to produce a privilege log in accordance with the Court's Order.
>>>
>>> Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order issued in this
case on September 25, 2009.  By producing these documents, Morgan Stanley does not waive its objections filed on June
4, 2015 and reserves its right to reassert those objections if necessary.
>>>
>>>
http://cp.mcafee.com/d/FZsS72hJ5xx6XbPP29KVJeUUQsKnjshjdFT76zBOXadS3qtNNEVsKCUyMrjKed7bzPPzz9lhtH6TwG
xfUAtz3UYKrEj-97oM-fbCTDknCfvvW_c6zAsyCeLRXBQSnxT8TLtNYQsFYJteOaaJQn-
l3PWApmU6CQjr9K_9EIEEl3DS4jtPpesRG9pB2vN8X67NWxfo-X8_-nN0LhfnCnHCzAsyWMNHFEVd79Ix5KTwGA_lIf-9-
CendFTv7c6Mmd96y0r00X0Qg34ZwvVoQg1qdk6XjBm1EwdITdSnWs--Cx
>>>
>>> When we met with the PSC on May 18, 2015, you informed us that if Morgan Stanley produced documents in
response to the Subpoena, a deposition of Morgan Stanley would not be needed.  Morgan Stanley has complied with
the Subpoena and produced over 53,000 pages of material as requested by the PSC.  In your e-mail of August 25, 2015,
however, you have asked for dates and locations for a representative(s) of Morgan Stanley.  Why does the PSC now
need a deposition or depositions when it had previously represented that it would not require a deposition if it received
responsive documents?
>>>

>>> Best regards,
>>>
>>> Joshua S. Force, Esq.
>>> Sher Garner Cahill Richter
>>> Klein & Hilbert, L.L.C.
>>> 909 Poydras Street, 28th Floor
>>> New Orleans, Louisiana  70112
>>>
>>> Tel:    (504) 299-2130
>>> Fax:   (504) 299-2330
>>>
>>>
>>>
>>> The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, LA, 70112 via the United States Postal Service.
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Thursday, August 27, 2015 2:43 PM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S. <jforce@SHERGARNER.com>
>>> Subject: RE: Morgan Stanley Production
>>>
>>> Your daily reminder: We need dates and locations for the deposition of your designated corporate representative(s) on the topics outlined in our subpoena.  Please let me know who, where and when so we can begin to notice these depositions. Thanks, Bruce
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler
>>> Sent: Wednesday, August 26, 2015 12:26 PM
>>> To: 'Coker, Ashley' <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer

&lt;flonger@lfsblaw.com&gt;; Anthony Irpino &lt;airpino@irpinolaw.com&gt;; Garner, James M. &lt;JGarner@SHERGARNER.com&gt;;
Force, Joshua S. &lt;jforce@SHERGARNER.com&gt;
&gt;&gt;&gt; Subject: RE: Morgan Stanley Production
&gt;&gt;&gt;
&gt;&gt;&gt; Thank you. And, depo dates????
&gt;&gt;&gt;
&gt;&gt;&gt; -----Original Message-----
&gt;&gt;&gt; From: Coker, Ashley [mailto:acoker@shergarner.com]
&gt;&gt;&gt; Sent: Wednesday, August 26, 2015 11:45 AM
&gt;&gt;&gt; To: Bruce Steckler &lt;Bruce@stecklerlaw.com&gt;
&gt;&gt;&gt; Cc: Russ Herman &lt;RHERMAN@hhklawfirm.com&gt;; Madelyn O'Brien &lt;mobrien@hhklawfirm.com&gt;; Arnold Levin
&lt;alevin@lfsblaw.com&gt;; Sandy Duggan &lt;sduggan@lfsblaw.com&gt;; Matthew Gaughan &lt;MGaughan@lfsblaw.com&gt;; Lenny
Davis &lt;LDAVIS@hhklawfirm.com&gt;; Scott George &lt;sgeorge@seegerweiss.com&gt;; Rachel Sternlieb
&lt;rsternlieb@gainsben.com&gt;; Pearl Robertson &lt;probertson@irpinolaw.com&gt;; Member GEM
&lt;membergem@gainsben.com&gt;; Lillian Flemming &lt;LFLEMMING@hhklawfirm. com&gt; &lt;LFLEMMING@hhklawfirm.com&gt;;
Kate Robinson &lt;krobinson@hhklawfirm.com&gt;; Gerald Meunier &lt;gmeunier@gainsben.com&gt;; Frederick S. Longer
&lt;flonger@lfsblaw.com&gt;; Anthony Irpino &lt;airpino@irpinolaw.com&gt;; Garner, James M. &lt;JGarner@SHERGARNER.com&gt;;
Force, Joshua S. &lt;jforce@SHERGARNER.com&gt;
&gt;&gt;&gt; Subject: RE: Morgan Stanley Production
&gt;&gt;&gt;
&gt;&gt;&gt; Bruce,
&gt;&gt;&gt;
&gt;&gt;&gt; We expect to make a third production by the end of this week or early next week.
&gt;&gt;&gt;
&gt;&gt;&gt; Ashley
&gt;&gt;&gt;
&gt;&gt;&gt; -----Original Message-----
&gt;&gt;&gt; From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
&gt;&gt;&gt; Sent: Tuesday, August 25, 2015 9:36 AM
&gt;&gt;&gt; To: Coker, Ashley &lt;acoker@shergarner.com&gt;
&gt;&gt;&gt; Cc: Russ Herman &lt;RHERMAN@hhklawfirm.com&gt;; Madelyn O'Brien &lt;mobrien@hhklawfirm.com&gt;; Arnold Levin
&lt;alevin@lfsblaw.com&gt;; Sandy Duggan &lt;sduggan@lfsblaw.com&gt;; Matthew Gaughan &lt;MGaughan@lfsblaw.com&gt;; Lenny
Davis &lt;LDAVIS@hhklawfirm.com&gt;; Scott George &lt;sgeorge@seegerweiss.com&gt;; Rachel Sternlieb
&lt;rsternlieb@gainsben.com&gt;; Pearl Robertson &lt;probertson@irpinolaw.com&gt;; Member GEM
&lt;membergem@gainsben.com&gt;; Lillian Flemming &lt;LFLEMMING@hhklawfirm. com&gt; &lt;LFLEMMING@hhklawfirm.com&gt;;
Kate Robinson &lt;krobinson@hhklawfirm.com&gt;; Gerald Meunier &lt;gmeunier@gainsben.com&gt;; Frederick S. Longer
&lt;flonger@lfsblaw.com&gt;; Anthony Irpino &lt;airpino@irpinolaw.com&gt;; Garner, James M. &lt;JGarner@SHERGARNER.com&gt;;
Force, Joshua S. &lt;jforce@SHERGARNER.com&gt;
&gt;&gt;&gt; Subject: RE: Morgan Stanley Production
&gt;&gt;&gt;
&gt;&gt;&gt; Ashley:
&gt;&gt;&gt; Will there be any additional productions? If so, when will this process be complete?  In addition, we need dates and
locations for the deposition of your designated corporate representative(s) on the topics outlined in our subpoena.
Please let me know who, where and when so we can begin to notice these depositions. Thank you for your professional
courtesies.
&gt;&gt;&gt;        Yours, Bruce Steckler
&gt;&gt;&gt; Bruce W. Steckler
&gt;&gt;&gt; STECKLER, LLP
&gt;&gt;&gt; 12720 Hillcrest Road
&gt;&gt;&gt; Suite 1045
&gt;&gt;&gt; Dallas, TX 75230
&gt;&gt;&gt; Phone: (972) 387-4040

>>> Fax: (972) 387-4041

>>> http://cp.mcafee.com/d/avndygO81MArhooKeKM-
qekPtPqtNNEVsKCUyCrjKed7bBSkrI6QXzzhOVtdN5wSDssqen7DD76joyXmdL1l2vN8X67NVsTgDYieNxYundEcfeeEflLZvAm
nAQnTbZuVtd4QsLsCej73DbLth5dqWqJXIsG7DR8OJMddECQPt-
jhd79EVLtwQszDPtPo0eOTaSRT_Vv4c5M9EcfcCzA27MYI0M2A210k3Ma384u4MC0Z0aw8Q9ya0K2hPwEcxw1Jg66hqoc1
wQ6q0k91cldN4gaZ0sg50I5AhEcJE0cb2Y0Co2guW4N2oEO4Me1khEhbCzAtkrbKA184wA1Qgm83win2Ec6wOjcCh5J0sX02
E29cO5gMg3101lxEczLCjvg5w55w82Ncc2wo6CP9kkQ4T0sobh4k0i6k7NBZYNgKdBEwl7qm4iUcayEj3U28Uw91xxk1CQMA
8BMoI5gC70bkcQ61rUeg5aA710k9TgcnCo5DAiPoSW1MQmuK13wipCbxwbT0syUch4w79BypIx5KTwGA_llf-9-
CendELEIe6Mmd96y0r00X0Qg34ZwvVoQg1qdk6XjBm1EwdITdKzc4IIXnfNa5

>>>

>>>

>>>

>>> -----Original Message-----

>>> From: Coker, Ashley [mailto:acoker@shergarner.com]

>>> Sent: Friday, July 31, 2015 4:57 PM

>>> To: Bruce Steckler <Bruce@stecklerlaw.com>

>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin
<alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny
Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb
<rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM
<membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>;
Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
<flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner, James M. <JGarner@SHERGARNER.com>;
Force, Joshua S. <jforce@SHERGARNER.com>; Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com>

>>> Subject: RE: Morgan Stanley Production

>>>

>>> Counsel:

>>>

>>> In response to the Subpoena issued to Morgan Stanley on May 18, 2015, please find below a link containing Bates-
labeled documents MS013647-033218.  The link will expire in 30 days.  As indicated during the June 29, 2015 telephone
status conference with Judge Fallon, Morgan Stanley is responding to the Subpoena on a rolling basis, and this
Production 2 is a partial response to the Subpoena.  Morgan Stanley will produce additional non-privileged, responsive
documents.  Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order
issued in this case on September 25, 2009.  By producing these documents, Morgan Stanley does not waive its
objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.

>>>

>>>

http://cp.mcafee.com/d/1jWVIp3x0edEIcn7novd7apKVJeUUQsKnjshjdFT76zBOXadS3qtNNEVsKCUyMrjKed7bzPPzz9lhtH
6TwGxfUAtz3UYKrEj-97oM-fbCQ67D7k7T-LObbOqbXB-
LsKCyqenKj79zxPBTKEyCJtdmZSel3PWApmU6CQPqpK_9ECzAQsTKMqehPVKVl07prBrqX_YLy65iU5hpc1dpMk5y3bU90tl
m0VCom5FwM63gpE1gA4OMB4h0HQ1N0p62lgRM1M651gC60Pd06fC1weFgm-
0Ue4Cioo0Yhw5O2EchfjcwNU1D1Mc3d0ih3wfbMo7wtK20l2EQO5TDgG19Ak9xwInbyg75Lr2J0a4yMGp4824072Nccvg1iS
yMb0s5N4xgp73943BNtMY2Ahs2b30B4axwm8rF2Up0Afo1d1wh3A1olGIh3wfbMo7wtlq4hxQ2wMWaz878A07rr4iU31z
MHo4R9Hb83zhO6xXU50AM4x0l3jTiVEVbynMg4xgp1wO4Nxc62XM3AmqT7lsbnG71H8Ggsbn84MAo18Jg93q32842gp0E
20AldA8JSY5kDZyF_NfQNOVJ5Z5xMS2NF8Qg3o07o6y0oDl3_b6y0bhGwTqsGMd41JCVJpFj

>>>

>>> In response to your email of July 29, 2015 regarding further productions from Morgan Stanley, Morgan Stanley is
producing emails on a rolling basis as it identifies responsive materials.  In the May 18, 2015 subpoena, the only request
that concerns the contempt period relates to the 2014 CNBM Annual Report and the CNBM 2014 Interim Report.  Both
of these reports contain only passing references to a former Morgan Stanley employee who had joined CNBM's Board.
The 2014 Reports do not mention or reference any financial transactions between Morgan Stanley and CNBM.
Therefore, Morgan Stanley has no documents to produce with respect to those Reports.

>>>
>>> Cordially,
>>> Ashley G. Coker
>>> Sher Garner Cahill Richter Klein & Hilbert, LLC
>>> 909 Poydras St., 27th Fl.
>>> New Orleans, Louisiana 70112
>>> 504.299.2127
>>> 504.299.2327 (f)
>>>
>>> -----Original Message-----
>>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>>> Sent: Wednesday, July 29, 2015 11:11 AM
>>> To: Coker, Ashley <acoker@shergarner.com>
>>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>; Lillian Flemming <LFLEMMING@hhklawfirm. com> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>; Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>
>>> Subject: Re: Morgan Stanley Production
>>>
>>> Ashley:
>>> In follow- up to yesterday's email, we would appreciate a rolling production and ask that you first search and produce documents for the contempt period (July 17, 2014 to March 31, 2015).  It appears that the prior production involved the IPO. Again, your efforts and cooperation are greatly appreciated.
>>>        Yours, Bruce Steckler
>>>
>>> Sent from my iPhone
>>>
>>>> On Jul 28, 2015, at 1:03 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:
>>>>
>>>> Ashley:
>>>> It was a pleasure speaking with you today. It's my understanding that you should have your second production to us by Friday, July 31st.
>>>> We appreciate your cooperation. Can you please let us know how many more productions that you anticipate and over what period of time?
>>>> We greatly appreciate your professional courtesies.
>>>>        Yours, Bruce Steckler
>>>>
>>>> Sent from my iPhone

**Coker, Ashley**

| | |
|---|---|
| **From:** | Russ Herman <RHERMAN@hhklawfirm.com> |
| **Sent:** | Monday, August 31, 2015 10:15 PM |
| **To:** | Force, Joshua S. |
| **Cc:** | Bruce Steckler; Coker, Ashley; Madelyn O'Brien; Arnold Levin; Sandy Duggan; Matthew Gaughan; Lenny Davis; Scott George; Rachel Sternlieb; Pearl Robertson; Member GEM; Lillian Flemming; Kate Robinson; Gerald Meunier; Frederick S. Longer; Anthony Irpino; Garner, James M. |
| **Subject:** | Re: Morgan Stanley Production |

I did not say "no depositions." I Briefed the matter , Had two meets and confers , Provided  specifically the matters I would depose a  witness on citing and providing Pages in CNBM Annual reports . Frankly , The position on depositions is disingenuous ! What lawyer would agree to "no deposition"
before seeing  the documents . ( what would they be worth without an examination As Business records exception to Hearsay and the knowledge requirement of FRE 602 ?)we will  Serve the subpoena for a 30b6 .

Sent from my iPhone

> On Aug 31, 2015, at 6:23 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:
>
> Bruce:
>
> When we met with you and Russ in May, it was represented to us that
> Morgan Stanley would not have to produce a witness if it produced
> documents in response to the PSC's third-party subpoena, which it has
> now done by producing over 53,000 pages of documents.  We understand
> that the PSC denies making this representation.  We distinctly recall
> this representation being made, however, and our notes reflect that as
> well.  In fact, we advised the Court that the PSC had told us that it
> would not require a deposition if Morgan Stanley responded to the
> subpoena in opposing the PSC's premature motion to compel, and, in
> reply, the PSC did not dispute it. [Rec. Doc. 19020 at 3-4.]
>
> Moreover, the Subpoena states that its purpose is to obtain discovery concerning the contempt period and alter ego issue.  The May 15, 2015 Memorandum attached as Exhibit "B" to the Subpoena does not identify any transactions involving Morgan Stanley during the contempt period.  The latest of the transactions identified in the list in Exhibit "B" was in 2010, so those transactions cannot have any relevance to the contempt period.  Likewise, if any of the documents Morgan Stanley has produced contain information relevant to the alter ego issue, it is not clear what additional information a Morgan Stanley witness could provide.  So, not only has the PSC not explained why it has reneged on its statement that it would not require a deposition if Morgan Stanley responded to the subpoena, but it has also failed to make clear on what topics it wishes to depose a Morgan Stanley witness(es) now that it has had an opportunity to review the documents produced.
>
> Best regards,
>
> Josh
>
> -----Original Message-----
> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]



1

> Sent: Monday, August 31, 2015 11:34 AM
> To: Force, Joshua S. <jforce@SHERGARNER.com>
> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman
> <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>;
> Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>;
> Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis
> <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>;
> Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
> <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>;
> Lillian Flemming <LFLEMMING@hhklawfirm. com>
> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
> Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
> <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner,
> James M. <JGarner@SHERGARNER.com>
> Subject: RE: Morgan Stanley Production
>
> Joshua:
>    I am available today to discuss deposition dates for Morgan
> Stanley. Please let me know when you are available. In addition, let
> me know where you anticipate to present the witness, or witnesses, on
> the topics outlined in our subpoena. We are hoping to do the
> deposition(s) in September.  Look forward to working with you and we
> appreciate your professional courtesies.  Yours, Bruce
>
> -----Original Message-----
> From: Bruce Steckler
> Sent: Friday, August 28, 2015 2:36 PM
> To: Force, Joshua S. <jforce@SHERGARNER.com>
> Cc: Coker, Ashley <acoker@shergarner.com>; Russ Herman
> <RHERMAN@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>;
> Arnold Levin <alevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>;
> Matthew Gaughan <MGaughan@lfsblaw.com>; Lenny Davis
> <LDAVIS@hhklawfirm.com>; Scott George <sgeorge@seegerweiss.com>;
> Rachel Sternlieb <rsternlieb@gainsben.com>; Pearl Robertson
> <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>;
> Lillian Flemming <LFLEMMING@hhklawfirm. com>
> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
> Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
> <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>; Garner,
> James M. <JGarner@SHERGARNER.com>; Harry Rosenberg (1219)
> <Harry.Rosenberg@phelps.com>
> Subject: Re: Morgan Stanley Production
>
> Joshua:
> Your production is appreciated and I am unaware of such a
> representation by the PSC on not seeking a deposition. It was my
> understanding that a deposition would follow the production. I
> apologize for any misunderstanding. I will follow up with Russ, but I
> was under the impression that depositions would follow your
> production. Is this unworkable? Thanks again for your cooperation in
> this matter. Yours, Bruce
>

> Sent from my iPhone
>
>> On Aug 28, 2015, at 2:13 PM, Force, Joshua S. <jforce@SHERGARNER.com> wrote:
>>
>> Counsel:
>>
>> In response to the Subpoena issued to Morgan Stanley on May 18, 2015 and as discussed during the meet and confer on May 15, 2015, please find below a link containing Bates-labeled documents MS033219-MS053428. The link will expire in 30 days. As indicated during the June 29, 2015 telephone status conference with Judge Fallon, Morgan Stanley is responding to the Subpoena on a rolling basis, and this Production # 3 is a partial response to the Subpoena. Nevertheless, Morgan Stanley anticipates that it will have only a few additional non-privileged, responsive documents to produce. Morgan Stanley also intends to produce a privilege log in accordance with the Court's Order.
>>
>> Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order issued in this case on September 25, 2009. By producing these documents, Morgan Stanley does not waive its objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.
>>
>> http://cp.mcafee.com/d/2DRPoA71NJ5xx6Xzb9EV76XCSnzhOyessvdzAjhOC-UOqe
>> jrbNEVh7ee3zoVxMQsILCzBUT4DYltw2ypcGvFxSklundAOpk_j3IEGYKrvZ7SfvvW_8E
>> TsjpWZOWr9EVsVdAQsInsWyaqRQRrIFYG7DR8OJMddECSjt-hKNuZXTLsTsS03IJOJJt_
>> -nN31s2q30VcC13Uu7K0cg2Mmjd7851A2f2oj0uw5g4q4N50n18VMk6gM0SE338Jc60Mq
>> 3d0a4wCm6Uy85uwe82wm2MEa6zAd9P2Xw9c18ft2oxckp2o70G8Q8BPhOeGdBTi0A2gUH
>> 0itcCg55re2wxgl9u5gm0MO0UN0f1bM92IMo1M7Ebws29-6dQ207wnfp2M2y2OEjs4w74
>> oCzA2xkQszgqd3gqO7330zcbbvg5x8QsH3apA6f0cUe1w2xXJiU3f2Fu0cK5irl1a0n4x
>> ggEm0kr1wn5NEcE3zhO6xXU50AM4x0l3jTiVEVbynMg5Mip7ms6Rk3hOUmL6ZM6K0V5Bw
>> 2j1AcR0syyb85n064hBl4qc81E9g680bgKn4wYS8KRzrMlgDYieNxYundFIETodwlqid4
>> 0S01S1Ew69X0_ONEw2QqEdSDaI3h0rpKr4scn
>>
>> When we met with the PSC on May 18, 2015, you informed us that if Morgan Stanley produced documents in response to the Subpoena, a deposition of Morgan Stanley would not be needed. Morgan Stanley has complied with the Subpoena and produced over 53,000 pages of material as requested by the PSC. In your e-mail of August 25, 2015, however, you have asked for dates and locations for a representative(s) of Morgan Stanley. Why does the PSC now need a deposition or depositions when it had previously represented that it would not require a deposition if it received responsive documents?
>>
>> Best regards,
>>
>> Joshua S. Force, Esq.
>> Sher Garner Cahill Richter
>> Klein & Hilbert, L.L.C.
>> 909 Poydras Street, 28th Floor
>> New Orleans, Louisiana  70112
>>
>> Tel:   (504) 299-2130
>> Fax:   (504) 299-2330
>>
>>
>>
>> The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, LA, 70112 via the United States Postal Service.
>>
>>
>>
>> -----Original Message-----
>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>> Sent: Thursday, August 27, 2015 2:43 PM
>> To: Coker, Ashley <acoker@shergarner.com>
>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
>> <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy
>> Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>;
>> Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
>> <sgeorge@seegerweiss.com>; Rachel Sternlieb
>> <rsternlieb@gainsben.com>; Pearl Robertson
>> <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>;
>> Lillian Flemming <LFLEMMING@hhklawfirm. com>
>> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
>> Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
>> <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>;
>> Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S.
>> <jforce@SHERGARNER.com>
>> Subject: RE: Morgan Stanley Production
>>
>> Your daily reminder: We need dates and locations for the deposition
>> of your designated corporate representative(s) on the topics outlined
>> in our subpoena.  Please let me know who, where and when so we can
>> begin to notice these depositions. Thanks, Bruce
>>
>> -----Original Message-----
>> From: Bruce Steckler
>> Sent: Wednesday, August 26, 2015 12:26 PM
>> To: 'Coker, Ashley' <acoker@shergarner.com>
>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
>> <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy
>> Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>;
>> Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
>> <sgeorge@seegerweiss.com>; Rachel Sternlieb
>> <rsternlieb@gainsben.com>; Pearl Robertson
>> <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>;
>> Lillian Flemming <LFLEMMING@hhklawfirm. com>
>> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
>> Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
>> <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>;
>> Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S.
>> <jforce@SHERGARNER.com>
>> Subject: RE: Morgan Stanley Production
>>
>> Thank you. And, depo dates????
>>
>> -----Original Message-----

>> From: Coker, Ashley [mailto:acoker@shergarner.com]
>> Sent: Wednesday, August 26, 2015 11:45 AM
>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
>> <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy
>> Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>;
>> Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
>> <sgeorge@seegerweiss.com>; Rachel Sternlieb
>> <rsternlieb@gainsben.com>; Pearl Robertson
>> <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>;
>> Lillian Flemming <LFLEMMING@hhklawfirm. com>
>> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
>> Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
>> <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>;
>> Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S.
>> <jforce@SHERGARNER.com>
>> Subject: RE: Morgan Stanley Production
>>
>> Bruce,
>>
>> We expect to make a third production by the end of this week or early next week.
>>
>> Ashley
>>
>> -----Original Message-----
>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>> Sent: Tuesday, August 25, 2015 9:36 AM
>> To: Coker, Ashley <acoker@shergarner.com>
>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
>> <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy
>> Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>;
>> Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
>> <sgeorge@seegerweiss.com>; Rachel Sternlieb
>> <rsternlieb@gainsben.com>; Pearl Robertson
>> <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>;
>> Lillian Flemming <LFLEMMING@hhklawfirm. com>
>> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
>> Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
>> <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>;
>> Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S.
>> <jforce@SHERGARNER.com>
>> Subject: RE: Morgan Stanley Production
>>
>> Ashley:
>>  Will there be any additional productions? If so, when will this process be complete?  In addition, we need dates and locations for the deposition of your designated corporate representative(s) on the topics outlined in our subpoena. Please let me know who, where and when so we can begin to notice these depositions. Thank you for your professional courtesies.
>>       Yours, Bruce Steckler
>> Bruce W. Steckler
>> STECKLER, LLP
>> 12720 Hillcrest Road

>> Suite 1045
>> Dallas, TX 75230
>> Phone: (972) 387-4040
>> Fax: (972) 387-4041
>> http://cp.mcafee.com/d/avndzgsrhoohKUOOqehNKVJBUQsEzD77PoV4QsFLKcCzAS
>> OYqekhPzwUSeosd7bbVEVudN9_5no0ECjaDWotB5nBPpcClfQMXaaLbCT_hZzTT-LOadT
>> 4SuLsKCOqenejpd7b5TeEyCJtdmXavaxVZicHs3jqpJATvArInLuZXTdTdw0XbsHrnv_B
>> YgPjc42N4cf8zox4DmE5u1gSn5Laxqom5FwM63gpE1gA4OMB4h0HQ1N0p62IgRM1M651g
>> C60Pd06fC1weFgm-0Ue3xPwzkI0OG0lhfjcwNU1D1Mc3d0ih3wfbMo7wtK20RpT_6DgG1
>> 9Aglw80f04A09r3cQ607E5q2ny8VAe81mpdZ0m0km0w1wSwi71Mbu3043q20Q90e5FBN4
>> Cwed78Q6gHcM0Z1ge2QMJm_xw4Wc0I4yEpcImv6PhOdmtl92wwCe6Me6T6QN1d6VlArRB
>> VxJwr4Hwjvj3M3CzAJJMaj9xoMdm3P2844n72oJmO9w1T1qVkQsES3k0oMhQ2rQ8LT3nN
>> 0Cdm0wqLowC1XylkObo2I0NeEQ661LQiFcq9A18k49BoA0a44nC30wy0V5lVANa2oRpMM
>> 616MAjv0yZ06KCd9CzCMov8zp5B6W9Uudm50G929Ay-ovvcf9wORAP5n18b6zAGl0tw4T
>> FkwjoaTAUl70Mp0A3wMy1i0Od63NMIGN89SQld2b8jju2pwQsExUulh4w76N1Up6WDLAh
>> 8tswlI0XycgDV5_h0szsGqegihJ0iG-724wJko0l4r0tlI2Amj4Bx8w7C209Lgl4X4S30
>> UQsz9pod3TMa19w920G6DKBPhOn4Lwwd1kq3vs6Rk3hOUmL6ZM6K0V5Bw2j1AcR0syyb8
>> 5n064hBl4qc81E9g0EklM6xE3gt1CLCN5Slru2G4_yhScfzOVJdB6X1I5zihEw6M0eMd4
>> 0Nfo7-md40mzl1KQVlwq83rdPqyZ8
>>
>>
>>
>> -----Original Message-----
>> From: Coker, Ashley [mailto:acoker@shergarner.com]
>> Sent: Friday, July 31, 2015 4:57 PM
>> To: Bruce Steckler <Bruce@stecklerlaw.com>
>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
>> <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy
>> Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>;
>> Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
>> <sgeorge@seegerweiss.com>; Rachel Sternlieb
>> <rsternlieb@gainsben.com>; Pearl Robertson
>> <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>;
>> Lillian Flemming <LFLEMMING@hhklawfirm.com>;
>> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
>> Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
>> <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>;
>> Garner, James M. <JGarner@SHERGARNER.com>; Force, Joshua S.
>> <jforce@SHERGARNER.com>; Harry Rosenberg (1219)
>> <Harry.Rosenberg@phelps.com>
>> Subject: RE: Morgan Stanley Production
>>
>> Counsel:
>>
>> In response to the Subpoena issued to Morgan Stanley on May 18, 2015, please find below a link containing Bates-labeled documents MS013647-033218.  The link will expire in 30 days.  As indicated during the June 29, 2015 telephone status conference with Judge Fallon, Morgan Stanley is responding to the Subpoena on a rolling basis, and this Production 2 is a partial response to the Subpoena.  Morgan Stanley will produce additional non-privileged, responsive documents.  Morgan Stanley is producing these documents as "Confidential" pursuant to the Confidentiality Order issued in this case on September 25, 2009.  By producing these documents, Morgan Stanley does not waive its objections filed on June 4, 2015 and reserves its right to reassert those objections if necessary.
>>

>> http://cp.mcafee.com/d/1jWVIp3x0edEIcn7novd7apKVJeUUQsKnjshjdFT76zBOX
>> adS3qtNNEVsKCUyMrjKed7bzPPzz9IhtH6TwGxfUAtz3UYKrEj-97oM-fbCQ67D7k7T-L
>> ObbOqbXB-LsKCyqenKj79zxPBTKEyCJtdmZSel3PWApmU6CQPqpK_9ECzAQsTKMqehPVK
>> VI07prBrqX_YLy65iU5hpc1dpMk5y3bU90tlm0VCom5FwM63gpE1gA4OMB4h0HQ1N0p62
>> IgRM1M651gC60Pd06fC1weFgm-0Ue4Cioo0Yhw5O2EchfjcwNU1D1Mc3d0ih3wfbMo7wt
>> K20l2EQO5TDgG19Ak9xwInbyg75Lr2J0a4yMGp4824072Nccvg1iSyMb0s5N4xgp73943
>> BNtMY2Ahs2b30B4axwm8rF2Up0Afo1d1wh3A1olGlh3wfbMo7wtIq4hxQ2wMWaz878A07
>> rr4iU31zMHo4R9Hb83zhO6xXU50AM4x0l3jTiVEVbynMg4xgp1wO4Nxc62XM3AmqT7lsb
>> nG71H8Ggsbn84MAo18Jg93q32842gp0E20AldA8JSY5kDZyF_NfQNOVJ5Z5xMS2NF8Qg3
>> o07o6y0oDl3_b6y0bhGwTqsGMd41JCVJpFj
>>
>> In response to your email of July 29, 2015 regarding further productions from Morgan Stanley, Morgan Stanley is producing emails on a rolling basis as it identifies responsive materials.  In the May 18, 2015 subpoena, the only request that concerns the contempt period relates to the 2014 CNBM Annual Report and the CNBM 2014 Interim Report.  Both of these reports contain only passing references to a former Morgan Stanley employee who had joined CNBM's Board. The 2014 Reports do not mention or reference any financial transactions between Morgan Stanley and CNBM. Therefore, Morgan Stanley has no documents to produce with respect to those Reports.
>>
>> Cordially,
>> Ashley G. Coker
>> Sher Garner Cahill Richter Klein & Hilbert, LLC
>> 909 Poydras St., 27th Fl.
>> New Orleans, Louisiana 70112
>> 504.299.2127
>> 504.299.2327 (f)
>>
>> -----Original Message-----
>> From: Bruce Steckler [mailto:Bruce@stecklerlaw.com]
>> Sent: Wednesday, July 29, 2015 11:11 AM
>> To: Coker, Ashley <acoker@shergarner.com>
>> Cc: Russ Herman <RHERMAN@hhklawfirm.com>; Madelyn O'Brien
>> <mobrien@hhklawfirm.com>; Arnold Levin <alevin@lfsblaw.com>; Sandy
>> Duggan <sduggan@lfsblaw.com>; Matthew Gaughan <MGaughan@lfsblaw.com>;
>> Lenny Davis <LDAVIS@hhklawfirm.com>; Scott George
>> <sgeorge@seegerweiss.com>; Rachel Sternlieb
>> <rsternlieb@gainsben.com>; Pearl Robertson
>> <probertson@irpinolaw.com>; Member GEM <membergem@gainsben.com>;
>> Lillian Flemming <LFLEMMING@hhklawfirm. com>
>> <LFLEMMING@hhklawfirm.com>; Kate Robinson <krobinson@hhklawfirm.com>;
>> Gerald Meunier <gmeunier@gainsben.com>; Frederick S. Longer
>> <flonger@lfsblaw.com>; Anthony Irpino <airpino@irpinolaw.com>
>> Subject: Re: Morgan Stanley Production
>>
>> Ashley:
>> In follow- up to yesterday's email, we would appreciate a rolling production and ask that you first search and produce documents for the contempt period (July 17, 2014 to March 31, 2015).  It appears that the prior production involved the IPO. Again, your efforts and cooperation are greatly appreciated.
>>          Yours, Bruce Steckler
>>
>> Sent from my iPhone
>>
>>> On Jul 28, 2015, at 1:03 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:

>>>
>>> Ashley:
>>> It was a pleasure speaking with you today. It's my understanding that you should have your second production to us by Friday, July 31st.
>>> We appreciate your cooperation. Can you please let us know how many more productions that you anticipate and over what period of time?
>>> We greatly appreciate your professional courtesies.
>>>          Yours, Bruce Steckler
>>>
>>> Sent from my iPhone


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

## 11 NOV 2015 ▸ 15 NOV 2015  TRIP TO NEW YORK JFK, NY

PREPARED FOR
### KEYES/TERENCE

Morgan Stanley Travel Centre
852-28487150
morganstanleyhongkong@aexp.com

RESERVATION CODE   SZLZVT
AIRLINE RESERVATION CODE   4KFQIW (CX)

Travel Arranger Priority Comments
PLEASE CHECK-IN 2 HOURS PRIOR TO DEPARTURE
CATHAY PACIFIC ONLINE CHECK-IN
AND BAGGAGE ALLOWANCE WWW.CATHAYPACIFIC.COM
---------------------------------------------------
WHEN TRAVELLING FROM OR TO THE UNITED KINGDOM OR
INTO THE UNITED STATES PLEASE ENSURE THAT ANY
ELECTRONIC DEVICES CARRIED IN HANG LUGGAGE ARE
CHARGED BEFORE TRAVEL.
IF YOUR DEVICE DOES NOT SWITCH ON WHEN REQUESTED
YOU WILL NOT BE ALLOWED TO BRING IT ONTO THE
AIRCRAFT. PLEASE ALLOW ADDITIONAL TIME FOR
CHECK IN AND SECURITY CHECKS.
---------------------------------------------------
FOR ALL INTERNATIONAL TRAVEL EMPLOYEES ARE
COVERED UNDER THE GLOBAL TRAVEL INSURANCE POLICY
PLEASE REFER EMPLOYEE CENTRAL HOME PAGE OR IT CAN
BE OBTAINED FROM MS INTRANET UNDER TRAVEL FROM THE
LINK EP.SSO.CORPMS.COM/PORTAL/SITE
AN ETICKET HAS BEEN ISSUED FOR THIS ITINERARY

 DEPARTURE: **WEDNESDAY 11 NOV** Please verify flight times prior to departure

| CATHAY PACIFIC AIRWAYS CX 0840 | HKG HONG KONG, HONG KONG S A R | JFK NEW YORK JFK, NY | Aircraft: BOEING 777-300ER JET |
| --- | --- | --- | --- |
| Duration: 15hr(s) 50min(s) | Departing At: **4:25pm** | Arriving At: **7:15pm** | Distance (in Miles): 8067 |
| | Terminal: TERMINAL 1 | Terminal: TERMINAL 7 | Stop(s): 0 |

| Passenger Name: | Seats: | Class: | Status: | Frequent Flyer #: | Meals: |
| --- | --- | --- | --- | --- | --- |
| » KEYES/TERENCE | 20D / Confirmed | Business | Confirmed | 1000291931 / CATHAY PACIFIC AIRWAYS | Breakfast, Dinner |



EXHIBIT
tabbies

## CHECK IN: **WEDNESDAY 11 NOV** ▶ CHECK OUT: **FRIDAY 13 NOV** ▷ 2 NIGHT(S)

**THE PENINSULA NEW YORK (PENINSULA HOTELS)**

**Phone**
> 1 212 956 2888

**Fax**
> 1 212 903 3949

700 FIFTH AVENUE AT 55TH ST
NEW YORK NY 10019

Confirmation:
12601SB066195-

Status:
Confirmed

Room Details:
MORGAN STANLEY
SUPERIOR ROOM-1 KING-INTERIOR
-FREE WIRELESS-CD-DVD-MINIBAR-

Room(s): 1  Guest(s): 1

Rate:
415.00 USD / night

Cancellation Information:
Cancel by 6:00pm on
day of arrival to avoid a
penalty

Guarantee:
Room is guaranteed for
late arrival

Remarks:
NON-SMOKING ROOM

---

## DEPARTURE: **SATURDAY 14 NOV** ▶ ARRIVAL: **SUNDAY 15 NOV**

Please verify flight times prior to departure

**CATHAY PACIFIC AIRWAYS**
**CX 0845**

Duration:
15hr(s) 55min(s)

JFK
NEW YORK JFK, NY

Departing At:
**12:45am**
**(Sat, Nov 14)**

Terminal:
TERMINAL 7

HKG
HONG KONG, HONG KONG S A R

Arriving At:
**5:40am**
**(Sun, Nov 15)**

Terminal:
TERMINAL 1

Aircraft:
BOEING 777-300ER JET

Distance (in Miles): 8067

Stop(s): 0

| Passenger Name: | Seats: | Class: | Status: | Frequent Flyer #: | eTicket Receipt(s): | Meals: |
|---|---|---|---|---|---|---|
| » KEYES/TERENCE | 24K / Confirmed | Business | Confirmed | 1000291931 / CATHAY PACIFIC AIRWAYS | 1601945135169 | Breakfast, Dinner |

---

## OTHER: **SUNDAY 15 NOV**

**OTHER**

Status:
Confirmed

HKG
HONG KONG, HONG KONG S AR

Information:
AIRPORT EXPRESS TICKET - HONG KONG-AIRPORT
OW 80HKD

---

## OTHER: **WEDNESDAY 10 AUG**

**OTHER**

Status:
Confirmed

HKG
HONG KONG, HONG KONG S AR

Information:
MORGAN STANLEY TRAVEL CENTRE

---

**Notes**
RECEIVED FROM SERA YU
-----------------------------------------------
AMERICAN EXPRESS 24 HR TRAVEL SERVICE
FOR URGENT TRAVEL ARRANGMENTS
HONGKONG TEL 852 2848 7150/852 6052 2899
THIS SERVICE IS AVAILABLE FOR INTL RESERVATION ONLY

**Morgan Stanley Travel Centre**
**Phone: 852-28487150**
morganstanleyhongkong@aexp.com

## eTicket Receipt

**Prepared For**
KEYES/TERENCE

| | |
|---|---|
| RESERVATION CODE | SZLZVT |
| ISSUE DATE | 14Oct15 |
| TICKET NUMBER | 1601945135169 |
| INVOICE NUMBER | 0308351 |
| ISSUING AIRLINE | CATHAY PACIFIC AIRWAYS |
| ISSUING AGENT | AR2 |
| ISSUING AGENT LOCATION | HONG KONG HK |
| IATA NUMBER | 13306020 |
| CUSTOMER NUMBER | 1200031290 |
| TOUR CODE | HKG4448FF600 |
| FREQUENT FLYER NUMBER | CX1000291931 |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| 09Nov15 | CATHAY PACIFIC AIRWAYS CX 830 | HONG KONG, HONG KONG SAR<br><br>Time 9:35am<br>Terminal TERMINAL 1 | NEW YORK JFK, NY<br><br>Time 12:10pm<br>Terminal TERMINAL 7 | Class  BUSINESS<br>Seat Number  CHECK-IN REQUIRED<br>Baggage Allowance  2PC<br>Booking Status CONFIRMED<br>Fare Basis  CR<br>Not Valid After  09FEB |
| 14Nov15 - 15Nov15 | CATHAY PACIFIC AIRWAYS CX 845 | NEW YORK JFK, NY<br><br>Time 12:45am<br>Terminal TERMINAL 7 | HONG KONG, HONG KONG SAR<br><br>Time 5:40am<br>Terminal TERMINAL 1 | Airline Reservation Code 4KFQIW<br>Class  BUSINESS<br>Seat Number  24K<br>Baggage Allowance  2PC<br>Booking Status CONFIRMED<br>Fare Basis  CR<br>Not Valid After  09FEB |

## Allowances

Baggage Allowance

HKG to JFK - 2 Pieces CATHAY PACIFIC AIRWAYS , each piece up to 70 pounds/32 kilograms and up to 62 linear inches/158 linear centimeters

JFK to HKG - 2 Pieces CATHAY PACIFIC AIRWAYS , each piece up to 70 pounds/32 kilograms and up to 62 linear inches/158 linear centimeters

ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY DEPENDING ON FLYER-SPECIFIC FACTORS /E.G. FREQUENT FLYER STATUS/MILITARY/ CREDIT CARDFORM OF PAYMENT/EARLY PURCHASE OVER INTERNET,ETC

Carry On Allowances

HKG to JFK , JFK to HKG - 1 Piece (CX - CATHAY PACIFIC AIRWAYS) up to 22 pounds/10 kilograms and up to 45 linear inches/115 linear centimeters

Carry On Charges

HKG to JFK , JFK to HKG - (CX - CATHAY PACIFIC AIRWAYS) - Carry-on fees unknown - contact carrier

## Payment/Fare Details

| | |
|---|---|
| Form of Payment | CASH |
| Endorsement / Restrictions | T5 BCODEHKMOSTCZ 0/3M/NON-END/RRTE/REF/EXHK NVA29FEB16 |
| Fare | HKD IT |
| Taxes/Fees/Carrier-Imposed Charges | HKD 216.00 YR (CARRIER-IMPOSED MISCELLANEOUS OR FUEL FEE) |
| | HKD 120.00 HK (AIR PASSENGER DEPARTURE TAX) |
| | HKD 492.00 XT (COMBINED TAXES/FEES/CARRIER-IMPOSED CHARGES) |
| Total Fare | HKD IT |

**Positive identification required for airport check in**

**Notice:**

PASSENGERS ON A JOURNEY INVOLVING AN ULTIMATE DESTINATION OR A STOP IN A COUNTRY OTHER THAN THE COUNTRY OF DEPARTURE ARE ADVISED THAT INTERNATIONAL TREATIES KNOWN AS THE MONTREAL CONVENTION, OR ITS PREDECESSOR, THE WARSAW CONVENTION, INCLUDING ITS AMENDMENTS (THE WARSAW CONVENTION SYSTEM), MAY APPLY TO THE ENTIRE JOURNEY, INCLUDING ANY PORTION THEREOF WITHIN A COUNTRY. FOR SUCH PASSENGERS, THE APPLICABLE TREATY, INCLUDING SPECIAL CONTRACTS OF CARRIAGE EMBODIED IN ANY APPLICABLE TARIFFS, GOVERNS AND MAY LIMIT THE LIABILITY OF THE CARRIER.

Important Legal Notices

**Yu, Sera (IBD)**

| | |
|---|---|
| **From:** | Morgan Stanley HK Centre <morganstanleyhongkong@aexp.com> |
| **Sent:** | Thursday, October 29, 2015 4:59 PM |
| **To:** | Yu, Sera (IBD) |
| **Subject:** | TKT:1601945135169  PNR:SZLZVT |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

```
AIR FARE - HKD80570+828
TTL HKD 81398

ELECTRONIC TICKET RECORD
INV:0308351        CUST:1200031290                 PNR:SZLZVT
TKT:1601945135169     ISSUED:14OCT15    PCC:5MPF   IATA:13306020
NAME:KEYES/TERENCE                    FF:CX1000291931
NAME REF:                            TOUR ID:HKG4448FF600
FOP: INV/BCODEHKMOSTCZ
CPN  A/L  FLT  CLS DATE    BRDOFF   TIME   ST F/B          STAT
1    CX   840   D  11NOV   HKGJFK  1625    OK CR           OPEN
2    CX   845   D  14NOV   JFKHKG  0045    OK CR           OPEN

T5 BCODEHKMOSTCZ 0/3M/NON-END/RRTE/REF/EXHK NVA29FEB16
```

American Express made the following annotations

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."

American Express a ajouté le commentaire suivant le
Ce courrier et toute pièce jointe qu'il contient sont réservés au seul destinataire indiqué et peuvent renfermer des renseignements confidentiels et privilégiés. Si vous n'êtes pas le destinataire prévu, toute divulgation, duplication, utilisation ou distribution du courrier ou de toute pièce jointe est interdite. Si vous avez reçu cette communication par erreur, veuillez nous en aviser par courrier et détruire immédiatement le courrier et les pièces jointes. Merci.

Travel requisition for KEYES, TERENCE Req#: **12883966** Record Locator (PNR):**SZLZVT** .
Passenger : **KEYES, TERENCE**

Charge # : **9ME7DD3** Cost Center :**C332-100%** BU : **GCM** Location : **HONG KONG**
Reason for Travel : **Client Meeting -**
Charge Details: **Non Client Billable**
External Client Related : **Yes**

\* Denotes Itinerary has exception

**Itinerary**
Itinerary Fare:**81478.00HKD (10494.37 USD)** Policy Fare:**81478.00HKD (10494.37 USD)** Low Cost Fare:**81478.00HKD (10494.37 USD)**

Wed 11-Nov-2015 HKG-JFK CX0840 Business Dep 04:25 PM Arr 07:15 PM
Sat 14-Nov-2015 JFK-HKG CX0845 Business Dep 12:45 AM Arr 05:40 AM
Sun 15-Nov-2015 XXC-XXA AEOW Standard Coach Dep 11:11 PM Arr 11:11 PM

**Accommodation**
11 Nov-13 Nov Rate- 415.00USD Hotel Name-The Peninsula New York, New York
13 Nov-14 Nov Rate- Hotel Name-No Hotel - Own Accommodation, New York

**Miscellaneous**
Miscellaneous Service :**Visa** Description :**US ESTA VISA** Cost : **14USD (14USD)**

**Notes**
29-Oct-2015 17:08: Sera Yu-**Changed the departure flight to Wed CX840 1620/1915.**
27-Oct-2015 11:47: Angela Adelia-**Requisition approved: Approved (2): US ESTA visa fees (USD14)**
27-Oct-2015 11:35: Sera Yu-**added US ESTA visa fee USD14**
14-Oct-2015 14:08: Karen Wan-**Requisition approved: approved (1) HK/NY/HK (9-14 Nov) * Nature of travel: Deposition * hotel is closed to event location , Job code is provided by Legal team, Sharon Nye**

**Invoice Details**
Invoice Number:**0308354** Issue Date:**10/14/2015 8:01:29 AM** Tkt Number:**041202** ChargeTicket Amount USD:**10.3040**
Invoice Number:**0308351** Issue Date:**10/14/2015 7:17:00 PM** Tkt Number:**1945135169** ChargeTicket Amount USD:**10484.0624**

Print   Close