



| Price | | Flight | Times | Airport | Duration | Airline |
|---|---|---|---|---|---|---|
| **$1,840.33** FREE Cancel [Select] | ☐ Select this flight | Leave Wed, Nov 11 | 11:15 AM → 1:50 PM | Hong Kong HKG → Newark EWR | non-stop 15hr 35min | United Airlines 180, Seat map |
| | ☐ Select this flight | Return Sat, Nov 14 | 9:00 AM → 2:05 PM | New York JFK → Hong Kong HKG | non-stop 16hr 5min | Cathay Pacific 841, Seat map |

Arrives Sun, Nov 15 (1 day later).
This flight departs from a different airport.
Earn $18.40

| **$1,840.33** FREE Cancel [Select] | ☐ Select this flight | Leave Wed, Nov 11 | 11:15 AM → 1:50 PM | Hong Kong HKG → Newark EWR | non-stop 15hr 35min | United Airlines 180, Seat map |
|---|---|---|---|---|---|---|
| | ☐ Select this flight | Return Sat, Nov 14 | 1:55 PM → 7:05 PM | New York JFK → Hong Kong HKG | non-stop 16hr 10min | Cathay Pacific 831, Seat map |

Arrives Sun, Nov 15 (1 day later).
This flight departs from a different airport.
Earn $18.40

Act Fast! Only 4 tickets left at this price!

| **$1,933.73** FREE Cancel [Select] | ☐ Select this flight | Leave Wed, Nov 11 | 11:15 AM → 1:50 PM | Hong Kong HKG → Newark EWR | non-stop 15hr 35min | United Airlines 180, Seat map |
|---|---|---|---|---|---|---|
| | ☐ Select this flight | Return Sat, Nov 14 | 12:45 AM → 5:40 AM | New York JFK → Hong Kong HKG | non-stop 15hr 55min | American Airlines 8927, Seat map |

Arrives Sun, Nov 15 (1 day later).
This flight departs from a different airport.
Flight 8927 Operated by Cathay Pacific
Earn $19.34

| **$2,719.68** FREE Cancel [Select] | ☐ Select this flight | Leave Wed, Nov 11 | 9:35 AM → 12:10 PM | Hong Kong HKG → New York JFK | non-stop 15hr 35min | Cathay Pacific 830, Seat map |
|---|---|---|---|---|---|---|
| | ☐ Select this flight | Return Sat, Nov 14 | 1:10 AM → 6:00 AM | Newark EWR → Hong Kong HKG | non-stop 15hr 50min | American Airlines 8942, Seat map |

Arrives Sun, Nov 15 (1 day later).
This flight departs from a different airport.
Flight 8942 Operated by Cathay Pacific
Earn $27.20

| **$2,719.68** FREE Cancel [Select] | ☐ Select this flight | Leave Wed, Nov 11 | 7:45 PM → 10:25 PM | Hong Kong HKG → New York JFK | non-stop 15hr 40min | Cathay Pacific 846, Seat map |
|---|---|---|---|---|---|---|
| | ☐ Select this flight | Return Sat, Nov 14 | 1:10 AM → 6:00 AM | Newark EWR → Hong Kong HKG | non-stop 15hr 50min | American Airlines 8942, Seat map |

Arrives Sun, Nov 15 (1 day later).
This flight departs from a different airport.
Flight 8942 Operated by Cathay Pacific
Earn $27.20

Leave Wed, Nov 11





Earn $27.20

---

**$2,720.33**
FREE Cancel
[Select]

☐ Select this departure — Leave Wed, Nov 11 — 7:45 PM Hong Kong HKG — 10:25 PM New York JFK — non-stop 15hr 40min — American Airlines 8928, Seat map
Flight 8928 Operated by Cathay Pacific

☐ Select this return — Return Sat, Nov 14 — 9:00 AM New York JFK — 2:05 PM Hong Kong HKG — non-stop 16hr 5min — Cathay Pacific 841, Seat map
Arrives Sun, Nov 15 (1 day later).

Earn $27.20

---

**$2,720.33**
FREE Cancel
[Select]

☐ Select this departure — Leave Wed, Nov 11 — 9:35 AM Hong Kong HKG — 12:10 PM New York JFK — non-stop 15hr 35min — American Airlines 8923, Seat map
Flight 8923 Operated by Cathay Pacific

☐ Select this return — Return Sat, Nov 14 — 1:55 PM New York JFK — 7:05 PM Hong Kong HKG — non-stop 16hr 10min — Cathay Pacific 831, Seat map
Arrives Sun, Nov 15 (1 day later).

Earn $27.20

---

**$2,720.33**
FREE Cancel
[Select]

☐ Select this departure — Leave Wed, Nov 11 — 7:45 PM Hong Kong HKG — 10:25 PM New York JFK — non-stop 15hr 40min — American Airlines 8928, Seat map
Flight 8928 Operated by Cathay Pacific

☐ Select this return — Return Sat, Nov 14 — 1:55 PM New York JFK — 7:05 PM Hong Kong HKG — non-stop 16hr 10min — Cathay Pacific 831, Seat map
Arrives Sun, Nov 15 (1 day later).

Earn $27.20

---

**$2,720.33**
FREE Cancel
[Select]

☐ Select this departure — Leave Wed, Nov 11 — 4:25 PM Hong Kong HKG — 7:15 PM New York JFK — non-stop 15hr 50min — American Airlines 8925, Seat map
Flight 8925 Operated by Cathay Pacific

☐ Select this return — Return Sat, Nov 14 — 9:00 AM New York JFK — 2:05 PM Hong Kong HKG — non-stop 16hr 5min — Cathay Pacific 841, Seat map
Arrives Sun, Nov 15 (1 day later).

Earn $27.20

---

**$2,720.33**
FREE Cancel
[Select]

☐ Select this departure — Leave Wed, Nov 11 — 4:25 PM Hong Kong HKG — 7:15 PM New York JFK — non-stop 15hr 50min — American Airlines 8925, Seat map
Flight 8925 Operated by Cathay Pacific

☐ Select this return — Return Sat, Nov 14 — 1:55 PM New York JFK — 7:05 PM Hong Kong HKG — non-stop 16hr 10min — Cathay Pacific 831, Seat map
Arrives Sun, Nov 15 (1 day later).

Earn $27.20

---

See 5 more result(s)

Return to top | Change search        Showing: 25 of 30 results        Site Feedback

*Savings based on Flight + Hotel vacation package bookings of 5 or more nights with individual calculable components on www.orbitz.com from October 1, 2014 through March 31, 2015, as compared to price of the same components booked separately. Savings will vary based on origin/destination, length of trip, stay dates, and selected travel supplier(s). Savings not available on all packages.

Prices shown are 'from prices' and are an average per traveller including all airfare taxes and fees and any applicable service fees.

Sponsored Links

80% Off New York Flights - JustFly.com
New York Cheap Flights - 80% Off. Get 80% Off any New York Flight!
flights-to-new-york.justfly.com/

CDL Traffic Court Experts - cdlconsultant.com
Stay on the Road and out of Court - Keep Your CDL Clean, Hire the Best
www.cdlconsultant.com/
Accredited Business since 04/01/2015 - BBB

NewAir at Amazon - Low Prices on NewAir - Amazon.com
Free Shipping on Qualified Orders.
www.amazon.com/Home-Appliances

Vacation packages | Car rental | Cruises | Travel blog | Flight status | Orbitz Travel Alerts | Customer Support | Español | Labs

About Orbitz | Contact Us | Investors | Careers | Media | Site map | Advertising | Affiliates | Orbitz for Business | Orbitz for Agents | Terms and conditions | Your Privacy Rights

Orbitz Rewards | Orbitz Rewards Visa Card | Best Price Guarantee | Travel deals | Flights site map | Mobile   | Facebook    | Twitter   | Pinterest

  

   Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2015. Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-6881; Iowa 644; Washington 602-108-724       


Site Feedback