# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * MDL NO. 2047 <br> * <br> * SECTION: L <br> * <br> * JUDGE FALLON <br> * |
| **THIS DOCUMENT RELATES TO:** <br> **ALL CASES** | * MAG. JUDGE WILKINSON <br> * <br> * |

**************************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that non-party, MORGAN STANLEY, will bring its Omnibus Motion for Protective Order and Motion to Tax Costs before the the Honorable Judge Eldon Fallon at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on November 9, 2015, immediately following the monthly status conference unless this Court wishes to entertain the motion at an earlier time.

Respectfully Submitted,

/s/ *James M. Garner*
JAMES M. GARNER, LA BAR #19589
JOSHUA S. FORCE, LA BAR #21975
ASHLEY G. COKER, LA BAR #30446
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Phone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR MORGAN STANLEY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Opposition to Motion to Compel Against Morgan Stanley has been served on counsel for the Plaintiffs' Steering Committee, Leonard A. Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> on all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of November 2015.

                                          <u>/s/ *James M. Garner*</u> _____
                                          JAMES M. GARNER