**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * **MDL NO. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | * |
| **LITIGATION** | * **SECTION: L** |
| | * |
| | * **JUDGE FALLON** |
| | * |
| **THIS DOCUMENT RELATES TO:** | * **MAG. JUDGE WILKINSON** |
| **ALL CASES** | * |
| | * |

**************************************************

## REQUEST FOR ORAL ARGUMENT

Pursuant to Uniform District Court Local Rule 78.1E, non-party, MORGAN STANLEY, requests that this Court permit oral argument on its Omnibus Motion for Protective Order and Motion to Tax Costs submitted for hearing before the Honorable Judge Eldon Fallon at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on November 9, 2015, immediately following the monthly status conference or at an earlier time that this Court may set. Morgan Stanley submits that oral argument will be beneficial to the Court's consideration of its motion.

Respectfully Submitted,

/s/ *James M. Garner*
JAMES M. GARNER, LA BAR #19589
JOSHUA S. FORCE, LA BAR #21975
ASHLEY G. COKER, LA BAR #30446
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Phone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR MORGAN STANLEY**

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that the above and foregoing Opposition to Motion to Compel Against Morgan Stanley has been served on counsel for the Plaintiffs' Steering Committee, Leonard A. Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> on all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of November 2015.

<u>/s/ *James M. Garner*</u>
JAMES M. GARNER