UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047<br>*<br>* SECTION: L<br>*<br>* JUDGE FALLON<br>* |
| THIS DOCUMENT RELATES TO: ALL CASES | * MAG. JUDGE WILKINSON<br>*<br>* |

******************************************

## ORDER

CONSIDERING THE FOREGOING Request for Oral Argument on its Omnibus Motion for Protective Order and Motion to Tax Costs filed by Non-Party Morgan Stanley;

IT IS HEREBY ORDERED THAT the Request for Oral Argument is GRANTED and oral argument will take place before the Honorable Judge Eldon Fallon at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on November 9, 2015, immediately following the monthly status conference.

New Orleans, Louisiana, this _____ day of November, 2015.

_____
JUDGE ELDON S. FALLON