UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047<br>*<br>* SECTION: L<br>*<br>* JUDGE FALLON<br>* |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | * MAG. JUDGE WILKINSON<br>*<br>* |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## REQUEST FOR EXPEDITED CONSIDERATION

**May It Please the Court:**

Non-Party Morgan Stanley asks this Court for expedited consideration of its Omnibus Motion for Protective Order and Motion to Tax Costs filed in this matter asking this Court for confirmation of the scope of the Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] and accompanying subpoena *duces tecum* issued to it on May 18, 2015 by the Plaintiffs' Steering Committee (the "PSC"). Morgan Stanley has reviewed the documents listed in this PSC's subpoena *duces tecum*, which identified four transactions between Morgan Stanley and CNBM: (1) the 2006 Global Offering; (2) the 2007 Placing Agreement; (3) the 2009 Placing Agreement; and (4) 2010 Placing Agreement. Morgan Stanley has spent considerable time and resources reviewing and producing over 50,000 pages of documents in response to the subpoena *duces tecum*.

The PSC's notice of deposition associated attached to the subpoena *duces tecum* is directed toward the responsive documents produced by Morgan Stanley. Again, those documents are limited to: (1) the 2006 Global Offering; (2) the 2007 Placing Agreement; (3) the 2009 Placing

Agreement; and (4) 2010 Placing Agreement. Morgan Stanley has asked the PSC to confirm that the scope of the 30(b)(6) deposition will be limited to these four transactions, but, to date, the PSC has not responded to its requests. Moreover, the PSC has still not issued a notice of deposition to Morgan Stanley to confirm either the time or the scope of the deposition.

Morgan Stanley has offered its 30(b)(6) witness to sit for deposition on **November 13, 2015** in New York. The corporate representative is located in Hong Kong and is scheduled to arrive in New York on **November 11, 2015**. Before the witness travels to the United States from Hong Kong, Morgan Stanley needs confirmation of the scope of the deposition, lest the PSC threaten a second deposition on topics for which Morgan Stanley had no notice. Morgan Stanley also seeks to tax the hard costs associated with reviewing, producing and translating the documents responsive to the subpoena and the costs of travel and hotel accommodation of its 30(b)(6) witness. Accordingly, Morgan Stanley asks that this Court submit this matter for expedited consideration on its Omnibus Motion for Protective Order and Motion to Tax Costs.

Respectfully Submitted,

/s/ *James M. Garner*_____
JAMES M. GARNER, LA BAR #19589
JOSHUA S. FORCE, LA BAR #21975
ASHLEY G. COKER, LA BAR #30446
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Phone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR MORGAN STANLEY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Opposition to Motion to Compel Against Morgan Stanley has been served on counsel for the Plaintiffs' Steering Committee, Leonard A. Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> on all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of November 2015.

                                                     /s/ *James M. Garner*  
                                                     JAMES M. GARNER