**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 30, 2015**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL  PRODUCTS LIABILITY LITIGATION | MDL NO. 2047  SECTION: L  JUDGE FALLON  MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date. The conference was transcribed by Ms. Jodi Simcox, Official Court Reporter. Counsel may contact Ms. Simcox at (504) 589-7780 to request a copy of the transcript. The Plaintiffs' Steering Committee, counsel for Taishan, counsel for the CNBM entities, and Defense Liaison counsel participated. The parties discussed the upcoming Taishan Evidentiary Hearing to address issues of spoliation, contempt, and/or adverse inferences.

At the suggestion of Taishan, **IT IS ORDERED** that the aforementioned hearing, previously set for November 10, 2015 at 9:00 a.m., as well as all other related deadlines pertaining to this hearing set forth in the "Amended Order and Plan for November 10, 2015 Evidentiary Hearing" (R. Doc. 19657), are hereby continued for **one week.** Accordingly, the November Evidentiary Hearing will begin on **Tuesday, November 17, 2015 at 9:00 a.m.** in the Courtroom of the Honorable Eldon E. Fallon and is scheduled to last two days.

With regard to the **November Monthly Status Conference**, which is currently scheduled for Monday, November 9, 2015 at 2:00 p.m., the Court is awaiting confirmation from the Parties that they are available the following Monday, November 16, 2015 at 2:00pm in order to attend

1

JS10(00:31)

the Monthly Status Conference.  If/when the November Monthly Status Conference is rescheduled, the Court will issue an Order and update the Drywall website to reflect any changes regarding the Monthly Status Conference including an updated call-in number.