UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Thomas Lukaszewski. **IT IS ORDERED** that the attached correspondence be entered into the record.

With regard to the miscellaneous claim, **IT IS ORDERED** that Brown Greer contact Mr. Lukaszewski to discuss the possibility of converting his miscellaneous claim to a PRALE claim, and take any appropriate action to convert the claim if Mr. Lukaszewski chooses to do so.

With regard to those expenses that are not included in the miscellaneous claim for which Mr. Lukaszewski requests to file a late PRALE claim, **IT IS ORDERED** that Mr. Lukaszewski's request is **DENIED**.

The Court has discussed the issue of late-filed claims at some length. (*See, e.g.*, Rec. Docs. 17872, 17967). The deadline to submit claims was October 25, 2013. For many months thereafter, a number of plaintiffs sought to file late claims, and the Court accepted a number of late-filed claims. In July 2014, however, the Court explained that it could "no longer allow such late-filed claims, without the presence of exceptional circumstances." (Rec. Doc. 17872). While there may have been some miscommunication between Mr. Lukaszewski and his former counsel regarding the merit of certain potential PRALE expenses, this does not constitute exceptional circumstances as contemplated by the Court.

1

New Orleans, Louisiana, this 3 day of November, 2015.

UNITED STATES DISTRICT JUDGE

cc:
Thomas Lukaszewski
P.O. Box 4157
Cherry Hill, NJ 08034

Jake Woody
Brown Greer PLC
250 Rocketts Way
Richmond, VA 23231

Patrick Montoya
Colson Hicks Eidson Colson
255 Alhambra Circle, PH
Coral Gables, FL 33134

Leonard Davis
Herman Herman & Katz
820 O'Keefe Ave.
New Orleans, LA 70113