# EXHIBIT "A"

# WHITFIELD BRYSON & MASON LLP
ATTORNEYS AT LAW

John C. Whitfield +#◊
Daniel K. Bryson *+
Gary E. Mason >^«
Scott C. Harris *¤
Matthew E. Lee *¤
Jason S. Rathod >≈
Caroline Ramsey Taylor +¤◊
Natasha Camenisch Farmer +◊

Esfand Y. Nafisi ≈^
Margaret P. Sandwith *
Benjamin S. Branda ≈
Jeremy R. Williams *
Steven N. Berk >≈~
Charles A. Schneider >~
Martha B. Schneider >~
Roger N. Braden +~

900 West Morgan Street
Raleigh, North Carolina 27603
Office: 919.600.5000
Fax: 919.600.5035
www.wbmllp.com

State Bar Admissions:
KY + DC > NC * FL ¤ TN ◊
NY ^ MD « IL ≈ MO #
Of Counsel ~

Daniel K. Bryson
dan@wbmllp.com
Direct: 919-600-5001

October 29, 2015

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

> In Re: Chinese Manufactured Drywall Products Liability Litigation
> *Brook, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.* File No.: 15-4127

Dear Lenny and Russ:

Plaintiffs, Braxton and Kerrie Collins, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against Defendant, Taishan Gypsum Co., Ltd., in the above referenced Omni complaint.

Very Truly Yours,

*/s/ Daniel K. Bryson*
Daniel K. Bryson

MADISONVILLE, KY • RALEIGH, NC • NASHVILLE, TN • WASHINGTON, DC