UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED | * | MDL No.: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Brook, et al. v. | * | MAG. JUDGE WILKINSON |
| The State-Owned Assets Supervision and | * | |
| Administration Commission of the | * | |
| State Council, et al. | * | |
| Case No.: 15-cv-4127 | * | |

**************************************************

## JASON AND CASSIE HERRINGTON'S
## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT, TAISHAN GYPSUM CO., LTD.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Jason and Cassie Herrington, hereby dismiss without prejudice all of their claims against Defendant, Taishan Gypsum Co., Ltd., in Plaintiffs' Omnibus Complaint. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for Jason and Cassie Herrington, dated October 29, 2015, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

*/s/ Leonard A. Davis*
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal With Prejudice document has been served on Taishan's counsel by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of November, 2015.

*/s/ Leonard A. Davis*
Herman, Herman, Katz & Cotlar, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*