# EXHIBIT "A"

# WHITFIELD BRYSON & MASON LLP
## ATTORNEYS AT LAW

John C. Whitfield +#◊
Daniel K. Bryson *+
Gary E. Mason >^«
Scott C. Harris *¤
Matthew E. Lee *¤
Jason S. Rathod >≈
Caroline Ramsey Taylor +¤◊
Natasha Camenisch Farmer +◊

Esfand Y. Nafisi ≈^
Margaret P. Sandwith *
Benjamin S. Branda ≈
Jeremy R. Williams *
Steven N. Berk >≈~
Charles A. Schneider >~
Martha B. Schneider >~
Roger N. Braden +~

900 West Morgan Street
Raleigh, North Carolina 27603
Office: 919.600.5000
Fax: 919.600.5035
www.wbmllp.com

State Bar Admissions:
KY+ DC> NC* FL¤ TN◊
NY^ MD« IL≈ MO#
Of Counsel ~

Daniel K. Bryson
dan@wbmllp.com
Direct: 919-600-5001

October 29, 2015

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

      In Re: Chinese Manufactured Drywall Products Liability Litigation
            *Brook, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. File No.: 15-4127*

Dear Lenny and Russ:

     Plaintiffs, Jason and Cassie Herrington, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against Defendant, Taishan Gypsum Co., Ltd., in the above referenced Omni complaint.

                                         Very Truly Yours,

                                         Daniel K. Bryson