UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## MOTION FOR AUTHORITY TO SUBMIT OTHER LOSS FUND CLAIM

**NOW INTO COURT**, through undersigned counsel, comes Claimant Patricia Harvey, Claimant Identification No. 113732, who moves this Honorable Court for an Order authorizing her to submit an Other Loss fund claim (Foreclosure) into the Global and/or Knauf Settlement.

WHEREFORE, Claimant prays that this Honorable Court grants her Motion for Authority to Submit Other Loss Fund Claim.

    Respectfully submitted:

    /s/ Joseph M. Bruno
    Joseph M. Bruno, (LA Bar No. 3604)
    Bruno & Bruno, LLP
    855 Baronne Street
    New Orleans, Louisiana  70113
    Telephone:  (504) 525-1335
    Facsimile:   (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 3rd day of November, 2015.

    /s/ Joseph M. Bruno