UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| --- | --- |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

**MEMORANDUM IN SUPPORT OF MOTION FOR AUTHORITY TO SUBMIT OTHER LOSS FUND CLAIM**

**MAY IT PLEASE THE COURT:**

Claimant Patricia Harvey, Claimant Identification No. 113732, respectfully submits the following Memorandum in Support of the Motion for Authority to Submit Other Loss Fund Claim. Claimant respectfully moves this Honorable Court for an Order authorizing her to submit an Other Loss fund claim into the Global and/or Knauf Settlement, for the reasons more fully set forth below:

**INTRODUCTION**

On July 8, 2013, Claimant Patricia Harvey submitted a Chinese Drywall Settlement Program Registration Form to make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for the affected property address of 3217 Upperline Street, New Orleans, Louisiana 70118. Under number 9 of the section titled *Affected Property Information* of the Registration Form, claimant marked Remediation and Other Losses (Foreclosure losses appear in this category) as the type of claims that relate to the above affected property.

Despite timely submitting a Registration Form for the Remediation and Other Losses claims, the undersigned's law firm was recently contacted by Brown Greer, the Claims

Administrator for this settlement program, and was informed that because a Foreclosure Claim Form was not filed, that the only way that the Foreclosure Claim can be submitted by the claimant and accepted by the Claims Administrator is by an Order from this Honorable Court.

## LAW AND ARGUMENT

Claimant Patricia Harvey was timely registered on the Brown Greer portal and has uploaded the required documents to support her claims.  Ms. Harvey's Claimant Identification Number is 113732 and the affected property address is 3217 Upperline Street, New Orleans, Louisiana 70118.  The undersigned law firm recently was contacted by Brown Greer and was informed that no Foreclosure Claim Form was filed and therefore, the only way that the Foreclosure Claim can be submitted by the claimant and accepted by Brown Greer is by an Order from this Honorable Court.

No prejudice will result from this Honorable Court allowing claimant to submit a Foreclosure Claim Form.  Because claimant was timely registered and has other claims timely filed, undersigned counsel respectfully moves this Honorable Court to invoke its equitable powers to permit claimant to file her Foreclosure Claim Form.  All of the documents that support the claimant's foreclosure claim, including the Foreclosure Claim Form, have already been uploaded to the Claims Portal.  For this reason, the Foreclosure Claim Form can be expeditiously filed, if the Court allows.  In addition, all of the necessary predicate information which is contained on the claimant's Foreclosure Claim Form was previously produced to the Settlement Administrator.  Therefore, this information is already in the possession of the Settlement Administrator, and all that needs to be submitted/filed is the Foreclosure Claim Form.

On August 19, 2014, this Honorable Court allowed certain claimants to file late filed claims.  (Rec. Doc. 17967).  The facts of those claims are similar to the facts of this claim as (1)

claimant timely registered on the Brown Greer portal; (2) claimant submitted to Brown Greer all of the required information and documents to support her claims; (3) there is only one new document that needs to be submitted/filed (Foreclosure Claim Form), which can be done expeditiously and will not result in an extended delay of other claimants' receipt of settlement payments; (4) claimant will be prejudiced if her foreclosure claim is rejected; and (5) no other parties will be prejudiced if claimant is allowed to submit her Foreclosure Claim Form.

Claimant has not previously requested this type of relief.  In fact, this is the first time that the undersigned law firm has requested this relief for any of the firm's clients, and would not do so absent the extraordinary circumstances listed above.

## CONCLUSION

For the reasons stated above, Claimant Patricia Harvey respectfully moves this Honorable Court for an Order authorizing her to submit an Other Loss fund claim into the Global and/or Knauf Settlement.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, (LA Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Facsimile:   (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Memorandum has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 3rd day of November, 2015.

/s/ Joseph M. Bruno