UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## ORDER

**Considering the foregoing Motion,**

**IT IS ORDERED** that Claimant Patricia Harvey, Claimant Identification No. 113732, is authorized to submit an Other Loss fund claim (Foreclosure) for drywall damages related to the property at 3217 Upperline Street, New Orleans, Louisiana 70118 into the Global and/or Knauf Settlement.

New Orleans, Louisiana this _____ day of _____, 2015.

_____
**JUDGE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**