## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE**, in accordance with Local Civil Rule 7.2 of the United States District Court for the Eastern District of Louisiana, that the Motion for Authority to Submit Other Loss Fund Claim will be submitted for consideration on the 18th day of November, 2015 at 9:00 a.m., before United States District Judge Eldon E. Fallon, Section "L", of the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, (LA Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 3rd day of November, 2015.

/s/ Joseph M. Bruno