IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | |

**PROPOSED SECOND AMENDED ORDER AND PLAN
FOR NOVEMBER 17, 2015 EVIDENTIARY HEARING**

WHEREAS, the Plaintiffs' Steering Committee ("PSC"), on behalf of Plaintiffs, and Taishan Gypsum Co., Ltd. ("Taishan") (collectively, the "parties") stipulated and agreed to a Plan for the Evidentiary Hearing ("Hearing") originally set to begin November 10, 2015, with regard to the Exchange of Exhibits, Deposition Designations, Demonstratives, Live Witnesses, and Post-Hearing Briefing;

WHEREAS, the Court approved the stipulation and agreement of the parties, determined the scope of the Hearing, and entered an Amended Order and Plan for November 10, 2015 Evidentiary Hearing ("Amended Order and Plan") [Rec. Doc. No. 19659];

WHEREAS, the deposition of Mr. Peng Wenlong has been rescheduled to take place in New York, New York on November 12 and 13, 2015 (with the possibility of an additional day), beginning each day at 7:30 a.m.;

WHEREAS, the parties have agreed to postpone the Hearing to November 17, 2015, beginning at 10:30 a.m. and continuing, as necessary, on November 18, 2015, beginning at 7:00 a.m.;

1

IT IS HEREBY ORDERED THAT the deadlines set forth in the Amended Order and Plan are amended as follows:

## I. EXCHANGE OF EXHIBIT LISTS

On or before **November 6, 2015, at 5:00 p.m. Central**, each party shall provide the other party with an initial list and description of the Exhibits that each party intends to introduce at the Hearing ("Exhibit List").

On or before **November 13, 2015, by 5:00 p.m. Central**, each party may provide the other party with a supplemental Exhibit List and Identification of Objections to the other party's Exhibit List.

Unless otherwise ordered by the Court, only exhibits included on the Exhibit List and any supplemental Exhibit list shall be included for use at the Hearing.

On **November 16, 2015**, following the Status Conference, the Court will hear oral argument on any unresolved objections to Exhibits.

## II. DEPOSITION DESIGNATIONS

On or before **November 9, 2015, at 5:00 p.m. Central**, each party shall provide the other party with a list of all deposition testimony that it intends to offer into evidence at the Hearing. However, each party shall provide the other party with the list of deposition testimony of Mr. Peng Wenlong that a party intends to offer into evidence at the hearing on or before **November 15, 2015, at 5:00 p.m. Central**.

On or before **November 12, 2015, at 5:00 p.m. Central**, each party shall provide the other party with counter-designations of deposition testimony and objections to the other party's designations. However, each party shall provide the other party with counter-designations of deposition testimony of Mr. Peng Wenlong that a party intends to offer into evidence at the hearing on or before **November 16, 2015, by 12:00 p.m. Central.**

On **November 16, 2015**, following the Status Conference, the Court will hear oral argument on any unresolved objections to deposition designations.

### III.    DEMONSTRATIVES

On **November 16, 2015, by 12:00 p.m. Central**, each party shall provide to the other party a list and brief description of any charts, graphs, models, schematic diagrams, and similar objects which, although not to be offered in evidence, respective counsel intent to use in argument during the Hearing.

### IV.    LIVE WITNESSES

On or before the following dates, each designated party shall provide the other party with a list of witnesses to provide live testimony during the Hearing, including a statement of the general subject matter of their testimony (it is not sufficient to designate the witness simply "fact," or "expert"), and an indication in good faith of those who will be called in the absence of reasonable notice to opposing counsel to the contrary.

No other witnesses shall be allowed without leave of court, unless agreeable to all parties and their addition does not affect the Hearing date.  This restriction will not apply to rebuttal witnesses or documents whose necessity cannot be reasonably anticipated.

**November 9, 2015** – PSC's witness list

**November 11, 2015** – Taishan's witness list

### V.    POST-HEARING BRIEFING

Following the Hearing, the parties may submit proposed Findings of Fact and Conclusions of Law no later than **December 7, 2015**.

3

THIS DONE the 3rd day of November, 2015, New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE