**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047<br>*<br>* SECTION: L<br>*<br>* JUDGE FALLON<br>* |
| THIS DOCUMENT RELATES TO: ALL CASES | * MAG. JUDGE WILKINSON<br>*<br>* |

**************************************************

**ORDER**

CONSIDERING THE FOREGOING Request for Expedited Consideration on its Omnibus Motion for Protective Order and Motion to Tax Costs filed by Non-Party Morgan Stanley;

IT IS HEREBY ORDERED THAT the Request for Expedited Consideration is GRANTED and oral argument will take place before the Honorable Judge Eldon Fallon at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on November 9, 2015, at 9:30 a.m.

New Orleans, Louisiana, this  2nd  day of November, 2015.

_____

JUDGE ELDON S. FALLON