UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

**IT IS ORDERED** that the November Monthly Status Conference currently scheduled for November 9, 2015 at 2:00 p.m is hereby continued for one week.  The November Monthly Status Conference will now be held on **November 16, 2015 at 2:00 p.m.**  The Court has set up a conference call line for auditing the conference.  To audit, call (800) 683-4564 and enter access code 9503109.

**IT IS FURTHER ORDERED** that pre-conference meeting will be held in the Chambers of the Honorable Eldon E. Fallon on November 16, 2015 at 1:30 p.m.

**IT IS FURTHER ORDERED** that oral argument on Knauf's Motion for Reconsideration (R. Doc. 19428) will be heard before the Honorable Eldon E. Fallon immediately following the November Monthly Status Conference.

New Orleans, Louisiana, this 2nd day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

1