UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Plaintiff's request for oral argument, **IT IS HEREBY ORDERED** that Plaintiff Fernando Cerna's Motion to Compel Settlement Administrate to Disburse GBI Funds (R. Doc. 19666) is set for submission, with oral argument, immediately following the January Monthly Status Conference, which has not yet been scheduled.

**IT IS FURTHER ORDERED** that any party who wishes to respond to Plaintiff's motion must do so on or before December 14, 2015 at 9:00 a.m.

New Orleans, Louisiana, this 2nd day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

1