UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

**IT IS HEREBY ORDERED** that Morgan Stanley's Motion for Protective Order and to Tax Costs (R. Doc. 19669) is set for oral argument before the Honorable Eldon E. Fallon on Monday November 9, 2015 at 9:30 am.

New Orleans, Louisiana, this 3rd day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

1