MINUTE ENTRY
FALLON, J.
NOVEMBER 3, 2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date. The conference was transcribed by Ms. Karen Ibos, Official Court Reporter. Counsel may contact Ms. Ibos at (504) 589-7776 to request a copy of the transcript. The Plaintiffs' Steering Committee, counsel for Taishan, counsel for the CNBM entities, counsel for the BNBM entities and Defense Liaison counsel participated. The parties discussed re-scheduling the depositions of Mr. Peng and the November 17th Taishan Evidentiary Hearing to address issues of spoliation, contempt, and/or adverse inferences.

After discussing the matter the parties agreed to the following schedule:

**IT IS ORDERED** that the deposition of Mr. Peng is to begin on Thursday, November 12, 2015 at 7:30 a.m. EST. The deposition is scheduled to last two days. If, at the end of the second day, the parties disagree as to the necessity of a third day, the parties are instructed to the contact the Court.

**IT IS FURTHER ORDERED** that the November 17th Evidentiary Hearing will begin on **Tuesday, November 17, 2015 at 10:30 a.m. CT** in the Courtroom of the Honorable Eldon E. Fallon and continue until at least 8:30 p.m. If, at the end of the second day, it is determined that

1

JS10(00:27)

an additional day is necessary, the Evidentiary Hearing will continue on Wednesday, November 18, 2015 at 7:00 a.m. CT.

**IT IS FURTHER ORDERED** that the **November Monthly Status Conference** will be held on **Monday, November 16, 2015 at 2:00 p.m. CT**.  The Court has set up a conference call line for auditing the conference.  To audit, call (800) 683-4564 and enter access code 9503109.

**IT IS FURTHER ORDERED** that pre-conference meeting will be held in the Chambers of the Honorable Eldon E. Fallon on November 16, 2015 at 1:30 p.m.

**IT IS FURTHER ORDERED** that oral argument on (1) Knauf's Motion for Reconsideration (R. Doc. 19428), (2) Rule to Show Cause regarding Roger Elliott's motion to release settlement funds from the court registry, and (3) any preliminary motions related to the November 17, 2015 Evidentiary Hearing will be heard before the Honorable Eldon E. Fallon **immediately following the November Monthly Status Conference**.

