## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

## PROPOSED AMENDED ORDER REGARDING DUE DATE FOR PSC'S SUPPLEMENTAL BRIEF IN OPPOSITION TO CNBM GROUP'S FSIA MOTION

In light of the fact that the date for the spoliation hearing has been rescheduled to begin on November 17, 2015, the Court's prior scheduling order for briefing on CNBM Group's Motion to Dismiss on grounds of the Foreign Sovereign Immunities Act ("FSIA Motion") [Rec. Doc. No. 19612] is hereby amended as follows.  The Plaintiffs' Steering Committee is permitted to file a supplemental brief to its opposition to CNBM Group's FSIA Motion on or before November 30, 2015, if relevant information is disclosed at the spoliation hearing which bears on the exceptions to FSIA.

THIS DONE the  5th  day of   November  , 2015, New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE