**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | * MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * |
| LITIGATION | * SECTION: L |
| | * |
| | * JUDGE FALLON |
| | * |
| THIS DOCUMENT RELATES TO: | * MAG. JUDGE WILKINSON |
| ALL CASES | * |
| | * |

*************************************************

### _EX PARTE_ MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF OMNIBUS MOTION FOR PROTECTIVE ORDER AND MOTION TO TAX COSTS AND MOTION TO QUASH NOTICE OF DEPOSITION

Non-party, MORGAN STANLEY, file this _Ex Parte_ Motion for Leave to File Supplemental Memorandum in Support of its Omnibus Motion for Protective Order and Motion to Tax Costs and Motion to Quash Deposition asking that the Court permit it file the proposed supplemental memorandum to (1) provide an update as to the parties' communications since Morgan Stanley filed its motion on Monday, November 2, 2015; (2) provide additional supporting documentation for its claim for costs; and (3) to ask this Court to quash a Notice of Deposition issued to Morgan Stanley after it had filed its motion for protective order and postponed the November 13, 2015 deposition. Morgan Stanley submits that this supplemental memorandum will assist the Court in preparing for the hearing on Monday, November 9, 2015 at 9:30 a.m.

///

Respectfully Submitted,

/s/ *James M. Garner*
JAMES M. GARNER, LA BAR #19589
JOSHUA S. FORCE, LA BAR #21975
ASHLEY G. COKER, LA BAR #30446
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Phone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR MORGAN STANLEY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition to Motion to Compel Against Morgan Stanley has been served on counsel for the Plaintiffs' Steering Committee, Leonard A. Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> on all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of November 2015.

/s/ *James M. Garner*
JAMES M. GARNER