# Coker, Ashley

| | |
|---|---|
| **From:** | Garner, James M. |
| **Sent:** | Thursday, November 05, 2015 12:56 PM |
| **To:** | Bruce Steckler |
| **Cc:** | Russ Herman; Coker, Ashley; Anthony Irpino; alevin@lfsblaw.com; Bernard.Taylor@alston.com; Tim Eagan; Fred Longer (FLonger@lfsblaw.com); Gerald E. Meunier; Harry.Rosenberg@phelps.com; Force, Joshua S.; Lenny Davis; Madelyn Breerwood; Kenny, Mike; Pearl Robertson (probertson@irpinolaw.com); Sandy Duggan (sduggan@lfsblaw.com); Rachel Sternlieb; Christopher Vejnoska; Christopher Seeger (PSC); Jeffrey Scott Grand; Scott George |
| **Subject:** | Re: CDW - Morgan Stanley Motion for Protective Order and to Tax Costs |

Bruce:

Hope all are well.

We agreed to accept service of the May Subpoena in an effort to cooperate with the PSC after it represented to us that no deposition would be required if Morgan Stanley produced responsive documents and after the PSC represented that it had narrowed the scope of the production. Our agreement to accept service did not agree to the substance of the subpoena, and, in fact, formally objected to the scope of the subpoena. We also did not agree to any specific date for the deposition, because the PSC told us that no deposition would be required. When we later questioned the PSC on its reneging its promise about the deposition, you response that we "agree to disagree" was about whether the deposition would occur at all. Not the scope. We cannot "agree to disagree" as to the topics of a deposition.

Morgan Stanley specifically asked you on October 7 and October 13 to confirm that the deposition would be limited to (1) the 2006 Global Public Offering; (2) the 2007 Placing Agreement; (3) the 2009 Placing Agreement; and (4) the 2010 Placing Agreement. These are the only transactions referenced in the documents that the PSC itemized in its May subpoena. Despite our repeated requests, you have neither confirmed nor denied these topics. Morgan Stanley is entitled to know on what topics the PSC will seek a deposition before its witness flies to New York from Hong Kong. For some reason, the PSC will not or cannot confirm the scope of the 30(b)(6) deposition. Your refusal to confirm the scope leads us to believe that the PSC intends to go well beyond what it previously represented that it was requesting from Morgan Stanley.
Morgan Stanley has no interest in this matter and does not seek either to help or hurt the PSC in its pursuit of its claims. Your email this week is the first notice we have had of a <u>December 8</u> hearing date. Morgan Stanley is attempting to fulfill its obligation to respond fully to the subpoena issued to it. For this reason, we advised the PSC that additional documents had been located and the deposition would need to be continued to complete this production. Morgan Stanley is a non-party to this litigation and will not sit for two depositions so the PSC can proceed <u>on November 13</u> and then attempt to seek a second deposition at a later date.

Finally, as to Morgan Stanley's motion for costs, both airfare and hotel costs are referenced in Exhibits L and M to the motion for protective order. Additionally, we have received the invoices for the databases, which we will submit to you and the Court in a supplemental memorandum.

A great weekend to all. Jim.



EXHIBIT N

James M. Garner
Sher Garner Cahill Richter Klein & Hilbert, LLC
909 Poydras Street
28th Floor
New Orleans, Louisiana 70112

Telephone: 504-299-2102
Facsimile: 504-299-2302
Mobile: 504-931-5361

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

On Nov 3, 2015, at 5:06 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:

> Jim:
>
> We served you with a subpoena and Notice for deposition in May of 2015, which you agreed to accept. We advised in the Notice that the deposition date would be agreed upon by the parties. We listed the deposition topics in our May 2015 Notice at doc# 19669-2 at page 23. This information is all set forth in your recent filing.
>
> Now, at the 11th hour, you claim that "PSC ignored these emails" on the deposition topics. This is simply incorrect. Again, we need look no further than your filings in document #19669-3 at page 2. On August 31st, your email stated that you did not need to produce a witness and the PSC failed to make clear the topics for the deposition of the Morgan Stanley witness, and I responded quite clearly and succinctly: "So, we agree to disagree. Are you going to produce a witness or necessitate a hearing?" You then provided the name of the witness, date of the deposition and location. We confirmed in an email that this date would work for us. As we have done in this case and as a professional courtesy to all parties, we advised the parties of the now agreed upon date, time and location.
>
> For that reason, it is quite troubling that in the few days leading up to the deposition, you now want to move the deposition because we did not respond to you on deposition topics. Clearly, this is not true. I can only assume that this is your fallback position, when we agreed to proceed with the deposition after you disclosed to us that you had discovered new documents. We have

an outstanding deposition Notice, dates agreed upon by your firm that you provided, and now, you seek to delay this deposition, when you failed to timely seek relief. I can only assume that this was designed to put us in a last minute crunch. But, as you know, we need to proceed with this deposition, given our hearing and briefing schedule. Moreover, you have never had a meet and confer on any of these issues for some reason, as required.

Lastly, if this is about reimbursement of expenses, we are amenable to paying for your witness' reasonable travel expenses and willing to pay the "reasonable costs" of reproduction. To date, most of your costs have no support, except for the airfare of the witness. We are familiar with "reasonable" costs and yours do not appear to be "reasonable".

We have been candid with you and want to work amicably, but making untrue assertions and not standing by agreements is not acceptable, no less waiting until the last minute. I am sorry that we cannot accommodate you, but we have a Court Ordered schedule. Moreover, we respectfully ask that you confirm the veracity of your assertions before casting aspersions in an effort to avoid your agreements.

Yours,

Bruce

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Tuesday, November 03, 2015 1:07 PM
**To:** Russ Herman <RHERMAN@hhklawfirm.com>
**Cc:** Bruce Steckler <Bruce@stecklerlaw.com>; Coker, Ashley <acoker@shergarner.com>; Anthony Irpino <airpino@irpinolaw.com>; alevin@lfsblaw.com; Bernard.Taylor@alston.com; Tim Eagan <EEagan@gordonarata.com>; Fred Longer (FLonger@lfsblaw.com) <FLonger@lfsblaw.com>; Gerald E. Meunier <gmeunier@gainsben.com>; Harry.Rosenberg@phelps.com; Force, Joshua S. <jforce@SHERGARNER.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Madelyn Breerwood <mbreerwood@hhklawfirm.com>; Kenny, Mike <Mike.Kenny@alston.com>; Pearl Robertson (probertson@irpinolaw.com) <probertson@irpinolaw.com>; Sandy Duggan (sduggan@lfsblaw.com) <sduggan@lfsblaw.com>; Madelyn Breerwood <mbreerwood@hhklawfirm.com>; Anthony Irpino <airpino@irpinolaw.com>; Pearl Robertson <probertson@irpinolaw.com>; Gerald E. Meunier <gmeunier@gainsben.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Christopher Vejnoska <cvejnoska@orrick.com>; Christopher Seeger (PSC) <cseeger@seegerweiss.com>; Jeffrey Scott Grand <jgrand@seegerweiss.com>; Scott George <sgeorge@seegerweiss.com>
**Subject:** RE: CDW - Morgan Stanley Motion for Protective Order and to Tax Costs

Russ & Bruce:

Morgan Stanley filed objections to the subpoena with the Court on June 4, 2015, so your assertion that Morgan Stanley has not objected is, respectfully, wrong. After producing the documents that appeared to be responsive to the subpoena, Morgan Stanley specifically asked the PSC to confirm the scope of the deposition. The PSC ignored these emails and, to date, has not confirmed that the deposition will be limited to the 4 topics outlined in our October 7, 2015 correspondence. Because the subpoena and attached notice are unclear and the PSC has not confirmed the scope of the deposition, Morgan Stanley was compelled to file its Motion for Protective Order with the Court.

We would prefer to work this out amicably with you. However, please note that the PSC has still not issued a subpoena for November 13, 2015, and Morgan Stanley has a pending motion for protective order before the Court. The PSC's last-minute notice still does not confirm the deposition topics nor does it compel Morgan Stanley's attendance on November 13. Accordingly, Morgan Stanley is currently under no legal obligation to produce its witness on November 13.

Rule 30(b)(6) does not require that Morgan Stanley produce a witness from the other side of the world with no confirmation of the topics he will be asked to address on behalf of the company. Morgan Stanley sought an expedited hearing on its Motion for Protective Order to confirm the deposition topics before Mr. Keyes flies over. If, over the course of the motion practice, it turned out that the PSC did seek to depose Mr. Keyes on topics other than the 4 transactions that have been specifically outlined in our emails and in the Motion for Protective Order, Morgan Stanley would still need to continue the deposition.

With the additional documents that need to be produced and because of the PSC's refusal to confirm the topics as previously agreed, continuing the deposition is the only reasonable way to proceed. Morgan Stanley will not agree to produce a witness for a second deposition with respect to the new documents or otherwise. As an accommodation to the PSC, Morgan Stanley can produce Mr. Keyes for deposition on December 3, 2015.

Thank you. Jim.

James M. Garner
Sher Garner Cahill Richter Klein & Hilbert, LLC
909 Poydras Street
28th Floor
New Orleans, Louisiana 70112

Telephone: 504-299-2102
Facsimile: 504-299-2302
Mobile: 504-931-5361

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Tuesday, November 3, 2015 9:16 AM
**To:** Garner, James M. <JGarner@SHERGARNER.com>
**Cc:** Bruce Steckler <Bruce@stecklerlaw.com>; Coker, Ashley <acoker@shergarner.com>; Anthony Irpino <airpino@irpinolaw.com>; alevin@lfsblaw.com; Bernard.Taylor@alston.com; Tim Eagan <EEagan@gordonarata.com>; Fred Longer (FLonger@lfsblaw.com) <FLonger@lfsblaw.com>; Gerald E. Meunier <gmeunier@gainsben.com>; Harry.Rosenberg@phelps.com; Force, Joshua S. <jforce@SHERGARNER.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Madelyn Breerwood <mbreerwood@hhklawfirm.com>; Kenny, Mike <Mike.Kenny@alston.com>; Pearl Robertson (probertson@irpinolaw.com) <probertson@irpinolaw.com>; Sandy Duggan (sduggan@lfsblaw.com) <sduggan@lfsblaw.com>; Madelyn Breerwood <mbreerwood@hhklawfirm.com>; Anthony Irpino <airpino@irpinolaw.com>; Pearl Robertson <probertson@irpinolaw.com>; Gerald E. Meunier <gmeunier@gainsben.com>; Rachel Sternlieb <rsternlieb@gainsben.com>; Christopher Vejnoska <cvejnoska@orrick.com>; Christopher Seeger (PSC) <cseeger@seegerweiss.com>; Jeffrey Scott Grand <jgrand@seegerweiss.com>; Scott George <sgeorge@seegerweiss.com>
**Subject:** Re: CDW - Morgan Stanley Motion for Protective Order and to Tax Costs

Jim, Hold depo date we need depo and exhibits in advance of Dec 8 hearing and time for supplemental brief in advance of that hearing. We will not agree to a postponement of depo date. As for documents , They will be produced when they are produced and we should not delay a

Deposition To await production and review .
Further , the PSC will be in Court to argue on 9th and our responsive brief as directed by the Court

Will be filed on the 6th .

Jim as I recall you moved for EXPEDITED hearing !!. Regards , Russ
Sent from my iPhone


On Nov 3, 2015, at 9:37 AM, Garner, James M. <JGarner@SHERGARNER.com> wrote:

>Counsel:


>In response to your correspondence to Judge Fallon's clerk, we note that we have twice asked the PSC to confirm the scope of Morgan Stanley's 30(b)(6) deposition, and, to date, the PSC has neither responded to our requests nor issued a notice of deposition outlining the deposition topics. Further, when Morgan Stanley requested that the PSC reimburse its costs associated with the production of documents in response to the subpoena, the PSC responded that the request was a "nice touch" but that it had not been ordered to pay Morgan Stanley's costs. Accordingly, if the PSC believes that a meet and confer would be beneficial to resolve these issues, we will make ourselves available to discuss them with you. If the PSC will confirm the four deposition topics as outlined in Morgan Stanley's October 7, 2015 email, then we can eliminate this item from the agenda at the hearing.


>Next, in the course of preparing for Morgan Stanley's 30(b)(6) deposition late last week, we learned of approximately 1,500 additional documents that may be responsive to the PSC's subpoena. We are in the process of receiving and reviewing those documents this week but anticipate that it will take at least a week to review the documents for responsiveness and privilege before we can produce them to the PSC. A number of the documents are in Chinese, and it will take at least that long to translate and review those documents so they can be produced. In light of these additional documents, the fact the PSC is not available to attend the hearing on Morgan Stanley's Motion for Protective Order until November 9, and the PSC's potential interest in scheduling a meet and confer in an attempt to resolve these matters, Morgan Stanley is postponing the November 13 deposition. Its witness, Mr. Keyes, will be available for deposition by the PSC in New York on December 10, 2015. As we are rescheduling the deposition, Morgan Stanley will agree to continue the hearing on its motion to November 16 to coincide with the regularly scheduled status conference if the PSC prefers to hold the hearing then.

James M. Garner
Sher Garner Cahill Richter Klein & Hilbert, LLC
909 Poydras Street
28th Floor
New Orleans, Louisiana 70112

Telephone: 504-299-2102
Facsimile: 504-299-2302
Mobile: 504-931-5361

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

**From:** Eliza_Meltzer@laed.uscourts.gov
[mailto:Eliza_Meltzer@laed.uscourts.gov]
**Sent:** Monday, November 2, 2015 4:48 PM
**To:** Bruce Steckler <Bruce@stecklerlaw.com>
**Cc:** Coker, Ashley <acoker@shergarner.com>; Anthony Irpino <airpino@irpinolaw.com>; alevin@lfsblaw.com; Bernard.Taylor@alston.com; Tim Eagan <EEagan@gordonarata.com>; Fred Longer (FLonger@lfsblaw.com) <FLonger@lfsblaw.com>; Gerald E. Meunier <gmeunier@gainsben.com>; Harry.Rosenberg@phelps.com; Force, Joshua S. <jforce@SHERGARNER.com>; Garner, James M. <JGarner@SHERGARNER.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Madelyn Breerwood <mbreerwood@hhklawfirm.com>; Kenny, Mike <Mike.Kenny@alston.com>; Pearl Robertson (probertson@irpinolaw.com) <probertson@irpinolaw.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Sandy Duggan (sduggan@lfsblaw.com) <sduggan@lfsblaw.com>
**Subject:** RE: CDW - Morgan Stanley Motion for Protective Order and to Tax Costs


Great, thanks very much.

Best,

Eliza

Eliza Meltzer
Law Clerk to the Hon. Eldon E. Fallon
United States District Court, Eastern District of Louisiana
500 Poydras St.,
New Orleans, LA 70130
(504) 589-7545 (telephone)
(504) 589-6966 (fax)


From:    Bruce Steckler <Bruce@stecklerlaw.com>
To:      "Eliza_Meltzer@laed.uscourts.gov" <Eliza_Meltzer@laed.uscourts.gov>, "Russ Herman" <RHERMAN@hhklawfirm.com>
Cc:      "acoker@shergarner.com" <acoker@shergarner.com>, Anthony Irpino <airpino@irpinolaw.com>, "alevin@lfsblaw.com" <alevin@lfsblaw.com>, "Bernard.Taylor@alston.com" <Bernard.Taylor@alston.com>, Tim Eagan <EEagan@gordonarata.com>, "Fred Longer (FLonger@lfsblaw.com)" <FLonger@lfsblaw.com>, "Gerald E. Meunier" <gmeunier@gainsben.com>, "Harry.Rosenberg@phelps.com" <Harry.Rosenberg@phelps.com>, "jforce@shergarner.com" <jforce@shergarner.com>, "jgarner@shergarner.com" <jgarner@shergarner.com>, Lenny Davis <LDAVIS@hhklawfirm.com>, "Madelyn Breerwood" <mbreerwood@hhklawfirm.com>, "Kenny, Mike" <Mike.Kenny@alston.com>, "Pearl Robertson (probertson@irpinolaw.com)" <probertson@irpinolaw.com>, "Sandy Duggan (sduggan@lfsblaw.com)" <sduggan@lfsblaw.com>
Date:    11/02/2015 04:45 PM
Subject: RE: CDW - Morgan Stanley Motion for Protective Order and to Tax Costs

---

The PSC will be able to file its response to the motion on or before Friday, November 6, 2015 at 9:00am CT.

**From:** Eliza_Meltzer@laed.uscourts.gov [mailto:Eliza_Meltzer@laed.uscourts.gov]
**Sent:** Monday, November 02, 2015 4:38 PM
**To:** Russ Herman <RHERMAN@hhklawfirm.com>
**Cc:** acoker@shergarner.com; Anthony Irpino <airpino@irpinolaw.com>; alevin@lfsblaw.com; Bernard.Taylor@alston.com; Bruce Steckler <Bruce@stecklerlaw.com>; Tim Eagan <EEagan@gordonarata.com>; Fred Longer (FLonger@lfsblaw.com) <FLonger@lfsblaw.com>; Gerald E. Meunier <gmeunier@gainsben.com>; Harry.Rosenberg@phelps.com; jforce@shergarner.com; jgarner@shergarner.com; Lenny Davis <LDAVIS@hhklawfirm.com>; Madelyn Breerwood <mbreerwood@hhklawfirm.com>; Kenny, Mike <Mike.Kenny@alston.com>;

8

Pearl Robertson (probertson@irpinolaw.com) <probertson@irpinolaw.com>;
Sandy Duggan (sduggan@lfsblaw.com) <sduggan@lfsblaw.com>
**Subject:** Re: CDW - Morgan Stanley Motion for Protective Order and to Tax Costs

All,

Thank you for your prompt response. Would the PSC be able to file its response to the motion on or before Friday, November 6, 2015 at 9:00am CT. Additionally, is counsel for Morgan Stanley able to appear in person for the hearing now tentatively scheduled for Monday, November 9, 2015 at 9:30am CT.

Please advise the Court if any of the issues are resolved through meet and confer prior to the hearing.

Best,
Eliza


Eliza Meltzer
Law Clerk to the Hon. Eldon E. Fallon
United States District Court, Eastern District of Louisiana
500 Poydras St.,
New Orleans, LA 70130
(504) 589-7545 (telephone)
(504) 589-6966 (fax)


From:      Russ Herman <RHERMAN@hhklawfirm.com>
To:        "Eliza_Meltzer@laed.uscourts.gov" <Eliza_Meltzer@laed.uscourts.gov>
Cc:        "jforce@shergarner.com" <jforce@shergarner.com>, "jgarner@shergarner.com" <jgarner@shergarner.com>, "acoker@shergarner.com" <acoker@shergarner.com>, Anthony Irpino <airpino@irpinolaw.com>, "alevin@lfsblaw.com" <alevin@lfsblaw.com>, "Fred Longer (FLonger@lfsblaw.com)" <FLonger@lfsblaw.com>, "Gerald E. Meunier" <gmeunier@gainsben.com>, "Lenny Davis" <LDAVIS@hhklawfirm.com>, Madelyn Breerwood <mbreerwood@hhklawfirm.com>, "Kenny, Mike" <Mike.Kenny@alston.com>, "Pearl Robertson (probertson@irpinolaw.com)" <probertson@irpinolaw.com>, "Sandy Duggan (sduggan@lfsblaw.com)" <sduggan@lfsblaw.com>, "Harry.Rosenberg@phelps.com" <Harry.Rosenberg@phelps.com>, Tim Eagan <EEagan@gordonarata.com>, "Bernard.Taylor@alston.com" <Bernard.Taylor@alston.com>, Bruce Steckler <Bruce@stecklerlaw.com>
Date:      11/02/2015 03:29 PM
Subject:   Re: CDW - Morgan Stanley Motion for Protective Order and to Tax Costs

---

9

Eliza , Bruce Steckler shall argue for the PSC
On November 9 . There was no meet and confer
On this and we were just served today with
The underlying motion. We have no objection to the filing ,but need to be advised of the date our responses are due and the time of the hearing on November 9 . Mr . Steckler will be arguing in person for the PSC in Court . Thanks , Russ

Sent from my iPhone

On Nov 2, 2015, at 4:00 PM, Russ Herman <RHERMAN@hhklawfirm.com> wrote:

Eliza : We shall respond today to the potential
Rescheduling issue . Thanks for the Court's
Advisory . We are checking availability of a PSC
Member for those dates . Regards , Russ Herman

Sent from my iPhone

On Nov 2, 2015, at 3:49 PM, "Eliza_Meltzer@laed.uscourts.gov" <Eliza_Meltzer@laed.uscourts.gov> wrote:

Alternatively, the Court could also hear the motion in person or by phone on Monday November 9, 2015 at 9:30am CT.  Please reply as soon as possible as to which of the two dates are better for counsel.

Best,
Eliza

Eliza Meltzer
Law Clerk to the Hon. Eldon E. Fallon
United States District Court, Eastern District of Louisiana
500 Poydras St.,
New Orleans, LA 70130
(504) 589-7545 (telephone)
(504) 589-6966 (fax)

From:    Eliza Meltzer/LAED/05/USCOURTS
To:      Russ Herman <RHERMAN@hhklawfirm.com>, jforce@shergarner.com, jgarner@shergarner.com, acoker@shergarner.com
Cc:      Anthony Irpino <airpino@irpinolaw.com>, "alevin@lfsblaw.com" <alevin@lfsblaw.com>, "Fred Longer (FLonger@lfsblaw.com)" <FLonger@lfsblaw.com>, "Gerald E. Meunier" <gmeunier@gainsben.com>, Lenny Davis <LDAVIS@hhklawfirm.com>, Madelyn Breerwood <mbreerwood@hhklawfirm.com>, "Kenny, Mike" <Mike.Kenny@alston.com>, "Pearl Robertson (probertson@irpinolaw.com)" <probertson@irpinolaw.com>, "Sandy Duggan (sduggan@lfsblaw.com)" <sduggan@lfsblaw.com>, Harry.Rosenberg@phelps.com
Date:    11/02/2015 02:46 PM
Subject: CDW - Morgan Stanley Motion for Protective Order and to Tax Costs

---

All,

The Court just received a motion to expedite consideration of Morgan Stanley's notion for protective order (R. Doc. 19671). Given the dates of scheduled depositions, the Court would like to know whether the PSC and Counsel for Morgan Stanley would be available for a hearing on the motion for protective order either in person or by phone on Thursday, November 5, 2015 at 10am CT.

Thanks,
Eliza

Eliza Meltzer
Law Clerk to the Hon. Eldon E. Fallon
United States District Court, Eastern District of Louisiana
500 Poydras St.,
New Orleans, LA 70130
(504) 589-7545 (telephone)
(504) 589-6966 (fax)

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```



Page 1

Xerox Litigation Services
80 State Street
Suite 300
Albany, NY 12207

Fed: ID 16-0468020

INVOICE     104685
DATE        November 02, 2015

| TOTAL DUE THIS INVOICE | $14,721.39 |
| TERMS: NET DUE IN 30 DAYS | |

ACCOUNTS PAYABLE
MORGAN STANLEY and CO., INCORPORATED
1221 AVENUE OF THE AMERICAS
35TH FLOOR
NEW YORK, NY, 10020

CUSTOMER                MORGAN STANLEY and CO.,
CUSTOMER NUMBER                  INCORPORATED
                                    00282053

| Line Item Number | Service period | Amount |
|---|---|---|
| MS246U-Chinese Drywall Litigation | | |
| 2239753 | June 2015 | $1,277.20 |
| 2245090 | July 2015 | $5,745.35 |
| 2246659 | August 2015 | $6,254.55 |
| 2250743 | September 2015 | $1444.29 |

Invoice Total                     $14,721.39



# RR DONNELLEY

COST TO DATE: 124579  
RRD ATLAS PROJECT NR 119660

Date: 28-Oct-2015

**Estimate Prepared For:**  
Yoko Nitta  
Morgan Stanley US  
1221 Avenue of the Americas  
35th Floor  
New York NY 10020  
USA  
212-762-6717  
yoko.nitta@morganstanley.com

**Prepared by:**  
Isabelle Theimann  
Language Solutions  
55 Water Street  
New York NY 10041  
(O) 212 658 5348  
(M) 917 609 05 77  
isabelle.f.theimann@rrd.com

Client Notes: Project initiated with Faina Frurman. Operational contacts at Morgan Stanley to be on all communication: Yoko Nitta, Ashley Coker (acoker@shergarner.com), Elizabeth Waggoner (Elizabeth.Waggoner@morganstanley.com)

Project Name: PROJECT DRYWALL Machine Translation Chinese Files

Source Format: txt files  
Target Format: Word for Windows  
Turnaround: Normal

| Task Order signed on | 19-Oct-15 |
|---|---|
| Manager: | Matthew Morningstar |
| Senior Manager: | James Mangan |
| Cost Center: | 8219 |
| Location: | N/A |
| MER #: | N/A |
| Approved By: | MaryAnne Jonas |
| **Expected Scope of Work** | |
| Source file format: | Txt |
| Nr of files | 536 |
| Nr of pages | 1194 |
| MB | 215MB |
| Services required: | File preparation, Machine Translation processing, file and project management. Quality control (spot checking per file to verify engine processing completion - no linguistic nor accuracy review) |
| Estimated Time: | 2 business days (MT processing and file management) [about 20 hours] |
| | plus QC spot check: 10 hours (about 1 mn per file) |
| Rates per hour: | $60         9am to 5 pm - business days |
| | plus 25% ($75)   5 pm to 8 pm - business days |
| | plus 50% ($90)   8 pm to 9 am - business days + all day weekends. |

**COST TO DATE**

| Project Scope (ACTUAL) | Service | Qty | Rate | Unit | Total |
|---|---|---|---|---|---|
| Nr of files: | 2395 | (2 batches) | | | |
| | File preparation, Processing, File and | | | | |
| Chinese into English_US | Project Management | 38 | $60.00 | hour | $ 2,280.00 |
| | | 4 | $75.00 | (overtime hours) | $ 300.00 |
| | QC (2395 files) | 31 | $60.00 | hour | $ 1,860.00 |
| | (1.3 file per minute) | | | | |
| | | | | Grand Total $ | 4,440.00 |