UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached *pro se* motion to release settlement funds from the court registry to Roger C. Elliott.

Claimants Roger and Allison Elliott received settlement funds for their Global, Banner, InEx repair and relocation expenses claim in the total amount of $13,637.68. Former counsel for claimants notified the Elliotts that the funds had been received and asked them to sign and return a distribution schedule. Roger and Allison Elliott are now divorced and are unable to resolve the division of the settlement funds. Pursuant to this Court's Order on January 23, 2015, the funds were deposited in the Court's registry in February of 2015.

On October 5, 2015, former counsel for Roger and Allison Elliott filed an ex parte consent motion to disburse the settlement funds in the Court registry to Allison Elliott. (R. Doc. 19568). The motion was based on an Order issued by Judge Laurie E. Buchanan in the Circuit Court of the Nineteenth Judicial Circuit in and for Marin County, Florida. (R. Doc. 19568-1). The matter came before Judge Buchanan on Allison Elliott's Motion to Enforce Final Judgment for Dissolution of Marriage. Judge Buchanan found that Roger Elliott was "not entitled to any of the funds associated with the marital home or the Chinese drywall class action suit" and Allison Elliott was "entitled to one hundred percent (100%) of the funds held in [this] Court's registry.

1

*Id.*  Thereafter, Roger Elliott indicated he was pursuing a legal remedy against Judge Buchanan's Order.  Former counsel interpreted this as an objection to the motion.  On October 9, 2015, this Court granted former counsel's motion to withdraw the ex parte motion to disburse settlement on the grounds that there was no longer consent from both parties as well as its motion to withdraw as counsel for Roger and Allison Elliott. (R. Docs. 19600, 19601).

**IT IS ORDERED** that Roger Elliot file a rule to show cause as to why the funds should not be disbursed to Allison Elliott in accordance with Judge Buchanan's order.  The rule to show cause will be heard before the Honorable Eldon E. Fallon immediately following the November Monthly Status Conference on Monday November 16, 2015 at 2:00pm.  In order to minimize expenses, the parties are permitted to participate by phone if they so choose.

New Orleans, Louisiana, this 3rd day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

Cc:
Roger Elliott
P.O. Box 1771
Santa Rosa Beach, FL 32459

Allison Elliott
2003 SW Laredo Street
Palm City, FL 34990