

COURT ADMINISTRATOR'S OFFICE
FAMILY MEDIATION
Nineteenth Judicial Circuit

ST. LUCIE COUNTY
COURTHOUSE ANNEX
250 COUNTRY CLUB DRIVE
PT. ST. LUCIE, FL 34986
(772)807-4370
FAX(772) 407-4377

**DATE:** May 7, 2014

**IN RE:** Allison Booth Elliott**, Petitioner**

and         Roger Cole Elliott**, Respondent**

**CASE NO.** **2013-DR-1114** Martin County

## MEDIATION AGREEMENT
### (Dissolution of Marriage without Children)

Allison Elliott and Roger Elliott have participated in mediation at the Court Mediation Program of the Nineteenth Judicial Circuit and have reached the following agreement:

1. **DIVISION OF ASSETS:**

    A. **HOUSEHOLD FURNITURE/FURNISHINGS:** Husband will retain the guest bedroom set in the first floor guest room, all bedding and the wall art contained therein, as well as the Husband's <u>tools</u> which are in the garage, as well as his motorcycle helmet and box of plumbing fixtures purchased by the Husband on his Home Depot card, belongs to the Husband as well, also the [2] black Calphalon brand pots given to the Husband by his sister prior to the marriage, the [2] globe book ends in the entertainment center given to him by his mother as a Christmas gift, the hand painted ceramic birds given to him by his grandmother, the Jazz and Christian cd's in the brown cd folder.  In the living room, the Husband's items are the curved end table, the oversized chair, and on the back porch, the wicker patio set [two chairs and a loveseat], and the small red wooden end table; acquired by him at his mother's passing, and the theology books upstairs, black leather chair. The Husband agrees all other household items belong to the Wife and will be retained by her, including the two dogs. The Husband shall pick up his belongings with a police officer on May 17, 2014 at noon. The parties agree that the Wife shall put the Husband's name on the list at the gate for purposes of retrieving his property on May 17, 2014 at noon.

    B. **MARITAL HOME:** The parties jointly own the marital home located at 2003 SW Laredo Street, Palm City, Florida 34990.  The Husband agrees that the Wife shall have exclusive ownership and possession of the marital home.  The Wife

- 1 -

Revised: May 7, 2014

shall be solely responsible for all bills associated with said home including but not limited to the mortgage, property taxes, homeowner insurance, all utilities, repair and maintenance. The Wife shall at no time, now or in the future ask the Husband to pay any of these bills. The Wife shall indemnify the Husband for any debts associated with said home. The Husband shall quit claim his interest in the marital home on the date of this agreement.

   C. **VEHICLES:**
1. The Wife shall have, free from claim of the Husband, the 2005 Land Rover. The parties agree that this vehicle is free from any lien or encumbrance.

2. The Husband shall have, free from claim of the Wife, the 2006 Jaguar. The parties agree that this vehicle is free from any lien or encumbrance.

   D. **OTHER PERSONAL PROPERTY:** The parties have already divided all other marital and personal property in an agreeable and satisfactory manner prior to the execution of this Agreement. Each party shall have exclusive ownership in all items of property that are currently in his or her possession or control, and the other party waives and releases any and all claim or interest in such items.

   E. **EQUITABLE DISTRIBUTION:** The parties agree that the Wife shall give to the Husband $7,500.00 lump sum on the date of this agreement as equitable distribution.

2. **DIVISION OF LIABILITIES/DEBTS**: The parties have already divided all debts and liabilities prior to the signing of this Agreement in an agreeable and satisfactory manner. Each party shall be responsible for the debts and liabilities in their own name. Neither party shall incur any further indebtedness for which the other will be held liable and any subsequently discovered obligations are hereby deemed the responsibility of the party who incurred them. Each party holds the other harmless from any liability for debts associated with the other party.

3. **ALIMONY:** Each of us forever gives up any right to spousal support (alimony) that we have now or in the future. We understand that this provision cannot be modified in the future.

4. **CHILDREN:** The parties acknowledge that there are no minor children of this marriage.

5. **ATTORNEY'S FEES/COSTS/MEDIATION FEES:** Each of us will pay his/her own attorney's fees, costs, and mediation fees.

6. **OTHER:** The parties agree that the Wife shall dismiss the injunction in case #13-470-DV (MC) at the time of the entry of the final judgment.

- 2 -

Revised: May 7, 2014

**THE PARTIES UNDERSTAND THIS AGREEMENT AND THEIR RIGHTS AND OBLIGATIONS CONTAINED HEREIN; HAVE SIGNED THIS AGREEMENT FREELY AND VOLUNTARILY; HAVE HAD AVAILABLE OPPORTUNITY TO CONSULT WITH COUNSEL OF THEIR OWN CHOOSING; HAVE HAD ALL OF THEIR QUESTIONS ANSWERED TO THEIR SATISFACTION; AND INTEND TO BIND THEMSELVES TO THE TERMS AND CONDITIONS CONTAINED AND SET FORTH IN THIS AGREEMENT.**

Date: May 7, 2014

*(signature)*
**Allison Elliott**, Petitioner

*(signature)*
Karen O'Brien Steger, Attorney for Petitioner
603 SW Cleveland Ave
Stuart, FL 34994
772-287-8888
Florida Bar # 282685
kls@stegerlaw.com

*(signature)*
**Roger Elliott**, Respondent
6013 Edgemere Court
Palm Beach Gardens, FL 33440
772-999-1064
rogerelliott2@gmail.com

*(signature)*
Susan Thomas, Mediator
Certificate #21380FD
250 NW Country Club Drive
Port St. Lucie, FL 34986
(772) 785-5807
thomass@circuit19.org

Revised: May 7, 2014

COURT ADMINISTRATOR'S OFFICE
FAMILY MEDIATION
Nineteenth Judicial Circuit



ST. LUCIE COUNTY
COURTHOUSE ANNEX
250 COUNTRY CLUB DRIVE
PT. ST. LUCIE, FL 34986
(772)807-4370
FAX(772) 407-4377

**DATE:** May 7, 2014

**IN RE:** Allison Booth Elliott, **Petitioner**

and

Roger Cole Elliott, **Respondent**

**CASE NO.** 2013-DR-1114 Martin County

## MEDIATION AGREEMENT
### (Dissolution of Marriage without Children)

Allison Elliott and Roger Elliott have participated in mediation at the Court Mediation Program of the Nineteenth Judicial Circuit and have reached the following agreement:

1. **DIVISION OF ASSETS:**

   A. **HOUSEHOLD FURNITURE/FURNISHINGS:** Husband will retain the guest bedroom set in the first floor guest room, all bedding and the wall art contained therein, as well as the Husband's tools which are in the garage, as well as his motorcycle helmet and box of plumbing fixtures purchased by the Husband on his Home Depot card, belongs to the Husband as well, also the [2] black Calphalon brand pots given to the Husband by his sister prior to the marriage, the [2] globe book ends in the entertainment center given to him by his mother as a Christmas gift, the hand painted ceramic birds given to him by his grandmother, the Jazz and Christian cd's in the brown cd folder. In the living room, the Husband's items are the curved end table, the oversized chair, and on the back porch, the wicker patio set [two chairs and a loveseat], and the small red wooden end table; acquired by him at his mother's passing, and the theology books upstairs, black leather chair. The Husband agrees all other household items belong to the Wife and will be retained by her, including the two dogs. The Husband shall pick up his belongings with a police officer on May 17, 2014 at noon. The parties agree that the Wife shall put the Husband's name on the list at the gate for purposes of retrieving his property on May 17, 2014 at noon.

   B. **MARITAL HOME:** The parties jointly own the marital home located at 2003 SW Laredo Street, Palm City, Florida 34990. The Husband agrees that the Wife shall have exclusive ownership and possession of the marital home. The Wife

Revised: May 7, 2014

- 1 -

shall be solely responsible for all bills associated with said home including but not limited to the mortgage, property taxes, homeowner insurance, all utilities, repair and maintenance. The Wife shall at no time, now or in the future ask the Husband to pay any of these bills. The Wife shall indemnify the Husband for any debts associated with said home. The Husband shall quit claim his interest in the marital home on the date of this agreement.

    C. **VEHICLES:**
1. The Wife shall have, free from claim of the Husband, the 2005 Land Rover. The parties agree that this vehicle is free from any lien or encumbrance.

2. The Husband shall have, free from claim of the Wife, the 2006 Jaguar. The parties agree that this vehicle is free from any lien or encumbrance.

    D. **OTHER PERSONAL PROPERTY:** The parties have already divided all other marital and personal property in an agreeable and satisfactory manner prior to the execution of this Agreement. Each party shall have exclusive ownership in all items of property that are currently in his or her possession or control, and the other party waives and releases any and all claim or interest in such items.

    E. **EQUITABLE DISTRIBUTION:** The parties agree that the Wife shall give to the Husband $7,500.00 lump sum on the date of this agreement as equitable distribution.

2. **DIVISION OF LIABILITIES/DEBTS**: The parties have already divided all debts and liabilities prior to the signing of this Agreement in an agreeable and satisfactory manner. Each party shall be responsible for the debts and liabilities in their own name. Neither party shall incur any further indebtedness for which the other will be held liable and any subsequently discovered obligations are hereby deemed the responsibility of the party who incurred them. Each party holds the other harmless from any liability for debts associated with the other party.

3. **ALIMONY:** Each of us forever gives up any right to spousal support (alimony) that we have now or in the future. We understand that this provision cannot be modified in the future.

4. **CHILDREN:** The parties acknowledge that there are no minor children of this marriage.

5. **ATTORNEY'S FEES/COSTS/MEDIATION FEES:** Each of us will pay his/her own attorney's fees, costs, and mediation fees.

6. **OTHER:** The parties agree that the Wife shall dismiss the injunction in case #13-470-DV (MC) at the time of the entry of the final judgment.

-2-

Revised: May 7, 2014

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

CASE NO. 13-1114-DR

IN RE: THE MARRIAGE OF

ALLISON BOOTH ELLIOTT
    Petitioner,
and

ROGER COLE ELLIOTT
    Respondent.
_____/

## FINAL JUDGMENT OF DISSOLUTION OF MARRIAGE

THIS CAUSE having been heard before the Court on this 7th day of May 2014, and the Court having given full consideration to all the evidence, finds and determines:

    A.    This Court has jurisdiction over the parties, and the subject matter of this suit.

    B.    That the Wife has been a resident of the State of Florida for more than six (6) months prior to the date of filing this action.

    C.    That the relationship of the Husband and Wife now exists between the parties; and that the marriage between the parties is irretrievably broken and should be dissolved. It is thereupon

**ORDERED AND ADJUDGED** as follows:

    1.    The bonds of marriage between and ROGER COLE ELLIOTT and ALLISON BOOTH ELLIOTT is hereby DISSOLVED and the parties are restored to the status of being single.

    2.    The Mediation Agreement, previously filed herein and attached hereto as Exhibit "A", entered between the parties on May 7, 2014, was executed voluntarily and is in the best interests of the parties, and it is approved and incorporated into this Final Judgment therein, and the parties are hereby ordered to comply therewith.

MARCH 13, 2014

ROGER C ELLIOTT
12898 SE HOBE HILLS DR
HOBE SOUND FL
33455-6852

311   C   M13

# FORM SSA-1099 - SOCIAL SECURITY BENEFIT STATEMENT

**2013**

Part of your social security benefits as shown in box 5 may be taxable income for 2013. Use the figure from box 5 of this statement and the enclosed notice 703 from IRS to see if any part of your benefits may be taxable on your federal income tax return. Also see general information enclosed.

| 1. Name | 2. Social Security Number |
|---|---|
| ROGER   C ELLIOTT | 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 |

| 3. Benefits for 2013 | 4. Benefits Repaid to SSA in 2013 | 5. Net Benefits (box 3 - box 4) for 2013 |
|---|---|---|
| $ 15012.00 | $ NONE | $ 15012.00 |

| Description of amount in box 3 | Description of amount in box 4 |
|---|---|
| PAID BY CHECK OR DIRECT DEPOSIT   $ 15012.00<br>BENEFITS FOR 2013   $ 15012.00 | NONE |

6. Voluntary Federal Income Tax Withheld

NONE

7. Address
ROGER C ELLIOTT
12898 SE HOBE HILLS DR
HOBE SOUND FL
33455-6852

8. Claim Number
(Use this number if you need to contact SSA.)

224 04 7740  A

SSA 1099 R

| 06/15/12 1717 | Surgical pathology exam | Once | | 06/15/12 1717 |
|---|---|---|---|---|
| | Question | Answer | Comment | |
| | Collection Date | 6/15/2012 | | |
| | Collection Time | 5:16 PM | | |
| | Specimen A | Lymph Node | left cervical lymph adenectomy | |

| 06/15/12 1356 | Frozen section | Once | | 06/15/12 1356 |
|---|---|---|---|---|
| | Question | Answer | Comment | |
| | Collection Date | 6/15/2012 | | |
| | Collection Time | 1:56 PM | | |
| | Specimen A | Tonsil | left | |

**Implants:**
* No implants in log *

**Indications:**
Cervical lymph node enlargement noted clinically. CT scan and PET scan positive for lymphadenopathy and tumor of the left tonsil.

**Findings:**
Endophytic tumor of the left tonsil confirmed squamous cell carcinoma. Gross margins clear large cervical lymph node with multiple surrounding lymph nodes in zone 2 and 3.

**Procedure in detail**
The patient was placed on the table in the supine position. After adequate general endotracheal anesthesia was obtained, head drape was placed. A Crowe- Davis mouth gag was placed in the patient's mouth opened widely and suspended from the Mayo stand. Right tonsil is normal, uvula was edematous and left tonsil had an endophytic tumor that was firm. An incision was made along the line of the left anterior tonsillar pillar with a wide mucosal margin. Dissection was carried down onto the base of tongue and a wide margin was obtained. Dissection was then carried down to the capsule of the left tonsil. The capsule was dissected free from the underlying muscular tissue. A margin of posterior tonsillar pillar muscle was taken. The specimen was sent to pathology for frozen section. Frozen section returned as squamous cell carcinoma. The base of the tonsil as well as the muscular bed was then cauterized with suction cautery for hemostasis. The area was then injected with half percent Marcaine with 1-200,000 epinephrine total of 6 cc was used. The Crowe-Davis mouth gag was released for 2 minutes and reopened. There was no significant bleeding. The Crowe-Davis was removed and the patient's mouth.

The left neck was prepped and draped in the usual fashion for cervical lymphadenectomy. A linear incision was made 2 fingerbreadths below the mandible. Dissection was carried through the soft tissue to the platysma. The platysma was divided with a cut and clamp technique. The platysma was elevated to the margin of the mandible. Care was taken to cane the marginal mandibular branch of the facial nerve. There were inflammatory lymph nodes in that area that were dissected free from the nerve. Dissection was carried down to the submandibular gland. The submandibular gland was then dissected free from the underlying soft tissue. And dissected along the superior aspect of the neck to the lymph node that was encountered. Dissection was carried along to the tail

of the parotid region the sternocleidomastoid muscle was then delineated anteriorly. The inferior flap was elevated in the subplatysmal plane towards the clavicle. The remaining soft tissue of the sternocleidomastoid muscle was taken down to the clavicle. The muscle was retracted laterally. The soft tissue superiorly and posteriorly was then dissected from the undersurface of the muscle. Tumor was coming from the skull base we encountered a branch of the facial nerve, the 11th cranial nerve, and the superior aspect of the jugular vein. Great time was taken in dissecting these areas carefully. We then dissected posteriorly along the posterior margin of the lymph nodes under the sternocleidomastoid muscle back towards the trapezius muscle. Inferiorly we brought the incision fingerbreadths above the clavicle including zone 4. Dissection was then carried from posterior to anterior on the deep cervical plane. The mass was close proximity to the jugular vein. It was carefully dissected free from the jugular vein. The inferior portion of the jugular vein was normal the superior portion was small due to compression of the tumor. The tumor did not violate the capsule in that area and the vein was left intact. The vagus nerve and carotid artery were identified and left intact dissection was then carried along the omohyoid superiorly anteriorly to remove the soft tissue of the cervical lymph nodes. Dissection was then carried up to the left submandibular glands. With great care we came through the area of the anterior facial artery and vein superiorly. They were doubly clamped cut and secured. The lymph nodes in the region superiorly required dissection into this floor the mouth region necessary. We will we were able to leave the 11th cranial nerve, the 12 cranial nerve intact as they left skull base and entered in their deep structures. The mass was removed in its entirety. There were couple small lymph nodes adjacent to the dissection that were also included. The wound was then irrigated with large amount of saline. A separate stab incision was made and a #10 Jackson-Pratt drain was brought out inferiorly this was secured using a silk tie. The wound was then closed in 3 layers using 3-0 Vicryl x2 and 4-0 nylon running intermittently locked skin suture. Telfa and Tegaderm dressing was applied the Jackson-Pratt drain held suction nicely. The oral cavity was addressed and there was no bleeding. Patient was then allowed to awaken. When he was breathing well on his own he was extubated and taken to the recovery room in good condition having tolerated the procedure well.

Daniel E. Sharkey, MD

6/15/2012

5:36 PM

[ERASER-PROOF • SPECIAL BLUE PANTOGRAPH PRINTED PAPER]

**Destin Medical Park Primary Care**
36500 Emerald Coast Pkwy, Destin, FL 32541
850-837-0032

**David Zielinski M.D.**
FLME76054
DEA #BZ4534308  NPI:1407895790

Name  **ROGER C ELLIOTT**                    MRN  **54754460**
Address  P O BOX 1771, SANTA ROSA BEACH, FL 32549    DOB  **02/05/1959**

**Hydrocodone-Acetaminophen 10-325 MG Oral Tablet (\*\*90\*\* Tablet)**

Quantity: (ninety tablet)

TAKE 1 TABLET EVERY 8 HOURS AS NEEDED FOR PAIN.

_____
Signature of Prescriber

Substitution Permissible

Dx: Pain syndrome, chronic G89.4

C-II

Written: October 15, 2015    Refills Authorized **\*\*0\*\*** Times    Rx: 246138033

[ANTI-FORGERY SHEETS REVEAL VOID WHEN COPIED]



**Laboratory Services**
2100 SE Salerno Road
Stuart, FL 34997
772-288-5842

MARTIN HEALTH SYSTEM

Theresa L. Chafel, M.D.
James M. Hayes, M.D.
Steven A. Lofton, M.D.
S. Allen Mullen, Jr., M.D.
Alma Reyes-Trocchia, M.D.

Recipient: Daniel E Sharkey, MD          Printed: 6/20/2012          Page 1 of 3

**Elliott, Roger**
MRN #: M598681
Phone: 772-597-2003 (home)

Age: 53 years (as of collection date 6/15/2012)
DOB: 2/5/1959
Sex: Male

**Authorizing Provider Information**
Name: Daniel E Sharkey, MD          Fax: 220-4733

**Surgical Pathology Report**          Case: S-06269-12          Status: Preliminary result
Authorizing Provider: Daniel E Sharkey, MD          Ordering Provider: Daniel E Sharkey, MD
Ordering Location: MC OR                            Collected: 6/15/2012 1356
Pathologist: Steven Lofton, MD                      Received: 6/15/2012 1415

Specimens: A) - Tonsil, left
B) - Lymph Node, Regional Resection, LEFT CERVICAL LYMPHADENECTOMY

**Final Diagnosis:**
A. Tonsil showing squamous cell carcinoma, moderately differentiated (approximately 3 cm in greatest dimension).
All surgical margins are negative for tumor although tumor approaches to within 0.1 cm of the surgical margin in several locations.

Comment: The tumor stains positive with keratin, p63, CK 5/6, and p16 immunostains.

B. Metastatic squamous cell carcinoma, involving two of four lymph nodes. Submandibular gland.

Comment: The positive lymph nodes measuring 4.0 and 5.6cm respectively, completely obliterate the nodal architecture and demonstrate extranodal tumor infiltration. The possibility of matted lymph node aggregates is a consideration.

++++++++++++++++++++++++++++++++++++++++++++++
The following is based on the current specimen.

Specimen: Tonsil.

Procedure: Tonsillectomy.

Specimen integrity: Intact.

Specimen size: 3.2 x 2.0 x 2.3 cm..

Specimen laterality: Left.

Tumor site: Palatine tonsil.

JUN 20 2012

# Form 1040 — U.S. Individual Income Tax Return (2012)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2012, or other tax year beginning , 2012, ending , 20    See separate instructions.

| | |
|---|---|
| Your first name and initial: Roger C | Last name: Elliott |
| Your social security number: 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 | |
| Spouse's first name and initial: Allison B | Last name: Elliott |
| Spouse's social security number: 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 | |

Home address (number and street): 2003 SW Laredo St
City, town or post office, state, ZIP code: Palm City FL 34990

Presidential Election Campaign: You ☐  Spouse ☐

## Filing Status
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately.
4. ☐ Head of household
5. ☐ Qualifying widow(er) with dependent child

## Exemptions
- 6a ☒ Yourself
- 6b ☒ Spouse
- Boxes checked on 6a and 6b: **2**
- Add numbers on lines above: **2**

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 92,386. |
| 8a | Taxable interest | 36. |
| 8b | Tax-exempt interest | |
| 9a | Ordinary dividends | 1,281. |
| 9b | Qualified dividends | 1,281. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 1,387. |
| 13 | Capital gain or (loss). Attach Schedule D | -3,000. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | 2,972. |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | -25,000. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | 584. |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income | 0. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** | 70,646. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 98. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | 98. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** | 70,548. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    BAA    REV 02/07/13 TTW    Form **1040** (2012)

Form 1040 (2012) Page **2**

| | | | Amount |
|---|---|---|---:|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 70,548. |
| | 39a | Check if: ☐ You were born before January 2, 1948, ☐ Blind. ☐ Spouse was born before January 2, 1948, ☐ Blind. Total boxes checked ▶ 39a | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | |
| Standard Deduction for— | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 11,900. |
| • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 58,648. |
| | 42 | **Exemptions.** Multiply $3,800 by the number on line 6d | 7,600. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 51,048. |
| | 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ 962 election | 6,596. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | |
| • All others: Single or Married filing separately, $5,950 | 46 | Add lines 44 and 45 ▶ | 6,596. |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 . 48 | |
| | 49 | Education credits from Form 8863, line 19 . . . . . 49 | |
| Married filing jointly or Qualifying widow(er), $11,900 | 50 | Retirement savings contributions credit. Attach Form 8880 . 50 | |
| | 51 | Child tax credit. Attach Schedule 8812, if required . . . 51 | |
| | 52 | Residential energy credits. Attach Form 5695 . . . . 52  300. | |
| Head of household, $8,700 | 53 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ _____ 53 | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 300. |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 6,296. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 170. |
| | 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| | 59a | Household employment taxes from Schedule H | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | |
| | 60 | Other taxes. Enter code(s) from instructions _____ | |
| | 61 | Add lines 55 through 60. This is your **total tax** ▶ | 6,466. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 . . 62  10,421. | |
| | 63 | 2012 estimated tax payments and amount applied from 2011 return 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** . . . . . . . 64a | |
| | b | Nontaxable combat pay election  64b | |
| | 65 | Additional child tax credit. Attach Schedule 8812 . . . . 65 | |
| | 66 | American opportunity credit from Form 8863, line 8 . . . 66 | |
| | 67 | Reserved . . . . . . . . . . . . . . 67 | |
| | 68 | Amount paid with request for extension to file . . . 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld . . . 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 . . . 70 | |
| | 71 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ 8801 **d** ☐ 8885 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** ▶ | 10,421. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | 3,955. |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here . ▶ ☐ | 3,955. |
| Direct deposit? See instructions. | b | Routing number  XXXXXXXXX ▶ **c** Type: ☐ Checking ☐ Savings | |
| | d | Account number  XXXXXXXXXXXXXXXXX | |
| | 75 | Amount of line 73 you want **applied to your 2013 estimated tax** ▶ 75 | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | |
| | 77 | Estimated tax penalty (see instructions) . . . . . 77 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☒ **No** | | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature *[signed]* | Date 3-13-13 | Your occupation Diabled | Daytime phone number (772) 597-2003 |
|---|---|---|---|
| Joint return? See instructions. Keep a copy for your records. Spouse's signature. If a joint return, **both** must sign. *[signed Allison Elliott]* | Date 3-13-13 | Spouse's occupation Sales | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ SELF PREPARED | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

REV 02/07/13 TTW  Form **1040** (2012)

| SCHEDULE E (Form 1040) | Supplemental Income and Loss | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) ▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ Information about Schedule E and its separate instructions is at *www.irs.gov/form1040*. | 2012 Attachment Sequence No. 13 |

| Name(s) shown on return | Your social security number |
|---|---|
| Roger C & Allison B Elliott | 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 |

**Part I**  Income or Loss From Rental Real Estate and Royalties  Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

| A | Did you make any payments in 2012 that would require you to file Form(s) 1099? (see instructions) | ☐ Yes  ☒ No |
|---|---|---|
| B | If "Yes," did you or will you file required Forms 1099? | ☐ Yes  ☐ No |

| 1a | Physical address of each property (street, city, state, ZIP code) |
|---|---|
| A | 871 Ocean Blvd Atlantic Beach FL 32266 |
| B | 869 Ocean Blvd Atlantic Beach FL |
| C | |

*Handwritten: THEY SOLD JUST PRIOR TO DIVORCE. ALLISON RECEIVED OVER $180,000 AND PERJURED HERSELF IN COURT.*

| 1b | Type of Property (from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| A | 2 | | A | 100 | 0 | |
| B | 2 | | B | 100 | 0 | |
| C | | | C | | | |

**Type of Property:**
1  Single Family Residence   3  Vacation/Short-Term Rental   5  Land   7  Self-Rental
2  Multi-Family Residence    4  Commercial                   6  Royalties   8  Other (describe)

| Income: | Properties: | | A | B | C |
|---|---|---|---|---|---|
| 3 | Rents received | 3 | 11,825. | 8,650. | |
| 4 | Royalties received | 4 | | | |
| **Expenses:** | | | | | |
| 5 | Advertising | 5 | | | |
| 6 | Auto and travel (see instructions) | 6 | 480. | | |
| 7 | Cleaning and maintenance | 7 | 400. | | |
| 8 | Commissions | 8 | | | |
| 9 | Insurance | 9 | 320. | | |
| 10 | Legal and other professional fees | 10 | 2,500. | | |
| 11 | Management fees | 11 | 1,797. | 972. | |
| 12 | Mortgage interest paid to banks, etc. (see instructions) | 12 | | | |
| 13 | Other interest | 13 | | | |
| 14 | Repairs | 14 | 26,111. | 12,147. | |
| 15 | Supplies | 15 | | | |
| 16 | Taxes | 16 | 7,312. | 4,637. | |
| 17 | Utilities | 17 | 338. | 111. | |
| 18 | Depreciation expense or depletion | 18 | 7,272. | 4,848. | |
| 19 | Other (list) ▶ | 19 | | | |
| 20 | Total expenses. Add lines 5 through 19 | 20 | 46,530. | 22,715. | |
| 21 | Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | 21 | -34,705. | -14,065. | |
| 22 | Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | 22 | ( 17,790. ) | ( 7,210. ) | ( ) |
| 23a | Total of all amounts reported on line 3 for all rental properties | 23a | | 20,475. | |
| b | Total of all amounts reported on line 4 for all royalty properties | 23b | | | |
| c | Total of all amounts reported on line 12 for all properties | 23c | | | |
| d | Total of all amounts reported on line 18 for all properties | 23d | | 12,120. | |
| e | Total of all amounts reported on line 20 for all properties | 23e | | 69,245. | |
| 24 | **Income.** Add positive amounts shown on line 21. **Do not** include any losses | | | 24 | |
| 25 | **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | | | 25 | ( 25,000. ) |
| 26 | **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | 26 | -25,000. |

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA   REV 01/30/13 TTW   Schedule E (Form 1040) 2012

Schedule E (Form 1040) 2012     Attachment Sequence No. **13**     Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on other side.     Your social security number

Roger C & Allison B Elliott     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

**Caution.** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II — Income or Loss From Partnerships and S Corporations

Note. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(e)** on line 28 and attach **Form 6198.** See instructions.

27   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section.    ☐ Yes    ☐ No

28

| | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | | | ☐ | | ☐ |
| B | | | ☐ | | ☐ |
| C | | | ☐ | | ☐ |
| D | | | ☐ | | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach **Form 8582** if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | |
| b Totals | | | | | |

30   Add columns (g) and (j) of line 29a . . . . . . . . . . . . . . . . . . **30**
31   Add columns (f), (h), and (i) of line 29b . . . . . . . . . . . . . . . **31** (     )
32   **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below . . . . . . . . . . . . . . . **32**

## Part III — Income or Loss From Estates and Trusts

33

| | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

35   Add columns (d) and (f) of line 34a . . . . . . . . . . . . . . . . . . **35**
36   Add columns (c) and (e) of line 34b . . . . . . . . . . . . . . . . . . **36** (     )
37   **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below . . . . . . . . . . . . . . . **37**

## Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

38

| | (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q,** line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q,** line 1b | (e) Income from **Schedules Q,** line 3b |
|---|---|---|---|---|---|
| | | | | | |

39   Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below    **39**

## Part V — Summary

40   Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below . . . . . . **40**
41   **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ▶    **41**

42   **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code U; and Schedule K-1 (Form 1041), box 14, code F (see instructions) . .   **42**

43   **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules . .   **43**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>Payton et al v. Knauf Gips KG et al<br>Case No. 09-7628<br>Wiltz et al v. Knauf et al<br>Case No. 10-316<br>Haya et al v Taishan et al<br>Case No. 11-1077<br>Amorin et al v. Taishan et al<br>Case No. 11-1395<br>Amorin et al v Taishan et al<br>Case No. 11-1672<br>Amorin et al v Taishan et al<br>Case No. 11-1673<br>Amorin et al v Taishan et al | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

### EX PARTE LIMITED MOTION TO WITHDRAW AS COUNSEL FOR DISBURSEMENT OF SETTLEMENT FUNDS ONLY REGARDING ROGER AND ALLISON ELLIOTT

Pursuant to Local Rule 83.2.11, Michael J. Ryan, of the firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A, counsel of record for Plaintiffs, Roger and Allison Elliott hereby files this Ex Parte Limited Motion to Withdraw as Counsel for Disbursement of Settlement Funds Only Regarding Roger and Allison Elliott.

Plaintiff's counsel, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A., have encountered irreconcilable differences with Plaintiffs on issues involving the filing of an Ex Parte Motion to Disburse Settlement Funds from Court Registry, (D.E. 19568). As noted in the Ex Parte Motion to Withdraw Ex Parte Motion to Disburse Settlement Funds from Court Registry Regarding Roger and Allison Elliott, (D.E. 19587) Roger Elliott has now

indicated that he is pursuing a legal remedy against the Order issued from Judge Laurie E. Buchanan from Martin County, FL, which served as the basis for disbursal. The undersigned interprets this now as an objection to the prayer for relief seeking disbursal, for which previously there had been consent.

The settlement funds have been deposited in the court's registry until further Order by this Court. The undersigned counsel is not representing the Plaintiffs on any matters involving their dissolution of marriage and property rights. Under the circumstances, it is requested that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. be granted limited leave to withdraw as counsel for Plaintiffs in the Ex Parte Motion to Disburse Settlement Funds from Court Registry, (D.E. 19568).

WHEREFORE the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. requests this Honorable Court for an order to allow them to withdraw as counsel regarding the disbursement of settlement funds for Plaintiffs Roger and Allison Elliott.

                                          Respectfully submitted,

                                          *s/* Michael J. Ryan
                                          KRUPNICK CAMPBELL MALONE
                                          BUSER SLAMA HANCOCK LIBERMAN P.A.
                                          12 S.E. 7 Street, Suite 801
                                          Ft. Lauderdale, FL 33301
                                          Phone: (954) 763-8181
                                          FAX (954) 763-8292
                                          pleadings-MJR@krupnicklaw.com
                                          Fla. Bar No. 975990