# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * SECTION: L <br> * <br> * JUDGE FALLON <br> * |
| THIS DOCUMENT RELATES TO: ALL CASES | * MAG. JUDGE WILKINSON <br> * <br> * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## *EX PARTE* MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF OMNIBUS MOTION FOR PROTECTIVE ORDER AND MOTION TO TAX COSTS AND MOTION TO QUASH NOTICE OF DEPOSITION

Non-party, MORGAN STANLEY, file this *Ex Parte* Motion for Leave to File Reply Memorandum in Support of its Omnibus Motion for Protective Order and Motion to Tax Costs and Motion to Quash Deposition asking that the Court permit it file the proposed supplemental memorandum to respond to the arguments in the PSC's oppositions to its original and supplemental motions pending before the Court, Rec. Docs. 19669 and 19694. Morgan Stanley submits that this supplemental memorandum will assist the Court in preparing for the hearing on Monday, November 9, 2015 at 9:30 a.m.

Respectfully Submitted,

/s/ *James M. Garner*
JAMES M. GARNER, LA BAR #19589
JOSHUA S. FORCE, LA BAR #21975
ASHLEY G. COKER, LA BAR #30446
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Phone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR MORGAN STANLEY**

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Opposition to Motion to Compel Against Morgan Stanley has been served on counsel for the Plaintiffs' Steering Committee, Leonard A. Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> on all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of November 2015.

            /s/ *James M. Garner*
            JAMES M. GARNER