UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ................................................................ : | | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

### ORDER

It has come to the Court's attention that various parties would like to listen in on the oral argument regarding Morgan Stanley's motion for protective order and motion to tax costs set for Monday, November 9, 2015 at 9:30 a.m.  Accordingly, **IT IS ORDERED** that any party who wishes to listen in may dial (877) 336-1839, access code 4227405, and security code 110915.

New Orleans, Louisiana, this 6th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

1