UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

In response to the Plaintiffs' Steering Committee's (PSC) objections to Taishan's privilege log, the Court reviewed more than three hundred documents machine-translated from Chinese. Despite considerable effort, the Court cannot make sense of several of the documents. In order to determine whether these documents are exempted from attorney-client privilege due to the crime-fraud exception, **IT IS ORDERED** that Taishan—the party asserting the privilege—prepare accurate translations of the following documents[1] in order for the Court to complete its *in camera review*:

    **197 –** the paragraph beginning "If your department decides…" and the paragraph beginning "5. Participates in Mitchell…"

    **205 –** the paragraph beginning "We have also advised Taishan of the potential risks"

    **206 –** the email from Chen Daozheng to Minister Peng

    **212** – the email to Attorney Chen beginning "Hello! Since has thanked…"

    **380 –** the email to Attorney Yan from Peng Wenglong and the middle portion of the email from Yan Yan to Jia Zong beginning "Second, cannot participate…" and ending "August 11, 2014."

    **382 –** the paragraph beginning "Thank you very much…"

---

[1] These document numbers refer to the Privilege Log File Numbers provided in the "Key to Privilege Log #/Begin Bates #." In order to dictate which parts of these documents need to be translate, the Court refers to the language used in the machine translations.

1

**388 –** the first email to Attorney Chen beginning "Hello! 1st, the American law office…" and the last email to Attorney Chen from Peng Wenlong beginning "Hello! 1st, we had learned that…"

**392 –** the email to Minister Peng beginning "Hello! US has the following urgent notice…"

**863 –** the paragraph beginning "3. About opposing me withdrew…"

**1248 –** the email to Minister Peng from Dong Chungang and the email to Jia Zong from Yan Yan.

**1249** – the email to Minister Peng from Yan Yan beginning "Will have replied…" and the email to Attorney Yan from Peng Wenlong beginning "Hello! About case progress…"

**1254** – the email to Zhang Zong, Jia sum total everybody beginning with the paragraph "Second, may foresee…" and the email to Jia Zong, Manager Peng beginning "Second, about whether…"

**1255** – the first two emails

**1257 –** the first email

**1258** – the email to Attorney Wang beginning "The present background is…"

**1269 –** the first two emails

**1270 –** the email beginning "The shareholders…"

**1271 –** the last email to the Hogden road great, Stanley, and Maynard law offices

**1278 –** the email addressed to "Respect Jia Zong" from Chen Daozheng

**1294** – the first email

**1310** – the email to Zhang Zong beginning "1st, reminded to…" and the email to Attorney Yan from Peng Wenlong beginning "Hello! About case progress…"

**1997 –** the first email beginning "About American Court"

3

**IT IS FURTHER ORDERED** that on or before the close of business on Monday, November 9, 2015, Taishan report to the Court with an estimate as to how many days it will take to complete these translation.

New Orleans, Louisiana, this 4th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE