UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * SECTION: L <br> * <br> * JUDGE FALLON <br> * |
| THIS DOCUMENT RELATES TO: ALL CASES | * MAG. JUDGE WILKINSON <br> * <br> * |

**********************************************

### ORDER

CONSIDERING THE FOREGOING *Ex Parte* Motion for Leave to File Supplemental Memorandum in Support of its Omnibus Motion for Protective Order and Motion to Tax Costs and Motion to Quash Notice of Deposition ("Motion for Leave") filed by Non-Party Morgan Stanley in advance of the hearing on Monday, November 9, 2015;

IT IS HEREBY ORDERED THAT Motion for Leave is GRANTED and the supplemental memorandum is hereby filed in the record.

New Orleans, Louisiana, this  6th   day of November, 2015.

_____
JUDGE ELDON S. FALLON