**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Emergency for a Rule 16 Conference and for Expedited Consideration;

IT IS ORDERED BY THE COURT that the motion is GRANTED;

IT IS FURTHER ORDERED that the Court will conduct a telephone conference with liaison counsel for Plaintiffs and Defendants on November ____, 2015 regarding the transaction discussed in Exhibit "A" attached to the motion.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge