# EXHIBIT B



RICHARD LEWIS 1700 K Street, NW
Partner Suite 650
Washington, DC 20006

202-540-7151 Direct
202-540-7200 Main
202-540-7201 Fax

rlewis@hausfeld.com

October 5, 2015

**VIA ELECTRONIC MAIL**

Matthew Lawson, Esq.
Alston & Byrd
One Atlantic Center
1201 West Peachtree Street
Suite 4200
Atlanta, GA 30309

Re:   *In Re: Chinese Drywall, MDL No. 2047 - Supplemental Production of Plaintiff Product Identification Data*

Dear Matt:

Since June 9, 2015, the PSC has worked with individual counsel to prepare for claims processing by obtaining consents to dismiss, and by obtaining supplemental product identification data for the remaining claims on Ex. 79. You will receive a link from Dawn Barrios' office to allow you to view the supplemental data.

Sincerely,

*Richard Lewis*

Richard Lewis
Partner


cc:   Gerald Meunier
      Chris Seeger



Arnold Levin
Dawn Barrios
Len Davis
Mike Kenny
Bernard Taylor
Christy Eikhoff
Alan Weinberger