IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: Brooke et al vs. The State-Owned Assets Supervision and Administration Commission etc, et al, Case No. 15-4124 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

PLAINTIFFS GARY AND PATRICIA LUSTBERG'S MOTION TO COMPEL SETTLEMENT ADMINISTRATOR TO DISBURSE GBI FUNDS

Now comes Plaintiffs, Gary and Patricia Lustberg (hereafter referred to as Lustberg) by and through the undersigned Counsel and files this Motion to Compel Settlement Administrator to Disburse GBI Funds to Plaintiffs Lustberg and would state that:

1. Plaintiffs Lustberg are affected property owners and members of the class as defined by the Third Amended Settlement Agreement (D.E. 16407-3), Section 1.1.2.1.

2. Plaintiff, after discovering the existence of reactive Chinese drywall, registered in the Chinese Drywall Settlement Program.

3. On May 20, 2014, the Settlement Administrator determined that Plaintiff was eligible and issued a favorable post appeal eligibility determination for the GBI claim totaling $25,424.35.

4. At no time did Knauf remediate the home. In fact, Knauf has never even inspected the home.

5. Knauf claims that they are entitled to the GBI dollars based upon language in the Settlement Agreement addressing assignment of GBI for remediation dollars. However, Knauf

did NOT remediate the property for the homeowner so any such assignment language is inapplicable. This is nothing more than a "cash grab" by Knauf to the detriment, yet again, of the homeowners. Allowing Knauf to obtain these GBI funds would allow Knauf to MAKE money on this disaster.

6. Because Knauf has now asserted a claim for these GBI dollars and the Settlement Administrator is holding the funds until this matter is resolved by the Court.

For the reasons set forth above and in Plaintiff's Memorandum in Support of this Motion, the undersigned respectfully requests this Court for an Order directing the Settlement Administrator to disburse the GBI payment to Plaintiffs Lustberg in the amount of $25,424.35. Additionally, because Plaintiff's counsel had to file a motion to compel before the Court to enforce the settlement and to obtain that which the Plaintiff is entitled, Counsel asserts an entitlement to attorney's fees and costs from Knauf.

Dated this 9th day of November, 2015.

                                        Respectfully submitted,

                                        *s/* Michael J. Ryan
                                        KRUPNICK CAMPBELL MALONE
                                        BUSER SLAMA HANCOCK LIBERMAN P.A.
                                        12 S.E. 7 Street, Suite 801
                                        Ft. Lauderdale, FL 33301
                                        Phone: (954) 763-8181
                                        FAX (954) 763-8292
                                        pleadings-MJR@krupnicklaw.com
                                        Fla. Bar No. 975990

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Compel Settlement Administrator to Disburse GBI Funds Regarding Lustberg has been furnished to Plaintiffs'

Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & Serve Xpress f/k/a LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of November, 2015.

                                    s/ Michael J. Ryan
                                    KRUPNICK CAMPBELL MALONE
                                    BUSER SLAMA HANCOCK LIBERMAN P.A.
                                    12 S.E. 7 Street, Suite 801
                                    Ft. Lauderdale, FL  33301
                                    Phone: (954) 763-8181
                                    FAX (954) 763-8292
                                    pleadings-MJR@krupnicklaw.com
                                    Fla. Bar No. 975990