**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) | |
| Payton et al v. Knauf Gips KG et al | ) | |
| Case No. 09-7628 | ) | MAG. JUDGE WILKINSON |

ORDER GRANTING PLAINTIFFS GARY AND PATRICIA LUSTBERG'S MOTION TO
COMPEL SETTLEMENT ADMINISTRATOR TO DISBURSE GBI FUNDS

This Court having considered Plaintiffs' Motion to Compel Settlement Administrator to

Disburse GBI Funds and Supporting Memorandum finds that the Motion should be granted,

accordingly, it is,

ORDERED  that

1.  The Settlement Administrator shall disburse GBI funds to Plaintiffs Gary and Patricia

Lustberg  according to the Notice of Eligibility.

2.  Krupnick Campbell Malone Buser Slama Hancock Liberman PA is entitled to fees

and costs.  Such determination will be decided upon after separate hearing.

New Orleans, Louisiana, this ___ day of November, 2015.


_____
Hon. Eldon E. Fallon
District Court Judge