MINUTE ENTRY
FALLON, J.
NOVEMBER 9, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:  James Garner, Esq. and Ashley Coker, Esq., for Movant Morgan Stanley
Bruce Steckler, Esq. and Rachel Sternlieb, Esq. for the Plaintiffs' Steering Committee

---

Omnibus Motion of Movant Morgan Stanley, for Protective Order regarding Second Amended Notice of Expedited Oral and Videotaped Deposition, and to Tax Costs (19669)

After argument - For the Reasons Stated Orally on the Record, the Motion for Protective Order was GRANTED and the Motion to Tax Costs was DENIED as Premature.

JS10:   :34