UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**TAISHAN'S RESPONSE TO PLAINTIFFS' MOTION FOR EXPEDITED HEARING ON SETTING PHASED INDIVIDUAL DAMAGE TRIALS**

The Court should reject the PSC's urgent invitation for an expedited hearing to chart the future course of the entire drywall litigation only 6 days from now. The PSC's sole justification for its new-found emergency—"the potential impact" of the BNBM-Taishan share transaction—does not work. (Rec. Doc. 19705-1 at 2). The Court indicated at the November 10 telephonic conference that the transaction is not an urgent matter and that it does not need to act immediately on matters related to the transaction.

As Taishan has urged all along, the PSC now concedes that "individual damages trials are the only procedures available" to answer the critical questions: who does Taishan owe and how much does it owe to each. *Id.* at 2. The parties also agree that trials of individual damages claims "will require significant resources of the Parties and the Court." *Id.* at 6.

But given the significant resources that individual trials will require, there should be no rush to set a schedule. The PSC urges the Court to resolve the claims "as efficiently as possible." *Id.* at 7. But immediate trials for the limited number of Exhibit 79 property owners with product identification proof would be wildly inefficient. If the Court ultimately decertifies the class (which violates settled Fifth Circuit law) or rejects the proposed collective remediation costs

formula (which fared so badly at the June 9 hearing),[1] each of those claimants would have to return for a second trial of the remediation damages. And trials of other claimants (who are not actually "Class Members" under the class definition) cannot yet be scheduled (or even contemplated) because the PSC has not yet finalized its product identification proof to know the universe of plaintiffs who can validly litigate claims against Taishan.

Instead of the PSC's proposed disorderly rush, the Court should continue to follow its considered path through the litigation's three tracks (damages, contempt and jurisdiction) as the resources of the Court and the parties permit. The Court will hold an evidentiary hearing related to former Taishan employee Peng Wenlong on November 17. It will hold the FSIA hearing on December 8. The Court should then receive briefing on critical foundational issues, including BNBM's motion to dismiss and Taishan's motion to decertify the class. In that time frame, the parties can begin discussing how they will proceed orderly and efficiently with the individualized damages trials that both sides agree must take place. But there is no pressing need to do so next Monday afternoon. The Court should deny the PSC's motion for expedited hearing.

Respectfully submitted this 10th day of November, 2015.

/s Michael Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Bernard Taylor, Esq.
Georgia Bar No. 669625
Christina Hull Eikhoff
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817

---

[1] The PSC concedes that, even for those owners, the adjudication of set-off issues would still remain even if the Court keeps the class and accepts the Inglis formula.

1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and*
*Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana  70179
Phone:  (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. and*
*Tai'an Taishan Plasterboard Co., L*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of November, 2015.

/s Michael Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*