UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Plaintiffs Lustberg's Request for Oral Argument, **IT IS ORDERED** that Plaintiffs Lustberg's Motion to Compel Settlement Administrator to Disburse GBI Funds (R. Doc. 19706) is set for oral argument before the Honorable Eldon E. Fallon immediately following the January Monthly Status Conference, which has not yet been scheduled.

**IT IS FURTHER ORDERED** that any party who wishes to responds to Plaintiffs' Motion must do so on or before December 14, 2015 at 9:00 a.m.

New Orleans, Louisiana, this 10th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

1