UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Considering Roger Elliott's Rule to Show Cause (Rec. Doc. 19695), **IT IS ORDERED** that Roger and Allison Elliot may participate by phone by calling (877) 336-1839, access code 4227405, and security code 111615.

New Orleans, Louisiana, this 10th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

Cc:
Roger Elliott
P.O. Box 1771
Santa Rosa Beach, FL 32459

Allison Elliott
2003 SW Laredo Street
Palm City, FL 34990

1