IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Emergency for a Rule 16 Conference and for Expedited Consideration;

IT IS ORDERED that the Court will conduct a telephone conference with counsel for Plaintiffs and Defendants on November 10th, 2015 at 9:30 a.m. regarding the transaction discussed in Exhibit "A" attached to the motion. To participate in the call, parties shall dial (877) 336-1839; access code 4227405; and security code 111015.

New Orleans, Louisiana this 9th day of November, 2015.

_____
United States District Judge