MINUTE ENTRY
FALLON, J.
NOVEMBER 10, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

    A telephone status conference was held on this date. The conference was transcribed by Ms. Karen Ibos, Official Court Reporter. Counsel may contact Ms. Ibos at (504) 589- 7776 to request a copy of the transcript. The Plaintiffs' Steering Committee ("PSC"), counsel for Taishan, counsel for the CNBM entities, counsel for the BNBM entities and Defense Liaison counsel participated. The parties discussed the Framework Agreement between Taishan Gypsum and BNBM whereby "BNBM shall acquire the 35% Equity Interest in Taishan Gypsum collectively held by the Taishan Gypsum Minority Shareholders." (R. Doc. 19704-2 at 4).

    Considering the PSC's Motion for a Rule 16 Conference (R. Doc. 19704), the Court concluded that it is not necessary to act immediately. **IT IS ORDERED** that the Defendants' Response to the Motion is due on or before November 16, 2015 and the Court will take this matter under advisement and issue an opinion shortly thereafter.

JS10(00:18)