IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO.: 2047 |
| LITIGATION | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE |
| | : | WILKINSON |
| **Braxton H. Collins, et al. vs. Bass Homes, Inc.,** | : | |
| **et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : | **Case No.: 13-6652** |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO.: 2047 |
| LITIGATION | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE |
| | : | WILKINSON |
| **Jason S. Herrington, et al. vs. Bass Homes, Inc.,** | : | |
| **et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : | **Case No.: 13-6653** |

**THIRD PARTY PLAINTIFF ACE HOME CENTER, INC.'S MOTION FOR LEAVE TO SUPPLEMENT ITS RESPONSE IN OPPOSITION TO TAISHAN GYPSUM CO., LTD.'S MOTION TO DISMISS ACE HOME CENTER, INC.'S FIRST AMENDED THIRD-PARTY COMPLAINTS**

COMES NOW, Ace Home Center, Inc. ("AHC"), a defendant and third-party plaintiff in the above-styled actions, by and through undersigned counsel, and pursuant to Local Rule 7.4, moves this Court for leave to supplement its July 27, 2015 Response in Opposition to Third Party Defendant Taishan Gypsum Co., Ltd.'s ("Taishan") Motion to Dismiss First Amended Third-Party Complaints. As grounds therefore, AHC states as follows:

1. AHC seeks to supplement its July 27, 2015 Response to Taishan's Motion to Dismiss such that AHC may raise a previously unavailable argument concerning the effect of

Plaintiffs' recent dismissal of claims against Taishan. More specifically, AHC contends that the recent dismissal of these claims moots Taishan's argument in support of dismissal of AHC's third party claims against Taishan.

     2.     On July 14, 2015, Taishan filed its Motion to Dismiss AHC's First Amended Third Party Complaints Pursuant to Rule 12(b)(6). [Rec. Doc. 19296].

     3.     On July 27, 2015, AHC filed its Response in Opposition to Taishan's Motion to Dismiss. [Rec. Doc. 19336].

     4.     On November 3, 2015, Plaintiffs Collins and Plaintiffs Herrington filed Notices of Voluntary Dismissal without Prejudice as to Defendant Taishan Gypsum Co., Ltd. [Rec. Doc. 19678-19679].

     5.     As discussed in Defendants' Supplemental Response,[1] Taishan's contention that the potential for double recovery precludes AHC's claims is now moot, and Taishan's Motion to Dismiss is due to be denied.

     WHEREFORE, premises considered, Defendant/Third Party Plaintiff Ace Home Center, Inc. respectfully requests that this Court enter an Order granting Ace Home Center, Inc. leave to file its Supplemental Response In Opposition To Taishan Gypsum Co., Ltd.'s Motion To Dismiss Ace Home Center, Inc.'s First Amended Third-Party Complaints.

     Respectfully submitted,

     **/ s / *Danny J. Collier, Jr.***
     _____
     Danny J. Collier, Jr., Esq.
     Attorney for Ace Home Center, Inc.

---

[1] AHC's Supplemental Response In Opposition To Taishan Gypsum Co., Ltd.'s Motion To Dismiss Ace Home Center, Inc.'s First Amended Third-Party Complaints is attached hereto as Exhibit "A."

**OF COUNSEL:**

LUTHER, COLLIER, HODGES & CASH LLP
Post Office Box 1002
Mobile, Alabama 36633
(251) 694-9393 Office
(251) 694-9392 Fax
dcollier@lchclaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of November, 2015.

| | |
|---|---|
| Stephen W. Mullins, Esq.<br>Luckey & Mullins, PLLC<br>Post Office Box 990<br>Ocean Springs, MS 39566<br>smullins@luckeyandmullins.com | David C. Coons, Esq.<br>Christopher A. D'Amour, Esq.<br>Adams and Reese LLP<br>4500 One Shell Square<br>New Orleans, LA 70139<br>david.coons@arlaw.com<br>chris.damour@arlaw.com |
| Heather M. Houston, Esq.<br>Caroline Pryor, Esq.<br>Carr Allison<br>6251 Monroe Street<br>Suite 200<br>Daphne, Alabama 36526<br>hhouston@carrallison.com<br>cpryor@carrallison.com | William W. Watts, III, Esq.<br>S. Wesley Pipes, Esq.<br>Pipes Hudson & Watts, LLP<br>Post Office Box 989<br>Mobile, Alabama 36601<br>bill@alabamatrial.com<br>wesley@pipeshudsonwatts.com |
| Gary J. Russo, Esq.<br>Jones Walker LLP<br>600 Jefferson Street<br>Suite 1600<br>Lafayette, LA 70501<br>grusso@joneswalker.com | Richard C. Stanley, Esq.<br>Thomas P. Owen, Jr., Esq.<br>Stanley, Reuter, Ross, Thornton & Alford, LLC<br>909 Poydras Street<br>Suite 2500<br>New Orleans, Louisiana 70112<br>rcs@stanleyreuter.com<br>tpo@stanleyreuter.com |

| | |
|---|---|
| Joe Cyr, Esq.<br>Frank T. Spano, Esq.<br>Courtney L. Colligan, Esq.<br>Hogan Lovells US LLP<br>875 Third Avenue<br>New York, New York 10022<br>Joe.cyr@hoganlovells.com<br>Frank.spano@hoganlovells.com<br>Courtney.colligan@hoganlovells.com | James Rebarchak, Esq.<br>Jones Walker, LLP<br>Suite 1200<br>RSA Battlehouse Tower<br>11 N. Water Street<br>Mobile, Alabama 36602<br>jrebarchak@joneswalker.com |
| Michael P. Kenny, Esq.<br>Bernard Taylor, Esq.<br>Christina Hull Eikhoff, Esq.<br>David Venderbush, Esq.<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Phone: (404) 881-7000<br>Fax: (404) 881-7777<br>mike.kenny@alston.com<br>bernard.taylor@alston.com<br>christy.eikhoff@alston.com<br>david.venderbush@alston.com | Michael K. Fitzpatrick, Esq.<br>David Allen Pote, Esq.<br>Fitzpatrick & Burnette, LLC<br>541 Julia Street, Suite 200<br>New Orleans, Louisiana 70130<br>mfitzpatrick@mfitzpatricklaw.com<br>dpote@mfitzpatricklaw.com |
| Alan Dean Weinberger<br>HANGARTNER, RYDBERG & TERRELL, LLC<br>One Shell Square<br>701 Poydras St., Suite 310<br>New Orleans, Louisiana 70179<br>Phone: (504) 434-6815<br>Fax: (504) 522-5689<br>aweinberger@hanrylaw.com | |

                                          **/ s /** ***Danny J. Collier, Jr***

                                          OF COUNSEL