```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA



IN RE:  CHINESE-MANUFACTURED   *       Docket 09-MD-2047
        DRYWALL PRODUCTS       *
        LIABILITY LITIGATION   *       Section L
                               *
                               *       New Orleans, Louisiana
                               *
Relates to:  All Cases         *       October 22, 2015
 *  *  *  *  *  *  *  *  *  *  *  *



                    STATUS CONFERENCE BEFORE THE
                      HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE


Appearances:


For the Plaintiffs:            Herman Herman & Katz, LLC
                               BY:  RUSS M. HERMAN, ESQ.
                                    LEONARD A. DAVIS, ESQ
                               820 O'Keefe Avenue
                               New Orleans, Louisiana 70113


For the Plaintiffs:            Levin Fishbein Sedran & Berman
                               BY:  ARNOLD LEVIN, ESQ.
                               510 Walnut Street, Suite 500
                               Philadelphia, Pennsylvania 19106


For the Plaintiffs:            Irpino Law Firm, LLP
                               BY:  ANTHONY D. IRPINO, ESQ.
                               2216 Magazine Street
                               New Orleans, Louisiana 70130


For the Plaintiffs:            Gainsburgh Benjamin David
                                 Meunier & Warshauer, LLC
                               BY:  GERALD E. MEUNIER, ESQ.
                               1100 Poydras Street, Suite 2800
                               New Orleans, Louisiana 70163
```

Appearances:

For the Defendants:      Phelps Dunbar, LLP
                         BY:  HARRY ROSENBERG, ESQ.
                         365 Canal Street, Suite 2000
                         New Orleans, Louisiana 70130

For Taishan:             Alston & Bird, LLP
                         BY:  BERNARD TAYLOR SR., ESQ.
                              MICHAEL P. KENNY, ESQ.
                              CHRISTINA HULL EIKHOFF, ESQ.
                         1201 West Peachtree Street
                         Atlanta, Georgia 30309

Official Court Reporter: Toni Doyle Tusa, CCR, FCRR
                         500 Poydras Street, B-275
                         New Orleans, Louisiana 70130
                         (504) 589-7778


Proceedings recorded by mechanical stenography using
computer-aided transcription software.

|||
|---|---|
|03:57| 1 |
|03:57| 2 |
|04:01| 3 |
|04:01| 4 |
|04:01| 5 |
|04:01| 6 |
|04:01| 7 |
|04:01| 8 |
|04:01| 9 |
|04:01| 10 |
|04:01| 11 |
|04:01| 12 |
|04:02| 13 |
|04:02| 14 |
|04:02| 15 |
|04:02| 16 |
|04:02| 17 |
|04:02| 18 |
|04:02| 19 |
|04:02| 20 |
|04:02| 21 |
|04:02| 22 |
|04:02| 23 |
|04:02| 24 |
|04:03| 25 |

**PROCEEDINGS**

**(October 22, 2015)**

   **THE COURT:**  Hello.  Good afternoon, everyone.  This is Judge Fallon.  Who is on the line for the plaintiffs?

   **MR. HERMAN:**  In my office it's Arnold Levin, Leonard Davis, Anthony Irpino, and Russ Herman.

   **MR. MEUNIER:**  Jerry Meunier, Your Honor.

   **THE COURT:**  For defendant?

   **MR. TAYLOR:**  Your Honor, for Taishan it's Bernard Taylor, Christy Eikhoff, and I think Mike Kenny.

   **THE COURT:**  Harry, are you there?

   **MR. ROSENBERG:**  Yes, sir.  Harry Rosenberg as liaison counsel.

   **THE COURT:**  This is a follow-up of our meeting yesterday on the phone.  Yesterday I had a telephone meeting with the parties.  As I indicated in my minute entry, we discussed various things, including documents and privilege logs.  I indicated they should be submitted and that somebody should contact me today to let me know what's happening.

      About an hour ago I received an e-mail from the plaintiffs describing some issues.  I received a response from the defendant responding to the issues.  I received a reply from the plaintiffs discussing the defendant's reply.  Here we are right now talking about it.

      The thing that needs to be done with you all is

```
04:03    1   that you need to communicate with each other before you bring
04:03    2   it to the Court's attention.  I think we are wasting a lot of
04:03    3   time without talking to each other to see whether or not
04:03    4   there's any mutual solution to these things.  You get me
04:03    5   involved and then you want to talk about it.  You are talking
04:03    6   about it for the first time, and we are wasting time.  I don't
04:03    7   mind conferring with you if I can help you, either one of you
04:03    8   all -- I want to do that -- but you have to be able to confer
04:03    9   with each other first.
04:03   10               As I understand the privilege log, the documents
04:03   11   that were not privileged should be produced on a rolling basis
04:03   12   immediately to the plaintiffs.  Those documents which are
04:03   13   privileged can be withheld but a privilege log submitted.  The
04:04   14   privilege log, as you all know, must contain:  the type of
04:04   15   document, for example, what is it, an e-mail, a contract, or
04:04   16   whatever; the date of the document; the author of the document;
04:04   17   the recipient of the document; the description of the document,
04:04   18   that is to say, what it is without, of course, disclosing the
04:04   19   contents; the nature of the privilege claimed.  If it's a
04:04   20   string of e-mails, that's really one document unless there's
04:04   21   some reason to indicate that it should be more than one
04:04   22   document.  If it deals with the same subject matter, it's one
04:04   23   document and should be filed together.  It seems to me to be
04:04   24   simple.
04:04   25               Now, as I understand it, from the defendant's
```

standpoint, because of time limitations, they wanted to get this out as quickly as possible. So the description of the document, they felt that that would be done later. Rather than hold it up, they got the documents out first. Now the plaintiffs ask for until Friday to meet and confer to determine whether or not the matter can be worked out. That's the latest communication I received from the plaintiffs.

Let me hear from you all.

**MR. TAYLOR:** Your Honor, this is Bernard Taylor.

**THE COURT:** Go ahead, Bernard.

**MR. TAYLOR:** We agree -- I'm sorry, Your Honor. Did I cut you off?

**THE COURT:** No. Go ahead, Bernard.

**MR. TAYLOR:** We agree with the Court's comments regarding getting together and trying to talk these issues through. We have been trying to do that, and I think we are going to do that. Based upon the e-mail correspondence that's gone back and forth up to this point, I think that's going to happen.

I wanted to bring the Court up to speed, however, on where we are in regards to deposition dates, because I think that's probably a good story to let you know that we are trying to work together.

**THE COURT:** Okay.

**MR. TAYLOR:** We have proposed to the other side that

we agree with moving the deposition back to the first week in November. The dates that we proposed were two days, November 3 and November 4. The PSC wants three days.

What we have proposed to try to resolve that particular problem is that at the end of the second day, if it looks like we need additional time and if we agree with it, fine, we go ahead and have the additional time. If we don't, we would then contact the Court, and then have you involved to determine whether or not there was a need for additional time.

**THE COURT:** Okay.

**MR. TAYLOR:** I suspect that's going to be agreed with, but I'm not sure.

Then in regards to pushing the deposition back, of course, it truncates a lot of the issues that need to be dealt with regarding exchanging of exhibits and all that, but we think we can deal with that. Christy will address that issue shortly.

In regards to the documents, one of the issues that was caused -- and I think the Court understands this -- is that because of the press for time or for possibly other reasons, there was no agreement on search terms. So a lot of documents that have been produced are documents that would not have generally been produced. They would have been weeded out because they are irrelevant or they are nonresponsive or whatever. That's what has contributed to the large numbers of

1  documents. In regards to the privilege log, I will let Christy
2  address that in short order here.
3          So the bottom line, Your Honor, we are trying to
4  work this out. I think we are getting close. Hopefully we
5  will be able to report a good story to the Court after we have
6  these discussions with the PSC.
7          Christy, if the Court is all right with that, go
8  ahead.
9          **MS. EIKHOFF:** Thank you, Bernard.
10         Yes, Your Honor. Just to reiterate what Bernard
11 was just saying, in terms of the production, I know that in the
12 PSC's last communication to the Court, the point was made that
13 this production dwarfs the prior production. There's a very
14 logical explanation for that. It's really an apples and
15 oranges comparison.
16         As the Court knows, we were ordered in this
17 instance to produce every single document in Peng's custodial
18 file regardless of relevance and only withheld privilege
19 documents. All of the prior productions were responsive to
20 specific document requests and were narrowly tailored. For the
21 sake of just the explanation, if Taishan had been ordered to
22 produce every document in the custody of Taishan, of the
23 company, then that would be more of an apples to apples
24 comparison than what we currently have.
25         I did send over a proposed new scheduling order

04:09  1   to the PSC this morning keying new deadlines for prehearing
04:09  2   exchanges off of the delayed, postponed deposition dates, and I
04:09  3   just haven't heard back from them yet on that.  As Bernard
04:09  4   said, we hope we will be able to reach agreement on that and go
04:09  5   forward.
04:09  6            **THE COURT:**  Let me hear from the plaintiffs.  Any
04:09  7   comments?
04:09  8            **MR. HERMAN:**  Your Honor, this is Russ Herman.  I
04:09  9   really don't want to get engaged in he said, she said, or any
04:09  10  of that business, but I think it's important for months we had
04:09  11  no access to Peng documents.  That's not false because those
04:09  12  documents were ordinarily requested.  So that if we are jammed
04:10  13  right now in production, I don't cast any aspersion, of course,
04:10  14  on Alston & Bird, but it is really Taishan's problem.  It
04:10  15  shouldn't be made to be that it's the plaintiffs' problem that
04:10  16  all these documents are being produced at this time.  They
04:10  17  could have been produced months ago if Taishan had done what
04:10  18  Taishan should.
04:10  19           So where does that leave us?  Whether or not the
04:10  20  documents are relevant, we still have 200,000 documents that we
04:10  21  have never seen before that we have to review.  We have to
04:10  22  determine whether they can be used.  We don't know whether the
04:10  23  deposition needs two days or three days.  We agree to the 3rd
04:10  24  and the 4th.  We don't want to fight about the third day.  If
04:10  25  we need a third day, we will just call the Court halfway

04:10  1  through on the 4th and say we think we need another day and
04:11  2  this is why.  Your Honor will just tell us, and that's fine.
04:11  3            We don't want to delay the depositions, but we
04:11  4  do sense that there is a problem in terms of the privilege log.
04:11  5  Again, I don't cast any aspersions at all on Alston & Bird or
04:11  6  the work that Christy has done or Bernard has done.  I almost
04:11  7  feel like I'm seven years old, and I have a blindfold on and
04:11  8  I'm trying to pin the tail on the donkey when I look at the
04:11  9  privilege.  What's even worse is it's not my -- you know, it's
04:11 10  my problem I have to live with, but to have 3,000 privilege
04:11 11  documents, many of them we can't identify on a privilege log,
04:11 12  that the Court at some point has indicated it will review, I
04:11 13  think we need to say just a couple of things.
04:12 14            Number 1, we are probably going to have to ask
04:12 15  for supplemental briefing on the Foreign Sovereign Immunities
04:12 16  Act because some of the documents we have seen already relate
04:12 17  to that issue.  Some of the documents relate to the alter ego
04:12 18  issue, which is tied together with the Foreign Sovereign
04:12 19  Immunities.
04:12 20            Frankly, the Court has its own docket that it
04:12 21  deals with on a daily basis, so we can't really predict when
04:12 22  those documents, if any, are going to be released.  All we know
04:12 23  is we are going to stick to the Court's schedule.  At some
04:12 24  point we may have to ask for additional briefing based upon:
04:12 25  No. 1, the Court review of privilege; No. 2, what we find in

04:12  1  the 200,000 documents; and, No. 3, what Mr. Peng's testimony
04:13  2  is.
04:13  3              Of particular concern to us and the only reason
04:13  4  I'm taking some time to say this, again, is Peng's testimony is
04:13  5  a foundation not just for Peng's documents but for other
04:13  6  matters that have been disclosed so far.  I submit to the Court
04:13  7  we have discussed it.  We are going to do everything we can to
04:13  8  stick to the 3rd, 4th, and we believe potentially on the 5th.
04:13  9              The Court has directed us to brief the Foreign
04:13  10 Sovereign Immunities Act.  We are working diligently to do that
04:13  11 and get it in by the 27th of October.  I think it's worth
04:13  12 saying, particularly since all the defendants are on this phone
04:13  13 and Your Honor, that at some point we are probably going to
04:13  14 have to come forward and ask for a surreply brief on some of
04:14  15 these issues.
04:14  16             I appreciate the fact that Bernard and Christy
04:14  17 were able to get Mr. Peng to agree to the 3rd, 4th, and
04:14  18 potentially the 5th.  We have agreed to do that in New York.  I
04:14  19 understand that Alston & Bird has an office in New York.  They
04:14  20 would like the depositions there.  That's fine.
04:14  21             Basically, as we see it, the big issue is,
04:14  22 No. 1, the privilege log issues.  I thought that the best thing
04:14  23 to do is after this call, we would talk to Bernard and/or
04:14  24 Christy and say, "Listen, when will the Court get the
04:14  25 documents?" assuming the Court hasn't got them yet.

Case 2:09-md-02047-EEF-MBN   Document 19720   Filed 11/12/15   Page 11 of 17

11

```
04:14    1            THE COURT:  No, I haven't gotten them.  You all focus
04:15    2   in.  Get together tomorrow and talk about them.  If you have a
04:15    3   problem after you talk about them, get to me.  If there's no
04:15    4   problem, I don't need to be involved in it.  I don't want to
04:15    5   get involved in it before you all talk because it's a waste of
04:15    6   my time and really a waste of your time.  So when you spot
04:15    7   these issues, spot them together.  Get on the phone.  Talk to
04:15    8   them.  See if it can be resolved.  If they can't, give me an
04:15    9   e-mail from both of you all telling me what the issue is, and I
04:15   10   will respond to you immediately.  We are just talking about
04:15   11   these things, and it's for the first time you all are hearing
04:15   12   each other talk, which is not a good situation.
04:15   13            So, Russ, meet with Christy or Bernard, if he is
04:15   14   not sleep deprived, and see if you can work these out.  I hear
04:15   15   you.  I think everybody hears you.  We may have to look at this
04:15   16   a little more closely, but let's see if there's a problem first
04:15   17   before we try to solve it.  If there's no problem, there's no
04:16   18   sense in solving it.  Let's see what we have and the full
04:16   19   extent of the problem.  If it's present, then I will deal with
04:16   20   it.
04:16   21            MR. HERMAN:  What I would like to do is immediately
04:16   22   after this call talk to Christy and Bernard about two things:
04:16   23   No. 1, supplementing the privilege log, when can that be done;
04:16   24   and, No. 2, when will the documents be delivered to the Court.
04:16   25            THE COURT:  Get them to me as quickly as you can,
```

04:16  1  Christy, so I can begin looking at them.  That's important for
04:16  2  me to at least weigh in on it.
04:16  3          **MS. EIKHOFF:**  Yes.  Your Honor, in the e-mail that we
04:16  4  sent to the Court today in response to the first e-mail sent
04:16  5  this morning by the PSC, we had proposed narrowing the number
04:16  6  of privilege documents that the Court would be burdened with
04:16  7  reviewing.
04:16  8          **THE COURT:**  I saw that.
04:16  9          **MS. EIKHOFF:**  Certainly when we talked a couple weeks
04:16  10 ago, I don't think any of us expected there would be thousands
04:17  11 of documents.  So hopefully, in this call with the PSC, we can
04:17  12 reach agreement such that the Court doesn't have to receive all
04:17  13 the privilege documents but maybe just the ones where there
04:17  14 seems to be a lingering issue or a challenge.
04:17  15         **THE COURT:**  At least talk about it, and then give the
04:17  16 ones to me that I need to see.
04:17  17         **MR. HERMAN:**  Lastly, Christy, we did not get your
04:17  18 suggested rescheduling of the various deadlines leading up to
04:17  19 the hearing, etc.  So if you could send that again, I would
04:17  20 appreciate it.  Just send it to me.  Arnie is with me and
04:17  21 Anthony.  We will get it out to everybody on our side.
04:17  22         **MS. EIKHOFF:**  Okay.  It was sent to Sandy and your
04:17  23 whole team at 1:08 p.m., but I'm happy to forward it again.
04:17  24         **MR. HERMAN:**  I tell you we don't have it.  Just
04:17  25 please send it.

04:17  1         **MS. EIKHOFF:**  Sure.
04:17  2         **THE COURT:**  Get to me tomorrow.  I'm speaking
04:18  3  someplace in the afternoon, but it will just be about two
04:18  4  hours.  I will be out from 12:00 to about 2:30 and then I will
04:18  5  be back.
04:18  6         **MR. HERMAN:**  Why don't we try to reach Your Honor at
04:18  7  3:00 Central tomorrow afternoon.
04:18  8         **THE COURT:**  All right, folks.  Thank you.
04:18  9         (Proceedings adjourned.)
04:18  10                              * * *
       11                          **CERTIFICATE**
       12         I, Toni Doyle Tusa, CCR, FCRR, Official Court
       13  Reporter for the United States District Court, Eastern District
       14  of Louisiana, certify that the foregoing is a true and correct
       15  transcript, to the best of my ability and understanding, from
       16  the record of proceedings in the above-entitled matter.
       17
       18
       19                              _s/ Toni Doyle Tusa_
                                       Toni Doyle Tusa, CCR, FCRR
       20                              Official Court Reporter

### 0

09-MD-2047 [1]  1/4

### 1

1100 [1]  1/24
1201 [1]  2/7
12:00 to [1]  13/4
19106 [1]  1/18
1:08 p.m [1]  12/23

### 2

200,000 [2]  8/20 10/1
2000 [1]  2/3
2015 [2]  1/7 3/2
2047 [1]  1/4
22 [2]  1/7 3/2
2216 [1]  1/21
275 [1]  2/10
27th [1]  10/11
2800 [1]  1/24
2:30 [1]  13/4

### 3

3,000 [1]  9/10
30309 [1]  2/8
365 [1]  2/3
3:00 Central [1]  13/7
3rd [3]  8/23 10/8 10/17

### 4

4th [4]  8/24 9/1 10/8 10/17

### 5

500 [2]  1/18 2/10
504 [1]  2/11
510 [1]  1/18
589-7778 [1]  2/11
5th [2]  10/8 10/18

### 7

70113 [1]  1/15
70130 [3]  1/21 2/4 2/10
70163 [1]  1/25
7778 [1]  2/11

### 8

820 [1]  1/15

### A

ability [1]  13/15
able [4]  4/8 7/5 8/4 10/17
about [12]  3/20 3/24 4/5 4/6 8/24 11/2
 11/3 11/10 11/22 12/15 13/3 13/4
above [1]  13/16
above-entitled [1]  13/16
access [1]  8/11
Act [2]  9/16 10/10
additional [4]  6/6 6/7 6/9 9/24
address [2]  6/16 7/2
adjourned [1]  13/9
after [4]  7/5 10/23 11/3 11/22
afternoon [3]  3/3 13/3 13/7
again [4]  9/5 10/4 12/19 12/23
ago [3]  3/20 8/17 12/10
agree [6]  5/11 5/14 6/1 6/6 8/23 10/17
agreed [2]  6/11 10/18
agreement [3]  6/21 8/4 12/12
ahead [4]  5/10 5/13 6/7 7/8
aided [1]  2/14
all [18]
almost [1]  9/6
already [1]  9/16
Alston [4]  2/5 8/14 9/5 10/19

alter [1]  9/17
and/or [1]  10/23
another [1]  9/1
ANTHONY [3]  1/20 3/6 12/21
any [7]  4/4 8/6 8/9 8/13 9/5 9/22 12/10
Appearances [2]  1/12 2/1
apples [3]  7/14 7/23 7/23
appreciate [2]  10/16 12/20
are [26]
Arnie [1]  12/20
ARNOLD [2]  1/17 3/5
as [12]  3/12 3/16 4/10 4/14 4/25 5/2 5/2
 7/16 8/3 10/21 11/25 11/25
ask [4]  5/5 9/14 9/24 10/14
aspersion [1]  8/13
aspersions [1]  9/5
assuming [1]  10/25
at [13]  6/5 8/16 9/5 9/8 9/12 9/23 10/13
 11/15 12/1 12/2 12/15 12/23 13/6
Atlanta [1]  2/8
attention [1]  4/2
author [1]  4/16
Avenue [1]  1/15

### B

B-275 [1]  2/10
back [5]  5/18 6/1 6/13 8/3 13/5
based [2]  5/17 9/24
Basically [1]  10/21
basis [2]  4/11 9/21
be [29]
because [7]  5/1 5/22 6/20 6/24 8/11
 9/16 11/5
been [7]  5/16 6/22 6/23 6/23 7/21 8/17
 10/6
before [5]  1/9 4/1 8/21 11/5 11/17
begin [1]  12/1
being [1]  8/16
believe [1]  10/8
Benjamin [1]  1/23
Berman [1]  1/17
BERNARD [13]  2/6 3/9 5/9 5/10 5/13 7/9
 7/10 8/3 9/6 10/16 10/23 11/13 11/22
best [2]  10/22 13/15
big [1]  10/21
Bird [4]  2/5 8/14 9/5 10/19
blindfold [1]  9/7
both [1]  11/9
bottom [1]  7/3
brief [2]  10/9 10/14
briefing [2]  9/15 9/24
bring [2]  4/1 5/20
burdened [1]  12/6
business [1]  8/10
but [13]  4/8 4/13 6/12 6/15 8/10 8/14 9/3
 9/10 10/5 11/16 12/13 12/23 13/3

### C

call [4]  8/25 10/23 11/22 12/11
can [12]  4/7 4/13 5/6 6/16 8/22 10/7
 11/8 11/14 11/23 11/25 12/1 12/11
can't [3]  9/11 9/21 11/8
Canal [1]  2/3
Cases [1]  1/7
cast [2]  8/13 9/5
caused [1]  6/19
CCR [3]  2/9 13/12 13/19
Central [1]  13/7
Certainly [1]  12/9
CERTIFICATE [1]  13/11
certify [1]  13/14
challenge [1]  12/14
CHINESE [1]  1/4

CHINESE-MANUFACTURED [1]  1/4
CHRISTINA [1]  2/7
Christy [11]  3/10 6/16 7/1 7/7 9/6 10/16
 10/24 11/13 11/22 12/1 12/17
claimed [1]  4/19
close [1]  7/4
closely [1]  11/16
come [1]  10/14
comments [2]  5/14 8/7
communicate [1]  4/1
communication [2]  5/7 7/12
company [1]  7/23
comparison [2]  7/15 7/24
computer [1]  2/14
computer-aided [1]  2/14
concern [1]  10/3
confer [2]  4/8 5/5
CONFERENCE [1]  1/9
conferring [1]  4/7
contact [2]  3/19 6/8
contain [1]  4/14
contents [1]  4/19
contract [1]  4/15
contributed [1]  6/25
correct [1]  13/14
correspondence [1]  5/17
could [2]  8/17 12/19
counsel [1]  3/13
couple [2]  9/13 12/9
course [3]  4/18 6/14 8/13
COURT [24]
Court's [3]  4/2 5/14 9/23
currently [1]  7/24
custodial [1]  7/17
custody [1]  7/22
cut [1]  5/12

### D

daily [1]  9/21
date [1]  4/16
dates [3]  5/21 6/2 8/2
David [1]  1/23
DAVIS [2]  1/14 3/6
day [4]  6/5 8/24 8/25 9/1
days [4]  6/2 6/3 8/23 8/23
deadlines [2]  8/1 12/18
deal [2]  6/16 11/19
deals [2]  4/22 9/21
dealt [1]  6/15
defendant [2]  3/8 3/22
defendant's [2]  3/23 4/25
defendants [2]  2/2 10/12
delay [1]  9/3
delayed [1]  8/2
delivered [1]  11/24
deposition [5]  5/21 6/1 6/13 8/2 8/23
depositions [2]  9/3 10/20
deprived [1]  11/14
describing [1]  3/21
description [2]  4/17 5/2
determine [3]  5/5 6/9 8/22
did [3]  5/11 7/25 12/17
diligently [1]  10/10
directed [1]  10/9
disclosed [1]  10/6
disclosing [1]  4/18
discussed [2]  3/17 10/7
discussing [1]  3/23
discussions [1]  7/6
DISTRICT [5]  1/1 1/2 1/10 13/13 13/13
do [9]  4/8 5/16 5/17 9/4 10/7 10/10
 10/18 10/23 11/21
docket [2]  1/4 9/20

### D
document [12]  4/15 4/16 4/16 4/17 4/17 4/20 4/22 4/23 5/3 7/17 7/20 7/22
documents [25]
does [1]  8/19
doesn't [1]  12/12
don't [13]  4/6 6/7 8/9 8/13 8/22 8/24 9/3 9/5 11/4 11/4 12/10 12/24 13/6
done [6]  3/25 5/3 8/17 9/6 9/6 11/23
donkey [1]  9/8
Doyle [4]  2/9 13/12 13/19 13/19
DRYWALL [1]  1/4
Dunbar [1]  2/2
dwarfs [1]  7/13

### E
e-mail [6]  3/20 4/15 5/17 11/9 12/3 12/4
e-mails [1]  4/20
each [4]  4/1 4/3 4/9 11/12
EASTERN [2]  1/2 13/13
ego [1]  9/17
EIKHOFF [2]  2/7 3/10
either [1]  4/7
ELDON [1]  1/10
end [1]  6/5
engaged [1]  8/9
entitled [1]  13/16
entry [1]  3/16
ESQ [9]  1/14 1/14 1/17 1/20 1/24 2/3 2/6 2/6 2/7
etc [1]  12/19
even [1]  9/9
every [2]  7/17 7/22
everybody [2]  11/15 12/21
everyone [1]  3/3
everything [1]  10/7
example [1]  4/15
exchanges [1]  8/2
exchanging [1]  6/15
exhibits [1]  6/15
expected [1]  12/10
explanation [2]  7/14 7/21
extent [1]  11/19

### F
fact [1]  10/16
FALLON [2]  1/10 3/4
false [1]  8/11
far [1]  10/6
FCRR [3]  2/9 13/12 13/19
feel [1]  9/7
felt [1]  5/3
fight [1]  8/24
file [1]  7/18
filed [1]  4/23
find [1]  9/25
fine [3]  6/7 9/2 10/20
Firm [1]  1/20
first [7]  4/6 4/9 5/4 6/1 11/11 11/16 12/4
Fishbein [1]  1/17
focus [1]  11/1
folks [1]  13/8
follow [1]  3/14
follow-up [1]  3/14
foregoing [1]  13/14
Foreign [3]  9/15 9/18 10/9
forth [1]  5/18
forward [3]  8/5 10/14 12/23
foundation [1]  10/5
Frankly [1]  9/20
Friday [1]  5/5
full [1]  11/18

### G
Gainsburgh [1]  1/23
generally [1]  6/23
Georgia [1]  2/8
GERALD [1]  1/24
get [14]
getting [2]  5/15 7/4
give [2]  11/8 12/15
go [5]  5/10 5/13 6/7 7/7 8/4
going [8]  5/17 5/18 6/11 9/14 9/22 9/23 10/7 10/13
gone [1]  5/18
good [4]  3/3 5/22 7/5 11/12
got [2]  5/4 10/25
gotten [1]  11/1

### H
had [5]  3/15 7/21 8/10 8/17 12/5
halfway [1]  8/25
happen [1]  5/19
happening [1]  3/19
happy [1]  12/23
HARRY [3]  2/3 3/11 3/12
has [7]  6/25 9/6 9/6 9/12 9/20 10/9 10/19
hasn't [1]  10/25
have [31]
haven't [2]  8/3 11/1
he [2]  8/9 11/13
hear [3]  5/8 8/6 11/14
heard [1]  8/3
hearing [2]  11/11 12/19
hears [1]  11/15
Hello [1]  3/3
help [1]  4/7
here [2]  3/23 7/2
Herman [5]  1/13 1/13 1/14 3/6 8/8
hold [1]  5/4
Honor [11]  3/7 3/9 5/9 5/11 7/3 7/10 8/8 9/2 10/13 12/3 13/6
HONORABLE [1]  1/10
hope [1]  8/4
hopefully [2]  7/4 12/11
hour [1]  3/20
hours [1]  13/4
however [1]  5/21
HULL [1]  2/7

### I
I'm [7]  5/11 6/12 9/7 9/8 10/4 12/23 13/2
identify [1]  9/11
if [22]
immediately [3]  4/12 11/10 11/21
Immunities [3]  9/15 9/19 10/10
important [2]  8/10 12/1
in [31]
including [1]  3/17
indicate [1]  4/21
indicated [3]  3/16 3/18 9/12
instance [1]  7/17
involved [4]  4/5 6/8 11/4 11/5
Irpino [3]  1/20 1/20 3/6
irrelevant [1]  6/24
is [29]
issue [6]  6/17 9/17 9/18 10/21 11/9 12/14
issues [8]  3/21 3/22 5/15 6/14 6/18 10/15 10/22 11/7
it [37]
it's [13]  3/5 3/9 4/19 4/22 7/14 8/10 8/15 9/9 9/9 10/11 11/5 11/11 11/19
its [1]  9/20

### J
jammed [1]  8/12
Jerry [1]  3/7
JUDGE [2]  1/10 3/4
Judge Fallon [1]  3/4
just [13]  7/10 7/11 7/21 8/3 8/25 9/2 9/13 10/5 11/10 12/13 12/20 12/24 13/3

### K
Katz [1]  1/13
KENNY [2]  2/6 3/10
keying [1]  8/1
know [7]  3/19 4/14 5/22 7/11 8/22 9/9 9/22
knows [1]  7/16

### L
large [1]  6/25
last [1]  7/12
Lastly [1]  12/17
later [1]  5/3
latest [1]  5/6
Law [1]  1/20
leading [1]  12/18
least [2]  12/2 12/15
leave [1]  8/19
LEONARD [2]  1/14 3/6
Leonard Davis [1]  3/6
let [5]  3/19 5/8 5/22 7/1 8/6
let's [2]  11/16 11/18
Levin [3]  1/17 1/17 3/5
LIABILITY [1]  1/5
liaison [1]  3/12
like [4]  6/6 9/7 10/20 11/21
limitations [1]  5/1
line [2]  3/4 7/3
lingering [1]  12/14
Listen [1]  10/24
LITIGATION [1]  1/5
little [1]  11/16
live [1]  9/10
LLC [2]  1/13 1/23
LLP [3]  1/20 2/2 2/5
log [8]  4/10 4/13 4/14 7/1 9/4 9/11 10/22 11/23
logical [1]  7/14
logs [1]  3/18
look [2]  9/8 11/15
looking [1]  12/1
looks [1]  6/6
lot [3]  4/2 6/14 6/21
LOUISIANA [8]  1/2 1/6 1/15 1/21 1/25 2/4 2/10 13/14

### M
made [2]  7/12 8/15
Magazine [1]  1/21
mail [6]  3/20 4/15 5/17 11/9 12/3 12/4
mails [1]  4/20
MANUFACTURED [1]  1/4
many [1]  9/11
matter [3]  4/22 5/6 13/16
matters [1]  10/6
may [2]  9/24 11/15
maybe [1]  12/13
MD [1]  1/4
me [15]
mechanical [1]  2/13
meet [2]  5/5 11/13
meeting [2]  3/14 3/15
Meunier [3]  1/23 1/24 3/7
MICHAEL [1]  2/6

# M

Mike [1]  3/10
mind [1]  4/7
minute [1]  3/16
months [2]  8/10 8/17
more [3]  4/21 7/23 11/16
morning [2]  8/1 12/5
moving [1]  6/1
Mr. [2]  10/1 10/17
Mr. Peng [1]  10/17
Mr. Peng's [1]  10/1
must [1]  4/14
mutual [1]  4/4
my [6]  3/5 3/16 9/9 9/10 11/6 13/15

# N

narrowing [1]  12/5
narrowly [1]  7/20
nature [1]  4/19
need [9]  4/1 6/6 6/9 6/14 8/25 9/1 9/13 11/4 12/16
needs [2]  3/25 8/23
never [1]  8/21
new [10]  1/6 1/15 1/21 1/25 2/4 2/10 7/25 8/1 10/18 10/19
New York [2]  10/18 10/19
no [10]  5/13 6/21 8/11 9/25 9/25 11/1 11/3 11/17 11/17 11/23
No. [3]  10/1 10/22 11/24
No. 1 [1]  10/22
No. 2 [1]  11/24
No. 3 [1]  10/1
nonresponsive [1]  6/24
not [13]  4/3 4/11 5/6 6/9 6/12 6/22 8/11 8/19 9/9 10/5 11/12 11/14 12/17
November [3]  6/2 6/2 6/3
November 3 [1]  6/2
November 4 [1]  6/3
now [4]  3/24 4/25 5/4 8/13
number [2]  9/14 12/5
numbers [1]  6/25

# O

O'Keefe [1]  1/15
October [3]  1/7 3/2 10/11
off [2]  5/12 8/2
office [2]  3/5 10/19
Official [3]  2/9 13/12 13/20
Okay [3]  5/24 6/10 12/22
old [1]  9/7
on [21]
one [5]  4/7 4/20 4/21 4/22 6/18
ones [2]  12/13 12/16
only [2]  7/18 10/3
or [15]
oranges [1]  7/15
order [2]  7/2 7/25
ordered [2]  7/16 7/21
ordinarily [1]  8/12
Orleans [6]  1/6 1/15 1/21 1/25 2/4 2/10
other [7]  4/1 4/3 4/9 5/25 6/20 10/5 11/12
our [2]  3/14 12/21
out [8]  5/2 5/4 5/6 6/23 7/4 11/14 12/21 13/4
over [1]  7/25
own [1]  9/20

# P

p.m [1]  12/23
particular [2]  6/5 10/3
particularly [1]  10/12

parties [1]  3/16
Peachtree [1]  2/7
Peng [2]  8/11 10/17
Peng's [4]  7/17 10/1 10/4 10/5
Pennsylvania [1]  1/18
Phelps [1]  2/2
Philadelphia [1]  1/18
phone [3]  3/15 10/12 11/7
pin [1]  9/8
plaintiffs [11]  1/13 1/17 1/20 1/23 3/4 3/21 3/23 4/12 5/5 5/7 8/6
plaintiffs' [1]  8/15
please [1]  12/25
point [5]  5/18 7/12 9/12 9/24 10/13
possible [1]  5/2
possibly [1]  6/20
postponed [1]  8/2
potentially [2]  10/8 10/18
Poydras [2]  1/24 2/10
predict [1]  9/21
prehearing [1]  8/1
present [1]  11/19
press [1]  6/20
prior [2]  7/13 7/19
privilege [16]
privileged [2]  4/11 4/13
probably [3]  5/22 9/14 10/13
problem [10]  6/5 8/14 8/15 9/4 9/10 11/3 11/4 11/6 11/16 11/17 11/19
proceedings [4]  2/13 3/1 13/9 13/16
produce [2]  7/17 7/22
produced [5]  4/11 6/22 6/23 8/16 8/17
production [4]  7/11 7/13 7/13 8/13
productions [1]  7/19
PRODUCTS [1]  1/4
proposed [5]  5/25 6/2 6/4 7/25 12/5
PSC [5]  6/3 7/6 8/1 12/5 12/11
PSC's [1]  7/12
pushing [1]  6/13

# Q

quickly [2]  5/2 11/25

# R

Rather [1]  5/3
RE [1]  1/4
reach [3]  8/4 12/12 13/6
really [6]  4/20 7/14 8/9 8/14 9/21 11/6
reason [2]  4/21 10/3
reasons [1]  6/21
receive [1]  12/12
received [4]  3/20 3/21 3/22 5/7
recipient [1]  4/17
record [1]  13/16
recorded [1]  2/13
regarding [2]  5/15 6/15
regardless [1]  7/18
regards [4]  5/21 6/13 6/18 7/1
reiterate [1]  7/10
relate [2]  9/16 9/17
Relates [1]  1/7
released [1]  9/22
relevance [1]  7/18
relevant [1]  8/20
reply [2]  3/22 3/23
report [1]  7/5
Reporter [3]  2/9 13/13 13/20
requested [1]  8/12
requests [1]  7/20
rescheduling [1]  12/18
resolve [1]  6/4
resolved [1]  11/8
respond [1]  11/10

responding [1]  3/22
response [2]  3/21 12/4
responsive [1]  7/19
review [3]  8/21 9/12 9/25
reviewing [1]  12/7
right [4]  3/24 7/7 8/13 13/8
rolling [1]  4/11
ROSENBERG [2]  2/3 3/12
RUSS [4]  1/14 3/6 8/8 11/13

# S

said [3]  8/4 8/9 8/9
sake [1]  7/21
same [1]  4/22
Sandy [1]  12/22
saw [1]  12/8
say [5]  4/18 9/1 9/13 10/4 10/24
saying [2]  7/11 10/12
schedule [1]  9/23
scheduling [1]  7/25
search [1]  6/21
second [1]  6/5
Section [1]  1/5
Sedran [1]  1/17
see [7]  4/3 10/21 11/8 11/14 11/16 11/18 12/16
seems [2]  4/23 12/14
seen [2]  8/21 9/16
send [4]  7/25 12/19 12/20 12/25
sense [2]  9/4 11/18
sent [3]  12/4 12/4 12/22
seven [1]  9/7
she [1]  8/9
short [1]  7/2
shortly [1]  6/17
should [6]  3/18 3/19 4/11 4/21 4/23 8/18
shouldn't [1]  8/15
side [2]  5/25 12/21
simple [1]  4/24
since [1]  10/12
single [1]  7/17
sir [1]  3/12
situation [1]  11/12
sleep [1]  11/14
so [12]  5/2 6/21 7/3 8/12 8/19 9/21 10/6 11/6 11/13 12/1 12/11 12/19
software [1]  2/14
solution [1]  4/4
solve [1]  11/17
solving [1]  11/18
some [9]  3/21 4/21 9/12 9/16 9/17 9/23 10/4 10/13 10/14
somebody [1]  3/18
someplace [1]  13/3
sorry [1]  5/11
Sovereign [3]  9/15 9/18 10/10
speaking [1]  13/2
specific [1]  7/20
speed [1]  5/20
spot [2]  11/6 11/7
SR [1]  2/6
standpoint [1]  5/1
STATES [3]  1/1 1/10 13/13
STATUS [1]  1/9
stenography [1]  2/13
stick [2]  9/23 10/8
still [1]  8/20
story [2]  5/22 7/5
Street [6]  1/18 1/21 1/24 2/3 2/7 2/10
string [1]  4/20
subject [1]  4/22
submit [1]  10/6
submitted [2]  3/18 4/13

## S

such [1]  12/12
suggested [1]  12/18
Suite [3]  1/18 1/24 2/3
supplemental [1]  9/15
supplementing [1]  11/23
sure [2]  6/12 13/1
surreply [1]  10/14
suspect [1]  6/11

## T

tail [1]  9/8
tailored [1]  7/20
Taishan [6]  2/5 3/9 7/21 7/22 8/17 8/18
Taishan's [1]  8/14
taking [1]  10/4
talk [10]  4/5 5/15 10/23 11/2 11/3 11/5 11/7 11/12 11/22 12/15
talked [1]  12/9
talking [4]  3/24 4/3 4/5 11/10
TAYLOR [3]  2/6 3/10 5/9
team [1]  12/23
telephone [1]  3/15
tell [2]  9/2 12/24
telling [1]  11/9
terms [3]  6/21 7/11 9/4
testimony [2]  10/1 10/4
than [3]  4/21 5/3 7/24
Thank [2]  7/9 13/8
that [59]
that's [11]  4/20 5/6 5/17 5/18 5/22 6/11 6/25 8/11 9/2 10/20 12/1
them [10]  8/3 9/11 10/25 11/1 11/2 11/3 11/7 11/8 11/25 12/1
then [8]  4/5 6/8 6/8 6/13 7/23 11/19 12/15 13/4
there [7]  3/11 6/9 6/21 9/4 10/20 12/10 12/13
there's [7]  4/4 4/20 7/13 11/3 11/16 11/17 11/17
these [8]  4/4 5/15 7/6 8/16 10/15 11/7 11/11 11/14
they [11]  3/18 5/1 5/3 5/4 6/23 6/24 6/24 8/16 8/22 10/19 11/8
thing [2]  3/25 10/22
things [5]  3/17 4/4 9/13 11/11 11/22
think [14]
third [2]  8/24 8/25
this [20]
those [3]  4/12 8/11 9/22
thought [1]  10/22
thousands [1]  12/10
three [2]  6/3 8/23
through [2]  5/16 9/1
tied [1]  9/18
time [13]  4/3 4/6 4/6 5/1 6/6 6/7 6/9 6/20 8/16 10/4 11/6 11/6 11/11
today [2]  3/19 12/4
together [6]  4/23 5/15 5/23 9/18 11/2 11/7
tomorrow [3]  11/2 13/2 13/7
Toni [4]  2/9 13/12 13/19 13/19
transcript [1]  13/15
transcription [1]  2/14
true [1]  13/14
truncates [1]  6/14
try [3]  6/4 11/17 13/6
trying [5]  5/15 5/16 5/23 7/3 9/8
Tusa [4]  2/9 13/12 13/19 13/19
two [4]  6/2 8/23 11/22 13/3
type [1]  4/14

## U

understand [3]  4/10 4/25 10/19
understanding [1]  13/15
understands [1]  6/19
UNITED [3]  1/1 1/10 13/13
unless [1]  4/20
until [1]  5/5
up [5]  3/14 5/4 5/18 5/20 12/18
upon [2]  5/17 9/24
us [5]  8/19 9/2 10/3 10/9 12/10
used [1]  8/22
using [1]  2/13

## V

various [2]  3/17 12/18
very [1]  7/13

## W

Walnut [1]  1/18
want [6]  4/5 4/8 8/9 8/24 9/3 11/4
wanted [2]  5/1 5/20
wants [1]  6/3
Warshauer [1]  1/23
was [6]  6/9 6/19 6/21 7/11 7/12 12/22
waste [2]  11/5 11/6
wasting [2]  4/2 4/6
we [74]
weeded [1]  6/23
week [1]  6/1
weeks [1]  12/9
weigh [1]  12/2
were [7]  4/11 6/2 7/16 7/19 7/20 8/12 10/17
West [1]  2/7
what [12]  4/15 4/18 6/4 6/25 7/10 7/24 8/17 9/25 10/1 11/9 11/18 11/21
what's [2]  3/19 9/9
whatever [2]  4/16 6/25
when [7]  9/8 9/21 10/24 11/6 11/23 11/24 12/9
where [3]  5/21 8/19 12/13
whether [6]  4/3 5/6 6/9 8/19 8/22 8/22
which [3]  4/12 9/18 11/12
Who [1]  3/4
whole [1]  12/23
why [2]  9/2 13/6
will [15]
withheld [2]  4/13 7/18
without [2]  4/3 4/18
work [4]  5/23 7/4 9/6 11/14
worked [1]  5/6
working [1]  10/10
worse [1]  9/9
worth [1]  10/11
would [11]  5/3 6/8 6/22 6/23 7/23 10/20 10/23 11/21 12/6 12/10 12/19

## Y

years [1]  9/7
Yes [3]  3/12 7/10 12/3
yesterday [2]  3/15 3/15
yet [2]  8/3 10/25
York [2]  10/18 10/19
you [33]
your [14]
Your Honor [8]  3/9 5/9 5/11 7/3 8/8 9/2 10/13 12/3