# EXHIBIT "A"

| *Trial Date: February 1, 2016* | **Amounts Incurred Prior to Trial** | **Plus Monthly Amounts** (6 months Post Trial while Home is Being Remediated) |
|---|---|---|
| **Background Information-** | | |
| Purchase Date of CDW Home: | 6/30/2006 | |
| Address: | 1234 First Street, New Orleans, LA | |
| Purchase Price: | $ 250,000.00 | |
| Monthly Principal, Interest & Ins. Payment | 1,800.00 | |
| Still living in home or moved out | Moved Out- Short Sale | |
| Date of move out: | 1/2013 | |
| New Address: | 5678 Second Street, New Orleans, LA | |
| | | |
| **Cost of Remediation-** | | |
| Construction Costs per the Report of ABC Construction Group, Inc. | $ 80,000.00 | - |
| Environmental Assessment Costs (Post Remediation) | $ 1,500.00 | - |
| Total | $ 81,500.00 | |
| | | |
| **Alternative Living Costs-** | | |
| Closing Costs for CDW Home (Loss Due to Short Sale) | $ - | - |
| Moving (from drywall home to temporary home and back to drywall home) | $ 1,800.00 | |
| Utilities (3 months deposit for gas due to bad credit) | $ 300.00 | |
| Settlement Charges/ Closing Costs for New Home | - | |
| Rental Amounts: | | |
| John Doe (Monthly payments to date) | $ 28,800.00 | $ 7,200.00 |
| Total | $ 30,900.00 | $ 7,200.00 |

| *Trial Date: February 1, 2016* | **Amounts Incurred Prior to Trial** | **Plus Monthly Amounts** (6 months Post Trial while Home is Being Remediated) |
|---|---|---|
| **Personal Property Loss, Repair Costs, Loss of Income-** | | |
| Repair Costs Prior to Remediation | $ 2,000.00 | |
| Personal Property Replacement Costs | $ 2,800.00 | |
| Home Inspection Costs | $ 200.00 | |
| Loss of Income | $ 500.00 | |
| Total | $ 5,500.00 | - |
| **Subtotal** | $ 117,900.00 | $ 7,200.00 |
| | | |
| **Grand Total** | $ 125,100.00 | |