UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**AGENDA**
**FOR NOVEMBER 16, 2015 STATUS CONFERENCE**

    I.    PRE-TRIAL ORDERS

    II.    STATE COURT TRIAL SETTINGS

    III.    STATE/FEDERAL COORDINATION

    IV.    OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

    V.    PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

    VI.    REMEDIATION PROGRAM

    VII.    INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

    VIII.    TAISHAN, BNBM AND CNBM DEFENDANTS

    IX.    VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

    X.    PLAINTIFF AND DEFENDANT PROFILE FORMS

    XI.    FREQUENTLY ASKED QUESTIONS

XII.  MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIII. PHYSICAL EVIDENCE PRESERVATION ORDER

XIV.  ENTRY OF PRELIMINARY DEFAULT

XV.   ALREADY REMEDIATED HOMES

XVI.  NEXT STATUS CONFERENCE