# Exhibit "A"

## ARH - MOTION TO DISMISS
## EXHIBIT A - DEFICIENT PROPERTIES

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel | Failure to Provide: |
|---|---|---|---|---|---|---|
| Rowe, Robert | 16059 Via Solera Circle #101 | Fort Meyers | FL | 33908 | The Lambert Firm | Owner Disclosure Affidavit, floor plan, inspection reports, photographs of drywall, photographs of property before and after remediation, itemized invoices, proof of purchase, environmental certificate |
| Lucky, Jack and Timothy Myles | 840 NE 14th Pl. | Fort Lauderdale | FL | 33304 | Collins & Horsley, PC | Sufficient photographs of drywall |
| Lucky, Jack and Timothy Myles | 838 NE 14th St. | Fort Lauderdale | FL | 33304 | Collins & Horsley, PC | Sufficient photographs of drywall |
| Outten, George and Suzanne | 8546 98th Ct. | Vero Beach | FL | 32967 | Pro Se | Owner Disclosure Affidavit, floor plan, photographs of drywall, photographs of property before and after remediation, itemized invoices, proof of purchase, environmental certificate |
| Outten, George and Suzanne | 9016 86th St. | Vero Beach | FL | 39267 | Weiss, Handler, Angelos & Cornewell, P.A. | Owner Disclosure Affidavit, floor plan, photographs of property before and after remediation, itemized invoices, proof of purchase, environmental certificate |