UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to: All Cases | * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims filed by the Knauf Defendants;

IT IS ORDERED BY THE COURT that the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims is GRANTED. The Knauf Defendants' Settlement Obligations for the following already remediated home claims are hereby extinguished:

| Homeowner Name(s) | Affected Property Address | City | State | Zip |
|---|---|---|---|---|
| Rowe, Robert | 16059 Via Solera Circle #101 | Fort Meyers | FL | 33908 |
| Lucky, Jack and Timothy Myles | 840 NE 14th Pl. | Fort Lauderdale | FL | 33304 |
| Lucky, Jack and Timothy Myles | 838 NE 14th St. | Fort Lauderdale | FL | 33304 |
| Outten, George and Suzanne | 8546 98th Ct. | Vero Beach | FL | 32967 |
| Outten, George and Suzanne | 9016 86th St. | Vero Beach | FL | 39267 |

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge