UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion for Leave to File to File the Plaintiffs' Steering Committee's Disclosure Motion Contesting CNBM Entities' Claims of Privilege and/or Work Product Protection and for *In Camera* Inspection, In Its Entirety, UNDER SEAL;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Steering Committee's Disclosure Motion Contesting CNBM Entities' Claims of Privilege and/or Work Product Protection and for *In Camera* Inspection, in its entirety, be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 12th day of ___November___, 2015.

Eldon E. Fallon
United States District Court Judge