UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Brooke, et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.* Case No. 15-4127 | |

### MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

NOW INTO COURT comes Dawn Barrios, and the law firm of Barrios, Kingsdorf & Casteix, LLP, counsel of record for Plaintiffs, Don and Sandra Delk, pursuant to Local Rule 83.2.11 of the United States District Court for the Eastern District of Louisiana, and prays this Honorable Court enter an Order granting leave to withdraw as counsel for the Plaintiffs. Written notice of the proposed withdrawal has been served on the Plaintiffs via Certified Mail/ Return Receipt Requested whose present address is 1895 North Pimlico Point, Crystal River, FL 34429 and whose telephone number is known to be 352-795-9702. *See* Exhibit A.

WHEREFORE, the undersigned respectfully requests that this Honorable Court grant the Motion to Withdraw as Counsel Without Substitution for Plaintiffs, Don and Sandra Delk, in the above referenced case.

1

Respectfully submitted,

Dated: November 12, 2015                By: /s/ Dawn M. Barrios_____
    Dawn M. Barrios, Esq. (#2821)
    Bruce S. Kingsdorf, Esq. (#7403)
    Zachary L. Wool (#32778)
    BARRIOS KINGSDORF & CASTEIX, LLP
    701 Poydras Street, Suite 3650
    New Orleans, LA 70139
    Phone: (504) 524-3300
    Fax: (504) 524-3313
    barrios@bkc-law.com
    bkingsdorf@bkc-law.com
    zwool@bkc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and via certified mail to Don and Sandra Delk, 1895 North Pimlico Point, Crystal River, FL 34429, on this 12th day of November, 2015.

    /s/ Dawn M. Barrios