**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO.: 2047 |
| LITIGATION | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. vs. Bass Homes, Inc.,** | : | |
| **et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : | **Case No.: 13-6652** |

---

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO.: 2047 |
| LITIGATION | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. vs. Bass Homes, Inc.,** | : | |
| **et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : | **Case No.: 13-6653** |

---

**ORDER**

Upon consideration of Ace Home Center, Inc.'s Motion for Leave to Supplement its Response in Opposition to Taishan Gypsum Co., Ltd.'s Motion to Dismiss Ace Home Center, Inc.'s First Amended Third Party Complaints, it is hereby **ORDERED and DECREED** that leave be granted to Ace Home Center, Inc. to supplement its Response in Opposition to Taishan Gypsum Co., Ltd.'s Motion to Dismiss with Ex. "A," Supplemental Response in Opposition to Taishan Gypsum Co., Ltd.'s Motion to Dismiss.

**SO ORDERED AND ADJUDGED** this, the 12th day of, 2015.

_____

**ELDON E. FALLON**
**U. S. DISTRICT COURT JUDGE**