IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : : | MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | **Case No.: 13-6652** |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : : | MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | **Case No.: 13-6653** |

### THIRD PARTY PLAINTIFF ACE HOME CENTER, INC.'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO TAISHAN GYPSUM CO., LTD.'S MOTION TO DISMISS ACE HOME CENTER, INC.'S FIRST AMENDED THIRD-PARTY COMPLAINTS

COMES NOW, Ace Home Center, Inc. ("AHC"), a defendant and third-party plaintiff in the above-styled actions, by and through undersigned counsel, and supplements its July 27, 2015 Response in Opposition to Third Party Defendant Taishan Gypsum Co., Ltd.'s ("Taishan") Motion to Dismiss First Amended Third-Party Complaints as follows:

Exhibit A

## SUPPLEMENTAL ARGUMENT

I. **Taishan's argument that AHC's claims against Taishan impermissibly allow for duplicative recovery is moot, given Plaintiffs' recent dismissal of their claims against Taishan.**

Taishan's Motion to Dismiss Ace Home Center, Inc.'s First Amended Third Party Complaints contends that allowing AHC to proceed in the prosecution of its third party claims against Taishan would result in a "double-recovery" against Taishan. This contention was based on the Collins and Herrington Plaintiffs' maintenance of claims against Taishan in the Chinese Drywall MDL which Taishan argues precludes AHC's claims against Taishan for indemnification. While this argument fails for the reasons stated in AHC's Response, the argument is also now moot as a result of Plaintiffs' recent voluntary dismissal of Taishan in the MDL. On November 3, 2015, both the Collins and the Herringtons filed Notices of Voluntary Dismissal without Prejudice as to Defendant Taishan Gypsum Co., Ltd. [Rec. Doc. 19678-19679]. As a result, Taishan's contention that the potential for double recovery precludes AHC's claims is now moot, and Taishan's Motion to Dismiss is due to be denied.

AHC respectfully requests that this Court enter an Order denying Taishan's Motion to Dismiss.

Respectfully submitted,

**/ s / *Danny J. Collier, Jr.***
_____
Danny J. Collier, Jr., Esq.
Attorney for Ace Home Center, Inc.

**OF COUNSEL:**

LUTHER, COLLIER, HODGES & CASH LLP
Post Office Box 1002
Mobile, Alabama 36633
(251) 694-9393 Office
(251) 694-9392 Fax
dcollier@lchclaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of November, 2015.

Stephen W. Mullins, Esq.
Luckey & Mullins, PLLC
Post Office Box 990
Ocean Springs, MS 39566
smullins@luckeyandmullins.com

David C. Coons, Esq.
Christopher A. D'Amour, Esq.
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA 70139
david.coons@arlaw.com
chris.damour@arlaw.com

Heather M. Houston, Esq.
Caroline Pryor, Esq.
Carr Allison
6251 Monroe Street
Suite 200
Daphne, Alabama 36526
hhouston@carrallison.com
cpryor@carrallison.com

William W. Watts, III, Esq.
S. Wesley Pipes, Esq.
Pipes Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601
bill@alabamatrial.com
wesley@pipeshudsonwatts.com

Gary J. Russo, Esq.
Jones Walker LLP
600 Jefferson Street
Suite 1600
Lafayette, LA 70501
grusso@joneswalker.com

Richard C. Stanley, Esq.
Thomas P. Owen, Jr., Esq.
Stanley, Reuter, Ross, Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
rcs@stanleyreuter.com
tpo@stanleyreuter.com

| | |
|---|---|
| Joe Cyr, Esq.<br>Frank T. Spano, Esq.<br>Courtney L. Colligan, Esq.<br>Hogan Lovells US LLP<br>875 Third Avenue<br>New York, New York 10022<br>Joe.cyr@hoganlovells.com<br>Frank.spano@hoganlovells.com<br>Courtney.colligan@hoganlovells.com | James Rebarchak, Esq.<br>Jones Walker, LLP<br>Suite 1200<br>RSA Battlehouse Tower<br>11 N. Water Street<br>Mobile, Alabama  36602<br>jrebarchak@joneswalker.com |
| Michael P. Kenny, Esq.<br>Bernard Taylor, Esq.<br>Christina Hull Eikhoff, Esq.<br>David Venderbush, Esq.<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Phone: (404) 881-7000<br>Fax: (404) 881-7777<br>mike.kenny@alston.com<br>bernard.taylor@alston.com<br>christy.eikhoff@alston.com<br>david.venderbush@alston.com | Michael K. Fitzpatrick, Esq.<br>David Allen Pote, Esq.<br>Fitzpatrick & Burnette, LLC<br>541 Julia Street, Suite 200<br>New Orleans, Louisiana  70130<br>mfitzpatrick@mfitzpatricklaw.com<br>dpote@mfitzpatricklaw.com |

Alan Dean Weinberger
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

                                    **/ s / *Danny J. Collier, Jr***

                                    OF COUNSEL