UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 <br> SECTION L <br><br> JUDGE FALLON <br> MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Considering the PSC's Sealed Disclosure Motion Contesting CNBM Entities' Claims of Privilege (R. Doc. 19434), **IT IS ORDERED** that the motion is set for submission before the Honorable Eldon E. Fallon on November 23, 2015 at 9:00 a.m. and any response to the motion must be submitted to the Court on or before November 20, 2015 at 9:00 a.m.

New Orleans, Louisiana, this 12th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

1