# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**TAISHAN'S OBJECTIONS TO THE PSC'S EXHIBIT LIST FOR THE NOVEMBER 17, 2015 HEARING**

| Hearing Ex. No. | Description of Exhibit | Bates/Record/Prior Exhibit No. | Objections |
|---|---|---|---|
| 1 | 30(b)(6) Notice of Deposition issued to Taian Taishan Plasterboard Co., Ltd., dated 10-06-2010 | Rec. Doc. No. 5840 | Outside Scope; Irrelevant |
| 2 | 30(b)(6) Notice of Deposition issued to Taishan Gypsum Co. Ltd. | Rec. Doc. No. 5839 | Outside Scope; Irrelevant |
| 3 | Additional Wenlong Privilege Logs produced between 11-06-2015 and 11-17-2015 | n/a | |
| 4 | All exhibits and the deposition transcript for the upcoming deposition of PENG Wenlong | n/a (unknown at this time) | Objections Reserved Pending Deposition |
| 5 | Amended Re-Notice of Oral and | Rec. Doc. No. 8297 | Outside Scope; Irrelevant |

1

| Hearing Ex. No. | Description of Exhibit | Bates/Record/Prior Exhibit No. | Objections |
|---|---|---|---|
|  | Videotaped Depositon [of Taian Taishan Plasterboard Co., Ltd.] Pursuant to Fed. R. Civ. P. 30(b)(6), dated 03-22-2011 |  |  |
| 6 | Amended Re-Notice of Oral and Videotaped Depositon [of Taishan Gypsum Co., Ltd.] Pursuant to Fed. R. Civ. P. 30(b)(6), dated 03-22-2011 | Rec. Doc. No. 8296 | Outside Scope; Irrelevant |
| 7 | BNBM Privilege Log, dated 07-07-2015 | n/a | Outside Scope; Irrelevant; Hearsay |
| 8 | BNBM Revised Privilege Log, dated 08-27-2015 | n/a | Outside Scope; Irrelevant; Hearsay |
| 9 | CNBM Group Unanimous Resolution, dated 07-11-2014 | Exhibit 332 (Jia Deposition) | Outside Scope; Irrelevant; Hearsay |
| 10 | Contempt Order issued by Judge Fallon, dated 07-17-2014 | Rec. Doc. No. 17869 | Outside Scope; Irrelevant |
| 11 | Declaration of Jia Tongchun for Clarification and Supplementation, dated 09-16-2015 | Exhibit 355 (Jia deposition) |  |
| 12 | Declaration of Jia Tongchun, dated 08-31-2015 | Exhibit 357 (Jia deposition) |  |
| 13 | Declaration of Jia Tongchun, dated 11-16-2011 | R. Doc. No. 11211 | Outside Scope; Irrelevant |
| 14 | Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd.'s First Redaction and Privilege Log TG 0000001 - TG 0025131 (10 privilege claims) | n/a | Outside Scope; Irrelevant |
| 15 | Email between Anthony Irpino and Christy Eikoff [sic], dated August 24, 2015 | Exhibit E to Plaintiffs' Motion to Compel, dated 10-2-2015 | Outside Scope; Irrelevant; Contains Hearsay |
| 16 | Email between Anthony Irpino and Christy Eikoff [sic], dated August 31, 2015 | Exhibit G to Plaintiffs' Motion to Compel, dated | Outside Scope; Irrelevant; Contains Hearsay |

| Hearing Ex. No. | Description of Exhibit | Bates/Record/Prior Exhibit No. | Objections |
|---|---|---|---|
| 17 | Email between Dong Chungang and Eugene Chen, dated August 5, 2014 | Exhibit B-3 to Plaintiffs' Motion to Compel, dated 10-02-2015 | Outside Scope; Irrelevant |
| 18 | Email between Joe Cyr and Eugene Chen, dated August 11, 2014 | Exhibit B-2 to Plaintiffs' Motion to Compel, dated 10-02-2015 | Outside Scope; Irrelevant |
| 19 | Email between PENG Wenlong and Jian Zhang, dated June 27, 2010 | Translation of TG-0129674 | Outside Scope; Irrelevant |
| 20 | Email chain between LU Jingjing, Chairman Jia, DENG Yijuan, and others re: Notice on Matters Relevant to CNBM Group's training in 2011 for leaders at middle and senior levels, dated 06-29-2011 | TG-0073103 (Ex. 51 to PSC's 10/29/2015 FSIA brief) | Outside Scope; Irrelevant; Hearsay |
| 21 | Email chain between LU Jingjing, Chairman Jia, DENG Yijuan, and others, dated 06-29-2011 and attached Notice on Matters Relevant to CNBM Group's training in 2011 for leaders at middle and senior levels | TG-0073104-08 (Ex. 51 to PSC's 10/29/2015 FSIA brief) | Outside Scope; Irrelevant; Hearsay |
| 22 | Email chain between LU Jingjing, Chairman Jia, DENG Yijuan, and others, dated 06-29-2011, and attached Training Course Schedule | TG-0073109 (Ex. 51 to PSC's 10/29/2015 FSIA brief) | Outside Scope; Irrelevant; Hearsay |
| 23 | Email from Bernard Taylor to Russ Herman, dated 04-06-2015 | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 24 | Email from Christy Eikhoff to Anthony Irpino and attached Taishan's List of Custodian Emails Producted [sic], dated 08-17-2015 (7:20 pm CST) | n/a | Outside Scope; Irrelevant; Contains Hearsay |

3

| Hearing Ex. No. | Description of Exhibit | Bates/Record/Prior Exhibit No. | Objections |
|---|---|---|---|
| 25 | Email from Christy Eikhoff to Anthony Irpino and attached Taishan's List of Document Productions to Date, dated 08-17-2015 (7:20 pm CST) | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 26 | Email from Christy Eikhoff to Anthony Irpino and attached Taishan's State Secrets Privilege Log, dated 08-17-2015 (7:20 pm CST) | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 27 | Email from Christy Eikhoff to Anthony Irpino, dated 08-17-2015 (7:20 pm CST) | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 28 | Email from Christy Eikhoff to Anthony Irpino, dated 08-17-2015 and attached Index of Search Terms used by Taishan | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 29 | Email from Christy Eikhoff to Anthony Irpino, dated 8-25-2015 (3:09 pm CST) | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 30 | Email from Christy Eikhoff to Arnold Levin and Russ Herman, dated 04-06-2015 | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 31 | Email from Christy Eikhoff to Fred Longer, dated 10-09-2015 | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 32 | Email from Christy Eikhoff to Russ Herman, dated 09-19-2015 | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 33 | Email from Eikhoff to Levin, dated 04-06-2015 | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 34 | Email from PENG Wenlong to ZHANG Jian and attached Spreadsheet of Taishan Exports, dated 06-27-2010 | TG-0129677 (Ex. 81 to PSC's 10/29/2015 FSIA brief) | Outside Scope; Irrelevant |
| 35 | Email from PENG Wenlong to ZHANG Jian and attached Statement on the Export Data and Statistics, dated 06-27-2010 | TG-0129675-76 (Ex. 81 to PSC's 10/29/2015 FSIA brief) | Outside Scope; Irrelevant |
| 36 | Email from PENG Wenlong to ZHANG Jian re: spreadsheet of Taishan Exports, | TG-0129674 (Ex. 81 to PSC's 10/29/2015 FSIA | Outside Scope; Irrelevant |

4

| Hearing Ex. No. | Description of Exhibit | Bates/Record/Prior Exhibit No. | Objections |
|---|---|---|---|
|  | dated 06-27-2010 | brief) |  |
| 37 | Email from Russ Herman and Arnold Levin to the Hon. Eldon D. Fallon, dated 09-13-2015 | n/a | Outside Scope; Irrelevant; Hearsay |
| 38 | Emails between Anthony Irpino and Christy Eikhoff, dated 08-25-2015 | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 39 | Emails between Anthony Irpino, Bernard Taylor, and Christy Eikhoff, dated 08-13-2015 and 08-18-2015 | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 40 | Emails between Bernard Taylor and Russ Herman, dated 03-31-2015 | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 41 | Emails between Dong Chungang and Joe Cyr, dated July 7, 2014 | Exhibit B-1 to Plaintiffs' Motion to Compel, dated 10-02-2015 | Outside Scope; Irrelevant |
| 42 | Emails between Frank Spano and Phoebe Yan, date August 14, 2014 | Exhibit B-4 to Plaintiffs' Motion to Compel, dated 10--2-2015 | Outside Scope; Irrelevant |
| 43 | Emails between Fred Longer and Bernard Taylor, dated Aug. 18, 2015 | Exhibit F to Plaintiffs' Motion to Compel dated 10-02-2015 | Outside Scope; Irrelevant; Contains Hearsay |
| 44 | Emails between Russ Herman and Bernard Taylor, dated 05-18-2015 | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 45 | Emails between Russ Herman and Christy Eikhoff, dated 04-09-2015 | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 46 | Employment Agreement, dated 02-02-2015 | Exhibit 370 (Che Gang deposition, Zhou Guoping deposition, Chen Yu deposition) |  |
| 47 | Excerpt from Taishan's First Redaction and Privilege Log | Exhibit A-3 to Plaintiffs' Motion to Compel dated 10-02-2015 | Outside Scope; Irrelevant |

| Hearing Ex. No. | Description of Exhibit | Bates/Record/Prior Exhibit No. | Objections |
|---|---|---|---|
| 48 | FRE 1006 Exhibit Summarizing Annual Reports of Ownership of Companies and incorporated exhibits | n/a | Outside Scope; Irrelevant; Hearsay; Improper Summary |
| 49 | FRE 1006 Exhibit Summarizing Board of Directors Membership and incorporated exhibits | n/a | Outside Scope; Irrelevant; Hearsay; Improper Summary |
| 50 | FRE 1006 Exhibit Summarizing Taishan Document Production and incorporated exhibits | n/a | Outside Scope; Irrelevant; Hearsay; Improper Summary |
| 51 | FRE 1006 Exhibit: Timeline Surrounding PENG Wenlong's ESI files and incorporated exhibits | Exhibit A to Plaintiffs' Motion to Compel, dated 10-02-2015 | Improper Summary |
| 52 | Hogan Lovells Privilege Log Of Counsel | Exhibit A-1 to Plaintiffs' MTC; Exhibit 66 (Zhou Guoping deposition, Chen Yu deposition, Jia Tongchun deposition) | Outside Scope; Irrelevant |
| 53 | Homebuilders' Steering Committee's Motion for Sanctions and To Compel Additional Jurisdictional Depositiosn of Defendants Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd. (including the memorandum in support and Composite Exhibit "A" attached thereto), dated 05-03-2011 | Rec. Doc. No. 8695 (and attachments) | Outside Scope; Irrelevant; Hearsay |
| 54 | Joinders in the PSC's 5-3-2011 Motion to Compel (by Interior Exterior Building Supply, LP, State of Louisiana, Venture Supply, Inc., Southern Homes, LLC, Tallow Creek, LLC, Springhill, LLC, and Tobin Trading Inc. | Rec. Doc. Nos. 8755, 8758, 8768, 8792 (and attachments), and 8805 | Outside Scope; Irrelevant; Hearsay |

6

| Hearing Ex. No. | Description of Exhibit | Bates/Record/Prior Exhibit No. | Objections |
|---|---|---|---|
| 55 | Letter from Joe Cyr to Judge Fallon, dated 11-30-2011 | n/a | Outside Scope; Irrelevant |
| 56 | Letter from Joe Cyr to Lenny Davis, dated 11-23-2011 | n/a | Outside Scope; Irrelevant |
| 57 | March 5, 2015 Joint Defense Agreement | Exhibit 310 (Bing Wang deposition) | Outside Scope; Irrelevant |
| 58 | Minute Entry re: Production of Materials from Peng's Computers, dated 10-13-2015 | Rec. Doc. No. 19608 | |
| 59 | Notices of Document Productions from Taishan Gypsum Co. Ltd., and Taian Taishan Plasterboard Co., Ltd. | Rec. Doc. Nos. 7268, 8290, 9649, 9944, and 10007 | Outside Scope; Irrelevant |
| 60 | November 2010 Joint Defense Agreement | Exhibit 358 (Jia Tongchun Deposition) | Outside Scope; Irrelevant |
| 61 | Order and Reasons regarding the PSC's Motions relating to discovery and other matters, dated 09-09-2011 | Rec. Doc. No. 10269 | Outside Scope; Irrelevant |
| 62 | Partial Translation of Document CNBMGRP0037156-371562 | Exhibit 416 (Jia Tongchun deposition)/CNBMGRP00371516-371562 | Outside Scope; Irrelevant; Hearsay |
| 63 | PSC's Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gyspum Co. Ltd. And Taian Taishan Plasterboard Co., Ltd., and to Compel Discovery & Jurisdictional Depositions to Begin in February 2011 (including the memorandum in support and Exhibits "A" - "H" attached thereto), dated 01-12-2011 | Rec. Doc. No. 6964 (and attachments) | Outside Scope; Irrelevant; Hearsay |
| 64 | PSC's Motion to Compel Production of | Rec. Doc. No. 8685 (and | Outside Scope; Irrelevant; Hearsay |

7

| Hearing Ex. No. | Description of Exhibit | Bates/Record/Prior Exhibit No. | Objections |
|---|---|---|---|
|  | Documents and Further Jurisdictional Depositions of the Taishan Defendants (including the memorandum in support and Exhibits "A" - "H" attached thereto), dated 05-03-2011 | attachments) |  |
| 65 | PSC's Renewed Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gyspum Co. Ltd. And Taian Taishan Plasterboard Co., Ltd., and to Compel Discovery & Jurisdictional Depositions to Begin in February 2011 (including the memorandum in support and Exhibits "A" - "B" attached thereto), dated 02-09-2011 | Rec. Doc.No. 7364 (and attachments) | Outside Scope; Irrelevant; Hearsay |
| 66 | PSC's/Questioners' Supplemental Memorandum in Support of Renewed Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gyspum Co. Ltd. And Taian Taishan Plasterboard Co., Ltd., and to Compel Discovery & Jurisdictional Depositions to Begin in February 2011 (including the memorandum in support and Exhibits "A" - "T" attached thereto), dated 08-24-2011 | Rec. Doc. No. 10174 (and attachments) | Outside Scope; Irrelevant; Hearsay |
| 67 | PTO No. 1, entered 06-16-2009 | R. Doc. No. 2 |  |
| 68 | Re-Notice of Oral and Videotaped Depositon [of Taian Taishan Plasterboard Co., Ltd.] Pursuant to Fed. R. Civ. P. 30(b)(6), dated 02-17-2011 | Rec. Doc. No. 7549 | Outside Scope; Irrelevant; Hearsay |

| Hearing Ex. No. | Description of Exhibit | Bates/Record/Prior Exhibit No. | Objections |
|---|---|---|---|
| 69 | Re-Notice of Oral and Videotaped Depositon [of Taishan Gypsum Co., Ltd.] Pursuant to Fed. R. Civ. P. 30(b)(6), dated 02-17-2011 | Rec. Doc. No. 7550 | Outside Scope; Irrelevant; Hearsay |
| 70 | Selected Email from Privilege Log (Hogan Lovells production of de-privileged documents): Email from Peng Wenlong ("TG was not treated with any fair or just treatment and rulings from the US courts."), dated 07-07-14 (Chinese) | Exhibit 40A (Che Gang deposition, Zhou Guoping deposition, Chen Yu deposition) | Outside Scope; Irrelevant |
| 71 | Selected Email from Privilege Log (Hogan Lovells production of de-privileged documents): Email from Peng Wenlong ("TG was not treated with any fair or just treatment and rulings from the US courts."), dated dated 07-07-2014 (English) | Exhibit 40 (Che Gang deposition, Zhou Guoping deposition, Chen Yu deposition) | Outside Scope; Irrelevant |
| 72 | Selected Emails from Privilege Log (Hogan Lovells production of de-privileged documents) | Exhibit 1 (Che Gang deposition, Chang Zhangli deposition, Zhou Guoping deposition, Chen Yu deposition, Cao Jianglin deposition, Jia Tongchun deposition) | Outside Scope; Irrelevant |
| 73 | Supplemental Brief by Defendants Taishan Gypsum Co. Ltd. And Taian Taishan Plasterboard Co., Ltd. With Respect to Motions to Compel Further Jurisdictional Discovery (and Exhibits attached thereto), dated 08-22-2011 | Rec. Doc. No. 10162 (and attachments) | Outside Scope; Irrelevant |
| 74 | Supplemental Brief of Venture Supply, | Rec. Doc. No. 10141 (and | Outside Scope; Irrelevant; Hearsay |

9

| Hearing Ex. No. | Description of Exhibit | Bates/Record/Prior Exhibit No. | Objections |
|---|---|---|---|
| | Inc. and The Porter-Blaine Corporation regarding Motion to Compel Taishan Defendants (including the memorandum in support and Exhibits "A" - "C" attached thereto), dated 08-19-2011 | attachments) | |
| 75 | Taishan Privilege Log for 5-22-2015 Production | n/a | Outside Scope; Irrelevant |
| 76 | Taishan Privilege Log produced on 5-20-2015 (w/ 96 privilege claims) | n/a | Outside Scope; Irrelevant |
| 77 | Transcript of 04-17-2015 Hearing | Rec. Doc. No. 18764 | |
| 78 | Transcript of 04-17-2015 Motion Hearing | Rec. Doc. No. 18697 | |
| 79 | Transcript of 04-24-2015 Hearing | Rec. Doc. No. 18754 | |
| 80 | Transcript of Bing Wang deposition, dated 08-25-2015 | n/a | Outside Scope; Irrelevant; Hearsay |
| 81 | Transcript of Bing Wang deposition, dated 08-26-2015 | n/a | Outside Scope; Irrelevant; Hearsay |
| 82 | Transcript of Bing Wang deposition, dated 08-27-2015 | n/a | Outside Scope; Irrelevant; Hearsay |
| 83 | Transcript of Gang Che deposition, dated 01-11-2012 | n/a | Outside Scope; Irrelevant |
| 84 | Transcript of Gang Che deposition, dated 01-12-2012 | n/a | Outside Scope; Irrelevant |
| 85 | Transcript of Gang Che deposition, dated 06-02-2015 | n/a | Outside Scope In Part; Irrelevant In Part |
| 86 | Transcript of Gang Che deposition, dated 06-03-2015 | n/a | Outside Scope In Part; Irrelevant In Part |
| 87 | Transcript of Gang Che deposition, dated 06-04-2015 | n/a | Outside Scope In Part; Irrelevant In Part |
| 88 | Transcript of Jia Tongchun deposition, dated 01-09-2012 | n/a | Outside Scope; Irrelevant |
| 89 | Transcript of Jia Tongchun deposition, | n/a | Outside Scope; Irrelevant |

| Hearing Ex. No. | Description of Exhibit | Bates/Record/Prior Exhibit No. | Objections |
|---|---|---|---|
|  | dated 01-10-2012 |  |  |
| 90 | Transcript of Jia Tongchun deposition, dated 04-04-2011 | n/a | Outside Scope; Irrelevant |
| 91 | Transcript of Jia Tongchun deposition, dated 04-05-2011 | n/a | Outside Scope; Irrelevant |
| 92 | Transcript of Jia Tongchun deposition, dated 09-17-2015 | n/a | Outside Scope In Part; Irrelevant In Part |
| 93 | Transcript of Jia Tongchun deposition, dated 09-18-2015 | n/a | Outside Scope In Part; Irrelevant In Part |
| 94 | Transcript of Peng Wenlong deposition, dated 01-13-2012 | n/a | Outside Scope; Irrelevant |
| 95 | Transcript of Peng Wenlong deposition, dated 04-07-2011 | n/a | Outside Scope; Irrelevant |
| 96 | Transcript of Peng Wenlong deposition, dated 04-08-2011 | n/a | Outside Scope; Irrelevant |
| 97 | Transcript of Shiliang Peng deposition, dated 01-11-2012 | n/a | Outside Scope; Irrelevant |
| 98 | Transcript of Song Zhiping Deposition, dated 09-14-2015 | n/a | Outside Scope; Irrelevant; Hearsay |
| 99 | Transcript of Song Zhiping Deposition, dated 09-15-2015 | n/a | Outside Scope; Irrelevant; Hearsay |
| 100 | Transmittal email and letter attachment from Bernard Taylor to Russ Herman, dated 04-02-2015 | n/a | Outside Scope; Irrelevant; Contains Hearsay |
| 101 | Wenlong Privilege Log, dated 10-21-15 | n/a | Outside Scope; Irrelevant |
| 102 | Wenlong Privilege Log, dated 10-26-15 | n/a | Outside Scope; Irrelevant |
| 103 | Wenlong Privilege Log, dated 11-04-15 | n/a | Outside Scope; Irrelevant |

Dated:  November 12, 2015

Respectfully submitted,

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana  70179
Phone:  (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd.
and Tai'an Taishan Plasterboard Co., Ltd.*

12