# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### TAISHAN'S DEPOSITION DESIGNATIONS, OBJECTIONS, AND COUNTER-DESIGNATIONS FOR THE NOVEMBER 17, 2015 HEARING[1]

| Witness Name | Date of Deposition | Taishan Designations | PSC Designations | Taishan Objection | Taishan Counter-Designation |
|---|---|---|---|---|---|
| Deposition Testimony of Che Gang (Taishan Gypsum's 30(b)(6) witness) ("Che Depo") | 6/2/2015 | 29:8-11 | | | |
| | | 30:1-9 | | | |
| | | 49:3-23 | 49:3-21 | | |
| | | 105:12-21 | 105:20-21 | | |
| | | 106:1-108: 12 | 106:1-107:7 | | |
| | | | 107:9-17 | | |
| | | | 107:19-23 | | |
| | | | 107:25-108:12 | | |
| | | | 109:4-17 | Irrelevant | |
| | | 110:13-17 | | | |
| | | 150:3-13 | 150:3-6 | | |

---

[1] Taishan made its initial deposition designations on November 9, 2015. Those designations are replicated here for efficiency.

| Witness Name | Date of Deposition | Taishan Designations | PSC Designations | Taishan Objection | Taishan Counter-Designation |
|---|---|---|---|---|---|
| | | | 150:8-13 | | |
| Che Depo | 6/3/2015 | 187:9-16 | 186:23-187:2 | | |
| | | | 187:4-11 | | |
| | | | 191:1-8 | | |
| | | | 191:13-15 | | |
| | | | 192:6-193:3 | | |
| | | 192 25-193: 3 | | | |
| | | | 201:1-6 | | |
| | | 206:12-19 | 206:10-15 | | |
| | | | 206:17-19 | | |
| | | | 259:7-17 (through "as HL_105") | | |
| | | | 260:5-6 | | |
| | | | 260:16-262:7 | | |
| | | | 262:10-11 | | |
| | | 262:14-16 | 262:14-18 | | |
| | | | 262:20-22 | | |
| | | | 265:15-22 | Outside Scope; Irrelevant | 266:13-24 |
| | | | | | |
| Deposition Testimony of Jia Tongchun ("Jia Depo") | 9/17/2015 | | 8:22-23 | | |
| | | 9:7-23 | | | |
| | | | 20:24-21:10 | | |
| | | | 21:13-14 | | |
| | | 24:25-25:6 | 24:11-25:3 | Calls for a legal conclusion | |
| | | | 25:6 | | |
| | | 25:22-26:5 | 25:8-26:2 | | |
| | | 26:13-27:13 | 26:13-27:13 | | |
| | | 28:24-29:7 | 28:24-29:7 | | |
| | | | 29:8-12 | | |
| | | | 29:14-19 | | |
| | | 30:16-19 | 30:16-24 | | |
| | | | 31:6-7 | | |
| | | | 32:7-21 | | |
| | | | 34:8-17 | | |

2

| Witness Name | Date of Deposition | Taishan Designations | PSC Designations | Taishan Objection | Taishan Counter-Designation |
|---|---|---|---|---|---|
| | | | 34:18-22 | | |
| | | | 37:7-10 | | |
| | | | 37:12-21 | | |
| | | | 38:4-13 | | |
| | | | 39:7-12 | | |
| | | | 39:14-40:24 | | |
| | | | 41:2-12 | | |
| | | | 41:14-22 | | |
| | | | 42:9-10 | | |
| | | | 42:15-25 | | 43:1-22 |
| | | | 43:23-44:11 | | |
| | | 45:5-46:1 | 44:14-46:5 | | |
| | | | 46:8-16 | | |
| | | | 46:23-47:5 | | |
| | | | 47:8-23 | | |
| | | | 47:25-48:1 | | |
| | | | 50:4-9 | | |
| | | | 50:12-51:10 | | |
| | | 54:2-4 | 54:2-7 | | |
| | | | 54:9 | | |
| | | | 54:11-12 | | |
| | | 54:20-56:3 | 54:18-55:11 | | |
| | | | 55:14-56:3 | | |
| | | 56:20-57:1 | 56:20-57:1 | | |
| | | 57:12-15 | 57:12-15 | | |
| | | 57:22-24 | 57:22-24 | | |
| | | | 58:21-59:15 | | |
| | | | 59:16-20 | | |
| | | | 64:22-25 | | |
| | | | 65:5-66:7 | | |
| | | | 66:9-23 | | |
| | | 67:22-68:7 | 67:19-68:5 | | |
| | | 68:17-69:25 | 68:7-69:25 | | |
| | | 70:4-72:6 | 70:3-6 | | |
| | | | 70:8-14 | | |
| | | | 70:16-20 | | |
| | | | 70:22-71:4 | | |
| | | | 71:8-72:9 | | |
| | | | 72:12-24 | | |
| | | | 73:17-21 | | |
| | | 74:17-20 | 74:17-20 | | |
| | | 74:24-75:2 | 74:24-75:2 | | |

| Witness Name | Date of Deposition | Taishan Designations | PSC Designations | Taishan Objection | Taishan Counter-Designation |
|---|---|---|---|---|---|
| | | | 75:18-21 | | |
| | | 76:19-21 | 76:6-21 | | |
| | | 77:6-15 | 77:6-15 | | |
| | | 77:17 | 77:17-78:4 | | |
| | | 77:19-78:9 | | | |
| | | 78:12-25 | 78:6-16 | | |
| | | | 78:20-79:3 | | |
| | | 79:8-18 | 79:6-11 | | |
| | | 79:20-80:8 | 79:16-24 | | |
| | | | 80:4-8 | | |
| | | | 80:18-23 | | |
| | | 83:17-84:4 | 83:17-20 | Argumentative | |
| | | | 83:23-84:18 | | |
| | | 84:6-15 | | | |
| | | 85:5-8 | 85:4-85:6 | | |
| | | 85:13-25 | 85:13-86:5 | | 86:6-9 |
| | | 86:10-22 | 86:10-87:9 | | |
| | | | 87:12-88:14 | | 88:15-18 |
| | | 88:2-7 | | | |
| | | 88:19-25 | 88:19-89:4 | | |
| | | | 89:7 | | |
| | | 89:12-20 | | | |
| | | | 98:8-17 | | |
| | | | 100:25-102:15 | | |
| | | | 102:17 | | |
| | | 106:2-6 | 106:2-107:11 | | |
| | | 106:8-9 | | | |
| | | 106:19-23 | | | |
| | | 107:23-108:11 | 107:16-108:8 | | |
| | | 108:13-24 | 108:10-24 | | |
| | | 109:4-22 | 109:4-22 | | |
| | | 110:14-17 | 110:14-22 | | |
| | | 110:19-22 | | | |
| | | 111:4-5 | 111:4-5 | | |
| | | 111:11-24 | 111:11-24 | | |
| | | 112:14-19 | 112:10-19 | | |
| | | 112:22-25 | 112:22-113:11 | | |
| | | 113:2-13 | | | |
| | | 113:15-114:16 | 113:15-114:13 | | |
| | | | 114:16 | | |

4

| Witness Name | Date of Deposition | Taishan Designations | PSC Designations | Taishan Objection | Taishan Counter-Designation |
|---|---|---|---|---|---|
| | | 114:24-115:14 | 114:20-115:9 | | |
| | | | 115:11-23 | | |
| | | | 116:15-21 | | |
| | | | 116:24-117:9 | | |
| | | | 117:11-15 | Calls for Speculation | 117:16-17 |
| | | | 117:18 | | |
| | | 118:6-119:1 | 118:2-20 | | |
| | | | 118:23-119:8 | | |
| | | 119:3-5 | | | |
| | | 119:14-18 | 119:11-20 | | |
| | | 119:23-120:4 | 119:23- 120:6 | | |
| | | 120:6-121:1 | 120:8- 121:1 | | |
| | | 121:8-12 | 121:7-16 | Form – Compound | |
| | | 121:22-122:4 | 121:20-25 | | |
| | | 122:6-10 | 122:3-7 | | |
| | | 122:12-23 | 122:10-13 | | |
| | | | 122:15-123:3 | Calls for legal conclusion | |
| | | | 123:10-124:4 | Calls for speculation; argumentative | |
| | | | 124:8-14 | | |
| | | 125:3-5 | 125:3-22 | | |
| | | 125:8-19 | | | |
| | | 127:1-14 | 127:1-10 | | |
| | | | 127:14 | | |
| | | 127:16-24 | 127:16-24 | | |
| | | | 128:4-5 | | |
| | | | 128:9 | | |
| | | 128:11-130:21 | 128:11-18 | Attorney-Client Privilege | |
| | | | 129:21- 130:21 | | |
| | | 132:3-15 | 132:2-8 | | |
| | | | 132:11- 133:5 | | |
| | | 132:22- 133:6 | | | |
| | | | 133:10-18 | | |
| | | 133:23-25 | 133:21-25 | | |
| | | 135:18-136:18 | 135:18- 136:1 | | |

5

| Witness Name | Date of Deposition | Taishan Designations | PSC Designations | Taishan Objection | Taishan Counter-Designation |
|---|---|---|---|---|---|
| | | | 136:4-18 | | |
| | | 137:1-5 | 137:1-3 | | |
| | | | 137:5-138:1 | | |
| | | 142:4-22 | 142:4-17 | | |
| | | | 142:19-22 | | |
| | | 143:5 | 143:5-11 | | |
| | | | 143:13-15 | | |
| | | | 144:10-12 | Outside Scope/Relevance | |
| | | | 145:1-2 | Outside Scope/Relevance | |
| | | | 145:5-7 | Outside Scope/Relevance | |
| | | | 145:9 | Outside Scope/Relevance | |
| | | | 145:11-15 | Outside Scope/Relevance | |
| | | | 146:9- 147:12 | Outside Scope/Relevance | |
| | | | 147:23-148:18 | Legal Conclusion/ Outside Scope /Relevance | |
| | | | 148:24-149:16 | Outside Scope/Relevance | |
| | | | 149:19-150:8 | Outside Scope/Relevance | |
| | | | 150:10-13 | Outside Scope/Relevance | |
| | | | 150:15-16 | Outside Scope/Relevance | |
| | | | | | |
| Jia Depo | 9/18/2015 | 169:25-170:5 | 169:24-171:15 | | |

6

| Witness Name | Date of Deposition | Taishan Designations | PSC Designations | Taishan Objection | Taishan Counter-Designation |
|---|---|---|---|---|---|
| | | 170:17-171:25 | 171:19-172:24 | | 172:25 – 173:2 |
| | | | 173: 2 | | |
| | | | 173:4-9 | | |
| | | 175:5-14 | | | |
| | | | 180:19-21 | | 179:24-180:3 188:17-189:6 |
| | | | 180:23-181:2 | Lack of Foundation | |
| | | | 181:5-6 | | |
| | | | 181:8-11 | | |
| | | | 181:14-15 | | |
| | | | 181:18-182:7 | Calls for Speculation | |
| | | | 182:11-12 | | |
| | | | 183:11-15 | | |
| | | | 183:19 | | |
| | | | 188:17-18 | | |
| | | | 188:20 | | |
| | | | 188:22-189:17 | | |
| | | | 190:4-11 | | |
| | | | 194:9-22 | | |
| | | | 195:8-13 | | |
| | | | 195:15-196:3 | Form (Vague) | |
| | | | 196:8 | | |
| | | | 196:10 | Form (Vague) | |
| | | | 196:15-17 | | |
| | | | 197:22-23 | | |
| | | | 197:25 | | |
| | | | 198:18-199:6 | | |
| | | | 199:8-15 | | |
| | | | 199:17-19 | | |
| | | | 199:21- 200:6 | | |
| | | | 210:22- 212:6 | | |
| | | | 212:11-15 | | |
| | | | 216:18-19 | | |
| | | | 216:24 | | |
| | | | 217:11-17 | | |
| | | | 217:20 | | |
| | | | 218:4-9 | | |
| | | | 218:14-15 | | |
| | | | 241:1-8 | | |

| Witness Name | Date of Deposition | Taishan Designations | PSC Designations | Taishan Objection | Taishan Counter-Designation |
|---|---|---|---|---|---|
| | | | 241:17 | | |
| | | | 241:19-242: 1 | | |
| | | | 242:4-6 | | |
| | | | 242:8-9 | | |
| | | | 242:12-22 | | |
| | | | 243:12-17 | | |
| | | | 244:8 | Scope/Relevance | |
| | | 248:11-249:3 | 248:11-17 | | |
| | | | 248:20-249:3 | | |
| | | 287:15-288:18 | 287:15-25 | | |
| | | | 288:1-6 | Scope/Relevance | |
| | | | 290:17-292: 16 | Scope/Relevance | |
| | | | 293:24-296:18 | Scope/Relevance | |
| | | | | | |
| Deposition Testimony of Yu Chen (BNBM PLC 30(b)(6) witness) ("Yu Depo") | 7/8/2015 | | 14:19-21 | Outside Scope; Irrelevant | |
| | | | 66:4-67:12 | Outside Scope; Irrelevant | |
| | | | 68:4-70: 1 | Outside Scope; Irrelevant | |
| | | 73:6-20 | 72:25-74: 5 | | |
| | | 114:21-116:4 | 114:21-115:12 | | |
| | | | 115:20-116:4 | | |
| | | | | | |
| Yu Depo | 7/10/2015 | | 484:21-22 | Outside Scope; Irrelevant | |
| | | | 485:13-486:13 | Outside Scope; Irrelevant | |
| | | | | | |

| Witness Name | Date of Deposition | Taishan Designations | PSC Designations | Taishan Objection | Taishan Counter-Designation |
|---|---|---|---|---|---|
| Deposition Testimony of Wang Bing | 8/25/2015 | 20: 18-23 | | | |
| | | 74: 12- 75:1 | | | |
| | | | | | |
| Deposition Testimony of Zhangli Chang | 6/5/2015 | | 12:10-13:9 | Outside Scope; Irrelevant | |
| | | | 14:10-17 | Outside Scope; Irrelevant | |
| | | | 15:6-18 | Outside Scope; Irrelevant | |
| | | | 16:10-25 | Outside Scope; Irrelevant | |
| | | | 112:3-12 | Outside Scope; Irrelevant | |
| | | | 112:16-18 | Outside Scope; Irrelevant | |
| | | | 112:25-113:16 | Outside Scope; Irrelevant | |
| | | | 114:7-9 | Outside Scope; Irrelevant | |
| | | | | | |
| Deposition Testimony of Song Zhiping | 9/14/2015 | | 11:21-12:14 | Outside Scope; Irrelevant | |
| | | | 59:4-6 | Outside Scope; Irrelevant | 59:5-9 |
| | | | 59:9 | Outside Scope; Irrelevant | 92:8-93:5 |
| | | | | | |
| Deposition Testimony of Cao Jianglin | 8/4/2015 | | 14:1-18 | Outside Scope; Irrelevant | |
| | | | 14:24-15:1 | Outside Scope; Irrelevant | |
| | | | 15:3-4 | Outside Scope; Irrelevant | |

9

| Witness Name | Date of Deposition | Taishan Designations | PSC Designations | Taishan Objection | Taishan Counter-Designation |
|---|---|---|---|---|---|
| | | | 15:12-14 | Outside Scope; Irrelevant | |
| | | | 15:16-17 | Outside Scope; Irrelevant | |
| | | | 107:4-7 | Outside Scope; Irrelevant | |
| | | | 108:18-110:1 | Outside Scope; Irrelevant | 109:24-110:1 110:11-17 112:16-22 |
| | | | 119:19-120:4 | Outside Scope; Irrelevant | |
| | | | 120:22-121:6 | Outside Scope; Irrelevant | |
| | | | 121:9-13 | Outside Scope; Irrelevant | |
| | | | 121:16 | Outside Scope; Irrelevant | |
| | | | | | |
| Deposition Testimony of Zhou Guoping ("Zhou Depo") | 6/16/2015 | | 8:23-9:2 | Outside Scope; Irrelevant | |
| | | | 9:15-18 | Outside Scope; Irrelevant | |
| | | | 10:25-11:2 | Outside Scope; Irrelevant | |
| | | | 17:16-25 | Outside Scope; Irrelevant | |
| | | | 19:15-19 | Outside Scope; Irrelevant | |
| | | | | | |
| Zhou Depo | 6/17/2015 | | 166:10-16 | Outside Scope; Irrelevant | |
| | | | 169:13-170:10 | Outside Scope; Irrelevant | 170:5-12 |
| | | | 170:12-171:7 | Outside Scope; Irrelevant | |
| | | | 171:9-173:18 | Outside Scope; Irrelevant | |
| | | | 174:19-175:4 | Outside Scope; Irrelevant | |

10

| Witness Name | Date of Deposition | Taishan Designations | PSC Designations | Taishan Objection | Taishan Counter-Designation |
|---|---|---|---|---|---|
| | | | 175:11-176:13 | Outside Scope; Irrelevant | |
| | | | 176:17-177:16 | Outside Scope; Irrelevant | |
| | | | 177:18-178:3 | Outside Scope; Irrelevant | |
| | | | 178:10-179:2 | Outside Scope; Irrelevant | |
| | | | 180:4 | Outside Scope; Irrelevant | |
| | | | 180:6-11 | Outside Scope; Irrelevant | |
| | | | 180:13-19 | Outside Scope; Irrelevant | |
| | | | 181:19-182:13 | Outside Scope; Irrelevant | |
| | | | 183:11-19 | Outside Scope; Irrelevant | |
| | | | 184:17-185:4 | Outside Scope; Irrelevant | |
| | | | 185:7-9 | Outside Scope; Irrelevant | |
| | | | 187:16-188:25 | Outside Scope; Irrelevant | |
| | | | 189:2-8 | Outside Scope; Irrelevant | |
| | | | 189:10-19 | Outside Scope; Irrelevant | |
| | | | 189:24-190:2 | Outside Scope; Irrelevant | |
| | | | | | |
| Deposition Testimony of Peng Shilang | 1/11/2012 | | 20:14-20 | Outside Scope; Irrelevant | |
| | | | 23:12-20 | Outside Scope; Irrelevant | |
| | | | 24:16-25:11 | Outside Scope; Irrelevant | |
| | | | 25:15-18 | Outside Scope; Irrelevant | |
| | | | 26:19- 27:2 | Outside Scope; Irrelevant | |

11

| Witness Name | Date of Deposition | Taishan Designations | PSC Designations | Taishan Objection | Taishan Counter-Designation |
|---|---|---|---|---|---|
| | | | 27:7-16 | Outside Scope; Irrelevant | |
| | | | 28:10-15 | Outside Scope; Irrelevant | |
| | | | 28:20-22 | Outside Scope; Irrelevant | |
| | | | 38:1-10 | Outside Scope; Irrelevant | |
| | | | 38:18-39:1 | Outside Scope; Irrelevant | |
| | | | 42:14-24 | Outside Scope; Irrelevant | |
| | | | 46:21-48:13 | Outside Scope; Irrelevant | |
| | | | 48:18-49:3 | Outside Scope; Irrelevant | |
| | | | 50:24-51:3 | Outside Scope; Irrelevant | |
| | | | 51:13-52:5 | Outside Scope; Irrelevant | |
| | | | 52:12-54:2 | Outside Scope; Irrelevant | |
| | | | 55:18-56:9 | Outside Scope; Irrelevant | |
| | | | 59:8-12 | Outside Scope; Irrelevant | |
| | | | 62:12-22 | Outside Scope; Irrelevant | |
| | | | 100:1-101:1 | Outside Scope; Irrelevant | |
| | | | 101:9-102:7 | Outside Scope; Irrelevant | |
| | | | 102:19-23 | Outside Scope; Irrelevant | |
| | | | 109:2-110:5 | Outside Scope; Irrelevant | |
| | | | 112:9-115:5 | Outside Scope; Irrelevant | |
| | | | 117:1-25 | Outside Scope; Irrelevant | |
| | | | 125:10-126:7 | Outside Scope; Irrelevant | |

| Witness Name | Date of Deposition | Taishan Designations | PSC Designations | Taishan Objection | Taishan Counter-Designation |
|---|---|---|---|---|---|
| | | | 126:17-127:16 | Outside Scope; Irrelevant | |

Dated:  November 12, 2015

Respectfully submitted,

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana  70179
Phone:  (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*