# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

Considering Taishan's Omnibus Motion to Exclude Plaintiffs' Proposed Exhibits and Irrelevant Deposition Designations for November 17, 2015 Hearing, **IT IS ORDERED** that the motion is **GRANTED** and the Plaintiffs' Exhibit List and Deposition Designations are excluded to the extent set forth in the objections listed in Exhibit A and Exhibit B attached to Taishan's Omnibus Motion.

New Orleans, Louisiana, this ____ day of ____, 2015.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge