# EXHIBIT B

Confidential - Subject to Further Confidentiality Review

Page 110

1      question, please?

2              MR. HERMAN:  Yeah.

3   BY MR. HERMAN:

4      Q    Describe your personal file.

5      A    My file is placed in a file envelope in the

6   personnel department of the company.

7      Q    Give me the address of the personnel

8   department of Taishan.

9      A    Taian City, T-A-I-A-N.  Daiyue District,

10  D-A-I-Y-U-E, District.  Dawenkuo, D-A-W-E-N-K-U-O.

11     Q    And is that where Mr. Jia's file is?

12     A    Correct.

13     Q    And isn't there a file there on Mr. Peng?

14     A    They used to have.

15     Q    Well, do you know, today, whether there's a

16  file there for Mr. Peng?

17     A    Not anymore.

18             MR. HERMAN:  Thank you.  We'll recess.

19             MR. TAYLOR:  Okay.  Thank you, sir.

20             THE VIDEOGRAPHER:  This is the end of

21       Tape 3.  We're now off the record at 2:17.

22             (Recess taken, 2:17 p.m. to 2:37 p.m.)

23             THE VIDEOGRAPHER:  This is the beginning

24       of Tape 4.  We're now back on the record.  The

25       time is 2:37.