**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**ORDER**

Considering Taishan's Motion to Quash Plaintiffs' Subpoena for Production of Items

Related to Peng Wenlong, **IT IS ORDERED** that the motion is **GRANTED** and the Plaintiffs'

Subpoena is quashed.


New Orleans, Louisiana, this _____ day of _____, 2015.


_____
Honorable Eldon E. Fallon
U.S. District Court Judge