IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**<u>MEMORANDUM OF THE PLAINTIFFS' STEERING COMMITTEE OUTLINING EVIDENCE TO BE PRESENTED AT THE NOVEMBER 17, 2015 HEARING TO ADDRESS ISSUES OF SPOLIATION, CONTEMPT, AND/OR ADVERSE INFERENCES RELATED TO TAISHAN GYPSUM AND PENG WENLONG</u>**

# FILED UNDER SEAL