UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Considering the Supplemental Response filed by Ace Home Center (R. Doc. 19728), **IT IS ORDERED** that any party who wishes to respond to Ace's response do so within a week of this order.

New Orleans, Louisiana, this 13th day of November, 2015.

						_____
						UNITED STATES DISTRICT JUDGE

1