UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | |

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S MOTION FOR RECONSIDERATION OF THE ORDER GRANTING THE PSC'S MOTION <u>CONTESTING CLAIMS OF PRIVILEGE AND MEMORANDUM IN SUPPORT</u>**


# FILED UNDER SEAL