**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*All Cases* | |

**MOTION OF BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY FOR LEAVE TO FILE OPPOSITION TO THE PSC'S EMERGENCY MOTION FOR A RULE 16 CONFERENCE AND FOR EXPEDITED CONSIDERATION AND CROSS-MOTION FOR A PROTECTIVE ORDER FORBIDDING THE DEPOSITION NOTICED IN THE PSC'S OCTOBER 23, 2015 DEPOSITION NOTICE UNDER SEAL**

Beijing New Building Materials Public Limited Company ("BNBM PLC") respectfully moves the Court for leave to file under seal the attached Opposition to the PSC's Emergency Motion For a Rule 16 Conference and for Expedited Consideration and Cross-Motion for a Protective Order Forbidding the Deposition Noticed in the PSC's October 23, 2015 Deposition Notice ("Opposition") and Exhibit 3.  BNBM PLC submits that the entirety of the opposition should be under seal as it contains and references materials and documents designated as confidential.  Exhibit 3 should also be under seal, because it is a not-yet-finalized translation of a document that is currently only publically available in Chinese.  The translation is being prepared on an expedited basis.  BNBM PLC anticipates producing a non-confidential version of the document once the English translation is finalized.

WHEREFORE, BNBM PLC prays that this motion be granted and its Opposition and Exhibit 3, be filed UNDER SEAL.

Dated:  November 16, 2015

                                                  Respectfully submitted,

**DENTONS US LLP**

By: */s/ Michael H. Barr*
Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 5900
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

Kenneth J. Pfaehler
D.C. Bar No. 461718
Drew W. Marrocco
D.C. Bar No. 453205
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
kenneth.pfaehler@dentons.com
drew.marrocco@dentons.com

C. Michael Moore
Texas Bar No. 14323600
Matt Nickel
Texas Bar No. 24056042
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
matt.nickel@dentons.com

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Materials Public Limited Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Motion of Beijing New Building Materials Public Limited Company For Leave To File Its Opposition to the PSC's Emergency Motion For a Rule 16 Conference and for Expedited Consideration and Cross-Motion for a Protective Order Forbidding the Deposition Noticed in the PSC's October 23, 2015 Deposition Notice Under Seal** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this November 16, 2015.

/s/     Michael H. Barr