UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases* | |

### ORDER

Considering the Motion of Beijing New Building Materials Public Limited Company ("BNBM PLC") for Leave to file the Opposition to the PSC's Emergency Motion For a Rule 16 Conference and for Expedited Consideration and Cross-Motion for a Protective Order Forbidding the Deposition Noticed in the PSC's October 23, 2015 Deposition Notice ("Opposition") and Exhibit 3 to the Opposition under Seal;

IT IS ORDERED that the motion is GRANTED; and the Opposition and Exhibit 3 be filed into the record UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2015.

_____
Honorable Eldon E. Fallon
U.S. District Judge