**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED** **DRYWALL PRODUCTS LIABILITY** **LITIGATION** | **MDL NO. 2047** **SECTION: L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** *ALL CASES* | |

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S**
**OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY**
**MOTION FOR A RULE 16 CONFERENCE AND FOR EXPEDITED**
**CONSIDERATION, AND CROSS-MOTION FOR A PROTECTIVE ORDER BARRING**
**THE DISCOVERY SOUGHT BY THE PSC**

# FILED UNDER SEAL