UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | |

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION FOR A RULE 16 CONFERENCE AND FOR EXPEDITED CONSIDERATION, AND CROSS-MOTION FOR A PROTECTIVE ORDER BARRING THE DISCOVERY SOUGHT BY THE PSC**

# EXHIBIT 3 FILED UNDER SEAL