# EXHIBIT "A"

# Lillian Flemming

| | |
|---|---|
| **Subject:** | FW: In re Chinese-Manufactured Drywall subpoena to Grant Thornton International |
| **Attachments:** | image001.jpg |

On Nov 16, 2015, at 4:54 PM, Falkenberg, Thomas <TFF@willmont.com> wrote:

Russ,

Please be advised that I have been retained by Grant Thornton LLP to respond to the subpoena issued in the above matter.  Accordingly, direct future communications on this to my attention.

First off, the subpoena is objected to on the basis that is was improperly issued to Grant Thornton International, which is a separate legal entity.

Secondly, in responding to your subpoena as it relates to Grant Thornton LLP, which is the US firm, Grant Thornton has no computers, hard drives or servers produced by Taishan, so the response to your subpoena is "none".

Should you have any questions, please contact me.

Tom

**Thomas F. Falkenberg**

WILLIAMS MONTGOMERY & JOHN LTD
A FIRM OF TRIAL LAWYERS

Phone | 312.443.3240
Fax | 312.630.8540
233 South Wacker Drive, Suite 6100
Chicago, Illinois 60606
tff@willmont.com | www.willmont.com | Bio | VCard

Confidentiality Statement. The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.443.3200 and/or by reply e-mail.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * *