UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*All Cases* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### JOINDER OF CNBM COMPANY IN BNBM COMPANY'S RESPONSE TO THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION FOR A RULE 16 CONFERENCE AND FOR EXPEDITED CONSIDERATION

China National Building Materials Co., Ltd. ("CNBM Company") hereby joins in Beijing New Building Materials Public Limited Company's ("BNBM Company's") Proposed Response (Rec. Doc. 19740-2) to the Plaintiffs' Steering Committee's Emergency Motion for a Rule 16 Conference and for Expedited Consideration (Rec. Doc. No. 19704), and incorporates by reference the arguments and authorities set forth therein.

Respectfully submitted,

/s/ L. Christopher Vejnoska

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082)<br>Ian Johnson (CA Bar No. 208713)<br>Andrew Davidson (CA Bar No. 266506)<br>Jason Wu (CA Bar No. 279118)<br>Jason Cabot (CA Bar No. 288877)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>San Francisco, CA  94105<br>Tel.:  415-773-5700<br>E-mail:  cvejnoska@orrick.com<br>              ijohnson@orrick.com<br>              adavidson@orrick.com<br>              jmwu@orrick.com<br>              jcabot@orrick.com | Ewell E. Eagan, Jr. (LA Bar No. 5239)<br>Donna Phillips Currault (LA Bar No. 19533)<br>Nina Wessel English (LA Bar No. 29176)<br>Alex B. Rothenberg (LA Bar No. 34740)<br>GORDON, ARATA, MCCOLLAM,<br>DUPLANTIS & EAGAN, LLC<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-4000<br>Tel: (504) 582-1111<br>E-mail: eeagan@gordonarata.com<br>              dcurrault@gordonarata.com<br>              nenglish@gordonarata.com<br>              arothenberg@gordonarata.com |
| James L. Stengel (NY Bar No. 1800556)<br>Xiang Wang (NY Bar No. 4311114)<br>Kelly Daley (NY Bar No. 4970117)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY, 10019<br>Tel:  212-506-5000<br>Email:  jstengel@orrick.com<br>              xiangwang@orrick.com<br>              kdaley@orrick.com | Jonathan Riddell (LA Bar No. 27053)<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>Tel: 916-447-9200<br>Email: jriddell@orrick.com |
| Eric A. Shumsky (D.C. Bar No. 477926)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Columbia Center<br>1152 15th Street NW<br>Washington, D.C. 20005<br>Tel: 202-339-8400<br>Email: eshumsky@orrick.com | *Attorneys for CNBM Company* |

Dated:   November 16, 2015

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **JOINDER OF CNBM COMPANY IN BNBM COMPANY'S RESPONSE TO THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION FOR A RULE 16 CONFERENCE AND FOR EXPEDITED CONSIDERATION** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of November, 2015.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail:cvejnoska@orrick.com

*Counsel for CNBM Company*