UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 09-6687 (E.D.La.);<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-6690 (E.D.La.);<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No 10-361 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1395 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1673 (E.D.La.) | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File PSC Reply to Taishan's Response to Plaintiffs' Motion for Expedited Hearing on Setting Phased Individual Damages Trials and PSC Proposal for Scheduling Individual Damages Mini Trials Against Taishan Defendants;

1

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached PSC Reply to Taishan's Response to Plaintiffs' Motion for Expedited Hearing on Setting Phased Individual Damages Trials and PSC Proposal for Scheduling Individual Damages Mini Trials Against Taishan Defendants be and is hereby filed into the record.

New Orleans, Louisiana, this 13th day of      November     , 2015.

                                                           _____
                                                           Eldon E. Fallon
                                                           United States District Court Judge