UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 09-6687 (E.D.La.);<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-6690 (E.D.La.);<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No 10-361 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1395 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1673 (E.D.La.) | |

**PSC REPLY TO TAISHAN'S RESPONSE TO PLAINTIFFS'
MOTION FOR EXPEDITED HEARING ON SETTING PHASED
INDIVIDUAL DAMAGES TRIALS AND PSC PROPOSAL FOR SCHEDULING
<u>INDIVIDUAL DAMAGES MINI TRIALS AGAINST TAISHAN DEFENDANTS</u>**

1. Taishan has opposed Plaintiffs' Motion for Expedited Hearing on Setting Phased Damages Trials. (Rec. Doc. 19712). Taishan claims that it would be a "disorderly rush," to do so. (Id. at 2). For thousands of Taishan Chinese Drywall homeowners, waiting for at least 6 years to get their day in Court to attempt to restore their homes to a livable condition, while the Taishan

1

defendants absented themselves from this proceeding and then jumped back in and out again, is not a rush at all; but rather it is the Taishan defendants' orchestrated scheme to deprive plaintiffs of timely and adequate compensation. *See* Order, Rec. Doc. 19173 at 10 ("This action has already been underway for more than six years and the Court is reluctant to require any action that might further delay justice to the impacted homeowners.").

2. As Taishan admits, "damages" is the first priority track on this Court's agenda (Id. at 2), yet each and every effort to address those damages against Taishan - the entity who undisputedly is liable for those damages- meets with more obfuscation .There are only two forms of damages to be addressed: (1) the formulaic class remediation damages that were the subject of the Courts' June 9, 2015 hearing and await the Courts' FOFCOL, and (2) the remaining individualized damages claims. Since the first of these two damages proceedings has already occurred, the next logical step consistent with the Court's prioritization of the damages track, is to set a schedule for the remaining individualized damages mini trials, which both sides agree must be resolved on an individualized basis.   Pursuant to Plaintiffs' Motion for Expedited Hearing on Setting Phased Individual Damages Trial Against Taishan (Rec. Doc. 19705), the PSC's Second Revised Trial Plan for the Assessment of Class Damages (Rec. Doc 18753 at Sec. IV (E)), and this Court's authority under Rule 55(b)(2) to assess damages against the default judgment  Taishan Defendants, the PSC submits the following proposal for review by the Court and discussion with defense counsel immediately after the November 16, 2015 status conference, or as soon thereafter as is possible.

3. The universe of Class Members who claim individualized damages (hereinafter "Claimants") consists of 2,679 claimants. This includes present and former owners of Taishan Defendants' Chinese Drywall properties located in 12 states (Alabama, Florida, Georgia,

Louisiana, Mississippi, New Jersey, North Carolina, Ohio, South Carolina, Tennessee, Texas and Virginia).

4. For 1935 of these Claimants, their formulaic remediation damages claims were part of the June 9, 2015 Hearing. These Claimants still have remaining individualized damages claims, which the PSC proposes will be resolved in the individual damages phase for which the PSC now seeks a trial schedule.  In addition, there exist 744 Class Members who were not part of the June 9, 2015 Class remediation claims presented in Exhibit 79, who also seek individualized damages and the setting of a trial schedule.

5. Claimants seek the following types of individualized damages claims:

    a. alternative living expenses (ALE)
    b. loss of use and enjoyment (LUE)
    c. personal property (PP)
    d. lost rent / business (LRB)
    e. remediation (for those not part of the June 9, 2015 Exhibit 79 Class remediation claim)
    f. short sale/foreclosure/bankruptcy (SSFB) and
    g. other (depending on individual circumstances of claimant)

6. The PSC proposes that the individual damages mini trials be scheduled on a state by state basis—for example, the first setting would include all the Class Members with properties in Florida, the second for Class Members with properties in Louisiana, the third for Class Members with properties in Virginia, and so on.  The PSC will provide state by state claimant lists to the Court and counsel 60 days prior to a scheduled mini trial.[1] The individual

---

[1] All of the product identification and square footage data, and the PPF's for all class members including both those identified on Ex. 79 and those bringing solely individualized damage claims will have been provided to defense counsel by November 13, 2015.  In addition, all of this data in support of the damages claims brought by each plaintiff on the recently filed Omni XX compliant (Rec. Doc. 19625), will be provided by November 13, 2015.

3

claimant will also provide a damages summary to the Court and defendants at a designated time prior to trial. An exemplar is attached as Ex. A hereto.

Dated: November 12, 2015

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)(on the brief)
Leonard A. Davis (LA Bar No. 14190)(on the brief)
Stephen J. Herman (LA Bar No. 23129)(on the brief)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier (on the brief)
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger (on the brief)
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (on the brief)
Kristen Ward Broz (on the brief)
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of November, 2015.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*