In re: Chinese-Manufactured Drywall Prod. Liab. Lit.



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 137443-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Taishan Gypsum Co., Ltd., and Tai'an Taishan Plasterboard Co., Ltd., through their counsel of record Bernard Taylor, Sr., Alston & Bird, LLP
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **Georgia** ) ss.
County of: **Fulton** )

Name of Server: **Donnie C. Briley**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **10** day of **November**, 20**15**, at **3:00** o'clock **P** M

Place of Service: at One Atlantic Center, in Atlanta, GA
1201 W. Peachtree St, Ste. 4900

Documents Served: the undersigned served the documents described as:
Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Taishan Gypsum Co., Ltd., and Tai'an Taishan Plasterboard Co., Ltd., through their counsel of record Bernard Taylor, Sr., Alston & Bird, LLP
By delivering them into the hands of an officer or managing agent whose name and title is: **Mona Jones, Authorized to accept**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **black**; Hair Color **salt & pepper**; Facial Hair ____
Approx. Age **45-55**; Approx. Height **sitting**; Approx. Weight **medium build**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_(signature)_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **12** day of **Nov.**, 20**15**

_(signature)_ Chilsean Thompson
Notary Public (Commission Expires)

[Notary Seal: CHILSON THOMPSON, NOTARY PUBLIC, COBB COUNTY, GEORGIA, EXPIRES MAY 21, 2017]

483360