In re: Chinese-Manufactured Drywall Prod. Liab. Lit.



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 137443-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Grant Thornton International, through its agent, Thomas D. Rafter
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **ILLINOIS** ) ss.
County of: **COOK** )

**Name of Server:** **WALTER SINDELAR**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **11** day of **November**, 20 **15**, at **2:15** o'clock **P** M

**Place of Service:** at 171 N. Clark Street, 2nd Floor , in Chicago, IL

**Documents Served:** the undersigned served the documents described as:
Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Grant Thornton International, through its agent, Thomas D. Rafter**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Katya Velcendo, Paralegal**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **Caucasian**; Hair Color **Brown** ; Facial Hair _____
Approx. Age **35-40** ; Approx. Height **5'5** ; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Walter Sindelar*
Signature of Server

Subscribed and sworn to before me this **16** day of **November**, 20 **15**

_____ (Commission Expires)
Notary Public

APS International, Ltd.

OFFICIAL SEAL
CAROLINE RZEMPOWSKA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/30/19

151517