UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Brooke, et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.* Case No. 15-4127 | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel Without Substitution, and the Court having considered the Motion and Supporting Memorandum, and finding that counsel has complied with Local Rule 83.2.11,

**IT IS ORDERED** that the Motion to Withdraw as Counsel Without Substitution is GRANTED and that Dawn Barrios and the law firm of Barrios, Kingsdorf & Casteix, LLP is discharged from any further obligation and relived of any further appearance in this case on behalf of Don and Sandra Delk. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiffs Don and Sandra Delk by mail to 1895 North Pimlico Point, Crystal River, FL 34429.

New Orleans, Louisiana, this 13th day of November, 2015.

ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE