MINUTE ENTRY
FALLON, J.
NOVEMBER 17, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>  DRYWALL PRODUCTS<br>  LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances: Christopher Seeger, Esq. Russ Herman, Esq. and Arnold Levin, Esq. for Plaintiffs
Bernard Taylor, Esq. and Christy Eikhoff, Esq. for Taishan Defendants

**SPOLIATION HEARING** - Evidentiary (doc. 19686)

Opening statements were made by counsel for Plaintiffs and Defendants.

Exhibits were offered and admitted by both sides, subject to objections lodged with the court.

Parties to file additional briefing, closing statements by parties will be set at a later date

JS10: 1:08