MINUTE ENTRY
FALLON, J.
NOVEMBER 16, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:  Fred Longer, Esq. for Plaintiffs
          Kerry Miller, Esq. for Knauf Defendants
          Roger Elliott, Pro Se (by telephone)
          Allison Elliott, Pro Se (by telephone)

1. Rule to Show Cause regarding Second Motion to Deposit Settlement Funds into Court's Registry regarding Roger and Allison Elliott    (19584)

After argument -  Show Cause is SATISFIED with the Court's written reasons to follow.

2. Motion of Knauf Defendants, to Reconsider Order regarding Oceanique's Motion for Court Review of the Special Master's Opinion  (Rec. Doc. 19413)    (19428)

After argument - Motion GRANTED. An Evidentiary Hearing regarding this matter is to be held following the next Monthly Status Conference, on December 7, 2015 at 2:00pm.

JS10:    :50