UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Considering the Motion for Authority to Submit Other Loss Fund Claim filed by Patricia Harvey (R. Doc. 19680), **IT IS ORDERED** that any party who wishes to respond to Ms. Harvey's motion do so within a week of this order.

New Orleans, Louisiana, this 17th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

1