UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

THIS DOCUMENT RELATES TO: ALL CASES

### ORDER

Considering the concerns brought to the Court's attention during the November Monthly Status Conference by Ms. Rebecca Hohne regarding the remediation of her home, **IT IS ORDERED** that the Court will conduct an evidentiary hearing on Wednesday December 16, 2015 at 9:00 a.m. in order to determine whether the Knauf/Moss remediation of Ms. Hohne's home was completed in a satisfactory manner.

New Orleans, Louisiana, this 17th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

Cc:
Rebecca Hohne
2473 Ridgemont Drive
Birmingham, AL 35244

1