UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
................................................... : WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from claimant Lydia Bazile-Claudet requesting permission to appeal the Special Master's denial of her claim despite the fact that the deadline for such an appeal has passed.

**IT IS ORDERED** that the attached correspondence be filed into the record.

**IT IS FURTHER ORDERED** that a representative of the Plaintiffs' Steering Committee review the correspondence and reach out to Ms. Bazile-Claudet to determine whether there were any extenuating circumstances which led to the lateness of her appeal.

New Orleans, Louisiana, this 17th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
Ms. Lydia Bazile-Claudet
352 Oak Point Drive
Laplace, LA 70068

1