October 22, 2015



Dear Honorable Judge Eldon E. Fallon,

My name is Lydia M. Bazile-Claudet, I am a claimant in the Chinese Drywall Settlement Program. My Claimant ID is 104982, Claim ID 1557 and Affected Property ID is 7254.

I am writing you because my claim was denied by the Special Master, and I requested to appeal directly to you. Please read the attached E-mail I sent to Brown-Greer.

I pray that you find mercy and help me in getting closure to my nightmare as a result of being exposed to Chinese Drywall, in April 2005.

If you ever need to reach me, I can be reached at (504) 559-8474 or (985) 651-0913.


Sincerely,

Lydia M. Bazile-Claudet

*Lydia M. Bazile-Claudet*

CC: Attachment to Brown-Greer

October 20, 2015

Dear Brown-Greer,

    I want to thank you for allowing me to get this far in the process of making a claim for Chinese Drywall. I appreciate, sincerely, your non-bias and professionalism with me, although I am not attorney represented.

    I am deeply sadden that I missed the deadline to appeal to Judge Fallon. I did not know the deadline in advance, as all other communications gave deadlines, when necessary.

    I know an audience with Judge Fallon had no guarantee but, it would have given me a sense of peace of mind, knowing that I had done all that was humanly possible to win my case. Since my exposure to Chinese Drywall in April of 2005, I have been suffering. Some of my symptoms include, but not limited to, chronic coughing, wheezing, discolored mucus, a poor and compromised immune system, breathing problems, and Cancer.

    Due to my exposure to Chinese Drywall, my life expectancy is questionable. It is too late for me. I worked with children when I was exposed. They were exposed just like me. I fear for them and I am fighting vigorously to leave a good paper trail to help them understand why they are ill. I hope to lessen their suffering.

    Maybe my suffering, losses and God forbid death, may help the children. I have left a strong case history of my exposure to

1

Chinese Drywall. My prayer is that my nightmare with Chinese Drywall, help the children I once serviced. I would not want any child to suffer the way I have and am.

Would you please re-consider my denial to appeal to Judge Fallon, since I did not have a deadline on my notice and I was only two days late. Although, I have been suffering and taking Chemo Therapy treatments, I would have met the deadline **because it was critical to my life and livelihood.**

Please consider sending my case to Judge Fallon

Respectfully,

Lydia Bazile-Claudet