UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Considering the Rule to Show Cause regarding Roger Elliott's Motion to Release Settlement Funds from the Court Registry (R. Doc. 19584), **IT IS ORDERED** that the settlement funds be disbursed from the Court's registry to Allison Elliott pursuant to the court order issued by the Honorable Laurie E. Buchanan from the Circuit Court of the Nineteenth Judicial Circuit and for Martin County, Florida.

New Orleans, Louisiana, this 17th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE