UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases* | |

## ORDER

Considering Motion of Beijing New Building Materials Public Limited Company ("BNBM PLC") for Leave to file the Motion and Memorandum in Support of its Motion for Reconsideration of the Order Granting the PSC's Motion Contesting Claims of Privilege Contesting Claims of Privilege with exhibits Under Seal;

IT IS ORDERED that the motion is GRANTED; and the Motion with all supporting memoranda and exhibits be filed into the record UNDER SEAL.

New Orleans, Louisiana, this 17th day of November, 2015.

*[signature: Eldon E. Fallon]*

Honorable Eldon E. Fallon
U.S. District Judge

85532241\V-1