UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion for Leave to File Exhibits Under Seal filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits B, C and D attached to the Plaintiffs' Steering Committee's Opposition to Taishan's Motion to Quash Plaintiffs' Subpoena for Production of Items Related to Peng Wenlong [Rec. Doc. 19742] be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 17th day of November, 2015.

_____
Eldon E. Fallon
United States District Court Judge