IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## O R D E R

Considering the Motion for Leave to File Memorandum of the Plaintiffs' Steering Committee Outlining Evidence to be Presented at the November 17, 2015 Hearing to Address Issues of Spoliation, Contempt and/or Adverse Inferences Related to Taishan Gypsum and Peng Wenlong UNDER SEAL;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Memorandum of the Plaintiffs' Steering Committee Outlining Evidence to be Presented at the November 17, 2015 Hearing to Address Issues of Spoliation, Contempt and/or Adverse Inferences Related to Taishan Gypsum and Peng Wenlong be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 17th day of   November , 2015.

_____
Eldon E. Fallon
United States District Court Judge