IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### ORDER SEALING AND RELEASING
### THE TRANSCRIPT OF THE NOVEMBER 17, 2015 HEARING

WHEREAS, pursuant to the Second Amended Order and Plan for the November 17, 2015 Evidentiary Hearing (Rec. Doc. 19681), the Court heard opening arguments from the Plaintiffs' Steering Committee ("PSC") and Taishan Gypsum Co., Ltd. ("Taishan") (collectively, the "parties") for the Evidentiary Hearing;

WHEREAS, during the course of the opening arguments, references were made to documents and information that Taishan has designated "highly confidential";

WHEREAS, Taishan requests that this information remain protected and the transcript be sealed;

WHEREAS, the PSC reserves the right and opportunity to challenge any or all of the designations of confidentiality in the future;

WHEREAS, the court reporter requires an order permitting release of the transcripts to the parties; and

WHEREAS, the parties stipulate and agree to this Order:

1

2

IT IS HEREBY ORDERED THAT the transcript of the November, 17, 2015 hearing shall be sealed and the transcript of that hearing be released to the parties.

THIS DONE the 18th day of   November  , 2015, New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE