```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date:  November ~~12,~~ 19, 2015

Stephen and Diane Brooks, et al

vs.

State-Owned Assets Supervision and Administration Commission of the State Council, et al

Case No. 15-4127   Section L

Dear Sir:

Please (**issue**) (re-issue) summons on the (**complaint**) (**amended complaint**) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name)  China National Building Material Co., Ltd., c/o L. Christopher Vejnoska, Orrick, Herrington & Sutcliffe, LLP
   (address)  The Orrick Bldg., 405 Howard St., San Francisco, CA 94105

2. (name)  China National Building Materials Group Corporation, c/o L. Christopher Vejnoska, Orrick, Herrington & Sutcliffe, LLP
   (address)  The Orrick Bldg., 405 Howard St., San Francisco, CA 94105

3. (name)  Beijing New Building Materials Public Limited Co., c/o Michael Barr, Dentons
   (address)  1221 Avenue of the Americas, New York, NY 10020-1089

4. (name)  Beijing New Building Materials (Group) Co., Ltd., c/o Michael Barr, Dentons
   (address)  1221 Avenue of the Americas, New York, NY 10020-1089

Very truly yours,

/s/ Leonard A. Davis
"Signature"

Attorney for   Plaintiffs

Address   820 O'Keefe Avenue
          New Orleans, LA  70113