UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
: WILKINSON

THIS DOCUMENT RELATES TO: ALL CASES

## ORDER

The Court received and reviewed the attached correspondence from Alan Thriffiley.

**IT IS ORDERED** that the attached correspondence shall be entered into the record.

**IT IS FURTHER ORDERED** that a representative from the Plaintiffs' Steering Committee reach out to Mr. Thriffiley to advise him of whether he has any post-remediation warranty rights.

New Orleans, Louisiana, this 18th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

1