| | | |
|---|---|---|
| TO | Judge Fallon | November 18, 2015 |

FROM    Alan & Patricia Thriffiley
        134 Normandy Oaks Blvd.
        Covington, LA   70433
        985-898-2970 house
        504-957-1290 Alan
        504-957-1270 Patty

RE    Chinese Knauf Drywall Class Action
       Outstanding Warranty and punch list items not completed

I am requesting this document to be placed in the court record to protect my rights.  A copy has been sent to the contractor and Jimmy Doyle.  Documentation will be supplied upon request.

Facts:
My home was part of the class action and repairs have been made by Moss Construction.
We are approaching the 1 year warranty expiration.
There are a number of unresolved issues stated below, the contractor denies responsibility or ignores the request.
Last visit by contractor, October 6, 2015
Response from contractor received November 6, 2015 See attached.


To date November 17, 2015, we would like to document the following outstanding issues in the court records,  in regard to remediation to our home for Chinese Dry Wall:


Item#
1. Driveway Crack
This was caused from Sheetrock delivery truck.
 I (Alan) witnessed the delivery.
*see photo from Jan 2014 inspection

2. Fireplace Mortar
Wall of fireplace was removed and reinstalled.  Step was not removed.  The mortar on wall and step are now two different colors.
*see #4 on  punch list

3. Kitchen/ Bath  Cabinets
There are several severe markings on our cabinets.  The damage on bottom of doors/frames look like crowbar markings.  There is also a spot on the island cabinet where the wood is sliced.   Nail holes are also visible.  Our cabinets were custom made,  touching up with a putty stick is not acceptable.
*see comments #26 & #32 on punch list

4. Trim/Door paint
The paint on trim and interior doors is peeling.  They were touched up. The touch up is peeling.  We have top quality paint.  We think the doors were not sanded before painting.  One of the doors was left outside.

1

*see #23 on punch list & email 2/25/15

5. Grout on Porcelain floors
During our remediation the cardboard covering was removed at testing for dust. After testing, the cardboard covering was reapplied. It was not secure and continued to come off. Our porcelain floors were exposed and are stained from Sheetrock dust.
see #2 on punch list

6. Paint & Overspray
There is still over spray on flooring, windows, doors,door hinges, garage floor & bath tubs.

7. Master bath exhaust vent
We question if this is connected to vent outside.

8. Kitchen Island light fixture
Glass in fixture does not fit properly.

9. Back porch door
Our door is wrenched and does not close properly. Our screens are stained. This area was used for storage during remediation. Door was beat during construction.
*see comments @#39 on punch list and email of 11/18/14

10. Front door damage
The privacy strip is broken. It is a double door, will not lock at bottom.
Door was beat during construction. (Bottom door panel was cracked at kickoff.)

11. Front door lock
Our keys DO NOT OPEN.
See email of 12/12/14, stating original lock.

12. Crown separating

13. Paint on Garage Floor

14. Dining Room Window
Window seal was broken during remediation. This was not broken at kickoff. Construction schedule and all notices were posted on this window.

15. Master Shower NEW issue:
Glass shower door would not close properly one morning recently. The glass company came out that afternoon, the door closed properly. The glass Co. thinks water is leaking into the foam insulation, causing it to swell. When it swells, it pushes the door hinges out of plumb, the door will not close.
*see video

Please also be advised, master shower wall was reconstructed after move in to reposition shower fixtures. Upon completion, the glass door (we ordered independently) did not fit plumb. We encountered the expense of ordering a new shower door, as the original door did not fit.

2

New items
16. Laundry tub
Tub has a slow leak.

17. Study Floor threshold
Threshold has come unglued.

*[signature]*

## Alan Thriffiley

| | |
|---|---|
| From: | Patty Thriffiley <thriffiley@yahoo.com> |
| Sent: | Wednesday, November 18, 2015 8:42 AM |
| To: | Alan Thriffiley |
| Subject: | Fwd: Thriffiley Residence |

Site visit was 10/6, response below 11/10.

Sent from my iPad

Begin forwarded message:

> **From:** Patty Thriffiley <thriffiley@yahoo.com>
> **Date:** November 10, 2015, 8:44:50 PM CST
> **To:** "alant@mcdonnel.com" <alant@mcdonnel.com>
> **Subject: Fwd: Thriffiley Residence**

[handwritten: CONTRACTOR'S RESPONSE.]

> Sent from my iPad
>
> Begin forwarded message:
>
>> **From:** Justin Smith <jsmith@mossemail.com>
>> **Date:** November 6, 2015, 3:44:55 PM CST
>> **To:** William Coates <wcoates@mossemail.com>, "James V. Doyle, Jr." <jimmy@doylefirm.com>, Phil Adams <padams@mossemail.com>
>> **Cc:** "thriffiley@yahoo.com" <thriffiley@yahoo.com>
>> **Subject: RE: Thriffiley Residence**
>>
>> Please see below.
>>
>> 1. Driveway – No action will be taken. No crack is visible based upon photos taken February 2015.
>> 2. Fireplace Mortar – No action will be taken. Kick off photos show that there were pre existing color variations.
>> 3. Kitchen Cabinets – Nail holes will be repaired. The center island crack will be repaired. No other cabinet repairs will take place. Kick off photos show pre existing cabinet damage. This was also not on the original punch list.
>> 4. Paint on interior doors – MOSS will confirm that like for like paint was used on the doors. Action will be taken if the doors were not painted like for like.
>> 5. Tile Grout Color Variations – No action will be taken. Kick off photos show that there were pre existing grout variations.
>> 6. Paint on rubber window seals – MOSS will have overspray cleaned, or offer a credit for this service.
>> 7. Confirm exhaust fan is vented – MOSS will confirm.
>> 8. Glass in fixture over center island does not fit properly – MOSS will replace, or offer a credit for custom glass.

1

9. Back Porch – Door will not close properly, dirty screens, etc. – No action will be taken. This item was not on the original punch list.
10. Front door damage – No action will be taken. Kick off photos show that the area in question was cracked at kick off.
11. Front door lock – No action will be taken. Not on original punch list.
12. Crown separating – MOSS will address.
13. Paint on garage floor – MOSS will have overspray cleaned, or offer a credit for this service.
14. Clear Corner Guards – MOSS will add clear corner guards.
15. Master Bath Door – This issue will be researched, and addressed if necessary.

Thank you.

**From:** William Coates
**Sent:** Wednesday, November 04, 2015 2:01 PM
**To:** James V. Doyle, Jr.; Phil Adams
**Cc:** thriffiley@yahoo.com; Justin Smith
**Subject:** RE: Thriffiley Residence

Jimmy,

Justin Smith is putting together a response for the Thriffiley's concerns. You should have a response by the end of business Friday.

Regards,

*William "Colby" Coates*
*Assistant Project Manager* | **Moss & Associates**
o (954) 769-8172 | m (561) 222-9383 | f (954) 769-8260
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311

**From:** James V. Doyle, Jr. [mailto:jimmy@doylefirm.com]
**Sent:** Wednesday, November 04, 2015 11:38 AM
**To:** Phil Adams <padams@mossemail.com>
**Cc:** William Coates <wcoates@mossemail.com>; thriffiley@yahoo.com
**Subject:** FW: Thriffiley Residence
**Importance:** High

Phil and Colby:

You are now on notice regarding the additional problems described in Mr. Thriffiley's email below. Please take the appropriate corrective actions under the terms of the warranty.

Regards,

*Jimmy Doyle*

2

# DOYLE LAW FIRM, PC

(205) 533-9500   phone

(205) 332-1362   fax

jimmy@doylefirm.com

   

**From:** Alan Thriffiley <alant@mcdonnel.com>
**Date:** Wednesday, November 4, 2015 at 10:19 AM
**To:** James Doyle <jimmy@doylefirm.com>
**Cc:** Patty Thriffiley <thriffiley@yahoo.com>
**Subject:** Thriffiley Residence

Jimmy,
It has been over a month since Moss's Representative made a site visit to my home. I have not received a response from Moss.

My concern is the warranty period will expire shortly and I have unresolved issues. This is not acceptable.

In addition to the issue previously report, a new issue has surfaced regarding the shower door in the master bedroom. The glass subcontract states he believes the problem is caused by a plumbing leak. The foam insulation swells and prevents the door from swinging.

I have made and paid for serval repairs that I believes are Moss's responsibility.

I am requesting your involvement to officially notify Moss of reported issues not being addressed. The notice should include a demand for action to remedy all reported issues. The action items list should include a completion date of every item listed.

Regards

Alan V. Thriffiley | **Manager**



**The McDonnel Group LLC**
3350 Ridgelake Drive, Suite 170
Metairie, LA 70002

(504).219.0032   | fax(504).219.0095 |
www.mcdonnel.com

3

Scanned by our Spam & Virus Firewall

4