## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*All Cases* | |

## ORDER

Considering the Motion of Beijing New Building Materials Public Limited Company

("BNBM PLC") for Leave to file the Opposition to the PSC's Emergency Motion For a Rule 16

Conference and for Expedited Consideration and Cross-Motion for a Protective Order

Forbidding the Deposition Noticed in the PSC's October 23, 2015 Deposition Notice

("Opposition") and Exhibit 3 to the Opposition under Seal;

IT IS ORDERED that the motion is GRANTED; and the Opposition and Exhibit 3 be

filed into the record UNDER SEAL.

New Orleans, Louisiana, this  18th  day of _____November_____, 2015.

_____
Honorable Eldon E. Fallon
U.S. District Judge