UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

This Document Relates to:

Paul and Caron Johnson

v.

Oakbrook Building and Design, Inc. et al.
_____/

17th Judicial Circuit in and for
Broward County, Florida
Case No. CACE 09-026426 (01)

## MOTION TO WITHDRAW AS COUNSEL
## FOR PLAINTIFFS, PAUL AND CARON JOHNSON

Rosenbaum Mollengarden PLLC, the undersigned counsel of record for the Plaintiffs, Paul and Caron Johnson, ("Plaintiffs"), pursuant to Local Rule 83.2.11 of the United States District Court for the Eastern District of Louisiana, respectfully requests that this Court enter an order granting the motion to withdraw as counsel for Plaintiffs, and as grounds states as follows:

Irreconcilable differences between the Plaintiffs and their counsel have arisen which preclude undersigned counsel from continuing to represent Plaintiffs. Plaintiffs have indicated that they no longer wish to be represented by the undersigned and would like to proceed unrepresented. The Plaintiffs' present address is 12708 Equestrian Trail, Davie, FL 33330 and their telephone number is 954-382-5322 and 305-785-3380. The Plaintiffs have been notified of all deadlines and there are not any pending court appearances.

WHEREFORE, Rosenbaum Mollengarden PLLC, respectfully requests that this Court grant the Motion to Withdraw as Counsel for Plaintiffs, Paul and Caron Johnson.

Respectfully submitted,

ROSENBAUM MOLLENGARDEN PLLC
250 Australian Avenue South, 5th Floor
West Palm Beach, FL 33401
Tel. (561) 653-2900 / Fax (561) 820-2542

BY: /s/ Daniel Rosenbaum
DANIEL S. ROSENBAUM
Florida Bar No. 306037
YELIZAVETA B. HERMAN
Florida Bar No. 40647

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel for Plaintiffs, Paul and Caron Johnson has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and via certified mail to Paul and Caron Johnson, 12708 Equestrian Trail, Davie, FL 33330, on this 18th day of November, 2015.

ROSENBAUM MOLLENGARDEN PLLC
250 Australian Avenue South, 5th Floor
West Palm Beach, FL 33401
Tel. (561) 653-2900 / Fax (561) 820-2542

BY: /s/ Daniel Rosenbaum
DANIEL S. ROSENBAUM
Florida Bar No. 306037
YELIZAVETA B. HERMAN
Florida Bar No. 40647

24w1303