UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

This Document Relates to:

Paul and Caron Johnson

v.

Oakbrook Building and Design, Inc. et al.
_____/

17th Judicial Circuit in and for
Broward County, Florida
Case No. CACE 09-026426 (01)

### NOTICE OF FILING
### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS, PAUL AND CARON JOHNSON AND NOTICE OF CHARGING LIEN OF ROSENBAUM MOLLENGARDEN PLLC, AS TO PAUL AND CARON JOHNSON

The law firm of Rosenbaum Mollengarden PLLC, hereby serves notice of filing the attached Motion to Withdraw as Counsel for Plaintiffs, Paul and Caron Johnson and Notice of Charging Lien of Rosenbaum Mollengarden PLLC, as to Paul and Caron Johnson.

(*Signature and Certificate of Service follow*)

Respectfully submitted,

ROSENBAUM MOLLENGARDEN PLLC
250 Australian Avenue South, 5th Floor
One Clearlake Centre
West Palm Beach, Florida 33401
Tel. (561) 653-2900 / Fax (561) 820-2542
*Counsel for Plaintiffs*

By: ___/s/ Yelizaveta B. Herman___
DANIEL S. ROSENBAUM
Florida Bar No. 306037
YELIZAVETA B. HERMAN
Florida Bar No. 40647

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Charging Lien of Rosenbaum Mollengarden PLLC at to Paul and Caron Johnson has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and via certified mail to Paul and Caron Johnson, 12708 Equestrian Trail, Davie, FL 33330, on this 20th day of November, 2015.

ROSENBAUM MOLLENGARDEN PLLC
250 Australian Avenue South, 5th Floor
One Clearlake Centre
West Palm Beach, Florida 33401
Tel. (561) 653-2900 / Fax (561) 820-2542
*Counsel for Plaintiffs*

By: ___/s/ Yelizaveta B. Herman___
DANIEL S. ROSENBAUM
Florida Bar No. 306037
YELIZAVETA B. HERMAN
Florida Bar No. 40647

24W4613