UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

This Document Relates to:

Paul and Caron Johnson

v.

Oakbrook Building and Design, Inc. et al.
_____/

17th Judicial Circuit in and for
Broward County, Florida
Case No. CACE 09-026426 (01)

## NOTICE OF CHARGING LIEN OF
## ROSENBAUM MOLLENGARDEN PLLC AS TO PAUL AND CARON JOHNSON

NOTICE is hereby given that the law firm of Rosenbaum Mollengarden PLLC has a charging lien for all attorneys' fees incurred and costs advanced in this case as counsel on behalf of the Plaintiffs, Paul and Caron Johnson. No money or other compensation from any settlement or any other final or partial resolution of the Plaintiffs' claims, or either of them, or this case, may be disbursed until this charging lien has been adjudicated.

(*Signature and Certificate of Service follow*)

ROSENBAUM MOLLENGARDEN PLLC · 250 AUSTRALIAN AVE S., 5TH FL · WEST PALM BEACH, FL 33401 · TEL. (561) 653-2900

Respectfully submitted,

ROSENBAUM MOLLENGARDEN PLLC
250 Australian Avenue South, 5th Floor
One Clearlake Centre
West Palm Beach, Florida 33401
Tel. (561) 653-2900 / Fax (561) 820-2542
*Counsel for Plaintiffs*

By: ___/s/ Daniel S. Rosenbaum
      DANIEL S. ROSENBAUM
      Florida Bar No. 306037
      YELIZAVETA B. HERMAN
      Florida Bar No. 40647

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Charging Lien of Rosenbaum Mollengarden PLLC at to Paul and Caron Johnson has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and via certified mail to Paul and Caron Johnson, 12708 Equestrian Trail, Davie, FL 33330, on this _16th_ day of November, 2015.

ROSENBAUM MOLLENGARDEN PLLC
250 Australian Avenue South, 5th Floor
One Clearlake Centre
West Palm Beach, Florida 33401
Tel. (561) 653-2900 / Fax (561) 820-2542
*Counsel for Plaintiffs*

By: ___/s/ Daniel S. Rosenbaum
      DANIEL S. ROSENBAUM
      Florida Bar No. 306037
      YELIZAVETA B. HERMAN
      Florida Bar No. 40647

24U1092