IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-30804

_____

A True Copy
Certified order issued Nov 17, 2015

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MICHELLE GERMANO, Individually and on behalf of all others similarly situated; ET AL,

    Plaintiffs - Appellees

JERRY BALDWIN; INEZ BALDWIN; STEVEN HEISCHOBER; ELIZABETH HEISCHOBER; JOSEPH LEACH; KATHY LEACH; PRESTON MCKELLAR; RACHAEL MCKELLAR; FREDERICK MICHAUX; VANESSA MICHAUX; WILLIAM MORGAN; DEBORAH MORGAN; ROBERT ORLANDO; LEA ORLANDO,

    Intervenors - Appellees

v.

TAISHAN GYPSUM COMPANY, LIMITED; ET AL,

    Defendants

CHINA NATIONAL BUILDING MATERIALS GROUP CORPORATION; CHINA NATIONAL BUILDING MATERIALS COMPANY, LIMITED; CHINA NATIONAL BUILDING MATERIALS & EQUIPMENT IMPORT & EXPORT CORPORATION; CNBM (USA) CORPORATION; CNBM FOREST PRODUCTS (CANADA) LIMITED; CHINA NATIONAL BUILDING MATERIALS INVESTMENT TRADING; UNITED SUNTECH, INCORPORATED; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY; BEIJING NEW BUILDING MATERIAL GROUP COMPANY LIMITED,

Movants - Appellants

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

Before DAVIS, JONES, and HAYNES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellees' opposed motion to dismiss appeals for lack of jurisdiction is GRANTED.

    Judge Haynes concurs in this order but only because the Appellees have conceded that the injunction in question has expired, leaving only consideration of the scope of the injunction as it relates to past conduct and identity of the entities covered (a puzzling inquiry in the context of contempt, but one that is not ripe for review at this point).