# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

November 17, 2015

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 15-30804   In re: Chinese-Manufactured, et al  
                            USDC No. 2:09-MD-2047  
                            USDC No. 2:09-CV-6687

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____  
                                        Shea E. Pertuit, Deputy Clerk  
                                        504-310-7666

cc w/encl:  
    Mr. Michael Henry Barr  
    Mr. Jason Cabot  
    Ms. Donna Phillips Currault  
    Ms. Kelly M. Daley  
    Mr. Andrew Davidson  
    Mr. Leonard Arthur Davis  
    Ms. Sandra Duggan  
    Mr. Ewell Elton Eagan Jr.  
    Ms. Nina Wessel English  
    Mr. Ian Fein  
    Mr. Richard L. Fenton  
    Mr. Robert Gary  
    Mr. Faris Ghareeb  
    Mr. Michael D. Hausfeld  
    Mr. Russ M. Herman

Mr. Ian Johnson
Mr. Arnold Levin
Mr. Daniel C. Levin
Mr. Richard S. Lewis
Mr. Frederick S. Longer
Mr. Charles Michael Moore
Mr. James J. Pizzirusso
Mr. Jonathan G. Riddell
Mr. Harry A. Rosenberg
Mr. Alex Benjamin Rothenberg
Mr. Richard James Serpe
Mr. Eric Shumsky
Mr. James Stengel
Mr. Richard W. Stimson
Mr. Lawrence Christopher Vejnoska
Mr. Xiang Wang
Mr. Jason Wu