UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**CHINA NATIONAL BUILDING MATERIAL ENTITIES'
MOTION TO FILE OPPOSITION AND ALL ATTACHED EXHIBITS UNDER SEAL**

NOW INTO COURT, through undersigned counsel, comes Defendants China National Building Materials Group Corp. ("CNBM Group"), China National Building Materials Company Limited ("CNBM Company") and China National Building Materials and Equipment Import and Export ("CNBM I&E") (collectively, the "CNBM Entities"), which, in accordance with this Court's Protective Order and Local Rule 5.6, move for an order directing that the attached Opposition to Plaintiffs' Steering Committee's Disclosure Motion Contesting Claims of Privilege and/or Work Product Protection and for *In Camera* Inspection and all attached exhibits be filed and maintained under seal. In support of this Motion, the CNBM Entities represent:

1.

This Court entered an Agreed Confidentiality Agreement and Protective Order authorizing any party or non-party to designate as confidential documents produced during discovery. The documents discussed in the attached Opposition and the exhibits themselves are designated confidential under the Protective Order.

2.

The attached Opposition contains repeated references to the confidential material at issue in discovery including privileged material. Pursuant to the terms of the Protective Order, movant

1

must request that this Court place the Opposition and all attached exhibits under seal.

WHEREFORE, for the foregoing reasons, the CNBM Entities request that this Court place the attached Opposition to Plaintiffs' Steering Committee's Disclosure Motion Contesting Claims of Privilege and/or Work Product Protection and for *In Camera* Inspection and all attached exhibits under seal in the envelope provided.

Dated: November 20, 2015

        Respectfully submitted,

        /s/ L. Christopher Vejnoska

        L. Christopher Vejnoska (CA Bar No. 96082)
        Ian Johnson (CA Bar No. 208713)
        Andrew Davidson (CA Bar No. 266506)
        Jason Wu (CA Bar No. 279118)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        The Orrick Building
        405 Howard Street
        San Francisco, CA  94105
        Tel:  415-773-5700
        Fax: 415-773-5759
        E-mail:     cvejnoska@orrick.com
                      ijohnson@orrick.com
                      adavidson@orrick.com
                      jmwu@orrick.com

        James L. Stengel (NY Bar No. 1800556)
        Xiang Wang (NY Bar No. 4311114)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        51 West 52nd Street
        New York, NY, 10019
        Tel:  212-506-5000
        Fax: 212-506-5151
        Email:       jstengel@orrick.com
                      xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email: eshumsky@orrick.com

Ewell E. Eagan, Jr. (La. Bar No. 5239)
Donna Phillips Currault (La. Bar No. 19533)
Alex B. Rothenberg (La. Bar No. 34740)
GORDON, ARATA, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111  Fax: (504) 582-1121
E-mail: eeagan@gordonarata.com
dcurrault@gordonarata.com
arothenberg@gordonarata.com

*Attorneys for China National Building Materials Group Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S DISCLOSURE MOTION CONTESTING CLAIMS OF PRIVILEGE AND/OR WORK PRODUCT PROTECTION AND FOR *IN CAMERA* INSPECTION** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Harry Rosenberg, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this November 20, 2015.

/s/ Donna Phillips Currault
Donna Phillips Currault
