# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED | * | MDL No.: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Brook, et al. v. | * | MAG. JUDGE WILKINSON |
| The State-Owned Assets Supervision and | * | |
| Administration Commission of the | * | |
| State Council, et al. | * | |
| Case No.: 15-cv-4127 | * | |

**************************************************

### BRAXTON AND KERRIE COLLINS'
### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANT, TAISHAN GYPSUM CO., LTD.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Braxton and Kerrie Collins, hereby

dismiss without prejudice all of their claims against Defendant, Taishan Gypsum Co., Ltd., in

Plaintiffs' Omnibus Complaint. Each party is to bear its own attorneys' fees and costs. Attached

hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for Braxton and Kerrie

Collins, dated October 29, 2015, specifically authorizing the undersigned to file this Notice of

Voluntary Dismissal.

Respectfully Submitted,

*/s/ Leonard A. Davis*
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice document has been served on Taishan's counsel by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of November, 2015.

/s/ Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

# EXHIBIT "A"

**WB & MASON LLP**

ATTORNEYS AT LAW

| | | |
|---|---|---|
| John C. Whitfield + # ◊ | Esfand Y. Nafisi ~ ^ | 900 West Morgan Street |
| Daniel K. Bryson · + | Margaret P. Sandwith · | Raleigh, North Carolina 27603 |
| Gary E. Mason > ^ * | Benjamin S. Branda ~ | Office: 919.600.5000 |
| Scott C. Harris · ¤ | Jeremy R. Williams · | Fax: 919.600.5035 |
| Matthew E. Lee · ¤ | Steven N. Berk > ¤ ~ | www.wbmllp.com |
| Jason S. Rathod > ~ | Charles A. Schneider > ^ ~ | |
| Caroline Ramsey Taylor + ¤ ◊ | Martha B. Schneider > ~ | |
| Natasha Camenisch Farmer + ◊ | Roger N. Braden + ~ | |

State Bar Admissions:
KY + DC > NC · FL ¤ TN ◊
NY ^ MD ¤ IL ~ MO #
Of Counsel ~

Daniel K. Bryson
dan@wbmllp.com
Direct: 919-600-5001

October 29, 2015

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

In Re:  Chinese Manufactured Drywall Products Liability Litigation
*Brook, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. File No.: 15-4127*

Dear Lenny and Russ:

Plaintiffs, Braxton and Kerrie Collins, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against Defendant, Taishan Gypsum Co., Ltd., in the above referenced Omni complaint.

Very Truly Yours,

Daniel K. Bryson

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED | * | MDL No.: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Brook, et al. v. | * | MAG. JUDGE WILKINSON |
| The State-Owned Assets Supervision and | * | |
| Administration Commission of the | * | |
| State Council, et al. | * | |
| Case No.: 15-cv-4127 | * | |

**************************************************

### JASON AND CASSIE HERRINGTON'S
### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANT, TAISHAN GYPSUM CO., LTD.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Jason and Cassie Herrington, hereby

dismiss without prejudice all of their claims against Defendant, Taishan Gypsum Co., Ltd.,  in

Plaintiffs' Omnibus Complaint. Each party is to bear its own attorneys' fees and costs. Attached

hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for Jason and Cassie

Herrington, dated October 29, 2015, specifically authorizing the undersigned to file this Notice

of Voluntary Dismissal.

Respectfully Submitted,

*/s/ Leonard A. Davis*
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal With Prejudice document has been served on Taishan's counsel by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of November, 2015.

/s/ Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

# EXHIBIT "A"

WB&M

**& MASON LLP**

ATTORNEYS AT LAW

John C. Whitfield + # ◊
Daniel K. Bryson ' +
Gary E. Mason > ^ '
Scott C. Harris ' ▫
Matthew E. Lee ' ~
Jason S. Rathod > ~
Caroline Ramsey Taylor + ▫ ◊
Natasha Camenisch Farmer + ◊

Esfand Y. Nafisi ~ ^
Margaret P. Sandwith '
Benjamin S. Branda ~
Jeremy R. Williams '
Steven N. Berk > ~ ~
Charles A. Schneider > ~
Martha B. Schneider > ~
Roger N. Braden + ~

State Bar Admissions:
KY + DC > NC ' FL ▫ TN ◊
NY ^ MD + IL ~ MO #
Of Counsel ~

900 West Morgan Street
Raleigh, North Carolina 27603
Office: 919.600.5000
Fax: 919.600.5035
www.wbmllp.com

Daniel K. Bryson
dan@wbmllp.com
Direct: 919-600-5001

October 29, 2015

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

      In Re:  Chinese Manufactured Drywall Products Liability Litigation
              *Brook, et al. v. The State-Owned Assets Supervision and Administration*
              *Commission of the State Council, et al. File No.: 15-4127*

Dear Lenny and Russ:

      Plaintiffs, Jason and Cassie Herrington, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against Defendant, Taishan Gypsum Co., Ltd., in the above referenced Omni complaint.

                          Very Truly Yours,

                          *Daniel K. Bryson*

                          Daniel K. Bryson