UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
|  | : | SECTION L |
|  | : | |
|  | : | JUDGE FALLON |
|  | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | WILKINSON |

**THIS DOCUMENT RELATES TO:**  ALL CASES

<u>**ORDER**</u>

Pursuant to an agreement among the parties, **IT IS HEREBY ORDERED** that the

Foreign Sovereign Immunities Act defense (see Motion to Dismiss filed June 22, 2015 (R. Doc.

19179)) will be heard on oral argument on **December 8, 2015**, beginning at **8:00 a.m.** instead of

9:00 a.m.

New Orleans, Louisiana, this 19th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

1