# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

### THE PLAINTIFFS' STEERING COMMITTEE'S OPPOSITION TO BNBM PLC'S MOTION FOR RECONSIDERATION OF THE ORDER GRANTING THE PSC'S MOTION CONTESTING CLAIMS OF PRIVILEGE, IN ITS ENTIRETY

# FILED UNDER SEAL