

In re: Chinese-Manufatured Drywall Prods. Liab. Litig., MDL No. 2047
**BNBM PLC's Document Production:**
**Pages Produced Prior to and After Depositions**

EXHIBIT 1

tabbies



In re: Chinese-Manufactured Drywall Prods. Liab. Litig., MDL No. 2047
**BNBM Group's Document Production:**
**Pages Produced Prior to and After Depositions**

Prior to 7/15/2015:
| Date | Pages |
|---|---|
| 04/14/15 | 2,600 Pages |
| 04/15/15 | 617 Pages |
| 04/21/15 | 3 Pages |
| 05/06/15 | 212 Pages |
| 05/12/15 | 944 Pages |
| 05/22/15 | 6,436 Pages |
| 06/04/15 | 8,318 Pages |
| 06/19/15 | 56 Pages |
| 06/23/15 | 8,694 Pages |
| 06/24/15 | 10,937 Pages |
| 07/02/15 | 352 Pages |
| 07/13/15 | 2 Pages |

**39,171 pages produced (56.80%)**

Zhao, Yanming (BNBM Group) (7/15/2015)

After 7/15/2015:
| Date | Pages |
|---|---|
| 08/24/15 | 201 Pages |
| 08/31/15 | 6,124 Pages |
| 09/08/15 | 10,895 Pages |
| 09/25/15 | 4,518 Pages |
| 10/19/15 | 8,046 Pages |

**29,784 pages produced (43.20%)**

n re: Chinese-Manufatured Drywall Prods. Liab. Litig., MDL No. 2047

**BNBM PLC's and Group's Document Production:**

**Pages Produced Prior to and After Depositions**

