

C. Michael Moore
Partner

mike.moore@dentons.com
D +1 214 259 0902

Dentons US LLP
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201-1858 USA

T +1 214 259 0900
F +1 214 259 0910

Salans FMC SNR Denton
McKenna Long
dentons.com

August 7, 2015

**BY E-MAIL**

Arnold Levin
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Russ Herman
Herman Herman & Katz LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: Beijing New Building Materials/Drywall MDL

Dear Russ and Arnie:

    I am writing in response to your July 29, 2015 letter following up on our Meet and Confer call. I have addressed the issues in your letter in order.

    During the Meet and Confer you requested that we provide you with the names of the custodians and email addresses we searched including the bates numbers/ ranges of the documents corresponding to those custodians. The BNBM Entities have collected and produced ESI documents from the following custodians:

BNBM PLC:
Cai, Kai
Chen, Yu
Shi, Keping
Wang, Bing
Wu, Fade
Yang, Yanjun
Sharedrive Server

BNBM Group:
Li, Yuan
Lu, Kailong
Tao, Zhen
Wei, Chunshan
Yu, Xianfeng
Zhao, Yanming

    Attached to this letter are spreadsheets that indicate the custodian of each document produced in each BNBM PLC and BNBM Group ESI production to date.

    We also discussed the issue of the production of documents from BNBM Entities employees' personal email accounts. We subsequently received the PSC's interrogatories and document requests served on July 31, 2015 relating to this issue, and we will provide responses to that discovery as required by the Federal Rules of Civil Procedure.


EXHIBIT 3



Arnold Levin
Russ Herman
August 5, 2015
Page 2

Salans FMC SNR Denton
McKenna Long
dentons.com

In response to your request that the BNBM Entities provide the PSC with a list of search terms and date ranges used in connection with the BNBM Entities' ESI document production, the BNBM Entities will provide the PSC with this information on or before August 12, 2015.

With respect to your inquiry about the number of emails produced, we can confirm that the BNBM Entities have produced approximately 2,600 emails to date. Included in this number are approximately 250 emails sent between/among the BNBM Entities and the CNBM defendants. In response to your specific question regarding the emails on the BNBM PLC privilege log, we can confirm that the 2,600 produced emails do not include the emails identified on the BNBM PLC July 7, 2015 Privilege Log.

Your letter requests that we notify you whether we continue to assert privilege claims over the documents clawed back during the BNBM PLC and BNBM Group 30(b)(6) depositions. As you are aware, we have agreed to produce three of the five documents clawed back during the 30(b)(6) depositions. We have filed a response to the PSC's motion regarding the other two documents.

During the Meet and Confer we discussed the PSC's concerns about the number of documents on the BNBM PLC privilege log. To address those concerns we agreed to re-review the documents on the privilege log. While we continue to believe that the documents on our log are privileged, in an effort to address your concerns we are currently assessing whether we can produce certain categories of documents to the PSC subject to the PCS's agreement - which we note you have already provided - that such production cannot be used as a basis for claiming waiver over any other document or documents and does not constitute any waiver relating to the subject matter contained in the documents produced. We anticipate producing any such documents prior to August 18, 2015.

You asked for an explanation of the "Control Numbers" used on the BNBM Entities' privilege logs. These are internal, unique document control numbers assigned to each document by the document review software (Relativity) in the review platform. The Control Numbers are assigned at the document level, rather than at the page level. Because each document in Relativity is assigned a Control Number, and only a portion of those documents are on the privilege logs, there are gaps in the numbers on the privilege logs. All produced documents have been reassigned Bates numbers with the appropriate Bates prefixes "BNBMPLC-E" or "BNBM(Group)-E".

On the issue of reaching agreement regarding the translations of documents used during the BNBM PLC and BNBM Group 30(b)(6) depositions that had not been previously agreed to, we will provide redlines or stipulations regarding those translations. We hope to have such redlines to you by August 12, 2015.

Regarding the completeness of our production, as we informed you on July 30, 2015, after our Meet and Confer call, we were informed by our vendor that due to a technical issue, Ms. Li Yuan's (BNBM Group's CFO) emails were not loaded to our US review platform. We are in the process of reviewing that information and will produce any responsive documents as soon as possible. We are currently not aware of any other BNBM PLC or BNBM Group documents responsive to the PSC's requests that have not been produced.

Finally, as I confirmed last week, we have agreed to produce the Joint Defense Agreement entered into by the defendants. You will receive a bates labeled copy of the document today or tomorrow through the normal process of production.

As always, we remain willing to discuss any other questions or issues you may have.

**DENTONS**

Arnold Levin
Russ Herman
August 5, 2015
Page 3

Salans FMC SNR Denton
McKenna Long
dentons.com

Sincerely,

*C. Michael Moore*

C. Michael Moore
Partner