## Dyer, Meagan E.

| | |
|---|---|
| **From:** | King, Christopher Q. |
| **Sent:** | Monday, August 17, 2015 4:37 PM |
| **To:** | 'alevin@lfsblaw.com' (alevin@lfsblaw.com); 'rherman@hhklawfirm.com' (rherman@hhklawfirm.com) |
| **Cc:** | 'ldavis@hhklawfirm.com' (ldavis@hhklawfirm.com); sduggan@lfsblaw.com; flonger@lfsblaw.com; aweinberger@hanrylaw.com; Eikhoff, Christy Hull (Christy.Eikhoff@alston.com); jstengel@orrick.com; eshumsky@orrick.com; eeagan@gordonarata.com; Fenton, Richard L.; Harry Rosenberg - Phelps Dunbar LLP (harry.rosenberg@phelps.com) (harry.rosenberg@phelps.com); Moore, C. Michael; Barr, Michael H.; Nickel, Matt; Marrocco, Drew W.; Dyer, Meagan E.; Moeller, Amanda M.; Schwing, Karlena |
| **Subject:** | In re Chinese Manufactured Drywall, MDL 2047 BNBM PLC & BNBM Group Search Terms [SNRD-US_Active.FID7405646] |
| **Attachments:** | BNBM Group Search Terms(84846396_1).PDF; BNBM PLC Search Terms(84846382_1).PDF |

In response to plaintiffs' request, we have attached the search terms used to search the ESI of BNBM PLC and BNBM Group. The time period was 2001 to the date of collection.

**DENTONS** Christopher Q. King

D +1 312 876 8224   |   US Internal 18224
christopher.king@dentons.com
Bio   |   Website

Dentons US LLP
233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6361

Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.



EXHIBIT 4

1

Search Term -- BNBM Group

"SASAC"
"State owned assets supervision"
"国资委"
"国有资产监督"
"CNBM" "Taishan"
"CNBM" "Loans"
"CNBM" "Guarantee"
"CNBM" "United States"
"CNBM" "Accounting"
"CNBM" "Financing"
"CNBM" "Assets"
"CNBM" "Joint Venture"
"CNBM" "Cooperate"
"CNBM" "lawyer"
"CNBM" "counsel"
"China National Building Materials Group Co., Inc." "Taishan"
"China National Building Materials Group Co., Inc." "Loans"
"China National Building Materials Group Co., Inc." "Guarantee"
"China National Building Materials Group Co., Inc." "United States"
"China National Building Materials Group Co., Inc." "Accounting"
"China National Building Materials Group Co., Inc." "Financing"
"China National Building Materials Group Co., Inc." "Assets"
"China National Building Materials Group Co., Inc." "Joint Venture"
"China National Building Materials Group Co., Inc." "Cooperate"
"China National Building Materials Group Co., Inc." "lawyer"
"China National Building Materials Group Co., Inc." "counsel"
"中建材" "泰山"
"中建材" "贷款"
"中建材" "担保"
"中建材" "保证"
"中建材" "美国"
"中建材" "会计"
"中建材" "财务"
"中建材" "资产"
"中建材" "合资企业"
"中建材" "合作"
"中建材" "律师"
"中国建筑材料" "泰山"
"中国建筑材料" "贷款"
"中国建筑材料" "担保"
"中国建筑材料" "保证"
"中国建筑材料" "美国"
"中国建筑材料" "会计"
"中国建筑材料" "财务"
"中国建筑材料" "资产"
"中国建筑材料" "合资企业"
"中国建筑材料" "合作"
"中国建筑材料" "律师"
"China National Building Material Import Export"

"CNBM Import&Export"
"中国建筑材料进出口"
"中建进出口"
"CNBM Forest"
"中建材木业"
"CNBM Forest Products (Canada) Ltd."
"中建材木业（加拿大）有限公司"
"CNBM Investment" OR "BND"
"中国建材投资" OR "BND"
"Beijing New Building Material Public" "BNBMPLC"
"北新集团建材股份"
"Equipment Import and Export Company"
"设备进出口公司"
"Cinda"
"信达"
"Materials Academy"
"材料科学研究"
"United Cement" OR "China United Cement"
"联合水泥" OR "中联水泥"
"China Composites"
"中国复合材料"
"Lianyungang Zhongfu" OR "Lianzhong"
"连云港中复" OR "连众"
"Yaohua" OR "Pilkington Glass"
"耀华" OR "皮尔金顿"
"Changzhou China Composites"
"Liberty"
"TOLI"
"常州中复"
"丽宝第"
"东理"
"Tianma" OR "Zhongxin"
"天马" OR "中新"
"China Fiberglass"
"中国玻纤"
"Jushi Group"
"巨石"
"Triumph Engineering"
"CTIEC"
"Cement Technological Engineering"
"凯盛"
"水泥技术工程"
"triumph Bengbu"
"BNBM Homes"
"北新房屋"
"BNBM mineral" OR "Suzhou Tianfeng"
"北新矿棉板" OR "天丰"
"taishan" OR "taihe"
"泰山" OR "泰和"
"Taishan"
"泰山"

"Luhong Cement"
"鲁宏水泥"
"Nanyang" OR "China United Cement"
"南阳"
"中国联合水泥"
"United Ziyan"
"中联子岩"
"equipment import company"
"进出口公司"
"B&Q"
"百安居"
"Taishan" OR "Taian"
"泰山" "泰安"
"Pizhou"
"邳州"
"Hubei Taishan"
"湖北泰山"
"Chongqing"
"重庆"
"Jiangyin"
"江阴"
"Taian City Enterprises' State-owed Assets Management Center"
"Taian State-owned Assets Operation Co., Ltd."
"泰安市企业国有资产管理中心"
"泰安市国有资产经营有限公司"
"mines"
"矿"
"Luneng"
"鲁能"
"Tongchun Jia"
"Wenlong Peng"
"董纯刚"
"Chungang Dong"
"彭寿"
"Shou Peng"
"曹江林"
"Jianglin Cao"
"宋志平"
"Zhiping Song"
"U.S." OR "United States"
"美国"
"美利坚合众国"
"Florida"
"FL"
"佛罗里达" OR "佛州"
"Louisiana" OR "LA"
"路易斯安那" OR "路州"
"Virginia" OR "VA"
"弗吉尼亚" OR "弗州"
"阿里巴巴"
"Alibaba"

"lovells"
"Stanley Reuter"
"Jingtian Gongcheng"
"Orrick"
"Schonekas evans"
"Bezeale Sachse"
"Phelps Dunbar"
"路伟"
"竞天公诚"
"奥睿"
"嘉源"

Search Terms -- BNBM PLC

"SASAC" OR "State owned assets supervision"
"国资委" OR "国有资产监督"
"CNBM" "Taishan"
"CNBM" "Loans"
"CNBM" "Guarantee"
"CNBM" "United States"
"CNBM" "Accounting"
"CNBM" "Financing"
"CNBM" "Assets"
"CNBM" "Joint Venture"
"CNBM" "Cooperate"
"CNBM" "lawyer"
"CNBM" "counsel"
"China National Building Materials Group Co., Inc." "Taishan"
"China National Building Materials Group Co., Inc." "Loans"
"China National Building Materials Group Co., Inc." "Guarantee"
"China National Building Materials Group Co., Inc." "United States"
"China National Building Materials Group Co., Inc." "Accounting"
"China National Building Materials Group Co., Inc." "Financing"
"China National Building Materials Group Co., Inc." "Assets"
"China National Building Materials Group Co., Inc." "Joint Venture"
"China National Building Materials Group Co., Inc." "Cooperate"
"China National Building Materials Group Co., Inc." "lawyer"
"China National Building Materials Group Co., Inc." "counsel"
"中建材" "泰山"
"中建材" "贷款"
"中建材" "担保"
"中建材" "保证"
"中建材" "美国"
"中建材" "会计"
"中建材" "财务"
"中建材" "资产"
"中建材" "合资企业"
"中建材" "合作"
"中建材" "律师"
"中国建筑材料" "泰山"
"中国建筑材料" "贷款"
"中国建筑材料" "担保"
"中国建筑材料" "保证"
"中国建筑材料" "美国"
"中国建筑材料" "会计"
"中国建筑材料" "财务"
"中国建筑材料" "资产"
"中国建筑材料" "合资企业"
"中国建筑材料" "合作"
"中国建筑材料" "律师"
"China National Building Material Import Export"
"CNBM Import&Export"
"中国建筑材料进出口"

"中建进出口"
"CNBM Forest"
"中建材木业"
"CNBM Forest Products (Canada) Ltd."
"中建材木业（加拿大）有限公司"
"CNBM Investment"
"BND"
"中国建材投资"
"Beijing New Building Material (Group) Co., Ltd."
"北新建材集团有限公司"
"Equipment Import and Export Company"
"设备进出口公司"
"Cinda"
"信达"
"Materials Academy"
"材料科学研究"
"United Cement" OR "China United Cement"
"联合水泥" OR "中联水泥"
"China Composites"
"中国复合材料"
"Lianyungang Zhongfu" OR "Lianzhong"
"连云港中复" OR "连众"
"Yaohua" OR "Pilkington Glass"
"耀华" OR "皮尔金顿"
"Changzhou China Composites"
"Liberty"
"TOLI"
"常州中复"
"丽宝第"
"东理"
"Tianma" OR "Zhongxin"
"天马" OR "中新"
"China Fiberglass"
"中国玻纤"
"Jushi Group"
"巨石"
"Triumph Engineering" OR "CTIEC" OR "Cement Technological Engineering"
"凯盛" OR "CTIEC" OR "水泥技术工程"
"CTIEC"
"凯盛"
"triumph Bengbu"
"BNBM Homes"
"北新房屋"
"BNBM mineral" OR "Suzhou Tianfeng"
"北新矿棉板" OR "天丰"
"taishan" OR "taihe"
"泰山" OR "泰和"
"Taishan"
"泰山"
"Luhong Cement"
"鲁宏水泥"

"Nanyang" OR "China United Cement"
"南阳" OR "中国联合水泥"
"United Ziyan"
"中联子岩"
"equipment import company"
"B&Q"
"百安居"
"Taishan" OR "Taian"
"泰山" OR "泰安"
"Pizhou"
"邳州"
"Hubei Taishan"
"湖北泰山"
"Chongqing"
"重庆"
"Jiangyin"
"江阴"
"Taian City Enterprises' State-owed Assets Management Center" OR "Taian State-owned Assets Operation Co., L
"泰安市企业国有资产管理中心" OR "泰安市国有资产经营有限公司"
"Tongchun Jia"
"贾同春"
"Wenlong Peng"
"彭文龙"
"Chungang Dong"
"董纯刚"
"Shou Peng"
"彭寿"
"Jianglin Cao"
"曹江林"
"Zhiping Song"
"宋志平"
"Chen Xuean"
"陈学安"
"Jinyu Hu"
"胡金玉"
"Zhangli Chang"
"常张利"
"U.S." OR "United States"
"美国" OR "美利坚合众国"
"Florida" OR "FL"
"佛罗里达" OR "佛州"
"Louisiana" OR "LA"
"路易斯安那" OR "路州"
"Virginia" OR "VA"
"弗吉尼亚" OR "弗州"
"Alibaba"
"阿里巴巴"
"mines"
"矿"
"Luneng"
"鲁能"

"lovells" OR "路伟"
"Stanley Reuter"
"Jingtian Gongcheng" OR "竞天公诚"
"Orrick" OR "奥睿"
"Schonekas evans"
"Bezeale Sachse"
"Phelps Dunbar"
"Jiayuan" OR "嘉源"