**From:** Debbie Murphy [mailto:DMurphy@lfsblaw.com]
**Sent:** Thursday, November 19, 2015 2:58 PM
**To:** cvejnoska@orrick.com; Barr, Michael H. (michael.barr@dentons.com); mike.moore@dentons.com; Stengel, James L. (jstengel@orrick.com); Harry Rosenberg (1219)
**Cc:** RHERMAN@hhklawfirm.com; Fred Longer; Sandy Duggan; Lenny Davis
**Subject:** FW: CDW

From Arnold Levin -

Dear Counsel:

In response to your proposal about a briefing schedule for the CNBM and BNBM Entities' motions to dismiss for lack of personal jurisdiction and lack of service, we note that there is substantial discovery that has not yet been accomplished and which is not addressed in your schedule. For example, the PSC is scheduled to take the deposition of HU Jinyu (General Manager of the Audit Department of CNBM Co., Ltd. and Supervisor of BNBM PLC) on December 7, 2015 (which is the same date that you jointly proposed that our brief be submitted). We have also noticed the depositions of BNBM's experts Messrs. Gordon and Deal for January 19 and 21, 2016. Further, in light of the parties' untimely document productions after the depositions of the defendants' corporate witnesses (*see* Opening Statement of the PSC at the November 17, 2015 Spoliation Hearing and the PSC's response to CNBM Group's FSIA Motion at Exhibits 102, 105, 106 & 107), the PSC has requested additional 30(b)(6) depositions of each of the Taishan/BNBM/CNBM defendants, whose dates have not yet been determined. In light of the open nature of this discovery, to suggest that our responses to all the defendants' motions to dismiss take place on December 7 is not reasonable, nor does it accommodate plaintiffs' needs. Accordingly, we would like to propose an alternative schedule, which addresses the above:

    \* Plaintiffs' responsive briefs to motions to dismiss    March 15, 2016

    \* Defendants' reply briefs to motions to dismiss    March 29, 2016

    \* Oral argument to coincide with the April status conference

Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.



EXHIBIT 5