UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

### ORDER

Considering the foregoing Objection to Special Master's Opinion and Decree,

**IT IS HEREBY ORDERED** that Mrs. Ferchaud submit further evidentiary submissions/briefing regarding the Special Master's *Opinion and Decree* by the _____ day of _____, 201_.

**IT IS FURTHER HEREBY ORDERED** that Moss Construction, LLC submit a response/opposition to Mrs. Ferchaud's further evidentiary submissions/briefing regarding the Special Master's *Opinion and Decree* by the _____ day of _____, 201_.

**IT IS FURTHER HEREBY ORDERED** that this matter be heard on the _____ day of _____, 201_ at _____ a.m./p.m. before the Honorable Eldon E. Fallon at Judge Fallon's courtroom, Courtroom C456 at the Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

Signed in New Orleans, Louisiana this _____ day _____ of 2015.

_____
**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**