# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

**CHINESE DRYWALL SETTLEMENT PROGRAM**
**STIPEND VERIFICATION**

All firms must submit this Stipend Verification in order to receive stipend payments. You need only submit this form once. To submit this form, email it to CDWQuestions@browngreer.com.

### A. Law Firm Information

| | |
|---|---|
| **1. Law Firm Name:** | |
| **2. Law Firm Address** | Street<br><br>City / State / Zip |
| **3. Law Firm EIN** | \|\_\|\_\|\_\|\_\|\_\|\_\|\_\|\_\|\_\| |

### B. Eligibility Certification

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the properties submitted for a stipend payment are eligible as a result of being a named plaintiff in one of the Omni Complaints filed in the MDL, the property was part of the Pilot Program, the claimant represented by the law firm is a current or was a former owner of the property which contained Chinese drywall and is entitled to the stipend and/or was eligible for compensation in one of the five (5) interrelated settlements (Knauf Settlement, InEx Settlement, Banner Settlement, L&W Settlement, or Global Settlement); and

### C. Verification

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I or my designee has reviewed the Stipend List sent to my law firm and that it is true and accurate and I have no objections to the information on the Stipend List other than those previously submitted to Chinese Drywall Settlement Program Administrator. I further certify that I am authorized to sign this form on behalf of the law firm listed in Section A, that Section B is true and accurate and that none of the claimants for whom my firm is seeking a stipend payment are defendants in a case related to Chinese Drywall. I understand that false statements or claims made in connection with this Verification may result in fines, imprisonment, and/or any other remedy available by law.

| | | | |
|---|---|---|---|
| **Authorized Representative Signature:** | | **Date:** | ____/____/____ (Month/Day/Year) |
| **Title:** | | | |
| **Printed Name:** | First / Last | | M.I. |

© 2015 BrownGreer PLC