UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Motion for Leave to File the Plaintiffs' Steering Committee's Opposition to BNBM PLC's Motion for Reconsideration of the Order Granting the PSC's Motion Contesting Claims of Privilege, In Its Entirety, Under Seal and for Expedited Consideration;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Opposition to BNBM PLC's Motion for Reconsideration of the Order Granting the PSC's Motion Contesting Claims of Privilege be and is hereby filed UNDER SEAL and will be considered on an expedited basis.

New Orleans, Louisiana, this 23rd day of November, 2015.

_____
Eldon E. Fallon
United States District Court Judge