UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## O R D E R

Considering the CNBM Entities' Motion for Leave to File the Opposition to Plaintiffs' Steering Committee's Disclosure Motion Contesting Claims of Privilege and/or Work Product Protection and for *In Camera* Inspection, In Its Entirety, UNDER SEAL;

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that the CNBM Entities' Opposition to Plaintiffs' Steering Committee Disclosure Motion Contesting Claims of Privilege and/or Work Product Protection and for *In Camera* Inspection, in its entirety including exhibits, be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this   23rd   day of     November     , 2015

Eldon E. Fallon
United States District Judge

1