MINUTE ENTRY
FALLON, J.
NOVEMBER 23, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date. The conference was transcribed by Ms. Toni Tusa, Official Court Reporter. Counsel may contact Ms. Ibos at (504) 589-7778 to request a copy of the transcript. The Plaintiffs' Steering Committee, counsel for Taishan, counsel for the CNBM entities, counsel for the BNBM entities and Defense Liaison counsel participated. The parties discussed follow-up to the opening arguments, which were made on November 17, 2015, to address issues of spoliation, contempt, and/or adverse inferences.

After discussing the matter the parties agreed to the following:

**IT IS ORDERED** that closing statements with regard to the November 17th Taishan Evidentiary Hearing will heard on **Tuesday, December 15, 2015 at 10:00 a.m. CT** in the Courtroom of the Honorable Eldon E. Fallon. **IT IS FURTHER ORDERED** that each side will have no more than one hour for its closing statement and no more than twenty minutes for its rebuttal. **IT IS FURTHER ORDERED** that the order of the arguments is as followed: the PSC will begin; Taishan will then respond; the PSC will then have an opportunity to rebut Taishan; and, finally, Taishan will have an opportunity to offer a sur-rebuttal.

1

JS10(00:17)