# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **CHINESE-MANUFACTURED** | * | **MDL 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to: All Cases** | * | |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## KNAUF DEFENDANTS' RESPONSE TO ROSENBAUM MOLLENGARDEN PLLC NOTICE OF CHARGING LIEN AS TO PAUL AND CARON JOHNSON

The Knauf Defendants[1] file this Response to Rosenbaum Mollengarden PLLC's Response to Charging Lien of Rosenbaum Mollengarden PLLC as to Paul and Caron Johnson.

Claimants Paul and Caron Johnson's property is being remediated pursuant to the Knauf Class Settlement Agreement.[2] Claimants filed claims in *Payton*[3] and *Cassidy*,[4] chose the Program Contractor Remediation Option, and executed the Work Authorization Agreement. The Program Contractor signed contracts with all subcontractors and is in the process of obtaining permits.

Rosenbaum Mollengarden PLLC seeks to stop all disbursements to the Johnson Claimants "from any settlement or any other final or partial resolution of the Plaintiffs'

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

[2] Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 (Rec. Doc. 16407-3), as amended by the Fourth Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 (17165-1).

[3] *Payton, et al. v. Knauf Gips KG, et al.*, Case No. 2:09-cv-07628 (E.D.La.).

[4] *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*, Case No. 11-3023 (E.D. La.).

claims…or this case… until this charging lien has been adjudicated." The Knauf Defendants

seek the Court's guidance in remediating the Claimants' property and hereby notify all parties,

including Rosenbaum Mollengarden PLLC, that the Knauf Defendants are not responsible for

any construction cost increases due to the delay in remediating the Claimants' property. For the

foregoing reasons, as more fully explained in the accompanying Memorandum in Support, the

Knauf Defendants seek the Court's guidance in fulfilling their settlement obligations.


Respectfully Submitted,

/s/ *Kerry J. Miller*

KERRY J. MILLER (LA Bar No. 24562)
RENE A. MERINO (LA Bar No. 34408)
**Baker, Donelson, Bearman,**
**Caldwell & Berkowitz, PC**
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170
Phone: 504.566.8646
Fax:   504.585.6946
kjmiller@bakerdonelson.com

*Counsel for the Knauf Defendants*

<u>**CERTIFICATE**</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6 and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 23rd day of November 2015.


*/s/ Kerry J. Miller*