UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:** | JUDGE ELDON E. FALLON |
| *Gross v. Knauf Gips KG, 2:09-cv-6690* | |
| *Amorin v. Taishan Gypsum, 2:11-cv-1672* | MAGISTRATE JUDGE |
| *Amorin v. Taishan Gypsum, 2:11-cv-1395* | JOSEPH C. WILKINSON, JR. |
| *Amorin v. Taishan Gypsum, 2:11-cv-1673* | |
| *Amorin v. SASAC, 2:14-cv-1727* | |
| *State of Louisiana v. Knauf, 2:10-cv-340* | |
| *Abner v. Taishan Gypsum, 2:11-cv-3094* | |
| *Posey v. BNBM Co., 2:09-cv-6531* | |
| *Morris v. BNBM Co., 2:09-cv-6530* | |

## MOTION FOR LEAVE TO FILE REPLY IN EXCESS OF PAGE LIMITATION

NOW INTO COURT, through undersigned counsel, comes Defendant China National Building Materials Group Corporation ("CNBM Group") and respectfully requests that this Court grant leave to file a Reply in Support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction Under the FSIA in excess of the page limitation set forth by Local Rule 7.7.  In support of this Motion, CNBM Group represents:

1.  This Court previously established a briefing schedule for the motion to dismiss for lack of subject matter jurisdiction, which set forth deadlines for filings including a Reply Memorandum.  *See* Rec. Docs. 19403, 19612.

2.  Both the PSC and the State of Louisiana filed oppositions to the FSIA motion.  Given the length and factual complexity of the two responses to CNBM Group's motion to dismiss for lack of subject matter jurisdiction, one of which totaled more than 100 pages, CNBM Group

1

needs more than the 10 pages allotted by Local Rule to respond adequately and address the issues raised by those opposition memoranda.

WHEREFORE, for the foregoing reasons, CNBM Group requests that this Court grant it leave to file a Reply in Support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction under the FSIA in excess of the Local Rule page limitation.

Dated: November 24, 2015

Respectfully submitted,

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA  94105
Tel:  415-773-5700
Email:  cvejnoska@orrick.com
            ijohnson@orrick.com
            adavidson@orrick.com
            jmwu@orrick.com

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MCCOLLAM,
DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: 504-582-1111
Email: eeagan@gordonarata.com
            dcurrault@gordonarata.com
            arothenberg@gordonarata.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Email:  jstengel@orrick.com
            xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Email: eshumsky@orrick.com

*Counsel for CNBM Group*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing **Motion for Leave to File Reply in Excess of Page Limitation** and accompanying documents  have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on November 24, 2015.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax:  415-773-5759
Email:  cvejnoska@orrick.com

*Counsel for CNBM Group*