# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. WILKINSON |

## ORDER

Considering the foregoing Objection to Special Master's Opinion and Decree,

**IT IS HEREBY ORDERED** that Mrs. Ferchaud submit further evidentiary submissions/briefing regarding the Special Master's *Opinion and Decree* by the 14th day of December, 2015.

**IT IS FURTHER HEREBY ORDERED** that Moss Construction, LLC submit a response/opposition to Mrs. Ferchaud's further evidentiary submissions/briefing regarding the Special Master's *Opinion and Decree* by the 8th day of January, 2016.

**IT IS FURTHER HEREBY ORDERED** that this matter be heard on the 14th day of January, 2016 at 9:00 a.m./p.m. before the Honorable Eldon E. Fallon at Judge Fallon's courtroom, Courtroom C456 at the Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

Signed in New Orleans, Louisiana this 24th day of November of 2015.

**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**