UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Gross v. Knauf Gips KG, 2:09-cv-6690*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1672*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1395*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1673*<br>*Amorin v. SASAC, 2:14-cv-1727*<br>*State of Louisiana v. Knauf, 2:10-cv-340*<br>*Abner v. Taishan Gypsum, 2:11-cv-3094*<br>*Posey v. BNBM Co., 2:09-cv-6531*<br>*Morris v. BNBM Co., 2:09-cv-6530* | |

**THE PLAINTIFFS' STEERING COMMITTEE'S BRIEF IN SUPPORT OF ITS MOTION TO STRIKE UNTIMELY DECLARATIONS OF CNBM GROUP AND FOR EXPEDITED CONSIDERATION**

**I.      INTRODUCTION**

The Plaintiffs' Steering Committee ("PSC") hereby submits this brief in support of its Motion to Strike the Untimely Declarations of CNBM Group, *i.e.*, Jianglin Cao and Professor Robin Hui Huang.

China National Building Materials Group Corporation ("CNBM Group") filed its motion to dismiss complaints pursuant to Federal Rules of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction on grounds of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1600, *et seq*. (Rec.Doc.No. 19527) (hereafter "FSIA motion").  The PSC responded to CNBM Group's FSIA motion on October 29, 2015.  On November 24, 2015, CNBM Group submitted its reply in support of its FSIA motion. (Rec.Doc.No. 19798).  Accompanying that reply brief, CNBM Group attached a new Declaration of Jianglin Cao (CNBM Group's General Manager and Director) (Rec.Doc.No.

1

19798-3), and a Declaration of a never before disclosed expert, Robin Hui Huang (Rec.Doc.No.19798-5). Both declarations present new evidence, and/or new documents that were never before produced, and new legal theories in connection with CNBM Group's reply brief.

The Court should strike both declarations. As set forth below, CNBM Group's belated submissions are highly prejudicial to plaintiffs and violate the permissive bounds of submissions in reply briefs.

## II.   ARGUMENT

CNBM Group filed its reply brief well after business hours on November 24, 2015.[1] In the reply, CNBM Group attempts to dispel the notion that it does not exercise day-to-day control over its subsidiaries. In this regard, CNBM Group presented a new declaration of Mr. Cao. Therein, Mr. Cao attaches a previously never before used or relied upon document, *i.e.* CNBM's Articles of Association. In addition, CNBM Group produced a new expert report to challenge the fact that CNBM Group is the "actual controller" or "ultimate controller" of Beijing New Building Materials PLC.

By raising new evidence and new legal arguments in their reply brief, CNBM Group has far exceeded the appropriate use of a reply brief. In *AAR, Inc. v. Nunez*, 408 F. App'x 828, 830 (5th Cir. 2011), the Fifth Circuit recognized that "[g]enerally, and for obvious reasons, a reply brief is limited to addressing matters presented by appellant's opening brief and by appellee's response brief, and is not the appropriate vehicle for presenting new arguments or legal theories to the court." CNBM

---

[1] The File and Serve Notice of CNBM Group's reply brief was received at 11:10 p.m. EST. Adding insult to injury, CNBM Group and CNBM, in their habitual style, submitted even more late productions of documents *also* after business hours. Plaintiffs received these late productions at 4:24 a.m. on November 24, 2015. This is in stark contrast to a litigant who seeks to hold fast to December 8, 2015 hearing date.

Group's combination of raising new arguments, new evidence and new legal theories for the first time in a reply brief violates well settled law.  The "tactic of reserving new arguments for [a] reply brief amounts to impermissible 'sandbagging'."  *Rockwell Techs, LLC v. Spectra-Physics Laser, Inc.*, No. 00-589 GMS, 2002 WL 531555, at *3 (D.Del.Mar. 26, 2002), (citing *Jordan v. Bellinger*, 2000 U.S. Dist. LEXIS 19233, at *18 (D.Del. Apr. 28, 2000)).  By waiting until its reply brief, CNBM Group has deprived plaintiffs of the opportunity to explore with the witnesses their theories and the new evidence produced, and seek to limit the ability of plaintiffs to respond to these new-fangled facts and legal theories.  Plaintiffs are prejudiced thereby.  Because reply briefs are intended to be limited in scope to the matters raised in opposition, this Court should not permit the new arguments to be raised.  See, *Scott v. R.J. Reynolds Tobacco, Co.*, 2001 WL 797992, *5 (E.D.La. July 12, 2001).  The appropriate remedy to preclude such arguments from being improperly raised is to strike the Declarations of Mr. Cao and Ms. Hui Huang.

In light of the upcoming December 8, 2015 hearing, expedited consideration should be given to this motion.

**III.   CONCLUSION**

For the reasons set forth above, the Declarations of Jianglin Cao and Robin Hui Huang should be stricken.

3

Dated: November 25, 2015						Respectfully Submitted,

BY: /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819) (on the Brief)
Leonard A. Davis (La Bar No. 14190) (on the Brief)
Stephen J. Herman (La Bar No. 23129)
Madelyn O. Breerwood (La Bar No. 35538) (on the Brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the Brief)
Fred S. Longer (on the Brief)
Sandra L. Duggan (on the Brief)
Matthew Gaughan (on the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Diogenes P. Kekatos (on the Brief)
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Gerald E. Meunier (on the Brief)
Rachel A. Sternlieb (on the Brief)
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino (on the Brief)
Pearl A. Robertson (on the Brief)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of November, 2015.

Respectfully Submitted,

BY: /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*