Braxton Collins
Invoice 1 of 1

ROBERTSDALE ACE HOME CENTER
P.O. BOX 729
21090 HWY. 59 SOUTH
ROBERTSDALE, AL 36567
PHONE: (251) 947-7800

PAGE NO   1

BASS HOMES, INC.
36677 HWY 31

STAPLETON   AL 36578

CUST # 374935
TERMS: NET 10TH
P.O. #      15808

REF. # COLLINS
DUE DATE: 12/10/08

INV #  161673/1
DATE : 11/11/08
CLERK: LN
TERM # 568

TIME : 7:01
***DUPLICATE***
*   INVOICE   *

| QUANTITY | UM | ITEM | DESCRIPTION | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|
| 142 | EA | SR00412 | 1/2 4X12 REG SHEET ROCK | 7.9757EA | 1,132.45 |
|  |  |  | NO PICK UPS ON SHEETROCK |  |  |
| 142 | EA | DSRD0412 | HANDLING S/R DOWNSTAIRS | 2.118/EA | 300.76*N |
| 1 | EA | SHIP | DELIVERY SHIP | .01 /EA | .01*N |

** AMOUNT CHARGED TO ACCOUNT **   1512.49

TAXABLE              1132.45
NON-TAXABLE           300.77
SUB-TOTAL            1433.22
TAX AMOUNT             79.27
TOTAL INVOICE        1512.49

(EDDIE MCANALLY  )

X  Delivery
   ———————————
      Received by



BASS00005
Collins v. Ace Hardware Corp., et al.
Hardware 000478