ROBERTSDALE ACE HOME CENTER
P.O. BOX 729
21090 HWY. 59 SOUTH
ROBERTSDALE, AL 36567
PHONE: (251) 947-7800

PAGE NO    1

BASS HOMES, INC.
36677 HWY 31

STAPLETON    AL 36578

CUST # 374935
TERMS: NET 10TH
P.O. #    15932

REF. # HERRINGTON
DUE DATE:   2/10/09

INV #    218773/1
DATE :   1/14/09
CLERK: PM
TERM # 569

TIME : 7:38
***DUPLICATE***
*   INVOICE   *

| QUANTITY | UM | ITEM | DESCRIPTION | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|
| 134 | EA | SO1 | 1/2 4X8 SHEETROCK | 5.50 /EA | 737.00* |
| 134 | EA | USRD0412 | HANDLING S/R UPSTAIRS 2nd LEVEL | 2.50 /EA | 335.00*N |
| 100 | EA | SRD0512 | 1/2X54"X12' REG ROCK | 10.446/EA | 1,044.60 |
|  |  |  | NO PICKUPS ON SHEETROCK |  |  |
| 45 | EA | SRD0412 | 1/2 4X12 REG SHEET ROCK | 7.975/EA | 358.88 |
|  |  |  | NO PICK UPS ON SHEETROCK |  |  |
| 145 | EA | DSRD0412 | HANDLING S/R DOWNSTAIRS | 1.75 /EA | 253.75*N |
| 30 | EA | SRD0512 | 1/2X54"X12' REG ROCK | 10.446/EA | 313.38 |
|  |  |  | NO PICKUPS ON SHEETROCK |  |  |
| 10 | EA | SRD0412 | 1/2 4X12 REG SHEET ROCK | 7.975/EA | 79.75 |

CONT'D

X Delivery
  Received By

---

ROBERTSDALE ACE HOME CENTER
P.O. BOX 729
21090 HWY. 59 SOUTH
ROBERTSDALE, AL 36567
PHONE: (251) 947-7800

PAGE NO    2

BASS HOMES, INC.
36677 HWY 31

STAPLETON    AL 36578

CUST # 374935
TERMS: NET 10TH
P.O. #    15932

REF. # HERRINGTON
DUE DATE:   2/10/09

INV #    218773/1
DATE :   1/14/09
CLERK: PM
TERM # 569

TIME : 7:38
***DUPLICATE***
*   INVOICE   *

| QUANTITY | UM | ITEM | DESCRIPTION | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|
|  |  |  | NO PICK UPS ON SHEETROCK |  |  |
| 5 | EA | GRD0408 | 1/2 4X8 GREEN SHEET ROCK | 9.05 /EA | 45.25 |
| 45 | EA | DSRD0412 | HANDLING S/R DOWNSTAIRS | 1.75 /EA | 78.75*N |
| 20 | EA | 584001 | CONCRETE MIX 60 W/GRAVEL 56 PAL. | 3.13 /EA | 62.60 |
| 4 | EA | 584220 | 3X1-1/2X10 ' STYLE A DRIP EDGE | 1.355/EA | 5.42 |
| 1 | EA | 584102 | WALL TIES 22GA (500 COUNT) | 33.39 /EA | 33.39 |
| 1 | EA | SHIP | DELIVERY SHIP | .01 /EA | .01*N |

** AMOUNT CHARGED TO ACCOUNT **    3535.40

TAXABLE         2680.27
NON-TAXABLE      667.51
SUB-TOTAL       3347.78
TAX AMOUNT       187.62
TOTAL INVOICE   3535.40

(EDDIE MCANALLY  )

X Delivery
  Received By

EXHIBIT D

BASS00033

**ROBERTSDALE ACE HOME CENTER**
P.O. BOX 729
21090 HWY. 59 SOUTH
ROBERTSDALE, AL 36567
PHONE: (251) 947-7800

PAGE NO   1

BASS HOMES, INC.
36677 HWY 31
STAPLETON    AL 36578

CUST # 374935
TERMS: NET 10TH
P.O. #    16007

REF. # HERRINGTON
DUE DATE:   2/10/09

INV #   221979/1
DATE :  1/23/09
CLERK:  LN
TERM # 568

TIME : 6:54
***DUPLICATE***
* INVOICE *

| QUANTITY | UM | ITEM | DESCRIPTION | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|
| 2 | EA | 6610T | 6X6X10' TREATED PINE | 18.329/EA | 36.65 |
| 1 | EA | 668T | 6X6X8' TREATED PINE | 16.39 /EA | 16.39 |
| 12 | EA | 2410T | 2X4X10' #2 TREATED PINE | 3.87/EA | 46.44 |
| 4 | EA | 54616T | 5/4X6X16 TREATED DECKING | 7.83 /EA | 31.32 |
| 16 | EA | 128T | 1X2X8 #1 TREATED RD/EDGE | 1.208/EA | 19.33 |
| 34 | EA | 228T | 2X2X8' TREATED #1 | 2.323/EA | 78.98 |
| 3 | EA | 21214T | 2X12X14' #2 TREATED PINE | 19.68 /EA | 59.04 |
| 8 | EA | 21212T | 2X12X12' #2 TREATED PINE | 17.53/EA | 140.24 |
| 19 | EA | 1812T | 1X8X12' #2 TREATED PINE | 5.545/EA | 33.27 |
| 23 | EA | SRD0408 | 1/2 4X8 SHEET ROCK | 5.498/EA | 126.45 |
| | | | | | CONT'D |

X _Delivery_____
    Received by

---

**ROBERTSDALE ACE HOME CENTER**
P.O. BOX 729
21090 HWY. 59 SOUTH
ROBERTSDALE, AL 36567
PHONE: (251) 947-7800

PAGE NO   2

BASS HOMES, INC.
36677 HWY 31
STAPLETON    AL 36578

CUST # 374935
TERMS: NET 10TH
P.O. #    16007

REF. # HERRINGTON
DUE DATE:   2/10/09

INV #   221979/1
DATE :  1/23/09
CLERK:  LN
TERM # 568

TIME : 6:54
***DUPLICATE***
* INVOICE *

| QUANTITY | UM | ITEM | DESCRIPTION | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|
| 23 | EA | OSRD0412 | NO PICK-UPS ON SHEET ROCK HANDLING S/R UPSTAIRS 2nd LEVEL | 2.50/EA | 57.50 N |
| 1 | EA | SHIP | DELIVERY SHIP | .01 /EA | .01 N |

** AMOUNT CHARGED TO ACCOUNT **    680.91

(EDDIE MCANALLY)

| | |
|---|---|
| TAXABLE | 588.11 |
| NON-TAXABLE | 57.51 |
| SUB-TOTAL | 645.62 |
| TAX AMOUNT | 35.29 |
| TOTAL INVOICE | 680.91 |

X _Delivery_____
    Received by

BASS00034