

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * * | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Braxton H. Collins, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * * | **Case No.: 13-6652** |
| Jason S. Herrington, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.: 13-6653** |

### STIPULATION OF THE PARTIES

Come now Braxton H. Collins and Kerrie F. Collins, Plaintiffs in Case No.: 13-6652, Jason Herrington and Cassie Herrington, Plaintiffs in Case No.: 13-6653, and Bass Homes, Inc., Ace Hardware Corporation, Ace Home Center, Inc., Defendants in both actions, and Pate Stevedore Company, Inc., Pensacola Stevedore Company, Inc., and Fireman's Fund Insurance Company, Third-Party Defendants[1] in both actions, and stipulate that the depositions and exhibits thereto in the following described civil actions, formerly pending in the Circuit Court of Baldwin County, Alabama which were consolidated pursuant to an order entered on July 20, 2010 for discovery purposes in the case of Chad Everett Langham; et al. v. Ace Home Center, Inc.; et al. CV-2009-900948 (the "Langham" litigation) may be used for any purpose in these civil actions:

    Chad Everett Langham v. ACE Home Center, Inc., et al. CV-2009-900948
    Robert and Wanda White v. ACE Home Center, et al. CV-2010-900964
    Carlos and Betty Ward v. ACE Home Center, et al. CV-2010-900960

---

[1] Defendant, Ace Home Center, Inc. has also filed third-party claims against Devon International Industries, Inc. f/k/a Devon International Trading, Inc. a/k/a Devon Building Products and Taishan Gypsum Co., LTD pursuant to its First Amended Third-Party Complaint filed on September 19, 2014. As of the date of this stipulation, neither of these additional third-party defendants have been served nor have they appeared.



Kendall and Rebecca White v. ACE Home Center, et al. CV-2010-900961
Timothy and Joan Harms v. ACE Home Center, et al. CV-2010-901227
Brian Dean v. ACE Home Center, et al. CV-2010-900962
Julian and Betty Tedder v. ACE Home Center, et al. CV-2010-900947
Johnny Irby v. ACE Home Center, et al. CV-2010-900963
Kenneth Michael Reynolds v. ACE Home Center, et al. CV-2008-900198

This stipulation shall not prevent any party from taking any further or different depositions, including the depositions of any person or party deposed in the Langham litigation.

DONE on this 30th day of October, 2014.

s/s S. Wesley Pipes, V.
S. WESLEY PIPES, V.
Alabama Bar No. ASB6226-P71S
WILLIAM W. WATTS, III
Alabama Bar No. ASB5095-S67W
**Attorneys for Pensacola Stevedore Co., Inc. and Pate Stevedore Co., Inc.**

OF COUNSEL:
Pipes, Hudson & Watts, LLP
P.O. Box 989
Mobile, AL 36601-0989
PH:  251-432-7200
FX:  251-432-0073
bill@pipeshudsonwatts.com
wesley@pipeshudsonwatts.com

s/s Stephen W. Mullins          (by Permission)
**Attorney for Braxton H. Collins and Kerrie F. Collins, and for Jason Herrington and Cassie Herrington**

OF COUNSEL:
Luckey & Mullins, PLLC
P.O. Box 990
Ocean Springs, MS 39566
smullins@luckeyandmullins.com

s/s Danny J. Collier          (by Permission)
DANNY J. COLLIER
**Attorney for Ace Home Center, Inc.**

OF COUNSEL:

2

Luther, Collier, Hodges & Cash LLP
P.O. Box 1002
Mobile, AL 36633
PH: 251-694-9393
FX: 251-694-9392
dcollier@lchclaw.com

OF COUNSEL:
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA 70139
David.coons@arlaw.com

s/s David C. Coons                    (by Permission)
**Attorney for Bass Homes, Inc.**

s/s Caroline Pryor                    (by Permission)
**Attorney for Ace Hardware Corporation**

Carr Allison
6251 Monroe Street
Suite 200
Daphne, AL 36526
PH: 251-626-9340
FX: 251-626-8928
cpryor@carrallison.com

s/s Gary J. Russo                    by Permission)
**Attorney for Fireman's Fund Insurance Company**

OF COUNSEL:
Jones Walker, LLP
600 Jefferson Street, Ste. 1600
Lafayette, LA 70501
PH: 337-593-7600
FX: 337-593-7601
grusso@joneswalker.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of October 2014, the foregoing has been electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 09-2047 and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, to the following:

| | |
|---|---|
| Danny J. Collier, Jr., Esq. | Lewis Robert Shreve, Esq. |
| Stephen W. Mullins, Esq. | Caroline Pryor, Esq. |
| Heather M. Houston, Esq. | Christopher A. D'Amour, Esq. |
| David C. Coons, Esq. | |
| Gary J. Russo, Esq. | |

s/s  S. Wesley Pipes
S. WESLEY PIPES