# MICHAEL PATE - VOLUME II

1

IN THE CIRCUIT COURT IN AND FOR

BALDWIN COUNTY, ALABAMA

CIVIL ACTION NUMBER

CV-2009-900948

CHAD EVERETT LANGHAM, et al.,

    Plaintiff(s),

vs.

ACE HOME CENTER, INC., et al.,

    Defendant(s).

DEPOSITION TESTIMONY OF:

MICHAEL PATE

VOLUME II

March 21, 2011

10:30 a.m.

COURT REPORTER:

DEBORAH B. BRADEN, CCR

EXHIBIT F

**HENDERSON & ASSOCIATES COURT REPORTERS, INC.**
**P.O. BOX 2263, MOBILE, AL 36652 (251)694-0950 (888)557-2969**

## MICHAEL PATE - VOLUME II

2

1       S T I P U L A T I O N
2              IT IS STIPULATED AND AGREED, by
3       and between the parties through their respective
4       counsel, that the deposition of MICHAEL PATE may
5       be taken before Deborah B. Braden, Certified
6       Court Reporter and Notary Public, State at
7       Large, at the offices of DANIELL, UPTON,
8       PERRY & MORRIS, Daphne, Alabama, on March 21,
9       2011, commencing at approximately 10:30 a.m.
10             IT IS FURTHER STIPULATED AND
11      AGREED that the signature to and the reading of
12      the deposition by the witness is waived, the
13      deposition to have the same force and effect as
14      if full compliance had been had with all laws
15      and rules of Court relating to the taking of
16      depositions.
17             IT IS FURTHER STIPULATED AND
18      AGREED that it shall not be necessary for any
19      objections to be made by counsel to any
20      questions, except as to form or leading
21      questions, and that counsel for the parties may
22      make objections and assign grounds at the time
23      of trial or at the time said deposition is
24      offered in evidence, or prior thereto.
25             In accordance with Rule 5(d) of

MICHAEL PATE - VOLUME II

3

1   the Alabama Rules of Civil Procedure, as
2   amended, effective May 15, 1988, I, Deborah B.
3   Braden, am hereby delivering to Jonathon Law the
4   original transcript of the oral testimony taken
5   March 21, 2011, along with exhibits.
6           Please be advised that this is the
7   same and not retained by the Court Reporter, nor
8   filed with the Court.
9
10              EXAMINATION INDEX
11
    MIKE PATE
12
        BY MS. CALDWELL            10
13
        BY MR. ROBERTSON           113
14
        BY MR. RUSSO               131
15
        BY MR. LAW                 155
16
        BY MS. CALDWELL            207
17
        BY MR. ROBERTSON           208
18
        BY MR. RUSSO               211
19
        BY MR. LAW                 212
20
        BY MR. ROBERTSON           215
21
        BY MR. CHASON              215
22
        BY MS. PRYOR               222
23
        BY MR. LAW                 225
24
25

HENDERSON & ASSOCIATES COURT REPORTERS, INC.
P.O. BOX 2263, MOBILE, AL 36652 (251)694-0950 (888)557-2969

MICHAEL PATE - VOLUME II

209

1  buy drywall they could use, right?
2              MR. PIPES:  Object to the form
3  of the question.
4       A.    Not all of it.
5       Q.    No, no, no.  That's right.  Some
6  of it was broken.
7       A.    Right.
8       Q.    But some of it wasn't broken.
9       A.    That's right.
10      Q.    And the drywall that you were
11 selling to them, you didn't know of any
12 deterioration to the drywall, did you?
13             MR. PIPES:  Object to the
14 form.
15             MR. LAW:  Object to the form.
16      A.    No.
17      Q.    And you didn't know of any of
18 drywall that you bought, that it was
19 reconditioned, did you; that it had come from a
20 manufacturer and then been reconditioned after
21 it left the manufacturer in China?
22      A.    I didn't know anything about that.
23      Q.    Okay.  As far as you knew, what
24 Mr. Scharf had told you from Devon, that load of
25 drywall went from the factory to a port in

MICHAEL PATE - VOLUME II

210

1  China, into a vessel, and then landed in the
2  Port of Pensacola. That was what you
3  understood?
4      A.   That's the best of my knowledge.
5      Q.   As far as you know, nobody had
6  done anything to change that drywall after it
7  left the factory --
8           MR. LAW: Object to --
9      Q.   -- before it ended up in your
10 warehouse, did they?
11          MR. LAW: Object to the form.
12     A.   I didn't know of anything of that.
13     Q.   Okay. And none of that drywall
14 that you knew -- as far as you knew was used,
15 was it, when you bought it?
16     A.   No. I didn't know if there was
17 any of it used or not.
18     Q.   And as far as you knew, none of
19 the drywall that you bought had -- was
20 secondhand or altered from the time it left the
21 factory, did you?
22          MR. LAW: Until when?
23     Q.   Until it ended up in your
24 warehouse.
25     A.   No. I didn't know if there was