# MICHAEL PATE

1

THE IN CIRCUIT COURT IN AND FOR

BALDWIN COUNTY, ALABAMA


CIVIL ACTION NUMBER

CV-2009-900948


CHAD EVERETT LANGHAM, et al.,

Plaintiff(s),

vs.

ACE HOME CENTER, INC., et al.,

Defendant(s).



DEPOSITION TESTIMONY OF:

MICHAEL PATE


February 16, 2011

10:40 a.m.


COURT REPORTER:

DEBORAH B. BRADEN, CCR

EXHIBIT
G

## MICHAEL PATE

2

```
 1              S T I P U L A T I O N
 2              IT IS STIPULATED AND AGREED, by
 3    and between the parties through their respective
 4    counsel, that the deposition of MICHAEL PATE may
 5    be taken before Deborah B. Braden, Certified
 6    Court Reporter and Notary Public, State at
 7    Large, at the offices of DANIELL, UPTON,
 8    PERRY & MORRIS, Daphne, Alabama, on February 16,
 9    2011, commencing at approximately 10:40 a.m.
10              IT IS FURTHER STIPULATED AND
11    AGREED that the signature to and the reading of
12    the deposition by the witness is waived, the
13    deposition to have the same force and effect as
14    if full compliance had been had with all laws
15    and rules of Court relating to the taking of
16    depositions.
17              IT IS FURTHER STIPULATED AND
18    AGREED that it shall not be necessary for any
19    objections to be made by counsel to any
20    questions, except as to form or leading
21    questions, and that counsel for the parties may
22    make objections and assign grounds at the time
23    of trial or at the time said deposition is
24    offered in evidence, or prior thereto.
25              In accordance with Rule 5(d) of
```

## MICHAEL PATE

3

1    the Alabama Rules of Civil Procedure, as

2    amended, effective May 15, 1988, I, Deborah B.

3    Braden, am hereby delivering to Jonathon Law the

4    original transcript of the oral testimony taken

5    February 16, 2011, along with exhibits.

6              Please be advised that this is the

7    same and not retained by the Court Reporter, nor

8    filed with the Court.

9

10                   EXAMINATION INDEX

11

    MICHAEL PATE

12
        BY MR. LAW                        10
13

14

15

16

17

18

19

20

21

22

23

24

25

MICHAEL PATE

1    have, I don't remember who was on the vessel.

2         Q.     There's not an actual written

3    roster of individuals maintained by the port?

4         A.     No.  No.

5         Q.     Has Pensacola Stevedore Company

6    ever been sued before besides the cases

7    involving Chinese drywall?

8         A.     I don't think so.  I don't

9    remember if we have.

10        Q.     Before Pensacola Stevedore started

11   selling drywall to Ace Home Center in

12   Robertsdale, did you know Mr. Henry Vick?

13        A.     Yes, I did.

14        Q.     Mr. Henry Vick is here today,

15   isn't he?

16        A.     Yes, he is.

17        Q.     How did you know Mr. Vick?

18        A.     Well, I met him before.  Just --

19   We have a farm next to each other.

20        Q.     Where is your farm located?

21        A.     I don't have it anymore.  It's

22   his.

23        Q.     You sold it to Mr. Vick?

24        A.     Sold it to Mr. Vick.

25        Q.     When did you sell it to him?

**HENDERSON & ASSOCIATES COURT REPORTERS, INC.**
**P.O. BOX 2263, MOBILE, AL 36652 (251)694-0950 (888)557-2969**