# HENRY VICK

1

IN THE CIRCUIT COURT IN AND FOR

BALDWIN COUNTY, ALABAMA

CIVIL ACTION NUMBER

CV-2009-900948

CHAD EVERETT LANGHAM, et al.,

　　　Plaintiff(s),

vs.

ACE HOME CENTER, INC., et al.,

　　　Defendant(s).

DEPOSITION TESTIMONY OF:

HENRY VICK

March 17, 2011

9:55 a.m.

COURT REPORTER:

DEBORAH B. BRADEN, CCR



# HENRY VICK

2

```
 1                  S T I P U L A T I O N
 2              IT IS STIPULATED AND AGREED, by
 3   and between the parties through their respective
 4   counsel, that the deposition of HENRY VICK may
 5   be taken before Deborah B. Braden, Certified
 6   Court Reporter and Notary Public, State at
 7   Large, at the offices of DANIELL, UPTON,
 8   PERRY & MORRIS, Daphne, Alabama, on March 17,
 9   2011, commencing at approximately 9:55 a.m.
10              IT IS FURTHER STIPULATED AND
11   AGREED that the signature to and the reading of
12   the deposition by the witness is waived, the
13   deposition to have the same force and effect as
14   if full compliance had been had with all laws
15   and rules of Court relating to the taking of
16   depositions.
17              IT IS FURTHER STIPULATED AND
18   AGREED that it shall not be necessary for any
19   objections to be made by counsel to any
20   questions, except as to form or leading
21   questions, and that counsel for the parties may
22   make objections and assign grounds at the time
23   of trial or at the time said deposition is
24   offered in evidence, or prior thereto.
25              In accordance with Rule 5(d) of
```

# HENRY VICK

3

1  the Alabama Rules of Civil Procedure, as
2  amended, effective May 15, 1988, I, Deborah B.
3  Braden, am hereby delivering to Jonathon Law the
4  original transcript of the oral testimony taken
5  March 17, 2011, along with exhibits.
6              Please be advised that this is the
7  same and not retained by the Court Reporter, nor
8  filed with the Court.

# HENRY VICK

13

1  installed it, sold it.
2      Q.    Y'all installed it and serviced
3  them?
4      A.    Yes.
5      Q.    How long did you own Robertsdale
6  Heating & Air Conditioning?
7      A.    Thirty-two years.
8      Q.    In those 32 years, did you
9  sometimes change out evaporator coils?
10     A.    Yes.
11     Q.    You would have done that under --
12 as part of the service of Robertsdale Heating &
13 Air?
14     A.    Yes.
15     Q.    Typically, when you changed those
16 out, did they have some sort of warranty from
17 the manufacturer?
18     A.    Most of the time, no.
19     Q.    Did you have some manufacturers
20 that provided warranties on those coils?
21     A.    Yes.
22     Q.    What would be a typical warranty
23 period for the air conditioning coils?
24     A.    One year.
25     Q.    So if the coils went out within

# HENRY VICK

27

```
 1    charge ahead as the one primarily responsible
 2    for operating the store?
 3                 MR. ROBERTSON:  Object to the
 4    form.
 5         A.    That's hard to answer.  When?
 6    It's a slow process.
 7         Q.    Would have been around three to
 8    four years ago when he took over as vice
 9    president?
10         A.    He started -- I started pushing
11    more of it his way at that point.
12         Q.    How did you know that Pensacola or
13    Pate Stevedore or Mike Pate had some drywall for
14    sale?
15         A.    He called me.
16         Q.    Tell me about that initial phone
17    call.  What did he tell you?
18                 MR. ROBERTSON:  We already
19    talked about this before.
20         A.    He called and said he had some
21    Sheetrock or drywall he wanted me to look at.
22                 MR. PIPES:  Actually, I think
23    we did talk about this before.
24                 MR. ROBERTSON:  Yeah, we did.
25                 MR. LAW:  And let me tell you,
```

HENRY VICK

29

1      Q.    Tell me about your first phone
2  conversation with Mr. Pate.
3      A.    He just said he had some Sheetrock
4  he wanted me to look at that might be of
5  interest to me to be purchased.
6      Q.    And you were present during
7  Mr. Pate's deposition, weren't you?
8      A.    Yes.
9      Q.    You've attended some other
10  depositions in this case, haven't you?
11      A.    Yes.
12      Q.    And have some of those depositions
13  maybe refreshed your memory somewhat since the
14  last time I took your deposition?
15      A.    Huh-uh.
16      Q.    All right.  So did you go over
17  there and look at some drywall?
18      A.    Yes.
19      Q.    When you went to the warehouse,
20  what did you see?
21      A.    A bunch of drywall.
22      Q.    Ever seen that much drywall in
23  your life?
24      A.    Never in one place.
25      Q.    Did you go to more than one

# HENRY VICK

30

1  warehouse, or did you only go in one?
2      A.   One.
3      Q.   To your knowledge, was the drywall
4  segregated within that warehouse as to what was
5  damaged and what was good?
6           MR. ROBERTSON:  Object to the
7  form.
8      A.   Segregated.  I didn't know there
9  was but one, as far as I'm concerned.
10     Q.   You told me in your last
11 deposition you took a magic marker, a black one,
12 and marked the ends of some of the drywall that
13 you wanted either thrown away or discarded; is
14 that right?
15     A.   Yes.
16     Q.   Did you do that at the Pensacola
17 warehouse, or did you do that back at Ace Home
18 Center?
19     A.   Ace Home Center.
20     Q.   When you went to look at the
21 drywall, did you meet with Mr. Pate?
22     A.   Yes.
23     Q.   Did he tell you there was a
24 section of the warehouse that you could take
25 drywall out of, or did he say just take whatever

HENRY VICK

80

1  form.
2      A.    Nope.
3      Q.    They didn't give any type of
4  document that said they were selling all of this
5  stuff as-is, did they?
6      A.    Never was discussed, no.
7      Q.    Ace Home Center purchased
8  thousands of sheets of drywall from Pate or
9  Pensacola Stevedore over a period of several
10 months; is that correct?
11     A.    Yes.
12     Q.    Do you know how many months Pate
13 or Pensacola Stevedore sold this drywall to Ace
14 Home Center?
15     A.    No.
16     Q.    Have you tried to figure up how
17 many sheets were purchased?
18     A.    Was I or have I?
19     Q.    Have you tried to figure that up?
20     A.    Yeah.
21     Q.    Can you tell me an approximate
22 number?
23     A.    5,000.
24     Q.    And of that 5,000, some of it went
25 in the dumpster?

HENRY VICK

85

```
 1   is that correct?
 2         A.    Restate that.
 3         Q.    Any kind of business dealings
 4   between Ace Home Centers and Pensacola Stevedore
 5   was done by you, Mr. Henry Vick, not by Wayne
 6   Vick?
 7         A.    Yes.
 8         Q.    And you came to understand that
 9   that rock came in on a ship that went through a
10   storm?
11         A.    Yes.
12         Q.    And I think you acknowledge that
13   you were aware some rock was damaged in
14   shipment?
15         A.    Broken.
16         Q.    Broken. Okay. Now, were you
17   aware that Mr. Pate purchased that rock through
18   a salvage sale?
19         A.    Not really, no. He just said he
20   had this rock -- He has to clean this ship up.
21   He's been hired to -- You know, I don't know
22   what the exact words were, but at that point,
23   I --
24         Q.    You knew he had a lot of rock,
25   some of which had been damaged in shipment?
```

## HENRY VICK

131

1     A.     That decision lays on me and the
2  employees.
3     Q.     For example, with respect to where
4  your food is sold, and where within your store
5  that food is sold, is that a decision that you
6  and/or another employee at Ace Home Center
7  makes?
8     A.     Yes.
9     Q.     That's not a decision that Ace
10 Hardware Corporation makes, is it?
11    A.     No.
12    Q.     Is it fair to say that Ace
13 Hardware Corporation did not tell you what price
14 to place on any of the Chinese drywall that you
15 sold?
16    A.     You're correct.
17    Q.     Is it fair to say that Ace
18 Hardware Corporation was not aware of your
19 purchase of this Chinese drywall --
20    A.     That is --
21    Q.     -- at the time it was purchased?
22    A.     That is correct.
23    Q.     Is it fair to say that you or an
24 employee of Ace Home Center selected the hours
25 of operation for your home center?

# HENRY VICK

138

1  never even heard of Devon, correct?
2      A.    Correct.
3      Q.    You have not received any written
4  warranties from Devon; is that correct?
5      A.    Correct.
6      Q.    That's all I have.  Thanks.
7      A.    Okay.
8                    EXAMINATION
9  BY MR. LAW:
10     Q.    Mr. Vick, in the normal course of
11 business at Ace Home Center, does Ace Home
12 Center receive an invoice before they pay for
13 building materials?
14     A.    Yes.
15     Q.    And I notice you personally didn't
16 receive Exhibit 10, but in the normal course of
17 business, somebody at Ace Home Center would have
18 received an invoice like Exhibit 10 before they
19 made a payment?
20     A.    Yes.
21     Q.    The drywall that was delivered, I
22 understand some of it -- some of the bundles,
23 you said, had straps around them.  It had to
24 be -- the bundles had to be strapped together or
25 held together somehow in order to truck them