# HENRY VICK

1

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

CIVIL ACTION NO.: CV-2009-900948

CHAD EVERETT LANGHAM, INDIVIDUALLY,
AND LAUREN ARD LANGHAM, INDIVIDUALLY,
AND AS MOTHER AND NEXT FRIEND OF GILLIAN
GRACE LANGHAM, AND EMMA KATE LANGHAM,
MINORS; ON BEHALF OF THEMSELVES AND ALL
OTHER SIMILARLY SITUATED ALABAMA RESIDENTS,
ET AL.,

    Plaintiffs,

    vs.

ACE HOME CENTER, INC.; ACE HARDWARE
CORPORATION; PATE STEVEDORE COMPANY,
INC.; PENSACOLA STEVEDORE COMPANY, INC.,
BASS HOMES, INC.; FIREMAN'S FUND INSURANCE
COMPANY, ET AL.,

    Defendants.

DEPOSITION OF HENRY VICK



HENDERSON & ASSOCIATES COURT REPORTERS, INC.
P.O. BOX 2263, MOBILE, AL 36652 (251)694-0950 (888)557-2969

## HENRY VICK

2

1        S T I P U L A T I O N S

2            IT IS STIPULATED AND AGREED by and between the

3    parties, through their respective counsel, that the

4    deposition of HENRY VICK may be taken before Kathleen

5    Cavazos, Commissioner, at the law offices of Daniell,

6    Upton, Perry & Morris, 30421 Highway 181, Daphne, Alabama

7    36526, on the 19th day of February 2010.

8            IT IS FURTHER STIPULATED AND AGREED that the

9    signature to and the reading of the deposition by the

10   witness is waived, the deposition to have the same force

11   and effect as if full compliance had been had with all

12   laws and rules of Court relating to the taking of

13   depositions.

14           IT IS FURTHER STIPULATED AND AGREED that it

15   shall not be necessary for any objections to be made by

16   counsel to any questions except as to form or leading

17   questions, and that counsel for the parties may make

18   objections and assign grounds at the time of the trial,

19   or at the time said deposition is offered in evidence, or

20   prior thereto.

21           IT IS FURTHER STIPULATED AND AGREED that the

22   notice of filing of the deposition by the Commissioner is

23   waived.

HENRY VICK

8

1    A.   Good enough.

2    Q.   If at any time you need a break, want to get

3    coffee or water or a restroom break, just let me know and

4    we'll take a break.

5         We met before we started.  I'm Jonathon Law, and

6    I represent the Plaintiffs in this case.

7         What is your current position with Ace Home

8    Center?

9    A.   President.

10   Q.   How long have you been the president of Ace Home

11   Center?

12   A.   Since existence.

13   Q.   There's some other officers or directors of the

14   company?

15   A.   Yes, my wife and my son.

16   Q.   What is your son's name?

17   A.   Wayne.

18   Q.   I assume his last name is Vick as well?

19   A.   Yes.

20   Q.   And how long has Ace Home Center been in

21   business?

22   A.   Over 20 years.  I don't remember just what year.

23   Q.   Has it always been located at the same address

HENRY VICK

13

1   system obtained from Ace Hardware Corporation?
2       A.   No, through Activant.  Now, they write a program
3   for Ace corporate, okay, a hardware program, okay, but,
4   now, Activant doesn't only service Ace.  They service
5   other companies, probably True Value -- I don't know, but
6   they write software.  Of course, hardware you can buy
7   anywhere, but they write the software.  Of course, Ace
8   has got some kind of contract with them for the software.
9       Q.   Ace Hardware Corporation?
10      A.   Ace Hardware corporate.  That's in Chicago,
11  totally different from Ace Home Center.
12      Q.   That was my next question.  Ace Hardware
13  corporate -- Is the full name Ace Hardware Corporation?
14      A.   That's right.
15      Q.   And the name of your business that you operate
16  in Robertsdale is Ace Home Center, Incorporated?
17      A.   That's right.
18      Q.   And for the purposes of this deposition I'm just
19  going to call them Ace Corporation and Ace Hardware.  I
20  may --
21      A.   Say Ace Home Center.
22           MR. ROBERTSON:  For him, Ace Home Center.
23      A.   That's what we are.  It's totally different,

HENRY VICK

14

1   very obviously is two different companies.
2       Q.  Now, the software that you utilize, this
3   Activant software, do you have a contract, you being Ace
4   Home Center, with Activant, or is that a contract that
5   Ace corporate has?
6       A.  Ace corporate.
7       Q.  Does Ace corporate train -- and when I say
8   "your," I'm referring to Ace Home Center.  Does Ace
9   corporate train your employees in the proper usage of
10  this Activant software?
11      A.  We have meetings from time to time.  Maybe once
12  or twice a year there will be software meetings, but as
13  far as training, I can't say they train.  But at those
14  meetings, you get training in there.  My answer would
15  have to be no, if I had to answer it yes or no, but we do
16  have meetings, computer meetings, okay, and all the Ace
17  stores get together through the corporate setting it up,
18  what problems do you have.  You know, it's not a
19  training, per se.  But we get our training through
20  Activant.
21      Q.  I see.  How often do these meetings take place?
22      A.  You can do it any time you want to.  You can go
23  on-line through the computer now.  In fact, they was in

## HENRY VICK
31

1  Center or in transit on the ship?

2    A.   He told me in transit on the ship. Looking at

3  it, I'm saying so too. That ship got in that storm,

4  typhoon, hurricane or something and tossed it around

5  enough to -- and it may not be nothing more than a broken

6  corner, but still it's damaged.

7    Q.   What type of investigation did you do to

8  determine that the 178 sheets were damaged?

9    A.   Visual, just looking at it, broken pieces,

10 looking for breaks.

11    Q.   Did you undo the bundles and examine each

12 individual piece?

13    A.   No, just walked around. You've got 36 pieces in

14 a bundle, right? You just walk around the bundle. And

15 what I would do, I went through that myself and took and

16 marked the ones like on the end and said, I want them

17 out, I want them out. I did this personally, every piece

18 that come over there. And I would have my men to go

19 back, and I said, "Anything I marked to go out of here

20 goes out." I put a red mark or black mark on the end of

21 it, you know. It's obvious, just like you walk around

22 this table, you could see this broke and you throw it

23 away. We threw the bad in the dumpster, and the good

HENDERSON & ASSOCIATES COURT REPORTERS, INC.
P.O. BOX 2263, MOBILE, AL 36652 (251)694-0950 (888)557-2969

# HENRY VICK

32

1  went to the storehouse.
2      Q.   So you personally --
3      A.   Personally did every bit of it myself.
4      Q.   And marked the ones that were good?
5      A.   And bad.  I marked the ones that were bad, not
6  the ones that were good.  Anything had a mark on it, I
7  said get rid of it.
8      Q.   And your employees went back and disposed --
9      A.   Went back and --
10     Q.   I know you feel like you know the answer to my
11 questions, but like he said earlier, let me finish the
12 question.
13          MR. ROBERTSON:  He's got to finish his question
14 first.
15     A.   I'm sorry.  I am terrible at that.
16     Q.   Everybody does it.  Just let me finish my
17 question, please.
18          How were they disposed of, just thrown in the
19 dumpster --
20     A.   In the dumpster.
21          MR. ROBERTSON:  We can start charging you a
22 dollar every time you interrupt him and maybe --
23     Q.   Was this dumpster at Ace Home Center?

33

1    A.   Yes.

2    Q.   Does it go to a construction debris pile, or do
3 you know that?

4    A.   I don't know.

5    Q.   How did you store the good drywall that you kept
6 from Pate Stevedore Company? Did you store it in bundles
7 of 36?

8    A.   Yes.

9    Q.   How high did you stack it?

10   A.   Probably four or five bundles high, probably
11 eight, nine, 10 feet.

12   Q.   Is this drywall stored inside the Ace Home
13 Center store or is it like a --

14   A.   Warehouse.

15   Q.   -- outdoor warehouse?

16   A.   Warehouse.

17   Q.   Is the warehouse fully enclosed?

18   A.   Yes.

19   Q.   Is it heated and cooled?

20   A.   No.

21   Q.   Any ventilation in that warehouse?

22   A.   No.

23   Q.   In relation to the -- It's my understanding that

## HENRY VICK

35

1  A.  I don't know. I never know where they're going
2  to purchase from. All Allied Building Store is is like
3  Ace. We own Allied Building Stores. It's a co-op.
4  Okay?
5  Q.  Okay. You say "we." Ace Hardware Corporation
6  owns Allied Building Stores?
7  A.  No. Allied Building Stores is Allied Building
8  Stores. It's another co-op we buy the material through.
9  Q.  You're saying it's set up similar to the
10 corporate structure to Ace Home Center?
11 A.  That's right.
12 Q.  Where is the Allied Building Store located that
13 you primarily purchased the drywall from back in '06?
14 A.  Wait a minute now. Not the Chinese rock,
15 right?
16 Q.  No, sir. I'm talking about U.S.-made gypsum.
17 A.  Monroe, Louisiana.
18 Q.  Did you purchase any Chinese-manufactured
19 drywall from Allied Building Stores?
20 A.  No.
21 Q.  Did you purchase any Chinese-manufactured
22 drywall from any other entity or individual besides Pate
23 Stevedore?

# HENRY VICK

36

1  A.  No.

2  Q.  Do you know approximately how many sheets you

3  purchased from Pate?

4  A.  No.

5  Q.  If we take the invoice, Exhibit 1, and add up

6  all of the quantities that you received good, would that

7  give us the total amount purchased from Pate Stevedore?

8  A.  I would think so.  I would say yes, if you've

9  got them all, and as far as I know, you've got them all.

10  Q.  It looks like all of these purchases were made

11  between June of '06 and approximately November of 2006;

12  is that correct?

13  A.  Yes.

14  Q.  During that time period, did you purchase less

15  U.S.-made gypsum from Allied?

16  A.  Yes.

17  Q.  Did you purchase any U.S. made gypsum from

18  Allied during that time period?

19  A.  Yes.

20  Q.  Approximately how much less did you purchase

21  from Allied while you were purchasing the drywall from

22  Pate Stevedore?

23  A.  I don't know.

**HENRY VICK**

99

1     Q.   Who at Ace Home Center could answer that
2 question?
3     A.   Maybe Nicole could. It may have to come from
4 Activant.
5     Q.   Is there a reason that the records you produced
6 only go back to September of 2007?
7     A.   We have an option of how long we want to keep
8 them. Now, you know and I know the more information you
9 store, the greater the computer has to be, whatever. So
10 I don't need them after that length of time anyway, so I
11 said, okay -- I originally started at five years. I said
12 we're going to get rid of these. The IRS, whatever
13 documents for them we keep from that point, and I said,
14 no, I don't want no more. I think two years now is all
15 I'm keeping, basically. So, as January 1, some of those
16 may not be there no more. I don't know.
17     Q.   The first shipment of drywall was around August
18 of 2006. Did you immediately start selling the Chinese
19 drywall, or did you hold it for a period of time?
20     A.   I would have probably immediately started
21 selling it. I didn't buy it to sit in the warehouse.
22 I'm sure it would have started going out the door as soon
23 as we got it cleaned up.