1

IN THE CIRCUIT COUNTY OF BALDWIN COUNTY, ALABAMA

CHAD EVERTT LANGHAM, et al., ) No. CV-2009-900948
) Consolidated with
Plaintiffs,   ) No. CV-2008-900198
) No. CV-2010-900947
vs.    ) No. CV-2010-901227
) No. CV-2010-900960
ACE HOME CENTER, INC., et   ) No. CV-2010-900961
al.,     ) No. CV-2010-900962
) No. CV-2010-900963
Defendants.   ) No. CV-2010-900964

The videotaped deposition of MICHAEL CHMIELEWSKI, taken in the above-entitled cause, before Deanna Amore, a notary public of DuPage County, Illinois, on the 11th day of March, 2011, at the time of 9:00 a.m. at 200 North LaSalle Street, Suite 1745, Chicago, Illinois, pursuant to Notice.

Reported by: Deanna Amore, CSR, RPR

License No.: 084-003999

McCorkle Court Reporters, Inc.
Chicago, Illinois   (312) 263-0052

EXHIBIT J

2

```
 1     APPEARANCES:
 2       DANIELL UPTOWN PERRY & MORRIS, by
         MR. JONATHON LAW
 3       30421 Highway 181
         Daphne, Alabama 36526
 4       (251) 625-0046
         jrl@dupm.com
 5          Representing the Plaintiffs;
 6       CARR ALLISON
         MS. CAROLINE T. PRYOR
 7       6251 Monroe Street, Suite 200
         Daphne, Alabama 36256
 8       (251) 626-9340
         cpryor@carrallison.com
 9          Representing Ace Hardware
            Corporation;
10
         SCOTT, SULLIVAN, STREETMAN & FOX, by
11       MR. CARROLL H. SULLIVAN
         MR. JAMES E. ROBERTSON (via telephone)
12       56 Saint Joseph Street (36602)
         Post Office Box 1034
13       Mobile, Alabama 3633
         (251) 433-1346
14       csullivan@scottsullivanlaw.com
            Representing Ace Home Center, Inc.;
15
         PIPES, HUDSON & WATTS, by
16       MR. S. WESLEY PIPES
         One St. Louis Centre, Suite 2500
17       P.O. Box 989
         Mobile, Alabama 36601-0989
18       (251) 432-7200
         wesley@alabamatrial.com
19          Representing Pensacola Stevedore
            Company, Inc.;
20
         JONES, WALKER, WAECHTER, POITEVENT, CARRER
21       & DENEGRE, by
         MR. GARY J. RUSSO
22       600 Jefferson Street, Suite 1600
         Lafayette, Louisiana 70501
23       grusso@joneswalker.com
            Representing Fireman's Fund
24          Insurance Company;
```

3

```
1    APPEARANCES:  (Continued)
2        VERNIS & BOWLING, by
         RYAN T. NORTHRUP (via telephone)
3        204 South Royal Street
         Mobile, Alabama 36602
4        (251) 432-0337
         rnorthrup@law-alabama.com
5           Representing Bass Homes, Inc.;
6        LUSK, CALDWELL & DELAN, by
         MS. LESLIE ANN CALDWELL
7        2101 Highland Avenue, Suite 410
         Birmingham, Alabama 35205
8        (205) 933-7090
         lac@lusklaw.com
9           Representing Devon International,
            Inc.;
10
         CARR ALISON, by
11       MR. CRAIG W. GOOLSBY (via telephone)
         6251 Monroe Street, Suite 200
12       Daphne, Alabama 36526
         (251) 626-9340
13       cgoolsby@carrallison.com
            Representing Craig Sinclair
14          Builders, Inc.;
15       McDOWELL, KNIGHT, ROEDDER & SLEDGE, by
         MR. WILLIAM G. CHASON (via telephone)
16       11 North Water Street, 13th Floor
         Mobile, Alabama 36601
17       (251) 432-5300
         wchason@mcdowellknight.com
18          Representing Southern Heritage
            Builders, Inc., and David Reynolds.
19
20   ALSO PRESENT:
        Sherwin Ovid, Videographer
21      McCorkle Court Reporters
22
23
24
```

4

1              I N D E X

2  WITNESS                  EXAMINATION

3

4  MICHAEL CHMIELEWSKI

5  EXAMINATION BY MR. LAW              7

6  EXAMINATION BY MR. SULLIVAN       121

7

8

9

10            E X H I B I T S

11 NUMBER              MARKED FOR ID

12 Deposition

13      Exhibit 1          19

14      Exhibit 2          48

15      Exhibit 4          58

16      Exhibit 5          61

17      Exhibit 3          66

18

19

20

21

22

23

24

1    THE VIDEOGRAPHER:  My name is Sherwin Ovid,
2    legal video specialist in association with McCorkle
3    Court Reporters located at 200 North LaSalle
4    Street, Suite 300, Chicago, Illinois 60601.  I am
5    the camera operator on March the 11th, 2011, for
6    the videotaping of the deposition of Michael J.
7    Chmielewski being taken at 200 North LaSalle,
8    Chicago, Illinois, at the time of 9:00 a.m. in the
9    matter of Chad Langham, et al., versus Ace Home
10   Center, Incorporated, et al., filed in the Circuit
11   Court of Baldwin County, Alabama,
12   Case No. CV-2009-900948.
13       Will counsel please identify themselves for the
14   record beginning with plaintiff's counsel.
15       MR. LAW:  Sure.  Jonathan Law on behalf of the
16   plaintiff homeowners.
17       MR. SULLIVAN:  Carroll Sullivan for Ace Home
18   Center, Inc.
19       MR. PIPES:  Wesley Pipes for Pensacola
20   Stevedore Company, Inc., and Pate Stevedore
21   Company, Inc.
22       MS. CALDWELL:  Leslie Caldwell for Devon
23   Trading International Company, Inc.
24       MR. RUSSO:  Gary Russo for Fireman's Fund

1    about Ace Home Center in Robertsdale, Alabama, and
2    I'm just going to refer to that store as Ace Home
3    Center. Is that all right with you?
4        A.  Yes, it is.
5        Q.  With respect to retail stores such as Ace
6    Home Center, does Ace Hardware Corporation expect
7    these retail centers to exercise some sort of due
8    diligence and quality control to ensure that their
9    products are safe and effective for use?
10       MS. PRYOR:  Object to the form.
11       MR. SULLIVAN:  Object to the form.
12       THE WITNESS:  The Ace Home Center is separately
13   owned and independent.  They are a separate
14   organization.  How they run their stores and
15   maintain their stores is really up to them.  If, in
16   fact -- I guess to answer your question do we
17   require that they run their stores safely and so
18   forth -- I don't know if we require.  We surely
19   would suggest or recommend that they do.
20   BY MR. LAW:
21       Q.  It's required in the bylaws and in the
22   member agreements that these stores, the retail
23   stores such as Ace Home Center comply with all
24   local and state laws?

62

1   there's actually a back to both the invoice
2   Exhibit 5 and 4, and it's included on page 2 of
3   Exhibit 5 Bates stamped LAN113. Have you reviewed
4   these terms and conditions before?
5       A. No.
6       Q. Have you seen an invoice that looks
7   similar to Exhibits 4 and 5 before?
8       A. No.
9       Q. If Ace Hardware Corporation was aware that
10  Ace Home Center from 2006 through present date has
11  been putting the "Ace Hardware" registered
12  trademark and the words "Lumber and Building
13  Supply" on its invoices evidencing the sale of
14  Chinese drywall, would Ace Hardware Corporation
15  have told them to stop doing that?
16      A. I don't know if the "Lumber and Supply" is
17  a part of the trademark, but the -- obviously, the
18  "Ace trademark Hardware" is. And your question is
19  if we were aware that the Home Center was selling
20  Chinese drywall. We weren't aware of that. The
21  retailer has the opportunity to purchase materials
22  that they sell in their store from anybody.
23      Q. And I appreciate that. That wasn't my
24  question.

72

1  seven-year retention policy of Ace Corporation.

2      MS. PRYOR: Object to the form.

3      THE WITNESS: I don't -- I don't know if they

4  even exist. I'm not sure.

5  BY MR. LAW:

6      Q. If you turn to page 23 on Exhibit 3,

7  Section 8.6, that sets forth the application --

8  I am sorry -- the allocation of the unit's losses

9  and nonpatronage business; is that correct?

10     A. Yes.

11     Q. What is nonpatronage business?

12     A. Nonpatronage business would be purchases

13 that the retailer made that -- from other -- other

14 sources outside of the corporation, Ace

15 Corporation.

16     Q. Does Ace Corporation obtain any money from

17 its members for purchases from other vendors or

18 wholesalers?

19     A. Does -- can you say that again?

20     Q. Sure.

21        Does Ace Corporation obtain any money, any

22 profits from any of its members pertaining to the

23 -- the purchase and sale of materials from other

24 vendors or wholesalers?

73

1    A.  No.

2    Q.  According to Section 8.6, the more

3  merchandise these Home Centers purchased from Ace

4  Corporation, the more money these Home Centers

5  received from Ace Corporation and these patronage

6  distributions?

7    A.  Could receive, correct.

8    Q.  And the more items these -- the members

9  purchase from Ace Corporation, the more money these

10  members paid Ace Corporation to purchase those

11  items?

12    MS. PRYOR:  Object to the form.

13    THE WITNESS:  Yes.  If they are increasing

14  their purchases to Ace Corporation, they would have

15  more payments -- they would have more payments back

16  to Ace Corporation.

17  BY MR. LAW:

18    Q.  It's profit sharing, isn't it?

19    MS. PRYOR:  Object to form.

20    THE WITNESS:  It's not profit sharing.

21  BY MR. LAW:

22    Q.  So Ace Corporation shares with its members

23  the profits derived from the sale of these

24  Ace-branded merchandise?