# LUCKEY & MULLINS, P.L.L.C.

**ALWYN H. LUCKEY**
**STEPHEN W. MULLINS***

*ALSO ADMITTED IN LOUISIANA AND
ALABAMA

of Counsel: KEITH MILLER

**MARINA ARNEDO**
IMMIGRATION SPECIALIST

MISSISSIPPI
2016 BIENVILLE BLVD (39564)
POST OFFICE BOX 990
OCEAN SPRINGS, MISSISSIPPI 39566
OFFICE (228) 875-3175
FACSIMILE (228) 872-4719

ALABAMA
209 N. JOACHIM STREET
MOBILE, AL 36603
OFFICE (251) 300-3175
WWW.LUCKEYANDMULLINS.COM

October 13, 2009

**Via Facsimile & U. S. Mail**

Mr. William L. Bass
Bass Homes, Inc.
Post Office Drawer 340
Stapleton, AL 36578

RE: Our Clients: Braxton & Kerrie Collins
10720 Hwy. 614, Moss Point, MS 39562

Dear Mr. Bass:

Please be advised that this firm has been retained to represent Braxton and Kerri Collins regarding defective Chinese drywall. My clients purchased a home located at 10720 Hwy. 614, Moss Point, MS, from Bass Homes, Inc. earlier this year. The home is already showing serious and significant corrosion damage.

Since you have not provided them with a copy of the Mississippi Home Warranty Act as provided by law, you are not protected by that Act. Hence, we are requesting that you provide funds to repair this home, and that you turn this matter over to your insurance carrier. Additionally, under Mississippi law, your attempts to contract out of the implied warranty of habitability, merchantability and fitness is not effective.

Since members of our Chinese Drywall Litigation group are members of the Plaintiffs' Steering Committee for the MDL Federal Court in New Orleans where all these cases have been transferred, we are obligated to include any and all information about your company in the Court filings. However, before doing so, I would like an opportunity to meet with you and your attorney at my Mobile office to discuss your options, including being a contractor Plaintiff in this litigation rather than a contractor Defendant.

Please contact me or have your counsel contact me upon receipt of this letter to discuss this matter and schedule a meeting. Thanking you for your attention to this matter, I am

Sincerely,

LUCKEY & MULLINS, PLLC

Stephen W. Mullins

SWM/lls
cc: Braxton & Kerrie Collins

EXHIBIT K

COLLINS 000419