

# Consumer Drywall Complaint Report

By filling out the form below and then submitting it, you can report a complaint involving drywall to us. We may contact you by mail, phone or Internet email for further details. In addition, you will be contacted to confirm the information you sent. Please provide as much information as possible. Your name, address, telephone number and email address are optional, but we can't contact you without that information. You can also report a drywall complaint by calling toll-free at 1-800-638-2772 or by sending an e-mail to info@cpsc.gov

Please be advised that you may be contacted by one of CPSC's field Investigators if we wish to obtain additional information about your report.

When filling out the form, use the TAB key or your mouse to go to the next data area. Use the scroll bar to scroll down the form. Please limit entries in the larger, multiline boxes to 255 characters.

Your name: Braxton and Kerrie Collins
Your address: 10720 Hwy 614
City: Moss Point
State: Mississippi
Zip code: 39562
Your email address:
Your telephone: 228-588-0228

1. What are the ages and gender of the persons living in the home?
Braxton Collins, male, 29, Kerrie Collins, female, 30, Andrew Morrison, male, 12, Raelyn Collins, female, 7, Peyton Collins, female, 11 months

2. When did you move into your home? Date: 02/2009

3. What year was your home built? Date: 10/2008 - 02/2009

4. Describe the style of your home (ranch, duplex, condominium, colonial, etc.)
Residentidal single family home

5. What is the name and address of your builder and/or contractor?
Bass Homes, Inc.
34661 Highway 59 South, Stapleton, AL 36578

6. If renovation of existing structure, provide dates: n/a

7. Did the renovation include drywall?  ◯ Yes  ◯ No

8. Describe the work done in the renovation project.

9. If known, provide the name and address of the person that provided the drywall for the project.

EXHIBIT L

> Ace Hardware Corporation
> 21090 State Highway 59, Robertsdale, AL

10. Are you currently living at the address above?  ● Yes  ○ No

11. Does your home use natural or LP gas service?  ○ Yes  ● No

11a. If yes, which type and for which appliances?

12. Have you noticed unusual odors in your home?  ● Yes  ○ No

12a. If yes, describe the odors, and when you notice them.
> It is all over the house. A sulfur and burnt chemical smell.

13. How many air conditioner service calls have you had in the last 3 years? [verious]

13a. If any, describe the type of service needed and how often.
> We have added freon

14. Have you observed any blackening or corrosion of copper or metal items in your home?  ● Yes  ○ No

14a. If so, describe which items.
> Silver plated photo frmas are tarnished, bathroom fixtures are corroded, HVAC coils are corroded and black.

15. Describe any problems with the operations of your smoke, carbon monoxide detectors and security alarm systems in the last 3 years.
> none

16. Has it been confirmed that Chinese manufactured drywall is present in your home?  ● Yes  ○ No

16a. If so, by whom.
> Lori Streit with Unified Engineering tested sample for Strontium levels and it tested positive within known levels of Chinese drywall. We have also seen "Made in China" on the back of the drywall

17. Do you know the name of the manufacturer of the imported drywall in your home?  ○ Yes  ● No

17a. If so, provide the name(s) and how you learned this information..
> The stamping just says "Made in China"

18. Has anyone in the house experienced any health symptoms since the installation of the imported drywall or since moving into the home?  ● Yes  ○ No

18a. If so, describe the health symptoms and the age of the person.
> Daughter has had congestion, runny nose, cough. Son has had sore throat, Braxton has had frequent headaches and fatigue and Kerrie has had sore throat

19. Do you keep a record of your symptoms?  ○ Yes  ● No

20. How often do the symptoms occur?
> Frequently and sometimes daily

21. Did you (or household member) seek medical care or treatment for these symptoms?  ● Yes  ○ No

21a. If so, describe (who sought care, date(s), the symptom present, type of care or treatment)
> We have treated the symptoms.

22. Have you and/or any member of your household experienced similar symptoms in the past?  ○ Yes  ● No

22a. If so, when and under what circumstances.

23. Have you noticed any unusual patterns of operations of your light fixtures, light switches, circuit breaker box, wall switches and receptacles, or any unusual sounds or smells coming from electrical components in the home?  ● Yes  ○ No

23a. If so, identify the item, age, date and describe the unusual pattern(s).

The circuit breaker box shows signs of corrosion.

24. Have you had any unusual problems with appliances or with any electrical equipment in the residence? In particular, have any appliances unexpectedly stopped working?  ○ Yes  ● No

24a. If so, describe the type and age of appliance, nature of the problem and the dates of the occurrence.

25. Are you interested in being considered for participation in potential future studies of the imported drywall issue?  ○ Yes  ● No

26. Have you contacted your builder or contractor about your drywall issues?  ● Yes  ○ No

26a. If so, what was the response?

My attorney sent them a letter on 10-13-2009. They have a meeting set up.

27. Have you filed a lawsuit for this matter?  ○ Yes  ● No

27a. If so, provide the name, address and phone number of the attorney.

28. Do you know of anyone else in your community with complaints about drywall?  ○ Yes  ● No

28a. If so, provide the name, address and phone number, if known.

29. Additional Comments.

May we use your name with this report?

● I request that you do not release my name

○ You may release my name to the manufacturer but I request that you do not release it to the general public

○ You may release my name to the manufacturer and to the public

[ Send to CPSC ]  [ Clear Form ]

This information is collected by authority of 15 U.S.C. 2054 and will be entered into a database by a Consumer Product Safety Commission contractor. The information is not retrievable by name. The information may be shared with product manufacturers, distributors, or retailers. However, no names or other personal information will be disclosed without explicit permission.

OMB Control Number 3041-0029

Consumer Safety (Home) | About CPSC | Library | Business