UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| WILTZ, et al. v. Beijing New Building Materials Public Limited, Co., et al. Case No.: 10-361 | * * * | MAG. JUDGE WILKINSON |

**************************************

### BRAXTON AND KERRIE COLLINS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ACE HARDWARE CORPORATION

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Braxton and Kerrie Collins, hereby dismiss without prejudice all of their claims against Defendant, Ace Hardware Corporation, in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Braxton and Kerrie Collins shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for Braxton and Kerrie Collins, dated December 21, 2011 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                        Respectfully Submitted,
                                        */s/ Leonard A. Davis*
                                        RUSS M. HERMAN, ESQ. (#6819)
                                        LEONARD A DAVIS, ESQ. (#14190)
                                        STEPHEN J. HERMAN, ESQ. (#23129)
                                        Herman, Herman, Katz & Cotlar, LLP
                                        820 O'Keefe Avenue
                                        New Orleans, LA 70113
                                        Tel: (504) 581-4892/Fax: (504) 561-6024
                                        LDavis@hhkc.com
                                        *Plaintiffs' Liaison Counsel, MDL 2047*



COLLINS 000082

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana y using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of December, 2011.

/s/ *Leonard A. Davis*
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

COLLINS 000083

# WHITFIELD BRYSON & MASON LLP
### ATTORNEYS AT LAW

John C. Whitfield
Daniel K. Bryson
Gary E. Mason
Thomas B. Spain (Of Counsel)
Mark Cumalander (Of Counsel)

Donna F. Salen
Nicholas A. Migliaccio
Scott C. Harris
Matthew E. Lee
Jason Rathod
Karl Amelchenko
James E. Adams II
Monica Bansal

State Bar Admissions
KY  DC  FL  MD
NC  NY  IL

900 W. Morgan Street
Raleigh, North Carolina 27603
Office: 919.600.5000
Fax: 919.600.5035
www.wbmllp.com

December 21, 2011

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

In Re: Chinese Manufactured Drywall Products Liability Litigation
*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Case No.: 10-361

Dear Lenny and Russ:

My clients, Braxton and Kerrie Collins, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, Ace Hardware Corporation, in the above referenced Omni Complaint. Braxton and Kerrie Collins shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein

Very truly yours,

Daniel K. Bryson

{00005832;v1}

COLLINS 000084