UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     CHINESE-MANUFACTURED DRYWALL<br>            PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

2:13-cv-06652-EEF-JCW
Braxton H. Collins, et al. v. Bass Homes, Inc., et al.

2:13-cv-06653-EEF-JCW
Jason S. Herrington, et al. v. Bass Homes, Inc., et al.

**NOTICE OF SUBMISSION OF
MOTION FOR SUMMARY JUDGMENT**

Please take notice that Defendant, ACE HARDWARE CORPORATION, will bring its Motion for Summary Judgment and supporting documents before the Honorable Judge Fallon, United States District Court, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana at 9 a.m. on January 14, 2016 following the monthly status conference, or as soon thereafter as the Court can take up same.

                                   Respectfully Submitted,

                                   _/s/ Caroline T. Pryor_
                                   CAROLINE T. PRYOR (ASB-2802-R67C)
                                   HEATHER M. HOUSTON (MB# 102087)
                                   CARR ALLISON
                                   6251 Monroe Street, Suite 200
                                   Daphne, Alabama 36526
                                   (251) 626-9340
                                   (251) 626-8928 - fax
                                   hhouston@carrallison.com
                                   cpryor@carrallison.com
                                   *Attorneys for Defendant*
                                   *Ace Hardware Corporation*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 30th day of November, 2015, the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 to the following:

Stephen W. Mullins
LUCKEY & MULLINS, PLLC
Post Office Box 990
Ocean Springs, MS 39566
smullins@luckeyandmullins.com
*Attorney for Plaintiffs*
*Braxton H. Collins & Kerrie F. Collins;*
*Plaintiffs Jason H. Herrington*
*& Cassie D. Herrington*

Danny J. Collier, Jr.
Lewis Robert Shreve
E. Barrett Hails
Luther, Collier, Hodges & Cash, LLP
401 Church Street
Mobile, AL 36602
Dcollier@lchclaw.com
rshreve@lchclaw.com
bhails@lchclaw.com
*Attorneys for Defendant Ace Home Center, Inc.*

David C. Coons
Christopher A. D'Amour
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA 70139
david.coons@arlaw.com
chris.damour@arlaw.com
*Attorneys for Defendant Bass Homes, Inc.*

William W. Watts, III
S. Welsey Pipes, V.
Pipes, Hudson & Watts, LLP
P.O. Box 989
Mobile, AL 36601-0989
bill@pipeshudsonwatts.com
wesley@pipeshudsonwatts.com
*Attorney for Pensacola Stevedore Co., Inc. d/b/a Pate Stevedore Co., Inc.*

Gary J. Russo, Esq.
JONES WALKER LLP
600 Jefferson Street, Suite 1600
Lafayette, LA 70501
Email: grusso@joneswalker.com
*Attorney for Third-Party Defendant Fireman's Fund Insurance Company*

Christina Hull Eikhoff, Esq.
Bernard Taylor, Esq.
Michael P. Kenny, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
christy.eikhoff@alston.com
Attorney for Taishan Gypsum Co., Ltd.

Alan Dean Weinberger
HANGARTNER, RYDBERG &
TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana 70179
aweinberger@hanrylaw.com
Attorney for Taishan Gypsum Co., Ltd

Richard C. Stanley, Esq.
Thomas P. Owen, Jr., Esq.
Stanley, Reuter, Ross, Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
Attorney for Taishan Gypsum Co., Ltd

Michael K. Fitzpatrick
David A. Pote
FITZPATRICK & BURNETTE L.L.C.
541 Julia Street, Suite 200
New Orleans, Louisiana 70130
Attorney for Cincinnati Insurance Company

Joe Cyr, Esq.
Frank T. Spano, Esq.
Courtney L. Colligan, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Courtney.colligan@hoganlovells.com

       /s/ Caroline T. Pryor
CAROLINE T. PRYOR (ASB-2802-R67C)
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - fax
cpryor@carrallison.com