UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2047 |
| | | SECTION: L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * *

This Document Relates to:

Paul and Caron Johnson

v.

Oakbrook Building and Design, Inc. et al.
_____/

17th Judicial Circuit in and for
Broward County, Florida
Case No. CACE 09-026426 (01)

### ORDER ON MOTION TO WITHDRAW AS COUNSEL
### FOR PLAINTIFFS, PAUL AND CARON JOHNSON

**THIS CAUSE** having come before this Court upon Rosenbaum Mollengarden PLLC's Motion to Withdraw as Counsel for Plaintiffs, Paul and Caron Johnson, having been advised in all the premises, and having found that counsel has complied with Local Rule 83.2.11,

**IT IS ORDERED** that Rosenbaum Mollengarden PLLC's Motion to Withdraw as Counsel for Plaintiffs, Paul and Caron Johnson is GRANTED. The law firm of Rosenbaum Mollengarden PLLC is discharged from any further obligation as counsel of record in this case on behalf of Paul and Caron Johnson.

Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiffs Paul and Caron Johnson by U.S. Mail at 12708 Equestrian Trail, Davie, FL 33330.

New Orleans, Louisiana, this 24th day of November, 2015.

*Eldon E. Fallon*
Eldon E. Fallon
United States District Court Judge

24w1408

2