# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL THE 30(b)(6) DEPOSITIONS OF CNBM GROUP, CNBM, BNBM GROUP AND TAISHAN GYPSUM, WITH SUPPORTING MEMORANDA AND EXHIBITS

# FILED UNDER SEAL