UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| *Gross v. Knauff Gips KG*, 2:09-cv-6690 *Amorin v. Taishan Gypsum*, 2:11-cv-1672 *Amorin v. Taishan Gypsum*, 2:11-cv-1395 *Amorin v. Taishan Gypsum*, 2:11-cv-1673 *Amorin v. SASAC*, 2:14-cv-1727 *State of Louisiana v. Knauf*, 2:10-cv-340 *Abner v. Taishan Gypsum*, 2:11-cv-3094 *Posey v. BNBM Co.*, 2:09-cv-6531 *Morris v. BNBM Co.*, 2:09-cv-6530 | ) ) ) ) ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

**ORDER GRANTING THE STATE OF LOUISIANA MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN OPPOSITION TO CNBM GROUP'S FSIA MOTION**

The State of Louisiana is hereby permitted to file a supplemental brief to its opposition to CNBM Group's Amended FSIA Motion to Dismiss.

THIS DONE the _____ day of _____, 2015, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

128771226.1