**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | SECTION: L |
| LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| *Gross v. Knauff Gips KG, 2:09-cv-6690* | ) | MAG. JUDGE WILKINSON |
| *Amorin v. Taishan Gypsum, 2:11-cv-1672* | ) | |
| *Amorin v. Taishan Gypsum, 2:11-cv-1395* | ) | |
| *Amorin v. Taishan Gypsum, 2:11-cv-1673* | ) | |
| *Amorin v. SASAC, 2:14-cv-1727* | ) | |
| *State of Louisiana v. Knauf, 2:10-cv-340* | ) | |
| *Abner v. Taishan Gypsum, 2:11-cv-3094* | ) | |
| *Posey v. BNBM Co., 2:09-cv-6531* | ) | |
| *Morris v. BNBM Co., 2:09-cv-6530* | ) | |
| _____ | ) | |

**LOUISIANA'S SUPPLEMENTAL RESPONSE TO DEFENDANT CNBM GROUP'S**
**AMENDED MOTION TO DISMISS**

# FILED UNDER SEAL

128776849.4