UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON |
| *Gross v. Knauff Gips KG*, 2:09-cv-6690 ) *Amorin v. Taishan Gypsum*, 2:11-cv-1672 ) *Amorin v. Taishan Gypsum*, 2:11-cv-1395 ) *Amorin v. Taishan Gypsum*, 2:11-cv-1673 ) *Amorin v. SASAC*, 2:14-cv-1727 ) *State of Louisiana v. Knauf*, 2:10-cv-340 ) *Abner v. Taishan Gypsum*, 2:11-cv-3094 ) *Posey v. BNBM Co.*, 2:09-cv-6531 ) *Morris v. BNBM Co.*, 2:09-cv-6530 ) ) | MAG. JUDGE WILKINSON |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the State of Louisiana is filing a Motion For Leave to File the Supplemental Response of the State of Louisiana to CNBM Group's Amended Motion to Dismiss on this 30th day of November 2015.

                                                                 Respectfully submitted,

                                                                 JAMES D. "BUDDY" CALDWELL
                                                                 LOUISIANA ATTORNEY GENERAL

                                                                 James Trey Phillips, BarRoll# 19978
                                                                 Sanettria Glasper Pleasant, BarRoll# 25396
                                                                 L. Christopher Styron, BarRoll# 30747
                                                                 Assistant Attorneys General
                                                                 LOUISIANA DEPARTMENT OF JUSTICE
                                                                 1885 North Third Street
                                                                  Post Office Box 94005
                                                                  Baton Rouge, Louisiana 70804-9005
                                                                  Telephone: (225) 326-6000
                                                                  Facsimile: (225) 326-6499

128786093.1

        **Shows, Cali & Walsh, LLP**
E. Wade Shows, BarRoll# 7637
Trial Attorney
John C. Walsh, BarRoll# 24903
628 St. Louis St.
P. O. Drawer 4425
Baton Rouge, LA  70821
(225) 346-1461

      s/  David L. Black
**Perkins Coie, LLP**
David L. Black
Craig M. J. Allely
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
(303) 291-2300

COUNSEL FOR THE STATE OF LOUISIANA

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; Homebuilders' Liaison Counsel, Dorothy Wimberly; Insurance Liaison Counsel, Judy Y. Barrasso; and Taishan, BNBM, and CNBM Liaison Counsel, Harry Rosenberg, all by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of November 2015.

      s/ David L. Black
(Signature of Filing Attorney)

128786093.1