UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| *Gross v. Knauff Gips KG*, 2:09-cv-6690 *Amorin v. Taishan Gypsum*, 2:11-cv-1672 *Amorin v. Taishan Gypsum*, 2:11-cv-1395 *Amorin v. Taishan Gypsum*, 2:11-cv-1673 *Amorin v. SASAC*, 2:14-cv-1727 *State of Louisiana v. Knauf*, 2:10-cv-340 *Abner v. Taishan Gypsum*, 2:11-cv-3094 *Posey v. BNBM Co.*, 2:09-cv-6531 *Morris v. BNBM Co.*, 2:09-cv-6530 | ) ) ) ) ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

**ORDER ON THE STATE OF LOUISIANA'S MOTION TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION TO CNBM GROUP'S FSIA MOTION UNDER SEAL**

Having considered the State of Louisiana's Motion to Seal Louisiana's Supplemental Brief In Opposition to Defendant CNBM Group's Amended FSIA Motion, the Court GRANTS the motion and ORDERS that the State of Louisiana's supplemental brief is and shall be filed under seal.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

128769095.1