OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __November 30, 2015__

__Amorin, et al__

vs.

__Taishan Gypsum Co., Ltd., et al__

Case No. 11-1673   Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _Complaint in Intervention XVII_ ) to the following:

1. (name)   CNBMIT Co., Ltd.
   (address)  c/o L. Christopher Vejnoska
              Orrick, Herrington & Sutcliffe LLP
2. (name)   The Orrick Building
   (address) 405 Howard Street
3. (name)   San Francisco, CA 94105
   (address) _____
4. (name)   _____
   (address) _____

Very truly yours,
/s/ Arnold Levin
"Signature"

Attorney for   __Plaintiffs__

Address   __Levin, Fishbein, Sedran & Berman__
          510 Walnut Street, Ste. 500
          Philadelphia, PA 19106

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Amorin, et al | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 11-1673 Section L |
| Taishan Gypsum Co., Ltd., et al | ) | |
| | ) | Complaint in Intervention XVII |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CNBMIT Co., Ltd.
c/o L. Christopher Vejnoska
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Leonard A. Davis, Esquire
   Herman, Herman & Katz, LLC
   820 O'Keefe Avenue
   New Orleans, Louisiana 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 11-1673 Section L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                *Server's signature*

                              _____
                                *Printed name and title*

                              _____
                                *Server's address*

Additional information regarding attempted service, etc: