UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to all cases | * | |
| Case No. 10-362. Sec. L. Mg. 2 | * | MAG. JUDGE WILKINSON |

### WITNESS & EXHIBIT LIST FOR EVIDENTIARY HEARING REGARINDG ALREADY REMEDIATED HOMES CLAIM OF OCEANIQUE DEVELOPMENT COMPANY

Plaintiffs intend to call the following witnesses to testify at the evidentiary hearing scheduled for December 7, 2015 at 2:00 p.m.:

1. Maurice Kodsi
   President
   Oceanique Development Company, Inc.
   925 North Courtenay Pkwy. Suite 28
   Merritt Island, FL 32953
   Subject of Testimony: Damages stated in Exhibit A to Doc. 19023

2. Rob Kodsi
   Vice President
   Oceanique Development Company, Inc.
   925 North Courtenay Pkwy. Suite 28
   Merritt Island, FL 32953
   Subject of Testimony: Subject of Testimony: Damages stated in Exhibit A to Doc. 19023

### EXHIBIT LIST

Plaintiffs intend to utilize the following documents at the evidentiary hearing scheduled for December 7, 2015 at 2:00 p.m. The below referenced documents have been or will be provided to Defendants in advance of the Evidentiary Hearing:

1. Rec. Doc. 19023-5 (Exhibit A).

1

2. Cancelled checks, invoices, reports, ledgers and other documents to support Payroll (Category 1) damages claimed in Rec. Doc. 19023-5 (Exhibit A).

3. Cancelled checks, invoices, reports, ledgers and other documents to support Maurice Kodsi's Supervision (Category 2) claimed in Rec. Doc. 19023-5 (Exhibit A).

4. Cancelled checks, invoices, reports, ledgers and other documents to support Appliances (Category 3) damages claimed in Rec. Doc. 19023-5 (Exhibit A).

5. Cancelled checks, invoices, reports, ledgers and other documents to support Trim/Paint Labor (Category 13) damages claimed in Rec. Doc. 19023-5 (Exhibit A).

6. Cancelled checks, invoices, reports, ledgers and other documents to support Moving/Hauling (Category 18) damages claimed in Rec. Doc. 19023-5 (Exhibit A).

7. Cancelled checks, invoices, reports, ledgers and other documents to support Utilities-FPL (Category 19) damages claimed in Rec. Doc. 19023-5 (Exhibit A).

8. Cancelled checks, invoices, reports, ledgers and other documents to support Engineer Letters (Category 20) damages claimed in Rec. Doc. 19023-5 (Exhibit A).

9. Cancelled checks, invoices, reports, ledgers and other documents to support Permit Fees (Category 21) damages claimed in Rec. Doc. 19023-5 (Exhibit A).

10. Cancelled checks, invoices, reports, ledgers and other documents to support Utilities-Water/Sewer (Category 22 damages claimed in Rec. Doc. 19023-5 (Exhibit A).

11. Cancelled checks, invoices, reports, ledgers and other documents to support Scratched/Delaminate Glass (Category 23 damages claimed in Rec. Doc. 19023-5 (Exhibit A).

12. Cancelled checks, invoices, reports, ledgers and other documents to support Asphalt Repair (Category 25 damages claimed in Rec. Doc. 19023-5 (Exhibit A).

13. Cancelled checks, invoices, reports, ledgers and other documents to support Redo Decks (Category 26 damages claimed in Rec. Doc. 19023-5 (Exhibit A).

14. Cancelled checks, invoices, reports, ledgers and other documents to support Plumbing Repairs (Category 30 damages claimed in Rec. Doc. 19023-5 (Exhibit A).

15. Cancelled checks, invoices, reports, ledgers and other documents to support Door/Locks Repair (Category 33) damages claimed in Rec. Doc. 19023-5 (Exhibit A).

16. Cancelled checks, invoices, reports, ledgers and other documents to support Door/Locks Repair (Category 33) damages claimed in Rec. Doc. 19023-5 (Exhibit A).

17. Cancelled checks, invoices, reports, ledgers and other documents to support Bldr. Profit/Overhead/Legal/Accounting 25% (Category 43) damages claimed in Rec. Doc. 19023-5 (Exhibit A).

18. Cancelled checks, invoices, reports, ledgers and other documents to support Interest on Property – 3 months (1%) x 20 million (Category 44) damages claimed in Rec. Doc. 19023-5 (Exhibit A).

19. Cancelled checks, invoices, reports, ledgers and other documents to support Interest on Construction Costs (Category 45) damages claimed in Rec. Doc. 19023-5 (Exhibit A).

20. Cancelled checks, invoices, reports, ledgers and other documents to support Condo Fees and Real Estate Taxes (Category 46) damages claimed in Rec. Doc. 19023-5 (Exhibit A).

21. Cancelled checks, invoices, reports, ledgers and other documents to support Punch Out/Warranty/Reserve/Contingency (Category 47) damages claimed in Rec. Doc. 19023-5 (Exhibit A).

          Respectfully submitted,

          /s/ Ervin Gonzalez
          ERVIN A. GONZALEZ

`Case 2:09-md-02047-EEF-MBN   Document 19826   Filed 12/01/15   Page 4 of 4`

Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH
Coral Gables, FL   33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of December, 2015.

/s/  Ervin Gonzalez