IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED ) <br> DRYWALL PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Case No. 09-7628 ) <br> Payton et al v. Knauf Gips KG et al ) | MDL NO. 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

PLAINTIFF ROSE BRANDOLINO'S MOTION FOR REHEARING AND/OR RECONSIDERATION OF ORDER DENYING ROSE BRANDOLINO'S, GLOBAL, BANNER, IN-EX REPAIR AND RELOCATION EXPENSES CLAIM

NOW INTO COURT, through undersigned counsel, comes Claimant, ROSE BRANDOLINO, who respectfully moves this Honorable Court for Reconsideration of the Order denying Claimant's entitlement to Global, Banner, In-Ex Repair and Relocation Expenses ("GBI") claim and represents as follows:

1. The Court entered an Order [Doc. 19764] denying Claimant's entitlement to GBI payment.

2. The Claimant previously argued justice and fairness requires the Court to prevent a subsequent homeowner, who purchased the home with full knowledge of the existence of the CDW in the home, to receive a double recovery and windfall through a vague and ambiguous term of the GBI Allocation plan – a term that could not have been intended to eradicate the rights of homeowners. [Incorporated as if full restated herein, See Doc. # 19360.]

3. During the hearing, the Settlement Administrator represented to the Court that the funds involving this disputed GBI claim had been disbursed to the subsequent homeowner. This was central to the Court's discussion during Oral Argument – that the Claimant should attempt to recover the disbursed funds from the subsequent homeowner. Further, the Court, in the Order denying Claimant's recovery, highlighted that the disputed GBI funds had already been disbursed by the Settlement Administrator. See Doc. 19764 at pp. 2-3.

4. However, Claimant has since learned from the Settlement Administrator that the funds, in fact, had NOT been disbursed to the subsequent homeowner. In fact, the Settlement Administrator currently has the funds.

5. Therefore, there is no risk of double payment on a property if the Court interprets the ambiguous term in the Allocation Plan in the only reasonable manner in which it could have been intended – going forward after the date of the Allocation Plan, the claimant must retain the right to payment in the sale of the property. This is consistent with the necessary protection of homeowners.

6. Pursuant to Rule 60(b)(1) and Rule 60(b)(6), Claimant requests the Court reconsider the matter and prevent what would be a horrible injustice to provide a windfall to a non-party who had never even been injured by Chinese drywall.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Rehearing or Reconsideration has been electronically uploaded to File and Serve Xpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of

Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of December, 2015.

        *Is! Michael J. Ryan*
        Michael J. Ryan, Esquire
        Florida Bar No. 975990
        Krupnick Campbell Malone
        Buser Slama  Hancock Liberman, P.A.
        12 S.E. 7 Street, Suite 801
        Fort Lauderdale, FL 33301
        Phone (954) 763-8181
        Fax (954) 763-8292
        pleadings-MJR@krupnicklaw.com
        Attorneys for Plaintiff

Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of December, 2015.

    *Is! Michael J. Ryan*
    Michael J. Ryan, Esquire
    Florida Bar No. 975990
    Krupnick Campbell Malone
    Buser Slama  Hancock Liberman, P.A.
    12 S.E. 7 Street, Suite 801
    Fort Lauderdale, FL 33301
    Phone (954) 763-8181
    Fax (954) 763-8292
    pleadings-MJR@krupnicklaw.com
    Attorneys for Plaintiff