UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

Case No. 09-7628
Payton et al v. Knauf Gips KG et al

_____

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Mover and Plaintiff pursuant to Local Rule 78.1, and respectfully request oral argument on Plaintiff's Motion for Rehearing and/or Reconsideration of Order Denying Rose Brandolino's Global, Banner, InEx Repair and Relocation Expenses Claim be set for hearing before this Honorable Court on the 14th day of January, 2016, at 9:00 a.m. at the January monthly status conference for the MDL 2047 Chinese-Manufactured Drywall Products Liability Litigation or at a time set by this court so as to more fully address any questions the court may have concerning Plaintiff's Motion.

Respectfully submitted,

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick Campbell Malone Buser Slama,
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Request for Oral Argument has been electronically uploaded to File and ServeXpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of December, 2015.

      /s/ *Michael J. Ryan*
      Michael J. Ryan, Esquire
      Bar No. 975990
      Krupnick Campbell Malone Buser Slama
      Hancock Liberman P.A.
      12 S.E. 7 Street, Suite 801
      Fort Lauderdale, FL 33301
      Phone (954) 763-8181
      Fax (954) 763-8292
      pleadings-MJR@krupnicklaw.com
      Attorneys for Plaintiffs