UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to all cases | * | |
| Case No. 10-362. Sec. L. Mg. 2 | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF INTENT TO USE SUMMARY, CHART OR CALCULATION PURSUANT TO FEDERAL RULE OF EVIDENCE 1006

Plaintiff hereby gives notice of its intent to use a summary, chart or calculation in presenting its Already Remediated Home damages claim at the evidentiary hearing scheduled for December 7, 2015 at 2:00 p.m.. The underlying documents and summaries will be provided to Defendant.

Respectfully submitted,

/s/ Ervin Gonzalez
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH
Coral Gables, FL   33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will

send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of December, 2015.

/s/ Ervin Gonzalez