UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:  10-cv-362 | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

THE KNAUF DEFENDANTS' WITNESS LIST AND EXHIBIT LIST
FOR EVIDENTIARY HEARING REGARDING
<u>OCEANIQUE DEVELOPMENT COMPANY ARH CLAIM</u>

**NOW INTO COURT**, through undersigned counsel, come the Knauf Defendants[1], who submit their list of witnesses and exhibits for the December 7, 2015 evidentiary hearing:

<u>WITNESS LIST</u>

1. Phillip Adams (will call);

2. Jacob Woody (may call); and

3. Any witness listed by Oceanique Development Company.

<u>EXHIBIT LIST</u>

1. Third Amended Knauf Class Settlement Agreement (Rec. Doc. 16407-3);

2. ARH Protocol (Rec. Doc. 12061-6);

3. Remediation Protocol (Rec. Doc. 12061-14);

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

4. Oceanique Other Loss Fund Claim Form and Submission from Brown Greer;

5. Oceanique Other Loss Fund Award documentation - Exhibit "E" to Knauf's Motion for Reconsideration (Rec. Doc. 19428);

6. Blank Other Loss Fund Miscellaneous Claim Form provided by Brown Greer;

7. Litigation Summary for Oceanique Development Company, Tricon Development of Brevard, Inc., and Maurice and Robert Kodsi;

8. All materials provided by Oceanique to Knauf in support of its ARH claim;

9. Annotated Oceanique Ledger - Exhibit "A" to Knauf's Motion for Reconsideration (Rec. Doc. 19428);

10. Plaintiff Profile Form, inspection report, and inspection pictures for Oceanique Unit 801B; and

11. Any exhibit listed or introduced by Oceanique Development Company.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.
DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Telephone:   (504) 566-8646
Facsimile:    (504) 585-6946
Email:           kjmiller@bakerdonelson.com

*Counsel for the Knauf Defendants*

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of December, 2015.

>                    /s/ *Kerry J. Miller*
>                    **KERRY J. MILLER**