UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gross v. Knauf Gips KG*, 2:09-cv-6690<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1672<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1395<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1673<br>*Amorin v. SASAC*, 2:14-cv-1727<br>*State of Louisiana v. Knauf*, 2:10-cv-340<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094<br>*Posey v. BNBM Co.*, 2:09-cv-6531<br>*Morris v. BNBM Co.*, 2:09-cv-6530 | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**DECLARATION OF JASON CABOT IN SUPPORT OF CNBM GROUP'S RESPONSE TO PSC'S MOTION TO STRIKE DECLARATIONS**

I, Jason Cabot, declare under penalty of perjury under the laws of the United States of America, that the following statements are true and correct:

1. I am an attorney at Orrick, Herrington, & Sutcliffe LLP, counsel for Defendants China National Building Materials Group Corporation ("CNBM Group") and China National Building Material Company, Limited ("CNBM Company").

2. In June 2015, the PSC propounded interrogatory requests to CNBM Company. CNBM Company responded to these interrogatories on July 28, 2015. A true and correct copy the relevant portion of CNBM Company's responses is attached hereto to as Exhibit A.

Executed in San Francisco, CA on December 1, 2015.

_____
JASON CABOT

# EXHIBIT A



57621954
Jul 28 2015
11:32PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*All Cases* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**DEFENDANT CNBM COMPANY'S RESPONSES TO
PSC'S SUPPLEMENTAL INTERROGATORIES**

Pursuant to Federal Rules of Procedure 26 and 33, Defendant China National Building Materials Co., Ltd. ("CNBM Company") hereby sets forth its objections and responses to the the PSC's "Expedited Supplemental Interrogatories," dated June 25, 2015, in the *Chinese Manufactured Drywall Products Liability Litigation* (the "Litigation").

CNBM Company's objections and responses are based upon information presently available to CNBM Company. CNBM Company reserves its right to amend, modify, or supplement these responses during the course of additional investigation and discovery, as permitted by the Federal Rules of Civil Procedure.

By responding to this Request, CNBM Company in no way intends to or does waive or otherwise limit its ability to raise jurisdictional defenses, whether by this response or any other act, filing, appearance, or contention, either before or after this Response, in this or any other litigation.

**SPECIFIC OBJECTIONS AND RESPONSES**

The General Objections, set forth above, are hereby incorporated by reference into each and every one of the following Specific Responses as if fully set forth therein.

**SUPPLEMENTAL INTERROGATORY NO. 1:**

For the period January 1, 2005 to the present date, please describe the method or mechanism by which prospective members of the board of directors are nominated for each and every entity including that entity's predecessor entity, appearing on the "Shareholding Structure of the Group" chart, attached hereto as Exhibit "A."

**RESPONSE TO SUPPLEMENTAL INTERROGATORY NO. 1:**

CNBM Company objects to this interrogatory as vague and ambiguous and overbroad with respect to the request for information concerning "every entity including that entity's predecessor entity" appearing on the PSC's Exhibit A. Subject to, and without waiving the foregoing objection or General Objections, CNBM Company responds as follows: the board of directors of CNBM Company is nominated and selected in accordance with its Articles of Association and the relevant governing laws and regulations in the P.R.C. and Hong Kong. Currently, the board of directors is composed of 13 directors, five of whom are independent non-executive directors. The eight non-independent directors may be nominated by shareholders individually or jointly holding more than 5% of the voting stock of CNBM Company, or the board of directors. The independent non-executive directors may be nominated by shareholders individually or jointly holding more than 1% of the voting stock of CNBM Company, or the board of directors or supervisory committee. For further information, see page 52 of the 2014 CNBM Company Annual Report.

**SUPPLEMENTAL INTERROGATORY NO. 2:**

For the period January 1, 2005 to the present date, please describe the method or mechanism by which prospective members of the board of directors are selected (either approved or rejected) for each and every entity including that entity's predecessor entity, appearing on the "Shareholding Structure of the Group" chart, attached hereto as Exhibit "A."

**RESPONSE TO SUPPLEMENTAL INTERROGATORY NO. 2:**

CNBM Company objects to this interrogatory as vague and ambiguous and overbroad with respect to the request for information concerning "every entity including that entity's predecessor entity" appearing on the PSC's Exhibit A. Subject to, and without waiving the foregoing objection or General Objections, CNBM Company responds as follows: nominees are elected by shareholders at the shareholders general meeting.

**SUPPLEMENTAL INTERROGATORY NO. 3:**

For the period July 17, 2014 through present date, please state whether Taishan, TTP BNBM, BNBM Group, CNBM, CNBM Company, any other "Taishan Affiliate and Subsidiary," including all entities appearing on Exhibit "A," have done business of any kind in the United States, including but not limited to sale of, purchase of and/or negotiation(s) for the sale and/or purchase of goods, things, items, and/or services of any kind, and/or any other activity whereby something of value was provided in exchange for goods, services and/or information.

**RESPONSE TO SUPPLEMENTAL INTERROGATORY NO. 3:**

CNBM Company objects to this interrogatory on grounds it is vague and ambiguous as to the definition of "business of any kind in the United States." CNBM Company also objects because this interrogatory is overbroad in time, as the contempt period does not extend through the present date. Subject to, and without waiving the foregoing objection or General Objections,

**RESPONSE TO SUPPLEMENTAL INTERROGATORY NO. 5:**

N/A

Signed under the pains and penalties of perjury,

_____
Mr. Zhangli Chang
Vice President
CNBM Company

As to objections,

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Ian Johnson (CA Bar No. 208713) | Donna Phillips Currault (LA Bar No. 19533) |
| Andrew Davidson (CA Bar No. 266506) | Nina Wessel English (LA Bar No. 29176) |
| Jason Wu (CA Bar No. 279118) | Alex B. Rothenberg (LA Bar No. 34740) |
| Ian Fein (CA Bar No. 281394) | GORDON, ARATA, MCCOLLAM, |
| Jason Cabot (CA Bar No. 288877) | DUPLANTIS & EAGAN, LLC |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | 201 St. Charles Avenue, 40th Floor |
| The Orrick Building | New Orleans, LA 70170-4000 |
| 405 Howard Street | Tel: (504) 582-1111 |
| San Francisco, CA  94105 | E-mail: eeagan@gordonarata.com |
| Tel.:  415-773-5700 | dcurrault@gordonarata.com |
| Fax:  415-773-5759 | nenglish@gordonarata.com |
| E-mail: cvejnoska@orrick.com | arothenberg@gordonarata.com |
| ijohnson@orrick.com | |
| adavidson@orrick.com | |
| jmwu@orrick.com | |
| ifein@orrick.com | |
| jcabot@orrick.com | |
| | |
| James L. Stengel (NY Bar No. 1800556) | Jonathan Riddell (LA Bar No. 27053) |
| Xiang Wang (NY Bar No. 4311114) | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| Kelly Daley (NY Bar No. 4970117) | 400 Capitol Mall |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Suite 3000 |
| 51 West 52nd Street | Sacramento, CA 95814 |
| New York, NY, 10019 | Tel: 916-447-9200 |