UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering the BNBM Entities' Motion to Set a Briefing Schedule (R. Doc. 19784) and the numerous letters received by the Court from the PSC, BNBM Entities and CNBM Entities, the Court issues the following Order.

**IT IS ORDERED** that the Court will hear the CNBM Entities' Motion to Dismiss the complaints against them for lack of personal jurisdiction and failure of service (R. Doc. 19527)[1] and the BNBM Entities' Motion to Dismiss the complaints against them for lack of personal jurisdiction and failure of service (R. Docs. 19663, 19664) on oral argument on **February 25, 2016 at 9:00 a.m.** in the Courtroom of the Honorable Eldon E. Fallon.

**IT IS FURTHER ORDERED** that any response to these motions be submitted to the Court on or before **January 11, 2016 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that any reply in support of these motions be submitted to the Court on or before **January 25, 2016 at 9:00 a.m.**

New Orleans, Louisiana, this 30th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[1] CNBM Group's FSIA motion will still be heard on oral argument on Tuesday, December 8, 2015 at 8:00 a.m.