```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


IN RE:  CHINESE-MANUFACTURED   *     09-MD-2047
        DRYWALL PRODUCTS       *
        LIABILITY LITIGATION   *     Section L
                               *
                               *     New Orleans, Louisiana
                               *
Relates to:  All Actions       *     November 23, 2015
* * * * * * * * * * * * * * * *
```

```
                    STATUS CONFERENCE BEFORE THE
                      HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE
```

Appearances:

```
For the Plaintiffs:          Herman Herman & Katz, LLC
                             BY:  RUSS M. HERMAN, ESQ.
                                  LEONARD A. DAVIS, ESQ.
                             820 O'Keefe Avenue
                             New Orleans, Louisiana 70113


For the Plaintiffs:          Levin Fishbein Sedran & Berman
                             BY:  ARNOLD LEVIN, ESQ.
                                  FREDERICK S. LONGER, ESQ.
                             510 Walnut Street, Suite 500
                             Philadelphia, Pennsylvania 19106


For the Plaintiffs:          Seeger Weiss, LLP
                             BY:  CHRISTOPHER A. SEEGER, ESQ.
                             77 Water Street
                             New York, New York 10005
```

<u>Appearances</u>:

| | |
|---|---|
| For Taishan: | Phelps Dunbar, LLP<br>BY:  HARRY ROSENBERG, ESQ.<br>365 Canal Street, Suite 2000<br>New Orleans, Louisiana 70130 |
| For Taishan: | Alston & Bird, LLP<br>BY:  BERNARD TAYLOR, ESQ.<br>     CHRISTINA HULL EIKHOFF, ESQ.<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309 |
| For BNBM: | Dentons US, LLP<br>BY:  RICHARD L. FENTON, ESQ.<br>233 South Wacker Drive, Suite 7800<br>Chicago, Illinois 60606 |
| For CNBM: | Gordon Arata McCollam Duplantis<br>  & Eagan, LLC<br>BY:  DONNA PHILLIPS CURRAULT, ESQ.<br>201 St. Charles Avenue, Suite 4000<br>New Orleans, Louisiana 70170 |
| For CNBM: | Orrick Herrington & Sutcliffe, LLP<br>BY:  JAMES L. STENGEL, ESQ.<br>51 West 52nd Street<br>New York, New York 10019 |
| For CNBM: | Orrick Herrington & Sutcliffe, LLP<br>BY:  CHRISTOPHER VEJNOSKA, ESQ.<br>405 Howard Street<br>San Francisco, California 94105 |
| Official Court Reporter: | Toni Doyle Tusa, CCR, FCRR<br>500 Poydras Street, HB-275<br>New Orleans, Louisiana 70130<br>(504) 589-7778 |

Proceedings recorded by mechanical stenography using
computer-aided transcription software.

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
|12:00  | 1  | **PROCEEDINGS**                                                      |
|01:17  | 2  | **(November 23, 2015)**                                              |
|01:31  | 3  | **THE COURT:**  Hello.  Good afternoon, everyone.  This              |
|01:31  | 4  | is Judge Fallon.                                                     |
|01:31  | 5  | Who is on the line for the plaintiffs?                               |
|01:31  | 6  | **MR. LEVIN:**  Your Honor, it's Arnold Levin, Fred                  |
|01:31  | 7  | Longer, and Leonard Davis.                                           |
|01:31  | 8  | **THE COURT:**  For the defendants?                                  |
|01:31  | 9  | **MS. EIKHOFF:**  For Taishan, Your Honor, you have                  |
|01:31  |10  | Christy Eikhoff and Bernard Taylor.                                  |
|01:31  |11  | **MR. ROSENBERG:**  Good afternoon, Judge.  Harry                    |
|01:31  |12  | Rosenberg.                                                           |
|01:31  |13  | **THE COURT:**  Anyone for BNBM or CNBM?  Okay.                      |
|01:31  |14  | **MR. STENGEL:**  Your Honor, you have Jeff Stengel and              |
|01:31  |15  | Donna Currault on for CNBM.                                          |
|01:31  |16  | **THE COURT:**  I'm sorry.  Go ahead.                                |
|01:31  |17  | **MR. VEJNOSKA:**  And Chris Vejnoska for CNBM.                      |
|01:31  |18  | **MR. FENTON:**  Rick Fenton is on for BNBM, Judge.                  |
|01:31  |19  | **THE COURT:**  Anyone else?                                         |
|01:32  |20  | I talked to you all last time about trying to                        |
|01:32  |21  | get together, first of all, on whether you needed oral argument      |
|01:32  |22  | and, if so, dates; if not, brief dates.  I understand you all        |
|01:32  |23  | have met and conferred, but you can't agree on it.  Is that          |
|01:32  |24  | where we are?                                                        |
|01:32  |25  | **MR. LEVIN:**  Your Honor, it's Levin here.  Very                   |

01:32  1  briefly, what we need the Court's input on is the findings of
01:32  2  fact and conclusions of law are due and will be filed on
01:32  3  December 7. We are in New Orleans on the 8th. We thought
01:32  4  that, as Chris Seeger explained, a brief closing argument was
01:32  5  in order, which would also include the relief that we seek. We
01:32  6  thought that that possibly could be done on the morning of the
01:33  7  9th or on the 10th all day. It wouldn't take up too much of
01:33  8  the Court's time. That's our position, Christy and Your Honor.
01:33  9           **THE COURT:**  Okay. Christy.
01:33 10           **MS. EIKHOFF:**  If I may respond?
01:33 11           **THE COURT:**  Yes.
01:33 12           **MS. EIKHOFF:**  Judge Fallon, this is Christy Eikhoff.
01:33 13  I'm here with Bernard Taylor. We actually have the position
01:33 14  that further oral argument on this issue is not necessary. We
01:33 15  just had oral argument last week and provided the Court with an
01:33 16  overview of our respective positions.
01:33 17           We will lay out our positions and evidence in
01:33 18  detail when we submit our proposed findings of fact and
01:33 19  conclusions of law on December 7. After those papers have been
01:33 20  submitted, Judge Fallon, we believe that the Court will have
01:33 21  all of the information and the argument that it needs to make a
01:33 22  decision with respect to the issues.
01:33 23           If the Court would like further oral argument on
01:34 24  this issue, we do have a problem with the timing of the week of
01:34 25  December 8. We see multiple obstacles for that. First of all,

with the December 7 submission date for the findings of fact and conclusions of law, oral argument that week, the next day or two days later, we don't believe that gives the Court enough time to review our submissions in a way that oral argument would be beneficial.

Equally concerning to us is that, as Bernard Taylor has conveyed to the PSC, he is personally not available that week. So we wouldn't be able to have the counsel deliver the closing argument that delivered the opening and is point on this particular issue.

All of that is if we are talking about having oral argument, which again Taishan's first position is that we really don't think it is necessary.

**MR. LEVIN:** May I, Your Honor?

**THE COURT:** Yes.  Go ahead.

**MR. LEVIN:** We never had a chance at rebuttal because we had this abbreviated hearing and we had opening addresses. We always contemplated -- and I think the Court was aware of at least our contemplation that there would be a brief closing address just like there was a brief opening.

We wanted it on the 9th or 10th. I would never force Bernard to not have the opportunity to respond to us. So that if we are to have a closing address or in the nature of oral argument, I would suggest that we get together with Bernard and pick a date -- I will not be available later on

```
01:36   1  that month, but Chris Seeger will be -- and we arrange a date
01:36   2  and see if the Court can hear us on that date.
01:36   3              MR. HERMAN:  Your Honor, this is Russ Herman.  I just
01:36   4  want to amplify.  It was our understanding that Your Honor
01:36   5  would either entertain it by telephone if someone could not
01:36   6  appear, both parties would be on the phone, or in the courtroom
01:36   7  with both parties present.  We have proceeded on that basis.
01:36   8  We --
01:36   9              THE COURT:  Wait.  I've got it.  Let's have argument
01:36  10  on the 14th.  How is that?
01:36  11              Christy, how is that with Bernard?
01:36  12              MS. EIKHOFF:  Yes, that does work for us, Your Honor.
01:36  13              THE COURT:  Now, give me some input.  If you have
01:37  14  oral argument, do you all want briefing also?
01:37  15              What's your feeling, Christy?
01:37  16              MS. EIKHOFF:  Well, Judge, we will be submitting
01:37  17  pursuant to your hearing plan that's already been entered.  We
01:37  18  were presuming that we would be submitting proposed findings of
01:37  19  fact and conclusions of law, and I believe that that will
01:37  20  probably settle the purpose of briefing.
01:37  21              THE COURT:  Well, let's have oral argument on the
01:37  22  14th starting at 9:00.  Check with Bernard.  If he has a
01:37  23  problem on that, get with Arnold and pick another date.
01:37  24              MR. LEVIN:  I will check with Chris Seeger.
01:37  25              MR. SEEGER:  I'm on, Arnold.  I'm good.
```

01:37  1          **MR. LEVIN:**  Chris is good.  Russ is good, I think.
01:37  2  I'm not, but you don't need three of us for this.
01:37  3          **MR. TAYLOR:**  Your Honor, this is Bernard.  I was
01:37  4  sitting next to Christy.  I initially signaled to Christy that
01:37  5  the 14th was okay, but I just realized that I do have one
01:38  6  conflict that day here in Atlanta.  I'm available any of the
01:38  7  rest of that week.
01:38  8          **THE COURT:**  How about the 15th, Bernard?
01:38  9          **MR. TAYLOR:**  The 15th is perfect.
01:38 10          **MR. DAVIS:**  This is Lenny.  I may be mistaken, but I
01:38 11  have the drywall status conference calendared for the 14th.  Am
01:38 12  I wrong?
01:38 13          **MR. TAYLOR:**  That's January.
01:38 14          **MR. DAVIS:**  That's January.  Okay.
01:38 15          **MR. LEVIN:**  You're wrong.
01:38 16          **MR. HERMAN:**  10:00, Judge?
01:38 17          **THE COURT:**  The 15th, yes, 10:00 a.m.
01:38 18          **MS. EIKHOFF:**  Judge Fallon, one other additional
01:38 19  point that we wanted to request of the Court is that this is
01:38 20  not a hearing that was brought on a motion by the PSC.  There
01:38 21  is no pending motion by the PSC.  Indeed, this is a hearing
01:38 22  that was initiated by the Court to address concerns that the
01:38 23  Court had about spoliation and other discovery issues.
01:38 24               In light of that, considering that Taishan is in
01:38 25  the position of defending itself against potential sanctions or

other adverse consequences, we would request, Your Honor, that we do have an opportunity to have the last word with the Court and, therefore, would propose that when we have these closing arguments that the PSC perhaps goes first and we have the last word, without further rebuttal from the PSC, or that we reverse the order and give Taishan an opportunity to reserve time for final argument.

**THE COURT:** I want to hear from everybody. I want to hear your thinking. Let's do it this way. We will let the plaintiff start, then the defendant, then the plaintiff.

If you have any surrebuttal, Bernard, you make it.

**MR. TAYLOR:** Thank you, Your Honor.

**THE COURT:** All right, folks. Thanks very much.

(Proceedings adjourned.)

\* \* \*

**CERTIFICATE**

I, Toni Doyle Tusa, CCR, FCRR, Official Court Reporter for the United States District Court, Eastern District of Louisiana, certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of proceedings in the above-entitled matter.

*s/ Toni Doyle Tusa*
Toni Doyle Tusa, CCR, FCRR
Official Court Reporter

MR. DAVIS: [2] 7/9 7/13
MR. FENTON: [1] 3/17
MR. HERMAN: [2] 6/2 7/15
MR. LEVIN: [7] 3/5 3/24 5/13 5/15 6/23 6/25 7/14
MR. ROSENBERG: [1] 3/10
MR. SEEGER: [1] 6/24
MR. STENGEL: [1] 3/13
MR. TAYLOR: [4] 7/2 7/8 7/12 8/12
MR. VEJNOSKA: [1] 3/16
MS. EIKHOFF: [6] 3/8 4/9 4/11 6/11 6/15 7/17
THE COURT: [15]

## 0

09-MD-2047 [1] 1/4

## 1

10005 [1] 1/22
10019 [1] 2/17
10:00 [1] 7/16
10:00 a.m [1] 7/17
10th [2] 4/7 5/21
1201 [1] 2/7
14th [4] 6/10 6/22 7/5 7/11
15th [3] 7/8 7/9 7/17
19106 [1] 1/19

## 2

2000 [1] 2/3
201 [1] 2/13
2015 [2] 1/7 3/2
2047 [1] 1/4
23 [2] 1/7 3/2
233 [1] 2/10
275 [1] 2/22

## 3

30309 [1] 2/7
365 [1] 2/3

## 4

4000 [1] 2/13
405 [1] 2/19

## 5

500 [2] 1/19 2/22
504 [1] 2/23
51 [1] 2/16
510 [1] 1/19
52nd [1] 2/16
589-7778 [1] 2/23

## 6

60606 [1] 2/10

## 7

70113 [1] 1/16
70130 [2] 2/4 2/22
70170 [1] 2/14
77 [1] 1/22
7778 [1] 2/23
7800 [1] 2/10

## 8

820 [1] 1/15
8th [1] 4/3

## 9

94105 [1] 2/20
9:00 [1] 6/22
9th [2] 4/7 5/21

## A

a.m [1] 7/17
abbreviated [1] 5/17
ability [1] 8/21
able [1] 5/8
about [4] 3/20 5/11 7/8 7/23
above [1] 8/22
above-entitled [1] 8/22
Actions [1] 1/7
actually [1] 4/13
additional [1] 7/18
address [3] 5/20 5/23 7/22
addresses [1] 5/17
adjourned [1] 8/15
adverse [1] 8/1
After [1] 4/19
afternoon [2] 3/3 3/11
again [1] 5/12
against [1] 7/25
agree [1] 3/23
ahead [2] 3/16 5/15
aided [1] 2/25
all [10]
already [1] 6/17
also [2] 4/5 6/14
Alston [1] 2/5
always [1] 5/18
Am [1] 7/11
amplify [1] 6/4
another [1] 6/23
any [2] 7/6 8/11
Anyone [2] 3/13 3/19
appear [1] 6/6
Appearances [2] 1/12 2/1
Arata [1] 2/12
are [5] 3/24 4/2 4/3 5/11 5/23
argument [15]
arguments [1] 8/4
ARNOLD [4] 1/18 3/6 6/23 6/25
arrange [1] 6/1
as [2] 4/4 5/6
at [3] 5/16 5/18 6/22
Atlanta [2] 2/7 7/6
available [3] 5/7 5/25 7/6
Avenue [2] 1/15 2/13
aware [1] 5/18

## B

basis [1] 6/7
be [11]
because [1] 5/16
been [2] 4/19 6/17
BEFORE [1] 1/10
believe [3] 4/20 5/3 6/19
beneficial [1] 5/5
Berman [1] 1/17
BERNARD [11]
best [1] 8/21
Bird [1] 2/5
BNBM [3] 2/9 3/13 3/18
both [2] 6/6 6/7
brief [4] 3/22 4/4 5/19 5/20
briefing [2] 6/14 6/20
briefly [1] 4/1
brought [1] 7/20
but [5] 3/23 6/1 7/2 7/5 7/10

## C

calendared [1] 7/11
California [1] 2/20
can [1] 6/2
can't [1] 3/23
Canal [1] 2/3
CCR [3] 2/21 8/18 8/25
CERTIFICATE [1] 8/17
certify [1] 8/20
chance [1] 5/16
Charles [1] 2/13
check [2] 6/22 6/24
Chicago [1] 2/10
CHINESE [1] 1/4
CHINESE-MANUFACTURED [1] 1/4
Chris [5] 3/17 4/4 6/1 6/24 7/1
CHRISTINA [1] 2/6
CHRISTOPHER [2] 1/21 2/19
Christy [8] 3/10 4/8 4/9 4/12 6/11 6/15 7/4 7/4
closing [5] 4/4 5/9 5/19 5/23 8/3
CNBM [6] 2/12 2/15 2/18 3/13 3/15 3/17
computer [1] 2/25
computer-aided [1] 2/25
concerning [1] 5/6
concerns [1] 7/22
conclusions [4] 4/2 4/19 5/2 6/19
conference [2] 1/10 7/11
conferred [1] 3/23
conflict [1] 7/6
consequences [1] 8/1
considering [1] 7/24
contemplated [1] 5/18
contemplation [1] 5/19
contemplation that [1] 5/19
conveyed [1] 5/7
correct [1] 8/20
could [2] 4/6 6/5
counsel [1] 5/8
COURT [15]
Court's [2] 4/1 4/8
courtroom [1] 6/6
CURRAULT [2] 2/13 3/15

## D

date [5] 5/1 5/25 6/1 6/2 6/23
dates [2] 3/22 3/22
DAVIS [2] 1/15 3/7
day [3] 4/7 5/2 7/6
days [1] 5/3
December [4] 4/3 4/19 4/25 5/1
December 7 [3] 4/3 4/19 5/1
December 8 [1] 4/25
decision [1] 4/22
defendant [1] 8/10
defendants [1] 3/8
defending [1] 7/25
deliver [1] 5/8
delivered [1] 5/9
Dentons [1] 2/9
detail [1] 4/18
discovery [1] 7/23
DISTRICT [5] 1/1 1/2 1/11 8/19 8/19
do [5] 4/24 6/14 7/5 8/2 8/9
does [1] 6/12
don't [3] 5/3 5/13 7/2
done [1] 4/6

## D

DONNA [2]  2/13 3/15
Doyle [4]  2/21 8/18 8/24 8/25
Drive [1]  2/10
drywall [2]  1/5 7/11
due [1]  4/2
Dunbar [1]  2/2
Duplantis [1]  2/12

## E

Eagan [1]  2/12
EASTERN [2]  1/2 8/19
EIKHOFF [3]  2/6 3/10 4/12
either [1]  6/5
ELDON [1]  1/10
else [1]  3/19
enough [1]  5/3
entered [1]  6/17
entertain [1]  6/5
entitled [1]  8/22
Equally [1]  5/6
ESQ [12]
everybody [1]  8/8
everyone [1]  3/3
evidence [1]  4/17
explained [1]  4/4

## F

fact [4]  4/2 4/18 5/1 6/19
FALLON [5]  1/10 3/4 4/12 4/20 7/18
FCRR [3]  2/21 8/18 8/25
feeling [1]  6/15
FENTON [2]  2/9 3/18
filed [1]  4/2
final [1]  8/7
findings [4]  4/1 4/18 5/1 6/18
first [4]  3/21 4/25 5/12 8/4
Fishbein [1]  1/17
folks [1]  8/14
force [1]  5/22
foregoing [1]  8/20
Francisco [1]  2/20
Fred [1]  3/6
FREDERICK [1]  1/18
further [3]  4/14 4/23 8/5

## G

Georgia [1]  2/7
get [3]  3/21 5/24 6/23
give [2]  6/13 8/6
gives [1]  5/3
Go [2]  3/16 5/15
goes [1]  8/4
good [5]  3/3 3/11 6/25 7/1 7/1
Gordon [1]  2/12
got [1]  6/9

## H

had [5]  4/15 5/16 5/17 5/17 7/23
HARRY [2]  2/3 3/11
has [2]  5/7 6/22
have [21]
having [1]  5/11
HB [1]  2/22
HB-275 [1]  2/22
he [2]  5/7 6/22
hear [3]  6/2 8/8 8/9
hearing [4]  5/17 6/17 7/20 7/21
Hello [1]  3/3
here [3]  3/25 4/13 7/6

Herman [4]  1/14 1/14 1/14 6/3
Herrington [2]  2/15 2/18
Honor [12]
HONORABLE [1]  1/10
how [3]  6/10 6/11 7/8
Howard [1]  2/19
HULL [1]  2/6

## I

I'm [6]  3/16 4/13 6/25 6/25 7/2 7/6
I've [1]  6/9
if [11]
Illinois [1]  2/10
in [11]
include [1]  4/5
Indeed [1]  7/21
information [1]  4/21
initially [1]  7/4
initiated [1]  7/22
input [2]  4/1 6/13
is [27]
issue [3]  4/14 4/24 5/10
issues [2]  4/22 7/23
it [10]
it's [2]  3/6 3/25
itself [1]  7/25

## J

JAMES [1]  2/16
January [2]  7/13 7/14
Jeff [1]  3/14
JUDGE [9]
Judge Fallon [2]  4/20 7/18
just [4]  4/15 5/20 6/3 7/5

## K

Katz [1]  1/14

## L

last [4]  3/20 4/15 8/2 8/4
later [2]  5/3 5/25
law [4]  4/2 4/19 5/2 6/19
lay [1]  4/17
least [1]  5/19
Lenny [1]  7/10
LEONARD [2]  1/15 3/7
let [1]  8/9
let's [3]  6/9 6/21 8/9
Levin [4]  1/17 1/18 3/6 3/25
LIABILITY [1]  1/5
light [1]  7/24
like [2]  4/23 5/20
line [1]  3/5
LITIGATION [1]  1/5
LLC [2]  1/14 2/12
LLP [6]  1/21 2/2 2/5 2/9 2/15 2/18
LONGER [2]  1/18 3/7
LOUISIANA [7]  1/2 1/6 1/16 2/4 2/14 2/22 8/20

## M

make [2]  4/21 8/11
MANUFACTURED [1]  1/4
matter [1]  8/22
may [3]  4/10 5/14 7/10
McCollam [1]  2/12
MD [1]  1/4
me [1]  6/13
mechanical [1]  2/24
met [1]  3/23

mistaken [1]  7/10
month [1]  6/1
morning [1]  4/6
motion [2]  7/20 7/21
much [2]  4/7 8/14
multiple [1]  4/25
my [1]  8/21

## N

nature [1]  5/23
necessary [2]  4/14 5/13
need [2]  4/1 7/2
needed [1]  3/21
needs [1]  4/21
never [2]  5/16 5/21
New [10]
New Orleans [1]  4/3
next [2]  5/2 7/4
no [1]  7/21
not [8]  3/22 4/14 5/7 5/22 5/25 6/5 7/2 7/20
November [2]  1/7 3/2
Now [1]  6/13

## O

O'Keefe [1]  1/15
obstacles [1]  4/25
Official [3]  2/21 8/18 8/25
okay [4]  3/13 4/9 7/5 7/14
on [24]
one [2]  7/5 7/18
opening [3]  5/9 5/17 5/20
opportunity [3]  5/22 8/2 8/6
or [8]  3/13 4/7 5/3 5/21 5/23 6/6 7/25 8/5
oral [10]
order [2]  4/5 8/6
Orleans [6]  1/6 1/16 2/4 2/14 2/22 4/3
Orrick [2]  2/15 2/18
other [3]  7/18 7/23 8/1
our [7]  4/8 4/16 4/17 4/18 5/4 5/19 6/4
out [1]  4/17
overview [1]  4/16

## P

papers [1]  4/19
particular [1]  5/10
parties [2]  6/6 6/7
Peachtree [1]  2/7
pending [1]  7/21
Pennsylvania [1]  1/19
perfect [1]  7/9
perhaps [1]  8/4
personally [1]  5/7
Phelps [1]  2/2
Philadelphia [1]  1/19
PHILLIPS [1]  2/13
phone [1]  6/6
pick [2]  5/25 6/23
plaintiff [2]  8/10 8/10
plaintiffs [4]  1/14 1/17 1/21 3/5
plan [1]  6/17
point [2]  5/9 7/19
position [4]  4/8 4/13 5/12 7/25
positions [2]  4/16 4/17
possibly [1]  4/6
potential [1]  7/25
Poydras [1]  2/22
present [1]  6/7
presuming [1]  6/18

## P

probably [1] 6/20
problem [2] 4/24 6/23
proceeded [1] 6/7
proceedings [4] 2/24 3/1 8/15 8/22
PRODUCTS [1] 1/5
propose [1] 8/3
proposed [2] 4/18 6/18
provided [1] 4/15
PSC [5] 5/7 7/20 7/21 8/4 8/5
purpose [1] 6/20
pursuant [1] 6/17

## R

RE [1] 1/4
realized [1] 7/5
really [1] 5/13
rebuttal [2] 5/16 8/5
record [1] 8/22
recorded [1] 2/24
Relates [1] 1/7
relief [1] 4/5
Reporter [3] 2/21 8/19 8/25
request [2] 7/19 8/1
reserve [1] 8/6
respect [1] 4/22
respective [1] 4/16
respond [2] 4/10 5/22
rest [1] 7/7
reverse [1] 8/5
review [1] 5/4
RICHARD [1] 2/9
Rick [1] 3/18
right [1] 8/14
ROSENBERG [2] 2/3 3/12
RUSS [3] 1/14 6/3 7/1

## S

San [1] 2/20
sanctions [1] 7/25
Section [1] 1/5
Sedran [1] 1/17
see [2] 4/25 6/2
Seeger [5] 1/21 1/21 4/4 6/1 6/24
seek [1] 4/5
settle [1] 6/20
signaled [1] 7/4
sitting [1] 7/4
so [3] 3/22 5/8 5/22
software [1] 2/25
some [1] 6/13
someone [1] 6/5
sorry [1] 3/16
South [1] 2/10
spoliation [1] 7/23
St [1] 2/13
start [1] 8/10
starting [1] 6/22
STATES [3] 1/1 1/11 8/19
status [2] 1/10 7/11
STENGEL [2] 2/16 3/14
stenography [1] 2/24
Street [7] 1/19 1/22 2/3 2/7 2/16 2/19 2/22
submission [1] 5/1
submissions [1] 5/4
submit [1] 4/18
submitted [1] 4/20
submitting [2] 6/16 6/18
suggest [1] 5/24

Suite [4] 1/19 2/3 2/10 2/13
surrebuttal [1] 8/11
Sutcliffe [2] 2/15 2/18

## T

Taishan [5] 2/2 2/5 3/9 7/24 8/6
Taishan's [1] 5/12
take [1] 4/7
talked [1] 3/20
talking [1] 5/11
TAYLOR [4] 2/6 3/10 4/13 5/7
telephone [1] 6/5
Thank [1] 8/13
Thanks [1] 8/14
that [47]
that's [4] 4/8 6/17 7/13 7/14
then [2] 8/10 8/10
there [3] 5/19 5/20 7/20
therefore [1] 8/3
these [1] 8/3
think [3] 5/13 5/18 7/1
thinking [1] 8/9
this [13]
those [1] 4/19
thought [2] 4/3 4/6
three [1] 7/2
time [4] 3/20 4/8 5/4 8/6
timing [1] 4/24
together [2] 3/21 5/24
Toni [4] 2/21 8/18 8/24 8/25
too [1] 4/7
transcript [1] 8/21
transcription [1] 2/25
true [1] 8/20
trying [1] 3/20
Tusa [4] 2/21 8/18 8/24 8/25
two [1] 5/3

## U

understand [1] 3/22
understanding [2] 6/4 8/21
UNITED [3] 1/1 1/11 8/19
up [1] 4/7
us [6] 2/9 5/6 5/22 6/2 6/12 7/2
using [1] 2/24

## V

VEJNOSKA [2] 2/19 3/17
very [2] 3/25 8/14

## W

Wacker [1] 2/10
Wait [1] 6/9
Walnut [1] 1/19
want [4] 6/4 6/14 8/8 8/8
wanted [2] 5/21 7/19
was [8] 4/4 5/18 5/20 6/4 7/3 7/5 7/20 7/22
Water [1] 1/22
way [2] 5/4 8/9
we [37]
week [5] 4/15 4/24 5/2 5/8 7/7
Weiss [1] 1/21
Well [2] 6/16 6/21
were [1] 6/18
West [2] 2/7 2/16
what [1] 4/1
What's [1] 6/15
when [2] 4/18 8/3
where [1] 3/24

whether [1] 3/21
which [2] 4/5 9/12
Who [1] 3/5
will [9]
without [1] 8/5
word [2] 8/2 8/5
work [1] 6/12
would [11]
wouldn't [2] 4/7 5/8
wrong [2] 7/12 7/15

## Y

yes [4] 4/11 5/15 6/12 7/17
York [4] 1/22 1/22 2/17 2/17
you [12]
You're [1] 7/15
your [15]
Your Honor [9]