UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Brooke, et al v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al*<br>Case No. 15-4127 | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summonses, Omnibus Complaint XX and Amended Omnibus Complaint XX in the above captioned matter on Michael Barr, Esquire on December 1, 2015 via Federal Express pursuant to Court Order dated November 9, 2015 (Rec. Doc. No. 19713). See Exhibit "A" attached hereto for cover letter and Federal Express delivery confirmation.

Date: December 1, 2015

_____
Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

# EXHIBIT A

# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
BRIAN F. FOX
LUKE T. PEPPER

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

* also admitted in New Jersey
† also admitted in New York

November 30, 2015

**Via Federal Express**
Michael Barr, Esquire
Dentons
1221 Avenue of the Americas
New York, NY 10020-1089

  RE: **Chinese Drywall Litigation**
    ***Brooke, et al v. The State-Owned Assets Supervision and Administration***
    ***Commission of the State Council, et al***
    ***15-4127 (Omnibus Complaint XX and Amended Omnibus Complaint XX***

Dear Mr. Barr:

  Pursuant to the Court's Order dated November 9, 2015 (Rec. Doc. No. 19713), enclosed please find the Summonses and Complaint for your clients, Beijing New Building Materials Public Limited Co. and Beijing New Building Materials Group Co., Ltd. for the above action.

  Should you have any questions, please feel free to contact me.

              Very truly yours,

              ARNOLD LEVIN

AL:jsl
Enclosures



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.




https://www.fedex.com/shipping/html/en//PrintIFrame.html    11/30/2015



December 1, 2015

Dear Customer:

The following is the proof-of-delivery for tracking number **775078989059**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Mailroom |
| **Signed for by:** | A.MURRAY | **Delivery location:** | 1221 6 AVE C1 |
| | | | New York, NY 10020 |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Dec 1, 2015 12:25 |
| **Special Handling:** | Deliver Weekday | | |



| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 775078989059 | **Ship date:** | Nov 30, 2015 |
| | | **Weight:** | 3.0 lbs/1.4 kg |

**Recipient:**
Michael Barr, Esquire
Dentons
1221 Avenue of the Americas
New York, NY 10020 US

**Reference**

**Shipper:**
Levin Fishbein Sedran Berman
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106 US

cdw - omni XX & amended XX

Thank you for choosing FedEx.