UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Abner, et al v. Taishan Gypsum Co., Ltd, et al., Case No. 11-03094 | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summonses and Complaint in the above captioned matter on Bernard Taylor, Esquire on December 1, 2015 via Federal Express pursuant to Court Orders dated June 25, 2014 and March 27, 2015 (Rec. Doc. Nos. 17790 and 18566). See Exhibit "A" attached hereto for cover letter and Federal Express delivery confirmation.

Date: December 2, 2015

*[signature]*
Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of December, 2015.

/s/ Arnold Levin
Arnold Levin, Esquire

## LEVIN, FISHBEIN, SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
BRIAN F. FOX
LUKE T. PEPPER

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

* also admitted in New Jersey
† also admitted in New York

November 30, 2015

**Via Federal Express**
Bernard Taylor
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

      RE:    **Chinese Drywall Litigation**
                ***Abner, et al v. Taishan Gypsum Co., Ltd, et al***

Dear Mr. Taylor:

      Pursuant to the Court's Orders dated June 25, 2014 and March 27, 2015 (Rec. Doc. Nos. 17790 and 18566), enclosed please find the Summonses and Amended Complaint for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. for the above action.

      Should you have any questions, please feel free to contact me.

                                          Very truly yours,

                                          **ARNOLD LEVIN**

AL:jsl
Enclosures



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                                                                                      11/30/2015

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | My Profile | My FedEx Rewards | Support | Locations | English   Search  Subn |

**FedEx**   Ship | Track | Manage | Learn | FedEx Office®    Levin Fishbein Sedran Berman

## FedEx® Tracking

**775080582145**

Ship date:
Mon 11/30/2015

Actual delivery:
Tue 12/01/2015 1:35 pm

Levin Fishbein Sedran Berman
SUITE 500
510 WALNUT STREET
PHILADELPHIA, PA US 19106
215 592-1500

**Delivered**
Signed for by: G.DEAN

Alston & Bird, LLP
Bernard Taylor
1201 West Peachtree Street
ATLANTA, GA US 30309
215 592-1500

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **12/01/2015 - Tuesday** | | |
| 1:35 pm | Delivered | ATLANTA, GA |
| 1:03 pm | On FedEx vehicle for delivery | ATLANTA, GA |
| 12:01 pm | Delivery exception<br>Package at station, arrived after courier dispatch | ATLANTA, GA |
| 12:01 pm | At local FedEx facility | ATLANTA, GA |
| 8:53 am | At destination sort facility | ATLANTA, GA |
| 6:51 am | Departed FedEx location | NEWARK, NJ |
| 1:08 am | Arrived at FedEx location | NEWARK, NJ |
| **11/30/2015 - Monday** | | |
| 9:55 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 6:40 pm | Picked up | PHILADELPHIA, PA |
| 3:09 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 775080582145 | Service | FedEx Standard Overnight |
| Weight | 1 lbs / 0.45 kgs | Delivery attempts | 1 |
| Delivered To | Mailroom | Total pieces | 1 |
| Total shipment weight | 1 lbs / 0.45 kgs | Terms | Not Available |
| Shipper reference | cdw - abner | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

**FedEx**                                                                        Search  Subn

| Customer Focus | Featured Services | Companies | Follow FedEx | United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx One Rate | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| | Online Retail Solutions | FedEx Custom Critical | | |
| Company Information | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx SupplyChain | | |
| Careers | | FedEx TechConnect | | |
| Investor Relations | **Other Resources** | | | |
| | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2015                                 Global Home | Site Map | fedex.com Terms of Use | Security and Privacy