# Certificate of Service
# Under the Foreign Sovereign Immunities Act

People's Republic of China  )
Municipality of Beijing  ) SS:
Embassy of the United  )
State of America  )

MD 09-2047 L 8

I, Amy Nicodemus, Chief of the American Citizen Services Unit in Beijing, People's Republic of China certify that this is a true copy of the Embassy of the United States of America diplomatic note number 1114 dated October 23, 2015, and delivered to the Ministry of Foreign Affairs of the People's Republic of China on October 23, 2015.

Diplomatic Note Number 1114
( Number of Diplomatic Note)

October 23, 2015
( Date of Note )

_____
( Signature of Consular Officer )

Amy Nicodemus
( Typed Name Of Consular Officer )

Consul of the United States of America
( Title of Consular Officer )

Embassy of the United States of America
( Name of Foreign Service Post )

( SEAL)

October 23 2015
( Date )

___ Fee _____
___ Process _____
 x  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

No. 1114

The Embassy of the United States of America refers the Ministry of Foreign Affairs of the People' Republic of China to the lawsuit Amorin, et al v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al, Case Number Civil Action No.14-1727, Sec. L, MDL 2047, which is pending in the Federal District Court for the Eastern District of Louisiana, in which The State-Owned Assets Supervision and Administration Commission of the State Council, et al, is a defendant. The Embassy herewith transmits a Summons, Order and Complaint. This note constitutes transmittal of these documents to the People's Republic of China as provided for in Title 28, United States Code, Section 1608(a)(4).

Under applicable United States law a defendant in lawsuit must file an answer to the complaint or some other responsive pleading within 60 days from the date of transmittal of the complaint (i.e. the date of this note) or face the possibility of having judgment entered against it without the opportunity of presenting evidence or arguments in its behalf. Accordingly, the Embassy requests that the enclosed Summons, Order and Complaint be forwarded to the appropriate authority of the People's Republic of China with a view towards taking whatever steps are necessary to avoid a default judgment.

Under the laws of the United States, any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present evidence or possible defenses. The United States Government is not a party to this litigation and cannot represent other parties in this matter.

In addition to the Summons, Order and Complaint, the Embassy is enclosing a Notice of Suit prepared by the plaintiff, which summarizes the nature of the case and includes references to pertinent U.S. laws concerning suits against foreign States.

Attachments:

1. Summons
2. Order
3. Complaint
4. Notice of Suit
5. Translations

The Embassy of the United States of America avails this opportunity to renew to the Ministry of Foreign Affairs of the People' Republic of China the assurances of its highest consideration.

Embassy of the United States of America

Beijing, October 23, 2015

<u>非正式译文 仅供参考</u>

第 1114 号

美利坚合众国大使馆谨向中国人民共和国外交部提交"案件编号为民事诉讼第 14-1727, Sec.L, MDL2047 的 Amorin 等等诉国务院国有资产监督管理委员会等等"的诉讼案。 该案目前正在路易斯安那州东部地区的美国联邦地区法院待审。在该案中，国务院国有资产监督管理委员会等等是被告。大使馆谨转送此案的《传票》、《法庭令》及《诉状》。 大使馆依据《美国法典》第 1608(a)(4)条第 28 款的规定以本照会转达上述文书。

根据美国适用法律，诉讼案中被告方必须在该诉状之转达日（即本照会之签发日期）起 60 日之内对《诉状》进行回复或提供其他的响应请求，否则有可能失去出示对己方有利证据或辩护的机会而被判决败诉的可能。因此，大使馆请求将所附《传票》、《法庭令》及《诉状》送达中华人民共和国适当机关，以使后者采取必要措施避免缺席判决。

根据美国法律， 有关管辖权及包括主张主权豁免在内的其它辩护必须向待审法院提出申诉。否则，该诉讼将继续进行， 不申诉方将失去出示证据和可能的辩护机会。 美国政府不是诉讼一方，也不能在此案中代表任何一方。

除《传票》、《法庭令》和《诉状》外，大使馆另附一原告准备的《诉讼通知书》。 该《诉讼通知书》概述了该案的性质，涵括了涉及起诉外国政府所引用的相关法律。

附件：

1. 《传票》
2. 《法庭令》
3. 《诉状》

4. 译文

顺致最崇高的敬意。

美利坚合众国大使馆

2015 年 10 月 23 日



United States Department of State

*Washington, D.C. 20520*

November 13, 2015

Mr. William W. Blevins
Clerk of the Court
United States District Court
For the Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA 70130



**Re: Amorin, et al. v. The State Owned Assets Supervision and Administration Commission of the State Council et al., 2:14-CV-1727, Sec. L, MDL 2047**

Dear Mr. Blevins:

   I am writing regarding the Court's request for transmittal of a summons, order and complaint, and notice of suit to the State Owned Assets Supervision and Administration Commission of the State Council pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

   The U.S. Embassy in Beijing transmitted the summons, order and complaint, and notice of suit to the Ministry of Foreign Affairs of the People's Republic of China under cover of diplomatic note No. 1114, dated and delivered on October 23, 2015. Please find the enclosed certified copy of the diplomatic note used to transmit these documents. Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 485-6224.

Sincerely,

Daniel Klimow
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

Enclosures as stated

Cc: Leonard A. Davis
    Herman Herman & Katz LLC
    820 O'Keefe Avenue
    New Orleans, LA 70113-1116