UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | SECTION: L |
| LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| *Gross v. Knauff Gips KG, 2:09-cv-6690* | ) | MAG. JUDGE WILKINSON |
| *Amorin v. Taishan Gypsum, 2:11-cv-1672* | ) | |
| *Amorin v. Taishan Gypsum, 2:11-cv-1395* | ) | |
| *Amorin v. Taishan Gypsum, 2:11-cv-1673* | ) | |
| *Amorin v. SASAC, 2:14-cv-1727* | ) | |
| *State of Louisiana v. Knauf, 2:10-cv-340* | ) | |
| *Abner v. Taishan Gypsum, 2:11-cv-3094* | ) | |
| *Posey v. BNBM Co., 2:09-cv-6531* | ) | |
| *Morris v. BNBM Co., 2:09-cv-6530* | ) | |
| _____ | ) | |

ORDER GRANTING THE STATE OF LOUISIANA MOTION FOR LEAVE TO FILE A
SUPPLEMENTAL BRIEF IN OPPOSITION TO CNBM GROUP'S FSIA MOTION

The State of Louisiana is hereby permitted to file a supplemental brief to its opposition to

CNBM Group's Amended FSIA Motion to Dismiss.

THIS DONE the _30th_ day of _November_, 2015, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

128771226.1