IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Gross v. Knauf Gips KG, 2:09-cv-6690*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1672*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1395*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1673*<br>*Amorin v. SASAC, 2:14-cv-1727*<br>*State of Louisiana v. Knauf, 2:10-cv-340*<br>*Abner v. Taishan Gypsum, 2:11-cv-3094*<br>*Posey v. BNBM Co., 2:09-cv-6531*<br>*Morris v. BNBM Co., 2:09-cv-6530* | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Supplemental Response to CNBM Group's Motion to Dismiss On Grounds of the Foreign Sovereign Immunities Act, In Its Entirety, Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Supplemental Response of the Plaintiffs' Steering Committee to CNBM Group's Motion to Dismiss On Grounds of the Foreign Sovereign Immunities Act be and is hereby filed, in its entirety, UNDER SEAL.

New Orleans, Louisiana, this 30th day of November, 2015.

_____
Eldon E. Fallon
United States District Court Judge