UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee 's Motion for Leave to File the Plaintiffs' Steering Committee's Motion to Compel the 30(b)(6) Depositions of CNBM Group, CNBM, BNBM Group and Taishan Gypsum, In Its Entirety, Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Steering Committee's Motion to Compel the 30(b)(6) Depositions of CNBM Group, CNBM, BNBM Group and Taishan Gypsum be and is hereby filed, in its entirety, UNDER SEAL.

New Orleans, Louisiana, this 30th day of November, 2015.

_____
Eldon E. Fallon
United States District Court Judge