UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| *Hobbie, et al. v.* *RCR Holdings II, LLC, et al.,* | JUDGE FALLON |
| No. 10-1113 | MAG. JUDGE WILKINSON |

## RCR'S OBJECTION PURSUANT TO PRETRIAL ORDER NO. 30 (COST STIPEND AWARD)[D.E. 19787]

RCR Holdings II, LLC ("RCR"), pursuant to Pretrial Order 30 (Cost Stipend Award) [D.E. 19787], hereby objects to the cost stipend for RCR II, which is more fully described in Exhibit A. As detailed herein, the Coastal Settlement Agreement approved by this Court and endorsed by the Plaintiffs Steering Committee provides for an additional $380,946 in reimbursed costs to the Coastal Settlement Class, but the pending Cost Stipend Award would provide only $154,850 in costs to the Coastal Settlement Class, leaving a shortfall of $226,096.[1] RCR seeks to

---

[1] *See* Exhibit A to Settlement Regarding Claim Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL 2047 [D.E. 16741-2]; Order (1) Preliminarily Approving Settlement Agreement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL 2027; (2) Conditionally Certifying a Settlement Class; (3) Approving the Form of Notice and Authorizing the Dissemination of the Notice; (4) Scheduling a Fairness Hearing; and (5) Staying the Litigation Against Coastal Construction of South Florida, Inc. [D.E. 16777]; and Final Order and Judgment Certifying the Coastal Settlement Class, Appointing Class Counsel, and Granting Final Approval of the Settlement Regarding Claim Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL 2047 [D.E. 17177].

enforce the Court's prior orders granting Preliminary and Final Approval of the Coastal Settlement Agreement.[2]

I. FACTS.

Villa Lago is the largest multi-unit structure within this MDL and one of the most vigorously litigated individual cases. After motion practice, discovery, and numerous mediations, the Villa Lago litigation resolved by settlement in March of 2013 ("Coastal Settlement Agreement"). This complex settlement is described in the <u>Motions for Preliminary and Final Approval of the Coastal Settlement Agreement</u> [D.E. 16741 and D.E. 16964], the Court's <u>Order Granting Preliminary of the Coastal Settlement</u> [D.E. 16777] and the Court's <u>Final Order and Judgment Certifying the Coastal Settlement Class, Appointing Class Counsel, and Granting Final Approval of the Settlement Regarding Claim Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL 2047</u> [D.E. 17177]. The benefit to the Coastal Settlement Class was funded from five settlements: the Banner Settlement, the Global Settlement, the Knauf Settlement, the RCR Settlement and the Coastal Settlement. In addition to

---

[2] The Coastal Settlement Class sought to enforce the payment terms of the Coastal Settlement previously. On February 10, 2015, the Coastal Settlement Class filed Villa Lago Plaintiffs' Motion For Payment of Costs Pursuant to Coastal Settlement Agreement [D.E. 17177] and Alternative Response to Fee Committee's Inspection Costs And Hold Back Motion Pursuant to Pretrial Order No. 28(E) [D.E. 18081]. [D.E. 18314]. The Motion was briefed by the Villa Lago Plaintiffs and the Fee Committee. *See*, Villa Lago Plaintiffs' Memorandum of Law in Support of Villa Lago Plaintiffs' Motion for Payment of Costs [ D.E. 17171-1]; The Fee Committee's Response to the Villa Lago Plaintiffs' Motion for Payment of Costs Pursuant to Coastal Settlement Agreement [D.E. 18423]; and Villa Lago Plaintiffs' Reply to the Fee Committee's Response to the Villa Lago Plaintiffs' Motion for Payment of Costs Pursuant to Coastal Settlement Agreement [D.E. 18470] The Villa Lago Plaintiffs' Motion For Payment of Costs [D.E. 18081] remains pending.

2

robust notice and approval process, the Coastal Class Settlement has been fully executed, administered, and all eligible units completely remediated.[3]

A major issue during the negotiations of the Coastal Settlement Agreement was RCR's demand for payment of certain past expenses and costs. RCR directly spent $634,892 for self-remediation and testing.[4] After much negotiation, and the assistance from Mr. Minor Pipes as mediator, the parties agreed that Defendants would pay a total of $761,892 in costs to the Coastal Settlement Class (inclusive of certain plaintiffs' counsel's costs), with 50% payable from the Villa Lago Settlement Fund and 50% payable from the other settlement funds in CDW.[5]

Every party to the various agreements that funded the Villa Lago Settlement was aware of this provision and either signed the agreement as a party or otherwise had the opportunity to object. Knauf and Banner Supply directly participated in all settlement discussions, were signors to the Coastal Settlement Term Sheet, and were signors to the Coastal Settlement Agreement itself. The Plaintiffs' Steering Committee participated or directly monitored all mediations, consented to the Coastal Settlement Term Sheet, and consented to the Coastal Settlement Agreement.[6]

The costs to be paid were specifically included in all relevant pleadings and agreements, and were discussed openly in Court. For example, the Term Sheet, which was separately filed

---

[3] The administration has included multiple meetings with Moss Construction, conducting town hall meetings with Villa Lago residents, appointing a Receiver [D.E. 17315 and D.E. 17370], continued involvement in the extensive remediation at Villa Lago and in processing individual claims, including the administration of $859,468 of "soft cost" claims to non-Knauf unit owners.
[4] See Villa Lago Plaintiffs' Memorandum of Law in Support of Partial Award of Attorneys' Fees and Partial Reimbursement of Costs, and this Court's Order granting same [D.E. 17368].
[5] Exhibit A to Settlement Regarding Claim Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL 2047 [D.E. 16741-2].
[6] On April 24, 2013, at a hearing regarding approval of the Coastal Settlement Agreement, Coastal Class Counsel informed the Court that the settlement agreement provided, by necessity, for specific amounts of costs to be paid, Mr. Levin stated "the PSC supports that settlement." Transcript of April 24, 2013 Hearing (22:16-23:7; 28:20-21).

with the Court and eventually integrated into the Settlement Agreement, provides for the payment of "Legal costs (50% of $761,892, with Knauf part paid in Knauf fee deal.)" The Term Sheet's second page delineates the funding sources needed to cover this line item.[7] The amounts to be paid to the Coastal Settlement Class are also contained on the Term Sheet's second page. A line item for "Fees and Costs" of $3,051,906.63 was included, which is the total of the fees ($2,670,960.63) and costs ($380,946.00) delineated on the Term Sheet's first page. The Term Sheet was agreed upon by all parties, presented to the Court, incorporated into the Settlement Agreement, and explained on the record. And, the PSC voiced its support.

The Coastal Settlement Agreement, with specific cost payment provisions, was preliminary approved after notice and an opportunity to object, and finally approved after class notice and an opportunity to object. The Coastal Settlement Agreement's Section 2 incorporates the Term Sheet into the Agreement and spells out the funding and distribution of funds. In addition, Section 2.3 contains Knauf's agreement to cover any shortfall and receive any overpayments on the Precision and/or Banner remediation payments as set forth in the Term Sheet. Section 11 provides for the creation of the Villa Lago Settlement Fund from the various funding sources. Once again, in paragraph 11.5, Knauf's agreement to cover shortfalls and receive overpayments is memorialized. The costs and attorney's fees are set forth in Section 13:

> **13.1. Settlement Class Counsel shall be awarded such fees and reimbursed such costs and expenses from the Villa Lago Settlement Fund as are approved by the Court.** However, subject to Court approval, the parties have agreed to attorneys' fees of $2,670,960.62 and **costs of $380,946 for a total of $3,051,906.63 as shown on EXHIBIT "A,".**[8]

---

[7] These funds were required to come from non-Knauf sources. The General Contractor and its insurers, the Drywall Subcontractor and its insurers, and a Surety Company who issued a performance bond on the project ("The Coastal Group") agreed to contribute $7,200,000. See Coastal Settlement Agreement Section 2.1.

[8] Exhibit A is the Term Sheet.

4

This Court thereafter held three hearings wherein any person or entity who took issue with the payment of an exact amount of costs called for by the Coastal Settlement Agreement could have raised the issue, but no such objection was raised.[9]

On August 8, 2013, Arnold Levin, on behalf of the PSC, issued a letter to Gary Mason regarding fees and costs, confirming that fees and costs payable by Knauf in connection with the Coastal Settlement are payable from the $160 million KPT Attorney Fee fund and further indicated that no distribution of fees or costs would occur until a joint MDL petition for counsel fees and costs is presented to the Court.[10]

On October 25, 2013, this Court entered an Order establishing the Villa Lago Qualified Settlement Fund ("QSF") [D.E. 17210]. Pursuant to the Coastal Settlement Agreement, the Coastal Defendants deposited $7,200,000 into the QSF. Another $4,800,000 was transferred into the Villa Lago QSF from the RCR Settlement Fund [D.E. 17369], totaling $12,000,000. Of that amount, $8,729,189.80 was transferred from the QSF to the Knauf Remediation Fund, leaving a balance of $3,270,810.20 available to pay Plaintiffs' "soft costs", partial attorneys' fees and PSC holdback, and one-half of the expenses at issue here ($380,946). Coastal Settlement Class Counsel moved for distribution of these amounts [D.E. 17320], and after notice and hearing, the Court ordered the distribution as requested [D.E. 17368], in expectation of payment of the remaining balance of the costs ($380,946) through the other settlement funds. Repayment of $380,946 in approved costs remains at issue and is the subject of this objection.

---

[9] Note that pursuant to the specific request of the PSC/FC, Coastal Settlement Class Counsel removed *all submitted costs and time related to Villa Lago from its Common Benefit Submissions*.

[10] The PSC's position that Coastal Class Counsel's demand for negotiated and approved costs was premature was again articulated in The Fee Committee's Response to the Villa Lago Plaintiffs' Motion for Payment of Costs Pursuant to Coastal Settlement Agreement [D.E. 18423] at pages 6-7.

Class counsel has been awaiting the Petition described in Mr. Levin's August 8, 2013 letter and Section 13.1 of the Coastal Settlement Agreement. Instead, the Fee Committee Inspection Costs and Hold Back Motion Pursuant to Pretrial Order 28(E) [D.E. 18081] caused a flurry of communications between Class Counsel and the FC/PSC. The PSC requested Class Counsel explain the issues for their further consideration. As requested, on February 6, 2015[11], Gary Mason wrote to Arnold Levin reiterating:

> With respect to our Court-approved expenses payable from the KPT fund in the amount of $380,946, we prepared <u>Villa Lago Plaintiffs' Response to Fee Committee's Inspection Costs and Hold Back Motion and Petition for Payment of Costs Pursuant to the Coastal Settlement Agreement</u>. Rather than file this Response/Petition with the Court, we engaged in discussions with you, Lenny and others in an effort to resolve the matter. Based upon the Plaintiffs Steering Committee's request that the pleading not be filed, and after giving us assurances that appropriate measures would be taken to avoid either the PSC/Fee Committee or the Coastal Settlement Class waiving any rights, we agreed to submit the same to the Fee and Allocation Committee, who would address the same. We were informed that this matter would be addressed when Arnold returned after the New Year. We look forward to a resolution of this issue.

No resolution was had, so on February 10, 2015, the Coastal Settlement Class filed the Villa Lago Plaintiffs' Motion For Payment of Costs Pursuant to Coastal Settlement Agreement [D.E. 17177] and Alternative Response to Fee Committee's Inspection Costs And Hold Back Motion Pursuant to Pretrial Order No. 28(E) [D.E. 18081]. [D.E.18314] Nothing occurred on the issue until Pretrial Order 30 (Cost Stipend Award) [D.E. 19787] was entered on November 23, 2015. Hence, the Coastal Settlement Class, once again requests that the PSC and FC honor the agreed upon costs be paid to the Coastal Settlement Class.

---

[11] A copy of Mr. Mason's letter is attached as <u>Exhibit B</u>.

II. ARGUMENT.

The Court should enforce the terms of the approved Coastal Settlement Agreement. If the Court fails to enforce the Coastal Settlement Agreement above Pretrial Order 30 (Cost Stipend Award) [D.E. 19787], the settling parties will lose a significant bargained for benefit/inducement, and the due process relating to the approval of the Coastal Settlement Agreement would be undermined, especially since the Coastal Settlement Agreement Plaintiffs have discharged all obligations thereunder. In light of Knauf's repeated agreement to fund shortcomings in the Precision and/or Banner remediation payments as set forth in the Term Sheet, if any concern existed or absent approval of the funding by the PSC, Coastal Settlement Class Counsel would simply have restructured the payment dates so that costs were first removed and the remediation would have presented a shortfall, to be covered by Knauf.

III. CONCLUSION.

The Coastal Settlement Agreement Plaintiffs should get the benefit of their bargain, and ask this Court to enforce the terms of the Agreement such that they are paid the full balance of costs owed of $380,946. Specifically, under Pretrial Order 30 (Cost Stipend Award) [D.E. 19787], the Coastal Settlement Class will be shortchanged $226,096.

WHEREFORE, the Certified Class of Plaintiffs known as the "Coastal Settlement Class" respectfully object to Pretrial Order No. 30 (Cost Stipend Award) [D.E. 19787] and request it receive payment of $380,964 in costs and expenses, as set forth in the approved aforementioned settlement agreements.

Signed on Behalf of RCR Holdings II, LLC:

Its: _____
Date: 12/4/15

7

Respectfully submitted,

*s/* GREGORY S. WEISS
GREGORY S. WEISS (Fla. Bar No. 163430)
Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss
505 S. Flagler Drive, Suite 600
West Palm Beach, FL 33401
Tel.: (561) 655-2250
Fax: (561) 655-5537
gweiss@mrachek-law.com
psymons@mrachek-law.com

*Counsel for RCR Holdings II, LLC*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and Harry Rosenberg, by email transmission, and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 3rd day of December, 2015.

              _s/_ GREGORY S. WEISS
              GREGORY S. WEISS (Fla. Bar No. 163430)

# EXHIBIT "A"

| Claimant | Affected Property Address | City | State | Zip | Mailing Address | Law Firm | Manufacturer | Reimbursement |
|---|---|---|---|---|---|---|---|---|
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1101 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1102 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1104 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1105 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1107 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1108 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1111 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1112 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1114 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1116 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1117 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1118 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1119 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1201 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1204 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1207 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1208 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1210 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1214 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1220 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1222 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1225 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1124 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1125 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1301 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1302 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1305 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1306 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1315 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1316 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1318 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1320 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1322 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1325 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1326 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1403 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1404 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1406 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1407 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1408 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1414 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1415 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1416 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1421 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1425 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1501 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1502 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1504 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1506 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1507 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1508 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1510 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1511 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1514 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1516 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd, Unit 1517 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |

| Claimant | Affected Property Address | City | State | Zip | Mailing Address | Law Firm | Manufacturer | Reimbursement |
|---|---|---|---|---|---|---|---|---|
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 1518 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 1520 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 152 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 152 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 161 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 161 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 162 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 162 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 16C | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 16C | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 210 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 210 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 211 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $0.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 211 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 212 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1690 Renaissance Commons Blvd. Unit 212 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 220 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $150.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 221 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 222 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $0.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 222 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 223 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 230 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 231 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 231 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 231 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 232 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 232 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 232 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 232 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 233 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 240 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 240 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 240 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 240 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 241 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $150.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 241 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 242 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Non-KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 242 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $150.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 242 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 242 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 243 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 250 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |

| Claimant | Affected Property Address | City | State | Zip | Mailing Address | Law Firm | Manufacturer | Reimbursement |
|---|---|---|---|---|---|---|---|---|
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 250 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 252 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 252 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 252 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 252 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 252 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 253 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 260 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 261 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 261 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 261 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 262 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 262 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | KPT | $1,000.00 |
| RCR Holdings II, LLC | 1660 Renaissance Commons Blvd. Unit 262 | Boynton Beach | FL | 33426 | 36 SE 3rd Street, Boca Raton, FL 33432 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | Mixed | $1,000.00 |

# EXHIBIT "B"



WHITFIELD BRYSON & MASON LLP
ATTORNEYS AT LAW

John C. Whitfield +#◊
Daniel K. Bryson *+
Gary E. Mason >^‹
Nicholas A. Migliaccio >^
Scott C. Harris *¤
Matthew E. Lee *¤
Jason S. Rathod >≈
Caroline Ramsey Taylor +¤
Natasha Camenisch Farmer +

Esfand Y. Nafisi ≈^
Margaret J. Pishko *
Benjamin S. Branda ≈
Jeremy R. Williams *
Steven N. Berk >≈~
Charles A. Schneider >~
Martha B. Schneider >~
Roger N. Braden +~

1625 Massachusetts Ave. NW, Suite 605
Washington, DC  20036
Office: 202.429.2290
Fax: 202.429.2294
www.wbmllp.com

State Bar Admissions:
KY +  DC >  NC *  FL ¤  TN ◊
NY ^  MD ‹  IL ≈  MO #
Of Counsel ~

By Email
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, Pennsylvania 19106

  Re: <u>Villa Lago Fees and Expenses</u>

Dear Arnold:

  As Settlement Class Counsel for the Certified Class of Plaintiffs known as the "Coastal Settlement Class," we are writing in connection with certain fee and expense issues that have been the subject of numerous conversations, email and letters. We desire to resolve all issues without filing an objection or other adversary motion with the Court, as our issues are limited only to the Villa Lago case and should not be construed by the Court or other Claimant Counsel as anything other than a request for fees and expenses in this unique case, whose various settlements were endorsed by the PSC throughout this litigation. As you have requested, we are providing this written explanation of our issues and concerns.

## BACKGROUND

  After numerous mediations, formal and informal discovery, motion practice, and a multitude of other actions (including a $4,800,000 settlement with RCR Holdings, II, LLC), the Villa Lago litigation was finally resolved in March of 2013 ("Coastal Settlement Agreement"). This complex settlement is described in the <u>Motions for Preliminary and Final Approval of the Coastal Settlement Agreement</u> [D.E. 16741 and D.E. 16964], the Court's <u>Order Granting Preliminary of the Coastal Settlement</u> [D.E. 16777] and <u>the Court's Final Order and Judgment Certifying the Coastal Settlement Class, Appointing Class Counsel, and Granting Final Approval of the Settlement Regarding Claim Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL 2047</u> [D.E. 17177]. Settlement Class Counsel prepared all of the pleadings and notices related to the Coastal Class Settlement, and conducted the arguments to the Court for preliminary and final approval of the Settlement. Basically, the

benefit to the Coastal Settlement Class was funded from five settlements: the Banner Settlement, the Global Settlement, the Knauf Settlement, the RCR Settlement and the Coastal Settlement. In addition, Settlement Class Counsel administered the Coastal Class Settlement, including attending multiple meetings with Moss Construction, conducting town hall meetings with Villa Lago residents, appointing a Receiver [D.E. 17315 and D,E, 17370], continued involvement in the extensive remediation at Villa Lago and in processing individual claims, including $859,468 allocated to "soft cost" claims of non-Knauf unit owners. We will not reiterate the intricacies of the settlement, or the terms defined therein, but we will make ourselves available to discuss this in detail anytime should you desire.

## EXPENSES

With respect to our Court-approved expenses payable from the KPT fund in the amount of $380,946, we prepared Villa Lago Plaintiffs' Response to Fee Committee's Inspection Costs and Hold Back Motion and Petition for Payment of Costs Pursuant to the Coastal Settlement Agreement. Rather than file this Response/Petition with the Court, we engaged in discussions with you, Lenny and others in an effort to resolve the matter. Based upon the Plaintiffs Steering Committee's request that the pleading not be filed, and after giving us assurances that appropriate measures would be taken to avoid either the PSC/Fee Committee or the Coastal Settlement Class waiving any rights, we agreed to submit the same to the Fee and Allocation Committee, who would address the same. We were informed that this matter would be addressed when Arnold returned after the New Year. We look forward to a resolution of this issue.

## ATTORNEYS' FEES

We request that an attorneys' fees amount specific to Villa Lago be included in the Fee and Allocation Committees' Petitions for an award of fees and costs.[1] As detailed below, we believe this amount should reflect the Settlement Class Counsel's attorneys' fees recited in the Coastal Settlement Agreement; our extensive work and financial outlay on this case; the work of Settlement Class Counsel in litigating, mediating and administering the Coastal Class Settlement compared to other Claimants' Counsel matters; the timely resolution of the Villa Lago case which prevented certain defendants from executing on their threats to withdraw from the Banner, Knauf, and Global Settlements, jeopardizing the entire settlement ; and the benefit provided by the PSC to the Villa Lago litigation as memorialized in the Global Settlement Agreement.

## THE COSTAL SETTLEMENT AGREEMENT

The Coastal Settlement Agreement specifically provides that Settlement Class Counsel shall be awarded such fees and reimbursed costs as are approved by the Court from the Villa Lago Settlement Fund, as well as through applications pursuant to the Knauf, Banner and Global Settlements. The parties to the Coastal Settlement Agreement agreed, with PSC approval and

---

[1] The PSC and Villa Lago Class Counsel previously confirmed that fees ands costs payable by Knauf in connection with the Coastal Settlement are payable from the $160 million KPT Attorney Fee fund. See Letter from Arnold Levin to Gary E. Mason (Aug. 8, 2013).

subject to Court approval, to attorneys' fees of $2,670,960.62, which included projections from the Banner, Global and Knauf Settlements. The Court approved class notice apprised the Coastal Settlement Class that Settlement Class Counsel would make requests for attorneys' fees and costs from the various funds. See Long-Form Notice, p.7, April 8, 2013. [D.E. 16741-5]. The Court's Order granting final approval occurred on October 22, 2013. [D.E. 17177]. At all times, Settlement Class Counsel understood that the PSC, whose members were present at some of the mediation, and which endorsed rather than objected to the Costal Settlement Agreement, agreed to these fees and costs.

## CLASS COUNSEL'S WORK ON THE VILLA LAGO CASE JUSTIFIES DEVIATION FROM ANY UNIFORM ALLOCATION BETWEEN THE PSC AND CLAIMANTS' COUNSEL

In our discussions, PSC representatives have shared their thoughts on the manner in which the fees may be allocated between the PSC and Claimants' Counsel. This case requires a deviation from the uniform allocation. Simply put, Settlement Class Counsel have undertaken enormous efforts that were critical to the successful resolution of the Villa Lago matter that go far beyond the typical Claimants' Counsel single family home matter.

In December, 2013, Settlement Class Counsel filed the Villa Lago Plaintiff' Motion for Partial Award of Attorneys' Fees and Partial Reimbursement of Costs [D.E. 17320] and supporting memorandum [D.E. 17320-1]. Gary E. Mason and Joel R. Rhine submitted Declarations [D.E. 17320-3, D.E. 17320-4] and Gregory S. Weiss, submitted an Affidavit [D.E. 17320-5] detailing the hours spent and costs incurred as of that date. The attorney time expended as of December 2013 was over 9,006 hours, representing a loadstar of $2,925,282.00. As you are aware, Settlement Class Counsel's intensive efforts continued well beyond December 2013, and in fact continue today. While final tallies have yet to be made, Settlement Class Counsel estimate that an additional 1,500 hours have been expended by attorneys and staff and additional costs of more than $10,000 have been incurred.

Settlement Class Counsel's Declarations and Affidavit detail in part the extraordinary actions required of us that were simply not necessary in other CDW cases. To our knowledge, no other individual (non-bellweather) case required more time and effort than Villa Lago.

## ALTHOUGH NOT CONSIDERED COMMON BENEFIT WORK, SETTLEMENT CLASS COUNSEL'S WORK ON THE VILLA LAGO CASE WAS INSTRUMENTAL TO THE KNAUF, BANNER AND GLOBAL SETTLEMENTS

Settlement Class Counsel's efforts produced, to our knowledge, the largest individual settlement in the entire CDW litigation, helped facilitate the Banner and Global Settlements, and solidified the Knauf settlement. During the final mediation, Knauf and the other Defendants represented to Settlement Class Counsel that Villa Lago was the last impediment to reaching the Banner and Global Settlements, and if a resolution of the Villa Lago case was not reached, then the other settlements potentially would be derailed. Despite this common benefit provided by the Coastal Settlement Agreement, Settlement Class Counsel's time and expenses to prosecute the action were not considered common benefit time. Thus, absent adherence to the approved

fee structure or an adjustment of the uniform allocation between the PSC and Claimants' Counsel, Settlement Class Counsel will not be fairly compensated for their work.

## THE VALUE PROVIDED BY THE PSC TO THE VILLA LAGO RECOVERY WAS SET FORTH IN THE GLOBAL SETTLEMENT AGREEMENT

Settlement Class Counsel are cognizant of and acknowledge the common benefit work performed by the PSC. Our team of lawyers and staff are proud of our participation in the PSC's endeavors. This common benefit should be rewarded during the allocation between the PSC and Claimants' Counsel; however, our fees and expenses should not be subject to the same allocation.

In this regard, it is helpful to note that the common benefit provided by the PSC to the Coastal Settlement Class has been monetized and recorded in the Global Settlement Agreement. Section 4.2.1 of the Global Settlement Agreement contains provisions related to these separate settlements and states:

> §4.2.1 Separate Settlements. Because the following entities have either reached, or have been in negotiations for, separate full or partial settlements regarding claims involving Chinese Drywall, after the negotiations that led to this Settlement, thereby removing those claims from this Settlement, the following amounts will be credited against the Settlement Funds due in Section 4.1 :
>
> ...
>
> §4.2.1.2 Coastal Construction Group of South Florida, Inc.: $3,936,000
>
> ...
>
> §4.2.1.5 RCR Holdings, II, LLC: $2,376,000

The Coastal Settlement Class received $7,200,000 from The Coastal Group (Coastal Construction of South Florida, Inc. and related entities, Arch Insurance Company, Everest National Insurance Company, Allied World Assurance Company (U.S.) Inc., Lexington Insurance Company and Precision Drywall, Inc.) and $4,800,000 from RCR Holdings, II, LLC. Thus, the $80,000,000 procured from the Global Settlement was reduced by the $6,312,000.

Our understanding is that the PSC offered these amounts to Coastal and RCR as a reasonable settlement figure, and §4.2.1 was included in the Global Agreement to indicate the PSC's claimed benefit to the Coastal Settlement Class. However, a total of $12,000,000 was eventually received by the Coastal Settlement Class. We suggest that the PSC take a percentage from the $6,312,000, but not from the additional $5,688,000 obtained by the Coastal Settlement Class.

Letter to Arnold Levin
Page 5
February 6, 2015

## CONCLUSION

In summary, we request that the Fee and Allocation Committee petition for payment of the Villa Lago fees and costs in the agreed upon amounts as set forth in the Coastal Settlement and otherwise allocate fees to more fairly reflect the value of Settlement Class Counsels' work on this matter. We are available to meet with you about these issues.

Sincerely,

Gary E. Mason

cc: Arnold Levin
Fred Longer
Russ Herman
Leonard Davis
Christopher Seeger
Gerald Meunier
Michael Lyon
Richard Serpe
Joel Rhine
Gregory Weiss
Daniel K. Bryson