UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ............................................................. | : | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER AND REASONS

Before the Court is Claimant Patricia Harvey's Motion for Authority to Submit a Late Other Loss Fund Claim. (R. Doc. 19680). The Court has discussed the issue of late-filed claims at some length and has explained the need to bring finality to this issue. (*See, e.g.*, Rec. Docs. 17872, 17967, 18356).

The deadline to submit claims was October 25, 2013. For many months thereafter, a number of plaintiffs sought to file late claims, and the Court accepted a number of late-filed claims. In July 2014, however, the Court explained that it could "no longer allow such late-filed claims, without the presence of exceptional circumstances." (Rec. Doc. 17872). Notably, at that time, Brown Greer had not yet made payments out of various settlement funds. Since that time, the Court has continued to receive motions to accept late-filed claims.

However, the time to accept late-filed claims has passed. The deadline to make a claim was October 25, 2013 – more than two years ago. While the Court did permit certain claimants to file late filed claims under facts similar to the instant matter, such permission was granted more than a year ago. At the present time, Brown Greer has nearly finished making payments. *See generally* http://www.laed.uscourts.gov/Drywall/Drywall.htm. Particularly considering that (1) payments have been made and (2) the deadline to submit claims was over two years ago, the

1

cost of allowing additional late-filed claims continues to grow. Given the growing cost, the passage of such time, and fairness to all parties, the Court concludes that it can no longer allow such late-filed claims, regardless of exceptional circumstances. Although this ruling does not necessarily mean that a late-filer has no claim, it does mean that such a late-filer cannot make a claim in the litigation before this MDL Court. Rather, the late-filer will have to seek another means by which to pursue the claim. Accordingly,

**IT IS ORDERED** that Patricia Harvey's Motion is **DENIED**.

New Orleans, Louisiana, this 3rd day of December, 2015.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE