UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

**THIS DOCUMENT RELATES TO:**
*Gross v. Knauf Gips KG, 2:09-cv-6690*
*Amorin v. Taishan Gypsum, 2:11-cv-1672*
*Amorin v. Taishan Gypsum, 2:11-cv-1395*
*Amorin v. Taishan Gypsum, 2:11-cv-1673*
*Amorin v. SASAC, 2:14-cv-1727*
*State of Louisiana v. Knauf, 2:10-cv-340*
*Abner v. Taishan Gypsum, 2:11-cv-3094*
*Posey v. BNBM Co., 2:09-cv-6531*
*Morris v. BNBM Co., 2:09-cv-6530*

MDL No. 2:09-md-2047

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

## ORDER

Considering the foregoing Motion for Leave to File Supplemental Reply filed by

Defendant China National Building Materials Group Corporation ("CNBM Group"),

IT IS ORDERED that the motion is GRANTED and the attached Reply to Supplemental

Responses to CNBM Group's Motion to Dismiss for Lack of Subject Matter Jurisdiction Under

the FSIA is hereby filed.

New Orleans, Louisiana, this _____ day of December, 2015

_____
ELDON E. FALLON
United States District Court Judge