UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Motion to Authorize Plaintiffs' Liaison Counsel to Withdraw and Deposit Funds;

IT IS ORDERED BY THE COURT that the motion is GRANTED and:

1. Plaintiffs' Liaison Counsel, Russ M. Herman, be and is hereby authorized to withdraw $1 million from the Esquire Bank Account entitled "Chinese Drywall MDL 2047" and deposit the $1 million into the Whitney National Bank Account entitled "Chinese Drywall MDL 2047."

2. The $1 million requested transfer as outlined in No. 1 above is required to reimburse the PSC Account for funds that have previously been used to pay for costs related to Taishan matters since January 1, 2015.

3. The PSC Account will segregate the balance that existed in the account as of December 31, 2014 which was $1,374,531.18 into a separate PSC Account to be titled "PSC-Knauf Account".

4. All funds deposited in the Whitney National Bank Account entitled "Chinese Drywall MDL 2047" will continue to be utilized towards expenses that will be incurred and handled in accordance with Pre-Trial Order No. 9.

5. All funds deposited in the "PSC-Knauf Account" will be utilized for expenses related to Knauf matters and handled in accordance with Pre-Trial Order No. 9.

New Orleans, Louisiana, this  3rd  day of    December   , 2015.

_____
Eldon E. Fallon
United States District Court Judge