UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**AGENDA**
**FOR DECEMBER 7, 2015 STATUS CONFERENCE**

I.  PRE-TRIAL ORDERS

II.  STATE COURT TRIAL SETTINGS

III.  STATE/FEDERAL COORDINATION

IV.  OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

V.  PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VI.  REMEDIATION PROGRAM

VII.  INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

VIII.  TAISHAN, BNBM AND CNBM DEFENDANTS

IX.  VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

X.  PLAINTIFF AND DEFENDANT PROFILE FORMS

XI.  FREQUENTLY ASKED QUESTIONS

2

XII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIII. PHYSICAL EVIDENCE PRESERVATION ORDER

XIV. ENTRY OF PRELIMINARY DEFAULT

XV. ALREADY REMEDIATED HOMES

XVI. NEXT STATUS CONFERENCE