**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO:**
*Gross v. Knauf Gips KG, 2:09-cv-6690*
*Amorin v. Taishan Gypsum, 2:11-cv-1672*
*Amorin v. Taishan Gypsum, 2:11-cv-1395*
*Amorin v. Taishan Gypsum, 2:11-cv-1673*
*Amorin v. SASAC, 2:14-cv-1727*
*State of Louisiana v. Knauf, 2:10-cv-340*
*Abner v. Taishan Gypsum, 2:11-cv-3094*
*Posey v. BNBM Co., 2:09-cv-6531*
*Morris v. BNBM Co., 2:09-cv-6530*

**MOTION FOR LEAVE TO FILE**
**THE PLAINTIFFS' STEERING COMMITTEE'S REPLY**
**BRIEF IN SUPPORT OF ITS MOTION TO**
**STRIKE UNTIMELY DECLARATIONS OF CNBM GROUP**

NOW COMES, the Plaintiffs' Steering Committee ("PSC"), who upon suggesting to the

Court that on November 25, 2015 it filed a Motion to Strike Untimely Declarations of China

National Building Materials Group Corporation and for Expedited Consideration [Rec. Doc. 19800].

On December 1, 2015, China National Building Materials Group Corporation ("CNBM Group")

filed a Response to the motion [Rec. Doc. 19834] and also a Declaration of Jason Cabot in Support

of its response [Rec. Doc. 19835].  The PSC desires and requests leave of Court to file the attached

Reply Brief in Support of its Motion to Strike Untimely Declarations of CNBM Group.

Dated:  December 4, 2015                              Respectfully Submitted,

                                                    BY: /s/ Russ M. Herman
                                                    Russ M. Herman (La Bar No. 6819)
                                                    Leonard A. Davis (La Bar No. 14190)
                                                    Stephen J. Herman (La Bar No. 23129)
                                                    Madelyn O. Breerwood (La Bar No. 35538)
                                                    Herman, Herman & Katz, LLC
                                                    820 O'Keefe Avenue
                                                    New Orleans, LA 70113
                                                    Phone: (504) 581-4892
                                                    Fax: (504) 561-6024
                                                    ldavis@hhklawfirm.com
                                                    *Plaintiffs' Liaison Counsel MDL 2047*

                                                    Arnold Levin
                                                    Fred S. Longer
                                                    Sandra L. Duggan
                                                    Matthew Gaughan
                                                    Levin, Fishbein, Sedran & Berman
                                                    510 Walnut Street, Suite 500
                                                    Philadelphia, PA 19106
                                                    Phone: (215) 592-1500
                                                    Fax: (215) 592-4663
                                                    alevin@lfsblaw.com

                                                    *Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Gerald E. Meunier
Rachel A. Sternlieb
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

Christopher Seeger
Diogenes P. Kekatos
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of December, 2015.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*