UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Gross v. Knauf Gips KG*, 2:09-cv-6690 *Amorin v. Taishan Gypsum*, 2:11-cv-1672 *Amorin v. Taishan Gypsum*, 2:11-cv-1395 *Amorin v. Taishan Gypsum*, 2:11-cv-1673 *Amorin v. SASAC*, 2:14-cv-1727 *State of Louisiana v. Knauf*, 2:10-cv-340 *Abner v. Taishan Gypsum*, 2:11-cv-3094 *Posey v. BNBM Co.*, 2:09-cv-6531 *Morris v. BNBM Co.*, 2:09-cv-6530 | |

**THE PLAINTIFFS' STEERING COMMITTEE'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO STRIKE UNTIMELY DECLARATIONS OF CNBM GROUP**

**I.   INTRODUCTION**

The Plaintiffs' Steering Committee ("PSC") hereby submits this reply brief in support of its Motion to Strike the Untimely Declarations of CNBM Group, *i.e.*, CAO Jianglin and Professor Robin Hui Huang.  Both declarations present new evidence, and/or new documents that were never before produced, and new legal theories in connection with CNBM Group's reply brief on its FSIA motion, and should be stricken.

**II.   ARGUMENT**

In its response to the PSC's motion, China National Building Materials Group Corporation ("CNBM Group") maintains that it was completely justified in "sandbagging" the Plaintiffs with a brand-new expert report of Robin Hui Huang and new Declaration of Jianglin

1

Cao that were submitted with its reply in support of its FSIA motion.[1]  Plaintiffs disagree. Nothing "novel" was presented by Plaintiffs using Annual Reports which CNBM Group acknowledged are publicly available, and, more importantly, disclose that the Company at the top of the corporate structure that conducts business all over the world and in the United States is the "actual controller" and "controlling shareholder" of its subsidiaries within the conglomerate of the CNBM enterprise.

CNBM Group  relies on the holdings in *Hester Int'l Corp. v. Fed. Repub. of Nigeria,* 879 F.2d 170, 181 (5th Cir. 1989); and *Foremost-McKesson, Inc. v. Islamic Republic of Iran*, 905 F.3d 438, 448 (D.C. Cir. 1990) – that majority control of a board of directors alone is insufficient to overcome a presumption of separateness – in an attempt to argue that CNBM Group is not the alter ego of its subsidiary Taishan Gypsum.  However, these cases address the question whether an entity created by a foreign government can bind the foreign state or whether that entity is separate from the foreign state for purposes of liability.  They do not answer the question whether a corporation is the alter ego of another corporation.

Significantly, CNBM Group ignores the well-established principle that "duly created instrumentalities of a foreign state are to be accorded a presumption of independent status," *First Nat'l City Bank v. Banco Para El Comercio Exterior De Cuba* ("*Bancec*"), 462 U.S. 611, 627 (1983), such that they cannot automatically bind the government to contract, for example; however, they themselves can be held responsible for their own actions.  That "presumption of independent status is not to be lightly overcome" and "100% ownership and appointment of the

---

[1] *See Rockwell Techs, LLC v. Spectra-Physics Laser, Inc.*, No. 00-589 GMS, 2002 WL 531555, at *3 (D.Del.Mar. 26, 2002).

Board of Directors [by the foreign state] cannot *by themselves* force a court to disregard the separateness of the juridical entities." *See Hester*, 879 F.2d at 176, 181 & n.5 (refusing to bind the Federal Republic of Nigeria for acts of its instrumentality NGPC on the basis that Nigeria owned 100% of NGPC's stock).  The holding of these opinions – that it is the ability of the foreign state to exercise general control over the day-to-day activities of its subsidiary – which establishes agency between the foreign state and its instrumentality, does not determine whether CNBM Group may be held liable for the acts of BNBM Group, CNBM, BNBM, and/or Taishan.  Moreover, and in any event, plaintiffs have clearly proven that CNBM Group's had the ability, and often exercised that authority, to control the day-to-day operations of Taishan, PSC's Response at 25-28.  The verbiage of CNBM Group's Annual Reports merely confirms the PSC's point.  Given the bankruptcy of CNBM Group's position, it resorts to accusing Plaintiffs of having "relied on numerous misrepresentations" about CNBM Group's domination of its subsidiaries, CNBM Group Response at 2, when the facts that the PSC established prove otherwise.

By waiting until its reply brief to spring a new expert on the Plaintiffs, CNBM Group has deprived plaintiffs of the opportunity to rebut the expert's opinion.  And, similarly, with respect to Mr. CAO's new declaration, CNBM Group has prevented the PSC from responding to Mr. CAO's new recounting of facts.  These practices are in keeping with CNBM Group's overall conduct of this litigation, which includes their avowal that all document production would be completed by August 14, 2015, while yet still producing thousands of additional documents since that date, culminating in a 150,000 page document production on December 1, 2015 (*see*

3

Updated Chart of CNBM document productions).[2]

Incredibly, CNBM Group contends that Plaintiffs are not prejudiced by CNBM Group's dilatory tactics. By way of example, they assert that even though they never produced their Articles of Association (which they are relying upon in their Reply Brief), plaintiffs are not harmed because the documents are publicly available, and were obliquely referenced in CNBM Group's interrogatory answer of July 28, 2015. The fact remains that the document was never produced by this defendant. Like other new facts asserted in its Reply brief, CNBM Group is attempting to take advantage of their dilatory practices. These actions are far beyond the limited scope intended for a reply brief, and should be prohibited. See, *Scott v. R.J. Reynolds Tobacco, Co.*, 2001 WL 797992, *5 (E.D.La. July 12, 2001). The appropriate remedy to preclude such arguments from being improperly raised is to strike the Declarations of Mr. Cao and Ms. Hui Huang.

### III.  CONCLUSION

For the reasons set forth above, as well as in our moving papers, the Declarations of Jianglin Cao and Robin Hui Huang should be stricken.

---

[2] Attached hereto as Exhibit "A".

Dated: December 4, 2015                    Respectfully Submitted,

                                                        BY: /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819)
Leonard A. Davis (La Bar No. 14190)
Stephen J. Herman (La Bar No. 23129)
Madelyn O. Breerwood (La Bar No. 35538)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the Brief)
Fred S. Longer (on the Brief)
Sandra L. Duggan (on the Brief)
Matthew Gaughan (on the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

### PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios | Daniel E. Becnel, Jr. |
| Barrios, Kingsdorf & Casteix, LLP | Becnel Law Firm, LLC |
| 701 Poydras Street, Suite 3650 | 425 W. Airline Highway, Suite B |
| New Orleans, LA 70139 | Laplace, LA 70068 |
| Phone: (504) 524-3300 | Phone: (985) 536-1186 |
| Fax: (504) 524-3313 | Fax: (985) 536-6445 |
| Barrios@bkc-law.com | dbecnel@becnellaw.com |

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

| | |
|---|---|
| James Robert Reeves<br>Reeves & Mestayer, PLLC<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@attorneys4people.com | Christopher Seeger<br>Diogenes P. Kekatos<br>Seeger Weiss, LLP<br>77 Water Street<br>New York, NY 10005<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com<br><br>Gerald E. Meunier<br>Rachel A. Sternlieb<br>Gainsburgh, Benjamin, David,<br>  Meunier & Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone:  (504) 522-2304<br>Fax:  (504) 528-9973<br>gmeunier@gainsben.com |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W., Suite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Anthony D. Irpino<br>Pearl A. Robertson<br>IRPINO LAW FIRM<br>2216 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 525-1500<br>Fax: (504) 525-1501<br>airpino@irpinolaw.com | Andrew A. Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of December, 2015.

      Respectfully Submitted,

      BY:  /s/ Leonard A. Davis
      Leonard A. Davis
      Herman, Herman & Katz, LLC
      820 O'Keefe Avenue
      New Orleans, LA 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      ldavis@hhklawfirm.com

      *Plaintiffs' Liaison Counsel MDL 2047*