# EXHIBIT A



In re: Chinese-Manufactured Drywall Prods. Liab. Litig., MDL No. 2047
**CNBM Co Ltd's Document Production:**
**Pages Produced Prior to and After 30(b)(6) Deposition**
**(CHANG Zhangli) Taken 6/5 - 6/7/2015**

07/23/15:   2,709 pgs
07/27/15: 40,362 pgs
07/27/15:   5,037 pgs
07/28/15: 29,726 pgs
07/30/15: 65,726 pgs
08/03/15:    141 pgs
08/14/15: 62,466 pgs
08/14/15:   1,776 pgs
09/08/15:   4,008 pgs
11/25/15: 47,197 pgs
12/01/15: 147,356 pgs

**406,504 pages produced after deposition (98.88%)**

04/15/15:   331 pgs
05/01/15:   117 pgs
05/11/15: 1,519 pgs
06/04/15: 2,640 pgs

**4,607 pages produced prior to deposition (1.12%)**

30(b)(6) Deposition of CHANG Zhangli (6/5 - 6/7/2015)

Post 6/7/15

Prior to 6/5/15

100.00%
90.00%
80.00%
70.00%
60.00%
50.00%
40.00%
30.00%
20.00%
10.00%
0.00%