**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| ============================== | x | ========================= |
|---|---|---|
| | x | |
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x | MDL NO. 2047 SECTION: L |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | x x | MAG. JUDGE WILKINSON |
| | x | |
| ============================== | x | ========================= |

## O R D E R

Considering the Motion to Sanction Defendants by the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT that the motion is GRANTED

1. Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. (collectively "Taishan") will pay to the PSC any and all expenses caused the PSC by its contravention of this Court's prior discovery orders. Such expenses will relate to the time the PSC spent briefing matters to which that the recently disclosed documents relate, the pursuit of three trips to Hong Kong in pursuit of the kind of information in the recently disclosed documents, and such other expenses as may be relevant to the delay and tasks forced upon the PSC by Taishan's violation of the orders and rules of this Court. The PSC shall submit to the Court within thirty (30) days of the entry of this order to serve on Taishan and produce to the Court the time and expenses it believes were incurred as a result of Taishan's violations of the Court's orders;

   2. All documents produced from Mr. Peng's computers and emails are deemed business records under Fed.R.Evid. 803(6);

3. Taishan's factual and legal defenses it raised at the June damages hearing are stricken;

4. A rebuttable presumption that Taishan is the alter-ego of the BNBM and CNBM entities is now established which shall: i) hold for the enforcement of any final judgment entered in relation to the June damages hearing and otherwise on behalf the Taishan homeowners; and ii) apply to the "upstream" BNBM and CNBM in their pending motions for dismissal; and

5. Taishan shall produce all documents upon which privilege has been claimed for the production since October 16, 2015 to be accurately translated in English for review by the Court or by an appointee of the Court.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge