IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**THE PLAINTIFFS' STEERING COMMITTEE'S AMENDED AND SUPPLEMENTAL RESPONSE TO TAISHAN'S OMNIBUS MOTION TO EXCLUDE PLAINTIFFS' PROPOSED EXHIBITS AND IRRELEVANT DEPOSITION DESIGNATIONS FOR NOVEMBER 17, 2015 HEARING AND TO TAISHAN'S OBJECTIONS TO THE PSC'S SUPPLEMENTAL EXHIBIT LIST FOR THE NOVEMBER 17, 2015 EVIDENTIARY HEARING**

**FILED UNDER SEAL**