MINUTE ENTRY
FALLON, J.
DECEMBER 7, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:  Ervin Gonzalez, Esq.. Patrick Montoya, Esq. and Fred Longer, Esq. for Plaintiff
Kerry Miller, Esq. and Danny Dysart, Esq. for Knauf Defendants

---

EVIDENTIARY HEARING:

Evidentiary Hearing regarding Knauf Defendants' Motion to Reconsider Order regarding Oceanique's Motion for Court Review of the Special Master's Opinion  (Rec. Doc. 19413) (19428)

Defendants' Witnesses:
Phillip Adams - sworn and testified
Defense exhibits were offered and admitted
Plaintiff's exhibits were offered and admitted
Jacob Woody - sworn and testified

Plaintiff's Witnesses:
Maurice Kodsi - sworn and testified
Defendants' Oral Motion to Strike any Testimony about Certain Information and Exhibits used at this Hearing because they were not Previously Provided to Defense Counsel -  Granted
Robert Kodsi - sworn and testified

Parties rest

Parties are to submit their Proposed Findings of Fact and Conclusions of Law within 2 weeks.


JS10:    3:00