# CHINESE MANUFACTURED DRYWALL PRODUCTS LITIGATION

## CDW – EVIDENTIARY HEARING (OCEANIQUE)
### December 7, 2015 at 2:00 p.m.

1. Photo – Overall
2. Timeline
3. Photos – Demolition
4. Exhibit A
5. Item # 3 Appliances
6. Item #13 (00001-00045) - Trim Paint Labor
7. Item #18 (00046) - Tricon
8. Item #19 (00047-00049) - Utilities
9. Item #20 (00050-00055) - HSA Golden Engineer
10. Item #21 (00056-00066) - Permit Fees
11. Item #22 (00067-00069) – Water/Sewer
12. Item #23 (00070-00092) - Scratched-Delaminate Glass
13. Item #25 (00093-00096) - Asphalt Repair
14. Item #26 (00097-00114) - Decks
15. Item #30 (00115-00133) - Plumbing Repair
16. Item #33 (00134-00148) - Door Repair

#2 Letter dated 12/18/09 to M. Kodsi from Peter Barts

BRF/12/7/2015