**Knauf Defendants' List of Exhibits introduced, offered, and filed into evidence at the December 7, 2015 Oceanique Evidentiary Hearing:**

1. ARH Protocol

2. Remediation Protocol

3. Oceanique's Provided ARH Materials (In Globo four binders)

4. Ledger (original given to Dean)

5. Trim/Paint Charlie Invoices

6. Oceanique's Other Loss Fund Award Summary

7. Litigation Summary for Oceanique Development Company

8. Litigation Summary for Tricon Development of Brevard, Inc.

9. Oceanique Owner Disclosure Affidavit

10. Permit Fee Ledger and Cancelled Checks

11. Email: Robert Kodsi to Fred Longer

12. Maurice Kodsi Affidavit

13. Plaintiff Profile Form: Unit 801B

14. Unit 801B Inspection Report dated 8/27/2009

15. Unit 801B Collection Report dated 9/30/2009

16. McPhilany Invoice for 11/4/2009

17. Plumbing Repair Invoices