OMINUTE ENTRY
FALLON, J.
DECEMBER 8, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED  DRYWALL PRODUCTS  LIABILITY LITIGATION | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO:  09-6690, 11-1672, 11-1395, 11-1673, 14-1727,  10-340, 11-3094, 09-6531, 09-6530 | JUDGE FALLON  MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Terri Hourigan

Appearances:   Russ Herman, Esq. and Arnnold Levin, Esq. for Plaintiffs
James Stengel, Esq. for Defendants CNBM Group, CNBMIT Co. Ltd., CNBM USA Corp., and United Suntech Craft, Inc.
Craig Allely, Esq. for the State of Louisiana
Harry Rosenberg, Esq., Liaison Counsel for Taishan, BNBM Entities and CNBM Entities
Christina Eikhoff, Esq. for Taishan Defendant Entities
Richard Fenton, Esq. for BNBM Entities

Amended Motion of China New Building Materials Group (CNBM Group), China New Building Materials Co, (CNBM Co.), CNBMIT Co. Ltd., CNBM USA Corp. and United Suntech Craft, Inc., to Dismiss the Complaints Pursuant to Rule 12(B)(1), 12(B)(2), 12(B)(4) and 12(B)(5) (19527)

The Parties submitted Power Point documentation to the Court, which the Court accepted as demonstrative exhibits regarding this matter.

After argument - Motion was taken under advisement

Mr. Rosenberg, Ms., Eikhoff and Mr. Fenton addressed the Court after the above motion was heard.  Pursuant to that dialogue, Rec. Doc. 19885, the PSC's Motion for Sanctions, was ORDERED stricken from the record.


JS10:  2:32