# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims filed by the Knauf Defendants;

IT IS ORDERED BY THE COURT that the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims is GRANTED. The Knauf Defendants' Settlement Obligations for the following already remediated home claims are hereby extinguished:

| Homeowner Name(s) | Affected Property Address | City | State | Zip |
|---|---|---|---|---|
| Rowe, Robert | 16059 Via Solera Circle #101 | Fort Meyers | FL | 33908 |
| Lucky, Jack and Timothy Myles | 840 NE 14th Pl. | Fort Lauderdale | FL | 33304 |
| Lucky, Jack and Timothy Myles | 838 NE 14th St. | Fort Lauderdale | FL | 33304 |

New Orleans, Louisiana, this  9th   day of   December   , 2015.

_____
Honorable Eldon E. Fallon
United States District Court Judge