# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## O R D E R

Considering the Plaintiffs' Steering Committee's Motion for Leave to File The Plaintiffs' Steering Committee's Amended and Supplemental Response to Taishan's Omnibus Motion to Exclude Plaintiffs' proposed Exhibits and Irrelevant Deposition Designations for November 17, 2015 Hearing and to Taishan's Objections to the PSC's Supplemental Exhibit List for the November 17, 2015 Evidentiary Hearing and to File Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Steering Committee's Amended and Supplemental Response to Taishan's Omnibus Motion to Exclude Plaintiffs' proposed Exhibits and Irrelevant Deposition Designations for November 17, 2015 Hearing and to Taishan's Objections to the PSC's Supplemental Exhibit List for the November 17, 2015 Evidentiary Hearing be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this **8th** day of   December  , 2015.

_____
Eldon E. Fallon
United States District Court Judge