UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 09-md-2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE: FALLON |
| 09-cv-7628 and 11-cv-1893 Plaintiff: Jackson, Ronald | MAG. JUDGE WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel moves for an order allowing the law firm of VILES & BECKMAN, LLC to withdraw as counsel for the Plaintiff, **RONALD JACKSON**, as grounds states the following:

1. That undersigned and Plaintiff have irreconcilable differences.

2. Plaintiff may receive all future pleadings to:

> **Ronald Jackson**
> **2200 Kings Blvd.**
> **Naples FL 34112**

**WHEREFORE**, undersigned moves this Honorable Court for an order allowing undersigned to withdraw as counsel for Plaintiff.

Respectfully Submitted,

*/s/ Michael L. Beckman*

Michael L. Beckman, Esq.
FBN: 0128279
**VILES & BECKMAN, L.L.C.**
6350 Presidential Court, Suite A
Fort Myers, Florida  33919
Telephone:  (239) 334-3933
Facsimile;    (239) 334-7105
Primary Email: Michael@vilesandbeckman.com
Secondary Email: Opal@vilesandbeckman.com

1

21978/MLB/oms

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished on this **9th day of December, 2015** by CM/ECF to: Kerry J. Miller, Esq,. Kyle A. Spaulding, Esq. and Paul C. Thibodeaux **Frilot LLC, at kmiller@frilot.com.**

*/s/ Michael L. Beckman*

**Michael L. Beckman, Esquire**
**FBN: 0128279**

2

21978/MLB/oms