UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering the upcoming evidentiary hearing to evaluate the Knauf/Moss remediation of Rebecca Hohne's home, *see* (R. Doc. 19755),

**IT IS ORDERED** that Ms. Hohne and counsel for Knauf will participate in a telephone status conference to discuss the hearing on Monday, December 14, 2015, at 10:00 a.m central time. Parties shall use the following call-in information: (877) 336-1839; Access code: 4227405; Security code: 121415.

New Orleans, Louisiana, this 9th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE

1