UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

### ORDER

The Court received and reviewed the attached email.

**IT IS ORDERED** that the attached email be entered into the record.

New Orleans, Louisiana, this 10th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE

1