

**CNBMG EXPERT REPORT AND CAO AFF.**

Russ Herman to: Judge Eldon Fallon, Judge Eldon Fallon, Eliza_Meltzer@laed.uscourts.gov, James L. Stengel, Christopher Vejnoska, Harry

Cc: Scott George, Sandy Duggan, Rachel Sternlieb, "Pearl Robertson", Member GEM, Matthew Gaughan, Madelyn Breerwood, Lillian Flemming, Lenny Davis, Kate Robinson, Joyce

12/08/2015 11:31 AM

History: This message has been forwarded.

Dear Judge Fallon ,
After conferring with Arnold Levin , we agree that the recent Expert report and affidavit of Chief CAO  as represented by Mr Stengel today
should be withdrawn from the record and
It should be given no consideration by the Court .
Further , the PSC will not require 45 days in which to respond to the report and affidavit submitted
By The CNBMG EXPERT OR MR CAO. Yours truly, Russ M Herman , for Arnold Levin and the PSC

Sent from my iPhone


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.