UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| | JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached email.

**IT IS ORDERED** that the attached email be entered into the record.

**IT IS FURTHER ORDERED** that the briefing deadlines specified in the attached email are adopted by the Court.

New Orleans, Louisiana, this 10th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE

1