

CDW--PSC's motion for leave to take additional Rule 30 (b)(6) depositions
Harry Rosenberg (1219)
to:
Eliza_Meltzer@laed.uscourts.gov
12/10/2015 11:31 AM
Cc:
Anthony Irpino
Hide Details
From: "Harry Rosenberg (1219)" <Harry.Rosenberg@phelps.com>
To: "Eliza_Meltzer@laed.uscourts.gov" <Eliza_Meltzer@laed.uscourts.gov>
Cc: Anthony Irpino <airpino@irpinolaw.com>
History: This message has been replied to.

**Eliza-**

**Anthony Irpino and I conferred about the PSC's pending motion for leave to take/compel additional Rule 30(b)(6) depositions. Rec. Doc. 19815. The PSC and the responding defendants have agreed that oral argument is not necessary as to this motion. In addition, subject to the Court's acceptance, the parties have agreed that the defendants will file their responses/oppositions to this motion by December 18th and that the PSC, if they wish, can file a reply memorandum by December 30th in view of the holidays. Hopefully this informal notification to the Court suffices but if a formal motion and order setting forth this approach is desired by Judge Fallon, we will promptly submit that jointly approved pleading. Many thanks.**
**harry**

**Harry Rosenberg**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-584-9219
Mobile: 504-250-7908
Fax: 504-568-9130

Email: harry.rosenberg@phelps.com

**PHELPS DUNBAR** LLP

Louisiana | Mississippi | Florida
Texas | Alabama | North Carolina | London

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.