# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 |
| | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * * | MAGISTRATE JUDGE WILKINSON |

## KNAUF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTIONS (REC. DOCS. 19666, 19706, 19829, AND 19832) REGARDING PAYMENT OF GBI CLAIMS

The Knauf Defendants[1] file this Response to motions by plaintiffs Cerna (Rec. Doc. 19666), Lustberg (Rec. Doc. 19706), Brandolino (Rec. Doc. 19829), and Perone (Rec. Doc. 19832) regarding payment of Global,[2] Banner, and InEx (GBI) settlement claims.

The Court should deny the Lustberg, Cerna, and Brandolino motions for the following reasons: the Lustberg motion is moot, as the Knauf Defendants have withdrawn their competing claim to the GBI funds, and the Cerna and Brandolino motions incorrectly state that the plaintiffs are the proper payees of the GBI funds when the Knauf Defendants are the proper payees. Lastly, the Perone motion requires clarification which the Knauf Defendants would like to provide for the record.

For the foregoing reasons, as more fully explained in the accompanying Memorandum in Support, the Court should deny the Lustberg, Cerna, and Brandolino motions.

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

[2] The Global settlement is also referred to as the "Insurer" settlement and the "Builder" settlement.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**


/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.
DANNY J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Phone: (504) 566-8646
Fax:    (504) 585-6946
Email: kjmiller@bakerdonelson.com

*Counsel for the Knauf Defendants*


## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6 and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 11th day of December 2015.

/s/ *Kerry J. Miller*
KERRY J. MILLER