1                        UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA
2

3
    ****************************************************************
4

    IN RE:  CHINESE-MANUFACTURED
5   DRYWALL PRODUCTS
    LIABILITY LITIGATION
6
                                    CIVIL DOCKET NO. 09-MD-2047 "L"
7                                   NEW ORLEANS, LOUISIANA
                                    MONDAY, DECEMBER 7, 2015, 2:15 P.M.
8

9   THIS DOCUMENT RELATES TO
    ALL CASES
10
    ****************************************************************
11

12        TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
             HEARD BEFORE THE HONORABLE ELDON E. FALLON
13                  UNITED STATES DISTRICT JUDGE

14

15  APPEARANCES:

16

17  FOR THE PLAINTIFFS'
    LIAISON COUNSEL:              HERMAN HERMAN KATZ
18                                BY:  LEONARD A. DAVIS, ESQUIRE
                                  820 O'KEEFE AVENUE
19                                NEW ORLEANS, LA  70113

20

21                                LEVIN, FISHBEIN, SEDRAN & BERMAN
                                  BY:  ARNOLD LEVIN, ESQUIRE
22                                     FRED S. LONGER, ESQUIRE
                                       SANDRA L. DUGGAN, ESQUIRE
23                                510 WALNUT STREET, SUITE 500
                                  PHILADELPHIA, PA  19106
24

25

                          *OFFICIAL TRANSCRIPT*

1   APPEARANCES CONTINUED:

2

3                                   GAINSBURGH BENJAMIN DAVID
                                    MEUNIER AND WARSHAUER
4                                   BY:  GERALD E. MEUNIER, ESQUIRE
                                    2800 ENERGY CENTRE
5                                   1100 POYDRAS STREET, SUITE 2800
                                    NEW ORLEANS, LA  70163

6

7                                   COLSON HICKS EIDSON COLSON
8                                   MATTHEWS MARTINEZ GONZALEZ
                                    KALBAC & KANE
9                                   BY:  ERVIN A. GONZALEZ, ESQUIRE
                                         FRED S. LONGER, ESQUIRE
10                                  255 ALHAMBRA CIRCLE, PENTHOUSE
                                    CORAL GABLES, FL  33134

11

12

13  FOR THE TAISHAN, BNBM
    ENTITIES AND CNBM ENTITIES
    LIAISON COUNSEL:                PHELPS DUNBAR
14                                  BY:  HARRY ROSENBERG, ESQUIRE
                                    365 CANAL STREET, SUITE 2000
15                                  NEW ORLEANS, LA  70130

16

17  FOR THE KNAUF
    LIAISON COUNSEL:                BAKER DONELSON BEARMAN
18                                  CALDWELL & BERKOWITZ
                                    BY:  KERRY J. MILLER, ESQUIRE
19                                       DANIEL S. DYSART, ESQUIRE
                                         RENE MERINO, ESQUIRE
20                                  201 ST. CHARLES AVENUE, SUITE 3600
                                    NEW ORLEANS, LA  70170

21

22

23  FOR TAISHAN GYPSUM CO.,
    LTD, AND TAI'AN TAISHAN
    PLASTERBOARD CO., LTD.:         ALSTON & BIRD
24                                  BY:  CHRISTINA H. EIKHOFF, ESQUIRE
                                    ONE ATLANTIC CENTER
25                                  1201 WEST PEACHTREE STREET
                                    ATLANTA, GA  30309

*OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2


3    FOR BEIJING NEW BUILDING
     MATERIALS PUBLIC LIMITED
4    COMPANY AND BEIJING NEW
     BUILDING MATERIAL (GROUP)
5    COMPANY LIMITED
     (COLLECTIVELY, "BNBM"):       DENTONS US
6                                  BY:  MICHAEL H. BARR, ESQUIRE
                                   1221 AVENUE OF THE AMERICAS
7                                  NEW YORK, NY  10020

8


9                                  DENTONS US
                                   BY:  RICHARD L. FENTON, ESQUIRE
10                                 233 SOUTH WACKER DRIVE, SUITE 7800
                                   CHICAGO, IL  60606
11

12
     CHINA NATIONAL BUILDING
13   MATERIALS GROUP CORPORATION
     AND CHINA NATIONAL BUILDING
14   MATERIALS COMPANY LIMITED
     (COLLECTIVELY, "CNBM"):       ORRICK HERRINGTON & SUTCLIFFE
15                                 BY:  JAMES L. STENGEL, ESQUIRE
                                   51 WEST 52ND STREET
16                                 NEW YORK, NY 10019

17


18                                 ORRICK HERRINGTON & SUTCLIFFE
                                   BY:  L. CHRISTOPHER VEJNOSKA, ESQ.
19                                 THE ORRICK BUILDING
                                   405 HOWARD STREET
20                                 SAN FRANCISCO, CA  94105

21


22                                 GORDON, ARATA, MCCOLLAM,
                                   DUPLANTIS & EAGAN
23                                 BY:  EWELL E. EAGAN, JR., ESQUIRE
                                        DONNA P. CURRAULT, ESQUIRE
24                                      ALEX B. ROTHENBERG, ESQUIRE
                                   201 ST. CHARLES AVENUE, 40TH FLOOR
25                                 NEW ORLEANS, LA  70170

*OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3    FOR THE STATE/FEDERAL
     COORDINATION COMMITTEE:      BARRIOS, KINGSDORF & CASTEIX
4                                 BY:  DAWN M. BARRIOS, ESQUIRE
                                  701 POYDRAS STREET, SUITE 3650
5                                 NEW ORLEANS LA 70139

6

7    ALSO PRESENT:                JACOB WOODY, ESQUIRE
                                  BROWN GREER
8

9

     OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
10                                CERTIFIED REALTIME REPORTER
                                  CERTIFIED MERIT REPORTER
11                                500 POYDRAS STREET, ROOM B-275
                                  NEW ORLEANS, LA  70130
12                                (504) 589-7779
                                  Cathy_Pepper@laed.uscourts.gov
13

14   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
15

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

1                            **I N D E X**

2

3       AGENDA ITEMS                                      PAGE

4

5       MONTHLY STATUS CONFERENCE...........................  7

6       PSC'S MOTION TO STRIKE THE DECLARATION INCLUDED IN

7       THE CNBM GROUP'S REPLY, THE PSC'S MOTION TO COMPEL

8       30(B)(6) DEPOSITIONS, AND AN EVIDENTIARY HEARING

9       REGARDING THE ORDER GRANTING KNAUF'S MOTION TO

10      RECONSIDER OCEANIQUE'S *60 PERCENT AWARD*.............  8

11      DECLARATION.........................................  8

12      MOTIONS.............................................  9

13      PRETRIAL ORDERS..................................... 10

14      STATE COURT TRIAL SETTINGS.......................... 10

15      COORDINATION........................................ 11

16      OMNIBUS CLASS ACTION................................ 11

17      LITIGATION EXPENSE FUND............................. 12

18      REMEDIATION PROGRAM................................. 12

19      INEX, BANNER, KNAUF SETTLEMENTS, ANYTHING ON THE

20      GLOBAL SETTLEMENTS.................................. 12

21      OCEANIQUE........................................... 12

22      JAKE WOODY FROM BROWNGREER TO GIVE THE MONTHLY

23      STATUS REPORT....................................... 12

24      TAISHAN............................................. 18

25      VENTURE SUPPLY AND PORTER BLAINE.................... 20

                        **OFFICIAL TRANSCRIPT**

1    PROFILE FORMS FOR THE PLAINTIFF OR DEFENDANTS........  20

2    MATTERS SET FOR HEARING FOLLOWING THE CONFERENCE FOR

3    THE RECONSIDERATION MOTION...........................  20

4    PHYSICAL EVIDENCE PRESERVATION.......................  20

5    NEXT STATUS CONFERENCE IS ON JANUARY 14TH, AND THE

6    FOLLOWING ONE IS FEBRUARY 17TH, 2016, AND THAT ONE

7    IS AT TWO O'CLOCK....................................  20

8    THE JANUARY MEETING ON THE 14TH, I'LL SEE THE

9    PARTIES A HALF HOUR BEFORE EACH ONE -- 8:30 ON THE

10   14TH AND 1:30 ON THE 17TH...........................  20

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 2 | MONDAY, DECEMBER 7, 2015 |
| 3 | A F T E R N O O N   S E S S I O N |
| 4 | (COURT CALLED TO ORDER) |
| 5 | |
| 6 | |

02:18:42  7    THE DEPUTY CLERK:  All rise.

02:18:42  8    THE COURT:  Be seated, please.  Good afternoon, ladies

02:19:03  9  and gentlemen.

02:19:03 10    THE DEPUTY CLERK:  MDL 2047, In re:

02:19:07 11  Chinese-Manufactured Drywall Products Liability Litigation.

02:19:09 12    THE COURT:  Would liaison counsel make their appearance

02:19:10 13  for the record, please.

02:19:12 14    MR. LEVIN:  Arnold Levin for Russ Herman, liaison

02:19:17 15  counsel.

02:19:17 16    MR. ROSENBERG:  Good afternoon, Judge Fallon.

02:19:20 17  Harry Rosenberg as liaison counsel for CNBM and BNBM and

02:19:25 18  Taishan, Your Honor.

02:19:27 19    MR. MILLER:  Good afternoon, Judge.  Kerry Miller as

02:19:28 20  liaison counsel for the Knauf entities.

02:19:32 21    THE COURT:  Okay.  We're here today for our monthly

02:19:34 22  status conference.  We had it in the afternoon because we have

02:19:37 23  a hearing tomorrow, but I met a moment ago with liaison lead

02:19:43 24  counsel.

02:19:44 25    The items of today that we'll be dealing with are

*OFFICIAL TRANSCRIPT*

02:19:50  1   the PSC's motion to strike the declaration included in the CNBM

02:19:56  2   Group's reply, the PSC's motion to compel 30(b)(6) depositions,

02:20:01  3   and, of course, an evidentiary hearing regarding the order

02:20:05  4   granting Knauf's motion to reconsider Oceanique's *60 percent*

02:20:10  5   *award*, as they term it.

02:20:13  6            With regard to the declaration, you'll recall

02:20:16  7   that the plaintiffs responded to the motion, and in their

02:20:27  8   response they had a number of exhibits and also some commentary

02:20:36  9   declarations.

02:20:38 10            The defendant responded to the plaintiff's

02:20:44 11   response and attached to their response an affidavit from one

02:20:54 12   of the officers of CNBM and also a professor.  The defendants

02:21:04 13   take the position that they did that not to add any new

02:21:07 14   material but to simply explain or correct certain comments made

02:21:12 15   by the documents or the comments made by the plaintiffs, that

02:21:20 16   there was nothing new.  The plaintiffs take issue with that and

02:21:25 17   feel that this is something new and comes at the 11th hour and

02:21:30 18   that it should not be admitted, so they move to strike.

02:21:34 19            I talked to the parties.  My observation of the

02:21:40 20   material is that I do think the material is relevant to the

02:21:45 21   motion before me.  I do think the information, the material

02:21:51 22   that the defendants offer may well be helpful to the Court in

02:21:56 23   understanding the matter, but I do feel that it comes at a late

02:22:00 24   time for the plaintiffs.

02:22:03 25            Now, because it's relevant, because it's helpful

*OFFICIAL TRANSCRIPT*

02:22:07 1    and we don't have a jury trial, I am inclined to allow it to be

02:22:13 2    presented; however, I have to deal with the fact that it may be

02:22:17 3    prejudicial at this time to the plaintiffs.  So my inclination

02:22:23 4    is to keep the record open for 45 days to allow the plaintiffs

02:22:28 5    to either take the depositions of these individuals or to

02:22:32 6    offer, introduce a reply, a response or other evidence that

02:22:39 7    deals with those two witnesses' testimony or any other method

02:22:46 8    that they may have, but the record then will kept open for that

02:22:53 9    period of time to allow that to be done.

02:22:55 10           We also talked about motions.  In cases of this

02:23:03 11   sort, the MDL, one of the reasons for an MDL is to make it an

02:23:09 12   efficient way of handling cases, and one of the ways that I

02:23:14 13   deal with it by making it efficient is to meet every month so

02:23:18 14   that we have it continually moving.  Another way is to be

02:23:26 15   available to the parties.  When they have an issue, they get

02:23:31 16   together and they call me and I have a court reporter, I listen

02:23:37 17   to each side, and I rule on it.

02:23:40 18           Occasionally I get an e-mail from one side or the

02:23:44 19   other with, of course, instructions from me that whatever is

02:23:50 20   given to me by one side is cc'd to the other side.  They need

02:23:56 21   to know that all of the material that I get from either side

02:23:59 22   I'm going to put in the record with the exception of some

02:24:02 23   sensitive information dealing with fee issues or fee problems

02:24:09 24   maybe one side has and the other side does not have, not at

02:24:14 25   this stage of the litigation, but that happens over the course

*OFFICIAL TRANSCRIPT*

02:24:17  1    of litigation of this sort.  I have to deal with those with a

02:24:21  2    little more sensitivity and in a different fashion.

02:24:25  3              My hope is that each side, before they reach out

02:24:33  4    to me, will reach out to each other and see whether or not they

02:24:36  5    can resolve the case.  If they have five issues, maybe they can

02:24:40  6    resolve one of them or three of them or four of them and then

02:24:44  7    get to me on the one they can't resolve.

02:24:47  8              When they recognize that there is one or more

02:24:49  9    that they can't resolve, then they ought to decide whether to

02:24:53 10    put it in the form of a motion or to invite my comments from

02:24:57 11    e-mail.  Either way, I will be placing it in the record.

02:25:03 12              The reason I mention to give them some

02:25:07 13    flexibility is because, as you know, when you file a formal

02:25:11 14    motion, you have to file with it a memorandum of law, and

02:25:17 15    sometimes these issues have to do more with setting a date or

02:25:22 16    dealing with an issue of a deposition or something of that sort

02:25:27 17    that is really not a legal issue; it's more of a functional

02:25:34 18    issue of the matter.  So I leave it up to them, but they do

02:25:38 19    have to understand that whatever they give to me will be in the

02:25:41 20    record.

02:25:41 21              Let me hear from liaison counsel on the agenda.

02:25:49 22    First item is pretrial orders, anything on that?

02:25:52 23              MR. LEVIN:  No, sir.

02:25:53 24              THE COURT:  State court trial settings?

02:25:55 25              MR. LEVIN:  No, sir.

*OFFICIAL TRANSCRIPT*

02:25:55  1          THE COURT:  Any coordination matters?  I might say

02:26:00  2   this, that I prepared a draft of a letter to all of the judges.

02:26:05  3   I circulated it to state liaison counsel and liaison counsel

02:26:11  4   for each side before I sent it.  They felt it could be sent.

02:26:17  5          I sent it but I've gotten some calls from judges

02:26:20  6   from state court saying they don't have any of these cases, so

02:26:27  7   I ask state liaison counsel to check their lists to make sure

02:26:32  8   that I have the judges who have the cases.

02:26:36  9          In some of these states, they have established a

02:26:41 10   sort of a complex litigation section, that one judge handles

02:26:48 11   all complex litigation filed in that state so that if somebody

02:26:54 12   gets a case, they transfer it to that judge, and they may not

02:26:58 13   know that that judge is handling the case, but it comes up that

02:27:05 14   way.

02:27:07 15          Ms. Barrios, if you want to comment on it.

02:27:10 16      MS. BARRIOS:  Your Honor, I just want to let you know

02:27:11 17   that we've taken care of the issue of the judges who don't

02:27:14 18   think they have a case.  We have been on the phone with Toni of

02:27:16 19   your office and we've taken care of that.

02:27:18 20          THE COURT:  Okay.  Fine.  Thank you.

02:27:20 21          Okay.  So I will be contacting all of the judges

02:27:24 22   and seeing who can coordinate the matter that makes it more

02:27:28 23   efficient.

02:27:28 24          Okay.  Any omnibus class action?

02:27:32 25      MR. LEVIN:  Omni XX, we received the summons, and we've

*OFFICIAL TRANSCRIPT*

02:27:35 1    served them pursuant to court order on counsel.

02:27:38 2              THE COURT:  Any litigation expense fund issue?

02:27:41 3              MR. LEVIN:  No, sir.

02:27:42 4              THE COURT:  Remediation program, anything from --

02:27:46 5              MR. LEVIN:  Well, just what's going to be this

02:27:49 6    afternoon.

02:27:50 7              THE COURT:  Anything that you have on remediation,

02:27:56 8    Kerry?  Anything?

02:27:56 9              MR. MILLER:  No, Your Honor.  We can defer to Jake's

02:28:00 10   presentation.

02:28:02 11             THE COURT:  All right.  INEX, Banner, Knauf

02:28:04 12   settlements, anything on the Global settlements?

02:28:07 13             MR. LEVIN:  I jumped the gun.  We have the Oceanique

02:28:10 14   this afternoon.

02:28:11 15             THE COURT:  Right.  Let's hear from the settlements at

02:28:15 16   this point, the status of them.

02:28:18 17             MR. WOODY:  Good afternoon, Your Honor.  My name is

02:28:34 18   Jake Woody from BrownGreer here to give the monthly status

02:28:38 19   report.

02:28:39 20             Although it's only been three weeks since the

02:28:41 21   last status conference and one of these weeks was Thanksgiving,

02:28:44 22   we have made some significant progress on important areas of

02:28:47 23   the settlement program.  I'll start just briefly with our

02:28:49 24   payment numbers.

02:28:50 25             Our total payments to date are $81,702,958.

                         ***OFFICIAL TRANSCRIPT***

02:28:58 1   That's an increase of $136,791 since the last status conference

02:29:05 2   which was three weeks ago.  The payments fit into two broad

02:29:09 3   categories -- Global, Banner, INEX Repair and Relocation

02:29:15 4   Damages.  The total payments there are $60,897,568.  The other

02:29:22 5   categories is what we call *Other Loss Claims*, which are claims

02:29:26 6   outside of repair and relocation, things like bodily injury,

02:29:30 7   preremediation alternative living expenses, foreclosure

02:29:34 8   payments, etcetera.  The total payments there are $20,805,390.

02:29:39 9        We have paid, on the Global, Banner, INEX side,

02:29:44 10  we've paid 9,470 claimants.  That's about 96 percent of all the

02:29:50 11  eligible claimants have been paid so far.  We have 417 claims

02:29:54 12  that we have not paid yet.  That's four percent of the total.

02:29:58 13       Those claims fit into three subcategories.  203

02:30:03 14  claimants were awaiting documentation from a W9 and

02:30:07 15  Verification of Claims form, and we do outreach to those

02:30:10 16  claimants to remind them to submit those documents so that we

02:30:13 17  can pay them.

02:30:14 18       175 are subject to what we call a *double payment

02:30:17 19  issue*, where we have received more than one claim for one

02:30:21 20  property.  We're only allowed to pay a Global, Banner, INEX

02:30:27 21  payment once per property, so when we get claims from multiple

02:30:30 22  people, we have to try to resolve the dispute, and we've done

02:30:34 23  that and gotten that number down to 175.  That requires

02:30:37 24  basically a hand-to-hand operation where we call people and

02:30:40 25  e-mail them and try to resolve those issues.

**OFFICIAL TRANSCRIPT**

02:30:42  1        THE COURT:  That's sometimes due for various reasons.

02:30:46  2    Occasionally we've had situations where a husband and wife

02:30:49  3    divorced --

02:30:50  4        MR. WOODY:  Correct.

02:30:51  5        THE COURT:  -- and they each make a claim for the

02:30:54  6    house.  Sometimes we've have situations where somebody has sold

02:30:57  7    the house, and they make a claim for it, and then the person

02:31:00  8    who just bought the house makes a claim for it and that's a

02:31:04  9    double.

02:31:04  10        MR. WOODY:  That's correct.

02:31:05  11        THE COURT:  There are some other areas also.

02:31:07  12        MR. WOODY:  So those take a little bit of time and

02:31:09  13    effort to resolve, but we have been largely successful in

02:31:12  14    getting that number down to 175.  Of course, you have to divide

02:31:15  15    that by at least two to come up with the number of properties

02:31:19  16    at issue because, by definition, more than one claimant has

02:31:22  17    submitted a claim for the same property there.  Then 39 are

02:31:25  18    ready for us to pay.  We just need to cut them a check and

02:31:29  19    we'll do that this week.

02:31:30  20            When I last reported this to you, we had about

02:31:33  21    650 claims not paid.  We reduced that number by a couple of

02:31:37  22    hundred since our last report.  So we continue to work through

02:31:39  23    those.

02:31:39  24            I do remind anybody listening on the phone to

02:31:42  25    check that if you haven't given us the Verification of Claims

*OFFICIAL TRANSCRIPT*

02:31:45 1   form and the W9 and you're wondering why you haven't been paid
02:31:50 2   yet, that's probably why.
02:31:51 3           Those documents are available on our website.
02:31:53 4   You can download them and then e-mail them to us at
02:31:58 5   CDWquestions@BrownGreer.com.  We are able to issue payment
02:32:02 6   pretty quickly after we receive those documents.
02:32:03 7           I would like to talk quickly about what I think
02:32:06 8   is a pretty significant accomplishment on the Other Loss side.
02:32:12 9   I reported for the last few months that we've been very close
02:32:14 10  to finishing the Other Loss program.
02:32:17 11          We're down to 726 claims who have requested that
02:32:23 12  the Special Master award them additional money above what we
02:32:26 13  have already offered those people.  On Thursday, December 3rd,
02:32:28 14  we e-mailed notifications to the lawyers and *pro se* claimants
02:32:33 15  who had made those requests.  We e-mailed them with a list of
02:32:38 16  their claimants who had made the request and a determination
02:32:41 17  from the Special Master along with some instructions on how to
02:32:46 18  proceed.  These claimants have until Friday, the 8th of
02:32:48 19  December, to get back to us on the.
02:32:51 20          There are two options for these people:  You can
02:32:54 21  request reconsideration and have the Special Master take a
02:32:57 22  second look at the award, or you can accept the amount and
02:33:01 23  we'll pay you as soon as we can.
02:33:03 24          If you decide to request reconsideration, we do
02:33:07 25  request that you include reference to the specific documents in

**OFFICIAL TRANSCRIPT**

02:33:11 1    your file that support the claim so that we don't have to hunt

02:33:14 2    through hundreds and hundreds of pages to figure out if you're

02:33:17 3    right or not, and also it's very helpful to receive a

02:33:20 4    calculation of why you believe you're entitled to what you

02:33:24 5    think you are.  That helps us speed up the process.  We can

02:33:26 6    look at your calculation, look at your supporting documents,

02:33:29 7    and determine if we agree with you or not or if the

02:33:32 8    Special Master agrees with you or not.

02:33:34 9             Finally, the amounts listed, and this was part of

02:33:37 10   the e-mail, but these are pro rata.  These are subject to a

02:33:40 11   pro rata reduction.  The Special Master looked at the claim and

02:33:45 12   determined what it was worth in a dollar amount.  We do not

02:33:49 13   have enough money to pay off everyone a hundred cents on the

02:33:53 14   dollar for that, so we will have to reduce that amount by a

02:33:58 15   pro rata percentage.

02:33:59 16            I can't give you the exact percentage just yet

02:34:01 17   because I don't know how the request for reconsideration will

02:34:03 18   turn out.  That, when claims increase in value, it affects the

02:34:08 19   pro rata calculation.  So as soon as we are able to resolve any

02:34:12 20   of the reconsideration requests, we can have a better handle on

02:34:16 21   what the pro rata amount will be.

02:34:19 22            I will tell you that so far, although it's been a

02:34:22 23   very short time, we've received six acceptances and two

02:34:24 24   requests for reconsideration.  Obviously those numbers will

02:34:27 25   change significantly over the next two weeks.

*OFFICIAL TRANSCRIPT*

02:34:29 1          I also wanted to touch briefly on the stipend

02:34:33 2     issue.  The Court entered PTO 30 on November 23rd of 2015.

02:34:40 3     PTO 30 establishes the method and procedures by which we can

02:34:44 4     issue any stipend payment, which is a thousand dollars per

02:34:48 5     Knauf property and $150 per nonKnauf property.

02:34:52 6          The PTO contains the procedures by which these

02:34:56 7     claims can be paid, and also attached as an exhibit is a list

02:34:58 8     of all the properties in our system in our program and a list

02:35:03 9     of how much they were entitled to on the stipend front.  The

02:35:08 10    deadline to note any objections to that was December 3rd.

02:35:12 11         Those objections were submitted to the PSC, and

02:35:15 12    we've worked closely with the PSC to categorize those

02:35:19 13    objections and put them into broad categories that we can

02:35:23 14    decide how to proceed with those objections.

02:35:25 15         Finally I've gotten a lot of questions about when

02:35:32 16    we can issue the stipend payment.  We need to wait, I think,

02:35:35 17    until PTO 30 is final, which, I believe, under Federal Rule 4,

02:35:38 18    is 30 days after the order.  That was issued November 23rd; so,

02:35:41 19    we can't make any payments until December 23rd.  However, we

02:35:46 20    are ready to do that as soon as that date passes, and we'll

02:35:50 21    attempt to issue those as soon as possible after that date

02:35:54 22    passes.

02:35:54 23         Just a quick summary of what we've done in the

02:35:59 24    last weeks:  We've made 37 payments totaling $136,791.  We've

02:36:05 25    issued 96 notices; and, again, we've issued 726 Special Master

*OFFICIAL TRANSCRIPT*

02:36:09 1   award notifications, which is significant because that is --

02:36:12 2   those are really the last of the Other Loss claims.

02:36:16 3          Once we work through the reconsideration requests

02:36:19 4   and any appeals for that, we can disburse the amount remaining

02:36:23 5   in the fund and close that chapter of the settlement program.

02:36:27 6   We have closed 51 claims across the entire program.

02:36:30 7          Then on the stipend front, the objection deadline

02:36:34 8   passed, and we're working with the PSC to process those, and as

02:36:38 9   soon as the 30 days passes, we can begin to issue payments.

02:36:42 10          THE COURT:  Okay.  This, as I said before, is only one

02:36:48 11   aspect of the settlement.  This is in addition to the full

02:36:53 12   remediation and the attorney's fees that was agreed to by

02:37:00 13   Knauf.

02:37:00 14          Some people do not have any additional claims;

02:37:05 15   some people do have additional claims, and that's what we have

02:37:08 16   been talking about here today.  Everybody has the remediation

02:37:13 17   and the remediation has taken place, and it's a little over a

02:37:18 18   billion dollars, it looks like, that is going to be the amount;

02:37:19 19   so, this is in addition to that.

02:37:21 20          Okay.  Anything on Taishan?

02:37:26 21          MR. LEVIN:  Yes, Your Honor.  Just some scheduling that

02:37:32 22   occurred in the liaison counsel's meeting.  Harry will correct

02:37:37 23   me if I'm wrong because I'm a terrible note taker.

02:37:42 24          The Rule 12 motion will be heard on

02:37:45 25   February 18th.  The motions to dismiss, the motion to strike

**OFFICIAL TRANSCRIPT**

02:37:51  1    the affidavits that the plaintiffs at least say were late

02:37:56  2    filed, that will be taken up after the argument tomorrow.  The

02:38:00  3    30(b)(6) motions, there will be a schedule for the defendant's

02:38:06  4    response, and whether or not there is oral argument, that will

02:38:09  5    be taken up tomorrow as well.

02:38:10  6         MR. ROSENBERG:  Your Honor, since Mr. Levin invited me

02:38:14  7    to correct him, I'm going to take that opportunity.  We agree

02:38:18  8    to discuss both the need for whether oral argument is necessary

02:38:23  9    on the motion to compel additional 30(b)(6) depositions, as

02:38:29 10    well as the motion to strike.  We are going to discuss that

02:38:32 11    tomorrow after the scheduled hearing before Your Honor.

02:38:36 12         Your Honor, there is one other footnote, if I

02:38:38 13    might, if the Court would indulge me.  When we met with -- when

02:38:43 14    Your Honor met with liaison counsel earlier this afternoon, we

02:38:46 15    did discuss that if there was a motion that was going to be

02:38:49 16    filed by either side, the parties agree that they would notify

02:38:55 17    the opposing side of the nature of that motion and the timeline

02:38:59 18    for submission of that motion so we could hopefully continue to

02:39:02 19    amicably resolve these logistical issues without burdening the

02:39:09 20    Court.  If we are unable to reach an accord, then we would ask

02:39:13 21    the Court for assistance.

02:39:14 22         MR. LEVIN:  One additional thing, Your Honor.  The

02:39:16 23    spoliation hearing which occurred a couple weeks ago with

02:39:19 24    regard to Taishan and the PSC, the findings of fact and

02:39:22 25    conclusions of law -- the proposed findings of fact and

*OFFICIAL TRANSCRIPT*

02:39:25 1   conclusions of law will be filed today.

02:39:27 2       MR. ROSENBERG:  I'm only going to take issue with

02:39:31 3   Mr. Levin's description of that as a *spoliation hearing*,

02:39:34 4   Your Honor, but the Court is aware of the time line for the

02:39:37 5   next hearing on that motion.

02:39:39 6       THE COURT:  Okay.  All right.  Thank you.

02:39:41 7           Anything on the Venture Supply and Porter Blaine

02:39:48 8   defendants?

02:39:48 9       MR. LEVIN:  No, sir.

02:39:49 10      THE COURT:  Anything on the profile forms for the

02:39:53 11  plaintiff or defendants?

02:40:00 12      MR. LEVIN:  No, sir.

02:40:00 13      THE COURT:  We have some matters set for hearing

02:40:02 14  following the conference, as I mentioned, the reconsideration

02:40:11 15  motion.

02:40:13 16          Anything on physical evidence preservation?

02:40:16 17      MR. LEVIN:  No, sir.

02:40:17 18      THE COURT:  The next status conference is on

02:40:27 19  January 14th, and the following one is February 17th, and that

02:40:31 20  one is at two o'clock.

02:40:32 21      MR. LEVIN:  Yes, sir.

02:40:33 22      THE COURT:  Right.  The January meeting on the 14th,

02:40:38 23  I'll see the parties a half hour before each one -- 8:30 on the

02:40:43 24  14th and 1:30 on the 17th.

02:40:46 25      MR. ROSENBERG:  Yes, sir.  Thank you, Your Honor.

                          ***OFFICIAL TRANSCRIPT***

02:40:48  1          MR. LEVIN:  Thank you.  Thank you, sir.

02:40:50  2          THE COURT:  We'll take a five-minute break here, and

02:40:52  3  then we'll come back and deal with the reconsideration motion.

02:40:56  4          THE DEPUTY CLERK:  All rise.

02:45:55  5          (WHEREUPON, at 2:45 p.m. the monthly status conference

6  concluded.)

7                              *    *    *

8

9

10                      REPORTER'S CERTIFICATE

11

12          I, Cathy Pepper, Certified Realtime Reporter, Registered

13  Merit Reporter, Certified Court Reporter in and for the State

14  of Louisiana, Official Court Reporter for the United States

15  District Court, Eastern District of Louisiana, do hereby

16  certify that the foregoing is a true and correct transcript to

17  the best of my ability and understanding from the record of the

18  proceedings in the above-entitled and numbered matter.

19

20                          *s/Cathy Pepper*

21                          Cathy Pepper, CRR, RMR, CCR
                            Certified Realtime Reporter
22                          Registered Merit Reporter
                            Official Court Reporter
23                          United States District Court
                            Cathy_Pepper@laed.uscourts.gov
24

25

                        **OFFICIAL TRANSCRIPT**

## $

**$136,791** [2] - 13:1, 17:24
**$150** [1] - 17:5
**$20,805,390** [1] - 13:8
**$60,897,568** [1] - 13:4
**$81,702,958** [1] - 12:25

## 0

**09-MD-2047** [1] - 1:6

## 1

**10** [2] - 5:13, 5:14
**10019** [1] - 3:16
**10020** [1] - 3:7
**11** [2] - 5:15, 5:16
**1100** [1] - 2:5
**11th** [1] - 8:17
**12** [6] - 5:17, 5:18, 5:20, 5:21, 5:23, 18:24
**1201** [1] - 2:25
**1221** [1] - 3:6
**14TH** [3] - 6:5, 6:8, 6:10
**14th** [3] - 20:19, 20:22, 20:24
**175** [3] - 13:18, 13:23, 14:14
**17th** [2] - 20:19, 20:24
**17TH** [1] - 6:6
**17TH..........................**
. [1] - 6:10
**18** [1] - 5:24
**18th** [1] - 18:25
**19106** [1] - 1:23
**1:30** [2] - 6:10, 20:24

## 2

**20** [6] - 5:25, 6:1, 6:3, 6:4, 6:7, 6:10
**2000** [1] - 2:14
**201** [2] - 2:20, 3:24
**2015** [3] - 1:7, 7:2, 17:2
**2016** [1] - 6:6
**203** [1] - 13:13
**2047** [1] - 7:10
**233** [1] - 3:10
**23rd** [3] - 17:2, 17:18, 17:19
**255** [1] - 2:10

**2800** [2] - 2:4, 2:5
**2:00** [1] - 1:7
**2:45** [1] - 21:5

## 3

**30** [5] - 17:2, 17:3, 17:17, 17:18, 18:9
**30(B)(6** [1] - 5:8
**30(b)(6** [3] - 8:2, 19:3, 19:9
**30309** [1] - 2:25
**33134** [1] - 2:10
**3600** [1] - 2:20
**365** [1] - 2:14
**3650** [1] - 4:4
**37** [1] - 17:24
**39** [1] - 14:17
**3rd** [2] - 15:13, 17:10

## 4

**4** [1] - 17:17
**405** [1] - 3:19
**40TH** [1] - 3:24
**417** [1] - 13:11
**45** [1] - 9:4

## 5

**500** [2] - 1:23, 4:11
**504** [1] - 4:12
**51** [2] - 3:15, 18:6
**510** [1] - 1:23
**52ND** [1] - 3:15
**589-7779** [1] - 4:12

## 6

**60** [2] - 5:10, 8:4
**60606** [1] - 3:10
**650** [1] - 14:21

## 7

**7** [3] - 1:7, 5:5, 7:2
**701** [1] - 4:4
**70113** [1] - 1:19
**70130** [2] - 2:15, 4:11
**70139** [1] - 4:5
**70163** [1] - 2:5
**70170** [2] - 2:20, 3:25
**726** [2] - 15:11, 17:25
**7800** [1] - 3:10

## 8

**8** [2] - 5:10, 5:11
**820** [1] - 1:18
**8:30** [2] - 6:9, 20:23
**8th** [1] - 15:18

## 9

**9** [1] - 5:12
**9,470** [1] - 13:10
**94105** [1] - 3:20
**96** [2] - 13:10, 17:25

## A

**ability** [1] - 21:17
**able** [2] - 15:5, 16:19
**above-entitled** [1] - 21:18
**accept** [1] - 15:22
**acceptances** [1] - 16:23
**accomplishment** [1] - 15:8
**accord** [1] - 19:20
**action** [1] - 11:24
**ACTION.....................**
........... [1] - 5:16
**add** [1] - 8:13
**addition** [2] - 18:11, 18:19
**additional** [5] - 15:12, 18:14, 18:15, 19:9, 19:22
**admitted** [1] - 8:18
**affects** [1] - 16:18
**affidavit** [1] - 8:11
**affidavits** [1] - 19:1
**afternoon** [8] - 7:8, 7:16, 7:19, 7:22, 12:6, 12:14, 12:17, 19:14
**agenda** [1] - 10:21
**AGENDA** [1] - 5:3
**ago** [3] - 7:23, 13:2, 19:23
**agree** [3] - 16:7, 19:7, 19:16
**agreed** [1] - 18:12
**agrees** [1] - 16:8
**ALEX** [1] - 3:24
**ALHAMBRA** [1] - 2:10
**ALL** [1] - 1:9
**allow** [3] - 9:1, 9:4, 9:9
**allowed** [1] - 13:20
**ALSO** [1] - 4:7

**ALSTON** [1] - 2:23
**alternative** [1] - 13:7
**AMERICAS** [1] - 3:6
**amicably** [1] - 19:19
**amount** [6] - 15:22, 16:12, 16:14, 16:21, 18:4, 18:18
**amounts** [1] - 16:9
**AN** [1] - 5:8
**AND** [10] - 2:3, 2:13, 2:23, 3:4, 3:13, 5:8, 5:25, 6:5, 6:6, 6:10
**ANYTHING** [1] - 5:19
**appeals** [1] - 18:4
**appearance** [1] - 7:12
**APPEARANCES** [4] - 1:15, 2:1, 3:1, 4:1
**ARATA** [1] - 3:22
**areas** [2] - 12:22, 14:11
**argument** [3] - 19:2, 19:4, 19:8
**ARNOLD** [1] - 1:21
**Arnold** [1] - 7:14
**aspect** [1] - 18:11
**assistance** [1] - 19:21
**AT** [1] - 6:7
**ATLANTA** [1] - 2:25
**ATLANTIC** [1] - 2:24
**attached** [2] - 8:11, 17:7
**attempt** [1] - 17:21
**attorney's** [1] - 18:12
**available** [2] - 9:15, 15:3
**AVENUE** [4] - 1:18, 2:20, 3:6, 3:24
**awaiting** [1] - 13:14
**award** [4] - 8:5, 15:12, 15:22, 18:1
**AWARD.............** [1] - 5:10
**aware** [1] - 20:4

## B

**B-275** [1] - 4:11
**BAKER** [1] - 2:17
**Banner** [4] - 12:11, 13:3, 13:9, 13:20
**BANNER** [1] - 5:19
**BARR** [1] - 3:6
**BARRIOS** [3] - 4:3, 4:4, 11:16
**Barrios** [1] - 11:15
**BEARMAN** [1] - 2:17
**BEFORE** [2] - 1:12, 6:9
**begin** [1] - 18:9

**BEIJING** [2] - 3:3, 3:4
**BENJAMIN** [1] - 2:3
**BERKOWITZ** [1] - 2:18
**BERMAN** [1] - 1:21
**best** [1] - 21:17
**better** [1] - 16:20
**billion** [1] - 18:18
**BIRD** [1] - 2:23
**bit** [1] - 14:12
**Blaine** [1] - 20:7
**BLAINE....................**
...... [1] - 5:25
**BNBM** [2] - 2:12, 7:17
**bodily** [1] - 13:6
**bought** [1] - 14:8
**break** [1] - 21:2
**briefly** [2] - 12:23, 17:1
**broad** [2] - 13:2, 17:13
**BROWN** [1] - 4:7
**BROWNGREER** [1] - 5:22
**BrownGreer** [1] - 12:18
**BUILDING** [5] - 3:3, 3:4, 3:12, 3:13, 3:19
**burdening** [1] - 19:19
**BY** [15] - 1:18, 1:21, 2:4, 2:9, 2:14, 2:18, 2:24, 3:6, 3:9, 3:15, 3:18, 3:23, 4:4, 4:14, 4:14

## C

**CA** [1] - 3:20
**calculation** [3] - 16:4, 16:6, 16:19
**CALDWELL** [1] - 2:18
**CALLED** [1] - 7:4
**CANAL** [1] - 2:14
**care** [2] - 11:17, 11:19
**case** [4] - 10:5, 11:12, 11:13, 11:18
**cases** [4] - 9:10, 9:12, 11:6, 11:8
**CASES** [1] - 1:9
**CASTEIX** [1] - 4:3
**categories** [3] - 13:3, 13:5, 17:13
**categorize** [1] - 17:12
**Cathy** [2] - 21:12, 21:21
**CATHY** [1] - 4:9
**Cathy_Pepper@laed .uscourts.gov** [2] - 4:12, 21:23
**cc'd** [1] - 9:20

CCR [2] - 4:9, 21:21
CDWquestions@
   BrownGreer.com [1]
   - 15:5
CENTER [1] - 2:24
CENTRE [1] - 2:4
cents [1] - 16:13
certain [1] - 8:14
CERTIFICATE [1] -
   21:10
CERTIFIED [2] - 4:10,
   4:10
Certified [3] - 21:12,
   21:13, 21:21
certify [1] - 21:16
change [1] - 16:25
chapter [1] - 18:5
CHARLES [2] - 2:20,
   3:24
check [3] - 11:7,
   14:18, 14:25
CHICAGO [1] - 3:10
CHINA [2] - 3:12, 3:13
CHINESE [1] - 1:4
Chinese [1] - 7:11
CHINESE-
   MANUFACTURED
   [1] - 1:4
Chinese-
   Manufactured [1] -
   7:11
CHRISTINA [1] - 2:24
CHRISTOPHER [1] -
   3:18
CIRCLE [1] - 2:10
circulated [1] - 11:3
CIVIL [1] - 1:6
claim [7] - 13:19, 14:5,
   14:7, 14:8, 14:17,
   16:1, 16:11
claimant [1] - 14:16
claimants [7] - 13:10,
   13:11, 13:14, 13:16,
   15:14, 15:16, 15:18
Claims [3] - 13:5,
   13:15, 14:25
claims [12] - 13:5,
   13:11, 13:13, 13:21,
   14:21, 15:11, 16:18,
   17:7, 18:2, 18:6,
   18:14, 18:15
class [1] - 11:24
CLASS [1] - 5:16
CLERK [3] - 7:7, 7:10,
   21:4
close [2] - 15:9, 18:5
closed [1] - 18:6
closely [1] - 17:12
CNBM [5] - 2:13, 5:7,
   7:17, 8:1, 8:12

CO [2] - 2:22, 2:23
COLLECTIVELY [2] -
   3:5, 3:14
COLSON [2] - 2:7
comment [1] - 11:15
commentary [1] - 8:8
comments [3] - 8:14,
   8:15, 10:10
COMMITTEE [1] - 4:3
COMPANY [3] - 3:4,
   3:5, 3:14
compel [2] - 8:2, 19:9
COMPEL [1] - 5:7
complex [2] - 11:10,
   11:11
COMPUTER [1] - 4:14
concluded [1] - 21:6
conclusions [2] -
   19:25, 20:1
conference [6] - 7:22,
   12:21, 13:1, 20:14,
   20:18, 21:5
CONFERENCE [3] -
   1:12, 6:2, 6:5
CONFERENCE..........
   .................. [1] - 5:5
contacting [1] - 11:21
contains [1] - 17:6
continually [1] - 9:14
continue [2] - 14:22,
   19:18
CONTINUED [3] - 2:1,
   3:1, 4:1
coordinate [1] - 11:22
COORDINATION [1] -
   4:3
coordination [1] -
   11:1
COORDINATION.......
   ...................................
   ... - 5:15
CORAL [1] - 2:10
CORPORATION [1] -
   3:13
correct [6] - 8:14,
   14:4, 14:10, 18:22,
   19:7, 21:16
counsel [11] - 7:12,
   7:15, 7:17, 7:20,
   7:24, 10:21, 11:3,
   11:7, 12:1, 19:14
COUNSEL [3] - 1:17,
   2:13, 2:17
counsel's [1] - 18:22
couple [2] - 14:21,
   19:23
course [4] - 8:3, 9:19,
   9:25, 14:14
Court [11] - 8:22, 17:2,
   19:13, 19:20, 19:21,

20:4, 21:13, 21:14,
   21:15, 21:22, 21:23
COURT [25] - 1:1, 4:9,
   5:14, 7:4, 7:8, 7:12,
   7:21, 10:24, 11:1,
   11:20, 12:2, 12:4,
   12:7, 12:11, 12:15,
   14:1, 14:5, 14:11,
   18:10, 20:6, 20:10,
   20:13, 20:18, 20:22,
   21:2
court [4] - 9:16, 10:24,
   11:6, 12:1
CRR [2] - 4:9, 21:21
CURRAULT [1] - 3:23
cut [1] - 14:18


D


Damages [1] - 13:4
DANIEL [1] - 2:19
date [4] - 10:15, 12:25,
   17:20, 17:21
DAVID [1] - 2:3
DAVIS [1] - 1:18
DAWN [1] - 4:4
days [3] - 9:4, 17:18,
   18:9
deadline [2] - 17:10,
   18:7
deal [4] - 9:2, 9:13,
   10:1, 21:3
dealing [3] - 7:25,
   9:23, 10:16
deals [1] - 9:7
DECEMBER [2] - 1:7,
   7:2
December [4] - 15:13,
   15:19, 17:10, 17:19
decide [3] - 10:9,
   15:24, 17:14
declaration [2] - 8:1,
   8:6
DECLARATION [1] -
   5:6
DECLARATION.........
   ...................................
   ... [1] - 5:11
declarations [1] - 8:9
defendant [1] - 8:10
defendant's [1] - 19:3
defendants [4] - 8:12,
   8:22, 20:8, 20:11
DEFENDANTS....... [1]
   - 6:1
defer [1] - 12:9
definition [1] - 14:16
DENTONS [2] - 3:5,
   3:9

deposition [1] - 10:16
DEPOSITIONS [1] -
   5:8
depositions [3] - 8:2,
   9:5, 19:9
DEPUTY [3] - 7:7,
   7:10, 21:4
description [1] - 20:3
determination [1] -
   15:16
determine [1] - 16:7
determined [1] - 16:12
different [1] - 10:2
disburse [1] - 18:4
discuss [3] - 19:8,
   19:10, 19:15
dismiss [1] - 18:25
dispute [1] - 13:22
District [3] - 21:15,
   21:23
DISTRICT [3] - 1:1,
   1:1, 1:13
divide [1] - 14:14
divorced [1] - 14:3
DOCKET [1] - 1:6
DOCUMENT [1] - 1:9
documentation [1] -
   13:14
documents [6] - 8:15,
   13:16, 15:3, 15:6,
   15:25, 16:6
dollar [2] - 16:12,
   16:14
dollars [2] - 17:4,
   18:18
done [3] - 9:9, 13:22,
   17:23
DONELSON [2] - 2:17
DONNA [1] - 3:23
double [2] - 13:18,
   14:9
down [3] - 13:23,
   14:14, 15:11
download [1] - 15:4
draft [1] - 11:2
DRIVE [1] - 3:10
Drywall [1] - 7:11
DRYWALL [1] - 1:5
due [1] - 14:1
DUGGAN [1] - 1:22
DUNBAR [1] - 2:13
DUPLANTIS [1] - 3:22
DYSART [1] - 2:19


E


e-mail [5] - 9:18,
   10:11, 13:25, 15:4,
   16:10

e-mailed [2] - 15:14,
   15:15
EACH [1] - 6:9
EAGAN [2] - 3:22,
   3:23
EASTERN [1] - 1:1
Eastern [1] - 21:15
efficient [2] - 9:12,
   9:13, 11:23
effort [1] - 14:13
EIDSON [1] - 2:7
EIKHOFF [1] - 2:24
either [4] - 9:5, 9:21,
   10:11, 19:16
ELDON [1] - 1:12
eligible [1] - 13:11
ENERGY [1] - 2:4
entered [1] - 17:2
entire [1] - 18:6
entities [1] - 7:20
ENTITIES [1] - 2:13
entitled [3] - 16:4,
   17:9, 21:18
ERVIN [1] - 2:9
ESQ [1] - 3:18
ESQUIRE [20] - 1:18,
   1:21, 1:22, 1:22, 2:4,
   2:9, 2:9, 2:14, 2:18,
   2:19, 2:19, 2:24, 3:6,
   3:9, 3:15, 3:23, 3:23,
   3:24, 4:4, 4:7
established [1] - 11:9
establishes [1] - 17:3
etcetera [1] - 13:8
EVIDENCE [1] - 6:4
evidence [2] - 9:6,
   20:16
evidentiary [1] - 8:3
EVIDENTIARY [1] -
   5:8
EWELL [1] - 3:23
exact [1] - 16:16
exception [1] - 9:22
exhibit [1] - 17:7
exhibits [1] - 8:8
EXPENSE [1] - 5:17
expense [1] - 12:2
expenses [1] - 13:7
explain [1] - 8:14


F


fact [3] - 9:2, 19:24,
   19:25
FALLON [1] - 1:12
Fallon [1] - 7:16
far [2] - 13:11, 16:22
fashion [1] - 10:2
February [2] - 18:25,

20:19
**FEBRUARY** [1] - 6:6
**Federal** [1] - 17:17
**fee** [2] - 9:23
**fees** [1] - 18:12
**felt** [1] - 11:4
**FENTON** [1] - 3:9
**few** [1] - 15:9
**figure** [1] - 16:2
**file** [3] - 10:13, 10:14, 16:1
**filed** [4] - 11:11, 19:2, 19:16, 20:1
**final** [1] - 17:17
**finally** [2] - 16:9, 17:15
**findings** [2] - 19:24, 19:25
**fine** [1] - 11:20
**finishing** [1] - 15:10
**first** [1] - 10:22
**FISHBEIN** [1] - 1:21
**fit** [2] - 13:2, 13:13
**five** [2] - 10:5, 21:2
**five-minute** [1] - 21:2
**FL** [1] - 2:10
**flexibility** [1] - 10:13
**FLOOR** [1] - 3:24
**following** [2] - 20:14, 20:19
**FOLLOWING** [2] - 6:2, 6:6
**footnote** [1] - 19:12
**FOR** [9] - 1:17, 2:12, 2:17, 2:22, 3:3, 4:3, 6:1, 6:2
**foreclosure** [1] - 13:7
**foregoing** [1] - 21:16
**form** [3] - 10:10, 13:15, 15:1
**formal** [1] - 10:13
**forms** [1] - 20:10
**FORMS** [1] - 6:1
**four** [2] - 10:6, 13:12
**FRANCISCO** [1] - 3:20
**FRED** [2] - 1:22, 2:9
**Friday** [1] - 15:18
**FROM** [1] - 5:22
**front** [2] - 17:9, 18:7
**full** [1] - 18:11
**functional** [1] - 10:17
**fund** [2] - 12:2, 18:5
**FUND** .......................
.... [1] - 5:17

## G

**GA** [1] - 2:25
**GABLES** [1] - 2:10
**GAINSBURGH** [1] -

2:3
**gentlemen** [1] - 7:9
**GERALD** [1] - 2:4
**GIVE** [1] - 5:22
**given** [2] - 9:20, 14:25
**Global** [4] - 12:12, 13:3, 13:9, 13:20
**GLOBAL** [1] - 5:20
**GONZALEZ** [2] - 2:8, 2:9
**GORDON** [1] - 3:22
**granting** [1] - 8:4
**GRANTING** [1] - 5:9
**GREER** [1] - 4:7
**GROUP** [2] - 3:4, 3:13
**GROUP'S** [1] - 5:7
**Group's** [1] - 8:2
**gun** [1] - 12:13
**GYPSUM** [1] - 2:22

## H

**HALF** [1] - 6:9
**half** [1] - 20:23
**hand** [2] - 13:24
**hand-to-hand** [1] - 13:24
**handle** [1] - 16:20
**handles** [1] - 11:10
**handling** [2] - 9:12, 11:13
**HARRY** [1] - 2:14
**Harry** [2] - 7:17, 18:22
**hear** [2] - 10:21, 12:15
**heard** [1] - 18:24
**HEARD** [1] - 1:12
**HEARING** [2] - 5:8, 6:2
**hearing** [7] - 7:23, 8:3, 19:11, 19:23, 20:3, 20:5, 20:13
**helpful** [3] - 8:22, 8:25, 16:3
**helps** [1] - 16:5
**hereby** [1] - 21:15
**Herman** [1] - 7:14
**HERMAN** [2] - 1:17
**HERRINGTON** [2] - 3:14, 3:18
**HICKS** [1] - 2:7
**Honor** [12] - 7:18, 11:16, 12:9, 12:17, 18:11, 19:6, 19:11, 19:12, 19:14, 19:22, 20:4, 20:25
**HONORABLE** [1] - 1:12
**hope** [1] - 10:3
**hopefully** [1] - 19:18
**hour** [2] - 8:17, 20:23

**HOUR** [1] - 6:9
**house** [3] - 14:6, 14:7, 14:8
**HOWARD** [1] - 3:19
**hundred** [2] - 14:22, 16:13
**hundreds** [2] - 16:2
**hunt** [1] - 16:1
**husband** [1] - 14:2

## I

**I'LL** [1] - 6:8
**IL** [1] - 3:10
**important** [1] - 12:22
**IN** [2] - 1:4, 5:6
**inclination** [1] - 9:3
**inclined** [1] - 9:1
**include** [1] - 15:25
**included** [1] - 8:1
**INCLUDED** [1] - 5:6
**increase** [2] - 13:1, 16:18
**individuals** [1] - 9:5
**indulge** [1] - 9:13
**INEX** [5] - 5:19, 12:11, 13:3, 13:9, 13:20
**information** [2] - 8:21, 9:23
**injury** [1] - 13:6
**instructions** [2] - 9:19, 15:17
**introduce** [1] - 9:6
**invite** [1] - 10:10
**invited** [1] - 9:6
**IS** [3] - 6:5, 6:6, 6:7
**issue** [16] - 8:16, 9:15, 10:16, 10:17, 10:18, 11:17, 12:2, 13:19, 14:16, 15:5, 17:2, 17:4, 17:16, 17:21, 18:9, 20:2
**issued** [2] - 17:18, 17:25
**issues** [5] - 9:23, 10:5, 10:15, 13:25, 19:19
**item** [1] - 10:22
**ITEMS** [1] - 5:3
**items** [1] - 7:25

## J

**JACOB** [1] - 4:7
**Jake** [1] - 12:18
**JAKE** [1] - 5:22
**Jake's** [1] - 12:9
**JAMES** [1] - 3:15
**JANUARY** [2] - 6:5,

6:8
**January** [2] - 20:19, 20:22
**JR** [1] - 3:23
**judge** [3] - 11:10, 11:12, 11:13
**Judge** [2] - 7:16, 7:19
**JUDGE** [1] - 1:13
**judges** [5] - 11:2, 11:5, 11:8, 11:17, 11:21
**jumped** [1] - 12:13
**jury** [1] - 9:1

## K

**KALBAC** [1] - 2:8
**KANE** [1] - 2:8
**KATZ** [1] - 1:17
**keep** [1] - 9:4
**kept** [1] - 9:8
**Kerry** [2] - 7:19, 12:8
**KERRY** [1] - 2:18
**KINGSDORF** [1] - 4:3
**KNAUF** [2] - 2:17, 5:19
**Knauf** [4] - 7:20, 12:11, 17:5, 18:13
**KNAUF'S** [1] - 5:9
**Knauf's** [1] - 8:4

## L

**LA** [7] - 1:19, 2:5, 2:15, 2:20, 3:25, 4:5, 4:11
**ladies** [1] - 7:8
**largely** [1] - 14:13
**last** [7] - 12:21, 13:1, 14:20, 14:22, 15:9, 17:24, 18:2
**late** [2] - 8:23, 19:1
**law** [3] - 10:14, 19:25, 20:1
**lawyers** [1] - 15:14
**lead** [1] - 7:23
**least** [2] - 14:15, 19:1
**leave** [1] - 10:18
**legal** [1] - 10:17
**LEONARD** [1] - 1:18
**letter** [1] - 11:2
**Levin** [2] - 7:14, 19:6
**LEVIN** [16] - 1:21, 1:21, 7:14, 10:23, 10:25, 11:25, 12:3, 12:5, 12:13, 18:21, 19:22, 20:9, 20:12, 20:17, 20:21, 21:1
**levin's** [1] - 20:3

**LIABILITY** [1] - 1:5
**Liability** [1] - 7:11
**LIAISON** [3] - 1:17, 2:13, 2:17
**liaison** [7] - 7:12, 7:14, 7:17, 7:20, 7:23, 10:21, 11:3, 11:7, 18:22, 19:14
**LIMITED** [3] - 3:3, 3:5, 3:14
**line** [1] - 20:4
**list** [3] - 15:15, 17:7, 17:8
**listed** [1] - 16:9
**listen** [1] - 9:16
**listening** [1] - 14:24
**lists** [1] - 11:7
**Litigation** [1] - 7:11
**litigation** [5] - 9:25, 10:1, 11:10, 11:11, 12:2
**LITIGATION** [2] - 1:5, 5:17
**living** [1] - 13:7
**logistical** [1] - 19:19
**LONGER** [2] - 1:22, 2:9
**look** [3] - 15:22, 16:6
**looked** [1] - 16:11
**looks** [1] - 18:18
**Loss** [4] - 13:5, 15:8, 15:10, 18:2
**Louisiana** [2] - 21:14, 21:15
**LOUISIANA** [2] - 1:1, 1:7
**LTD** [2] - 2:23, 2:23

## M

**mail** [5] - 9:18, 10:11, 13:25, 15:4, 16:10
**mailed** [2] - 15:14, 15:15
**MANUFACTURED** [1] - 1:4
**Manufactured** [1] - 7:11
**MARTINEZ** [1] - 2:8
**Master** [6] - 15:12, 15:17, 15:21, 16:8, 16:11, 17:25
**material** [5] - 8:14, 8:20, 8:21, 9:21
**MATERIAL** [1] - 3:4
**MATERIALS** [3] - 3:3, 3:13, 3:14
**matter** [4] - 8:23, 10:18, 11:22, 21:18

matters [2] - 11:1, 20:13
MATTERS [1] - 6:2
MATTHEWS [1] - 2:8
MCCOLLAM [1] - 3:22
MDL [3] - 7:10, 9:11
MECHANICAL [1] - 4:14
meet [1] - 9:13
MEETING [1] - 6:8
meeting [2] - 18:22, 20:22
memorandum [1] - 10:14
mention [1] - 10:12
mentioned [1] - 20:14
MERINO [1] - 2:19
MERIT [1] - 4:10
Merit [2] - 21:13, 21:22
met [2] - 7:23, 19:13, 19:14
method [2] - 9:7, 17:3
MEUNIER [2] - 2:3, 2:4
MICHAEL [1] - 3:6
might [2] - 11:1, 19:13
Miller [1] - 7:19
MILLER [3] - 2:18, 7:19, 12:9
minute [1] - 21:2
moment [1] - 7:23
MONDAY [2] - 1:7, 7:2
money [2] - 15:12, 16:13
month [1] - 9:13
MONTHLY [3] - 1:12, 5:5, 5:22
monthly [3] - 7:21, 12:18, 21:5
months [1] - 15:9
motion [17] - 8:1, 8:2, 8:4, 8:7, 8:21, 10:10, 10:14, 18:24, 18:25, 19:9, 19:10, 19:15, 19:17, 19:18, 20:5, 20:15, 21:3
MOTION [3] - 5:6, 5:7, 5:9
MOTION................
.....[1] - 6:3
motions [2] - 9:10, 18:25, 19:3
MOTIONS................
...........................[1] - 5:12
move [1] - 8:18
moving [1] - 9:14
MR [24] - 7:14, 7:16, 7:19, 10:23, 10:25,

11:25, 12:3, 12:5, 12:9, 12:13, 12:17, 14:4, 14:10, 14:12, 18:21, 19:6, 19:22, 20:2, 20:9, 20:12, 20:17, 20:21, 20:25, 21:1
MS [1] - 11:16
multiple [1] - 13:21

### N

name [1] - 12:17
NATIONAL [2] - 3:12, 3:13
nature [1] - 19:17
necessary [1] - 19:8
need [4] - 9:20, 14:18, 17:16, 19:8
new [3] - 8:13, 8:16, 8:17
NEW [12] - 1:7, 1:19, 2:5, 2:15, 2:20, 3:3, 3:4, 3:7, 3:16, 3:25, 4:5, 4:11
NEXT [1] - 6:5
next [3] - 16:25, 20:5, 20:18
NO [1] - 1:6
nonKnauf [1] - 17:5
note [2] - 17:10, 18:23
nothing [1] - 8:16
notices [1] - 17:25
notifications [2] - 15:14, 18:1
notify [1] - 19:16
November [2] - 17:2, 17:18
number [3] - 8:8, 13:23, 14:14, 14:15, 14:21
numbered [1] - 21:18
numbers [2] - 12:24, 16:24
NY [2] - 3:7, 3:16

### O

o'clock [1] - 20:20
O'CLOCK................
...............[1] - 6:7
O'KEEFE [1] - 1:18
objection [1] - 18:7
objections [4] - 17:10, 17:11, 17:13, 17:14
observation [1] - 8:19
obviously [1] - 16:24
occasionally [2] -

9:18, 14:2
occurred [2] - 18:22, 19:23
Oceanique [1] - 12:13
Oceanique's [1] - 8:4
OCEANIQUE'S [1] - 5:10
OCEANIQUE.............
.................................
[1] - 5:21
OF [3] - 1:1, 1:12, 3:6
offer [2] - 8:22, 9:6
offered [1] - 15:13
office [1] - 11:19
officers [1] - 8:12
OFFICIAL [1] - 4:9
Official [2] - 21:14, 21:22
Omni [1] - 11:25
OMNIBUS [1] - 5:16
omnibus [1] - 11:24
ON [5] - 5:19, 6:5, 6:8, 6:9, 6:10
once [2] - 13:21, 18:3
ONE [4] - 2:24, 6:6, 6:9
one [20] - 8:11, 9:11, 9:12, 9:18, 9:20, 9:24, 10:6, 10:7, 10:8, 11:10, 12:21, 13:19, 14:16, 18:10, 19:12, 19:22, 20:19, 20:20, 20:23
open [2] - 9:4, 9:8
operation [1] - 13:24
opportunity [1] - 19:7
opposing [1] - 19:17
options [1] - 15:20
OR [1] - 6:1
oral [2] - 19:4, 19:8
ORDER [2] - 5:9, 7:4
order [3] - 8:3, 12:1, 17:18
orders [1] - 10:22
ORDERS.................
.................[1] - 5:13
ORLEANS [8] - 1:7, 1:19, 2:5, 2:15, 2:20, 3:25, 4:5, 4:11
ORRICK [3] - 3:14, 3:18, 3:19
ought [1] - 10:9
outreach [1] - 13:15
outside [1] - 13:6

### P

P.M [1] - 1:7
p.m [1] - 21:5

PA [1] - 1:23
PAGE [1] - 5:3
pages [1] - 16:2
paid [7] - 13:9, 13:10, 13:11, 13:12, 14:21, 15:1, 17:7
part [1] - 16:9
parties [4] - 8:19, 9:15, 19:16, 20:23
PARTIES [1] - 6:9
passed [1] - 18:8
passes [3] - 17:20, 17:22, 18:9
pay [3] - 13:17, 13:20, 14:18, 15:23, 16:13
payment [6] - 12:24, 13:18, 13:21, 15:5, 17:4, 17:16
payments [8] - 12:25, 13:2, 13:4, 13:8, 17:19, 17:24, 18:9
PEACHTREE [1] - 2:25
PENTHOUSE [1] - 2:10
people [6] - 13:22, 13:24, 15:13, 15:20, 18:14, 18:15
Pepper [3] - 21:12, 21:20, 21:21
PEPPER [1] - 4:9
per [3] - 13:21, 17:4, 17:5
percent [3] - 8:4, 13:10, 13:12
PERCENT [1] - 5:10
percentage [2] - 16:15, 16:16
period [1] - 9:9
person [1] - 14:7
PHELPS [1] - 2:13
PHILADELPHIA [1] - 1:23
phone [2] - 11:18, 14:24
PHYSICAL [1] - 6:4
physical [1] - 20:16
place [1] - 18:17
placing [1] - 10:11
plaintiff [1] - 20:11
PLAINTIFF [1] - 6:1
plaintiff's [1] - 8:10
plaintiffs [7] - 8:7, 8:15, 8:16, 8:24, 9:3, 9:4, 19:1
PLAINTIFFS' [1] - 1:17
PLASTERBOARD [1] - 2:23
point [1] - 12:16
PORTER [1] - 5:25

Porter [1] - 20:7
position [1] - 8:13
possible [1] - 17:21
POYDRAS [3] - 2:5, 4:4, 4:11
prejudicial [1] - 9:3
prepared [1] - 11:2
prememediation [1] - 13:7
PRESENT [1] - 4:7
presentation [1] - 12:10
presented [1] - 9:2
preservation [1] - 20:16
PRESERVATION.......
..............[1] - 6:4
pretrial [1] - 10:22
PRETRIAL [1] - 5:13
pretty [2] - 15:6, 15:8
pro [6] - 15:14, 16:10, 16:11, 16:15, 16:19, 16:21
problems [1] - 9:23
procedures [2] - 17:3, 17:6
proceed [2] - 15:18, 17:14
PROCEEDINGS [3] - 1:12, 4:14, 7:1
proceedings [1] - 21:18
process [2] - 16:5, 18:8
PRODUCED [1] - 4:14
PRODUCTS [1] - 1:5
Products [1] - 7:11
professor [1] - 8:12
profile [1] - 20:10
PROFILE [1] - 6:1
program [6] - 12:4, 12:23, 15:10, 17:8, 18:5, 18:6
PROGRAM................
.................[1] - 5:18
progress [1] - 12:22
properties [2] - 14:15, 17:8
property [5] - 13:20, 13:21, 14:17, 17:5
proposed [1] - 19:25
PSC [4] - 17:11, 17:12, 18:8, 19:24
PSC'S [2] - 5:6, 5:7
PSC's [2] - 8:1, 8:2
PTO [4] - 17:2, 17:3, 17:6, 17:17
PUBLIC [1] - 3:3
pursuant [1] - 12:1

**put** [3] - 9:22, 10:10, 17:13

# Q

**questions** [1] - 17:15
**quick** [1] - 17:23
**quickly** [2] - 15:6, 15:7

# R

**rata** [5] - 16:10, 16:11, 16:15, 16:19, 16:21
**re** [1] - 7:10
**RE** [1] - 1:4
**reach** [3] - 10:3, 10:4, 19:20
**ready** [2] - 14:18, 17:20
**really** [2] - 10:17, 18:22
**Realtime** [2] - 21:12, 21:21
**REALTIME** [1] - 4:10
**reason** [1] - 10:12
**reasons** [2] - 9:11, 14:1
**receive** [2] - 15:6, 16:3
**received** [3] - 11:25, 13:19, 16:23
**recognize** [1] - 10:8
**reconsider** [1] - 8:4
**RECONSIDER** [1] - 5:10
**RECONSIDERATION** [1] - 6:3
**reconsideration** [8] - 15:21, 15:24, 16:17, 16:20, 16:24, 18:3, 20:14, 21:3
**record** [7] - 7:13, 9:4, 9:8, 9:22, 10:11, 10:20, 21:17
**RECORDED** [1] - 4:14
**reduce** [1] - 16:14
**reduced** [1] - 14:21
**reduction** [1] - 16:11
**reference** [1] - 15:25
**regard** [2] - 8:6, 19:24
**REGARDING** [1] - 5:9
**regarding** [1] - 8:3
**registered** [1] - 21:22
**Registered** [1] - 21:12
**RELATES** [1] - 1:9
**relevant** [2] - 8:20, 8:25
**Relocation** [1] - 13:3
**relocation** [1] - 13:6
**remaining** [1] - 18:4

**REMEDIATION** [1] - 5:18
**remediation** [5] - 12:4, 12:7, 18:12, 18:16, 18:17
**remind** [2] - 13:16, 14:24
**RENE** [1] - 2:19
**Repair** [1] - 13:3
**repair** [1] - 13:6
**reply** [2] - 8:2, 9:6
**REPLY** [1] - 5:7
**report** [2] - 12:19, 14:22
**REPORT** ...................
................... [1] - 5:23
**reported** [2] - 14:20, 15:9
**Reporter** [7] - 21:12, 21:13, 21:14, 21:21, 21:22, 21:22
**REPORTER** [3] - 4:9, 4:10, 4:10
**reporter** [1] - 9:16
**REPORTER'S** [1] - 21:10
**request** [5] - 15:16, 15:21, 15:24, 15:25, 16:17
**requested** [1] - 15:11
**requests** [4] - 15:15, 16:20, 16:24, 18:3
**requires** [1] - 13:23
**resolve** [9] - 10:5, 10:6, 10:7, 10:9, 13:22, 13:25, 14:13, 16:19, 19:19
**responded** [2] - 8:7, 8:10
**response** [5] - 8:8, 8:11, 9:6, 19:4
**RICHARD** [1] - 3:9
**rise** [2] - 7:7, 21:4
**RMR** [2] - 4:9, 21:21
**ROOM** [1] - 4:11
**ROSENBERG** [5] - 2:14, 7:16, 19:6, 20:2, 20:25
**Rosenberg** [1] - 7:17
**ROTHENBERG** [1] - 3:24
**rule** [1] - 9:17
**Rule** [2] - 17:17, 18:24
**Russ** [1] - 7:14

# S

**s/Cathy** [1] - 21:20
**SAN** [1] - 3:20

**SANDRA** [1] - 1:22
**schedule** [1] - 19:3
**scheduled** [1] - 19:11
**scheduling** [1] - 18:21
**se** [1] - 15:14
**seated** [1] - 7:8
**second** [1] - 15:22
**section** [1] - 11:10
**SEDRAN** [1] - 1:21
**see** [2] - 10:4, 20:23
**SEE** [1] - 6:8
**seeing** [1] - 11:22
**sensitive** [1] - 9:23
**sensitivity** [1] - 10:2
**sent** [3] - 11:4, 11:5
**served** [1] - 12:1
**set** [1] - 20:13
**SET** [1] - 6:2
**setting** [1] - 10:15
**settings** [1] - 10:24
**SETTINGS** .................
......... [1] - 5:14
**settlement** [3] - 12:23, 18:5, 18:11
**SETTLEMENTS** [1] - 5:19
**settlements** [3] - 12:12, 12:15
**SETTLEMENTS** .........
........................ [1] - 5:20
**short** [1] - 16:23
**side** [13] - 9:17, 9:18, 9:20, 9:21, 9:24, 10:3, 11:4, 13:9, 15:8, 19:16, 19:19
**significant** [3] - 12:22, 15:8, 18:1
**significantly** [1] - 16:25
**simply** [1] - 8:14
**situations** [2] - 14:2, 14:6
**six** [1] - 16:23
**sold** [1] - 14:6
**sometimes** [3] - 10:15, 14:1, 14:6
**soon** [5] - 15:23, 16:19, 17:20, 17:21, 18:9
**sort** [4] - 9:11, 10:1, 10:16, 11:10
**SOUTH** [1] - 3:10
**Special** [6] - 15:12, 15:17, 15:21, 16:8, 16:11, 17:25
**specific** [1] - 15:25
**speed** [1] - 16:5
**spoliation** [2] - 19:23,

20:3
**ST** [2] - 2:20, 3:24
**stage** [1] - 9:25
**start** [1] - 12:23
**STATE** [1] - 5:14
**state** [5] - 10:24, 11:3, 11:6, 11:7, 11:11
**State** [1] - 21:13
**STATE/FEDERAL** [1] - 4:3
**STATES** [2] - 1:1, 1:13
**States** [2] - 21:14, 21:23
**states** [1] - 11:9
**status** [7] - 7:22, 12:16, 12:18, 12:21, 13:1, 20:18, 21:5
**STATUS** [4] - 1:12, 5:5, 5:23, 6:5
**STENGEL** [1] - 3:15
**STENOGRAPHY** [1] - 4:14
**stipend** [5] - 17:1, 17:4, 17:9, 17:16, 18:7
**STREET** [8] - 1:23, 2:5, 2:14, 2:25, 3:15, 3:19, 4:4, 4:11
**strike** [4] - 8:1, 8:18, 18:25, 19:10
**STRIKE** [1] - 5:20
**subcategories** [1] - 13:13
**subject** [2] - 13:18, 16:10
**submission** [1] - 19:18
**submit** [1] - 13:16
**submitted** [2] - 14:17, 17:11
**successful** [1] - 14:13
**SUITE** [6] - 1:23, 2:5, 2:14, 2:20, 3:10, 4:4
**summary** [1] - 17:23
**summons** [1] - 11:25
**SUPPLY** [1] - 5:25
**Supply** [1] - 20:7
**support** [1] - 16:1
**supporting** [1] - 16:6
**SUTCLIFFE** [2] - 3:14, 3:18
**system** [1] - 17:8

# T

**TAI'AN** [1] - 2:23
**TAISHAN** [3] - 2:12, 2:22, 2:23
**Taishan** [3] - 7:18,

18:20, 19:24
**TAISHAN** .....................
.......................... [1] - 5:24
**taker** [1] - 18:23
**term** [1] - 8:5
**terrible** [1] - 18:23
**testimony** [1] - 9:7
**Thanksgiving** [1] - 12:21
**THAT** [1] - 6:6
**THE** [46] - 1:12, 1:17, 2:12, 2:17, 3:6, 3:19, 4:3, 5:6, 5:7, 5:9, 5:19, 5:22, 6:1, 6:2, 6:3, 6:5, 6:8, 6:9, 6:10, 7:7, 7:8, 7:10, 7:12, 7:21, 10:24, 11:1, 11:20, 12:2, 12:4, 12:7, 12:11, 12:15, 14:1, 14:5, 14:11, 18:10, 20:6, 20:10, 20:13, 20:18, 20:22, 21:2, 21:4
**THIS** [1] - 1:9
**thousand** [1] - 17:4
**three** [4] - 10:6, 12:20, 13:2, 13:13
**Thursday** [1] - 15:13
**timeline** [1] - 19:17
**TO** [6] - 1:9, 5:6, 5:7, 5:9, 5:22, 7:4
**today** [4] - 7:21, 7:25, 18:16, 20:1
**together** [1] - 9:16
**tomorrow** [4] - 7:23, 19:2, 19:5, 19:11
**Toni** [1] - 11:18
**total** [4] - 12:25, 13:4, 13:8, 13:12
**totaling** [1] - 17:24
**touch** [1] - 17:1
**transcript** [1] - 21:16
**TRANSCRIPT** [2] - 1:12, 4:14
**transfer** [1] - 11:12
**trial** [2] - 9:1, 10:24
**TRIAL** [1] - 5:14
**true** [1] - 21:16
**try** [2] - 13:22, 13:25
**turn** [1] - 16:18
**TWO** [1] - 6:7
**two** [7] - 9:7, 13:2, 14:15, 15:20, 16:23, 16:25, 20:20

# U

**unable** [1] - 19:20

*OFFICIAL  TRANSCRIPT*

under [1] - 17:17
UNITED [2] - 1:1, 1:13
United [2] - 21:14, 21:23
up [6] - 10:18, 11:13, 14:15, 16:5, 19:2, 19:5
US [2] - 3:5, 3:9

## V

value [1] - 16:18
various [1] - 14:1
VEJNOSKA [1] - 3:18
Venture [1] - 20:7
VENTURE [1] - 5:25
Verification [2] - 13:15, 14:25

## W

W9 [2] - 13:14, 15:1
WACKER [1] - 3:10
wait [1] - 17:16
WALNUT [1] - 1:23
WARSHAUER [1] - 2:3
ways [1] - 9:12
website [1] - 15:3
week [1] - 14:19
weeks [6] - 12:20, 12:21, 13:2, 16:25, 17:24, 19:23
WEST [2] - 2:25, 3:15
WHEREUPON [1] - 21:5
wife [1] - 14:2
witnesses' [1] - 9:7
wondering [1] - 15:1
WOODY [6] - 4:7, 5:22, 12:17, 14:4, 14:10, 14:12
Woody [1] - 12:18
worth [1] - 16:12

## X

XX [1] - 11:25

## Y

YORK [2] - 3:7, 3:16

## "

"BNBM" [1] - 3:5
"CNBM" [1] - 3:14

*OFFICIAL  TRANSCRIPT*