IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**ORDER**

In light of the fact that the date for the deposition of Professor Jeffrey N. Gordon, the expert offered by Beijing New Building Materials Public Limited Company ("BNBM PLC") in support of its Motion to Dismiss the Complaints pursuant to Rules 12(b)(2) and 12(b)(5), has been set for January 15, 2016 (R. Doc. 19872), the Order setting the briefing schedule and the hearing date for the Rule 12(b) motions of BNBM PLC, BNBM Group, and the CNBM Entities (R. Doc. 19836) is hereby amended as follows:

IT IS ORDERED that the Court will hear the CNBM Entities' Motion to Dismiss the complaints against them for lack of personal jurisdiction and failure of service (R. Doc. 19527) and the BNBM Entities' Motion to Dismiss the complaints against them for lack of personal jurisdiction and failure of service (R. Docs. 19663, 19664) on oral argument on February 18, 2016 at 9:00 a.m. in the Courtroom of the Honorable Eldon E. Fallon.

IT IS FURTHER ORDERED that any response to these motions be submitted to the Court on or before January 22, 2016 at 9:00 a.m.

1

IT IS FURTHER ORDERED that any reply in support of these motions be submitted to the Court on or before February 12, 2016 at 9:00 a.m.

THIS DONE the 10th day of  December , 2015, New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE