IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Gross v. Knauf Gips KG*, 2:09-cv-6690<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1672<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1395<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1673<br>*Amorin v. SASAC*, 2:14-cv-1727<br>*State of Louisiana v. Knauf*, 2:10-cv-340<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094<br>*Posey v. BNBM Co.*, 2:09-cv-6531<br>*Morris v. BNBM Co.*, 2:09-cv-6530 | |

## ORDER

On November 24, 2015, CNBM Group filed its Reply in Support of its Motion to Dismiss Pursuant to the FSIA ("FSIA Motion") (R. Doc. 19798), and attached a Declaration of Jianglin Cao with exhibits (R. Doc. 19798-3) and a Declaration of Professor Robin Hui Huang with exhibits (R. Doc. 19798-5).

Thereafter, on November 25, 2015, the Plaintiffs' Steering Committee ("PSC") filed a Motion to Strike the Declarations of Mr. Cao and Prof. Hui Huang as untimely and for expedited consideration of same ("Motion to Strike") (R. Doc. 19800).

On December 8, 2015, during oral argument on the FSIA Motion, counsel for CNBM Group advised the Court and the parties that it was withdrawing from the record and from the Court's consideration in adjudicating the FSIA Motion, the Declarations of Mr. Cao and Prof. Hui Huang, filed on November 24, 2015.

1

IT IS HEREBY ORDERED THAT the Motion to Strike is DENIED as moot;

IT IS FURTHER ORDERED THAT the Declarations of Mr. Cao and Prof. Hui Huang are STRICKEN from the record and the Court will not consider either Declaration in adjudicating the FSIA Motion.

THIS DONE the 10th day of December, 2015, New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE