UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## NOTICE OF MANUAL ATTACHMENTS

**NOW INTO COURT,** through undersigned counsel, comes Jody Ferchaud (hereinafter "Mrs. Ferchaud"), who respectfully informs this Honorable Court that Mrs. Ferchaud is manually filing the following exhibits to Mrs. Ferchaud's *Brief in Support of Objection to Special Master's Opinion and Decree* with the United States District Court, Eastern District of Louisiana because of the exhibits voluminous size:

1. **Exhibit "A"**: Record before the Special Master when he rendered his November 8, 2015 *Opinion and Decree*, which includes the following:

   a. July 23, 2015 mediation position paper for Mrs. Ferchaud with exhibits A and B;
   b. July 29, 2015 Errata Number 1 for Mr. Flettrich's *Preliminary Expert Report*;
   c. July 31, 2015 mediation position paper for Moss with exhibits 1 through 20;
   d. August 5, 2015 reply from Mrs. Ferchaud to the mediation position paper of Moss with exhibit A;
   e. August 6, 2015 mediation transcript;
   f. October 2, 2015 request by Moss to provide a brief supplement to only address code violations listed by the City of New Orleans in the City of New Orleans' July 23, 2015 correspondence to the parties;
   g. October 12, 2015 brief supplement regarding June 23, 2015 correspondence from the City of New Orleans with exhibits A through C; and
   h. October 21, 2015 reply from Mrs. Ferchaud to supplement of Moss.

2. **Exhibit "B"**: November 8, 2015 Special Master's *Opinion and Decree*.
3. **Exhibit "C"**: August 22, 2014 Move-Out Notice for 6021 Canal Blvd. and 6025 Canal Blvd.

4. **Exhibit "D"**:  December 11, 2014 email from Vickie Lory with Herman, Herman & Katz law firm to Mrs. Ferchaud regarding CDW Remediation Schedule Hold.

5. **Exhibit "E"**:  December 16, 2014 No Violation Inspection Status from the City of New Orleans.

6. **Exhibit "F"**:  December 18, 2014 Special Inspector's Report.

7. **Exhibit "G"**:  December 19, 2014 emails regarding plumbing code violations.

8. **Exhibit "H"**:  December 22, 2014 email from Leonard A. Davis regarding 6021-6025 Canal Blvd.

>Respectfully submitted:
>
>/s/ Joseph M. Bruno
>Joseph M. Bruno, (LA Bar No. 3604)
>Bruno & Bruno, LLP
>855 Baronne Street
>New Orleans, Louisiana  70113
>Telephone:  (504) 525-1335
>Facsimile:   (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Brief has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 14th day of December, 2015.

>/s/ Joseph M. Bruno