MINUTE ENTRY
FALLON, J.
DECEMBER 15, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:  Christopher Seeger, Esq. and Russ Herman, Esq. for Plaintiffs
              Bernard Taylor, Esq. and Christy Eikhoff, Esq. for Taishan Defendants

**SPOLIATION HEARING** - Evidentiary (doc. 19686)

Closing arguments were made.

Matter was taken under advisement

JS10:  1:21