## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO.: 2047 |
| LITIGATION | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE |
| | : | WILKINSON |
| Braxton H. Collins, et al. vs. Bass Homes, Inc., | : | |
| et al.; S.D. Mississippi, C.A. No. 1:13-00297 | : | **Case No.: 13-6652** |

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO.: 2047 |
| LITIGATION | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE |
| | : | WILKINSON |
| Jason S. Herrington, et al. vs. Bass Homes, Inc., | : | |
| et al.; S.D. Mississippi, C.A. No. 1:13-00297 | : | **Case No.: 13-6653** |

### ACE HOME CENTER, INC.'S MOTION TO STAY

COMES NOW, ACE HOME CENTER, INC. ("AHC"), a defendant and third-party plaintiff in the above-styled cases, and hereby moves this Honorable Court to enter an order staying litigation. As grounds for the motion, AHC cites the pending claims by Plaintiffs Braxton and Kerrie Collins and Jason and Cassie Herringtons against Taishan Gypsum Co., Ltd. in the matter of *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, 10-cv-00361. AHC cites notions of fundamental fairness and judicial economy. Finally, AHC relies upon and incorporates by reference herein its contemporaneously-filed Memorandum of Law in Support of Motion to Stay.

WHEREFORE, premises considered, Defendant/Third Party Plaintiff Ace Home Center, Inc. respectfully requests that this Court enter an Order staying the instant proceedings until such time as Plaintiffs' claims in the *Wiltz* action have been resolved. ACE HOME CENTER, INC., prays for such other, different relief that the Court determines is appropriate to ensure fundamental fairness and judicial economy.

                                       Respectfully submitted,

                                       **/ s / *Danny J. Collier, Jr.***

                                       Danny J. Collier, Jr., Esq.
                                       Attorney for Ace Home Center, Inc.

**OF COUNSEL:**

LUTHER, COLLIER, HODGES & CASH LLP
Post Office Box 1002
Mobile, Alabama 36633
(251) 694-9393 Office
(251) 694-9392 Fax
dcollier@lchclaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of December, 2015.

| | |
|---|---|
| Stephen W. Mullins, Esq. | David C. Coons, Esq. |
| Luckey & Mullins, PLLC | Christopher A. D'Amour, Esq. |
| Post Office Box 990 | Adams and Reese LLP |
| Ocean Springs, MS 39566 | 4500 One Shell Square |
| smullins@luckeyandmullins.com | New Orleans, LA 70139 |
| | david.coons@arlaw.com |
| | chris.damour@arlaw.com |

Heather M. Houston, Esq.
Caroline Pryor, Esq.
Carr Allison
6251 Monroe Street
Suite 200
Daphne, Alabama 36526
hhouston@carrallison.com
cpryor@carrallison.com

Gary J. Russo, Esq.
Jones Walker LLP
600 Jefferson Street
Suite 1600
Lafayette, LA 70501
grusso@joneswalker.com

Joe Cyr, Esq.
Frank T. Spano, Esq.
Courtney L. Colligan, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Courtney.colligan@hoganlovells.com

Michael P. Kenny, Esq.
Bernard Taylor, Esq.
Christina Hull Eikhoff, Esq.
David Venderbush, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
bernard.taylor@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

William W. Watts, III, Esq.
S. Wesley Pipes, Esq.
Pipes Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601
bill@alabamatrial.com
wesley@pipeshudsonwatts.com

Richard C. Stanley, Esq.
Thomas P. Owen, Jr., Esq.
Stanley, Reuter, Ross, Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
rcs@stanleyreuter.com
tpo@stanleyreuter.com

James Rebarchak, Esq.
Jones Walker, LLP
Suite 1200
RSA Battlehouse Tower
11 N. Water Street
Mobile, Alabama 36602
jrebarchak@joneswalker.com

Michael K. Fitzpatrick, Esq.
David Allen Pote, Esq.
Fitzpatrick & Burnette, LLC
541 Julia Street, Suite 200
New Orleans, Louisiana 70130
mfitzpatrick@mfitzpatricklaw.com
dpote@mfitzpatricklaw.com

Alan Dean Weinberger
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

/ s / *Danny J. Collier, Jr*

_____
OF COUNSEL