**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE MANUFACTURED** | **MDL NO. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | |
| **LITIGATION** | **SECTION "L"** |
| | **JUDGE FALLON** |
| | **MAG. WILKINSON** |

## MOTION TO ENROLL

**NOW INTO COURT,** by and through undersigned counsel, Lead Contractor, Moss & Associates, LLC, moves this Honorable Court for entry of an order enrolling Stephanie C. Mazzola (Florida Bar No. 0077661) of the law firm of Tripp Scott, P.A., 110 Southeast Sixth Street, Suite 1500, Fort Lauderdale, Florida 33301, Phone:  (954) 525-7500, as counsel of record for Moss & Associates, LLC in this action as it relates to the drywall remediation of the KPT Property of Mrs. Jody Ferchaud for purposes of (i) submitting a response/opposition to Mrs. Ferchaud's Objection to Special Master's Opinion and Decree filed on November 23, 2015 and Mrs. Ferchaud's Brief in Support of Objection to Special Master's Opinion and Decree filed on December 14, 2015; and (ii) for purposes of appearing before this Court for hearing on January 14, 2016 at 9:00 a.m. pursuant to this Court's Order dated November 24, 2015.  This Motion to Enroll is filed pursuant to Pretrial Order No. 1, Paragraph 12, in the above-referenced litigation which states in part that "…attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation, and the requirements of Local Rules 83.2.6E and 83.2.7 are waived.  Association of local counsel is not required."

1

**WHEREFORE**, Lead Contractor, Moss & Associates, LLC, prays for an order enrolling Stephanie C. Mazzola as counsel of record in the above-captioned matter.

Respectfully submitted,

**TRIPP SCOTT, P.A.**

*/s/ Stephanie C. Mazzola*
**STEPHANIE C. MAZZOLA (#00077661)**
110 Southeast Sixth Street, Suite 1500
Fort Lauderdale, Florida 33301
Telephone:      (954) 525-7500
Facsimile:      (954) 761-8475
Primary Email:          scm@trippscott.com
Secondary Email:        tlk@trippscott.com
*Attorneys for Lead Contractor,*
*Moss & Associates, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that this pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants. According to the CM/ECF docket sheet, all parties to this civil action receive electronic notification. Done on December 16, 2015.

*/s/ Stephanie C. Mazzola*
**STEPHANIE C. MAZZOLA**

1251572v1 301707.0180