UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047<br><br>SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

## UNOPPOSED MOTION BY PLAINTIFFS' STEERING COMMITTEE TO WITHDRAW MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, come plaintiffs, through the Plaintiffs' Steering Committee (PSC), and respectfully request the Court to allow them to withdraw their motion to compel (Rec. Doc. 19815) and the accompanying corporate deposition notices, thereby eliminating the briefing schedule associated with this motion. In order to permit the PSC to withdraw its motion to compel, the defendants, CNBM, BNBM and Taishan entities have agreed that they will not oppose citation by the PSC to any documents produced by the defendants in the PSC's January 22, 2016 response to the pending motions to dismiss (Rec. Docs. 19527, 19663, and 19664) , except defendants reserve their right to object as to relevancy and attribution for any document.

1

PD.18553852.1

Respectfully submitted,


*/s/ Russ M. Herman*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
*Herman, Herman & Katz, LLC*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
**Plaintiffs' Trial Counsel**

and

Anthony Irpino
*Irpino Law Firm*
2216 Magazine Street
New Orleans, LA 70130
PH: (504) 525-1500
FAX: (504) 525-1501
**Plaintiffs' Steering Committee**


*/s/ Harry Rosenberg*
Harry Rosenberg (Bar No. 11465)
*Phelps Dunbar LLP*
365 Canal St., Suite 2000
New Orleans, LA 70130
PH: (504) 566-1311
FAX: (504) 568-9130
**Liaison Counsel for the Taishan, BNBM, and CNBM Entities**

IT IS ORDERED that the Plaintiffs' motion to withdraw their motion to compel be and the same is hereby GRANTED for the reasons stated herein.

New Orleans, Louisiana this ___ date of December 2015.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE**

I hereby certify that the above and foregoing Unopposed Motion has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 2047, on this 17th day of December, 2015.

/s/ *Russ Herman*