MINUTE ENTRY
FALLON, J.
DECEMBER 16, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURRED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>NO. MDL 2047<br><br>SECTION "L" |

JUDGE ELDON E. FALLON, PRESIDING

**WEDNESDAY, DECEMBER 16, 2016 AT 9:00 A.M.**

| | |
|---|---|
| COURTROOM DEPUTY: | Cesyle Nelson |
| COURT REPORTER: | Terri Hourigan |
| APPEARANCES: | Rebecca Hohne, Pro Se plaintiff |
| | Kerry Miller for Knauf Defendants |

**EVIDENTIARY HEARING REGARDING REMEDIATION OF PLAINTIFF REBECCA HOHNE'S HOME BY MOSS**

Witnesses called by defendants and placed under oath:
Phillip Adams;
Thomas Ortner;

Witness called by plaintiff and placed under oath:
Christopher Charles Brown.

Mr. Brown's testimony was proffered.

Defendant Exhibit 1 offered and admitted into evidence.

Plaintiff offers three pictures of her house that were taken by her "this week" - Court marks the three pictures as Proffer #1.

Court takes matter under advisement.

JS-10  2:00