UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
: WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Barbara J. Martin.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that a representative of the Plaintiffs' Liaison Counsel review the correspondence and take appropriate action.

New Orleans, Louisiana, this 14th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
Barbara J. Martin
2754 Edna Street
New Orleans, LA 70126

1