UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. WILKINSON |

## O R D E R

Considering the above and foregoing Motion to Enroll,

**IT IS HEREBY ORDERED** that Stephanie C. Mazzola (#0077661) of the law firm Tripp Scott, P.A. is hereby enrolled as counsel of record for Lead Contractor, Moss & Associates, LLC in this action as it relates to the drywall remediation of the KPT Property of Mrs. Jody Ferchaud for purposes of (i) submitting a response/opposition to Mrs. Ferchaud's Objection to Special Master's Opinion and Decree filed on November 23, 2015 and Mrs. Ferchaud's Brief in Support of Objection to Special Master's Opinion and Decree filed on December 14, 2015; and (ii) for purposes of appearing before this Court for hearing on January 14, 2016 at 9:00 a.m. and presenting argument pursuant to this Court's Order dated November 24, 2015. .

New Orleans, Louisiana, this  16th  day of       December      , 2015.

_____
**UNITED STATES DISTRICT JUDGE**
**HON. ELDON E. FALLON**