UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## AMENDED ORDER

Considering the BNBM Entities' Motion to Set a Briefing Schedule (R. Doc. 19784) and the numerous letters received by the Court from the PSC, BNBM Entities and CNBM Entities, the Court issues the following Order.

**IT IS ORDERED** that the Court will hear the CNBM Entities' Motion to Dismiss the complaints against them for lack of personal jurisdiction and failure of service (R. Doc. 19527)[1] and the BNBM Entities' Motion to Dismiss the complaints against them for lack of personal jurisdiction and failure of service (R. Docs. 19646, 19663, 19664) on oral argument on **February 25, 2016 at 9:00 a.m.** in the Courtroom of the Honorable Eldon E. Fallon.

**IT IS FURTHER ORDERED** that any response to these motions be submitted to the Court on or before **January 11, 2016 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that any reply in support of these motions be submitted to the Court on or before **January 25, 2016 at 9:00 a.m.**

Finally, the Court has been advised that BNBM PLC and BNBM Group are withdrawing their Motion to Vacate Entries of Preliminary Default (R. Doc. 18851) without prejudice. Accordingly, this motion will not be heard on oral argument on February 25, 2016.

---

[1] CNBM Group's FSIA motion will still be heard on oral argument on Tuesday, December 8, 2015 at 8:00 a.m.

1

New Orleans, Louisiana, this 16th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE