UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * SECTION: L <br> * <br> * JUDGE FALLON <br> * |
| THIS DOCUMENT RELATES TO: ALL CASES | * MAG. JUDGE WILKINSON <br> * <br> * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## STIPULATION REGARDING DOCUMENTS PRODUCED IN RESPONSE TO SUBPOENA *DUCES TECUM*

Non-Party Morgan Stanley provides the instant Stipulation Regarding Documents Produced in Response to Subpoena *Duces Tecum*, to wit:

1. On May 18, 2015, the Plaintiffs' Steering Committee ("PSC") issued its *Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18943]* [Rec. Doc. 18952] and an accompanying subpoena *duces tecum* to Non-Party Morgan Stanley.

2. Between July 13, 2015 and November 11, 2015, Morgan Stanley produced responsive documents Bates labelled MS000123 – MS063484.

3. On November 3, 2015, Morgan Stanley notified the PSC that it intended to produce additional documents.

4. On November 13, 2015, the PSC and other counsel deposed a 30(b)(6) representative of Morgan Stanley.

5. On December 1, 2015, Morgan Stanley produced additional documents responsive to the subpoena *duces tecum*, Bates labelled MS063485– MS081575, from its files.

6. The documents Bates labelled MS000123 – MS081575 are documents that are kept in the course of regularly conducted business activity at Morgan Stanley, were made at or near the time in which they are dated, and are regularly kept by Morgan Stanley.

7. Although these documents are kept in its files, Morgan Stanley did not prepare or draft all of the documents Bates labelled MS000123 – MS081575.

Respectfully Submitted,

/s/ *James M. Garner*
JAMES M. GARNER, LA BAR #19589
JOSHUA S. FORCE, LA BAR #21975
ASHLEY G. COKER, LA BAR #30446
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Phone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR MORGAN STANLEY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition to Motion to Compel Against Morgan Stanley has been served on counsel for the Plaintiffs' Steering Committee, Leonard A. Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> on all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of December 2015.

/s/ *James M. Garner*
JAMES M. GARNER