UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## SECOND AMENDED ORDER

Considering the BNBM Entities' Motion to Set a Briefing Schedule (R. Doc. 19784) and the numerous letters received by the Court from the PSC, BNBM Entities and CNBM Entities, the Court issues the following Order.

**IT IS ORDERED** that the Court will hear the CNBM Entities' Motion to Dismiss the complaints against them for lack of personal jurisdiction and failure of service (R. Doc. 19527) and the BNBM Entities' Motion to Dismiss the complaints against them for lack of personal jurisdiction and failure of service (R. Docs. 19646, 19663, 19664) on oral argument on **February 18, 2016 at 9:00 a.m.** in the Courtroom of the Honorable Eldon E. Fallon.

**IT IS FURTHER ORDERED** that any response to these motions be submitted to the Court on or before **January 22, 2016.**

**IT IS FURTHER ORDERED** that any reply in support of these motions be submitted to the Court on or before **February 12, 2016.**

Finally, the Court has been advised that BNBM PLC and BNBM Group are withdrawing their Motion to Vacate Entries of Preliminary Default (R. Doc. 18851) without prejudice. Accordingly, this motion will not be heard on oral argument on February 18, 2016.

1

New Orleans, Louisiana, this 18th day of December, 2015.

                                                                               UNITED STATES DISTRICT JUDGE