# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 09-md-2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE: FALLON |
| 09-cv-7628 and 11-cv-1893 Plaintiff: Jackson, Ronald | MAG. JUDGE WILKINSON |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

**THIS CAUSE** having come to be heard before the Court, on the Motion of Viles & Beckman, L.L.C., to Withdraw as Counsel for **RONALD JACKSON**, Plaintiff, and having reviewed the record, the motion, and arguments presented at the hearing, and the Court being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED**:

1. Viles & Beckman, LLC has shown good cause in support of its Motion to Withdraw, and the Court finds no prejudice whatsoever to **RONALD JACKSON** in permitting the withdrawal, and therefore, Viles & Beckman, LLC is hereby fully discharged as counsel of record for **RONALD JACKSON**. Viles & Beckman, LLC shall have no further duties or responsibilities to the Plaintiff.

2. All future pleadings shall be forwarded to Plaintiff, **MARGUERITE MAURER** at:

Ronald Jackson
2200 Kings Boulevard
Naples FL 34112

3. The proceedings are stayed thirty (30) days from the date of this Order to permit Plaintiff, **RONALD JACKSON,** to find counsel or represent himself prose.

1

CD21908/MLB/oms

**DONE AND ORDERED** in New Orleans, Louisians on this 16th day of

December , 2015.

 _____
 **Honorable Judge Eldon E. Fallon**

Conformed Copies to:
Michael L. Beckman, Esq.
Ronald Jackson

2

CD21908/MLB/oms