UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ............................................................. | : | WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Considering the Motion for Summary Judgment filed by Ace Hardware Corporation (R. Doc. 19813), **IT IS ORDERED** that the motion is hereby set for submission on the briefs on March 16, 2016.

**IT IS FURTHER ORDERED** that, pursuant to the local rules, any party who wishes to respond to this motion do so on or before March 8, 2016.

New Orleans, Louisiana, this 17th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE

1