UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
: WILKINSON

THIS DOCUMENT RELATES TO: ALL CASES

## ORDER

The Court received and reviewed the attached correspondence from Gerard Kinler.

**IT IS ORDERED** that the attached correspondence be entered into the record.

New Orleans, Louisiana, this 17th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
Gerard N. Kinler
P.O. Box 254
Terra Ceia, FL 34250

1