# EXHIBIT "A"

| ARH - MOTION TO DISMISS<br>EXHIBIT A - DEFICIENT PROPERTIES | | | | | |
|---|---|---|---|---|---|
| **Homeowner Name(s)** | **Affected Property Address** | **City** | **State** | **Zip** | **Primary Counsel** |
| Brown, Wilfred; Brown, Annette | 3189 SW Armucher Street | Port St. Lucie | FL | 34953 | Morgan & Morgan, P.A. |
| Chapman, Patrick and Elizabeth | 133 Northwood | Pass Christian | MS | 39571 | Reeves & Mestayer |
| Dauro Dennis ; Dauro Martha | 119 Bella Tara Court | Long Beach | MS | 39560 | Johnson, Ratliff & Wade, PLLC |
| Hernandez, Jose and Concepcion | 6250 SW 79 St. | South Miami | FL | 33143 | Podhurst Orseck |
| LABB Investments | 11001 Gulf Reflections Dr. | Fort Meyers | FL | 33908 | Roberts & Durkee |