# EXHIBIT "B"

## ARH - MOTION TO DISMISS
## Exhibit B - BOUGHT WITH KNOWLEDGE

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel |
|---|---|---|---|---|---|
| Winter Farm, LLC (by Deborah A. Rubenacker) | 21597 Baccarat Lane, Building 14, Unit 101 | Estero | FL | 33928 | Salvatori, Wood and Buckel; Parker Waichman, LLP |
| Winter Farm, LLC (by Deborah A. Rubenacker) | 21717 Baccarat Lane, Building 12, Unit 102 | Estero | FL | 33928 | Salvatori, Wood and Buckel; Parker Waichman, LLP |