UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims filed by the Knauf Defendants;

IT IS ORDERED BY THE COURT that the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims is GRANTED. The Knauf Defendants' Settlement Obligations for the following already remediated home claims are hereby extinguished:

| | | | | |
|---|---|---|---|---|
| Brown, Wilfred; Brown, Annette | 3189 SW Armucher Street | Port St. Lucie | FL | 34953 |
| Chapman, Patrick and Elizabeth | 133 Northwood | Pass Christian | MS | 39571 |
| Dauro Dennis ; Dauro Martha | 119 Bella Tara Court | Long Beach | MS | 39560 |
| Hernandez, Jose and Concepcion | 6250 SW 79 St. | South Miami | FL | 33143 |
| Winter Farm, LLC (by Deborah A. Rubenacker) | 21597 Baccarat Lane, Building 14, Unit 101 | Estero | FL | 33928 |
| Winter Farm, LLC (by Deborah A. Rubenacker) | 21717 Baccarat Lane, Building 12, Unit 102 | Estero | FL | 33928 |
| LABB Investments | 11001 Gulf Reflections Dr. | Fort Meyers | FL | 33908 |

New Orleans, Louisiana, this _____ day of _____, 2015.

                                                    _____
                                                    HONORABLE ELDON E. FALLON
                                                    UNITED STATES DISTRICT JUDGE