UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Abner et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 11-03094**<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council et al.,* **Case No. 15-4127** | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## MOTION FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE 7.8

Subject to the preservation of defenses specifically raised in Defendant Beijing New Building Materials Public Limited Company's ("BNBM PLC") Notice of Appearance, including *inter alia*, lack of personal jurisdiction, BNBM PLC files this Motion pursuant to Local Rule 7.8 seeking a 21 day extension to file a responsive pleading in the above-referenced cases, which would extend the deadline to respond from December 22, 2015 to January 12, 2016. This is BNBM PLC's first request for an extension to plead, and plaintiffs have not filed an objection in the record to an extension of time.

For the foregoing reasons, BNBM PLC respectfully asks the Court to extend its deadline to respond to January 12, 2016.

Dated:  December 21, 2015

        Respectfully submitted,

        **DENTONS US LLP**

        By: */s/ Michael H. Barr*

Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 5900
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

Kenneth J. Pfaehler
D.C. Bar No. 461718
Drew Marrocco
D.C. Bar No. 453205
1301 K Street N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone:  (202) 408-6400
Facsimile:  (202) 408-6399
kenneth.pfaehler@dentons.com
drew.marrocco@dentons.com

C. Michael Moore
Texas Bar No. 14323600
Matthew T. Nickel
Texas Bar No. 24056042
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
matt.nickel@dentons.com

- AND -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material Public Limited Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Extension of Time Pursuant to Local Rule 7.8 has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of December, 2015.

/s/   *Michael H. Barr*