UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Abner et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 11-03094**<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council et al.,* **Case No. 15-4127** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## ORDER

Considering Defendant Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") Motion for Extension of time,

IT IS ORDERED that BNBM Group has until January 12, 2016 to file a responsive pleading in the above-referenced cases.

New Orleans, Louisiana, this ____ day of _____, 201__.

_____
United States District Court