## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** | |
| *Gross v. Knauf Gips KG, 2:09-cv-6690*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1672*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1395*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1673*<br>*Amorin v. SASAC, 2:14-cv-1727*<br>*State of Louisiana v. Knauf, 2:10-cv-340*<br>*Abner v. Taishan Gypsum, 2:11-cv-3094*<br>*Posey v. BNBM Co., 2:09-cv-6531*<br>*Morris v. BNBM Co., 2:09-cv-6530* | |

## MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL RESPONSE OF THE PLAINTIFFS' STEERING COMMITTEE TO CNBM GROUP'S MOTION TO DISMISS ON GROUNDS OF THE FOREIGN SOVEREIGN IMMUNITIES ACT, AND TO FILE UNDER SEAL

NOW COMES the Plaintiffs' Steering Committee ("PSC"), who respectfully represents that:

On October 29, 2015, the PSC filed its original Response to CNBM Group's Motion to Dismiss on Grounds of the Foreign Sovereign Immunities Act, along with a Motion to Exceed Page Limitations and to File Under Seal [Rec. Doc. 19658] ("Original Response").  On November 25, 2015, just five days before the PSC's Supplemental Response to CNBM Group's Motion to Dismiss on Grounds of the Foreign Sovereign Immunities Act ("Supplemental Response") was due, CNBM Group and its subsidiary CNBM produced collectively 6,851 new documents, totaling 48,852 pages, in Chinese with machine translations.  These last-minute, late

1

productions effectively left the Plaintiffs with no opportunity to review, much less use, any evidence contained in those documents in briefing their opposition to the FSIA Motion.

On December 1, 2015, just one week before oral argument on the FSIA Motion, CNBM Group produced an additional 147,356 pages of documents in Chinese with machine translations, again effectively denying Plaintiffs an opportunity to use these materials in opposition to the FSIA Motion.  Following the FSIA hearing, on December 16, 2015, CNBM Group and CNBM produced additional substantial and important documents totaling 9,656 pages, which the PSC contends were responsive to earlier document requests dating back to February and March 2015, and should have been produced sooner.

Had Defendants made proper and timely document productions, the PSC would have included in its Original and/or Supplemental Response certain evidence that has just now come to light.  The PSC communicated with counsel for CNBM Group in a meet and confer in which the PSC advised that it desired to file a Second Supplemental Response to CNBM Group's Motion to Dismiss on Grounds of the Foreign Sovereign Immunities Act ("Second Supplemental Response").  Despite the PSC's best efforts to address with counsel for CNBM Group the basis and need for the filing of a Second Supplemental brief, CNBM Group refused to consent and insisted that the PSC provide exactly what new and relevant information it believed had been recently acquired.  Plaintiffs were unwilling to disclose their work product in the course of the meet and confer process.  The documents produced just before the Supplemental Response was due, just before oral argument on the FSIA Motion, and subsequently are germane to this matter and, therefore, the PSC seeks to submit this Second Supplemental Response. Additionally, the Second Supplemental Response contains information/documents that have been designated

confidential and, therefore, the PSC requests leave to file the Second Supplemental Response, in its entirety, UNDER SEAL.

Dated: December 22, 2015                    Respectfully Submitted,

                                            BY: /s/ Russ M. Herman
                                            Russ M. Herman (La. Bar No. 6819)
                                            Leonard A. Davis (La. Bar o. 14190)
                                            Stephen J. Herman (La. Bar No. 23129)
                                            Madelyn O. Breerwood (La. Bar No. 35538)
                                            Herman, Herman & Katz, LLC
                                            820 O'Keefe Avenue
                                            New Orleans, LA 70113
                                            Phone: (504) 581-4892
                                            Fax: (504) 561-6024
                                            ldavis@hhklawfirm.com
                                            *Plaintiffs' Liaison Counsel MDL 2047*

                                            Arnold Levin
                                            Fred S. Longer
                                            Sandra L. Duggan
                                            Matthew Gaughan
                                            Levin, Fishbein, Sedran & Berman
                                            510 Walnut Street, Suite 500
                                            Philadelphia, PA 19106
                                            Phone: (215) 592-1500
                                            Fax: (215) 592-4663
                                            alevin@lfsblaw.com
                                            *Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Rachel A. Sternlieb
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of December, 2015.

Respectfully Submitted,

BY:  */s/ Leonard A. Davis*
       Leonard A. Davis
       Herman, Herman & Katz, LLC
       820 O'Keefe Avenue
       New Orleans, LA 70113
       Phone: (504) 581-4892
       Fax: (504) 561-6024
       ldavis@hhklawfirm.com

       *Plaintiffs' Liaison Counsel MDL 2047*