IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Gross v. Knauf Gips KG*, 2:09-cv-6690<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1672<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1395<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1673<br>*Amorin v. SASAC*, 2:14-cv-1727<br>*State of Louisiana v. Knauf*, 2:10-cv-340<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094<br>*Posey v. BNBM Co.*, 2:09-cv-6531<br>*Morris v. BNBM Co.*, 2:09-cv-6530 | |

**O R D E R**

Considering the Motion for Leave to File Reply Brief in Support of Motion for Leave to File Second Supplemental Response of the PSC to CNBM Group's Motion to Dismiss on Grounds of the Foreign Sovereign Immunites Act, and to File Under Seal, filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Reply Brief in Support of Motion for Leave to File Second Supplemental Response of the PSC to CNBM Group's Motion to Dismiss on Grounds of the Foreign Sovereign Immunites Act, and to File Under Seal, be and is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 201___.

_____
Eldon E. Fallon
United States District Court Judge