# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION "L" <br><br> JUDGE FALLON <br><br> MAG. WILKINSON |

## MOTION TO RECONSIDER THE COURT'S ORDER AND REASONS (REC. DOC. 19868)

**NOW INTO COURT**, through undersigned counsel, comes Claimant Patricia Harvey, Claimant Identification No. 113732, who respectfully moves this Honorable Court to reconsider its *Order and Reasons* (Rec. Doc. 19868) denying Patricia Harvey's *Motion for Authority to Submit Other Loss Fund Claim* (Rec. Doc. 19680). In support of this Motion, Claimant Patricia Harvey, has filed a Memorandum in Support of said motion contemporaneously herewith.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, (LA Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Facsimile:   (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 30th day of December, 2015.

/s/ Joseph M. Bruno