**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## ORDER

**Considering the foregoing Motion,**

**IT IS ORDERED** that Claimant Patricia Harvey's *Motion to Reconsider the Court's Order and Reasons (Rec. Doc. 19868)* is hereby GRANTED.

**IT IS FURTHER ORDERED** that Claimant Patricia Harvey, Claimant Identification No. 113732, is authorized to submit an Other Loss fund claim (Foreclosure) with Brown Greer for drywall damages related to the property at 3217 Upperline Street, New Orleans, Louisiana 70118.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
**JUDGE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**