## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE**, in accordance with Local Civil Rule 7.2 of the United States District Court for the Eastern District of Louisiana, that the *Motion to Reconsider the Court's Order and Reasons (Rec. Doc. 19868)* will be submitted for consideration on the 20th day of January, 2016 at 9:00 a.m., before United States District Judge Eldon E. Fallon, Section "L", of the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, (LA Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 30th day of December, 2015.

/s/ Joseph M. Bruno