# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) Payton et al v. Knauf Gips KG et al ) Case No. 09-7628 ) | MDL NO. 2047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |

## PLAINTIFF'S MOTION TO CONTINUE HEARING

COMES NOW, Plaintiff, Fernando Cerna, by and through undersigned counsel, and moves this Honorable Court for an Order to continue the hearing date of January 14, 2016 as scheduled by the Court's Order (R. Doc. 19684) for Claimant's Motion to Compel Settlement Administrator to Disburse GBI Funds (R. Doc. 19666) and would state that:

1. The undersigned counsel resides and practices in Broward County, Florida and the hearing is in the U.S. State District Court Eastern District of Louisiana.

2. The undersigned counsel has filed a Motion to Compel Settlement Administrator to Disburse GBI Funds (R. Doc. 19666). By Court Order (R. Doc. 19684), the Motion is scheduled for oral argument following the January Monthly Status Conference scheduled for January 14, 2016 at 9:00 a.m.

3. The undersigned counsel has also filed a Notice of Submission for the Motion for Reconsideration regarding Brandolino (R. Doc 19764) and Notice of Submission for the Motion for Reconsideration regarding Perone (R. Doc 19832) for the January status conference but to date no scheduling order has been issued.

3. The undersigned counsel will be filing additional motions before the Court involving similar matters for other clients. It would be more efficient for the Court as well as for counsel for the parties to have these matters heard together in February.

4. The undersigned would therefore request that the motions be scheduled for the same date.

5. Counsel for Knauf has no objection to the continuation of the hearing.

WHEREFORE, Plaintiff prays that this Honorable Court would allow Michael J. Ryan to continue the hearing scheduled on January 14, 2016.

Dated this 5th day of January, 2016.

Respectfully submitted,

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion to Continue Hearing Date has been electronically uploaded to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the

procedures established in MDL 2047 on this 5th day of January, 2016.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
Attorneys for Plaintiffs