# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x | MDL NO. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | x x x | MAG. JUDGE WILKINSON |

## NOTICE OF NEW TIME FOR ORAL AND VIDEOTAPED DEPOSITION

**PLEASE TAKE NOTICE** that the Plaintiffs' Steering Committee in the MDL is hereby advising the parties that the deposition of **Jeffrey N. Gordon (BNBM PLC Expert)** will commence on **Friday, January 15, 2016 at 9:00 a.m. (eastern),** at the offices of Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020 (212) 768-6700.

Respectfully submitted,

/s/ Russ M. Herman
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

                                              Arnold Levin
                                              Fred S. Longer
                                              Sandra L. Duggan
                                              Matthew C. Gaughan
                                              Levin, Fishbein, Sedran & Berman
                                              510 Walnut Street, Suite 500
                                              Philadelphia, PA 19106
                                              PH:  (215) 592-1500
                                              FAX:  (215) 592-4663
                                              Alevin@lfsblaw.com
                                              *Plaintiffs' Lead Counsel*
                                              *MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios | Jerrold Seth Parker |
| Barrios, Kingsdorf & Casteix, LLP | Parker Waichman, LLP |
| 701 Poydras Street, Suite 3650 | 3301 Bonita Beach Road |
| New Orleans, LA 70139 | Bonita Springs, FL 34134 |
| Phone: (504) 524-3300 | Phone: (239) 390-1000 |
| Fax: (504) 524-3313 | Fax: (239) 390-0055 |
| Barrios@bkc-law.com | Jerry@yourlawyer.com |
| | |
| Daniel E. Becnel, Jr. | Scott Wm. Weinstein |
| Becnel Law Firm, LLC | Morgan & Morgan |
| 425 W. Airline Highway, Suite B | 12800 University Drive, Suite 600 |
| Laplace, LA 70068 | Ft. Myers, FL 33907 |
| Phone: (985) 536-1186 | Phone: (239) 433-6880 |
| Fax: (985) 536-6445 | Fax: (239) 433-6836 |
| dbecnel@becnellaw.com | sweinstein@forthepeople.com |
| | |
| Peter Prieto | James Robert Reeves |
| Podhurst Orseck, P.A. | Reeves & Mestayer, PLLC |
| 25 Flagler Street, 8th Floor | 160 Main Street |
| Miami, FL 33130 | Biloxi, MS 39530 |
| Phone: (305) 358-2800 | Phone: (228) 374-5151 |
| Fax: (305) 358-2382 | Fax: (228) 374-6630 |
| pprieto@podhurst.com | jrr@attorneys4people.com |
| | |
| Bruce William Steckler | Christopher Seeger |
| Steckler, LLP | Seeger Weiss, LLP |
| 12720 Hillcrest Road, Ste 1045 | 77 Water Street |
| Dallas, TX 75230 | New York, NY 10005 |
| Phone: (972) 387-4040 | Phone: (212) 584-0700 |
| Fax: (972) 387-4041 | Fax: (212) 584-0799 |
| bruce@stecklerlaw.com | cseeger@seegerweiss.com |

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of January, 2016.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113
PH: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com