UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Abner et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 11-03094**<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council et al.,* **Case No. 15-4127** | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Defendant Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") Motion for Extension of time,

IT IS ORDERED that BNBM Group has until January 12, 2016 to file a responsive pleading in the above-referenced cases.

New Orleans, Louisiana, this 5th day of January, 2016.

_____
United States District Court