UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Considering the Plaintiffs' Unopposed Motion to Withdraw the Motion to Compel (R. Doc. 19913), **IT IS ORDERED** that the Motion is Granted.

**IT IS FURTHER ORDERED** that the Motion to Compel (R. Doc. 19815) and the accompanying corporate deposition notices are hereby withdrawn.

New Orleans, Louisiana, this 5th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

1