# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: Payton et al v. Knauf Gips KG et al Case No. 09-7628 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE HEARING

Considering Plaintiff's Motion to Continue Hearing,

IT IS HEREBY ORDERED that Plaintiff Fernando Cerna's Motion to Continue Hearing is granted and the Motion to Compel Settlement Administrator to Disburse GBI Funds (R. Doc. 19666) will not be heard until the monthly status conference presently scheduled for February 17, 2016

New Orleans, Louisiana, this  5th   day of January, 2016.

_____
Eldon E. Fallon
United States District Judge