## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*  2013-SXS-40
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir*
(identité et adresse)           CNBMI Co., Ltd.
14/F International Trade Building, NO. 3002, Renmin South Road, Luohu District, Shenzhen, 518014 China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at             Minneapolis, Minnesota, U.S.A.           , the 27 DEC 2012
*Fait à*                                                     , *le*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate.
  *Rayer les mentions inutiles*

266532-0071

# GUANGDONG PROVINCE SHEN ZHEN CITY
## LUOHU DISTRICT PEOPLE'S COURT
### PROOF OF SERVICE

[Seal: Guangdong Province Shen Zhen City Luohu District People's Court]

| Recipient | CNBMIT CO., LTD. | Telephone | |
|---|---|---|---|
| Case No. | (2013) Shenzhen Luohu People's Court Civil Case Dept 2/Primary No. | Cause of Action | |
| Address for Service | | | |

| Document for Service | Issuer | Server | Receiving Date | Recipient's Signature or seal | Reasons(s) for Non-service |
|---|---|---|---|---|---|
| Related materials | | | August 15, 2013 | [Signature illegible] [Seal] CNBMIT CO., LTD. | |
| | | | Date____201__ | | |
| | | | Date____201__ | | |
| | | | Date____201__ | | |
| | | | Date____201__ | | |
| | | | Date____201__ | | |
| | | | Date____201__ | | |
| | | | Date____201__ | | |
| Notes | Servers: Li Chun [illegible]   Hou Zu En | | | | |

*Note:* (1) If the recipient is not in, hand the documents to his/her adult relative(s), work unit, village or neighborhood committee as substitute recipient.
(2) The recipient on behalf shall sign or seal in the recipient's column on this form and note his/her relationship with the named recipient.
(3) Upon receipt of documents by the recipient, return this Return/Proof of Service to this court immediately.

Court Address: No 2006, Yanhe North Road, Luohu District, Shenzhen City / Postal code: 518021

# ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____August 15, 2013_____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____141F International Trade Building, No. 3002, Renmin South Road, Luohu District, Shenzhen City, 518014, Guangdong Province, China_____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     - [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       - *a) selon les formes légales (article 5, alinéa premier, lettre a).*
     - [ ] (b) in accordance with the following particular method*:
       - *b) selon la forme particulière suivante:* _____
     - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       - *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (Identity and description of person)
   - *(identité et qualité de la personne)* _____The signature is not legible_____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____Not mentioned._____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at _____Beijing_____ the _____Sep. 26_____ 2013
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet*

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

266532-0071


# 送达回证

| 收件人 | CNBM Co., Ltd | | | 电话 | |
|---|---|---|---|---|---|
| 案　　号 | （2013）深罗法民二初字第　　号 | | | 案由 | |
| 送达地点 | | | | | |
| 送达文件 | 签发人 | 送达人 | 收到日期 | 收件人签名或盖章 | 不能送达理由 |
| 相关材料 | | | 2013年8月15日 | [签名] | [盖章] |
| | | | 201　年　月　日 | | |
| | | | 201　年　月　日 | | |
| | | | 201　年　月　日 | | |
| | | | 201　年　月　日 | | |
| | | | 201　年　月　日 | | |
| | | | 201　年　月　日 | | |
| 备注 | 送达人：李秀敏、侯祖恩 | | | | |

注：1、送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

2、如系代收，代收件人应在收件人栏内签名或盖章，并注明与收件人的关系。

3、收件人收到文件并签收后请将此证寄（退）回我院。

本院地址：深圳市罗湖区沿河北路2006号　　　邮政编码：518021

