APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |
| --- | --- |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)    CNBMI Co., Ltd.

14/F International Trade Building, NO. 3002, Renmin South Road, Luohu District, Shenzhen, 518014  China

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
        a)    *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
        b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
        c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes* -- avec l'attestation figurant au verso.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis  MN 55439

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at        Minneapolis, Minnesota, U.S.A.,        , the
*Fait à*                                                                 *le*   2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

*Diane K Myers* [signature]

(Formerly OBD-116 which was formerly LAA-116, USM-94 both of which may still be used)
(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles.*

167149 - 71

*(2013)334*
*Judicial Association No. SX-13-325*

## SHEN ZHEN CITY INTERMEIDATE PEOPLE'S COURT

### PROOF OF SERVICE

[Seal: Guangdong Province Shen Zhen City Intermediate People's Court]

(2013) Shenzhen Intermediate Court International Service Prime No. 45

| Recipient | CNBMIT CO., LTD. | | | Cause of Action | Civil action | |
|---|---|---|---|---|---|---|
| Address for Service | 14/F International Trade Building, No. 3002, Remin South Road, Luohu District, (Shenzhen, China). | | | Mode of Service | | |
| Document for Service | Issuer | Server | Receiving Date | Recipient Signature and Seal | Consent to Judgment Documents to be published on the Internet | Reasons for Non-service |
| Summons, etc. | Name: Wang Xi (Tel: 83539068) | | | [Seal] CNBMIT CO., LTD. July 18, 2013 | | |
| | | | Date | | | |
| | | | Date | | | |
| | | | Date | | | |
| | | | Date | | | |
| | | | Date | | | |
| | | | Date | | | |
| Notes | Servers:   Wang Xi    Lu Dun | | | | | |
| ▲ IMPORTANT (Must read) | PURSUANT TO THE SUPREME PEOPLE'S COURT'S "PROVIONS REGARDING THE PEOPLE'S COURT'S JUDGMENT DOCUMENTS TO BE PUBLISHED ON THE INTERNET", THE PEOPLE'S COURT EFFECTIVE JEDGEMENT DOCUMENTS MUST BE PUBLISHED ON THE INTERNET. PLEASE CONFIRM IF YOU CONSENT TO THE JUDGMENT DOCUMENT OF THIS SERVICE TO BE PUBLISHED ON THE INTERNET. IF YOU HAVE GOOD CAUSE TO DISGREE, PLEASE SUBMIT YOUR WRITTEN COMMENTS IN THREE DAYS. IN THE EVENT THAT YOU DO NOT SIGN TO CONFIRM NOR SUBMIT YOU YOUR WRITTEN COMMENTS (YOU FAIL TO MAIL BACK THIS PROOF OF SERVICE FORM), IT WILL BE DEEMED AS IF YOU CONSENT TO THE PUBLICATION ON THE INTERNET. | | | | | |

Note:  (1)  If the recipient is not in, hand the documents to his/her adult relative(s), work unit, village or
            neighborhood committee as substitute recipient.
       (2)  The recipient on behalf shall sign or seal in the recipient's column on this form and note his/her
            relationship with the named recipient.
       (3)  Upon receipt of documents by the recipient, return this Return/Proof of Service to this court
            immediately.

Address:  Attention: Wang Xi, Shenzhen City Intermediate People's Court, No. 6003, Caitian North
          Road, Futian District, Shenzhen City. Postal code: 518036

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: CNBMI Co., Ltd.
Court Case No.: 11-1395

13-SXS-325

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*

*que la demande a été exécutée*

- the (date)     *le (date)*     July 18, 2013
- at (place, street, number)     *à (localité, rue numéro)*     14/F International Trade Building, No.3002, Renm South Road, Luohu District, Shenzhen, 508014 China.

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
a)   *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b)   in accordance with the following particular method*:
b)   *selon la forme particulière suivante:* _____

[ ] (c)   by delivery to the addressee, who accepted it voluntarily.*
c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)     the company (with the seal of the company)
- *(identité et qualité de la personne)*

- relationship to the addressee (family, business or other):     the company
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at     *the*     Beijing
*Fait à*     *le*     Oct 16, 13

中华人民共和国
司法部
民商事司法协助专用章

Signature and/or stamp.
*Signature et/ou cachet.*

*.   Delete if inappropriate.*
*Rayer les mentions inutiles.*

2

267249-71



33.4
SX-13-325

深圳市中级人民法院
送达回证

（2013）深中法涉外初字第 45 号

| 收 件 人 | 中建投商贸有限公司 | | | | 案 由 | 民事案件 |
|---|---|---|---|---|---|---|
| 送达地点 | 罗湖区人民南路3002号商贸大厦14楼 | | | | 送达方式 | |
| 送达文件 | 签发人 | 送达人 | 收到日期 | 收件人签名或盖章 | 同意在互联网公布裁判文书 | 不能送达理由 |
| 传票等 | | | 年 月 日 时 | | | |
| | | | 年 月 日 时 | | | |
| | | | 年 月 日 时 | | | |
| | 姓名：王希 （电话：83539068） | | 年 月 日 时 | | | |
| | | | 年 月 日 时 | | | |
| | | | 年 月 日 时 | | | |
| 备注 | 送达人：瑞、沿航 | | | | | |
| ▲ 重要提示 （必看） | 　　根据最高人民法院《关于人民法院在互联网公布裁判文书的规定》，人民法院的生效裁判文书须在互联网进行公布，请您确认是否同意公布该送达的裁判文书，如您有正当理由不同意公布的，请在签收文书 3 日内书面提出书面意见，若既不签名确认，也不提出书面意见的（邮寄送达的未寄回该《送达回证》的），视为同意公布。 | | | | | |

注：1、如收件人不在时，将文件交与他的成年家属、工作机关或收件人居住地的村委会或街道办事处代收。
　　2、如系代收，代收人应在收件人栏内签名或盖章，并说明与代收人关系。
　　3、如收件人收到文件后请将此证寄回我院。

地址：深圳市福田区彩田北路 6003 号深圳市中级人民法院  王希收  邮编：518036