UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL )<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>Brooke et al vs. The State-Owned Assets Supervision )<br>and Administration Commission etc, et al, )<br>Case No. 15-4124 )<br>) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## MEMORANDUM IN SUPPORT OF MOTION TO SUBMIT LATE FILED FORECLOSURE CLAIM BY PLAINTIFFS GARY AND PATRICIA LUSTBERG

COMES NOW the Plaintiffs GARY AND PATRICIA LUSTBERG by and through their undersigned counsel and respectfully file this Memorandum in Support of Plaintiffs' Motion to Submit Late Filed Foreclosure Claim and would show the Court that:

1. Claimants were timely registered on the Brown Greer portal in the Chinese Drywall Settlement Program.

2. Claimants timely filed Global Banner InEx Repair and Relocation and Miscellaneous claims in the Chinese Drywall Settlement Program.

3. Claimants are eligible class members having owned and/or resided in an Affected Property.

4. Pursuant to CAP 2013- 6 paragraph 3, upon a showing of good cause the Court may allow the Settlement Administrator to accept claims after the January 15, 2014 deadline.

5. This firm has discovered that the bank has foreclosed on claimant's affected property. The Final Judgment was issued August 11, 2015. The complaint seeking foreclosure was not filed until June 2014 and was being defended in a separate action by separate council.

6. Pursuant to CAP 2013-7 paragraph 7, this claim did not come into existence until after the Claims Submission Deadline.

7. No prejudice will result from the extension of Claimants' filing deadline. No action has been taken in the proceeding which could cause prejudice to any other party in the proceeding. In particular, the Other Loss Fund is presently undergoing special master analysis and substantial funds remain unfunded, including funds above and beyond the current level of special master awards.

8. Given that Claimants were timely registered and have other claims filed undersigned counsel moves that the Court invoke it equitable powers to permit Claimants to late file their Foreclosure/Short sale claim. Claimants have provided the claim form and many of the required documents to be reviewed by the Claims Administrator.

WHEREFORE, for the reasons set forth above Claimants respectfully request this Honorable Court enter an order permitting the Claimants to submit their Foreclosure Claim and deem it timely filed.

> Respectfully Submitted,
> /s/ Michael J. Ryan
> Michael J. Ryan Florida Bar No. 975990
> Krupnick Campbell Malone Buser Slama
> Hancock Liberman P.A.
> Attorneys for Plaintiff
> 12 S.E. 7 Street, Suite 801
> Ft. Lauderdale, FL 33301
> Ph:954-763-8181; FAX (954) 763-8292
> mryan@krupnicklaw.com;
> pleadings-mjr@krupnicklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Memorandum in Support of Motion to Submit Late Filed Foreclosure Claim has been provided to all parties by electronically uploading

the same to File and ServeXpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of January 2016.

/s/ Michael J. Ryan
Michael J. Ryan Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
Ph: 954- 763-8181; FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com

3