# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Brooke et al vs. The State-Owned Assets Supervision and Administration Commission etc, et al, Case No. 15-4124 | MAG. JUDGE WILKINSON |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Mover and Plaintiff pursuant to Local Rule 78.1, and respectfully request oral argument on Motion to Submit Late Filed Foreclosure Claim by Plaintiffs Gary and Patricia Lustberg to be set for hearing before this Honorable Court following the monthly status conference February 17, 2016 for the MDL 2047 Chinese-Manufactured Drywall Products Liability Litigation or at a time set by this Court so as to more fully address an questions the court may have concerning Plaintiffs' Motion.

Dated January 6, 2016.

Respectfully submitted,

/s Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Request for Oral Argument has been electronically uploaded to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of January, 2016.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
Attorneys for Plaintiffs