IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| Brooke et al vs. The State-Owned Assets Supervision and Administration Commission etc, et al, | ) ) ) | MAG. JUDGE WILKINSON |
| | ) | |
| Case No. 15-4124 | ) | |

MOTION TO WITHDRAWAL PLAINTIFFS  GARY AND PATRICIA LUSTBERG'S
MOTION TO COMPEL SETTLEMENT ADMINISTRATOR
TO DISBURSE GBI FUNDS

After the filing of the motion, the matter has been resolved amongst the parties. Therefore, Plaintiffs, Gary and Patricia Lustberg respectfully request this Court for and Order allowing them to withdraw the pending Motion to Compel Settlement Administrator to Disburse GBI Funds (D.E. 19706) and Request for Oral Argument (D.E. 19711).  This matter was scheduled for oral argument by Order (D.E. 19714).  Dated this 6th day of January, 2016.

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman  P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181;  Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion to Withdraw has been electronically uploaded to File and ServeXpress f/k/a Lexis Nexis File and Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this   6th day of January, 2016.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick Campbell Malone Buser Slama,
Hancock Liberman  P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
Attorneys for Plaintiffs