UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ) ) ALL ACTIONS ) ) | |

### MEMORANDUM IN SUPPORT OF CLASS COUNSELS' MOTION FOR DISTRIBUTION OF SETTLEMENT FUNDS

Class Counsel seek an Order from this Court authorizing the distribution of certain Settlement Funds to Special Master Matthew Garretson. Mr. Garretson was appointed as Special Master by Order of this Court on April 25, 2013, to assist in allocation of funds from the Four Class Settlements *Relating to Virginia and Certain Other Remaining Claims* [Rec. Doc. No. 16780]. This Order followed the Court's January 17, 2013 preliminary approval of those four settlements, [Rec. Doc. No. 16516].

On July 9, 2013, this Court entered an Order that, among other things, granted final approval to the four class settlements and approved an allocation plan [Rec. Doc. No. 16934]. The allocation plan provided that no more than 15% of each Settlement Amount be allocated to common benefit fees and costs [Rec. Doc. No. 16819-11].

This Court entered several Orders in September 2013 that Qualified Settlement Funds be established for the purpose of providing the proceeds of recovery to the Class Members and other interested parties from each of the four Chinese Drywall Class Settlements [Rec. Doc. No. 17084 (Tobin Trading and Installers Settlement Agreement)]; [Rec. Doc. No. 17082 (Porter-Blaine/Venture Supply Settlement Agreement)]; [Rec. Doc. No. 17080 (Nationwide Insureds

1

Settlement Agreement)]; [Rec. Doc. No. 17078 (Builders Mutual Insureds Settlement Agreement)].

The Garretson Resolution Group ("GRG") and Class Counsel have entered into a fund administration agreement, under which GRG agreed to assist in developing an allocation model and process claims to ensure the fair and efficient distribution of funds from the Four Chinese Drywall Class Settlements. GRG agreed to an hourly rate schedule, which was submitted to this court on July 12, 2013 (*see* GRG Rates, Rec. Doc. 16939-2). Further, Class Counsel and GRG anticipated (and submitted to the Court) that GRG's efforts would not exceed $1,000.00 per claim or $300,000.00 in the aggregate. (Rec. Doc. 16939-1).

Attached to this Memorandum as Exhibit 1 is a chart detailing the expenses accrued by Mr. Garretson and GRG in their duties as Special Master, from July 2014 through September 2015. Seventeen invoices from GRG to the Law Offices of Richard J. Serpe, PC are attached as Exhibit 1 and substantiate GRG's expense calculations. Consistent with Class Counsel's July 12, 2013 submission, the total amount of expenses accrued by Mr. Garretson in his duties as Special Master is $130,236.41. Garretson has now fully administered the Four Virginia Class Settlements and funds have been distributed to all claimants. This is a partial payment request and only represents Garretson's charges incurred from July 2014 through September 2015. This is the second payment to Garretson, and will follow the same procedure as the prior payment (*see* Rec. Doc. 18221).

Per the attached invoices, Class Counsel respectfully request that the Court enter an order directing that the total amount of $130,236.41 be drawn from the four Settlement Funds to compensate GRG for its services from July 2014 through September 2015. The distribution would be as follows:

1. $20,478.19 from the Tobin Trading and Installers Settlement Agreement Attorney Fees and Costs Fund;

2. $22,674.74 from Porter-Blaine/Venture Supply Settlement Agreement Attorney Fees and Costs Fund;

3. $73,927.02 from Nationwide Insureds Settlement Agreement Attorney Fees and Costs Fund; and

4. $13,156.46 from Builders Mutual Insureds Settlement Agreement Attorney Fees and Costs Fund.

Counsel respectfully submit that distributing certain funds to compensate GRG for costs incurred to date is appropriate given the length of time that GRG has worked on administering the claims process for the Four Virginia-based Settlements and the total of expenses incurred to date.

For these reasons, Class Counsel request an Order from the Court authorizing distribution of $130,236.41 from the Settlement Funds (as detailed above) to Special Master Matthew Garretson.

Respectfully submitted,

Dated: January  6  , 2016

/s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN &KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*And Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN &BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*And  Class Counsel*

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Class Counsel*

Richard S. Lewis
Kristen Ward Broz
HAUSFELD LLP
1700 K St. NW, Suite 650
Washington, D.C. 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this __6th__ day of January, 2016.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman & Katz, LLC
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhklawfirm.com
      *Plaintiffs' Liaison Counsel in MDL 2047*
      *Co-counsel for Plaintiffs*