# **EXHIBIT 1**



# GARRETSON
RESOLUTION GROUP

2115 Rexford Rd, 4th Floor
Charlotte, NC 28211
Phone: 704-559-4300  Fax: 704-365-7085

# Invoice

| Invoice Date: | Invoice |
|---|---|
| 7/31/2013 | 42134 |

**Bill To**

Law Offices of Richard J. Serpe, PC
520 East Main Street, Suite 310
Norfolk, VA 23510

| Due Date |
|---|
| 8/30/2013 |

| Terms | Project |
|---|---|
| Net 30 | Chinese Drywall |

| Description | GRG # | Rate | Amount |
|---|---|---|---|
| Chinese Drywall Foundational | | | |
| Nationwide | | 23,578.94 | 23,578.94 |
| Porter-Blaine | | 7,073.68 | 7,073.68 |
| Tobin | | 6,366.32 | 6,366.32 |
| Builders Mutual | | 4,008.42 | 4,008.42 |
| Torres | | 1,886.32 | 1,886.32 |
| Ramirez | | 1,886.32 | 1,886.32 |

| | |
|---|---|
| **Total** | $44,800.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $44,800.00 |

Garretson Resolution Group wire instructions:
The PrivateBank, 70 West Madison Street, Chicago, IL 60602
Garretson Resolution Group Inc–Wire Receipts Acct
ABA# 071006486
Acct# 2178037



# GARRETSON
RESOLUTION GROUP

2115 Rexford Rd, 4th Floor
Charlotte, NC 28211
Phone: 704-559-4300  Fax: 704-365-7085

# Invoice

| Invoice Date: | Invoice |
|---|---|
| 7/31/2013 | 42135 |

**Bill To**

Law Offices of Richard J. Serpe, PC
520 East Main Street, Suite 310
Norfolk, VA 23510

| Due Date |
|---|
| 8/30/2013 |

| Terms | Project |
|---|---|
| Net 30 | Chinese Drywall |

| Description | GRG # | Rate | Amount |
|---|---|---|---|
| Chinese Drywall June 2013 | | | |
| Nationwide | | 217.10 | 217.10 |
| Porter-Blaine | | 65.13 | 65.13 |
| Tobin | | 58.62 | 58.62 |
| Builders Mutual | | 36.91 | 36.91 |
| Torres | | 1,379.87 | 1,379.87 |
| Ramirez | | 479.87 | 479.87 |

| | |
|---|---|
| **Total** | $2,237.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,237.50 |

Garretson Resolution Group wire instructions:
The PrivateBank, 70 West Madison Street, Chicago, IL 60602
Garretson Resolution Group Inc–Wire Receipts Acct
ABA# 071006486
Acct# 2178037



**GARRETSON**
RESOLUTION GROUP

2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | |
|---|---|
| Invoice Number | 609972 |
| Invoice Date | August 01, 2014 |
| PO Number | |
| Contract | |
| Project | CHDRY-01163-00 |
| Terms | 30 |
| Page | 1 of 1 |

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 3,669.54 | 3,669.54 |
| Porter-Blaine | | | 1.00 | 1,100.86 | 1,100.86 |
| Tobin | | | 1.00 | 990.78 | 990.78 |
| Builders Mutual | | | 1.00 | 623.82 | 623.82 |
| Subtotal | | | | | 6,385.00 |
| **Invoice Total** | | | | | **6,385.00** |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037



2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | | |
|---|---|---|
| Invoice Number | | 611610 |
| Invoice Date | | September 04, 2014 |
| PO Number | | |
| Contract | | |
| Project | | CHDRY-01163-00 |
| Terms | | 30 |
| Page | | 1 of 1 |

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 3,155.17 | 3,155.17 |
| Porter-Blaine | | | 1.00 | 946.55 | 946.55 |
| Tobin | | | 1.00 | 851.90 | 851.90 |
| Builders Mutual | | | 1.00 | 536.38 | 536.38 |
| Subtotal | | | | | 5,490.00 |
| **Invoice Total** | | | | | 5,490.00 |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037



2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | | |
|---|---|---|
| Invoice Number | 613414 | |
| Invoice Date | September 26, 2014 | |
| PO Number | | |
| Contract | | |
| Project | CHDRY-01163-00 | |
| Terms | 30 | |
| Page | 1 of 1 | |

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 2,765.80 | 2,765.80 |
| Porter-Blaine | | | 1.00 | 829.74 | 829.74 |
| Tobin | | | 1.00 | 746.77 | 746.77 |
| Builders Mutual | | | 1.00 | 470.19 | 470.19 |
| Subtotal | | | | | 4,812.50 |
| **Invoice Total** | | | | | 4,812.50 |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037



2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | | | | |
|---|---|---|---|---|
| Invoice Number | 615517 | | | |
| Invoice Date | November 03, 2014 | | | |
| PO Number | | | | |
| Contract | | | | |
| Project | CHDRY-01163-00 | | | |
| Terms | 30 | | | |
| Page | 1 of 1 | | | |

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 2,442.53 | 2,442.53 |
| Porter-Blaine | | | 1.00 | 732.76 | 732.76 |
| Tobin | | | 1.00 | 659.48 | 659.48 |
| Builders Mutual | | | 1.00 | 415.23 | 415.23 |
| Subtotal | | | | | 4,250.00 |
| **Invoice Total** | | | | | 4,250.00 |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA#  071006486
Acct#  2178037



**GARRETSON**
RESOLUTION GROUP

2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | |
|---|---|
| Invoice Number | 616404 |
| Invoice Date | November 24, 2014 |
| PO Number | |
| Contract | |
| Project | CHDRY-01163-00 |
| Terms | 30 |
| Page | 1 of 1 |

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 7,274.43 | 7,274.43 |
| Porter-Blaine | | | 1.00 | 2,182.33 | 2,182.33 |
| Tobin | | | 1.00 | 1,964.09 | 1,964.09 |
| Builders Mutual | | | 1.00 | 1,236.65 | 1,236.65 |
| Subtotal | | | | | 12,657.50 |
| **Invoice Total** | | | | | **12,657.50** |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037



2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | | |
|---|---|---|
| Invoice Number | 619022 | |
| Invoice Date | December 29, 2014 | |
| PO Number | | |
| Contract | | |
| Project | CHDRY-01163-00 | |
| Terms | 30 | |
| Page | 1 of 1 | |

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 2,419.54 | 2,419.54 |
| Porter-Blaine | | | 1.00 | 725.86 | 725.86 |
| Tobin | | | 1.00 | 653.28 | 653.28 |
| Builders Mutual | | | 1.00 | 411.32 | 411.32 |
| Subtotal | | | | | 4,210.00 |
| **Invoice Total** | | | | | 4,210.00 |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037



2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | Invoice Number | 620957 |
|---|---|---|
| | Invoice Date | February 02, 2015 |
| | PO Number | |
| | Contract | |
| | Project | CHDRY-01163-00 |
| | Terms | 30 |
| | Page | 1 of 1 |

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 2,204.02 | 2,204.02 |
| Porter-Blaine | | | 1.00 | 661.21 | 661.21 |
| Tobin | | | 1.00 | 595.09 | 595.09 |
| Builders Mutual | | | 1.00 | 374.68 | 374.68 |
| Subtotal | | | | | 3,835.00 |
| **Invoice Total** | | | | | 3,835.00 |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037



2115 Rexford Road, 4th Floor | Charlotte, NC 28211

| | |
|---|---|
| Invoice Number | 622861 |
| Invoice Date | March 06, 2015 |
| PO Number | |
| Contract | |
| Project | CHDRY-01163-00 |
| Terms | 30 |
| Page | 1 of 1 |

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 1,113.51 | 1,113.51 |
| Porter-Blaine | | | 1.00 | 334.05 | 334.05 |
| Tobin | | | 1.00 | 300.65 | 300.65 |
| Builders Mutual | | | 1.00 | 189.30 | 189.30 |
| Subtotal | | | | | 1,937.51 |
| **Invoice Total** | | | | | **1,937.51** |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037



2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | | | |
|---|---|---|---|
| Invoice Number | 624551 | | |
| Invoice Date | March 31, 2015 | | |
| PO Number | | | |
| Contract | | | |
| Project | CHDRY-01163-00 | | |
| Terms | 30 | | |
| Page | 1 of 1 | | |

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 6,135.06 | 6,135.06 |
| Porter-Blaine | | | 1.00 | 1,840.52 | 1,840.52 |
| Tobin | | | 1.00 | 1,656.47 | 1,656.47 |
| Builders Mutual | | | 1.00 | 1,042.96 | 1,042.96 |
| Subtotal | | | | | 10,675.01 |
| **Invoice Total** | | | | | **10,675.01** |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA#  071006486
Acct# 2178037



2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | |
|---|---|
| Invoice Number | 626138 |
| Invoice Date | May 06, 2015 |
| PO Number | |
| Contract | |
| Project | CHDRY-01163-00 |
| Terms | 30 |
| Page | 1 of 1 |

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 5,473.42 | 5,473.42 |
| Porter-Blaine | | | 1.00 | 1,642.03 | 1,642.03 |
| Tobin | | | 1.00 | 1,477.82 | 1,477.82 |
| Builders Mutual | | | 1.00 | 930.48 | 930.48 |
| Subtotal | | | | | 9,523.75 |
| **Invoice Total** | | | | | **9,523.75** |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037



2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | | | | | |
|---|---|---|---|---|---|
| Invoice Number | 627392 | | | | |
| Invoice Date | June 02, 2015 | | | | |
| PO Number | | | | | |
| Contract | | | | | |
| Project | CHDRY-01163-00 | | | | |
| Terms | 30 | | | | |
| Page | 1 of 1 | | | | |

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 3,507.18 | 3,507.18 |
| Porter-Blaine | | | 1.00 | 1,052.16 | 1,052.16 |
| Tobin | | | 1.00 | 946.94 | 946.94 |
| Builders Mutual | | | 1.00 | 596.22 | 596.22 |
| Subtotal | | | | | 6,102.50 |
| **Invoice Total** | | | | | **6,102.50** |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037



2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | | |
|---|---|---|
| Invoice Number | 628679 | |
| Invoice Date | June 30, 2015 | |
| PO Number | | |
| Contract | | |
| Project | CHDRY-01163-00 | |
| Terms | 30 | |
| Page | 1 of 1 | |

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 2,550.29 | 2,550.29 |
| Porter-Blaine | | | 1.00 | 765.09 | 765.09 |
| Tobin | | | 1.00 | 688.58 | 688.58 |
| Builders Mutual | | | 1.00 | 433.55 | 433.55 |
| Subtotal | | | | | 4,437.51 |
| **Invoice Total** | | | | | **4,437.51** |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA#  071006486
Acct#  2178037



2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | | | | |
|---|---|---|---|---|
| Invoice Number | 630792 | | | |
| Invoice Date | July 31, 2015 | | | |
| PO Number | | | | |
| Contract | | | | |
| Project | CHDRY-01163-00 | | | |
| Terms | 30 | | | |
| Page | 1 of 1 | | | |

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 3,420.98 | 3,420.98 |
| Porter-Blaine | | | 1.00 | 1,026.29 | 1,026.29 |
| Tobin | | | 1.00 | 923.66 | 923.66 |
| Builders Mutual | | | 1.00 | 581.57 | 581.57 |
| Subtotal | | | | | 5,952.50 |
| **Invoice Total** | | | | | **5,952.50** |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037



2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | | | | | |
|---|---|---|---|---|---|
| Invoice Number | 632268 | | | | |
| Invoice Date | August 31, 2015 | | | | |
| PO Number | | | | | |
| Contract | | | | | |
| Project | CHDRY-01163-00 | | | | |
| Terms | 30 | | | | |
| Page | 1 of 1 | | | | |

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 3,469.83 | 3,469.83 |
| Porter-Blaine | | | 1.00 | 1,040.95 | 1,040.95 |
| Tobin | | | 1.00 | 936.85 | 936.85 |
| Builders Mutual | | | 1.00 | 589.87 | 589.87 |
| Subtotal | | | | | 6,037.50 |
| **Invoice Total** | | | | | **6,037.50** |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037



2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | |
|---|---|
| Invoice Number | 633685 |
| Invoice Date | October 03, 2015 |
| PO Number | |
| Contract | |
| Project | CHDRY-01163-00 |
| Terms | 30 |
| Page | 1 of 1 |

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 1,451.15 | 1,451.15 |
| Porter-Blaine | | | 1.00 | 435.34 | 435.34 |
| Tobin | | | 1.00 | 391.81 | 391.81 |
| Builders Mutual | | | 1.00 | 246.70 | 246.70 |
| Subtotal | | | | | 2,525.00 |
| **Invoice Total** | | | | | **2,525.00** |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037

| Foundational | Nationwide | Porter-Blaine | Tobin | Builders Mutual | Total (4 Class Settlements Only) | |
|---|---|---|---|---|---|---|
| June 2013 | $23,578.95 | $7,073.68 | $6,366.32 | $4,008.42 | $41,027.37 | (note: already paid Torres & Ramirez portions) |
| July 2014* | $217.10 | $65.13 | $58.62 | $36.91 | $377.76 | (note: already paid Torres & Ramirez portions) |
| Aug 2014 | $3,669.54 | $1,100.86 | $990.78 | $623.82 | $6,385.00 | |
| Sept 2014 | $3,155.17 | $946.55 | $851.90 | $536.38 | $5,490.00 | |
| Oct 2014 | $2,765.80 | $829.74 | $746.77 | $470.19 | $4,812.50 | |
| Nov 2014 | $2,442.53 | $732.76 | $659.48 | $415.23 | $4,250.00 | |
| Dec 2014 | $7,274.43 | $2,182.33 | $1,964.09 | $1,236.65 | $12,657.50 | |
| Jan 2015 | $2,419.54 | $725.86 | $653.28 | $411.32 | $4,210.00 | |
| Feb 2015 | $2,204.02 | $661.21 | $595.09 | $374.68 | $3,835.00 | |
| Mar 2015 | $1,113.51 | $334.05 | $300.65 | $189.30 | $1,937.51 | |
| Apr 2015 | $6,135.06 | $1,840.52 | $1,656.47 | $1,042.96 | $10,675.01 | |
| May 2015 | $5,473.42 | $1,642.03 | $1,477.82 | $930.48 | $9,523.75 | |
| June 2015 | $3,507.18 | $1,052.16 | $946.94 | $596.22 | $6,102.50 | |
| July 2015 | $2,550.29 | $765.09 | $688.58 | $433.55 | $4,437.51 | |
| Aug 2015 | $3,420.98 | $1,026.29 | $923.66 | $581.57 | $5,952.50 | |
| Sept 2015 | $3,469.83 | $1,040.95 | $936.85 | $589.87 | $6,037.50 | |
| | $1,451.15 | $435.34 | $391.81 | $246.70 | $2,525.00 | |
| Totals: | $74,848.50 | $22,454.55 | $20,209.11 | $12,724.25 | $130,236.41 | |

*The invoices for the period from July 2013 to June 2014 have been paid.