UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

### ORDER

Considering Plaintiffs' Request for Oral Argument, **IT IS ORDERED** that Gary and Patricia Lustberg's Motion to Submit a Late Filed Foreclosure Claim (R. Doc. 19948) is set for oral argument before the Honorable Eldon E. Fallon immediately following the February Monthly Status Conference, on February 17, 2016 at 2:00 p.m.

**IT IS FURTHER ORDERED** that any party who wishes to respond to Plaintiffs' Motion must do so on or before January 22, 2016 at 9:00 a.m.

New Orleans, Louisiana, this 6th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

1