UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Before the Court is the Plaintiffs' Steering Committee's Motion for Leave to File Second Supplemental Response to CNBM Group's Motion to Dismiss on Grounds of the Foreign Sovereign Immunities Act (R. Doc. 19934). Having reviewed the briefing, the Court now issues this Order.

The Court feels that the issue before the Court has been more than adequately briefed and each party has had ample opportunity to present their respective positions to the Court. The Court needs no additional briefing with one exception. A deposition has been taken of Jinyu Hu, the General Manager of the CNBM Audit Department since 2005. At this stage, the Court takes no position regarding the relevance of this deposition. However, the Court will permit the PSC to submit a three-page memorandum in connection with this deposition, as well as the deposition itself. If CNBM Group wishes to reply to this memorandum, it likewise has the opportunity to do so, limited to three pages.

Accordingly, **IT IS ORDERED** that the PSC may submit a three-page response memorandum regarding the deposition of Ms. Hu on or before Friday, January 8, 2016.

**IT IS FURTHER ORDERED** that the Defendant may submit a three-page reply memorandum regarding the deposition of Ms. Hu on or before Wednesday, January 13, 2016

1

New Orleans, Louisiana, this 6th day of January, 2016.

                                           *Eldon E. Fallon*
                                        UNITED STATES DISTRICT JUDGE