IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047 SECTION L |
| THIS DOCUMENT RELATES TO: Brooke et al vs. The State-Owned Assets Supervision and Administration Commission etc, et al, Case No. 15-4124 | ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAWAL

After consideration of Plaintiffs, GARY AND PATRICIA LUSTBERG'S Motion to Withdraw Motion to Compel Settlement Administrator to Disburse GBI Funds (R. Doc. 19706),

IT IS ORDERED that Plaintiffs Lustberg's Motion is Withdraw is granted and therefore taken off the calendar for hearing following the January Monthly Status Conference.

New Orleans, Louisiana, this 7th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE