**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED        MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION        SECTION "L"

       JUDGE FALLON

       MAG. WILKINSON

**CONSENT MOTION BY MOSS & ASSOCIATES, LLC FOR ENLARGEMENT OF
TIME TO SERVE ITS RESPONSE/OPPOSITION TO JODY FERCHAUD'S
OBJECTION AND BRIEF IN SUPPORT OF OBJECTION TO SPECIAL MASTER'S
OPINION AND DECREE**

Lead Contractor, Moss & Associates, LLC (hereinafter "Moss"), by and through
undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.3
and Local Rule 7.8, hereby files this Consent Motion for Enlargement of Time to Serve its
Response/Opposition to Mrs. Ferchaud's Objection and Brief in Support of Objection to Special
Master's Opinion and Decree [D.E. 19786; D.E. 19909], and in support thereof states as follows:

1. On or about November 23, 2015, Moss was served with Jody Ferchaud's
Objection to Special Master's Opinion and Decree [D.E. 19786].

2. On or about November 24, 2015, this Court entered an Order providing that Mrs.
Ferchaud was to submit further evidentiary submissions regarding the Special Master's Opinion
and Decree by the 14th day of December, 2015.  This Court's Order further provided that Moss
was to submit its response/opposition to Mrs. Ferchaud's further evidentiary
submissions/briefing regarding the Special Master's Opinion and Decree by January 8, 2016.

3. On or about December 14, 2015, Moss was served with Mrs. Ferchaud's Brief in
Support of Objection to Special Master's Opinion and Decree [D.E. 19909].

1

4.      On or about December 18, 2015, Moss received Exhibits A-H via mail which correspond with Mrs. Ferchaud's Notice of Manual Attachments filed on December 14, 2015 [D.E. 199909-01].

5.      Due to a heavy litigation case load, a number of previously scheduled depositions in another matter, and other calendar conflicts that prevent counsel from finalizing Moss' response/objection prior to the original January 8, 2016 deadline for submission, Moss' counsel is seeking one additional business day to file its response/opposition to Mrs. Ferchaud's Brief in Support of her Objection to Special Master's Opinion and Decree, through and including Monday, January 11, 2016.

6.      Undersigned counsel respectfully requests this one-business day enlargement of time to file Moss' response/objection, through and including Monday, January 11, 2016.

7.      Good cause exists for the requested enlargement which is not being sought for the purpose of undue delay and which will not prejudice the opposing party.

8.      Moss' counsel hereby certifies that there has been no previous extension of time to respond sought by Moss and Moss' counsel hereby certifies that she has conferred with counsel for Mrs. Ferchaud (the opposing party) regarding the relief requested herein, and Mrs. Ferchaud's counsel has no objection to the relief requested herein.

9.      Pursuant to Local Rule 7.3 and 7.8, a Proposed Order is attached hereto as Exhibit 1.

**WHEREFORE**, Lead Contractor, Moss & Associates, LLC, prays for entry of an order granting an enlargement of time through and including Monday, January 11, 2016 for Moss to

2

file its response/opposition to Mrs. Ferchaud's Objection and Brief in Support of her Objection to Special Master's Opinion and Decree.

Respectfully submitted,

**TRIPP SCOTT, P.A.**

*/s/ Stephanie C. Mazzola*
**STEPHANIE C. MAZZOLA (#00077661)**
110 Southeast Sixth Street, Suite 1500
Fort Lauderdale, Florida 33301
Telephone:     (954) 525-7500
Facsimile:     (954) 761-8475
Primary Email:        scm@trippscott.com
Secondary Email:      tlk@trippscott.com
*Attorneys for Lead Contractor,*
*Moss & Associates, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that this pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants. According to the CM/ECF docket sheet, all parties to this civil action receive electronic notification. Done on January 8, 2016.

*/s/ Stephanie C. Mazzola*
**STEPHANIE C. MAZZOLA**

1251572v1 301707.0180