UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. WILKINSON |

## ORDER ON MOSS AND ASSOCIATES LLC's CONSENT MOTION FOR ENLARGMENT OF TIME

Considering the above and foregoing Consent Motion for Enlargement of Time,

**IT IS HEREBY ORDERED** that Moss & Associates, LLC Consent Motion for Enlargement of Time dated January 8, 2016 is **GRANTED**. Moss & Associates LLC shall submit its Response/Opposition to Mrs. Ferchaud's Objection and Brief in Support of Objection to Special Master's Opinion and Decree [D.E. 19786; D.E. 19909] by the 11th day of January, 2016.

Signed in New Orleans, Louisiana this _____ day of January of 2016.

_____
**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

1