Exhibit C

# HOMEOWNER AFFIRMATION

I, __JODY FERCHAUD__, residing at __1582 LAUKAHI ST, HONOLULU, HI 96821__ hereby submit this Affirmation regarding the Settlement Agreement For The Demonstration Remediation Of Homes With KPT Drywall.

I am the owner of the property located at __6025 CANAL BLVD, NEW ORLEANS, LA 70124__

To the best of my knowledge, information, and belief, the property contains all or substantially all KPT Drywall (Drywall manufacturer by Knauf Plasterboard (Tianjin) Co., Ltd.). Further, I have provided to my counsel all documents that, to my knowledge, identify the manufacturer of the Drywall used in that property.

_____  _____
Property Owner                    Property Owner

_____  _____
Property Owner Social Security #  Property Owner Social Security #

                                  _____
                                  Counsel      HHK, LLC
                                  LAW FIRM

STATE OF __HAWAII__, COUNTY OF __HONOLULU__

I certify that on __JULY 28__, 20__14__, __JODY FERCHAUD__ personally came before me and acknowledged under oath, to my satisfaction, that this person (a) is named in and personally signed this document; and (b) signed, sealed and delivered this document by her act and deed.

Doc. Date: 07/28/2014   # Pages: 1
Notary Name: Joseph Lee   First Circuit
Description: HOMEOWNER AFFIRMATION

_____  7/28/2014
Notary Signature           Date

Joseph Lee
Notary Public
Joseph Lee, First Judicial Court
State of Hawaii
Commission Expires: 01/30/2015
Commission #: 11-18

**EXHIBIT A**

Lump Sum Payment Eligibility Form

# CHINESE DRYWALL
## LUMP SUM PAYMENT ELIGIBILITY FORM

*KPT Property Owners who are members of the Residential Owner Subclass may be eligible to receive the applicable Other Covered Expenses including the Lump Sum Payment. Members of the Commercial Owner Subclass are not eligible to receive the Other Covered Expenses including the Lump Sum Payment. This instruction is provided to guide the KPT Property Owner and his/her counsel through confirming membership among the Residential and Commercial Owner Subclasses. Answer the questions below as they apply to the KPT Property Owner and the Affected Property. All questions require an answer. Select all that apply.*

In order to receive the Lump Sum Payment, you must submit the completed Lump Sum Payment Eligibility Form to BrownGreer through the Chinese Drywall secure web portal or by emailing it to DrywallRemediation@browngreer.com. If you do not have access to the internet, you may send it by mail to:

**Remediation Program Administrator**
250 Rocketts Way
Richmond, Virginia 23231

### SECTION A. HOMEOWNER INFORMATION

| 1. | Property Owner Name(s) | Last, First, Middle: 6025 CANAL BLVD, LLC |
|---|---|---|
| 2. | Affected Property Address | Street: 6025 CANAL BLVD <br> City: NEW ORLEANS  State: LA  Zip: 70124 |
| 3. | Primary Counsel | |
| 4. | Purchase Date | On what date, did the owner purchase the affected property? <br> 8 / 16 / 10 <br> (month) (day) (year) |
| 5. | Occupancy Dates | List the date range for which the owner resided in the affected property, or check the box below if the owner did not reside in the affected property. <br> ___/___/___ through ___/___/___ <br> (month) (day) (year)           (month) (day) (year) <br> ☒ Owner did not reside in the affected property. |
| 6. | Discovery of Chinese Drywall | On what date, did the owner become aware of the presence of Chinese Drywall in the affected property? <br> 9 / 23 / 13 <br> (month) (day) (year) |

#431151v5
9/12/13

1

Lump Sum Payment Eligibility Form

| | | CHINESE DRYWALL LUMP SUM PAYMENT ELIGIBILITY FORM | | |
|---|---|---|---|---|
| 7. | Current Use | How is the affected property currently used by the owner?<br><br>☐ Primary Residence<br>☐ Secondary Residence<br>☐ Vacation Property<br>☒ Rental Property<br>☐ Investment Property<br>☐ Business<br>☐ Vacant (If vacant, you must select a Prior Use Type)<br>☐ Other _____ | | |
| 8. | Prior Use | How was the property used by the owner prior to the discovery of Chinese Drywall?<br><br>☐ Primary Residence<br>☐ Secondary Residence<br>☐ Vacation Property<br>☒ Rental Property<br>☐ Investment Property<br>☐ Business<br>☐ Vacant (If vacant, provide additional information below)<br>☐ Other _____ | | |
| 9. | Additional Information | | | |
| **SECTION B. CERTIFICATION BY HOMEOWNER OR COUNSEL** | | | | |
| By my signature below, I represent and warrant, on behalf of the Homeowner or Counsel identified below, that all information provided on this form is true and correct to the best of my knowledge. | | | | |
| 10. | Signature | *Ferchaud Sole Mbr* | Date | 7/28/14 (month) (day) (year) |
| 11. | Printed Name | (First) JODY  (MI) F | (Last) FERCHAUD | |
| 12. | Firm Name | 6025 CANAL BLVD, LLC | | |