

**Revised Move-Out Notice**

**Pre-Requisites**

☑ Permit
☑ Funding
☑ Homeowner Selections

Date: 9/5/14

Homeowner: Jody Ferchaud

Address: 6021 Canal Blvd., New Orleans, LA 70124

In accordance with the Settlement Agreement for the Demonstration Remediation of Homes with KPT Drywall and more specifically the Work Authorization Exhibit F Section II Paragraph 3, the Move-Out Date for the above referenced property **is 11/13/14, Work Duration is 3 months and the Completion Date is 2/13/15.**

Please refer to the Requirements for Move-Out / Move-In as defined in the Work Authorization Agreement. No work will start until all required items are complete.

Moss and Associates, LLC

_____          9/5/14
Contractor as Agent for Knauf Entities    Date



EXHIBIT E



## Revised Move-Out Notice

**Pre-Requisites**

☑ Permit
☑ Funding
☐ Homeowner Selections

Date: 9/5/14

Homeowner: Jody Ferchaud

Address: 6025 Canal Blvd., New Orleans, LA 70124

In accordance with the Settlement Agreement for the Demonstration Remediation of Homes with KPT Drywall and more specifically the Work Authorization Exhibit F Section II Paragraph 3, the Move-Out Date for the above referenced property **is 11/13/14, Work Duration is 3 months and the Completion Date is 2/13/15.**

Please refer to the Requirements for Move-Out / Move-In as defined in the Work Authorization Agreement. No work will start until all required items are complete.

Moss and Associates, LLC

_____          9/5/14
Contractor as Agent for Knauf Entities        Date