Print Summary                                                                                                   Page 1 of 1

Your reference code is **EMKKRF**

## Application Summary

| | |
|---|---|
| Type: | General Mechanical |
| Location: | 6021 Canal Blvd |
| Property Owner: | 6025 Canal Blvd., LLC |
| Description: | install gas warm furnace and a/c. Norris, Danny (#20861) 985-863-0046 14-25266-Rnvn 3rd Party |
| Created By: | jlee |

## Details

| Name | Value |
|---|---|
| Parcel Owners | 6025 Canal Blvd., LLC |
| Legal Description | SQ 327 LOTS 17 18 CANAL BD 25 X 122 EA 6021-25 CANAL BD |
| Total Gas Furnace Count | 1 |
| 51 - 200K BTU (16-59KW) Number of Appliances/Equipment | 1 |
| Number of New AC / Refrige Units | 1 |

## Status Information

| Name | Complete | Date |
|---|---|---|
| Application Submitted | Yes | 10/30/2014 |
| Application Review | Yes | 10/30/2014 |
| Permit Approved | Yes | 10/30/2014 |
| Permit Issued | Yes | 10/30/2014 |

## Fees

| Type | Amount | Paid |
|---|---|---|
| Air Conditioning | $ 15.00 | Yes |
| Mechanical | $ 30.00 | Yes |
| Warm Air Furnaces | $ 25.00 | Yes |

## Reviews

| Division | Status | Reviewer |
|---|---|---|
| | () | |

## Review Comments

| Division | Status | Comment |
|---|---|---|

## Inspections

| Type | Date | Status |
|---|---|---|
| Warm Air Furnace | Unscheduled | Unscheduled |
| Air Conditioning | Unscheduled | Unscheduled |
| Rough Mechanical | 12/17/2014 8:00 AM | Passed |

## Inspection Correction Items

## Contractors

| Name | License |
|---|---|
| Danny Norris II | 07LAA-00044 |



EXHIBIT G

http://onestopapp.nola.gov/SummaryContent.aspx?type=Permit&id=524561                                    5/15/2015

Your reference code is **YJQQH4**

### Application Summary

| | |
|---|---|
| Type: | Electrical Repair / Replacement / Addition |
| Location: | 6021 Canal Blvd |
| Property Owner: | 6025 Canal Blvd., LLC |
| Description: | Rewire one side of a Chinese drywall double |
| Created By: | publicwebcrm |

### Status Information

| Name | Complete | Date |
|---|---|---|
| Application Submitted | Yes | 12/10/2014 |
| Application Review | Yes | 12/10/2014 |
| Permit Approved | Yes | 12/10/2014 |
| Permit Issued | Yes | 12/11/2014 |

### Fees

| Type | Amount | Paid |
|---|---|---|
| Electrical | $ 175.00 | Yes |

### Reviews

| Division | Status | Reviewer |
|---|---|---|
| | () | |

### Review Comments

| Division | Status | Comment |
|---|---|---|

### Inspections

| Type | Date | Status |
|---|---|---|
| Final Electric | Unscheduled | Unscheduled |
| Rough Electrical | 12/12/2014 5:45 PM | Passed |

### Inspection Correction Items

### Contractors

| Name | License |
|---|---|

### Details

| Name | Value |
|---|---|
| Number of New Circuits | 25 |
| Number of Lights, Switches, and Outlets | 32 |
| Number of Meters | 1 |
| Service Entrance Type | Single Phase |
| Number of Services | 1 |
| Service Size (amps) | 200 |
| Number of New Feeders | 25 |
| Number of Existing Feeders | 25 |
| Number of Existing Circuits | 25 |
| Related Building Permit Number | 14-25266-RNVN |

Your reference code is **8VEAEW**

## Application Summary

| | |
|---|---|
| Type: | Renovation (Non-Structural) |
| Location: | 6021 Canal Blvd. |
| Property Owner: | 6025 Canal Blvd., LLC |
| Description: | Chinese drywall remediation, no structural changes. Work on 6021 side only. 6021-25 Canal Blvd. |
| Created By: | etbrown |

## Status Information

| Name | Complete | Date |
|---|---|---|
| Application Submitted | Yes | 8/13/2014 |
| Application Review | Yes | 8/13/2014 |
| Zoning Review | Yes | 8/13/2014 |
| Permit Approved | Yes | 8/13/2014 |
| Permit Issued | Yes | 8/19/2014 |

## Fees

| Type | Amount | Paid |
|---|---|---|
| Building | $ 535.00 | Yes |

## Reviews

| Division | Status | Reviewer |
|---|---|---|
| Safety and Permits | Complete (8/13/2014) | Leila M Manouchehri |
| Zoning | Approved (8/13/2014) | Estelle T Brown |

## Review Comments

| Division | Status | Comment |
|---|---|---|

## Inspections

| Type | Date | Status |
|---|---|---|
| Final Building C/O | Unscheduled | Unscheduled |
| General Inspection | Unscheduled | Unscheduled |
| Rough Framing | 12/19/2014 11:15 AM | Passed |

## Inspection Correction Items

## Contractors

| Name | License |
|---|---|
| Moss & Associates | |

## Details

| Name | Value |
|---|---|
| Parcel Owners | 6025 Canal Blvd., LLC |
| Legal Description | SQ 327 LOTS 17 18 CANAL BD 25 X 122 EA 6021-25 CANAL BD |
| Zoning | LRS-1 |
| Subdivision | LAKEVIEW |
| Is In Historic District | No |
| Is In Neighborhood Conservation District | No |
| FEMA Zone | A3 |
| Existing Use | Two Family Dwelling |
| Proposed Use | Two Family Dwelling |
| Number of Floors | 1 |
| Construction Value | 94815 |