Your reference code is **H6YWNC**

### Application Summary

| | |
|---|---|
| Type: | General Mechanical |
| Location: | 6025 Canal Blvd |
| Property Owner: | 6025 Canal Blvd., LLC |
| Description: | install gas warm air furnace and a/c. Danny Norris (#20861) 985-863-0046 14-25267-RNVN 3rd Party |
| Created By: | jlee |

### Details

| Name | Value |
|---|---|
| Parcel Owners | 6025 Canal Blvd., LLC |
| Legal Description | SQ 327 LOTS 17 18 CANAL BD 25 X 122 EA 6021-25 CANAL BD |
| Number of New AC / Refrige Units | 1 |
| Total Gas Furnace Count | 1 |
| S1 - 200K BTU (16-59KW) Number of Appliances/Equipment | 1 |

### Status Information

| Name | Complete | Date |
|---|---|---|
| Application Submitted | Yes | 10/30/2014 |
| Application Review | Yes | 10/30/2014 |
| Permit Approved | Yes | 10/30/2014 |
| Permit Issued | Yes | 10/30/2014 |

### Fees

| Type | Amount | Paid |
|---|---|---|
| Air Conditioning | $ 15.00 | Yes |
| Mechanical | $ 30.00 | Yes |
| Warm Air Furnaces | $ 25.00 | Yes |

### Reviews

| Division | Status | Reviewer |
|---|---|---|
| | () | |

### Review Comments

| Division | Status | Comment |
|---|---|---|

### Inspections

| Type | Date | Status |
|---|---|---|
| Warm Air Furnace | Unscheduled | Unscheduled |
| Air Conditioning | Unscheduled | Unscheduled |
| Rough Mechanical | 12/9/2014 7:45 AM | Passed |

### Inspection Correction Items

### Contractors

| Name | License |
|---|---|
| Danny Norris II | 07LGA-00045 |


EXHIBIT H

Your reference code is ZXUZZL

## Application Summary

| | |
|---|---|
| Type: | Electrical Repair / Replacement / Addition |
| Location: | 6025 Canal Blvd |
| Property Owner: | 6025 Canal Blvd., LLC |
| Description: | Rewire chinese drywall duplex. This is one half of the duplex. |
| Created By: | publicwebcrm |

## Status Information

| Name | Complete | Date |
|---|---|---|
| Application Submitted | Yes | 12/8/2014 |
| Application Review | Yes | 12/10/2014 |
| Permit Approved | Yes | 12/10/2014 |
| Permit Issued | Yes | 12/11/2014 |

## Fees

| Type | Amount | Paid |
|---|---|---|
| Electrical | $ 175.00 | Yes |

## Reviews

| Division | Status | Reviewer |
|---|---|---|
|  | () |  |

## Review Comments

| Division | Status | Comment |
|---|---|---|

## Inspections

| Type | Date | Status |
|---|---|---|
| Final Electric | Unscheduled | Unscheduled |
| Rough Electrical | 12/12/2014 5:45 PM | Passed |

## Inspection Correction Items

## Contractors

| Name | License |
|---|---|

## Details

| Name | Value |
|---|---|
| Number of New Circuits | 25 |
| Number of Lights, Switches, and Outlets | 35 |
| Number of Meters | 1 |
| Service Entrance Type | Single Phase |
| Number of Services | 1 |
| Service Size (amps) | 200 |
| Number of New Feeders | 25 |
| Number of Existing Feeders | 25 |
| Number of Existing Circuits | 25 |
| Related Building Permit Number | 14-10525-BLDGC |

Your reference code is **YNQDFZ**

## Application Summary

| | |
|---|---|
| Type: | Renovation (Non-Structural) |
| Location: | 6025 Canal Blvd |
| Property Owner: | 6025 Canal Blvd., LLC |
| Description: | Chinese drywall remediation, work on 6025 Canal Blvd only, 6021-25 Canal Blvd. |
| Created By: | etbrown |

## Status Information

| Name | Complete | Date |
|---|---|---|
| Application Submitted | Yes | 8/13/2014 |
| Application Review | Yes | 8/13/2014 |
| Zoning Review | Yes | 8/13/2014 |
| Permit Approved | Yes | 8/13/2014 |
| Permit Issued | Yes | 8/19/2014 |

## Fees

| Type | Amount | Paid |
|---|---|---|
| Building | $ 560.00 | Yes |

## Reviews

| Division | Status | Reviewer |
|---|---|---|
| Safety and Permits | Approved (8/13/2014) | Leila M Manouchehri |
| Zoning | Approved (8/13/2014) | Estelle T Brown |

## Review Comments

| Division | Status | Comment |
|---|---|---|

## Inspections

| Type | Date | Status |
|---|---|---|
| Final Building C/O | Unscheduled | Unscheduled |
| General Inspection | Unscheduled | Unscheduled |
| Rough Framing | 12/19/2014 11:15 AM | Passed |

## Inspection Correction Items

## Contractors

| Name | License |
|---|---|
| Moss & Associates | |

## Details

| Name | Value |
|---|---|
| Parcel Owners | 6025 Canal Blvd., LLC |
| Legal Description | SQ 327 LOTS 17 18 CANAL BD 25 X 122 EA 6021-25 CANAL BD |
| Zoning | LRS-1 |
| Subdivision | LAKEVIEW |
| Is In Historic District | No |
| Is In Neighborhood Conservation District | No |
| FEMA Zone | A3 |
| Construction Value | 99776 |
| Existing Use | Two Family Dwelling |
| Proposed Use | Two Family Dwelling |
| Number of Floors | 1 |