# William Coates

| | |
|---|---|
| From: | Justin Smith |
| Sent: | Thursday, December 11, 2014 3:43 PM |
| To: | 'Vickie Lory'; 'Lenny Davis'; 'Velez, Louis' |
| Cc: | 'Kerry Miller'; Phil Adams; William Coates; Tim Harris |
| Subject: | RE: Ferchaud - 6021 6025 Canal Blvd. - New Orleans, LA - CDW Remediation Schedule Hold (cod violations) |

Vicki,

Please see PDF attached. The City of New Orleans uses an online portal for inspection reports. This is all we can offer as far as a .pdf goes. No one has verbally spoken to the inspector. As with every home in the program, after GFA the MEP subs rough in. Upon completion they call for a rough in inspection. The inspector inspects when he is available. Sometimes it is on the date requested sometimes it is not. Upon inspection, you either pass, or fail. This residence failed due to the stated illegal 3 plex. Essentially, the homeowner has converted their duplex into a 3-plex without permitting this change through the City of New Orleans. In this case, the work that was performed is substandard to the current Building Code Requirements and will require various upgrades and changes to be compliant. After the MEP subcontractors pass rough inspection, MOSS calls in for a framing inspection. We can not call for a framing inspection until the MEP subcontractors pass their inspections. To answer your question of is this the only thing, yes, this is the only thing noted at this time. I can not answer for what may, or may not come up at framing inspection. We will not know that until this current issue is addressed. Please note that as per the Work Authorization, "Neither Knauf Defendants nor the Contractor are responsible for the failure of the Property to comply with building codes and regulations where such failure is unrelated to the Repair Work". Any unforeseen costs associated with the unauthorized work including but not limited to failed inspections, plan revisions, permitting fee's, modification of the remediation work to accommodate the unauthorized work, extended living expenses as a result of a delay, will be the sole responsibility of the homeowner.

I personally have been calling the New Orleans Building Department. Their contact information is 1-504-658-7100 should anyone else want additional information. I literally just hung up the phone with one of the in office workers. He stated that I would need to speak with the inspector that failed the home. I left my name, and number for this inspector. Should I not hear back from him within two hours, I will try him again for the 3rd time today. Scott Hodges is driving to their office tomorrow in an attempt to meet with someone face to face. Hopefully this will resolve the matter.

MOSS is diligently attempting to obtain additional information on this code violation. Upon receipt, all information will be sent to this email chain. Until that time, and until this issue is resolved, the CDW remediation is on hold.

In response to your clients claim that our document is "bogus" I can assure you it is not. It is literally impossible for anyone to manipulate the City of New Orleans Building Department website nor would we ever do so in order to purposely place a home on hold. Also, you will see where your client in writing admits that changes have to be made in order for her home to not be considered a 3 plex.

Thank you,


*Justin Smith*
**Moss & Associates**
m (334) 714-0287
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311



**From:** Justin Smith
**Sent:** Thursday, December 11, 2014 2:13 PM
**To:** 'Vickie Lory'; Lenny Davis; Velez, Louis

1

**Cc:** Kerry Miller; Phil Adams; William Coates
**Subject:** FW: Ferchaud - 6021 6025 Canal Blvd. - New Orleans, LA - CDW Remediation Schedule Hold (cod violations)

MOSS will be replying direct to you on the below email momentarily.

*Justin Smith*
**Moss & Associates**
m (334) 714-0287
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311

**From:** Jody Ferchaud [mailto:jferchaud@gmail.com]
**Sent:** Thursday, December 11, 2014 2:08 PM
**To:** Vickie Lory
**Cc:** Justin Smith; Lenny Davis; Velez, Louis; Scott Hodges; Jen (jen@jesincorporated.com); William Coates; Phil Adams
**Subject:** Re: Ferchaud - 6021 6025 Canal Blvd. - New Orleans, LA - CDW Remediation Schedule Hold (cod violations)

The city of New Orleans has no record of any inspection done at 6021-25 Canal Blvd. Inspections will occur when the plumbing and electrical are roughed in and Moss is ready to close the walls. I suggest that the document sent to me is bogus. I requested not replacing the lower refrigerator, hood, stove and main kitchen washer and dryer at 6021 Canal Blvd because it is not permitted for a third unit. In the long run, this will delete certain installs, along with electrical and plumbing from the scope of work. I talked to the plumber and he said he would cap the plumbing line for the washer in the main kitchen. I haven't talked to the electrician about the electrical. I also talked to Jen. I'm allowed to have a wet bar in a bonus room, a single sink, and that's what is there currently. Full transparency and honesty are necessary for this project to be successful and I do hope this situation can be rectified. I suggest good communication at this point.

Justin.

Will you kindly send this via PDF? We're having some trouble viewing and printing the report in the screenshot format. Also, just to confirm, is this only the one page?

The report does not say much other than **"Illegal 3-plex, 3rd unit in rear."** Is that the only violation? Who was at the home when the City inspector was there? If possible, we would like to obtain further information regarding any verbal communications had with the inspector. When you obtain any additional information, please send it to us ASAP.

Thank you again,

Vickie

**From:** Justin Smith [mailto:jsmith@mossemail.com]
**Sent:** Thursday, December 11, 2014 12:22 PM
**To:** Vickie Lory
**Cc:** Lenny Davis; Velez, Louis; Ferchaud, Jody (jferchaud@gmail.com); Scott Hodges; Jen (jen@jesincorporated.com); William Coates; Phil Adams
**Subject:** RE: Ferchaud - 6021 6025 Canal Blvd. - New Orleans, LA - CDW Remediation Schedule Hold (cod violations)

Vicki,

Attached is the fail report. The City failed this duplex because in their eyes it has been turned into an illegal 3 plex. MOSS is at the mercy of City inspectors. This is how the project was when we took the home over. MOSS is currently attempting to contact the City for further information on this pre existing homeowner code violation.

As of receipt of this email, and attached report, the CDW remediation is at a stand still.

Thank you,

*Justin Smith*
**Moss & Associates**
m (334) 714-0287
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311

---

**From:** Vickie Lory [mailto:VLORY@hhklawfirm.com]
**Sent:** Thursday, December 11, 2014 12:09 PM
**To:** Justin Smith
**Cc:** Lenny Davis; Velez, Louis; Ferchaud, Jody (jferchaud@gmail.com); Scott Hodges; Jen (jen@jesincorporated.com)
**Subject:** RE: Ferchaud - 6021 6025 Canal Blvd. - New Orleans, LA - CDW Remediation Schedule Hold (cod violations)

Hi Justin,

Thank you for your email. However, I just had a conversation with the client today regarding this issue, and she informed me that she has not received the necessary information needed to begin resolving these code violations. Therefore, we request that you continue to revise the date until such time that the client receives the necessary information in order to begin resolution of these violations. She informed me today that she has not been given a copy of the fail report. Therefore, she indicated that she cannot begin resolution of the violations until she has the necessary information.

3

We ask that you please email a copy of the **Fail Report** mentioned in your email below. Please forward it to everyone on this email so the necessary conversations regarding the violations can begin ASAP.

Thank you again for your anticipated assistance with this matter.

*Vickie Lory, Paralegal*

*Herman Herman & Katz, LLC*

*Herman Gerel, LLP*

*820 O'Keefe Ave.*

*New Orleans, LA 70113*

*O: (504)-581-4892 \ F: (504) 561-6024*

*e-Mail: vlory@hhklawfirm.com*

*http://www.hhklawfirm.com*

*This e-mail message may contain confidential, privileged information intended solely for the addressee. Please do not read, copy or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

---

**From:** Justin Smith [mailto:jsmith@mossemail.com]
**Sent:** Wednesday, December 10, 2014 10:10 PM
**To:** Justin Smith
**Cc:** Vickie Lory
**Subject:** Re: Ferchaud - 6021 6025 Canal Blvd. - New Orleans, LA - CDW Remediation Schedule Hold

Vicki,

Please revise the below email. Our field personnel failed to reach out to the homeowner, and are doing so first thing in the morning. So please be advised that due to pre existing homeowner code violations the CDW remediation schedule is on hold as of 12/11/2014 instead of 12/9/2014.

4

I will contact you when the delay is over with a revised completion date.

Sent from my iPhone

On Dec 9, 2014, at 10:25 AM, "Justin Smith" <jsmith@mossemail.com> wrote:

> Please be advised that the CDW remediation schedule is on hold at this home as of 12/9/2014 for pre existing code violations including but not limited to previously performed unpermitted work, and structural code violations. I will send a fail report in a following email. MOSS nor Knauf will be held liable for schedule delays due to code violations.
>
> We have reached out to the homeowner, to make them aware of the issues. They can opt to pay one of our contractors on site to complete the work, or perform the work themselves.
>
> I will contact you when the schedule resumes with a new anticipated substantial completion date.
>
> Please call me if you need anything.
>
> *Justin Smith*
> **Moss & Associates**
> m (334) 714-0287
> 2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless

you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.



# William Coates

**From:** Justin Smith
**Sent:** Wednesday, December 10, 2014 10:35 PM
**To:** jferchaud@gmail.com
**Cc:** Scott Hodges
**Subject:** CDW Remediation

Good Evening,

Scott Hodges will be contacting you in the morning to discuss the code violations at your residence. Until the City passes the home, the CDW remediation will remain on hold as the issue they are failing it for is pre existing. Please reference your Work Authorization as it pertains to pre existing code violations.

Scott will contact you tomorrow to discuss further.


Sent from my iPhone

1