## LAMA Incident Summary

**Incident Number:** 14-10525-BLDGC
**Type:** Building Code
**Department:** SP
**Location:** 6021 Canal Blvd
**Owner:** 6025 Canal Blvd., LLC
**Description:** Illegal 3-plex. 3rd unit in rear.
**Current Status:** No Violation Found
**Next Status:**
**User:**

**Status Information:**

| Status | Date |
|---|---|
|  | 12/16/2014 |

### Recipients:

| Name | Address | City, St Zip |
|---|---|---|
| 6025 Canal Blvd., LLC | C/O Jody Ferchaud 1582 Laukahi St | Honolulu, HI 96821 |

### Fees:

| Type | Amount | Paid |
|---|---|---|
|  |  | Paid: |

### Inspections:

| Inspector | Date | Status |
|---|---|---|
| Steven Dwyer | 12/16/2014 12:00 AM | No Violation |
| Gary Graham | 11/13/2014 1:30 AM | Pending |

### Open Violations

### Details:

| Property | Value |
|---|---|
| In Historic District | No |
| In Neighborhood Conservation District | No |
| Council District | A |
| Ward | 4 |
| Fire District | 5 |
| Code Enforcement District | 11 |
| FEMA Flood Zone | A3 |
| GISID | 41011841 |
| Legal Description | SQ 327 LOTS 17 18 CANAL BD 25 X 122 EA 6021-25 CANAL BD |
| Square | 327 |
| Municipal District | 2 |



EXHIBIT J