**William Coates**

| | |
|---|---|
| From: | Justin Smith |
| Sent: | Friday, December 12, 2014 2:32 PM |
| To: | William Coates |
| Subject: | Fwd: Ferchaud Changes - Additions - Deletions |

Sent from my iPad

Begin forwarded message:

> **From:** <jsmith@mossemail.com>
> **Date:** December 12, 2014 at 1:27:30 PM CST
> **To:** Jody Ferchaud <jferchaud@gmail.com>
> **Cc:** Scott Hodges <shodges@mossemail.com>, Neil Verges Verges <vergeselectric@gmail.com>, Colton - Baton Rouge Plumbing <brplumbing@cox.net>, Glen Norris <glennorris1079@yahoo.com>, Victoria Verges <victoriaverges@gmail.com>
> **Subject: Ferchaud Changes - Additions - Deletions**
>
> All,
>
> Mrs. Jody Ferchaud is copied on this email. It has been brought to my attention that there are multiple items that are changing on this project that are not listed in the Scope of Work. All changes will be listed in this email. NO changes other than what is discussed in this email chain are allowed. Should you make any changes not discussed in this chain then you accept all liability.
>
> This email chain is to be used for the remainder of the project. CC me on all correspondence.
>
> Mrs. Ferchaud - Please reply all with the changes you wish to have on this project including all additions, and removals.
>
> Scott - Please send the schedule waiver to this email.
>
> Thank you all for your hard work. Have a good weekend.
>
> Sent from my iPhone



EXHIBIT K