# MOSS

Property Owner: Jody Ferchaud
Address: 6021 + 6025 Canal Blvd New Orleans LA

**Re: Property Owner Requested Work Waiver**

In accordance with the executed Work Authorization – Terms and Conditions (Article I – Repair Work, Section 9) the Property Owner may request additional work by the Contractor that is not included in the original approved and agreed upon Repair Work (Remediation Protocol Scope) for that particular home. At its sole discretion, the Contractor may decline to perform Property Owner's Additional Requested Work. In addition, the Contractor may only accept such work, which shall be under a separate agreement with the Property Owner, if such work does not impede the progress of the Repair Work. Any agreed upon Property Owner Additional Requested Work will be paid for in advance by the Property Owner to the Contractor before any such work shall commence and only under the direction of the Contractor shall any additional work be performed as to not impede the progress of the remediation work set forth in the home.

In the event the Property Owner's Additional Requested Work shall affect the agreed upon schedule established by the Construction Duration (Article II – Schedule) of the executed Work Authorization, the Property Owner hereby holds harmless Knauf, Moss and its subcontractors from the Delay Period Payment clause under the MDL No. 2047 Settlement Agreement Regarding Claims Against the Knauf Defendants pursuant to Section 4.3.1.2 (Delay Period Payment) that entitles the Property Owner to any additional lump sum payments for extended living expenses for any work not substantially complete at the end of the designated construction schedule. The Property Owner assumes all risks, and waives all claims in connection with entering the Property during the Construction Period. This includes, but is not limited to, any Contractors hired by the Property Owner to perform Property Owner's Additional Requested Work. The Contractor's warranty remains limited to the terms of the executed Work Authorization (Article III – Warranty). The signing of this agreement confirms that the Property Owner's Additional Requested Work has impacted the original agreed to schedule set forth in the Remediation Protocol agreement established for this particular home.

By no means shall the Contractor be allowed to commence performance on the Property Owner's Additional Requested Work until this waiver has been signed and returned to Moss & Associates, LLC and the Contractor has received all payments for the Additional Requested Work in advance of such commencement.

Agreed to & Accepted:

_____  12/16/14
Property Owner                Date

_____  12/16/14
Moss & Associates, LLC        Date

**EXHIBIT L**

2101 N. Andrews Avenue
Ste. 300
Ft. Lauderdale, FL 33311    WEB SITE www.mossan.com    Construction Managers