# SEWERAGE AND WATER BOARD OF NEW ORLEANS
## PLUMBING DEPARTMENT
### INSPECTOR'S REPORT

268-B

P. P. C-
F. C. D-

Sewer Appl. Filed ☐
Septic Tank ☐

(Date) _____

_____ PLUMBERS

Baton Rouge Plbg

No. 6035 Chartres _____ St. bet. _____ and _____

* 2nd Flr *
200 FVIS CS-1916 12/14/15
Old two piece toilet
w/ Pan and tank
general floor

* bathrooms *
* Evidence Corrosion
dust throughout
* loose ext. vents
DC system piping
zinc type

* Evidence Hd water Freon
Hosting over 1st flr
* (All used) throughout
need to replace +
recamp thoroughly
Must decontam.
Byser 700 mary
to exist —

_____ signature _____

**EXHIBIT M**