EXHIBIT N

**William Coates**

| | |
|---|---|
| From: | Justin Smith |
| Sent: | Friday, December 19, 2014 10:01 AM |
| To: | 'Jody Ferchaud'; Vickie Lory; Louis Velez; Lenny Davis; Jen Harper J.E.S. Inc.; Scott Hodges |
| Cc: | Phil Adams; William Coates |
| Subject: | RE: Canal Blvd |
| Attachments: | photo 1.jpg; photo 2.jpg; photo 3.jpg; photo 4.jpg; photo 5.jpg; Scan0101.pdf |

The plumber is working on the itemized budget. However, once again your total budget for plumbing fixtures including tubs is $3,950.00. That information should be plenty to get you started.

I am aware that you, and Mr. Velez were present for the plumbing inspection yesterday, and the inspector stated that there were multiple pre existing code violations. That being said, the CDW remediation schedule is now on hold until the home is brought up to code. The code violations are below. The inspection report with photos are attached. It is your option to Subcontract these repairs with our plumber, or subcontract with one of your own. The home will be photo documented before any outside subcontractors are allowed entrance. Any damages sustained during the time the home is turned over is the responsibility of your contractor. MOSS will also not warrant any work completed by outside Subcontractors.

The code violations are:
Replace all furnco fittings( Rubber) there's about 30 in the home.
Replace all galvanize pipe (to much rust)
Run new pan lines( undersize)
Add venting to upstairs tubs
Add venting to downstairs lavatory's and bar sink
Add p trap to tub
Add p-trap to washing machine box
Run vents for washing box.

MOSS will be attending the 1:00 meeting to photo the floors as this pre existing condition was specifically pointed out to everyone present at the kick off.

Thanks.

*Justin Smith*
**Moss & Associates**
m (334) 714-0287
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311

---

**From:** Jody Ferchaud [mailto:jferchaud@gmail.com]
**Sent:** Friday, December 19, 2014 8:42 AM
**To:** Vickie Lory; Louis Velez; Lenny Davis; Jen Harper J.E.S. Inc.; Justin Smith; Scott Hodges
**Subject:** Canal Blvd

I'm still waiting to see the itemized budget from the plumber and from Jen.

The city inspector noted several plumbing code violations at the property yesterday. Please send me a copy of the report. I understand this will effect the schedule. How do we proceed?

1

I would like Louis Velez to attend the Meeting with Jen on Monday at 1pm if possible. The main purpose of the meeting is to address the flooring in both kitchens as well as to configure cabinet layout. Chi from CC cabinets will measure at 1pm.

Thanks,
Jody Ferchaud