# William Coates

| | |
|---|---|
| From: | Justin Smith |
| Sent: | Monday, December 22, 2014 9:11 AM |
| To: | Jody Ferchaud |
| Cc: | Scott Hodges; Vickie Lory; Lenny Davis; Louis Velez; Phil Adams; William Coates; Kerry Miller |
| Subject: | Re: Plumbing fixtures |

Jody,

See below. This is the breakdown on plumbing fixtures. Should you decide to purchase yourself, MOSS will not honor warranty on material, and you are responsible for being sure the purchased fixtures will match up with materials roughed in. Fixtures must be delivered before whatever date the plumber gives. You are responsible for securing them if they are dropped off on site, and not hand delivered to plumber.

Please advise us on the status of your code violations. Baton Rouge plumbing is unable to perform this work due to other contract obligations. Scott H will photo doc today. Any damages sustained while code violations are being addressed will be your responsibility. MOSS contractors will not be back in the home after today until codes are addressed.

Louis - please take this as my second request to stop reaching out to MOSS subcontractors without involving myself, Phil Adams, or William Coates.

Jennifer Harper will have your budgets for finishes today. After you decide what finishes you will be taking a credit on, I will email you what you will be liable for in doing so.

All budget numbers are non negotiable as these numbers are what were approved. Any cost difference are your responsibility.

**Faucet Break Down**
6021

**Kitchen**
$270.00
**Upstairs lavatory**
$200.00
**Upstairs shower**
$250.00
**Bar faucet**
$210.00
**Vessel lavatory**
$300.00
**Shower**
$450.00

Upstairs tub
$400.00


EXHIBIT

Faucet Break down
6025

**Kitchen**
$270.00
**Upstairs Lavatory**
$200.00
**Upstairs shower**
$250.00
**Vessel lavatory**
$300.00
**Shower**
$450.00

Upstairs tub
$400.00


Total allowance: $3,950.00

Sent from my iPhone

On Dec 19, 2014, at 4:22 PM, "Jody Ferchaud" <jferchaud@gmail.com> wrote:

> I am requesting a list of all plumbing fixtues with their make and model along with their replacement value. I made note of the Kohler shower fixtures in the cast iron tubs when I was here during Jazz Festival. I cant sign off on plumbing until I receive the line by line estimate. If I am not able to get the list, I will have to work with someone who can help me identify these fixtures by picture. I'm asking for full transparency. Colt has promised this list and has not delivered it. This is unexceptable! Please send the list asap.
>
> Thanks,
> Jody Ferchaud

2