

Begin forwarded message:

>**From:** Lenny Davis <LDAVIS@hhklawfirm.com>
>**Date:** January 7, 2015 at 5:19:44 PM CST
>**To:** 'Jody Ferchaud' <jferchaud@gmail.com>, Justin Smith <jsmith@mossemail.com>, "Jen Harper J.E.S. Inc." <jen@jesincorporated.com>, Louis Velez <louisav@cox.net>, "Philip Adams (padams@mossemail.com)" <padams@mossemail.com>
>**Cc:** Vickie Lory <VLORY@hhklawfirm.com>, Lillian Flemming <LFLEMMING@hhklawfirm.com>, "Kerry Miller (kmiller@frilot.com)" <kmiller@frilot.com>
>**Subject: jody ferchaud/6021 canal blvd**

This email confirms the meeting that took place earlier today between myself, Jody Ferchaud, Louis Velez (Ombudsman), Phil Adams (Moss), Justin Smith (Moss), Jen Harper (J.E.S.) and Steve Harper(J.E.S.).   I appreciated everybody getting together in an attempt to resolve a number of issues.  Hopefully, this meeting will put some concerns aside and remediation and reconstruction of the property can proceed in an amicable, cordial manner.  We addressed a number of issues outlined below:

1. Code violations – Louis Velez will not participate in these issues.  Jody expressed her views regarding a number of documents she had obtained regarding code issues and inspections by the City of New Orleans.  Moss expressed its views regarding code issues.  Further discussion regarding code issues were addressed concerning plumbing matters.
2. Plumbing matters – It was agreed that Jody is to have her plumber come in and make repairs to the property so that it is brought up to code.  The Moss plumbers will not be performing work to bring the property up to code as this is an "extra add-on." Jody's plumber will address their own permit issues.  Only after Jody's plumber has completed their work will Moss come back on to the property and perform the balance of the work.
3. Plumbing fixtures – Jody is to address these issues directly with Moss.  Specifically, we discussed like-for-like fixtures and the removal and replacement of cast iron tubs.  A credit will be given if appropriate and depending upon product selected.
4. Flooring – We reviewed photographs of the flooring in the kitchen on the south side of the property.  These photos revealed pre-existing damage in the kitchen.  It is understood that photographs of the property were prepared at the initial kick-off.  Jody acknowledges that if her

plumber causes any damage to the floor or property it will not be the responsibility of Moss to make repairs. It was further agreed that the existing covering on the floor will not be taken up for an inspection at this time, but that generally the flooring was in good condition except for the kitchen areas.

5. Appliances – Replacement of appliances will be like-for-like. If any appliances are not being replaced, a credit will be given.
6. Gas lantern – The front exterior gas lantern does not have copper pipe leading to it. It is galvanized pipe and no repairs will be made.
7. Moss cover sheet – Phil will send to me or Jody the Moss cover sheet which outlines four (4) elements, including plumbing, electrical, mechanical and finishes.
8. AC duct work – Moss has or will get rid of the flex duct work in the kitchen area and will add a new drop. Jen and Jody are to address this further if needed.
9. Sound board – Moss will address the sound board and insulation between the two (2) units. Jen and Jody will address this as an add-on for the upstairs unit.
10. Add-ons – These issues are to be addressed between Jen and Jody and any add-ons will be memorialized in writing with full disclosure of the additional cost.
11. Upstairs tubs – The replacement tubs will be delivered by Moss' plumber and the old tubs will be removed by Moss' plumber.
12. Broken pedestal sink – Moss' plumber will replace the broken pedestal to the sink.

I believe this is an accurate summary of the meeting; however, as I indicated, I am copying everyone so that if there are any additions or modifications everyone has an opportunity to add comments. Thank you for taking the time to meet today.

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.