768-B

# SEWERAGE AND WATER BOARD OF NEW ORLEANS
## PLUMBING DEPARTMENT
### INSPECTOR'S REPORT

Sewer Appl. Filed ☐    P. P. C -

Septic Tank ☐    (Date) 12/18/14    F. C. D -

Baton Rouge PLBG .......... PLUMBERS

No. 6025 Canal Blvd St. bet. .......... and ..........

\* SPECIAL \*
300 - EXIST CI/PVC 12/18/14    9:30 - PVC    1-27-15
Old two story duplex    ON EXIST WASTE
w/ Piers and Slab    2 - 1½" STKS  ② KS 2" CAP
ground floor.    2 - 1½" LOOP  ② ACW 1" PT
\* EXCEPTIONS \*    1½" LOOP  ① ACW 2" PT
\* FERNCO Couplings    3" STK  ② WC PS
used throughout    ② SHO 2" PT
\* LAVS NOT VENTED    ② LAV
\* BT. UPSTAIRS WRONG   1½" LOOP  ① BS
SIZE PIPE    12
\* FIXTURES ON 2ND FLOOR    2nd FL
Flushing over 1ST FLR    3" STK  ① WC PS
\* CPVC USED Throughout    ① LAV
need to replace &    1½" LOOP  ① BT 2" PT
resize correctly    3" STK  ① WC PS
There EXCEPTIONS    ① BT 2" PT
EXIST - TOO MANY    ① LAV
to list -  JAN 27 REC'D    6 ⓪ 12 = 18
PAID
50⁰⁰ RE-INSP. FEE    ¾" - ½" L-COPPER HVC IN WALLS
                       WATER TEST OK
                       PRESSURE TEST OK

                       EXCEPTIONS NOW CLEARED OK

EXHIBIT Q