# William Coates

| | |
|---|---|
| From: | Justin Smith |
| Sent: | Monday, February 09, 2015 2:15 PM |
| To: | William Coates; Tim Harris; Phil Adams |
| Subject: | Fwd: Ferchaud Hold |

FYI:

Sent from my iPhone

Begin forwarded message:

> **From:** Toni Becnel <tbecnel@becnellaw.com>
> **Date:** February 9, 2015 12:59:24 PM CST
> **To:** Justin Smith <jsmith@mossemail.com>
> **Cc:** Salvadore Christina <schristina@becnellaw.com>, Jennifer Harper <jenaharper@mac.com>, Steve Harper <stevejesinc@me.com>
> **Subject: Ferchaud Hold**
>
> I just hung up the phone with Jody and she wants the house to stay on hold. She is waiting for her independent inspector to complete his report and he is out of town until next Monday. As soon as we get it I will forward it on to you.
>
> Toni Becnel
> tbecnel@becnellaw.com
> Becnel Law Firm, LLC
> P.O. Drawer H
> Reserve, LA 70084
> Phone: 985.536.1186
> Fax:    985.536.6445
>
> This document is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution, copying, or use of this document is strictly prohibited. If you have received this communication in error, please delete it from your inbox.



EXHIBIT R