## William Coates

| | |
|---|---|
| From: | Justin Smith |
| Sent: | Monday, January 26, 2015 9:00 PM |
| To: | Jody Ferchaud |
| Cc: | Inc. Verges Electric; Inc. Jen Harper J.E.S.; Glen Norris; Scott Hodges; Baton Rouge Plumbing |
| Subject: | Meeting Summary |

Jody,

Please see below a summary of our discussions at today's meeting:

1. All missed electrical has been added.
2. Verges is to wire 6021 exterior back light to be billed to 6021 unit.
2. Missing Hard Duct drop down in 6025. Danny's please add this. I will call you tomorrow to explain.
3. Confirmed 2 drains for washers in 6021.
4. The cabinet layout for the back room of 6021 will run a span of 12 feet.
5. Damaged Vapor Barrier to be repaired in upstairs back room of 6025.
6. MOSS/JES will walk you to confirm everything is repaired/correct before insulating.
7. MOSS/JES will allow your home inspector access at date/time agreed upon.
8. MOSS is to research the missing window units, and advise.

I will speak with my corporate office tomorrow on the plaster, and contact you within 24 hours of the plan moving forward on this portion of the project.

Thank you.


Sent from my iPad



EXHIBIT 5