**EXHIBIT**

# William Coates

| | |
|---|---|
| From: | William Coates |
| Sent: | Thursday, March 19, 2015 12:33 PM |
| To: | Toni Becnel |
| Cc: | Justin Smith; Salvadore Christina; Phil Adams |
| Subject: | RE: Ferchaud (Response to Inspection Reports) |
| Attachments: | Fwd: jody ferchaud/6021 canal blvd; Photo Mar 12, 2 27 28 PM.jpg; Photo Mar 12, 2 27 48 PM.jpg; Ferchaud Kick Off - Mechanical |
| Importance: | High |

Toni,

We have received three inspection reports in total. They are dated as follows: 02/24/15, 03/07/15, and 03/12/15. The 03/07/15 report is a follow-up to the report date 02/24/15 and outlines unfinished items from the initial report dated 02/24/15. The inspection report dated 03/12/15 is a "mechanical" only inspection report that appears to be a different inspector than the one who composed the first two reports.

Below is a list of responses to the 03/07/15 report and the 03/12/15 mechanical report of unresolved items:

8) The deficiency noted for this line item is a vague general statement about preparing the home for insulation and sheetrock install. As laid out in the Settlement Agreement, this is a "like for like" program. In this case we kick off the home, soft demo, hard demo, clean, pass GFA inspection, rough the home with MEPs, pass rough inspections, insulate, and hang drywall. If unforeseen issues come up they are addressed accordingly. If the unforeseen issue is unrelated to the work we are performing in accordance with Exhibit F of the Settlement Agreement, it is the homeowner's responsibility to correct these issues. In the case of this home, there were numerous framing and plumbing code violations that were unrelated to the work we were performing in the home and required correction.

9) Moss is not responsible for installing moisture barriers on homes participating in the Chinese Drywall Remediation Program.

10) Deficiency references next set of issues by line item number.

15) Per the protocol set forth in Exhibit F, water heaters are detach and reset items. They are left in place and inspected during the MEP trim phase of the home. In this particular case, the water heater has not been moved, so the issue with the plywood is a homeowner issue that is their responsibility to correct.

18) The deficiency noted is that the door casings are damaged. Please reference the attached meeting notes email from Lenny Davis regarding the meeting that took place on 01/07/15. The door casings were not listed as an area of concern at this 01/07/15 meeting. The homeowner has had possession of the home since this meeting and has had multiple crews and inspectors in the home performing work. Due to the fact that Moss has not and still does not have possession of the home, the issue with the door casings is not something Moss will be addressing.

19) The deficiencies noted are that the window hardware is partially removed and the remaining hardware is corroded. Again, please reference the attached email from Lenny Davis summarizing the meeting that took place at the home prior to giving possession to the homeowner. Missing window latches were not noted at this time. This is an issue that Moss will not be addressing. Regarding the remaining corroded hardware, please reference the attached photos. They show rust on the window hardware; this is not caused by Chinese Drywall or the remediation work we have performed thus far in the home.

1

20) The dryer vents are typically not touched during the remediation. Additionally, the home has passed two rough in inspections from the city where this would have been noted were it an issue.

22) The deficiency noted is that blocking and deadwood are missing for sheetrock install. This issue relates to the framing in the home and is not something that will be addressed as part of the Chinese Drywall remediation. If the homeowner wants to add additional blocking and deadwood, she may do so at her own expense.

23 & 24) The piping and wiring is generally run through existing notches and holes in the framing where the old pipes and wiring originally passed through. This issue was not noted at either of the two rough inspections which our MEPs passed. Additionally, the homeowner has had extra crews in the home performing work since we have passed our rough inspection. This issue was not noted until the homeowner had possession of the home. If the homeowner wishes to add additional framing members throughout the house, she may do so at her own expense.

25 & 26) The piping is installed per code. We have passed two rough inspections where this issue was reviewed.

28) The gas piping installed in this home is not addressed as part of our remediation. This piping is original to the home and has not been touched by Moss or its subcontractors.

HVAC

29) Prior to closing walls, Moss will review areas where the ductwork appears to be pinched, but please keep in mind that the ductwork is installed to code. Moss has passed two rough inspections where this would have been noted were it an issue.

30) See response to line item 20 above.

31 & 32) The bath vents are installed per code. The fans themselves will not be installed until the MEP trim phase of the home. The CFM on the fans will match what was present prior to the remediation. If the homeowner wishes to upgrade her fans, she may do so at her own expense.

Second HVAC report dated 03/12/15

1) The ductwork, supply registers, and return air was installed like for like.

2) Moss will review and seal duct leaks where necessary.

3) The ductwork is properly strapped. Please reference attached email titled "Ferchaud Kick Off - Mechanical". The photos in this email show that the ductwork was not previously strapped at all. We have strapped the ductwork to code, and passed two rough inspections where this would have been noted were it an issue.

4) Ducts were installed like for like. If an area doesn't have a duct, it is because a duct was not present at kick-off.

5) Ducts were installed like for like. If an area doesn't have a duct, it is because a duct was not present at kick-off.

6) The gas lines will be hooked up to the furnace during the MEP trim out phase.

7) The condensate drain lines are not touched as part of the Chinese Drywall remediation. They are left in place and tied back into. If the homeowner wishes to correct this issue, she may do so at her own expense.

8) The copper is installed per code. We have passed two rough inspections where this would have been addressed if it was installed wrong or did not meet code.

9) Moss used existing penetrations in the home to run the new linesets for the mechanical system.

10) The return air is installed like for like and does meet code. We have passed two rough inspections where this would have been addressed if it was installed wrong or did not meet code.

11) Unfortunately, the Chinese Drywall Remediation does not address the envelope of the home or anything outside the building envelope. Raising the condensing units to the FEMA flood elevation will be the responsibility of the homeowner.

Please let me know if you have any questions.

Regards,


William "Colby" Coates
Assistant Project Manager| Moss & Associates o (954) 769-8172 | m (561) 222-9383 | f (954) 769-8260
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311

-----Original Message-----
From: Toni Becnel [mailto:tbecnel@becnellaw.com]
Sent: Thursday, March 19, 2015 9:04 AM
To: William Coates
Cc: Justin Smith; Salvadore Christina
Subject: Ferchaud

Colby: does Moss have a response to the reports by Judy's independent inspector? Again, I know a lot of the issues have nothing to do with the remediation, but she was extremely concerned about the items related to Hvac. Thank you

Sent from my iPhone





# William Coates

**From:** Justin Smith
**Sent:** Thursday, March 19, 2015 12:40 PM
**To:** William Coates; Phil Adams
**Subject:** Fwd: Plaster Credit

This is getting ridiculous. She's already had an independent mechanical contractor inspect.

Sent from my iPhone

Begin forwarded message:

> **From:** Toni Becnel <tbecnel@becnellaw.com>
> **Date:** March 19, 2015 11:31:44 AM CDT
> **To:** Justin Smith <jsmith@mossemail.com>
> **Subject: Fwd: Plaster Credit**
>
> FYI - do you have a response for me based on the below?
>
> Toni Becnel
> tbecnel@becnellaw.com
> Becnel Law Firm, LLC
> P.O. Drawer H
> Reserve, LA 70084
> Phone: 985.536.1186
> Fax:     985.536.6445
>
> This document is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution, copying, or use of this document is strictly prohibited. If you have received this communication in error, please delete it from your inbox.
>
>
>> Begin forwarded message:
>>
>> **Date:** March 19, 2015 at 11:26:15 AM CDT
>> **Subject: Re: Plaster Credit**
>> **From:** Jody Ferchaud <jferchaud@gmail.com>
>> **To:** Toni Becnel <tbecnel@becnellaw.com>
>>
>> I will except the plaster credit. I will have to wait on the duct system statement until next week. The duct feeds in the Master bedrooms were not put back like for

1

like and there may be issues with duct sizes, R factor, and duct installation. The systems prior to demolition were well balanced and a carefully calculated load was done to create that balance. A mechanical engineering firm will inspect the HVAC systems on Wednesday of next week. This is the only opportunity I have to make sure the systems meet (IRC) ICC standards. Please ask Moss to separate the photos by each address. If there are any additional pictures Moss would like to share of the HVAC systems, now would be the time. If Moss had installed the HVAC systems exactly like they were previously, I wouldn't be in this position. Thank you for your time and patience.

Jody Ferchaud

On

