

1

Begin forwarded message:

    **From:** Toni Becnel <tbecnel@becnellaw.com>
    **Date:** March 23, 2015 6:20:10 PM CDT
    **To:** Jody Ferchaud <jferchaud@gmail.com>
    **Cc:** Louis Velez <louisav@cox.net>, Justin Smith <jsmith@mossemail.com>, Salvadore Christina <schristina@becnellaw.com>
    **Subject: Re: Canal blvd**

    Moss told us about the HVAC work - it was over a week ago and it had not been communicated to Danny's after Thursday's meeting that you were keeping the house on hold. They were operating under what you said then - that the hold was being lifted the following Monday. As soon as they were informed they left.

    Regarding the pod, as we have told you repeatedly it is their's to do with as they will. HOWEVER, they are without a doubt responsible for any damage done to its contents regardless of when it happens. When the cabinets are reinstalled they need to look as they did at kick off. But in this instance I have been informed it is on your back driveway and therefor still on property.

    The PSC will not authorize a meeting with Mr. Velez at this time. However we can meet with Moss.

    Sent from my iPhone

    On Mar 23, 2015, at 5:56 PM, Jody Ferchaud <jferchaud@gmail.com> wrote:

        Moss entered the property today without my permission and did remedial HVAC work on my home. They have added strapping to the duct work, etc. Moss has informed me that they assume no responsibility for the home while it is on hold and yet they are working on the property. They moved the container off the property even after I secured permission from the owner of the lot next door to leave it there. I asked to document the contents of the container before they moved it and asked to be informed prior to it being moved. I was denied both.

1

The back door was left unlocked at 7025. What is unfortunate, is that Moss wouldn't communicate with me about what code violations they were prepared to remedy. But instead, they entered my home clandestinely, while it's on hold. Please advise Moss Construction not to enter my property until the house is off hold, since they are not assuming responsibility for it. I would like to have a meeting with Moss and Louis Velez following the final mechanical report.

Thanks,
Jody Ferchaud