
EXHIBIT
V

**William Coates**

| | |
|---|---|
| From: | William Coates |
| Sent: | Thursday, April 23, 2015 1:49 PM |
| To: | Jody Ferchaud; balhoff@pabmb.com |
| Cc: | Phil Adams; Tim Harris; Justin Smith; louisav@cox.net; William Coates |
| Subject: | FW: Canal Boulevard |
| Attachments: | (1) New Omni Claims Work Authorization.pdf; Scan0957.pdf; Scan0956.pdf; FERCHAUD_RESIDENCE_FINAL_01_WITH_SIG_AND_ATTACHMENTS.PDF |

Good Afternoon Mrs. Ferchaud,

Please reference Section I, Paragraph 4 of the attached Work Authorization. It states that, "Neither the Knauf Defendants nor Contractor are responsible for the failure of the Property to comply with building codes and regulations where such failure is unrelated to the Repair Work." The work that we have performed in 6021 and 6025 has passed rough inspections as required by the City of New Orleans. This work is as close to like for like as possible while meeting the code requirements for the City of New Orleans. Furthermore, Moss cannot be held liable for any structural or framing issues in the home as these items are not addressed as part of the remediation.

As requested, you will find load calculations attached for both 6021 and 6025. Per your request, Moss will move the furnaces to allow for easier access in the future. As far as removing the existing system that does not comply with code, there is not anything that requires removal as both of the systems for 6021 and 6025 have passed rough inspections as required by the City of New Orleans.

Moss will remove electrical and plumbing work that was installed by Moss only where homeowner modifications were performed. This is in an effort to allow you to repair structural members that were discussed at the meeting last week.

Moss will reimburse you for the latest mechanical report only.

Moss will replace the circuit breakers in the electrical panels.

Moss will install nail plates where necessary.

Moss will install sound board where plaster was installed. Additionally, Moss will shim the ceilings. All of this work will be performed so that the finished walls fall within industry standard of a level 4 wall finish.

Moss will inspect the cabinets for any new damage when they are removed from the pod.

The water heaters will be inspected at the trim out phase of the project. If there are any issues with them, they will be replaced.

The party wall between 6021 and 6025 will need to be address by the building department for the City of New Orleans.

Moss will set up a scheduled meeting with Mrs. Ferchaud three times a week. She will be permitted to walk the home with her inspector prior to hanging drywall.

Moss will repair any new damage to the floors that was not preexisting.

To date, Moss has provided all photos for 6021 and 6025. All photos were provided on 04/08/15.

1

Below are responses to the latest mechanical report provided by David Flettrich.

Section 2 All Paragraphs: The work performed by Moss is installed in accordance with the local building codes. The work performed by Moss has passed rough inspections by the City of New Orleans.

Section 3 Paragraph B: Gas piping is not addressed as part of the remediation.

Section 3 Paragraph C: The notches and holes in the structural framing members throughout the home are preexisting. The new wiring and piping was installed using the existing notches.

Section 3 Paragraph D: The receptacles are installed like for like to meet current code. The electrical work has passed rough inspection from the City of New Orleans.

Section 3 Paragraph E: Moss will replace the blackened electrical wire.

Section 4 Paragraph A: Moss will replace the section of blackened PVC pipe.

Section 4 Paragraph B: Prior to hanging drywall, Moss will pressure test the plumbing lines. If there is a leak in the work that Moss performed it will be repaired.

Section 4 Paragraph C: The pressure testing of the water lines is addressed in Section 4 Paragraph B. The pressure testing of the gas lines is the responsibility of the homeowner.

Section 5 All Paragraphs: While all equipment was installed like for like, Moss will relocate some items to allow for future service access.

Section 6 All Paragraphs: The load calculations for 6021 and 6025 are attached.

Section 7 All Paragraphs: Moss will review the strapping of the ductwork and add additional strapping where necessary.

Section 8 All Paragraphs: The mechanical system is installed as close to like for like as possible while meeting current code requirements. Moss will test and balance the system prior to completion of the home(s).

Section 9 All Paragraphs: The supply and return air grille/diffusers will be installed like for like. This installation will take place during the trim out phase of the home.

Section 10 Paragraph A: If the pipes were insulated prior to remediation, they will be insulated again.

Section 11 Paragraph A: As stated previously, the notches in all structural members were preexisting. Moss used the preexisting notches and holes to install new piping and wiring. Furthermore, framing is not addressed as part of the CDW remediation. All structural and framing issues will be the responsibility of the homeowner.

Section 12 Paragraph A: Roof penetrations and the building envelope as a whole are not addressed in the CDW remediation. The existing flue pipe will be tied into not replaced.

Section 13 Paragraph A: N/A

Section 14 All Paragraphs: The condensate lines are preexisting and were not removed as part of the remediation. Moss will review this issue.

Section 15 Paragraph A: Moss has passed rough inspections with the condensing units at their current location. If Mrs. Ferchaud would like to have them raised, she may do so at her own expense.

Section 16 Paragraph A: To date, Moss has provided all photos for 6021 and 6025.

Regards,

**William "Colby" Coates**
*Assistant Project Manager*| Moss & Associates
o (954) 769-8172 | m (561) 222-9383 | f (954) 769-8260
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311

---------- Forwarded message ----------
From: "Jody Ferchaud" <jferchaud@gmail.com>
Date: Apr 16, 2015 9:46 PM
Subject: Canal Boulevard
To: "Dan Balhoff" <balhoff@pabmb.com>, "Louis Velez" <louisav@cox.net>, <moose_@bellsouth.net>, "Phil Adams" <padams@mossemail.com>
Cc:

Mr. Balhoff,

David Flettrich, my mechanical engineer, and I met with Tim Harris from Moss Construction yesterday at 1:00pm The meeting was arranged to discuss the many mechanical code violations and other issues at 6021-25 Canal Boulevard. The meeting lasted approximately two hours. Here are the highlights of the meeting.

Moss has agreed to remove the existing HVAC system that doesn't comply with code. Moss has agreed to produce a drawing and load calculation to me and to Mr. Flettrich for our approval before the installation will occur of the new HVAC system. Moss has agreed to remedy all defects on Mr. Flettrichs report reguarding the HVAC system. Mr. Flettrich has been retained to inspect the HVAC and other mechanical systems after the remedial work is complete.

Moss has agreed to remove and replace the electrical wiring and cooper pipe in the downstairs ceilings so that I can correct the structual issues.

Moss has agreed to reimburse me for the cost of the mechanical engineering and structual reports.

Moss has agreed to replace the circuit breakers in the electrical panels.

Moss has agreed to remedy all electrical and plumbing code violations listed on Mr. Flettrich's and Mr. Dahlman's reports. Moss has agreed to do another compression test once the remedial work is complete.

Moss has agreed to shim all walls and ceilings where necessary in order to produce level walls and ceilings.This would include building out the walls where plaster was removed. Moss has agreed to a level four paint finish. Moss has agreed to replace window and door hardware.

The kitchen cabinets have been stored in pods for over four months and I'm very concerned about the condition since the pods are not in a climate controlled facility, they're sitting in front

3

of my house. I have raised concerns about this in the past. Moss has agreed to inspect the cabinets. If there is any delamination of the cabinets, Moss has agreed to replace them. I would like to arrange to inspect them ASAP. My position is that the temperature swings and torrential rains have already reduced the life of the cabinets and they should be replaced. This issue has not been resolved.

Moss has agreed to replace the water heaters.

Moss has agreed to comply with the city code reguarding the "party wall."

Moss has agreed to allow me to visit the job site three times a week at a designated time. Moss must also allow me to inspect the shim system, the insulation and sound board in the walls and ceilings, the drywall, after its hung, and after its taped and floated and ready for paint. I would also like to inspect the paint between coats.

The protective floor covering has a plastic backing and is probubly retaining moisture. It has started to warp and so has the wood engineered flooring under the covering. This issue has not been resolved.

Moss has agreed to give me all photos taken during the demolition process. I've yet to see them.

The "settlement agreement" calls for "City of New Orleans" inspections, not third party inspections. It is imperative that Mr. Flettrich and I be present for all future inspections. This is non-negotiable.

The property remains on hold until everything is resolved and in writing and signed. While I'm doing my best to resolve the many issues concerning my property, some issues are not resolved. I reserve the right to continue in the path of removing Moss Construction as lead contractor on my property and move into "option 2", the self-remediating program.

Best regards,
Jody Ferchaud