

CONSOLIDATED INVOICE 13481

Remit to: PODS, Inc.
         5585 Rio Vista Dr
         Clearwater, FL 33760

Customer ID    39203057
Name           Moss & Associates, Chris Krause
Address        2101 N Andrews Ave Suite 300
               Fort Lauderdale, FL 33311

Gulfport - Biloxi, MS
    Moss And Associates, Scott (24819121)
        Invoice 61319 due 07/17/2015 336B63 315 Santini St Amt $149.79
        PO # Broadus
            1 Monthly Rental for Onsite 16 [Res CC autopay only] $139.99
            Tax $9.80

        Invoice 61450 due 07/30/2015 22B63 22 Brielle Ln Amt $149.79
        PO # Perrio
            1 Monthly Rental for Onsite 16 [Res CC autopay only] $139.99
            Tax $9.80

    Total Moss And Associates, Scott (24819121) $299.58

Total Gulfport - Biloxi, MS $299.58


Melbourne, FL
    Moss And Associates, Andres Roman (4426364)
        Invoice 78340 due 08/03/2015 253B12 10560 Stephanie Way Unit 210 Amt $85.19
        PO # Mariani
            -1 Deliver empty 16'  container to your location $-59.99
            -1 Monthly rental of 16' container at your location $-139.99
            1 Deliver 16' container and return to storage center $119.98
            1 Monthly rental of 16' container in storage center $159.99
            Tax $5.20

        Invoice 78657 due 08/03/2015 253B12 10560 Stephanie Way Unit 210 Amt $212.98
        PO # Mariani
            1 Deliver empty 16'  container to your location $59.99
            1 Monthly rental of 16' container at your location $139.99
            Tax $13.00

    Total Moss And Associates, Andres Roman (4426364) $298.17

Total Melbourne, FL $298.17


New Orleans - Baton Rouge, LA
    Moss And Associates, Scott Hodges (27687521)
        Invoice 454750 due 08/02/2015 852B70 422 Arbor Ct Amt $152.59
        PO # Bradley
            1 Monthly rental of 16' container at your location $139.99
            Tax $12.60

            1 Monthly rental of 16' container at your location $139.99
        Invoice 455894 due 07/27/2015 519B70 409 Brown Thrasher Loop S Amt $252.80
        PO # Morlas
            1 onsite delivery for 16 $92.47
            Tax $20.34

        Invoice 456592 due 08/15/2015 43B18 6021 Canal Blvd Amt $174.39
        PO # Ferchaud
            1 Monthly rental of 16 container in storage center $159.99
            Tax $14.40

        Invoice 456593 due 08/15/2015 1021B70 6025 Canal Blvd Amt $174.39
        PO # Ferchaud
            1 Monthly rental of 16 container in storage center $159.99
            Tax $14.40

        Invoice 458279 due 08/15/2015 852B70 Final Pickup Amt $65.24
        PO # Bradley
            1 Onsite pickup 16 $59.99
            Tax $5.25

    Total Moss And Associates, Scott Hodges (27687521) $819.41

Total New Orleans - Baton Rouge, LA $819.41



*Remit:*
*PO BOX 1318*
*Pearl River, LA 70452*

**Billing Inquiries:**
Office 985-863-5093   504-737-4000
Fax 985-863-7375
Accounting@naturestationwaste.com

# Invoice

| Date | Invoice # |
|---|---|
| 12/17/2015 | 29589 |

**Bill To**

Moss & Associates
2101 N. Andrews Ave, Suite 300
Ft. Lauderdale, FL 33311

**Unit Location**

6021 & 6025 Canal Blvd
New Orleans, La

PLEASE INCLUDE THIS PORTION WITH YOUR PAYMENT!     AMOUNT PAID $_____

| | Terms |
|---|---|
| | **Due upon receipt** |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Port-o-let | Monthly Rental @ 6021 & 6025 Canal Blvd (Once a week Service) Delivered on 11/17/14 (12/17/15-01/16/16) | 2 | 75.00 | 150.00T |
| | Sales Tax | | 9.00% | 13.50 |

We appreciate your prompt payment. Please remit to the address above.

**Total**    $163.50