DEPARTMENT OF SAFETY AND PERMITS
MECHANICAL INSPECTION DIVISION

# CITY OF NEW ORLEANS

MITCHELL J. LANDRIEU
MAYOR

JARED E. MUNSTER
DIRECTOR

August 19, 2015

Re: 6021 & 6025 Canal Blvd
14-25226 and 14-25267

To all interested parties:
Permit application amounts for construction:
14-25226 ($94,815)
14-25267 ($99,776)

The permit applications were in the following amounts for work on this property. Based on the appraisal performed by Murphy Appraisal Services (dated 08/06/2015) the cost of work applied for by Moss Construction would designate this structure as NOT substantially damaged. The requirement to elevate the lower portions of the structure does not exist. Taking into account the land value based on the current assessed value, the structural value is approximately $440,200. The combined values of work represented by Moss Construction are less than 50% of this value.

This letter corrects the previous letter written on July 7, 2015.

Sincerely,



Zachary Smith
Chief Building Official
City of New Orleans
1300 Perdido St Ste 7E07
New Orleans LA 70112
Office: 504-658-7114
zrsmith@nola.gov

EXHIBIT
X

1300 PERDIDO STREET   ROOM 7E05   NEW ORLEANS, LOUISIANA 70112
PHONE 504.658.7153   FAX 504.658.7211

