UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AGENDA**
**FOR JANUARY 14, 2016 STATUS CONFERENCE**

I. PRE-TRIAL ORDERS

II. STATE COURT TRIAL SETTINGS

III. STATE/FEDERAL COORDINATION

IV. OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

V. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VI. KNAUF REMEDIATION PROGRAM

VII. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

VIII. TAISHAN, BNBM AND CNBM DEFENDANTS

IX. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

X. PLAINTIFF AND DEFENDANT PROFILE FORMS

XI. FREQUENTLY ASKED QUESTIONS

XII.   MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIII.  PHYSICAL EVIDENCE PRESERVATION ORDER

XIV.   ENTRY OF PRELIMINARY DEFAULT

XV.    ALREADY REMEDIATED HOMES

XVI.   NEXT STATUS CONFERENCE