UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from the Embassy of the People's Republic of China.

**IT IS ORDERED** that the attached correspondence be entered into the record.

New Orleans, Louisiana, this 11th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

Cc:

Russ Herman
Plaintiffs' Steering Committee
Herman Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Harry Rosenberg
Defense Liaison Counsel
Phelps Dunbar LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130

1