UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL : PRODUCT LIABILITY LITIGATION : : THIS DOCUMENT RELATES TO : : Abraham Pena : 09-cv-07628-EEF-JCW : Payton et al v. Knauf Gips KG et al. : | MDL NO. 2047, SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |

## NOTICE OF REMEDIATION

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Abraham Pena, who wishes to inform the parties that Plaintiff wishes to start remediating his property located at 3412 Rosetta Dr., Chalmette, LA 70043. Plaintiff alleges that his drywall was manufactured by Taishan.

Respectfully Submitted:

_____
Mekel S. Alvarez (LA Bar Roll 22157)
Morris Bart, LLC
909 Poydras St., Suite 2000
New Orleans, LA 70112
Telephone:   504.599.3385
Facsimile:   504-599.3392
Email: malvarez@morrisbart.com

Salvadore Christina, Jr. (LA Bar Roll 27198)
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084
Phone: 985.536.1186
Fax: 985.536.6445
Email: schristina@becnellaw.com

## CERTIFICATE OF SERVICE

A copy of this pleading has been served on all counsel on this __12th__ day of January, 2016 via LexisNexis File & Serve.

_____
Mekel S. Alvarez