UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* **Case No. 15-4127 (E.D. La.).** | |

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. respectfully submits that its Motion to Dismiss the Complaints Pursuant to Rules 12(b)(2), 12(b)(5), 12(b)(6), 8, and 9(b) exceeds the page limitation allowed by the Court and local rules. Defendants request leave to exceed such page limitation and to file its brief and exhibits. A copy of the Motion to Dismiss is attached.

Dated: January 12, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**DENTONS US LLP**

　　　　　　　　　　　　　　　　　　　　By: */s/ Michael H. Barr*
　　　　　　　　　　　　　　　　　　　　Michael H. Barr
　　　　　　　　　　　　　　　　　　　　New York Bar No. 1744242
　　　　　　　　　　　　　　　　　　　　Justin N. Kattan
　　　　　　　　　　　　　　　　　　　　New York Bar No. 3983905
　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10020-1089
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 768-6700
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 768-6800
　　　　　　　　　　　　　　　　　　　　michael.barr@dentons.com
　　　　　　　　　　　　　　　　　　　　justin.kattan@dentons.com

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 5900
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com


Drew Marrocco
D.C. Bar No. 453205
1301 K Street N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone:  (202) 408-6400
Facsimile:  (202) 408-6399
kenneth.pfaehler@dentons.com
drew.marrocco@dentons.com


C. Michael Moore
Texas Bar No. 14323600
Matthew T. Nickel
Texas Bar No. 24056042
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
matt.nickel@dentons.com

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion For Leave to Exceed Page Limitation has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this January 12, 2016.

*/s/      Michael H. Barr*