UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* Case No. 15-4127 (E.D. La.). | |

### DEFENDANTS BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(2), 12(b)(5), 12(b)(6), 8, and 9(b)

Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") respectfully move the Court to dismiss Plaintiffs' Complaint (the "Complaint") for lack of personal jurisdiction, failure of service, and failure to state a claim upon which relief can be granted pursuant to Rules 12(b)(2), 12(b)(5), 12(b)(6), 8, and 9(b), respectively, of the Federal Rules of Civil Procedure. Good cause for dismissing the Complaint against BNBM PLC and BNBM Group is provided in the accompanying memorandum of law, and the declarations and exhibits submitted in connection with BNBM PLC's and BNBM Group's respective motions to dismiss, filed on October 23, 2015 and October 26, 2015, respectively.

BNBM PLC and BNBM Group respectfully request oral argument of this motion.

Dated:  January 12, 2016

>Respectfully submitted,
>
>**DENTONS US LLP**
>
>By: */s/ Michael H. Barr*
>Michael H. Barr
>New York Bar No. 1744242
>Justin N. Kattan
>New York Bar No. 3983905
>1221 Avenue of the Americas
>New York, NY 10020-1089
>Telephone:  (212) 768-6700
>Facsimile:  (212) 768-6800
>michael.barr@dentons.com
>justin.kattan@dentons.com
>
>Richard L. Fenton
>Illinois Bar No. 3121699
>Leah R. Bruno
>Illinois Bar No. 6269469
>233 South Wacker Drive
>Suite 5900
>Chicago, IL  60606-6306
>Telephone:  (312) 876-8000
>Facsimile:  (312) 876-7934
>richard.fenton@dentons.com
>leah.bruno@dentons.com
>
>Kenneth J. Pfaehler
>D.C. Bar No. 461718
>Drew Marrocco
>D.C. Bar No. 453205
>1301 K Street N.W.
>Suite 600, East Tower
>Washington, D.C. 20005
>Telephone:  (202) 408-6400
>Facsimile:  (202) 408-6399
>kenneth.pfaehler@dentons.com
>drew.marrocco@dentons.com

2

C. Michael Moore
Texas Bar No. 14323600
Matthew T. Nickel
Texas Bar No. 24056042
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
matt.nickel@dentons.com

- and -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Dismiss Pursuant to Rules 12(b)(2), 12(b)(5), 12(b)(6), 8, and 9(b) has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this January 12, 2016.

                                                  */s/     Michael H. Barr*