UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Rochelle and Jose Abner, et al. v. Taishan Gypsum Co., Ltd. F/K/A Shandong Taihe Dongxin Co., Ltd., et al.,* No. 11-3094 (E.D. La.). | |

**DEFENDANTS BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED
COMPANY AND BEIJING NEW BUILDING MATERIAL
(GROUP) CO., LTD.'S MOTION TO DISMISS
PURSUANT TO F.R.C.P. 12(b)(2), 12(b)(5), 12(b)(6), 8 and 9(b)**

Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") respectfully move the Court to dismiss Plaintiffs' Complaint (the "Complaint") for lack of personal jurisdiction, failure of service, and failure to state a claim upon which relief can be granted pursuant to Rules 12(b)(2), 12(b)(5), 12(b)(6), 8, and 9(b), respectively, of the Federal Rules of Civil Procedure. Good cause for dismissing the Complaint against BNBM PLC and BNBM Group is provided in the accompanying memorandum of law, and the declarations and exhibits submitted in connection with BNBM PLC's and BNBM Group's respective motions to dismiss, filed on October 23, 2015 and October 26, 2015, respectively.

BNBM PLC and BNBM Group respectfully request oral argument of this motion.

Dated:  January 12, 2016

    Respectfully submitted,

    **DENTONS US LLP**

    By: */s/ Michael H. Barr*
    Michael H. Barr
    New York Bar No. 1744242
    Justin N. Kattan
    New York Bar No. 3983905
    1221 Avenue of the Americas
    New York, NY 10020-1089
    Telephone:  (212) 768-6700
    Facsimile:  (212) 768-6800
    michael.barr@dentons.com
    justin.kattan@dentons.com

    Richard L. Fenton
    Illinois Bar No. 3121699
    Leah R. Bruno
    Illinois Bar No. 6269469
    233 South Wacker Drive
    Suite 5900
    Chicago, IL  60606-6306
    Telephone:  (312) 876-8000
    Facsimile:  (312) 876-7934
    richard.fenton@dentons.com
    leah.bruno@dentons.com

    Kenneth J. Pfaehler
    D.C. Bar No. 461718
    Drew Marrocco
    D.C. Bar No. 453205
    1301 K Street N.W.
    Suite 600, East Tower
    Washington, D.C. 20005
    Telephone:  (202) 408-6400
    Facsimile:  (202) 408-6399
    kenneth.pfaehler@dentons.com
    drew.marrocco@dentons.com

C. Michael Moore
Texas Bar No. 14323600
Matthew T. Nickel
Texas Bar No. 24056042
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
matt.nickel@dentons.com

- and -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Dismiss the Complaint Pursuant to Rules 12(b)(2), 12(b)(5) ,12(b)(6), 8, and 9(b)** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this January 12, 2016.

/s/     Michael H. Barr

94003720