UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Rochelle and Jose Abner, et al. v. Taishan Gypsum Co., Ltd. F/K/A Shandong Taihe Dongxin Co., Ltd., et al.,* No. 11-3094 (E.D. La.). | |

## LOCAL RULE 78.1 REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. respectfully request oral argument on its motion to dismiss currently scheduled for submission after the Court has ruled on the fully briefed BNBM PLC and BNBM Group motions to dismiss for lack of jurisdiction and failure of service in the *Amorin*, *Wiltz*, *Gross* and *Germano* cases, which will be heard on February 18, 2016. The *Abner* Motion to Dismiss shares many of the jurisdictional infirmities of those cases and therefore that Court will only need to hear the additional grounds for dismissal pursuant to Rules 12(b)(2), 12(b)(6), 9(b) and 8, which we respectfully submit need not be addressed until the pending motions to dismiss are resolved. Oral argument will aid the Court's consideration of the motion.

Dated: January 12, 2016

Respectfully submitted,

**DENTONS US LLP**

By: */s/ Michael H. Barr*
Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

Kenneth J. Pfaehler
D.C. Bar No. 461718
Drew Marrocco
D.C. Bar No. 453205
1301 K Street N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone:  (202) 408-6400
Facsimile:  (202) 408-6399
kenneth.pfaehler@dentons.com
drew.marrocco@dentons.com

> C. Michael Moore
> Texas Bar No. 14323600
> Matt Nickel
> Texas Bar No. 24056042
> 2000 McKinney Ave, Suite 1900
> Dallas, TX 75201
> Telephone: (214) 259-0900
> Facsimile: (214) 259-0910
> mike.moore@dentons.com
> matt.nickel@dentons.com
>
> - and -
>
> **PHELPS DUNBAR LLP**
>
> Harry Rosenberg
> Louisiana Bar No. 11465
> 365 Canal Street, Suite 2000
> New Orleans, Louisiana 70130-6534
> Telephone: (504) 566-1311
> Facsimile: (504) 568-9130
> harry.rosenberg@phelps.com
>
> *Attorneys for Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Local Rule 78.1 Request for Oral Argument** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this January 12, 2016.

                         */s/  Michael H. Barr*

94003906