UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

**CONSENT MOTION FOR LEAVE TO FILE REPLY BRIEF**

**NOW INTO COURT**, through undersigned counsel, comes Mrs. Jody Ferchaud who respectfully requests that this Honorable Court grant leave to file her Reply Brief in Support of Objection to Special Master's Opinion and Decree.

Counsel for Moss has no opposition to Mrs. Ferchaud filing her Reply Brief.

WHEREFORE, Mrs. Ferchaud prays that this Honorable Court will grant this Motion for Leave and allow the filing of her Reply Brief in Support of Objection to Special Master's Opinion and Decree.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, (LA Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above Motion has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 12th day of January, 2016.

/s/ Joseph M. Bruno