**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

# O R D E R

Considering the foregoing Consent Motion For Leave to File Reply Brief;

**IT IS ORDERED** that Mrs. Ferchaud's Reply Brief in Support of Objection to Special Master's Opinion and Decree shall be filed into the record.

Signed at New Orleans, Louisiana this ___ day of _____ 2016.

_____
**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**