## Don Reichert

| | |
|---|---|
| **From:** | Jody Ferchaud <jferchaud@gmail.com> |
| **Sent:** | Tuesday, January 12, 2016 1:05 PM |
| **To:** | Don Reichert |
| **Subject:** | Fwd: RE: Pre-existing code violations |

---------- Forwarded message ----------
From: "Zachary R. Smith" <zrsmith@nola.gov>
Date: Jan 12, 2016 12:58 PM
Subject: RE: Pre-existing code violations
To: "Jody Ferchaud" <jferchaud@gmail.com>
Cc:

Mrs. Ferchaud,

Looking over the record, there is no documented example of any violations or unpermitted work on 6021/6025 Canal Blvd prior to the noted courtesy inspections and permit activity of late 2014 thru the present.

I hope this clarifies our statement from my letter dated June 23, 2015 that used the language, "this report does not differentiate between issues that may or may not have been present prior to the remediation renovations." We can only comment on what we see. It is impossible to know when or who may have caused it.

-Z Smith

Zachary Smith, AIA

Chief Building Official

Department of Safety & Permits

zrsmith@nola.gov

504-658-7114

**From:** Jody Ferchaud [mailto:jferchaud@gmail.com]
**Sent:** Tuesday, January 12, 2016 12:38 PM
**To:** Zachary R. Smith
**Subject:** Pre-existing code violations


EXHIBIT "B"

1

Mr. Smith,

I need a letter stating that there are no pre-existing code violations against my property and that all work was permited prior to Moss' permits.

Best regards,
Jody Ferchaud