UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

**O R D E R**

Considering the foregoing Consent Motion For Leave to File Reply Brief;

**IT IS ORDERED** that Mrs. Ferchaud's Reply Brief in Support of Objection to Special Master's Opinion and Decree shall be filed into the record.

Signed at New Orleans, Louisiana this 13th day of      January      2016.

*/s/ Eldon E. Fallon*

**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**