

March 12, 2015

# Inspection Report

Submitted to:  Jody
6021 Canal Blvd.
New Orleans, LA 70124

**After walking through property located at 6021 Canal Blvd, New Orleans, LA the following was found:**

- Return air is going through 2x8 wood ceiling joist
- Most boxes were not sealed up properly with mastic
- Strapping on flex duct is inadequate
- Master bedroom missing supply register
- No ducts in bathrooms
- No duct in den on left side of house
- Gas lines not hooked up to furnace
- Condensate drains are ran outside of house and not into plumbing stack that was supplied
- Copper not strapped to wall
- Big hole cut to run copper through needs to be sealed
- Return air seems to be inadequate and not up to code
- Condenser units not at FEMA base flood elevation and will not meet code

The house was inspected by Frank D. Natal III. Should you have any questions please call 504-821-0005



EXHIBIT "A"

*5534 Canal Blvd Suite 4, New Orleans, La 70124    Phone (504) 821-0005 Fax (504) 218-5679*