MINUTE ENTRY
FALLON, J.
JANUARY 14, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Jody Ferchaud | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:  Joseph Bruno, Esq. for Plaintiff Jody Ferchaud
            Stephanie Mazzola, Esq. for Moss & Associates, LLC

---

Objections of Plaintiff Jody Ferchaud, to Special Master's Opinion and Decree  (19786)

After argument - Matter was Taken under Advisement

JS10:  :24