UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

    **IT IS ORDERED** that the Motions to Reconsider filed by Plaintiffs Brandolino and Perrone (R. Docs. 19829, 19832) are set for oral argument in the Courtroom of the Honorable Eldon E. Fallon on Wednesday, February 17, 2016 following the Monthly Status Conference.

    **IT IS FURTHER ORDERED** that any party who wishes to respond to these motions shall do so on or before January 25, 2016.

    New Orleans, Louisiana, this 14th day of January, 2016.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE