UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: 
: JUDGE FALLON
: MAGISTRATE JUDGE
: WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Melissa Reber.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** attorney Ben Gordon of Levin Papantonio review the correspondence and reach out to Ms. Reber.

The Claimant is also reminded that the Court's drywall website, which can be accessed at http://www.laed.uscourts.gov/Drywall/Calendar.htm, contains information regarding current developments, including minute entries and transcripts from recent proceedings.

New Orleans, Louisiana, this 14th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

Cc:
Melissa Reber
5385 Schaag Rd.
Molino, FL 32577

Ben Gordon
Levin Papantonio
316 S Baylen St. #600
Pensacola, FL 32502

1