

**Fw: MDL 2047 Toxic Drywall Monthly Status Conference Call**
Dean Oser   to: Eliza Meltzer                                              01/13/2016 03:54 PM

History:          This message has been replied to.

Dean Oser
United States District Court
Case Manager to Judge Eldon E. Fallon
and to Judge Stanwood R. Duval, Jr.
500 Poydras Street, Room C-151
NOLA, LA  70130
Dean_Oser@laed.uscourts.gov
504-589-7686
----- Forwarded by Dean Oser/LAED/05/USCOURTS on 01/13/2016 03:53 PM -----

From:      Melissa Reber <momof3nfl@yahoo.com>
To:        dean_oser@laed.uscourts.gov
Date:      01/13/2016 11:41 AM
Subject:   MDL 2047 Toxic Drywall Monthly Status Conference Call

Good Morning Dean

This is Melissa Reber. I have spoke to you on phone a few times and at some
hearings in the past I have attended. My Tiashian toxic drywall home is in
Molino, FL (suburb of Pensacola).

I writing to see how I could possibly go about getting a request into Judge
Fallon for him to address the PSC teams about getting the Tiashian victims
some sort of update as to where our claims stand. Because only a few, 3-5 of
us, have ever been able to attend the actual hearings in NOLA since Tiashian
has started participating again it's a sad state when we have to Google to
learn anything about what is happening. If the Judge would see fit to request
the PSC to give their clients some sort of update on tomorrow's conference
call at 9:00 I am sure he would make a lot of us victims feel important enough
that he understand our frustrations after 6+ years.  I attended the June 9th
damage hearing and learned over 3,000 people have been removed from the claim
and will handled separately. To my knowledge those that have been removed have
never ever been told their cases are/will be handled separately. October of
2014 we all received a document from Russ Herman's firm advising we were all
in a new class action and quoted a sq. footage amount, move in move out $$
loss of use $$ etc. I have yet to be told anything otherwise. Now become I
attended few hearings I know that's not the deal on the table now. And I could
Google and find that out as well. But my attorney, Levin Papantonio attorney
Ben Gordon has not given me anything in over a year. Oh I have pressed him via
email and asked specific questions which he sometimes answers however he
always promises to consult with the PSC team and get out a newsletter.

I am not bashing my attorney or their firm..they are very prominent in my area
and I am pleased they are representing my family. But we victims have become a
very tight nit group. Although we may have never met one another we have
exchanged phone calls, emails l, and yes some of us have personally met one
another. I think I would be making a fair statement to say the lack of
communication from our attorneys is lacking. Understanding that things have
been constantly changing in this case especially since the end of 2015..and

it's difficult to give us up to minute updates. But the fact that almost 1/2 the folks are not even being considered at this time does deserve a written letter or mass document mailed out from at least lead council..wouldn't you agree?

A lot of us have recently heard a motion was entered into the Judge to file each of our claims individually..rumor or not? None of us know for sure. Many of us have read an Internet article that an individual lawsuit has been brought against the entities for $5 million by some of our own attorneys on behalf of 1 New Orleans family. We were told early on that we could not do that. It was in our best interest to remain in the class...Don't know the particulars of this new individual case but it's disheartening to victims to read these articles and learn their own firm is moving forward another way for 1 victim.

Maybe it's as simple as forwarding this email to the Honorable Judge Fallon. I know he sympathizes with us but also has to follow the letter of the law. Encouraging the PSC to take a minute out to update us would go a long way for us all.

Thank you Dean..you have always been helpful when I have reached out to you and please know that is appreciated. I do know that Judge Fallon will always allow us to speak when attending a status update meeting in NOLA. But I have travelled over several times since my first trip on June 9th and just unable to make anymore trips at this time.

Sincerely,
Melissa Reber (Todd Reber)
(850) 712-3193
5385 Schaag Rd.
Molino, FL 32577


Sent from my iPhone