## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| **THIS DOCUMENT RELATES TO:** | * * | SECTION "L" |
| Braxton H. Collins, et al vs. Bass Homes, Inc., et al **CASE NO.: 13-CV-06652-EEF-JCW** | * * * | JUDGE FALLON |
| *-AND-* Jason S. Herrington, et al vs. Bass Homes, Inc., et al **CASE NO.: 13-CV-06653-EEF-JCW** | * * * * | MAG. JUDGE WILKINSON |

**************************************

### NOTICE OF APPEARANCE AS COUNSEL FOR BASS HOMES, INC.

**COMES NOW,** Justin J. Boron of the law firm of Adams and Reese LLP, and enrolls as counsel on behalf of **Bass Homes, Inc.**, defendant, in the following two actions "Braxton H. Collins, et al vs. Bass Homes, Inc., et al, Case No. 13-CV-06652; and Jason S. Herrington, et al vs. Bass Homes, Inc., et al, Case No. 13-CV-06653". This Appearance is made without waiver of any rights or objections.

Please serve all future pleadings, notices, motions, documents and correspondence upon the undersigned in connection with these actions.

Respectfully submitted:

**ADAMS AND REESE LLP**

*/s/ Justin J. Boron*
CHRISTOPHER A. D'AMOUR (La. Bar #26252)
DAVID C. COONS (La. Bar #32403)
JUSTIN J. BORON ( La. Bar #33023)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA   70139
Telephone:  (504) 581-3234
Facsimile: (504) 566-0210
*Attorneys for Defendant Bass Homes, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via notice of electronic filing, email, fax or by placing same in the U.S. Mail, properly addressed and postage prepaid, this  15th  day of January, 2016.

/s/ Justin J. Boron