UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, **Case No. 15-4127 (E.D. La.).** | |

## ORDER

Before the Court is Beijing New Building Materials Public Limited Company's ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd.'s ("BNBM Group") Motion For Leave to Exceed Page Limitation. The Court is of the opinion that the Motion should be GRANTED.

BNBM Group's and BNBM PLC's Motion to Dismiss the Complaint Pursuant to Rules 12(b)(2), 12(b)(5), 12(b)(6), 8, and 9(b) is hereby filed to the record.

**SO ORDERED.**

New Orleans, Louisiana, this 13th day of _____January_____ , 2016.

_____
ELDON E. FALLON
United States District Court Judge