UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* Case No. 15-4127 (E.D. La.). | |

### DECLARATION OF CAROLYN F. TAYLOR

This declaration is made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Carolyn F. Taylor, declare, under penalty of perjury, that the following statements are true and correct:

1.      I am a paralegal at the law firm Dentons US LLP, which represents Beijing New Building Materials Public Limited Company ("BNBMPLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"). .

2.      I submit this declaration in support of BNBMPLC and BNBM Group's motion, made pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), 12(b)(6), 8 and 9(b) to dismiss the Amended Complaint (Rec. Doc. 19652) for lack of personal jurisdiction, failure of service and failure to state a claim upon which relief can be granted.

3.      As of the date of this declaration, the Plaintiffs' Steering Committee has served 886 profile forms since filing *Brooke* on September 4, 2015. I have reviewed those forms. None of the profile forms submitted by Louisiana property owners reported that "BNBM," "Dragon," or "Beijing" appeared on the drywall found in their homes.



1

Dallas, Texas

Dated: January 12, 2016

                                          _____
                                          Carolyn F. Taylor