UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

:    MDL NO. 2047
:
:    SECTION L
:
:    JUDGE FALLON
:    MAGISTRATE JUDGE
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :    WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Barbara J. Martin in mid-December. *See* (R. Doc. 19915). It was inadvertently not placed into the record at that time. Accordingly,

**IT IS ORDERED** that the attached correspondence be entered into the record at this time.

**IT IS FURTHER ORDERED** that a representative of the Plaintiffs' Liaison Counsel review the correspondence and take appropriate action.

New Orleans, Louisiana, this 20th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc:
Barbara J. Martin
2754 Edna Street
New Orleans, LA 70126

1