**Barbara J. Martin**
2754 Edna Street
New Orleans, LA
BrandonvMartin@gmail.com

December 9th, 2015

**Judge Eldon Fallon**
Clerk's Office
500 Poydras Street Suite 456
New Orleans, LA 70130

Dear Judge,

I called the attorneys office handing the Chinese Drywall Settlement case on Monday of last week ,"11/30/15" to ask the status of the Chinese Drywall settlement; I was informed that documents were sent to my residence, and since I did not respond my name was taken off of the list. Unfortunately, I never received the documents in question. Judge Fallon, I was informed to contact you with my concerns. Please feel free to contact me my phone 504.553.7787, **mail or email** brandonvmartin@gmail.com

Sincerely,

Barbara Jean Martin