UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
: WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Patricia Gottlieb.

**IT IS ORDERED** that the attached correspondence be entered into the record.

The Court notes that no action in response to this letter need be taken at this time.

New Orleans, Louisiana, this 20th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE