Patricia Gottlieb
619 O. Montwell 303
Ft. Laud Fl 33304
dancer8888@bellsouth.net
#954-591-1925

January 9, 2016

Judge Eldon E Fallon
500 Poydras Street Room C-456
New Orleans, Louisiana 70130

Dear Judge Fallon:

I am MDL 2046 Claimant. James Doyle is my Attorney 8841 Sunrise Lakes Blvd #110 is property waiting to be remediated. Condominium Association Sunrise Lakes Arts Phase 3 INC1 continues to harass me to cover their negligence. Now they are filing Arbitration with Department of Professional Regulations of Florida and have filed a notice of Lis Pendens in 17th Judicial Circuit Court of Broward County - My attorney notified me this is out of his scope. No local Attorney wants to get involved probono or Contingency -

I have had much lose. To date, I still pay four-hundred+ dollars Maintence Monthly for Property Totally Toxic Cotaminated.

Your investigator informed me this is out of DBPR Juristiction and I need to file Civil Matter.

I am writing to you as this Condo Association wants to file Arbitration for this chapter 718 Matters which have been rejected by you when I brought issue to your Department.

Please intervene and assist with Mediation or Advise in This Matter —

Respectfully Submitted - 
Patricia [signature]