UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

Considering Class Counsels' Motion for Distribution of Settlement Funds;

IT IS ORDERED BY THE COURT that the motion to distribute $130,236.41 to Matthew Garretson from the four Chinese Drywall Class Settlements in compensation for Mr. Garretson's services as Special Master from July 2014 through September 2015 is granted. The amount of $130,236.41 shall be drawn from the settlement funds in the following manner: $20,478.19 from the Tobin Trading and Installers Settlement Agreement Attorney Fund; $22,674.74 from the Porter-Blaine/Venture Supply Settlement Agreement Attorney Fund; $73,927.02 from the Nationwide Insureds Settlement Agreement Attorney Fund; and $13,156.46 from the Builders Mutual Insureds Settlement Agreement Attorney Fund. Once drawn, the amounts shall be promptly distributed to Mr. Garretson.

New Orleans, Louisiana this  20th  day of    January   , 2016.

_____
ELDON E. FALLSON
UNITED STATES DISTRICT COURT JUDGE