UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                             MDL NO. 2047

                                                                       SECTION: L

                                                                       JUDGE FALLON
                                                                       MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL ACTIONS*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR REMEDIATION FUND BENEFITS

NOW COME, through undersigned counsel, Residential Owners/Class Members Stephen and Isis Silva ("Silva") who, as will be more fully shown in the memorandum in support filed contemporaneously herewith, move this Court for an Order granting Silva benefits pursuant to the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 ("Knauf Settlement") [Rec. Doc. 16407-3].

Dated: January 21, 2016                    Respectfully submitted,

                                           /s/ Leonard A. Davis
                                           Russ M. Herman, Esquire (LA Bar No. 6819)
                                           Leonard A. Davis, Esquire (LA Bar No. 14190)
                                           Stephen J. Herman, Esquire (LA Bar No. 23129)
                                           HERMAN, HERMAN & KATZ, LLC
                                           820 O'Keefe Avenue
                                           New Orleans, Louisiana 70113
                                           Phone: (504) 581-4892
                                           Fax: (504) 561-6024
                                           LDavis@hhklawfirm.com
                                           *Counsel for Stephen and Isis Silva*

1

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of January, 2016.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com