**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

**JUDGE FALLON**
**MAG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:
*ALL ACTIONS*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Remediation Fund Benefit of Residential Owners/Class Members Stephen and Isis Silva;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Settlement Administrator, BrownGreer, is ordered to pay to Stephen and Isis Silva the cost estimate totaling $139,343.69, plus the Lump Sum Payment provided in Section 4.3.1.1. of the Knauf Settlement ($8.50 X 3,039 = $25,831.50), for a total payment of $165,175.19.

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge