UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                    MDL NO. 2047

                                                             SECTION: L

                                                             JUDGE FALLON
                                                             MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL ACTIONS*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF SUBMISSION**

        Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, following the status conference on February 17, 2016, or as soon thereafter as counsel can be heard, for an order on Stephen and Isis Silva's Motion for remediation Fund Benefits, and for such other and further relief as the Court may deem just and appropriate.

Dated:  January 21, 2016                Respectfully submitted,

                                                  /s/ Leonard A. Davis
                                                  Russ M. Herman, Esquire (LA Bar No. 6819)
                                                  Leonard A. Davis, Esquire (LA Bar No. 14190)
                                                  Stephen J. Herman, Esquire (LA Bar No. 23129)
                                                  HERMAN, HERMAN & KATZ, LLC
                                                  820 O'Keefe Avenue
                                                  New Orleans, Louisiana 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  LDavis@hhklawfirm.com
                                                  *Counsel for Stephen and Isis Silva*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of January, 2016.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman & Katz, LLC
      820 O'Keefe Avenue
      New Orleans, LA 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhklawfirm.com