# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

### JOINT MOTION FOR COURT APPROVAL OF
### CALCULATION AND AMOUNT OF ATTORNEYS' FEES PURSUANT
### TO THE L&W SETTLEMENT AGREEMENT (REC. DOC. 13375-2)

NOW COME the Knauf Defendants[1] and the Plaintiffs' Steering Committee ("PSC"), who submit this Joint Motion for Court Approval of Calculation and Amount of Attorneys' Fees Pursuant to the L&W Settlement Agreement (Rec. Doc. 13375-2).

The Knauf Defendants and the PSC seek Court approval for Attorneys' Fees[2] in the amount of $163,970.24, or 32%, as further explained in the accompanying memorandum.

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

[2] As defined in the L&W Settlement, Rec. Doc. 13375-2.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Phone:  (504) 566-8646
Fax:    (504) 585-6946
Email:  kjmiller@bakerdonelson.com
*Counsel for the Knauf Defendants*


**HERMAN, HERMAN & KATZ, L.L.C.**

/s/ *Leonard A. Davis*
**LEONARD A. DAVIS (#14190)**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone:  (504) 581-4892
Fax:    (504) 561-6024
Email:  ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel - MDL 2047*


## CERTIFICATE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 21st day of January, 2016.

/s/ *Kerry J. Miller*