UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF JOINT MOTION FOR COURT APPROVAL OF
CALCULATION AND AMOUNT OF ATTORNEYS' FEES PURSUANT TO
THE L&W SETTLEMENT AGREEMENT (REC. DOC. 13375-2)

**MAY IT PLEASE THE COURT:**

Pursuant to Section 15 of the Class Action Settlement Agreement Regarding KPT Drywall Claims Against USG and L&W in MDL No. 2047 ("L&W Settlement Agreement"),[1] if the calculation and amount of Attorneys' Fees is agreed upon by the parties, it is subject to Court approval. Therefore, the Knauf Defendants[2] and the PSC hereby provide the Court with the following agreed-upon calculation and amount for attorneys' fees and reasonable and appropriate expenses (collectively "Attorneys' Fees") related to the L&W Settlement Agreement, to which

---

[1] Rec. Doc. 13375-2.

[2] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

the Court granted final approval on February 7, 2013.[3] The movants seek Court approval for Attorneys' Fees in the amount of $163,970.24, or 32%.

The PSC and the Knauf Defendants have agreed to calculate the L&W Attorneys' Fees amount by multiplying the L&W under air square footage (73,201) by $7 and then by 32%. The total under air square footage of all Knauf Class Members' homes that received settlement benefits under the L&W settlement is 73,201.  The Knauf/L&W Agreement provides that L&W is responsible for $7 per square foot under air for KPT homes supplied by L&W that were resolved through the MDL class settlement.  Section 15 of the L&W Settlement Agreement provides that L&W's obligations to Knauf are satisfied with the payment of Attorneys' Fees. Therefore, the $7 per square foot is multiplied by 32%, in order to calculate the appropriate Attorneys' Fees for these properties.  Multiplying the L&W under air square footage (73,201) by $7 and by 32% yields the agreed-upon Attorneys' Fees amount of $163,970.24.

For the foregoing reasons, the Knauf Defendants and the PSC request Court approval of Attorneys' Fees related to the L&W Settlement Agreement in the amount of $163,970.24.

          Respectfully submitted,

          **BAKER, DONELSON, BEARMAN,**
          **CALDWELL & BERKOWITZ, PC**

          */s/ Kerry J. Miller*_____
          **KERRY J. MILLER (#24562)**
          **DANIEL J. DYSART (#33812)**
          201 St. Charles Avenue, Suite 3600
          New Orleans, LA 70170
          Phone:   (504) 566-8646
          Fax:      (504) 585-6946
          Email:    kjmiller@bakerdonelson.com
          *Counsel for the Knauf Defendants*

---

[3] Rec. Doc. 16570.

**HERMAN, HERMAN & KATZ, L.L.C.**

/s/ Leonard A. Davis
**LEONARD A. DAVIS (#14190)**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel - MDL 2047*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 21st day of January, 2016.

/s/ Kerry J. Miller