UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the Joint Motion for Court Approval of Calculation and Amount of Attorneys' Fees Pursuant to the L&W Settlement Agreement (Rec. Doc. 13375-2) filed by the Knauf Defendants and the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the Joint Motion is GRANTED. The Attorneys' Fees related to the L&W Settlement Agreement are set at $163,970.24.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge