UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Gross v. Knauf Gips KG, 2:09-cv-6690*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1672*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1395*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1673*<br>*Amorin v. SASAC, 2:14-cv-1727*<br>*State of Louisiana v. Knauf, 2:10-cv-340*<br>*Abner v. Taishan Gypsum, 2:11-cv-3094*<br>*Posey v. BNBM Co., 2:09-cv-6531*<br>*Morris v. BNBM Co., 2:09-cv-6530*<br>*Germano v. Taishan Gypsum,* **2:09-cv-6687**<br>*Wiltz v. Beijing New Building Materials Public Limited Co., 2:10-cv-361* | |

**PROPOSED ORDER**

Considering Plaintiffs' Steering Committee's Motion for Leave to Exceed Page Limitation of the Plaintiffs' Steering Committee's Omnibus Response in Opposition to Defendants' Motions to Dismiss and to File the Omnibus Response, In Its Entirety, Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and:

1. The Plaintiffs' Steering Committee is allowed to exceed page limitation on its Omnibus Response in Opposition to Defendants' Motions to Dismiss; and

2. The Plaintiffs' Steering Committee's Omnibus Response in Opposition to Defendants' Motions to Dismiss be and is hereby FILED UNDER SEAL in its entirety.

New Orleans, Louisiana, this ____ day of _____, 2016.

                                                                                         _____
                                                                                         Eldon E. Fallon
                                                                                         United States District Court Judge