## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | ) ) ) ) | **MDL NO. 2047** <br> **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | ) ) | **JUDGE FALLON** |
| *The State of Louisiana v. Knauf Gips KG, et al., No. 2:10-CV-0340 (E.D. La.).* | ) ) ) ) ) | **MAG. JUDGE WILKINSON** |

### LOUISIANA'S RESPONSE TO DEFENDANTS BNBM PLC'S AND BNBM GROUP'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(2), 12(b)(5) AND 12(b)(6)

# FILED UNDER SEAL

129407215.7