# Louisiana MTD Ex. 1

# FILED UNDER SEAL