# Louisiana MTD Ex. 2

# FILED UNDER SEAL