# Louisiana MTD Ex. 3

**FILED UNDER SEAL**