# Louisiana MTD Ex. 4

# FILED UNDER SEAL