**Louisiana MTD Ex. 5**

**FILED UNDER SEAL**