# Louisiana MTD Ex. 6

# FILED UNDER SEAL