Louisiana MTD Ex. 7

FILED UNDER SEAL