Louisiana MTD Ex 8

FILED UNDER SEAL