Lousiana MTD Ex. 9

FILED UNDER SEAL