Louisiana MTD Ex. 10

FILED UNDER SEAL