# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) <br> DRYWALL PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Gross v. Knauff Gips KG*, 2:09-cv-6690 ) <br> *Amorin v. Taishan Gypsum*, 2:11-cv-1672 ) <br> *Amorin v. Taishan Gypsum*, 2:11-cv-1395 ) <br> *Amorin v. Taishan Gypsum*, 2:11-cv-1673 ) <br> *Amorin v. SASAC*, 2:14-cv-1727 ) <br> *State of Louisiana v. Knauf*, 2:10-cv-340 ) <br> *Abner v. Taishan Gypsum*, 2:11-cv-3094 ) <br> *Posey v. BNBM Co.*, 2:09-cv-6531 ) <br> *Morris v. BNBM Co.*, 2:09-cv-6530 ) <br> _____ ) | MDL NO. 2047 <br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

### MOTION TO SEAL LOUISIANA'S BRIEF IN OPPOSITION TO CNBM GROUP, CNBM CO, CNBMIT CO LTD., CNBM USA CORP., AND SUNTECH CRAFT, INC'S MOTION TO DISMISS ON GROUNDS OF <u>PERSONAL JURISDICTION AND SERVICE OF PROCESS</u>

The State of Louisiana ("Louisiana"), through Jeff Landry, Attorney General of Louisiana, respectfully moves to file its brief in opposition to CNBM Group, CNBM Co., CNBMIT Co. Ltd., CNBM USA Corp., and Suntech Craft, Inc.'s Motion to Dismiss on Grounds of Personal Jurisdiction and Service of Process (Rec. Doc. 19527) under seal.

As grounds for this motion, Louisiana states that its brief and exhibits 1, 2, 9, 11, and 12 contain information which has been designated "confidential" and therefore the brief should be filed under seal. A proposed order accompanies this motion.

129537309.1

Respectfully submitted,

**JEFF LANDRY**
**LOUISIANA ATTORNEY GENERAL**

L. Christopher Styron, BarRoll# 30747
Assistant Attorneys General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6000
Facsimile: (225) 326-6499

**Shows, Cali & Walsh, LLP**
E. Wade Shows, BarRoll# 7637
Trial Attorney
John C. Walsh, BarRoll# 24903
628 St. Louis St.
P. O. Drawer 4425
Baton Rouge, LA  70821
(225) 346-1461

     s/  David L. Black
**Perkins Coie, LLP**
David L. Black
Craig M. J. Allely
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
(303) 291-2300

COUNSEL FOR THE STATE OF LOUISIANA

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Seal Louisiana's Brief In Opposition to CNBM Group, CNBM Co., CNBMIT Co. Ltd., CNBM USA Corp., and Suntech Craft, Inc.'s Motion to Dismiss on Grounds of Personal Jurisdiction and Service of Process has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; Homebuilders' Liaison Counsel, Dorothy Wimberly; Insurance Liaison Counsel, Judy Y. Barrasso; and Taishan, BNBM, and CNBM Liaison Counsel, Harry Rosenberg, all by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of January, 2016.

                                                                                                                       s/ David L. Black
                                                                                          (Signature of Filing Attorney)

129537309.1