Lousiana MTD Ex. 11

FILED UNDER SEAL