Louisiana MTD Ex. 12

FILED UNDER SEAL