**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION<br>_____ | **MDL No.** 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>2:13-cv-06652-EEF-JCW<br>Braxton H. Collins, et al. v. Bass Homes, Inc., et al.<br><br>2:13-cv-06653-EEF-JCW<br>Jason S. Herrington, et al. v. Bass Homes, Inc., et al. | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

_____

**MOTION TO VOLUNTARILY DISMISS CLAIMS AGAINST
ACE HARDWARE CORPORATION**

_____

COME NOW, Plaintiffs, BRAXTON H. COLLINS, KERRIE COLLINS, JASON HERRINGTON and CASSIE HERRINGTON, and pursuant to Fed.R.Civ.P. 41(a)(2) move to dismiss all claims they have against Ace Hardware Corporation, with prejudice. There are no other claims which have been made against Ace Hardware Corporation by any other parties in these cases. This Motion is a request for *pro tanto* dismissal of Ace Hardware Corporation and the claims against it, and is not intended to affect any claims these Plaintiffs have against any other party.

Ace Hardware Corporation, through its undersigned counsel, consents to the dismissal of Plaintiffs' claims against it, with prejudice, in these cases. Ace Hardware Corporation does not have any claims pending against any other party in these cases.

DATED this 25th day of January, 2016.

          */s/ Stephen W. Mullins*
Stephen W. Mullins
LUCKEY & MULLINS, PLLC
Post Office Box 990
Ocean Springs, MS 39566
smullins@luckeyandmullins.com
Phone: 228.875.3175
Fax: 228.872.4719
linda@luckeyandmullins.com
*Attorney for Plaintiffs*
*Braxton H. Collins & Kerrie F. Collins;*
*Plaintiffs Jason H. Herrington*
*& Cassie D. Herrington*

     */s/ Caroline T. Pryor*
CAROLINE T. PRYOR (ASB-2802-R67C)
HEATHER M. HOUSTON (MB# 102087)
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - fax
hhouston@carrallison.com
cpryor@carrallison.com
*Attorneys for Defendant*
*Ace Hardware Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of January, 2016, the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 to the following:

Danny J. Collier, Jr.
Lewis Robert Shreve
E. Barrett Hails
Luther, Collier, Hodges & Cash, LLP
401 Church Street
Mobile, AL 36602
Dcollier@lchclaw.com
rshreve@lchclaw.com
bhails@lchclaw.com
*Attorneys for Defendant Ace Home Center, Inc.*

David C. Coons
Christopher A. D'Amour
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA 70139
david.coons@arlaw.com
chris.damour@arlaw.com
*Attorneys for Defendant Bass Homes, Inc.*

William W. Watts, III
S. Welsey Pipes, V.
Pipes, Hudson & Watts, LLP
P.O. Box 989
Mobile, AL 36601-0989
bill@pipeshudsonwatts.com
wesley@pipeshudsonwatts.com
*Attorney for Pensacola Stevedore Co., Inc. d/b/a Pate Stevedore Co., Inc.*


Gary J. Russo, Esq.
JONES WALKER LLP
600 Jefferson Street, Suite 1600
Lafayette, LA 70501
Email: grusso@joneswalker.com
*Attorney for Third-Party Defendant Fireman's Fund Insurance Company*

Christina Hull Eikhoff, Esq.
Bernard Taylor, Esq.
Michael P. Kenny, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
christy.eikhoff@alston.com
Attorney for Taishan Gypsum Co., Ltd.

Alan Dean Weinberger
HANGARTNER, RYDBERG &
TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana 70179
aweinberger@hanrylaw.com
Attorney for Taishan Gypsum Co., Ltd

Michael K. Fitzpatrick
David A. Pote
FITZPATRICK & BURNETTE L.L.C.
541 Julia Street, Suite 200
New Orleans, Louisiana 70130
Attorney for Cincinnati Insurance Company

   */s/ Caroline T. Pryor*
CAROLINE T. PRYOR (ASB-2802-R67C)
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 – fax
cpryor@carrallison.com