UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>2:13-cv-06652-EEF-JCW<br>Braxton H. Collins, et al. v. Bass Homes, Inc., et al.<br><br>2:13-cv-06653-EEF-JCW<br>Jason S. Herrington, et al. v. Bass Homes, Inc., et al. | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### ORDER OF DISMISSAL

Before the Court is a Motion to Voluntarily Dismiss Claims Against Ace Hardware Corporation filed by the Plaintiffs BRAXTON H. COLLINS, KERRIE COLLINS, JASON HERRINGTON and CASSIE HERRINGTON, pursuant to Fed.R.Civ.P. 41(a)(2).  The Court finds that there are no other claims made against Ace Hardware Corporation by any other entity in these matters.  Ace Hardware Corporation consents to the dismissal of these claims against it, with prejudice.  It is therefore Ordered that the Plaintiffs' claims against Ace Hardware Corporation are dismissed, with prejudice, costs taxed as paid.  This Order of Dismissal is not intended to affect any of the other claims made by these Plaintiffs against any other party.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**