UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  CHINESE-MANUFACTURED   *      09-MD-2047
        DRYWALL PRODUCTS       *
        LIABILITY LITIGATION   *      Section L
                               *
Relates to:  All Cases         *      January 14, 2016
                               *
* * * * * * * * * * * * * * * *
```

STATUS CONFERENCE BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Appearances:

```
For the PSC:               Herman Herman & Katz, LLC
                           BY:  RUSS M. HERMAN, ESQ.
                           820 O'Keefe Avenue
                           New Orleans, Louisiana 70113

For the DSC and the        Baker Donelson Bearman
Knauf Defendants:            Caldwell & Berkowitz, PC
                           BY:  KERRY J. MILLER, ESQ.
                           201 St. Charles Avenue, Suite 3600
                           New Orleans, Louisiana 70170

For the Taishan, CNBM,     Phelps Dunbar, LLP
and BNBM Defendants:       BY:  HARRY ROSENBERG, ESQ.
                           365 Canal Street, Suite 2000
                           New Orleans, Louisiana 70130

Official Court Reporter:   Toni Doyle Tusa, CCR, FCRR
                           500 Poydras Street, HB-275
                           New Orleans, Louisiana 70130
                           (504) 589-7778
```

Proceedings recorded by mechanical stenography using
computer-aided transcription software.

09:10

## PROCEEDINGS

**(January 14, 2016)**

3      **THE COURT:** Be seated, please. Good morning, ladies
4   and gentlemen.
5            Let's call the case, please.
6      **THE DEPUTY CLERK:** MDL 2047, *In Re:*
7   *Chinese-Manufactured Drywall Products Liability Litigation*.
8      **THE COURT:** Liaison counsel make their appearance for
9   the record, please.
10     **MR. HERMAN:** May it please the Court. Good morning,
11  Judge Fallon. Russ Herman for the PSC.
12     **MR. MILLER:** Good morning, Judge. It's Kerry Miller
13  on behalf of Knauf and the Defense Steering Committee.
14     **MR. ROSENBERG:** Good morning, Your Honor.
15  Harry Rosenberg on behalf of Taishan, CNBM, and BNBM.
16     **THE COURT:** First, I apologize for the problems we
17  had with the technical aspect of the call today. We have had
18  some issues, but I think they are all worked out now. We have
19  several hundred people on the call, so please use the
20  microphone.
21           I met recently with liaison lead counsel to
22  discuss the agenda with them. One thing that's not on the
23  agenda that I want to bring to your attention, particularly the
24  PSC's attention, is I received a letter from a Ms. Melissa
25  Rieber, who has apparently Taishan drywall in her home. She

says that her attorney hasn't given her any information on the matter.

I will be sending this to the attorney, but I call her attention to the fact that the Court does have a website. We put everything on the website, including the transcripts of these meetings, so please look at the website. It can be accessed by simply either calling the Court or using the Court's website and then scrolling down to get into the specific website for this proceeding. Everything is on the website. We try to keep everyone up to date on what's happening whether or not they are able to attend these conferences.

The first thing on the agenda is pretrial orders. Anything?

**MR. HERMAN:** May it please the Court. Good morning, Judge Fallon.

Roman numeral I, pretrial orders, nothing new.

Roman numeral II, state court trial settings, Ms. Barrios is here. Nothing new.

Roman numeral III, state/federal coordination, nothing new.

Roman numeral IV, omnibus class action complaints, nothing new.

Roman numeral V, plaintiffs' motions, nothing new.

09:17

1              Roman numeral VI, Knauf remediation program,
2  Kerry Miller will address that.
3              **MR. MILLER:**  Good morning again, Your Honor.
4  Kerry Miller on the Knauf remediation program, Roman numeral VI
5  to your agenda.
6              The remediation program enters its last legs.
7  Phil Adams from Moss is here.  There are only a handful of
8  homes left to be remediated and/or under remediation.
9              **THE COURT:**  How many homes, approximately, were
10  remediated thus far?
11             **MR. MILLER:**  I think 2,800.
12             **THE COURT:**  We do have a motion following this
13  hearing on an issue involving the remediation program, but I
14  will take that up after this hearing.
15             Anything on InEx, Banner, Knauf settlements, the
16  next item on the agenda?
17             **MR. HERMAN:**  May it please the Court.  Jake Woody is
18  here from BrownGreer, and I understand he has a report.  This
19  might be an appropriate time, if Your Honor would entertain it.
20             **MR. WOODY:**  Good morning, Your Honor.  My name is
21  Jake Woody from BrownGreer.  I'm here to give our monthly
22  status report.  I have just a few things to mention today.
23             First, our payment status for our claim payments
24  has exceeded the $82 million mark.  We are at $82,019,408.  Of
25  that total, $61.1 million is for Global, Banner, InEx repair

1  and relocation payments, and $20.8 million is for other loss
2  claims, which are a variety of claims that cover other types of
3  damages.  That's a total increase of $316,450 since our last
4  status conference.
5       In addition to those claim payments, we have
6  also begun issuing what we call stipend payments to attorneys
7  and law firms.  PTO 29 authorizes us to disburse money from the
8  various attorney fee funds in the amount of $1,000 per Knauf
9  property and $150 per non-Knauf property.  Last fall we
10 circulated lists to each law firm of their eligible claims and
11 the statement amount we calculated and received responses.
12      You issued PTO 29, I believe, on November 23,
13 2015.  We waited 30 days for any appeals to the Fifth Circuit.
14 None were made, and we began issuing stipend payments on
15 December 28, 2015.  So far we have issued over $4 million,
16 $4,014,150, in just a couple weeks there.  We have $984,000
17 left to distribute.
18      We need from each firm a couple of forms before
19 we can issue payment.  One is the stipend verification form
20 which is attached to your PTO, two is a W-9 form, and the third
21 is wire instructions if we don't have those already.  Those
22 forms are attached as exhibits to your PTO, and I believe they
23 are also on our website as well.  We will reach out to firms
24 who haven't returned those forms and ask for them.  That's all
25 we need to issue the stipend payment.

09:21

1       There are a number of properties that were the
2  subject of objections for various reasons, and we are working
3  with the PSC and the Court to resolve those.  In the meantime,
4  we can issue stipends for the properties that are not subject
5  to any objection, and that's what we have done here.
6       **THE COURT:**  This is to reimburse the attorneys for
7  costs they incurred in connection with the inspection aspect of
8  the cases.
9       **MR. WOODY:**  That's correct, Your Honor.  These are
10 not fees.  These are just a cost reimbursement that come out of
11 the fee fund.
12      **MR. LEVIN:**  Your Honor, it's inspections and other
13 incidental costs.
14      **THE COURT:**  Yes.
15      **MR. WOODY:**  So we will continue to issue payments as
16 we receive responses and the forms we need.
17           Finally, I just wanted to talk about the only
18 claims we have left to deal with, and those are some other loss
19 claims.  You may recall that PTO 28 authorized us to issue
20 eligibility notices to claimants with other loss claims.  We
21 issued about 5,000 eligibility notices and received acceptances
22 of those awards from about 4,300 claimants.
23           727 requested that the special master review
24 their claim for a second time.  The special master did that,
25 and we issued to each firm or claimant a decision in early

09:22   1   December.  401 of the 727 accepted that decision.  326
        2   requested what we call reconsideration, which is just simply
        3   asking us and the special master to take another look at the
        4   claim.
        5           Those 326 are the only claims we really have
        6   left to deal with.  We have been through each claim now a
        7   number of times.  I don't expect our review of these 326 to
        8   take very long at all, and we will issue determinations
        9   hopefully in the next few weeks, maybe in early February.  Once
       10   we do that, the only alternative left is to appeal directly to
       11   the Court.
       12           I do want to mention that the other loss fund is
       13   a fixed fund.  The amount of the special master awards exceeds
       14   the amount that we have left to disburse, so there will be a
       15   pro rata reduction of the special master awards.  I can't
       16   calculate that total percentage until all the claims are
       17   resolved.  So it's important to note that even if you have
       18   accepted the special master award, I have to wait until we
       19   resolve these 326 before I can issue payment.  I expect that to
       20   take a few weeks or months as these work through the system and
       21   appeal to you and beyond that.  So I know it's been a long time
       22   for a lot of people, and we are doing the best we can to get
       23   these payments out quickly.  We will expedite the review of
       24   these and hopefully be done with these shortly.
       25           So just a quick summary of what we have done

09:23

1  since our last conference: We have paid $316,000 in claim
2  payments, over $4 million in stipend payments. We have
3  received 400 acceptances of our special master awards and have
4  326 claims left out of -- I think our initial population was
5  approximately 20,000 claims. So we are down to 326, which I
6  think is a good sign for the program.
7              **THE COURT:** As we say often, this is in addition to
8  the remediation program, which is separate from this. This is
9  additional claims, and that's the way that these additional
10 claims have been dealt with. The remediation program looks
11 like it will be about a billion or a billion one, somewhere in
12 that category.
13             **MR. WOODY:** That's correct, Your Honor. Thank you.
14             **THE COURT:** Anything on Taishan, BNBM, Harry?
15             **MR. ROSENBERG:** No, Your Honor. There's nothing new
16 to report for any of those entities. Thank you, Judge.
17             **MR. HERMAN:** May it please the Court. From the PSC
18 perspective, the Foreign Sovereign Immunities Act jurisdiction
19 issue has now been fully briefed by both sides. The PSC on
20 January 22 has a due date on briefing for the BNBM/CNBM
21 jurisdiction issues. We have continued since the last status
22 conference to receive BNBM documents, but it should not delay
23 the filing of our briefs.
24             I'll call on Jerry Meunier of the PSC for a
25 brief report on discovery.

**MR. MEUNIER:** May it please the Court. Jerry Meunier for the PSC.

Your Honor, just to complete that report by Mr. Herman, the PSC will be taking a deposition tomorrow in New York City of Professor Jeff Gordon, who has been offered by BNBM as an expert in support of its position on the lack of jurisdiction. Professor Gordon addresses alter ego and corporate governance issues. So he will be deposed tomorrow in preparation for the opposition brief that the PSC will file this month and, of course, the hearing on this issue in February.

**THE COURT:** When the deposition is transcribed, I would like a copy of it.

**MR. ROSENBERG:** We will work on that with the PSC, Your Honor.

**MR. MEUNIER:** Thank you, Judge.

**THE COURT:** Anything further on Venture Supply?

**MR. HERMAN:** No, Your Honor.

Nothing on plaintiff and defendant profile forms, Roman numeral X.

Roman numeral XI, nothing new on frequently asked questions.

Roman numeral XII, Your Honor has addressed already that you will hear a matter set for hearing after this conference.

09:26

1                    Roman numeral XIII, physical evidence
2     preservation order, there's nothing new on that.
3                    Roman numeral XIV, the entry of preliminary
4     default, nothing new on that.
5                    Roman numeral XV, already remediated homes,
6     Your Honor has received a report on that.
7                    The next status conference --
8              **THE COURT:**  February 17, that one is at 2:00 p.m.,
9     and the following is March 22.  That's at 9:00, our usual
10    meeting here, and I will meet with lead liaison at 8:30, as
11    usual.
12                   Anything else other than the motion?
13             **MR. HERMAN:**  Not from the PSC, Your Honor.
14                   There is one thing.  We will be submitting a
15    motion for Your Honor's approval.  Our colleague and brother,
16    Robert Becnel, will be substituted, with Your Honor's
17    permission, temporarily for Danny Becnel, who is a member of
18    the PSC.  Of course, we all extend our best wishes and prayers
19    for his speedy recovery.
20             **THE COURT:**  Robert, how is he doing at this time?
21             **MR. BECNEL:**  He is making slow but continued
22    progress.  He can speak.  He moves his arms, his legs.  He is
23    cognizant of who is there.  He is in a rehab facility at
24    East Jefferson.  It's just family members, and we are on a
25    rotational basis because the speech and physical therapy is

09:28

1    very exhausting, so he needs to sleep a lot.  I thank
2    Your Honor for visiting him at the hospital also.
3            **THE COURT:**  Well, give him our regards.
4                I will take a five-minute break at this time and
5    come back.
6            **THE DEPUTY CLERK:**  All rise.
7                              * * *
8                           **CERTIFICATE**
9        I, Toni Doyle Tusa, CCR, FCRR, Official Court
10   Reporter for the United States District Court, Eastern District
11   of Louisiana, certify that the foregoing is a true and correct
12   transcript, to the best of my ability and understanding, from
13   the record of proceedings in the above-entitled matter.
14
15
16                              *s/ Toni Doyle Tusa*
                                Toni Doyle Tusa, CCR, FCRR
17                              Official Court Reporter
18
19
20
21
22
23
24
25

## $

$1,000 [1]  5/8
$150 [1]  5/9
$20.8 [1]  5/1
$20.8 million [1]  5/1
$316,000 [1]  8/1
$316,450 [1]  5/3
$4 [2]  5/15 8/2
$4 million [2]  5/15 8/2
$4,014,150 [1]  5/16
$61.1 [1]  4/25
$82 [1]  4/24
$82 million [1]  4/24
$82,019,408 [1]  4/24
$984,000 [1]  5/16

## 0

09-MD-2047 [1]  1/4

## 1

14 [2]  1/6 2/2
17 [1]  10/8

## 2

2,800 [1]  4/11
20,000 [1]  8/5
2000 [1]  1/19
201 [1]  1/17
2015 [2]  5/13 5/15
2016 [2]  1/6 2/2
2047 [2]  1/4 2/6
22 [2]  8/20 10/9
23 [1]  5/12
275 [1]  1/21
28 [2]  5/15 6/19
29 [2]  5/7 5/12
2:00 p.m [1]  10/8

## 3

30 days [1]  5/13
326 [6]  7/1 7/5 7/7 7/19 8/4 8/5
3600 [1]  1/17
365 [1]  1/19

## 4

4,300 [1]  6/22
400 [1]  8/3
401 [1]  7/1

## 5

5,000 [1]  6/21
500 [1]  1/21
504 [1]  1/22
589-7778 [1]  1/22

## 7

70113 [1]  1/14
70130 [2]  1/20 1/22
70170 [1]  1/17
727 [2]  6/23 7/1
7778 [1]  1/22

## 8

820 [1]  1/14
8:30 [1]  10/10

## 9

9:00 [1]  10/9

## A

ability [1]  11/12
able [1]  3/11
about [4]  6/17 6/21 6/22 8/11
above [1]  11/13
above-entitled [1]  1/7
acceptances [2]  6/21 8/3
accepted [2]  7/1 7/18
accessed [1]  3/7
Act [1]  8/18
action [1]  3/22
Adams [1]  4/7
addition [2]  5/5 8/7
additional [2]  8/9 8/9
address [1]  4/2
addressed [1]  9/23
addresses [1]  9/7
after [2]  4/14 9/24
again [1]  4/3
agenda [5]  2/22 2/23 3/13 4/5 4/16
aided [1]  1/25
all [7]  1/6 2/18 5/24 7/8 7/16 10/18 11/6
already [3]  5/21 9/24 10/5
also [3]  5/6 5/23 11/2
alter [1]  9/7
alternative [1]  7/10
amount [4]  5/8 5/11 7/13 7/14
and/or [1]  4/8
another [1]  7/3
any [4]  3/1 5/13 6/5 8/16
Anything [5]  3/14 4/15 8/14 9/17 10/12
apologize [1]  2/16
apparently [1]  2/25
appeal [2]  7/10 7/21
appeals [1]  5/13
appearance [1]  2/8
Appearances [1]  1/11
appropriate [1]  4/19
approval [1]  10/15
approximately [2]  4/9 8/5
are [18]
arms [1]  10/22
as [7]  5/22 5/23 6/15 7/20 8/7 9/6 10/10
ask [1]  5/24
asked [1]  9/22
asking [1]  7/3
aspect [2]  2/17 6/7
at [11]  3/6 4/24 7/3 7/8 10/8 10/9 10/10 10/20 10/23 11/2 11/4
attached [2]  5/20 5/22
attend [1]  3/11
attention [3]  2/23 2/24 3/4
attorney [3]  3/1 3/3 5/8
attorneys [2]  5/6 6/6
authorized [1]  6/19
authorizes [1]  5/7
Avenue [2]  1/14 1/17
award [1]  7/18
awards [4]  6/22 7/13 7/15 8/3

## B

back [1]  11/5
Baker [1]  1/15
Banner [2]  4/15 4/25
Barrios [1]  3/19
basis [1]  10/25
be [12]
Bearman [1]  1/15
because [1]  10/25
Becnel [2]  10/16 10/17
been [5]  7/6 7/21 8/10 8/19 9/5
before [3]  1/9 5/18 7/19
began [1]  5/14
begun [1]  5/6
behalf [2]  2/13 2/15
believe [2]  5/12 5/22
Berkowitz [1]  1/16
best [3]  7/22 10/18 11/12
between [1]  7/21
billion [2]  8/11 8/11
BNBM [6]  1/19 2/15 8/14 8/20 8/22 9/6
BNBM/CNBM [1]  8/20
both [1]  8/19
break [1]  11/4
brief [2]  8/25 9/9
briefed [1]  8/19
briefing [1]  8/20
briefs [1]  8/23
bring [1]  2/23
brother [1]  10/15
BrownGreer [2]  4/18 4/21
but [5]  2/18 3/3 4/13 8/22 10/21

## C

calculate [1]  7/16
calculated [1]  5/11
Caldwell [1]  1/16
call [7]  2/5 2/17 2/19 3/4 5/6 7/2 8/24
calling [1]  3/7
can [6]  3/7 5/19 6/4 7/19 7/22 10/22
can't [1]  7/15
Canal [1]  1/19
case [1]  2/5
cases [2]  1/6 6/8
category [1]  8/12
CCR [3]  1/21 11/9 11/16
CERTIFICATE [1]  11/8
certify [1]  11/11
Charles [1]  1/17
CHINESE [2]  1/4 2/7
CHINESE-MANUFACTURED [2]  1/4 2/7
Circuit [1]  5/13
circulated [1]  5/10
City [1]  9/5
claim [6]  4/23 5/5 6/24 7/4 7/6 8/1
claimant [1]  6/25
claimants [2]  6/20 6/22
claims [12]
class [1]  3/22
CNBM [3]  1/18 2/15 8/20
cognizant [1]  10/23
colleague [1]  10/15
come [2]  6/10 11/5
Committee [1]  2/13
complaints [1]  3/23
complete [1]  9/3
computer [1]  1/25
computer-aided [1]  1/25
conference [6]  1/9 5/4 8/1 8/22 9/25 10/7
conferences [1]  3/12
connection [1]  6/7
continue [1]  6/15
continued [2]  8/21 10/21
coordination [1]  3/20
copy [1]  9/13
corporate [1]  9/8
correct [3]  6/9 8/13 11/11
cost [1]  6/10
costs [2]  6/7 6/13
counsel [2]  2/8 2/21
couple [2]  5/16 5/18
course [2]  9/10 10/18
court [15]
Court's [1]  3/8
cover [1]  5/2

## D

damages [1]  5/3
Danny [1]  10/17

**D**

date [2]  3/10 8/20
days [1]  5/13
deal [2]  6/18 7/6
dealt [1]  8/10
December [2]  5/15 7/1
December 28 [1]  5/15
decision [2]  6/25 7/1
default [1]  10/4
defendant [1]  9/19
Defendants [2]  1/16 1/19
Defense [1]  2/13
delay [1]  8/22
deposed [1]  9/8
deposition [2]  9/4 9/12
determinations [1]  7/8
did [1]  6/24
directly [1]  7/10
disburse [2]  5/7 7/14
discovery [1]  8/25
discuss [1]  2/22
distribute [1]  5/17
DISTRICT [5]  1/1 1/2 1/10 11/10 11/10
do [3]  4/12 7/10 7/12
documents [1]  8/22
does [1]  3/4
doing [2]  7/22 10/20
don't [2]  5/21 7/7
done [3]  6/5 7/24 7/25
Donelson [1]  1/15
down [2]  3/8 8/5
Doyle [4]  1/21 11/9 11/16 11/16
drywall [3]  1/4 2/7 2/25
DSC [1]  1/15
due [1]  8/20
Dunbar [1]  1/18

**E**

each [4]  5/10 5/18 6/25 7/6
early [2]  6/25 7/9
East [1]  10/24
East Jefferson [1]  10/24
EASTERN [2]  1/2 11/10
ego [1]  9/7
either [1]  3/7
ELDON [1]  1/9
eligibility [2]  6/20 6/21
eligible [1]  5/10
else [1]  10/12
enters [1]  4/6
entertain [1]  4/19
entities [1]  8/16
entitled [1]  11/13
entry [1]  10/3
ESQ [3]  1/13 1/16 1/19
even [1]  7/17
everyone [1]  3/10
everything [2]  3/5 3/9
evidence [1]  10/1
exceeded [1]  4/24
exceeds [1]  7/13
exhausting [1]  11/1
exhibits [1]  5/22
expect [2]  7/7 7/19
expedite [1]  7/23
expert [1]  9/6
extend [1]  10/18

**F**

facility [1]  10/23
fact [1]  3/4
fall [1]  5/9

FALLON [3]  1/9 2/11 3/16
family [1]  10/24
far [2]  4/10 5/15
FCRR [3]  1/21 11/9 11/16
February [3]  7/9 9/11 10/8
February 17 [1]  10/8
federal [1]  3/20
fee [2]  5/8 6/11
fees [1]  6/10
few [3]  4/22 7/9 7/20
Fifth [1]  5/13
Fifth Circuit [1]  5/13
file [1]  9/9
filing [1]  8/23
Finally [1]  6/17
firm [3]  5/10 5/18 6/25
firms [2]  5/7 5/23
first [3]  2/16 3/13 4/23
five [1]  11/4
five-minute [1]  11/4
fixed [1]  7/13
following [2]  4/12 10/9
foregoing [1]  11/11
Foreign [1]  8/18
form [2]  5/19 5/20
forms [5]  5/18 5/22 5/24 6/16 9/20
frequently [1]  9/21
fully [1]  8/19
fund [3]  6/11 7/12 7/13
funds [1]  5/8
further [1]  9/17

**G**

gentlemen [1]  2/4
get [2]  3/8 7/22
give [2]  4/21 11/3
given [1]  3/1
Global [1]  4/25
good [8]  2/3 2/10 2/12 2/14 3/15 4/3 4/20 8/6
Gordon [2]  9/5 9/7
governance [1]  9/8

**H**

had [2]  2/17 2/17
handful [1]  4/7
happening [1]  3/11
HARRY [3]  1/19 2/15 8/14
Harry Rosenberg [1]  2/15
has [8]  2/25 4/18 4/24 8/19 8/20 9/5 9/23 10/6
hasn't [1]  3/1
have [22]
haven't [1]  5/24
HB [1]  1/21
HB-275 [1]  1/21
he [9]  4/18 9/8 10/20 10/21 10/22 10/22 10/22 10/23 11/1
hear [1]  9/24
hearing [4]  4/13 4/14 9/10 9/24
her [4]  2/25 3/1 3/1 3/4
here [6]  3/19 4/7 4/18 4/21 6/5 10/10
Herman [5]  1/13 1/13 1/13 2/11 9/4
him [2]  11/2 11/3
his [3]  10/19 10/22 10/22
home [1]  2/25
homes [3]  4/8 4/9 10/5
Honor [15]
Honor's [2]  10/15 10/16
HONORABLE [1]  1/9
hopefully [2]  7/9 7/24
hospital [1]  11/2
how [2]  4/9 10/20

hundred [1]  2/19

**I**

I'll [1]  8/24
I'm [1]  4/21
if [3]  4/19 5/21 7/17
II [1]  3/18
III [1]  3/20
Immunities [1]  8/18
important [1]  7/17
in [21]
In Re [1]  2/6
incidental [1]  6/13
including [1]  3/5
increase [1]  5/3
incurred [1]  6/7
InEx [2]  4/15 4/25
information [1]  3/1
initial [1]  8/4
inspection [1]  6/7
inspections [1]  6/12
instructions [1]  5/21
into [1]  3/8
involving [1]  4/13
is [33]
issue [10]  4/13 5/19 5/25 6/4 6/15 6/19 7/8 7/19 8/19 9/10
issued [4]  5/12 5/15 6/21 6/25
issues [3]  2/18 8/21 9/8
issuing [2]  5/6 5/14
it [10]  2/10 3/7 3/15 4/17 4/19 8/11 8/17 8/22 9/1 9/13
it's [5]  2/12 6/12 7/17 7/21 10/24
item [1]  4/16
its [2]  4/6 9/6
IV [1]  3/22

**J**

Jake [2]  4/17 4/21
January [3]  1/6 2/2 8/20
January 22 [1]  8/20
Jeff [1]  9/5
Jefferson [1]  10/24
Jerry [2]  8/24 9/1
JUDGE [6]  1/10 2/11 2/12 3/16 8/16 9/16
Judge Fallon [2]  2/11 3/16
jurisdiction [3]  8/18 8/21 9/7
just [8]  4/22 5/16 6/10 6/17 7/2 7/25 9/3 10/24

**K**

Katz [1]  1/13
keep [1]  3/10
KERRY [4]  1/16 2/12 4/2 4/4
Kerry Miller [1]  4/4
Knauf [7]  1/16 2/13 4/1 4/4 4/15 5/8 5/9
know [1]  7/21

**L**

lack [1]  9/6
ladies [1]  2/3
last [5]  4/6 5/3 5/9 8/1 8/21
law [2]  5/7 5/10
lead [2]  2/21 10/10
left [7]  4/8 5/17 6/18 7/6 7/10 7/14 8/4
legs [2]  4/6 10/22
Let's [1]  2/5
letter [1]  2/24
LIABILITY [2]  1/5 2/7
liaison [3]  2/8 2/21 10/10
like [2]  8/11 9/13
lists [1]  5/10

## L

LITIGATION [2]  1/5 2/7
LLC [1]  1/13
LLP [1]  1/18
long [2]  7/8 7/21
look [2]  3/6 7/3
looks [1]  8/10
loss [4]  5/1 6/18 6/20 7/12
lot [2]  7/22 11/1
LOUISIANA [6]  1/2 1/14 1/17 1/20 1/22
 11/11

## M

made [1]  5/14
make [1]  2/8
making [1]  10/21
MANUFACTURED [2]  1/4 2/7
many [1]  4/9
March [1]  10/9
March 22 [1]  10/9
mark [1]  4/24
master [7]  6/23 6/24 7/3 7/13 7/15 7/18
 8/3
matter [3]  3/2 9/24 11/13
may [6]  2/10 3/15 4/17 6/19 8/17 9/1
maybe [1]  7/9
MD [1]  1/4
MDL [1]  2/6
meantime [1]  6/3
mechanical [1]  1/25
meet [1]  10/10
meeting [1]  10/10
meetings [1]  3/6
Melissa [1]  2/24
member [1]  10/17
members [1]  10/24
mention [2]  4/22 7/12
met [1]  2/21
Meunier [2]  8/24 9/1
microphone [1]  2/20
might [1]  4/19
MILLER [4]  1/16 2/12 4/2 4/4
million [5]  4/24 4/25 5/1 5/15 8/2
minute [1]  11/4
money [1]  5/7
month [1]  9/10
monthly [1]  4/21
months [1]  7/20
morning [7]  2/3 2/10 2/12 2/14 3/15 4/3
 4/20
Moss [1]  4/7
motion [3]  4/12 10/12 10/15
motions [1]  3/24
moves [1]  10/22
Mr. [1]  9/4
Mr. Herman [1]  9/4
Ms. [2]  2/24 3/19
Ms. Barrios [1]  3/19
Ms. Melissa [1]  2/24
my [2]  4/20 11/12

## N

name [1]  4/20
need [3]  5/18 5/25 6/16
needs [1]  11/1
new [14]
New York [1]  9/5
next [3]  4/16 7/9 10/7
No [2]  8/15 9/18
non [1]  5/9
non-Knauf [1]  5/9
None [1]  5/14

not [6]  2/22 3/11 6/4 6/10 8/22 10/13
note [1]  7/17
nothing [10]  3/17 3/19 3/21 3/23 3/24
 8/15 9/19 9/21 10/2 10/4
notices [2]  6/20 6/21
November [1]  5/12
November 23 [1]  5/12
now [3]  2/18 7/6 8/19
number [2]  6/1 7/7
numeral [13]
numeral I [1]  3/17
numeral II [1]  3/18
numeral III [1]  3/20
numeral IV [1]  3/22
numeral V [1]  3/24
numeral VI [2]  4/1 4/4

## O

O'Keefe [1]  1/14
objection [1]  6/5
objections [1]  6/2
offered [1]  9/5
Official [3]  1/21 11/9 11/17
often [1]  8/7
omnibus [1]  3/22
on [31]
Once [1]  7/9
one [5]  2/22 5/19 8/11 10/8 10/14
only [4]  4/7 6/17 7/5 7/10
opposition [1]  9/9
or [6]  3/7 3/11 4/8 6/25 7/20 8/11
order [1]  10/2
orders [2]  3/14 3/17
Orleans [4]  1/14 1/17 1/20 1/22
other [7]  5/1 5/2 6/12 6/18 6/20 7/12
 10/12
our [14]
out [5]  2/18 5/23 6/10 7/23 8/4
over [2]  5/15 8/2

## P

p.m [1]  10/8
paid [1]  8/1
particularly [1]  2/23
payment [4]  4/23 5/19 5/25 7/19
payments [9]  4/23 5/1 5/5 5/6 5/14 6/15
 7/23 8/2 8/2
PC [1]  1/16
people [2]  2/19 7/22
per [2]  5/8 5/9
percentage [1]  7/16
permission [1]  10/17
perspective [1]  8/18
Phelps [1]  1/18
Phil [1]  4/7
physical [2]  10/1 10/25
plaintiff [1]  9/19
plaintiffs' [1]  3/24
please [10]  2/3 2/5 2/9 2/10 2/19 3/6
 3/15 4/17 8/17 9/1
population [1]  8/4
position [1]  9/6
Poydras [1]  1/21
prayers [1]  10/18
preliminary [1]  10/3
preparation [1]  9/9
preservation [1]  10/2
pretrial [2]  3/13 3/17
pro [1]  7/15
pro rata [1]  7/15
problems [1]  2/16
proceeding [1]  3/9
proceedings [3]  1/25 2/1 11/13

PRODUCTS [2]  1/4 2/7
Professor [2]  9/6 9/7
profile [1]  9/19
program [7]  4/1 4/4 4/6 4/13 8/6 8/8 8/10
progress [1]  10/22
properties [2]  6/1 6/4
property [2]  5/9 5/9
PSC [12]
PSC's [1]  2/24
PTO [5]  5/7 5/12 5/20 5/22 6/19
PTO 28 [1]  6/19
PTO 29 [2]  5/7 5/12
put [1]  3/5

## Q

questions [1]  9/22
quick [1]  7/25
quickly [1]  7/23

## R

rata [1]  7/15
RE [2]  1/4 2/6
reach [1]  5/23
really [1]  7/5
reasons [1]  6/2
recall [1]  6/19
receive [2]  6/16 8/22
received [5]  2/24 5/11 6/21 8/3 10/6
recently [1]  2/21
reconsideration [1]  7/2
record [2]  2/9 11/13
recorded [1]  1/25
recovery [1]  10/19
reduction [1]  7/15
regards [1]  11/3
rehab [1]  10/23
reimburse [1]  6/6
reimbursement [1]  6/10
Relates [1]  1/6
relocation [1]  5/1
remediated [3]  4/8 4/10 10/5
remediation [7]  4/1 4/4 4/6 4/8 4/13 8/8
 8/10
repair [1]  4/25
report [6]  4/18 4/22 8/16 8/25 9/3 10/6
Reporter [3]  1/21 11/10 11/17
requested [2]  6/23 7/2
resolve [2]  6/3 7/19
resolved [1]  7/17
responses [2]  5/11 6/16
returned [1]  5/24
review [3]  6/23 7/7 7/23
Rieber [1]  2/25
rise [1]  11/6
Robert [2]  10/16 10/20
Roman [13]
ROSENBERG [2]  1/19 2/15
rotational [1]  10/25
RUSS [2]  1/13 2/11

## S

say [1]  8/7
says [1]  3/1
scrolling [1]  3/8
seated [1]  2/3
second [1]  6/24
Section [1]  1/5
sending [1]  3/3
separate [1]  8/8
set [1]  9/24
settings [1]  3/18
settlements [1]  4/15
several [1]  2/19

## S

She [1]  2/25
shortly [1]  7/24
should [1]  8/22
sides [1]  8/19
sign [1]  8/6
simply [2]  3/7 7/2
since [3]  5/3 8/1 8/21
sleep [1]  11/1
slow [1]  10/21
so [11]  2/19 3/6 5/15 6/15 7/14 7/17 7/21 7/25 8/5 9/8 11/1
software [1]  1/25
some [2]  2/18 6/18
somewhere [1]  8/11
Sovereign [1]  8/18
speak [1]  10/22
special [7]  6/23 6/24 7/3 7/13 7/15 7/18 8/3
specific [1]  3/9
speech [1]  10/25
speedy [1]  10/19
St [1]  1/17
state [2]  3/18 3/20
state/federal [1]  3/20
statement [1]  5/11
STATES [3]  1/1 1/10 11/10
status [6]  1/9 4/22 4/23 5/4 8/21 10/7
Steering [1]  2/13
stenography [1]  1/25
stipend [5]  5/6 5/14 5/19 5/25 8/2
stipends [1]  6/4
Street [2]  1/19 1/21
subject [2]  6/2 6/4
submitting [1]  10/14
substituted [1]  10/16
Suite [2]  1/17 1/19
summary [1]  7/25
Supply [1]  9/17
support [1]  9/6
system [1]  7/20

## T

Taishan [4]  1/18 2/15 2/25 8/14
take [5]  4/14 7/3 7/8 7/20 11/4
taking [1]  9/4
talk [1]  6/17
technical [1]  2/17
temporarily [1]  10/17
than [1]  10/12
thank [4]  8/13 8/16 9/16 11/1
that [32]
that's [8]  2/22 5/3 5/24 6/5 6/9 8/9 8/13 10/9
their [3]  2/8 5/10 6/24
them [2]  2/22 5/24
then [1]  3/8
therapy [1]  10/25
there [6]  4/7 5/16 6/1 7/14 10/14 10/23
there's [2]  8/15 10/2
these [11]  3/6 3/11 6/9 6/10 7/7 7/19 7/20 7/23 7/24 7/24 8/9
they [4]  2/18 3/11 5/22 6/7
thing [3]  2/22 3/13 10/14
things [1]  4/22
think [4]  2/18 4/11 8/4 8/6
third [1]  5/20
this [14]
those [9]  5/5 5/21 5/21 5/24 6/3 6/18 6/22 7/5 8/16
through [2]  7/6 7/20
thus [1]  4/10

time [5]  4/19 6/24 7/21 10/20 11/4
times [1]  7/7
today [2]  2/17 4/22
tomorrow [2]  9/4 9/8
Toni [4]  1/21 11/9 11/16 11/16
total [3]  4/25 5/3 7/16
transcribed [1]  9/12
transcript [1]  11/12
transcription [1]  1/25
transcripts [1]  3/6
trial [1]  3/18
true [1]  11/11
try [1]  3/10
Tusa [4]  1/21 11/9 11/16 11/16
two [1]  5/20
types [1]  5/2

## U

under [1]  4/8
understand [1]  4/18
understanding [1]  11/12
UNITED [3]  1/1 1/10 11/10
until [2]  7/16 7/18
up [2]  3/10 4/14
us [3]  5/7 6/19 7/3
use [1]  2/19
using [2]  1/25 3/7
usual [2]  10/9 10/11

## V

variety [1]  5/2
various [2]  5/8 6/2
Venture [1]  9/17
Venture Supply [1]  9/17
verification [1]  5/19
very [2]  7/8 11/1
VI [2]  4/1 4/4
visiting [1]  11/2

## W

W-9 [1]  5/20
wait [1]  7/18
waited [1]  5/13
want [2]  2/23 7/12
wanted [1]  6/17
was [1]  8/4
way [1]  8/9
we [49]
website [7]  3/5 3/5 3/6 3/8 3/9 3/10 5/23
weeks [3]  5/16 7/9 7/20
well [2]  5/23 11/3
were [3]  4/9 5/14 6/1
what [4]  5/6 6/5 7/2 7/25
what's [1]  3/10
When [1]  9/12
whether [1]  3/11
which [5]  5/2 5/20 7/2 8/5 8/8
who [5]  2/25 5/24 9/5 10/17 10/23
will [18]
wire [1]  5/21
wishes [1]  10/18
Woody [2]  4/17 4/21
work [2]  7/20 9/14
worked [1]  2/18
working [1]  6/2
would [2]  4/19 9/13

## X

XI [1]  9/21
XII [1]  9/23
XIII [1]  10/1
XIV [1]  10/3
XV [1]  10/5

## Y

Yes [1]  6/14
York [1]  9/5
you [8]  5/12 6/19 7/17 7/21 8/13 8/16 9/16 9/24
your [21]
Your Honor [11]  2/14 4/3 4/19 4/20 8/15 9/3 9/15 9/18 9/23 10/6 11/2
Your Honor's [2]  10/15 10/16