### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | SECTION: L |
| LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| *Gross v. Knauff Gips KG, 2:09-cv-6690* | ) | MAG. JUDGE WILKINSON |
| *Amorin v. Taishan Gypsum, 2:11-cv-1672* | ) | |
| *Amorin v. Taishan Gypsum, 2:11-cv-1395* | ) | |
| *Amorin v. Taishan Gypsum, 2:11-cv-1673* | ) | |
| *Amorin v. SASAC, 2:14-cv-1727* | ) | |
| *State of Louisiana v. Knauf, 2:10-cv-340* | ) | |
| *Abner v. Taishan Gypsum, 2:11-cv-3094* | ) | |
| *Posey v. BNBM Co., 2:09-cv-6531* | ) | |
| *Morris v. BNBM Co., 2:09-cv-6530* | ) | |
| _____ | ) | |

## ORDER GRANTING THE STATE OF LOUISIANA'S MOTION TO FILE BRIEF IN OPPOSITION TO CNBM GROUP'S, CNBM CO., CNBMIT CO. LTD., CNBM USA CORP., AND SUNTECH CRAFT, INC.'S MOTION TO DISMISS ON GROUNDS OF PERSONAL JURISDICTION AND SERVICE OF PROCESS UNDER SEAL

Having considered the State of Louisiana's Motion to Seal its Brief in Opposition to

CNBM Group, CNBM Co., CNBMIT Co. Ltd., CNBM USA Corp., and Suntech Craft, Inc.'s

Motion to Dismiss on Grounds of Personal Jurisdiction and Service of Process, the Court

GRANTS the motion and ORDERS that the State of Louisiana's brief is and shall be filed under

seal.

Dated:   New Orleans, Louisiana this 25th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

129537394.1