# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| *Gross v. Knauff Gips KG*, 2:09-cv-6690<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1672<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1395<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1673<br>*Amorin v. SASAC*, 2:14-cv-1727<br>*State of Louisiana v. Knauf*, 2:10-cv-340<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094<br>*Posey v. BNBM Co.*, 2:09-cv-6531<br>*Morris v. BNBM Co.*, 2:09-cv-6530 | ) ) ) ) ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

**ORDER GRANTING THE STATE OF LOUISIANA'S MOTION TO FILE BRIEF IN OPPOSITION TO BNBM GROUP'S AND BNBM PLC'S MOTION TO DISMISS ON GROUNDS OF PERSONAL JURISDICTION AND SERVICE OF PROCESS UNDER SEAL**

Having considered the State of Louisiana's Motion to Seal its Brief in Opposition to BNBM Group's and BNBM PLC's Motion to Dismiss on Grounds of Personal Jurisdiction and Service of Process, the Court GRANTS the motion and ORDERS that the State of Louisiana's brief is and shall be filed under seal.

Dated: New Orleans, Louisiana this 25th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

129537483.1