**EXHIBIT "A"**

**STIPEND OBJECTIONS**

|   | A | B | C |
|---|---|---|---|
| 1 | **Owner** | **Property Affected** | **From** |
| 2 | Lauderdale One Condominium Association, Inc. | 2421 N.E. 65th Street Units: 217, 301, and 607, Fort Lauderdale, FL | Alison Grant; Baron & Budd P.C. |
| 3 | San Lorenzo Condominium Association, Inc. | 219 N.W. 12th Avenue, Units 601, 605, 611, 612, 614, 904 (Desmond Lyons), 905, 1008, Miami, FL (zip not provided) | Alison Grant; Baron & Budd P.C. |
| 4 | Campbell, Scott & Mary | 171 Silo Hill Road, Madison, Alabama 35758 | Collins & Horsley P.C. |
| 5 | Forbes, William & Mary | 100 Linden Lane, Birmingham, Alabama 35242 | Collins & Horsley P.C. |
| 6 | Hawkins, Robert & Melissa | 1007 Taylors Circle, Moody, Alabama 35004 | Collins & Horsley P.C. |
| 7 | Hensley, Donna | 5387 Quail Ridge Road, Gardendale, Alabama 35071 | Collins & Horsley P.C. |
| 8 | Hicks, Stephen & Anne | 4291 Boulder Lake Circle, Vestavia Hills, Alabama 35242 | Collins & Horsley P.C. |
| 9 | Hidalgo, Larry & Debra | 607 Trail Springs Court, Kingwood, Texas 77339 | Collins & Horsley P.C. |
| 10 | Ingram, Jesse & Juanita | 9439 Ambrose Lane, Kimberly, Alabama 35091 | Collins & Horsley P.C. |
| 11 | James, Anthony & Erica | 175 Silo Hill Road, Huntsville, Alabama 35158 | Collins & Horsley P.C. |

EXHIBIT "A"

**STIPEND OBJECTIONS**

|   | A | B | C |
|---|---|---|---|
| 12 | Nearing, Wayne | 1025 Kings Way, Birmingham, Alabama 35242 | Collins & Horsley P.C. |
| 13 | Penala, Sadanandam | 2364 Chalybe Trail, Hoover, Alabama 35226 | Collins & Horsley P.C. |
| 14 | Sherrell, Steven & Ashlei | 603 Trail Springs Court, Kingwood, Texas 77339 | Collins & Horsley P.C. |
| 15 | Smith, Pat & Leigh | 4295 Lexie Circle, Trussville, Alabama 35173 | Collins & Horsley P.C. |
| 16 | Summers, Tyson and Beth | 2355 Chalybe Trail, Hoover, Alabama, 35226 | Collins & Horsley P.C. |
| 17 | Sutherland, Heath & Holly | 3508 Morgan's Run Parkway, Bessemer, Alabama 35022 | Collins & Horsley P.C. |
| 18 | Walla, Dorothy | 307 Burris Park Drive, Spring, Texas 77373 | Collins & Horsley P.C. |
| 19 | Galvin, Larry & Rene | 11019 Carrara Ct #202 Bonita Springs | Colson Hicks Eidson |
| 20 | Gamboa, Hernan | 12991 SW 134 Ter., Miami, FL 33186 | Colson Hicks Eidson |
| 21 | Harmer, David & Heidi Kay | 1324 SW 27 Ter., Cap Coral, 33914 | Colson Hicks Eidson |
| 22 | Hernandez, Yenny & Jorge P. | 3401 SW 20 ST., Lehigh Acres, FL | Colson Hicks Eidson |
| 23 | Jamel Investments, Inc., | 13430 SW 192 St.,Homestead, FL 33177 | Colson Hicks Eidson |
| 24 | Jensen, Andrea | 24713 Laurel Ride Dr., Lutz, FL | Colson Hicks Eidson |
| 25 | Maltby, Wesley & Diane | 1966 SE 23 Ct, Homestead, FL 33035 | Colson Hicks Eidson |

EXHIBIT "A"

**STIPEND OBJECTIONS**

| | A | B | C |
|---|---|---|---|
| 26 | Prime Homes at Portofino Falls | 7043 Ambrosia Lane #201 | Colson Hicks Eidson |
| 27 | Promenade at Tradition | 10360 SW Stephanie,Units: 101, 105, 201, 202, 203, 205, 208,210 | Colson Hicks Eidson |
| 28 | Promenade at Tradition | 10560 SW Stephanie, Units: 102, 104, 105, 106, 201, 205 | Colson Hicks Eidson |
| 29 | Promenade at Tradition | 10520 SW Stephanie, Units: 212 | Colson Hicks Eidson |
| 30 | Promenade at Tradition | 10440 SW Stephanie, Units: 104, 106, 202, 204, 206, 210, 212 | Colson Hicks Eidson |
| 31 | Promenade at Tradition | 10400 SW Stephanie, Units: 105, 201, 208 | Colson Hicks Eidson |
| 32 | Promenade at Tradition | 10320 SW Stephanie, Units: 206, 207, 208, | Colson Hicks Eidson |
| 33 | Santuary at Blue Heron | 8220 Santuary Dr., #1 | Colson Hicks Eidson |
| 34 | Santuary at Blue Heron | 8221 Santuary Dr., #1; #2 | Colson Hicks Eidson |
| 35 | Santuary at Blue Heron | 8224 Santuary Dr., #1; #2 | Colson Hicks Eidson |
| 36 | Santuary at Blue Heron | 8217 Santuary Dr., #1;2; | Colson Hicks Eidson |
| 37 | Sims, Robert | 2017 SE 21 Ct., Homestead, FL 33033 | Colson Hicks Eidson |
| 38 | Prime Homes at Portofino Falls | 7060 Ambrosia Lane #3103 | Colson Hicks Eidson |
| 39 | No name provided | 1001 Seminole Place, Calera, AL 35040 | Doyle Law Firm |
| 40 | No name provided | 15926 Innerarity Point Road, Pensacola FL 32507 | Doyle Law Firm |

**EXHIBIT "A"**

**STIPEND OBJECTIONS**

| | A | B | C |
|---|---|---|---|
| 41 | No name provided | 1690 Renaissance Commons Blvd, #1419, Boynton Beach, FL 33426 | Doyle Law Firm |
| 42 | No name provided | 2017 SE 21 Court, Homestead, FL 33033 | Doyle Law Firm |
| 43 | No name provided | 2561 52nd Avenue NE Naples, FL 34120 | Doyle Law Firm |
| 44 | No name provided | 26157 Via Del San Francesco Daphne, AL 36536 | Doyle Law Firm |
| 45 | No name provided | 320 Hillstone Drive, Pell City, AL 35125 | Doyle Law Firm |
| 46 | Ames, Vickie | 3058 Arbor Bend Birmingham, Alabama 35244 | Gentle Turner Sexton & Harbison |
| 47 | Amey, Tim & Nellie | 11374 Elysian Circle Daphne, AL 36526 | Gentle Turner Sexton & Harbison |
| 48 | Boothe, Nell | 483 Trainquil Drive Winder, Georgia 30680 | Gentle Turner Sexton & Harbison |
| 49 | Bridges, Paul & Marie | 110 Myrtlewood Lane Mobile, AL 36608 | Gentle Turner Sexton & Harbison |
| 50 | Dickey, Jeremy | 60 Pinebark Court Wetumpka, AL 36093 | Gentle Turner Sexton & Harbison |
| 51 | Egermayer, Craig | 21705 First Street Silverhill, AL 36576 | Gentle Turner Sexton & Harbison |
| 52 | Ellis, Ray & Kristin | 1045 Riviera Drive Calera, AL 35040 | Gentle Turner Sexton & Harbison |
| 53 | Farmer, Pearl | 521 Triumph Way Winder, Georgia 30680 | Gentle Turner Sexton & Harbison |
| 54 | Gant, Jon | 2401 Chalybe Trail Hoover, AL 35226 | Gentle Turner Sexton & Harbison |

EXHIBIT "A"

**STIPEND OBJECTIONS**

|    | A | B | C |
|----|---|---|---|
| 55 | Havard, Michael & Cecilia | 16332 County Road 9 Summerdale, AL 36580 | Gentle Turner Sexton & Harbison |
| 56 | Juliano, Jasper & Sheree | 5816 Water Point Lane Hoover, AL 35114 | Gentle Turner Sexton & Harbison |
| 57 | Ladner, Daniel C. | 42 Audubon Place Picayune, MS 39466 | Gentle Turner Sexton & Harbison |
| 58 | Lewis, Gary & Rhonda | 22870 Country Ridge Parkway McCalla, AL 35111 | Gentle Turner Sexton & Harbison |
| 59 | Scott, Daniel & Kimberly Weldon | 108 Creekside Circle Wilsonville, AL 35186 | Gentle Turner Sexton & Harbison |
| 60 | Walker, Demetra | 485 Trainquil Drive Winder, Georgia 30680 | Gentle Turner Sexton & Harbison |
| 61 | Wilder, Jeffery & Michelle | 2397 Chalybe Trail Hoover, AL 35226 | Gentle Turner Sexton & Harbison |
| 62 | New Orleans Area Habitat for Humanity, Inc. | 1229 Port Street New Orleans, LA | Herman Herman & Katz |
| 63 | New Orleans Area Habitat for Humanity, Inc. | 1304 Ferry Place New Orleans, LA | Herman Herman & Katz |
| 64 | New Orleans Area Habitat for Humanity, Inc. | 1308 Ferry Place New Orleans, LA | Herman Herman & Katz |
| 65 | New Orleans Area Habitat for Humanity, Inc. | 1309 Ferry Place New Orleans, LA | Herman Herman & Katz |
| 66 | New Orleans Area Habitat for Humanity, Inc. | 1315 Ferry Place New Orleans, LA | Herman Herman & Katz |
| 67 | New Orleans Area Habitat for Humanity, Inc. | 1316 Ferry Place New Orleans, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

| | A | B | C |
|---|---|---|---|
| 68 | New Orleans Area Habitat for Humanity, Inc. | 1320 Ferry Place New Orleans, LA | Herman Herman & Katz |
| 69 | New Orleans Area Habitat for Humanity, Inc. | 1324 Ferry Place New Orleans, LA | Herman Herman & Katz |
| 70 | New Orleans Area Habitat for Humanity, Inc. | 1327 Ferry Place New Orleans, LA | Herman Herman & Katz |
| 71 | New Orleans Area Habitat for Humanity, Inc. | 1328 Ferry Place New Orleans, LA | Herman Herman & Katz |
| 72 | New Orleans Area Habitat for Humanity, Inc. | 1335 Ferry Place New Orleans, LA | Herman Herman & Katz |
| 73 | New Orleans Area Habitat for Humanity, Inc. | 1340 Bayou Road St. Bernard, LA | Herman Herman & Katz |
| 74 | New Orleans Area Habitat for Humanity, Inc. | 146 Mimosa Lane, Port Sulphur, LA | Herman Herman & Katz |
| 75 | New Orleans Area Habitat for Humanity, Inc. | 1533 Bayou Road, St. Bernard, LA | Herman Herman & Katz |
| 76 | New Orleans Area Habitat for Humanity, Inc. | 1701 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 77 | New Orleans Area Habitat for Humanity, Inc. | 1705 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 78 | New Orleans Area Habitat for Humanity, Inc. | 1709 Bartholomew Street New Orleans, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

|    | A | B | C |
|----|---|---|---|
| 79 | New Orleans Area Habitat for Humanity, Inc. | 1713 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 80 | New Orleans Area Habitat for Humanity, Inc. | 1717 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 81 | New Orleans Area Habitat for Humanity, Inc. | 1721 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 82 | New Orleans Area Habitat for Humanity, Inc. | 1722 Alvar Street, New Orleans, LA | Herman Herman & Katz |
| 83 | New Orleans Area Habitat for Humanity, Inc. | 1724 Alvar Street, New Orleans, LA | Herman Herman & Katz |
| 84 | New Orleans Area Habitat for Humanity, Inc. | 1725 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 85 | New Orleans Area Habitat for Humanity, Inc. | 1733 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 86 | New Orleans Area Habitat for Humanity, Inc. | 1737 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 87 | New Orleans Area Habitat for Humanity, Inc. | 1739 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 88 | New Orleans Area Habitat for Humanity, Inc. | 1741 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 89 | New Orleans Area Habitat for Humanity, Inc. | 1800 Feliciana Street New Orleans, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

|    | A | B | C |
|----|---|---|---|
| 90 | New Orleans Area Habitat for Humanity, Inc. | 1801 Lesseps Street New Orleans, LA | Herman Herman & Katz |
| 91 | New Orleans Area Habitat for Humanity, Inc. | 1804 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 92 | New Orleans Area Habitat for Humanity, Inc. | 1808 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 93 | New Orleans Area Habitat for Humanity, Inc. | 1812 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 94 | New Orleans Area Habitat for Humanity, Inc. | 1816 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 95 | New Orleans Area Habitat for Humanity, Inc. | 1816 Karl Street, Arabi, LA | Herman Herman & Katz |
| 96 | New Orleans Area Habitat for Humanity, Inc. | 1817 Bartholomew Street, New Orleans, LA | Herman Herman & Katz |
| 97 | New Orleans Area Habitat for Humanity, Inc. | 1819 Feliciana Street New Orleans, LA | Herman Herman & Katz |
| 98 | New Orleans Area Habitat for Humanity, Inc. | 1820 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 99 | New Orleans Area Habitat for Humanity, Inc. | 1821 Bartholomew Street New Orleans, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

|     | A | B | C |
| --- | --- | --- | --- |
| 100 | New Orleans Area Habitat for Humanity, Inc. | 1824 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 101 | New Orleans Area Habitat for Humanity, Inc. | 1824 Congress Street New Orleans, LA | Herman Herman & Katz |
| 102 | New Orleans Area Habitat for Humanity, Inc. | 1825 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 103 | New Orleans Area Habitat for Humanity, Inc. | 1827 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 104 | New Orleans Area Habitat for Humanity, Inc. | 1828 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 105 | New Orleans Area Habitat for Humanity, Inc. | 1829 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 106 | New Orleans Area Habitat for Humanity, Inc. | 1831 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 107 | New Orleans Area Habitat for Humanity, Inc. | 1832 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 108 | New Orleans Area Habitat for Humanity, Inc. | 1833 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 109 | New Orleans Area Habitat for Humanity, Inc. | 1835 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 110 | New Orleans Area Habitat for Humanity, Inc. | 1837 Bartholomew Street New Orleans, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

|  | A | B | C |
|---|---|---|---|
| 111 | New Orleans Area Habitat for Humanity, Inc. | 1838 Feliciana New Orleans, LA | Herman Herman & Katz |
| 112 | New Orleans Area Habitat for Humanity, Inc. | 1839 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 113 | New Orleans Area Habitat for Humanity, Inc. | 1841 Bartholomew Street, New Orleans, LA | Herman Herman & Katz |
| 114 | New Orleans Area Habitat for Humanity, Inc. | 1900 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 115 | New Orleans Area Habitat for Humanity, Inc. | 1904 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 116 | New Orleans Area Habitat for Humanity, Inc. | 1905 Tino Lane, Violet, LA | Herman Herman & Katz |
| 117 | New Orleans Area Habitat for Humanity, Inc. | 1908 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 118 | New Orleans Area Habitat for Humanity, Inc. | 1912 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 119 | New Orleans Area Habitat for Humanity, Inc. | 1916 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 120 | New Orleans Area Habitat for Humanity, Inc. | 1916 Mandeville Street New Orleans, LA | Herman Herman & Katz |
| 121 | New Orleans Area Habitat for Humanity, Inc. | 1917 Highland Drive Violet, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

|  | A | B | C |
|---|---|---|---|
| 122 | New Orleans Area Habitat for Humanity, Inc. | 1920 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 123 | New Orleans Area Habitat for Humanity, Inc. | 1921 Alvar Street New Orleans, LA | Herman Herman & Katz |
| 124 | New Orleans Area Habitat for Humanity, Inc. | 1924 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 125 | New Orleans Area Habitat for Humanity, Inc. | 1925 Alvar Street New Orleans, LA | Herman Herman & Katz |
| 126 | New Orleans Area Habitat for Humanity, Inc. | 1927 Bridgehead Lane Violet, LA | Herman Herman & Katz |
| 127 | New Orleans Area Habitat for Humanity, Inc. | 1928 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 128 | New Orleans Area Habitat for Humanity, Inc. | 1929 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 129 | New Orleans Area Habitat for Humanity, Inc. | 1929 Alvar Street New Orleans, LA | Herman Herman & Katz |
| 130 | New Orleans Area Habitat for Humanity, Inc. | 1929 Independence Street, New Orleans, LA | Herman Herman & Katz |
| 131 | New Orleans Area Habitat for Humanity, Inc. | 1931 France Street New Orleans, LA | Herman Herman & Katz |
| 132 | New Orleans Area Habitat for Humanity, Inc. | 1932 Bartholomew Street New Orleans, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

|     | A | B | C |
| --- | --- | --- | --- |
| 133 | New Orleans Area Habitat for Humanity, Inc. | 1933 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 134 | New Orleans Area Habitat for Humanity, Inc. | 1934 Pilate Lane, St. Bernard, LA | Herman Herman & Katz |
| 135 | New Orleans Area Habitat for Humanity, Inc. | 1936 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 136 | New Orleans Area Habitat for Humanity, Inc. | 1937 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 137 | New Orleans Area Habitat for Humanity, Inc. | 1940 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 138 | New Orleans Area Habitat for Humanity, Inc. | 1941 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 139 | New Orleans Area Habitat for Humanity, Inc. | 2021 Claudia Street Violet, LA | Herman Herman & Katz |
| 140 | New Orleans Area Habitat for Humanity, Inc. | 2113 Gina Drive St. Bernard, LA | Herman Herman & Katz |
| 141 | New Orleans Area Habitat for Humanity, Inc. | 2113 Louisa Street New Orleans, LA | Herman Herman & Katz |
| 142 | New Orleans Area Habitat for Humanity, Inc. | 2116 Bartholomew Street New Orleans, LA | Herman Herman & Katz |
| 143 | New Orleans Area Habitat for Humanity, Inc. | 2119 Caluda Lane Violet, LA | Herman Herman & Katz |

**EXHIBIT "A"**

**STIPEND OBJECTIONS**

| | A | B | C |
|---|---|---|---|
| 144 | New Orleans Area Habitat for Humanity, Inc. | 2122 Caluda Street Violet, LA | Herman Herman & Katz |
| 145 | New Orleans Area Habitat for Humanity, Inc. | 2138 France Street New Orleans, LA | Herman Herman & Katz |
| 146 | New Orleans Area Habitat for Humanity, Inc. | 2217 Piety Street New Orleans, LA | Herman Herman & Katz |
| 147 | New Orleans Area Habitat for Humanity, Inc. | 2220 Highland Drive Violet, LA | Herman Herman & Katz |
| 148 | New Orleans Area Habitat for Humanity, Inc. | 2221 Caluda Street Violet, LA | Herman Herman & Katz |
| 149 | New Orleans Area Habitat for Humanity, Inc. | 2234 Feliciana Street New Orleans, LA | Herman Herman & Katz |
| 150 | New Orleans Area Habitat for Humanity, Inc. | 2300 Caluda Street Violet, LA | Herman Herman & Katz |
| 151 | New Orleans Area Habitat for Humanity, Inc. | 2301 Mathis Avenue, Harvey, LA | Herman Herman & Katz |
| 152 | New Orleans Area Habitat for Humanity, Inc. | 2305 Mathis Avenue, Harvey, LA | Herman Herman & Katz |
| 153 | New Orleans Area Habitat for Humanity, Inc. | 2309 Mathis Avenue, Harvey, LA | Herman Herman & Katz |
| 154 | New Orleans Area Habitat for Humanity, Inc. | 2312 Farmsite Road, Violet, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

| | A | B | C |
|---|---|---|---|
| 155 | New Orleans Area Habitat for Humanity, Inc. | 2312 Gina Drive, St. Bernard, LA | Herman Herman & Katz |
| 156 | New Orleans Area Habitat for Humanity, Inc. | 2315 Jefferson Avenue, Harvey, LA | Herman Herman & Katz |
| 157 | New Orleans Area Habitat for Humanity, Inc. | 2316 Caluda Street Violet, LA | Herman Herman & Katz |
| 158 | New Orleans Area Habitat for Humanity, Inc. | 2319 Mathis Avenue, Harvey, LA | Herman Herman & Katz |
| 159 | New Orleans Area Habitat for Humanity, Inc. | 2320 Licciardi Lane, Violet, LA | Herman Herman & Katz |
| 160 | New Orleans Area Habitat for Humanity, Inc. | 2323 Mathis Avenue, Harvey, LA | Herman Herman & Katz |
| 161 | New Orleans Area Habitat for Humanity, Inc. | 2327 Mathis Avenue, Harvey, LA | Herman Herman & Katz |
| 162 | New Orleans Area Habitat for Humanity, Inc. | 2328 Clouet Street, New Orleans, LA | Herman Herman & Katz |
| 163 | New Orleans Area Habitat for Humanity, Inc. | 2338 Rochelle Street harvey, LA | Herman Herman & Katz |
| 164 | New Orleans Area Habitat for Humanity, Inc. | 2344 Mazant Street, New Orleans, LA | Herman Herman & Katz |
| 165 | New Orleans Area Habitat for Humanity, Inc. | 2346 Louisa Street, New Orleans, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

|     | A | B | C |
| --- | --- | --- | --- |
| 166 | New Orleans Area Habitat for Humanity, Inc. | 2401 Independence Street, new Orleans, LA | Herman Herman & Katz |
| 167 | New Orleans Area Habitat for Humanity, Inc. | 2409 S. Tonti Street, New Orleans, LA | Herman Herman & Katz |
| 168 | New Orleans Area Habitat for Humanity, Inc. | 2414 Clouet Street New Orleans, LA | Herman Herman & Katz |
| 169 | New Orleans Area Habitat for Humanity, Inc. | 2422 Clouet Street New Orleans, LA | Herman Herman & Katz |
| 170 | New Orleans Area Habitat for Humanity, Inc. | 2434 Louisa Street, New Orleans, LA | Herman Herman & Katz |
| 171 | New Orleans Area Habitat for Humanity, Inc. | 2500 Desire Street, new Orleans, LA | Herman Herman & Katz |
| 172 | New Orleans Area Habitat for Humanity, Inc. | 2500 Gina Drive, New Orleans, LA | Herman Herman & Katz |
| 173 | New Orleans Area Habitat for Humanity, Inc. | 2504  Desire Street New Orleans, LA | Herman Herman & Katz |
| 174 | New Orleans Area Habitat for Humanity, Inc. | 2519 Feliciana Street, New Orleans, LA | Herman Herman & Katz |
| 175 | New Orleans Area Habitat for Humanity, Inc. | 2521 S. Galvez Street, New Orleans, LA | Herman Herman & Katz |
| 176 | New Orleans Area Habitat for Humanity, Inc. | 2529 Caluda Street Violet, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

| | A | B | C |
|---|---|---|---|
| 177 | New Orleans Area Habitat for Humanity, Inc. | 2529 Desire Street, New Orleans, LA | Herman Herman & Katz |
| 178 | New Orleans Area Habitat for Humanity, Inc. | 2530 Gallier Street, new Orleans, LA | Herman Herman & Katz |
| 179 | New Orleans Area Habitat for Humanity, Inc. | 2537 Desire Street New Orleans, LA | Herman Herman & Katz |
| 180 | New Orleans Area Habitat for Humanity, Inc. | 2544 Gallier, New Orleans, LA | Herman Herman & Katz |
| 181 | New Orleans Area Habitat for Humanity, Inc. | 2545 Desire Street,new Orleans, lA | Herman Herman & Katz |
| 182 | New Orleans Area Habitat for Humanity, Inc. | 2608 Gallier Street New Orleans, LA | Herman Herman & Katz |
| 183 | New Orleans Area Habitat for Humanity, Inc. | 2650 Piety Street New Orleans, LA | Herman Herman & Katz |
| 184 | New Orleans Area Habitat for Humanity, Inc. | 2701 Kenilworth Drive, St. Bernard, LA | Herman Herman & Katz |
| 185 | New Orleans Area Habitat for Humanity, Inc. | 2720 Gina Drive, St. Bernard, LA | Herman Herman & Katz |
| 186 | New Orleans Area Habitat for Humanity, Inc. | 3030 Albany Street New Orleans, LA | Herman Herman & Katz |
| 187 | New Orleans Area Habitat for Humanity, Inc. | 31 Gibbs Drive, Chalmette, LA | Herman Herman & Katz |

EXHIBIT "A"

STIPEND OBJECTIONS

|  | A | B | C |
|---|---|---|---|
| 188 | New Orleans Area Habitat for Humanity, Inc. | 3127 3rd Street New Orleans, lA | Herman Herman & Katz |
| 189 | New Orleans Area Habitat for Humanity, Inc. | 3229 Maureen Lane, Meraux, LA | Herman Herman & Katz |
| 190 | New Orleans Area Habitat for Humanity, Inc. | 3251 Law Street New Orleans, LA | Herman Herman & Katz |
| 191 | New Orleans Area Habitat for Humanity, Inc. | 3255 Law Street, New Orleans, LA | Herman Herman & Katz |
| 192 | New Orleans Area Habitat for Humanity, Inc. | 3300 Daniel Drive, Violet, LA | Herman Herman & Katz |
| 193 | New Orleans Area Habitat for Humanity, Inc. | 3300 Jackson Boulevard, Chalmette, LA | Herman Herman & Katz |
| 194 | New Orleans Area Habitat for Humanity, Inc. | 3301 Dryades Street, New Orleans, LA | Herman Herman & Katz |
| 195 | New Orleans Area Habitat for Humanity, Inc. | 3304 Daniel Drive, Violet, LA | Herman Herman & Katz |
| 196 | New Orleans Area Habitat for Humanity, Inc. | 3511 Jackson Boulevard, Chalmette, LA | Herman Herman & Katz |
| 197 | New Orleans Area Habitat for Humanity, Inc. | 3525 Eagle Street, New Orleans, LA | Herman Herman & Katz |
| 198 | New Orleans Area Habitat for Humanity, Inc. | 3600 First Street, New Orleans, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

| | A | B | C |
|---|---|---|---|
| 199 | New Orleans Area Habitat for Humanity, Inc. | 3627 First Street, New Orleans, LA | Herman Herman & Katz |
| 200 | New Orleans Area Habitat for Humanity, Inc. | 3631 First Street, New Orleans, LA | Herman Herman & Katz |
| 201 | New Orleans Area Habitat for Humanity, Inc. | 3720 Fourth Street, New Orleans, LA | Herman Herman & Katz |
| 202 | New Orleans Area Habitat for Humanity, Inc. | 3918 N. Johnston New Orleans, LA | Herman Herman & Katz |
| 203 | New Orleans Area Habitat for Humanity, Inc. | 4015 N. Derbigny Street, New Orleans, LA | Herman Herman & Katz |
| 204 | New Orleans Area Habitat for Humanity, Inc. | 4105 E. Louisiana State Drive Kenner, LA | Herman Herman & Katz |
| 205 | New Orleans Area Habitat for Humanity, Inc. | 4505 America Street New Orleans, lA | Herman Herman & Katz |
| 206 | New Orleans Area Habitat for Humanity, Inc. | 4559 America Street New Orleans, lA | Herman Herman & Katz |
| 207 | New Orleans Area Habitat for Humanity, Inc. | 4820 America Street, New Orleans, LA | Herman Herman & Katz |
| 208 | New Orleans Area Habitat for Humanity, Inc. | 4840 Camelia Street New Orleans, LA | Herman Herman & Katz |
| 209 | New Orleans Area Habitat for Humanity, Inc. | 4904 Dale Street New Orleans, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

| | A | B | C |
|---|---|---|---|
| 210 | New Orleans Area Habitat for Humanity, Inc. | 4926 Tulip Street New Orleans, LA | Herman Herman & Katz |
| 211 | New Orleans Area Habitat for Humanity, Inc. | 4929 Dodt Avenue New Orleans, LA | Herman Herman & Katz |
| 212 | New Orleans Area Habitat for Humanity, Inc. | 6101 Second Street Violet, LA | Herman Herman & Katz |
| 213 | New Orleans Area Habitat for Humanity, Inc. | 6418 Fourth Street New Orleans, LA | Herman Herman & Katz |
| 214 | New Orleans Area Habitat for Humanity, Inc. | 65 Old Hickory Avenue Chalmette, LA | Herman Herman & Katz |
| 215 | New Orleans Area Habitat for Humanity, Inc. | 6518 Louis Elam Street, Violet, LA | Herman Herman & Katz |
| 216 | New Orleans Area Habitat for Humanity, Inc. | 7 Carrol Drive Chalmette, LA | Herman Herman & Katz |
| 217 | New Orleans Area Habitat for Humanity, Inc. | 720 Marais Street, Chalmette, LA | Herman Herman & Katz |
| 218 | New Orleans Area Habitat for Humanity, Inc. | 8739 Plum Street New Orleans, LA | Herman Herman & Katz |
| 219 | New Orleans Area Habitat for Humanity, Inc. | 2334 Rochelle, Harvey, LA | Herman Herman & Katz |
| 220 | New Orleans Area Habitat for Humanity, Inc. | 3740 St. Bernard Avenue, New Orleans, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

|  | A | B | C |
|---|---|---|---|
| 221 | New Orleans Area Habitat for Humanity, Inc. | 2100 Painters Street New Orleans, LA | Herman Herman & Katz |
| 222 | New Orleans Area Habitat for Humanity, Inc. | 3918 N. Prieur Street New Orleans, LA | Herman Herman & Katz |
| 223 | New Orleans Area Habitat for Humanity, Inc. | 2559 N. Johnson Street New Orleans, LA | Herman Herman & Katz |
| 224 | New Orleans Area Habitat for Humanity, Inc. | 4733 Wilson Avenue New Orleans, LA | Herman Herman & Katz |
| 225 | New Orleans Area Habitat for Humanity, Inc. | 4021 N. Galvez Street New Orleans, LA | Herman Herman & Katz |
| 226 | New Orleans Area Habitat for Humanity, Inc. | 2142 France Street New Orleans, LA | Herman Herman & Katz |
| 227 | New Orleans Area Habitat for Humanity, Inc. | 2401 S. Tonti Street, New Orleans, LA | Herman Herman & Katz |
| 228 | New Orleans Area Habitat for Humanity, Inc. | 4737 Wilson Street, new Orleans, LA | Herman Herman & Katz |
| 229 | New Orleans Area Habitat for Humanity, Inc. | 2108 Tiffany Court, St. Bernard, LA | Herman Herman & Katz |
| 230 | New Orleans Area Habitat for Humanity, Inc. | 2213 Piety Street, new Orleans, LA | Herman Herman & Katz |
| 231 | New Orleans Area Habitat for Humanity, Inc. | 2134 State Avenue, Harvey, LA | Herman Herman & Katz |

**EXHIBIT "A"**

**STIPEND OBJECTIONS**

| | A | B | C |
|---|---|---|---|
| 232 | New Orleans Area Habitat for Humanity, Inc. | 3140 N. Roman Street, New Orleans, lA | Herman Herman & Katz |
| 233 | New Orleans Area Habitat for Humanity, Inc. | 4809 Reynes Street New Orleans, LA | Herman Herman & Katz |
| 234 | New Orleans Area Habitat for Humanity, Inc. | 4819 Reynes Street New Orleans, LA | Herman Herman & Katz |
| 235 | New Orleans Area Habitat for Humanity, Inc. | 3125 N. Galvez Street New Orleans, LA | Herman Herman & Katz |
| 236 | New Orleans Area Habitat for Humanity, Inc. | 2522 S. Miro Street New Orleans, LA | Herman Herman & Katz |
| 237 | New Orleans Area Habitat for Humanity, Inc. | 3014 N. Tonti Street, New Orleans, LA | Herman Herman & Katz |
| 238 | New Orleans Area Habitat for Humanity, Inc. | 2200 Tiffany Court, St. Berard, LA | Herman Herman & Katz |
| 239 | New Orleans Area Habitat for Humanity, Inc. | 4014 N. Roman Street New Orleans, LA | Herman Herman & Katz |
| 240 | New Orleans Area Habitat for Humanity, Inc. | 3917 N. Prieur Street New Orleans, LA | Herman Herman & Katz |
| 241 | New Orleans Area Habitat for Humanity, Inc. | 4816 Tulip Street New Orleans, LA | Herman Herman & Katz |
| 242 | New Orleans Area Habitat for Humanity, Inc. | 2320 Victoria Avenue, Harvey, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

|  | A | B | C |
|---|---|---|---|
| 243 | New Orleans Area Habitat for Humanity, Inc. | 2330 Piety Street, New Orleans, LA | Herman Herman & Katz |
| 244 | New Orleans Area Habitat for Humanity, Inc. | 2320 New Orleans Avenue, Harvey, LA | Herman Herman & Katz |
| 245 | New Orleans Area Habitat for Humanity, Inc. | 2116 Painters Street New Orleans, LA | Herman Herman & Katz |
| 246 | New Orleans Area Habitat for Humanity, Inc. | 4746 Wilson Avenue, New Orleans, LA | Herman Herman & Katz |
| 247 | New Orleans Area Habitat for Humanity, Inc. | 2316 Victoria Avenue, Harvey, LA | Herman Herman & Katz |
| 248 | New Orleans Area Habitat for Humanity, Inc. | 4015 N. Galvez Street, New Orleans, LA | Herman Herman & Katz |
| 249 | New Orleans Area Habitat for Humanity, Inc. | 2525 N. Miro Street, New Orleans, LA | Herman Herman & Katz |
| 250 | New Orleans Area Habitat for Humanity, Inc. | 2327 Victoria Avenue, Harvey, LA | Herman Herman & Katz |
| 251 | New Orleans Area Habitat for Humanity, Inc. | 2405 S. Tonti Street, New Orleans, LA | Herman Herman & Katz |
| 252 | New Orleans Area Habitat for Humanity, Inc. | 3127 N. Galvez New Orleans, LA | Herman Herman & Katz |
| 253 | New Orleans Area Habitat for Humanity, Inc. | 2301 New Orleans Avenue Harvey, LA | Herman Herman & Katz |

EXHIBIT "A"

**STIPEND OBJECTIONS**

|     | A | B | C |
| --- | --- | --- | --- |
| 254 | New Orleans Area Habitat for Humanity, Inc. | 4400 Ray Avenue, New Orleans, LA | Herman Herman & Katz |
| 255 | New Orleans Area Habitat for Humanity, Inc. | 4621 Dale Street New Orleans, LA | Herman Herman & Katz |
| 256 | New Orleans Area Habitat for Humanity, Inc. | 2401 Clouet Street New Orleans, LA | Herman Herman & Katz |
| 257 | New Orleans Area Habitat for Humanity, Inc. | 2325 Rochelle Street Harvey, LA | Herman Herman & Katz |
| 258 | New Orleans Area Habitat for Humanity, Inc. | 1331 Ferry Place, New Orleans, LA | Herman Herman & Katz |
| 259 | New Orleans Area Habitat for Humanity, Inc. | 3235 Washington Avenue, New Orleans, LA | Herman Herman & Katz |
| 260 | New Orleans Area Habitat for Humanity, Inc. | 2717 Palmetto Street, Chalmette, LA | Herman Herman & Katz |
| 261 | New Orleans Area Habitat for Humanity, Inc. | 2327 Rochelle Avenue, Harvey, LA | Herman Herman & Katz |
| 262 | New Orleans Area Habitat for Humanity, Inc. | 3308 Rose Street, Chalmette, LA | Herman Herman & Katz |
| 263 | New Orleans Area Habitat for Humanity, Inc. | 2328 Rochelle Avenue, Harvey, LA | Herman Herman & Katz |
| 264 | New Orleans Area Habitat for Humanity, Inc. | 2618 Piety Street, New Orleans, LA | Herman Herman & Katz |

**EXHIBIT "A"**

**STIPEND OBJECTIONS**

|  | A | B | C |
|---|---|---|---|
| 265 | New Orleans Area Habitat for Humanity, Inc. | 4745 Wilson Street, New Orleans, LA | Herman Herman & Katz |
| 266 | New Orleans Area Habitat for Humanity, Inc. | 7232 Prosperity Street Arabi, LA | Herman Herman & Katz |
| 267 | New Orleans Area Habitat for Humanity, Inc. | 2307 New Orleans Avenue, Harvey, LA | Herman Herman & Katz |
| 268 | New Orleans Area Habitat for Humanity, Inc. | 1922 Marigny Street, New Orleans, LA | Herman Herman & Katz |
| 269 | New Orleans Area Habitat for Humanity, Inc. | 8529 Palmetto Street, New Orleans, LA | Herman Herman & Katz |
| 270 | New Orleans Area Habitat for Humanity, Inc. | 1437 Nunez Street, New Orleans, LA | Herman Herman & Katz |
| 271 | New Orleans Area Habitat for Humanity, Inc. | 2138 State Avenue Harvey, LA | Herman Herman & Katz |
| 272 | New Orleans Area Habitat for Humanity, Inc. | 2415 Piety Street, New Orleans, LA | Herman Herman & Katz |
| 273 | No name provided | 3301 NE 183 Street, United 2005, Aventura, FL 33160 | Krupnick Campbell Malone Buser Slama Hancock Liberman |
| 274 | Joseph, Booker | 1041 Edgewater Lane, Chelsea, Alabama 35043 | McCallum Hoaglund Cook & Irby |
| 275 | Lowery, Samuel G. | 701 Hampden Place, Birmingham, Alabama (no zip provided) | McCallum Hoaglund Cook & Irby |

**EXHIBIT "A"**

**STIPEND OBJECTIONS**

| | A | B | C |
|---|---|---|---|
| 276 | Amerson, Trevis | 3415 Jeanne Lane, Hueytown, Alabama 35023. | McCallum Hoaglund Cook & Irby |
| 277 | Haynes, Juanita (Elaine Frazier as executor) | 1011 Maryanna Road, Calera, Alabama 35040. | McCallum Hoaglund Cook & Irby |
| 278 | Hopper, Delbert A. | 160 Blairs Circle, Pell City, Alabama 35180. | McCallum Hoaglund Cook & Irby |
| 279 | Lowery, Samuel G. | 746 Hampden Place, Birmingham, Alabama (no zip provided) | McCallum Hoaglund Cook & Irby |
| 280 | Lowery, Samuel G. | 765 Hampden Place, Birmingham, Alabama (no zip provided) | McCallum Hoaglund Cook & Irby |
| 281 | Lowery, Samuel G. | 757 Hampden Place, Birmingham, Alabama (no zip provided) | McCallum Hoaglund Cook & Irby |
| 282 | Madden, Michael & Ashley | 2359 Chalybe Trail, Birmingham, Alabama 35226 | McCallum Hoaglund Cook & Irby |
| 283 | Moore, Victor | 1004 Maryanna Road, Calera, Alabama 35040. | McCallum Hoaglund Cook & Irby |
| 284 | Nabors, Jason & Rhonda | 773 Hampden Place Circle, Birmingham, Alabama 35242 | McCallum Hoaglund Cook & Irby |
| 285 | Ridley, Arnold & Rada | 1045 Edgewater Lane, Chelsea, Alabama 35043. | McCallum Hoaglund Cook & Irby |
| 286 | Robins, Daniel & Elaine | 4211 Sierra Way, Gardendale, Alabama 35071 | McCallum Hoaglund Cook & Irby |
| 287 | Richardson, Cheri | 115 Major Circle, Riverside, Alabama 35135. | McCallum Hoaglund Cook& Irby |

EXHIBIT "A"

**STIPEND OBJECTIONS**

|  | A | B | C |
|---|---|---|---|
| 288 | Coastal Settlement Class | Villa Lago Condominium Units | Mrachek Fitzgerald Rose Konopka Thomas & Weiss |
| 289 | Brown, Wilfred | Row 7,480 | Pete V. Albanis; Morgan & Morgan |
| 290 | Grant Street Lawyer | Row 7, 432 | Pete V. Albanis; Morgan & Morgan |
| 291 | Kol, Dan | Row 7, 686 | Pete V. Albanis; Morgan & Morgan |
| 292 | Barranco, John & Virginia | 252 Fallcreek Street Fairhope Alabama 36532 | Reeves & Mestayer |
| 293 | Braun, Helen and Steven | 5900 Chicopee Trace Ocean Springs, MS 39564 | Reeves & Mestayer |
| 294 | Burton, Danny: Pelican House LLC | 844 Courthouse Rd, Gulfport, MS 39507 | Reeves & Mestayer |
| 295 | Chapman, Patrick | 133 Northwood Passchristian, MS 39571 | Reeves & Mestayer |
| 296 | Coats, Chalres; Coats, Angela | 20 Cedarwood Drive Perkinston, MS 39573 | Reeves & Mestayer |
| 297 | Cortelyou, Lauren | 32793 Water View Drive E. #A, Loxley, AL 36551 | Reeves & Mestayer |
| 298 | Dauro, Dennis & Martha | 119 Bella Tara Court Long Beach MS 39560 | Reeves & Mestayer |
| 299 | Dean, Don & Lisa | 505 Pemberton Picayune, MS 39466 | Reeves & Mestayer |
| 300 | Ditta, Peggy | 8310 Maualani Place Diamondhead, MS 39525 | Reeves & Mestayer |
| 301 | Donston, Cubby | 260 Peters Road Poplarville, MS 39470 | Reeves & Mestayer |

**EXHIBIT "A"**

**STIPEND OBJECTIONS**

|  | A | B | C |
|---|---|---|---|
| 302 | Fath, Tom | 1276-B West Century Oaks Drive, Gulfport, MS 39503 | Reeves & Mestayer |
| 303 | Faulkner, Donald | 1276-A Century Oaks Drive, Gulfport, MS 39507 | Reeves & Mestayer |
| 304 | Hebert, Debra | 1 Mossy Oaks Lane, Long Beach, MS 39560 | Reeves & Mestayer |
| 305 | Logan, Erika & Aubry | 507 Pemberton Picayune, MS 39466 | Reeves & Mestayer |
| 306 | Maddux, Sidney R. | 109 Ivy Cove Long Beach, MS 39560 | Reeves & Mestayer |
| 307 | Nguyen, Anthony; Thu Phuong Tauynh; Ufhan Thao Jasmine; Trinh Jocelyn; Doung, May | 358 Lang Avenue Pass Christian, MS 39571 | Reeves & Mestayer |
| 308 | O'Byrne, Pamela & Richard; Jones, William and Sharon | 700 Beach Blvd #707 Longbeach, MS 39560 | Reeves & Mestayer |
| 309 | Pelican House, LLC | 844 Courthouse Road, Gulfprot, MS 39507 | Reeves & Mestayer |
| 310 | Perone, Thomas Patrick & Golden, Barbara | 701 West Beach Blvd. Long Beach, MS 39560 | Reeves & Mestayer |
| 311 | Rapp, Chari & Howard | 249 Gulfside, Waveland, MS 39576 | Reeves & Mestayer |
| 312 | Reed, Dustin | 19 Conner Drive Perkinston, MS 39573 | Reeves & Mestayer |
| 313 | Roberts, Greg | 703 West Beach Blvd. Long Beach, MS 39560 | Reeves & Mestayer |
| 314 | Tenorio, Eric | 15109 Warren Drive Gulfport, MS 39503 | Reeves & Mestayer |

**EXHIBIT "A"**

**STIPEND OBJECTIONS**

|  | A | B | C |
|---|---|---|---|
| 315 | Villas at Ocean Club | 2046 Beach Blvd #B-215; #B-216;#B217;#B218: #B219;#B220: #C-308: #C-310: #C-311:#C-321: #C-313: #C-314 biloxi, MS 39531 | Reeves & Mestayer |
| 316 | Whipps, Jared | 1120 West Pine St. #A and #B, Gulfport, MS 39507 | Reeves & Mestayer |