MINUTE ENTRY
FALLON, J.
JANUARY 27, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date. The Plaintiffs' Steering Committee and counsel for Taishan participated. The parties discussed the status of the case.

**IT IS ORDERED** that the Court orders contained in Rec. Doc. 19959 are hereby **STAYED** until Friday, February 5, 2016 at 1:30 p.m. at which time the Court will conduct a telephone status conference to determine whether the parties were able to come to an amicable resolution regarding the aforementioned orders.

To participate in the call, counsel is instructed to call (877) 336-1839; access code: 4227405; security code: 020516.

1

JS10(00:23)