**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:      CHINESE-MANUFACTURED DRYWALL
                PRODUCTS LIABILITY LITIGATION     **MDL No.** 2047
                                                                 SECTION: L

THIS DOCUMENT RELATES TO:                       JUDGE FALLON
                                                                          MAG. JUDGE WILKINSON

2:13-cv-06652-EEF-JCW
Braxton H. Collins, et al. v. Bass Homes, Inc., et al.

2:13-cv-06653-EEF-JCW
Jason S. Herrington, et al. v. Bass Homes, Inc., et al.

**ORDER OF DISMISSAL**

      Before the Court is a Motion to Voluntarily Dismiss Claims Against Ace Hardware Corporation filed by the Plaintiffs BRAXTON H. COLLINS, KERRIE COLLINS, JASON HERRINGTON and CASSIE HERRINGTON, pursuant to Fed.R.Civ.P. 41(a)(2). The Court finds that there are no other claims made against Ace Hardware Corporation by any other entity in these matters. Ace Hardware Corporation consents to the dismissal of these claims against it, with prejudice. It is therefore Ordered that the Plaintiffs' claims against Ace Hardware Corporation are dismissed, with prejudice, costs taxed as paid. This Order of Dismissal is not intended to affect any of the other claims made by these Plaintiffs against any other party.

      New Orleans, Louisiana, this 26th day of January, 2016.

                                                    **UNITED STATES DISTRICT JUDGE**