UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence addressed to Secretary of State John F. Kerry from Plaintiffs' Liaison Counsel and Plaintiffs' Lead Counsel

**IT IS ORDERED** that the attached correspondence be entered into the record.

New Orleans, Louisiana, this 26th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

1