# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | MAG. JUDGE WILKINSON |

## MOTION TO COMBINE ALL ATTORNEY FEE SETTLEMENT FUND ACCOUNTS TO THE KNAUF ATTORNEY FEE SETTLEMENT FUND ACCOUNT

NOW COME Class Counsel/Plaintiffs' Liaison Counsel, Russ M. Herman, and Class Counsel/Plaintiffs' Lead Counsel, Arnold Levin, who, as will be more shown in the accompanying memorandum, desire and request that all court established Attorney Fee Settlement Fund Accounts be combined and consolidated into one account, namely, the Knauf Attorney Fee Settlement Fund Account. Philip A. Garrett, CPA, has reviewed this motion and acknowledges and approves of the accuracy of the financial matters represented to the Court and continues to provide the Court with periodic updated financial reports.

1

WHEREFORE, movers pray that this motion be GRANTED and that an Order be issued directing Esquire Bank, the Court appointed Depository Bank, to combine and consolidate all Attorney Fee Settlement Fund Accounts into one account, namely the Knauf Attorney Fee Settlement Fund Account.

Acknowledged and approved:

_____
Philip A. Garrett, CPA

Date: 1/28/2016

                                                  Respectfully submitted,

| | |
|---|---|
| Dated: January 29, 2016 | /s/ Russ M. Herman<br>Russ M. Herman, Esquire (Bar No. 6819) Leonard A. Davis, Esquire (Bar No. 14190) Stephen J. Herman, Esquire (Bar No. 23129) HERMAN, HERMAN & KATZ, L.L.C.<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>Phone: (504) 581-4892<br>Fax: (504) 561-6024<br>Ldavis@hhklawfirm.com<br>*Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel* |

>Arnold Levin
> Fred S. Longer
>Sandra L. Duggan
>Matthew C. Gaughan
>LEVIN, FISHBEIN, SEDRAN & BERMAN
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>Phone: (215) 592-1500
>Fax: (215) 592-4663
>Alevin@lfsblaw.com
>*Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of January, 2016.

>/s/ Leonard A. Davis
>Leonard A. Davis, Esquire
>Herman, Herman & Katz, L.L.C.
>820 O'Keefe Avenue
>New Orleans, Louisiana 70113
>Phone: (504) 581-4892
>Fax: (504) 561-6024
>Ldavis@hhklawfrm.com
>*Plaintiffs' Liaison Counsel MDL 2047*
>*Co-counsel for Plaintiffs*

3