IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x | MDL NO. 2047 |
| | x | SECTION: L |
| | x x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | x | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF
MOTION TO COMBINE ALL ATTORNEY FEE SETTLEMENT FUND
ACCOUNTS TO THE KNAUF ATTORNEY FEE SETTLEMENT FUND ACCOUNT**

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted in support of Motion to Combine All Attorney Fee Settlement Fund Accounts to the Knauf Attorney Fee Settlement Fund Account filed by Class Counsel/Plaintiffs' Liaison Counsel, Russ M. Herman, and Class Counsel/Plaintiffs' Lead Counsel, Arnold Levin.

On September 9, 2013, the Court established a number of Qualified Settlement Fund Accounts ("QSF Orders") for Attorneys Fees set forth in the various Settlement Agreements. These Qualified Settlement Fund Accounts included individual accounts for the Banner Attorney Fee Settlement Fund [Rec. Doc. 17064]; the Global Attorney Fee Settlement Fund [Rec. Doc. 17069]; the INEX Attorney Fee Settlement Fund [Rec. Doc. 17072]; the USG Attorney Fee Settlement Fund [Rec. Doc. 17076][1]; the Builders Mutual Attorney Fee Settlement Fund [Rec. Doc. 17078]; the Nationwide Attorney Fee Settlement Fund [Rec. Doc. 17080]; the Porter-Blaine/Venture Supply Attorney Fee Settlement Fund [Rec. Doc. 17082]; the Tobin Trading and

---
[1] Funds have not been deposited into this QSF though it has been set up regarding the USG and L&W Settlement.

Installers Attorney Fee Settlement Fund [Rec. Doc. 17084] (collectively hereinafter referred to as the "Transferor Accounts"). In addition, the Court also established a Qualified Settlement Fund for the Knauf Attorney Fee Settlement Fund [Rec. Doc. 17073] (hereinafter referred to as "Transferee Account").

Esquire Bank is the Depository Bank for each of the QSF Orders. Esquire Bank holds and invests monies for these accounts. To promote efficiency and as recommended by Philip Garrett, the Court appointed CPA following consultation with BrownGreer, the Court appointed Settlement Administrator, to assist with the disbursement of fees and costs in the future, it has recommended that consolidation of the QSF into one account be requested. Movers desire and request that the Court issue an Order directing Esquire Bank to transfer the balance from each of the Transferor Accounts to the Transferee Account so that all funds in all of the QSF accounts will be located in the Knauf Attorney Fee Settlement Fund Account. The net result will be one (1) QSF account and Esquire will be able to close the Transferor Accounts. The remaining account to be maintained by Esquire Bank will be the Transferee Account.

Respectfully submitted,

Dated: January 29, 2016

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

>Arnold Levin
>Fred S. Longer
>Sandra L. Duggan
>Matthew C. Gaughan
>L<small>EVIN</small>, F<small>ISHBEIN</small>, S<small>EDRAN</small> & B<small>ERMAN</small>
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>Phone: (215) 592-1500
>Fax: (215) 592-4663
>Alevin@lfsblaw.com
>*Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of January, 2016.

>/s/ Leonard A. Davis
>Leonard A. Davis, Esquire
>Herman, Herman & Katz, L.L.C.
>820 O'Keefe Avenue
>New Orleans, Louisiana 70113
>Phone: (504) 581-4892
>Fax: (504) 561-6024
>Ldavis@hhklawfrm.com
>*Plaintiffs' Liaison Counsel MDL 2047*
>*Co-counsel for Plaintiffs*