IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x x x | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL CASES | | |

**O R D E R**

Considering the Motion to Combine All Attorney Fee Settlement Fund Accounts to the Knauf Attorney Fee Settlement Fund Account filed by Class Counsel/Plaintiffs' Liaison Counsel, Russ M. Herman, and Class Counsel/Plaintiffs' Lead Counsel, Arnold Levin.

IT IS ORDERED BY THE COURT that the motion is GRANTED and Esquire Bank, as the Depository Bank, is directed to transfer the balances in each of the below listed Transferor Accounts on deposit with Esquire Bank to the Knauf Attorney Fee Settlement Fund, so that all attorney fee accounts are combined and consolidated into the Knauf Attorney Fee Settlement Fund:

1. The Banner Attorney Fee Settlement Fund [Rec. Doc. 17064];
2. The Global Attorney Fee Settlement Fund [Rec. Doc. 17069];
3. The INEX Attorney Fee Settlement Fund [Rec. Doc. 17072];
4. The USG Attorney Fee Settlement Fund [Rec. Doc. 17076];
5. The Builders Mutual Attorney Fee Settlement Fund [Rec. Doc. 17078];
6. The Nationwide Attorney Fee Settlement Fund [Rec. Doc. 17080];
7. The Porter-Blaine/Venture Supply Attorney Fee Settlement Fund [Rec. Doc. 17082]; and
8. The Tobin Trading and Installers Attorney Fee Settlement Fund [Rec. Doc. 17084].

IT IS FURTHER ORDERED BY THE COURT that once all funds have been transferred to the Knauf Attorney Fee Settlement Fund, Esquire Bank is directed to close the Transferor

1

Accounts, so that only one attorney fee account exists, that being the Knauf Attorney Fee Settlement Fund Account.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge