# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) JUDGE FALLON |
| *Gross v. Knauff Gips KG*, 2:09-cv-6690<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1672<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1395<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1673<br>*Amorin v. SASAC*, 2:14-cv-1727<br>*State of Louisiana v. Knauf*, 2:10-cv-340<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094<br>*Posey v. BNBM Co.*, 2:09-cv-6531<br>*Morris v. BNBM Co.*, 2:09-cv-6530 | ) ) ) ) ) ) ) ) ) ) MAG. JUDGE WILKINSON |

## ORDER GRANTING THE STATE OF LOUISIANA'S MOTION TO FILE NOTICE OF JOINDER IN THE PLAINTIFF'S STEERING COMMITTEE'S MOTION TO STRIKE, EXCLUDE AND/OR LIMIT THE DECLARATIONS OF BRUCE DEAL AND PROFESSOR JEFFREY GORDON UNDER SEAL

Having considered the State of Louisiana's Motion to Seal its Notice of Joinder in the Plaintiff's Steering Committee's Combined Motion to Strike, Exclude and/or Limit the Declarations of Bruce Deal and Professor Jeffrey Gordon, the Court GRANTS the motion and ORDERS that the State of Louisiana's Notice is and shall be filed under seal.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

129677039.1