UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| *The State of Louisiana v. Knauf Gips KG, et al.,* No. 2:10-CV-0340 (E.D. La.). _____ | ) ) ) ) | MAG. JUDGE WILKINSON |

**LOUISIANA'S NOTICE OF JOINDER IN THE PLAINTIFF'S STEERING COMMITTEE'S COMBINED MOTION TO STRIKE, EXCLUDE AND/OR LIMIT THE DECLARATIONS OF BRUCE DEAL AND PROFESSOR JEFFREY GORDON**

# FILED UNDER SEAL

129645323.2