# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIZABETH BENNETT, et al.,** )<br> )<br>**Plaintiffs,** )<br> )<br>v. )<br> )<br>**GEBRUEDER KNAUF** )<br>**VERWALTUNGSGESELLSCHAFT,** )<br>**KG, et al.** )<br> )<br>**Defendants.** ) | MDL-2047 IN RE; CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br><br><br>Civil Action No. 2:14-cv-02722-EEF-JCW |

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN INDIVIDUAL CLAIMS

**COME NOW** Plaintiffs Anita Dean, Luis Flores, John Mattesich, and Jose Samedy, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, to provide notice to this court of their desire to voluntarily dismiss their individual claims *without prejudice* against all named defendants. The dismissal of these particular individual claims are to have no effect on the remaining claims asserted by other plaintiffs, either named or unnamed as class members. To date, no defendant has filed an answer; therefore, no order of court is necessary.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 205-414-7528
jimmy@doylefirm.com
*Attorney for Plaintiffs*