**ROBERT M. BECNEL**
Attorney at Law
425 West Airline Highway, Suite B
LaPlace, LA 70068
Telephone: 985-359-6100 · Fax: 985-651-6104

---

## **CURRICULUM VITAE**

I am a member of the Louisiana Association of Justice, American Association of Justice and served as vice president of the 40th Judicial District Bar Association. I was chairman of the Indigent Defender Board of the 40th Judicial District Court for six years and served as Assistant District Attorney in St. John the Baptist Parish for 18 years specializing in drug cases. I also served as a special prosecutor (homicides) for Orleans Parish from 2005 - 2009. Additionally, I was elected to the Southern University Law Center Hall of Fame in 2010. My practice is primarily focused on personal injury, especially in class action litigation.

I was actively engaged in the Shell Oil explosion in 1988 which resulted in a settlement of $172 million in 1992. I was a member of the Koch Nitrogen Class Action PSC Committee which settled in 1998 for $35 million; Occidental Class Action PSC in St. Charles Parish, Monsanto Class Action PSC (Release - May 4, 2000) St. Charles Parish; PSC Member Cytec Melamine and Ammonia Release (January 5, 1999) St. Charles Parish; PSC Member Gasoline Products Liability Litigation; In Re: High Sulfur Content MDL No.1632 U.S.D.C., EDLA which settled in excess of $100 million; PSC Member, Kaiser Explosion in St. James Parish (Explosion - July 5, 1999); PSC Member In Re: Train Derailment at Amite, U.S.D.C., EDLA No. 1531-A  and worked on the Gaylord Explosion in Bogalusa.

I was a member of the PSC and represented numerous victims in the Mother's Day Custom Bus Crash in May 1999 in New Orleans and successfully argued the case before the Fourth Circuit Court of Appeal which was upheld by the Louisiana State Supreme Court and the United States Supreme Court; PSC Member In Re:  Katrina Canal Breaches Consolidated Litigation, MRGO and Levee Cases, U.S.D.C., EDLA No. 05-4182-K.

On a national level, I am deeply involved in and represent numerous clients in the Baxter, Bristol Meyer Squib, and Dow Corning Breast Implant Litigation MDL No. 926; Norplant (birth control device litigation) MDL No. 1038; Fen-Phen Diet Drug Litigation MDL No. 1203; Rezulin (Diabetes II) Litigation; Propulsid (anti-acid) Litigation MDL No. 1355; as well as Vioxx MDL No. 1657; Meridia and Serozone Products MDL No. 1477; Baycol Products Litigation No. 1431; Neurontin Marketing and Sales Practices Litigation MDL No. 1629; Welding Rod litigation MDL No.1538; and Patrick Joseph Turner, et al v. Murphy Oil USA Inc., which settled for $330 million.

I was also a member of the PSC In Re: FEMA Trailer Formaldehyde Product Liability Litigation MDL 1873 which settled for $43 million; and In Re: Chinese Manufactured Drywall Products Liability Litigation MDL No. 2047 and serve on the following committees: Governmental Relations Committee - Co-Chair, Inspections Committee - Co-Chair, Administration and Depository Committee - Co-Chair, Case Tracking Committee - Member, and Discovery Deposition Committee - Member. Additionally, I am also involved in the Toyota Motor Corporation Unintended Acceleration Marketing, Sales Practices and Productions Liability Litigation, Multi-District Litigation MDL No. 2151.

    Respectfully submitted,

    _____
    ROBERT M. BECNEL #14072
    LAW OFFICES OF ROBERT M. BECNEL
    425 West Airline Highway, Suite B
    LaPlace, LA 70068
    Telephone: 985-359-6100
    Fax: 985-651-6104
    Email: robbecnel@aol.com