**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | |

**O R D E R**

Considering the Motion for Assignment of Plaintiffs' Steering Committee Member Duties filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Robert M. Becnel be and is hereby allowed to assume the duties of and take the place and stead of Daniel E. Becnel, Jr. as a member of the PSC until such time as Daniel E. Becnel, Jr. is ready and able to resume his position as a member of the PSC.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge