# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** | |
| *Amorin, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et.al,*<br>*Civ. Action No. 14-1727* | |

**LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL
ASSISTANCE TO OBTAIN DOCUMENTS FROM THE STATE-OWNED
ASSETS SUPERVISION AND ADMINISTRATION COMMISSION
PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON
THE TAKING OF EVIDENCE ABROAD IN CIVIL AND COMMERCIAL MATTERS**

The United States District Court of the Eastern District of Louisiana presents its compliments to the Appropriate Judicial Authority of the People's Republic of China and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this District Court.  This Court seeks assistance in serving the Plaintiffs' Steering Committee's First Set of Document Requests to the State-Owned Assets Supervision and Administration Commission ("SASAC").  A copy of these document requests is attached hereto as Exhibit "A."

This Court requests the assistance described herein as necessary in the interests of justice. This request is made pursuant to, and in conformity with, Chapter 1 of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Convention"), to which both the United States and the People's Republic of China are signatories, and Rule 28 of the United States Federal Rules of Civil Procedure.

This Court asserts that the evidence sought is directly relevant to the issues in dispute and is intended for potential use at trial.  The information is not sought for the purpose of obtaining pre-trial discovery of documents within the meaning of Article 23 of the Hague Convention. This Request fully complies with the People's Republic of China's reservations made under the Hague Convention.

1

1.      **SENDER:**

       Honorable Eldon E. Fallon
       United States District Court
       Eastern District of Louisiana
       500 Poydras Street, Room C-456
       New Orleans, LA 70130

2.      **APPROPRIATE JUDICIAL AUTHORITY OF THE PEOPLE'S REPUBLIC OF CHINA**
       **(Designated an Additional Authority pursuant to Art. 24 of the Hague Convention):**

       Ministry of Justice
       International Legal Cooperation Center (ILCC)
       6, Chaoyangmen Nandejie
       Chaoyang District
       Beijing

       P.C. 100020
       People's Republic of China

3.      **PERSON TO WHOM THE EXECUTED REQUEST IS TO BE RETURNED:**

*Plaintiffs' United States Legal Representative:*

Russ M. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: Rherman@hhklawfirm.com
Liaison Counsel in MDL 2047

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA  19106-3697
Phone: (215) 592-1500
Fax:  (215) 592-4663
Email: alevin@lfsblaw.com
Lead Counsel in MDL 2047

*On behalf of:*

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

4.      **IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOR TO SUBMIT THE FOLLOWING INFORMATION REGARDING THE INSTANT REQUEST:**

5.      a.      **REQUESTING JUDICIAL AUTHORITY (Article 3,a):**

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

**b.      TO THE COMPETENT AUTHORITY OF (Article 3,a):**

The People's Republic of China

**c.      NAME OF THE CASE AND IDENTIFYING NUMBER:**

*In Re: Chinese-Manufactured Drywall Products Liability Litigation*
Case No. 09-MD-2047 (E.D.La.)

**6.    NAMES AND ADDRESSES OF THE PARTIES AND THEIR REPRESENTATIVES (Article 3,b):**

**a)      *Plaintiffs***

**Plaintiffs' Liaison Counsel**

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Madelyn O. Breerwood
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

**Plaintiffs' Lead Counsel**

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

**Plaintiffs' Steering Committee**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Rachel A. Sternlieb
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

**Of Counsel to the Plaintiffs' Steering Committee**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
Pearl A. Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**b)**       *Defendants*

The State-Owned Assets Supervision and Administration Commission of the State
Council.

**Taishan Gypsum Co., Ltd.
("Taishan" or "Taishan Gypsum")
and its wholly owned subsidiary and
alter ego Tai'an Taishan
Plasterboard Co., Ltd. ("TTP")
Counsel**

Bernard Taylor, Esquire
Michael Kenny, Esquire
Christy Eikhoff, Esquire
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
bernard.taylor@alston.com
mike.kenny@alston.com
Christy.Eikhoff@alston.com

Alan Weinberger, Esquire
Hangartner, Rydberg & Terrell, LLC,
One Shell Square
701 Poydras St., Suite 310
New Orleans, LA 70139
aweinberger@hanrylaw.com

**Beijing New Building Materials
Public Limited Company ("BNBM"
or "BNBM PLC"), with assistance
from Beijing New Building Material
(Group) Co., Ltd. ("BNBM Group")
(collectively the "BNBM Entities")
Counsel**

C. Michael Moore, Esquire
Gene R. Besen, Esquire
Dentons US LLP
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201-1858
mike.moore@dentons.com
gene.besen@dentons.com

Richard L. Fenton, Esquire
Leah R. Bruno, Esquire
Dentons US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6404
richard.fenton@dentons.com
leah.bruno@dentons.com

Michael H. Barr, Esquire
Justin N. Kattan, Esquire
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
michael.barr@dentons.com
justin.kattan@dentons.com

Harry Rosenberg, Esquire
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA  70130-6534
harry.rosenberg@phelps.com

**China National Building Material
Group Corporation ("CNBM
Group"); China National Building
Material Co., Ltd. ("CNBM"),
CNBM USA Corp. ("CNBM USA"),
CNBMIT Co., Ltd. ("CNBMIT"),
and United Suntech Craft, Inc.
("United Suntech")(collectively with
CNBM Group, the "CNBM
Entities") Counsel**

L. Christopher Vejnoska, Esquire
Ian Johnson, Esquire
Andrew Davidson, Esquire
Jason Wu, Esquire
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
cvejnoska@orrick.com
ijohnson@orrick.com
adavidson@orrick.com
jmwu@orrick.com

James L. Stengel, Esquire
Xiang Wang, Esquire
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, NY 10019-6142
jstengel@orrick.com
xiangwang@orrick.com

Eric A. Shumsky, Esquire
Orrick, Herrington & Sutcliffe Llp
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
eshumsky@orrick.com

Ewell E. Eagan, Jr., Esquire
Donna Phillips Currault, Esquire
Nina Wessel English, Esquire
Alex B. Rothenberg, Esquire
Gordon, Arata, McCollam, Duplantis
& Eagan, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
eeagan@gordonarata.com
dcurrault@gordonarata.com
nenglish@gordonarata.com
arothenberg@gordonarata.com

**Knauf Gips, KG Counsel**

Kerry J. Miller
Baker, Donelson, Bearman, Caldwell
& Berkowitz
201 St. Charles Ave.
Suite 3600
New Orleans, LA  70170
(504) 566-8646
kjmiller@bakerdonelson.com

- **Defendant Liaison Counsel for
  Taishan, BNBM Entities and
  CNBM Entities**

  Harry Rosenberg, Esquire
  Phelps Dunbar LLP
  365 Canal Street, Suite 2000
  New Orleans, LA  70130-6534
  harry.rosenberg@phelps.com

7.    **NATURE AND PURPOSE OF PROCEEDINGS AND SUMMARY OF THE
       FACTS (Article 3,c):**

    The evidence requested relates to a mass tort litigation involving Chinese-manufactured
drywall that was imported and distributed in the United States from 2005 to 2008.  Various
lawsuits were filed in several different courts across the United States alleging that the subject

drywall is defective since it off-gasses and releases corrosive gasses that are damaging homeowners' properties and requires the complete removal of the subject drywall.  Because these lawsuits involve similar facts, parties, and legal claims, they were transferred to a single court for the convenience of the parties and witnesses and to promote the just and efficient conduct of the lawsuits pursuant to the procedures governing complex, multi-district litigation ("MDL").  Accordingly, these lawsuits are now pending as consolidated proceedings with the case caption *In Re: Chinese-Manufactured Drywall Products Liability Litigation*, Case No. 09-MD-2047 (E.D.La.).

Plaintiffs allege that, as a result of the installation of defective Chinese-manufactured drywall in their properties, they have suffered damages related to the repair and remediation of impacted properties, business losses, foreclosures, bankruptcies, loss of use and enjoyment, etc..  Certain plaintiffs have also alleged certain personal injuries.

While plaintiffs have brought suit against various distributors and installers in the United States, the primary manufacturing defendants in this litigation are Taishan Gypsum Co., Ltd. ("Taishan"), Tai'an Taishan Plasterboard Co., Ltd. ("TTP"), Beijing New Building Materials Public Limited Company ("BNBM" or "BNBM PLC"), Beijing New Building Materials Group Co., Ltd. ("BNBM Group"), China National Building Materials Co., Ltd. ("CNBM"), and China National Building Materials Group Corporation ("CNBM Group").  Plaintiffs have obtained default judgments against each of these defendants.  In addition, this Court has certified a class action against each of these defendants.  Plaintiffs have also established that Taishan and TTP are subject to personal jurisdiction in the proceedings before this Court.  *See, generally, In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 894 F.Supp.2d 819 (E.D.La. 2012), *aff'd*, 742 F.3d 576 (5th Cir. 2014) & 753 F.3d 521 (5th Cir. 2014).  The other manufacturing defendants have raised personal jurisdiction arguments that are now ripe for determination.[1]  One of the major manufacturing defendants, CNBM Group, is a wholly owned subsidiary of SASAC.

The plaintiffs have named SASAC as a defendant in two cases that are currently pending before the Court.  Plaintiffs have successfully served SASAC with one of these two complaints.  Plaintiffs allege that because SASAC has refused to appear before this Court despite proper service of process, the Plaintiffs has been unable to conduct a proper Fed.R.Civ.P. 26(f) conference and, therefore, SASAC it is subject to sanctions under Fed.R.Civ.P. 37(f).  The Plaintiffs further allege that SASAC is subject to the entry of preliminary default judgment based on its failure to enter an appearance or otherwise defendant itself in the proceedings before this Court.  Plaintiffs are pursuing the instant document requests for purposes of exploring a possible

---

[1] The other major manufacturer of Chinese drywall, Knauf, Gips, KG, a German entity with Chinese manufacturing subsidiaries, settled the claims against it in 2012.  Knauf has remediated almost four thousand homes at a cost of over $1 billion.

default judgment against SASAC and for purposes of developing the record for trial against the manufacturing defendants identified above.

**8.    EVIDENCE TO BE OBTAINED OR OTHER JUDICIAL ACTS TO BE PERFORMED (Article 3,d):**

Through the proposed document requests to be served on SASAC, evidence will be obtained covering subject matter directly relevant to the facts in dispute.  Specifically, the Plaintiffs seek a document production as follows:

1.      All documents sufficient to identify the relationship between You, CNBM Group, and/or any Other Entity including any ownership interests and/or common directors and officers during the Relevant Time Period.

2.      All documents and communications between Yourself and CNBM Group with respect to any commercial activity by and/or between CNBM Group and/or any Other Entity.

3.      All documents and communications between Yourself and any Other Entity with respect to any commercial activity by and/or between Yourself and/or any Other Entity.

4.      Any and all documents relating to articles of grouping and/or articles of association involving CNBM Group and any Other Entitiy.

5.      All documents regarding all loans, pledges, stock transfers, supply of assets, guarantees, warrants and/or financing of whatever nature between You, CNBM Group, and/or any Other Entity.

6.      All documents regarding Your capitalization (including all reported financial documents (including but not limited to annual reports, quarterly reports, profits and loss statements) and the capitalization of CNBM Group, and/or any Other Entity.

7.      All documents related to the incorporation of CNBM Group and/or any Other Entity.

8.      All documents related to compliance with corporate formalities by You, CNBM Group, and/or any Other Entity.

9.      All documents relating to the rendition of services performed by employees of other corporate entities for You, CNBM Group, and/or any Other Entity.

10.    All documents regarding any transfers of any assets (including but not limited to real estate, equipment, trademarks, licenses, leases, productions lines etc.) between You, CNBM Group, and/or any Other Entity.

11.    All documents relating to the allocation of profits and losses between You, CNBM Group, and/or any Other Entity.

12.    All resumes and Curriculums vitae of each officer and director of You, CNBM Group, and/or any Other Entity.

13.    Any and all documents relating to the "China National Building Material Group Corporation Administrative Measures for Appointing Representatives of Capital Contributors."

14.    Any and all documents relating to all work reports regarding CNBM Group or any Other Entity including but not limited to the "Work Report of China National Building Material Company Limited on Special Treatment of Private Coffers."

15.    Any and all documents relating to all audits regarding CNBM Group or any Other Entity including but not limited to the 2012 SASAC sponsored audit of BNBM and the report on "Problems Discovered During the Review."

16.    All documents and communications relating to the China Group Companies Association and the commercial activities of CNBM Group or any Other Entity.

17.    All documents and communications relating to the top Chinese Communist Party and   commercial activity involving CNBM Group and/or any Other Entity.

18.    Any and all documents regarding the identity and appointment of directors to the China Group Companies Association.

19.    All documents relating to all current or former SASAC officers, directors, or employees who have in the past and/or are currently employed or hold positions at CNBM Group or any Other Entity.

20.    All documents relating to the appointment and removal of executives, managers, or board members at CNBM Group or any Other Entity.

21.    All documents relating to Your appointment of Peng Xuefeng as an independent director at CNBM Group.

22.     All documents relating to the appointment of Peng Xuefeng as the chairman of CNBM Group's Global Board.

23.     All documents relating to the participation of Peng Xuefeng in board of director voting activities and/or other decision making at CNBM Group or any of the Other Entity.

24.     All documents regarding Peng Xuefeng's participation at the Seventeenth Meeting of the Third Board of Directors on July 11, 2014, wherein Mr. Peng voted to approve a resolution permitting Taishan to withdraw from the litigation in the United States.

25.     All documents regarding the setting of compensation of personnel, officers, directors, and/or managers at CNBM Group or any Other Entity.

26.     All documents relating to your use of supervisory panels to monitor CNBM Group or any Other Entity.

27.     All red letterhead documents related to any commercial activities by CNBM Group or any Other Entity.

28.     All documents requesting the performance of or discontinuation of specific activities by CNBM Group or any of the Other Entity.

29.     All documents related to the participation of managers, directors, or executives that You appointed in the board of director voting activities and/or other decision making activities of CNBM Group or any Other Entity.

30.     All documents regarding your policies for purposes of appointing and removing executives, managers, and/or board members at the state-owned enterprises under your supervision.

31.     All documents regarding your policies for purposes of the appointment of individuals to the leadership teams within the state-owned enterprises under your supervision.

32.     All documents regarding the participation of your Party Committee with supervision teams and/or party committees of CNBM Group or any Other Entity.

33.     All documents related to the export or sale of drywall to individuals or entities in the United States by CNBM Group or any of the Other Entity.

34.     All documents regarding any testing and/or analysis to determine problems or defects with the drywall that was sold to individuals or entities in the United States by CNBM Group or any Other Entity.

35.     All documents relating to any complaints or investigations concerning the drywall that was sold to customers in the United States by CNBM Group or any Other Entity.

36.     All documents and communications regarding the selection of all mines used to procure raw materials for gypsum drywall produced by CNBM Group and/or any Other Entity during the Relevant Time Period.

37.     All documents relating to the exporting or sale of any product or services to customers in the United States by CNBM Group or any Other Entity.

38.     All documents related to litigation in the United States by or against CNBM Group or any Other Entity.

39.     All documents related to the Contempt Order issued by the Honorable Eldon E. Fallon on July 17, 2014.

40.     All documents regarding any assets in the United States of any kind whatsoever which You, CNBM Group, or any Other Entity owns or owned directly or indirectly, in whole or in part, as sole owner or jointly with others, either of record or beneficially, including without limitation as a partner, general or limited, limited liability member, fiduciary, and as equity or debt holder, or demand deposit holder including but not limited to documents involving: (a) instrument for any and all certificates of stock, bonds, mutual funds, brokerage accounts, or indentures, and other securities, (b) all documents or title, instruments (negotiable and non-negotiable), chattle paper (tangible or intangible), notes, deeds, conveyances, certificates of title, bills of sale, bills of lading, letters of credit, warehouse receipts, mortgages, and security instruments of any kind, (c) all insurance policies, (d) all bank statements, cancelled checks, check stubs, deposit slips, wire  transfer requests, wire transfer receipts, or other documentation of wire transfers, (e) all trust instruments, agreements, correspondence, and other documents relating to all trusts, (f) all records relating to safe deposit boxes and/or the extent and circumstances of any and all financial relationships with any banks or other depositories for securities, cash, or other valuables, rented or otherwise, and (g) all mortgages, liens, pledges, promissory notes, security agreements, financing statements and all other documents in any way reflecting any security interest, mortgage, lien, pledge,

hypothecation or encumbrance of any kind upon any property, real or personal, tangible or intangible.

9.    **IDENTITY AND ADDRESS OF PERSON TO BE EXAMINED (Article 3,e):**

Plaintiffs are seeking a document production from SASAC as set forth in section 8 above. Plaintiffs are not seeking to examine any witnesses at the present time.

10.    **QUESTIONS TO BE PUT TO THE PERSON TO BE EXAMINED OR STATEMENT OF THE SUBJECT MATTER ABOUT WHICH THEY ARE TO BE EXAMINED (Article 3,f):**

Plaintiffs are seeking a document production from SASAC as set forth in section 8 above. Plaintiffs are not seeking to examine any witnesses at the present time.

11.    **DOCUMENTS OR OTHER PROPERTY TO BE INSPECTED:**

Plaintiffs are seeking a document production from SASAC as set forth in section 8 above. Plaintiffs are not seeking to inspect any property at the present time.

12.    **ANY REQUIREMENT THAT THE EVIDENCE BE GIVEN ON OATH OR AFFIRMATION AND SPECIFIC FORM TO BE USED (Article 3,h):**

This Court respectfully requests that SASAC be instructed to certify that all documents it produces are true and correct copies of documents from its files and that such documents are business records regularly recorded and maintained by SASAC in the ordinary course of its operations.

13.    **SPECIAL METHODS OR PROCEDURES TO BE FOLLOWED (Articles 3,i & 9):**

None.

14.    **REQUEST FOR NOTIFICATION OF THE TIME AND PLACE FOR THE EXECUTION OF THE REQUEST AND IDENTITY AND ADDRESS OF ANY PERSON TO BE NOTIFIED (Article 7):**

It is respectfully requested that all notices involving the instant request be addressed to the below designee.

Russ M. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
rherman@hhklawfirm.com

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Phone:  (215) 592-1500
Fax:  (215 592-4663
Email: alevin@lfsblaw.com

15.  **REQUEST FOR ATTENDANCE OR PARTICIPATION OF JUDICIAL PERSONNEL OF THE REQUESTING AUTHORITY AT THE EXECUTION OF THE LETTER OF REQUEST:**

None.

16.  **SPECIFICATION OF PRIVILEGE OR DUTY TO REFUSE TO GIVE EVIDENCE UNDER THE LAWS OF THE STATE OF ORIGIN:**

SASAC may refuse to produce documents pursuant to Section 13 of the Hague Convention if such documents would disclose a confidential communication between SASAC and its attorneys.

17.  **FEES AND COSTS (Article 14, 26):**

The plaintiff (requesting party) will undertake to meet the fees and costs incurred which are reimbursable under the second paragraph of article 14 or under article 26 of the Convention.

   This District Court expresses its gratitude and assures the appropriate judicial authorities of the People's Republic of China that it stands ready and willing to render similar assistance to the Chinese courts when requested.  The District Court takes this opportunity to extend to the courts of the People's Republic of China its highest consideration.

Dated:  _____, 2016

                                                  _____
                                                  By Honorable Eldon E. Fallon

                                                  United States District Court
                                                  Eastern District of Louisiana
                                                  500 Poydras Street, Room C-456
                                                  New Orleans, LA 70130

Date
(Seal of Court)

# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| *Amorin, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et.al, Civ. Action No. 14-1727* | |

**THE PLAINTIFFS' STEERING COMMITTEE'S FIRST SET OF
DOCUMENT REQUESTS TO THE STATE-OWNED ASSETS
SUPERVISION AND ADMINISTRATION COMMISSION**

TO:  **The State-Owned Assets Supervision and Administration Commission
No. 26, Xidajie, Xuanwumen, Xicheng District, Beijing, China 100053**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, plaintiffs hereby request that defendant, the State-Owned Assets Supervision and Administration Commission ("SASAC"),  respond to each of the following document requests.

**DEFINITIONS**

As used herein, the following terms are defined as follows:

1.   "SASAC" shall mean the State-Owned Assets Supervision and Administration Commission,

2.   "Other Entity" shall mean any subsidiary, affiliate, related party, or agent of Taishan Gypsum Co., Ltd. ("Taishan"); Tai'an Taishan Plasterboard, Co., Ltd. ("TTP"); Beijing New Building Materials Public Limited Company ("BNBM");  China National Building Material Co., Ltd. ("CNBM"); Beijing New Building Materials Group Corporation  ("BNBM Group"); China

1

National Building Materials Group Co. ("CNBM Group"); CNBM USA Corp.; Chenxiang Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.; Taishan Gypsum Co., Ltd. Lucheng Branch; Ynan Taishan Gypsum and Building Material Co., Ltd.; Tai'an Jindin Building Material Co., Ltd.; Taishan Gypsum (Xiangtan) Co., Ltd.; Taishan Gypsum (Pingshan) Co., Ltd.; Taishan Gypsum (Hengshui) Co., Ltd.; Taishan Gypsum (Henan) Co., Ltd.; Hubei Taishan Building Material Co., Ltd.; Taishan Gypsum (Tongling) Co., Ltd.; Weifang Aotai Gypsum Co., Ltd.; Taishan Gypsum (Pizhou) Co., Ltd.; Fuxin Taishan Gypsum and Building Material Co., Ltd.; Taishan Gypsum (Wenzhou) Co., Ltd.; Taishan Gypsum (Chongqing) Co., Ltd.; Taishan Gypsum (Jaingyin) Co., Ltd.; Qinhuangdao Taishan Building Material Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.; Tai'an Tiashan Gypsum Board Co., Ltd.; Taishan Gypsum (Baotou) Co., Ltd.; Shaanxi Taishan Gypsum Co., Ltd.; Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Chenxiang Building Materials Co., Ltd.; Shanghai Yu Yuan Imp & Exp Co., Ltd.; Prowall Drywall, Inc. a/k/a Prowall, International Materials Trading a/k/a IMT Gypsum, International Materials Trading, Ltd., IMT, International Materials Trading IMT Chinese Plasterboard, International Materials Trading (IMT) Gypsum; Panel Rey a/k/a Panel de Yeso Panel; Shamrock Gold; Gridmarx a/k/a GridmarX, Grid Marx, GridMarX, Gypsum Board; USB; and Pabco.

3.  "You," "your" or "your company" shall mean SASAC" and/or the State-Owned Assets Supervision and Administration Commission, as applicable, including relevant predecessors, successors, subsidiaries, departments, divisions and/or affiliates, and including, without limitation, any organization or entity which it manages or controls, together with all present and former directors, officers, employees, agents, representatives or any persons acting or purporting to act on its behalf.

2

4.   "Person" shall mean, without limitation, any natural person, corporation, partnership, proprietorship, joint venture, association, government entity, group or other form of legal entity.

5.   "Communication" shall mean, without limitation, oral or written communications of any kind, such as electronic, facsimile, telephone, correspondence, exchanges of written or recorded  information, or face-to-face meetings.

6.   "Employee" shall mean, without limitation, any current or former officer, director, executive, manager, secretary, staff member, messenger or other person who is or was employed by a defendants.

7.   "Document" shall mean, without limitation, the original and all non-identical copies of all  writings, whether handwritten, typed, printed or otherwise produced.  This definition also includes, without limitation, letters, correspondence, memoranda, legal pleadings, calendars, diaries, travel records, summaries, records of telephone conversations, telegrams, notes, reports, compilations, notebooks, workpapers, graphs, charts, blueprints, books, pamphlets, brochures, circulars, manuals, instructions, ledgers, drawings, sketches, photographs, videotapes, film and sound reproductions, sales, advertising and promotional literature, agreements or minutes of meetings.

8.   "Electronically Stored Information," abbreviated herein as "ESI," has the same meaning and scope in these Document Requests as it has in the Federal Rules of Civil Procedure.

9.   "Relating to," "referring to," "regarding" or "with respect to" means, without limitation, the following concepts: discussing, describing, reflecting, dealing with, pertaining to, analyzing, evaluating, estimating, constituting, studying, surveying, projecting, assessing, recording, summarizing, criticizing, reporting, commenting or otherwise involving, in whole or

in part.

10. "Or" should be construed so as to require the broadest possible response. If, for example, a request calls for information about "A" or "B," you should produce all information about A and all information about B, as well as all information about collectively A and B. In other words, "or" should be read as "and/or."

11. "Including" is used to emphasize the type of information requested and should not be construed as limiting the document request in anyway.

12. "Identify" when used in reference to a person means to state the person's full name, present or last known address, office, home and portable telephone and facsimile numbers, the person's present or last known position, job description and business affiliation at the time in question.

13. "Identify" when used in reference to a document or ESI means to describe the type of document or ESI, its date and author, its present location or custodian, every author, whether or not such person signed the document, and every person to whom such document or ESI, or any copy thereof was given or sent. If any such document or ESI was, but is no longer, in your possession or subject to your control, state what disposition was made of it. Documents or ESI prepared prior to or subsequent to the period covered by these document requests, but which nonetheless relate or refer thereto, are to be included in your response.

14. "Identify" when used with respect to a communication other than a writing means to identify every person who was a party to the communication, the type of communication, and to identify all persons participating therein, along with the date, duration, location(s) and the substance of the communication.

4

15.    "Identify" when used with respect to a person or entity means state their full name, legal address, phone number, and if an individual person, their employer and job title.

16.    "Any" should be construed, when possible, to mean "any and all."

17.    "Chinese drywall" shall mean and refer to drywall, plasterboard or wallboard manufactured in China.

## **INSTRUCTIONS**

1.    Unless otherwise noted, these document requests require responses for the time period from January 1, 2003 through the date of these document requests (the "Relevant Time Period").

2.    These document requests are continuing in nature so that if, after answering, you acquire additional responsive knowledge or information, plaintiffs direct that you serve supplemental answers after acquiring such additional knowledge or information.

3.    If at any time after answering these document requests you determine that an answer you provided was false, you must immediately notify plaintiffs' counsel and provide amended answers as soon as reasonably possible.

4.    If you refuse to respond to any of these document requests based on a claim of privilege, you must provide a statement of the claim of privilege and all facts relied upon in support of that claim, including the parties involved, any dates involved, the relevant subject matter of the privileged material, any documents or ESI supporting the privileged information, including the dates, authors, recipients, title and subject matter, and present location of any documents or ESI involved.  In the case of attorney work product privilege, you must also identify the litigation for which the work product was prepared.

5.   If you answer any document requests by reference to business records,  identify  such records by Bates number and the name of your employee certifying the documents or ESI as business records for purposes of answering the document requests.

## REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

All documents sufficient to identify the relationship between You, CNBM Group, and/or any Other Entity including any ownership interests and/or common directors and officers during the Relevant Time Period.

**REQUEST FOR PRODUCTION NO. 2:**

All documents and communications between Yourself and CNBM Group with respect to any commercial activity by and/or between CNBM Group and/or any Other Entity.

**REQUEST FOR PRODUCTION NO. 3:**

All documents and communications between Yourself and any Other Entity with respect to any commercial activity by and/or between Yourself and/or any Other Entity.

**REQUEST FOR PRODUCTION NO. 4:**

Any and all documents relating to articles of grouping and/or articles of association involving CNBM Group and any Other Entitiy.

**REQUEST FOR PRODUCTION NO. 5:**

All documents regarding all loans, pledges, stock transfers, supply of assets, guarantees, warrants and/or financing of whatever nature between You, CNBM Group, and/or any Other Entity.

**REQUEST FOR PRODUCTION NO. 6:**

All documents regarding Your capitalization (including all reported financial documents

6

(including but not limited to annual reports, quarterly reports, profits and loss statements) and the capitalization of CNBM Group, and/or any Other Entity.

**REQUEST FOR PRODUCTION NO. 7:**

All documents related to the incorporation of CNBM Group and/or any Other Entity.

**REQUEST FOR PRODUCTION NO. 8:**

All documents related to compliance with corporate formalities by You, CNBM Group, and/or any Other Entity.

**REQUEST FOR PRODUCTION NO. 9:**

All documents relating to the rendition of services performed by employees of other corporate entities for You, CNBM Group, and/or any Other Entity.

**REQUEST FOR PRODUCTION NO. 10:**

All documents regarding any transfers of any assets (including but not limited to real estate, equipment, trademarks, licenses, leases, productions lines etc.) between You, CNBM Group, and/or any Other Entity.

**REQUEST FOR PRODUCTION NO. 11:**

All documents relating to the allocation of profits and losses between You, CNBM Group, and/or any Other Entity.

**REQUEST FOR PRODUCTION NO. 12:**

All resumes and Curriculums vitae of each officer and director of You, CNBM Group, and/or any Other Entity.

**REQUEST FOR PRODUCTION NO. 13:**

Any and all documents relating to the "China National Building Material Group Corporation Administrative Measures for Appointing Representatives of Capital Contributors."

7

**REQUEST FOR PRODUCTION NO. 14:**

Any and all documents relating to all work reports regarding CNBM Group or any Other Entity including but not limited to the "Work Report of China National Building Material Company Limited on Special Treatment of Private Coffers."

**REQUEST FOR PRODUCTION NO. 15:**

Any and all documents relating to all audits regarding CNBM Group or any Other Entity including but not limited to the 2012 SASAC sponsored audit of BNBM and the report on "Problems Discovered During the Review."

**REQUEST FOR PRODUCTION NO. 16:**

All documents and communications relating to the China Group Companies Association and the commercial activities of CNBM Group or any Other Entity.

**REQUEST FOR PRODUCTION NO. 17:**

All documents and communications relating to the top Chinese Communist Party and commercial activity involving CNBM Group and/or any Other Entity.

**REQUEST FOR PRODUCTION NO. 18:**

Any and all documents regarding the identity and appointment of directors to the China Group Companies Association.

**REQUEST FOR PRODUCTION NO. 19:**

All documents relating to all current or former SASAC officers, directors, or employees who have in the past and/or are currently employed or hold positions at CNBM Group or any Other Entity.

**REQUEST FOR PRODUCTION NO. 20:**

All documents relating to the appointment and removal of executives, managers, or board

members at CNBM Group or any Other Entity.

**REQUEST FOR PRODUCTION NO. 21:**

All documents relating to Your appointment of Peng Xuefeng as an independent director at CNBM Group.

**REQUEST FOR PRODUCTION NO. 22:**

All documents relating to the appointment of Peng Xuefeng as the chairman of CNBM Group's Global Board.

**REQUEST FOR PRODUCTION NO. 23:**

All documents relating to the participation of Peng Xuefeng in board of director voting activities and/or other decision making at CNBM Group or any of the Other Entity.

**REQUEST FOR PRODUCTION NO. 24:**

All documents regarding Peng Xuefeng's participation at the Seventeenth Meeting of the Third Board of Directors on July 11, 2014, wherein Mr. Peng voted to approve a resolution permitting Taishan to withdraw from the litigation in the United States.

**REQUEST FOR PRODUCTION NO. 25:**

All documents regarding the setting of compensation of personnel, officers, directors, and/or managers at CNBM Group or any Other Entity.

**REQUEST FOR PRODUCTION NO. 26:**

All documents relating to your use of supervisory panels to monitor CNBM Group or any Other Entity.

**REQUEST FOR PRODUCTION NO. 27:**

All red letterhead documents related to any commercial activities by CNBM Group or any Other Entity.

9

**REQUEST FOR PRODUCTION NO. 28:**

All documents requesting the performance of or discontinuation of specific activities by CNBM Group or any of the Other Entity.

**REQUEST FOR PRODUCTION NO. 29:**

All documents related to the participation of managers, directors, or executives that You appointed in the board of director voting activities and/or other decision making activities of CNBM Group or any Other Entity.

**REQUEST FOR PRODUCTION NO. 30:**

All documents regarding your policies for purposes of appointing and removing executives, managers, and/or board members at the state-owned enterprises under your supervision.

**REQUEST FOR PRODUCTION NO. 31:**

All documents regarding your policies for purposes of the appointment of individuals to the leadership teams within the state-owned enterprises under your supervision.

**REQUEST FOR PRODUCTION NO. 32:**

All documents regarding the participation of your Party Committee with supervision teams and/or party committees of CNBM Group or any Other Entity.

**REQUEST FOR PRODUCTION NO. 33:**

All documents related to the export or sale of drywall to individuals or entities in the United States by CNBM Group or any of the Other Entity.

**REQUEST FOR PRODUCTION NO. 34:**

All documents regarding any testing and/or analysis to determine problems or defects

10

with the drywall that was sold to individuals or entities in the United States by CNBM Group or any Other Entity.

**REQUEST FOR PRODUCTION NO. 35:**

All documents relating to any complaints or investigations concerning the drywall that was sold to customers in the United States by CNBM Group or any Other Entity.

**REQUEST FOR PRODUCTION NO. 36:**

All documents and communications regarding the selection of all mines used to procure raw materials for gypsum drywall produced by CNBM Group and/or any Other Entity during the Relevant Time Period.

**REQUEST FOR PRODUCTION NO. 37:**

All documents relating to the exporting or sale of any product or services to customers in the United States by CNBM Group or any Other Entity.

**REQUEST FOR PRODUCTION NO. 38:**

All documents related to litigation in the United States by or against CNBM Group or any Other Entity.

**REQUEST FOR PRODUCTION NO. 39:**

All documents related to the Contempt Order issued by the Honorable Eldon E. Fallon on July 17, 2014.

**REQUEST FOR PRODUCTION NO. 40:**

All documents regarding any assets in the United States of any kind whatsoever which You, CNBM Group, or any Other Entity owns or owned directly or indirectly, in whole or in part, as sole owner or jointly with others, either of record or beneficially, including without limitation as a partner, general or limited, limited liability member, fiduciary, and as equity or

11

debt holder, or demand deposit holder including but not limited to documents involving: (a) instrument for any and all certificates of stock, bonds, mutual funds, brokerage accounts, or indentures, and other securities, (b) all documents or title, instruments (negotiable and non-negoitable), chattle paper (tangible or intangible), notes, deeds, conveyances, certificates of title, bills of sale, bills of lading, letters of credit, warehouse receipts, mortgages, and security instruments of any kind, (c) all insurance policies, (d) all bank statements, cancelled checks, check stubs, deposit slips, wire  transfer requests, wire transfer receipts, or other documentation of wire transfers, (e) all trust instruments, agreements, correspondence, and other documents relating to all trusts, (f) all records relating to safe deposit boxes and/or the extent and circumstances of any and all financial relationships with any banks or other depositories for securities, cash, or other valuables, rented or otherwise, and (g) all mortgages, liens, pledges, promissory notes, security agreements, financing statements and all other documents in any way reflecting any security interest, mortgage, lien, pledge, hypothecation or encumbrance of any kind upon any property, real or personal, tangible or intangible.

Respectfully submitted,

Dated: February 8, 2016

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

13

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

14

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing discovery has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail **and** upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 8th day of February, 2016.

/s/ Leonard A. Davis

Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison
Counsel MDL 2047