IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et.al,*<br>*Civ. Action No. 14-1727* | |

**PROPOSED ORDER**

Considering Plaintiffs' Steering Committee's Motion for Issuance of Letter of Request for International Judicial Assistance to Obtain Documents From the State-Owned Assets Supervision and Administration Commission Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil and Commercial Matters;

IT IS ORDERED BY THE COURT that the motion is GRANTED. The Court will issue a Letter of Request for International Judicial Assistance to Obtain Documents From the State-Owned Assets Supervision and Administration Commission Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil and Commercial Matters.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge