## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.) | |

**MOTION TO SUBSTITUTE MOTION OF PLAINTIFF-INTERVENORS
AND THE PLAINTIFFS' STEERING COMMITTEE TO ENFORCE
THE COURT'S JULY 17, 2014 CONTEMPT ORDER AND INJUNCTION AND
ACCOMPANYING MEMORANDUM OF LAW IN SUPPORT THEREOF**

# FILED UNDER SEAL IN ITS ENTIRETY