# EXHIBIT A

Prepared by and return to:
Michelle Wheeler
First International Title - Port St. Lucie Branch
201 SW Port St. Lucie Blvd., Suite 205
Port St. Lucie, FL 34984

File Number: 35627-40

(Space Above This Line For Recording Data)

# Warranty Deed

**This Warranty Deed** made this 19th day of September, 2013, between MAKB, LLC, a Florida limited liability company whose post office address is 191 SE 20th Avenue #210, Deerfield Beach, FL 33441, grantor, and Monica P. Saenz Hamon whose post office address is 19313 Eagle Run, Groveland, IL 34736, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in the St Lucie County, Florida, to-wit:

Condominium Unit 4-202, PROMENADE AT TRADITION NO. II, A CONDOMINIUM, together with an undivided interest in the common elements, according to the Declaration of Condominium thereof, recorded in Official Records Book 2585, Page 2930, as amended from time to time, of the Public Records of St Lucie County, Florida.

Parcel Identification Number: 4309-805-0020-000/7

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2012.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: Michelle Wheeler

MAKB, LLC, a Florida limited liability company

X _____
Kathleen A. Mead, Manager

Witness Name: Diane W. Palm

State of Florida
County of St. Lucie

The foregoing instrument was acknowledged before me this 19th day of September, 20 13, by Kathleen A. Mead, Manager of MAKB, LLC, A FLORIDA LIMITED LIABILITY COMPANY, she (__) is personally known to me or (X) has produced _____ as identification.

MICHELLE WHEELER
MY COMMISSION # EE 832630
EXPIRES: November 1, 2016
Bonded Thru Budget Notary Services

Notary Public

Printed Name: _____

My Commission Expires: _____

