# EXHIBIT D

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM ELIGIBILITY NOTICE
### DATE OF NOTICE: 5/2/14
### DEADLINE TO APPEAL: 6/1/14

## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>John | First<br>Adams | Middle |
|---|---|---|---|
| Representative Claimant Name | Last | First | Middle |
| Claimant ID | 100253 | **Claim ID** | 4284 |
| Law Firm | Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. | **Affected Property ID** | 375 |
| Affected Property Address | Street<br>10440 SW Stephanie Way#4-202 | | Unit |
| | City<br>Port St. Lucie | State<br>FL | Zip code<br>34987 |

## II. ELIGIBILITY DETERMINATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I.  We reviewed your claim and determined that you are eligible for compensation for the Global, Banner, InEx Repair and Relocation Expenses Claim you submitted.  The table below shows both the information you provided and the information that we confirmed.

Settlement Funds will be distributed on a pro-rata basis.  To determine Compensation Amounts, we will divide the total square footage of all eligible claims by the total applicable Settlement Amounts to determine a per square foot Compensation Amount.  For example, if the Settlement Amount is $10,000,000, and the total square footage of all eligible properties is 2,000,000 square feet, the amount available for each property is $5.00 per square foot ($10,000,000 divided by 2,000,000 square feet).  We will then multiply the per square foot amount by the confirmed Under Air Square Footage listed in Row 1 to calculate your Compensation Amount.  We cannot perform these calculations until all claims have been reviewed and we know the total square footage of all eligible properties.  The square footage multiplier will be announced as soon as it is available.

| | CATEGORY | CLAIM FORM INFORMATION (WHAT YOU TOLD US) | CONFIRMED ELIGIBILITY INFORMATION (WHAT WE DETERMINED) |
|---|---|---|---|
| 1. | Under Air Square Footage | 1242 | 1242 |

| | | | |
|---|---|---|---|
| 2. | **Builder** | Centerline Homes, Inc., Centerline Homes Construction, Inc., Briella Townhomes, LLC, Centerline Homes at B and A, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Tradition, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Delray, Inc., Centerline Port St. Lucie, Ltd. n/k/a Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, Centerline Homes Signature Series, Inc | Centerline Homes, Inc., Centerline Ho Construction, Inc., Briella Townhom LLC, Centerline Homes at B and A, n/k/a Completed Communities II, L Centerline Homes at Tradition, LLC n Completed Communities II, LLC, Cent Homes at Delray, Inc., Centerline Por Lucie, Ltd. n/k/a Completed Commun II, LLC, Centerline Homes at Georget LLC, Centerline Homes Signature Se Inc |
| 3. | **Supplier** | Unknown | Not Eligible |
| 4. | **Installer** | Unknown | Not Eligible |

## III. YOUR OPTIONS AFTER THIS NOTICE

If you agree with the information we confirmed, log in to the Chinese Drywall portal to accept our determinations.  If you disagree with our determination, you may file an Appeal.  The Appeal deadline is 30 days after the date of this Notice.  If y wish to file an Appeal, you must complete the Notice of Appeal by using the Chinese Drywall Settlement Program Online Po at **https://www3.browngreer.com/drywall**.  If you do not have online access, you may submit the Notice of Appeal f attached to this Notice.  Follow the instructions on the Portal or on the form to submit the Notice of Appeal.

## IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the sta your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.co**

## V. HOW TO RESPOND TO THIS NOTICE

| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to file ar Appeal and upload documents. |
|---|---|
| **By Mail**<br>(Postmarked no later than your  submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |