# EXHIBIT E

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM
### POST APPEAL ELIGIBILITY NOTICE
### DATE OF NOTICE: 6/2/14
### DEADLINE TO REQUEST SPECIAL MASTER REVIEW: 7/2/14

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>John | First<br>Adams | Middle |
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 100253 | **Claim ID** | 4284 |
| **Law Firm** | Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. | **Affected Property ID** | 375 |
| **Affected Property Address** | Street<br>10440 SW Stephanie Way#4-202 | | Unit |
| | City<br>Port St. Lucie | State<br>FL | Zip code<br>34987 |

## II. POST APPEAL ELIGIBILITY DETERMINATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I. We reviewed your Appeal and revised the results of the Global, Banner, InEx Repair and Relocation Expenses Claim you submitted. The table below shows the information you provided on your claim form and the information we confirmed after review of your Appeal.

Settlement Funds will be distributed on a pro-rata basis. To determine Compensation Amounts, we will divide the total square footage of all eligible claims by the total applicable Settlement Amounts to determine a per square foot Compensation Amount. For example, if the Settlement Amount is $10,000,000, and the total square footage of all eligible properties is 2,000,000 square feet, the amount available for each property is $5.00 per square foot ($10,000,000 divided by 2,000,000 square feet). We will then multiply the per square foot amount by the confirmed Under Air Square Footage listed in Row 1 to calculate your Compensation Amount. We cannot perform these calculations until all claims have been reviewed and we know the total square footage of all eligible properties. The square footage multiplier will be announced as soon as it is available. The Settlement Administrator will perform a final audit before issuing payments to establish the claimant with the authority to receive Global, Banner, InEx Repair and Relocation Expenses payments for the Affected Property.

| | CATEGORY | CLAIM FORM INFORMATION (WHAT YOU TOLD US) | ORIGINAL ELIGIBILITY INFORMATION (WHAT WE FIRST DETERMINED) | AMENDED ELIGIBILITY INFORMATION (WHAT WE DETERMINED AFTER REVIEW OF YOUR APPEAL) |
|---|---|---|---|---|
| 1. | Under Air Square Footage | 1242 | 1242 | 1242 |

| 2. | Builder | Centerline Homes, Inc., Centerline Homes Construction, Inc., Briella Townhomes, LLC, Centerline Homes at B and A, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Tradition, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Delray, Inc., Centerline Port St. Lucie, Ltd. n/k/a Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, Centerline Homes Signature Series, Inc | Centerline Homes, Inc., Centerline Homes Construction, Inc., Briella Townhomes, LLC, Centerline Homes at B and A, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Tradition, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Delray, Inc., Centerline Port St. Lucie, Ltd. n/k/a Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, Centerline Homes Signature Series, Inc | Centerline Homes, Inc., Centerline Homes Construction, Inc., Briella Townhomes, LLC, Centerline Homes at B and A, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Tradition, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Delray, Inc., Centerline Port St. Lucie, Ltd. n/k/a Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, Centerline Homes Signature Series, Inc |
|---|---|---|---|---|
| 3. | Supplier | Unknown | Not Eligible | Banner |
| 4. | Installer | Unknown | Not Eligible | Ocean Coast Drywall of South Florida, Inc. and O.C.D. of S. Florida, Inc. |

### III. APPEAL COMMENT (IF PROVIDED)

Claimant appeals the Supplier and Installer determinations. Please see Affected Property Information Affidavit Doc ID 275168.

### IV. YOUR OPTIONS AFTER THIS NOTICE

If you agree with the information we confirmed, log in to the Chinese Drywall portal to accept our determinations. If you disagree with our determination, you may request review by the Special Master. The deadline to request Special Master Review is 30 days after the date of this Notice. If you wish to request Special Master Review, you must complete the Special Master Review Request Form by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**. If you do not have online access, you may submit the form attached to this Notice. Follow the instructions on the Portal or on the form to submit the Special Master Review Request Form.

### V. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**.

### VI. HOW TO RESPOND TO THIS NOTICE

| | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to Request Special Master Review and upload documents. |
| **By Mail** (Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator P.O. Box 25401 Richmond, Virginia 23260 |