# EXHIBIT F

This check represents payment for the amount due to you from the Chinese Drywall Settlement Program for your Global, Banner, InEx Repair and Relocation Expenses claim. If you are represented by an attorney, your attorney is not permitted to deduct any fees or costs from this check. By signing and depositing this check you agree to the terms of the release on the back of this check and contained in the Chinese Drywall Settlement Agreements. To review the Settlement Agreements and Allocation Agreements, please visit https://www3.browngreer.com/drywall.

B = Centerline

I = Ocean

Chinese Drywall Settlement Program
Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, VA 23260

Esquire Bank
New York, NY

63707
9/11/15

PAY: Three Thousand Seven Hundred One Dollars And 16/100

TO THE
ORDER OF: Adams John MAKB LLC

AMOUNT: $3,701.16

This check represents payment for the amount due to you from the Chinese Drywall Settlement Program for your Global, Banner, InEx Repair and Relocation Expenses claim. If you are represented by an attorney, your attorney is not permitted to deduct any fees or costs from this check. By signing and depositing this check you agree to the terms of the release on the back of this check and contained in the Chinese Drywall Settlement Agreements. To review the Settlement Agreements and Allocation Agreements, please visit https://www3.browngreer.com/drywall.

Banner

**Chinese Drywall Settlement Program**
Chinese Drywall Settlement Administrator
P O Box 25401
Richmond, VA 23260

Esquire Bank
New York, NY

11923
9/1/15

PAY: Three Thousand Six Hundred Eighty-Eight Dollars And 74/100

TO THE
ORDER OF Adams John/MAKB LLC

AMOUNT: $3,688.74