# EXHIBIT G

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## DENIAL NOTICE
**DATE OF NOTICE: 11/4/15**
**DEADLINE FOR RESPONSE: 12/4/15**

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last: Adams | First: John | Middle: |
| **Representative Claimant Name** | Last: | First: | Middle: |
| **Claimant ID** | 100253 | **Claim ID** | 4284 |
| **Claim Type** | Global, Banner, InEx Repair and Relocation Expenses | **Affected Property ID** | 375 |
| **Affected Property Address** | Street: 10440 SW Stephanie Way #4-202 | | Unit: |
| | City: Port St. Lucie | State: FL | Zip code: 34987 |
| **Law Firm** | Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. | | |

### II. DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Settlement Program ("Settlement Program") and relates to the claim and Affected Property identified in Section I. We reviewed this claim and are denying it for the following reason(s):

| | DENIAL REASON | EXPLANATION |
|---|---|---|
| 1. | Previous Owner | You submitted a Global, Banner, InEx Repair and Relocation Expenses claim for an un-remediated property that you no longer own. The Allocation Agreements that govern this Settlement Program specify that a payment may only be made to you if you retained the right to the Chinese Drywall claim. The Allocation Agreements require us to deny this claim because you sold the un-remediated Affected Property and did not retain the right to this claim. |

### III. YOUR OPTIONS AFTER THIS NOTICE

Because this claim has been denied, you do not have the option to resubmit it to the Settlement Program. You may file an Appeal to the Special Master if you disagree with the denial of your claim. If you wish to file an appeal, you must complete the Notice of Appeal by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**. If you do not have online access, you may submit the Notice of Appeal form attached to this Notice. Follow the instructions on the Portal or on the form to submit the Notice of Appeal.

| IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP ||
|---|---|
| We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**. ||

| V. HOW TO RESPOND TO THIS NOTICE ||
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail** (Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail** (Postmarked no later than your submission deadline) | BrownGreer, PLC c/o Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email** (Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |