# EXHIBIT H

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## SPECIAL MASTER DENIAL NOTICE
### DATE OF NOTICE: 1/28/16

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last: Adams | First: John | Middle: |
| **Representative Claimant Name** | Last: | First: | Middle: |
| **Claimant ID** | 100253 | **Claim ID** | 4284 |
| **Claim Type** | Global, Banner, InEx Repair and Relocation Expenses | **Affected Property ID** | 375 |
| **Affected Property Address** | Street: 10440 SW Stephanie Way#4-202 | | Unit: |
| | City: Port St. Lucie | State: FL | Zip code: 34987 |
| **Law Firm** | Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. | | |

### II. DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Settlement Program ("Settlement Program") and relates to the claim and Affected Property identified in Section I. The Special Master reviewed this claim and made a final determination. This determination is final and is not appealable. The Special Master is denying this claim for the following reason(s):

| | DENIAL REASON | EXPLANATION |
|---|---|---|
| 1. | Previous Owner | You submitted a Global, Banner, InEx Repair and Relocation Expenses claim for an un-remediated property that you no longer own. The Allocation Agreements that govern this Settlement Program specify that a payment may only be made to you if you retained the right to the Chinese Drywall claim. The Allocation Agreements require us to deny this claim because you sold the un-remediated Affected Property and did not retain the right to this claim. |

### III. APPEAL COMMENT (IF PROVIDED)

Claimant appeals the Denial Notice. Please see Doc ID 340507 for Claimant's statement.

### IV. YOUR OPTIONS AFTER THIS NOTICE

If you disagree with the Special Master's determination, your only option is to appeal directly to Judge Fallon.

### V. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP



www3.browngreer.com/Drywall

Page 1 of 2

Claimant ID: 100253
Claim ID: 4284

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by the following methods:

| | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to view claim status and documents. |
| **By Mail** <br> (Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator <br> P.O. Box 25401 <br> Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail** <br> (Postmarked no later than your submission deadline) | BrownGreer, PLC <br> c/o Chinese Drywall Settlement Administrator <br> 250 Rocketts Way <br> Richmond, Virginia 23231 |
| **By Facsimile** <br> (Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email** <br> (Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |