UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT comes counsel of record for Jody Ferchaud (hereinafter "Mrs. Ferchaud"), Joseph M. Bruno (La. Bar #3604) of Bruno & Bruno, L.L.P., who moves this court to enter an order permitting his withdrawal as counsel of record.

Mrs. Ferchaud and Joseph M. Bruno have agreed that by today's date that Joseph M. Bruno would move for withdrawal as counsel of record for Mrs. Ferchaud in this matter. Pursuant to Local Rule 83.2.11, Mrs. Ferchaud's present address is: 1582 Laukahi Street, Honolulu, Hawaii 96821. However, while in Louisiana, Mrs. Ferchaud is staying at 85 Avant Garden Circle, Kenner, Louisiana 70065. Mrs. Ferchaud's current telephone number is: (504) 296-3176. Mrs. Ferchaud has been carefully advised of all pending dates. Mrs. Ferchaud has advised that at this time she wants to be designated as a pro se litigant.

WHEREFORE, Joseph M. Bruno of Bruno & Bruno, L.L.P., prays that this court grant his withdrawal as counsel of record.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, (LA Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335

1

Facsimile:   (504) 561-6775
New Orleans, Louisiana  70113
Email: jbruno@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served on all counsel of record via this Court's CM/ECF service, and by certified mail to opposing counsel Stephanie C. Mazzola, Tripp Scott Attorneys At Law, 110 SE Sixth Street, Suite 1500, Fort Lauderdale, FL 33301; and to Jody Ferchaud, 85 Avant Garden Circle, Kenner, Louisiana 70065, this February 11, 2016.

/s/ Joseph M. Bruno
Joseph M. Bruno