**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| --- | --- |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## O R D E R

Considering the foregoing Motion to Withdraw as Counsel of Record,

**IT IS ORDERED** that Joseph M. Bruno and Bruno & Bruno, L.L.P. are hereby withdrawn as counsel of record for Jody Ferchaud.

Signed in New Orleans, Louisiana this ___ day of _____ 2016.

_____
**HON. ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**