UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*The State of Louisiana v. Knauf Gips KG, et al.*,<br>No. 2:10-CV-0340 (E.D. La.). | |

## ORDER

Before the Court is Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") Motion For Leave to Exceed Page Limitation. The Court is of the opinion that the Motion should be GRANTED.

BNBM PLC and BNBM Group's Reply Memorandum in Support of its Motion to Dismiss the Complaints Pursuant to Rules 12(b)(2), 12(b)(5) and 12(b)(6) is hereby filed to the record.

**SO ORDERED.**

New Orleans, Louisiana, this ___ day of _____ , 2016.

_____
ELDON E. FALLON
United States District Court Judge