UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gross v. Knauf Gips KG, 2:09-cv-6690*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1672*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1395*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1673*<br>*Amorin v. SASAC, 2:14-cv-1727*<br>*State of Louisiana v. Knauf, 2:10-cv-340*<br>*Abner v. Taishan Gypsum, 2:11-cv-3094*<br>*Posey v. BNBM Co., 2:09-cv-6531*<br>*Morris v. BNBM Co., 2:09-cv-6530* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**MOTION FOR LEAVE TO FILE REPLY WITH EXCESS PAGES, AND APPENDIX AND EXHIBITS UNDER SEAL**

NOW INTO COURT, through undersigned counsel, comes Defendants China National Building Materials Group Corporation, China National Building Materials Company Limited, CNBMIT Co. Ltd., CNBM USA Corp., and United Suntech Craft, Inc. (collectively, the "CNBM Entities"), who respectfully request that this Court grant leave to file a Reply in Support of their Motion to Dismiss for Lack of Personal Jurisdiction and Failure of Service in excess of the page limitation set forth by Local Rule 7.7.  The CNBM Entities further request that they be permitted to file an appendix to their Reply, and exhibits under seal.  In support of this Motion, the CNBM Entities represent:

1.  This Court previously established a briefing schedule for the motion to dismiss, which set forth deadlines for filings including a Reply Memorandum.  *See* Rec. Doc. 19920.

1

2. The PSC filed a lengthy opposition to the CNBM Entities' motion totaling 214 pages. *See* Rec. Doc. 19996. Given the length and factual complexity of the response, the CNBM Entities need more than the 10 pages allotted by Local Rule to respond adequately and address the issues raised by the opposition memorandum.

3. Many exhibits to the CNBM Entities' Proposed Reply are subject to a protective order and must therefore be filed under seal. Moreover, the appendix to the CNBM Entities' Proposed Reply quotes from confidential documents subject to a protective order.

WHEREFORE, for the foregoing reasons, the CNBM Entities requests that this Court grant them leave to file a Reply in Support of their Motion to Dismiss for Lack of Personal Jurisdiction and Failure of Service in excess of the Local Rule page limitation, and permit them to file their appendix and exhibits under seal.

Dated: February 12, 2016

Respectfully submitted,

/s/ L. Christopher Vejnoska

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082)<br>Ian Johnson (CA Bar No. 208713)<br>Andrew Davidson (CA Bar No. 266506)<br>Jason Wu (CA Bar No. 279118)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>San Francisco, CA  94105<br>Tel:  415-773-5700<br>Email:  cvejnoska@orrick.com<br>　　　　ijohnson@orrick.com<br>　　　　adavidson@orrick.com<br>　　　　jmwu@orrick.com | Ewell E. Eagan, Jr. (LA Bar No. 5239)<br>Donna Phillips Currault (LA Bar No. 19533)<br>Alex B. Rothenberg (LA Bar No. 34740)<br>GORDON, ARATA, MCCOLLAM,<br>DUPLANTIS & EAGAN, LLC<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-4000<br>Tel: 504-582-1111<br>Email: eeagan@gordonarata.com<br>　　　　dcurrault@gordonarata.com<br>　　　　arothenberg@gordonarata.com |
| James L. Stengel (NY Bar No. 1800556)<br>Xiang Wang (NY Bar No. 4311114)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street | Eric A. Shumsky (D.C. Bar No. 477926)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Columbia Center<br>1152 15th Street NW |

| | |
|---|---|
| New York, NY, 10019 | Washington, D.C. 20005 |
| Tel:  212-506-5000 | Tel: 202-339-8400 |
| Email:  jstengel@orrick.com | Email:  eshumsky@orrick.com |
| xiangwang@orrick.com | |

*Counsel for CNBM Entities*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion for Leave to File Reply With Excess Pages and Exhibits Under Seal** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on February 12, 2016.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax:  415-773-5759
Email:  cvejnoska@orrick.com

*Counsel for CNBM Entities*