UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gross v. Knauf Gips KG, 2:09-cv-6690*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1672*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1395*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1673*<br>*Amorin v. SASAC, 2:14-cv-1727*<br>*State of Louisiana v. Knauf, 2:10-cv-340*<br>*Abner v. Taishan Gypsum, 2:11-cv-3094*<br>*Posey v. BNBM Co., 2:09-cv-6531*<br>*Morris v. BNBM Co., 2:09-cv-6530* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## TRANSMITTAL DECLARATION OF ANDREW K. DAVIDSON IN SUPPORT OF CNBM DEFENDANTS' REPLY TO MOTION TO DISMISS PURSUANT TO RULE 12(B)(2), (4) and (5)

I, Andrew K. Davidson, declare under penalty of perjury, that the following statements are true and correct:

1. I am an attorney at the firm of Orrick, Herrington, & Sutcliff LLP, counsel for defendants China National Building Materials Group ("CNBM Group"), China National Building Materials Co. ("CNBM Co."), CNBMIT Co. Ltd. ("CMBIT"), CNBM USA Corp. ("CNBM USA"), and United Suntech Craft, Inc. ("United Suntech") (collectively the "Moving Defendants"). I respectfully submit this declaration in support of the Moving Defendants' Reply to Motion to Dismiss Pursuant to Rules 12(b)(2), (4) and (5) and to transmit evidence to the Court.

1

2. Attached here as Exhibit 1 is a true and correct copy of the Rule 30(b)(6) Deposition of Taishan Gypsum Co. (Volume I) by its representative Gang Che taken on June 2, 2015 in New Orleans, Louisiana.

3. Attached here as Exhibit 2 is a true and correct copy of the Rule 30(b)(6) Deposition of Taishan Gypsum Co. (Volume II) by its representative Gang Che taken on June 3, 2015 in New Orleans, Louisiana.

4. Attached here as Exhibit 3 is a true and correct copy of the Rule 30(b)(6) Deposition of Taishan Gypsum Co. (Volume III) by its representative Gang Che taken on June 4, 2015 in New Orleans, Louisiana.

5. Attached here as Exhibit 4 is a true and correct copy of the Rule 30(b)(6) Deposition of CNBM Co. (Volume I) by its representative Zhangli Chang taken on June 5, 2015 in New Orleans, Louisiana.

6. Attached here as Exhibit 5 is a true and correct copy of the Rule 30(b)(6) Deposition of CNBM Co. (Volume II) by its representative Zhangli Chang taken on June 6, 2015 in New Orleans, Louisiana.

7. Attached here as Exhibit 6 is a true and correct copy of the Rule 30(b)(6) Deposition of CNBM Co. (Volume III) by its representative Zhangli Chang taken on June 7, 2015 in New Orleans, Louisiana.

8. Attached here as Exhibit 7 is a true and correct copy of the Rule 30(b)(6) Deposition of CNBM Group Co. (Volume I) by its representative Guoping Zhou taken on June 16, 2015 in New Orleans, Louisiana.

9. Attached here as Exhibit 8 is a true and correct copy of the Rule 30(b)(6) Deposition of CNBM Group Co. (Volume II) by its representative Guoping Zhou taken on June 17, 2015 in New Orleans, Louisiana.

10. Attached here as Exhibit 9 is a true and correct copy of the Rule 30(b)(6) Deposition of CNBM Group Co. (Volume III) by its representative Guoping Zhou taken on June 18, 2015 in New Orleans, Louisiana. Attached here as Exhibit 9 (A) is a true and correct copy of the deposition errata for the Rule 30(b)(6) Deposition of CNBM Group Co. (Volumes I through III) by its representative Guoping Zhou taken on June 16-18, 2015.

11. Attached here as Exhibit 10 is a true and correct copy of the Rule 30(b)(6) Deposition of BNBM Co. (Volume I) by its representative Yu Chen taken on July 8, 2015 in New Orleans, Louisiana.

12. Attached here as Exhibit 11 is a true and correct copy of the Rule 30(b)(6) Deposition of BNBM Co. (Volume II) by its representative Yu Chen taken on July 9, 2015 in New Orleans, Louisiana.

13. Attached here as Exhibit 12 is a true and correct copy of the Rule 30(b)(6) Deposition of BNBM Co. (Volume III) by its representative Yu Chen taken on July 10, 2015 in New Orleans, Louisiana.

14. Attached here as Exhibit 13 is a true and correct copy of the Rule 30(b)(6) Deposition of BNBM Co. (Volume IV) by its representative Yu Chen taken on July 11, 2015 in New Orleans, Louisiana.

15. Attached here as Exhibit 14 is a true and correct copy of the Rule 30(b)(6) Deposition of BNBM Group Co. (Volume I) by its representative Yanming Zhao taken on July 15, 2015 in New Orleans, Louisiana.

16. Attached here as Exhibit 15 is a true and correct copy of the Rule 30(b)(6) Deposition of BNBM Group Co. (Volume II) by its representative Yanming Zhao taken on July 16, 2015 in New Orleans, Louisiana.

17. Attached here as Exhibit 16 is a true and correct copy of the Rule 30(b)(6) Deposition of BNBM Group Co. (Volume III) by its representative Yanming Zhao taken on July 17, 2015 in New Orleans, Louisiana.

18. Attached here as Exhibit 17 is a true and correct copy of the Deposition of Jianglin Cao (Volume I) taken on August 4, 2015 in New Orleans, Louisiana.

19. Attached here as Exhibit 18 is a true and correct copy of the Deposition of Jianglin Cao (Volume II) taken on August 5, 2015 in New Orleans, Louisiana.

20. Attached here as Exhibit 19 is a true and correct copy of the Deposition of Bing Wang (Volume I) taken on August 25, 2015 in New Orleans, Louisiana.

21. Attached here as Exhibit 20 is a true and correct copy of the Deposition of Bing Wang (Volume II) taken on August 26, 2015 in New Orleans, Louisiana.

22. Attached here as Exhibit 21 is a true and correct copy of the Deposition of Bing Wang (Volume III) taken on August 27, 2015 in New Orleans, Louisiana.

23. Attached here as Exhibit 22 is a true and correct copy of the Deposition of Song Zhiping (Volume I) taken on September 14, 2015 in Hong Kong.

24. Attached here as Exhibit 23 is a true and correct copy of the Deposition of Song Zhiping (Volume II) taken on September 15, 2015 in Hong Kong. Attached here as Exhibit 23 (A) is a true and correct copy of the deposition errata for the Deposition of Song Zhiping (Volumes I and II) taken on September 14-15, 2015.

25. Attached here as Exhibit 24 is a true and correct copy of the Deposition of Peng Shou taken on September 16, 2015 in Hong Kong. Attached here as Exhibit 24 (A) is a true and correct copy of the deposition errata for the Deposition of Peng Shou taken on September 16, 2015.

26. Attached here as Exhibit 25 is a true and correct copy of the Deposition of Tongchun Jia (Volume I) taken on September 17, 2015 in Hong Kong.

27. Attached here as Exhibit 26 is a true and correct copy of the Deposition of Tongchun Jia (Volume II) taken on September 18, 2015 in Hong Kong.

28. Attached here as Exhibit 27 is a true and correct copy of the Deposition of Liu Weisheng taken on October 27, 2015 in New Orleans, Louisiana. Attached here as Exhibit 27 (A) is a true and correct copy of the deposition errata for the Deposition of Liu Weisheng taken on October 27, 2015.

29. Attached here as Exhibit 28 is a true and correct copy of the Deposition of Jianjun Deng taken on October 28, 2015 in New Orleans, Louisiana. Attached here as Exhibit 28 (A) is a true and correct copy of the deposition errata for the Deposition of Jianjun Deng taken on October 28, 2015.

30. Attached here as Exhibit 29 is a true and correct copy of the Rule 30(b)(6) Deposition of CNBM USA Co. by its representative Zhang Shaojun taken on November 3, 2015 in New Orleans, Louisiana. Attached here as Exhibit 29 (A) is a true and correct copy of the deposition errata for the Deposition of Zhang Shaojun taken on November 3, 2015.

31. Attached here as Exhibit 30 is a true and correct copy of the Rule 30(b)(6) Deposition of CNBM Trading by its representative Lihe Wang taken on November 4, 2015 in

New Orleans, Louisiana. Attached here as Exhibit 30 (A) is a true and correct copy of the deposition errata for the Deposition Lihe Wang taken on November 4, 2015.

32. Attached here as Exhibit 31 is a true and correct copy of the Deposition of Wenlong Peng (Volume I) taken on November 12, 2015 in New York, New York.

33. Attached here as Exhibit 32 is a true and correct copy of the Deposition of Wenlong Peng (Volume II) taken on November 13, 2015 in New York, New York.

34. Attached here as Exhibit 33 is a true and correct copy of the Deposition of Wenlong Peng (Volume III) taken on November 14, 2015 in New York, New York.

35. Attached here as Exhibit 34 is a true and correct copy of the Rule 30(b)(6) Deposition of Jushi USA Fiberglass Co. (Volume I) by its representative Hsin Hua Tang taken on November 17, 2015 in Los Angeles, California.

36. Attached here as Exhibit 35 is a true and correct copy of the Rule 30(b)(6) Deposition of Jushi USA Fiberglass Co. (Volume II) by its representative Hsin Hua Tang taken on November 18, 2015 in Los Angeles, California.

37. Attached here as Exhibit 36 is a true and correct copy of the Deposition of Hu Jinyu taken on December 7, 2015 in San Francisco, California. Attached here as Exhibit 36 (A) is a true and correct copy of the deposition errata for the Deposition Hu Jinyu taken on December 7, 2015.

38. Attached here as Exhibit 37 is a true and correct copy of the Deposition of Jeffrey N. Gordon taken on January 15, 2016 in New York, New York.

39. Attached here as Exhibit 38 is a true and correct copy of the March 13, 2006 CNBM Co. Global Offering (Chinese).

40. Attached here as Exhibit 39 is a true and correct copy of the March 13, 2006 CNBM Co. Global Offering (English).

41. Attached here as Exhibit 40 is a true and correct copy of CNBM Co.'s 2005 Annual Report (Chinese).

42. Attached here as Exhibit 41 is a true and correct copy of CNBM Co.'s 2005 Annual Report (English).

43. Attached here as Exhibit 42 is a true and correct copy of CNBM Co.'s 2006 Annual Report (Chinese).

44. Attached here as Exhibit 43 is a true and correct copy of CNBM Co.'s 2006 Annual Report (English).

45. Attached here as Exhibit 44 is a true and correct copy of CNBM Co.'s 2007 Annual Report (Chinese).

46. Attached here as Exhibit 45 is a true and correct copy of CNBM Co.'s 2007 Annual Report (English).

47. Attached here as Exhibit 46 is a true and correct copy of CNBM Co.'s 2008 Annual Report (Chinese).

48. Attached here as Exhibit 47 is a true and correct copy of CNBM Co.'s 2008 Annual Report (English).

49. Attached here as Exhibit 48 is a true and correct copy of CNBM Co.'s 2009 Annual Report (Chinese).

50. Attached here as Exhibit 49 is a true and correct copy of CNBM Co.'s 2009 Annual Report (English).

51. Attached here as Exhibit 50 is a true and correct copy of CNBM Co.'s 2010 Annual Report (Chinese).

52. Attached here as Exhibit 51 is a true and correct copy of CNBM Co.'s 2010 Annual Report (English).

53. Attached here as Exhibit 52 is a true and correct copy of CNBM Co.'s 2011 Annual Report (Chinese).

54. Attached here as Exhibit 53 is a true and correct copy of CNBM Co.'s 2011 Annual Report (English).

55. Attached here as Exhibit 54 is a true and correct copy of CNBM Co.'s 2012 Annual Report (Chinese).

56. Attached here as Exhibit 55 is a true and correct copy of CNBM Co.'s 2012 Annual Report (English).

57. Attached here as Exhibit 56 is a true and correct copy of CNBM Co.'s 2013 Annual Report (Chinese).

58. Attached here as Exhibit 57 is a true and correct copy of CNBM Co.'s 2013 Annual Report (English).

59. Attached here as Exhibit 58 is a true and correct copy of CNBM Co.'s 2014 Annual Report (Chinese).

60. Attached here as Exhibit 59 is a true and correct copy of CNBM Co.'s 2014 Annual Report (English).

61. Attached here as Exhibit 60 is a true and correct copy of CNBM Co.'s 2014 Interim Report (Chinese).

62. Attached here as Exhibit 61 is a true and correct copy of CNBM Co.'s 2014 Interim Report (English).

63. Attached here as Exhibit 62 is a true and correct copy of CNBM Co.'s Articles of Association (English).

64. Attached here as Exhibit 63 is a true and correct copy of BNBM PLC's 2004 Annual Report (Chinese).

65. Attached here as Exhibit 64 is a true and correct copy of BNBM PLC's 2005 Annual Report (Chinese).

66. Attached here as Exhibit 65 is a true and correct copy of BNBM PLC's 2006 Annual Report (Chinese).

67. Attached here as Exhibit 66 is a true and correct copy of BNBM PLC's 2007 Annual Report (Chinese).

68. Attached here as Exhibit 67 is a true and correct copy of BNBM PLC's 2007 Interim Report (Chinese).

69. Attached here as Exhibit 68 is a true and correct copy of BNBM PLC's 2008 Annual Report (Chinese).

70. Attached here as Exhibit 69 is a true and correct copy of BNBM PLC's 2009 Annual Report (Chinese).

71. Attached here as Exhibit 70 is a true and correct copy of BNBM PLC's 2010 Annual Report (Chinese).

72. Attached here as Exhibit 71 is a true and correct copy of BNBM PLC's 2011 Annual Report (Chinese).

73. Attached here as Exhibit 72 is a true and correct copy of BNBM PLC's 2012 Annual Report (Chinese).

74. Attached here as Exhibit 73 is a true and correct copy of BNBM PLC's 2013 Annual Report (Chinese).

75. Attached here as Exhibit 74 is a true and correct copy of BNBM PLC's 2014 Annual Report (Chinese).

76. Attached here as Exhibit 75 is a true and correct copy of the May 27, 2005 Beijing New Building Materials Public Limited Company Articles of Association (Chinese) (marked as Exhibit 153A to the July 10, 2015 deposition of Chen Yu).

77. Attached here as Exhibit 76 is a true and correct copy of the May 27, 2005 Beijing New Building Materials Public Limited Company Articles of Association (Redlined Version) (marked as Exhibit 153R to the July 10, 2015 deposition of Chen Yu).

78. Attached here as Exhibit 77 is a true and correct copy of the May 16, 2006 Beijing New Building Materials Public Limited Company Articles of Association (Chinese) (marked as Exhibit 154A to the July 10, 2015 deposition of Chen Yu).

79. Attached here as Exhibit 78 is a true and correct copy of the May 16, 2006 Beijing New Building Materials Public Limited Company Articles of Association (Redlined Version) (marked as Exhibit 154R to the July 10, 2015 deposition of Chen Yu).

80. Attached here as Exhibit 79 is a true and correct copy of the July 24, 2006 Beijing New Building Materials Public Limited Company Articles of Association (Chinese) (marked as Exhibit 155A to the July 10, 2015 deposition of Chen Yu).

81. Attached here as Exhibit 80 is a true and correct copy of the July 24, 2006 Beijing New Building Materials Public Limited Company Articles of Association (Redlined Version) (marked as Exhibit 155R to the July 10, 2015 deposition of Chen Yu).

82. Attached here as Exhibit 81 is a true and correct copy of the April 9, 2009 Beijing New Building Materials Public Limited Company Articles of Association (Chinese) (marked as Exhibit 156A to the July 10, 2015 deposition of Chen Yu).

83. Attached here as Exhibit 82 is a true and correct copy of the April 9, 2009 Beijing New Building Materials Public Limited Company Articles of Association (Redlined Version) (marked as Exhibit 156R to the July 10, 2015 deposition of Chen Yu).

84. Attached here as Exhibit 83 is a true and correct copy of the September 18, 2009 Beijing New Building Materials Public Limited Company Articles of Association (Chinese) (marked as Exhibit 157A to the July 10, 2015 deposition of Chen Yu).

85. Attached here as Exhibit 84 is a true and correct copy of the September 18, 2009 Beijing New Building Materials Public Limited Company Articles of Association (Redlined Version) (marked as Exhibit 157R to the July 10, 2015 deposition of Chen Yu).

86. Attached here as Exhibit 85 is a true and correct copy of the September 17, 2012 Beijing New Building Materials Public Limited Company Articles of Association (Chinese) (marked as Exhibit 158A to the July 10, 2015 deposition of Chen Yu).

87. Attached here as Exhibit 86 is a true and correct copy of the September 17, 2012 Beijing New Building Materials Public Limited Company Articles of Association (Redlined Version) (marked as Exhibit 158R to the July 10, 2015 deposition of Chen Yu).

88. Attached here as Exhibit 87 is a true and correct copy of the November 17, 2014 Beijing New Building Materials Public Limited Company Articles of Association (Chinese) (marked as Exhibit 159A to the July 10, 2015 deposition of Chen Yu).

89. Attached here as Exhibit 88 is a true and correct copy of the November 17, 2014 Beijing New Building Materials Public Limited Company Articles of Association (Redlined Version) (marked as Exhibit 159R to the July 10, 2015 deposition of Chen Yu).

90. Attached here as Exhibit 89 is a true and correct copy of the Articles of Association of Beijing New Building Materials Group dated 2006 (Chinese) (marked as Exhibit 189A to the July 16, 2015 deposition of Yanming Zhao).

91. Attached here as Exhibit 90 is a true and correct copy of the Articles of Association of Beijing New Building Materials Group dated November 10, 2008 (Chinese) (marked as Exhibit 190A to the July 16, 2015 deposition of Yanming Zhao).

92. Attached here as Exhibit 91 is a true and correct copy of the Articles of Association of BNBM Beijing New Building Materials Group dated October 10, 2009 (Chinese) (marked as Exhibit 191A to the July 16, 2015 deposition of Yanming Zhao).

93. Attached here as Exhibit 92 is a true and correct copy of the Articles of Association of Beijing New Building Materials Group dated March 20, 2010 (Chinese) (marked as Exhibit 192A to the July 16, 2015 deposition of Yanming Zhao).

94. Attached here as Exhibit 93 is a true and correct copy of the Articles of Association of Beijing New Building Materials Group dated July 5, 2010 (Chinese) (marked as Exhibit 193A to the July 16, 2015 deposition of Yanming Zhao).

95. Attached here as Exhibit 94 is a true and correct copy of the Articles of Association of Beijing New Building Materials Group dated February 16, 2011 (Chinese) (marked as Exhibit 194A to the July 16, 2015 deposition of Yanming Zhao).

96. Attached here as Exhibit 95 is a true and correct copy of the Articles of Association of Beijing New Building Materials Group dated July 21, 2014 (Chinese) (marked as Exhibit 195A to the July 16, 2015 deposition of Yanming Zhao).

97. Attached here as Exhibit 96 is a true and correct copy of the Articles of Association of Taishan Gypsum Company, Ltd. (Chinese) (marked as Exhibit Jia Defendant's-12 to the January 9, 2012 deposition of Tongchun Jia).

98. Attached here as Exhibit 97 is a true and correct copy of the Amendments to the Articles of Association of Taishan Gypsum Company, Ltd. (Chinese) (marked as Exhibit Jia Defendant's-16 to the January 9, 2012 deposition of Tongchun Jia).

99. Attached here as Exhibit 98 is a true and correct copy of the Deposition of Gang Che (Volume I) taken on January 11, 2012 in Hong Kong. Attached here as Exhibit 98 (A) is a true and correct copy of the deposition errata for the Deposition of Gang Che (Volume I) taken on January 11, 2012.

100. Attached here as Exhibit 99 is a true and correct copy of the Deposition of Gang Che (Volume II) taken on January 12, 2012 in Hong Kong. Attached here as Exhibit 99 (A) is a true and correct copy of the deposition errata for the Deposition of Gang Che (Volume II) taken on January 11, 2012. Attached here as Exhibit 99 (B) is a true and correct copy of the revised deposition errata for the Deposition of Gang Che (Volume I and II) taken on January 11-12, 2012.

101. Attached here as Exhibit 100 is a true and correct copy of a letter from David L. Black, Esq. to Thomas P. Owen, Esq., dated January 6, 2015.

102. Attached here as Exhibit 101 is a true and correct copy of the Defendant Profile Form of China National Building Material Company Limited served on plaintiffs' counsel on April 6, 2015.

103. Attached here as Exhibit 102 is a true and correct copy of the declaration of Jianglin Cao, dated June 10, 2015.

104. Attached here as Exhibit 103 is a true and correct copy of the declaration of Zhangli Chang, dated June 9, 2015.

105. Attached here as Exhibit 104 is a true and correct copy of the declaration of Yan Xi Chuan, dated June 12, 2015.

106. Attached here as Exhibit 105 is a true and correct copy of the declaration of Lina Zhang, dated June 12, 2015.

107. Attached here as Exhibit 106 is a true and correct copy of the declaration of Weisheng Liu, dated June 11, 2015.

108. Attached here as Exhibit 107 is a true and correct copy of the declaration of Professor Donald Clary Clarke, dated June 15, 2015.

109. Attached here as Exhibit 108 is a true and correct copy of the declaration of Ying Yang, dated June 8, 2015.

110. Attached here as Exhibit 109 is a true and correct copy of Plaintiffs' Proof of Service on putative defendant CNBMIT Co., Inc., filed in this action as Rec. Doc. 17269.

111. Attached here as Exhibit 110 is a true and correct copy of Plaintiffs' April 1, 2015 letter to CNBM counsel.

112. Attached here as Exhibit 111 is a true and correct copy of the affidavit of Judy A. Nunn, dated October 14, 2014.

113. Attached here as Exhibit 112 is a true and correct copy of PSC's Responses and Objections to Defendants' Requests for Production, dated August 28, 2015.

114. Attached here as Exhibit 113 is a true and correct copy of the Deposition of Curtis J. Milhaupt, taken on February 3, 2016 in New York, New York.

115. Attached here as Exhibit 114 is a true and correct copy of the Deposition of Bruce Fred Deal, taken on December 17, 2015 in San Francisco, California.

116. Attached here as Exhibit 115 is a true and correct copy of the Deposition of Tongchun Jia, taken on January 9, 2012, and the deposition errata dated February 5, 2012.

117. Attached here as Exhibit 116 is a true and correct copy of the Deposition of Tongchun Jia, taken on January 10, 2012, and the deposition errata dated February 5, 2012.

118. Attached here as Exhibit 117 is a true and correct copy of the Deposition of Tongchun Jia, taken on April 4, 2011, and the deposition errata dated May 26, 2011.

119. Attached here as Exhibit 118 is a true and correct copy of the Deposition of Tongchun Jia, taken on April 5, 2011, and the deposition errata dated May 26, 2011.

120. Attached here as Exhibit 119 is a true and correct copy of the Deposition of Tinghuan Fu, taken on January 10, 2012, and the deposition errata dated February 5, 2012.

121. Attached here as Exhibit 120 is a true and correct copy of the Deposition of Wenlong Peng, taken on April 7, 2011, and the deposition errata dated May 26, 2011.

122. Attached here as Exhibit 121 is a true and correct copy of the Deposition of Wenlong Peng, taken on April 8, 2011, and the deposition errata dated May 26, 2011.

123. Attached here as Exhibit 122 is a true and correct copy of the Deposition of Wenlong Peng, taken on January 13, 2012, and the deposition errata dated February 5, 2012.

124. Attached here as Exhibit 123 is a true and correct copy of the Deposition of Shiliang Peng, taken on January 11, 2012, and the deposition errata dated February 5, 2012.

125. Attached here as Exhibit 124 is a true and correct copy of the Deposition of Jianchun Zhang, taken on April 6, 2011, and the deposition errata dated May 26, 2011.

126. Attached here as Exhibit 125 is a true and correct copy of the document marked as Exhibit 148 to the July 11, 2015 deposition of Chen Yu.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of February, 2016 at San Francisco, California.

Andrew K. Davidson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gross v. Knauf Gips KG*, 2:09-cv-6690<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1672<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1395<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1673<br>*Amorin v. SASAC*, 2:14-cv-1727<br>*State of Louisiana v. Knauf*, 2:10-cv-340<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094<br>*Posey v. BNBM Co.*, 2:09-cv-6531<br>*Morris v. BNBM Co.*, 2:09-cv-6530 | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**EXHIBITS TO DECLARATION OF ANDREW DAVIDSON**

# FILED UNDER SEAL

1