UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Gross v. Knauf Gips KG*, 2:09-cv-6690<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1672<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1395<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1673<br>*Amorin v. SASAC*, 2:14-cv-1727<br>*State of Louisiana v. Knauf*, 2:10-cv-340<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094<br>*Posey v. BNBM Co.*, 2:09-cv-6531<br>*Morris v. BNBM Co.*, 2:09-cv-6530<br>*Germano v. Taishan Gypsum*, 2:09-cv-6687<br>*Wiltz v. Beijing New Building Materials Public Limited Co.*, 2:10-cv-361 | |

**O R D E R**

Consider the Plaintiffs' Steering Committee's Motion for Leave to File the Plaintiffs' Steering Committee's Emergency Motion to Strike the February 11, 2016 Declaration of Donald Clarke, In Its Entirety, UNDER SEAL;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Steering Committee's Emergency Motion to Strike the February 11, 2016 Declaration of Donald Clarke, In Its Entirety, be and is hereby FILED UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge