# 证明书
# CERTIFICATE
*ATTESTATION*

根据公约第六条，签署本证明书的机关荣幸地证明，
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

2014- SXS -1046

☒ 1. 文书已予送达*
  that the document has been served *
  *que la demande a été exécutée**

| — 日期:<br>the (date) / *le (date)* : | Feb.12, 2015 |
|---|---|
| — 地点（城镇、街、号）:<br>at (place, street, number) / *à (localité, rue, numéro)* : | 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China |

— 采用的第五条所规定的送达方法为:
  in one of the following methods authorised by Article 5:
  *dans une des formes suivantes prévues à l'article 5 :*

☒ a) 依公约第五条第一款第（一）项的规定。*
  in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
  *selon les formes légales (article 5, alinéa premier, lettre a)**
  **personal service**

☐ b) 依下述特定方法*
  in accordance with the following particular method*:
  *selon la forme particulière suivante* :
  _____

☐ c) 交付给自愿接受的收件人。*
  by delivery to the addressee, if he accepts it voluntarily*
  *par remise simple**

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| 收件人身份和说明:<br>Identity and description of person:<br>*Identité et qualité de la personne* : | Zhangjian |
|---|---|
| 与受送达人的关系（家庭、业务及其他）:<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte* : | not mentioned |

☐ 2. 由于下列事实文书未能送达：*
  that the document has not been served, by reason of the following facts*:
  *que la demande n'a pas été exécutée, en raison des faits suivants* :

_____

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
  In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
  *Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou rembourser les frais dont le détail figure au mémoire ci-joint*.

附:
Annexes / *Annexes*

| 退还的文书:<br>Documents returned:<br>*Pièces renvoyées* : | _____ |
|---|---|
| 适当时，确认送达的文书:<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution* : | _____ |

*适当时
if appropriate / *s'il y a lieu*

| 制于（地点）Beijing<br>Done at / *Fait à* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet*<br><br>中华人民共和国<br>司法部<br>民商事司法协助专用章 |
|---|---|
| 日期 Feb.12, 2015<br>the / *le* | |

Beijing City Higher People's Court

SX-14-1046

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

| Cause of Action | | Case No. | Judicial Assistance (2015) 80 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary    One Copy of Summons   One Copy of Complaint        One Copy of Document | | |
| The Addressee | China National Building Materials Group Corporation | | |
| Address for Service | 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 | | |
| Signature or Seal of the Addressee | [Signature affixed: Jian Zhang]  2-12-2015 | | |
| The Addressee's Agent and Reason for such Agency | . | | |
| Reason for Unsuccessful Serving | | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen                    Servers:

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law.
    (2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.



# 北京市高级人民法院
## 送 达 回 证

SX-14-1046

| 案　　由 | | 案　号 | 法协（2015）80号 |
|---|---|---|---|
| 送达文书名称和件数 | 文书概要一份 | | 传票一份 |
| | 诉状一份 | | 文书一份 |
| 受送达人 | China National Building Materials Group Corporation<br>(中国建材集团有限公司) | | |
| 送达地址 | 北京市海淀区复兴路17号国海广场2号楼23楼，邮编100036 | | |
| 受送达人签名或盖章 | 张健　　2015.2.12. | | |
| 代收人代收理由 | | | |
| 未能送达理由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

14-SxS-1046

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br><br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)    China National Building Materials Group Corporation
23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Omnibus Class Action Complaint (XIX)
Translations

Done at    Minneapolis, Minnesota, U.S.A.    , the 19 August 2014
*Fait à*                                       , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate.
  *Rayer les mentions inutiles*

273626 - 5