UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,* **Case No. 09-6687 (E.D. La.)**;<br><br>*Gross v. Knauf Gips*, KG, *et al.,* **Case No. 09-6690 (E.D. La.)**;<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co., et al.,* **Case No. 10-361 (E.D. La.)**;<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 11-1672 (E.D. La.)**;<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 11-1395 (E.D. La.); and**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 11-1673 (E.D. La.).** | |

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S MOTION FOR LEAVE TO FILE THEIR SUR-REPLY IN OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO STRIKE, EXCLUDE AND/OR LIMIT THE <u>DECLARATIONS OF BRUCE DEAL AND PROFESSOR JEFFREY GORDON</u>**

Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"), collectively herein the "BNBM Defendants", respectfully submit this Motion for Leave to file its sur-reply in response to the Plaintiffs' Steering Committee's ("PSC") Reply in support of its Motion To Strike, Exclude, and/or Limit the Declarations of Bruce Deal and Professor Jeffrey Gordon (Rec. Doc.

1

20046, hereinafter "PSC's Reply.")  The proposed sur-reply (attached as Exhibit A) to this Motion is submitted in order to address the blatant mischaracterization of the record relied upon in the PSC's Reply brief.

## CONCLUSION

For the foregoing reasons, the BNBM Defendants request that this Motion for Leave be granted and sur-reply attached as Exhibit A be filed in opposition to the PSC's Motion to Strike, Exclude and/or Limit the Declarations of Bruce Deal and Professor Jeffrey Gordon.

Dated:  February 16, 2016

                                              Respectfully submitted,

                                              **DENTONS US LLP**

                                              By: */s/ Michael H. Barr*
                                              Michael H. Barr
                                              New York Bar No. 1744242
                                              Justin N. Kattan
                                              New York Bar No. 3983905
                                              1221 Avenue of the Americas
                                              New York, NY 10020-1089
                                              Telephone:  (212) 768-6700
                                              Facsimile:  (212) 768-6800
                                              michael.barr@dentons.com
                                              justin.kattan@dentons.com

                                              Richard L. Fenton
                                              Illinois Bar No. 3121699
                                              Leah R. Bruno
                                              Illinois Bar No. 6269469
                                              233 South Wacker Drive
                                              Suite 5900
                                              Chicago, IL  60606-6306
                                              Telephone:  (312) 876-8000
                                              Facsimile:  (312) 876-7934
                                              richard.fenton@dentons.com
                                              leah.bruno@dentons.com

Kenneth J. Pfaehler
D.C. Bar No. 461718
Drew W. Marrocco
D.C. Bar No. 453205
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
kenneth.pfaehler@dentons.com
drew.marrocco@dentons.com


C. Michael Moore
Texas Bar No. 14323600
Matt Nickel
Texas Bar No. 24056042
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
matt.nickel@dentons.com

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.'s Motion For Leave to File Its Sur-Reply in Opposition to the Plaintiffs' Steering Committee's Motion to Strike, Exclude, and/or Limit the Declarations of Bruce Deal and Professor Jeffrey Gordon** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this February 16, 2016.

                                                                                  */s/*     *Michael H. Barr*