IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>Case No. 09-7628<br>Payton et al v. Knauf Gips KG et al | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF BRANDOLINO'S MOTION TO WITHDRAW MOTION FOR REHEARING AND/OR RECONSIDERATION OF ORDER DENYING GBI CLAIM

After the filing of the motion, the Plaintiff, Rose Brandolino respectfully requests this Court for an Order allowing her to withdraw the pending Motion for Rehearing and/or Reconsideration of Order Denying Rose Brandolino's Global, Banner, InEx Repair and Relocation Expenses Claim and Request for Oral Argument (D.E. 19829). This matter was scheduled for oral argument by Order (D.E. 19978). Dated this 16th day of February, 2016.

Respectfully submitted,

/s Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion to Withdraw Motion for

Rehearing and/or Reconsideration of Order Denying Rose Brandolino's Global, Banner, In-Ex Repair and Relocation Expenses Claim has been electronically uploaded to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of February, 2016.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
Attorneys for Plaintiffs