# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO:<br>Case No. 09-7628<br>Payton et al v. Knauf Gips KG et al<br>Case No. 10-0361<br>Wiltz et al v. Beijing New Building etc<br>Case No. 11-1077<br>Haya et al v. Taishan Gypsum Co Ltd<br>Case No. 11-1395<br>Amorin et al v. Taishan<br>Case No. 11-1672<br>Amorin et al v. Taishan Gypsum Co., Ltd.<br>Case No. 11-167<br>Amorin et al v. Taishan Gypsum Co. Ltd. | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF PERONE'S MOTION TO ATTEND BY TELEPHONE

COMES NOW, Plaintiff Samuel Perone by and through the undersigned counsel, and moves this Honorable Court for an Order authorizing the attendance of undersigned counsel, Michael J. Ryan, by telephone and shows the court that:

1. Plaintiff Samuel Perone filed a Motion for Rehearing and/or Reconsideration of Order Denying Global, Banner InEx Repair and Relocation Expenses Claim (R. Doc 19832).

2. By court Order (R. Doc 19978), said Motion is scheduled for oral argument following the February Monthly Status Conference scheduled for February 17, 2016 at 2:00 p.m.

3. The undersigned counsel resides and practices in Broward County, Florida and the hearing is in the U.S. State District Court Eastern District of Louisiana.

4. Counsel had every intention of appearing live. However, due to illness and family obligations, counsel is seeking the consideration of the Court to allow counsel to attend by phone.

WHEREFORE, Plaintiff prays that this Honorable Court would allow Michael J. Ryan to attend the hearing by telephone.

Dated this 16th day of February, 2016.

Respectfully submitted,

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Attend by Telephone has been electronically uploaded to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of February, 2016.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
Attorneys for Plaintiffs