## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Case No. 09-7628<br>Payton et al v. Knauf Gips KG et al<br>Case No. 10-0361<br>Wiltz et al v. Beijing New Building etc<br>Case No. 11-1077<br>Haya et al v. Taishan Gypsum Co Ltd<br>Case No. 11-1395<br>Amorin et al v. Taishan<br>Case No. 11-1672<br>Amorin et al v. Taishan Gypsum Co., Ltd.<br>Case No. 11-167<br>Amorin et al v. Taishan Gypsum Co. Ltd. | MAG. JUDGE WILKINSON |

### ORDER GRANTING PERONE'S MOTION TO ATTEND BY TELEPHONE

Considering Counsel for Plaintiff's Motion to Attend by Telephone for oral argument on February 17, 2016 at 2:00 p.m., IT IS HEREBY ORDERED that the Motion is GRANTED. Counsel for Samuel Perone may attend by telephone.

NEW Orleans, Louisiana, this _____ day of February, 2016.

_____
Eldon E. Fallon
United States District Judge