UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*Amorin, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ.Action No. 14-1727 | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply in Support of Emergency Motion to Strike the February 11, 2016 Declaration of Donald Clarke and to File Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Reply in Support of Emergency Motion to Strike the February 11, 2016 Declaration of Donald Clarke be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge