**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*Amorin, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ.Action No. 14-1727 | |

**THE PLAINTIFFS' STEERING COMMITTEE'S REPLY IN SUPPORT OF EMERGENCY MOTION TO STRIKE THE FEBRUARY 11, 2016 DECLARATION OF <u>DONALD CLARKE</u>**


# FILED UNDER SEAL