MINUTE ENTRY
FALLON, J.
FEBRUARY 17, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: 09-7628, 10-361, 11-1077, 11-1395, 11-1672, 11-1673 and 15-4124 | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Jodi Simcox

Appearances:  Michael Ryan, Esq. (via phone) for Plaintiffs Fernando Cerna, Samuel Perone, Gary and Patricia Lustberg
　　　　　　　Allison Grant, Esq., (via phone) for William and Maria Kennedy
　　　　　　　Rene Merino, Esq., for Knauf Defendants
　　　　　　　Jake Woody, Esq. for BrownGreer

1. Motion to Compel Settlement Administrator to Disburse GBI Funds to Fernando Cerna  by Plaintiff Fernando Cerna    (19666)

After argument -  Special Master Dan Balhoff is to review matter and submit a report to the Court at which time the matter will be revisited

2. Motion of Claimant Samuel Perone, for Reconsideration of the Order denying Claimant's entitlement to Global, Banner, In-Ex Repair and Relocation Expenses  (19832)

After argument - Motion is taken under advisement

3. Motion of Plaintiffs Gary and Patricia Lustberg, to Submit Late File Foreclosure Claim (19948)

After argument - Granted, Plaintiffs are allowed to submit their late claims


JS10:  :45