UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

**O R D E R**

Considering the foregoing Motion to Withdraw as Counsel of Record,

**IT IS ORDERED** that Joseph M. Bruno and Bruno & Bruno, L.L.P. are hereby withdrawn as counsel of record for Jody Ferchaud.

Signed in New Orleans, Louisiana this 16th day of February 2016.

*[signature: Eldon E. Fallon]*

HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE