# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Brooke et al vs. The State-Owned Assets Supervision and Administration Commission etc. et. Al. Case No. 15-4124 | MAG. JUDGE WILKINSON |

## ORDER GRANTING LUSTBERG'S MOTION TO ATTEND BY TELEPHONE

Considering Counsel for Plaintiffs' Motion to Attend by Telephone for oral argument on February 17, 2016 at 2:00 p.m., IT IS HEREBY ORDERED that the Motion is GRANTED. Counsel for Gary and Patricia Lustberg may appear by telephone.

NEW Orleans, Louisiana, this 16th day of February, 2016.

Eldon E. Fallon
United States District Judge