# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Case No. 09-7628 | MAG. JUDGE WILKINSON |
| Payton et al v. Knauf Gips KG et al | |
| Case No. 10-0361 | |
| Wiltz et al v. Beijing New Building etc | |
| Case No. 11-1077 | |
| Haya et al v. Taishan Gypsum Co Ltd | |
| Case No. 11-1395 | |
| Amorin et al v. Taishan | |
| Case No. 11-1672 | |
| Amorin et al v. Taishan Gypsum Co., Ltd. | |
| Case No. 11-167 | |
| Amorin et al v. Taishan Gypsum Co. Ltd. | |

## ORDER GRANTING PERONE'S MOTION TO ATTEND BY TELEPHONE

Considering Counsel for Plaintiff's Motion to Attend by Telephone for oral argument on February 17, 2016 at 2:00 p.m., IT IS HEREBY ORDERED that the Motion is GRANTED. Counsel for Samuel Perone may attend by telephone.

NEW Orleans, Louisiana, this __16th__ day of February, 2016.

Eldon E. Fallon
United States District Judge