UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to: All Cases | * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion to Enroll Additional Counsel of Record;

IT IS HEREBY ORDERED that the Knauf Defendants' Motion to Enroll Rene A. Merino (La. Bar No. 34408) as additional counsel of record is hereby GRANTED.

New Orleans, Louisiana, this __16th__ day of February, 2016.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE ELDON E. FALLON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE