# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>Case No. 09-7628<br>Payton et al v. Knauf Gips KG et al | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER GRANTING BRANDOLINO'S MOTION TO WITHDRAW MOTION FOR REHEARING AND/OR RECONSIDERATION OF ORDER DENYING GBI CLAIM

Considering Plaintiff's Motion to Withdraw Motion for Rehearing and/or Reconsideration of Order Denying GBI Claim, IT IS HEREBY ORDERED that the Motion is GRANTED and taken off the agenda for the February 17, 2016 hearing following the monthly status conference.

New Orleans, Louisiana, this 16th day of February, 2016.

_____
Eldon E. Fallon
United States District Judge

1