UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** Collins, et al. v. Bass Homes, et al.; 13-6652 & Herrington, et al. v. Bass Homes, et al.; 13-6653

## ORDER

**IT IS ORDERED** that the Court will hold a telephone status conference in the above-captioned matters (13-6652; 13-6653) on Tuesday, February 23, 2016 at 1:30 p.m. CT.

To participate in the call, parties are instructed to dial (877) 336-1839; access code 4227405; security code: 022316.

New Orleans, Louisiana, this 16th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

1