**BBC** | News | Sport | Weather | Shop | Earth | Travel



Shutterfly — Extended through Tuesday — FREE SHIPPING on orders $49+ Code: SHIP49 *See site for details. Order by 11:59PM PT.

A

# China media: Xi's new campaign

19 June 2013 | China



GETTY IMAGES

**Media are promoting President Xi Jinping's new campaign against decadent working practices in the Communist Party.**

**China Central Television** and other official media have given top billing to a new rectification campaign launched by Communist Party General Secretary Xi Jinping to reinforce the "mass line" or the party's ties with the masses.

At a teleconference in Beijing yesterday, Mr Xi called for a "thorough clean-up" of "four forms of decadence: formalism, bureaucratism, hedonism and extravagance".

He said he wants the cadres to "watch from the mirror", "groom themselves" and "take baths" to



purify themselves of greed, laziness and other vices.

Commentaries in **People's Daily** and **Xinhua News Agency** say a slew of party members are threatening the party's rule by being "divorced from the masses".

The party has also launched "**Mass Line Net**", an official multilingual website to publicise the campaign.

The rectification drive comes amid another anti-corruption campaign to "swat flies and hit tigers" that he launched after taking over as party leader last November.

However, Beijing-based academics express scepticism to Hong Kong's **South China Morning Post** on Mr Xi's revival of the late Mao Zedong's "mass line" campaign to purge the party of unsuitable members.

## Swapping cars

In other news, **Beijing Evening News** says Foreign Minister Wang Yi's decision to swap his official foreign car for a cheaper domestically-made Red Flag, which was once favoured by Chairman Mao, could signal an end to officials using foreign cars.

**The Beijing News** says Mr Wang's choice is welcome if the more fuel-efficient and cheaper new Red Flag H7 model can save taxpayers money.

However, **South China Morning Post** says some internet users are not impressed by Mr Wang's more frugal choice.

"The foreign minister uses such a faulty car! What an embarrassment to the celestial dynasty! Provincial, city and even county leaders all drive Volkswagen off-roaders or Audis, and you just get this one," the Post quotes one internet user as writing on the foreign ministry's micro-blog.

Former district party chief Lei Zhengfu goes on trial today in Chongqing for allegedly accepting bribes in a sex video extortion scam that was exposed online by a whistleblower last November, **Southern Metropolis Daily** reports.

## Red Guard apology

**Chengdu Business Daily** and other newspapers are praising former Red Guard, Liu Boqin, 61, for apologising publically to nine victims and their families who he beat and terrorised during the Cultural Revolution (1966-1976).

In an advertisement and letters to the editor first published in Yanhuang Chunqiu, a reformist Beijing-based magazine, Mr Liu, from Shandong province, says he had managed to track down some victims and had been forgiven, **Yanzhao Dushi Bao** recounts.

**The Beijing News** praises Mr Liu and says few former Red Guards have had the courage to apologise publically.

"Society must also progress as the country moves forward. We need personal memories, but

also need a national memory," writes **Changjiang Daily** commentator Li Xing wrote in praise of Mr Liu.

A recent commentary by Communist Party journal **Qiushi** (Seeking Truth) accusing electronic media, "low-age, low-education and low-income" netizens, "opinion leaders" and shuijun ("water army" or ghost writers) of using the internet to attack the party and government has been slammed by some commentators, notes the **South China Morning Post**.

Turning to international news, **People's Daily** says the US government must not let suspicions among former US vice-president Dick Cheney and other US politicians that US whistle-blower Edward Snowden may be a Chinese spy overshadow bilateral relations.

A **Global Times** editorial says the "knee-jerk reaction" of some US media and politicians in alleging "absurdly" that Mr Snowden is a Chinese spy has resurrected the anti-Communist witch-hunts of the 1950s McCarthy era.

A bilingual editorial, also by the **Global Times**, says the Hong Kong government should take the lead in handling the Snowden case, "rather than being told by Beijing or Washington what to do".

"Since Hong Kong is where Chinese dissidents can find shelter, then why can't an American 'rebel' be harboured there? Hong Kong has the chance to expand its political freedom to a larger extent, setting an example for the rest of the world," it says.

**BBC Monitoring** *reports and analyses news from TV, radio, web and print media around the world. For more reports from BBC Monitoring,* **click here**. *You can follow BBC Monitoring on* **Twitter** *and* **Facebook**.

# Share this story About sharing

# Around the BBC

### BBC Chinese

# Related Internet links

**People's Daily**

**China Daily**

**Global Times**

**Southern Metropolis Daily**

**South China Morning Post**

**Ming Pao Daily News**

**Xinhua news agency**

The BBC is not responsible for the content of external Internet sites

# China

### Scuffles at China rights lawyer trial

3 hours ago | China

#### Chinese court cuts Gu Kailai sentence

5 hours ago | China

#### China diners charged 'clean air fee'

6 hours ago

## More Videos from the BBC

Recommended by Outbrain



**Truck hit by train after jumping red light**



**Secret video shows life inside Islamic State stronghold of Raqqa**



**Death crash video released in effort to urge drivers to obey speed...**



**Will expensive Bollywood movie win over more foreign fans?**



**Watches thief grabbed by public in Leeds street**



**Britain's longest married couple 'never argue'**

## Elsewhere on BBC

Recommended by Outbrain



BBC News

**The employees shut inside coffins**



BBC Travel

**Travelling with a 'powerless passport'**



BBC News

**Citadel: US college suspends cadets over 'KKK' hoods**



BBC Travel

**An exiled nation turned private playground**

 

BBC News

**'Suicide' gene therapy kills prostate cancer cells**

BBC Travel

**A rare find in the City of London**

## Top Stories

### French teacher invented school attack
A teacher at a French school who said he had been stabbed by a man shouting "Islamic State" made the story up, prosecutors say.
  34 minutes ago

### US killer's social media 'not checked'
  1 hour ago

### Nurofen maker defends banned packs
  4 hours ago

ADVERTISEMENT

Case 2:09-md-02047-EEF-MBN   Document 20079-9   Filed 02/18/16   Page 8 of 16

12/14/2015                                China media: Xi's new campaign - BBC News



## Features & Analysis



**Unlikely hero**
How a dog saved a colony of little penguins



**Star Wars? No thanks**
Simple steps to avoiding the year's biggest film



**Missing in action**
Where are all the female superhero toys?

**Grave therapy**
The companies paying to have their staff shut in coffins

**African food**
The next gastronomic trend?

**Shaker Aamer's story**
The man held without trial at Guantanamo Bay

**China football revolution**
Why the people's state is buying up the people's game

**'We are all Talaat'**
Egyptian city rallies behind man tortured to death by police



Most Popular
Read
Watched
1 French teacher invented school attack
2 US joins protest over pro-Nazi statue
3 US killer's social media 'not checked'
4 Nurofen maker defends banned packs
5 The dogs that protect little penguins
6 How to avoid the new Star Wars film
7 The employees shut inside coffins
8 'No evidence of terror' in Sinai crash
9 Gulf commanders killed in Yemen attack
10 Girl power among the 'boy toys'
1 'How I told world about Pope' Last updated 12 February 2013
2 Truck hit by train after jumping light
3 Michelle Sun, 28, Hong Kong
4 Photographing while fat
5 Speed warning issued after fatal crash
6 Ford to Trump: 'Donald, it was a movie'
7 One-minute World News
8 'I was kept as a slave for 24 years'
9 How US Muslims feel in five words
10 Aamer: 'British agent saw my beating'

ADVERTISEMENT



## From Around the Web

Promoted content by Outbrain



**The 2015 Best Glucose Meters in Terms of Accuracy, Price and...**
Diabetes Daily



**Three-Row Vehicles That Are Completely Affordable**
Kelley Blue Book



**Hoverboarding at Venice Beach**
The New York Times



**The One Simple Idea That Disrupted The Razor Industry**
Dollar Shave Club



**How Millennials Are Skipping the Grocery Store**
Plated on Food & Wine



**10 New Cars in 2015 That Are Changing the Game**
Kelley Blue Book

## Ads by Google

### Tiny Prints Holiday Cards
Fall in Love With Our 2015 Holiday Collection. 100s of New Designs.
tinyprints.com/Holiday-Cards

### Best Knee Routine for 55+
Doctors reveal the secret to better knees & joints - Do this daily!
www.instaflex.com/advanced

### Title Nine Free Shipping
Free Shipping on Orders $50+ Shop Dresses for the Active Woman
www.titlenine.com

## BBC News Services

On your mobile

On your connected tv

Get news alerts

Contact BBC News

## Explore the BBC

| | |
|---|---|
| News | Sport |
| Weather | Shop |
| Earth | Travel |
| Capital | Culture |
| Autos | Future |
| TV | Radio |
| CBBC | CBeebies |
| Food | Make It Digital |
| iWonder | Bitesize |
| Music | Nature |
| Local | |

| | |
|---|---|
| Terms of Use | About the BBC |
| Privacy Policy | Cookies |

Accessibility Help

Contact the BBC

Ad choices

Parental Guidance

Advertise with us

Copyright © 2015 BBC. The BBC is not responsible for the content of external sites. Read about our approach to external linking.