

July 29, 2006

Beijing New Building Materials, PLC
Attn: Mr. Wang Bing
No. 16 west Road Jiancaicheng Xisanqi
Haidian District Beijing 100096 China

Dear Wang Bing:

Please accept this letter as termination of our Purchase/Supply Agreement dated March 12, 2006. Per Paragraph 7.2, Davis Construction Supply, LLC is terminating this agreement due to the fact that we currently have no price advantage over United States gypsum board manufacturers. In fact, we have lost money on the first shipment and we expect that to continue through the remaining shipments that are ready to ship or are already in transit to the United States. We understand that termination of this Agreement will also terminate any exclusive distributorship rights that we may have potentially had. Since the one million dollar deposit for the exclusive distributorship rights never was officially given to BNBM, PLC, we understand no refund of the one million dollar deposit will be forthcoming.

We apologize for any inconvenience this may have caused BNBM, PLC, but we hope that you can appreciate our difficult position in this matter. If the situation changes and it becomes viable to purchase drywall from BNBM, PLC, in the future, we hope that you would accept our order. Additionally, we acknowledge that any future orders would be on a case by case basis pending BNBM's approval and that no exclusive distributorship rights would be considered unless it is mutually acceptable to both parties.

Thank you for your understanding in this situation.

Sincerely,


Stefan M. Davis
Managing Member



**EXHIBIT 90**

20725 SW 46th Avenue, Newberry, Florida 32669
352-472-7773    352-472-5969

DAVIS CONSTRUCTION - 000243