

2655 Park Center Drive, Suite A    Simi Valley, California 93065    (805) 526-7161    (805) 526-7270 fax

Columbia Analytical Services INC.
An Employee - Owned Company

## LABORATORY REPORT

April 23, 2009

Mike Smith
Davis & Sons Construction Company L.L.C.
20725 SW 46th Ave.
Newberry, FL 32669

**RE: Drywall Testing**

Dear Mike:

Enclosed are the results of the samples submitted to our laboratory on April 2, 2009. For your reference, these analyses have been assigned our service request number P0901167.

All analyses were performed according to our laboratory's NELAP-approved quality assurance program. The test results meet requirements of the current NELAP standards, where applicable, and except as noted in the laboratory case narrative provided. For a specific list of NELAP-accredited analytes, refer to the certifications section at www.caslab.com. Results are intended to be considered in their entirety and apply only to the samples analyzed and reported herein. Your report contains __9__ pages.

Columbia Analytical Services, Inc. is certified by the California Department of Health Services, NELAP Laboratory Certificate No. 02115CA; Arizona Department of Health Services, Certificate No. AZ0694; Florida Department of Health, NELAP Certification E871020; New Jersey Department of Environmental Protection, NELAP Laboratory Certification ID #CA009; New York State Department of Health, NELAP NY Lab ID No: 11221; Oregon Environmental Laboratory Accreditation Program, NELAP ID: CA20007; The American Industrial Hygiene Association, Laboratory #101661; Department of the Navy (NFESC); Pennsylvania Registration No. 68-03307; TX Commission of Environmental Quality, NELAP ID T104704413-08-TX. Each of the certifications listed above have an explicit Scope of Accreditation that applies to specific matrices/methods/analytes; therefore, please contact me for information corresponding to a particular certification.

If you have any questions, please call me at (805) 526-7161.

Respectfully submitted,

Columbia Analytical Services, Inc.

*Sue Anderson*
Sue Anderson
Project Manager

**EXHIBIT 92**

Page 1 of 9



2655 Park Center Drive, Suite A    Simi Valley, California 93065    (805) 526-7161    (805) 526-7270 fax

Columbia Analytical Services INC.
An Employee - Owned Company

Client:   Davis & Sons Construction Company L.L.C.          CAS Project No:    P0901167
Project:  Drywall Testing

## CASE NARRATIVE

The samples were received intact under chain of custody on April 2, 2009 and were stored in accordance with the analytical method requirements. Please refer to the sample acceptance check form for additional information. The results reported herein are applicable only to the condition of the samples at the time of sample receipt.

### Sulfur Analysis

For each sample a 2.5" x 3" section of wallboard was analyzed by placing into one liter jar type glass chambers equilibrating for 72 hours at 37° Celsius and >95% humidity. The sample was placed atop pedestals constructed of Teflon such that the sample did not touch the bottom of the jar. To the chamber 2.0 milliliters of high purity de-ionized water was added to the bottom of the jar to provide the humidity to the chamber. An aliquot of the sample was then analyzed for twenty reduced sulfur compounds per ASTM D 5504-01 using a gas chromatograph equipped with a sulfur chemiluminescence detector (SCD). All compounds with the exception of hydrogen sulfide and carbonyl sulfide are quantified against the initial calibration curve for methyl mercaptan. The results are reported as nanograms of compound per square centimeter of wallboard.

The data that was obtained for these samples is indicative of non-defective drywall material as compared with other drywall samples that have been analyzed by the laboratory.

*The results of analyses are given in the attached laboratory report. All results are intended to be considered in their entirety, and Columbia Analytical Services, Inc. (CAS) is not responsible for utilization of less than the complete report.*

2

NELAP Accredited        ACIL Seal of Excellence Award          100% Recycled

DAVIS CONSTRUCTION - 000401

Client: Davis & Sons Construction Company L.L.C.  
Project: Drywall Testing

Service Request: P0901167

## SAMPLE CROSS-REFERENCE

| SAMPLE # | CLIENT SAMPLE ID | DATE | TIME |
|---|---|---|---|
| P0901167-001 | 1/2" Drywall | 3/30/09 | 00:00 |
| P0901167-002 | 5/8" Drywall | 3/30/09 | 00:00 |



& Sons Construction Company, LLC

P0901167

March 30, 2009

Ms. Sue Anderson, Project Chemist
Columbia Analytical Services
2655 Park Center Drive Suite A
Simi Valley, California 93065

Ms. Anderson:

Enclosed are two samples of drywall our company purchased from a Chinese manufacturer that we would like to have sampled for comparison against the drywall components used in the material reported to be creating problems in the south Florida construction market.

The product was manufactured by Beijing New Building Materials public Limited Company in 2006 and we received shipments in July and August of the same year.
I have enclosed a check for the analysis of the two different thicknesses of drywall even though the products were produced by the same company and possibly the same facility. I understand the process will take approximately 15 working days and we will anticipate the results within 20 days of the date you receive the samples. If you should have any questions please contact my office at (352) 472-7773 or my mobile number (352) 278-1930. Thank you for your assistance with this process.

Respectfully,

*Michael Smith*

Michael Smith

4

Received w/samples 4/1/09 ca45

20725 SW 46TH AVENUE ♦ NEWBERRY, FL 32669 ♦ 352.472.7773 ♦ 352.472.5969 (fax)

DAVIS CONSTRUCTION - 000403

## Columbia Analytical Services, Inc.
### Sample Acceptance Check Form

Client: Davis & Sons Construction Company L.L.C.  Work order: P0901167
Project: Drywall Testing
Sample(s) received on: 04/02/09  Date opened: 04/02/09  by: MZAMORA

*Note:* This form is used for all samples received by CAS. The use of this form for custody seals is strictly meant to indicate presence/absence and not as an indication of compliance or nonconformity. Thermal preservation and pH will only be evaluated either at the request of the client and/or as required by the method/SOP.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Were sample containers properly marked with client sample ID? | ☒ | ☐ | ☐ |
| 2 | Container(s) supplied by CAS? | ☐ | ☒ | ☐ |
| 3 | Did sample containers arrive in good condition? | ☒ | ☐ | ☐ |
| 4 | Was a chain-of-custody provided? | ☒ | ☐ | ☐ |
| 5 | Was the chain-of-custody properly completed? | ☒ | ☐ | ☐ |
| 6 | Did sample container labels and/or tags agree with custody papers? | ☒ | ☐ | ☐ |
| 7 | Was sample volume received adequate for analysis? | ☒ | ☐ | ☐ |
| 8 | Are samples within specified holding times? | ☒ | ☐ | ☐ |
| 9 | Was proper temperature (thermal preservation) of cooler at receipt adhered to? | ☐ | ☐ | ☒ |
|   | Cooler Temperature _____ °C   Blank Temperature _____ °C | | | |
| 10 | Was a trip blank received? | ☐ | ☒ | ☐ |
|   | Trip blank supplied by CAS: | | | |
| 11 | Were custody seals on outside of cooler/Box? | ☐ | ☒ | ☐ |
|   | Location of seal(s)? _____ Sealing Lid? | ☐ | ☐ | ☒ |
|   | Were signature and date included? | ☐ | ☐ | ☒ |
|   | Were seals intact? | ☐ | ☐ | ☒ |
|   | Were custody seals on outside of sample container? | ☐ | ☒ | ☐ |
|   | Location of seal(s)? _____ Sealing Lid? | ☐ | ☐ | ☒ |
|   | Were signature and date included? | ☐ | ☐ | ☒ |
|   | Were seals intact? | ☐ | ☐ | ☒ |
| 12 | Do containers have appropriate preservation, according to method/SOP or Client specified information? | ☐ | ☐ | ☒ |
|   | Is there a client indication that the submitted samples are pH preserved? | ☐ | ☐ | ☒ |
|   | Were VOA vials checked for presence/absence of air bubbles? | ☐ | ☐ | ☒ |
|   | Does the client/method/SOP require that the analyst check the sample pH and *if necessary* alter it? | ☐ | ☐ | ☒ |
| 13 | Tubes: Are the tubes capped and intact? | ☐ | ☐ | ☒ |
|   | Do they contain moisture? | ☐ | ☐ | ☒ |
| 14 | Badges: Are the badges properly capped and intact? | ☐ | ☐ | ☒ |
|   | Are dual bed badges separated and individually capped and intact? | ☐ | ☐ | ☒ |

| Lab Sample ID | Container Description | Required pH * | Received pH | Adjusted pH | VOA Headspace (Presence/Absence) | Receipt / Preservation Comments |
|---|---|---|---|---|---|---|
| P0901167-001.01 | 1 each Plastic Bag | | | | | |
| P0901167-002.01 | 1 each Plastic Bag | | | | | |

Explain any discrepancies: (include lab sample ID numbers): _____

*Required pH: Phenols/COD/NH3/TOC/TOX/NO3+NO2/TKN/T.PHOS, H2SO4 (pH<2); Metals, HNO3 (pH<2); CN (NaOH or NaOH/Asc Acid) (pH>12); Diss. Sulfide, NaOH (pH>12); T. Sulfide, NaOH/ZnAc (pH>12); RSK - MEEPP, HCL (pH<2); RSK - CO2, (pH 5-8); Sulfur (pH>4)

P0901167_Davis & Sons Construction Company L.L.C._Drywall Testing - Page 1 of 1   04/02/09 12:13 PM

5

DAVIS CONSTRUCTION - 000404

## COLUMBIA ANALYTICAL SERVICES, INC.

RESULTS OF ANALYSIS
Page 1 of 1

Client: Davis & Sons Construction Company L.L.C.
Client Sample ID: 1/2" Drywall
Client Project ID: Drywall Testing

CAS Project ID: P0901167
CAS Sample ID: P0901167-001

Test Code: ASTM D 5504-01
Instrument ID: Agilent 6890A/GC13/SCD
Analyst: Chris Cornett
Sampling Media: Drywall Headspace
Test Notes:

Date Collected: 3/30/09
Date Received: 4/2/09
Date Analyzed: 4/20/09

| CAS # | Compound | Result $ng/cm^2$ | MRL $ng/cm^2$ | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.14 | |
| 463-58-1 | Carbonyl Sulfide | 7.7 | 0.25 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.20 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.26 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.26 | |
| 75-15-0 | Carbon Disulfide | 3.0 | 0.16 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.32 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.38 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.32 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.32 | |
| 110-02-1 | Thiophene | ND | 0.36 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.38 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.38 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.38 | |
| 624-92-0 | Dimethyl Disulfide | 0.24 | 0.20 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.41 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.37 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.47 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.47 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.26 | |

ND = Compound was analyzed for, but not detected above the laboratory reporting limit.
MRL = Method Reporting Limit - The minimum quantity of a target analyte that can be confidently determined by the referenced method.

P0901167_ASTM5504_0904201729_SS.xls - Sample

Verified By: _____ /A-- Date: 4/23/09
SULFUR_NGCM2.XLS · Page No.:

6

DAVIS CONSTRUCTION - 000405

## COLUMBIA ANALYTICAL SERVICES, INC.

RESULTS OF ANALYSIS
Page 1 of 1

Client: Davis & Sons Construction Company L.L.C.
Client Sample ID: 5/8" Drywall
Client Project ID: Drywall Testing

CAS Project ID: P0901167
CAS Sample ID: P0901167-002

Test Code: ASTM D 5504-01
Instrument ID: Agilent 6890A/GC13/SCD
Analyst: Chris Cornett
Sampling Media: Drywall Headspace
Test Notes:

Date Collected: 3/30/09
Date Received: 4/2/09
Date Analyzed: 4/20/09

| CAS # | Compound | Result $ng/cm^2$ | MRL $ng/cm^2$ | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.14 | |
| 463-58-1 | Carbonyl Sulfide | 3.2 | 0.25 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.20 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.26 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.26 | |
| 75-15-0 | Carbon Disulfide | 1.0 | 0.16 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.32 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.38 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.32 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.32 | |
| 110-02-1 | Thiophene | ND | 0.36 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.38 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.32 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.38 | |
| 624-92-0 | Dimethyl Disulfide | 0.27 | 0.20 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.41 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.37 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.47 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.47 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.26 | |

ND = Compound was analyzed for, but not detected above the laboratory reporting limit.
MRL = Method Reporting Limit - The minimum quantity of a target analyte that can be confidently determined by the referenced method.

P0901167_ASTM5504_0904201729_SS.xls - Sample (2)

Verified By: _____   Date: 4/23/09
SULFUR_NGCM2.XLS   Page No.: 7

DAVIS CONSTRUCTION - 000406

## COLUMBIA ANALYTICAL SERVICES, INC.

RESULTS OF ANALYSIS
Page 1 of 1

Client: Davis & Sons Construction Company L.L.C.
Client Sample ID: Chamber Blank
Client Project ID: Drywall Testing

CAS Project ID: P0901167
CAS Sample ID: P090420-CB

Test Code: ASTM D 5504-01
Instrument ID: Agilent 6890A/GC13/SCD
Analyst: Chris Cornett
Sampling Media: Drywall Headspace
Test Notes:

Date Collected: NA
Date Received: NA
Date Analyzed: 4/20/09

| CAS # | Compound | Result ng/cm² | MRL ng/cm² | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.14 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.25 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.20 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.26 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.26 | |
| 75-15-0 | Carbon Disulfide | ND | 0.16 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.32 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.38 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.32 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.32 | |
| 110-02-1 | Thiophene | ND | 0.36 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.38 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.38 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.38 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.20 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.41 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.37 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.47 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.47 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.26 | |

ND = Compound was analyzed for, but not detected above the laboratory reporting limit.
MRL = Method Reporting Limit - The minimum quantity of a target analyte that can be confidently determined by the referenced method.

Verified By: _____ Date: 4/13/09

P0901167_ASTM5504_0904201729_SS.xls - CBlank
SULFUR_NGCM2.XLS - Page No.: 8

DAVIS CONSTRUCTION - 000407

## COLUMBIA ANALYTICAL SERVICES, INC.

LABORATORY CONTROL SAMPLE SUMMARY
Page 1 of 1

Client: Davis & Sons Construction Company L.L.C.
Client Sample ID: Lab Control Sample
Client Project ID: Drywall Testing

CAS Project ID: P0901167
CAS Sample ID: P090420-LCS

Test Code: ASTM D 5504-01
Instrument ID: Agilent 6890A/GC13/SCD
Analyst: Chris Cornett
Sampling Media: Drywall Headspace
Test Notes:

Date Collected: NA
Date Received: NA
Date Analyzed: 4/20/09
Volume(s) Analyzed:   NA ml(s)

| CAS # | Compound | Spike Amount ppbV | Result ppbV | % Recovery | CAS Acceptance Limits | Data Qualifier |
|---|---|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | 2,020 | 2,170 | 107 | 63-136 | |
| 463-58-1 | Carbonyl Sulfide | 2,020 | 2,220 | 110 | 69-122 | |
| 74-93-1 | Methyl Mercaptan | 2,020 | 2,470 | 122 | 71-137 | |

Verified By: ____  Date: 4/13/09

DAVIS CONSTRUCTION - 000408