UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Considering the Plaintiffs' Steering Committee's Motion for Issuance of Letter of Request of for International Judicial Assistance to Obtain Documents from the State-Owned Assets Supervision and Administration Commission, **IT IS ORDERED** that the Motion is **DENIED AS PREMATURE.**

The Court has yet to determine whether CNBM Group is immune from suit under the Foreign Sovereign Immunities Act and it is inappropriate to authorize such discovery while assertions of sovereign immunity are pending.

Accordingly, however, **IT IS FURTHER ORDERED** that the Plaintiffs' Steering Committee retains the right to re-urge this motion if necessary at a later date.

New Orleans, Louisiana, this 16th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

1