# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,* **Case No. 09-6687 (E.D. La.);**<br><br>*Gross v. Knauf Gips*, **KG,** *et al.,* **Case No. 09-6690 (E.D. La.);**<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co., et al.,* **Case No. 10-361 (E.D. La.);**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 11-1672 (E.D. La.);**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 11-1395 (E.D. La.);**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No. 11-1673 (E.D. La.); and**<br><br>*Amorin v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* **Case No. 14-1727 (E.D. La.).** | |

## **ORDER**

Before the Court is Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"), collectively herein the "BNBM Defendants" Motion For Leave to File its sur-reply in response to the Plaintiffs' Steering Committee's ("PSC") Reply in support of its Motion To Strike, Exclude, and/or Limit

the Declarations of Bruce Deal and Professor Jeffrey Gordon.  The Court is of the opinion that the Motion should be GRANTED.

    BNBM Defendants sur-reply is hereby filed to the record.

    **SO ORDERED.**

    New Orleans, Louisiana, this 16th day of _____February_____ , 2016.

                                            ELDON E. FALLON
                                            United States District Court Judge