MINUTE ENTRY
FALLON, J.
FEBRUARY 18, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED  DRYWALL PRODUCTS  LIABILITY LITIGATION | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO:  09-6687, 09-6690, 10-361, 11-1672, 11-1395, 10-340,  11-1673, 14-1727, 11-3094, 09-6531, 09-6530 | JUDGE FALLON  MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Tanya Lee
Court Reporter:  Karen Ibos

Appearances:   Russ Herman, Esq., Arnold Levin, Esq., Gerald Meunier, Esq., for the Plaintiffs'
               Steering Committee
               Michael Barr, Esq. for Defendant BNBM entities
               James Stengel, Esq. for Defendant CNBM entities
               David Black, Esq. for the Louisiana Attorney General

1. Amended Motion of Defendants China New Buildings Materials Group, China New Building Materials Co., CNBMIT Co. Ltd, CNBM USA Corp. and United Suntech Craft, Inc., to Dismiss Complaints Pursuant to Rules 12(B)(1), 12(B)(2), 12(B)(4) and 12(B)(5)    (19527)

2. Motion of Defendant Beijing New Building Materials Public Limited Company, to Dismiss the Complaints Pursuant to Rules 12(B)(2) and 12(B)(5)   (19646)

3. Motion of Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.   (19663)

4. Motion of Defendant Beijing New Building Material (Group) Co., Ltd., to Dismiss the Complaints Pursuant to Rules 12(B)(2) and 12(B)(5)   (19664)

After argument  was heard from all parties, all four motions were taken under submission


JS10:  2:47