UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**


### ORDER

On February 17, 2016 following the February Chinese Drywall Monthly Status Conference, the Court heard argument and ruled on the following three motions: (1) Plaintiff Cerna's Motion to Compel the Settlement Administrator (R. Doc. 19666); (2) Plaintiff Perone's Motion for Reconsideration (R. Doc. 19832); and (3) Plaintiffs Lustbergs' Motion to File a Late Claim (R. Doc. 19948).

Those rulings are contained in the Court's colloquy during the oral argument proceeding, which was transcribed by Ms. Jodi Simcox, Official Court Reporter.  Counsel may contact Ms. Simcox at (504) 589-7780 to request a copy of the transcript of the proceeding, which contains the Court's orders and rulings on the aforementioned motions.


New Orleans, Louisiana, this 18th day of February, 2016.

UNITED STATES DISTRICT JUDGE

1