IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES* | |

## NOTICE BY PLAINTIFFS' LIAISON COUNSEL AND THE PLAINTIFFS' STEERING COMMITTEE

PLEASE TAKE NOTICE that Plaintiffs' Liaison Counsel, Russ M. Herman ("PLC") and the Plaintiffs' Steering Committee ("PSC") hereby provide notice that the attached master letter and Exhibits "A," "B," and "C" thereto (together the "master letter") is being sent to counsel for Defendants and third parties whose documents and/or testimony have been marked as Confidential or Highly Confidential. The master letter is being sent to provide notice that PLC and the PSC are challenging certain confidentiality designations. The master letter is being sent to the Producing Party for the particular items set forth in the attached Exhibits "A" and "B" to

1

the master letter and to counsel for deponents whose testimony was designated as Confidential or Highly Confidential as identified on the attached Exhibit "C."

Dated: February 22, 2016

Respectfully Submitted,

Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel in MDL 2047*