

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Aaron Z. Ahlquist[3]
Craig M. Robinson
Mikalia M. Kott[4]
Danielle Treadaway Hufft
Patrick R. Busby[5]
Madelyn O. Breerwood
Alexandra E. Faia
Anne E. DeVaughn
Charles M. King

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

\* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in Colorado
[5] Also Admitted in Alabama
& Oklahoma

February 22, 2016

**VIA FEDEX OVERNIGHT**

[Attorney Contact Information]

Re:   *In re: Chinese-Manufactured Drywall Products Liability Litigation*
**MDL 2047**
Confidentiality Designations by [Party]

Dear [Name]:

Plaintiffs' Liaison Counsel (PLC) and the Plaintiffs' Steering Committee (PSC) in MDL No. 2047, *In re: Chinese-Manufactured Drywall Products Liability Litigation*, hereby notify you that objections are made to the designation of certain materials as Confidential or Highly Confidential-Restricted. You are hereby requested to respond to such objections within ten (10) calendar days in writing by either: (a) agreeing to remove the designation; or (b) stating the reason(s) for such designation. If you state a reason for any designation, please identify what "good cause" exists for the designation at issue and provide a complete explanation as to why the material is entitled to protection under the purported designation.

PLC and the PSC intend on requesting that the Court remove the Confidential or Highly Confidential designations of the documents identified on the attached Exhibits "A" (PSC Brief Exhibits Designated as Confidential or Highly Confidential) and "B" (PSC Brief Exhibits Designated as Confidential or Highly Confidential – Documents in Support of Summary Charts) and the deposition testimony as identified on the attached Exhibit "C" (PSC-cited Deposition Testimony Designated as Confidential or Highly Confidential). If we do not receive a response from you within ten (10) days, we will advise the Court that you have no objection to removing the Confidential or Highly Confidential designations.

February 22, 2016
Page **2** of **2**

  We are scheduling a meet and confer session on February 29, 2016 at __ o'clock ___.m. (CST) to discuss the confidentiality designations and objections thereto. You are invited to personally appear at our office to participate in the meet and confer, or alternatively, feel free to telephone our office at that time.

                Sincerely,

                **RUSS M. HERMAN**

RMH:lmf
Enclosures: Exhibits "A, "B," and "C"