**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES* | |

**EXHIBIT "B" TO THE "MASTER LETTER" ATTACHED TO NOTICE BY PLAINTIFFS' LIAISON COUNSEL AND THE PLAINTIFFS' STEERING COMMITTEE**

# FILED UNDER SEAL