# EXHIBIT "C"

PSC-cited Deposition Testimony Designated as Confidential or Highly Confidential

| Deponent | Date | Contempt Ex. # [Rec. Doc. 20032] | MTD Ex. # [Rec. Doc. 20036] | FSIA Ex. # [Rec. Doc. 19689; 19861; 19980] | PSC cited page:line | Defendant designated page:line | Confidentiality Designation | Designating Party |
|---|---|---|---|---|---|---|---|---|
| Taishan (CHE Gang) | 6/2-4/2015 | | 50 | 27 | 47:7-14 | 34:15-49:21 | Highly Confidential | Taishan |
| JIA Tongchun | 9/17-18/2015 | 10 | 49 | 31 | 177:20-21 | 173:4-190:11 | Highly Confidential | Taishan |
| | | | | | 180:2-9 | 173:4-190:11 | Highly Confidential | Taishan |
| | | | | | 189:7-190:11 | 173:4-190:11 | Highly Confidential | Taishan |
| | | | | | 212:16-213:6 | 212:11-219:25 | Highly Confidential | Taishan |
| BNBM Group (ZHAO Yanming) | 7/15-17/2015 | 28 | 5 | 1 | 183:15-184:18 | 178:19-186:25 | Confidential | BNBM |
| | | | | | 249:3-250:13 | 248:18-249:10 | Confidential | BNBM |
| | | | | | 357 | 357:8-23 | Confidential | BNBM |
| | | | | | 385:4-386:9 | 384:6-387:22 | Confidential | BNBM |
| | | | | | 406:6-15 | 404:10-408:4 | Confidential | BNBM |
| BNBM PLC (CHEN Yu) | 7/8-11/2015 | | 77 | 40 | 275:19-276:13 | 267:8-289:5 | Confidential | BNBM |
| CNBM (CHANG Zhangli) | 6/5-7/2015 | 31 | 35 | 24 | 114:10-17 | 109:7-114:17 | Highly Confidential | Taishan |
| CNBM Import & Export (LIHE Wang) | 11/4/2015 | 36 | | | 96:3-5 | 92:1-96:10 | Confidential | CBMIE |
| Jushi USA Fiberglass Co., Ltd. (TANG Hsin Hua) | 11/18/2015 | 64 | | | 62:4-14 | 62:4-6, 62:12-13 | Confidential | Jushi USA |
| | | | | | 72:24-74:1 | 72:24-25, 73:21-22 | Confidential | Jushi USA |
| | | | | | 76:13-77:5 | 76:15-18, 77:2-4 | Confidential | Jushi USA |
| | | | | | 79:19-23 | 79:19-21 | Confidential | Jushi USA |
| | | | | | 86:5-25 | 86:5-7, 86:12-13, 86:15-18 | Confidential | Jushi USA |
| | | | | | 90:2-6 | 90:3-6 | Highly Confidential | Jushi USA |
| | | | | | 104:19-105:2 | 104:15-17 | Highly Confidential | Jushi USA |
| | | | | | 116:11-117:15 | 116:24-25, 117:6 | Highly Confidential | Jushi USA |
| | | | | | 118:19-24 | 118:15-25 | Confidential | Jushi USA |
| | | | | | 155:1-157:11 | 155:5-6, 155: 13-14, 155:17-18, 155:23, 156:2-13, 157:2-5, 157:9-11 | Highly Confidential | Jushi USA |
| | | | | | 220:14-25 | 220:17-25 | Highly Confidential | Jushi USA |
| | | | | | 224:22-225:1 | 224:21-25, 225:1-8 | Highly Confidential | Jushi USA |
| | | | | | 233:17-234:10 | 233:17-20, 233:22-25, 234:1-13 | Highly Confidential | Jushi USA |
| | | | | | 250:20-251:7 | 250:21-23, 251:1-5 | Highly Confidential | Jushi USA |
| | | | | | 253:1-16 | 253:2-4, 253:6-14 | Highly Confidential | Jushi USA |
| CNBM Forest Products (Canada) (DENG Jianjun) | 10/28/2015 | 38 | 108 | 4 | 99:22-100:15 | 96:17-106:1 | Confidential | CNBM FP Canada |
| | | | | | 102:11-12 | 96:17-106:1 | Confidential | CNBM FP Canada |
| | | | | | 107:10-109:7 | 108:1-109:3 | Confidential | CNBM FP Canada |
| | | | | | 123 | 123:3-124:1 | Confidential | CNBM FP Canada |

PSC-cited Deposition Testimony Designated as Confidential or Highly Confidential

| Deponent | Date | Contempt Ex. # [Rec. Doc. 20032] | MTD Ex. # [Rec. Doc. 20036] | FSIA Ex. # [Rec. Doc. 19689; 19861; 19980] | PSC cited page:line | Defendant designated page:line | Confidentiality Designation | Designating Party |
|---|---|---|---|---|---|---|---|---|
| United Suntech Craft (LIU Weishing) | 10/27/2015 | 73 | 181 | | 26:24-27:12 | 25:19-31:6 | Confidential | United Suntech Craft |
| | | | | | 76:16-23 | 70:21-82:20 | Confidential | United Suntech Craft |
| | | | | | 81:5-82:16 | 70:21-82:20 | Confidential | United Suntech Craft |
| | | | | | 101:18-102:8 | 99:11-107:22 | Confidential | United Suntech Craft |
| | | | | | 106:11-19 | 99:11-107:22 | Confidential | United Suntech Craft |
| | | | | | 107:11-23 | 99:11-107:22 | Confidential | United Suntech Craft |
| | | | | | 109:9-19 | 108:18-122:6 | Confidential | United Suntech Craft |
| | | | | | 110:20-111:13 | 108:18-122:6 | Confidential | United Suntech Craft |
| | | | | | 111:24-113:20 | 108:18-122:6 | Confidential | United Suntech Craft |
| | | | | | 116:8-15 | 108:18-122:6 | Confidential | United Suntech Craft |
| | | | | | 119:18-121:6 | 108:18-122:6 | Confidential | United Suntech Craft |
| CAO Jianglin | 8/4-5/2015 | 77 | 80 | 125 | 107:10-25 | 97:16-110:1 | Highly Confidential | CNBM |
| WANG Bing | 8/25-27/2015 | 78 | 78 | 41 | 362:21-364:15 | 361:24-364:15 | Confidential | BNBM |
| | | | | | 436:16-437:3 | 434:14-437:5 | Confidential | BNBM |
| SONG Zhiping | 9/14-15/2015 | 32 | 36 | 25 | 51:20-52:2 | 50:14-54:16 | Confidential | CNBM |
| | | | | | 67:6-13 | 63:24-69:18 | Confidential | CNBM |
| | | | | | 85:20-21 | 70:6-102:3 | Confidential | CNBM |
| | | | | | 86:17-19 | 70:6-102:3 | Confidential | CNBM |
| | | | | | 91:12-93:17 | 70:6-102:3 | Confidential | CNBM |
| | | | | | 105:10-108:2 | 105:9-108:4 | Confidential | CNBM |
| | | | | | 223:10-224:12 | 220:8-223:10 | Confidential | CNBM |
| PENG Shou | 9/16/2015 | 79 | 83 | 120 | 70:23-71:7 | 67:-73:23 | Confidential | CNBM |
| | | | | | 95:3-6 | 90:11-99:19 | Confidential | CNBM |
| | | | | | 114:11-116:15 | 114:8-115:22 | Confidential | CNBM |
| HU Jinyu | 12/7/2015 | | 53 | 169 | 59:17-21 | 55:13-62:7 | Confidential | CNBM |
| | | | | | 97-99 | 94:15-109:22 | Highly Confidential | CNBM |
| | | | | | 99:3-100:11 | 94:15-109:22 | Highly Confidential | CNBM |
| | | | | | 108:11-18 | 94:15-109:22 | Highly Confidential | CNBM |
| | | | | | 109:6-10 | 94:15-109:22 | Highly Confidential | CNBM |