IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee's Motion for Leave to File Exhibits "A" and "B" to the "Master Letter" Attached to Notice by Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Exhibits "A" and "B" to the "Master Letter" Attached to Notice by Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee [Rec. Doc. 20096] be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge