**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*ALL CASES* | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**EXHIBIT "B" TO THE "MASTER LETTER" ATTACHED TO NOTICE BY PLAINTIFFS' LIAISON COUNSEL AND THE PLAINTIFFS' STEERING COMMITTEE**

# FILED UNDER SEAL