UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILTY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to: ALL CASES | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE SPECIAL MASTER OPINION AND DECREE AND REQUEST FOR ORAL ARGUMENT**

**COMES NOW** Plaintiffs, Nicole Dabalsa, Claimant ID No.: 202596 and Richard Dabalsa, Claimant ID No.: 102599, by and through undersigned counsel, and hereby files this Motion for Reconsideration of Special Master's Opinion and Decree, and as grounds for this response states:

On February 12, 2016, Special Master, entered a Final Determination of $0.00 for the claimants listed above.  These claimants have sustained economic damages in the form of past and future medical bills and have suffered non-economic damages in the form of past and future pain and suffering; combined together, any objective evaluation of the evidence that has been proffered to date that support this claim for damages far exceeds the $0.00, per claim that has been offered.  Further, Nicole Dabalsa's, (Claimant ID No., 202596), long standing, board certified pediatrician, has related her current diagnosis, Hypo Plastic Anemia, to her exposure to defective Chinese drywall further supports this claim.  This new diagnosis increases the value of Nicole Dabalsa's claim exponentially.

Finally, it should be noted that based on our previous agreement with Knauf, Knauf agreed not to exceed any conflicting of contradicting evidence in an attempt to deny the claim.

**WHEREFORE**, the Plaintiffs respectfully move this Honorable Court for the entry of an Order granting their motion for reconsideration and respectfully requests oral argument on Plaintiff's Motion for Reconsideration of the Special Master Opinion and Decree, on March 22, 2016 at 9:00 A.M. (central time), or at a time set by this court so as to more fully address any questions the court may have concerning Plaintiff's Motion for Reconsideration.

Respectfully submitted,

*/s/ C. David Durkee, Esq*.
ROBERTS & DURKEE, P.A.
OFFICES AT GRAND BAY PLAZA
2665 S. Bayshore Drive, Suite 300
Coconut Grove, FL  33133
Phone:  (305) 442-1700
Fax:  (305) 442-2559
durkee@rdlawnet.com
*Counsel for Individual Plaintiffs*

And –

Mark Milstein, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405
Phone:  (310) 396-9600
Fax:  (310) 396-9635
*Counsel for Individual Plaintiffs*

Dated:   February 24, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served to all parties by electronically uploading the same to Lexis Nexis File & Serve and was electronically filed with the Clerk of Court of the United Sates Court for the Eastern District on this 24th day of, February, 2016.

By: */s/ C. David Durkee*
C. David Durkee