UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILTY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:  ALL CASES | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF SPECIAL MASTER OPINION AND DECREE AND REQUEST FOR ORAL ARGUMENT**

**COMES NOW** Plaintiff, Adelky Pena, Claimant ID No.: 102541, by and through undersigned counsel, and hereby files this Motion for Reconsideration of Special Master's, Opinion and Decree, and as grounds for this response states:

On February 15, 2016, Special Master, entered a Final Determination of $0.00 for the claimant listed above.  This claimant, had a confirmed sale pending but during that period found out the property contained defective Chinese drywall and the purchaser backed out. The claimant then remediated the home and sold it for a lesser value.  It was a result of the presence of the defective, Chinese drywall that Claimant lost the original sale.

Accordingly, were it not for the presence of the defective, Chinese drywall, Claimant would have sold the home at a much greater price than it ultimately sold.

**WHEREFORE**, the Plaintiffs respectfully move this Honorable Court for the entry of an Order granting their motion for reconsideration and respectfully requests oral argument on Plaintiff's Motion for Reconsideration of the Special Master Opinion and Decree, on March 22,

2016 at 9:00 A.M. (central time),  or at a time set by this court so as to more fully address any questions the court may have concerning Plaintiff's Motion for Reconsideration.

        Respectfully submitted,

        */s/ C. David Durkee, Esq*.
        ROBERTS & DURKEE, P.A.
        OFFICES AT GRAND BAY PLAZA
        2665 S. Bayshore Drive, Suite 300
        Coconut Grove, FL  33133
        Phone:  (305) 442-1700
        Fax:  (305) 442-2559
        durkee@rdlawnet.com
        *Counsel for Individual Plaintiffs*

        And-

        Mark Milstein, Esq.
        Allison R. Willett, Esq.
        MILSTEIN ADELMAN, LLP
        2800 Donald Douglas Loop North
        Santa Monica, CA  90405
        Phone:  (310) 396-9600
        Fax:  (310) 396-9635
        *Counsel for Individual Plaintiffs*

Dated:  February 24, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served to all parties by electronically uploading the same to Lexis Nexis File & Serve and was electronically filed with the Clerk of Court of the United Sates Court for the Eastern District on this 24th day of February 2016.

By:  */s/ C. David Durkee*
C. David Durkee