## TALBOT, CARMOUCHE & MARCELLO

DONALD T. CARMOUCHE*
VICTOR L. MARCELLO
JOHN H. CARMOUCHE

*Member of the Texas Bar

17405 PERKINS ROAD
BATON ROUGE, LOUISIANA 70810
TELEPHONE: (225) 400-9991
FAX: (225) 448-2568

WILLIAM R. COENEN, III
BRIAN T. CARMOUCHE
TODD J. WIMBERLEY
ROSS J. DONNES
D. ADELE OWEN
LEAH C. POOLE
CAROLINE H. MARTIN

AUBERT D. TALBOT
(1925-2005)

February 23, 2016

Honorable Eldon E. Fallon
Judge, U.S. District Court
Eastern District of Louisiana
C456 U.S. Courthouse
500 Camp St.
New Orleans, LA 70130

RE: In re: Chinese Manufactured Drywall Products Litigation (Knauf Defendants)
MDL No. 2047 Section "L"
Claimant ID: 104613
Claim ID: 13406
Claim Type: Bodily Injury
Special Master Award: $0.00
Post-Consideration Award: $0.00

Dear Judge Fallon:

I am a member of the above referenced settlement class. This objection/appeal of the Special Master's Award Reconsideration dated February 12, 2016 is timely filed. Pursuant to Section 4.2.9 of the Third Amended Knauf Settlement Agreement, counsel, on my behalf, conferred with counsel for Knauf and Settlement Class Counsel regarding this objection/appeal, and counsel has no objection to the filing of this appeal/objection.

I object to the Special Master's allocation in the above referenced class claim. My wife, Nicole Waguespack, has presented competent and well documented medical opinions and evidence of an exacerbation of a previously latent pulmonary condition known as Lymphangioleiomyomatosis (LAM). As a result of having lived in her former home and in close proximity to off-gassing sulfur compounds found in Chinese dry wall products for over three years, Ms. Waguespack's pulmonary condition has progressed more rapidly than it may have otherwise. There are settlement funds available to pay this claim.

I am represented in this matter by John H. Carmouche, Talbot, Carmouche & Marcello, 17405 Perkins Road, Baton Rouge, Louisiana 70810.

Sincerely,

Jacques Waguespack