UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ………………………………………………… | : | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

**IT IS ORDERED** that the Motions for Reconsideration filed by Plaintiffs Dabalsa and Pena (R. Docs. 20098, 20099) are set for oral argument in the Courtroom of the Honorable Eldon E. Fallon on Tuesday, March 22, 2016 following the Monthly Status Conference.

**IT IS FURTHER ORDERED** that any party who wishes to respond to these motions shall do so within two weeks of the date of this order.

**IT IS FURTHER ORDERED** that any party who wishes to respond to John Adams' Objections to the Special Master's Determinations (R. Doc. 20033) shall do so within two weeks of the date of this order.

**IT IS FURTHER ORDERED** that any party who wishes to respond to Silva's Motion for Remediation Fund Benefits (R. Doc. 19992) shall do so within two weeks of the date of this order.

New Orleans, Louisiana, this 24th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

1