| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| April 4, 2014 3:20:57 PM CDT | 5043041927 | 56 | 2 | Received |

04/04/2014  15:24   5043041927                ORLEANS CARDIOVASCUL                PAGE 01/02

## ORLEANS CARDIOVASCULAR ASSOCIATES 2820 Canal St New Orleans LA 70112

April 3, 2014

To Whom It May Concern:

I am the Primary Care Physician who has been caring for the patient, Patrick M. Dennis, D.O.B. 2/8/64. I have been treating him for his health care needs as well as ongoing medical issues since his exposure to Chinese Drywall.

Dr. Dennis and his family moved into a home at 517 Snead Court, Slidell, LA, 70458, in mid 2007. Shortly after their occupancy of the residence, he began to experience severe respiratory issues, shortness of breath, dyspnea, burning eyes, burning skin, sinus infections, chronic headaches, chronic insomnia, and fatigue in addition to other medical problems and an overall decline in his quality of life. He previously had none of these health concerns and was a former member of the Army Special Forces (Green Beret) with two Special Forces qualified MOS's, a competitive triathlete, and test subject of Mackie Shilestone for physical endurance studies.

During his residence at this address, he experienced several trips to Emergency Rooms for severe respiratory distress as noted in provided documentation. As a clinical physician during this time, he had been self treating with bronchodilators to include albuterol and other medications as not knowing what the cause of his problem was. His treatment included the use of up to or more than eight MDI's per month of albuterol which is typically used to treat individuals with chronic and severe respiratory issues. This use far exceeds any normal use of this medication.

Shortly after discovering the presence of toxic Chinese Drywall, he sought the treatment of Dr. Susan Gunn, a pulmonologist at Ochsner Foundation Hospital. She performed a physical exam, pulmonary function testing, and a chest x-ray. This testing indicated a degree of pulmonary impairment as well as possible scarring of the lungs on x-ray. During this time, his blood pressure was noted to be elevated and he is now being treated for such. He has since also sought the consultation of Dr. Leonard Glade, at which time, a cardiac evaluation to include EKG and cardiac echo were done and noted to be normal.

I would direct your attention to the studies done on the Dennis home at 517 Snead Court by Dr. Lipsey, which indicated that the levels of proven toxic chemicals were in excess of several hundred to several thousand times the safe levels of toxic chemicals. The study was done by Dr. Lipsey and Air Toxics Limited and the studies have been provided.

Several studies previously done report chronic exposure to sulfur-based toxins as well as several of the other toxic chemicals identified cause chronic health issues to include asthma, COPD, pulmonary edema, liver issues to name a few. These studies include articles published in the "Archives of Environmental Health: An International Journal" and "Respiratory Effects of Chronic Hydrogen Sulfide Exposure" published online in the "American Journal of Industrial Medicine".



PLAINTIFF'S EXHIBIT A

## ORLEANS CARDIOVASCULAR ASSOCIATES 2820 Canal St New Orleans LA 70112

Dr. Dennis continues to be treated for severe medical issues which include respiratory distress, shortness of breath, skin burning, burning eyes, fatigue, hypertension, and chronic insomnia, asthma, chronic cough, headaches, eye irritation, and sinus infections which he did not have prior to his occupancy of this residence. He will have to be monitored into the future for these issues as the previous mentioned possible scarring of his lungs.

Based on the studies listed above indicating potential chronic health issues related to exposure to the same and similar toxic compounds which are known to be emitted by Chinese drywall, including KPT Knauf Chinese drywall, it is my opinion to a reasonable medical probability that exposure to this Chinese manufactured drywall can cause chronic health conditions.

Due to this opinion and the temporal connection between Dr. Dennis' otherwise inexplicable health problems and his exposure to the toxic compounds emitted by the KPT Knauf Chinese drywall in his home, it is a reasonable medical probability that the KPT Knauf drywall to which Dr. Dennis was exposed has substantially caused his health issues.

These issues have affected his ability to function in his primary specialty of Emergency Medicine, his overall quality of life and continues to do so.

Sincerely,

Frank Wilklow, MD