**Wake Forest™ School of Medicine**

JUL 08 REC'D

General Surgery

Medical Center Boulevard
Winston-Salem, NC 27157-1095
p 336.716.4241
f 336.716.9758
www.WakeHealth.edu

July 1, 2013

To Whom It May Concern:

I am a board certified general surgeon and colon and rectal surgeon. I had the opportunity to care for Ms. Catina Donahoe between Dec 2009-Jan 2010 when I worked as a staff surgeon at Ochsner Clinic Foundation.

I am writing this letter to confirm Ms. Catina Donahoe's report of delayed healing of perianal wounds that I treated in Dec 2009-January 2010. Ms. Donahoe developed recurrent perianal abscesses during her pregnancy in the Spring and Summer of 2009. These were lanced and drained by another surgeon. I met Ms. Donahoe when she came to the ER at Ochsner Clinic Foundation on 12/6/2009. She had another perirectal abscess in a different location than her previous abscesses. This was also lanced and drained and found to have developed into a perirectal fistula. Ms. Donahoe required another surgical procedure in Jan 2010, one month after she moved out of her house which was had Chinese drywall in order to heal her fistula. Ms. Donahoe had no further problems with perianal infections after this time period.

Perianal abscesses and fistulae typically occur in healthy young adults such as Ms. Donahoe as a result of infection within anal canal glands. However, it is extremely unusual for a healthy patient to develop several perianal abscesses in different locations in a short period of time. Typically most patients have one abscess, have the abscess drained and then have no further problems. Sometimes, the abscess tract can become a fistula, an abnormal communication between the internal anal canal and the outer buttock. If a fistula develops, an additional surgical procedure to close the tract is necessary. Patients who have multiple abscesses or fistulae typically have an underlying medical condition or environmental exposure that puts them at risk for recurrence or new abscesses. This can include Crohn's disease or poorly controlled diabetes which Ms. Donahoe does not have. Skin reactions to environmental allergens such as demonstrated with Chinese drywall exposure, can increase risk of these infections and decrease wound healing. In fact, another patient of mine who had the exact same circumstances as Ms. Donahoe experienced the same medical course of poor wound healing and recurrence of perianal skin infection despite young age, good health and no medical comorbidities.



PLAINTIFF'S EXHIBIT
A



General Surgery

Medical Center Boulevard
Winston-Salem, NC 27157-1095
p 336.716.4241
f 336.716.9758
www.WakeHealth.edu

Given the clinical circumstances, it is my believe that environmental exposure to Chinese drywall contributed to multiple perirectal abscesses and delayed wound healing in Ms. Donahoe which required her to undergo multiple surgeries. If you have any additional questions, please do not hesitate to contact my office at (336)716-0664.

Sincerely,

Jaime Bohl, MD FACS

Assistant Professor of Surgery

**Department of General Surgery**

**Colon and Rectal Surgery**
Medical Center Boulevard \ Winston-Salem, NC 27157
p 336.716.0664 \ f 336.716.9758

**Wake Forest**
School of Medicine