

**Benefield Eye Care** PC
*Freedom to See* ℠

Donald W. Benefield, M.D.
*Comprehensive Eye Surgery*

Hedy G. Walker, O.D.
*Eye Exams / Contacts*

Shehab A. Ebrahim, M.D.
*Vitreo-Retinal Specialist*

July 29, 2010

RE: Tim C. Holleman
DOB: 6/17/1956

To Whom it May Concern:

On 1/30/2008, Tim Holleman had LASIK in the right eye and PRK in the left eye on a previous RK. At the time he lived at 115 Lundgren Lane, Gulfport, Mississippi. During the course of recovery Mr. Holleman had difficulty with both eyes being extremely irritated and more so in his left eye. He would wake up in the middle of the night with pain particularly in his left eye from the irritation and required drops to be able to open and see. In the mornings, his left eye would be almost closed from "eye gunk". We tried him on different eye lubricants, Restasis, and plugged an tear drain on the left eye to try to preserve more tears in an attempt to alleviate his discomfort. None alleviated his problem and he continued to experience unusual irritation. He also began to develop a haze in his left eye but not on the right. His left eye was scratchy and burning and continued to be very uncomfortable. His right eye was also irritated but not to the extent of his left eye. He said it felt like something was in his left eye, as compared to the right eye. On 3/25/2008 and 11/17/2008 office visits his left eye was painful, red and itchy and feeling very irritable in both eyes, but worse in the left. As of 1/28/2009 the left eye had developed a thick haze and 4.25 diopters of astigmatism. I advised him we could attempt to remove the haze by a second procedure to which he agreed. On 1/28/2009 he underwent a corneal scrape of the left eye with the aid of a diamond burr to attempt to remove the haze as well as a repeat PRK to attempt to remove the 4.25 diopters of astigmatism that had developed. After this second procedure he continued to experience irritation with both eyes but again more so on the left. The haze reappeared but was improved.

In September 2009, he discovered that he had Chinese drywall in his new home. He had been living in his new home since April 2007, approximately 7 months before first surgery. He and his family moved from their house because of concerns for their health. He reports that all family members had unusual and significant problems with their sinuses, upper respiratory problems, headaches, and nausea but did not understand the cause. Significantly, after moving from their home with Chinese drywall, Mr. Holleman reports that his eye irritation in both eyes improved significantly and all family members improved with their other symptoms. While he still has residual haze in the left eye, both eyes are improving although still dry. The far sightedness has now resolved in



PLAINTIFF'S EXHIBIT A

Phone: 228-328-0972 • Outside Area 866-629-0877 • FAX: 228-328-0975
11240 Hwy. 49 N • Suite 300 • Gulfport MS 39503
www.benefieldeyecare.com

Cataract I LASIK I CK I Glaucoma I Diabetic Eye Care I Eyelids I Eye Exams I Optical Boutique

both eyes, but he continues to have 1.0 diopter of astigmatism. He also report that in his left eye he sees multiple images (3) but such does not affect his vision at the current time. This is due to the remaining haze in the left eye.

After hearing of Mr. Holleman's issue with Chinese drywall in his home, I reviewed available reports that "exposure to low concentrations of hydrogen sulfide may cause irritation to the eyes, nose, or throat." ATSDR, CAS # 7783-06-4, July 2006 and another report from the Center for Disease Control atwww.cdc.gov/nceh/drywall/docs/Drywall_for_Healthcare_Providers.pdf. After several hours of exposure to… sulfide gases….conjunctivitis and keratoconjunctivitis may become clinically apparent. (Milby, 1962; Beauchamp, et al.1984). Chronic exposure (at very low concentrations of 10-100 ppm.) may cause headache, dizziness, nausea and vomiting may develop, together with irritation of the eyes and respiratory tract (the lungs and trachea and bronchi, or air pipes from the nose and mouth to the lungs). The eyes become red, sore, inflamed, and sensitive to light…..Symptoms of chronic exposures at low levels are conjunctivitis (eye infections)…".

Mr. Holleman reports that he and his family moved into their new home in April 2007 and moved out in September 2009, so he and his family were exposed to the off gassing from the Chinese Drywall for well over two years before it was discovered. I asked Mr. Holleman to provide me copies of any reports he had confirming the presence of Chinese drywall in his home and effects of any gases being released inside his home. He provided a report from Halliwell Engineering Associates and Knesal Engineering, Inc. The Halliwell Engineering report confirms the presence of Chinese drywall and off gassing therefrom in their home. Significantly the Halliwell Engineering reports that the Chinese drywall in the Holleman home "will emit sulfur bearing gases such as hydrogen sulfide, carbonyl sulfide, sulfur dioxide and carbon disulfide which are known to be corrosive to metals such as copper wire, copper and aluminum HVAC and "[w]hen these gases come into contact with moist or wet metals (such as copper) their corrosive properties increase one order of magnitude (ten-fold)". The Knesal Engineering report confirms that the Chinese drywall was emitting these gases into the ambient air of the living areas of the Holleman home and caused the copper wiring placed in areas within the home to turn black. In a short period of time from October 3, 2009 to June 25, 2010 (a period of only 9 months), copper wiring placed in the living areas home had obviously reacted to the sulfide gases being emitted into the home causing them to corrode and turn black. Considering all of these reports the gases emitted would clearly cause irritation to eyes and the moist tissues of the human body and such is consistent with what I observed with Mr. Holleman's eyes.

I have performed hundreds of these procedures including PRK and this is the first patient that I recall having developed this significant irritation and resulting haze. During the healing process it is very important to protect the eye from irritants to promote proper healing. Neither Mr. Holleman nor myself were aware of his exposure to the gases being emitted by the Chinese drywall in his home. It is my opinion based upon reasonable degrees of medical probability that the irritation in Mr. Holleman's eyes after the

surgeries was directly caused by the extended exposure to the sulfide gases found in his home and such interfered with the healing process in his eyes particularly the left eye. In addition the interference with the healing process in his left eye caused the development of the haze; such necessitated the second procedure both corneal scraping and repeat PRK. Unfortunately Mr. Holleman returned to his home after the second procedure also (not knowing about the Chinese drywall) and again experienced similar irritation which again affected the healing process after the second surgery. Based upon reasonable medical probabilities in my opinion this also caused the redevelopment of the haze. After the Chinese drywall was discovered he moved fortunately, which substantially improved the eye irritation in both eyes. While the haze has improved it is still present and he has 1.0 diopter of astigmatism in his left eye. He sees multiple images (3) in his left eye but such does not affect his vision at the current time. I do not recommend a repeat procedure at this time therefore the haze and his astigmatism are permanent in my opinion.

Sincerely,

Donald W. Benefield, M.D.

DWB/grk