UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

ELVIN A. STERLING, JR.

### OBJECTION TO SPECIAL MASTER DECISION REGARDING CLAIMANT #103108 CLAIM #8084

MAY IT PLEASE THE COURT, Plaintiff and Participant/Claimant in the Knauf Settlement Agreement Other Loss Fund, Elvin A. Sterling, Jr. (hereinafter "Claimant"), through undersigned counsel respectfully submits this Objection to the decision made by the Special Master denying Claimant's Bodily Injury Claim (#8084). Claimant respectfully requests that this Honorable Court set aside the decision of the Special Master and award Claimant a recovery consistent with the Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants In MDL No. 2047, Rec. Doc. 16407-3 (hereinafter "Knauf Settlement"). For his case, Claimant avers as follows:

**Procedural History**

1. On September 27, 2013, Claimant timely filed the Bodily Injury Claim Form for consideration for recovery from the Knauf Settlement Other Loss Fund. *See* Brown Greer Doc ID 143207.

2. On January 13, 2015, Plaintiff received an Other Loss Eligibility Notice for his Bodily Injury Claim amounting to $1,000.00. *See* Brown Greer Doc ID 313951.

3. On February 11, 2015, Plaintiff requested a Special Master Award for his Bodily Injury Claim.

4. On December 3, 2015, the Special Master awarded Claimant $0.00 for his Bodily Injury Claim.

5. On December 18, 2015, Claimant requested reconsideration of the Special Master's award of $0.00 for his Bodily Injury Claim. *See* Brown Greer Doc ID 340827.

6. On February 12, 2016, the Special Master issued a Post Reconsideration Award of $0.00 for Claimant's Bodily Injury Claim.

**Compliance With Settlement Agreement**

7. Plaintiff complied with all requirements of a Bodily Injury Claim under the Knauf Settlement.

8. Pursuant to Sections 4.7.2.1, 4.7.2.2 and 4.7.2.3 of the Knauf Settlement, Claimant timely submitted all pharmacy records and medical records created at or near the time of his complaints which demonstrate that he sought and received medical treatment for the Chinese drywall related injuries, prior to execution of the Knauf Settlement. *See* Brown Green Doc IDs 268759, 268760, 268761, and 268762.

9. Pursuant to Section 4.7.2.4 of the Knauf Settlement, Claimant timely submitted the required affidavits of completeness for the records provided. *See* Brown Green Doc IDs 269759.

10. Pursuant to Section 4.7.2.5 of the Knauf Settlement, Claimant timely submitted a report of his treating physician indicating the medical and scientific bases for specific and general causation of Claimant's injuries. *See* Brown Green Doc ID 103108 attached hereto as Exhibit A.

11. No party objected to Claimant's treating physician's report pursuant to Section 4.7.2.6 of the Knauf Settlement.

**Argument**

12. Claimant complied with all requirements for a Bodily Injury Claim under the Knauf Settlement, as indicated by the Settlement Administrator's initial issuance of the Bodily Injury Claim Eligibility Notice on January 13, 2015. *See* Brown Greer Doc ID 313951.

13. Considering Claimant's compliance with all requirements of a Bodily Injury Claim under the Knauf Settlement, the Special Master's subsequent awards of $0.00 were not appropriate.

14. At a minimum, Claimant has demonstrated some damage for which recovery is appropriate pursuant to the Knauf Settlement for his Bodily Injury Claim and consequently should have been awarded an amount commensurate with those damages, subject to potential pro rata reduction.

**Request for Relief**

WHEREFORE, Claimant respectfully objects to the Special Master's decision regarding his Bodily Injury Claim and requests that this Honorable Court set aside the Special Master's award of $0.00 and allow briefing, argument and/or evidentiary hearing to determine the quantum of an appropriate award to Claimant for her Bodily Injury Claim from the Knauf Other Loss Fund.

All of which is respectfully submitted this 26th day of February, 2016

        */s/ Salvadore Christina, Jr. Esq.*
        SALVADORE CHRISTINA JR., T.A., (LA Bar #27198)
        TONI S. BECNEL, ESQ. (LA Bar #)
        P.O. DRAWER H
        RESERVE, LA 70084
        Telephone: (985) 536-1186
        Facsimile: (985) 536-6445
        schristina@becnellaw.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objection has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of February, 2016.

        Respectfully submitted:

        */s/ Salvadore Christina, Jr., Esq.*
        SALVADORE CHRISTINA, JR , ESQ. (LA Bar #27198)
        *Counsel for Plaintiff*