

Becnel Law Firm, LLC
**Attention: Ms. Toni Becnel**
P.O. Drawer H
Reserve, LA 70084

Dear Ms. Becnel;

Please be advised that I am Elvin Sterling, Jr's treating physician and have been since 2003. He has been in general good health since the inception of our doctor/patient relationship. However, the attached medical records in the years after he moved into his current residence will show that he has presented to my office with various symptoms and complaints that I have not seen before his exposure to Chinese drywall.

Based on my own research and knowledge of his exposure to the Chinese drywall in his home, presentations to my office with symptoms, my physical examinations and medical testing, it is my medical opinion that his respective bodily injuries were caused by his daily exposure to Chinese drywall.

In addition, in August of this year, I was made aware that Mr. Sterling had shared custody, per a Family Court Order, of his 5 year old son whereas he alternated weekly visits with the child's mother. In my medical opinion, I strongly advised Mr. Sterling that under no circumstances should he exercise those rights by having his son continue to reside with him under the present conditions in his home and also subject his young son to Chinese drywall any longer.

Should you require an additional information or have any further concerns please feel free to contact my office at 225-924-1241.

Sincerely,

Rani G. Whitfield, MD]
RGW/ss

429 E. Airport Drive, Suite 4
Baton Rouge, Louisiana 70806
tel 225.924.1241
fax 225.924.1243
h2doc.com