


UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, including, JACQUELINE CUCCI,

Plaintiffs,

v.

KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO, LTD; KNAUF PLASTERBOARD (WUHU), CO, LTD; KNAUF PLASTERBOARD (DONGGUAN) CO, LTD;
Defendants.

CASE NO: 09-7628
SECTION: L MAG. 2

CLASS ACTION COMPLAINT

JURY TRIAL DEMAND

**PLAINTIFF, JACQUELINE CUCCI'S OBJECTION TO SPECIAL MASTER'S BODILY INJURY AWARD AND REQUEST FOR APPEAL**

COMES NOW Plaintiff, JACQUELINE CUCI, and hereby files this Objection to Special Master's Award regarding JACQUELINE CUCCI's Bodily Injury Claim and Request for Appeal pursuant to Section 4.2.9 of the Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants (hereinafter "SETTLEMENT AGREEMENT"), and as grounds in support would state as follows:

1. This claim arises out of property and personal injury damages sustained as a result of Defendant's defective Chinese Dry Wall installed in Plaintiff, JACQUELINE CUCCI'S home.

TENDERED FOR FILING

FEB 26 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



2. Plaintiff, JACQUELINE CUCCI, submitted a bodily injury claim which was rejected by Special Master, Dan Balhoff. *Please see* Claimant ID 108045 and Claim ID 6126.
3. Plaintiff, JACQUELINE CUCCI, submitted all the required documents pursuant to Section 4.7.2 to prove her bodily injury claim. *Please see* Document ID 340823.
4. JACQUELINE CUCCI'S expert, Dr. Kaye H. Kilburn opined that Ms. Cucci's injuries are related to Defendants' Chinese Dry Wall and properly explained the scientific methods for reaching those conclusions as required by section 4.7.2.5 of the SETTLEMENT AGREEMENT.
5. Plaintiff, JACQUELINE CUCCI, objects to the Special Master's award regarding her bodily injury claim and hereby appeals the decision to this Honorable Court.
6. I hereby certify that I have conferred with the defense prior to filing this motion.

WHEREFORE, Plaintiff, JACQUELINE CUCCI, respectfully Objects to Special Master's Bodily injury award and hereby requests and appeal from said decision to this Honorable Court, and for any and other relief this Honorable Court deems just and proper.

DATED: febuary 25, 2016

Jacqueline Cucci

Jacqueline Cucci
94 Auburn Avenue
Shirley, NY 11967

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document on all counsel of record either in person, US Mail or electronic filing on this 25 day of febuary, 2016.

Jacqueline Cucci

Jacqueline Cucci




JACQUELINE CUCCI
(631) 801-4510
THE UPS STORE #6061
UNIT 32
999 MONTAUK HWY
SHIRLEY NY 11967-2155

0.1 LBS LTR 1
SHP WT: LTR
DATE: 25 FEB 2016

SHIP US COURTHOUSE
TO: UNITED STATES DISTRICT COURT
RM 151
500 POYDRAS ST
NEW ORLEANS LA 70130-3319



LA 701 9-22



UPS NEXT DAY AIR 1

TRACKING #: 1Z 8R8 73E 24 5269 9916







P/P
SIGNATURE REQUIRED

REF #2: AS

ISH 13.00N ZZP 450 72.5U 01/2016

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 0116

UNITED STATES DISTRICT COURT
500 POYDRAS ST
RM 151
NEW ORLEANS LA 70130

P: 1BOX S: TYELO I: 202
AR7 — 1440
1Z8R873E245269 9916 1030
CSS3MXL LANOR181 FEB 26 07:33:33 2016
US 7010 HIP 15.9.3 ZEBRAZM400

