IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| Case No. 09-7628<br>Payton et al v. Knauf Gips KG et al | ) ) ) | MAG. JUDGE WILKINSON |

## OBJECTION TO SPECIAL MASTER'S FINAL DETERMINATION FOR CLAIMANT LAUREL RUGGIANO BODILY INJURY CLAIM

NOW INTO COURT, through undersigned counsel, comes Claimant, LAUREL RUGGIANO, who respectfully moves this Honorable Court for an Order reversing the Special Master's Post Reconsideration Award of $0.00 for her bodily injury claim and represents as follows:

### SUMMARY OF ARGUMENT

1. Claimant, Laurel Ruggiano, was a Tenant as defined in section 1.76 of the Third Settlement Agreement. Section 1.76.

2. Claimant, Laurel Ruggiano, provided the required documentation as outlined in Section 4.7.2 of the Third Settlement Agreement and on January 13, 2015, the Settlement Administrator determined Laurel Ruggiano's eligibility for the Bodily Injury Claim and issued a resolution offer of $1,000.00. Claimant appealed to the Special Master. The Special Master awarded $0.00. Claimant requested a reconsideration on December 18, 2015.

3. On February 12, 2016, the Settlement Administrator provided Notice that the after the Special Master review of the Special Master Award Reconsideration, the Final Determination was still $0.00. Claimant is now appealing to the Court by filing this objection as set forth in paragraph 4.2.9 of the Third Amended Knauf Settlement Agreement.

## FACTUAL AND PROCEDURAL SUMMARY

4. On May 13, 2013, Laurel Ruggiano timely registered in the Chinese Drywall Settlement program.

5. On October 22, 2013, Laurel Ruggiano submitted a timely claim for Bodily Injury pursuant to Section 4.7.2.

6. On January 13, 2015, Laurel Ruggiano received an Other Loss Eligibility Notice with a resolution offer of $1,000.00.  See Exhibit A.

7. On February 11, 2015, Laurel Ruggiano did not accept the offer and requested a Special Master Award.

8. The Special Master Award was $0.00.

9. On December 18, 2015, Claimant requested a Reconsideration. See Exhibit B.

10. On February 12, 2016, the Post Reconsideration Award was $0.00. See Exhibit C.

11. Claimant submitted required medical records, pharmacy records, affidavit and expert report in support of her claim for Bodily Injury. See e.g., Brown Greer Doc IDs 127096, 127098, 127099, 127104, 127107, 127108, 127109, 12711, 127113, 127114, 127115, 127116, 127118, 127119, 162627, 267883, 270677, 272288.

## LEGAL ARGUMENT

12. Laurel Ruggiano complied with all requirements for a Bodily Injury Claim under the Knauf Settlement and received an initial issuance of a Notice of Eligibility on January 13, 2015.

13. The Special Master's Post Reconsideration Award of $0.00 is not consistent. At a minimum, Laurel Ruggiano's has demonstrated some damage for which recovery is appropriate pursuant to the Knauf Settlement for her Bodily Injury Claim and consequently should have been awarded an amount commensurate with those damages, subject to potential pro rata reduction.

## CONCLUSION

Wherefore, in short, Ms. Ruggiano is a "Class Member", was included in the Omnibus Complaint I, timely filed eligible claims for Bodily Injury and was initially determined to be eligible. Claimant respectfully objects to the Special Master Final Determination and requests Claimant's claim be re-evaluated.

Respectfully submitted on this 29th day of February, 2016.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama,
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Objection to Special Master's Final Determination of Laurel Rugiano's Bodily Injury Claim has been electronically uploaded to File and ServeXpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of February, 2016.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama,

Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
Attorneys for Plaintiff