# EXHIBIT C

Elizabeth Wiesend

| From: | CDWQuestions <CDWQuestions@browngreer.com> |
|---|---|
| Sent: | Friday, February 12, 2016 3:54 PM |
| To: | Elizabeth Wiesend |
| Subject: | Chinese Drywall Claim Final Determination: Bodily Injury |

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program. The Special Master reviewed the Special Master Award Reconsideration requests that you submitted and made a final determination.

The Final Determination for the claim(s) is listed below.

| Claimant ID | Claim ID | Claim Type | Special Master Award | Post Reconsideration Award |
|---|---|---|---|---|
| 100346 | 11917 | Bodily Injury | $0.00 | $0.00 |

Your only option at this time is to appeal this determination directly to the Court. You should consult Section 4.2.9 of the Third Amended Knauf Settlement Agreement for more information about the appeal process.

This notification may not include all claims for which you requested Reconsideration. The Settlement Administrator will issue notifications by claim type on a rolling basis.

Thank you,

Chinese Drywall Settlement Administrator
BROWNGREER PLC
P.O. Box 25401
Richmond, Virginia 23260
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1