# EXHIBIT B

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### REQUEST FOR RECONSIDERATION OF SPECIAL MASTER AWARD

| CLAIMANT ID | CLAIM ID | CLAIM TYPE | SPECIAL MASTER AWARD | AWARD AFTER POTENTIAL PRO RATA REDUCTION |
|---|---|---|---|---|
| 102011 | 6324 | Bodily Injury | $0.00 | $0.00 |

| RESPONSE DATE | BASIS OF REQUEST |
|---|---|
| 12/18/15 | See Statement Doc ID 340777 |