IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| Case No. 09-7628 Payton et al v. Knauf Gips KG et al | ) ) | MAG. JUDGE WILKINSON |

## OBJECTION TO SPECIAL MASTER'S FINAL DETERMINATION FOR CLAIMANT EVELYN HOWARD BODILY INJURY CLAIM

NOW INTO COURT, through undersigned counsel, comes Claimant, Evelyn Howard, who respectfully moves this Honorable Court for an Order reversing the Special Master's Post Reconsideration Award of $0.00 for her bodily injury claim and represents as follows:

### SUMMARY OF ARGUMENT

1. Claimant, Evelyn Howard, was a resident Owner as defined in section 1.1.21. of the Third Settlement Agreement

2. Claimant provided the required documentation and on January 13, 2015, the Settlement Administrator determined Evelyn Howard eligible for the Bodily Injury Claim and issued a resolution offer of $1,000.00. Claimant appealed to the Special Master. The Special Master awarded $0.00. Claimant requested a reconsideration on December 18, 2015.

3. On February 12, 2016, the Settlement Administrator provided Notice that the after the Special Master review of the Special Master Award Reconsideration, the Final Determination was still $0.00. Claimant is now appealing to the Court by filing this objection as set forth in paragraph 4.2.9 of the Third Amended Knauf Settlement Agreement.

## FACTUAL AND PROCEDURAL SUMMARY

4. On May 10, 2103, Evelyn Howard timely registered in the Chinese Drywall Settlement program.

5. On October 22, 2013, Evelyn Howard timely filed her claim for Bodily Injury pursuant to Section 4.7.2 .

6. On January 13, 2015, Evelyn Howard received an Other Loss Eligibility Notice with a resolution offer of $1,000.00. See Exhibit A.

7. On February 12, 2015, Claimant did not accept the offer and requested a Special Master Award. The Special Master Award was $0.00.

8. On December 18, 2015, Claimant requested Reconsideration of the Special Master Award. See Exhibit B.

9. On February 12, 2016, the Post Reconsideration Award was $0.00. See Exhibit C.

10. Claimant submitted medical records and an affidavit in support of her claim for Bodily Injury. See, e.g., Brown Greer Doc ID 164228; 268078; 268079; 299153.

## LEGAL ARGUMENT

11. Claimant complied with all requirements for a Bodily Injury Claim under the Knauf Settlement as indicated by the Settlement Administrator's initial issuance of the Bodily Injury Claim Eligibility Notice of January 13, 2015.

12. The Special Master's Post Reconsideration Award of $0.00 is not consistent. At a minimum, Claimant has demonstrated some damage for which recovery is appropriate pursuant to the Knauf Settlement for her Bodily Injury Claim and consequently should have been awarded an amount commensurate with those damages, subject to potential pro rata reduction.

## CONCLUSION

Wherefore, in short, Evelyn Howard is a "Class Member", was included in the Omnibus Complaint I, timely filed an eligible claim for Bodily Injury and was initially determined to be eligible. Claimant respectfully objects to the Special Master Final Determination and requests Claimant's claim be re-evaluated.

Respectfully submitted on this 29th day of February 2016.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama,
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Objection to Special Master's Final Determination of Evelyn Howard's Bodily Injury Claim has been electronically uploaded to File and ServeXpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of February, 2016.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama,
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801

Fort Lauderdale, FL 33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
Attorneys for Plaintiff