IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee's Motion for Leave to File Exhibits "A" and "B" to the "Master Letter" Attached to Notice by Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Exhibits "A" and "B" to the "Master Letter" Attached to Notice by Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee [Rec. Doc. 20096] be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 24th day of February, 2016.

_____
Eldon E. Fallon
United States District Court Judge