# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## NOTICE OF REQUEST FOR SPECIAL MASTER AWARD

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last: Bourgeois | First: Richard | Middle: L. |
| **Representative Claimant Name** | Last: | First: | Middle: |
| **Claimant ID** | 100060 | **Claim ID** | 8414 |
| **Claim Type** | Bodily Injury | **Affected Property ID** | 61 |
| **Affected Property Address** | Street: 10968 Shoreline Drive | | Unit: |
| | City: Baton Rouge | State: LA | Zip code: 70809 |
| **Law Firm** | Walters, Papillion, Thomas, Cullens LLC | | |

### II. BASIS OF REQUEST FOR SPECIAL MASTER AWARD

Use the space below to provide a statement detailing why the Resolution Offer is not sufficient to fully compensate you AND an itemized list of damages clearly demonstrating and supporting the actual losses claimed. Attach additional sheets as necessary. You are not permitted to submit additional documents in support of your request. The Special Master will review your request and will notify you once a determination has been made.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (866) 866-1729 or send an email to **CDWQuestions@browngreer.com**.

## IV. HOW TO SUBMIT THIS NOTICE

| | |
|---|---|
| **By Online Portal** (Submitted no later than 12:00 midnight local time on your submission deadline) | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail** (Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail** (Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email** (Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

| | | |
|---|---|---|
| Home | Back | Other Loss Eligibility Notice |
| News and Developments | | |
| Claims Administrator Procedures | | |
| Online Filing Tools | | |
| Settlement Agreements | | |
| Firm Administration | | |
| Claimant Management | | |
| Reporting | | |
| FAQ | | |
| Notices | | |
| Change Password / Email | | |
| Log Off | | |

**Claimant Information**

| | | | |
|---|---|---|---|
| Claimant ID: | 100060 | Name: | Bourgeois, Richard |
| Co-Owner: | | | |
| Represented By: | Walters, Papillion, Thomas, Cullens LLC | Business: | |
| Receives Mail: | No | Claimant Address: | 10968 Shoreline Drive Baton Rouge LA 70809 |

**Affected Property**

| | | | |
|---|---|---|---|
| Property ID: | 61 | ARH: | Yes |
| Street Address: | 10968 Shoreline Drive Baton Rouge, East Baton Rouge, LA 70809 | PP Participant: | No |

**Claim Information**

| | |
|---|---|
| Claim ID: | 8414 |
| Claim Type: | Bodily Injury |

[View Documents]

**Other Loss Eligibility Notice**

Click the Print/View Notice button to view the Other Loss Eligibility Notice.
You must click the View Notice button before responding to the Notice

[Print / View Notice]

◯ Accept Resolution Offer

⦿ Request Special Master Award

Deadline for Appeal : 02/12/2015 11:59 PM CST

**Basis of Request for Special Master Award:**

According to the medical affidavit from Dr. Goldstein which was submitted in support of Mr. Bourgeois' claim, Claimant's "allergic rhinitis was triggered and was significantly aggravated by the patient's exposure to CDW at his home." See detailed medical report dated August 20, 2013. The medical expenses and costs of acquiring and producing all medical and pharmacy records—including the mandatory medical report—to the CDW settlement program significantly exceed the $1,000.00 offer made to Claimant. Mr. Bourgeois' Bodily Injury claims—and related expenses—clearly exceed the $1,000.00 offer, and Richard Bourgeois respectfully

Max 2,000 characters

**NOTE: Use the space above to provide a statement detailing why the Resolution Offer is not sufficient to fully compensate you AND use the space to list your itemized damages clearly demonstrating and supporting the actual losses claimed. You are not permitted to submit additional documents in support of your request. The Special Master will review your request and will notify you once a determination has been made.

If you request a Special Master Award, the Resolution Offer listed on the Notice is no longer valid and the Special Master may award you an amount equal to or less than the Resolution Offer on this Notice.

[Submit] [Cancel]