# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

| REQUEST FOR RECONSIDERATION OF SPECIAL MASTER AWARD ||||| 
|---|---|---|---|---|
| **CLAIMANT ID** | **CLAIM ID** | **CLAIM TYPE** | **SPECIAL MASTER AWARD** | **AWARD AFTER POTENTIAL PRO RATA REDUCTION** |
| 100060 | 8414 | Bodily Injury | $0.00 | $0.00 |
| **RESPONSE DATE** | **BASIS OF REQUEST** |||| 
| 12/16/15 | Insufficient; $18,000 Counter Offer.<br><br>See Doc ID 340695 and 340694. ||||