

Edward J. Walters, Jr.*
Darrel J. Papillion
David Abboud Thomas
J. E. Cullens, Jr.*

Hayden A. Moore
Jennifer Wise Moroux
Reneé C. Crasto

Colleen C. Milfelt, Business Manager

*Board Certified in Civil Trial Advocacy
National Board of Trial Advocacy

**WALTERS, PAPILLION, THOMAS, CULLENS, LLC**

*ATTORNEYS AT LAW*

12345 Perkins Road
Building One
Baton Rouge, Louisiana 70810

Of Counsel:
John S. McLindon, LLC
Michelle M. Sorrells, LLC

*phone:* 225.236.3636
*fax:* 225.236.3650
*web:* www.lawbr.net

February 19, 2016

**VIA E-MAIL AND U.S. MAIL**

Special Master
Mr. John W. Perry, Jr.
Mr. Dan Balhoff
Perry, Atkinson
2141 Quail Run Drive
Baton Rouge, LA 70808

Settlement Class Counsel
Mr. Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Settlement Class Action
Mr. Russ M. Herman
Mr. Steve Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Knauf Defendants' Counsel
Mr. Kerry Miller
Baker Donelson
1100 Poydras Street
Suite 3600
New Orleans, LA 70163

    Re:    CDW Final Determinations
            Our File No.: 1098

Dear Counsel:

    I am writing to you to advise that my clients plan to file a formal OBJECTION with Judge Fallon to certain Final Determinations made by the Special Master, pursuant to Section 4.2.9 of the Third Amended Knauf Settlement Agreement.

Mr. John W. Perry, Jr.
Mr. Dan Balhoff
Mr. Arnold Levin
Mr. Russ M. Herman
Mr. Kerry Miller
February 19, 2016
Page 2


    Attached for your convenience and ease of reference, is a copy of the notice / email we received on February 12, 2016, advising my firm that all of my clients' BODILY INJURY claims were offered a "final" award of $0.00. Please be advised that the names of my clients are:

    Richard Bourgeois – Claimant ID: 100060
    Ray Bourgeois – Claimant ID: 100064
    Ray Bourgeois, III – Claimant ID: 100068
    Abigail Bourgeois – Claimant ID: 100066
    Joseph Bourgeois – Claimant ID: 100067
    David Holder – Claimant ID: 101617
    Jill Holder – Claimant ID: 101719

    On January 13, 2015, each of my clients were offered $1,000.00 to resolve their BODILY INJURY claims. We timely rejected this offer and asked for reconsideration and resubmitted the relevant affidavits, medical records, and sworn statements from a qualified physician that links each of my clients' temporary respiratory problems to their exposure to CDW. Without exception or doubt, each of my clients are upstanding, credible folks whose respiratory health was adversely effected (aggravated, if you will) by their transient exposure to CDW. None of them are claiming permanent bodily injury.

    Despite our compliance with applicable procedures, and despite our request for a meeting and/or explanation of the settlement offers previously made to us, at no time has anyone provided us with any type of explanation regarding the basis of prior offers—much less the current "take nothing" offers. And no one has ever met with or called me to discuss or explain the same.

    Pursuant to 4.2.9 of the Third Amended Knauf Settlement Agreement, before filing a formal OBJECTION with Judge Fallon, "an affected Class Member's Counsel" shall "meet and confer" with each and/or all of you "in an attempt to resolve such issue."

    Given that we only have fifteen (15) days from February 12, 2016, to take action, it is imperative that we discuss this matter as soon as possible. Under the circumstances, I suggest that we all participate in a telephone conference to discuss this matter on **Tuesday, February 23, 2016, at 3:00 pm, CST**:

        CALL-IN:     1-877-621-8636
        PASSCODE:  122515

    Of course, if this date and time does not work for you, please let me know so we can coordinate a better time for everyone.

Mr. John W. Perry, Jr.
Mr. Dan Balhoff
Mr. Arnold Levin
Mr. Russ M. Herman
Mr. Kerry Miller
February 19, 2016
Page 3

    Needless to say, but I certainly hope we can resolve these claims without the necessity of filing a formal OBJECTION with the Court.

    I look forward to hearing from each of you, and thank you for your time and consideration.

    As always, please call me if you have any questions or concerns.

                                   Sincerely,

                              WALTERS, PAPILLION,
                              THOMAS, CULLENS, LLC

                              J. E. Cullens, Jr.

JECjr/pos

cc:    Mr. Richard Bourgeois
        Mr. and Mrs. Ray Bourgeois
        Mr. and Mrs. David Holder
        Mr. Robert Roth
        Ms. Rebecca Langlois