

## CERTIFICATION OF MEDICAL RECORDS

TO WHOM IT MAY CONCERN:

This certification is to certify that, without exception, the attached is a true and complete copy of the medical records from:

The Baton Rouge Clinic, AMC

7373 Perkins Road

Baton Rouge, La 70808

Described in your request, as the duly authorized custodian of the medical records of patient

*Richard Bourgeais* .

These records were prepared by the personnel of this facility, medical staff members, or persons acting under the control of either, in the ordinary course of this facility's business at or near the time of the act, condition or event.

3.14.13

Date

*Chiquita Wicks*

Signature

## Result Notes

**Notes Recorded by Ronald L Boudreaux, MD on 1/29/2013 at 12:30 PM**
Normal comprehensive metabolic panel.
Proceed with CT- call for results.

## Results                                    Comprehensive metabolic panel (Order 3644847)

| **Comprehensive metabolic panel** | Status: Final result   MyChart: Not Released   Next appt with me: None |
| --- | --- |
| | Dx: Abnormal ultrasound of liver |

**Notes Recorded by Ronald L Boudreaux, MD on 1/29/2013 at 12:30 PM**
Normal comprehensive metabolic panel.
Proceed with CT- call for results.

| | Value | Range |
| --- | --- | --- |
| **Glucose** | 87 | <100 mg/dL |
| **BUN** | 20 | 6 - 22 mg/dL |
| **Creatinine, Ser** | 1.08 | 0.50 - 1.30 mg/dL |
| **Total Bilirubin** | 0.4 | 0.2 - 1.1 mg/dL |
| **Alkaline Phosphatase** | 69 | 42 - 121 IU/L |
| **AST** | 15 | 10 - 42 IU/L |
| **ALT** | 14 | 10 - 60 IU/L |
| **Calcium** | 9.3 | 8.4 - 10.5 mg/dL |
| **Sodium** | 138 | 134 - 146 meq/L |
| **Potassium** | 4.0 | 3.6 - 5.3 meq/L |
| **Chloride** | 103.0 | 98.0 - 111.0 meq/dL |
| **CO2** | 29 | 20 - 34 meq/L |
| **Total Protein** | 6.8 | 6.1 - 8.5 g/dL |
| **Albumin, Ser** | 4.6 | 3.2 - 5.5 g/dL |
| **EGFR** | 69 | |
| Resulting Agency | THE BATON ROUGE CLINIC LAB | |

Lab Flowsheet
Result Narrative

```
SLIGHT LIPEMIA
Epic:3644847 - COMPREHENSIVE METABOLIC PANEL
Fasting Normal Range
INTERPRETATION:
THE eGFR SHOULD BE MULTIPLIED BY 1.21 IN PATIENTS WHO ARE AFRICAN AMERICIAN.
THE eGFR VALUE SHOULD NOT BE USED IN PATIENTS WITH ACUTE RENAL FAILURE.
                        STAGE ONE/TWO    >60 eGFR
                        STAGE THREE    30-59 eGFR
                        STAGE FOUR     15-29 eGFR
                        STAGE FIVE       <15 eGFR .
```

| Order Details | View Encounter | Lab and Collection Details | Routing | Result History |
| --- | --- | --- | --- | --- |
| Specimen Collected: 01/24/13 3:49 PM | | Last Resulted: 01/25/13 9:18 AM | | |

## Reviewed by List

**BOUDREAUX, RONALD L.**   on Tue Jan 29, 2013 12:30 PM

| Encounter | Result Information |
| --- | --- |
| View Encounter | Status |

**Final result (1/25/2013 9:18 AM)**
Provider Status: Reviewed

## Lab Information

THE BATON ROUGE CLINIC LAB
7373 Perkins Road
BATON ROUGE, Louisiana 70808

| Results Routing Details for Order: 3644847 | |
|---|---|
| **Results contact on 1/25/13 - Final result** | |
| Outcome: | Routed using routing scheme |
| Routing Scheme Used: | CASSO ORDERING AND AUTH AND ENC PROVIDERS [2100000301] |
| Routing Scheme Line: | Default |
| Resulting User: | Lab In Hiseven Interface [EDILABIH] |
| Routing Instant: | Fri Jan 25, 2013 9:20 AM |
| Comments: | ptDat, eptDat, routingDAT respectively: 58684.98 58685 58685# |
| Current Status: | Routing Complete |
| Status History: | Result contact created Fri Jan 25, 2013 9:20 AM |
| | Routing started Fri Jan 25, 2013 9:20 AM |
| | Routing Complete Fri Jan 25, 2013 9:20 AM |
| In Basket Sent: | Message ID: 3799074 Recipients: |
| | Ronald L Boudreaux, MD [3075] |
| | Responsible: Yes |
| | Provider ID: 1321 (provider defined by Results Routing) |
| | Result routed to linked user 3075 using In Basket |
| **Results contact on 1/24/13 - In process** | |
| Outcome: | Result not sent |
| Resulting User: | Lab In Hiseven Interface [EDILABIH] |
| Routing Instant: | Thu Jan 24, 2013 3:51 PM |
| Comments: | An InBasket message was not sent because no results were filed |
| Current Status: | Routing Complete |
| Status History: | Result contact created Thu Jan 24, 2013 3:51 PM |
| | Routing Complete Thu Jan 24, 2013 3:51 PM |

## Comprehensive metabolic panel (Order 3644847)

Lab
: 3644847

Authorizing: **Ronald L Boudreaux, MD**
Department: **Brc Lab/Radiology Department**

Date: **1/24/2013**
Released **Brittney**
By: **Augustus**

### Order Information

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|---|
| 1/24/2013 3:13 PM | 1/24/2013 3:48 PM | 1/24/2013 | None |

### Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| None | None | Routine | Lab Collect - Baton Rouge Clinic |

### Associated Diagnoses

Abnormal ultrasound of liver [793.3]

### Reprint Requisition

COMPREHENSIVE METABOLIC PANEL (Order#3644847) on 1/24/13

### Collection Information

| Specimen Source | Collection Date | Collection Time | Resulting Agency |
|---|---|---|---|
| Vein | 1/24/2013 | 3:49 PM | THE BATON ROUGE CLINIC LAB |

### Department

| Name | Address | Phone |
|---|---|---|
| | | |

| BRC Lab and Radiology<br>Department | 7373 Perkins Road<br>Baton Rouge LA 70808 | 225-769-4044 |

**Order-Level Documents:**

There are no order-level documents.

**Priority and Order Details**

| Priority | Class |
|----------|-------|
| Routine | Lab Collect -<br>Baton Rouge<br>Clinic |

**Original Order**

| Ordered On | Ordered By |
|------------|------------|
| Thu Jan 24, 2013 3:13 PM | Ronald L Boudreaux, MD |

## Result Notes

**Notes Recorded by Michaelyn Brabham, NP on 10/10/2012 at 12:13 PM**
Normal uric acid level. Patient notified per phone.

## Results

Uric acid (Order 3644839)

| Uric acid | Status: **Final result**  MyChart: **Not Released**  Next appt with me: **None**  Dx: **Acute gout** |
|---|---|

**Notes Recorded by Michaelyn Brabham, NP on 10/10/2012 at 12:13 PM**
Normal uric acid level. Patient notified per phone.

| | Value | | Range |
|---|---|---|---|
| **Uric Acid** | **6.8** | | 3.0 - 8.0 mg/dL |
| Resulting Agency | THE BATON ROUGE CLINIC LAB | | |

Lab Flowsheet
Result Narrative

```
Epic:3644839 - URIC ACID
```

| Order Details | View Encounter | Lab and Collection Details | Routing | Result History |
|---|---|---|---|---|
| Specimen Collected: 10/10/12 8:42 AM | | Last Resulted: 10/10/12 11:20 AM | | |

## Reviewed by List

**BRABHAM, MICHAELYN**   on Wed Oct 10, 2012 12:13 PM

| Encounter | Result Information |
|---|---|
| View Encounter | Status<br>**Final result (10/10/2012 11:20 AM)**<br>Provider Status: **Reviewed** |

## Lab Information

THE BATON ROUGE CLINIC LAB
7373 Perkins Road
BATON ROUGE, Louisiana 70808

**Results Routing Details for Order: 3644839**
**Results contact on 10/10/12 - Final result**

| | |
|---|---|
| Outcome: | Routed using routing scheme |
| Routing Scheme Used: | CASSO ORDERING AND AUTH AND ENC PROVIDERS [2100000301] |
| Routing Scheme Line: | 1 |
| Resulting User: | Lab In Hiseven Interface [EDILABIH] |
| Routing Instant: | Wed Oct 10, 2012 11:21 AM |
| Comments: | ptDat, eptDat, routingDAT respectively: 58790.98 58791 58791# |
| Current Status: | Routing Complete |
| Status History: | Result contact created Wed Oct 10, 2012 11:21 AM<br>Routing started Wed Oct 10, 2012 11:21 AM<br>Routing Complete Wed Oct 10, 2012 11:21 AM |
| In Basket Sent: | Message ID: 1502643 Recipients:<br>Michaelyn Brabham, NP [3743]<br>Responsible: Yes<br>Provider ID: 3981 (provider defined by Results Routing)<br>Result routed to linked user 3743 using In Basket |

**Results contact on 10/10/12 - In process**

| | |
|---|---|
| Outcome: | Result not sent |
| Resulting User: | Lab In Hiseven Interface [EDILABIH] |
| Routing Instant: | Wed Oct 10, 2012 8:42 AM |
| Comments: | An InBasket message was not sent because no results were filed |
| Current Status: | Routing Complete |
| Status History: | Result contact created Wed Oct 10, 2012 8:42 AM<br>Routing Complete Wed Oct 10, 2012 8:42 AM |

| **Uric acid (Order 3644839)**<br>**Lab**<br>**: 3644839** | Authorizing: **Michaelyn Brabham, NP**<br>Department: **Brc Lab/Radiology**<br>**Department** | Date: **10/10/2012**<br>Released **Juville C. Solite**<br>By: |
|---|---|---|

## Order Information

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|---|
| 10/10/2012 8:25 AM | 10/10/2012 8:34 AM | 10/10/2012 | None |

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| None | None | Routine | Lab Collect - Baton Rouge Clinic |

## Associated Diagnoses

**Acute gout [274.01]**

## Reprint Requisition

URIC ACID (Order#3644839) on 10/10/12

## Collection Information

| Specimen Source | Collection Date | Collection Time | Resulting Agency |
|---|---|---|---|
| Vein | 10/10/2012 | 8:42 AM | THE BATON ROUGE CLINIC LAB |

## Department

| Name | Address | Phone |
|---|---|---|
| BRC Lab and Radiology Department | 7373 Perkins Road Baton Rouge LA 70808 | 225-769-4044 |

## Order-Level Documents:

There are no order-level documents.

## Priority and Order Details

| Priority | Class |
|---|---|
| Routine | Lab Collect - Baton Rouge Clinic |

## Original Order

| Ordered On | Ordered By |
|---|---|
| Wed Oct 10, 2012 8:25 AM | Michaelyn Brabham, NP |

## CT abdomen with and without contrast

Status: **Edited Result - FINAL**

### Study Result

Liver lesion on ultrasound. Possible hemangioma/Cr eatinine*

**** Amended by user acous on 02-08-2013 at 14:10.


Name:  BOURGEOIS, RICHARD L
Ref. Physician:      RONALD L BOUDREAUX

Age:   63   Y
Acct Number:  4506991


Date: 02/05/2013


CT ABDOMEN W/WO CONTRAST

No outside comparison studies are available for review.

The liver is normal in overall size and shape. A non-enhancing rounded 1 cm
area of low density is seen within the mid-portion of the right lobe. Difficult
to obtain density measurements, possibly due to volume-averaging. The remainder
of the liver, spleen, pancreas and both adrenal glands appear normal.
Gallbladder is present without bile duct dilatation. Abdominal aorta tapers
normally. Kidneys function without hydronephrosis. Extrinsic low-density mass
projects from the lateral aspect of the lower portion of the left kidney.
Again, volume-averaging makes it difficult to obtain an accurate density
measurement. Retroaortic left renal vein as an anatomic variant.

IMPRESSION:
1 cm rounded low-density mass in the mid-portion of the right lobe of the
liver. It does not enhance, but is difficult to obtain density measurements due
to volume-averaging. 1 cm irregular-shaped area of low density projects from
the inferior aspect of the lateral portion of the left kidney. Followup
ultrasound examination for re-evaluation of these two masses recommended to
document stability.

Dictated and Electronically Signed By:
Jacques deLaBretonne, MD Richard Hanson, MD
02/05/2013 02/08/2013

Transcribed by:       acous
Transcribed on:       02/05/2013

ADDENDUM:  Upon further review, a formal dynamic CT of the liver was performed.
On delayed imaging, this low-density nodule in the central aspect of the liver
does fill in from its periphery and on 5-minute delayed imaging, the nodule
completely disappears. Findings are consistent with cavernous hemangioma. He
apparently had an ultrasound at the urologist a few days ago. Was this nodule
hyperechoic?

Richard Hanson, M.D./amc
D/T:  2/8/13

## Imaging

CT abdomen with and without contrast (Order #5878911) on 2/5/2013 - Imaging Information

## Result History

CT ABDOMEN W WO CONTRAST (Order#5878911) on 2/8/13 - Order Result History Report.

## Signed by

| Signed | Date/Time | | Phone | Pager |
|---|---|---|---|---|
| **DELABRETONNE, JACQUES A** | 2/05/2013 | 09:03 | 225-769-9337 | |
| **HANSON, RICHARD** | 2/08/2013 | 09:03 | 225-246-4479 | |

## Exam Information

| | | Exam | | Exam |
|---|---|---|---|---|
| Status | | Begun | | Ended |
| Final [99] | | 2/05/2013  07:56 | | |

## Reviewed by

| | |
|---|---|
| **BOUDREAUX, RONALD L.** | Thu Feb 7, 2013 5:02 PM |
| **BOUDREAUX, RONALD L.** | Mon Feb 11, 2013 1:36 PM |

## External Result Report

| External Result Report | **Encounter** |
|---|---|
| | View Encounter |

## Result Notes

**Notes Recorded by Ronald L Boudreaux, MD on 2/11/2013 at 1:36 PM**
Addendum on CT shows that lesion in the right lobe of the liver is indeed a cavernous hemangioma.
Patient scheduled for colonoscopy tomorrow
----

**Notes Recorded by Ronald L Boudreaux, MD on 2/7/2013 at 5:01 PM**
CT shows a 1 cm low-density mass in the right lobe of the liver. This does not enhance.
There is also a 1 cm irregular shaped low-density area in the left lateral kidney. We'll send copy to Dr. James
Morris patient's Urologist.
Patient is scheduled for colonoscopy Tuesday.
If this is unremarkable will proceed with MRI of the liver to further evaluate right liver lesion.

| **CT abdomen with and without contrast (Order 5878911)** | Authorizing: **Ronald L Boudreaux, MD** | Date: **2/5/2013** |
|---|---|---|
| **Imaging : 5878911** | Department: **Brc Lab/Radiology Department** | Ordering: **External Ris In Interface** |

## Order Information

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|---|
| 2/5/2013  7:56 AM | None | 2/5/2013  7:56 AM | None |

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| None | None | Routine | Normal |

## Collection Information

| Collection Date | Collection Time | Resulting Agency |
|---|---|---|
| 2/5/2013 | 7:56 AM | THE BATON ROUGE CLINIC RADIOLOGY DEPARTMENT |

## Department

| Name | Address | Phone |
|---|---|---|
| BRC Lab and Radiology | 7373 Perkins Road | 225-769-4044 |

Department                 Baton Rouge LA 70808

**Order-Level Documents:**

There are no order-level documents.

**Reprint Requisition**

CT ABDOMEN W WO CONTRAST (Order#5878911) on 2/5/13

## Results

HM COLONOSCOPY (Order 5878912)

**Result Information**

| | |
|---|---|
| Status | Provider Status |
| **Final result (2/12/2013)** | Open |

## Order

HM COLONOSCOPY [HM4] (Order 5878912)

**Order Providers**

| | |
|---|---|
| Authorizing | Encounter |
| Historical Provider | Ronald L Boudreaux |

**Comments**

This external order was created through the Results Console.

**Additional Information**

Associated Reports
View Encounter
Priority and Order Details

## Progress Notes

Richard L Bourgeois Sr. (MR# 434443)

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Ronald L Boudreaux, MD | Signed | Ronald L Boudreaux, MD | 1/24/2013 3:14 PM |

### Progress Notes

Patient is a 63-year-old white male known to me. Patient had a colonoscopy done in 9 of 2007 that showed a small adenoma. He was recommended he have repeat colonoscopy in 5 years. Patient is due for colonoscopy now.

Patient was referred also for evaluation by Dr. James Morris (urology). Patient had ultrasound of the kidneys done that showed a questionable liver lesion. This was felt to possibly be a hemangioma. Patient was also noted to have an elevated PSA. He was started on Cipro for possible prostate infection. He's to followup with Dr. Moore next month for further evaluation.

Patient feels good at this time.
Patient is a good appetite without weight loss
No nausea or vomiting
No heartburn, indigestion or dysphagia.
No abdominal pain or swelling.
Regular bowel movements without constipation or diarrhea. No blood with bowel movements
No fever, chills or rashes.
No chest pain, shortness of breath or peripheral edema

The following portions of the patient's history were reviewed and updated as appropriate:
He has a past medical history of Personal history of kidney stones; Colon polyp; and Glaucoma (increased eye pressure).
He does not have any pertinent problems on file.
He has past surgical history that includes Tonsillectomy; Colonoscopy (09/25/2007); and Knee surgery.
His family history includes Colon cancer in his maternal grandmother.
He reports that he has never smoked. He has never used smokeless tobacco. He reports that he does not drink alcohol. His drug history not on file.
He has a current medication list which includes the following prescription(s): ciprofloxacin and combigan.
No current outpatient prescriptions on file prior to visit.

He is allergic to sulfa (sulfonamide antibiotics)..

Vital signs stable
No apparent distress, no jaundice
Lungs- clear
Heart - regular rate and rhythm
Abdomen- soft, nontender, positive bowel sounds, no hepatosplenomegaly
Extremities no edema

Assessment
History of adenomatous colon polyp. Time for followup colonoscopy

Liver lesion on ultrasound. Possible hemangioma. He to rule out significant liver lesion.

Plan
Liver panel
Schedule colonoscopy
No aspirin or anti-inflammatory agent
Discuss risk and benefit with patient

## Progress Notes

Richard L Bourgeois Sr. (MR# 434443)

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|--------|-------------|------------------|----------------------|
| Michaelyn Brabham, NP | Signed | Michaelyn Brabham, NP | 10/10/2012 8:37 AM |

### Progress Notes

#### Subjective:

**Patient ID:** Richard L Bourgeois Sr. is a 63 y.o. male.

HPI
Patient presents after acute gout episode last week (great toe of right foot). He was treated by podiatry with a Medrol Dosepak. Symptoms have resolved, and he has no pain today or swelling of the first metatarsal joint. Podiatry advised him to see PCP for uric acid level today.

The following portions of the patient's history were reviewed and updated as appropriate:
He has a past medical history of Personal history of kidney stones.
He does not have a problem list on file.
He has past surgical history that includes Tonsillectomy.
His family history is not on file.
He reports that he has never smoked. He does not have any smokeless tobacco history on file. He reports that he does not drink alcohol. His drug history not on file.
No current outpatient prescriptions on file prior to visit.

He is allergic to sulfa (sulfonamide antibiotics)..

Review of Systems
**Constitutional:** Denies fever or chills
**Eyes:** Denies change in visual acuity
**HENT:** Denies nasal congestion or sore throat
**Respiratory:** Denies cough or shortness of breath
**Cardiovascular:** Denies chest pain or edema
**GI:** Denies abdominal pain, nausea, vomiting, bloody stools or diarrhea
**GU:** Denies dysuria
**Musculoskeletal:** Denies back pain or joint pain
**Integument:** Denies rash
**Neurologic:** Denies headache, focal weakness or sensory changes
**Endocrine:** Denies polyuria or polydipsia
**Lymphatic:** Denies swollen glands
**Psychiatric:** Denies depression or anxiety

#### Objective:
Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion.
    **First metatarsal joint mildly swollen. No redness or pain to palpation. Full ROM. Good capillary refill.**
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.

Psychiatric: He has a normal mood and affect. His behavior is normal.

MDM

**Assessment:**

**1. Acute gout**                    Uric acid

**Plan:**

Richard was seen today for gout.

Diagnoses and associated orders for this visit:

**Acute gout**
- Uric acid; Future
- Will phone patient with results. Explained diet of low purine foods. Handout given.

```
Account: 4506991                                Group: 1                   Page: 1
BOURGEOIS, RICHARD L SR                         THE BATON ROUGE CLINIC, AMC
10968 SHORELINE DR                              7373 PERKINS ROAD
BATON ROUGE LA 70809                            BATON ROUGE, LA 70808-4326

                                                IRS #: 721111417
Phone: 2252722508        cgibs      03/11/13    Phone: 225-246-9304
----------------------------------------------------------------------------------
Typ Doc  Loc Pt Code     Description     Date  T    Debit      Credit    Balance
1   63   2   1  00020    COPAY-CASH      120205 P     .00      20.00-     20.00-
220 63   2   1  99213.25 ESTAB PT OV, EXP 120205 C   75.00       .00      55.00
  Ref Ph: LIEUX, RICHARD          Hosp:
  Case:                  Diag:786.2
220 63   2   1  01101    PAYMENT-BLUE CRO 122105 P     .00      35.79-     19.21
220 63   2   1  03004    DISCOUNT-BLUE CR 122105 A     .00      19.21-       .00
220 63   2   1  07204    COPAY AMT DUE BY 122105 A     .00        .00       .00
1   63   2   1  02106    COPAY-CREDIT CAR 080207 P     .00      30.00-     30.00-
220 58   2   1  99213    ESTAB PT OV, EXP 090507 C   98.00       .00      68.00
  Ref Ph: BOUDREAUX, RONALD       Hosp:
  Case:                  Diag:787.91
220 58   2   1  01101    PAYMENT-BLUE CRO 092607 P     .00      28.58-     39.42
220 58   2   1  03004    DISCOUNT-BLUE CR 092607 A     .00      39.42-       .00
220 58   2   1  06013    PT RESP/DED/COPA 092607 A     .00        .00       .00
1   58   2   1  02106    COPAY-CREDIT CAR 090607 P     .00      30.00-     30.00-
220 58   6   1  45380    COLONOSCOPY AND  092507 C  875.00       .00     845.00
  Ref Ph: BOUDREAUX, RONALD       Hosp: LOUISIANA ENDOSCOPY  09/25/07
  Case:                  Diag:211.3
220 58   6   1  03004    DISCOUNT-BLUE CR 101707 A     .00     391.16-    453.84
220 58   6   1  06013    PT RESP/DED/COPA 101707 A     .00        .00     453.84
1   58   2   1  00007    PAYMENT/CREDIT C 101607 P     .00     385.00-     68.84
1   999  2   1  00007    PAYMENT/CREDIT C 112107 P     .00      68.84-       .00
220 63   2   1  99213    ESTAB PT OV, EXP 020409 C   98.00       .00      98.00
  Ref Ph: LIEUX, RICHARD          Hosp:
  Case:                  Diag:461.9
220 63   2   1  01101    PAYMENT-BLUE CRO 022509 P     .00      41.87-     56.13
220 63   2   1  03004    DISCOUNT-BLUE CR 022509 A     .00      26.13-     30.00
220 63   2   1  06013    PT RESP/DED/COPA 022509 A     .00        .00     30.00
1   63   2   1  02106    COPAY-CREDIT CAR 020509 P     .00      30.00-       .00
1   999  2   1  00003    PERSONAL PAYMENT 032309 P     .00      30.00-     30.00-
1   63   2   1  02106    COPAY-CREDIT CAR 050409 P     .00      30.00-     60.00-
220 63   2   1  99213    ESTAB PT OV, EXP 050409 C   98.00       .00      38.00
  Ref Ph: LIEUX, RICHARD          Hosp:
  Case:                  Diag:461.9
220 63   2   1  01101    PAYMENT-BLUE CRO 052009 P     .00      41.87-      3.87-
220 63   2   1  03004    DISCOUNT-BLUE CR 052009 A     .00      26.13-     30.00-
220 63   2   1  06013    PT RESP/DED/COPA 052009 A     .00        .00     30.00-
1   999  2   1  07351    REFUND TO PT     070209 A   30.00       .00        .00
1   63   2   1  02106    COPAY-CREDIT CAR 081309 P     .00      30.00-     30.00-
220 63   2   1  99213    ESTAB PT OV, EXP 081309 C   98.00       .00      68.00
  Ref Ph: LIEUX, RICHARD          Hosp:
  Case:                  Diag:786.2
220 63   2   1  01101    PAYMENT-BLUE CRO 090209 P     .00      41.87-     26.13
220 63   2   1  03004    DISCOUNT-BLUE CR 090209 A     .00      26.13-       .00
220 63   2   1  06013    PT RESP/DED/COPA 090209 A     .00        .00       .00
1   63   2   1  02106    COPAY-CREDIT CAR 033110 P     .00      30.00-     30.00-
220 63   2   1  99213    ESTAB PT OV, EXP 033110 C   98.00       .00      68.00
  Ref Ph: LIEUX, RICHARD          Hosp:
  Case:                  Diag:530.81
220 63   2   1  01101    PAYMENT-BLUE CRO 042110 P     .00      41.87-     26.13
220 63   2   1  03004    DISCOUNT-BLUE CR 042110 A     .00      26.13-       .00
```

```
Account: 4506991                              Group: 1                    Page: 2
BOURGEOIS, RICHARD L SR                       THE BATON ROUGE CLINIC, AMC
10968 SHORELINE DR                            7373 PERKINS ROAD
BATON ROUGE LA 70809                          BATON ROUGE, LA 70808-4326

                                              IRS #: 721111417
Phone: 2252722508       cgibs      03/11/13   Phone: 225-246-9304
--------------------------------------------------------------------------------
Typ Doc  Loc Pt Code    Description     Date  T     Debit     Credit    Balance
220 63    2  1  06013   PT RESP/DED/COPA 042110 A      .00        .00        .00
1   63    2  1  02106   COPAY-CREDIT CAR 083011 P      .00      30.00-    30.00-
220 63    2  1  99213   ESTAB PT OV, EXP 083011 C   117.00        .00      87.00
  Ref Ph: LIEUX, RICHARD        Hosp:
  Case:              Diag:354.0
220 63    2  1  01101   PAYMENT-BLUE CRO 091411 P      .00      42.88-     44.12
220 63    2  1  03004   DISCOUNT-BLUE CR 091411 A      .00      44.12-       .00
220 63    2  1  06013   PT RESP/DED/COPA 091411 A      .00        .00        .00
                                                                     -----------
BT: 1   PRIVATE PAY                           Ending Balance---->          .00

--Current----30 days----60 days----90 days----120 days---150 days---180 days----
       .00          .00         .00         .00          .00         .00        .00
--------------------------------------------------------------------------------
                                              Report Balance--->           .00
```

```
Account: 4506991                          Group: 1                    Page: 1
BOURGEOIS, RICHARD L SR                   THE BATON ROUGE CLINIC, AMC
10968 SHORELINE DR                        7373 PERKINS ROAD
BATON ROUGE LA 70809                      BATON ROUGE, LA 70808-4326

                                          IRS #: 721111417
Phone: 2252722508       cgibs      03/11/13   Phone: 225-246-9304
------------------------------------------------------------------------------
Typ Doc  Loc Pt Code     Description      Date  T    Debit    Credit   Balance
220 63    2   1 90782    THER/DIAG INJ SU 120205 C    41.00      .00     41.00
  Ref Ph: LIEUX, RICHARD          Hosp:
  Case:              Diag:786.2
220 63    2   1 01101    PAYMENT-BLUE CRO 122105 P      .00    24.88-    16.12
220 63    2   1 03004    DISCOUNT-BLUE CR 122105 A      .00    16.12-      .00
220 63    2   1 1000F    PQRI - SMOKING S 033110 C      .00      .00       .00
220 63    2   1 1036F    PQRI - NON SMOKE 033110 C      .00      .00       .00
  Ref Ph: LIEUX, RICHARD          Hosp:
  Case:              Diag:530.81
220 63    2              #062958106 >001 042910 A      .00      .00       .00
220 63    2   1 N0200    NON SMOKER       083011 C      .00      .00       .00
  Ref Ph: LIEUX, RICHARD          Hosp:
  Case:              Diag:354.0
220 98    2   1 93880    DUPLEX SCAN VAS  090111 C   368.00      .00    368.00
  Ref Ph: LIEUX, RICHARD          Hosp:
  Case:              Diag:719.42
220 98    2   1 01101    PAYMENT-BLUE CRO 092111 P      .00   228.44-   139.56
220 98    2   1 03004    DISCOUNT-BLUE CR 092111 A      .00   139.56-      .00
220 63    2              #072004901 >001 092211 A      .00      .00       .00
                                                            -----------
BT: 220 BLUE CROSS                        Ending Balance---->          .00

--Current----30 days----60 days----90 days----120 days---150 days---180 days----
       .00          .00          .00          .00          .00          .00          .00
------------------------------------------------------------------------------
                                          Report Balance--->           .00
```

## The Baton Rouge Clinic, AMC

## Internal Medicine Progress Note

| Name: BOURGEOIS, RICHARD L SR | Age: 82 | 8/30/2011 | BRC Account #: 4508981 | Pt Phone #: 2252722508 | DR#: 63 |
|---|---|---|---|---|---|

| Vaccine | Date | Screening | Date & Result | Chol Frac | 8/2/2007 212 / 161 / 52 / 143 / 4.08 |
|---|---|---|---|---|---|
| Zostavax | | PSA | 8/2/2007 0.90 | | |
| Flu | | Colon | 9/25/2007 | | |
| Tdap/Td | | | | | |

**Reason For Visit:** LT LEG/ARM NUMB

Working in yard I will my arm developed L LE numbness / Tingling. — Also has had
L LLE numbness — & weakness. "Felt cold" — & slurred speech, & no
& gait instability. — & urinary disturbance. — held down wssha word for
Long period of Time. — paresthesia nor is any position disturbances —
— nor -- ASA -

**Circle Symptoms:**

| Fever/Chills | Weight Gain | Weight Loss | Fatigue | Night Sweats | Anxiety/Depression | Insomnia |
|---|---|---|---|---|---|---|
| Headache | Vision Change | Sinus Drainage | Shortness of Breath | Cough | Wheezing | |
| Chest Pain | Palpitations | Edema | Joint Pain | Muscle Pain | Rash | Itching |
| Nausea/Vomiting | Diarrhea | Constipation | Rectal Blood | Black Stools | Abdominal Pain | |
| Blood in urine | Painful urination | Frequent urination | Persistant thirst | Urinate over 2 times at night | | Hives |

| Past Medical History: | Past Surgical History: | Current Medications: | Family History: |
|---|---|---|---|
| GERD | | Bactrim DS 800 mg-160 mg Tab   2/22/2011 | |
| | | phenyleph-promethazine-cod 5 mg-6.25 mg-...   5/4/2009 | |
| | | cefuroxime axetil 250 mg Tab   5/4/2009 | |
| | | Zyrtec eye drops | |
| | | | **Drug Allergies:** Sulfa |

**Vital Signs** BP: Yes 145   P:   T:   R:

**Vital Signs** Wt: 154   Ht:   BMI:   O2 Sat:

**Tobacco:** Non Smoker

**Alcohol Use:**

| General Appearance: | Thin: | Ovrwt: | WDWN: | Affect Nml: |
|---|---|---|---|---|
| HEENT: | PERRL: | Thrt Nml: | TM's Nml: | Conjuntiva Nml: | Nasal Mucosa Nml: | Teeth Good Repair: |

**Neck:**   Supple:   No JVD:   No Cartoid Bruits:   Thyroid Nml:   No Lymph Nodes/Masses:

**Chest:**   Lungs Clear:   Breast Exam Normal:   Skin Nml:

**C-V:**   Reg. Rte & Rythm:   No Murmurs:   No Gallops:   Radial Intact:   DP/Post Tib Intact:

**ABD:**   No Masses:   No Organomegaly:   Non-Tender:   Bowel Sounds Active:   No Bruits:   Rectal Nml:

**Extremities:**   Joints:   RUE   LUE   RLE   LLE   No Edema:

**Neuro:**   Alert:   CN Intact:   Sensory Nml:   Motor Nml:   DTR's Nml:   Monofilament   R:   L:

1 Tinel's
2 median
N. —

Labs Discussed [ ]
X-ray(s) Discussed [ ]

**IMPRESSION:** 1 CTS –

2 LLE numbness – ? etiology

**PLAN:** 1) cock. splints
   & MRI brain & c-spine
   3) carotid u/s
   4) ASA 81 1o
   5) eye symptom
   6) Mobic 15 mg 1o #P

| To Dr | RE: | RTC: | Wks/Mos | MD Sig: | [ ]See Reverse |
|---|---|---|---|---|---|

V. 1.0.0.192

LIEUX, T RICHARD JR MD

## The Baton Rouge Clinic, AMC

## Internal Medicine Progress Note

| Name: DUBUISSON, RICHARD L SR | Age: 58 | 3/31/2010 | BRC Account #: 4586991 | Pt Phone #: 2252722508 | DR#: 63 |
|---|---|---|---|---|---|

| Vaccine | Date | Screening | Date & Result | Chol Frac | 8/2/2001 212 / 101 / 52 / 140 / 4.08 |
|---|---|---|---|---|---|
| Zostavax | | PSA | 8/2/2007 0.90 | | |
| Flu | | Colon | 9/25/2007 | | |
| Tdap/Td | | | | | |

**Reason For Visit:** REFLUX

c/o severe reflux — wakes at night ē sour taste — ① STATIS — ④ bolus
Anacest —

### Circle Symptoms:

| | | | | | | |
|---|---|---|---|---|---|---|
| Fever/Chills | Weight Gain | Weight Loss | Fatigue | Night Sweats | Anxiety/Depression | Insomnia |
| Headache | Vision Change | Sinus Drainage | Shortness of Breath | Cough | Wheezing | |
| Chest Pain | Palpitations | Edema | Joint Pain | Muscle Pain | Rash | Itching |
| Nausea/Vomiting | Diarrhea | Constipation | Rectal Blood | Black Stools | Abdominal Pain | |
| Blood in urine | Painful urination | Frequent urination | Persistant thirst | Urinate over 2 times at night | | Hives |

| Past Medical History: | Past Surgical History: | Current Medications: | Family History: |
|---|---|---|---|
| Hyperlipidemia | | Calcmime Axril tablet, 250 mg 05/04/2009 | |
| | | Promethazine VC with Codeine syrup, 10 mg-... 05/04/2009 | |
| | | VALTREX tablet, 1 g 02/04/2009 | |
| | | | |
| | | | Drug Allergies: Sulfa |

Vital Signs BP: 130/80   P:   T:   R:   Tobacco: No Info

Vital Signs Wt:   Ht:   BMI:   O2 Sat:   Alcohol Use:

| General Appearance: | Thin: | Ovrwt: | WDWN: | Affect Nml: | |
|---|---|---|---|---|---|

HEENT:  PERRL:  Thrt Nml:  TM's Nml:  Conjuntiva Nml:  Nasal Mucosa Nml:  Teeth Good Repair:

Neck:  Supple:  No JVD:  No Cartoid Bruts:  Thyroid Nml:  No Lymph Nodes/Masses:

Chest:  Lungs Clear:  Breast Exam Normal:  Skin Nml:

C-V:  Reg. Rte & Rythm:  No Murmurs:  No Gallops:  Radial Intact:  DP/Post Tib Intact:

ABD:  No Masses:  No Organomegaly:  Non-Tender:  Bowel Sounds Active:  No Bruits:  Rectal Nml:

Extremities:  Joints:  RUE  LUE  RLE  LLE  No Edema:

Neuro:  Alert  CN Intact  Sensory Nml:  Motor Nml:  DTR's Nml:  Monofilament:  R:  L:

Labs Discussed [ ]

X-ray(s) Discussed [ ]

**IMPRESSION:** 1) GERD

**PLAN:** Kapidex 60/10 ...

| To Dr | RE: | RTC: | Wks/Mos | MD Sig: | [ ]See Reverse |
|---|---|---|---|---|---|

LIEUX, T RICHARD JR MD

BRC-143B

## THE BATON ROUGE CLINIC, AMC
## INTERNAL MEDICINE PROGRESS NOTES

Name: Bourgeois, Richard   Age: ____ Date: 8/3/09   BRC Account #: 4506991   DR #: 63

Reason(s) for Visit: Cough

c/o persistent cough x years (1½ year) - Robitussin - chronic dywell - home -
- ② wheezing -

| | | | | | |
|---|---|---|---|---|---|
| **Circle Symptoms** | Fever / Chills | Headaches | Cough | Nausea/ Vomiting | Chest Pain |
| | Weight Gain | Change in Vision | Short of Breath | Abdominal Pain | Palpitations |
| | Weight Loss | Sinus Drainage | Wheezing | Diarrhea | |
| | Night Sweats | | | Constipation | Frequency |
| | Fatigue | Muscle Ache | Insomnia | Hematochezia | Nocturia |
| | Rash | Joint Pain | Anxiety | Melena | Hematuria |
| | Itching | Leg Swelling | Depression | | Dysuria |

**Past Medical History:** _____

**Current Medications or ☐ see medication list:** _____

**FAMILY HISTORY (Circle if positive)**

Cancer (Type): _____
Hypertension: _____
Heart Disease: _____
High Cholesterol: _____
Diabetes: _____
OTHER: _____

**Alcohol Use:** _____

**Drug Allergies:** ☐ No known allergies ☐ See Allergy List
Sulfa

**VITAL SIGNS** B/P: 130/08 P: ____ T: 98.5 R: ____ Wt: 191 Ht: ____ BMI: ____

**TOBACCO USE:** ☐Never   ☐Current ____ PPD X ____ years   ☐Prior

**Counseling:** < 3 min. ( no charge) ☐   3-10 min. (G0375) ☐   >10 min. (G0376) ☐

**GENERAL APPEARANCE:**
Thin: ____   Ovr wt: ____   WDWN: ____

**HEENT:** PERRL: ✓   Thrt Nml: ✓   TM's Nml: ✓   Conjunctiva nml: ____   Nasal mucosa nml: ____   Teeth Good Repair: ____
Abnormal Findings: _____

**Other Findings:**

**NECK:** Supple: ✓   No JVD: ____   No carotid bruits: ____   Thyroid normal: ____   No lymph nodes/masses. ____
Abnormal Findings: _____

**CHEST:** Lungs Clear: ✓   Breast Exam Normal: ____   Abnormal Findings: _____

**C-V:**
Reg. Rte & Rythm: ✓   No Murmurs: ____   No Gallops: ____
Abnormal Findings: _____

**EXTREMITIES:**
DP & PT intact: ____   Radial Intact: ____   No edema: ____
Monofilament: ____

**ABD:** No masses: ____   No organomegaly: ____   Non- tender: ____   Bowel Sounds Active: ____   No Bruits: ____   Rectal Nml: ____
Abnormal Findings: _____

**NEURO:** Alert: ____   CN intact: ____   Sensory Nml: ____   Motor Nml: ____   DTR's Nml: ✓
Abnormal Findings: _____

**IMPRESSION/PLAN:** 1) Toxic exposure

① ↑ PFTs - co/lis
② ↑ CBC, CH-12, TSH
Heavy metal screen

**RETURN TO CLINIC:** _____   **PHYSICIAN'S SIGNATURE: X** _____
*(FOR DIABETIC PATIENTS SEE BACK OF THIS PAGE)*

BRC-143B

### THE BATON ROUGE CLINIC, AMC
### INTERNAL MEDICINE PROGRESS NOTES

**Name:** Richard Bourgeois **Age:** _____ **Date:** 5-4-09 **BRC Account #** 4506991 **DR#:** 63

**Reason(s) for Visit:** cold

_handwritten notes_

| Circle Symptoms | | | | |
|---|---|---|---|---|
| Fever / Chills | Headaches | Cough | Nausea/ Vomiting | Chest Pain |
| Weight Gain | Change in Vision | Short of Breath | Abdominal Pain | Palpitations |
| Weight Loss | Sinus Drainage | Wheezing | Diarrhea | |
| Night Sweats | | | Constipation | Frequency |
| Fatigue | Muscle Ache | Insomnia | Hematochezia | Nocturia |
| Rash | Joint Pain | Anxiety | Melena | Hematuria |
| Itching | Leg Swelling | Depression | | Dysuria |

**Past Medical History:** _____

**Current Medications or ☐ see medication list:** Ø

**FAMILY HISTORY** *(Circle if positive)*
Cancer (Type): _____
Hypertension: _____
Heart Disease: _____
High Cholesterol: _____
Diabetes: _____
OTHER: _____
Alcohol Use: _____
**Drug Allergies:** ☐ No known allergies ☐ See Allergy List   Sulfa

**VITAL SIGNS** B/P: 114/80  P: _____  T: 96.0  R: _____  Wt: 193  Ht: _____  BMI: _____  **GENERAL APPEARANCE:** Thin: _____  Ovr wt: _____  WDWN: _____

**TOBACCO USE:** ☐ Never  ☐ Current _____ PPD X _____ years  ☐ Prior _____
**Counseling:** < 3 min. ( no charge) ☐   3-10 min. (G0375) ☐   >10 min. (G0376) ☐

**HEENT:** PERRL: ✓  Thrt Nml: ✓  TM's Nml: _____  Conjunctiva nml: _____  Nasal mucosa nml: _____  Teeth Good Repair: _____
**Abnormal Findings:** _____  6 gm D/c

**NECK:** Supple: ✓  No JVD: _____  No carotid bruits: _____  Thyroid normal: _____  No lymph nodes/masses: _____
**Abnormal Findings:** _____

**CHEST:** Lungs Clear: ✓  Breast Exam Normal: _____  Abnormal Findings: _____

**C-V:** Reg. Rte & Rythm: _____  No Murmurs: _____  No Gallops: _____
**Abnormal Findings:** _____
**EXTREMITIES:** DP & PT intact: _____  Radial Intact: _____  No edema: _____  Monofilament: _____

**ABD:** No masses: _____  No organomegaly: _____  Non-tender: _____  Bowel Sounds Active: _____  No Bruits: _____  Rectal Nml: _____
**Abnormal Findings:** _____

**NEURO:** Alert: _____  CN intact: _____  Sensory Nml: _____  Motor Nml: _____  DTR's Nml: _____
**Abnormal Findings:** _____

**Other Findings:**

**IMPRESSION/PLAN:** ① Sinusitis
① Ceftin 250 BID #14
② Phenergan VC c̄ codeine

**RETURN TO CLINIC:** _____  **PHYSICIAN'S SIGNATURE: X** _____
*(FOR DIABETIC PATIENTS SEE BACK OF THIS PAGE)*

**The Baton Rouge Clinic, AMC**                          **Internal Medicine Progress Note**

| Name: BOURGEOIS, RICHARD L SR | Age: 59 | 2/8/2006 | BRC Account #: 4506991 | Pt Phone #: 2252722506 | DR#: 63 |
|---|---|---|---|---|---|

| Vaccine | Date | Screening | Date & Result | Chol Frac | 8/2/2007 202 / 101 / 93 / 100 / 4.30 |
|---|---|---|---|---|---|
| Tdap/Td | | PSA | 8/2/2007 0.90 | | |
| Flu | | Colon | 9/25/2001 | | |
| | | | | Tobacco: | No Info |

**Reason For Visit:**   BAD COLD, FEVER

c/o sinus cgc 15 - x 6 dys - ↑ Tmp - ® fever blister - slt rt gh -
Usy Burd cl / sinus ⊝ - no relf

**Circle Symptoms:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fever/Chills | Weight Gain | Weight Loss | Fatigue | Night Sweats | Anxiety/Depression | Insomnia |
| Headache | Vision Change | Sinus Drainage | Shortness of Breath | Cough | Wheezing | |
| Chest Pain | Palpitations | Edema | Joint Pain | Muscle Pain | Rash | Itching |
| Nausea/Vomiting | Diarrhea | Constipation | Rectal Blood | Black Stools | Abdominal Pain | |
| Blood in urine | Painful urination | Frequent urination | Persistent thirst | Urinate over 2 times at night | | Hives |

**Past Medical History:**
GERD
Hyperlipidemia

**Current Medications:**
∅

**Family History:**

**Drug Allergies:**
Sulfa

| Vital Signs  BP: 130/70 | P: | T: 92.0 | R: |
|---|---|---|---|
| Vital Signs  Wt: 184 | Ht: | BMI: | O2 Sat: |

**Alcohol Use:**

**General Appearance:**   Thin:   Ovrwt:   WDWN:   Affect Nml:
**HEENT:**   PERRL:   Tht Nml:   TM's Nml:   Conjuctive Nml:   Nasal Mucosa Nml:   Teeth Good Repair:
① changes cold ⟋ d.s

**Neck:** ✓   Supple:   No JVD:   No Carotid Bruits:   Thyroid Nml:   No Lymph Nodes/Masses:

**Chest:** ✓   Lungs Clear:   Breast Exam Normal:   Skin Nml:

**C-V:** ✓   Reg. Rte & Rythm:   No Murmurs:   No Gallops:   Radial Intact:   DP/Post Tib Intact:

**ABD:**   No Masses:   No Organomegaly:   Non-Tender:   Bowel Sounds Active:   No Bruits:   Rectal Nml:

**Extremities:**   Joints:   RUE   LUE   RLE   LLE   No Edema:

**Neuro:**   Alert:   CN Intact:   Sensory Nml:   Motor Nml:   DTR's Nml:   Monofilament   R:   L:

Labs Discussed [   ]
X-ray(s) Discussed [   ]

**IMPRESSION:** Sinusitis        **PLAN:** – Ceftin 250 BID d 14
– Phenegn VC c codeine
– Nasonex ii ju BID p̄ × oz

| To Dr | RE: | RTC: | Wks/Mos | MD Sig: | [   ]See Reverse |
|---|---|---|---|---|---|

# BRC INTERNAL MEDICINE EXPANDED PROGRESS NOTE

Name: Bourgeois, Richard   BRC Account: A501941   Date: 8/2/07

Home Phone: _____   Work Phone: _____

Weight 192   B/P 130/71   Resp _____   Temp _____   Pulse _____   Height _____   Pulse _____

CC (required for all levels) July   DR. QB

HPI (At least 4 elements needed: location severity, duration, timing, context, modifying factors, associated S&S OR status of 3 chronic illnesses) _____

58 y/o w♂ for he ✓ — Tripp'd over — L.t @ rt.g — x 2 months — large knee

① epistaxis — ① only —

Due to colds

| Past Medical History: | Past Surgical History: | Family History: |
|---|---|---|
| FS | FS | FS |

SocHx: Marital Status   M   S   D   W _____ yrs; Children _____

Tobacco: _____ ppd x _____ Quit x _____ yrs  Drugs: FS

ETOH: None  Occ'l  Mod  Heavy  Amount _____

Occupation: _____ Hobbies: _____

See Medication List ( )
Medications: _____

## ROS:

General: Weight Change  Fever/Chills/Night Sweats  Exercise  Insomnia

HEENT: Headaches  Hearing Loss  Allergies  Sore Throat  Hoarseness  Dysphagia  Visual Change

Cardiovascular: Chest Pain  Palpitations  PND  Edema

Pulmonary: SOB  DOE  Wheezing  Cough

Gastrointestinal: Constipation/Diarrhea  Nausea/Vomiting  Melena  BRBPR  Reflux

Genitourinary: Dysuria  Hematuria  Noctuira x _____ Incontinence

Musculoskeletal: Arthralgias  Arthritis  Myalgias  Joint Swelling  Limited ROM

Skin/Integumentary: Hair Loss  Nail Changes  Rashes  Suspicious moles

Endo: Fatigue  Heat/Cold Intolerance  Polyuria/Polydipsia

Gyn: Menstrual Irregularity  Discharge  Bleeding  LMP _____

Neuro/Psych: Paresthesias  Numbness  Tremors  Weakness  Anxiety  Depression

Drug Allergies:
( ) NKDA
( ) See allergy list
Sulfa

Date of last:
Pneumovax _____
Mammo _____
PSA _____
Td _____
Flex-Sig _____
Pap _____

BRC-143D

**PHYSICAL EXAM:**

122/70

**BMI** _____ **Girth** _____

**General:** _____ Well-developed _____ Well-Nourished _____ NAD _____ Obese

**Eyes:** _____ PERRLA _____ EOMI _____ Non-icteric sclera _____ Sharp disks

**ENT:** _____ Normocephalic _____ TM's Normal _____ Ear canal WNL _____ Hearing acuity WNL
_____ No sinus tinderness _____ Nasal mucosa WNL _____ Mucous membranes WNL _____ No masses
_____ No exudates _____ Teeth in good repair

**Neck:** _____ Supple _____ No JVD _____ No bruits _____ Thyroid WNL _____ No masses _____

**Resp:** _____ Lungs clear to auscultation and percussion _____ No wheezes _____ No crackles _____
_____ Regular rate & rhythm _____ No murmurs _____ No gallops _____ DP and PT intact
_____ Radial intact

**ABD:** _____ No masses _____ No organomegaly _____ Non-tender _____ Bowel sounds active _____ No bruits
_____ No evidence of aneurysms

**Musculo-Skeletal:** _____ No kyphosis _____ No CVA tenderness _____ No clubbing/No cyanosis _____ No edema
_____ No deformities _____ No swelling _____ No erythema

**Skin:** _____ Skin exam WNL _____ No suspicious nevi

**Lymph Nodes:** _____ Lymph Nodes WNL _____ Neck _____ Axillae _____ Groin _____ Other

**Chest/Breasts:** _____ No adenopathy _____ Breast exam WNL _____ No axillary or supra-clavicular Nodes
_____ No masses

**Cranial Nerves:** _____ Intact _____

**Motor and Sensory:** _____ Motor intact _____ Sensory intact _____

**DTR'S:** _____ Intact _____ No Babinski _____ Gait WNL _____ No Romberg _____ Rapid movements WNL
_____ No tremors

**Prostate/Pelvis:** _____ Vagina WNL _____ Cervix and overies WNL _____ Absent cervix _____ Absent ovaries
_____ Prostate WNL _____ No hernia _____

**Rectum:** _____ Rectum WNL _____ Occult blood _____ Pos _____ Neg

**Other Findings:**

_____

_____

**IMPRESSION/PLAN**  **MDM** _____

( ) Liver Panel ( ) Renal Panel ( ) CBC ( ) GGTP ( ) TSH ( ) HgA1C ( ) Cholesterol ( ) ALT/AST
( ) Random Micro Albumin ( ) UA with Culture ( ) Fecal Occult Blood ( )Mammo ( ) CXRAY ( ) Bone Density

① h/o colon polyps
② renal calculi
③ epistaxis

1/2
1) GI mgt - boundras
2) ENT eval
3) ✓ CBC, Chk-12, PT/INT
    TSH, PSA, UA's
⊖ Pap ⊘ hand
⊕ Stress - Echo

**MD** _____  **Return to Clinic** _____

## BRC Internal Medicine Progress Notes

**Name:** Barrigao, Richard

**Age:** _____

**Date:** 12/2/05

**BRC Account:** 450699?

**Dr. Number:** 03

**Reason(s) for visit:** Cough

c/o cough x 4 o-s · developed diffuse tenesis
- use of OTC · @ swim AM - with production
of F/c.

**Past Medical History:** _____

### Review of Systems

**Circle Yes or No:**

Y N Fever or chills
Y N Weight changes
Y N Nausea/vomiting
Y N Bowel changes
Y N Blood with BM
Y N Abdominal pain
Y N Chest pain or tightness
Y N Palpitations/fast heart beats

Y N Coughing
Y N Short of breath
Y N Wheezing
Y N Fatigue or poor sleep
Y N Headaches
Y N Depression/anxiety
Y N Rashes/skin changes

Y N Blood in urine
Y N Urine odor or burning
Y N Leg swelling or pain
Y N Muscle/Skeletal pain

**Family History:**      **Alcohol Use:**

Y N Cancer         _____ oz. per day
   Type _____
Y N Hypertension
Y N Heart Disease      **Tobacco:**
Y N High Cholesterol    ❑ Never
Y N Diabetes        ❑ Prior
Other _____       ❑ Current
Other _____       __ PPD x __ yrs

### Current Medications

❑ See medication list
OTC meds

**Drug Allergies:**
❑ No known drug allergies
❑ See allergy list
Sulfa

**Physical Exam: Weight** 188 **lbs. Height** _____ **BMI** _____ **B/P** _____ **Pulse** _____ **Temp** _____ **Resp** _____

**General:** _____ Well developed _____ Well nourished _____ No apparent distress _____

**HEENT:** _____ PERRLA _____ Throat normal _____ TM's normal _____ Conjunctiva normal _____ Nasal mucosa normal _____ Teeth good repair

Abnormal findings: _____

**Neck:** _____ Supple _____ No JVD _____ No carotid bruits _____ Thyroid normal _____ No lymph nodes _____ No masses

Abnormal findings: _____

**Chest:** _____ Lungs clear to auscultation and percussion _____ Breast exam normal _____ No axillary or supra-clavicular nodes

Abnormal findings: _____

**C-V:** _____ Reg. rate & rhythm _____ No murmurs _____ No gallops _____ DP and PT intact _____ Radial intact _____ No edema

Abnormal findings: _____

**ABD:** _____ No masses _____ No organomegaly _____ Non-tender _____ Bowel sounds active _____ No bruits _____ Rectal normal

Abnormal findings: _____ Occult Blood Pos Neg

**MUSCULO-SKELETAL:** _____

**OTHER FINDINGS:** _____

**IMPRESSION:** ① bronchitis                    — ① Celesta — 1 cc IM
                              ② Avelox 400 x 10
                              ③ _____

**PLAN:** _____                    ❑ Additional notes on reverse

**RETURN TO CLINIC:** 1 cc celestone (R) Rhip PRN ce      _____ **MD**

**Exam:**

- B/P 130/80   WT. 189   P
- GENERAL: ◌ Well nourished      ◌ NAD      ◯ Male or Female
- EYES: ◌ Pupils are equal, reactive to light and accommodation.   ◌ Sclera anicteric.
  ◌ Conjunctiva pink.
  Abn: _____
- ENT: ◌ Oropharynx moist.   ◌ Tympanic Membranes normal.
  Abn: _____
- NECK: ◌ Supple with no JVD   ◌ No Thyromegaly   ◌ No carotid bruits   ◌ Masses
  Abn: _____
- LUNGS: ◌ Clear to auscultation and percussion.
  Abn: _____
- CV: ◌ RRR   ◌ No edema noted to lower extremities   ◌ No Thrill   ◌ No murmur
  Abn: _____
- ABD: ◌ No tenderness or masses.   ◌ No hepatospleenomegaly
  Abn: (Ob)
- MS: ◌ Normal gait and ROM
  Abn: _____
- PSCYH: ◌ Oriented x 3   ◌ Mood and affect normal
  Abn: _____
- LYMPH: ◌ Neck nodules   ◌ Groin nodules
  Abn: _____
- SKIN: ◌ Inspection   ◌ Rash   ◌ No Rash   ◌ Palpation   ◌ nodule   ◌ No nodule
  Abn: _____
- Neurologic: ◌ CN intact   ◌ Motor & Sensory function intact   ◌ DTR's plus bilaterally

**Lab & X-Ray:**

SmA12-Nl  Chol 2/2/
8/07- WBC 5.7 < 14.4 / 40.4  MCV 87.8  265,000 plt
Nl TSH / Nl PSA
Nl PT / PTT

**Impression:**

58 y/o WM c Hx col + polyp
Occ food related Heart c digestion
Tnsf for F/U
R/O colon polyp/CA

**Plan:**

1/ Schedule Colnoscpy,
No ASA/ NSAIDs
NPO per Kathy  Discussed test/
Scheduld @ LCM 9-25-07  c Bond

2761914   4596991   220
BOURGEOIS, RICHARD L SR
58   BOUDREAUX, RONALD L
BLUE CROSS
ZE8901639185
07/01/49   9017613480
09/05/07   09:45am

MDICTATEMASTERSV8-consult.doc

## OFFICE NEW PATIENT / CONSULT

**Consulting Physician:** _Liey_

### Chief Complaint & HPI:
58 y/o WM ref for GI eval

Feels fine
Good appetite - Ø WT loss
ØN, ØV, Ø dysphagia
ØHeartburn/ Indigestion - Occ Sx if he eats late -
Ø other abd pain

Reg BM- Occ food
related Diarrhea
Change food
Ø Blood

Ø Fever
Ø Chills

Ø C P, Ø HD

### Past Medical History:
**Surgical:**
1) Ⓚ Knee
2) Tonsil
3) ESWL

**Medical:**
1) Hx col n Polyp adenoma 2002
   Rec Repeat col - 5yr -
2) Hx PUD
3) Kidney Stones

### Allergies:
Sulfa

### Current Medications:
Ø

### Social History:
- ✗ Tobacco: _____ pks per day      ✗ NSAIDS
- ○ Occupation: _____
- ⊘ ETOH: _____ None _____ Occasional _____ Moderate _____ Heavy
- ○ Marital Status: ✔ Married _____ Divorced _____ Single _____ Separated _____ Children  4

### Family History:
- ○ Mother: _____
- ○ Father: _____ Colon Polyp
- ○ Brothers: _____
- ○ Sisters: _____

2761914    4506971      220
BOURGEOIS, RICHARD L. SR
58      BOUDREAUX, RONALD L
BLUE CROSS
ZEB901639185
07/01/49    9017613480

09/05/07    09:45am

### Review of Systems

○ See complete review of systems form from date _____



# Baton Rouge Clinic
## Carotid Artery Ultrasound Report

**Patient Information**

| | |
|---|---|
| Patient Name: | BOURGEOIS, RICHARD |
| Study Date: | 9/1/2011 |
| Patient ID: | 45069901 |
| Referring MD: | LIEUX |
| Sonographer: | MG RVT |

| | |
|---|---|
| DOB: | 07/01/49, 62 yr |
| Sex: | M |
| Tape #: | 9.12.11 |

Indication for Exam: Lt. Paresthesia

| Doppler (cm/s) | Right Carotid PSV | Right Carotid EDV | Left Carotid PSV | Left Carotid EDV |
|---|---|---|---|---|
| CCA Prox | 100 | 32.2 | 109 | 32.2 |
| CCA Mid | 90.4 | 35.9 | 85.5 | 29.7 |
| CCA Dist | 90.4 | 32.2 | 76.8 | 31 |
| ICA Prox | 79.3 | 31 | 87.9 | 34.7 |
| ICA Mid | 70.6 | 33.4 | 87.9 | 40.9 |
| ICA Dist | 68.2 | 27.7 | 70.6 | 33.4 |
| ECA | 107 | 29.7 | 75.5 | 21.1 |
| Vertebral | 53.1 | 20.6 | 38 | 16.6 |
| ICA/CCA | 0.877 | | 1.03 | |
| Brach. BP | 120/80 | | 120/78 | |

| Verteb.Flw | Antegrade | Antegrade |
|---|---|---|

**Carotid Doppler Stenosis**



| Rt | Lt | Stenosis | Criteria |
|---|---|---|---|
| | | Normal | -ICA PSV < 125cm/s. <br> -ICA EDV < 40cm/s. <br> -ICA/CCA Ratio: < 2.0 <br> -% Plaque Estimate: None |
| ✕ | ✕ | Minimal (< 50%) | -ICA PSV < 125cm/s. <br> -ICA EDV < 40cm/s. <br> -ICA/CCA Ratio: < 2.0 <br> -% Plaque Estimate: < 50% |
| | | Moderate (50-69%) | -ICA PSV 125-230cm/s. <br> -ICA EDV 40-100cm/s. <br> -ICA/CCA Ratio: 2.0-4.0 <br> -% Plaque Estimate: > 50% |
| | | Severe (> 70, but < near occlusion) | -ICA PSV > 230cm/s. <br> -ICA EDV > 100cm/s. <br> -ICA/CCA Ratio: > 4.0 <br> -% Plaque Estimate: > 50% |
| | | Total to Near Occlusion | -Flow high, low, or undetectable. <br> -Visible plaque or no detectable lumen. |

**Right:** The common carotid has minimal homogenous plaque. Peak systolic velocities are normal consistent with no stenosis. The internal carotid artery has no detectable plaque. Based on NASCET criteria, there is **no stenosis.**

**Left:** The common carotid has minimal homogenous plaque. Peak systolic velocities are normal consistent with no stenosis. The internal carotid artery has no detectable plaque. Based on NASCET criteria, there is **no stenosis.**

**Vertebral arteries:** Flow is in the normal direction bilaterally.

<Electronic Signature>     09/09/2011 06:43 PM

**David Carmouche MD**



**THE**
**BATON**
**ROUGE**
**CLINIC**
**AMC**
Established 1946

**7373 Perkins Road**
**Baton Rouge, LA 70808-4326**
**(225)769-4044**

**Department of Radiology**

Name: **BOURGEOIS, RICHARD L**

Age:   58   Y

Date:  08/02/2007

**Ref. Physician:  T RICHARD LIEUX JR, MD**

**Acct Number:   4506991**

**HAND RIGHT COMPLETE**

Bony mineralization is normal.  Apparent small subcortical cyst in the first metacarpal head. Joint space is intact. No fracture or erosive process.

Dictated and Electronically Signed By:
D. Quentin Alleva MD
08/02/2007

Transcribed by:                chous
Transcribed on:               08/02/2007

Copy To Physician(s):

**Louisiana Endoscopy Center**
**9103 Jefferson Highway**
**Baton Rouge, LA 70809**
**(225) 927-1190**

OPERATIVE REPORT

Bourgeois, Richard
DOB: 07/01/1949                    ACCOUNT # 109589                    09/25/2007

**PROCEDURE:** Colon Diagnostic

**INDICATIONS FOR PROCEDURE:** History of polyps

**ENDOSCOPIST:** Ronald Boudreaux, M.D.

**PROCEDURE MEDICATIONS:** Demerol 50 mg IV, Versed 4 mg IV

**PROCEDURE IN DETAIL:** A pre-procedure assessment was performed and the patient was felt to be an appropriate candidate for IV conscious sedation. Informed consent was obtained after an explanation of the risks and benefits of lower endoscopy was given to the patient, including the risk of gastrointestinal perforation. The patient understood this risk, among others, and elected to proceed with the procedure. During the procedure, the patient was monitored closely while being given conscious sedation and the oxygen saturation was monitored continuously.

The patient was brought to the procedure room and placed in the left lateral decubitus position. Digital rectal exam was performed and revealed internal hemorrhoids. The Olympus colonoscope was then inserted into the anus and advanced under direct vision to the cecum. Careful examination was made on insertion and withdrawal of the scope and the prep was excellent. The rectum was viewed in the forward and retroflex positions. The patient tolerated the procedure well.

**FINDINGS:**
A diminutive polyp was found in the cecum. A 2mm sessile polyp removed with cold bx. Medium-sized internal hemorrhoids were found.

**IMPRESSION:**
            1) Diminutive polyp in the cecum
            2) Hemorrhoids, medium internal

**RECOMMENDATIONS :**
            1) Avoid ASA and NSAIDS for 14 days
            2) call for pathology results in 4 days


Ronald Boudreaux, M.D.


cc:    Richard Lieux, M.D.


n.
cSIGNED: Ronald Boudreaux at 09/25/2007 07:18 AM

# LOUISIANA ENDOSCOPY CENTER
### ENDOSCOPY/PHYSICIAN RECORD

DATE 9 / 25 / 07

## PRE-PROCEDURE NOTE

PROCEDURE: _Colon_

INDICATION: _Hx colon polyp_

Modifier 22 (circle if applicable)

### MEDICATION ALLERGIES / REACTIONS
_Sulfa_

☑ Current medication list reviewed
☑ Pre-procedure assessment done
☑ Patient appropriate candidate for Administration of
Intravenous Conscious Sedation: **Physician Initials** _RB_

## ANESTHESIA RISKS - ASA CLASS

☑ Class I - No Organic Disease
☐ Class II - Mild or Moderate Organic Disease without Cardiopulmonary Involvement
☐ Class III - Mild or Moderate Organic Disease with Cardiopulmonary Involvement
☐ Class IV - Severe Disease that is Life Threatening
☐ Class V - Moribund Patient not expected to live
☐ E - Emergency

## HISTORY
No change since visit of _____ / DICTATED  _See H&P_

PAST MEDICAL HISTORY Per admit pre-procedure phase sheet _____

| ROS: | WNL |
|------|-----|

## PHYSICAL EXAM - CIRCLE BELOW

| General: | WDWN, NAD |
|----------|-----------|
| Psych: | A/Ox3. Memory Intact |
| HEENT: | No icterus, Oropharynx WNL |
| NECK: | Supple, No thyromegaly, LAN, no masses |
| Chest: | CTA bilat, good airflow |
| CV: | RRR w/o m, gallop, or rub |
| AVSD: | No HSM, No mass/tenderness, BS WNL |
| Rectal: | NL |

© All Rights Reserved

Rev 06/07
Form 004

## PROCEDURE NOTE | DOCUSCRIBED/DICTATED#

**MEDICATIONS:**
Fentanyl _____ mcg/IV
Versed 4 mg/IV
Demerol 50 mg/IV
Phenergan _____ mg/IV
Benadryl _____ mg/IV
Topex Spray _____ po
Cetacaine Spray _____ po
Other _____

**DIAGNOSIS / FINDINGS:**
_Colon - To Cecum_
_1) 2m cecal Polyp - Cold Bx_
_2) Hemorrhoids_

COLON PREP: EXCELLENT __ GOOD ✓ FAIR ___ POOR ___

POST OP CONDITION: STABLE ✓ OTHER _____

COMPLICATIONS: ( ✓ None ) _____

H. PYLORI Bx: Positive / Negative

COLD BIOPSY POLYPECTOMY
COLD BIOPSY
HOT BIOPSY
POLYPECTOMY
COAG

## PHYSICIAN ORDERS / PLAN:

☐ RTC: _____ WITH ☐ M.D. or ☐ N.P.

☐ RECALL: COLON / GASTRO / DIL _____ MONTHS / YEARS

☐ DIET: Reflux (high fiber) other

☐ RX: _Res meds_

☐ REFERRALS: _Call Mundy for_

☐ XRAY: _patch_

☐ LABS:

Avoid Aspirin or NSAIDS ✓ YES _____ NO

• if yes 7 days or indefinitely

☐ Avoid strenuous activity for _____ days

☑ Instruct / Standard Discharge Criteria

PHYSICIAN SIGNATURE: _____

RICHARD L. BOURGEOIS Sr
RONALD L BOUDREAUX, M.D.
DOB: 07/01/49  Account# 109589
REF. DR. :
PCP DR. : LIEUX



# Baton Rouge Clinic
## Stress Echocardiography Report

ICAEL
Accredited Echocardiography Laboratory

| | | | |
|---|---|---|---|
| **Patient Name:** | Bourgeois, Richard | **Patient ID:** | 4506991 |
| **Study Date:** | 8/2/2007 | **Referring MD:** | Lieux 63 |
| **Height:** | 178  cm | **Sonographer:** | Alisa Badeaux RCS |
| **Weight:** | 87.1  kg | **DOB, Age:** | 7/1/1949, 58 yr |
| **ICD9:** | *786.50 Chest pain | **CPT4:** | 93350 |
| **Reason for Echo:** | Family HX CAD | | |

**Resting Wall Motion**



Wall Motion Score Index: 1

Normal
Mild Hypok
Hypok
Akin
Dyskin
Aneur
N/V  Not Visual

**Summary:** Normal in all walls.

**Stress Wall Motion**



Stress Wall Motion Score Index: 1

Normal
Mild Hypok
Hypok
Akin
Dyskin
Aneur
N/V  Not Visual

**Stress Summary:** Normal in all walls.

## Summary

### Resting Echocardiogram
LV:  Global size and systolic function are normal.  Estimated LVEF:  65 - 70%.
MV:  Mild MR with normal left atrium.  No  MS noted.
AoV:  Mild aortic insufficiency noted.  No aortic stenosis.
TV:  No tricuspid insufficiency with normal RVSP/PASP (<25 mmHg).
Pericardium:  No pericardial effusion noted.

### Stress Echocardiogram
After exercise stress testing was performed, images were obtained
Technically adequate study
LVEF increases with exercise.
All segments become hyperdynamic with stress.  Negative stress echo.

<Electronic Signature>        08/03/2007 05:57 AM

T. Richard Lieux, MD

# BATON ROUGE CLINIC
## 7373 Perkins road
## Baton Rouge, LA 70806 (225) 923-1515

*SpO2 99% on R.A.*
*HR 73 BPM*

**ID:** 4506991

**Name:** BOURGEOIS, RICHARD

**Birth Date:** 7/1/1949    **Age:** 60     **Smoke Status:** Never

**Gender:** Male                            **Race:** White

**Height:** 70.0 in, 177.8 cm              **Physician:** LIEUX 63 // HODGES

**Weight:** 189.0 lbs, 85.9 kg             **Technician:** H.MCCAULEY CRT

**Date:** 8/19/2009 08:59 AM

## Spirometry

| | Units | Predicted | Pre Drug Reported | Pre Drug % Predicted | Post Drug Reported | Post Drug % Predicted | %Change |
|---|---|---|---|---|---|---|---|
| FVC | L,btps | 4.62 | 3.53 | 76 < | | | |
| FEV1 | L,btps | 3.26 | 3.26 | 100 | | | |
| FEV1/FVC | % | 70.41 | 92.37 | 131 > | | | |
| FEF25-75% | L/s | 3.10 | 5.05 | 163 > | | | |
| FEFmax | L/s | 8.66 | 10.61 | 120 | | | |

## Lung Volumes

| | Predicted (Favor Mean) | Pre Drug Reported | Pre Drug % Predicted |
|---|---|---|---|
| TLC | 7.00 | 6.29 | 90 |
| FRC | 3.94 | 2.98 | 75 < |
| RV | 2.37 | 2.24 | 94 |
| VC | 4.62 | 4.05 | 88 |
| ERV | 1.57 | 0.73 | 47 < |
| RV/TLC | 33.92 | 35.63 | 105 |
| TV | | 1.70 | |

## DLCO

| | Predicted (Favor Mean) | Pre Drug Reported | Pre Drug % Predicted |
|---|---|---|---|
| Dsb | 26.81 | 23.55 | 88 |
| DsbHb | 26.81 | 23.55 | 88 |
| VAsb | 7.00 | 5.59 | 80 < |
| D/VAsb | 3.83 | 4.21 | 110 |
| D/VAsbHb | 3.83 | 4.21 | 110 |
| Hgb | | 14.60 | |

**Physician Notes**  Normal study. Reduced FVC likely 2° to effort as slow VC normal

**Quest Diagnostics**

Quest Diagnostics Incorporated

| | |
|---|---|
| QUEST DIAGNOSTICS INCORPORATED | |
| CLIENT SERVICE 713.877.6000 | |

PATIENT INFORMATION
**BOURGEOIS,RICHARD L**

REPORT STATUS **Final**

DOB: 07/01/1949    Age: 60
GENDER: M

ORDERING PHYSICIAN
**LIEUX,T RICHARD**
CLIENT INFORMATION
12524000
BATON ROUGE CLINIC    P/I
7373 PERKINS RD
BATON ROUGE, LA 70808-4326

SPECIMEN INFORMATION
SPECIMEN:     HU716670H
REQUISITION: 0063897
LAB REF NO:

ID: 4506991
PHONE: 2252722508

| | | |
|---|---|---|
| COLLECTED: | 08/14/2009 | 15:52 |
| RECEIVED: | 08/15/2009 | 02:48 |
| REPORTED: | 08/21/2009 | 02:40 |

Volume: 900/24

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEAVY METALS PANEL, 24-HOUR URINE | | | | EZ |
| ARSENIC, 24-HOUR URINE | 20 | | mcg/L | |
| | | | Reference Range: 80 OR LESS | |
| LEAD, 24-HOUR URINE | <10 | | mcg/L | |
| | | | Reference Range: LESS THAN 80 | |
| MERCURY, 24-HOUR URINE | <10 | | mcg/L | |
| | | | Reference Range: 20 OR LESS TOXIC: 150 OR MORE | |
| CADMIUM, 24-HOUR URINE | <0.5 | | mcg/L | |
| | | | Reference Range: 5 OR LESS | |

-----------------------------------------------------------------------------------------------

**Performing Laboratory Information:**

EZ    Quest Diagnostics Nichols Institute-San Juan Capis 33608 Ortega Hwy San Juan Capistrano CA  92675
       Laboratory Director: Jon Nakamoto MD,PhD

BOURGEOIS,RICHARD L - HU716670H

Page 1 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved GD20000-NTL Revised 5/08 SCIN - 115670.

```
                    The Baton Rouge Clinic, AMC                PAGE:  1
                    7373 Perkins Road
                    Baton Rouge, LA 70808
                       (225)769-4044
```

```
NAME: BOURGEOIS, RICHARD L.            SAMPLE ID:   1605382
PAT#: 4506991                          DOC : T. RICHARD LIEUX, JR., MD
AGE :   60 Y  SEX : M

                                       COLL: 08/13/09 14:18
                                       PRNT: 08/13/09 16:03
```

   ** PRELIMINARY REPORT **     ROUTINE
-------------------------------------------------------------------------

| TEST NAME | LOW | NORM | HIGH | UNITS | REFERENCE RANGE |
|-----------|-----|------|------|-------|-----------------|
| COMP. METABOLIC PROFILE | | . . . . . | | | |
| GLUCOSE | | 77 | | MG/DL | <100FASTING |
| BUN | | 20 | | MG/DL | 6-22 |
| .CREATININE | | 1.06 | | MG/DL | 0.50-1.30 |
| BILIRUBIN, TOTAL | | 0.9 | | MG/DL | 0.2-1.2 |
| ALKALINE PHOSPHATASE | | 50 | | IU/L | 42-121 |
| AST | | 16 | | IU/L | 10-42 |
| ALT | | 12 | | IU/L | 10-60 |
| CALCIUM | | 9.4 | | MG/DL | 8.4-10.5 |
| SODIUM | | 138 | | MEQ/L | 134-146 |
| POTASSIUM | | 4.1 | | MEQ/L | 3.6-5.3 |
| CHLORIDE | | 105 | | MEQ/L | 98-111 |
| CO2 | | 26 | | MEQ/L | 20-33 |
| PROTEIN, TOTAL | | 7.0 | | G/DL | 5.9-8.3 |
| ALBUMIN | | 4.5 | | G/DL | 3.2-5.5 |
| .Estimated GFR | | 71 | | | |

```
                        THE eGFR SHOULD BE MULTIPLIED BY 1.21 IN PATIENTS
                        WHO ARE AFRICIAN AMERICIAN.

                        THE eGFR VALUE SHOULD NOT BE USED IN PATIENTS
                        WITH ACUTE RENAL FAILURE.

                        STAGE ONE/TWO     >60 eGFR
                        STAGE THREE     30-59 eGFR
                        STAGE FOUR      15-39 eGFR
                        STAGE FIVE        <15 eGFR
```

NAME : BOURGEOIS, RICHARD L.                    PAT# : 4506991

The Baton Rouge Clinic, AMC                     PAGE:   1
7373 Perkins Road
Baton Rouge, LA 70808
(225)769-4044

NAME: BOURGEOIS, RICHARD L.              SAMPLE ID:    1605382
PAT#: 4506991                            DOC : T. RICHARD LIEUX, JR., MD
AGE :    60 Y  SEX : M

                                         COLL: 08/13/09 14:18
                                         PRNT: 08/13/09 15:34

   ** PRELIMINARY REPORT **      ROUTINE
---------------------------------------------------------------------------
TEST NAME              LOW       NORM      HIGH       UNITS    REFERENCE RANGE
---------------------------------------------------------------------------


CBC                              . . . . .

   WBC                            5.7                x10e3/uL  4.0-11.0
   RBC                 4.62    L                     10e6/uL   4.70-6.10
   HEMOGLOBIN                    14.3                g/dl      14.0-18.0
   HEMATOCRIT          41.1    L                     %         42.0-52.0
   MCV                           88.9                fL        80.0-100.0
   MCH                           31.0                pg        27.0-31.0
   MCHC                          34.9                g/dL      31.0-37.0
   RDW                           12.2                %         11.6-14.8
   PLATELET                      257                 x10e3/uL  130-400
   %NEUT                         54.4                %         37.0-80.0
   %LYMPHS                       34.1                %         10-50
   %MONO                         9.2                 %         0-15
   %EOS                          1.7                 %         0-7.0
   %BASO                         0.6                 %         0-2.5
   #NEUT                         3.10                #         2.0-8.0
   #LYMPH                        2.00                #         0.6-3.8
   #MONOS                        0.50                #         0-1.5
   #EOS                          0.10                #         0-0.7
   #BAS                          0.00                #         0-0.2


NAME : BOURGEOIS, RICHARD L.                    PAT# : 4506991

The Baton Rouge Clinic, AMC                          PAGE:   1
7373 Perkins Road
Baton Rouge, LA 70808
(225)769-4044

NAME: BOURGEOIS, RICHARD L.              SAMPLE ID:   1605382
PAT#: 4506991                            DOC : T. RICHARD LIEUX, JR., MD
AGE :   60 Y  SEX : M
                                         COLL: 08/13/09 14:18
                                         PRNT: 08/13/09 16:13

 ** COMPLETE REPORT **        ROUTINE
-----------------------------------------------------------------------
TEST NAME              LOW      NORM      HIGH      UNITS   REFERENCE RANGE
-----------------------------------------------------------------------

  TSH                          0.62                MIU/ML   0.45-5.50

NAME : BOURGEOIS, RICHARD L.                PAT# : 4506991

The Baton Rouge Clinic, AMC                PAGE:  1
7373 Perkins Road
Baton Rouge, LA 70808
(225) 769-4044

NAME: BOURGEOIS, RICHARD L.          SAMPLE ID:   1052018
PAT#: 4506991                        DOC : T. RICHARD LIEUX, JR., MD
AGE :   58 Y  SEX : M

                                     COLL: 08/02/07 09:12
                                     PRNT: 08/02/07 09:37

    ** PRELIMINARY REPORT **     ROUTINE
--------------------------------------------------------------------------
        TEST NAME       NORMAL    OUT OF RANGE      UNITS    REFERENCE RANGE
--------------------------------------------------------------------------


CBC                     .....

    WBC                 5.7                        x10e3/uL  4.0-11.0
    RBC                           4.60        L    10e6/uL   4.70-6.10
    HEMOGLOBIN          14.4                       g/dl      14.0-18.0
    HEMATOCRIT                    40.4        L    %         42.0-52.0
    MCV                 87.8                       fL        80.0-100.0
    MCH                           31.2        H    pg        27.0-31.0
    MCHC                35.6                       g/dL      31.0-37.0
    RDW                 12.7                       %         11.6-14.8
    PLATELET            265                        x10e3/uL  130-400
    %NEUT               59.5                       %         37.0-80.0
    %LYMPHS             30.4                       %         10-50
    %MONO               8.4                        %         0-15
    %EOS                1.3                        %         0-7.0
    %BASO               0.4                        %         0-2.5
    #NEUT               3.40                       #         2.0-8.0
    #LYMPH              1.70                       #         0.6-3.8
    #MONOS              0.50                       #         0-1.5
    #EOS                0.10                       #         0-0.7
    #BAS                0.00                       #         0-0.2

NAME : BOURGEOIS, RICHARD L.              PAT# : 4506991

The Baton Rouge Clinic, AMC                    PAGE:  1
7373 Perkins Road
Baton Rouge, LA 70808
(225)769-4044

NAME: BOURGEOIS, RICHARD L.              SAMPLE ID:   1052018
PAT#: 4506991                            DOC : T. RICHARD LIEUX, JR., MD
AGE :   58 Y  SEX : M

                                         COLL: 08/02/07 09:12
                                         PRNT: 08/02/07 11:06

  ** PRELIMINARY REPORT **      ROUTINE
-----------------------------------------------------------------------------
        TEST NAME            NORMAL    OUT OF RANGE      UNITS    REFERENCE RANGE
-----------------------------------------------------------------------------

  TSH                         1.31                       MIU/ML   0.45-5.50

  PSA                         0.90                       NG/ML    0-4.0

                    PSA LEVELS FROM DIFFERENT MANUFACTURERS CAN VARY
                    DUE TO DIFFERENCES IN METHODS AND REAGENT
                    SPECIFICITY. THE METHODOLOGY IN THIS LABORATORY IS
                    CHEMILUMINESCENCE PERFORMED ON THE BAYER ADVIA
                    CENTAUR SYSTEM.
                    ***VALUES OBTAINED WITH DIFFERENT ASSAY METHODS
                    CANNOT BE USED INTERCHANGEABLY.***

NAME : BOURGEOIS, RICHARD L.                 PAT# : 4506991

The Baton Rouge Clinic, AMC                    PAGE:  1
7373 Perkins Road
Baton Rouge, LA 70808
(225)769-4044

NAME: BOURGEOIS, RICHARD L.              SAMPLE ID:   1052018
PAT#: 4506991                            DOC : T. RICHARD LIEUX, JR., MD
AGE :   58 Y  SEX : M

                                         COLL: 08/02/07 09:12
                                         PRNT: 08/02/07 11:07

** COMPLETE REPORT **        ROUTINE
----------------------------------------------------------------------
       TEST NAME        NORMAL    OUT OF RANGE    UNITS    REFERENCE RANGE
----------------------------------------------------------------------


PROTHROMBIN TIME          .....
   PROTIME              10.8                      SEC      10.8-13.4
   INR                   1.0                               1-1.2
                    RECOMMENDED WARFARIN ANTICOAGULATION
                    GUIDELINES BASED ON THE INR FOR USE
                    ONLY IN PATIENTS ON STABLE ORAL
                    ANTICOAGULANT THERAPY:
                      2.0-3.0 - FOR MOST PATIENTS
                      2.5-3.4 - FOR PATIENTS WITH  RECURRENT
                                SYSTEMIC EMBOLISM OR
                                MECHANICAL PROSTETIC HEART
                                VALVE

   PTT                  27.0                      SEC      20.5-35.5


COMP. METABOLIC PROFILE    .....
   GLUCOSE               86                       MG/DL    <100FASTING
   BUN                   16                       MG/DL    6-22
   CREATININE            1.1                      MG/DL    0.5-1.3
   BILIRUBIN, TOTAL      0.7                      MG/DL    0.2-1.2
   ALKALINE PHOSPHATASE  57                       IU/L     42-121
   AST                   15                       IU/L     10-42
   ALT                   13                       IU/L     10-60
   CALCIUM               9.5                      MG/DL    8.2-10.2
   SODIUM                140                      MEQ/L    134-146
   POTASSIUM             4.5                      MEQ/L    3.6-5.3
   CHLORIDE              105                      MEQ/L    98-111
   CO2                   28                       MEQ/L    20-33
   PROTEIN, TOTAL        7.0                      G/DL     5.9-8.3
   ALBUMIN               4.5                      G/DL     3.2-5.5


CHOLESTEROL SURVEY         .....
   CHOLESTEROL                      212      H    MG/DL    140-200
   TRIGLYCERIDE          101                      MG/DL    35-150
   HDL                   52                       MG/DL    > 45
   LDL                              140      H    MG/DL    60-135
   RISK FACTOR           4.08                              0.00-4.98

NAME : BOURGEOIS, RICHARD L.              PAT# : 4506991

# EAR NOSE & THROAT MEDICAL CENTER

**Patient Information (Please Print)**

Name _RICHARD_    L. _BOURGEOIS SR_    Date of Birth _7/1/49_
First          Middle Initial      Last

**MEDICAL HISTORY:**

Are you allergic to any medication? ☒ Yes ☐ No Please list: _SULFA DRUGS, CORTISONE_

Are you currently taking any medication? ☒ Yes ☒ No Please list: _GLAUCOMA DROPS_

**PAST SURGICAL HISTORY:**

Have you had any surgical procedures? ☒ Yes ☐ No Please list: _TONSILECTOMY, ORTHOSCOPIC MENISCUS SURGERY_

Are you pregnant? ☐ Yes ☒ No How many months?_____ Breast-feeding? ☐ Yes ☐ No

Have you taken a cortisone drug recently? ☐ Yes ☒ No For what? _____

**SOCIAL HISTORY: DO YOU...** ☐ Use Herbal Products? Please List: _____

| | | |
|---|---|---|
| ☐ Exercise Regularly | ☒ Use Alcohol | ☐ Have you ever used Tobacco |
| Type: _____ | Beer/Wine/(Liquor) | Cigarettes/Cigars/Pipe/Snuff/Chew Tobacco |
| How Often: _____ | How Often: _ONCE EVERY COUPLE OF WEEKS_ | How Often: _NO_ |
| | | Date Stopped: _____ |

**PATIENT MEDICAL HISTORY: Have you ever had or still have (Check for yes):**

| | | |
|---|---|---|
| ☐ Diabetes | ☐ Heart Disease | ☐ Migraines |
| ☐ High Blood Pressure | ☐ Nervous Problems | ☐ Cancer |
| ☒ Glaucoma | ☐ Anemia/Sickle Cell | ☐ Mitral Valve Prolapse |
| ☐ T.B. | ☐ Epilepsy/Convulsions | ☐ Asthma |
| ☐ Kidney or Bladder Disease | ☒ Sinus/Allergy Problems | ☐ Gout |
| ☐ Circulation Problems/Stroke/Paralysis | ☒ Hay Fever | ☐ Arthritis |
| ☐ Stomach, Intestine, or Bowel Disorder | ☐ Thyroid Problems | ☐ AIDS or HIV related illness |
| ☐ Lung Disease | ☐ Liver Problems/Jaundice | ☐ Skin Problems |
| ☐ Alcoholism | ☐ Birth Defects | ☐ Mental Illness |
| ☐ Venereal Disease | ☒ Bleeding Problems _(NOSE)_ | ☐ Cholesterol |
| | | ☐ Other _____ |

**FAMILY HISTORY: Have any blood relatives had (please indicate which relative):**

| | |
|---|---|
| ☐ Heart Disease _____ | ☐ Thyroid Problems _____ |
| ☐ T.B. _____ | ☐ Glaucoma _____ |
| ☒ Cancer _MOTHER (LUNG)_ | ☒ Stroke _DAD_ |
| ☐ Epilepsy _____ | ☐ High Blood Pressure _____ |
| ☐ Asthma _____ | ☐ Bleeding Problems _____ |
| ☐ Diabetes _____ | ☐ Other _____ |

Signature: _Richard Bourgeois_    Date: _2/2/10_

Account # _____

Resp. Party # _____

**ENT Medical Center**
5258 Dijon Drive
Baton Rouge, LA 70808
(225) 769-1090

F/C 132164

DR (G2) 4/9/13   LOC ADS

## I. PATIENT INFORMATION

Patient BOURGEOIS (Last)   RICHARD (First)   LOWIS (SR) (Middle)   Title: Mr./Mrs./Other ____   Suffix: Jr./Sr./Other SR

Mailing Address 10968 SHORELINE DRIVE BATON ROUGE LA (City) (State)   70809-9000 (Zip)

Hm. Ph. (225) 272-2508   Wk Ph. 1-901-685-6190   Ext. ____   Cell Phone (225) 205-8519   Sex: M or F

DOB 7/1/49   Social Security # 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   Marital Status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced

Employer MALCO THEATRES INC. MEMPHIS TN   Student: ☐ Full ☐ Part-time

Employment Status: ☒ Full-time ☐ Self Employed ☐ Part-time ☐ Not Employed ☐ Unknown ☐ Retired ☐ Military Active

Referred by GAIL BOURGEOIS (SPOUSE)   Date of Injury ____   Is the injury work related? ____

## II. RESPONSIBLE PARTY INFORMATION

*SEND STATEMENT TO*

Name _____ (Last) (First) (Middle)   Title: Mr./Mrs./Other ____   Suffix: Jr./Sr./Other ____

Mailing Address _____ (City) (State) (Zip)

Hm. Ph. ____   Wk Ph. ____   Ext. ____   Cell Phone ____   Sex: M or F

DOB ____   Social Security # ____   Employer ____

Employment Status: ☐ Full-time ☐ Self Employed ☐ Part-time ☐ Not Employed ☐ Unknown ☐ Retired ☐ Military Active

## III. INSURANCE INFORMATION

...care? ☐ Yes ☒ No

**BlueCross BlueShield of Tennessee**

In RICHARD L BOURGEOIS SR
Pa Subscriber ID ZEB901639185
G Group No. 86784
Subgroup 0001
Co RXBIN 610415
P( RXGRP T138425C
BLUE NETWORK: S   RX04
A

2/2/10   PPO

Copayments:
OV 30
ER 250
RX $10/$35/$50

**BlueCross BlueShield of Tennessee**
An Independent Licensee of the BlueCross BlueShield Association

bcbst.com
Member Service 1-800-565-9140
Network Provider Outside Tennessee:
1-800-810-2583 (BLUE)
To use your Behavioral Health benefits:
1-800-888-3773
Provider Service: Eligibility / Prior Authorization and Claims 1-800-924-7141
Pharmacists 1-800-345-5413
Prior authorization required for Advanced Radiological Imaging 1-888-693-3211

Providers  Submit claims to your local BCBS Plan. Prior authorization required for admissions and certain medical services.

BCBST Claims Service Center
PO Box 180150, Chattanooga, TN 37401-7150

Members  Always show this card and tell your provider to check for prior authorization. If not, you may be responsible for additional costs. Check your benefit materials for details. This card is for identification, not for proof of eligibility.

001 (05/09)

CVS CAREMARK   Pharmacy Benefit Administrator

### SECONDARY/SUPPLEMENTAL

Insurance Company _____

Patient's Relationship to Policy Holder: ☐Self ☐Child ☐Mate ☐Other

Group # _____   Policy # _____

CoPay: Primary Care ____   Specialist ____

**POLICY HOLDER'S NAME** _____

Address _____

| City | State | Zip |
|---|---|---|

Social Security # _____

Hm. Ph. ____   Wk Ph. ____   Ext. ____

**DATE OF BIRTH** _____   Sex: M or F

**EMPLOYER** ____   Status ____

I h____ ...d doctor's offices) concerning my illness and treatments. This signature also authorizes you to give
me____ ...sible for all fees, regardless of my insurance coverage. In order to expedite insurance company
pa____ ...y for services when rendered unless other arrangements have been made in advance. I will also
be____

No____ ...collect about you on this form will be kept confidential in our offices.

Signature _____   Date 2/2/10

I plan to pay for today's visit by:
☐ Cash ☐ Check ☒ Credit Card

C.F. Mitchell, MD _____   C.A. LeBlanc, MD _____   R. T. Boone, MD ✓   C. A. Hall, MD _____

Name Richard Bourgeois _____   Acct # 132164
Date 2/2/10 _____   Age 00yrs PG _____   BF _____   Tobacco NS _____   pk/day
Drug Allergies Sulfa, cortisone _____
Medical History Glaucoma, hx nasal bleeds _____
Meds Cugtts _____
CC/HPI Pt c/o bad as pain; ⊕ cough - productive;
⊕ nasal cong c mostly clear mucous; ⊕ HA;
⊕ facial pressure; ⊖ during; ⊖ d ringing; ⊖ dizziness;
Sx 5 days

**Review of Systems:**   Const +   ENT +   Skin ___   Psych ___   Hem/Lymph ___   Eyes +
Resp ___   Neuro ___   Endocrine ___   Allergy/Immuno ___   Cardiac ___   Vascular ___

RTBICx

**Ear, Nose, Mouth, Throat**
• Otoscopic exam of auditory canals, tympanic membrane

| Left | | Right |
|------|--|-------|
| | Normal | ✓ |
| | Canal Stenosis | |
| | Ext. Otitis | |
| | Foreign Body | |
| | Otitis Media | |
| | Otorrhea | |
| | Perforation | |
| | Retract/Atelectas | |
| | Sclerosis | |
| | Tubes Intact | |
| | Tubes Plugged | |
| | Cerumen | |

• Hearing _____ Ok
• Ears/Nose (external) _____ Ok
• Nasal Mucosa, Septum, Turbinates _____ all dry

| Left | | Right |
|------|--|-------|
| ✓ | Normal | |
| | Congestion | ✓ |
| | Epistaxis | |
| | Ext. Asymmetry | |
| | NSD | |
| | Polyps | |
| | Purulence | ✓ |
| ✓ | Turbinate Hyper | ✓ |
| | Erythema | |

• Lips, Teeth, Gums _____ Ok
• Oropharynx; oral mucosa, hard and soft palates, tongue, tonsils, posterior pharynx _____
• Pharyngeal Walls, Piriform sinuses _____ Ok
• Exam of Larynx _____
• Exam of Nasopharynx _____

**Recommendations:**

① Mucinex BID x 3-5D
② GT Exercises 2/0 Rgd daily.
③ Veramyst 1 SpD x 2wks.
④ Augmentin 875 BID x 10D.

Patient counseled on recommendations - Patient understands treatment & prognosis.
△ Nurse Verified _____ AC   Handouts given to patient ☐ Yes ☒ No

**Constitutional**
• Vital Signs: HT 5'10"   WT 190#
  Febrile _____   Afebrile ✓
• Appearance _____ good
• Ability to Communicate _____ good
**Neurologic/Psychiatric**
• Test Cranial Nerves _____ intact
• Time, Place, Person Orientation _____ a
• Mood and Affect _____ OK
**Head and Face**
• Head and Face _____ symm.
• Palpation or Percussion of Face _____ OK
• Salivary Glands _____ OK
• Facial Strength _____ normal
**Eyes**
• Test Ocular Motility, Primary Gaze Alignment _____ EOMI
**Neck**
• Neck _____ ⊖ nodes
• Thyroid _____ NST
**Respiratory**
• Chest _____
**Lymphatic**
• Palpation of Lymph Node in Neck, or Other Location _____

**Diagnosis:** AR, NC
EOD.
Sinusitis

⑤ RTO PRN

Level 3
I have reviewed the above history and concur.
Doctor _____ AC
Nurse _____ AC

RICHARD L
BOURGEOIS SR
Subscriber ID
ZEB901639185

Group No. 86784

Subgroup 0001

RXBIN 610415

RXGRP  T13B425C
BLUE NETWORK:  S   RXD4

PPO

Copayments:
OV 30

ER 250

RX $10/$35/$50

TODAY'S DATE: _02/02/10 de_

EFFEC DATE: 11 01 08

COPAY: _30.00_

DED: _—_

REM: _____

& preex sisting

BlueCross BlueShield
of Tennessee
An Independent Licensee of the
BlueCross Blue Shield Association

Providers  Submit claims to your local BCBS
Plan.  Prior authorization required for
admissions and certain medical services

BCBS I Claims Service Center
PO Box 180150, Chattanooga, TN 37401-7150

CVS
CAREMARK

bcbst.com
Member Service: 1-800-565-9140
Network Provider Outside Tennessee:
 1-800-810-2583 (BLUE)
To use your Behavioral Health benefits:
 1-800-888-3773
Provider Service: Eligibility / Prior Authorization
and Claims 1-800-924-7141
Pharmacists: 1-800-345-5413
Prior authorization required for
Advanced Radiological Imaging
1-888-693-3211
Members  Always show this card and tell your
provider to check for prior authorization. If not,
you may be responsible for additional costs
Check your benefit materials for details.
This card is for identification, not for proof
of eligibility                    001 (05/09)

Pharmacy Benefits Administrator

PT & yH - (self - 7-1-49)

Ⓑ

132164

Louisiana                    Don't Drink And Drive
                             Don't Litter Louisiana
PERSONAL DRIVER'S LICENSE
LICENSE/ID NO    CLASS   EXPIRATION DATE
006243533              07-01-2010
ENDORSEMENTS         RESTRICTIONS
                         01
BOURGEOIS,RICHARD L
10968 SHORELINE DR
BATON ROUGE , LA 70809-0000

DATE OF BIRTH    FIRST ISSUED   PARISH      ♥
07-01-1949                                DONOR
SEX  HGT   WGT   ISSUE DATE   OFFICE     AUDIT
M   5-10         08-22-2007             4371

**Patient Information Sheet**
As of: 04/09/2013
For: Bourgeois, Richard L. (2013521)

Page: 1
Date: 04/09/2013
Time: 8:45:42 AM

AD 4-10-13

Appointment Date and Time:  04/09/2013  1:30 pm

<u>Patient Information</u>
**Patient Name**
Bourgeois, Richard L.

Prefix  **Suffix**  Credentials  Preferred
Sr.

| Maiden | DOB 07/01/1949 | Sex Male | SSN 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 | Race Unknown | Ethnicity Unknown |
|---|---|---|---|---|---|

| Marital Status Married | Drivers License | | | Primary Language English | Religion Unknown |
|---|---|---|---|---|---|

<u>Address Information</u>
**Address**
10968 Shoreline Drive

| City/State/Zip Baton Rouge, LA 70809 | County East Baton Rouge | Country Unknown |
|---|---|---|

<u>Phone:</u>

| Home 225-272-2508 | Work 901-685-6190 | Cell 225-205-8519 | Primary 225-272-2508 |
|---|---|---|---|
| Fax | Pager | | |

**Email**

**Preferred Method of Communication**
Unknown

<u>Other Information</u>
**Employer Name**              Status      Occupation

**Phone/Ext**              Hire Date

| Associated Party Name Bourgeois, Richard L. | Association Financially Responsible | Relationship Self | Phone (225) 272-2508 | SSN 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 | DOB 07/01/1949 |
|---|---|---|---|---|---|

**Preferred Pharmacy Name**    Address              City, State          Phone

<u>Insurance Information</u>

**Primary Insurance Carrier**

**Insurance Company**
Blue Cross La PPO

**Policy Holder**
Bourgeois, Richard

**Policy Number**
ZEB901639185

**Group Number**
86784

**PreCertification Number**          Start Date      End Date

Bourgeois, Richard L.          4/9/13

Date

# ENT Medical Center

**5258 Dijon Drive**
**Baton Rouge, LA 70808**

I designate the following persons to be involved in my health treatment or my child's health treatment.

GAIL BOURGEOIS
Name

Relationship: SPOUSE

_____
Name

Relationship: _____

I authorize you to release Protected Health Information to the above named person(s). This authorization will be good until I provide a written revocation.

Patient Name: *Richard Bourgeois Sr.*
RICHARD L. BOURGEOIS SR

Chart #: 132164

Patient Date of Birth: 7/1/49

Patient SS#: 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

*[signature]*
Signature of Patient, Parent or Patient's Representative

_____
Authority to act for the Patient

RICHARD L. BOURGEOIS
Printed Name of Representative

Date: 2/2/10



Ear Nose & Throat
Medical Center™

Charles F. Mitchell, MD, FACS
Charles A. LeBlanc, MD, FACS
Ryan T. Boone, MD
Christian A. Hall, MD

Acct # 132164

## ENT MEDICAL CENTER'S POLICIES

Our physicians are committed to providing the highest quality medical care and to ensure our ability to do so, we have established the following policies. This information is provided to prevent misunderstandings concerning payment and professional services.

- **Insurance Card:** ENT Medical Center participates with a variety of insurance plans. It is your responsibility to bring your current insurance card to every visit to ensure we have the correct filing information. Eligibility for coverage by health insurance plans is not a guarantee of payment. If it is determined that you are not eligible for coverage, you will be required to pay in full for all services when rendered.
- **Payment Due at Time of Service:** You are required to pay any primary insurance co-payments, deductibles, and/or coinsurance at every appointment. We accept cash, checks, Visa, MasterCard and Discover.
- **Self-pay Patients:** You are required to pay in full for services rendered at the time of service. If you are unable to pay in full, you must make payment arrangements with a Patient Account staff member prior to your appointment.
- **Referrals:** You are responsible for obtaining any required referrals for treatment. If you do not have the necessary referral prior to your appointment, you will be responsible for payment at the time of service.
- **Non-participating Provider:** We will file your insurance claim as a courtesy; however, payment is due in full at the time of service.
- **Secondary Insurance:** We do not file claims with secondary insurance plans, but will supply you with a claim form upon request. The balance due after your primary insurance pays will be your responsibility, along with any follow-up on your secondary insurance claim status.
- **Medicare:** We accept Medicare Assignment.
- **Medicaid:** We do not accept Medicaid Patients. If you have Medicaid we will be glad to refer you to Medicaid for a participating physician.
- **NSF Checks/Pre-or Post-Dated Checks:** Checks returned for insufficient funds (NSF) will incur a $25.00 charge, and we will automatically redeposit the check. If the check is returned a second time, another $25.00 service charge, plus the face of the check will be charged back to the patient's account, and will be due immediately in an alternate form of payment. If you need to pre or post date a check, please make that arrangement with our cashier prior to the appointment.
- **Collection for Non Payment:** You will be responsible for any and all costs involved in collection for non-payment. This includes collection agency fees, legal and/or court costs and billing fees.
- **Care of a Minor:** If the patient is a minor (17 years and younger), a parent/guardian must sign below. An unaccompanied minor is responsible for any payment due at the time of service, as well as presenting all required referral and insurance information.
- **Notice of Privacy Practices:** Your personal health information will be kept confidential at all times. By signing below you acknowledge reading our Notice of Privacy Practices. You may receive a copy at any time in the future. This notice along with your patient rights is also posted throughout our office.
- **No Show Fees:** For non-cancellation of surgery or specialized testing, there will be a $75 (seventy-five dollar) no show fee. There is a $25 (twenty-five dollar) re-scheduling fee if re-scheduled more than once.

Our Physicians and staff firmly believe that a positive relationship is based upon understanding and good communication. We believe that adherence to these policies will further promote this relationship.

**Please sign that you have read, understand, and accept the terms of ENT Medical Center's Policies.**

_____     2/2/10
Signature of Patient/Parent/Legal Guardian          Date

5258 Dijon Drive
Baton Rouge, Louisiana 70808
(225) 769-1090

1-800-960-1 ENT

Rev. 11/09

# History and Physical

| | | | |
|---|---|---|---|
| **Patient Name:** | Richard Bourgeois, Sr. | **Visit Date:** | April 9, 2013 |
| **Patient ID:** | 2013521 | **Provider:** | Christian A. Hall, MD |
| **Sex:** | Male | **Location:** | Baton Rouge - ENT Medical Center |
| **Birthdate:** | July 1, 1949 | **Location Address:** | 5258 Dijon Dr |
| | | | Baton Rouge, LA  708084311 |
| | | **Location Phone:** | (225) 769-1090 |

## Chief Complaint

- Sinus infection

## History Of Present Illness

The patient is a 63 year old male who presents for an evaluation of facial pressure, post nasal drip/runny nose, a productive cough, and a sore throat. The patient describes a history of coughing-up clear sputum for days. The throat discomfort started days ago, has an irritated quality, and is moderate in severity. His facial pressure began days ago and is described as moderate in severity. The pressure is located in  the mid-face area. The post-nasal drip and/or runny nose began days ago, and is described as moderate in severity with the production of clear mucous. The patient states there are no additional complaints. There is no reported neck pain, vertigo, vision changes, and any additional symptoms. The patient has not identified any alleviating factors. The patient's past medical history is noncontributory.
BF

Patient also complaining of back pain.


----------INJECTION ADMINISTRATION----------


**ADMINISTRATION DETAILS:**


1st Medication Administered: DepoMedrol 40mg
1st Medication Administration Site: right hip
-----
2nd Medication Administered: Rocephin 1 gram
2nd Medication Administration Site: left hip


**ADMINISTERING NURSE:**

Medication was administered by: Deana Vignes, MA

**DISPOSITION:**

The patient had no sign of reaction and the patient was discharged.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Glaucoma | -- | -- |
| Kidney Problems | -- | -- |
| Liver Problems | -- | -- |
| Prostate Problems | -- | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Tonsillectomy | -- | -- |

## Medication List
No Pertinent Medications

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| SULFA (SULFONAMIDE ANTIBIOTICS) | -- | -- | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| Cancer | / | -- |
| High Blood Pressure | / | -- |
| Stroke | / | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Tobacco | Never | --/-- | -- | -- |

## Review of Systems
**HENT**
- o **Denies** : additional symptoms, except as noted in HPI

**All Others Negative**

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/09/2013 | 01:43 PM | 154/93 | Sitting | | | | | | 99.3 | 196lbs 0oz | 5' 10" | 28.12 | 2.1 | | |

## Physical Examination
**Constitutional**
- o **General Appearance** : well nourished, well-developed, alert, oriented, in no acute distress
- o **Communication Ability / Voice Quality** : communication ability normal, voice quality normal

**Head**
- o **Inspection** : normocephalic, no lesions present, atraumatic
- o **Palpation** : no tenderness on palpation, no masses on palpation

**Face**
- o **Inspection** : normal appearance, no lesions present, no evidence of trauma, jaw position normal
- o **Palpation** : frontoethmoidal and maxillary sinuses nontender to palpation, no masses present
- o **Facial Strength** : facial motion symmetric, normal eye closure strength bilaterally
- o **Parotid Glands** : no tenderness on palpation, no swelling present, no masses present

**Eyes**
- o **Ocular Motility/Alignment** : ocular alignment normal, ocular motility normal, no nystagmus present, visual acuity normal, no proptosis present
- o **Conjunctiva** : conjunctiva normal

**Ears**
- o **Hearing** : speech reception thresholds grossly normal
- o **External Ears** : no auricle lesions or tenderness to palpation present
- o **Otoscopic Exam** :
  - ▪ **Right Ear** : tympanic membrane appearance normal, no tympanic membrane lesions present, no tympanic membrane perforations present, no fluid present behind tympanic membranes, normal mobility of membranes,

[Digital Signature Validated]

normal EAC
- ■ **Left Ear** : tympanic membrane appearance normal, no tympanic membrane lesions present, no tympanic membrane perforations present, no fluid present behind tympanic membranes, normal mobility of membranes, normal EAC
  - o **Microscopic Exam** : deferred except as noted in procedure note
  - o **Endoscopic Exam** : deferred except as noted in procedure note
  - o **Vestibular System** : no pathologic nystagmus noted

**Nose / Nasopharynx**
- o **External Nose** : appearance normal, no tenderness on palpation, normal size, no nasal discharge present, no lesions, no evidence of trauma, nostrils patent without discharge
- o **Intranasal Exam** : nasal mucosa with edema, erythema, turbinate hypertrophy, cloudy rhinorrhea, nasal septum midline
- o **Nasopharynx** : deferred except as noted in procedure note

**Oral Cavity / Oropharynx**
- o **Lips** : upper and lower lips pink and moist
- o **Teeth** : dentition within normal limits for age
- o **Gums** : gingivae healthy
- o **Oral Mucosa** : oral mucosa moist, no mucosal lesions present
- o **Floor of Mouth** : floor of mouth within normal limits, salivary ducts patent
- o **Tongue** : tongue moist and without lesions, normal mobility
- o **Palate** : soft and hard palates within normal limits
- o **Oropharynx** : appearance within normal limits, tonsils and/or tonsillar fossa normal in appearance, peritonsillar regions within normal limits

**Hypopharynx / Larynx**
- o **Hypopharynx** : normal general appearance
- o **Larynx** : normal general appearance

**Neck**
- o **Inspection and Palpation** : appearance normal, no masses or tenderness on palpation
- o **Thyroid** : size of gland normal, no tenderness, nodules or mass present on palpation, position midline
- o **Submandibular Glands** : normal size, nontender to palpation
- o **Lymph Nodes** : no lymphadenopathy present

**Chest / Respiratory**
- o **Respiratory Effort** : breathing unlabored

**Cardiovascular**
- o **Carotid Arteries** : pulses 2+ bilaterally

**Lymphatic Examination**
- o **Preauricular Lymph Nodes** : no preauricular lymphadenopathy

**Neurological/Psychiatric**
- o **Orientation** : oriented to time, place and person
- o **Mood and Affect** : mood normal, affect appropriate
- o **Cranial Nerves** : CN II-XII intact

## Assessment

- • Allergic Rhinitis 477.9
- • Nasal congestion 478.19
- • Turbinate - Hypertrophy 478.0
- • Cough 786.2
- • Throat pain 784.1

## Plan

**Orders**
- o DepoMedrol 40 mg IM In Office Procedure (J1040) - - 04/09/2013
- o Rocephin 1gm IM In Office Procedure Mixed with Lidocaine 1% 2cc (without epinephrine) (J0696) - - 04/09/2013
- o 2 - Therapeutic, prophylactic, or diagnostic injection (specify substance or drug); subcutaneous or intramuscular (96372) - - 04/09/2013

**Medications**
- o Ceftin Oral tablet 250 mg
  SIG: take 1 tablet (250 mg) by oral route 2 times per day for 10 days
  DISP: (20) tablets with 0 refills

[Digital Signature Validated]

**Prescribed on 04/09/2013**

**Instructions**
- o  Return to clinic as needed
- o  Increase water intake
- o  Tylenol/Advil/Motrin as needed
- o  Assisting Nurse: DV

**Electronically Signed by:** Christian A. Hall, MD -Author on April 9, 2013 02:05:17 PM

AFFIDAVIT

Personally came before me, the undersigned officer, duly authorized to administer

oaths _____COURTNEY VERROCCHIO_____ Custodian of Records, who upon being duly sworn
                    CUSTODIAN OF RECORDS

states that she is the custodian of these records and that the copies attached hereto are true

and correct copies and that there are ___2___ pages that have been attached and constitute

the entire file materials requested.

The certification is made under oath subject to the penalty of perjury this ___13___

day of ___Sept.___, 2013.

_____

MEDICAL RECORDS CUSTODIAN

Sworn to and subscribed before me
This __13__ day of ___September__, 2013

_____

Notary Public

HEATHER BECKER
NOTARY PUBLIC OF RHODE ISLAND
My Commission Expires 9-24-16

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 01/01/2005 AND 09/13/2013
PHARMACY # 5322

PAGE:      1
RUN DATE: 09/13/2013 TIME: 11:43:31
REQUEST NBR:      2664290

PHARMACY NAME:
ADDRESS:        9608 JEFFERSON HWY
CITY, ST, ZIP:      BATON ROUGE  LA 70809

PATIENT KEY:      53221315321
PATIENT NAME:      BOURGEOIS RICHARD
ADDRESS        10968 SHORELINE
CITY, ST, ZIP:      BATON ROUGE  LA 70809  0000

TELEPHONE:  225-272-2508
BIRTHDATE:   07/01/1949

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | QUANT DISP. | PATIENT PD AMT | PAYER # |
|---|---|---|---|---|---|---|---|---|
| 230604 | 0 | 00591093301 | OXYCODONE-APAP 7.5-325 MG TWAT | HOSEA, STEVEN | 07/27/2006 | 15 | 10.00 | 5000 |
| 230605 | 0 | 00781183001 | PROMETHAZINE 25 MG TABLET SAN | HOSEA, STEPHEN | 07/27/2006 | 5 | 10.11 | 5000 |
| 311698 | 0 | 00091044723 | TRILYTE WITH FLAVOR PACKETSSCH | BOUDREAUX, RONALD | 09/05/2007 | 4000 | 10.00 | 5000 |
| 311699 | 0 | 50428166363 | CVS BISACODYL 5 MG TABLET ECVS | BOUDREAUX, RONALD | 09/05/2007 | 3 | 0.49 | 1 |
| 409645 | 0 | 00472162916 | PROMETHAZINE VC-CODEINE SYRALP | LIEUX, RICHARD | 02/04/2009 | 420 | 10.00 | 5000 |
| 409647 | 0 | 60505268106 | CEFUROXIME AXETIL 250 MG TAAPO | LIEUX, RICHARD | 02/04/2009 | 14 | 10.00 | 5000 |
| 409649 | 0 | 00173056504 | VALTREX 1 GM CAPLET GSK | LIEUX, RICHARD | 02/04/2009 | 4 | 35.00 | 5000 |
| 415788 | 0 | 00013830304 | XALATAN 0.005% EYE DROPS P-U | NELSON, SCOTT K | 03/09/2009 | 3 | 35.00 | 5000 |
| 415788 | 1 | 00013830304 | XALATAN 0.005% EYE DROPS P-U | NELSON, SCOTT K | 04/27/2009 | 3 | 35.00 | 5000 |
| 415788 | 2 | 00013830304 | XALATAN 0.005% EYE DROPS P-U | NELSON, SCOTT K | 06/17/2009 | 3 | 35.00 | 5000 |
| 415788 | 3 | 00013830304 | XALATAN 0.005% EYE DROPS P-U | NELSON, SCOTT K | 08/07/2009 | 3 | 35.00 | 5000 |
| 415788 | 4 | 00013830304 | XALATAN 0.005% EYE DROPS P-U | NELSON, SCOTT K | 09/21/2009 | 3 | 35.00 | 5000 |
| 415788 | 5 | 00013830304 | XALATAN 0.005% EYE DROPS P-U | NELSON, SCOTT K | 12/17/2009 | 3 | 35.00 | 5000 |
| 426308 | 0 | 00472162916 | PROMETHAZINE VC-CODEINE SYRALP | LIEUX, RICHARD | 05/04/2009 | 180 | 10.00 | 5000 |
| 426309 | 0 | 60505268106 | CEFUROXIME AXETIL 250 MG TAAPO | LIEUX, RICHARD | 05/04/2009 | 14 | 10.00 | 5000 |
| 475879 | 0 | 00781185220 | AMOX TR-K CLV 875-125 MG TASAN | MOTURU, KUMARI L | 02/02/2010 | 20 | 10.00 | 5000 |
| 495470 | 0 | 00023918705 | LUMIGAN 0.03% EYE DROPS ALL | NELSON, SCOTT K | 05/15/2010 | 5 | 50.00 | 5000 |
| 495470 | 1 | 00023918705 | LUMIGAN 0.03% EYE DROPS | NELSON, SCOTT K | 09/01/2010 | 5 | 50.00 | 5000 |
| 495470 | 2 | 00023918705 | LUMIGAN 0.03% EYE DROPS | NELSON, SCOTT K | 11/24/2010 | 5 | 50.00 | 5000 |
| 495470 | 3 | 00023918705 | LUMIGAN 0.03% EYE DROPS | NELSON, SCOTT K | 05/08/2011 | 5 | 50.00 | 5000 |
| 584946 | 0 | 00023320505 | LUMIGAN 0.01% EYE DROPS | NELSON, SCOTT K | 09/16/2011 | 5 | 50.00 | 5000 |
| 584946 | 1 | 00023320505 | LUMIGAN 0.01% EYE DROPS | NELSON, SCOTT K | 12/07/2011 | 5 | 50.00 | 5000 |
| 607932 | 0 | 68180050201 | MELOXICAM 15 MG TABLET | RILLS, BARRY M | 01/12/2012 | 21 | 10.00 | 5000 |
| 617200 | 0 | 68180050201 | MELOXICAM 15 MG TABLET | RILLS, BARRY M | 02/21/2012 | 30 | 10.00 | 5000 |
| 617201 | 0 | 00023921105 | COMBIGAN EYE DROPS | SINGER, JEFFREY | 02/21/2012 | 5 | 50.00 | 5000 |
| 617201 | 1 | 00023921105 | COMBIGAN EYE DROPS | SINGER, JEFFREY | 04/19/2012 | 5 | 50.00 | 5000 |
| 617201 | 2 | 00023921105 | COMBIGAN EYE DROPS | SINGER, JEFFREY | 06/14/2012 | 5 | 50.00 | 5000 |
| 617201 | 3 | 00023921105 | COMBIGAN EYE DROPS | SINGER, JEFFREY | 07/31/2012 | 5 | 50.00 | 5000 |
| 617201 | 4 | 00023921105 | COMBIGAN EYE DROPS | SINGER, JEFFREY | 10/25/2012 | 5 | 50.00 | 5000 |
| 666161 | 0 | 13310011901 | COLCRYS 0.6 MG TABLET | TULLIER, JOSEPH K | 10/08/2012 | 10 | 15.00 | 5000 |
| 666162 | 0 | 59746000103 | METHYLPREDNISOLONE 4 MG DOSEPK | TULLIER, JOSEPH K | 10/08/2012 | 21 | 10.00 | 5000 |

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 01/01/2005 AND 09/13/2013
PHARMACY # 5322

PAGE: 2
RUN DATE: 09/13/2013  TIME: 11:43:31
REQUEST NBR: 2664290

PHARMACY NAME:
ADDRESS: 9608 JEFFERSON HWY
CITY, ST, ZIP: BATON ROUGE  LA  70809

PATIENT KEY: 53221315321
PATIENT NAME: BOURGEOIS RICHARD
ADDRESS 10968 SHORELINE
CITY, ST, ZIP: BATON ROUGE  LA  70809  0000

TELEPHONE: 225-272-2508
BIRTHDATE: 07/01/1949

SCRIPT COUNT: 31          TOTAL PATIENT PAID: 920.60