## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

    **BEFORE ME**, the undersigned Notary, personally came and appeared:

### RICHARD BOURGEOIS

who, after being first duly sworn, states as follows:

1. He is a Participating Class Member in the Chinese Drywall Settlement Program, Claimant Number: 100060.

2. He has produced the following Pharmacy Records and Medical Records regarding his bodily injury claim:

    a. Medical records of ENT Medical Clinic, 5258 Dijon Drive, Baton Rouge, Louisiana 70808;

    b. Medical records from Baton Rouge Clinic, 7373 Perkins Road, Baton Rouge, Louisiana 70808; and

    c. Pharmacy records from CVS, 9608 Jefferson Highway, Baton Rouge, Louisiana 70809.

3. He hereby affirms that all Pharmacy Records and Medical Records in connection with his bodily injury claim have been produced.

4. The above is true and correct to the best of his knowledge and belief.

_____
**RICHARD BOURGEOIS**

SWORN TO AND SUBSCRIBED BEFORE ME, this 26th day of September, 2013.

_____
Notary Public