**David H. Goldstein, M.D.**
Diplomate American Board of Internal Medicine
Diplomate American Board of Pulmonary Diseases

August 20, 2013

Re:  Medical Report Regarding Medical Conditions and Bodily Injuries Caused by Exposure to Chinese Drywall (CDW)

Name of Exposed:  Richard Bourgeois                DOB: 07/01/1949

Reported Exposure Dates:  10/12/2006-08/11/2009

To Whom It May Concern:

Thank you for offering me the opportunity to review the medical records of the above mentioned individual.

My name is Dr. David Goldstein.  I am a Board Certified Pulmonologist and Internist and have been in continuous practice in the State of Florida since 1980.  I am a practicing internist, pulmonologist, and hospitalist in Sarasota, Florida. I have many years of experience in evaluating and treating patients exposed to various chemical, physical and biological agents. My current Curriculum Vitae, which includes my publications, research activities and clinical and teaching responsibilities, is attached.

I am qualified to offer expert opinions regarding whether a given person's medical condition or bodily injury was substantially caused by his or her exposure to Chinese Drywall.  Some references that help form my opinions are attached to this report.

In forming my expert opinions regarding this patient, I have personally reviewed and analyzed the following records, documents, and materials:

- Medical Records of Baton Rouge Clinic
- ENT Medical Center

This patient had been seen at BR clinic 2005 one time for sinusitis. Starting in 2009 he complained of frequent sinus issues including a 1 ½ year history of cough. On 08/13/2009 he reported the CDW in his home. He has been diagnosed as having "Allergic Rhinitis".

2052 Ben Franklin Drive  •   UNIT # 801  •  Sarasota, FLORIDA 34236  •   (813) 541-3338

Based upon my review and analysis of the above-listed records, documents, and materials, in my expert opinion, the patient's allergic rhinitis was triggered and was significantly aggravated by the patient's exposure to CDW at his home at 10968 Shoreline Dr, Baton Rouge, LA 70809 exposure dates listed above.

Specifically, in my opinion, the cough and sinus symptoms were caused by exposure to the chemicals released by the CDW.  This caused his multiple repeat visits for this problem after he moved into his home.

The medical and scientific basis for my opinion is based on the evidence that reactive sulfur compounds can be respiratory irritants especially in susceptible individuals such as Richard Bourgeois.

In general, the chemicals found in Chinese Drywall including reactive sulfur chemicals and sulfates can cause the medical conditions experienced by Richard Bourgeois. Specifically, given that Richard Bourgeois was continuously exposed to the Chinese Drywall found in his home for almost 3 years, in my opinion, the listed specific medical conditions and bodily injuries experienced by Richard Bourgeois were substantially caused by this exposure.

I hold these opinions to a reasonable degree of medical certainty.

Sincerely:

Dr. David Goldstein

- Recommendations Related to Health Effects from Chinese Drywall
  http://aoec.org/pehsu/documents/chinese_drywall_information_april_2011.pdf
- Draft Report On Preliminary Microbiological Assessment Of Chinese Drywall
  http://aoec.org/pehsu/documents/chinese_drywall_information_april_2011.pdf
- Drywall Sampling Analysis Unites States Environment Protection Agency
  http://www.epa.gov/oswer/docs/chinesedrywall.pdf
- Imported Drywall and Health - A Guide for Healthcare Providers
  http://www.atsdr.cdc.gov/drywall/docs/Drywall_for_Healthcare_Providers.pdf