| CLAIMANT | ID | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
|  |  |  |  |  |
| BOURGEOIS, RICHARD | 100060 | 5/13/2013 | ENT Medical Center Records | $20.00 |
|  |  | 8/7/2013 | American Medical Experts | $1,562.50 |
| **TOTAL RICHARD BOURGEOIS** |  |  |  | **$1,582.50** |
|  |  |  |  |  |