# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### REQUEST FOR RECONSIDERATION OF SPECIAL MASTER AWARD

| CLAIMANT ID | CLAIM ID | CLAIM TYPE | SPECIAL MASTER AWARD | AWARD AFTER POTENTIAL PRO RATA REDUCTION |
|---|---|---|---|---|
| 101617 | 2034 | Bodily Injury | $0.00 | $0.00 |

| RESPONSE DATE | BASIS OF REQUEST |
|---|---|
| 12/16/15 | Insufficient; $18,000 Counter Offer.<br>See Doc ID 340701 and 340700. |