## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

BEFORE ME, the undersigned Notary, personally came and appeared:

### DAVID HOLDER

who, after being first duly sworn, states as follows:

1. He is a Participating Class Member in the Chinese Drywall Settlement Program, Claimant Number: 101617.

2. He has produced the following Pharmacy Records and Medical Records regarding his bodily injury claim:

   a. Medical records of Drs. Hansbrough, Peters, Traxler & Scallan, 8080 Bluebonnet Boulevard, Suite 212, Baton Rouge, Louisiana 70810;

   b. Pharmacy records from CVS, 9608 Jefferson Highway, Baton Rouge, Louisiana 70809; and

   c. Pharmacy records from Walgreen, 9983 Bluebonnet Boulevard, Baton Rouge, Louisiana 70810.

3. He hereby affirms that all Pharmacy Records and Medical Records in connection with his bodily injury claim have been produced.

4. The above is true and correct to the best of his knowledge and belief.

_____
**DAVID HOLDER**

SWORN TO AND SUBSCRIBED BEFORE ME, this 26th day of September, 2013.

_____
Notary Public

Patricia O. Sollie, Notary Public
State of Louisiana
Notary Number 010497
My Commission Expires at Death