**David H. Goldstein, M.D.**
Diplomate American Board of Internal Medicine
Diplomate American Board of Pulmonary Diseases

August 20, 2013

Re:  Medical Report Regarding Medical Conditions and Bodily Injuries Caused by Exposure to Chinese Drywall (CDW)

Name of Exposed:  David Holder                    DOB: 11/10/1976

Reported Exposure Dates:  07/15/2006-02/2011

To Whom It May Concern:

Thank you for offering me the opportunity to review the medical records of the above mentioned individual.

My name is Dr. David Goldstein. I am a Board Certified Pulmonologist and Internist and have been in continuous practice in the State of Florida since 1980.  I am a practicing internist, pulmonologist, and hospitalist in Sarasota, Florida. I have many years of experience in evaluating and treating patients exposed to various chemical, physical and biological agents. My current Curriculum Vitae, which includes my publications, research activities and clinical and teaching responsibilities, is attached.

I am qualified to offer expert opinions regarding whether a given person's medical condition or bodily injury was substantially caused by his or her exposure to Chinese Drywall.  Some references that help form my opinions are attached to this report.

In forming my expert opinions regarding this patient, I have personally reviewed and analyzed the following records, documents, and materials:

- Medical Records of Hansbrough, Peters, Traxler & Scallan
- Records from Surgical Specialty Center

This patient had been seen in February 2006 for chronic rhinitis that improved by March 2006.  July 2006 the patient moved into his home containing CDW.  Several visits in 2007 document recurrent sinus problems extending into 2008 now with complaints of muscle aches.  There were two documented visits for sinus problems prior to July 2006 that year but after there were three visits in 2007 and seven in 2008.  He also underwent sinus

surgery 07/29/2008 related to recurrent sinusitis. Even after the surgery his complaints continued with multiple office visits related to sinus issues. In 2011 the patient moved out of this house. There were several visits in 2011 related to sinus issues. In 2012 there are multiple visits including for vertigo, allergic reaction, GERD. Visits in March 2013 document sinusitis.

Based upon my review and analysis of the above-listed records, documents, and materials, in my expert opinion, the patient's upper respiratory problems of the chronic cough and sinus infections were significantly aggravated by the patient's exposure to CDW at his home at 11005 Shoreline Dr, Baton Rouge, LA 70809 exposure dates listed above.

Specifically, in my opinion, the worsening of his baseline sinus issues was caused by exposure to the chemicals released by the CDW. This caused his multiple repeat visits for this problem after he moved into his home and caused the condition to progress to the point that surgery was needed. This exposure substantially contributed to his ongoing problems with sinusitis and cough.

The medical and scientific basis for my opinion is based on the evidence that reactive sulfur gasses are irritants and may result in eye, nose, and throat irritation along with exacerbation of sinus and respiratory problems. In general, the chemicals found in Chinese Drywall including reactive sulfur gasses specifically hydrogen sulfide and carbonyl sulfide can cause the medical conditions experienced by David Holder. Specifically, given that David Holder was continuously exposed to the Chinese Drywall found in his home for approximately 4 and ½ years, in my opinion, the listed specific medical conditions and bodily injuries experienced by David Holder were substantially caused by this exposure.

I hold these opinions to a reasonable degree of medical certainty.

Sincerely:

_Dhealth, M.D._

Dr. David Goldstein

- Recommendations Related to Health Effects from Chinese Drywall
  http://aoec.org/pehsu/documents/chinese_drywall_information_april_2011.pdf
- Draft Report On Preliminary Microbiological Assessment Of Chinese Drywall
  http://aoec.org/pehsu/documents/chinese_drywall_information_april_2011.pdf
- Drywall Sampling Analysis Unites States Environment Protection Agency
  http://www.epa.gov/oswer/docs/chinesedrywall.pdf
- Imported Drywall and Health - A Guide for Healthcare Providers
  http://www.atsdr.cdc.gov/drywall/docs/Drywall_for_Healthcare_Providers.pdf