| | | | | |
|---|---|---|---|---|
| HOLDER, DAVID | 101617 | 8/1/2013 | The Hearing Center Records | $96.25 |
| | | 8/15/2013 | BR Clinic | $82.89 |
| | | 9/12/2013 | Walgreen's | $55.00 |
| | | 8/7/2013 | American Medical Experts | $1,562.50 |
| **TOTAL DAVID HOLDER** | | | | **$1,796.64** |
| | | | | |