# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

| REQUEST FOR RECONSIDERATION OF SPECIAL MASTER AWARD | | | | |
|---|---|---|---|---|
| **CLAIMANT ID** | **CLAIM ID** | **CLAIM TYPE** | **SPECIAL MASTER AWARD** | **AWARD AFTER POTENTIAL PRO RATA REDUCTION** |
| 101719 | 2035 | Bodily Injury | $0.00 | $0.00 |
| **RESPONSE DATE** | **BASIS OF REQUEST** | | | |
| 12/16/15 | Insufficient; $18,000.00 Counter Offer.<br><br>See Doc ID 340704 and 340703. | | | |