# AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

      BEFORE ME, the undersigned Notary, personally came and appeared:

### JILL HOLDER

who, after being first duly sworn, states as follows:

1. She is a Participating Class Member in the Chinese Drywall Settlement Program, Claimant Number: 101719.

2. She has produced the following Pharmacy Records and Medical Records regarding her bodily injury claim:

    a. Medical records of Dermatology Clinic, 5326 O'Donovan Drive, Baton Rouge, Louisiana 70808;

    b. Medical records from Baton Rouge Clinic, 7373 Perkins Road, Baton Rouge, Louisiana 70808;

    c. The Fertility Institute, 8595 Picardy Avenue, Suite 240, Baton Rouge, Louisiana 70809;

    d. Psychiatry Associates of Baton Rouge, LLC, 9229 Bluebonnet Boulevard, Baton Rouge, Louisiana 70810;

    e. Pharmacy records from Bolton Healthmart, 2958 Perkins Road, Baton Rouge, Louisiana 70808;

    f. Pharmacy records from CVS, 9608 Jefferson Highway, Baton Rouge, Louisiana 70809; and

    g. Pharmacy records from Walgreen, 9983 Bluebonnet Boulevard, Baton Rouge, Louisiana 70810.

3. She hereby affirms that all Pharmacy Records and Medical Records in connection with her bodily injury claim have been produced.

4. The above is true and correct to the best of her knowledge and belief.

_____
**JILL HOLDER**

SWORN TO AND SUBSCRIBED BEFORE ME, this 26th day of September, 2013.

_____
Notary Public

> Patricia O. Sollie, Notary Public
> State of Louisiana
> Notary Number 010497
> My Commission Expires at Death