**David H. Goldstein, M.D.**
Diplomate American Board of Internal Medicine
Diplomate American Board of Pulmonary Diseases

August 20, 2013

Re: Medical Report Regarding Medical Conditions and Bodily Injuries Caused by Exposure to Chinese Drywall (CDW)

Name of Exposed: Jill Holder                DOB: 09/29/1972

Reported Exposure Dates: 10/2007-02/2011

To Whom It May Concern:

Thank you for offering me the opportunity to review the medical records of the above mentioned individual.

My name is Dr. David Goldstein. I am a Board Certified Pulmonologist and Internist and have been in continuous practice in the State of Florida since 1980. I am a practicing internist, pulmonologist, and hospitalist in Sarasota, Florida. I have many years of experience in evaluating and treating patients exposed to various chemical, physical and biological agents. My current Curriculum Vitae, which includes my publications, research activities and clinical and teaching responsibilities, is attached.

I am qualified to offer expert opinions regarding whether a given person's medical condition or bodily injury was substantially caused by his or her exposure to Chinese Drywall. Some references that help form my opinions are attached to this report.

In forming my expert opinions regarding this patient, I have personally reviewed and analyzed the following records, documents, and materials:

- Medical Records of Dermatology Clinic
- Baton Rouge Clinic
- Included "Dormer" summary regards Nickel Sulfate Hexahydrate and Goldsodiumsulfate
- Fertility Institute of New Orleans
- Psychiatric Associates Records
- Various laboratory and Pharmacy Records

This patient had been seen at BR clinic July 2007 for some form of contact dermatitis. This rash worsened and patient had a biopsy of her skin 12/19/2007 which diagnosed "Contact Dermatitis". She was advised to avoid any possible skin irritants.

The rash, however, continued to worsen and patient required oral steroids and skin creams. An allergen series was performed and reported on 01/07/2008 as allergic to Nickel Sulfate Hexahydrate and Goldsodiumsulfate. The records document numerous dermatology visits through 2008.

Based upon my review and analysis of the above-listed records, documents, and materials, in my expert opinion, the patient's contact dermatitis was significantly aggravated by the patient's exposure to CDW at her home at 11005 Shoreline Dr, Baton Rouge, LA 70809 exposure dates listed above.

Specifically, in my opinion, the worsening of her skin rash was caused by exposure to the chemicals released by the CDW. This caused her multiple repeat visits for this problem after she moved into her home and caused the condition to progress to the point that patient required multiple creams and ever oral steroids.

The medical and scientific basis for my opinion is based on the evidence that reactive sulfur compounds can be skin irritants especially in susceptible individuals such as Jill Holder who demonstrated allergies to sulfate compounds.

In general, the chemicals found in Chinese Drywall including reactive sulfur chemicals and sulfates can cause the medical conditions experienced by Jill Holder. Specifically, given that Jill Holder was continuously exposed to the Chinese Drywall found in his home for over 3 years, in my opinion, the listed specific medical conditions and bodily injuries experienced by Jill Holder were substantially caused by this exposure.

I hold these opinions to a reasonable degree of medical certainty.

Sincerely:

*[signature]*

Dr. David Goldstein

- Recommendations Related to Health Effects from Chinese Drywall
  http://aoec.org/pehsu/documents/chinese_drywall_information_april_2011.pdf
- Draft Report On Preliminary Microbiological Assessment Of Chinese Drywall
  http://aoec.org/pehsu/documents/chinese_drywall_information_april_2011.pdf
- Drywall Sampling Analysis Unites States Environment Protection Agency
  http://www.epa.gov/oswer/docs/chinesedrywall.pdf
- Imported Drywall and Health - A Guide for Healthcare Providers
  http://www.atsdr.cdc.gov/drywall/docs/Drywall_for_Healthcare_Providers.pdf