| | | | | |
|---|---|---|---|---:|
| HOLDER, JILL | 101719 | 7/30/2013 | Dermatology Clinic Records | $47.00 |
| | | 8/1/2013 | The Fertility Institute Records | $109.50 |
| | | 8/8/2013 | Psychiatry Associates of BR Records | $38.00 |
| | | 9/12/2013 | Walgreen's | $55.00 |
| | | 8/7/2013 | American Medical Experts | $1,562.50 |
| **TOTAL JILL HOLDER** | | | | **$1,812.00** |
| | | | | |