# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## OTHER LOSS ELIGIBILITY NOTICE
**DATE OF NOTICE: 1/13/15**
**DEADLINE TO RESPOND: 2/12/15**

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last: Bourgeois | First: Ray | Middle: H. |
| **Representative Claimant Name** | Last: | First: | Middle: |
| **Claim Type** | Bodily Injury | | |
| **Claimant ID** | 100064 | **Claim ID** | 1985 |
| **Law Firm** | Walters, Papillion, Thomas, Cullens LLC | **Affected Property ID** | 64 |
| **Affected Property Address** | Street: 10866 Willow Tree Lane | | Unit: |
| | City: Prairieville | State: LA | Zip code: 70769 |

### II. ELIGIBILITY DETERMINATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I. We reviewed your claim and determined that you are eligible for compensation for the Other Loss Claim you submitted. The amount you are eligible for (your "Resolution Offer") is listed below.

| CLAIM ID | CLAIM TYPE | RESOLUTION OFFER |
|---|---|---|
| 1985 | Bodily Injury | $1,000.00 |

### III. YOUR OPTIONS AFTER THIS NOTICE

If you wish to accept the Resolution Offer listed above, log in to the Chinese Drywall portal to accept your Resolution Offer. We will deem your Resolution Offer accepted if you do not take any action within 30 days of the date of this Notice. You must submit a completed IRS Form W-9 and Verification of Claims form before we can issue payment to you. If you have previously received payment on another claim, you do not need to submit these forms again.

If you do not wish to accept the Resolution Offer listed above you may request a different amount by filing for a Special Master Award. **If you request a Special Master Award, the Resolution Offer listed above is no longer valid and the Special Master may award you an amount equal to or less than the Resolution Offer on this Notice.**

The deadline to file for a Special Master Award is 30 days after the date of this Notice. If you wish to file for a Special Master Award, you must complete the Notice of Request for Special Master Award by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**. If you do not have online access, you may submit the Notice of Request for Special Master Award form attached to this Notice. Follow the instructions on the Portal or on the form to submit the Notice of Request for Special Master Award.

## IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**.

## V. HOW TO RESPOND TO THIS NOTICE

| | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to file an Appeal and upload documents. |
| **By Mail** <br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator <br>P.O. Box 25401 <br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail** <br>(Postmarked no later than your submission deadline) | BrownGreer, PLC <br>Chinese Drywall Settlement Administrator <br>250 Rocketts Way <br>Richmond, Virginia 23231 |
| **By Facsimile** <br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email** <br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |