# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### REQUEST FOR RECONSIDERATION OF SPECIAL MASTER AWARD

| CLAIMANT ID | CLAIM ID | CLAIM TYPE | SPECIAL MASTER AWARD | AWARD AFTER POTENTIAL PRO RATA REDUCTION |
|---|---|---|---|---|
| 100064 | 1985 | Bodily Injury | $0.00 | $0.00 |
| RESPONSE DATE | c BASIS OF REQUEST | | | |
| 12/16/15 | Insufficient; $42,000.00 Counter Offer. See Doc ID 340692 and 340691. | | | |