# AFFIDAVIT

STATE OF South Carolina

COUNTY OF Oconee

**BEFORE ME**, the undersigned Notary, personally came and appeared:

## RAY H. BOURGEOIS

who, after being first duly sworn, states as follows:

1. He is a Participating Class Member in the Chinese Drywall Settlement Program, Claimant Number: 100064.

2. He has produced the following Pharmacy Records and Medical Records regarding his bodily injury claim:

    a. Medical records of St. Elizabeth Physicians, 2647 S. St. Elizabeth Boulevard, Gonzales, Louisiana 70808;

    b. Pharmacy records from CVS, 17122 Airline Highway, Prairieville, Louisiana 70809.

3. He hereby affirms that all Pharmacy Records and Medical Records in connection with his bodily injury claim have been produced.

4. The above is true and correct to the best of his knowledge and belief.

_____
RAY H. BOURGEOIS

SWORN TO AND SUBSCRIBED BEFORE ME, this 28th day of September, 2013.

_____
Notary Public
My Commission Expires: APRIL 18, 2021

ANDREW LOZADO
NOTARY PUBLIC
SOUTH CAROLINA
MY COMM. EXPIRES APR. 18, 2021