## David H. Goldstein, M.D.
**Diplomate American Board of Internal Medicine**
**Diplomate American Board of Pulmonary Diseases**

August 20, 2013

Re:  Medical Report Regarding Medical Conditions and Bodily Injuries Caused by Exposure to Chinese Drywall (CDW)

Name of Exposed:  Ray Bourgeois                    DOB: 02/07/1972

Reported Exposure Dates:  10/15/2006-07/01/2013 (ongoing)

To Whom It May Concern:

Thank you for offering me the opportunity to review the medical records of the above mentioned individual.

My name is Dr. David Goldstein.  I am a Board Certified Pulmonologist and Internist and have been in continuous practice in the State of Florida since 1980.  I am a practicing internist, pulmonologist, and hospitalist in Sarasota, Florida. I have many years of experience in evaluating and treating patients exposed to various chemical, physical and biological agents. My current Curriculum Vitae, which includes my publications, research activities and clinical and teaching responsibilities, is attached.

I am qualified to offer expert opinions regarding whether a given person's medical condition or bodily injury was substantially caused by his or her exposure to Chinese Drywall.  Some references that help form my opinions are attached to this report.

In forming my expert opinions regarding this patient, I have personally reviewed and analyzed the following records, documents, and materials:

- St. Elizabeth Physicians

This patient was seen 11/12/2010 with diagnosis given of allergic rhinitis. On 11/15/2012 he was seen for "bronchitis".

Patients who have allergic rhinitis can have their condition aggravated by exposure to CDW. Ray Bourgeois was exposed to CDW at his home at 18066 Willow Tree Lane, Prairieville, LA 70769 exposure dates listed above.

The medical and scientific basis for my opinion is based on the evidence that reactive sulfur compounds can be respiratory irritants especially in susceptible individuals such as Ray Bourgeois.

In general, the chemicals found in Chinese Drywall including reactive sulfur chemicals and sulfates can aggravate the medical conditions experienced by Ray Bourgeois. Specifically, given that Ray Bourgeois was continuously exposed to the Chinese Drywall found in his home for almost 7 years, in my opinion, the patient's complaints related to allergic rhinitis were contributed to by his exposure to CDW.

I hold these opinions to a reasonable degree of medical certainty.

Sincerely:

Dr. David Goldstein

- Recommendations Related to Health Effects from Chinese Drywall
  http://aoec.org/pehsu/documents/chinese_drywall_information_april_2011.pdf
- Draft Report On Preliminary Microbiological Assessment Of Chinese Drywall
  http://aoec.org/pehsu/documents/chinese_drywall_information_april_2011.pdf
- Drywall Sampling Analysis Unites States Environment Protection Agency
  http://www.epa.gov/oswer/docs/chinesedrywall.pdf
- Imported Drywall and Health - A Guide for Healthcare Providers
  http://www.atsdr.cdc.gov/drywall/docs/Drywall_for_Healthcare_Providers.pdf