# Imported Drywall and Your Home

## Background

The U.S. Consumer Product Safety Commission (CPSC) has received 3,850 reports from residents in 42 States, the District of Columbia, American Samoa, and Puerto Rico who believe their health symptoms or the corrosion of certain metal components in their homes are related to the presence of drywall produced in China. State and local health authorities also received similar reports.

At this time, experts believe that defective imported drywall was installed in homes built or remodeled from 2001–2008. The number and location of all affected or potentially affected homes are not yet known.

The CPSC is leading the federal investigation into complaints about imported drywall. The Centers for Disease Control and Prevention (CDC), the Agency for Toxic Substances and Disease Registry (ATSDR), the U. S. Environmental Protection Agency (EPA), and the U.S. Department of Housing and Urban Development (HUD) are providing technical support to the CPSC and several state health departments.

## How can I find out if my home has imported drywall?

The CPSC and Florida Department of Health developed guides for residents to help them identify drywall problems. Three general areas to consider include:

- Corrosion: Are any of your home's copper pipes, plumbing fixtures, or uninsulated electrical wires at light switches or receptacles corroded? Have your air conditioner evaporator coils failed early? Metal or copper corrosion of these types may mean there is defective drywall in your home.
- Odor: Does your home have an odor that smells like rotten eggs, matches, or fireworks? A sulfur odor in the home might mean defective drywall is present.
- Label: Can you see the back side of your drywall? Some drywall from China is stamped with "Made in China" on the back. However, some Chinese drywall does not have a label or markings.

For more detailed guidance, you should refer to the guides available here:

CPSC: http://www.cpsc.gov/info/drywall/how.html

Florida: http://www.doh.state.fl.us/environment/community/indoor-air/inspections.html



National Center for Environmental Health
Agency for Toxic Substances and Disease Registry

CDC ATSDR

CS221196B

## What has been found in the air of homes that contain imported drywall?

CPSC indoor air test results have found levels of reactive sulfur gases, including hydrogen sulfide and carbonyl sulfide, that are higher in homes that contain imported drywall than those that do not. However, these gases have been found at very low levels not known to be associated with any health effects.

CPSC's studies show higher emissions of reactive sulfur gases in imported drywall than in drywall manufactured in North America. Emission rates were highest for hydrogen sulfide, followed by sulfur dioxide. The same trend holds true for volatile sulfur compounds. The CPSC is using computer models to estimate levels in indoor air.

Many sulfur-based compounds occur naturally in the environment, such as in swamps. Paper mills, the textile industry, petroleum and natural gas extraction, and other industries produce these gases as waste products. Cigarette smoke, septic tanks, wastewater treatment, and automobiles also emit these compounds.

Other compounds that are typically present in indoor air were found in both homes that contain imported drywall and homes that do not. Sources of these compounds include new carpeting and furniture, pressed plywood and particle board, glues, paints, and cooking.

## How can imported drywall affect my health?

Compounds found in the CPSC's evaluations of the drywall were not at levels historically linked to human health effects. Some people are more sensitive than others to possible chemical exposures. An exposure that causes no problems for some people can make other people sick or uncomfortable.

Sulfur gases have unpleasant odors. You can detect these odors at levels that are not known to cause health problems. Some people are sensitive to odor and may feel sick to their stomachs but they will not suffer lasting health effects. Sulfur gases might also irritate the eyes, nose, and throat. Other irritating materials are in both outside and indoor air. These include ozone, smog, mold, dust, allergens, and chemicals released from new carpeting, furniture, and air fresheners. Some people are more sensitive to irritants than others.

Persons most likely to be affected by these irritants include the elderly, children, and people with asthma, allergies, lung disease, and heart problems.

## What else should I do if I may be having health problems from imported drywall?

- See or call a doctor if you are experiencing health problems and say that you are concerned your illness might be related to imported drywall. Tell your doctor about CDC/ATSDR's health care provider fact sheet for imported drywall. This fact sheet tells your health care provider how to get more information.
- Go outdoors to get fresh air. Scientists do not know what, if any, benefit there is to opening windows to allow fresh air to come into the home.
- File a report with CPSC at (800) 638-2772 or on-line at https://www.saferproducts.gov/CPSRMSPublic/Incidents/ReportIncident.aspx

## Are there other problems I should watch for in my home that may be related to imported drywall?

Some homes with imported drywall have had damage to exposed wiring. We do not know of any house fires that have occurred related to the drywall. If you experience unusual electrical problems in your home (such as appliances or light switches not working), ask a licensed electrician to check out the problem.

### Where can I get additional information?

For up to date information you can contact the CPSC at 1-800-638-2772 or visit their on-line drywall information center at http://www.cpsc.gov/info/drywall/index.html.

# Public Health Implications of Chinese-manufactured Drywall



The Agency for Toxic Substances and Disease Registry (ATSDR) has examined whether breathing sulfur compounds released into the air from problem drywall posed a health hazard. This factsheet explains how ATSDR conducted this evaluation, what we found, and what steps you can take if you experience symptoms that you believe are associated with problem drywall.

## Background

Drywall from China was imported into the U.S. from 2006 to 2008 to address the shortage of construction materials created by the 2004 and 2005 hurricane seasons and the national demand for new home construction. Beginning about 2008, people living in homes built between 2001 and 2008 began reporting health issues. People also reported corrosion of certain metal components in their homes. The U.S. Consumer Product Safety Commission (CPSC), the lead federal agency for problem drywall, began investigating the problem in 2009 with ATSDR and other agencies. In 2011, ATSDR and CPSC agreed that more could be done to estimate exposures to sulfur compounds emitted from problem drywall and identify possible health risks from those exposures.

### What is Problem Drywall?

Residents in homes with problem drywall report having health issues like respiratory irritation, and other problems such as copper corrosion and sulfur odors.

People can figure out whether their drywall meets the Consumer Product Safety Commission (CPSC) case definition by following the guidance for identifying problem drywall.



*States where problem drywall has been reported to CPSC (as of April 2014)*

 **ATSDR** U.S. Department of Health and Human Services
Agency for Toxic Substances and Disease Registry

## Measuring Sulfur Compound Emissions from Drywall

In 2009, the Lawrence Berkeley National Laboratory (LBNL) measured sulfur compound emissions from 30 drywall samples using funding from CPSC. These drywall samples were manufactured in China during 2005, 2006, and 2009 and in North America during 2009. LBNL measured several sulfur compounds emitted from drywall, including: hydrogen sulfide, methyl and ethyl mercaptans, carbonyl sulfide, dimethyl sulfide, and sulfur dioxide.



*Test chamber used by the Lawrence Berkeley National Laboratory to measure emissions from drywall samples*

To measure emissions, LBNL placed a drywall sample into a sealed stainless steel chamber and measured the sulfur gasses coming out of the drywall. They used this information to calculate an emission rate for each sulfur gas they measured.

LBNL measured sulfur compound emissions on all 30 samples in 2009. In 2010, LBNL retested emissions from four of the samples manufactured in China and one of the samples manufactured in North America.

## Estimating Health Risk from Sulfur Compounds in Indoor Air

ATSDR contracted with the Georgia Institute of Technology (Georgia Tech) to estimate the levels of sulfur compounds that might be found in the air of a home built using the drywall samples tested by LBNL. Georgia Tech took the emissions rates measured by LBNL and used mathematical models to estimate what the indoor air concentrations of sulfur compounds might be in a square box (to simulate a room) where the sides and top were made with the drywall samples.

ATSDR then compared these estimated indoor air concentrations to health-based comparison values and scientific studies to determine whether people's health would be at risk from breathing indoor air in a home built with the drywall samples. (Comparison values are health guidelines set well below levels that are known or anticipated to result in adverse health effects.)

## Findings

People who were exposed to sulfur compounds emitted by some drywall manufactured in China may have experienced health effects.



**Emission Rate**
How fast sulfur compounds come out of a piece of drywall

Measured by Lawrence Berkeley National Laboratory

**Indoor Air Concentration**
The amount of sulfur compounds in the air of a room made with that drywall

Modeled by Georgia Institute of Technology

**Health Effects Caused by Problem Drywall**
- Headaches
- Irritation of the eyes, nose, and throat
- Feeling tired
- Problems controlling respiratory conditions (like asthma)

The estimated concentrations of sulfur compounds in indoor air emitted from drywall samples manufactured in China in 2005 and 2006 were a public health concern at the time of testing (2009 and 2010). These levels are consistent with metal corrosion observed in homes with problem drywall. Sulfur compound emission rates increased with both temperature and humidity.

Sulfur compound emissions from drywall samples decreased between the 2009 and 2010 testing. This suggests that emissions likely were higher when the drywall was first manufactured in 2005 and 2006. Exposures may have been higher when the drywall was newly manufactured and installed.



**Indoor Air Concentrations of Chinese Drywall Manufactured in 2005 and 2006**

2009 Measurement     2010 Measurement

The available data cannot be used to determine if people are still being exposed to sulfur compounds at levels that could cause health effects.

The drywall samples selected by CPSC for the emissions tests that were manufactured in North America in 2009 do not appear to emit sulfur compounds at levels of health concern.

*ATSDR's findings and conclusions cannot be generalized to all drywall manufactured during the period of concern. The laboratory results used for this report are based on a small number of drywall samples.*

### Health risks associated with exposures to sulfur compounds

Exposures to sulfur compounds at the levels estimated from Chinese drywall manufactured in 2005 and 2006 may be associated with such effects as:
- Headaches,
- Irritation of eyes, nose, and throat,
- Feeling tired, and
- Problems controlling respiratory conditions (like asthma).

Odors associated with sulfur compounds emitted by problem drywall could disrupt daily activities and cause stress.

## Recommendations
- If residents are concerned, the first thing they should do is look at their drywall and see if it meets the CPSC problem drywall case definition.
- If residents have problem drywall, they should follow CPSC/HUD's remediation guidance. This guidance calls for replacement of all problem drywall, smoke and carbon monoxide alarms, and most electrical distribution components and sprinkler heads.
- If people have had or currently have health symptoms or health effects they feel are associated with living in a home with problem drywall, they should provide the ATSDR health consultation report to their health care provider.

**More information on the hazards and removal of problem drywall**

ATSDR's Drywall Website
www.atsdr.cdc.gov/drywall

Consumer Product Safety Commission's Drywall Information Center
http://www.cpsc.gov/en/safety-education/safety-education-centers/drywall-information-center/

May 2, 2014