| | | | | |
|---|---|---|---|---|
| BOURGEOIS, RAY | 100064 | 3/26/2013 | St. Elizabeth Physicians | $95.85 |
| | | 8/7/2013 | American Medical Experts | $1,562.50 |
| **TOTAL RAY BOURGEOIS** | | | | **$1,658.35** |
| | | | | |
| BOURGEOIS, RAY, III | 100068 | 3/14/2013 | Pediatric Clinic Records | $86.30 |
| | | 3/26/2013 | Baton Rouge Clinic | $70.30 |
| | | 8/7/2013 | American Medical Experts | $1,562.50 |
| **TOTAL RAY BOURGEOIS, III** | | | | **$1,719.10** |
| | | | | |
| BOURGEOIS, ABIGAIL | 100066 | 3/14/2013 | Pediatric Clinic Records | $119.80 |
| | | 3/26/2013 | Baton Rouge Clinic | $46.21 |
| | | 8/7/2013 | American Medical Experts | $1,562.50 |
| **TOTAL ABIGAIL BOURGEOIS** | | | | **$1,728.51** |
| | | | | |
| BOURGEOIS, JOSEPH | 100067 | 3/14/2013 | Pediatric Clinic Records | $94.80 |
| | | 3/26/2013 | Baton Rouge Clinic | $44.03 |
| | | 8/7/2013 | American Medical Experts | $1,562.50 |
| **TOTAL JOSEPH BOURGEOIS** | | | | **$1,701.33** |
| | | | | |