# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

### REQUEST FOR RECONSIDERATION OF SPECIAL MASTER AWARD

| CLAIMANT ID | CLAIM ID | CLAIM TYPE | SPECIAL MASTER AWARD | AWARD AFTER POTENTIAL PRO RATA REDUCTION |
|---|---|---|---|---|
| 100068 | 2007 | Bodily Injury | $0.00 | $0.00 |
| **RESPONSE DATE** | **BASIS OF REQUEST** | | | |
| 12/16/15 | Insufficient; $42,000.00 Counter Offer.  See Doc ID 340698 and 340697. | | | |