## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary, personally came and appeared:

### ASHLEY L. BOURGEOIS

who, after being first duly sworn, states as follows:

1. She is the mother of Ray H. Bourgeois, III, who is a Participating Class Member in the Chinese Drywall Settlement Program, Claimant Number: 100068.

2. She has produced the following Pharmacy Records and Medical Records regarding her son, Ray H. Bourgeois, III's, bodily injury claim:

   a. Medical records of Baton Rouge Clinic, 7373 Perkins Road, Baton Rouge, Louisiana 70810;

   b. Medical records of The Pediatric Clinic, 888 Tara Boulevard, Baton Rouge, Louisiana 70806;

   c. Pharmacy records from CVS, 17122 Airline Highway, Prairieville, Louisiana 70809; and

   d. Pharmacy records from CVS, 9608 Jefferson Highway, Baton Rouge, Louisiana 70809.

3. She hereby affirms that all Pharmacy Records and Medical Records in connection with her son, Ray H. Bourgeois, III's, bodily injury claim have been produced.

4. The above is true and correct to the best of her knowledge and belief.

_____
ASHLEY L. BOURGEOIS, AS PARENT OF
RAY H. BOURGEOIS, III

SWORN TO AND SUBSCRIBED BEFORE ME, this 26th day of September, 2013.

_____
Notary Public

Patricia O. Sollie, Notary Public
State of Louisiana
Notary Number 010497
My Commission Expires at Death