**David H. Goldstein, M.D.**
Diplomate American Board of Internal Medicine
Diplomate American Board of Pulmonary Diseases

August 20, 2013

Re: Medical Report Regarding Medical Conditions and Bodily Injuries Caused by Exposure to Chinese Drywall (CDW)

Name of Exposed: Ray Bourgeois III                              DOB: 03/07/2002

Reported Exposure Dates: 10/15/2006-07/01/2013 (ongoing)

To Whom It May Concern:

Thank you for offering me the opportunity to review the medical records of the above mentioned individual.

My name is Dr. David Goldstein. I am a Board Certified Pulmonologist and Internist and have been in continuous practice in the State of Florida since 1980. I am a practicing internist, pulmonologist, and hospitalist in Sarasota, Florida. I have many years of experience in evaluating and treating patients exposed to various chemical, physical and biological agents. My current Curriculum Vitae, which includes my publications, research activities and clinical and teaching responsibilities, is attached.

I am qualified to offer expert opinions regarding whether a given person's medical condition or bodily injury was substantially caused by his or her exposure to Chinese Drywall. Some references that help form my opinions are attached to this report.

In forming my expert opinions regarding this patient, I have personally reviewed and analyzed the following records, documents, and materials:

- The Pediatric Clinic
- BR Clinic
- Lake Surgery Center
- Consultation with Allergy and Immunology

This patient was seen in 2005 for fluid in his ears and otitis and was treated with Augmentin. 02/16/2006 he underwent a myringotomy for tube placement related to his ear problems. He began having problems again in 2007 with many visits for ear drainage, sore throats and cough. The visits were almost monthly.

Finally on 04/07/2011 the patient was seen by an allergist and the impression was "Severe Persistent Allergic Rhinitis" along with the otitis. "Appropriate avoidance measures" were discussed and allergy shots were suggested.

Based upon my review and analysis of the above-listed records, documents, and materials, in my expert opinion, the patient's allergic rhinitis was significantly aggravated by the patient's exposure to CDW at his home at 18066 Willow Tree Lane, Prairieville, LA 70769 exposure dates listed above.

Specifically, in my opinion, the allergic rhinitis was aggravated by chemicals released by the CDW. This caused his multiple repeat visits for this problem after he moved into his home.

The medical and scientific basis for my opinion is based on the evidence that reactive sulfur compounds can be respiratory irritants especially in susceptible individuals such as Ray Bourgeois, III.

In general, the chemicals found in Chinese Drywall including reactive sulfur chemicals and sulfates can aggravate the medical conditions experienced by Ray Bourgeois. Specifically, given that Ray Bourgeois, III was continuously exposed to the Chinese Drywall found in his home for over 7 years, in my opinion, the listed specific medical conditions and bodily injuries experienced by Ray Bourgeois, III were substantially caused by this exposure.

I hold these opinions to a reasonable degree of medical certainty.

Sincerely:

*[signature]*

Dr. David Goldstein

- Recommendations Related to Health Effects from Chinese Drywall
  http://aoec.org/pehsu/documents/chinese_drywall_information_april_2011.pdf
- Draft Report On Preliminary Microbiological Assessment Of Chinese Drywall
  http://aoec.org/pehsu/documents/chinese_drywall_information_april_2011.pdf
- Drywall Sampling Analysis Unites States Environment Protection Agency
  http://www.epa.gov/oswer/docs/chinesedrywall.pdf
- Imported Drywall and Health - A Guide for Healthcare Providers
  http://www.atsdr.cdc.gov/drywall/docs/Drywall_for_Healthcare_Providers.pdf