# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

| REQUEST FOR RECONSIDERATION OF SPECIAL MASTER AWARD | | | | |
|---|---|---|---|---|
| CLAIMANT ID | CLAIM ID | CLAIM TYPE | SPECIAL MASTER AWARD | AWARD AFTER POTENTIAL PRO RATA REDUCTION |
| 100066 | 1987 | Bodily Injury | $0.00 | $0.00 |
| RESPONSE DATE | BASIS OF REQUEST | | | |
| 12/16/15 | Insufficient; $42,000.0 Counter Offer.  See Doc ID 340686 and 340685. | | | |