**David H. Goldstein, M.D.**
Diplomate American Board of Internal Medicine
Diplomate American Board of Pulmonary Diseases

August 20, 2013

Re: Medical Report Regarding Medical Conditions and Bodily Injuries Caused by Exposure to Chinese Drywall (CDW)

Name of Exposed: Abigail Bourgeois           DOB: 03/28/2006

Reported Exposure Dates: 10/15/2006-07/01/2013 (ongoing)

To Whom It May Concern:

Thank you for offering me the opportunity to review the medical records of the above mentioned individual.

My name is Dr. David Goldstein. I am a Board Certified Pulmonologist and Internist and have been in continuous practice in the State of Florida since 1980. I am a practicing internist, pulmonologist, and hospitalist in Sarasota, Florida. I have many years of experience in evaluating and treating patients exposed to various chemical, physical and biological agents. My current Curriculum Vitae, which includes my publications, research activities and clinical and teaching responsibilities, is attached.

I am qualified to offer expert opinions regarding whether a given person's medical condition or bodily injury was substantially caused by his or her exposure to Chinese Drywall. Some references that help form my opinions are attached to this report.

In forming my expert opinions regarding this patient, I have personally reviewed and analyzed the following records, documents, and materials:

- The Pediatric Clinic
- BR Clinic
- Lake Surgery Center

This patient was seen multiple times in 2006 for cough and congestion. The cough continued and persisted into 2007 and was associated with some shortness of breath. She required multiple visits related to cough and ear issues and was diagnosed with mild allergic rhinitis.

Based upon my review and analysis of the above-listed records, documents, and materials, in my expert opinion, the patient's allergic rhinitis was significantly aggravated by the patient's exposure to CDW at his home at 18066 Willow Tree Lane, Prairieville, LA 70769 exposure dates listed above.

Specifically, in my opinion, the patient's allergic rhinitis was aggravated by chemicals released by the CDW. This caused her multiple repeat visits for this problem.

The medical and scientific basis for my opinion is based on the evidence that reactive sulfur compounds can be respiratory irritants especially in susceptible individuals such as Abigail Bourgeois.

In general, the chemicals found in Chinese Drywall including reactive sulfur chemicals and sulfates can aggravate the medical conditions experienced by Abigail Bourgeois. Specifically, given that Abigial Bourgeois was continuously exposed to the Chinese Drywall found in her home for almost 7 years, in my opinion, the listed specific medical conditions and bodily injuries experienced by Abigail Bourgeois were substantially causally related to this exposure.

I hold these opinions to a reasonable degree of medical certainty.

Sincerely:

*[signature]* , M.D.

Dr. David Goldstein

- Recommendations Related to Health Effects from Chinese Drywall
  http://aoec.org/pehsu/documents/chinese_drywall_information_april_2011.pdf
- Draft Report On Preliminary Microbiological Assessment Of Chinese Drywall
  http://aoec.org/pehsu/documents/chinese_drywall_information_april_2011.pdf
- Drywall Sampling Analysis Unites States Environment Protection Agency
  http://www.epa.gov/oswer/docs/chinesedrywall.pdf
- Imported Drywall and Health - A Guide for Healthcare Providers
  http://www.atsdr.cdc.gov/drywall/docs/Drywall_for_Healthcare_Providers.pdf