# CURRICULUM VITAE

## 05/14/13

### David H. Goldstein, M.D.

**BACKGROUND:**

| | |
|---|---|
| Born: | Winnipeg, Manitoba, Canada |
| Citizenship: | United States Citizen |
| Marital Status: | Married |
| Children: | Two |

**EDUCATION:**

| | |
|---|---|
| 1976 | Bachelor of Science-Research Medicine<br>University of Manitoba, Winnipeg, Manitoba, Canada |
| 1976 | Doctor of Medicine<br>University of Manitoba, Winnipeg, Manitoba, Canada |

**HOSPITAL AND ACADEMIC POSITIONS:**

1976-77 Medical Intern-Peter Bent Brigham Hospital
Harvard Medical School-Boston, Massachusetts

1977-78 Junior Resident-Medicine-Peter Bent Brigham Hospital
Harvard Medical School-Boston, Massachusetts

1978-79 Senior Resident-Medicine-Peter Bent Brigham Hospital-
Harvard Medical School-Boston, Massachusetts

1977-78 Pulmonary Fellow-Harvard School of Public Health-
Harvard Medical School-Boston, Massachusetts

1979-80 Pulmonary Fellow-Peter Bent Brigham Hospital-
Harvard Medical School-Boston, Massachusetts

Currently:   Assistant Clinical Professor of Internal Medicine, Florida State University Medical School

Currently:   Assistant Clinical Professor of Pulmonary Medicine, Florida State University Medical School

Currently:   Assistant Clinical Professor of Hospitalist Medicine, Florida State University Medical School

Currently:   Lead Hospitalist Sarasota Memorial Hospital

**OTHER ACTIVITIES:**

Wound Care and Hyperbaric Medicine Certification     April 2005

| | |
|---|---|
| Currently | Pulmonologist and Hospitalist at Sarasota Memorial Hospital, Sarasota |
| 2004-2005 | Private Practice Wound and Hyperbaric Medicine at Memorial Hospital Wound Center, Tampa, Florida |
| 1980-2005 | Private Practice-Pulmonary Medicine and Internal Medicine, Tampa, Florida |
| 1993-2002 | Chief Financial Officer Tampa Medical Research Associates, Inc.,Tampa, Florida |
| 1984- 1994 | Review coal miner's pneumoconiosis cases for Department of Labor. Reviewed over 100 cases. |

**EXAMINATIONS:**

| Examinations | Place Written | Date Passed |
|---|---|---|
| LMCC   Winnipeg | | 1976 |
| National Board Exams | Boston | 1979 |
| American Board of Internal Medicine | Miami | 1980 |
| American Board of Pulmonary Medicine | Tampa | 1982 |

**AWARDS:**

| Name | Date Received |
|---|---|
| Governor General's Award of Canada | June 1970 |
| Actuarial Award of Manitoba | June 1970 |
| Manitoba Centennial Scholarship | June 1970 |
| Buller Biology Award | June 1971 |
| First Standing Scholarship (Science) | June 1972 |
| Research Thesis Award (Medicine) | June 1974 |
| Research Presentation Award (Medicine) | June 1974 |
| Gold Medal Medical Achievement | June 1976 |

**PRESENTATIONS:**

| Title | Place | Date |
|---|---|---|

| | | |
|---|---|---|
| "Importance of Phase Angle in the Measure of Forced Oscillatory Impedance" | UTMB (Galveston) | April 1975 |
| "Total Respiratory Impedance Immediately after Panting"  FASEB (Dallas) | April 1979 | |
| "Use of Magnetometers to Volume Reference Flow-Volume Curves" | ATS (Las Vegas) May 1979 | |

**LICENSURE:**   Florida-Medical Doctor #ME 0035805

**PUBLICATIONS:**

A.J. Ross, M.D. Raber, B.W. Kirk, D.H. Goldstein: Direct Readout of Respiratory Impedance. Medical and Biological Engineering, September 1976, pp. 558-564.

D.H. Goldstein, J. Mead: Total Respiratory Impedance After Panting. Abstract, Federation Proceedings, April 1979, #6417, pp. 1445.

D.H. Goldstein, J. Mead: The use of Magnetometers to Volume-Reference Flow Volume Curves. Abstract, American Thoracic Society Proceedings, May, 1979, pp. 312.

D.H. Goldstein, J. Mead: Total Respiratory Impedance After Panting. The Journal of Applied Physiology, 1980, pp. 1024-1028.

D.H. Goldstein, J. Mead: Use of Magnetometers of Flow-Reference Flow Volume Curves. The Journal of Applied Physiology, 1980, pp. 731-736.

T. H. Rossing, C.H. Fanta, D. H. Goldstein, J.R. Snapper, E.R. McFadden, Jr.: Emergency Therapy of Asthma: Comparison of the Acute Effects of Parenteral and Inhaled Sympathomimetic and Infused Aminophylline. American Review of Respiratory Disease, Volume 122, 1980, pp. 365-371

D.H. Goldstein, As.S. Slutsky, R. H. Ingram, Jr., P. Westerman, J. Venegas and J Drazen: $CO_2$ Elimination by High Frequency Ventilation (4-10Hz. In Normal Human Subjects. American Review of Respiratory Disease. March 1981, Volume 12, Number 3, pp. 251-255.

**INVESTIGATIONAL ACTIVITIES:**

| | |
|---|---|
| 1987-1988 | Nifedipine GITS investigational hypertension drug study. **Pfizer Pharmaceuticals** |
| 1988-1990 | Azelastine investigational asthma drug study. **Wallace Pharmaceuticals** |
| 1989-1990 | Nifedipine single dose investigational hypertensive drug study. **Miles Pharmaceuticals** |
| 1989-1990 | Cefaclor A.F. vs Cefaclor in various bacterial infections. **Eli Lilly Pharmaceuticals** |
| 1990-1992 | Double blind, randomized trial comparing effects of Captopril and Enalapril on Quality of Life in older hypertensive patients. **Squibb Pharmaceuticals** |

| | |
|---|---|
| 1990-1991 | Cefpodoxime Proxetil vs Cefaclor in treatment of "community acquired" pneumonia. **Upjohn Pharmaceuticals** |
| 1990-1991 | Multiple comparisons of the combination of Ipratropium Bromide and Albuterol with its components in a 12-week parallel study in adults with COPD. **Boehringer-Ingelheim Pharmaceuticals** |
| 1990-1991 | Safety of once daily Nisoldipine Coat-core 20mg., 40mg., and 60 mg. tablets vs placebo in patients with stable exertional angina pectoris. **Miles Pharmaceuticals** |
| 1991-1991 | Comparative safety and efficacy of Clarithromycin and Cefaclor in treatment of acute exacerbation of bronchitis. **Abbott Labs** |
| 1991-1991 | Treatment of Rheumatoid or Osteo-Arthritis, NSAIDS vs Nabumetone. **SmithKline Beecham** |
| 1991-1992 | Double blind study of efficacy of injectable Calcitonin in treatment of glucocorticoid-induced osteoporosis. **Rhone-Poulenc Rorer** |
| 1991-1992 | A double-blind, multiple-dose, crossover, dose comparison trial of Formoterol Suspension Aerosol vs Placebo in patients with reversible obstructive airways disease. **Ciba-Geigy** |
| 1991-1992 | Dose Ranging: Six Weeks' Therapy with oral ICI204,219 in bronchial asthma. **ICI Pharmaceuticals** |
| 1991-1993 | Study of efficacy, safety and tolerability of short course therapy with Azithromycin in treatment of upper and lower respiratory tract infections. **Pfizer Labs** |
| 1992-1993 | Double-blind, randomized multi-center study of C1983 in the treatment of community-acquired bacterial pneumonia. **Parke-Davis** |
| 1992-1993 | Loracarbef vs Ceftin in acute exacerbation of chronic bronchitis. **Lilly** |
| 1992-1993 | Multi-center, double-blind, placebo controlled Phase II study to evaluate Safety and efficacy of aerosolized rhDNase in hospitalized patients with chronic bronchitis experiencing an acute exacerbation. **Genentech** |
| 1992-1994 | Double-blind, Phase III evaluation of Doxophylline, Theophylline and placebo in patients with reversible asthma. **Roberts Pharmaceuticals** |
| 1992-1994 | Phase III study of effects of Zileuton 400 mg. q.i.d. and 600 mg. q.i.d. vs Theophylline in treatment of moderate asthma. **Abbott** |
| 1993-1993 | Phase II study of safety and efficacy of aerosolized rhDNase in patients with bronchiectasis. **Genentech** |
| 1993-1994 | Comparison of efficacy, safety and tolerance of Ceftibuten 300 mg. b.i.d. and Augmentin 500 mg. t.i.d. in treatment of community-acquired pneumonia. **Schering-Plough** |

| Date | Description |
|---|---|
| 1993-1994 | Comparison and efficacy, safety and tolerance of Ceftibuten 400mg. in fed and fasted state and Augmentin Amoxicillin/Clavulanate in treatment of acute exacerbation of chronic bronchitis. **Schering Plough** |
| 1993-1994 | A prospective, randomized, double-blind comparative study of Ciprofloxacin and Cefuroxime Axetil in treatment of acute bacterial exacerbation of chronic bronchitis. **Miles** |
| 8/93-10/93 | A dose Response Study of in asthma. **Rhone-Poulenc Rorer** |
| 9/93-12/94 | Insomnia treatment study comparing Triazolam and Temazepam. **Upjohn** |
| 10/93-1/94 | Double-blind, placebo controlled, parallel group study to evaluate two (2) dose levels (10 & 20mg.) of intranasal Sumatriptan in acute treatment of a migraine attack. **Glaxo** |
| 11/93-11/94 | Multi-center, randomized, double-blind, placebo controlled, parallel group study of the safety of inhaled corticosteroid sparing effect of Azelastine in inhaled corticosteroid-dependent asthmatics. **Wallace Pharmaceuticals** |
| 11/93-4/95 | Double-blinded, randomized, multi-center clinical trial comparison of safety and efficacy of Ciprofloxacin vs. Clarithromycin in treatment of patients with an acute exacerbation of chronic bronchitis. **Miles Pharmaceuticals** |
| 11/93-2/95 | Double-blinded, randomized, multi-center clinical trial comparison of safety and efficacy of Ciprofloxacin vs. Clarithromycin in treatment of patients with acute sinusitis. **Miles Pharmaceuticals** |
| 11/93-1996 | Randomized, placebo controlled trial of E5 Antiendotoxin Monoclonal antibody in patients with severe sepsis. **Pfizer** |
| 11/93-1996 | Three-arm comparison trial for treatment of MAC Bacteremia in AIDS: a Clarithromycin/Ethambutol regimen containing Rifabutin 900 mg. or 600 mg. or placebo. **Adria** |
| 2/94-9/94 | Randomized, double-blinded, double-dummy, placebo-controlled, comparative clinical trial of Salmeterol via multi-dose powder inhaler vs Salmeterol via Diskhaler for four weeks in adolescent and adult subjects with mild to moderate asthma.(SLGA2004) **Glaxo** |
| 03/94-10/94 | Randomized, double-blind trial comparing 10 days oral therapy with CP-99,219 or cefaclor for the treatment of uncomplicated, community acquired pneumonia. **Pfizer** |
| 03/94-07/94 | Randomized, double-blind trial comparing 10 days oral therapy with CP-99, 19 or ofloxacin for the treatment of acute exacerbation of chronic bronchitis. **Pfizer** |

| | |
|---|---|
| 6/94-1/95 | Dose ranging study of oral Bidisomide vs. placebo in reducing the recurrence of symptomatic supraventricular tachycardia. **Searle** |
| 7/94-1/95 | Randomized, double-blind, placebo controlled study to evaluate headache pain relief with Sumatriptan Nasal Spray 5mg., 10mg., and 20mg. across three migraine attacks. **Glaxo, Inc.** |
| 11/94-9/95 | Multinational, multi-center, double-blind, placebo controlled Phase III study to evaluate efficacy and safety of aerosolized recombinant human DNase I in hospitalized patients with chronic obstructive pulmonary disease experiencing a pulmonary exacerbation. **Genentech** |
| 1/95-1/96 | Multiple dose comparison of Ipratropium Bromide HFA-134a and Ipratropium Bromide CFC in a 12-week, double-blind, parallel group study in adults with chronic obstructive pulmonary disease. **Boehringer-Ingelheim**. |
| 11/94-4/95 | A two-way crossover clinical study of two Beclomethasone Dipropionate metered-dose inhalers in the treatment of stable, steroid-dependent asthma. **Novopharm** |
| 7/95-1/96 | A twelve-week, double-blind, parallel group trial comparing the safety, tolerability and efficacy of Formoterol Dry Powder Capsules for inhalation delivered by a single-dose I Inhaler vs Albuterol Metered-Dose Inhaler (MDI) vs placebo in patients with mild to moderate asthma. **Ciba-Geigy** |
| 8/95-7/96 | A randomized, double-blind, double-dummy, comparative clinical trial of Salmeterol 50mcg. b.i.d. via the Diskus and Salmeterol 50 mcg. b.i.d. via the metered-dose inhaler vs placebo for twelve weeks in adolescent and adult subjects with mild to moderate asthma. (SLGA3011) **Glaxo-Wellcome** |
| 8/95- Feb 1998 | A randomized, double blind, placebo-controlled, 4X5 factorial trial of Telmisartan and Hydrochlorothiazide in patients with mild to moderate essential hypertension. **Boehringer-Ingelheim** |
| 6/95-12/96 | A randomized, double-blind, placebo controlled crossover study to evaluate the efficacy of oral Naratriptan in the acute treatment of four migraine attacks. **Glaxo-Wellcome** |
| 8/95-10/96 | A trial of Recombinant Methionyl Human Brain-Derived Neurotrophic Factor (r-metHuBDNF) given by daily subcutaneous injection to patients with Amyotrophic Lateral Sclerosis (ALS) **Amgen** |
| 8/96-7/97 | A randomized, double-blind, parallel-group, 12-week study to evaluate the safety and efficacy of switching from Albuterol 200 mcg. (180mcg. Ex-Actuator) in CFC propellant 11 and 12 administered q.i.d. to Albuterol 200 mcg. (180 mcg. Ex-Actuator) in GR 106642X propellant administered q.i.d. and to Albuterol 200 mcg. (180 mcg. Ex-Actuator) in GR 106642X propellant administered as needed in adult subjects with asthma. (SALA3002) |

**Glaxo Wellcome Inc.**

| | |
|---|---|
| 11/96- Feb 1998 | Prospective, Randomized, Double-Blind Comparison of the Safety and Efficacy of Bay 12-8039 400mg QD X 10 Days vs. 400mg QD X 5 days vs. Clarithromycin 500mg BID X 10 days for the Treatment of Patients with Acute Exacerbations of Chronic Bronchitis. (D96-027) **Bayer Pharmaceuticals**. |
| 9/96- 10/97 | The effects of Theophylline on breathlessness and general health status in patients with chronic obstructive pulmonary disease: A multi-investigator study. **Purdue Frederick Company** |
| 1/95-1996 | A placebo-controlled, double-blind, dose-ranging study of Azmacort HFA-134a Oral Inhaler compared to Azmacort Oral Inhaler in the treatment of asthma (Pr. RG 5016T-201) **Rhone-Poulenc Rorer Pharmaceuticals, Inc.** |
| 11/95-7/97 | A multicenter, randomized, double-blind placebo controlled trial of Zafirlukast (Accolate) in subjects with mild to moderate asthma: 3 weeks extension (Pr. 9188IL/0060 : 0011) **Zeneca Pharmaceuticals** |
| 1/95-6/97 | A multicenter, randomized, double-blind, parallel-group, 12-week trial comparing two doses of Zafirlukast (Accolate) in combination with low-dose inhaled Corticosteroids versus high-dose inhaled corticosteroids alone in subjects with mild-to moderate asthma. (9188IL/0094) **Zeneca Limited** |
| 1/96-1/97 | A six-week, double-blind, parallel-group, dose-ranging trial comparing the safety, tolerability, and efficacy of four different dose levels of Iralukast (CGP 45 715 A) dry powder capsules for inhalation versus placebo in patients with mild to moderate asthma. (Pr. 45715 01 004) **Ciba Pharmaceuticals** |
| 1/96-3/96 | A randomized, double-blind, double-dummy, comparative clinical trial of twelve week courses of Salmeterol Xinafoate versus Ipratropium Bromide versus Placebo (prn Ventolin) in subjects with chronic obstructive pulmonary disease. **(SLGA4004) Glaxo** |
| 1996-8/97 | A phase II, multi-center, double-blind, placebo-controlled study to evaluate the safety and efficacy of anti-IgE recombinant humanized monoclonal antibody (rhuMaB-E25) in patients with moderate-severe allergic asthma. (Q0694g) **Genentech, Inc.** |
| 3/97-11/98 | A 12-month, double-blind, between-patient, placebo-controlled trial comparing the safety, tolerability and efficacy of 12ug and 24ug twice-daily Formoterol dry powder capsules for inhalation delivered by a single-dose inhaler (Aeroliser$^{tm}$) in children with asthma in need of daily treatment with inhaled bronchodilators and anti-inflammatory treatment. ( Pr. 049) **Novartis** |
| 6/97-Feb 1998 | A Comparison of Salmeterol Versus Theophylline Versus Salmeterol plus Theophylline in COPD patients. (SLGA4020) **Glaxo-Wellcome** |

| | |
|---|---|
| July 1997 - 03/99 | A Randomized, Double-Blind, Placebo-Controlled Comparative Trial of Fluticasone Propionate 440mcg BID or 880mcg BID versus Placebo Administered Via Metered Dose Inhaler in Propellant 11/12 or GR106642X in Adolescent and Adult Oral Corticosteroid-Dependent Asthmatics (FLTA3022) **Glaxo-Wellcome** |
| Nov 1997 - Feb 98 | A 12-week Comparison of Daily Doses of 100mcg and 200mcg of HFA-134A Beclomethasone Dipropionate (BDP) versus Placebo in Pediatric Patients with Symptomatic Asthma (1167-BRON) **3M Pharmaceuticals** |
| Oct 1997 - Dec 97 | A Randomized, Double-Blind, Parallel Group, Comparison of Inhaled Salmeterol Xinafoate (42mcg BID) With Oral Zafirlukast (20mg BID) in Subjects with Mild to Moderate Asthma (SLGA5025) **Glaxo-Wellcome** |
| Nov 1997 - Mar 99 | A Randomized, Between-Patient Trial Comparing Two doses of Inhaled Formoterol Fumarate Dry Powder (12ug and 24ug) with Placebo (Double-Blind) and with Oral Slow-Release Theophylline at Individual Doses Based on Serum Levels (Open-Label), each Administered Twice Daily for one year to Patients with Chronic Obstructive Pulmonary Disease in terms of Clinical Efficacy, Tolerability and Quality of Life. (Protocol 058) **Novartis** |
| Dec 1997 - 10/98 | A Randomized, Double-Blind, Double-Dummy, Parallel Group, Comparative Study of Inhaled Fluticasone Propionate 88mcg BID Versus Zafirlukast 20mg BID in Asthmatic Subjects who are Currently Receiving Low Dose Inhaled Corticosteroids (FLTA4035) **Glaxo-Wellcome** |
| Nov 1997 - Apr 98 | A Double-Blind, Randomized, Placebo Controlled Study of GS4104 in the Treatment of Influenza Infection (GS-97-803) **Gilead Sciences** |
| Nov 1997 - Jul 98 | Placebo-Controlled Efficacy and Safety Study with Long-Term Safety Evaluation of Mometasone Furoate HFA-227 Metered Dose Inhaler in the Treatment of Asthma in Subjects Previously Maintained on Inhaled Beta-Agonists (C97-223-06) **Schering-Plough Research Institute** |
| Feb 1998 - 12/98 | A Comparative Study of the Efficacy of Clarithromycin and Azithromycin for the Treatment of Patients with Acute Exacerbation of Chronic Bronchitis (M97-766) **Abbott Labs** |
| Feb 1998 - 12/98 | A Comparative Study of the Efficacy and Safety of Clarithromycin and Loracarbef for the Treatment of Patients with Secondary Bacterial Infections of Acute Bronchitis (M97-752) **Abbott Labs** |

Feb 1998 - Jul 98    Prospective, Randomized, Double-Blind, Comparison of the
                     Safety and Efficacy of Oral Moxifloxacin (Bay 12-8039) 400mg
                     QD for Ten Days Versus Oral Cefuroxime Axetil 250mg
                     BID for Ten Days For the Treatment of Patients with Acute
                     Bacterial Maxillary Sinusitis (Protocol 100107) **Bayer Corp.**

May 1998 - 1/99      Dose Response Comparison of HFA-134a Beclomethasone
                     Autohaler $^{tm}$ Inhalation Device with HFA-134a Beclomethasone
                     Press & Breathe MDI In Patients with Asthma (1273-BRON)
                     **3M Pharmaceuticals**

June 1998 - 11/98    Study to Evaluate the Effect of EM574 5mg QID, 10mg TID,
                     20mg BID versus Placebo in Females with Non-Erosive
                     Gastroesophageal Reflux Disease (EM97032) **TAP Holdings.**

July 1998 - 6/99     A Multicenter, Randomized, Double-Blind, Comparative study
                     of oral HMR3647 (800mg Once Daily) versus oral Cefuroxime
                     Axetil (500mg Twice Daily) for Outpatient Treatment of Acute
                     Exacerbation of Chronic Bronchitis in Adults.(HMR3647A/3007)
                     **Hoechst Marion Roussell.**

October 98 - 6/99    Randomized, parallel-group, open-label, multicenter, clinical
study comparing the safety, efficacy, quality of life and
                     socioeconomic variables of twice daily formoterol powder
(12ug bid) to twice daily salmeterol (50ug bid) administered
                     for six months to adult subjects with reversible obstructive
airway disease (ROAD)., Protocol 073, **NOVARTIS**

September 98- 4/00   A Randomized, double-blind, placebo-controlled, parallel-
                     group Trial Evaluating the Safety and Efficacy of the
                     DISKUS Formulations of Salmeterol 50mcg BID and
                     Fluticasone Propionate 500mcg BID Individually and in
                     Combination as Compared to Placebo in COPD subjects.
                     Protocol SFCA3006, **Glaxo-Wellcome**

November 98-4/99     A Multi-Center, Double-blind, Placebo-Controlled, Parallel-
                     Group, Dose-Ranging (0.25 to 10mg) Clinical Evaluation of
                     Oral GI262570X as a Monotherapy for 12 Weeks Duration
                     in Subjects with Type 2 Diabetes Mellitus Protocol PPA20005
                     **Glaxo-Wellcome**

January 99 - 9/99    A Randomized, Double-Blind, Double Dummy, Parallel Group
                     Comparison of Salmeterol Xinafoate Inhalation Powder
                     (50mcg BID) with Oral Montelukast (10mg QD) in Subjects
                     with Persistent Asthma Symptomatic on Concomitant
                     Inhaled Corticosteroid Therapy. Protocol SMS40004
                     **Glaxo-Wellcome**

March 99 - 11/99     A Randomized,Double-Blind, Parallel Group Comparison
Study of Inhaled Fluticasone Propionate (88mcg BID) Versus                Montelukast
Sodium (10mgQD) in Subjects Currently
                     Receiving Beta Agonists Alone.  Protocol. FLTA4038
                     **Glaxo-Wellcome**

April 99 - 10/99     Safety and Efficacy Study of HFA-134a Albuterol Sulfate
Delivered from a Press-and-Breathe MDI, HFA-134a

|  |  |
|---|---|
|  | Albuterol Sulfate Delivered from the Autohaler$^{tm}$ Inhalation Device, and HFA-placebo in Patients with Asthma. Protocol 1332-SILV. **3M Pharmaceuticals** |
| August 99 - 1/00 | A Randomized, Double-Blind, Multicenter Study to evaluate the Tolerability and Effectiveness of Rofecoxib (MK-0966) 25mg q.d. vs. Naproxen 500mg b.i.d. in Patients with Osteoarthritis. Protocol 102-00 **MERCK** |
| August 99 - 2/00 | Phase II Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study of the Efficacy, Safety, and Tolerability of Six Weeks Treatment by Oral Dosing with CJ-13,610 in Adults with Chronic Obstructive Pulmonary Disease. Protocol A2531002, **PFIZER** |
| September 99 - 5/2001 | A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Clinical Evaluation of GI262570 Sodium Tablets (2.5mg, 5mg, 7.5mg) as a Monotherapy for 26 Weeks in Subjects with Type 2 Diabetes Mellitus Protocol 30013 **GLAXO-WELLCOME** |
| October 99 - 4/2001 | A Multicenter, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Glyburide-Controlled 12-Month Clinical Evaluation of Oral GI262570 7.5mg Alone, Micronized Glyburide 12mg Alone, or Micronized Glyburide 12mg in combination with GI262570 (2.5mg, 5mg or 7.5mg) Administered to Subjects with Type 2 Diabetes Mellitus who are Inadequately Controlled on Maximum Dose Glyburide. Protocol 30001 **GLAXO-WELLCOME** |
| October 99 - 3/00 | A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Multi-Center Study to Investigate the Efficacy and Safety of Inhaled Zanamivir 10mg Administered Twice Daily for Five Days in the Treatment of Influenza in Patients 12 years or over Diagnosed with Asthma or Chronic Obstructive Pulmonary Disease (COPD). Protocol NAI30008 **GLAXO-WELLCOME** |
| February 00 - 8/2001 | A Randomized, Double-Blind Multicenter Study to Evaluate the Effect of Adding Either Montelukast Sodium or Salmeterol Xinafoate to Inhaled Fluticasone in Adult Asthmatics. Protocol 120-01 **MERCK** |
| March 00 - 8/2000 | A Randomized, Double-Blind, Double-Dummy, Parallel Group, 12-Week Comparative Trial of Salmeterol/ Fluticasone Propionate Combination Product 50/100mcg BID via the DISKUS Inhaler Versus Oral Montelukast 10mg QD in Adolescents and Adults with Persistent Asthma. Protocol SAS40020 **GLAXO-WELLCOME** |
| April 00 - 1/2002 | A Randomized, Double-Blind, Parallel Group, Comparative Trial of Salmeterol/Fluticasone Propionate Combination Product 50/100mcg DISKUS Inhaler BID versus Fluticasone Propionate 250mcg DISKUS Inhaler BID   In Adolescents & Adults with Moderate Persistent Asthma. |

Protocol SAS40026 **GLAXO-WELLCOME**

01/2001 - Ongoing   An Obversational Study of the Epidemiology and Natural History of Asthma: Outcomes and Treatment Regimens (TENOR-Q2196n) **Genentech, Inc.**

08/2000 - Ongoing   A Multicenter, Randomized, Controlled, Open-Label Study to Evaluate the Safety of Xolair in Moderate to Severe Persistent Asthma Subjects already treated with other Therapies (ALTO-Q2143g) **Genentech, Inc.**

10/2000 - 8/2001   A One-Year Randomized, Double-Blind, Placebo and Active-Controlled Parallel Design Safety and Efficacy Comparison of Combivent HFA Inhalation Aerosol to Combivent (CFC) Inhalation Aerosol in Patients with COPD. (1012.11) **Boehringer-Ingelheim.**

01/2001 - Ongoing   A Multi-Center, Randomized, Double-Blind, Double-Dummy, Parallel Group, 8 Week Comparison of Salmeterol XinafoateVersus Ipratropium Bromide Versus Salmeterol Xinafoate plus Ipratropium Bromide Versus Placebo in Subjects withChronic Obstructive Pulmonary Disease. (SMS40315) **Glaxo Wellcome.**

02/2002 - Ongoing   A Multi-center, Randomized,Double-Blind, Double-Dummy, Parallel-Group, 16-week Comparison of Asthma Control in Adolescents andAdults Receiving Either Fluticasone Propionate/Salmeterol Diskus Combination Product 100/50 mcg BID, Fluticasone Propionate Diskus 100mcg BID, Salmeterol Xinafoate Diskus 50mcg BID, or or Oral Montelukast 10mg QD. SAS40036 **GlaxoSmithKline**

12/2001 - Ongoing   A Randomized, Double-Blind, Double-Dummy, Parallel Group, Comparative Clinical Trial Evaluating Fluticasone Propionate/Salmeterol Xinafoate (250/50mcg BID via Diskus) to Ipratropium Bromide/Albuterol Sulfate (36mcg/ 206mcg QID) Inhalation Aerosol in Subjects with Chronic Obstructive Pulmonary Disease SCO40012 **GlaxoSmithKline**

**5/21/2001 - 4/2002**   A Phase II, Randomized, Placebo-Controlled, Double-Blind, Parallel-Group, Dose-Finding Study to Evaluate the Effectiveness of 28 days of Treatment with LDP-977 in Adult Asthmatics.(M97700-023) **Millennium Pharmaceuticals, Inc.**