# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## NOTICE OF REQUEST FOR SPECIAL MASTER AWARD

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last: Bourgeois | First: Joseph | Middle: |
| **Representative Claimant Name** | Last: Ray | First: Bourgeois | Middle: H |
| **Claimant ID** | 100067 | **Claim ID** | 2004 |
| **Claim Type** | Bodily Injury | **Affected Property ID** | 67 |
| **Affected Property Address** | Street: 18066 Willow Tree Lane | | Unit: |
| | City: Prairieville | State: LA | Zip code: 70769 |
| **Law Firm** | Walters, Papillion, Thomas, Cullens LLC | | |

### II. BASIS OF REQUEST FOR SPECIAL MASTER AWARD

Use the space below to provide a statement detailing why the Resolution Offer is not sufficient to fully compensate you AND an itemized list of damages clearly demonstrating and supporting the actual losses claimed. Attach additional sheets as necessary. You are not permitted to submit additional documents in support of your request. The Special Master will review your request and will notify you once a determination has been made.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (866) 866-1729 or send an email to **CDWQuestions@browngreer.com**.

## IV. HOW TO SUBMIT THIS NOTICE

| | |
|---|---|
| **By Online Portal** (Submitted no later than 12:00 midnight local time on your submission deadline) | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail** (Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail** (Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email** (Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

| | |
|---|---|
| Home | Back — Other Loss Eligibility Notice |
| News and Developments | |
| Claims Administrator Procedures | |
| Online Filing Tools | |
| Settlement Agreements | |
| Firm Administration | |
| Claimant Management | |
| Reporting | |
| FAQ | |
| Notices | |
| Change Password / Email | |
| Log Off | |

**Claimant Information**

| | | | |
|---|---|---|---|
| Claimant ID: | 100067 | Name: | Bourgeois, Joseph |
| Co-Owner: | Bourgeois, Ray | | |
| Represented By: | Walters, Papillion, Thomas, Cullens LLC | Business: | |
| Receives Mail: | No | Claimant Address: | 18066 Willow Tree Lane Prairieville LA 70769 |

**Affected Property**

| | | | |
|---|---|---|---|
| Property ID: | 67 | ARH: | No |
| Street Address: | 18066 Willow Tree Lane Prairieville, Ascension, LA 70769 | PP Participant: | Yes |

**Claim Information**

| | |
|---|---|
| Claim ID: | 2004 |
| Claim Type: | Bodily Injury |

[View Documents]

**Other Loss Eligibility Notice**

Click the Print/View Notice button to view the Other Loss Eligibility Notice.
You must click the View Notice button before responding to the Notice.    [Print / View Notice]

○ Accept Resolution Offer

● Request Special Master Award

Deadline for Appeal : 02/12/2015 11:59 PM CST

**Basis of Request for Special Master Award:**

According to the medical affidavit from Dr. Goldstein which was submitted in support of Joseph Bourgeois' claim, Claimant's "bronchospasm and respiratory complaints were significantly aggravated by the patient's exposure to CDW at his home." See detailed medical report dated August 20, 2013. The medical expenses and costs of acquiring and producing all medical and pharmacy records--including the mandatory medical report--to the CDW settlement program significantly exceed the $1,000.00 offer made to Claimant.  Joseph Bourgeois' Bodily Injury claims--and related expenses--clearly exceed the $1,000.00 offer, and Joseph

Max 2,000 characters

**NOTE: Use the space above to provide a statement detailing why the Resolution Offer is not sufficient to fully compensate you AND use the space to list your itemized damages clearly demonstrating and supporting the actual losses claimed. You are not permitted to submit additional documents in support of your request. The Special Master will review your request and will notify you once a determination has been made.

**If you request a Special Master Award, the Resolution Offer listed on the Notice is no longer valid and the Special Master may award you an amount equal to or less than the Resolution Offer on this Notice.**

[Submit] [Cancel]

## STATEMENT IN SUPPORT OF RECONSIDERATION OF
## BODILY INJURY CLAIMS OF
## JOSEPH BOURGEOIS (CLAIMANT 100067)

On January 13, 2015, the CDW Settlement Administrator offered $1,000.00 to settle the "bodily injury" claims of the minor, Joseph Bourgeois ("Claimant"). Upon information and belief, the CDW Settlement Administrator offered a blanket $1,000.00 to all claimants seeking "bodily injury" damages; the CDW Settlement Administrator did not explain the basis of its indiscriminate offer in any way. This clearly inadequate offer was rejected and an appeal was taken to the Special Master. On December 3, 2015, the CDW Settlement Administrator offered Claimant zero dollars ($0.00), a reduction of $1,000.00 from the original offer. Upon information and belief, the CDW Settlement Administrator offered a blanket $0.00 to all claimants seeking "bodily injury" damages; and again, the CDW Settlement Administrator did not explain the basis of its indiscriminate offer in any way.

There is no doubt that Joseph Bourgeois sustained very real, albeit temporary, personal injuries as a result of his approximately four (4) years of exposure to the CDW in his home.

All of the relevant medical records were previously submitted to the CDW Settlement Administrator on August 28, 2013 and September 26, 2013.

A Board Certified Pulmonologist and Internist, Dr. David H. Goldstein, has reviewed all of Claimant's relevant medical records. Dr. Goldstein further consulted relevant medical and scientific studies and literature (as referenced in his report). And in short, based upon Dr. Goldstein's education, training, and experience, and after review of the relevant records and studies, it is Dr. Goldstein's expert opinion that "Joseph Bourgeois was continuously exposed to the Chinese Drywall found in his home for almost 3 years, in my opinion, the listed specific medical conditions and bodily injuries experienced by Joseph Bourgeois were substantially causally related to this exposure." See attached, August 20, 2013, Report of Dr. Goldstein, and his C.V. attached to Claimant 100060's statement.

In support of his "bodily injury" claim, Joseph Bourgeois has submitted expert evidence that satisfies Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) and its progeny. As such, there is a more than an adequate evidentiary basis for Claimant's "bodily injury" claim. Indeed, as a matter of medical science, common sense, and uncontested fact, anyone who has spent any time in a home containing CDW knows that your body and respiratory system is affected as long as you are exposed, *inter alia*, to the reactive sulfur compounds found in CDW. To deny that someone like Claimant who lived in a CDW infested home for an extended period of time sustained no (zero) temporary personal injuries is indefensible.

Given that Joseph Bourgeois sustained temporary bodily injures for the approximately three (3) years he was exposed to CDW as per Dr. Goldstein's report, Claimant makes a settlement demand of $18,000.00—or $500.00 a month. This offer is for settlement purposes only and Claimant reserves his right to demand a greater amount of personal injury damages at any trial or hearing regarding this matter. Furthermore, Claimant lived in a house containing CDW for approximately two (2) additional years after the date of Dr. Goldstein's report, and continued to experience medical problems associated with this additional exposure. Claimant reserves the right to supplement and amend this claim for "bodily injury" and demand greater damages at a later date.

For all of the forgoing reasons, and in addition to all previously submitted evidence, demands, and reasons, Claimant respectfully DEMANDS RECONSIDERATION of this $0.00 offer.

Absent a meaningful offer / analysis / participation by the CDW Settlement Administrator and/or CDW Special Master, Claimant respectfully demands his day in court to test the sufficiency and value of his bodily injury claims, all pursuant to the applicable settlement agreement and applicable law.