# Chinese Drywall Settlement Program
## MDL 2047

| REQUEST FOR RECONSIDERATION OF SPECIAL MASTER AWARD ||||||
|---|---|---|---|---|
| Claimant ID | Claim ID | Claim Type | Special Master Award | Award After Potential Pro Rata Reduction |
| 100067 | 2004 | Bodily Injury | $0.00 | $0.00 |
| Response Date | Basis of Request ||||
| 12/16/15 | Insufficient; $18,000.00 Counter Offer.<br><br>See Doc ID 340689 and 340688. ||||