| | CHINESE DRYWALL SETTLEMENT PROGRAM SPECIAL MASTER OTHER LOSS DETERMINATION NOTICE DEADLINE TO REQUEST RECONSIDERATION: 12/18/2015 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row | Claimant Name | Affected Property Address | City | State | Zip Code | Primary Law Firm Name | Claimant ID | Property ID | Claim ID | Claim Type | Special Master Award | Award After Potential Pro Rata Reduction |
| 1 | Bourgeois Richard | 10968 Shoreline Drive | Baton Rouge | LA | 70809 | Walters, Papillion, Thomas, Cullens LLC | 100060 | 61 | 8414 | Bodily Injury | $0.00 | $0.00 |
| 2 | Bourgeois Ray | 10866 Willow Tree Lane | Prairieville | LA | 70769 | Walters, Papillion, Thomas, Cullens LLC | 100064 | 64 | 1985 | Bodily Injury | $0.00 | $0.00 |
| 3 | Bourgeois Abigail | 18066 Willow Tree Lane | Prairieville | LA | 70769 | Walters, Papillion, Thomas, Cullens LLC | 100066 | 66 | 1987 | Bodily Injury | $0.00 | $0.00 |
| 4 | Bourgeois Joseph | 18066 Willow Tree Lane | Prairieville | LA | 70769 | Walters, Papillion, Thomas, Cullens LLC | 100067 | 67 | 2004 | Bodily Injury | $0.00 | $0.00 |
| 5 | Bourgeois, III Ray | 18066 Willow Tree Lane | Prairieville | LA | 70769 | Walters, Papillion, Thomas, Cullens LLC | 100068 | 68 | 2007 | Bodily Injury | $0.00 | $0.00 |
| 6 | Roth Robert | 4218 Bluebonnet Road | Baton Rouge | LA | 70809 | Walters, Papillion, Thomas, Cullens LLC | 100082 | 81 | 12949 | Miscellaneous | $10,708.93 | $5,354.47 |
| 7 | Roth Robert | 4218 Bluebonnet Road | Baton Rouge | LA | 70809 | Walters, Papillion, Thomas, Cullens LLC | 100082 | 81 | 12962 | Pre-Remediation Alternative Living Expenses | $0.00 | $0.00 |
| 8 | Holder David | 11005 Shoreline Drive | Baton Rouge | LA | 70809 | Walters, Papillion, Thomas, Cullens LLC | 101617 | 3069 | 2034 | Bodily Injury | $0.00 | $0.00 |
| 9 | Holder David | 11005 Shoreline Drive | Baton Rouge | LA | 70809 | Walters, Papillion, Thomas, Cullens LLC | 101617 | 3069 | 8367 | Miscellaneous | $6,569.35 | $3,284.68 |
| 10 | Holder Jill | 11005 Shoreline Drive | Baton Rouge | LA | 70809 | Walters, Papillion, Thomas, Cullens LLC | 101719 | 3171 | 2035 | Bodily Injury | $0.00 | $0.00 |

© 2015 BrownGreer PLC

**\* SEE ATTACHED STATEMENTS AND SUPPORTING DOCUMENTS**

| Claimant Response | Basis of Reconsideration of Special Master Award | Deadline to Request Reconsideration |
|---|---|---|
| Request Reconsideration of Special Master Award | Insufficient; $18,000 Counter Offer* | 12/18/2015 |
| Request Reconsideration of Special Master Award | Insufficient; $42,000.00 Counter Offer* | 12/18/2015 |
| Request Reconsideration of Special Master Award | Insufficient; $42,000.0 Counter Offer* | 12/18/2015 |
| Request Reconsideration of Special Master Award | Insufficient; $18,000.00 Counter Offer* | 12/18/2015 |
| Request Reconsideration of Special Master Award | Insufficient; $42,000.00 Counter Offer* | 12/18/2015 |
| Accept Special Master Award | | 12/18/2015 |
| Request Reconsideration of Special Master Award | Insufficient; $23,212.52 Counter Offer* | 12/18/2015 |
| Request Reconsideration of Special Master Award | Insufficient; $18,000 Counter Offer* | 12/18/2015 |
| Accept Special Master Award | | 12/18/2015 |
| Request Reconsideration of Special Master Award | Insufficient; $18,000.00 Counter Offer* | 12/18/2015 |

© 2015 BrownGreer PLC