UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL No. 2047
DRYWALL                              SECTION L
                                     JUDGE FALLON

THIS DOCUMENT RELATES TO:            MAG. JUDGE
ALL CASES                            WILKINSON


PLAINTIFFS TAREK AND ANDREA LOUTFY'S MOTION FOR
RECONSIDERATION OF SPECIAL MASTER OPINION AND DECREE

COMES NOW the Plaintiffs, Tarek and Andrea Loutfy ("Plaintiffs") (CDW claimant ID

105182), by and through undersigned counsel, and file this motion for reconsideration of Special

Master's Opinion and Decree, and as grounds for this response states:

On February 15, 2016, the Special Master entered a Final Determination of $0.00 for the

Miscellaneous Claim listed above.  The claimants requested an appeal of the initial offer of $2,500 on

April 10, 2015 based on the fact that they, through their counsel, had received conflicting information

from Brown Greer, the Claims Administrator, on which claims could be filed through the Other Loss

Claims process.  Plaintiff was directed to file for historical lost rent outside of the three month

remediation period offered by the Lost Rent claim through their Miscellaneous Claim, only to have that

rejected by the Special Master and to have the initial $2,500 offer reduced to $0.00 on December 7,

2015.  Claimant then objected to this determination and requested the initial offer of $2,500, which was

rejected on February 15, 2016.

If not for the presence of defective Chinese Drywall in their property, Plaintiff would have been

able to rent their property and would not have historical rental losses.

Plaintiffs' counsel met and conferred with Defendant's Counsel on February 24, 2016, as per

Section 4.6.8 of the Knauf Settlement Agreement (December 11, 2012, Doc. # 16407), and Defendant's

counsel will not take a position on this appeal.

     **WHEREFORE**, Plaintiffs respectfully move this Honorable Court for the entry of an Order

granting their Motion for Reconsideration of the Special Master Opinion and Decree, and instruct

Brown Greer, the claims administrator, to pay Plaintiffs initial offer of $2,500 for their Miscellaneous

Claim.

DATED:  March 1, 2016          Respectfully submitted,

                    */s/ Gary E. Mason*
                    Gary E. Mason
                    WHITFIELD BRYSON & MASON LLP
                    1625 Massachusetts Ave., NW, Suite 605
                    Washington, D.C.  20036
                    Telephone:  (202) 429-2290
                    Facsimile:  (202) 429-2294
                    gmason@wbmllp.com

                    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Submit Late-Field Claim has been served by U.S. Mail and email to Russ Herman, Esq., Plaintiffs' Liaison Counsel, and Kerry Miller, Esq., Defendants' Liaison Counsel, and upon all parties by electronically uploading the same to File and ServeXpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of March, 2016.

/s/ Gary E. Mason
Gary E. Mason