UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL No. 2047
                                             SECTION: L
THIS DOCUMENT RELATES TO:                    JUDGE FALLON
ALL CASES

                                             MAG. JUDGE WILKINSON

## ORDER GRANTING PLAINTIFF'S MOTION

The Court, having considered Plaintiffs Tarek and Andrea Loutfy's Motion for Reconsideration of Special Master Opinion and Decree, and requests this Court for an order directing Brown Greer, the Claims Administrator, to pay Plaintiffs $2,500 on their Miscellaneous Claim (Claim #105182).

Accordingly, it is ORDERED that Plaintiffs Tarek and Andrea Loutfy's Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2016.


_____
HON. ELDON E. FALLON
DISTRICT COURT JUDGE