UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | MDL No. 2047<br>SECTION L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAG. JUDGE<br>WILKINSON |

PLAINTIFFS RMM INVESTMENTS, LLC'S MOTION FOR
RECONSIDERATION OF SPECIAL MASTER OPINION AND DECREE

COMES NOW the Plaintiffs, David and Jodi Ijac, d/b/a RMM Investments, LLC ("Plaintiffs") (CDW claimant ID 112426, PID #15867 & 15868), by and through undersigned counsel, and file this motion for reconsideration of Special Master's Opinion and Decree, and as grounds for this response states:

On February 15, 2016, the Special Master entered a Final Determination of $0.00 for each of the Miscellaneous Claims listed above. The claimants requested an appeal of the initial offers for each claim of $2,500 on July 7, 2015 based on the fact that they, through their counsel, had received conflicting information from Brown Greer, the Claims Administrator, on which claims could be filed through the Other Loss Claims process. Plaintiff was directed to file for historical lost rent outside of the three month remediation period offered by the Lost Rent claim through their Miscellaneous Claims, only to have that rejected by the Special Master and to have the initial $2,500 offer reduced to $0.00 on December 7, 2015. Claimant then objected to this determination and requested the initial offer of $2,500, which was rejected on February 15, 2016.

If not for the presence of defective Chinese Drywall in their property, Plaintiff would have been able to rent their property and would not have historical rental losses.

Plaintiffs' counsel met and conferred with Defendant's Counsel on February 24, 2016, as per Section 4.6.8 of the Knauf Settlement Agreement (December 11, 2012, Doc. # 16407), and Defendant's counsel will not take a position on this appeal.

**WHEREFORE**, Plaintiffs respectfully move this Honorable Court for the entry of an Order granting their Motion for Reconsideration of the Special Master Opinion and Decree, and instruct Brown Greer, the claims administrator, to pay Plaintiffs the initial resolution offers totaling $5,000 for their Miscellaneous Claims.

DATED:  March 1, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 */s/ Gary E. Mason*
　　　　　　　　　　　　　　　　　　　　　Gary E. Mason
　　　　　　　　　　　　　　　　　　　　　Daniel K. Bryson
　　　　　　　　　　　　　　　　　　　　　WHITFIELD BRYSON & MASON LLP
　　　　　　　　　　　　　　　　　　　　　1625 Massachusetts Ave., NW, Suite 605
　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20036
　　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 429-2290
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 429-2294
　　　　　　　　　　　　　　　　　　　　　gmason@wbmllp.com
　　　　　　　　　　　　　　　　　　　　　dan@wbmllp.com
　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Submit Late-Field Claim has been served by U.S. Mail and email to Russ Herman, Esq., Plaintiffs' Liaison Counsel, and Kerry Miller, Esq., Defendants' Liaison Counsel, and upon all parties by electronically uploading the same to File and ServeXpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of March, 2016.

/s/ Gary E. Mason
Gary E. Mason