## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ) ) | SECTION: L |
| *Hobbie, et al. v.* ) *RCR Holdings II, LLC, et al.,* ) ) | JUDGE FALLON |
| No. 10-1113 ) ) ) _____) | MAG. JUDGE WILKINSON |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs, David and Jodi Ijac, d/b/a RMM Investments, LLC (CDW claimant ID 112426) ("Plaintiffs"), by and through undersigned counsel, and requests this Court for an order granting their Motion for Reconsideration of Special Master's Opinion and Decree before the Hon. Eldon E. Fallon at 9:00 a.m. on March 16, 2016, or at such other time as the Court directs, at the United States Court for the Eastern District of Louisiana. Pursuant to Uniform Local Rule 78.1E, this motion will be heard without benefit of oral argument, unless the Court directs otherwise.

Date: March 1, 2016         WHITFIELD BRYSON & MASON LLP

/s/ Gary E. Mason
Gary E. Mason
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

Joel R. Rhine
RHINE LAW FIRM, PC
314 Walnut Street, Suite 1000
Wilmington, NC 28401
Tel. (910) 772-9960

Fax. (910) 772-9062

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 1st day of March, 2016.

/s/ Gary E. Mason
Gary E. Mason