UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL CASES | |
| | MAG. JUDGE WILKINSON |

ORDER GRANTING PLAINTIFF'S MOTION

The Court, having considered David and Jodi Ijac, d/b/a RMM Investments, LLC's Motion for Reconsideration of Special Master Opinion and Decree, and requests this Court for an order directing Brown Greer, the Claims Administrator, to pay Plaintiffs $5,000 on their Miscellaneous Claims (Claim #112426, PID #15867 & 15868).

Accordingly, it is ORDERED that Plaintiffs David and Jodi Ijac, d/b/a RMM Investments, LLC's Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2016.

HON. ELDON E. FALLON
DISTRICT COURT JUDGE