UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

TERRENCE and TONYA DEMOTS

### OBJECTION TO SPECIAL MASTER DECISION REGARDING CLAIMANT #107722 CLAIM #15251

**MAY IT PLEASE THE COURT,** Plaintiffs and Participants/Claimants in the Knauf Settlement Agreement Other Loss Fund, Terrence and Tonya DeMots (hereinafter "Claimants"), through undersigned counsel respectfully submit this Objection to the decision made by the Special Master regarding Claimants' Miscellaneous Claim #15251. Claimants respectfully request that this Honorable Court set aside the decision of the Special Master and award Claimants a recovery consistent with the Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants In MDL No. 2047, Rec. Doc. 16407-3 (hereinafter "Knauf Settlement"). As grounds Claimants show onto the court the following:

**Procedural History**

1. On October 25, 2013, Claimants timely filed the Miscellaneous Claim Form for consideration for recovery from the Knauf Settlement Other Loss Fund. *See* BrownGreer Doc ID 175366. Claimants complied with all requirements under the Miscellaneous Claim Procedure.

2. On May 15, 2015, Claimants received an Other Loss Eligibility Notice for their Miscellaneous Claim amounting to $943.00. *See* BrownGreer Doc ID 332308.

3. On May 21, 2015, Claimants requested a Special Master Award for their Miscellaneous Claim.

4. On December 3, 2015, the Special Master awarded Claimants $943.00 for their Miscellaneous Claim.

5. On December 18, 2015, Claimants requested reconsideration of the Special Master's award of $943.00 for their Miscellaneous Claim. *See* BrownGreer Doc ID 340965.

6. On February 15, 2016, the Special Master issued a Post-Reconsideration Award of $943.00 for Claimants' Miscellaneous Claim.

**Compliance With Settlement Agreement**

7. Claimants complied with all requirements of a Miscellaneous Claim under the Knauf Settlement.

8. Pursuant to Sections 4.7.3 and 4.7.3.1, Claimants' Miscellaneous Claim was equitably justified and not otherwise excluded by any Other Loss Exclusions.

**Argument**

9. Claimants complied with all requirements for a Miscellaneous Claim under the Knauf Settlement, as indicated by the Settlement Administrator's initial issuance of the Miscellaneous Claim Eligibility Notice on May 15, 2015. *See* BrownGreer Doc ID 332308.

10. Considering Claimants' compliance with all requirements of a Miscellaneous Claim under the Knauf Settlement, the Special Master's subsequent awards of $943.00 and $943.00 were not appropriate.

11. Claimants have demonstrated multiple damages for which recovery is appropriate pursuant to the Knauf Settlement for their Miscellaneous Claim and consequently should have

been awarded an amount commensurate with those damages, subject to potential pro rata reduction.

**Request for Relief**

**WHEREFORE**, Claimants respectfully object to the Special Master's decision regarding their Miscellaneous Claim and request that this Honorable Court set aside the Special Master's award of $943.00 and allow briefing, argument and/or evidentiary hearing to determine the quantum of an appropriate award to Claimants for their Miscellaneous Claim from the Knauf Other Loss Fund.

All of which is respectfully submitted this 1st day of March, 2016.

Respectfully submitted,

**REICH &BINSTOCK, LLP**

*/s/ Dennis C. Reich*
**DENNIS C. REICH, ESQ**. (Bar No. 16739600)
4265 San Felipe, Suite 1000
Houston, Texas 77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]
dreich@reichandbinstock.com

*Counsel for Plaintiffs/Claimants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Objection has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of March, 2016.

*/s/ Dennis C. Reich*
**DENNIS C. REICH, ESQ**.