**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| MCBRIDE FAMILY PROPERTIES, LLC CLAIMANT ID: 108501 | MAG. JUDGE WILKINS |

<u>**OBJECTION TO SPECIAL MASTER'S FINAL DETERMINATION FOR CLAIMANT MCBRIDE FAMILY PROPERTIES, LLC LOST RENT CLAIM, CLAIM ID 14740**</u>

COMES NOW, Claimant McBride Family Properties, LLC ("McBride Properties"), through undersigned counsel, and files this objection to the Special Master's Post Reconsideration Award of $0.00 for its Miscellaneous claim and represents as follows:

<u>**BACKGROUND OF CLAIM**</u>

1.      Claimant McBride Properties owns the property located at 534 Loretto Avenue, Unit 23, Coral Gables, Florida 33134 and timely filed a Miscellaneous claim on October 25, 2013.

2.      Claimant provided the required documentation to file this claim and also supplemented as the Claims Center requested.

3.      On September 14, 2015, Claimant received an Other Loss Eligibility Notice in the amount of $2,500 for its Miscellaneous claim.

4.      On October 27, 2015, Claimant submitted its Miscellaneous Claim Appeal to the Special Master.

5.      On December 3, 2015, Claimant's Counsel received notice of the Special Master Award of $0.00.

6.      On December 18, 2015, Claimant requested reconsideration of the Special Master award.

7.      On February 15, 2016, Counsel for Claimant received the Special Master Post Reconsideration Award of $0.00.

## REASON FOR RECONSIDERATION

1.      McBride Properties owns a rental property in Coral Gables, Florida that incurred lost rent and other miscellaneous expenses due to the presence of Chinese Drywall.

2.      On January 14, 2014, Claimants Counsel indicated to BrownGreer that Claimant was unable to file a Lost Rent Claim due to the property not being remediated yet.  BrownGreer advised Counsel to file the Claim as a Miscellaneous claim and to indicate what the claim was filed for. (*See* Document ID 340853).  BrownGreer also advised Claimant's Counsel that any lost rent claim prior to or after remediation should be filed under the Miscellaneous Claim.  (*See* Document ID 340855).

3.      Claimant also uploaded a detailed itemization of the expenses incurred due to the presence of Chinese Drywall.  (*See* Document ID 298192).

4.      Claimant also provided a multitude of documents to support this claim which far exceed the amount originally offered to Claimant of $2,500.  (*See* Documents 210791, 298196, 298194, 298193, 299812, 283098 – 283102).

5.      McBride Family Properties, LLC also filed similar claims for three other units  it owns which are no different than Unit 23.  All other units filed claims were paid, while Unit 23 is being denied any award.

6.      McBride Family Properties, LLC provided evidence of a loss, and is seeking an award of $56,690.00 to cover the lost rent and other expenses incurred.

Respectfully submitted,

*/s/Kasie M. Braswell*_____
KASIE BRASWELL  (MSB #101210)
Attorney for Claimant
BRASWELL MURPHY, LLC
59 St. Joseph Street
Mobile, Alabama 36602
(251) 438-7503 *telephone*
(251) 438-7949 *facsimile*
kasie@braswellmurphy.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Taylor Martino's Objection to Special Master's Final Determination for Claimant McBride Family Properties, LLC Lost Rent Claim, Claim ID 14740 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 1st day of March, 2016.

*/s/Kasie M. Braswell*_____
OF COUNSEL