EXHIBIT A

| Row | Claimant Name | Claimant ID | Claim ID | Claim Type | Special Master Award | Post Reconsideration Award |
|---|---|---|---|---|---|---|
| 1 | Prime Homes at Portofino Falls, Ltd. | 104005 | 19572 | Miscellaneous | $0.00 | $0.00 |
| 2 | Prime Homes at Portofino Falls, Ltd. | 104005 | 19574 | Miscellaneous | $0.00 | $0.00 |
| 3 | Prime Homes at Portofino Falls, Ltd. | 104005 | 19575 | Miscellaneous | $0.00 | $0.00 |
| 4 | Prime Homes at Portofino Falls, Ltd. | 104005 | 19577 | Miscellaneous | $0.00 | $0.00 |
| 5 | Prime Homes at Portofino Falls, Ltd. | 104005 | 19579 | Miscellaneous | $0.00 | $0.00 |
| 6 | Prime Homes at Portofino Falls, Ltd. | 104005 | 19581 | Miscellaneous | $0.00 | $0.00 |
| 7 | Prime Homes at Portofino Falls, Ltd. | 104005 | 22041 | Miscellaneous | $0.00 | $0.00 |
| 9 | Prime Homes at Portofino Falls, Ltd. | 104005 | 19582 | Miscellaneous | $0.00 | $0.00 |
| 10 | Prime Homes at Portofino Falls, Ltd. | 104005 | 10433 | Miscellaneous | $0.00 | $0.00 |
| 11 | Prime Homes at Portofino Falls, Ltd. | 104005 | 10867 | Miscellaneous | $0.00 | $0.00 |
| 12 | Prime Homes at Portofino Falls, Ltd. | 104005 | 10871 | Miscellaneous | $0.00 | $0.00 |
| 13 | Prime Homes at Portofino Falls, Ltd. | 104005 | 10872 | Miscellaneous | $0.00 | $0.00 |
| 14 | Prime Homes at Portofino Falls, Ltd. | 104005 | 10874 | Miscellaneous | $0.00 | $0.00 |
| 15 | Prime Homes at Portofino Falls, Ltd. | 104005 | 10875 | Miscellaneous | $0.00 | $0.00 |
| 16 | Prime Homes at Portofino Falls, Ltd. | 104005 | 10878 | Miscellaneous | $0.00 | $0.00 |
| 17 | Prime Homes at Portofino Falls, Ltd. | 104005 | 10904 | Miscellaneous | $0.00 | $0.00 |
| 18 | Prime Homes at Portofino Falls, Ltd. | 104005 | 10909 | Miscellaneous | $0.00 | $0.00 |
| 19 | Prime Homes at Portofino Falls, Ltd. | 104005 | 10321 | Miscellaneous | $0.00 | $0.00 |
| 20 | Prime Homes at Portofino Falls, Ltd. | 104005 | 10320 | Miscellaneous | $0.00 | $0.00 |