

May 4, 2015

**VIA MAIL AND WEB PORTAL SUBMISSION**
Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

RE: Exhibit A to Special Master Appeal

The offer of $2,500.00 to resolve the Miscellaneous claim of Claimant ID #104005 (Prime Homes at Portofino Falls, Ltd.) is not sufficient to compensate the Claimant for losses sustained.

This claimant had vast losses due to its development and maintenance of the Chinese drywall affected property. These losses are detailed in Exhibit B, but from the outset, notions of fairness dictate that the offer made in no way corresponds to what these losses actually are. This claimant sustained extraordinary losses. An offer of $2,500.00 is patently unreasonable and unfair, based solely on the documentary evidence provided to the Claims Administrator.

The 'flat fee' system of paying the Other Loss Fund claims may work for some claimants, but certainly not all. This claimant took out approximately $27,000,000.00 in loans (detailed in Exhibit B) for the development of this and its other Prime Homes at Portofino Falls, Ltd. properties. Further, due to the inability to both sell and rent the affected property, claimant incurred extensive carrying costs totaling approximately $4,476,758.00. These carrying costs include maintenance costs such as replacement of HVAC units and stucco damaged due to the defective Chinese drywall within the Affected Property. Finally, Claimant estimates a total lost value of its properties totaling $26,256,536.00. Without doubt, these losses are far beyond the $2,500.00 offer offered.

This Claimant and counsel are committed to provide the Special Master with any and all information that may be required to complete the review of the claim, including depositions, interviews, affidavits and any other requested documentation. If there is anything that the Special Master requires or desires, please let us know and we will make every reasonable effort to comply. We look forward to a reasoned and reasonable offer in the near future.

## OWNER AFFIDAVIT

STATE OF FLORIDA       )
COUNTY OF BROWARD  )

BEFORE ME, the undersigned, authority, personally appeared, Larry M. Abbo, as Manager of Prime Homes at Portofino Falls, LTD ("Owner"), who, being first duly sworn, deposes and says that:

1. I have personal knowledge of the contents of this Affidavit.

2. Over the past fifteen years, Prime Homebuilders ("Prime") has developed thousands of residential units in communities together with hundreds of thousands of square feet of commercial properties throughout the State of Florida. As a result, I have extensive experience and knowledge in all matters relating to real estate development in the State of Florida.

3. Owner was created as a special purpose entity to act as developer of the residential housing development known as The Falls of Portofino in Collier County, Florida ("The Falls"). Owner acquired the real estate which was to become The Falls by warranty deed dated October 4, 2004. The Falls parcel consisted of approximately 36.5 acres of vacant land. The Falls project initially envisioned the construction of 465 townhome-style units ("Townhomes"). Phase 1 of The Falls contemplated the construction of 246 Townhomes.

4. To help fund the acquisition and development of the Falls, loans exceeding $27,000,000.00 were obtained from Mercantil Commercebank, N.A. ("Loan").

5. Construction on The Falls began in or about November, 2005, and ceased after completion of only 118 Townhomes, a clubhouse, gatehouse and other accessory structures.

6. The general contractor was Prime Homebuilders. Drywall for the construction of The Falls was supplied and installed by G. Drywalls Corporation, Inc. ("G. Drywalls") pursuant to a written subcontractor agreement with Prime Homebuilders.

7. Soon after upon completion of the initial Townhomes constructed at The Falls, it became apparent a problem existed. Many of the Townhomes had a sulfurous odor while others did not. Meanwhile, HVAC units within many of the Townhomes began to fail and/or developed blackened copper coils. The HVAC contractor was called numerous times to repair or replace units. It was the HVAC contractor who determined the cause of the multiple failures was corroding copper coils. By October 1, 2007 it was apparent defective drywall from China had been installed by G. Drywall throughout The Falls.

8. Once word got out that The Falls had a problem, sales activities plummeted. The sulfurous odor was caused by the defective drywall and it permeated the affected Townhomes. Given the relatively small size of the Naples community, and the correspondingly small community of real estate agents representing potential buyers of Townhomes at The Falls, it was not surprising that word of defective drywall at The Falls got out fast. As a result, Owner

1

experienced a rash of cancellations. New sales activity was almost non-existent. It became clear The Falls had been stigmatized in the area as being a residential community of defective homes.

9. Given failing sales numbers, The Falls project was paired back dramatically. With an inability to sell the Townhomes actually constructed, ultimately the Loan was defaulted. While pursuing the remediation options available, the Owner has attempted to mitigate some of the carrying costs of the project including mortgage interest, real estate taxes, insurance, maintenance and insurance, through leasing available Townhomes. These efforts have been met with mixed results as the defective drywall has negatively affected leasing efforts, as well.

10. Attached to this affidavit as Composite Exhibit A, which is incorporated herein, I have prepared the Owner's calculation of damages which provides detailed calculations of the financial impact associated with the defective drywall.

FURTHER AFFIANT SAYETH NAUGHT!

Prime Homes at Portofino Falls, LTD
By: The Falls of Portofino Builders, LLC

By: _____
Larry M. Abbo, Manager

SWORN TO AND SUBSCRIBED before me by Larry M. Abbo, as Manager, who is personally known to me or who produced a <u>Florida Drivers License</u> as identification this 26 day of Sept., 2013.

_____
NOTARY PUBLIC  GEOVANNA FORTIER

Check [✓] one only:
✓ Personally known
___ Produced Identification   Identification produced: _____

# SCHEDULE I
# TO
# AFFIDAVIT OF OWNER

Table of Contents:

A. Explanation of Damages Calculation
B. Profit & Loss Statement
C. Lost Revenue Analysis
D. Closed Unaffected Units After January 1, 2009
E. Closed Units with Defective Drywall

# SCHEDULE I
# TO
# AFFIDAVIT OF OWNER

## A. Explanation of Damages Calculation

The calculation of the total financial impact resulting from defective drywall at The Falls includes two separate independent elements of damages: first, the total net cost and expense of carrying the Townhomes with defective drywall within The Falls project; and second, the total loss of value within The Falls suffered as a result of defective drywall. Both analyses recognize and rely on the impact of the discovery of defective drywall and the resulting stigma which attached to The Falls project once word of defective drywall at The Falls spread throughout the community.

### 1. Carrying Costs.

The cost of carrying the Townhomes contaminated with defective drywall is detailed in the *Profit & Loss Statement for Units with Defective Drywall (sales and leasing Activity)*, which is attached to and made a part of Owner's Schedule I ("Profit & Loss Statement"). Owner has identified 91 total Townhomes within The Falls which are contaminated with defective drywall ("Affected Property").

In calculating the carrying costs resulting from defective drywall at The Falls, Owner has compiled financial data relating to the revenues and expenses associated with the Affected Property for the time period commencing with the discovery of defective drywall in 2007 through September 1, 2013. The Profit & Loss Statement details total revenues resulting from sales, leasing activities, and other miscellaneous revenues, on a year-to-year basis. Total costs and expenses, including interest on loans, taxes, lease related expenses, as well as all other applicable costs and expenses.

The revenue, costs and expenses in the Profit & Loss Statement refer solely to the Affected Properties and cover only that period of time **after** discovery of defective drywall within The Falls when the effects of the negative stigma were fully felt. This analysis results in total losses associated with carrying the un-remediated Affected Property to date of **$4,476,758.00**.

### 2. Total Value Loss.

The **Total Value Loss** is an additional element of damages which quantifies the overall loss in value The Falls suffered as a result of the defective drywall. As a starting point, the **Total Value Loss** is determined by adding up total lost revenue from cancelled sales of Affected Property ("Total Lost Revenue"). Total Lost Revenue is easily quantifiable and is found in the *Lost Revenue Analysis* which is attached to and made a part of Owner's Schedule I. As shown in the *Lost Revenue Analysis*, the sales/cancellation history of each Affected Property by unit/building,

1

buyer name, contract date/cancellation date, and price per unit is listed and totaled. Where individual units of Affected Property have been under contract and cancelled multiple times, only the loss associated with the first cancellation was used. As shown, Total Lost Revenue equals $27,026,216.

Next, an average unit loss has been determined by dividing the Total Lost Sales figure by the total number of Affected Units (67). As shown, the average lost revenue from cancelled contracts is $465,969.00. However, in order to determine the **Total Value Loss**, the average unit lost revenue must be offset by the current market value of the Affected Property (assuming complete remediation) because the remaining inventory of Affected Property may still be marketed and sold by the Owner. Accordingly, an analysis of recent sales was conducted to determine market value. Please see the *Closed Units after January 1, 2009 report* which is attached to and made a part of Owner's Schedule I. The *Closed Units after January 1, 2009 report* shows sales of non-affected property within The Falls since January 1, 2009. For purposes of this calculation, and taking into consideration an anticipated rise in home values, the highest and most recent sale of $140,000.00 has been used.

The average unit loss of $465,969.00, less the current market value of $140,000.00, results in a average actual loss per unit of $325,969.00. This figure has been multiplied by the number of Owner units of Affected Property (67). As shown in the *Lost Revenue Analysis*, Owner then further adjusted lost value to account for the diminished sale prices of (3) units not cancelled. The result is a **Total Value Loss** of $22,256,778.

## Summary:

**Carrying Costs:**     $4,476,758.00

**Total Value Loss:**   $22,256,778.00

**Total Impact:**       **$26,733,536.00**

2

SCHEDULE I
TO
AFFIDAVIT OF OWNER

# B. PROFIT AND LOSS STATEMENT

(SEE ATTACHED)



**301-Prime Homes at Portofino Falls, LTD.**
PROFIT & LOSS STATEMENT FOR UNITS WITH DEFECTIVE DRYWALL (Sales and Leasing Activities)
September 1, 2013

| GL Account | Description | 10-31 to 12-31-2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | TOTAL | Sales Activities P&L | Maintenance & Leasing Activites P&L | GRAND TOTAL | Balance Check |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Units Owned Having Defective Drywall - Beginning of Year | 91 | | | | | | | | | | | |
| | Units Owned Having Defective Drywall - Beginning of Year (Oct 1 for 2007) | 70 | 69 | 67 | 64 | 64 | 64 | 64 | | | | | |
| | Units Sold Having Defective Drywall (Note *1) | 1 | 2 | 3 | - | - | - | - | | | | | |
| | Units Owned Having Defective Drywall - End of Year | 69 | 67 | 64 | 64 | 64 | 64 | 64 | | | | | |
| **SALES INCOME** | | | | | | | | | | | | | |
| 300-000-000 | Base Sale | 405,900 | 908,691 | 405,000 | - | - | - | - | 1,719,591 | 1,719,591 | - | 1,719,591 | - |
| 301-000-000 | Options/Extras | 15,943 | 7,535 | - | - | - | - | - | 23,478 | 23,478 | - | 23,478 | - |
| 302-000-000 | Lot Premiums | 8,000 | 35,000 | - | - | - | - | - | 43,000 | 43,000 | - | 43,000 | - |
| | **TOTAL SALES INCOME** | 429,843 | 951,226 | 405,000 | - | - | - | - | 1,786,069 | 1,786,069 | - | 1,786,069 | - |
| **OTHER INCOME** | | | | | | | | | | | | | |
| 350-000-000 | Interest Income - Banks | 4,522 | 2,979 | 12 | - | - | - | - | 7,513 | - | 7,513 | 7,513 | - |
| 351-000-000 | Interest Income - Others | - | 7,422 | - | - | - | - | - | 7,422 | - | 7,422 | 7,422 | - |
| 353-000-000 | RO-Rental Income | - | 521,799 | 1,187,855 | 1,060,868 | 1,026,389 | 980,451 | 632,147 | 5,409,508 | - | 5,409,508 | 5,409,508 | - |
| 360-000-000 | Liquidated Damages | 2,391 | - | 1,000 | - | - | - | - | 3,391 | 3,391 | - | 3,391 | - |
| 375-000-001 | Builders Fee - Income | - | - | - | - | - | - | - | - | - | - | - | - |
| 375-000-002 | Builder Closing Expenses | (3,782) | (8,406) | - | - | - | - | - | (12,188) | (12,188) | - | (12,188) | - |
| 375-000-003 | Incentives - Closing Cost Credits | (85,969) | - | - | - | - | (14,400) | - | (100,369) | (100,369) | - | (100,369) | - |
| 357-000-000 | Other Income | - | - | - | - | 16 | - | - | 16 | - | 16 | 16 | - |
| | **TOTAL OTHER INCOME** | (82,838) | 523,793 | 1,188,867 | 1,060,868 | 1,026,405 | 966,051 | 632,147 | 5,315,293 | (109,166) | 5,424,459 | 5,315,293 | - |
| | **TOTAL REVENUE** | 347,005 | 1,475,019 | 1,593,867 | 1,060,868 | 1,026,405 | 966,051 | 632,147 | 7,101,362 | 1,676,904 | 5,424,459 | 7,101,362 | - |
| **COST OF SALES** | | | | | | | | | | | | | |
| 400-000-000 | Land | 32,000 | 64,000 | - | - | - | - | - | 96,000 | 96,000 | - | 96,000 | - |
| 400-000-001 | Site Development | 15,000 | 47,280 | - | - | - | - | - | 62,280 | 62,280 | - | 62,280 | - |
| 400-000-002 | Hard Costs | 137,519 | 256,682 | 775,456 | - | - | - | - | 1,169,657 | 1,169,657 | - | 1,169,657 | - |
| 400-000-003 | Soft Costs | 62,647 | 145,294 | - | - | - | - | - | 207,941 | 207,941 | - | 207,941 | - |
| 400-000-004 | Financing | 13,499 | 50,000 | - | - | - | - | - | 63,499 | 63,499 | - | 63,499 | - |
| 400-000-005 | Project Amenities | 2,796 | 7,742 | - | - | - | - | - | 10,538 | 10,538 | - | 10,538 | - |
| 405-000-001 | Depreciation Re Capture | - | - | - | - | - | - | - | - | - | - | - | - |
| | **TOTAL COST OF SALES** | 263,461 | 570,998 | 775,456 | - | - | - | - | 1,609,915 | 1,609,915 | - | 1,609,915 | - |
| **COMMISSIONS** | | | | | | | | | | | | | |
| 450-000-000 | Commissions - Outside | 42,984 | 74,323 | - | - | - | - | - | 117,307 | 117,307 | - | 117,307 | - |
| 450-000-001 | Commissions - Advances (Prime Mark) | - | - | - | - | - | - | - | - | - | - | - | - |
| | **TOTAL COMMISSIONS** | 42,984 | 74,323 | - | - | - | - | - | 117,307 | 117,307 | - | 117,307 | - |
| **MARKETING/ADVERTISING** | | | | | | | | | | | | | |
| 801-000-000 | Advertising/Marketing | 22,668 | 194,539 | 8,526 | - | - | - | - | 225,734 | - | 225,734 | 225,734 | - |
| 801-000-002 | Public Relations | - | - | - | - | - | - | - | - | - | - | - | - |
| 802-000-001 | Model Maintenance General | 3,224 | 18,698 | 5,185 | - | - | - | - | 27,107 | - | 27,107 | 27,107 | - |
| 802-000-002 | Model Maintenance Utilities | 8,862 | 12,307 | 1,626 | - | - | - | - | 22,795 | - | 22,795 | 22,795 | - |
| 805-000-001 | Office Set-up | - | 10,751 | (415) | - | - | - | - | 10,336 | 10,336 | - | 10,336 | - |
| 805-000-002 | Office Maintenance | 3,102 | 5,288 | 392 | - | - | - | - | 8,782 | 8,782 | - | 8,782 | - |
| 805-000-004 | Office Rental | 5,261 | 5,230 | - | - | - | - | - | 10,491 | 10,491 | - | 10,491 | - |
| 803-000-001 | Equipment/Furniture Relocation Cost | - | - | - | 300 | - | - | - | 300 | 300 | - | 300 | - |
| | **TOTAL MARKETING/ADVERTISING** | 43,117 | 246,814 | 15,314 | 300 | - | - | - | 305,545 | 29,909 | 275,635 | 305,545 | - |



**301-Prime Homes at Portofino Falls, LTD.**
**PROFIT & LOSS STATEMENT FOR UNITS WITH DEFECTIVE DRYWALL (Sales and Leasing Activities)**
September 1, 2013

| GL Account | Description | 10-31 to 12-31-2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | TOTAL | Sales Activities P&L | Maintenace & Leasing Activites P&L | GRAND TOTAL | Balance Check |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OTHER EXPENSES | | | | | | | | | | | | | |
| 850-000-000 | Prime General Overhead | 138,964 | 369,600 | 253,179 | 95,159 | - | - | - | 856,902 | - | 856,902 | 856,902 | - |
| 850-000-005 | RO-Rental Operations Expense | - | 110,809 | 254,428 | 347,158 | 489,748 | 286,435 | 477,451 | 1,966,030 | - | 1,966,030 | 1,966,030 | - |
| 850-000-006 | RO-Repairs/Maintenance | - | 18,319 | 21,505 | - | 29,626 | 59,255 | 32,621 | 161,326 | - | 161,326 | 161,326 | - |
| 850-000-009 | Rental Operation Insurance | - | - | 9,202 | - | - | - | - | 9,202 | - | 9,202 | 9,202 | - |
| 850-000-010 | Legal Expenses | - | - | 30,456 | - | - | 345 | 9,425 | 40,226 | - | 40,226 | 40,226 | - |
| 851-000-000 | Interest Expense | 95,086 | 1,145,634 | 671,448 | 481,058 | 1,284,492 | 809,783 | 152,059 | 4,639,560 | - | 4,639,560 | 4,639,560 | - |
| 855-000-003 | Bank Fees | - | - | - | - | 39 | 119 | 103,486 | 103,644 | - | 103,644 | 103,644 | - |
| 855-000-000 | Licencing Fees | - | 8 | - | - | - | - | - | 8 | - | 8 | 8 | - |
| 867-000-000 | Travel | 395 | 262 | 394 | - | - | - | - | 1,051 | - | 1,051 | 1,051 | - |
| 868-000-000 | Liquidated Damages Expense | - | - | - | 30,439 | - | - | - | 30,439 | - | 30,439 | 30,439 | - |
| 870-000-000 | HOA Master | 48,438 | 144,962 | 96,653 | 119,805 | - | - | - | 409,857 | - | 409,857 | 409,857 | - |
| 870-000-001 | HOA Local | (14,237) | 23,583 | 1,693 | - | 158,217 | 119,838 | - | 289,094 | - | 289,094 | 289,094 | - |
| 870-000-002 | Condo 1 | - | - | 4,565 | 3,365 | 662 | 3,141 | - | 11,732 | - | 11,732 | 11,732 | - |
| 870-000-003 | Condo 2 | - | - | 753 | 1,644 | 2,033 | 217 | - | 4,646 | - | 4,646 | 4,646 | - |
| 870-000-004 | Condo 3 | - | - | 8,000 | 5,156 | 3,503 | 5,732 | - | 22,392 | - | 22,392 | 22,392 | - |
| 870-000-005 | Condo 4 | - | 3,523 | 17,988 | 12,024 | 9,070 | 10,252 | - | 52,856 | - | 52,856 | 52,856 | - |
| 870-000-006 | Condo 5 | - | 4,324 | - | 5,385 | 5,287 | 7,853 | - | 22,850 | - | 22,850 | 22,850 | - |
| 870-000-007 | Condo 6 | - | - | 9,459 | 9,522 | 10,835 | 16,461 | - | 46,277 | - | 46,277 | 46,277 | - |
| 870-000-008 | Club Plan | - | 17 | 16,797 | 10,224 | 4,305 | 6,808 | - | 38,152 | - | 38,152 | 38,152 | - |
| 875-000-001 | Office Small Equipment | 492 | 2,846 | 1,298 | - | - | - | - | 4,636 | - | 4,636 | 4,636 | - |
| 875-000-002 | Office Supplies | 726 | 1,822 | 1,360 | 76 | - | - | - | 3,985 | - | 3,985 | 3,985 | - |
| 875-000-003 | Office Postage | 34 | 99 | (27) | - | - | - | - | 106 | - | 106 | 106 | - |
| 875-000-004 | Office Courier Service | 176 | 548 | 294 | 101 | - | - | - | 1,119 | - | 1,119 | 1,119 | - |
| 880-000-001 | Office Utilities - Water | 15 | 387 | 57 | - | - | - | - | 459 | - | 459 | 459 | - |
| 880-000-002 | Office Utilities - Telephone | 333 | 2,621 | 1,214 | - | - | - | - | 4,169 | - | 4,169 | 4,169 | - |
| 880-000-003 | Office Utilities - Electricity | 3,331 | (751) | 216 | - | - | - | - | 2,796 | - | 2,796 | 2,796 | - |
| 894-000-000 | CWHIP - Grant | - | - | 4,597 | - | - | - | - | 4,597 | - | 4,597 | 4,597 | - |
| 900-000-001 | Real Estate Taxes | 8,392 | 292,213 | 163,365 | 132,204 | 89,134 | 78,476 | 52,135 | 815,918 | - | 815,918 | 815,918 | - |
| 900-000-003 | Intangible Tax | - | - | 206 | - | - | - | - | 206 | - | 206 | 206 | - |
| 901-000-000 | 10 Year Warranty Insurance | 348 | 770 | - | - | - | - | - | 1,118 | 1,118 | - | 1,118 | - |
| | **TOTAL OTHER EXPENSES** | 282,492 | 2,121,597 | 1,569,099 | 1,253,320 | 2,086,951 | 1,404,715 | 827,178 | 9,545,354 | 1,118 | 9,544,236 | 9,545,354 | - |
| | **TOTAL COSTS AND EXPENSES** | 612,054 | 3,013,732 | 2,359,869 | 1,253,620 | 2,086,951 | 1,404,715 | 827,178 | 11,578,120 | 1,758,249 | 9,819,871 | 11,578,120 | - |
| | **TOTAL PROFIT/(LOSS)** | (285,049) | (1,538,712) | (766,002) | (192,752) | (1,060,547) | (418,564) | (195,031) | (4,476,758) | (81,345) | (4,395,412) | (4,476,758) | - |

Note "1 - The total number of Units owned on January 1, 2007 were 91. A total of 22 Units were Closed in 2007 of which 6 were closed after October 1, 2007 this being the first day of this financial report.

SCHEDULE I
TO
AFFIDAVIT OF OWNER

# C. LOST REVENUE ANALYSIS

# (SEE ATTACHED)



**The Falls of Portofino**
Summary of Cancelled Contracts - Units with Defective Drywall
LOST REVENUE ANALYSIS
September 1, 2013

| # | Builder's Lot # | Bldg # | Buyer Name | Status | Model Type | CANCELLED SALE Contract Date | Cancellation Date | Base Price | Lot Premium & Options | Total Purchase Price | CLOSED REPLACEMENT SALE Resold and Closed | Date of Closing | LOST REVENUE FROM CANCELLED CONTRACTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 41 | 6 | Chau | Cancelled | Da Vinci | 10/03/07 | 04/09/08 | 496,011 | 0 | 496,011 | | | 496,011 |
| 2 | 41 | 6 | Ruedas | Cancelled | Da Vinci | 03/26/08 | 10/20/08 | 496,011 | 0 | 496,011 | | | |
| 3 | 44 | 7 | Rodriguez, Andres | Cancelled | Donatello | 12/15/05 | 09/05/07 | 429,900 | 4,731 | 434,634 | | | 434,634 |
| 4 | 44 | 7 | De Sa, Maria | Cancelled | Donatello | 06/12/08 | 07/24/08 | 520,000 | 0 | 520,000 | | | |
| 5 | 74 | 11 | Leconte | Cancelled | Donatello | 12/10/08 | 02/17/09 | 500,000 | 0 | 500,000 | | | 500,000 |
| 6 | 76 | 11 | Daggett, Frederick | Cancelled | Da Vinci | 12/04/05 | 07/30/08 | 387,900 | 10,755 | 398,655 | | | 398,655 |
| 7 | 76 | 11 | Gring, Edward | Cancelled | Da Vinci | 05/22/08 | 07/30/08 | 520,000 | 0 | 520,000 | | | |
| 8 | 77 | 11 | Pizzioli | Cancelled | Angelico | 04/25/08 | 07/30/08 | 520,000 | 0 | 520,000 | | | 520,000 |
| 9 | 78 | 11 | Quindlen, Marcy S. & Quindlen, E | Cancelled | Da Vinci | 12/04/05 | 09/21/07 | 393,900 | 41,205 | 435,105 | | | 435,105 |
| 10 | 78 | 11 | Frago | Cancelled | Angelico | 10/17/07 | 04/30/08 | 535,000 | 0 | 535,000 | | | |
| 11 | 79 | 11 | Tamburi, A | Cancelled | Donatello | 09/28/07 | 04/30/08 | 535,000 | 0 | 535,000 | | | 535,000 |
| 12 | 80 | 11 | Jimenez | Cancelled | Boticelli | 01/06/06 | 09/19/07 | 381,900 | 0 | 381,900 | 520,000 | 05/21/08 | (138,100) |
| 13 | 105 | 15 | Zamora, Gonzalo & Rosa, Vargas | Cancelled | Boticelli | 01/18/06 | 02/30/07 | 405,900 | 8,973 | 414,873 | | | 414,873 |
| 14 | 105 | 15 | Bustamante | Cancelled | Boticelli | 12/17/07 | 05/29/08 | 535,000 | 0 | 535,000 | | | |
| 15 | 105 | 15 | Moura Hines | Cancelled | Boticelli | 05/22/08 | 07/30/08 | 520,000 | 0 | 520,000 | | | |
| 16 | 106 | 15 | Parra Elkin | Cancelled | Donatello | 10/10/07 | 06/11/08 | 525,000 | 0 | 525,000 | | | 525,000 |
| 17 | 108 | 15 | Rodriguez, Clara | Cancelled | Da Vinci | 09/28/07 | 06/11/08 | 535,000 | 0 | 535,000 | | | 535,000 |
| 18 | 109 | 15 | Castilla | Cancelled | Da Vinci | 01/09/06 | 08/16/07 | 379,900 | 0 | 379,900 | 120,000 | 02/01/09 | 259,900 |
| 19 | 110 | 15 | Sweet, Steven J., Jean & Janus, J | Cancelled | Boticelli | 12/04/05 | 04/04/07 | 389,900 | 12,457 | 402,357 | | | 402,357 |
| 20 | 110 | 15 | Faustino | Cancelled | Boticelli | 05/22/08 | 07/30/08 | 520,000 | 0 | 520,000 | | | |
| 21 | 114 | 16 | Pereira, Luis Carlos;& Melian, Ant | Cancelled | Da Vinci | 03/05/06 | 09/19/07 | 414,900 | 0 | 414,900 | | | 414,900 |
| 22 | 116 | 16 | Rosales | Cancelled | Da Vinci | 01/09/06 | 06/13/07 | 379,900 | 0 | 379,900 | 120,000 | 02/01/09 | 259,900 |
| 23 | 116 | 16 | Pupo, Roselyn | Cancelled | Da Vinci | 10/08/07 | 04/30/09 | 525,000 | 0 | 525,000 | 120,000 | 02/01/09 | |
| 24 | 116 | 16 | Silva, Roseline | Cancelled | Da Vinci | 05/22/08 | 07/30/09 | 520,000 | 0 | 520,000 | 120,000 | 02/01/09 | |
| 25 | 117 | 16 | Tolmo | Cancelled | Donatello | 01/05/06 | 08/02/07 | 416,900 | 0 | 416,900 | | | 416,900 |
| 26 | 117 | 16 | Posada | Cancelled | Donatello | 10/11/07 | 06/11/08 | 535,000 | 0 | 535,000 | | | |
| 27 | 118 | 16 | Oswald, Ardell | Cancelled | Boticelli | 01/11/06 | 05/12/07 | 405,500 | 0 | 405,500 | | | 405,500 |
| 28 | 118 | 16 | Pupo, Roselyn | Cancelled | Boticelli | 10/09/07 | 04/30/08 | 525,000 | 0 | 525,000 | | | |
| 29 | 118 | 16 | Roque | Cancelled | Boticelli | 05/15/08 | 07/30/08 | 520,000 | 0 | 520,000 | | | |
| 30 | 120 | 17 | Mascunas, Minas & Anston | Cancelled | Donatello | 12/04/05 | 07/20/07 | 416,900 | 8,876 | 425,776 | | | 425,776 |
| 31 | 120 | 17 | Martinez, Carlos | Cancelled | Donatello | 12/26/07 | 05/29/08 | 529,900 | 0 | 529,900 | | | |
| 32 | 120 | 17 | Morgado, Y | Cancelled | Donatello | 01/09/06 | 08/14/08 | 416,900 | 8,000 | 424,900 | | | |
| 33 | 121 | 17 | Paludo | Cancelled | Donatello | 09/03/08 | 11/03/08 | 520,000 | 0 | 520,000 | | | 520,000 |
| 34 | 122 | 17 | Gavrilov, Alex | Cancelled | Da Vinci | 12/04/05 | 07/20/07 | 398,900 | 15,000 | 413,900 | | | 413,900 |
| 35 | 122 | 17 | Dominguez | Cancelled | Da Vinci | 10/03/07 | 06/11/08 | 535,000 | 0 | 535,000 | | | |
| 36 | 123 | 17 | Sparta, Denise | Cancelled | Angelico | 12/04/05 | 07/20/07 | 359,900 | 15,000 | 374,900 | | | 374,900 |
| 37 | 123 | 17 | Alvarez | Cancelled | Angelico | 10/16/07 | 06/11/08 | 525,000 | 0 | 525,000 | | | |
| 38 | 123 | 17 | Rodriguez, Gisele | Cancelled | Angelico | 05/22/08 | 07/30/08 | 520,000 | 0 | 520,000 | | | |
| 39 | 124 | 17 | Darc Magnan | Cancelled | Da Vinci | 09/28/07 | 06/11/09 | 535,000 | 0 | 535,000 | | | 535,000 |
| 40 | 125 | 17 | Cordoves, Eric & Aristizabal, Jorg | Cancelled | Donatello | 12/05/05 | 06/27/07 | 395,900 | 20,000 | 415,900 | | | 415,900 |
| 41 | 126 | 17 | Payan, Luis | Cancelled | Boticelli | 12/04/05 | 07/20/07 | 384,900 | 37,639 | 422,539 | | | 422,539 |
| 42 | 135 | 19 | Carlos Martinez | Cancelled | Boticelli | 11/28/07 | 05/28/08 | 457,800 | 35,000 | 492,800 | | | 492,800 |
| 43 | 136 | 19 | Forsman, Craig | Cancelled | Donatello | 12/04/05 | 05/08/07 | 398,900 | 74,455 | 473,355 | | | 473,355 |
| 44 | 136 | 19 | Bethel | Cancelled | Donatello | 08/30/08 | 11/02/08 | 520,000 | 0 | 520,000 | | | |
| 45 | 137 | 19 | Faye, Ruth & Kalmir | Cancelled | Angelico | 12/04/05 | 09/01/07 | 359,900 | 66,717 | 426,617 | | | 426,617 |
| 46 | 137 | 19 | Posada | Cancelled | Angelico | 10/11/07 | 06/10/08 | 525,000 | 0 | 525,000 | | | |
| 47 | 138 | 19 | Sifon, Barry & Rebecca H | Cancelled | Da Vinci | 12/04/05 | 03/15/07 | 383,900 | 25,397 | 409,297 | | | 409,297 |
| 48 | 138 | 19 | Abreu | Cancelled | Da Vinci | 10/16/07 | 05/21/08 | 439,395 | 0 | 439,395 | | | |
| 49 | 139 | 19 | Corbell | Cancelled | Da Vinci | 04/30/08 | 04/29/09 | 535,000 | 0 | 535,000 | | | 535,000 |
| 50 | 140 | 19 | Nieblas | Cancelled | Boticelli | 09/28/07 | 06/11/08 | 525,000 | 0 | 525,000 | | | 525,000 |
| 51 | 142 | 20 | Delachantey, Steve | Cancelled | Donatello | 12/04/05 | 05/06/07 | 398,900 | 101,818 | 500,718 | | | 500,718 |
| 52 | 142 | 20 | Gonera, Vincenzo | Cancelled | Donatello | 08/30/08 | 11/02/08 | 520,000 | 0 | 520,000 | | | |
| 53 | 187 | 25 | Jones, Robert Mathew | Cancelled | Boticelli | 12/04/05 | 05/08/07 | 370,900 | 52,629 | 423,529 | | | 423,529 |
| 54 | 187 | 25 | Fernandez, Irma | Cancelled | Boticelli | 10/09/07 | 06/10/08 | 535,000 | 0 | 535,000 | | | |
| 55 | 190 | 25 | Lopez, Maria | Cancelled | Da Vinci | 10/09/07 | 06/10/08 | 535,000 | 0 | 535,000 | | | 535,000 |
| 56 | 192 | 25 | Brehany, Mathew & Lynn | Cancelled | Boticelli | 12/04/05 | 06/06/07 | 370,900 | 57,683 | 428,583 | | | 428,583 |
| 57 | 192 | 25 | Hashimi, S | Cancelled | Boticelli | 12/27/07 | 05/26/08 | 535,900 | 0 | 535,900 | | | |
| 58 | 209 | 30 | Gomez, Maria | Cancelled | Boticelli | 10/01/07 | 06/10/08 | 535,000 | 0 | 535,000 | | | 535,000 |
| 59 | 210 | 30 | Penton, Armando | Cancelled | Angelico | 10/01/07 | 06/10/08 | 525,000 | 0 | 525,000 | | | 525,000 |
| 60 | 211 | 30 | Magnan, Celine | Cancelled | Da Vinci | 09/18/07 | 06/10/08 | 535,000 | 0 | 535,000 | | | 535,000 |



**The Falls of Portofino**
Summary of Cancelled Contracts - Units with Defective Drywall
**LOST REVENUE ANALYSIS**
September 1, 2013

| | | | | | CANCELLED SALE | | | | | CLOSED REPLACEMENT SALE | | LOST REVENUE FROM CANCELLED CONTRACTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | Builder's Lot # | Bldg # | Buyer Name | Status | Model Type | Contract Date | Cancellation Date | Base Price | Lot Premium & Options | Total Purchase Price | Resold and Closed | Date of Closing | |
| 61 | 212 | 30 | Perez, Aricelda | Cancelled | Boticelli | 09/17/07 | 06/10/08 | 535,000 | 0 | 535,000 | - | | 535,000 |
| 62 | 214 | 31 | Dominguez, Israel | Cancelled | Donatello | 10/03/07 | 06/10/08 | 535,000 | 0 | 535,000 | - | | 535,000 |
| 63 | 215 | 31 | Ochoa, Moises | Cancelled | Angelico | 01/11/08 | 05/20/08 | 446,125 | 0 | 446,125 | - | | 446,125 |
| 64 | 217 | 31 | La Riva, C & A | Cancelled | Da Vinci | 08/24/07 | 10/20/07 | 486,033 | 0 | 486,033 | - | | 486,033 |
| 65 | 221 | 32 | Niables, Manuel | Cancelled | Angelico | 07/17/07 | 06/10/08 | 525,000 | 0 | 525,000 | - | | 525,000 |
| 66 | 222 | 32 | Alvarez, Yolanda | Cancelled | Da Vinci | 10/01/07 | 06/10/08 | 525,000 | 0 | 525,000 | - | | 525,000 |
| ### | 224 | 32 | Caldeira, Daniela | Cancelled | Boticelli | 08/12/08 | 07/28/08 | 520,000 | 0 | 520,000 | - | | 520,000 |
| ### | 226 | 33 | Varela, Gloria | Cancelled | Donatello | 11/28/07 | 05/28/08 | 539,900 | 0 | 539,900 | - | | 539,900 |
| ### | 227 | 33 | Dominguez, Israel | Cancelled | Donatello | 10/03/07 | 06/10/08 | 535,000 | 0 | 535,000 | - | | 535,000 |
| ### | 228 | 33 | Lopez, Maria G | Cancelled | Da Vinci | 10/01/07 | 06/10/08 | 535,000 | 0 | 535,000 | - | | 535,000 |
| ### | 229 | 33 | Gonzalez, Humberto | Cancelled | Angelico | 10/01/07 | 06/10/08 | 525,000 | 0 | 525,000 | - | | 525,000 |
| ### | 229 | 33 | Perez, Luis | Cancelled | Angelico | 06/06/08 | 07/20/08 | 505,000 | 0 | 505,000 | - | | |
| ### | 230 | 33 | Moreno, Oneida | Cancelled | Da Vinci | 10/01/07 | 06/10/08 | 535,000 | 0 | 535,000 | - | | 535,000 |
| ### | 231 | 33 | Dalote, Diego | Cancelled | Donatello | 10/10/07 | 06/10/08 | 535,000 | 0 | 535,000 | - | | 535,000 |
| ### | 232 | 33 | De Paula, Mauricio | Cancelled | Boticelli | 06/12/08 | 07/29/08 | 520,000 | 0 | 520,000 | - | | 520,000 |
| ### | 232 | 33 | Moreno, Oneida | Cancelled | Boticelli | 06/12/08 | 07/29/08 | 520,000 | 0 | 520,000 | - | | |
| ### | 234 | 34 | Magnan, Celine J. Darc | Cancelled | Donatello | 09/18/07 | 06/10/08 | 535,000 | 0 | 535,000 | - | | 535,000 |
| ### | 234 | 34 | Deranot, Charles | Cancelled | Donatello | 07/20/08 | 10/27/08 | 520,000 | 0 | 520,000 | - | | |
| ### | 235 | 34 | Dalote, D. | Cancelled | Donatello | 10/10/07 | 06/10/08 | 535,000 | 0 | 535,000 | - | | 535,000 |
| ### | 236 | 34 | Perez, A. | Cancelled | Da Vinci | 09/17/07 | 06/10/08 | 535,000 | 0 | 535,000 | - | | 535,000 |
| ### | 237 | 34 | Ostryzhna, Ferry | Cancelled | Angelico | 12/04/05 | 01/10/06 | 362,900 | 64,991 | 427,891 | - | | 427,891 |
| ### | 237 | 34 | Fraga, J | Cancelled | Angelico | 09/17/07 | 04/29/08 | 525,000 | 0 | 525,000 | - | | |
| ### | 241 | 35 | Pupo, Roselyn | Cancelled | Boticelli | 10/01/07 | 06/10/08 | 535,000 | 0 | 535,000 | - | | 535,000 |
| ### | 244 | 35 | D'Avolio, Jane E. & Dominic | Cancelled | Da Vinci | 12/04/05 | 04/03/07 | 383,900 | 59,161 | 443,061 | - | | 443,061 |
| ### | 244 | 35 | Mavarez, Douglas | Cancelled | Da Vinci | 10/10/07 | 06/10/08 | 535,000 | 0 | 535,000 | - | | |
| ### | 245 | 35 | Ravelo, Carmen | Cancelled | Da Vinci | 08/22/07 | 03/11/08 | 449,257 | 0 | 449,257 | - | | 449,257 |
| ### | 245 | 35 | Henderson, Ladonna | Cancelled | Da Vinci | 03/06/08 | 07/28/08 | 449,257 | 0 | 449,257 | - | | |
| | | | | | TOTAL | | | 42,003,089 | 720,490 | 42,723,579 | | | 27,026,216 |

**LOSS OF VALUE CALCULATION**

| | | |
|---|---|---|
| Total Units with Cancelled Contracts | 58 | |
| Lost Revenue from Cancelled Contracts | 27,026,216 | 465,969 Per Unit (Average) |
| Total Current Market Value of Units with Defective Drywall after Remediation *2 | | 140,000 Per Unit (Average) |
| Actual Loss Per Unit | $ | 325,969 Per Unit (Average) |
| # of Units Owned as of Oct 1, 2007 (less 3 additional Sold Units) | | 67 Units |
| Sub-Total | $ 21,839,939 | |
| Sold Units in addition to those cancelled (Units 73, 119 & 189) ((Avg. Lost Revenue per unit $465,969 x 3 Units) LESS 3 sales $981,069) | 416,839 | |
| **Total Value Loss as a result of Defective Drywall Impact** | **$ 22,256,778** | |

Note *1 - Due to the multiple resales of certain units, only the first sale of any particular unit was used in calculating the Lost Revenue.
*2 - The stated Market Value is the price for which the market is willing to purchase Units within The Falls of Portofino after remediation. Closings have occurred at this price during 2013.

SCHEDULE I
TO
AFFIDAVIT OF OWNER

# D. CLOSED UNAFFECTED UNITS AFTER JANUARY 1, 2009

(SEE ATTACHED)



# The Falls of Portofino
## Closed Units After January 1st, 2009

| # | Builder's Lot # | Bldg # | Buyer Name | Status | Model Type | Contract Date | Base Price | Total Purchase Price | Date of Closing |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 43 | 7 | Stirling 46 Inv. | Closed | Boticelli | 120,000 | 0 | 120,000 | 02/01/09 |
| 2 | 45 | 7 | Stirling 46 Inv. | Closed | Donatello | 120,000 | 0 | 120,000 | 02/01/09 |
| 3 | 50 | 7 | Stirling 46 Inv. | Closed | Boticelli | 120,000 | 0 | 120,000 | 02/01/09 |
| 4 | 111 | 16 | Stirling 46 Inv. | Closed | Boticelli | 120,000 | 0 | 120,000 | 02/01/09 |
| 5 | 37 | 6 | Naples Homes | Closed | Boticelli | 128,000 | 0 | 128,000 | 02/10/12 |
| 6 | 38 | 6 | Naples Homes | Closed | Donatello | 128,000 | 0 | 128,000 | 02/10/12 |
| 7 | 40 | 6 | Naples Homes | Closed | Da Vinci | 128,000 | 0 | 128,000 | 02/10/12 |
| 8 | 113 | 16 | Naples Homes | Closed | Donatello | 128,000 | 0 | 128,000 | 02/10/12 |
| 9 | 141 | 20 | Naples Homes | Closed | Boticelli | 128,000 | 0 | 128,000 | 02/10/12 |
| 10 | 143 | 20 | Naples Homes | Closed | Donatello | 128,000 | 0 | 128,000 | 02/10/12 |
| 11 | 144 | 20 | Naples Homes | Closed | Da Vinci | 128,000 | 0 | 128,000 | 02/10/12 |
| 12 | 146 | 20 | Naples Homes | Closed | Da Vinci | 128,000 | 0 | 128,000 | 02/10/12 |
| 13 | 147 | 20 | Naples Homes | Closed | Donatello | 128,000 | 0 | 128,000 | 02/10/12 |
| 14 | 148 | 20 | Naples Homes | Closed | Boticelli | 128,000 | 0 | 128,000 | 02/10/12 |
| 15 | 112 | 16 | Naples Homes | Closed | Donatello | 140,000 | 0 | 140,000 | 08/13/13 |

SCHEDULE I
TO
AFFIDAVIT OF OWNER

# E. CLOSED UNITS WITH DEFECTIVE DRYWALL

(SEE ATTACHED)



**Community: The Falls of Portofino**
**Closed Units with Defective Drywall - Sales Price Summary**
**September 1, 2013**

| # | Builders Lot # | Bldg # | Buyer's Name | Status | Model Type | Base Price | Lot Premium | Upgrades & Options | Total Price | Closing Date | Defective Drywall (Y/N) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unit Closings PRIOR TO October 1, 2007** | | | | | | | | | | | |
| 1 | 10 | 2 | Sarshalom, Yehiel | Closed | Donatello | 429,900 | 35,000 | 84,894 | 549,794 | 02/06/07 | YES |
| 2 | 11 | 2 | Nancy Iglesias | Closed | Angelico | 390,900 | 35,000 | 79,439 | 505,339 | 02/06/07 | YES |
| 3 | 12 | 2 | Dupre, James | Closed | Da Vinci | 414,900 | 35,000 | 81,938 | 531,838 | 02/06/07 | YES |
| 4 | 13 | 2 | Iglesias, Narcisa | Closed | Da Vinci | 414,900 | 35,000 | 77,168 | 527,068 | 02/06/07 | YES |
| 5 | 223 | 32 | Moreno Ruiz, Gustavo | Closed | Da Vinci | 379,900 | 25,000 | 3,259 | 408,159 | 03/16/07 | YES |
| 6 | 233 | 34 | Vivas, Neomi | Closed | Boticelli | 374,900 | 10,000 | 23,293 | 408,193 | 03/26/07 | YES |
| 7 | 213 | 31 | Nunes Norberto | Closed | Boticelli | 374,900 | 10,000 | 26,127 | 411,027 | 03/27/07 | YES |
| 8 | 199 | 28 | Tracy, Emery | Closed | Boticelli | 405,900 | 20,000 | 49,735 | 475,635 | 03/28/07 | YES |
| 9 | 200 | 28 | Steffen, Marvin | Closed | Angelico | 377,900 | 20,000 | 40,192 | 438,092 | 03/29/07 | YES |
| 10 | 243 | 35 | Dyck, Cynthia | Closed | Angelico | 387,900 | 30,000 | 24,161 | 435,408 | 03/29/07 | YES |
| 11 | 202 | 28 | Thompson, Charles | Closed | Boticelli | 374,900 | 35,000 | 16,594 | 426,494 | 04/02/07 | YES |
| 12 | 205 | 29 | Bermudez, Jose | Closed | Angelico | 359,900 | 35,000 | 9,406 | 404,306 | 04/11/07 | YES |
| 13 | 191 | 26 | Nunez, Jorge | Closed | Da Vinci | 379,900 | 30,000 | 21,058 | 430,958 | 05/02/07 | YES |
| 14 | 107 | 15 | Cappiello, Joan | Closed | Angelico | 362,900 | 0 | 2,013 | 364,913 | 07/27/07 | YES |
| 15 | 242 | 35 | Saad, Jeffrey | Closed | Donatello | 396,900 | 25,000 | 22,508 | 444,408 | 09/10/07 | YES |
| 16 | 42 | 6 | Turruellas, Jorge | Closed | Boticelli | 378,900 | 35,000 | 33,498 | 447,398 | 09/19/07 | YES |
| 17 | 204 | 29 | EDM | Closed | Donatello | 429,900 | 35,000 | 45,027 | 509,927 | 09/19/07 | YES |
| 18 | 206 | 29 | EDM | Closed | Da Vinci | 414,900 | 35,000 | 7,362 | 457,262 | 09/19/07 | YES |
| 19 | 207 | 29 | EDM | Closed | Da Vinci | 414,900 | 35,000 | 50,407 | 500,307 | 09/19/07 | YES |
| 20 | 208 | 29 | EDM | Closed | Boticelli | 405,900 | 35,000 | 31,030 | 471,930 | 09/19/07 | YES |
| 21 | 240 | 34 | Mariategui, Maria | Closed | Boticelli | 405,900 | 22,000 | -98,217 | 329,683 | 09/28/07 | YES |
| | | | SUB-TOTALS | | | 8,276,900 | 577,000 | 630,892 | 9,478,138 | | |
| **Units Closings AFTER October 1, 2007** | | | | | | | | | | | |
| 1 | 119 | 17 | Dring, Edward | Closed | Boticelli | 405,900 | 8,000 | 15,943 | 429,843 | 12/21/07 | YES |
| 2 | 80 | 11 | Franco, Sergio | Closed | Boticelli | 517,791 | 8,000 | 2,209 | 528,000 | 05/21/08 | YES |
| 3 | 189 | 26 | Navarro, Juan | Closed | Angelico | 390,900 | 35,000 | 5,326 | 431,226 | 06/13/08 | YES |
| 4 | 73 | 11 | Stirling 46 Inv. | Closed | Boticelli | 120,000 | 0 | 0 | 120,000 | 02/01/09 | YES |
| 5 | 109 | 15 | Stirling 46 Inv | Closed | Da Vinci | 120,000 | 0 | 0 | 120,000 | 02/01/09 | YES |
| 6 | 116 | 16 | Stirling 46 Inv. | Closed | Da Vinci | 120,000 | 0 | 0 | 120,000 | 02/01/09 | YES |
| | | | SUB-TOTALS | | | 1,674,591 | 51,000 | 23,478 | 1,741,069 | | |

Closed Units with Defective Drywall from October 1, 2007 through September 1, 2013      6

**Total Number of Units with Defective Drywall per Year**

| | Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|
| Units Owned - Beginning of Year | | 91 | 69 | 67 | 64 | 64 | 64 | 64 |
| Units Sold | | 22 | 2 | 3 | 0 | 0 | 0 | 0 |
| Units Owned - End of Year | | 69 | 67 | 64 | 64 | 64 | 64 | 64 |

Note * - In 2007 21 Closings occurred prior to Oct 1, 2007 and 6 Closings occurred after Oct 1, 2007.

**Total Number of Units WITH AND WITHOUT Defective Drywall per Year**

| | Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|
| Units Owned - Beginning of Year | | 118 | 91 | 89 | 82 | 82 | 82 | 72 |
| Units Sold | | 27 | 2 | 7 | 0 | 0 | 10 | 1 |
| Units Owned - End of Year | | 91 | 89 | 82 | 82 | 82 | 72 | 71 |
| % of Units Owned having Defective Drywall Beginning of Year | | 77% | 76% | 75% | 78% | 78% | 78% | 89% |

9/27/2013