UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**  ALL CASES

## ORDER

It has come to the Court's attention that certain medical records are being filed onto the record in conjunction with objections (Rec. Docs. 20127 through 20132) to Special Master Opinions, **IT IS ORDERED** that these records be **FILED UNDER SEAL** to protect the privacy of the parties involved.

**IT IS FURTHER ORDERED** that any party who wishes to file such records in the future, do so under seal.  Sealed documents should not be electronically filed and leave of court must first be obtained before sealed documents are filed into the record of this matter.

New Orleans, Louisiana, this 2nd day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

1