UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

CHRIS ANCIRA

## OBJECTION TO SPECIAL MASTER DECISION REGARDING CLAIMANT #103167 CLAIM #5322

MAY IT PLEASE THE COURT, Plaintiff and Participant/Claimant in the Knauf Settlement Agreement Other Loss Fund, Chris Ancira (hereinafter "Claimant"), through undersigned counsel respectfully submits this Objection to the decision made by the Special Master regarding Claimants Pre-Alternative Living Expenses Claim (#9433). Claimant respectfully requests that this Honorable Court set aside the decision of the Special Master and award Claimant a recovery consistent with the Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants In MDL No. 2047, Rec. Doc. 16407-3 (hereinafter "Knauf Settlement"). For his case, Claimant avers as follows:

**Procedural History**

1. On October 3, 2013, Claimant timely filed the Pre-Alternative Living Expenses Claim Form for consideration for recovery from the Knauf Settlement Other Loss Fund. *See* Brown Greer Doc ID 149999.

2. On February 13, 2015, Plaintiff received an Other Loss Eligibility Notice for his Pre-Alternative Living Expenses Claim amounting to $14,400.00. *See* Brown Greer Doc ID 319641.

3. On March 9, 2015, Plaintiff requested a Special Master Award for his Pre-Alternative Living Expenses Claim Bodily Injury Claim.

4. On December 3, 2015, the Special Master awarded Claimant $19,500.00 for his Pre-Alternative Living Expenses Claim. *See* Brown Greer Doc ID 340825.

5. On December 18, 2015, Claimant requested reconsideration of the Special Master's award of $19,500.00 for his Pre-Alternative Living Expenses Claim. *See* Brown Greer Doc ID 340825.

6. On February 18, 2016, the Special Master issued a Post Reconsideration Award of $14,400.00 for Claimant's Pre-Alternative Living Expenses Claim.

**Compliance With Settlement Agreement**

7. Plaintiff complied with all requirements of a Pre-Alternative Living Expenses Claim under the Knauf Settlement.

8. Pursuant to Sections 4.7.1.1.2 of the Knauf Settlement, Claimant timely submitted all relevant records which proved his claim, including cancelled checks. *See* Brown Green Doc IDs 149999, 103167, and 150017.

**Argument**

9. Claimant complied with all requirements for a Pre-Alternative Living Expenses Claim under the Knauf Settlement, as indicated by the Settlement Administrator's initial issuance of the Pre-Alternative Living Expenses Claim Eligibility Notice for $14,400.00 on February 13, 2015. *See* Brown Greer Doc ID 319641.

10. Upon request for reconsideration for a Special Master Award, the Special Master felt $14,400.00 was not enough and increased the award to $19,500.00. *See* Brown Greer Doc ID 340825. However, this fell short of Plaintiff's actual expenditures of $59,772.00, so Claimant

asked for a reconsideration, upon which his award was lowered back to the original $14,400.00 that he had been granted.

11. It must be understood that when the Claimant and his family, consisting of a young child and pregnant wife, initially moved out of their Chinese Drywall contaminated home on October 15, 2008, it was very early in the litigation before anyone had become aware of what the long term affects of exposure to Chinese Drywall would be. They did so in order to protect themselves and their unborn child from any potential health risks.

12. Because they were unsure of when they would be able to remediate their home, they initially rented a home on Jena Street for a little over a year at a rate of $1,500.00 a month for a total expenditure of $19,500.00.

13. When it became apparent that it was going to be a significant period of time before their remediation would be able to begin they made the decision to purchase a home on General Pershing in New Orleans to provide some much needed stability for the family. The mortgage on this home was $2517.00 a month for the additional 16 months they had to survive until their remediation was begun by Knauf.

14. It also cannot be overlooked that for the 30 months that the Claimant and his family were out of their home waiting for their contaminated home to be remediated they also had to continue paying the mortgage on their Chinese Drywall home as well as the homeowner association fees of $156.00 a month. However, they are not making a claim for this money through this forum.

15. All Claimant is asking to be reimbursed for is the 13 months of rent and 16 months of additional mortgage payments he had to make on homes he would not have had to live in but for the fact that his actual home was contaminated with Chinese Drywall. His total combined

expenditures in these categories equals $59,772.00, which he respectfully requests this Court award him an amount commensurate with those damages, subject to potential pro rata reduction.

**Request for Relief**

WHEREFORE, Claimant respectfully objects to the Special Master's decision regarding his Pre-Alternative Living Expenses Claim and requests that this Honorable Court set aside the Special Master's award of $14,400.00 and allow an appropriate award to Claimant for his Pre-Alternative Living Expenses Claim from the Knauf Other Loss Fund.

All of which is respectfully submitted this 1st day of March, 2016

/s/Toni S. Becnel , Esq.
TONI S. BECNEL, ESQ. (LA Bar #23645)
SALVADORE CHRISTINA,ESQ.(LA Bar #27198)
Becnel Law Firm, L.L.C.
P.O. Drawer H
Reserve, LA 70084
Telephone: (985)536-1186
Facsimile: (985)536-6445
tbecnel@becnellaw.com
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objection has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of February, 2016.

Respectfully submitted:

/s/ Toni S. Becnel, Esq.
TONI S. BECNEL, ESQ. (LA Bar #23645)

*Counsel for Plaintiff*