UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Plaintiffs' Motion to Appear by Telephone (R. Doc. 20110), **IT IS ORDERED** that the motion is **GRANTED**.

Plaintiffs' counsel, David Durkee, is instructed to contact Chambers sometime during the week of March 14, 2016 to receive instructions on how to appear by telephone.

New Orleans, Louisiana, this 2nd day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

1