# Don Reichert

| | |
|---|---|
| **From:** | CDWQuestions <CDWQuestions@browngreer.com> |
| **Sent:** | Thursday, February 18, 2016 1:06 PM |
| **To:** | Stephanie Alexie; Don Reichert |
| **Subject:** | Chinese Drywall Claim Final Determination: Pre-Remediation Alternative Living Expenses |

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program. The Special Master reviewed the Special Master Award Reconsideration requests and made a final determination. **PLEASE NOTE THAT THIS AWARD WILL BE SUBJECT TO A PRO RATA REDUCTION DEPENDING ON THE AMOUNT AVAILABLE FOR ALL OTHER LOSS CLAIMS.** For example, if the total amount of all Special Master Awards is $30,000,000, but there is only $15,000,000 available, all Awards will be reduced by 50% to fit the actual amount available for distribution.

The Final Determination for the claim(s) is listed below.

| Claimant ID | Claim ID | Claim Type | Special Master Award | Post Reconsideration Award |
|---|---|---|---|---|
| 113734 | 12646 | PRALE | $0.00 | $15,877.11 |

The only options at this time are to accept the Post Reconsideration Award by notifying the Settlement Administrator at CDWQuestions@browngreer.com or (866) 866-1729 or to appeal the determination directly to the Court. Consult Section 4.6.8 of the Third Amended Knauf Settlement Agreement for more information about the appeal process.

This notification may not include all claims for which Reconsideration has been requested. The Settlement Administrator will issue notifications by claim type on a rolling basis.

Thank you,

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia 23260
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1



EXHIBIT "A"