UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

CHINESE-MANUFACTURED　　　　　　　　MDL NO. 2047
DRYWALL PRODUCTS LIABILITY　　　　　SECTION: L
LITIGATION

THIS DOCUMENT RELATES TO:　　　　　　JUDGE FALLON
DAILYN MARTINEZ; LUIS AND JEASIEL DIAZ

## OBJECTION TO SPECIAL MASTER FINAL DETERMINATION RE BODILY INJURY

To whomever it may concern,

My name is Dailyn Martinez and I would like to have an opportunity to explain my case. After almost 8 years of struggling and fighting for what rightfully belongs to my family and yet we are declined of what is ours. We have had many bills and many expenses, due to health issues and many other complications. We have spent a significant amount of our resources and energy. I would like to represent myself and my family. We would like our our Chinese drywall settlement that was reviewed by the Special Master to be reconsidered and re-evaluated. We have all suffered from this and would like some type of compensation.

TENDERED FOR FILING

MAR -3 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Dated: 2/29/ 2016

State of Florida
County of Lee
Before me personally appeared
Dailyn Diaz who signed it in my
presence this 1st day of March 2016
[signature] provided FL DL as identification

Dailyn Martinez
1624 NW 37 Ave
Cape Coral, Florida 33993
(786) 255-1810

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this

_____ day of _____, 20_____

Linda E. Slawson
Notary Public
State of Florida
My Commission Expires 05/20/2016
Commission No. EE 200095
Bonded Through Western Surety Company

_____
Signature

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

February 12, 2016

Dailyn Martinez
1624 NW 37th Avenue
Cape Coral, FL 33993

Dear Claimant:

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program. The Special Master reviewed the Special Master Award Reconsideration requests that you submitted and made a final determination.

The Final Determination for your claim(s) is listed below.

| CLAIMANT ID | CLAIM ID | CLAIM TYPE | SPECIAL MASTER AWARD | POST RECONSIDERATION AWARD |
|---|---|---|---|---|
| 105875 | 14591 | Bodily Injury | $0.00 | $0.00 |

Your only option at this time is to appeal this determination directly to the Court. You should consult Section 4.2.9 of the Third Amended Knauf Settlement Agreement for more information about the appeal process.

This notification may not include all claims for which you requested Reconsideration. The Settlement Administrator will issue notifications by claim type on a rolling basis.

Thank you,

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia 23260
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

February 12, 2016

Jeasiel Diaz
1624 NW 37th Avenue
Cape Coral, FL 33993

Dear Claimant:

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program. The Special Master reviewed the Special Master Award Reconsideration requests that you submitted and made a final determination.

The Final Determination for your claim(s) is listed below.

| CLAIMANT ID | CLAIM ID | CLAIM TYPE | SPECIAL MASTER AWARD | POST RECONSIDERATION AWARD |
|---|---|---|---|---|
| 105944 | 14663 | Bodily Injury | $0.00 | $0.00 |

Your only option at this time is to appeal this determination directly to the Court. You should consult Section 4.2.9 of the Third Amended Knauf Settlement Agreement for more information about the appeal process.

This notification may not include all claims for which you requested Reconsideration. The Settlement Administrator will issue notifications by claim type on a rolling basis.

Thank you,

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia 23260
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

250 ROCKETTS WAY | RICHMOND, VA 23231
PHONE (804) 521-7200 | FAX (804) 521-7299 | EMAIL INFORMATION@BROWNGREER.COM

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

February 12, 2016

Luis Diaz
1624 NW 37th Avenue
Cape Coral, FL 33993

Dear Claimant:

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program. The Special Master reviewed the Special Master Award Reconsideration requests that you submitted and made a final determination.

The Final Determination for your claim(s) is listed below.

| CLAIMANT ID | CLAIM ID | CLAIM TYPE | SPECIAL MASTER AWARD | POST RECONSIDERATION AWARD |
|---|---|---|---|---|
| 105923 | 14644 | Bodily Injury | $0.00 | $0.00 |

Your only option at this time is to appeal this determination directly to the Court. You should consult Section 4.2.9 of the Third Amended Knauf Settlement Agreement for more information about the appeal process.

This notification may not include all claims for which you requested Reconsideration. The Settlement Administrator will issue notifications by claim type on a rolling basis.

Thank you,

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia 23260
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*