UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| MEIR GENOUNE CLAIMANT ID: 111712 _____/ | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

### OBJECTION TO SPECIAL MASTER'S FINAL DETERMINATION REGARDING THE PRE-REMEDIATION ALTERNATIVE LIVING EXPENSE CLAIM OF MEIR GENOUNE

Comes now Claimant Meir Genoune, through the undersigned counsel, and files this objection to the Special Master's final determination of his Pre-Remediation Alternative Living Expense Claim. Claimant respectfully requests that this Honorable Court set aside the final award of the Special Master and award Claimant a recovery consistent with the Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants reached in MDL No. 2047, Rec. Doc. 16407-3 (hereinafter "Knauf Settlement"). As grounds Claimant shows the Court the following:

**Procedural History**

1.      On September 26, 2013, Claimant timely filed his Pre-Remediation Alternative Living Expense ("PRALE") Claim. The claim included extensive documentation showing mortgage payments made on properties the Claimant and his family moved to after relocating from their home that contained Chinese drywall because of health concerns. The claim also included a document supporting Claimant's assertion that he had to evict a current tenant in a rental home he owned in order to move his family out of the Chinese drywall contaminated home

and into the rental home.  *See* Brown Greer Doc IDs 117530, 117537, 117542, 117548, 117554, and 141126.

2. On February 13, 2015, the Settlement Administrator issued Claimant an Other Loss Eligibility Notice in the amount of $14,400.  *See* Brown Geer Doc ID 319564.

3. On March 13, 2015, Claimant timely requested a Special Master Award.  *See* Brown Greer Doc ID 323189.

4. On December 3, 2015, the Special Master issued an Award of $0 on the Claimant's Pre-Remediation Alternative Living Expense Claim on the basis that mortgage payments on a home already owned by or purchased by a Claimant as alternative housing to the home containing Chinese drywall did not qualify for the PRALE Claim.

5. On December 18, 2015, Claimant timely requested Reconsideration of the Special Master's Award.

6. On February 18, 2016, the Settlement Administrator notified the undersigned via electronic mail that the Special Master's Final Determination of the Claimant's PRALE claim is an award of $14,400, subject to proration, depending on the amount available for the remaining Other Loss claims.

**Law and Argument**

7. Pursuant to Section 4.6.8 of the Knauf Settlement,

> …decisions of the Special Master with respect to the Other Loss Fund may be appealed by…an affected Class Member within 15 days of service of the Special Master's decision by filing an objection with the Court, but only after Settlement Class Counsel, the Knauf Defendants, and if applicable, an affected Class Member's counsel meet and confer in an attempt to resolve such issue. Unless the Court orders otherwise, appeals will be based on the record and briefing before the Special Master without further evidentiary submissions, briefing or argument…The Court's decision on any objections will be final, with no further appeals permitted.

8.      Claimant has complied with the above requirements and therefore, Claimant respectfully submits this objection to the Special Master's decision on his claim. Because Section 4.6.8 of the Knauf Settlement specifically states that "[u]nless the Court orders otherwise, appeals will be based on the record and briefing before the Special Master without further evidentiary submissions, briefing or argument", this objection does not contain any further evidentiary submissions, briefing, or argument, and does not contain a detailed discussion regarding Claimant's PRALE claim.  However, Claimant respectfully requests that this Honorable Court order that this matter be set for briefing and oral argument to determine an appropriate award to Claimant for his PRALE claim.

**<u>Conclusion</u>**

For the reasons stated above, Claimant respectfully objects to the Special Master's final determination regarding his PRALE claim, and requests that this Honorable Court set aside the Special Master's award and award Claimant a greater recovery consistent with the Knauf Settlement.  Claimant also respectfully request that this Honorable Court allow briefing and oral argument to determine an appropriate award to fairly compensate Claimant for his PRALE claim.

Respectfully Submitted,

 /s/ Holly R. Werkema
Holly R. Werkema
Florida Bar No. 71133
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX  75219
hwerkema@baronbudd.com
Phone: (214) 521-3605
Fax:  (214) 520-1181

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pre-trial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 4th day of March, 2016.

/s/ Holly R. Werkema
Holly R. Werkema