# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Gardner v. Knauf Gips KG, et al.*, case no. 15-2529 | |

## ORDER

Considering the foregoing Consent Motion to Extend Time for Service of Process;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall have an additional 120-day extension of time to serve process on Defendant, Knauf Tianjin, up to and including July 7, 2016.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

1