UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court was recently contacted by Joanne LeClair regarding the remediation of her property at 5512 Moss Hill Lane, Rosharon, TX 77583. Ms. LeClair complained that the wiring in her property is turning black and debris was left behind.

**IT IS ORDERED** that a representative from the Plaintiffs' Steering Committee contact the appropriate parties, including Moss Construction and Ms. LeClair, and report to the Court on the status of this matter.

New Orleans, Louisiana, this 7th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

1