UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Victor and Loumerstine Howell.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that a representative of the Plaintiffs' Steering Committee reach out to the Howells to update them on the status of the case.

The Claimants are also reminded that the Court's drywall website, which can be accessed at http://www.laed.uscourts.gov/Drywall/Calendar.htm, contains information regarding current developments, including minute entries and transcripts from recent proceedings.

New Orleans, Louisiana, this 7th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

Cc:
Victor Howell
P.O. Box 5312
Douglasville, GA 30154

1

February 25, 2016

The Honorable Judge Fallon
500 Camp Street
New Orleans, LA 70150

Post Office Box 5312
Douglasville, Ga 30154

Honorable Judge Fallon,

We are homeowners in the State of Georgia that are suffering with the toxic Chinese drywall in our home since 2007. We would like to know if the negotiation with the Chinese government/Taishan for the total remediation of drywall is still ongoing. We honestly believe that Citizens of the United States are being used as guinea pigs and test samples for the Chinese drywall manufacturers. We believe that they are testing the homes in America that are tainted with the toxic drywall to see and study the effects of exposure to the chemicals being released by the drywall over a period of time.

We understand that the initial seven individuals, who filed years ago, were compensated for the drywall removal that was in their homes and the remaining plaintiffs like ourselves still have to deal with the very toxic odors.

We do have attorneys that have worked in our behalf as we are members of the class action lawsuit, however our attorney seem not to have any new and credible information to share with us.

We would like to know from the courts if progress is still being made with the lawsuit against Taishan and the Chinese government as we are in desperate need of having all of this drywall removed from our home.

In addition, we have researched this problem and found that in 2010 and 2011 certain governmental agencies were issuing grants and/or low interest loans to homeowners suffering as we are. We missed the opportunity to take advantage of the government offers for assistance. We would like to know if there are any government institutions that are still offering assistance for people trapped with Chinese drywall in their homes, and if there are agencies, please provide us with the agency names, contact number and persons.

Sincerely,
Victor Howell
Loumertistene Howell

Victor Howell
P.O. Box 5312
Douglasville, Ga 30154

The Honorable Judge Fallon
500 Camp Street
New Orleans, LA 70130

7013 0303 200