UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
|            DRYWALL PRODUCTS | * | |
|            LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO EXTINGUISH ANY FURTHER SETTLEMENT OBLIGATIONS OF THE KNAUF DEFENDANTS, PLAINTIFFS' STEERING COMMITTEE, LEAD CONTRACTOR, SETTLEMENT ADMINISTRATOR, SPECIAL MASTER, AND OMBUDSMAN TO CLAIMANTS 6025 CANAL BLVD, LLC, AND JODY FERCHAUD UPON CASH PAYMENT

The Knauf Defendants[1] file this Motion to Extinguish Any Further Settlement Obligations of the Knauf Defendants, Plaintiffs' Steering Committee, Lead Contractor, Settlement Administrator, Special Master, and Ombudsman to Claimants 6025 Canal Blvd., LLC, and Jody Ferchaud Upon Cash Payment.

The remediation of the Affected Property owned by 6025 Canal Blvd., LLC, and Jody Ferchaud (collectively "Ferchaud") is controlled by the Work Authorization ("WA") Agreements executed by Ferchaud on July 28, 2014. The WA Agreements incorporate the dispute resolution mechanisms of the Knauf Class Settlement Agreement (Rec. Doc. 16407-3) and the New Claims Settlement Agreement (Rec. Doc. 16978-1) as the parties' sole recourse in the event of a dispute, and this Court is assigned the exclusive jurisdiction over Ferchaud's claims by the WA Agreements.

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

The Knauf Defendants, the Lead Contractor, and Ferchaud are unable to complete the remediation of the Affected Property in the remediation program due to Ferchaud's numerous delays, obstacles, distractions and accusations. The Lead Contractor, Knauf Defendants, Plaintiffs' Steering Committee, Settlement Administrator, Special Master, and Ombudsman have spent considerable time, effort, and resources to amicably resolve and address Ferchaud's issues and concerns, though many go beyond the scope of the remediation program. These efforts, however, have not been met with any level of receptiveness or cooperation on the part of Ferchaud.

As further described in the attached Memorandum in Support, the WA Agreements and the New Claims Settlement Agreement grant the Court discretion in solving disputes. Therefore, the Knauf Defendants through this motion seek the extinguishment of any further obligations of the above-listed parties to Ferchaud upon the Knauf Defendants' cash payment in the amount of the remaining remediation funds for these properties. This cash payment, in the amount of $225,516.13, would make Ferchaud whole and allow Ferchaud to complete the remediation of the Affected Property with the contractor of her choice.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562)**
**DANIEL J. DYSART (#33812)**
**RENÉ A. MERINO (#34408)**
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Ph:    (504) 566-8646
Fax:   (504) 585-6946
Email: kjmiller@bakerdonelson.com
*Counsel for the Knauf Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Extinguish Any Further Settlement Obligations of the Knauf Defendants, Plaintiffs' Steering Committee, Lead Contractor, Settlement Administrator, Special Master, and Ombudsman to Claimants 6025 Canal Blvd., LLC, and Jody Ferchaud Upon Cash Payment has been served to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 10th day of March, 2016.

I further certify that this document is being served this day on Ferchaud via email.

/s/ *Kerry J. Miller*