# Exhibit A

**Exhibit A: Breakdown of Cash-Out Payment**

| Summary for 6021 Canal Boulevard | |
|---|---:|
| Balance of final cleaning: | $100.00 |
| Balance of JES Contract (Subcontractor): | $44,798.00 |
| *Tile Change Order: | $4,013.50 |
| *Granite Change Order: | $9,568.00 |
| *Plaster Change Order: | $36,848.30 |
| Appliance Budget: | $5,433.44 |
| Balance of Danny's Contract (A/C): | $833.70 |
| Balance of Verges Contract (Electric): | $5,792.00 |
| Balance of Baton Rouge Contract (Plumbing): | $6,500.00 |
| **Total Credit for 6021:** | **$113,886.94** |

| Change Orders for work already in place or already credited directly to Ferchaud are as follows: | |
|---|---:|
| Window AC units: | $330.00 |
| Condensing Unit and Gas Furnace: | $8,600.00 |
| Light Fixtures: | $8,148.84 |
| Tub Replacement: | $2,776.01 |
| **These change orders, therefore, are not included in the cash-out.** | |

**Exhibit A: Breakdown of Cash-Out Payment**

| Summary for 6025 Canal Boulevard | |
|---|---:|
| Balance of final cleaning: | -$15.20 |
| Balance of JES Contract: | $49,759.00 |
| *Tile Change Order: | $3,852.50 |
| *Granite Change Order: | $5,606.25 |
| *Plaster Change Order: | $33,867.50 |
| Appliance Budget: | $5,433.44 |
| Balance of Danny's Contract (A/C): | $833.70 |
| Balance of Verges Contract (Electric): | $5,792.00 |
| Balance of Baton Rouge Contract (Plumbing): | $6,500.00 |
| **Total Credit for 6025:** | **$111,629.19** |

| Change Orders for work already in place or already credited directly to ferchaud are as follows: | |
|---|---:|
| Window AC units: | $604.00 |
| Condensing Unit and Gas Furnace: | $8,600.00 |
| Light Fixtures: | $5,068.50 |
| Tub Replacement: | $2,776.02 |
| **These change orders, therefore, are not included in the cash-out.** | |

$113,886.94 (6021 Canal Blvd.)

+

$111,629.19 (6025 Canal Blvd.)

$225,516.13 (Cash-out payment)

*The value of all change orders included in the cash-out calculation represent costs only; the values do not include the Lead Contractor's fee.