# Exhibit C



**Since 1988**

*Florida's Leading Engineering Source*

Environmental • Geotechnical • Construction Materials Testing • Threshold and Special Inspections • Plan Review & Code Compliance

## ENVIRONMENTAL CERTIFICATION

I certify that I have verified the Contractor's certification that all drywall has been removed, including all debris and visible dust, as set forth in the Remediation Protocol, Exhibit F to the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047. This certification is based upon an independent visual inspection of all surfaces in the work area and any adjacent areas (including, but not limited to, floor, walls, ceiling, wall cavities, trusses, joists, studs, pipes, beams, ledges, and framing) that found no dust, debris or residue. Also there was no detectable odor of Chinese drywall at the completion of removal and cleaning work and prior to the start of new drywall installation. In addition, the atmosphere in the house was found to be representative of the atmosphere in houses built without "problem" drywall.

Name: _____Ferchaud Residence_____

Property Address:___6021 Canal Blvd., New Orleans, LA___

Date Inspection Completed:___12/1/14___

GFA International, Inc.
Certificate of Authorization #4761

[SEAL: STATE OF LOUISIANA PROFESSIONAL ENGINEER — PAUL H. DANFORTH License No. 38506]

12/2/14

Paul H. Danforth, P.E.
Professional Engineer #38506
State of Louisiana



**Since 1988**

**Florida's Leading Engineering Source**

Environmental • Geotechnical • Construction Materials Testing • Threshold and Special Inspections • Plan Review & Code Compliance

## ENVIRONMENTAL CERTIFICATION

I certify that I have verified the Contractor's certification that all drywall has been removed, including all debris and visible dust, as set forth in the Remediation Protocol, Exhibit F to the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047. This certification is based upon an independent visual inspection of all surfaces in the work area and any adjacent areas (including, but not limited to, floor, walls, ceiling, wall cavities, trusses, joists, studs, pipes, beams, ledges, and framing) that found no dust, debris or residue. Also there was no detectable odor of Chinese drywall at the completion of removal and cleaning work and prior to the start of new drywall installation. In addition, the atmosphere in the house was found to be representative of the atmosphere in houses built without "problem" drywall.

Name: _____Ferchaud Residence_____

Property Address:___6025 Canal Blvd., New Orleans, LA___

Date Inspection Completed:___12/1/14___

GFA International, Inc.
Certificate of Authorization #4761

*[Seal: STATE OF LOUISIANA, PROFESSIONAL ENGINEER, PAUL H. DANFORTH, License No. 38506]*

12/2/14

Paul H. Danforth, P.E.
Professional Engineer #38506
State of Louisiana