# Exhibit D -

# GFA International Photographs

6021 Canal Blvd.
New Orleans, LA

















6025 Canal Blvd.
New Orleans, LA







Case 2:09-md-02047-EEF-MBN Document 20148-5 Filed 03/30/06 Page 15 of 20









Case 2:05-md-02047-EEF-MBN Document 22767-1 Filed 4/9/2020 Page 19 of 20



