UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED  DRYWALL PRODUCTS  LIABILITY LITIGATION | * * * * | MDL 2047  SECTION L |
| This document relates to: All Cases | * * * * | JUDGE FALLON  MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Knauf Defendants' Motion to Extinguish Any Further Settlement Obligations of the Knauf Defendants, Plaintiffs' Steering Committee, Lead Contractor, Settlement Administrator, Special Master, and Ombudsman to Claimants 6025 Canal Blvd., LLC, and Jody Ferchaud Upon Cash Payment;

IT IS ORDERED BY THE COURT that the Motion to Extinguish is GRANTED.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE