UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to: All Cases | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR STAY OF ALL ACTIVITIES RELATED TO THE REMEDIATION CLAIMS OF 6025 CANAL BLVD., LLC, AND JODY FERCHAUD PENDING THE COURT'S DECISION ON THE KNAUF DEFENDANTS' MOTION TO EXTINGUISH  (REC. DOC. 20145)

The Knauf Defendants[1] file this *Ex Parte* Motion for Stay of All Activities Related to the Remediation Claim of 6025 Canal Blvd., LLC, and Jody Ferchaud Pending the Court's Decision on the Knauf Defendants' Motion to Extinguish (Rec. Doc. 20145).

The remediation of the Affected Property owned by 6025 Canal Blvd., LLC, and Jody Ferchaud (collectively "Ferchaud") is controlled by the Work Authorization ("WA") Agreements executed by Ferchaud on July 28, 2014. The WA Agreements incorporate the terms of the New Claims Settlement Agreement (Rec. Doc. 16978-1), which grant this Court the exclusive jurisdiction to administer, supervise, construe and enforce the Agreement.

As further described in the attached Memorandum in Support, the Court is empowered to administer and supervise the remediation of the Ferchaud properties and could therefore grant the temporary relief sought by the Knauf Defendants. Therefore, the Knauf Defendants through this motion seek the stay of all activities and communications between Ferchaud and the Knauf

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

Defendants, Lead Contractor, Special Master, and Ombudsman, related to the remediation claim of 6025 Canal Blvd., LLC, and Jody Ferchaud, pending the Court's decision on the Knauf Defendants' Motion to Extinguish (Rec. Doc. 20145).

                                       Respectfully submitted,

                                       **BAKER, DONELSON, BEARMAN,**
                                       **CALDWELL & BERKOWITZ, PC**

                                       /s/ *Kerry J. Miller*
                                       **KERRY J. MILLER (#24562), T.A.**
                                       **DANIEL J. DYSART (#33812)**
                                       **RENÉ A. MERINO (#34408)**
                                       201 St. Charles Avenue, Suite 3600
                                       New Orleans, LA 70170
                                       Ph:     (504) 566-8646
                                       Fax:    (504) 585-6946
                                       Email: kjmiller@bakerdonelson.com

                                       ***Counsel for the Knauf Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Ex Parte* Motion for Stay of All Activities Related to the Remediation Claim of 6025 Canal Blvd., LLC, and Jody Ferchaud Pending the Court's Decision on the Knauf Defendants' Motion to Extinguish (Rec. Doc. 20145). has been served to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 10th day of March, 2016.

I further certify that this document is being served this day on Ferchaud via email.

*/s/ Kerry J. Miller*