UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Knauf Defendants' *Ex Parte* Motion for Stay of All Activities Related to the Remediation Claim of 6025 Canal Blvd., LLC, and Jody Ferchaud Pending the Court's Decision on the Knauf Defendants' Motion to Extinguish (Rec. Doc. 20145);

IT IS ORDERED BY THE COURT that the Motion for Stay is GRANTED.

NEW ORLEANS, LOUISIANA, this 10th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE