UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

It has come to the Court's attention that counsel for claimants requests oral argument with regard to the objections filed in Record Documents 20103, 20104, 20105, and 20106. This request for oral argument is GRANTED and the Court will hold oral argument in the aforementioned objections (R. Docs. 20103-20106) at a time to be determined in the near future.

New Orleans, Louisiana, this 10th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

1