UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Currently pending before the Court are numerous appeals from Special Master Awards. (R. Docs. 20098-100, 20103-08, 20111-114, 20116-129, 20122-34, 20136-137, 20139-141).

**IT IS ORDERED** that the Court will hear all the aforementioned appeals on April 26, 2016 following the Monthly Status Conference.

**IT IS FURTHER ORDERED** that any party who wishes to respond to these appeals do so on or before Monday, March 28, 2016.

**IT IS FURTHER ORDERED** that any party who wishes to have oral argument regarding an appeal, please alert the Court via fax (504) 589-6966 on or before April 1, 2016.[1]

New Orleans, Louisiana, this 11th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that oral argument has already been requested and granted for R. Docs. 20098, 20099, 20103, 20104, 20105, and 20106. Accordingly, oral argument on these appeals will be heard on April 26, 2016 following the monthly status conference.

1