**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**PLAINTIFFS' STEERING COMMITTEE'S**
**MEMORANDUM IN SUPPORT OF**
**MOTION FOR DEPOSIT OF ADDITIONAL SETTLEMENT**
**FUNDS BY THE KNAUF DEFENDANTS**

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted on behalf of the Plaintiffs' Steering Committee ("PSC") in support of its Motion for Deposit of Additional Settlement Funds by the Knauf Defendants.

On February 7, 2013, the Court granted final approval of the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 [Rec. Doc. 16570] and on February 19, 2013, the Court issued an Order Correcting Clerical Error [Rec. Doc. 16580] in the February 7, 2013 Order [16570].[1]  The Knauf Settlement Agreement provided for a settlement class who, as of December 9, 2011, filed a lawsuit in the Litigation as a named plaintiff asserting claims arising from, or otherwise related to, KPT Chinese drywall, whether or not the Knauf Defendants are named as parties to the lawsuit.  Those claims have been processed through the Settlement and by the Settlement Administrator, BrownGreer, in accordance with Section 14 of the Settlement Agreement, Attorney's Fees have been dealt with separately and in addition to

---

[1] The Settlement Agreement has been amended several times (see Rec. Docs. 15948-3, 16407-3, 17165-1).

any consideration received by a participating class member under the Settlement.  The Knauf Defendants have made payment of the Attorney's Fee required under that Settlement Agreement; however, two (2) payments remain to be paid, Castle Rock (*see* Sections 4.2, 4.2.1 and 4.2.2 and 16.6 of the Global Settlement Agreement [Rec. Doc. 15695-2] and those due under the USG and L&W Settlement Agreement [Rec. Doc. 13375-2], both of which are interrelated to the Knauf Settlement Agreement.  It is now time for the Court to Order that such payments be made to the PSC.

The PSC has petitioned the Court for an award of attorney's fees and costs.  The Court has not yet ruled upon the PSC's Motion for an Award of Attorney's Fees and Costs, however, the Court has issued various Pre-Trial Orders (*e.g.*, see PTOs 28 and 59).

On August 12, 2013, the PSC and the Knauf Defendants entered into a Settlement Agreement Regarding Post-December 9, 2011 Claims Against the Knauf Defendants in MDL No. 2047 [Rec. Doc. 16978-1] ("Post-12/9/11 Settlement Agreement").  The claims made in the Post-12/9/11 Settlement Agreement have been processed through the Settlement and by the Settlement Administrator, BrownGreer. Further, these claims have been integrated into the total inventory of homes in the Settlement process, which includes the payment of a cost stipend award as set forth in PTO 30. The Post-12/9/11 Settlement Agreement provides for the payment of attorney's fees and costs in Section VI, which sets forth a formula to calculate attorney's fees and costs based upon the number of claimants qualifying in the Post-12/9/11 Settlement Agreement.  The payment of attorney's fees and costs pursuant to the Post-12/9/11 Settlement Agreement have not yet been made by the Knauf Defendants, but it is now time for the Court to Order that such payment be made to the PSC.

This Court is intimately familiar with the establishment of prior qualified settlement funds in connection with the various Settlement Agreements.   Attorney's Fees have been deposited into QSF financial accounts which total $185,885,581.92.[2]  The PSC request that the additional funds to be provided by the Knauf Defendants for Attorney's Fees pursuant to this motion be deposited into the existing Knauf QSF Attorney Fee Account.

The Attorney's Fees payable at this time by Knauf are as follows:

| | |
|---|---|
| CastleRock | $1,284,000 x .15 = $192,600 |
| L&W | 73,201 sq. ft. x $7 x .32 = $163,970.24 |
| Post-December 9, 2011 Claims | 352/4255 x 160,000,000 = $13,236,192.71 |
| **TOTAL** | **$13,592,762.95** |

The CastleRock amount is calculated pursuant to Sections 4.2, 4.2.1, 4.2.2, and 16.6 of the Global Settlement Agreement. Section 4.2 instructs that the Castle Rock amount ($1,284,000) "shall not be applied towards satisfying the recovery of attorneys' fees…" Section 4.2.2, however, states that for this amount "the PSC, class counsel, common benefit attorneys and privately retained attorneys for all Class Members shall be entitled to recover an award of attorneys fees equivalent to the common benefit percentage set by the Court in accordance with

---

[2]  The following QSF accounts have been established:  **Error! Main Document Only.**The Banner Attorney Fee Settlement Fund [Rec. Doc. 17064]; The Banner Repair and Relocation Set Aside Fund [Rec. Doc. 17065]; The Banner Bodily Injury and Other Loss Set Aside Fund [Rec. Doc. 17066]; The Global Bodily Injury and Other Loss Set Aside Fund [Rec. Doc. 17067]; The Global Repair and Relocation Set Aside Fund [Rec. Doc. 17068]; The Global Attorney Fee Settlement Fund [Rec. Doc. 17069]; The InEx Repair and Relocation Set Aside Fund [17070]; The InEx Bodily Injury and Other Loss Set Aside Fund [Rec. Doc. 17071]; The InEx Attorney Fee Settlement Fund [Rec. Doc. 17072]; The Knauf Attorney Fee Settlement Fund [Rec. Doc. 17073]; The Knauf Other Loss Settlement Fund [Rec. Doc. 17074]; The USG (L&W) Settlement Fund [Rec. Doc. 17075]; The USG (L&W) Attorney Fee Settlement Fund [Rec. Doc. 17076]; The Builders Mutual Settlement Fund [Rec. Doc. 17077]; The Builders Mutual Attorney Fee Settlement Fund [Rec. Doc. 17078]; The Nationwide Settlement Fund [Rec. Doc. 17079]; The Nationwide Attorney Fee Settlement Fund [Rec. Doc. 17080]; The Porter-Blaine/Venture Supply Settlement Fund [Rec. Doc. 17081]; The Porter-Blaine/Venture Supply Attorney Fee Settlement Fund [Rec. Doc. 17082]; The Tobin Trading and Installers Settlement Fund [Rec. Doc. 17083]; The Tobin Trading and Installers Attorney Fee Settlement Fund [Rec. Doc. 17084]; and The Villa Lago Settlement Fund [Rec. Doc. 17210].

Section 16.6." Section 16.6 sets the common benefit fees and reimbursement of reasonable expenses (excluding the cost of notice) to "no more than 15% of the Settlement Funds."

The L&W amount is calculated using the total under air square footage (73,201) of all Knauf Class Members' homes that received settlement benefits under the L&W settlement. The Knauf/L&W Agreement provides that L&W is responsible for $7 per square foot under air for KPT homes supplied by L&W that were resolved through the MDL class settlement. Section 15 of the Class Action Settlement Regarding KPT Drywall Claims Against USG and L&W in MDL No. 2047 provides that L&W's obligations to Knauf are satisfied with the payment of Attorneys' Fees. The $7 per square foot is multiplied by 32%, per Judge Fallon's award, in order to calculate the appropriate attorneys' fees for these properties [Rec. Doc. 20109].

Finally, the attorneys' fees for Post-December 9, 2011 claims is calculated pursuant to Section VI of the Settlement Agreement Regarding Post-December 9, 2011 Claims Against the Knauf Defendants in MDL No. 2047. The math in the table above mirrors the math provided for in the Agreement. The PSC has met and conferred with Knauf and has agreed upon the current list of these participating claimants.

The PSC requests that the Court issue an Order requiring the Knauf Defendants to remit $13,592,762.95 for deposit into the Knauf QSF Attorney Fee Account and that these funds be utilized in connection with the Consolidated Joint Petition of the Fee Committee and the Plaintiffs' Steering Committee for a Global Award of Attorney's Fees and Reimbursement of Expenses, Filed Pursuant to Pre-Trial Order No. 28 [Rec. Doc. 17700]. The Consolidated Joint Petition seeks a global award of attorney's fees totaling $193,552,383.14, plus additional amounts. The additional amount of $13,592,762.95 once added will result in a request for the

PSC for a global award of attorney's fees and reimbursement of expenses in the amount of $207,145,146.09.

Dated: March 15, 2016                    Respectfully Submitted,

BY:  /s/  *Leonard A. Davis*
        Russ M. Herman, Esquire
        Leonard A. Davis, Esquire
        Stephen J. Herman, Esquire
        Herman, Herman & Katz, LLC
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        ldavis@hhklawfirm.com
        *Plaintiffs' Liaison Counsel and Ex-Officio*
        *Member of the PSC*
        *MDL 2047*

        Arnold Levin, Esquire
        Fred S. Longer, Esquire
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        215-592-1500 (phone)
        215-592-4663 (fax)
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel and Member of the*
        *PSC*
        *MDL 2047*
        ..

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios, Esquire
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr., Esquire
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto, Esquire
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler, Esquire
The Steckler Law Firm
12700 Park Central Drive, Ste 1900
Dallas, TX 75251
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez, Esquire
Colson, Hicks, Eidson, Colson
Matthews, Martinez, Gonzales,
Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr., Esquire
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert., Esquire
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier, Esquire
Gainsburgh, Benjamin, David, Meunier
& Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker, Esquire
Parker Waichman LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein, Esquire
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves, Esquire
Reeves & Mestayer
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher Seeger, Esquire
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson, Esquire
Whitfield, Bryson & Mason
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis, Esquire
HAUSFELD LLP
1700 K Street, N.W. Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon, Esquire
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of March, 2016.

Respectfully Submitted,

BY:  */s/ Leonard A. Davis*
     Russ M. Herman, Esquire
     Leonard A. Davis, Esquire
     Stephen J. Herman, Esquire
     Herman, Herman & Katz, LLC
     820 O'Keefe Avenue
     New Orleans, Louisiana 70113
     Phone: (504) 581-4892
     Fax: (504) 561-6024
     ldavis@hhklawfirm.com

     *Plaintiffs' Liaison Counsel and Ex-Officio*
     *Member of the PSC*
     *MDL 2047*