UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

# O R D E R

Considering the Plaintiffs' Steering Committee's Motion for Deposit of Additional Settlement Funds by the Knauf Defendants;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Knauf Defendants are directed to deposit the amount of $13,592,762.95 into the Knauf QSF Attorney Fee Account.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE