# EXHIBIT A

Plaintiffs to be Dismissed from Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,
Civ. Action No. 10-361 (Kenneth and CynthiaBurke, et al.) (Omni II(A))

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Cocquerelle, Nicolas | 4351 Bellaria Way #433, Ft. Myers, FL 33916 | II(A) | Allison Grant, P.A.   Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Etienne, Frantz and Guirlaine | 5406 Hammock View Lane, Apolo Beach, FL 33572 | II(A) | Morgan & Morgan |
| Martin, Linda J. | 161 Medici Terrace, North Venice, FL 34275 | II(A) | Norton, Hammersley, Lopez & Skokos, PA |
| Medley, Walter V. and Leeaudis C. | 6316 Pt. Porteaux Road, Ocean Springs, MS 39564 | II(A) | Whitfield, Bryson & Mason, LLP |