**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***, **Civ. Action No. 10-361 (Kenneth and Cynthia Burke, et al.)(Omni II(A))** | |

<u>**ORDER**</u>

Upon consideration of The Plaintiffs' Steering Committee's  Motion to Dismiss Plaintiffs' Claims, it is hereby ORDERED that the Motion is GRANTED.  Those plaintiffs with claims against Taishan Gypsum Co., Ltd., Beijing New Building Materials Public Limited Company ("BNBM" or "BNBM PLC"), Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"), China National Building Material Group Corporation ("CNBM Group"), China National Building Material Co., Ltd. ("CNBM") in Omni II(A) listed on Exhibit A (attached hereto) shall be dismissed.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge

1

# EXHIBIT A

Plaintiffs to be Dismissed from Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,

Civ. Action No. 10-361 (Kenneth and CynthiaBurke, et al.) (Omni II(A))

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Cocquerelle, Nicolas | 4351 Bellaria Way #433, Ft. Myers, FL  33916 | II(A) | Allison Grant, P.A.  Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Etienne, Frantz and Guirlaine | 5406 Hammock View Lane, Apolo Beach, FL  33572 | II(A) | Morgan & Morgan |
| Martin, Linda J. | 161 Medici Terrace, North Venice, FL  34275 | II(A) | Norton, Hammersley, Lopez & Skokos, PA |
| Medley, Walter V. and Leeaudis C. | 6316 Pt. Porteaux Road, Ocean Springs, MS  39564 | II(A) | Whitfield, Bryson & Mason, LLP |