# EXHIBIT A

**Plaintiffs to be Dismissed from Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al., Civ. Action No. 10-361 (Eduardo and Carmen Amorin, et. al.)(Omni II(B))**

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (-XIX) | Firm |
|---|---|---|---|
| Chaves, Javier and Alcantara, Raquel | 11807 Autumn Creek Drive, Riverview, FL 33569 | II(B) | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Associations | 240 W. End Avenue, Unit 811, Punta Gorda, FL 33950 | II(B) | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Gimpel, Nicholas | 12561 Oak Bend Drive, Ft. Myers, FL 33905 | II(B) | Colson, Hicks |
| Kazakov, Sergey and Kazakova, Alexandra | 1307 Glenn Avenue, Lehigh Acres, FL 33972 | II(B) | Whitfield, Bryson & Mason, LLP |