# EXHIBIT A

**Plaintiffs to be Dismiss from Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al., Civ. Action No. 10-361 (Clifford Abromatts and Janice Worobec, et. al.)(Omni II(C))**

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Pittman, Earnest and Beverly | 1128 Craft Street, E., Lehigh Acres, FL 33974 | II (C ) | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Diazviana, Jose A. | 1503 Canton Avenue, Lehigh Acres, FL 33972 | II (C ) | Colson, Hicks |
| Carbone, Vincent and Kathleen | 20271 Chapel Trace, Estero, FL 33928 | II (C ) | Whitfield, Bryson & Mason, LLP |
| Duke, Barry and Marlene | 20241 Chapel Trace, Estero, FL 33928 | II (C ) | Whitfield, Bryson & Mason, LLP |
| Kazakov, Sergey and Kazakova, Alexandra | 1307 Glenn Avenue, Lehigh Acres, FL 33972 | II (C ) | Whitfield, Bryson & Mason, LLP |