**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Civ. Action No. 10-361 (Clifford Abromatts and Janice Worobec, et al.)(Omni II(C))** | |

**ORDER**

Upon consideration of The Plaintiffs' Steering Committee's Motion to Dismiss Plaintiffs' Claims, it is hereby ORDERED that the Motion is GRANTED. Those plaintiffs with claims against Taishan Gypsum Co., Ltd., Beijing New Building Materials Public Limited Company ("BNBM" or "BNBM PLC"), Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"), China National Building Material Group Corporation ("CNBM Group"), China National Building Material Co., Ltd. ("CNBM") in Omni II(C) listed on Exhibit A (attached hereto) shall be dismissed.

New Orleans, Louisiana, this ____ day of ____________________, 2016.

______________________________________
Eldon E. Fallon
United States District Court Judge

# EXHIBIT A

**Plaintiffs to be Dismiss from Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al., Civ. Action No. 10-361 (Clifford Abromatts and Janice Worobec, et. al.)(Omni II(C))**

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Ominubus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Pittman, Earnest and Beverly | 1128 Craft Street, E., Lehigh Acres, FL 33974 | II (C ) | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Diazviana, Jose A. | 1503 Canton Avenue, Lehigh Acres, FL 33972 | II (C ) | Colson, Hicks |
| Carbone, Vincent and Kathleen | 20271 Chapel Trace, Estero, FL 33928 | II (C ) | Whitfield, Bryson & Mason, LLP |
| Duke, Barry and Marlene | 20241 Chapel Trace, Estero, FL 33928 | II (C ) | Whitfield, Bryson & Mason, LLP |
| Kazakov, Sergey and Kazakova, Alexandra | 1307 Glenn Avenue, Lehigh Acres, FL 33972 | II (C ) | Whitfield, Bryson & Mason, LLP |