# EXHIBIT A

**Plaintiffs to be Dismiss from Laura Haya, et al. v. Taishan Gypsum Corp. Ltd., et al., Civ. Action No. 11-1077**

**(Omni IX)**

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Pitters-Hinds, Hartley and Joyce | 9644 Ginger Court, Parkland, FL 33076 | IX | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Cobblestone of the Lake Master Association, Inc. | 4333 Bellaria Way (building 5) Ft. Myers, FL 33916 | IX | Baron and Budd |
| Cobblestone of the Lake Master Association, Inc. | 4411 Cortina Circle (building 6) Ft. Myers, FL 33916 | IX | Baron and Budd |
| Molden, Frank | 4401 Julia Street, Moss Point, MS 39563 | IX | Baron and Budd |
| Molden, Frank | 4407 Julia Street, Moss Point, MS 39563 | IX | Baron and Budd |
| Williams, Kate | 4548 Ray Avenue, New Orleans, LA 70126 | IX | Becnel Law Firm, LLC Hurricane Legal Center |
| Crowell, Barry | 1053 Little Sorrel Drive, Calera, AL 35040 | IX | Doyle Law Firm |
| Gain, Michael | 2166 Timberline Drive, Calera, AL 35040 | IX | Doyle Law Firm |
| Macon, David | 1177 Savannah Lane, Calera, AL 35040 | IX | Doyle Law Firm |
| Merrill, Raymond and Josephine | 363 Highland View Drive, Birmingham, AL 35242 | IX | Doyle Law Firm |
| Morris, Larry | 263 Chalybe Trail, Birmingham, AL 35226 | IX | Doyle Law Firm |
| Norris, Jeff | 1032 Maryanna Road, Calera, AL 35040 | IX | Doyle Law Firm |
| Shea, David | 5436 Creekside Lane, Birmingham, AL 35244 | IX | Doyle Law Firm |
| Washington, Mary | 904 Woodbrook Road, Pinson, AL 35215 | IX | Doyle Law Firm |
| Biglane, Billy | 151 Aimee Road, Ferriday, LA 71334 | IX | Hawkins, Stracener & Gibson, PLLC |
| Reese, Virgil | 4419 Walter Street, Moss Point, MS 39563 | IX | Hawkins, Stracener & Gibson, PLLC |
| New Orleans Area Habitat for Humanity, Inc. | 4017 N Roman Street, New Orleans, LA 70117 | IX | Herman, Herman & Katz |
| Franklin, Charles | 2501 Elm Lawn Drive, Marrero, LA 70072 | IX | Herman, Herman & Katz |
| Garnier, Wanda | 2108 Pauline Drive, New Orleans, LA 70117 | IX | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 1839 Bartholomew Street - Dbl, , New Orleans, LA 70117 | IX | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 1841 Bartholomew , , New Orleans, LA 70117Street - Dbl | IX | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 2448 N Prieur Street, , New Orleans, LA 70117 | IX | Herman, Herman & Katz |
| Thomas, Heidi | 2628 Oklahoma Drive, Marrero, LA 70072 | IX | Herman, Herman & Katz |
| Quartararo, Joseph | 5813 Ruth Street, Metairie, LA 70003 | IX | Herman, Herman & Katz |

Plaintiffs to be Dismiss from Laura Haya, et al. v. Taishan Gypsum Corp. Ltd., et al., Civ. Action No. 11-1077

(Omni IX)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnnubus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Auger, Jerry and Susan | 507 Rimini Vista Way, Sun City Center, FL 33573 | IX | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Burt, James and Janice | 2035 Sifield Greens Way, Sun City Center, FL 33573 | IX | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Capizola, Edith | 313 Cipriani Way, North Venice, FL 34275 | IX | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| DePompa, Angelo | 608 SW 147 Terrace, Pembroke Pines, FL 33027 | IX | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Price, Robert and Edith | 510 Rimini Vista Way, Sun City Center, FL 33573 | IX | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Sisk, Robert and Suzanne | 521 Rimini Vista Way, Sun City Center, FL 33573 | IX | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Valentine, David and Donna | 346 Mestre Place, North Venice, FL 34275 | IX | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Tavares, Guilherme and Lafamia and Vita, LLC | 2488 North Landing Road, Unit 108, Virginia Beach, VA 23456 | IX | Law Offices of Richard Serpe |
| Mohammed & Shawana Al-Burkat | 1501 Tawny Marsh St., Saint Augustine, FL 32092 | IX | Reich & Binstock |
| Nelton, Mary | 2101 Palmetto, Chalmette, LA 70043 | IX | Sidney Torres |