UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Haya, et al. v. Taishan Gypsum Corp., Ltd., et al.*, Civ. Action No. 11-1077 (Omni IX) | |

### ORDER

Upon consideration of The Plaintiffs' Steering Committee's Motion to Dismiss Plaintiffs' Claims, it is hereby ORDERED that the Motion is GRANTED. Those plaintiffs with claims against Taishan Gypsum Co., Ltd., Beijing New Building Materials Public Limited Company ("BNBM" or "BNBM PLC"), Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"), China National Building Material Group Corporation ("CNBM Group"), China National Building Material Co., Ltd. ("CNBM") in Omni IX listed on Exhibit A (attached hereto) shall be dismissed.

New Orleans, Louisiana, this _____ day of _____, 2016.

                                                                              _____
                                                                              Eldon E. Fallon
                                                                              United States District Court Judge

# EXHIBIT A

**Plaintiffs to be Dismiss from Laura Haya, et al. v. Taishan Gypsum Corp. Ltd., et al., Civ. Action No. 11-1077**

**(Omni IX)**

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Pitters-Hinds, Hartley and Joyce | 9644 Ginger Court, Parkland, FL 33076 | IX | Allison Grant, P.A.  Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Cobblestone of the Lake Master Association, Inc. | 4333 Bellaria Way (building 5) Ft. Myers, FL 33916 | IX | Baron and Budd |
| Cobblestone of the Lake Master Association, Inc. | 4411 Cortina Circle (building 6) Ft. Myers, FL 33916 | IX | Baron and Budd |
| Molden, Frank | 4401 Julia Street, Moss Point, MS 39563 | IX | Baron and Budd |
| Molden, Frank | 4407 Julia Street, Moss Point, MS 39563 | IX | Baron and Budd |
| Williams, Kate | 4548 Ray Avenue, New Orleans, LA 70126 | IX | Becnel Law Firm, LLC  Hurricane Legal Center |
| Crowell, Barry | 1053 Little Sorrel Drive, Calera, AL 35040 | IX | Doyle Law Firm |
| Gain, Michael | 2166 Timberline Drive, Calera, AL 35040 | IX | Doyle Law Firm |
| Macon, David | 1177 Savannah Lane, Calera, AL 35040 | IX | Doyle Law Firm |
| Merrill, Raymond and Josephine | 363 Highland View Drive, Birmingham, AL 35242 | IX | Doyle Law Firm |
| Morris, Larry | 263 Chalybe Trail, Birmingham, AL 35226 | IX | Doyle Law Firm |
| Norris, Jeff | 1032 Maryanna Road, Calera, AL 35040 | IX | Doyle Law Firm |
| Shea, David | 5436 Creekside Lane, Birmingham, AL 35244 | IX | Doyle Law Firm |
| Washington, Mary | 904 Woodbrook Road, Pinson, AL 35215 | IX | Doyle Law Firm |
| Biglane, Billy | 151 Aimee Road, Ferriday, LA 71334 | IX | Hawkins, Stracener & Gibson, PLLC |
| Reese, Virgil | 4419 Walter Street, Moss Point, MS 39563 | IX | Hawkins, Stracener & Gibson, PLLC |
| New Orleans Area Habitat for Humanity, Inc. | 4017 N Roman Street, New Orleans, LA 70117 | IX | Herman, Herman & Katz |
| Franklin, Charles | 2501 Elm Lawn Drive, Marrero, LA 70072 | IX | Herman, Herman & Katz |
| Garnier, Wanda | 2108 Pauline Drive, New Orleans, LA 70117 | IX | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 1839 Bartholomew Street - Dbl, , New Orleans, LA 70117 | IX | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 1841 Bartholomew , , New Orleans, LA 70117Street - Dbl | IX | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 2448 N Prieur Street, , New Orleans, LA 70117 | IX | Herman, Herman & Katz |
| Thomas, Heidi | 2628 Oklahoma Drive, Marrero, LA 70072 | IX | Herman, Herman & Katz |
| Quartararo, Joseph | 5813 Ruth Street, Metairie, LA 70003 | IX | Herman, Herman & Katz |

Plaintiffs to be Dismiss from Laura Haya, et al. v. Taishan Gypsum Corp. Ltd., et al., Civ. Action No. 11-1077

(Omni IX)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnubus Complaint(s) Named on (1-XIX) | Firm |
|---|---|---|---|
| Auger, Jerry and Susan | 507 Rimini Vista Way, Sun City Center, FL 33573 | IX | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Burt, James and Janice | 2035 Sifield Greens Way, Sun City Center, FL 33573 | IX | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Capizola, Edith | 313 Cipriani Way, North Venice, FL 34275 | IX | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| DePompa, Angelo | 608 SW 147 Terrace, Pembroke Pines, FL 33027 | IX | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Price, Robert and Edith | 510 Rimini Vista Way, Sun City Center, FL 33573 | IX | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Sisk, Robert and Suzanne | 521 Rimini Vista Way, Sun City Center, FL 33573 | IX | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Valentine, David and Donna | 346 Mestre Place, North Venice, FL 34275 | IX | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Tavares, Guilherme and Lafamia and Vita, LLC | 2488 North Landing Road, Unit 108, Virginia Beach, VA 23456 | IX | Law Offices of Richard Serpe |
| Mohammed & Shawana Al-Burkat | 1501 Tawny Marsh St., Saint Augustine, FL 32092 | IX | Reich & Binstock |
| Nelton, Mary | 2101 Palmetto, Chalmette, LA 70043 | IX | Sidney Torres |