# EXHIBIT A

Plaintiffs to be Dismiss from Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-080 (Omni VII)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnubus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Ankiel, Rick and Lory | 126 Sandpiper Circle, Jupiter, FL  33477 | VII | Allison Grant, P.A.  Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 112, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 121, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 223, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 423, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 521, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 1222, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 122, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 622, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 623, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 1211, Punta Gorda FL 33950 | VII | Baron and Budd |
| McKenzie, Elaine | 13025 Laval Street, New Orleans, LA  70129 | VII | Becnel Law Firm, LLC |
| Carla Pritchett-Wale | 5814 Willow St., New Orleans, LA  70115 | VII | Herman, Herman & Katz |
| Badon, Ive and Loraine | 418 S. Salcedo Street, New Orleans, LA  70119 | VII | Martzell & Bickford |
| Clark, James | 6710 SW Miami Avenue, Arcadia, FL  34266 | VII | Morgan & Morgan |
| Etienne, Frantz and Guirlaine | 5406 Hammock View Lane, Apolo Beach, FL 33572 | VII | Morgan & Morgan |
| Baxter, Mavis, Joseph and Lillian | 17335 35th Place, Loxahatchee, FL  33470 | VII | Seeger Weiss |