UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*,<br>Civ. Action No. 11-080 (Omni VII) | |

## ORDER

Upon consideration of The Plaintiffs' Steering Committee's Motion to Dismiss Plaintiffs' Claims, it is hereby ORDERED that the Motion is GRANTED. Those plaintiffs with claims against Taishan Gypsum Co., Ltd., Beijing New Building Materials Public Limited Company ("BNBM" or "BNBM PLC"), Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"), China National Building Material Group Corporation ("CNBM Group"), China National Building Material Co., Ltd. ("CNBM") in Omni VII listed on Exhibit A (attached hereto) shall be dismissed.

New Orleans, Louisiana, this _____ day of _____, 2016.

                                                      _____
                                                      Eldon E. Fallon
                                                      United States District Court Judge

# EXHIBIT A

**Plaintiffs to be Dismiss from Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-080 (Omni VII)**

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Ankiel, Rick and Lory | 126 Sandpiper Circle, Jupiter, FL 33477 | VII | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 112, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 121, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 223, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 423, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 521, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 1222, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 122, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 622, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 623, Punta Gorda FL 33950 | VII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 1211, Punta Gorda FL 33950 | VII | Baron and Budd |
| McKenzie, Elaine | 13025 Laval Street, New Orleans, LA 70129 | VII | Becnel Law Firm, LLC |
| Carla Pritchett-Wale | 5814 Willow St., New Orleans, LA 70115 | VII | Herman, Herman & Katz |
| Badon, Ive and Loraine | 418 S. Salcedo Street, New Orleans, LA 70119 | VII | Martzell & Bickford |
| Clark, James | 6710 SW Miami Avenue, Arcadia, FL 34266 | VII | Morgan & Morgan |
| Etienne, Frantz and Guirlaine | 5406 Hammock View Lane, Apolo Beach, FL 33572 | VII | Morgan & Morgan |
| Baxter, Mavis, Joseph and Lillian | 17335 35th Place, Loxahatchee, FL 33470 | VII | Seeger Weiss |