UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (Omni XV) | |

## ORDER

Upon consideration of The Plaintiffs' Steering Committee's Motion to Dismiss Plaintiffs' Claims, it is hereby ORDERED that the Motion is GRANTED.  Those plaintiffs with claims against Taishan Gypsum Co., Ltd., Beijing New Building Materials Public Limited Company ("BNBM" or "BNBM PLC"), Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"), China National Building Material Group Corporation ("CNBM Group"), China National Building Material Co., Ltd. ("CNBM") in Omni XV listed on Exhibit A (attached hereto) shall be dismissed.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge

# EXHIBIT A

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1672 (Omni XV)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Luna Ocean Residences Condominium Association, Inc. | 704 N. Ocean Blvd., Unit 804, Pompano Beach, FL 33062 | XV | Allison Grant, P.A. |
| Ankiel, Rick and Lory | 126 Sandpiper Circle, Jupiter, FL 33477 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Chaves, Javier and Alcantara, Raquel | 11807 Autumn Creek Drive, Riverview, FL 33569 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Cobblestone on the Lake Master Association, Inc. | 7385  4385 Cortina Circle Units 129, Ft. Myers, FL 33916 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Cocquerelle, Nicolas | 4351 Bellaria Way #433, Ft. Myers, FL 33916 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 1121, Punta Gorda, FL 33950 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 113, Punta Gorda, FL 33950 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 1413, Punta Gorda, FL 33950 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 221, Punta Gorda, FL 33950 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 422, Punta Gorda, FL 33950 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 821, Punta Gorda, FL 33950 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Associations | 240 W. End Avenue, Unit 811, Punta Gorda, FL 33950 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Peace Harbor Condominium Association, Inc. | 900 E. Marion Avenue Unit 1202, Punta Gorda, FL 33950 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Peace Harbor Condominium Association, Inc. | 900 E. Marion Avenue Unit 1204, Punta Gorda, FL 33950 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Peace Harbor Condominium Association, Inc. | 900 E. Marion Avenue Unit 1403, Punta Gorda, FL 33950 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Pitters-Hinds, Hartley and Joyce | 9644 Ginger Court, Parkland, FL 33076 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Pittman, Earnest and Beverly | 1128 Craft Street, E., Lehigh Acres, FL 33974 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Royal, Kim and Bryson | 13312 Little Gem Circle, Ft. Myers, FL 33913 | XV | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1672

(Omni XV)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Spires, Scott | 208 Nichols Street, Blackshear, GA 31516 | XV | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Case, Ronald | 240 West End Drive, Unit 521, Punta Gorda FL 33950 | XV | Baron and Budd |
| Cobblestone of the Lake Master Association, Inc. | 4333 Bellaria Way (building 5) Ft. Myers, FL 33916 | XV | Baron and Budd |
| Cobblestone of the Lake Master Association, Inc. | 4411 Cortina Circle (building 6) Ft. Myers, FL 33916 | XV | Baron and Budd |
| Feld, Alan | 13506 Citrus Creek Court, Fort Myers, FL 33905 | XV | Baron and Budd |
| Guerrero-Martinez, Maria | 12978 S.W. 133 Terrace, Miami, FL 33186 | XV | Baron and Budd |
| Helper, Dennis | 10560 Stephanie Way, Unit 105, Port St. Lucie, FL 34987 | XV | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 604, Fort Lauderdale, FL 33308 | XV | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 606, Fort Lauderdale, FL 33308 | XV | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 607, Fort Lauderdale, FL 33308 | XV | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 608, Fort Lauderdale, FL 33308 | XV | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 611, Fort Lauderdale, FL 33308 | XV | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 612, Fort Lauderdale, FL 33308 | XV | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 614, Fort Lauderdale, FL 33308 | XV | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 616, Fort Lauderdale, FL 33308 | XV | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 617, Fort Lauderdale, FL 33308 | XV | Baron and Budd |
| Licata, Dominic | 1710 N.E. 6th Street, Boynton Beach, FL 33435 | XV | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 112, Punta Gorda FL 33950 | XV | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 121, Punta Gorda FL 33950 | XV | Baron and Budd |

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1672

(Omni XV)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 223, Punta Gorda FL 33950 | XV | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 423, Punta Gorda FL 33950 | XV | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 521, Punta Gorda FL 33950 | XV | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 1123, Punta Gorda FL 33950 | XV | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 1222, Punta Gorda FL 33950 | XV | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 122, Punta Gorda FL 33950 | XV | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 522, Punta Gorda FL 33950 | XV | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 622, Punta Gorda FL 33950 | XV | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 623, Punta Gorda FL 33950 | XV | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 1211, Punta Gorda FL 33950 | XV | Baron and Budd |
| Molden, Frank | 4401 Julia Street, Moss Point, MS 39563 | XV | Baron and Budd |
| Molden, Frank | 4407 Julia Street, Moss Point, MS 39563 | XV | Baron and Budd |
| San Lorenzo Condominium Associatoin, Inc. | 219 N.W. 12th Avenue, Unit C-5, Miami, FL 33139 | XV | Baron and Budd |
| Schoenfelder, Robert and Phyllis | 2228 Sifield Greens Way, Sun City Center, FL 33573 | XV | Baron and Budd |
| Anderson, Judith | 5508 Center Street, Ocean Springs, Mississippi 39564 | XV | Barrett Law Group |
| Bennett, Larry | 1618 Lewis, Gulfport, Mississippi 39501 | XV | Barrett Law Group |
| Clarke, Wayne G. | 1205 Magnolia Street, Ocean Springs, Mississippi 39564 | XV | Barrett Law Group |
| Fairley, Jacqueline | 2308 Seneca Avenue, Pascagoula, Mississippi 39567 | XV | Barrett Law Group |
| Fairley, Leo | 2308 Seneca Avenue, Pascagoula, Mississippi 39567 | XV | Barrett Law Group |

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1672
(Omni XV)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Fletcher, Diane | 1308 Oak Street, Ocean Springs, Mississippi 39564 | XV | Barrett Law Group |
| Fletcher, Gregory | 1308 Oak Street, Ocean Springs, Mississippi 39564 | XV | Barrett Law Group |
| Frazier, Raymond | 12409 Moreton Place, Ocean Springs, Mississippi 39564 | XV | Barrett Law Group |
| Frazier, Rose | 12409 Moreton Place, Ocean Springs, Mississippi 39564 | XV | Barrett Law Group |
| Galloway, Geraldine | 5712 Gregory Street, Moss Point, Mississippi 39563 | XV | Barrett Law Group |
| Green, Patricia Stevens | 2712 Martin Street, Pascagoula, Mississippi 39567 | XV | Barrett Law Group |
| King, Jeffrey | 4703 Seminole Drive, Pascagoula, Mississippi 39567 | XV | Barrett Law Group |
| King, Lauren | 4703 Seminole Drive, Pascagoula, Mississippi 39567 | XV | Barrett Law Group |
| Lee, Terri | 3907 Sculpin Street, Pascagoula, Mississippi 39567 | XV | Barrett Law Group |
| Maranoci, Lee | 3907 Sculpin Street, Pascagoula, Mississippi 39567 | XV | Barrett Law Group |
| Maranoci, Terri | 3907 Sculpin Street, Pascagoula, Mississippi 39567 | XV | Barrett Law Group |
| Morgan, Linda | 928 Courthouse Road, Unit 39, Gulfport, Mississippi 39507 | XV | Barrett Law Group |
| Randle, Thomas C. | 502 Hancock Street, Bay St. Louis, Mississippi; and 504 Hancock Street, Bay St. Louis, Mississippi 39520 | XV | Barrett Law Group |
| Roberts, Robert | 2604 Tampica Road, Gautier, Mississippi 39553 | XV | Barrett Law Group |
| Roche, Ann Randle | 502 Hancock Street, Bay St. Louis, Mississippi; and 504 Hancock Street, Bay St. Louis, Mississippi 39520 | XV | Barrett Law Group |
| Sherrod, Valerie | 4300 Wisteria Drive, Moss Point, Mississippi 39562 | XV | Barrett Law Group |
| Tuepker, Claire | 103 Driftwood Drive, Long Beach, Mississippi 39560 | XV | Barrett Law Group |
| Tuepker, John | 103 Driftwood Drive, Long Beach, Mississippi 39560 | XV | Barrett Law Group |

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1672

(Omni XV)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnubus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Webster, Samuel L. | 4306 Webb Street, Moss Point, Mississippi 39562 | XV | Barrett Law Group |
| Williams, Betty | 2940 Hollygrove, New Orleans, LA 70118 | XV | Barrios Kingsdorf Cateix |
| Barnes, James | 140 Willswood Lane, Westwego, LA 70094 | XV | Becnel Law Firm, LLC |
| Dillard, Ronnie and Linda | 2159 White Road, Canton, GA 30114 | XV | Becnel Law Firm, LLC |
| Fincher, Donald | 277 Penn Mill Lakes Blvd, Covington, LA 70435 | XV | Becnel Law Firm, LLC |
| Joseph, Ora | 4317 Rayne Drive, New Orleans, LA 70122 | XV | Becnel Law Firm, LLC |
| McKenzie, Elaine | 13025 Laval Street, New Orleans, LA 70129 | XV | Becnel Law Firm, LLC |
| Miller, Jo Ann | 1707 New Orleans Street, New Orleans, LA 70116 | XV | Becnel Law Firm, LLC |
| Pelias, Gus | 937 Marengo Street, New Orleans, LA 70115 | XV | Becnel Law Firm, LLC |
| Trueblood, David | 1308 Lamanche Street, New Orleans, LA 70117 | XV | Becnel Law Firm, LLC |
| Danese, Nichols and Dawn | 5915 Adrian Drive, Ball, LA 71405 | XV | Becnel Law Firm, LLC |
| Piskulich, Franko | 12434 Mimosa Lane, Riverside, CA 92503 | XV | Becnel Law Firm, LLC |
| Williams, Kate | 4548 Ray Avenue, New Orleans, LA 70126 | XV | Becnel Law Firm, LLC Hurricane Legal Center |
| LeBlanc, Beatrice | 4510 Cerise Avenue New Orleans, LA 70127 | XV | Bruno & Bruno |
| Thomas, Celeste | 4780 Demontlutin Street New Orleans, LA 70122 | XV | Bruno & Bruno |
| Engler, Adam & Christi | 565 Country Road 8, Cullman AL 35057 | XV | Collins & Horsley |
| Finley, Henry | 556 Leewood Lane, Birmingham, AL 35214 | XV | Collins & Horsley |
| Hare, Ken | 32904 US Highway 231, Ashville AL 35953 | XV | Collins & Horsley |
| D'Agostino, Guadalupe & Luis | 2944 Tiburon Boulevard East, Naples, FL 34109 | XV | Colson, Hicks |
| Diazviana, Jose A. | 1503 Canton Avenue, Lehigh Acres, FL 33972 | XV | Colson, Hicks |
| Gimpel, Nicholas | 12561 Oak Bend Drive, Ft. Myers, FL 33905 | XV | Colson, Hicks |
| Mazzarri, Clara & Nerio Garcia | 10591 SW Sarah Way, Port St. Lucie, FL 34987 | XV | Colson, Hicks |
| Montalvo, Samuel | 1133 Nelson Road North, Cape Coral, FL 33993 | XV | Colson, Hicks |
| Schaper, Arthur | 8314 Sumner Ave., Ft. Myers, FL 33908 | XV | Colson, Hicks |
| White, Kendlal and Rebecca | 15228 Styx River Road, Stapleton, AL 36578 | XV | Danielle, Upton & Perry, P.C. |
| White, Robert and Wanda | 15982 Pecan View Drive, Loxley, AL 36551 | XV | Danielle, Upton & Perry, P.C. |
| H. Harris Investments, Inc. | 4454 Nobility Court, Pace, FL 32571 | XV | Don Barrett P.A. and Lovelace Law Firm |

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1672

(Omni XV)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (1-XIX) | Firm |
|---|---|---|---|
| H. Harris Investments, Inc. | 4461 Nobility Court, Pace, FL 32571 | XV | Don Barrett P.A. and Lovelace Law Firm |
| H. Harris Investments, Inc. | 4462 Nobility Court, Pace, FL 32571 | XV | Don Barrett P.A. and Lovelace Law Firm |
| H. Harris Investments, Inc. | 4495 Governors Street, Pace, FL 32571 | XV | Don Barrett P.A. and Lovelace Law Firm |
| Krondenser Means Ratliff | 2320 Westgate Parkway, Gautier, MS 39553 | XV | Don Barrett, PA Lovelace Law Firm, PA |
| McCrory, Osizy and Margie | 4024 Rose Drive, Moss Point, MS 39563 | XV | Don Barrett, PA Lovelace Law Firm, PA |
| Alcon, Craig & Andrea | 160 Wild Timber Pkwy, Pelham, AL 35146 | XV | Doyle Law Firm |
| Cassidy, Leo | 1017 East Harvard Street, Inverness, FL | XV | Doyle Law Firm |
| Crowell, Barry | 1053 Little Sorrel Drive, Calera, AL 35040 | XV | Doyle Law Firm |
| Franklin, Max | 1700 Tradition Way, Phenix City, AL 36867 | XV | Doyle Law Firm |
| Franklin, Max | 1708 Tradition Court, Phenix City, AL 36867 | XV | Doyle Law Firm |
| Franklin, Max | 1711 Tradition Court, Phenix City, AL 36867 | XV | Doyle Law Firm |
| Franklin, Max | 1714 Tradition Way, Phenix City, AL 36867 | XV | Doyle Law Firm |
| Franklin, Max | 1716 Tradition Way, Phenix City, AL 36867 | XV | Doyle Law Firm |
| Franklin, Max | 1720 Tradition Way, Phenix City, AL 36867 | XV | Doyle Law Firm |
| Franklin, Max | 1731 Tradition Way, Phenix City, AL 36867 | XV | Doyle Law Firm |
| Franklin, Max | 1733 Tradition Way, Phenix City, AL 36867 | XV | Doyle Law Firm |
| Gain, Michael | 2166 Timberline Drive, Calera, AL 35040 | XV | Doyle Law Firm |
| Macon, David | 1177 Savannah Lane, Calera, AL 35040 | XV | Doyle Law Firm |
| Merrill, Raymond and Josephine | 363 Highland View Drive, Birmingham, AL 35242 | XV | Doyle Law Firm |
| Morris, Larry | 263 Chalybe Trail, Birmingham, AL 35226 | XV | Doyle Law Firm |
| Norris, Jeff | 1032 Maryanna Road, Calera, AL 35040 | XV | Doyle Law Firm |
| Shea, David | 5436 Creekside Lane, Birmingham, AL 35244 | XV | Doyle Law Firm |
| Washington, Mary | 904 Woodbrook Road, Pinson, AL 35215 | XV | Doyle Law Firm |
| Williams, Queen | 639 Union Street, Bay St. Louis, MS 35120 | XV | Doyle Law Firm |
| Chambers, Cathy | 5724 Eastwood Drive, Moss Point, MS 39563 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Christopher, Camille | 60 Stonewall, Lot 158, Hattiesburg, MS 39402 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Conner, Hazel | 1114 College Street, Gulfport, MS 39507 | XV | Gentle, Turner, Sexton, Derosse & Harbison |

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1672
(Omni XV)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Crawford, Pearlye W. | 720 Barkley Road, Hattiesburg, MS 39401 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Cuevas, Peaches | 12546 Loubouy Road, Pass Christian, MS 39571 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Gibson, Mary | 1405 2nd Street, Gulfport, MS 39501 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Gill, Gregory | 229 Sandy Street, Waveland, MS 39576 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Gines, John Douglas | 581 Roy Street, Biloxi, MS 39530 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Jackson, Antonio and Earleane | 912 Fairley Street, Hattiesburg, MS 39401 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Jackson, Regina | 1001 Cherry Street, Hattiesburg, MS 39441 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Jenkins, Allen | 198 Dubose Road, Hattiesburg, MS 39402 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Lewis, Jellest & Clara | 610 Herlihy Street, Waveland, MS 39576 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Mitteeder, Doug and Helga Kristina | 2527 Silver Run Road, Poplarville, MS 39470 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Robinson, Tanjaneia | 11405 Tumberry Avenue, Gulfport, MS 39503 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Schwarzauer, Sonya | 201 Latigo Loop, Summerall, MS 39482 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Smith, Charlene | 450 Church Avenue, Pass Christian, MS 39571 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Teague, Ted A. And Charlotte E. | 13021 Teague Road, Sauciet, MS 39574 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Tisdale, Mark | 11850 Highway Il, Lot B, Poplarville, MS 39470 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Woods, Judy | 350 Hunter Avenue, Christian, MS 39571 | XV | Gentle, Turner, Sexton, Derosse & Harbison |
| Biglane, Billy | 151 Aimee Road, Ferriday, LA 71334 | XV | Hawkins, Stracener & Gibson, PLLC |
| Reese, Virgil | 4419 Walter Street, Moss Point, MS 39563 | XV | Hawkins, Stracener & Gibson, PLLC |
| Seals, Ralph | 21460 Fenton Dedeaux Road, Kiln, MS 39556 | XV | Hawkins, Stracener & Gibson, PLLC |
| 5924 Airway, LLC SCAN, LLC | 5924 Airway Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1672
(Omni XV)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| 5931 Boeing, LLC J Serp, LLC | 5931 Boeing Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| 5932 Boeing, LLC Stephen Simmons | 5932 Boeing Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| 5948 Airway, LLC SCAN, LLC | 5948 Airway Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| 5949 Boeing, LLC Paul Simmons | 5949 Boeing Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| 5954 Airway, LLC SCAN, LLC | 5954 Airway Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| 6000 Boeing, LLC S Simm, LLC | 6000 Boeing Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| 6018 Airway, LLC SCAN, LLC | 6018 Airway Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| 6018 Boeing, LLC S Simm, LLC | 6018 Boeing Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| 6024 Airway, LLC S Simm, LLC | 6024 Airway Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| 6024 Boeing, LCL SSPS, LLC | 6024 Boeing Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| 6030 Airway, LLC SCAN, LLC | 6030 Airway Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| 6036 Boeing, LLC SSPS, LLC | 6036 Boeing Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| 6037 Boeing, LLC SSPS, LLC | 6037 Boeing Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| 6055 Boeing, LLC SSPS, LLC | 6055 Boeing Street, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| Boland Marine 4425 Cessna, LLC Joseph H. Serpas | 4425 Cessna Court, New Orleans, LA 70126 | XV | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 3304 Daniel Drive, Violet, LA 70092 | XV | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 4017 N Roman Street, New Orleans, LA 70117 | XV | Herman, Herman & Katz |
| Carla Pritchett-Wale | 5814 Willow St., New Orleans, LA 70115 | XV | Herman, Herman & Katz |
| Franklin, Charles | 2501 Elm Lawn Drive, Marrero, LA 70072 | XV | Herman, Herman & Katz |
| Garnier, Wanda | 2108 Pauline Drive, New Orleans, LA 70117 | XV | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 1839 Bartholomew Street - Dbl, , New Orleans, LA 70117 | XV | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 1841 Bartholomew , , New Orleans, LA 70117 Street - Dbl | XV | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 2448 N Prieur Street, , New Orleans, LA 70117 | XV | Herman, Herman & Katz |
| Thomas, Heidi | 2628 Oklahoma Drive, Marrero, LA 70072 | XV | Herman, Herman & Katz |
| Westchase Development, LLC | 1013 Manhattan Blvd., Harvey, LA 70058 | XV | Herman, Herman & Katz |
| Quartararo, Joseph | 5813 Ruth Street, Metairie, LA 70003 | XV | Herman, Herman & Katz |

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1672
(Omni XV)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Ominubus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Auger, Jerry and Susan | 507 Rimini Vista Way, Sun City Center, FL 33573 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Bailey, Robert and Anne | 1433 Emerald Dunes, Sun City Center, FL 33573 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Bo, Theresa | 1209 Peterborough Circle, Sun City Center, FL 33573 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Briscoe, Hopeton | 8186 Emerald, Parkland, FL 33076 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Burt, James and Janice | 2035 Sifield Greens Way, Sun City Center, FL 33573 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Capizola, Edith | 313 Cipriani Way, North Venice, FL 34275 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Chladny, Ray and Stafford, Debbie | 691 SW Estate Avnue, Port St. Lucie, FL 34952 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Cianfrini, Jerry | 9608 Kenley Court, Parkland, FL 33076 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Cohen, Yossef | 23 SE 3 Avenue, Hallandale Beach, FL 33009 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| DePompa, Angelo | 608 SW 147 Terrace, Pembroke Pines, FL 33027 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Dharamsey, Aziz Estate | 6840 Long Leaf Drive Parkland, FL 33076 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Dharamsey, Aziz Estate | 6830 Long Leaf Drive, Parkland, FL 33076 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Gillespie, Thomas | 1035 Fish Hook Cove, Bradenton, FL | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Glick, Brad | 6955 Long Leaf Dr., Parkland, FL 33076 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Goldblum, John and Asmita | 9707 Cinnamon Court, Parkland, FL 33076 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Grajales, Beatriz | 17894 Monte Vista Drive, Boca Raton, FL 33497 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Kasl, Paul and Melody | 828 King Leon Way, Sun City Center, FL 33573 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| McCarty, Terrence and Sandra | 531 Rimini Vista Way, Sun City Center, FL 33573 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1672
(Omni XV)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Neste, Dave | 6474 NW Volucia Drive, Port St. Lucie, FL 34953 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Onori, Paul | 1561 SW Chari Avenue, Port St. Lucie, FL 34953 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Price, Robert and Edith | 510 Rimini Vista Way, Sun City Center, FL 33573 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Raio, Joseph | 3216 NE 4th Street, Pompano Beach, FL 33062 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Shireli, Sudheer and Charu | 6878 Long Leaf Drive, Parkland, FL 33076 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Sisk, Robert and Suzanne | 521 Rimini Vista Way, Sun City Center, FL 33573 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Valentine, David and Donna | 346 Mestre Place, North Venice, FL 34275 | XV | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Aceto, Anthony and Manevich, Ida | 201 Mestre Place, North Venice, FL 34275 | XV | Krupnick, Campbell Malone |
| Fordham, Allen and Anissa | 925 SW 146 Terrace, Pembroke Pines, FL 33025 | XV | Krupnick, Campbell Malone |
| Toscana II at Renaissance, Inc. | 409 E. College Avenue, Ruskin, FL 33570 | XV | Krupnick, Campbell Malone |
| Acadia II Condo | 1906 Clubhouse Drive, Sun City Center, FL 33573 | XV | Krupnick, Campbell Malone |
| Prescott, Scott | 7816 104 Court, Vero Beach, FL 32967 | XV | Krupnick, Campbell Malone |
| Ocean Park | 3232 NE 4 Street, Pompano, FL | XV | Krupnick, Campbell Malone |
| Meyer, Kirk and Lori | 101 White Heron Drive, Mandeville, LA 70471 | XV | Lambert & Nelson, PLC |
| Dempster, Barry and Annette | 212 Matthew Drive, Des Allemands, LA 70030 | XV | Lemmon Law Firm |
| Lakind, Alan and Linda | 2781 Eagle Road Circle, Unit 307, West Palm Beach, FL 33411 | XV | Leopold-Kuvin, PA |
| Badon, Ive and Loraine | 418 S. Salcedo Street, New Orleans, LA 70119 | XV | Martzell & Bickford |
| Herring, Homer | 29 Stamp Circle, Prentiss, MS 39474 | XV | Matthews & Associates |
| Benson, Steven and Rhonda | 445 NE 355 Avenue, Old Town, FL 32680 | XV | Morgan & Morgan |
| Clark, James | 6710 SW Miami Avenue, Arcadia, FL 34266 | XV | Morgan & Morgan |
| Crocker, Sharon | 443 Alico Libby Road, Road, Babson Park, FL 33827 | XV | Morgan & Morgan |
| Etienne, Frantz and Guirlaine | 5406 Hammock View Lane, Apolo Beach, FL 33572 | XV | Morgan & Morgan |
| Eugene, Herbert and Antoinise | 2402 SW Garcia Avenue, Port St. Lucie, FL 33953 | XV | Morgan & Morgan |

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1672

(Omni XV)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Gomez, Ricardo and Maria | 1329 SW 6th Avenue, Cape Coral, FL 33993 | XV | Morgan & Morgan |
| Jones, Frankie | 238 Victoria Avenue S., Lehigh Acres, FL 33974 | XV | Morgan & Morgan |
| Lee, Kevin | 13712 Trinity Leaf Place, Riverview, FL 33579 | XV | Morgan & Morgan |
| Maurice, Carmine and Emmani | 151 Pennfield, Lehigh Acres, FL 33974 | XV | Morgan & Morgan |
| Mirakian, Samuel | 20345 Larino Loop, Estero, FL 33928 | XV | Morgan & Morgan |
| Nutting, Julie | 3245 Reef Road Se, Palm Bay, FL 32909 | XV | Morgan & Morgan |
| Ravelo, Xiomara | 1010 NE 12th Terrace, Cape Coral, FL 33909 | XV | Morgan & Morgan |
| Rekhels, Alexander and Irina | 1344 SW Sultan Drive, Port St. Lucie, FL 34953 | XV | Morgan & Morgan |
| Santos, Manuel and Judith | 3175 Tucker Avenue, St. Cloud, FL 34772 | XV | Morgan & Morgan |
| Savarese, Michael | 10836 Tiberio Drive, Fort Myers, FL 33913 | XV | Morgan & Morgan |
| Vega, Irene | 2604 70th Street W, Lehigh Acres, FL 33971 | XV | Morgan & Morgan |
| Ward, Theotis | 11507 Summer Bird Court, Jacksonville, FL 32221 | XV | Morgan & Morgan |
| Yost, Richard and Judith | 10838 Tiberio Drive, Fort Myers, FL 33913 | XV | Morgan & Morgan |
| Young, Mike | 740 Alabama Road South, Lehigh Acres, FL 33936 | XV | Morgan & Morgan |
| Young, Mike | 742 Alabama Road South, Lehigh Acres, FL 33936 | XV | Morgan & Morgan |
| Young, Mike | 743 Alabama Road South, Lehigh Acres, FL 33936 | XV | Morgan & Morgan |
| Kallio, Gary and Jennifer | 360 Cape Harbour Loop, Unit 104, Bradenton, FL 34212 | XV | Norton, Hammersley, Lopez & Skokos, P.A. James, Hoyer, Newcomer & Smiljanich, P.A. |
| Martin, Linda J. | 161 Medici Terrace, North Venice, FL 34275 | XV | Norton, Hammersley, Lopez & Skokos, PA |
| Brito, Nelson | 2574 Sea Wind Way, Clearwater, FL 33763 | XV | Parker Waichman Alonso, LLP |
| Cricco, Carl and Kimberly | 844 SW 17th Street, Cape Coral, FL 33991 | XV | Parker Waichman Alonso, LLP |
| Davis, Susan M. | 117 Marina Lane, Satsuma, FL 32189 | XV | Parker Waichman Alonso, LLP |
| Gainey, Dale and Carolyn | 1640 Golden Gate Blvd., Naples, FL 34120 | XV | Parker Waichman Alonso, LLP |
| Gutierezz, Liset | 2100 Della Drive, Naples, FL 34117 | XV | Parker Waichman Alonso, LLP |
| Hesbeens, Timothy | 506 Wheaton Trent Place, Tampa, FL 33619 | XV | Parker Waichman Alonso, LLP |
| Hwu, Michele | 21 Southwest 22nd Avenue, Cape Coral, FL 33991 | XV | Parker Waichman Alonso, LLP |

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1672
(Omni XV)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Kavanaugh, Daniel and Phyllis | 10480 Southwest Stephanie Way Unit 105, Port St. Lucie, FL 34987 | XV | Parker Waichman Alonso, LLP |
| Mendez, Jose and Sonia | 1421 North East 12th Avenue, Cape Coral, FL 33909 | XV | Parker Waichman Alonso, LLP |
| Mercedes, William and Carmen | 845 SW 17th Street, Cape Coral, FL 33991 | XV | Parker Waichman Alonso, LLP |
| Pelak, Paul and Michele | 4561 1st Avenue SW, Naples, FL 34119 | XV | Parker Waichman Alonso, LLP |
| Robinson, Dane and Patricia | 630 SW 147 Terrace, Pembroke Pines, FL 33027 | XV | Parker Waichman Alonso, LLP |
| Santiago, Jose and Yasuany | 1424 North East 14th Street, Cape Coral, FL 33909 | XV | Parker Waichman Alonso, LLP |
| Uttaro, Francis and Christine | 5217 Athens Way, Venice, FL 34293 | XV | Parker Waichman Alonso, LLP |
| Mohammed & Shawana Al-Burkat | 1501 Tawny Marsh St., Saint Augustine, FL 32092 | XV | Reich & Binstock |
| Baxter, Mavis, Joseph and Lillian | 17335 35th Place, Loxahatchee, FL 33470 | XV | Seeger Weiss |
| Haynes, Christine | 881 Jackson Street, Elmore, AL 36025 | XV | Seeger Weiss |
| Pruitt, Sharhonda | 3412 Highway 77 East, Atlanta, GA 75551 | XV | Seeger Weiss |
| Butler, Mary | 2100 Constantine Drive, Marrero, LA 70072 | XV | Seeger Weiss, LLP |
| Nelton, Mary | 2101 Palmetto, Chalmette, LA 70043 | XV | Sidney Torres |
| Anderson, John and Shawnree | 601 Autumn Wind Lane, Mandeville, LA 70471 | XV | Thornhill Law Firm |
| Jackson, Ronald | 149 Partridge Street, Lehigh Acres, FL 33974 | XV | Viles and Beckman |
| Baron, Allen | 1660 Renaissance Commons Blvd., Unit 2407, Boynton Beach, FL 33426 | XV | Whitfield, Bryson & Mason, LLP |
| Carbone, Vincent and Kathleen | 20271 Chapel Trace, Estero, FL 33928 | XV | Whitfield, Bryson & Mason, LLP |
| Copello, Victor and Pamela | 1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426 | XV | Whitfield, Bryson & Mason, LLP |
| Duke, Barry and Marlene | 20241 Chapel Trace, Estero, FL 33928 | XV | Whitfield, Bryson & Mason, LLP |
| Kazakov, Sergey and Kazakova, Alexandra | 1307 Glenn Avenue, Lehigh Acres, FL 33972 | XV | Whitfield, Bryson & Mason, LLP |
| L&L South Florida Realty, LLC | 1660 Renaissance Commons Blvd., Unit 2512, Boynton Beach, FL 33426 | XV | Whitfield, Bryson & Mason, LLP |
| Medley, Walter V. and Leeaudis C. | 6316 Pt. Porteaux Road, Ocean Springs, MS 39564 | XV | Whitfield, Bryson & Mason, LLP |
| Stock, Amir and Bella | 1660 Renaissance Commons Blvd., Unit 2130, Boynton Beach, FL 33426 | XV | Whitfield, Bryson & Mason, LLP |

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1672
(Omni XV)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnubus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Wood, John and Beatrice | 1660 Renaissance Commons Blvd., Unit 2214, Boynton Beach, FL 33426 | XV | Whitfield, Bryson & Mason, LLP |
| Yasinski, Joseph and Barbara | 1660 Renaissance Commons Blvd., Unit 2302, Boynton Beach, FL 33426 | XV | Whitfield, Bryson & Mason, LLP |