# EXHIBIT A

Plaintiffs to be Dismiss from Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1395 (Omni XVI)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Luna Ocean Residences Condominium Association, Inc. | 704 N. Ocean Blvd., Unit 804, Pompano Beach, FL 33062 | XVI | Allison Grant, P.A. |
| Ankiel, Rick and Lory | 126 Sandpiper Circle, Jupiter, FL 33477 | | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Chaves, Javier and Alcantara, Raquel | 11807 Autumn Creek Drive, Riverview, FL 33569 | XVI | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Cobblestone on the Lake Master Association, Inc. | 7385 4385 Cortina Circle Units 129, Ft. Myers, FL 33916 | XVI | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Cocquerelle, Nicolas | 4351 Bellaria Way #433, Ft. Myers, FL 33916 | | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 1121, Punta Gorda, FL 33950 | XVI | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 113, Punta Gorda, FL 33950 | | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 1413, Punta Gorda, FL 33950 | XVI | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 221, Punta Gorda, FL 33950 | XVI | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 422, Punta Gorda, FL 33950 | | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 821, Punta Gorda, FL 33950 | XVI | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Associations | 240 W. End Avenue, Unit 811, Punta Gorda, FL 33950 | XVI | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Peace Harbor Condominium Association, Inc. | 900 E. Marion Avenue Unit 1202, Punta Gorda, FL 33950 | XVI | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Peace Harbor Condominium Association, Inc. | 900 E. Marion Avenue Unit 1204, Punta Gorda, FL 33950 | XVI | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Peace Harbor Condominium Association, Inc. | 900 E. Marion Avenue Unit 1403, Punta Gorda, FL 33950 | XVI | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Pitters-Hinds, Hartley and Joyce | 9644 Ginger Court, Parkland, FL 33076 | XVI | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Pittman, Earnest and Beverly | 1128 Craft Street, E., Lehigh Acres, FL 33974 | XVI | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Royal, Kim and Bryson | 13312 Little Gem Circle, Ft. Myers, FL 33913 | XVI | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |

Plaintiffs to be Dismiss from Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1395 (Omni XVI)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Spires, Scott | 208 Nichols Street, Blackshear, GA 31516 | XVI | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Case, Ronald | 240 West End Drive, Unit 521, Punta Gorda FL 33950 | XVI | Baron and Budd |
| Cobblestone of the Lake Master Association, Inc. | 4333 Bellaria Way (building 5) Ft. Myers, FL 33916 | XVI | Baron and Budd |
| Cobblestone of the Lake Master Association, Inc. | 4411 Cortina Circle (building 6) Ft. Myers, FL 33916 | XVI | Baron and Budd |
| Feld, Alan | 13506 Citrus Creek Court, Fort Myers, FL 33905 | XVI | Baron and Budd |
| Guerrero-Martinez, Maria | 12978 S.W. 133 Terrace, Miami, FL 33186 | XVI | Baron and Budd |
| Helper, Dennis | 10560 Stephanie Way, Unit 105, Port St. Lucie, FL 34987 | XVI | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 604, Fort Lauderdale, FL 33308 | XVI | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 606, Fort Lauderdale, FL 33308 | XVI | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 607, Fort Lauderdale, FL 33308 | XVI | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 608, Fort Lauderdale, FL 33308 | XVI | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 611, Fort Lauderdale, FL 33308 | XVI | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 612, Fort Lauderdale, FL 33308 | XVI | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 614, Fort Lauderdale, FL 33308 | XVI | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 616, Fort Lauderdale, FL 33308 | XVI | Baron and Budd |
| Lauderdale One Condominium Association, Inc. | 2401 N.E. 65th Street, Unit 617, Fort Lauderdale, FL 33308 | XVI | Baron and Budd |
| Licata, Dominic | 1710 N.E. 6th Street, Boynton Beach, FL 33435 | XVI | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 112, Punta Gorda FL 33950 | XVI | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 121, Punta Gorda FL 33950 | XVI | Baron and Budd |

Plaintiffs to be Dismiss from Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1395
(Omni XVI)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Ominubus Complaint(s) Named on (1-XIX) | Firm |
|---|---|---|---|
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 223, Punta Gorda FL 33950 | XVI | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 423, Punta Gorda FL 33950 | XVI | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 521, Punta Gorda FL 33950 | XVI | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 1123, Punta Gorda FL 33950 | XVI | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 1222, Punta Gorda FL 33950 | XVI | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 122, Punta Gorda FL 33950 | XVI | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 522, Punta Gorda FL 33950 | XVI | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 622, Punta Gorda FL 33950 | XVI | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 623, Punta Gorda FL 33950 | XVI | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 1211, Punta Gorda FL 33950 | XVI | Baron and Budd |
| Molden, Frank | 4401 Julia Street, Moss Point, MS 39563 | XVI | Baron and Budd |
| Molden, Frank | 4407 Julia Street, Moss Point, MS 39563 | XVI | Baron and Budd |
| San Lorenzo Condominium Associatoin, Inc. | 219 N.W. 12th Avenue, Unit C-5, Miami, FL 33139 | XVI | Baron and Budd |
| Schoenfelder, Robert and Phyllis | 2228 Sifield Greens Way, Sun City Center, FL 33573 | XVI | Baron and Budd |
| Anderson, Judith | 5508 Center Street, Ocean Springs, Mississippi 39564 | XVI | Barrett Law Group |
| Bennett, Larry | 1618 Lewis, Gulfport, Mississippi 39501 | XVI | Barrett Law Group |
| Clarke, Wayne G. | 1205 Magnolia Street, Ocean Springs, Mississippi 39564 | XVI | Barrett Law Group |
| Fairley, Jacqueline | 2308 Seneca Avenue, Pascagoula, Mississippi 39567 | XVI | Barrett Law Group |
| Fairley, Leo | 2308 Seneca Avenue, Pascagoula, Mississippi 39567 | XVI | Barrett Law Group |

Plaintiffs to be Dismiss from Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1395
(Omni XVI)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Ominubus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Fletcher, Diane | 1308 Oak Street, Ocean Springs, Mississippi 39564 | XVI | Barrett Law Group |
| Fletcher, Gregory | 1308 Oak Street, Ocean Springs, Mississippi 39564 | XVI | Barrett Law Group |
| Frazier, Raymond | 12409 Moreton Place, Ocean Springs, Mississippi 39564 | XVI | Barrett Law Group |
| Frazier, Rose | 12409 Moreton Place, Ocean Springs, Mississippi 39564 | XVI | Barrett Law Group |
| Galloway, Geraldine | 5712 Gregory Street, Moss Point, Mississippi 39563 | XVI | Barrett Law Group |
| Green, Patricia Stevens | 2712 Martin Street, Pascagoula, Mississippi 39567 | XVI | Barrett Law Group |
| King, Jeffrey | 4703 Seminole Drive, Pascagoula, Mississippi 39567 | XVI | Barrett Law Group |
| King, Lauren | 4703 Seminole Drive, Pascagoula, Mississippi 39567 | XVI | Barrett Law Group |
| Lee, Terri | 3907 Sculpin Street, Pascagoula, Mississippi 39567 | XVI | Barrett Law Group |
| Maranoci, Lee | 3907 Sculpin Street, Pascagoula, Mississippi 39567 | XVI | Barrett Law Group |
| Maranoci, Terri | 3907 Sculpin Street, Pascagoula, Mississippi 39567 | XVI | Barrett Law Group |
| Morgan, Linda | 928 Courthouse Road, Unit 39, Gulfport, Mississippi 39507 | XVI | Barrett Law Group |
| Randle, Thomas C. | 502 Hancock Street, Bay St. Louis, Mississippi; and 504 Hancock Street, Bay St. Louis, Mississippi 39520 | XVI | Barrett Law Group |
| Roberts, Robert | 2604 Tampica Road, Gautier, Mississippi 39553 | XVI | Barrett Law Group |
| Roche, Ann Randle | 502 Hancock Street, Bay St. Louis, Mississippi; and 504 Hancock Street, Bay St. Louis, Mississippi 39520 | XVI | Barrett Law Group |
| Sherrod, Valerie | 4300 Wisteria Drive, Moss Point, Mississippi 39562 | XVI | Barrett Law Group |
| Tuepker, Claire | 103 Driftwood Drive, Ling Beach, Mississippi 39560 | XVI | Barrett Law Group |
| Tuepker, John | 103 Driftwood Drive, Long Beach, Mississippi 39560 | XVI | Barrett Law Group |

Plaintiffs to be Dismiss from Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1395
(Omni XVI)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Ominubus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Webster, Samuel L. | 4306 Webb Street, Moss Point, Mississippi 39562 | XVI | Barrett Law Group |
| Williams, Betty | 2940 Hollygrove, New Orleans, LA 70118 | XVI | Barrios Kingsdorf Cateix |
| Barnes, James | 140 Willswood Lane, Westwego, LA 70094 | XVI | Becnel Law Firm, LLC |
| Dillard, Ronnie and Linda | 2159 White Road, Canton, GA 30114 | XVI | Becnel Law Firm, LLC |
| Fincher, Donald | 277 Penn Mill Lakes Blvd, Covington, LA 70435 | XVI | Becnel Law Firm, LLC |
| Joseph, Ora | 4317 Rayne Drive, New Orleans, LA 70122 | XVI | Becnel Law Firm, LLC |
| McKenzie, Elaine | 13025 Laval Street, New Orleans, LA 70129 | XVI | Becnel Law Firm, LLC |
| Miller, Jo Ann | 1707 New Orleans Street, New Orleans, LA 70116 | XVI | Becnel Law Firm, LLC |
| Pelias, Gus | 937 Marengo Street, New Orleans, LA 70115 | XVI | Becnel Law Firm, LLC |
| Trueblood, David | 1308 Lamanche Street, New Orleans, LA 70117 | XVI | Becnel Law Firm, LLC |
| Danese, Nichols and Dawn | 5915 Adrian Drive, Ball, LA 71405 | XVI | Becnel Law Firm, LLC |
| Piskulich, Franko | 12434 Mimosa Lane, Riverside, CA 92503 | XVI | Becnel Law Firm, LLC |
| Williams, Kate | 4548 Ray Avenue, New Orleans, LA 70126 | XVI | Becnel Law Firm, LLC Hurricane Legal Centre |
| LeBlanc, Beatrice | 4510 Cerise Avenue New Orleans, LA 70127 | XVI | Bruno & Bruno |
| Thomas, Celeste | 4780 Demontlutin Street New Orleans, LA 70122 | XVI | Bruno & Bruno |
| Engler, Adam & Christi | 565 Country Road 8, Cullman AL 35057 | XVI | Collins & Horsley |
| Finley, Henry | 556 Leewood Lane, Birmingham, AL 35214 | XVI | Collins & Horsley |
| Hare, Ken | 32904 US Highway 231, Ashville AL 35953 | XVI | Collins & Horsley |
| D'Agostino, Guadalupe & Luis | 2944 Tiburon Boulevard East, Naples, FL 34109 | XVI | Colson, Hicks |
| Diazviana, Jose A. | 1503 Canton Avenue, Lehigh Acres, FL 33972 | XVI | Colson, Hicks |
| Gimpel, Nicholas | 12561 Oak Bend Drive, Ft. Myers, FL 33905 | XVI | Colson, Hicks |
| Mazzarri, Clara & Nerio Garcia | 10591 SW Sarah Way, Port St. Lucie, FL 34987 | XVI | Colson, Hicks |
| Montalvo, Samuel | 1133 Nelson Road North, Cape Coral, FL 33993 | XVI | Colson, Hicks |
| Schaper, Arthur | 8314 Sumner Ave., Ft. Myers, FL 33908 | XVI | Colson, Hicks |
| White, Kendlal and Rebecca | 15228 Styx River Road, Stapleton, AL 36578 | XVI | Danielle, Upton & Perry, P.C. |
| White, Robert and Wanda | 15982 Pecan View Drive, Loxley, AL 36551 | XVI | Danielle, Upton & Perry, P.C. |
| H. Harris Investments, Inc. | 4454 Nobility Court, Pace, FL 32571 | XVI | Don Barrett P.A. and Lovelace Law Firm |

Plaintiffs to be Dismiss from Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1395

(Omni XVI)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| H. Harris Investments, Inc. | 4461 Nobility Court, Pace, FL 32571 | XVI | Don Barrett P.A. and Lovelace Law Firm |
| H. Harris Investments, Inc. | 4462 Nobility Court, Pace, FL 32571 | XVI | Don Barrett P.A. and Lovelace Law Firm |
| H. Harris Investments, Inc. | 4495 Governors Street, Pace, FL 32571 | XVI | Don Barrett P.A. and Lovelace Law Firm |
| Krondenser Means Ratliff | 2320 Westgate Parkway, Gautier, MS 39553 | XVI | Don Barrett, PA  Lovelace Law Firm, PA |
| McCrory, Osizy and Margie | 4024 Rose Drive, Moss Point, MS 39563 | XVI | Don Barrett, PA  Lovelace Law Firm, PA |
| Alcon, Craig & Andrea | 160 Wild Timber Pkwy, Pelham, AL 35146 | XVI | Doyle Law Firm |
| Cassidy, Leo | 1017 East Harvard Street, Inverness, FL | XVI | Doyle Law Firm |
| Crowell, Barry | 1053 Little Sorrel Drive, Calera, AL 35040 | XVI | Doyle Law Firm |
| Franklin, Max | 1700 Tradition Way, Phenix City, AL 36867 | XVI | Doyle Law Firm |
| Franklin, Max | 1708 Tradition Court, Phenix City, AL 36867 | XVI | Doyle Law Firm |
| Franklin, Max | 1711 Tradition Court, Phenix City, AL 36867 | XVI | Doyle Law Firm |
| Franklin, Max | 1714 Tradition Way, Phenix City, AL 36867 | XVI | Doyle Law Firm |
| Franklin, Max | 1716 Tradition Way, Phenix City, AL 36867 | XVI | Doyle Law Firm |
| Franklin, Max | 1720 Tradition Way, Phenix City, AL 36867 | XVI | Doyle Law Firm |
| Franklin, Max | 1731 Tradition Way, Phenix City, AL 36867 | XVI | Doyle Law Firm |
| Franklin, Max | 1733 Tradition Way, Phenix City, AL 36867 | XVI | Doyle Law Firm |
| Gain, Michael | 2166 Timberline Drive, Calera, AL 35040 | XVI | Doyle Law Firm |
| Macon, David | 1177 Savannah Lane, Calera, AL 35040 | XVI | Doyle Law Firm |
| Merrill, Raymond and Josephine | 363 Highland View Drive, Birmingham, AL 35242 | XVI | Doyle Law Firm |
| Morris, Larry | 263 Chalybe Trail, Birmingham, AL 35226 | XVI | Doyle Law Firm |
| Norris, Jeff | 1032 Maryanna Road, Calera, AL 35040 | XVI | Doyle Law Firm |
| Shea, David | 5436 Creekside Lane, Birmingham, AL 35244 | XVI | Doyle Law Firm |
| Washington, Mary | 904 Woodbrook Road, Pinson, AL 35215 | XVI | Doyle Law Firm |
| Williams, Queen | 639 Union Street, Bay St. Louis, MS 35120 | XVI | Doyle Law Firm |
| Chambers, Cathy | 5724 Eastwood Drive, Moss Point, MS 39563 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Christopher, Camille | 60 Stonewall, Lot 158, Hattiesburg, MS 39402 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Conner, Hazel | 1114 College Street, Gulfport, MS 39507 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |

Plaintiffs to be Dismiss from Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1395
(Omni XVI)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Ominubus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Crawford, Pearlye W. | 720 Barkley Road, Hattiesburg, MS 39401 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Cuevas, Peaches | 12546 Loubouy Road, Pass Christian, MS 39571 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Gibson, Mary | 1405 2nd Street, Gulfport, MS 39501 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Gill, Gregory | 229 Sandy Street, Waveland, MS 39576 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Gines, John Douglas | 581 Roy Street, Biloxi, MS 39530 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Jackson, Antonio and Earleane | 912 Fairley Street, Hattiesburg, MS 39401 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Jackson, Regina | 1001 Cherry Street, Hattiesburg, MS 39441 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Jenkins, Allen | 198 Dubose Road, Hattiesburg, MS 39402 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Lewis, Jellest & Clara | 610 Herlihy Street, Waveland, MS 39576 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Mitteeder, Doug and Helga Kristina | 2527 Silver Run Road, Poplarville, MS 39470 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Robinson, Tanjaneia | 11405 Tumberry Avenue, Gulfport, MS 39503 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Schwarzauer, Sonya | 201 Latigo Loop, Summerall, MS 39482 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Smith, Charlene | 450 Church Avenue, Pass Christian, MS 39571 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Teague, Ted A. And Charlotte E. | 13021 Teague Road, Sauciet, MS 39574 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Tisdale, Mark | 11850 Highway Il, Lot B, Poplarville, MS 39470 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Woods, Judy | 350 Hunter Avenue, Christian, MS 39571 | XVI | Gentle, Turner, Sexton, Derosse & Harbison |
| Biglane, Billy | 151 Aimee Road, Ferriday, LA 71334 | XVI | Hawkins, Stracener & Gibson, PLLC |
| Reese, Virgil | 4419 Walter Street, Moss Point, MS 39563 | XVI | Hawkins, Stracener & Gibson, PLLC |
| Seals, Ralph | 21460 Fenton Dedeaux Road, Kiln, MS 39556 | XVI | Hawkins, Stracener & Gibson, PLLC |
| 5924 Airway, LLC SCAN, LLC | 5924 Airway Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |

**Plaintiffs to be Dismiss from Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1395 (Omni XVI)**

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Ominubus Complaint(s) Named on (-XIX) | Firm |
|---|---|---|---|
| 5931 Boeing, LLC J Serp, LLC | 5931 Boeing Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| 5932 Boeing, LLC Stephen Simmons | 5932 Boeing Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| 5948 Airway, LLC SCAN, LLC | 5948 Airway Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| 5949 Boeing, LLC Paul Simmons | 5949 Boeing Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| 5954 Airway, LLC SCAN, LLC | 5954 Airway Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| 6000 Boeing, LLC S Simm, LLC | 6000 Boeing Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| 6018 Airway, LLC SCAN, LLC | 6018 Airway Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| 6018 Boeing, LLC S Simm, LLC | 6018 Boeing Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| 6024 Airway, LLC S Simm, LLC | 6024 Airway Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| 6024 Boeing, LCL SSPS, LLC | 6024 Boeing Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| 6030 Airway, LLC SCAN, LLC | 6030 Airway Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| 6036 Boeing, LLC SSPS, LLC | 6036 Boeing Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| 6037 Boeing, LLC SSPS, LLC | 6037 Boeing Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| 6055 Boeing, LLC SSPS, LLC | 6055 Boeing Street, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| Boland Marine 4425 Cessna, LLC Joseph H. Serpas | 4425 Cessna Court, New Orleans, LA 70126 | XVI | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 3304 Daniel Drive, Violet, LA 70092 | XVI | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 4017 N Roman Street, New Orleans, LA 70117 | XVI | Herman, Herman & Katz |
| Carla Pritchett-Wale | 5814 Willow St., New Orleans, LA 70115 | XVI | Herman, Herman & Katz |
| Franklin, Charles | 2501 Elm Lawn Drive, Marrero, LA 70072 | XVI | Herman, Herman & Katz |
| Garnier, Wanda | 2108 Pauline Drive, New Orleans, LA 70117 | XVI | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 1839 Bartholomew Street - Dbl, , New Orleans, LA 70117 | XVI | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 1841 Bartholomew , , New Orleans, LA 70117Street - Dbl | XVI | Herman, Herman & Katz |
| New Orleans Area Habitat for Humanity, Inc. | 2448 N Prieur Street, , New Orleans, LA 70117 | XVI | Herman, Herman & Katz |
| Thomas, Heidi | 2628 Oklahoma Drive, Marrero, LA 70072 | XVI | Herman, Herman & Katz |
| Westchase Development, LLC | 1013 Manhattan Blvd., Harvey, LA 70058 | XVI | Herman, Herman & Katz |
| Quartararo, Joseph | 5813 Ruth Street, Metairie, LA 70003 | XVI | Herman, Herman & Katz |

**Plaintiffs to be Dismiss from Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1395 (Omni XVI)**

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Auger, Jerry and Susan | 507 Rimini Vista Way, Sun City Center, FL 33573 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Bailey, Robert and Anne | 1433 Emerald Dunes, Sun City Center, FL 33573 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Bo, Theresa | 1209 Peterborough Circle, Sun City Center, FL 33573 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Briscoe, Hopeton | 8186 Emerald, Parkland, FL 33076 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Burt, James and Janice | 2035 Sifield Greens Way, Sun City Center, FL 33573 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Capizola, Edith | 313 Cipriani Way, North Venice, FL 34275 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Chladny, Ray and Stafford, Debbie | 691 SW Estate Avnue, Port St. Lucie, FL 34952 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Cianfrini, Jerry | 9608 Kenley Court, Parkland, FL 33076 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Cohen, Yossef | 23 SE 3 Avenue, Hallandale Beach, FL 33009 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| DePompa, Angelo | 608 SW 147 Terrace, Pembroke Pines, FL 33027 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Dharamsey, Aziz Estate | 6840 Long Leaf Drive Parkland, FL 33076 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Dharamsey, Aziz Estate | 6830 Long Leaf Drive, Parkland, FL 33076 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Gillespie, Thomas | 1035 Fish Hook Cove, Bradenton, FL | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Glick, Brad | 6955 Long Leaf Dr., Parkland, FL 33076 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Goldblum, John and Asmita | 9707 Cinnamon Court, Parkland, FL 33076 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Grajales, Beatriz | 17894 Monte Vista Drive, Boca Raton, FL 33497 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Kasl, Paul and Melody | 828 King Leon Way, Sun City Center, FL 33573 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| McCarty, Terrence and Sandra | 531 Rimini Vista Way, Sun City Center, FL 33573 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |

Plaintiffs to be Dismiss from Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1395 (Omni XVI)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Neste, Dave | 6474 NW Volucia Drive, Port St. Lucie, FL 34953 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Onori, Paul | 1561 SW Chari Avenue, Port St. Lucie, FL 34953 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Price, Robert and Edith | 510 Rimini Vista Way, Sun City Center, FL 33573 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Raio, Joseph | 3216 NE 4th Street, Pompano Beach, FL 33062 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Shireli, Sudheer and Charu | 6878 Long Leaf Drive, Parkland, FL 33076 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Sisk, Robert and Suzanne | 521 Rimini Vista Way, Sun City Center, FL 33573 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Valentine, David and Donna | 346 Mestre Place, North Venice, FL 34275 | XVI | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Aceto, Anthony and Manevich, Ida | 201 Mestre Place, North Venice, FL 34275 | XVI | Krupnick, Campbell Malone |
| Fordham, Allen and Anissa | 925 SW 146 Terrace, Pembroke Pines, FL 33025 | XVI | Krupnick, Campbell Malone |
| Toscana II at Renaissance, Inc. | 409 E. College Avenue, Ruskin, FL 33570 | XVI | Krupnick, Campbell Malone |
| Acadia II Condo | 1906 Clubhouse Drive, Sun City Center, FL 33573 | XVI | Krupnick, Campbell Malone |
| Prescott, Scott | 7816 104 Court, Vero Beach, FL 32967 | XVI | Krupnick, Campbell Malone |
| Ocean Park | 3232 NE 4 Street, Pompano, FL | XVI | Krupnick, Campbell Malone |
| Meyer, Kirk and Lori | 101 White Heron Drive, Mandeville, LA 70471 | XVI | Lambert & Nelson, PLC |
| Dempster, Barry and Annette | 212 Matthew Drive, Des Allemands, LA 70030 | XVI | Lemmon Law Firm |
| Lakind, Alan and Linda | 2781 Eagle Road Circle, Unit 307, West Palm Beach, FL 33411 | XVI | Leopold-Kuvin, PA |
| Badon, Ive and Loraine | 418 S. Salcedo Street, New Orleans, LA 70119 | XVI | Martzell & Bickford |
| Herring, Homer | 29 Stamp Circle, Prentiss, MS 39474 | XVI | Matthews & Associates |
| Benson, Steven and Rhonda | 445 NE 355 Avenue, Old Town, FL 32680 | XVI | Morgan & Morgan |
| Clark, James | 6710 SW Miami Avenue, Arcadia, FL 34266 | XVI | Morgan & Morgan |
| Crocker, Sharon | 443 Alico Libby Road, Road, Babson Park, FL 33827 | XVI | Morgan & Morgan |
| Etienne, Frantz and Guirlaine | 5406 Hammock View Lane, Apolo Beach, FL 33572 | XVI | Morgan & Morgan |
| Eugene, Herbert and Antoinise | 2402 SW Garcia Avenue, Port St. Lucie, FL 33953 | XVI | Morgan & Morgan |

Plaintiffs to be Dismiss from Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1395
(Omni XVI)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Gomez, Ricardo and Maria | 1329 SW 6th Avenue, Cape Coral, FL 33993 | XVI | Morgan & Morgan |
| Jones, Frankie | 238 Victoria Avenue S., Lehigh Acres, FL 33974 | XVI | Morgan & Morgan |
| Lee, Kevin | 13712 Trinity Leaf Place, Riverview, FL 33579 | XVI | Morgan & Morgan |
| Maurice, Carmine and Emmani | 151 Pennfield, Lehigh Acres, FL 33974 | XVI | Morgan & Morgan |
| Mirakian, Samuel | 20345 Larino Loop, Estero, FL 33928 | XVI | Morgan & Morgan |
| Nutting, Julie | 3245 Reef Road Se, Palm Bay, FL 32909 | XVI | Morgan & Morgan |
| Ravelo, Xiomara | 1010 NE 12th Terrace, Cape Coral, FL 33909 | XVI | Morgan & Morgan |
| Rekhels, Alexander and Irina | 1344 SW Sultan Drive, Port St. Lucie, FL 34953 | XVI | Morgan & Morgan |
| Santos, Manuel and Judith | 3175 Tucker Avenue, St. Cloud, FL 34772 | XVI | Morgan & Morgan |
| Savarese, Michael | 10836 Tiberio Drive, Fort Myers, FL 33913 | XVI | Morgan & Morgan |
| Vega, Irene | 2604 70th Street W, Lehigh Acres, FL 33971 | XVI | Morgan & Morgan |
| Ward, Theotis | 11507 Summer Bird Court, Jacksonville, FL 32221 | XVI | Morgan & Morgan |
| Yost, Richard and Judith | 10838 Tiberio Drive, Fort Myers, FL 33913 | XVI | Morgan & Morgan |
| Young, Mike | 740 Alabama Road South, Lehigh Acres, FL 33936 | XVI | Morgan & Morgan |
| Young, Mike | 742 Alabama Road South, Lehigh Acres, FL 33936 | XVI | Morgan & Morgan |
| Young, Mike | 743 Alabama Road South, Lehigh Acres, FL 33936 | XVI | Morgan & Morgan |
| Kallio, Gary and Jennifer | 360 Cape Harbour Loop, Unit 104, Bradenton, FL 34212 | XVI | Norton, Hammersley, Lopez & Skokos, P.A. James, Hoyer, Newcomer & Smiljanich, P.A. |
| Martin, Linda J. | 161 Medici Terrace, North Venice, FL 34275 | XVI | Norton, Hammersley, Lopez & Skokos, PA |
| Brito, Nelson | 2574 Sea Wind Way, Clearwater, FL 33763 | XVI | Parker Waichman Alonso, LLP |
| Cricco, Carl and Kimberly | 844 SW 17th Street, Cape Coral, FL 33991 | XVI | Parker Waichman Alonso, LLP |
| Davis, Susan M. | 117 Marina Lane, Satsuma, FL 32189 | XVI | Parker Waichman Alonso, LLP |
| Gainey, Dale and Carolyn | 1640 Golden Gate Blvd, Naples, FL 34120 | XVI | Parker Waichman Alonso, LLP |
| Gutierezz, Liset | 2100 Della Drive, Naples, FL 34117 | XVI | Parker Waichman Alonso, LLP |
| Hesbeens, Timothy | 506 Wheaton Trent Place, Tampa, FL 33619 | XVI | Parker Waichman Alonso, LLP |
| Hwu, Michele | 21 Southwest 22nd Avenue, Cape Coral, FL 33991 | XVI | Parker Waichman Alonso, LLP |

Plaintiffs to be Dismiss from Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1395
(Omni XVI)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnubus Complaint(s) Named on (1-XIX) | Firm |
|---|---|---|---|
| Kavanaugh, Daniel and Phyllis | 10480 Southwest Stephanie Way Unit 105, Port St. Lucie, FL 34987 | XVI | Parker Waichman Alonso, LLP |
| Mendez, Jose and Sonia | 1421 North East 12th Avenue, Cape Coral, FL 33909 | XVI | Parker Waichman Alonso, LLP |
| Mercedes, William and Carmen | 845 SW 17th Street, Cape Coral, FL 33991 | XVI | Parker Waichman Alonso, LLP |
| Pelak, Paul and Michele | 4561 1st Avenue SW, Naples, FL 34119 | XVI | Parker Waichman Alonso, LLP |
| Robinson, Dane and Patricia | 630 SW 147 Terrace, Pembroke Pines, FL 33027 | XVI | Parker Waichman Alonso, LLP |
| Santiago, Jose and Yasuany | 1424 North East 14th Street, Cape Coral, FL 33909 | XVI | Parker Waichman Alonso, LLP |
| Uttaro, Francis and Christine | 5217 Athens Way, Venice, FL 34293 | XVI | Parker Waichman Alonso, LLP |
| Mohammed & Shawana Al-Burkat | 1501 Tawny Marsh St., Saint Augustine, FL 32092 | XVI | Reich & Binstock |
| Baxter, Mavis, Joseph and Lillian | 17335 35th Place, Loxahatchee, FL 33470 | XVI | Seeger Weiss |
| Haynes, Christine | 881 Jackson Street, Elmore, AL 36025 | XVI | Seeger Weiss |
| Pruitt, Sharhonda | 3412 Highway 77 East, Atlanta, GA 75551 | XVI | Seeger Weiss |
| Butler, Mary | 2100 Constantine Drive, Marrero, LA 70072 | XVI | Seeger Weiss, LLP |
| Nelton, Mary | 2101 Palmetto, Chalmette, LA 70043 | XVI | Sidney Torres |
| Anderson, John and Shawnree | 601 Autumn Wind Lane, Mandeville, LA 70471 | XVI | Thornhill Law Firm |
| Jackson, Ronald | 149 Partridge Street, Lehigh Acres, FL 33974 | XVI | Viles and Beckman |
| Baron, Allen | 1660 Renaissance Commons Blvd., Unit 2407, Boynton Beach, FL 33426 | XVI | Whitfield, Bryson & Mason, LLP |
| Carbone, Vincent and Kathleen | 20271 Chapel Trace, Estero, FL 33928 | XVI | Whitfield, Bryson & Mason, LLP |
| Copello, Victor and Pamela | 1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL 33426 | XVI | Whitfield, Bryson & Mason, LLP |
| Duke, Barry and Marlene | 20241 Chapel Trace, Estero, FL 33928 | XVI | Whitfield, Bryson & Mason, LLP |
| Kazakov, Sergey and Kazakova, Alexandra | 1307 Glenn Avenue, Lehigh Acres, FL 33972 | XVI | Whitfield, Bryson & Mason, LLP |
| L&L South Florida Realty, LLC | 1660 Renaissance Commons Blvd., Unit 2512, Boynton Beach, FL 33426 | XVI | Whitfield, Bryson & Mason, LLP |
| Medley, Walter V. and Leeaudis C. | 6316 Pt. Porteaux Road, Ocean Springs, MS 39564 | XVI | Whitfield, Bryson & Mason, LLP |
| Stock, Amir and Bella | 1660 Renaissance Commons Blvd., Unit 2130, Boynton Beach, FL 33426 | XVI | Whitfield, Bryson & Mason, LLP |

Plaintiffs to be Dismiss from Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Civ. Action No. 11-1395
(Omni XVI)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnubus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Wood, John and Beatrice | 1660 Renaissance Commons Blvd., Unit 2214, Boynton Beach, FL 33426 | XVI | Whitfield, Bryson & Mason, LLP |
| Yasinski, Joseph and Barbara | 1660 Renaissance Commons Blvd., Unit 2302, Boynton Beach, FL 33426 | XVI | Whitfield, Bryson & Mason, LLP |