UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047<br>:<br>: SECTION L<br>:<br>: JUDGE FALLON<br>: MAGISTRATE JUDGE<br>: WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Jeff Lightsey.

**IT IS ORDERED** that the attached correspondence be entered into the record.

To begin, the Court apologizes for the difficulties claimants are encountering regarding the call-in line to the monthly status conferences. The Court is working with AT&T to try and fix the situation.

Additionally, the Court has updated the Chinese drywall website to include transcripts from the monthly status conferences, which occurred in November and December of 2015 and January of 2016. There is some delay in obtaining the transcripts but the Court will pay closer attention to the upkeep of the website in the future.

Finally, with regard to the Claimant's concern that "Taishan is trying to use FSIA as a means to elude responsibility," the Court takes this opportunity to clarify the current status of the litigation. One of the Defendants, CNBM Group, filed a motion to be dismissed from the lawsuit pursuant to the Foreign Sovereign Immunities Act. That motion was heard before the Court on December 8, 2015 and the transcript from that hearing is available on the Court's drywall website at http://www.laed.uscourts.gov/Drywall/Calendar.htm. The Court will be issuing an Order & Reasons regarding that hearing and, once that Order & Reasons is issued, it will be

1

added to the Court's drywall website. That said, the FSIA motion concerned *only* CNBM Group and will not have any effect on Taishan's standing in the litigation.

      New Orleans, Louisiana, this 11th day of March, 2016.

                                                                           UNITED STATES DISTRICT JUDGE

Cc:
Jeffrey Lightsey
393 Deer Ridge Lane
Chelsea, AL 35043