February 5, 2016



Jeffrey Lightsey
393 Deer Ridge Ln
Chelsea, AL 35043

Hon. Eldon Fallon
United States District Court
Eastern District of Lousiana
500 Poydras St, Room C456
New Orleans, LA 70130

Honorable Judge Fallon,

Our home was built in 2005 and in 2007 we unknowingly purchased defective Chinese sheetrock to finish approximately 860 square feet of our basement. Since that time, like so many other victims in this case, we have had to replace our HVAC systems several times, went through countless TV's, DVR's, computers, and appliances. Our light switches and outlets are constantly failing, as well numerous unexplained health issues all before we actually determined this was being caused by the sheetrock we had purchased from a local building supply store. This product has negatively impacted my whole family's lives. One of the rooms we finished downstairs was for my son who had plans of becoming a U.S. Marine. He received a medical discharge from Parris Island just 2 months after joining the Marine Corps due, in part, to the fact that his childhood asthma returned after being dormant for more than a decade. While I can't prove this, it is my opinion that this was caused by his exposure to the defective sheetrock we used for our project.

We retained an attorney after hearing about the CDW issue from several neighbors and their issues in April of 2011 and have been waiting for resolution ever since. The homes affected in the neighborhoods around us were built entirely with Knauf sheetrock and all have since been remediated. Our attorney determined the sheetrock I purchased was made by Taishan (Taihe?) – and most shocking of all, we learned, the Peoples Republic of China.

For the last couple of years I have been following the 5th Circuit's website for the MDL-2047 Chinese-manufactured drywall litigation and listening to the status conferences since our attorney provided us with this information. I am pleased that the Court allows us to listen in on the conference calls and review the transcripts online since so many of us unable to attend the meetings. We are literally at the mercy of the court to help us to remediate and rid ourselves once and for all of this toxic material in our home.

My wife and I are concerned because many times the conference calls are cut off so we have to rely on the transcripts on the website for updates. The last transcript posted for a conference meeting was from August 2015, which leaves us with a six month period of no status updates that we can review. The December motion hearing was posted but that has been the last information we have been able to obtain online. The audio on the conference calls can be somewhat difficult to understand at times, and sometimes the calls discontinue altogether after you take a break. We're left to wonder if the

hearing/conference call is over, someone forgot to resume the call, or if the remainder of the hearing is confidential in nature.

What I have gleaned from these meetings is that the Taishan (aka the Peoples Republic of China) is trying to use FISA as a means to elude responsibility for selling a defective product that has negatively impacted so many of us in the United States. I have written to my Congressmen and State Representatives to challenge the Secretary of State, John Kerry's decision to not hold these companies responsible.

I appreciate how you have handled the proceedings thus far – holding all parties accountable within the limits of the current laws. I would appreciate your help in making sure that all non-confidential transcripts from meetings and hearings are posted as soon as possible once they are concluded and the tele-conference availability is improved upon.

Most Sincerely,

Jeff Lightsey