UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Joanne LeClair.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that a representative from the Plaintiffs' Steering Committee contact Lead Contractor Moss & Associates and report back to the Court regarding this matter.

New Orleans, Louisiana, this 11th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

Cc:
Joanne LeClair
5512 Moss Hills
Rosharon, TX 77583

1