UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Civ. Action No. 10-361 (Eduardo and Carmen Amorin, et al.)(Omni II(B)) | |

## ORDER

Upon consideration of The Plaintiffs' Steering Committee's Motion to Dismiss Plaintiffs' Claims, it is hereby ORDERED that the Motion is GRANTED. Those plaintiffs with claims against Taishan Gypsum Co., Ltd., Beijing New Building Materials Public Limited Company ("BNBM" or "BNBM PLC"), Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"), China National Building Material Group Corporation ("CNBM Group"), China National Building Material Co., Ltd. ("CNBM") in Omni II(B) listed on Exhibit A (attached hereto) shall be dismissed.

New Orleans, Louisiana, this 17th day of March, 2016.

_____
Eldon E. Fallon
United States District Court Judge

1

# EXHIBIT A

Plaintiffs to be Dismissed from Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al., Civ. Action No. 10-361 (Eduardo and Carmen Amorin, et. al.)(Omni II(B))

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnubus Complaint(s) Named on (-XIX) | Firm |
|---|---|---|---|
| Chaves, Javier and Alcantara, Raquel | 11807 Autumn Creek Drive, Riverview, FL 33569 | II(B) | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Associations | 240 W. End Avenue, Unit 811, Punta Gorda, FL 33950 | II(B) | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Gimpel, Nicholas | 12561 Oak Bend Drive, Ft. Myers, FL 33905 | II(B) | Colson, Hicks |
| Kazakov, Sergey and Kazakova, Alexandra | 1307 Glenn Avenue, Lehigh Acres, FL 33972 | II(B) | Whitfield, Bryson & Mason, LLP |