## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO:**

***Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action No. 12-0498 (Omni XIII)**

## ORDER

Upon consideration of The Plaintiffs' Steering Committee's  Motion to Dismiss Plaintiffs' Claims, it is hereby ORDERED that the Motion is GRANTED.  Those plaintiffs with claims against Taishan Gypsum Co., Ltd., Beijing New Building Materials Public Limited Company ("BNBM" or "BNBM PLC"), Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"), China National Building Material Group Corporation ("CNBM Group"), China National Building Material Co., Ltd. ("CNBM") in Omni XIII listed on Exhibit A (attached hereto) shall be dismissed.

New Orleans, Louisiana, this <u>17th</u> day of _____ March _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge

# EXHIBIT A

**Plaintiffs to be Dismiss from Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al., Civ. Action. 12-0498**

**(Omni XIII)**

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Ommibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Luna Ocean Residences Condominium Association, Inc. | 704 N. Ocean Blvd, Unit 804, Pompano Beach, FL 33062 | XIII | Allison Grant, P.A. |
| Cobblestone on the Lake Master Association, Inc. | 7385 4385 Cortina Circle Units 129, Ft. Myers, FL 33916 | XIII | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 1121, Punta Gorda, FL 33950 | XIII | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 113, Punta Gorda, FL 33950 | XIII | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 1413, Punta Gorda, FL 33950 | XIII | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 221, Punta Gorda, FL 33950 | XIII | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 422, Punta Gorda, FL 33950 | XIII | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Magdalena Gardens Condo Association | 240 W. End Avenue Unit 821, Punta Gorda, FL 33950 | XIII | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Peace Harbor Condominium Association, Inc. | 900 E. Marion Avenue Unit 1202, Punta Gorda, FL 33950 | XIII | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Peace Harbor Condominium Association, Inc. | 900 E. Marion Avenue Unit 1204, Punta Gorda, FL 33950 | XIII | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Peace Harbor Condominium Association, Inc. | 900 E. Marion Avenue Unit 1403, Punta Gorda, FL 33950 | XIII | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| Spires, Scott | 208 Nichols Street, Blackshear, GA 31516 | XIII | Baron and Budd |
| Case, Ronald | 240 West End Drive, Unit 521, Punta Gorda FL 33950 | XIII | Baron and Budd |
| Cobblestone of the Lake Master Association, Inc. | 4333 Bellaria Way (building 5) Ft. Myers, FL 33916 | XIII | Baron and Budd |
| Cobblestone of the Lake Master Association, Inc. | 4411 Cortina Circle (building 6) Ft. Myers, FL 33916 | XIII | Baron and Budd |
| Feld, Alan | 13506 Citrus Creek Court, Fort Myers, FL 33905 | XIII | Baron and Budd |
| Helper, Dennis | 10560 Stephanie Way, Unit 105, Port St. Lucie, FL 34987 | XIII | Baron and Budd |
| Licata, Dominic | 1710 N.E. 6th Street, Boynton Beach, FL 33435 | XIII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 112, Punta Gorda FL 33950 | XIII | Baron and Budd |

**Plaintiffs to be Dismiss from Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al., Civ. Action. 12-0498**

**(Omni XIII)**

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 121, Punta Gorda FL 33950 | XIII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 223, Punta Gorda FL 33950 | XIII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 423, Punta Gorda FL 33950 | XIII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 521, Punta Gorda FL 33950 | XIII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 1123, Punta Gorda FL 33950 | XIII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 1222, Punta Gorda FL 33950 | XIII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 122, Punta Gorda FL 33950 | XIII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 522, Punta Gorda FL 33950 | XIII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 622, Punta Gorda FL 33950 | XIII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 623, Punta Gorda FL 33950 | XIII | Baron and Budd |
| Magdalena Gardens Condominium Association, Inc. | 240 West End Drive, Unit 1211, Punta Gorda FL 33950 | XIII | Baron and Budd |
| Rezny, Brian | 214 Shadroe Cove Circle, Unit 102, Cape Coral, FL 33991 | XIII | Baron and Budd |
| San Lorenzo Condominium Associatoin, Inc. | 219 N.W. 12th Avenue, Unit C-5, Miami, FL 33139 | XIII | Baron and Budd |
| Williams, Betty | 2940 Hollygrove, New Orleans, LA 70118 | XIII | Barrios Kingsdorf Cateix |
| H. Harris Investments, Inc. | 4454 Nobility Court, Pace, FL 32571 | XIII | Don Barrett P.A. and Lovelace Law Firm |
| H. Harris Investments, Inc. | 4461 Nobility Court, Pace, FL 32571 | XIII | Don Barrett P.A. and Lovelace Law Firm |
| H. Harris Investments, Inc. | 4462 Nobility Court, Pace, FL 32571 | XIII | Don Barrett P.A. and Lovelace Law Firm |
| H. Harris Investments, Inc. | 4495 Governors Street, Pace, FL 32571 | XIII | Don Barrett P.A. and Lovelace Law Firm |
| Seals, Ralph | 21460 Fenton Dedeaux Road, Kiln, MS 39556 | XIII | Hawkins, Stracener & Gibson, PLLC |
| 5924 Airway, LLC SCAN, LLC | 5924 Airway Street, New Orleans, LA 70126 | XIII | Herman, Herman & Katz |
| 5931 Boeing, LLC J Serp, LLC | 5931 Boeing Street, New Orleans, LA 70126 | XIII | Herman, Herman & Katz |
| 5932 Boeing, LLC Stephen Simmons | 5932 Boeing Street, New Orleans, LA 70126 | XIII | Herman, Herman & Katz |

Plaintiffs to be Dismiss from Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al., Civ. Action. 12-0498

(Omni XIII)

| Name of Property Owner(s) | Address of CDW Property (include city, state and zip code) | Omnibus Complaint(s) Named on (I-XIX) | Firm |
|---|---|---|---|
| 5948 Airway, LLC SCAN, LLC | 5948 Airway Street, New Orleans, LA  70126 | XIII | Herman, Herman & Katz |
| 5949 Boeing, LLC Paul Simmons | 5949 Boeing Street, New Orleans, LA  70126 | XIII | Herman, Herman & Katz |
| 5954 Airway, LLC SCAN, LLC | 5954 Airway Street, New Orleans, LA  70126 | XIII | Herman, Herman & Katz |
| 6000 Boeing, LLC S Simm, LLC | 6000 Boeing Street, New Orleans, LA  70126 | XIII | Herman, Herman & Katz |
| 6018 Airway, LLC SCAN, LLC | 6018 Airway Street, New Orleans, LA  70126 | XIII | Herman, Herman & Katz |
| 6018 Boeing, LLC S Simm, LLC | 6018 Boeing Street, New Orleans, LA  70126 | XIII | Herman, Herman & Katz |
| 6024 Airway, LLC S Simm, LLC | 6024 Airway Street, New Orleans, LA  70126 | XIII | Herman, Herman & Katz |
| 6024 Boeing, LCL SSPS, LLC | 6024 Boeing Street, New Orleans, LA  70126 | XIII | Herman, Herman & Katz |
| 6030 Airway, LLC SCAN, LLC | 6030 Airway Street, New Orleans, LA  70126 | XIII | Herman, Herman & Katz |
| 6036 Boeing, LLC SSPS, LLC | 6036 Boeing Street, New Orleans, LA  70126 | XIII | Herman, Herman & Katz |
| 6037 Boeing, LLC SSPS, LLC | 6037 Boeing Street, New Orleans, LA  70126 | XIII | Herman, Herman & Katz |
| 6055 Boeing, LLC SSPS, LLC | 6055 Boeing Street, New Orleans, LA  70126 | XIII | Herman, Herman & Katz |
| Boland Marine 4425 Cessna, LLC Joseph H. Serpas | 4425 Cessna Court, New Orleans, LA  70126 | XIII | Herman, Herman & Katz |
| Glick, Brad | 6955 Long Leaf Dr., Parkland, FL 33076 | XIII | Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. |
| Aceto, Anthony and Manevich, Ida | 201 Mestre Place , North Venice, FL  34275 | XIII | Krupnick, Campbell Malone |