UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Deposit of Additional Settlement Funds by the Knauf Defendants;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Knauf Defendants are directed to deposit the amount of $13,592,762.95 into the Knauf QSF Attorney Fee Account.

New Orleans, Louisiana, this 17th day of March, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE