UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:**

Sean Payton, et al. v. Knauf Gips, et al.
2:09-cv-07628-EEF-JCW

Kenneth Wiltz, et al. v. Beijing New Building
Materials Public Limited Co. et.al
2:10-cv-00361-EEF-JCW (E.D. L.a.)

Joyce W. Rogers, et al. v. Knauf Gips, et al.
2:10-cv-00362-EEF-JCW

Gross, et al. v. Knauf Gips KG, et al.
2:09-cv-06690-EEF-JCW

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE

Being subject to the requirements of Pretrial Order No. 1(l), dated January 24, 2012, The Lambert Firm, PLC, hereby gives notice of their intention to dispose of physical evidence that they were previously preserving pursuant to the requirements of Pretrial Order No. 1B for the following claims:

| PLAINTIFF(S) | AFFECTED PROPERTY | ORIGINAL CASE FILING |
|---|---|---|
| Tammy Banner | 106 Aycock Street<br>Arabi, LA 70032 | 2:09-cv-06690-EEF-JCW |
| Nicholas & Ashley Boudreaux | 129 Kips Court<br>Houma, LA 70364 | 2:09-cv-07628-EEF-JCW |
| Deborah & Jason Galloway | 80050 Mae Fussell Road<br>Covington, LA 70435 | 2:09-cv-07628-EEF-JCW |
| Cindy Carroll | 1220 Magnolia Alley<br>Mandeville, LA 70471 | 2:10-cv-00361-EEF-JCW |
| Molly Kehoe | 1211 Magnolia Alley<br>Mandeville, LA 70471 | 2:09-cv-07628-EEF-JCW |

| Dan Gammage | 1210 Magnolia Alley Mandeville, LA 70471 | 2:09-cv-07628-EEF-JCW |
|---|---|---|
| Amy Guidry | 100 Mary Kate Court Montz, LA 70068 | 2:09-cv-07628-EEF-JCW |
| Tina Donahoe | 106 Mary Kate Court Montz, LA 70068 | 2:10-cv-00362-EEF-JCW |
| Jason Goldin | 12207 Preservation Drive Gulfport, MS 39503 | 2:09-cv-07628-EEF-JCW |

Any person or entity wishing to inspect their physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to the above-mentioned Plaintiffs by contacting: Cayce C. Peterson by telephone at (504) 581-1750 or by email at cpeterson@thelambertfirm.com . Upon the expiration of the thirty (30) day period, the above mentioned Plaintiffs may dispose of such physical evidence.

Dated: March 18, 2016

                                        Respectfully submitted,

                                          /s/ Hugh P. Lambert, Esq.  
                                        HUGH P. LAMBERT, T.A., (LA Bar #7933)  
                                        CAYCE C. PETERSON, ESQ. (LA Bar #32217)  
                                        701 Magazine Street  
                                        New Orleans, LA 70130  
                                        Telephone: (504) 581-1750  
                                        Facsimile: (504) 529-2931  
                                        hlambert@thelambertfirm.com  
                                        *Counsel for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Objection has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of March, 2016.

      Respectfully submitted:

      */s/ Hugh P. Lambert, Esq.*
      HUGH P. LAMBERT, ESQ. (LA Bar #7933)

      *Counsel for Plaintiff*