UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Currently pending before the Court are numerous appeals from Special Master Awards. (R. Docs. 20098-100, 20103-08, 20111-114, 20116-129, 20122-34, 20136-137, 20139-141). The Court expects additional appeals will be filed in the coming weeks.

**IT IS ORDERED** that the Court will hear *all* the appeals from Special Master Awards on May 5, 2016 at 9:00 a.m.[1]

**IT IS FURTHER ORDERED** that any party who wishes to respond to these appeals do so on or before Friday, April 15, 2016.

**IT IS FURTHER ORDERED** that any party who wishes to have oral argument regarding an appeal, please alert the Court via fax (504) 589-6966 on or before April 15, 2016.[2]

**IT IS FURTHER ORDERED** that any party who wishes to participate in oral argument by phone, please contact the drywall clerk, Eliza Meltzer, at (504) 589-7545 on Monday May 2, 2016 to receive instructions for how to participate by phone.

New Orleans, Louisiana, this 22nd day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

---

[1] This hearing was previously scheduled for April 26, 2016 following the April Monthly Status Conference.
[2] The Court notes that oral argument has already been requested and granted for several appeals.

1