UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILTY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:  ALL CASES | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF SPECIAL MASTER AWARD AND REQUEST FOR ORAL ARGUMENT**

**COMES NOW** Plaintiff, Mirtha Arias, Claimant ID No.: 102336, by and through undersigned counsel, and hereby files this Motion for Reconsideration of Special Master's, Opinion and Decree, and as grounds for this response states:

On March 11, 2016, Special Master, entered a Final Determination of $80,526.49 for the claimant listed above.  This Claimant, has suffered severe economic damages; and an award of $80,526.49 is unjust.  The Claimant paid $143,000.00 as a down payment, but during that period found out the property contained defective Chinese drywall.  The Claimant has lost over $111,600.00 in income and has been unable to rent the home.

Accordingly, were it not for the presence of the defective, Chinese drywall, Claimant would have been able to rent the home.

**WHEREFORE**, the Plaintiffs respectfully move this Honorable Court for the entry of an Order granting their motion for reconsideration and respectfully requests oral argument on Plaintiff's Motion for Reconsideration of the Special Master Award, on May 5, 2016 at 9:00

**Roberts & Durkee, P.A.**
**Offices at Grand Bay Plaza, 2665 South Bayshore Drive, Suite 300, Coconut Grove, Florida 33133**

A.M. (central time), or at a time set by this court so as to more fully address any questions the court may have concerning Plaintiff's Motion for Reconsideration.

          Respectfully submitted,

          */s/ C. David Durkee, Esq*.
          ROBERTS & DURKEE, P.A.
          OFFICES AT GRAND BAY PLAZA
          2665 S. Bayshore Drive, Suite 300
          Coconut Grove, FL  33133
          Phone:  (305) 442-1700
          Fax:  (305) 442-2559
          durkee@rdlawnet.com
          *Counsel for Individual Plaintiffs*

          And-

          Mark Milstein, Esq.
          Allison R. Willett, Esq.
          MILSTEIN ADELMAN, LLP
          2800 Donald Douglas Loop North
          Santa Monica, CA  90405
          Phone:  (310) 396-9600
          Fax:  (310) 396-9635
          *Counsel for Individual Plaintiffs*

Dated: March 24, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been electronically filed with the Clerk of Court of the United Sates Court for the Eastern District on this 14th day of March 2016.

By: */s/ C. David Durkee*
C. David Durkee