UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
: WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Elouise Fredericks.

**IT IS ORDERED** that the attached correspondence be entered into the record UNDER SEAL.

Despite the fact that it is untimely, **IT IS FURTHER ORDERED** that the attached correspondence is and hereby be considered as an objection to the Special Master's Final Determination of $0.00 for Ms. Frederick's bodily injury claim.

New Orleans, Louisiana, this 23rd day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

Cc:
Elouise Fredericks
PO Bpx 6723
Gulfport, MS 39506

1