UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
: WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Louis Perez.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Mr. Perez's attorney, Mr. James Robert Reeves, review the attached correspondence and, on or before April 4, 2016, respond to this Court regarding the issues presented by Mr. Perez.

New Orleans, Louisiana, this 18th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

Cc:
Louis E. Perez
#18 Deloaks Dr.
Madisonville, LA 70447

James Robert Reeves
160 Main Street
Biloxi, MS 39530

Leonard Davis
820 O'Keefe Avenue
New Orleans, LA 70113

1