**Louis E, Perez**
**# 18 Deloaks Dr.**
**Madisonville, LA 70447**
**PH # 985-845-2434**

March 17, 2016

Judge Eldon E. Fallon
500 Poydras Street
Room C-456
New Orleans, Louisiana 70130

Reference: Eliza Meltzer
Case: MDL-2047

Honorable Judge Eldon E. Fallon,

I spoke to your clerk, Eliza Meltzer on March 9, 2016 concerning claims I have in this matter. I am represented by:

James Robert Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630

You suggested that I contact my attorney again along with:

Chinese Drywall Settlement
Administrator
P.O. Box 25401
Richmond, Virginia 23260

I have done as you suggested with no satisfaction. During a phone conference with Mr. Reeves on March 15th at 3:00pm I was informed that his office had in fact lost my files due to my name and address being similar to another claim. My blind 95 year old Dad and myself. I have power of attorney for my Father.

Louis E. Perez Sr.
166 Felicity St.
Bay St. Louis, Ms 39520

Louis E. Perez Sr.
168 Felicity St
Bay St. Louis, Ms 39520

Louis E. Perez Jr.
170 Felicity St.
Bay St. Louis, Ms 39520

Louis E. Perez Jr.
172 Felicity St.
Bay St. Louis, Ms 39520

Mr. Reeves stated that his staff had medical issues, resulting in a change of staff. His staff miss-filed documents that were hand delivered to his office, of which I have signed receipts that they did in fact receive all supporting documents in a timely manner for miscellaneous claims and Lost Rent claims.

I would NOT receive any additional Settlement offers as the time limit has passed. He would see "What he could do after he reviews files". It would only benefit him to find some "problem" as he does not wish to file claim for "Errors and Omission" with his insurance company. Any payments would come out of his own funds.

I would like the court to order a Mediator to resolve this issue.

All four properties claims, for Remediation and Cash out have been filed and paid. All four properties have in fact been remediated.

166 & 168 Felicity claims for lost rent for (3) months have been paid. 168 Felicity claims for miscellaneous repairs capped (2,500.00) has been paid.

166 Felicity claim for miscellaneous repairs (2,496.23) Not paid. This is the point where all communication with Mr. Reeves office failed.

170 & 172 Felicity claims for lost rent and miscellaneous repairs. No offer received. File misplaced.

Following this letter I am sending a recap of my conversation with Mr. Reeves and e-mails to his staff. Once again I would like the Court to intercede on my behalf, as I don't wish to enter additional litigation with my attorney.

Sincerely,

Louis E. Perez Jr.

Print Close

# FW: MDL-2047...... UP-Dated

From: **louis perez** (madldmc@msn.com)
Sent: Thu 3/17/16 10:29 AM
To: Louis Perez (lep_mhp@hotmail.com); louis perez (madldmc@msn.com)

---

From: madldmc@msn.com
To: jms@rmlawcall.com; jrr@rmlawcall.com; madldmc@msn.com
Subject: FW: MDL-2047...... UP-Dated
Date: Wed, 29 Jul 2015 15:55:38 -0500

Attn: Karen Kuhn,

Please find original e-mail to Jim and Jennie. Below this note.

**166 Felicity**

Appeal to Special Master repairs 2,496.23

**168 Felicity**

Lost rent offer, accepted and paid 00.00
Miscellaneous repairs offer 2,500.00
Approved by Special Master repairs 2,500.00
Capped. Waiting on payment.

**170 Felicity**

**172 Felicity**

**These Properties no change.**

**http://www.laed.uscourts.gov/drywall/BG_Status_Report_7.14.15_ppt%20final.pdf**

Were are are these two properties in the mix?

Thanks,

Louis Perez

---

From: madldmc@msn.com
To: jrr@rmlawcall.com; jms@rmlawcall.com; madldmc@msn.com
Subject: MDL-2047......
Date: Tue, 23 Jun 2015 11:26:30 -0500

Jim Reeves and Jennie Shaw,

Just finished listening to the hearing today in above referenced case. Also, reviewed the May 20th presentation of " Chinese Drywall Settlement Administrator", Brown Greer, specifically pages 5,6 and 7. It appears that virtually all offers have been tendered. Additionally, reviewed e-mail correspondence and phone notes. My notes and understanding is reflected below, please let me know if in fact this is correct.

**166 Felicity**

Lost rent offer, accepted and paid 2,100.00
Miscellaneous repairs offer 179.76
Appeal to Special Master repairs 2,496.23

**168 Felicity**

Lost rent offer, accepted and paid 00.00
Miscellaneous repairs offer 00.00
Appeal to Special Master repairs 2,500.00
Capped. Paid invoice submitted
2,730.64 on 5-19-15

**170 Felicity**

Lost rent offer, accepted and paid 00.00
Miscellaneous repairs offer 00.00
Appeal to Special Master repairs 2,500.00
Capped. Paid invoice submitted
3,131.89 on 5-19-15

(6) Months lost rent, terminated lease early after receiving letter drafted by Jim notifying them of Chinese Drywall.
Letter dated November 4, 2009 tenant moved out end of December . Six months remaining on lease.
Damage deposit returned.
6 X 875.00 = 5,250.00

Lease dated 2-08-2011 for one year ending 3-14-2012 at a rate of 700.00 per month. this lease cancelled and moved to 166 Felicity, due to the city not allowing power to be turned on because of "Chinese Drywall", even with Jim interceding with the Chief Building Official, Ronald Jones.

12 X 700.00 = 8,400.00

Jennie, you conveyed to me that Jim was handling this claim. Please give an up date as I have received nothing from the "Settlement Administrator".
I assume that he is appealing to the "Special Master" since theses losses were directly attributed to the "Knauf" drywall and they exceed the court imposed cap.

**172 Felicity**

| | |
|---|---|
| Lost rent offer, accepted and paid | 00.00 |
| Miscellaneous repairs offer | 00.00 |
| Appeal to Special Master repairs | 2,500.00 |
| Capped. Paid invoice submitted | |
| 3,143.09 on 5-19-15 | |

(6) Months lost rent, terminated lease early after receiving letter drafted by Jim notifying them of Chinese Drywall.
Letter dated November 4, 2009 tenant moved out end of December . Six months remaining on lease.
Damage deposit returned.
6 X 875.00 = 5,250.00

Jennie, you conveyed to me that Jim was handling this claim. Please give an up date as I have received nothing from the "Settlement Administrator".
I assume that he is appealing to the "Special Master" since theses losses were directly attributed to the "Knauf" drywall and they exceed the court imposed cap.

**Total for 170 and 172:**

| | |
|---|---|
| Lost rent | 18,900.00 |
| Miscellaneous repairs | 5,000.00 |

Jennie, I'll be happy to supply copies of the "Tenant Notification Letter" that Jim had drafted which was in turn sent to the tenents of 170 and 172. Also, I can suppy the lettter to Chief Building Official, Ronald Jones that Jim had written trying to get power to 170 in a timely manner, he was successful after the lease was already moved to 166 Felicity and I indemnified the City of Bay St. Louis against any damages.

If you don't already have these three lease I will be happy to send copies to you.

Respectfully,


Louis Perez Jr.

Print Close

# FW: Referred by Judge Fallon...........

From: **louis perez** (madldmc@msn.com)
Sent: Thu 3/17/16 10:25 AM
To: Louis Perez (lep_mhp@hotmail.com)

---

From: CDWQuestions@browngreer.com
To: madldmc@msn.com; lep_mhp@hotmail.com
CC: jrr@rmlawcall.com; jdb@attorneys4people.com; jms@rmlawcall.com; ksk@rmlawcall.com
Subject: RE: Referred by Judge Fallon...........
Date: Wed, 9 Mar 2016 17:08:38 +0000

Mr. Perez:

When a claimant is represented by counsel, the Settlement Administrator communicates directly with claimant's counsel. When we received your email inquiry on 8/20/14, we directed you to communicate directly with your counsel. When we received your email on 9/10/15, we contacted your counsel by phone and email to provide a detailed summary of your claims and requested that your counsel contact you immediately. When we received your email inquiry on 10/26/15, we contacted counsel again by email and requested that they respond to you directly. We have again sent a detailed summary of your claims to your counsel and encouraged them to reach out to you to discuss this matter with you.

Your counsel is copied on this email and therefore aware of your inquiry and our response.

Thank you,

Chinese Drywall Settlement Administrator

**BROWNGREER PLC**

P.O. Box 25401

Richmond, Virginia 23260

Telephone: (804) 521-7200

Facsimile: (804) 521-7299

www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** louis perez [mailto:madldmc@msn.com]
**Sent:** Wednesday, March 09, 2016 10:54 AM
**To:** CDWQuestions; Jim Reeves; Joan Bowers; Jeannie Shaw; Karen Kuhn; Louis Perez; louis perez
**Subject:** Referred by Judge Fallon...........

Just spoke to Judge Fallon's office. Was directed to call Brown Greer ( I left Message). If no satisfaction directed to send letter to court with attached emails detailing claims.

Reference: 170 & 172 Felicity St.
Bay St. Louis, Mississippi 39520

This property has had a cash out settlement accepted and paid. Property also remediated.

All document for lost rent and miscellaneous repairs submitted to attorney, Jim Reeves, prior to the due date. Have never receive settlement offer on this property.
Attorney office has not responded to dozens of inquires.

Reference: 166 & 168 Felicity St.
Bay St. Louis, Mississippi 39520

This property has has a self-remediated offer accepted and paid.

All document for lost rent and miscellaneous repairs submitted to attorney, Jim Reeves, prior to the due date. Still waiting on miscellaneous repairs for 168 felicity.

Would like a update on claim status.

Louis Perez
cell 985-630-1163

Print Close

# FW: 170 & 172 Felicity St Final Settlement.

From: **louis perez** (madldmc@msn.com)
Sent: Tue 3/15/16 6:29 PM
To: Louis Perez (lep_mhp@hotmail.com)

---

From: madldmc@msn.com
To: jrr@rmlawcall.com; lep_mhp@hotmail.com; madldmc@msn.com
Subject: 170 & 172 Felicity St Final Settlement.
Date: Tue, 15 Mar 2016 18:06:57 -0500

Reeves & Mestayer, PLLC
160 Main St
Biloxi, MS 39530

3/15/2016

Dear Mr. Reeves,

Upon reflection of our conversation today, I am writing this letter to ascertain if this is a correct understanding of your offer to settlement this claim without bring in Judge Fallon or insurance companies, with the possibility of further delays and expenses.

**166 Felicity**

Miscellaneous repairs : $ 2,496.23

**168 Felicity**

No additional Payments : $00.00

**TOTAL : $ 2,496.23**

To the order of:
**Louis E. Perez Sr**

**170 Felicity**

Miscellaneous repairs : $ 2,500.00
Cancelled Lease $875.00 X 3= $ 2,625.00
Cancelled Lease $700.00 X 3= $ 2,100.00

**172 Felicity**

Miscellaneous repairs : $ 2,500.00
Cancelled Lease $875.00 X 3= $ 2,625.00

**TOTAL : $ 12,350.00**

To the order of:
**Louis E. Perez Jr**

If this is correct my Father and I will sign any releases you require to settle this matter without further delay.

Sincerely,

Louis Perez Jr.

Print Close

# FW: 170 & 172 Felicity St Final Settlement.

From: **louis perez** (madldmc@msn.com)
Sent: Thu 3/17/16 10:25 AM
To: Louis Perez (lep_mhp@hotmail.com)

---

Subject: Re: 170 & 172 Felicity St Final Settlement.
From: jrr@rmlawcall.com
Date: Wed, 16 Mar 2016 19:59:31 -0500
CC: lep_mhp@hotmail.com
To: madldmc@msn.com

Louis

As advised I am going to examine your file and will get with you next week.

Sent from my iPhone

On Mar 15, 2016, at 6:06 PM, louis perez <madldmc@msn.com> wrote:

Reeves & Mestayer, PLLC
160 Main St
Biloxi, MS 39530

3/15/2016

Dear Mr. Reeves,

Upon reflection of our conversation today, I am writing this letter to ascertain if this is a correct understanding of your offer to settlement this claim without bring in Judge Fallon or insurance companies, with the possibility of further delays and expenses.

**166 Felicity**

Miscellaneous repairs **:** $ 2,496.23

**168 Felicity**

No additional Payments : $00.00

**TOTAL : $ 2,496.23**

To the order of:
**Louis E. Perez Sr**

**170 Felicity**

Miscellaneous repairs : $ 2,500.00
Cancelled Lease $875.00 X 3= $ 2,625.00
Cancelled Lease $700.00 X 3= $ 2,100.00

**172 Felicity**

Miscellaneous repairs : $ 2,500.00
Cancelled Lease $875.00 X 3= $ 2,625.00

**TOTAL : $ 12,350.00**

To the order of:
**Louis E. Perez Jr**

If this is correct my Father and I will sign any releases you require to settle this matter without further delay.

Sincerely,

Louis Perez Jr.