UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO | ) ) | JUDGE FALLON |
| Payton et. Al. v. Knauf Gips, KG, et. Al. Case No. 09-7628 | ) ) ) ) ) | |

## <u>1100 VALENCIA LLC'S OBJECTION TO THE SPECIAL MASTER'S RECONSIDERATION AWARD FOR ITS LOSS RENT, USE OR SALES CLAIM</u>

COMES NOW, 1100 Valencia, LLC. ("1100 Valencia"), by and through their undersigned counsel, and files its objection to the Special Master's Reconsideration Award. In support of their objection, 1100 Valencia states as follows:

### <u>Factual and Procedural Summary</u>

1.      1100 Valencia is a "Class Member" as defined by Section 1.1.2 of the Third Amended Settlement Agreement  regarding claims against the Knauf Defendants in MDL No. 2047 ("Settlement Agreement").

2.      Originally, 1100 Valencia timely opted out of the Global Settlement, fearing that its claim would not be fully valued by the structure of the settlement and its various funding arrangements. *See* September 25, 2012 Knauf, Banner and Builder, Installer, Supplier & Participating Insurer Settlement Class Opt-Outs

3.      On March 15, 2013, at the request of this Court, 1100 Valencia participated in a voluntary mediation in Florida of its opt-out, presided over by this Court and the Honorable Joseph Farina. During that mediation, the principals of 1100 Valencia reviewed their claim with

*1100 Valencia, LLC v. Knauf Gips, KG, et. Al.*
Objection to Special Master's Reconsideration Award

this Court and Judge Farina. They were assured that if they reversed their opt–out, accepted payment of their remediation expenses **only** and accepted to submit the unsettled balance of their claim to the "Other Loss Fund", this Court would make sure processing of the claim was expedited. They were assured that the "Other Loss Fund" would be an adequate vehicle for their claim for carrying costs during remediation and other losses to be compensated within the Global Settlement structure. They relied on these assurances from two respected and trusted jurists in reversing their Opt-Outs.

4.      On October 25, 2013, 1100 Valencia timely submitted its Lost Rent, Use or Sales Claim Form. *See* **Exhibit "A"**

5.      Notably, 1100 Valencia's Lost Rent, Use or Sales Claim is comprised of $330,684.86 in carrying costs for this property while this victim of the defective Chinese drywall manufactured by Knauf had its contaminated property completely remediated and $61,688.58 in pre-claim submission interest incurred. In total, 1100 Valencia's Lost Rent, Use or Sales claim totals $691,753.35.

6.      In support of its Lost Rent, Use or Sales Claim, 1100 Valencia made extensive and detailed submissions to the Settlement Administrator for the Chinese Drywall Settlement Program ("Settlement Administrator"), including: (i) inspection reports, policies, invoices and receipts; (ii) photographs; (iii) itemized calculations of carrying costs; (iv) calculations of interest incurred for carrying costs; (iv) details of carrying expenses related to the inability to sell the subject property; (v) purchase and construction loan interest payments; (vi) proof of sale price, appraised value, and tax assessed value at sale of property; (vii) mortgage payment documents; and (viii) claimant and expert affidavits. *See* **Exhibit "B"**

VMDIAZ AND PARTNERS | 119 WASHINGTON AVE SUITE 402 | MIAMI BEACH FLORIDA, 33139 | INFO@DIAZPARTNERS.COM | T: (305)704-3200

*1100 Valencia, LLC v. Knauf Gips, KG, et. Al.*
Objection to Special Master's Reconsideration Award

7.      On February 4, 2015, the Settlement Administrator transmitted its Other Loss Eligibility Notice for 1100 Valencia's Lost Rent, Use or Sales claim, **confirming 1100 Valencia's eligibility to participate in the Settlement Agreement** and offering a total sum of $10,000.00 for 1100 Valencia's Lost Rent, Use or Sales claim. *See* **Exhibit "C"**

8.      The Settlement Administrator's February 4, 2015 $10,000.00 offer was substantially less than the $691,753.35 in Lost Use and Sale losses incurred by 1100 Valencia. Pursuant to Section III of the Settlement Administrator's February 4th offer, 1100 Valencia requested a Special Master Award. *See* **Id.**

9.      Ten months later, on December 3, 2015, the Special Master returned an award of **$0.00** on 1100 Valencia's Lost Use and Sale claim. 1100 Valencia timely submitted its request for reconsideration on December 17, 2015. *See* **Exhibit "D"**

10.     Upon request, the Special Master now returns a Reconsideration Award in the amount of $41,338.98, still woefully less than the $691,753.35 in Lost Use and Sale losses incurred with no rationale justifying this significant reduction. Further, the Reconsideration Award comes with the caveat that it "will be subject to a pro rata reduction depending on the amount available for all other loss claims". *See* **Exhibit "E"**

11.     1100 Valencia is at a loss to reconcile this award with the assurances given to them by this Court and by Judge Farina – in reviewing this claim approximately three (3) years ago.

## **Argument**

12.     Section 4.6.8 of the Settlement Agreement provides, in pertinent part that "decisions of the Special Master with respect to the Other Loss Fund may be appealed by... an

3

affected Class Member within 15 days of service of the Special Master's decision by filing an objection with the Court…".

13.     1100 Valencia complied with all the requirements of the Other Loss provisions of the Settlement Agreement as evidenced by the Settlement Administrator's eligibility notice at **Exhibit "C"**. Indeed, Pursuant to Section 4.7.1.2. of the Settlement Agreement, 1100 Valencia requested compensation for the carrying costs associated with the property it owned which contained defective Chinese drywall manufactured by Knauf Gips, KG and Knauf Plasterboard Tianjin, Co., Ltd. (collectively "Knauf") as well as the deposit and down payment loss and pre-claim submissions interest incurred and supported that request with the submission of thousands of pages of receipts, invoices, statements, ledgers, spreadsheets and affidavits.

14.     Further, 1100 Valencia's Lost Rent, Use or Sales Claim is not based on theoretical formulas or hypothetical damages. These are real out-of-pocket damages incurred and paid out which have **not** been reimbursed despite detailed documentation and itemization of same.

15.     1100 Valencia has complied with all the requirements of the Settlement Agreement and requests from the Settlement Administrator and therefore respectfully submits this objection of the Special Master's Reconsideration Award. 1100 Valencia further respectfully requests that this Honorable Court order that this matter be set for oral arguments to determine an appropriate award for its Lost Rent, Use or Sales Claim.

## Conclusion

16.     For the reasons stated above, 1100 Valencia respectfully objects to the Special Master's Reconsideration Award of its Lost Rent, Use or Sales claim and respectfully requests that this Honorable Court set aside the Special Master's Award and award 1100 Valencia a

greater recovery consistent with the losses it has incurred as evidenced by its timely and substantive submissions to the Settlement Administrator and in accordance with the terms of the Settlement Agreement. 1100 Valencia also respectfully requests that this Honorable Court allow oral arguments to determine an appropriate award to fairly compensate 1100 Valencia for its Lost Rent, Use or Sales Claim.

Respectfully submitted,

/s/ Victor M. Diaz, Jr., Esq.
**V.M. Diaz & Partners, LLC**
Victor M. Diaz, Jr., Esq.
119 Washington Avenue, Suite 402
Miami Beach, Florida 33139
(305) 704-3200
victor@diazpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pre-trial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 25th day of March, 2016.

/s/ Victor M. Diaz, Jr., Esq.
VM Diaz & Partners, LLC
Victor M. Diaz, Jr., Esq.
119 Washington Avenue, Suite 402
Miami Beach, Florida 33139
(305) 704-3200
victor@diazpartners.com

# Exhibit "A"

# CHINESE DRYWALL SETTLEMENT PROGRAM
# LOST RENT, USE OR SALES CLAIM FORM

A Commercial Owner seeking compensation for Lost Rent, Use or Sales must complete and submit this Lost Rent, Use or Sales Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before October 25, 2013.  Lost Rent, Use or Sales claims are claims for economic loss arising from the inability to use or rent an Affected Property during remediation, or for economic loss arising from the inability to sell an Affected Property as a result of property damage caused by Chinese Drywall.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix.  These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Lost Rent, Use or Sales Claim Form online.  Online submission will be easier to complete than a hard-copy Claim Form, because the online version will guide you through the specific questions you need to answer, based on the answers you enter as you go along.  Go to https://www3.browngreer.com/drywall to submit your Lost Rent, Use or Sales Claim Form online.

If you are unable to complete the Lost Rent, Use or Sales Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name<br>1100 Valencia, LLC | First | M.I. |
|---|---|---|---|
| | Co-Owner Last Name/Business Name | Co-Owner First | Co-Owner M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| 2. Individual Claimant's Social Security Number (SSN): | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | 3. Business Claimant's Employee Identification Number (EIN): | \|2\|0\|4\| - \|1\|2\| - \|9\|1\|8\|2\| |
|---|---|---|---|

| 4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes<br>☒ No |
|---|---|

| 5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name:_____<br><br>SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| |
|---|---|

| 6. Attorney Information: | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
|---|---|
| | Firm Name<br>VM Diaz & Partners, LLC |
| | Attorney Last Name<br>Lorenzo / Attorney First Name<br>Jorge |
| | Street<br>119 Washington Avenue Suite 402 |
| | City<br>Miami Beach / State<br>FL / Zip<br>33139 |

| | Email | Phone Number |
|---|---|---|
| | jlorenzo@diazpartners.com | ( 3 \| 0 \| 5 ) \| 7 \| 0 \| 4 \| - \| 3 \| 2 \| 0 \| 0 \| |

| **7. Affected Property Address:** | Street<br>1100 Valencia Avenue | | | |
|---|---|---|---|---|
| | City<br>Coral Gables | State<br>FL | Zip<br>33134 | County/Parish<br>Miami-Dade |

| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☒ Knauf<br>☒ Banner<br>☐ InEx<br>☒ Global<br>    Participating Supplier Name: Banner<br>    Participating Builder Name: Unknown<br>    Participating Installer Name: Bauhaus Solutions, Inc., Bauhaus Solutions and Bauhaus, Inc.<br>☐ L&W<br>☐ Unknown<br>Additional Comments (attached additional pages if necessary): |
|---|---|

| **9. Lawsuit:** | Jurisdiction: United States District Court for the Eastern District of Louisiana<br><br>Case/Docket Number: 2:09-cv-07628<br><br>Date Filed: ____/____/____<br>               (Month/Day/Year) |
|---|---|

| **10. Drywall Manufacturer:** | ☒ Knauf<br>    ☒ I am a member of the Knauf Settlement Class<br>    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☐ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |
|---|---|

| **11. Select the option that best describes your relationship to the Affected Property:** | ☐ Residential Owner<br>☐ Tenant<br>☐ Previous Commercial or Rental Property Owner<br>☐ Previous Residential Owner<br>☒ Commercial or Rental Property Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee(Bank)<br>☐ Other |
|---|---|

| **12. Select the option that best describes how you used the Affected Property:** | ☐ Primary Residence<br>☐ Rental/Commercial Property<br>☐ Secondary Residence<br>☐ Vacant<br>☐ Other: |
|---|---|

| **13. Have you ever lived in the Affected Property?** | ☐ Yes. Lost Rent, Use and Sales damages are generally limited to non-residential Loans. Please explain the nature of your Lost Rent, Use, or Sales damages below or attach additional pages if necessary:<br><br><br>☒ No. |
|---|---|

| | |
|---|---|
| **14. Did you own the Affected Property for the purposes of selling it?** | ☒ Yes. Provide the date you acquired the Affected Property.<br><br>10/6/05<br>(Month/Day/Year)<br><br>☐ No |
| **15. Did you own the Affected Property for the purpose of renting it?** | ☐ Yes. Provide the date you acquired the Affected Property.<br><br>___/_____/_____<br>(Month/Day/Year)<br><br>☒ No |
| **16. Do you own the Affected Property for the purposes of conducting a business from the Affected Property?** | ☐ Yes. Provide the date you acquired the Affected Property.<br><br>___/_____/_____<br>(Month/Day/Year)<br><br>☒ No |
| **17. Have you been reimbursed by Insurance for Lost Use, Rent, or Sales losses?** | ☐ Yes. Provide the amount of all insurance proceeds:<br><br>☒ No |
| **18. Has the Affected Property been Remediated?** | ☒ Yes. Provide the dates of Remediation:<br><br>01/1/11 to 08/31/11<br>(Month/Day/Year)  (Month/Day/Year)<br><br>☐ No. You are not eligible for compensation for Lost Rent or Use. You may be eligible for Lost Sales compensation. |

## (1) Lost Rent

| | |
|---|---|
| **19. Provide the time period for which you are claiming Lost Rent:** | From : ___/_____/_____      TO : ☐ Present ___/_____/_____<br>(Month/Day/Year)                          (Month/Day/Year) |
| **20. Provide the monthly rental amount at the time the Affected Property was remediated:** | /month |
| **21. Comments and additional information about your claim:** | |

## (2) Lost Use

| | |
|---|---|
| **22. Provide the time period for which you are claiming Lost Use:** | From : ___/_____/_____      TO : ☐ Present ___/_____/_____<br>(Month/Day/Year)                          (Month/Day/Year) |

Online Portal Submission

| | |
|---|---|
| **23.** Provide the monthly rental amount of lease or rent payments you incurred while the Affected Property was being remediated: | /month |
| **24.** Comments and additional information about your claim: | |

## (3) Lost Sales

| | |
|---|---|
| **25.** Provide the first date you attempted to sell the Affected Property: | 7/3/08<br>(Month/Day/Year) |
| **26.** Provide the date you either sold the Affected Property or removed the Affected Property from the market: | 11/21/11<br>(Month/Day/Year) |

| **27.** Provide the Lending Institution, balance and interest rate of all loans on the property at the time you attempted to sell the Affected Property: | Lending Institution | Balance | Interest Rate |
|---|---|---|---|
| | | | |
| | | | |

| | |
|---|---|
| **28.** Have you received any offers to purchase the Affected Property? | ☒ Yes. Provide the offered purchase price:<br><br>$2,000,000.00<br><br>☐ No |
| **29.** Have you received any offers to rent the Affected Property? | ☐ Yes.  Provide the offered monthly rental amount:<br><br><br>☒ No |

| 30. Comments and additional information about your claim: | 1100 Valencia Ave. is a six bedroom, six and a half bathroom custom-built home, developed in the Biltmore Hotel historical community of the City of Coral Gables. The property was developed by 1100 Valencia, LLC, a Florida Limited Liability Company. The managing members of 1100 Valencia, Rodney Barreto and Eliseo "Tito" Riera-Gomez, began construction of the home in 2006. Unbeknownst to them, defective and Chinese drywall was installed in the home. After completion of the construction, Messrs. Barreto and Gomez placed the property for sale and, as an active listing, discovered that the property contained defective Chinese drywall. Upon confirmation of the Chinese drywall infestation, Messrs. Barreto and Gomez immediately removed the property from the real estate market. Having discovered the contamination early in the litigation, Messrs. Barreto and Gomez spent a significant amount of time researching the proper remediation protocols and acquiring the necessary resources to remediate the property. During the years from confirmation of the presence of the Chinese drywall to determination of the proper scope of remediation, through the remediation and ultimately the sale of the property in November, 2011, Messrs. Barreto and Gomez paid the mortgage, property taxes, insurance and maintenance of the property.

The carrying costs for the investment property that Messrs. Barreto and Gomez were unable to sell due to the Chinese drywall infestation total $330,684.86.  Carrying costs include interest payments on loan, property taxes, insurance and pre-remediation maintenance and repairs. The documents uploaded in support of this claim provide detailed damages calculations for ease of reference.

The itemized account transaction reports are highlighted based on the type of expense:
Yellow Highlighted Items = Loan Interest Payments
Blue Highlighted Items   = Insurance and Property Taxes Payments
Green Highlighted Items = Pre-remediation Maintenance and Repairs |

## B. Required Documents

Claimants seeking compensation for Lost Use, Sales or Rentals must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Photographs or Inspection Reports demonstrating evidence of corrosive, reactive Chinese Drywall;

2. Proof of purchase of the Affected Property;

3. Documents evidencing purchase price and appraised value at purchase of Affected Property;

4. Documents relating to communications with third parties, such as real estate agents and contractors, regarding using, leasing or sale of the Affected Property;

5. Documents relating to mortgage or lease payments, such as, cancelled checks, past due notices and late fees or other charges;

6. Documents demonstrating the inability to use, rent or sell the Affected Property as result of property damage caused by Chinese Drywall;

7. Tax Returns for three years prior to the inability to use, rent or sell the Affected Property as a result of property damage caused by Chinese Drywall;

8. Profit and Loss Statements for three years prior to inability to use, rent or sell the Affected Property as a result of property damage caused by Chinese Drywall;

9. Signed Affidavit from the Commercial Owner supporting the claim for Lost Rent, Use or Sales;

10. Any other document that you believe supports your claim.

The Special Master may also require a report from an expert providing that the Lost Rent, Use or Sales substantially *were* caused by Chinese Drywall and that the Commercial Owner incurred losses as a result.

## C. SIGNATURE



I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Jorge D. Lorenzo | | Date | 10/25/13 (Month/Day/Year) |
|---|---|---|---|---|
| Printed Name | First | | Last | M.I. |

1100 Valencia, LLC,
113238

6

# Exhibit "B"



| 277936 | 113238 | 16826 | Plaintiff Profile Form | | 10/25/2011 | View | Edit | Remove |
|---|---|---|---|---|---|---|---|---|
| 277935 | 113238 | 16826 | Plaintiff Profile Form | | 01/27/2011 | View | Edit | Remove |
| 277934 | 113238 | 16826 | Photographs | | 02/04/2011 | View | Edit | Remove |
| 173506 | 113238 | 16826 | Lost Rent, Use, or Sales Claim Form | | 10/25/2013 | View | Edit | Remove |
| 173069 | 113238 | 16826 | Closing Documents | 1100 Valencia - Buyer and Seller's Combined Closing Statement Demonstrating Deposit and Down Payment Made by 1100 Valencia, LLC | 10/25/2013 | View | Edit | Remove |
| 172918 | 113238 | 16826 | Claimant Affidavit | Claimant Affidavit in Support of Claim | 10/25/2013 | View | Edit | Remove |
| 172858 | 113238 | 16826 | | TOTAL LOSSES FOR INABILITY TO SELL PROPERTY DUE TO PRESENCE OF KPT DRYWALL | 10/25/2013 | View | Edit | Remove |
| 172826 | 113238 | 16826 | Tax Returns | 2012 Tax Return | 10/25/2013 | View | Edit | Remove |
| 172818 | 113238 | 16826 | Tax Returns | 2011 Tax Return | 10/25/2013 | View | Edit | Remove |
| 172800 | 113238 | 16826 | Tax Returns | 2010 Tax Return | 10/25/2013 | View | Edit | Remove |
| 172778 | 113238 | 16826 | Tax Returns | 2009 Tax Return | 10/25/2013 | View | Edit | Remove |
| 172768 | 113238 | 16826 | Tax Returns | 2008 Tax Return | 10/25/2013 | View | Edit | Remove |
| 172762 | 113238 | 16826 | Tax Returns | 2007 Tax Return | 10/25/2013 | View | Edit | Remove |
| 172725 | 113238 | 16826 | Proof of Inability to Use, Rent or Sell Property | 1100 Valencia - (10-2008 - 11-2011) Carrying Costs - Insurance Policy Payment Invoices and Receipts | 10/25/2013 | View | Edit | Remove |
| 172722 | 113238 | 16826 | Proof of Inability to Use, Rent or Sell Property | 1100 Valencia - (10-2008 - 11-2011) Carrying Costs - Loan Interest Payment Invoices and Receipts | 10/25/2013 | View | Edit | Remove |
| 172717 | 113238 | 16826 | Proof of Inability to Use, Rent or Sell Property | 1100 Valencia - (10-2008 - 11-2011) Carrying Costs - Real Estate Property Tax Invoices and Receipts | 10/25/2013 | View | Edit | Remove |
| 172688 | 113238 | 16826 | Proof of Inability to Use, Rent or Sell Property | Itemized calculations of carrying costs incurred by 1100 Valencia, LLC. The items highlighted in orange are not included in the claim because the predate the discovery of Chinese drywall. | 10/25/2013 | View | Edit | Remove |
| 172672 | 113238 | 16826 | Proof of KPT Chinese Drywall | Photographs Demonstrating Presence of KPT Dry Wall | 10/25/2013 | View | Edit | Remove |
| 172640 | 113238 | 0 | | Total Damages Calculation | 10/25/2013 | View | Edit | Remove |
| 172203 | 113238 | 16826 | Proof of Inability to Use, Rent or Sell Property | 1100 Valencia - Listing for 1100 | 10/25/2013 | View | Edit | Remove |



| 172156 | 113238 | 16826 | Proof of Inability to Use, Rent or Sell Property | Valencia and Contract for Sale in July 2008 (Sale Never Occurred) Calculation of Interest Incurred for Carrying Costs of Property from the Date of Discovery to September 2013 | 10/25/2013 | View | Edit | Remove |
| 172137 | 113238 | 16826 | Expert Report | Expert Affidavit | 10/25/2013 | View | Edit | Remove |
| 172129 | 113238 | 16826 | Proof of Inability to Use, Rent or Sell Property | (10-2008 - 11-2011) Tito Gomez Carrying Expenses Because of the Inability to Sell (Pre-remediation Expenses, Interest Payment on Loan and Insurance Payment) | 10/25/2013 | View | Edit | Remove |
| 172107 | 113238 | 16826 | Proof of Inability to Use, Rent or Sell Property | (10-2008 - 11-2011) Rodney Barreto Carrying Expenses Because of Inability to Sell (Interest Payments on Loan and Insurance Payment) | 10/25/2013 | View | Edit | Remove |
| 172095 | 113238 | 16826 | Proof of Inability to Use, Rent or Sell Property | (10-2008 - 11-2011) 1100 Valencia, LLC, Carrying Expenses Because of Inability to Sell (Interest Payments on Loan, Insurance Payments, Property Tax Payments, Pre-remediation Expenses) | 10/25/2013 | View | Edit | Remove |
| 172078 | 113238 | 16826 | Proof of Ownership (Title/Deed) | Deed Demonstrating Proof of Ownership | 10/25/2013 | View | Edit | Remove |
| 102439 | 113238 | 0 | Registration Form | | 08/22/2013 | View | Edit | Remove |

**Representative Claimant**

Edit

1. Are you filing claim(s) on behalf of a minor, deceased, or incompetent claimant?    *    ○ Yes  ◉ No

Enter your name:    [First Name]   [Last Name]   [MI]

Enter your SSN:    [  ] - [  ] - [    ]

If you are filing a claim on behalf of a minor, deceased, or incompetent claimant you are required to submit documentation proving your authority to do so.

Save    Cancel

**Document Upload**

Upload all required Documents by clicking the Upload Required Documents button below.

Upload Documents

**Affected Properties**

**Page 1 of 1 (1 records)**

| Property ID | Address | City | State | Zip Code | County | Claims |
|---|---|---|---|---|---|---|
| 16826 | 1100 Valencia Avenue | Coral Gables | Florida | 33134 | Miami-Dade | View |

1

Exhibit "C"

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## OTHER LOSS ELIGIBILITY NOTICE
### DATE OF NOTICE: 2/4/15
### DEADLINE TO RESPOND: 3/6/15

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>1100 Valencia, LLC | First | Middle |
|---|---|---|---|
| Representative Claimant Name | Last | First | Middle |
| Claim Type | Lost Rent, Use, or Sales | | |
| Claimant ID | 113238 | Claim ID | 6381 |
| Law Firm | VM Diaz & Partners, LLC | Affected Property ID | 16826 |
| Affected Property Address | Street<br>1100 Valencia Avenue | | Unit |
| | City<br>Coral Gables | State<br>FL | Zip code<br>33134 |

### II. ELIGIBILITY DETERMINATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I. We reviewed your claim and determined that you are eligible for compensation for the Other Loss Claim you submitted. The amount you are eligible for (your ³Resolution Offer´ is listed below.

| CLAIM ID | CLAIM TYPE | RESOLUTION OFFER |
|---|---|---|
| 6381 | Lost Rent, Use, or Sales | $10,000.00 |

### III. YOUR OPTIONS AFTER THIS NOTICE

If you wish to accept the Resolution Offer listed above, log in to the Chinese Drywall portal to accept your Resolution Offer. We will deem your Resolution Offer accepted if you do not take any action within 30 days of the date of this Notice. You must submit a completed IRS Form W-9 and Verification of Claims before we can issue payment to you. If you have previously received payment on another claim, you do not need to submit these forms again.

If you do not wish to accept the Resolution Offer listed above you may request a different amount by filing for a Special Master Award. If you request a Special Master Award, the Resolution Offer listed above is no longer valid. The Special Master may award you an amount greater than, less than or equal to the Resolution Offer on this Notice.

The deadline to file for a Special Master Award is 30 days after the date of this Notice. If you wish to file for a Special Master Award, you must complete the Notice of Request for Special Master Award by using the Chinese Drywall Settlement Program Online Portal at https://www3.browngreer.com/drywall. If you do not have online access, you may submit the Notice of Request for Special Master Award form attached to this Notice. Follow the instructions on the Portal or on the form to submit the Notice of Request for Special Master Award.

*97369-113238-9*

| IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP | |
|---|---|

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to CDWQuestions@browngreer.com.

| V. HOW TO RESPOND TO THIS NOTICE | |
|---|---|
| By using our Online Portal | Visit https://www3.browngreer.com/drywall to file an Appeal and upload documents. |
| By Mail<br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| By Overnight, Certified or Registered Mail<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| By Facsimile<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| By Email<br>(Sent no later than 12:00 midnight local time on your submission deadline) | CDWQuestions@browngreer.com |

* 9 7 3 6 9 - 1 1 3 2 3 8 - 9 *

Claimant ID: 113238

Claim ID: 6381

Exhibit "D"

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

| Home | | |
| Back | | Claims Events/Notices |

| | |
| --- | --- |
| News and Developments | |
| Claims Administrator Procedures | |
| Online Filing Tools | |
| Settlement Agreements | |
| Firm Administration | |
| Claimant Management | |
| Taishan Evidence Form | |
| Reporting | |
| FAQ | |
| Notices | |
| Change Password / Email | |
| Log Off | |

Get ADOBE® Reader

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

### Claimant Information

| | | | |
| --- | --- | --- | --- |
| Claimant ID: | 113238 | Name: | |
| Co-Owner: | | | |
| Represented By: | VM Diaz & Partners, LLC | Business: | 1100 Valencia, LLC |
| Receives Mail: | No | Claimant Address: | c/o VM Diaz & Partners, 119 Washington Avenue, Suite 402 Miami Beach FL 33139 |

### Affected Property

| | | | |
| --- | --- | --- | --- |
| Property ID: | 16826 | ARH: | Yes |
| Street Address: | 1100 Valencia Avenue Coral Gables, Miami-Dade, FL 33134 | PP Participant: | No |

### Claim Information

| | | |
| --- | --- | --- |
| Claim ID: | 6381 | |
| Claim Type: | Lost Rent, Use, or Sales | |

### Claim Event Details

| Event | Event Date | Response Deadline | Details | View Date | User |
| --- | --- | --- | --- | --- | --- |
| Post-Reconsideration Special Master Determination Notice | 03/11/2016 | | | | |
| Claimant Requested Reconsideration of Special Master Award | 12/17/2015 | | | | |
| Special Master Award Notice | 12/03/2015 | | | | |
| Claimant Requested Special Master Award - Other Loss Eligibility Notice | 03/05/2015 | | | | |
| Other Loss Eligibility Notice | 02/04/2015 | 03/06/2015 | | 02/05/2015 | Jorge, Lorenzo |
| Response to Incompleteness Notice Received | 10/03/2014 | | | | |
| Incompleteness Notice | 09/09/2014 | 10/04/2014 | | 09/09/2014 | Jorge, Lorenzo |
| Response to Incompleteness Notice Received | 08/27/2014 | | | | |
| Incompleteness Notice | 08/04/2014 | 08/29/2014 | | 08/04/2014 | Jorge, Lorenzo |
| Claim Form Submitted | 10/25/2013 | | | | |

CHINESE DRYWALL SETTLEMENT PROGRAM
SPECIAL MASTER OTHER LOSS DETERMINATION NOTICE
DEADLINE TO REQUEST RECONSIDERATION: 12/16/2015

| Row | Claimant Name | Affected Property Address | City | State | Zip Code | Primary Law Firm Name | Claimant ID | Property ID | Claim ID | Claim Type | Special Master Award | Award After Potential Pro Rata Reduction | Claimant Response | Basis of Reconsideration of Special Master Award | Deadline to Request Reconsideration |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1000 Valencia, LLC | 1000 Valencia Avenue | Coral Gables | FL | 33134 | Law Office & Barrows, LLC | 132236 | 104924 | 1-391 | Lost RAB, UaA, or Sales | $0.00 | $0.00 | | | 12/16/2015 |

REDACTED

© 2015 BrownGreer PLC

# Exhibit "E"

**Jorge D. Lorenzo**

| | |
|---|---|
| **From:** | CDWQuestions <CDWQuestions@browngreer.com> |
| **Sent:** | Friday, March 11, 2016 10:11 AM |
| **To:** | Jorge D. Lorenzo; 'evansteenwyk@diazpartners.com' |
| **Cc:** | Perla Roiz |
| **Subject:** | Chinese Drywall Claim Final Determination: Lost Rent, Use, or Sales |

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program. The Special Master reviewed the Special Master Award Reconsideration requests and made a final determination. **PLEASE NOTE THAT THIS AWARD WILL BE SUBJECT TO A PRO RATA REDUCTION DEPENDING ON THE AMOUNT AVAILABLE FOR ALL OTHER LOSS CLAIMS.** For example, if the total amount of all Special Master Awards is $30,000,000, but there is only $15,000,000 available, all Awards will be reduced by 50% to fit the actual amount available for distribution.

The Final Determination for the claim(s) is listed below.

| Claimant Name | Claimant ID | Claim ID | Claim Type | Special Master Award | Post-Reconsideration Award |
|---|---|---|---|---|---|
| 1100 Valencia, LLC | 113238 | 6381 | Lost Rent, Use, or Sales | $0.00 | $41,338.98 |

The only options at this time are to accept the Post Reconsideration Award by notifying the Settlement Administrator at CDWQuestions@browngreer.com or (866) 866-1729 or to appeal the determination directly to the Court. Consult Section 4.6.8 of the Third Amended Knauf Settlement Agreement for more information about the appeal process.

Thank you,

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia 23260
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

1

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.

2