UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

TERRENCE and TONYA DEMOTS

## OBJECTION TO SPECIAL MASTER DECISION REGARDING CLAIMANT #107722 LOST RENT CLAIM #15234

**MAY IT PLEASE THE COURT,** Plaintiffs and Participants/Claimants in the Knauf Settlement Agreement Other Loss Fund, Terrence and Tonya DeMots (hereinafter "Claimants"), through undersigned counsel respectfully submit this Objection to the decision made by the Special Master regarding Claimants' Lost Rent Claim #15234. Claimants respectfully request that this Honorable Court set aside the decision of the Special Master and award Claimants a recovery consistent with their total losses. As grounds Claimants show onto the court the following:

**Procedural History**

1. On October 25, 2013, Claimants timely filed the Lost Rent Claim Form for consideration for recovery from the Knauf Settlement Other Loss Fund. *See* BrownGreer Doc ID 175317. Claimants complied with all requirements under the Lost Rent Claim Procedure.

2. On September 14, 2015, Claimants received an Other Loss Eligibility Notice for their Lost Rent Claim amounting to $5400.00. *See* BrownGreer Doc ID 339196.

3. On September 17, 2015, Claimants requested a Special Master Award for their Lost Rent Claim.

4. On December 3, 2015, the Special Master awarded Claimants $5400.00 for their Lost Rent Claim.

5. On December 18, 2015, Claimants requested reconsideration of the Special Master's award of $5400.00 for their Lost Rent Claim. *See* BrownGreer Doc ID 340966.

6. On March 11, 2016, the Special Master issued a Post-Reconsideration Award of $5400.00 for Claimants' Lost Rent Claim.

**Compliance With Settlement Agreement**

7. Claimants complied with all requirements of a Lost Rent Claim under the Knauf Settlement.

8. Pursuant to Sections 4.7.3 and 4.7.3.1, Claimants' Lost Rent Claim was equitably justified and not otherwise excluded by any Other Loss Exclusions.

**Argument**

9. Claimants complied with all requirements for a Lost Rent Claim under the Knauf Settlement, as indicated by the Settlement Administrator's initial issuance of the Lost Rent Claim Eligibility Notice on September 14, 2015. *See* BrownGreer Doc ID 339196.

10. Considering Claimants' compliance with all requirements of a Lost Rent Claim under the Knauf Settlement, the Special Master's subsequent awards of $5400.00 were not appropriate as Claimants have demonstrated damages in excess of $84,600.00 in lost rent.

11. Claimants have demonstrated damages in excess of three months lost rent provided for in the Knauf Settlement and for which recovery is appropriate pursuant to the Knauf

Settlement for their Lost Rent Claim and consequently should have been awarded an amount commensurate with those damages, subject to potential pro rata reduction.

**Request for Relief**

**WHEREFORE**, Claimants respectfully object to the Special Master's decision regarding their Lost Rent Claim and request that this Honorable Court set aside the Special Master's award and instead grant them an award of $84,600.00, and allow briefing, argument and/or evidentiary hearing to determine the quantum of an appropriate award to Claimants for their Lost Rent Claim from the Knauf Other Loss Fund.

All of which is respectfully submitted this 25th day of March, 2016.

Respectfully submitted,

**REICH &BINSTOCK, LLP**

*/s/ Dennis C. Reich*
**DENNIS C. REICH, ESQ**. (Bar No. 16739600)
4265 San Felipe, Suite 1000
Houston, Texas 77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]
dreich@reichandbinstock.com

*Counsel for Plaintiffs/Claimants*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Objection has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of March, 2016.

                                              */s/ Dennis C. Reich*
                                              **DENNIS C. REICH, ESQ**.