UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

PAUL DOERING

## OBJECTION TO SPECIAL MASTER DECISION REGARDING CLAIMANT #107712 LOST RENT CLAIM #9879

**MAY IT PLEASE THE COURT,** Plaintiff and Participant/Claimant in the Knauf Settlement Agreement Other Loss Fund, Paul Doering (hereinafter "Claimant"), through undersigned counsel respectfully submits this Objection to the decision made by the Special Master regarding Claimant's Lost Rent Claim #9879. Claimant respectfully requests that this Honorable Court set aside the decision of the Special Master and award Claimant a recovery consistent with his total losses. As grounds Claimant shows onto the court the following:

**Procedural History**

1. On October 11, 2013, Claimant timely filed the Lost Rent Claim Form for consideration for recovery from the Knauf Settlement Other Loss Fund. *See* BrownGreer Doc ID 152950. Claimants complied with all requirements under the Lost Rent Claim Procedure.

2. On February 4, 2015, Claimant received an Other Loss Eligibility Notice for his Lost Rent Claim amounting to $2550.00. *See* BrownGreer Doc ID 318528.

3. On March 5, 2015, Claimant requested a Special Master Award for his Lost Rent Claim.

4. On December 3, 2015, the Special Master awarded Claimant $2550.00 for his Lost Rent Claim.

5. On December 18, 2015, Claimant requested reconsideration of the Special Master's award of $2550.00 for his Lost Rent Claim. *See* BrownGreer Doc ID 340964.

6. On March 11, 2016, the Special Master issued a Post-Reconsideration Award of $2850.00 for Claimant's Lost Rent Claim.

**Compliance With Settlement Agreement**

7. Claimant complied with all requirements of a Lost Rent Claim under the Knauf Settlement.

8. Pursuant to Sections 4.7.3 and 4.7.3.1, Claimant's Lost Rent Claim was equitably justified and not otherwise excluded by any Other Loss Exclusions.

**Argument**

9. Claimant complied with all requirements for a Lost Rent Claim under the Knauf Settlement, as indicated by the Settlement Administrator's initial issuance of the Lost Rent Claim Eligibility Notice on February 4, 2015. *See* BrownGreer Doc ID 318528.

10. Considering Claimant's compliance with all requirements of a Lost Rent Claim under the Knauf Settlement, the Special Master's subsequent awards of $2550.00 and $2850.00 were not appropriate as Claimant has demonstrated damages in excess of $24,730.00 in lost rent.

11. Claimant has demonstrated damages in excess of three months lost rent provided for in the Knauf Settlement and for which recovery is appropriate pursuant to the Knauf Settlement for his Lost Rent Claim and consequently should have been awarded an amount commensurate with those damages, subject to potential pro rata reduction.

**Request for Relief**

**WHEREFORE**, Claimant respectfully objects to the Special Master's decision regarding his Lost Rent Claim and requests that this Honorable Court set aside the Special Master's award and instead grant him an award of $24,730.00, and allow briefing, argument and/or evidentiary hearing to determine the quantum of an appropriate award to Claimant for his Lost Rent Claim from the Knauf Other Loss Fund.

All of which is respectfully submitted this 25th day of March, 2016.

Respectfully submitted,

**REICH &BINSTOCK, LLP**

*/s/ Dennis C. Reich*
**DENNIS C. REICH, ESQ**. (Bar No. 16739600)
4265 San Felipe, Suite 1000
Houston, Texas 77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]
dreich@reichandbinstock.com

*Counsel for Plaintiffs/Claimants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Objection has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of March, 2016.

                                        */s/ Dennis C. Reich*
                                        **DENNIS C. REICH, ESQ**.