UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILTY LITIGATION | * * * | MDL 2047 |
| | * | SECTION L |
| | * | |
| This document relates to:  ALL CASES | * * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF DEFENDANT'S DECISION

**COMES NOW** Plaintiff, **LABB INVESTMENTS**, by and through undersigned counsel, and hereby files this Motion for Reconsideration of Defendant's decision, and as grounds for this response states:

On March 13, 2016, Defendant, entered his decision and determined that the Plaintiff is not eligible for settlement benefits. (Copy of email is attached hereto as Exhibit "A").

The Defendant based his decision that the plaintiff had purchased the property with prior knowledge and also that the plaintiff failed to properly failed to preserve the evidence. Plaintiff believes that the record evidence establishes that:

1. The Plaintiff did not purchase with knowledge. (See Affidavit of Laurent Shabani attached hereto as Exhibit "B" and all completed sales documents and disclosures obtained from the closing company attached as Exhibit "C").

2. Although the Plaintiff did not comply strictly with PTO 1B, non-compliance was not done intentionally or in "bad faith" and when the collective evidence that has been proffered for consideration is considered in its totality, it provides sufficient evidence to prove that the unit contained Knauf drywall.

This decision is in error.

**WHEREFORE**, the Plaintiffs respectfully move this Honorable Court for the entry of an Order granting their motion for reconsideration and respectfully requests oral argument on Plaintiff's Motion for Reconsideration of the Special Master Award, on May 5, 2016 at 9:00 A.M. (central time), or at a time set by this court so as to more fully address any questions the court may have concerning Plaintiff's Motion for Reconsideration.

Respectfully submitted,

/s/ C. David Durkee, Esq.
ROBERTS & DURKEE, P.A.
OFFICES AT GRAND BAY PLAZA
2665 S. Bayshore Drive, Suite 300
Coconut Grove, FL 33133
Phone: (305) 442-1700
Fax: (305) 442-2559
durkee@rdlawnet.com
*Counsel for Individual Plaintiffs*

Mark Milstein, Esq.
Allison R. Willett, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Phone: (310) 396-9600
Fax: (310) 396-9635
*Counsel for Individual Plaintiffs*

Dated: March 28, 2016.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served to all parties by electronically uploading the same to Lexis Nexis File & Serve and was electronically filed with the Clerk of Court of the United Sates Court for the Eastern District on this 28th day of, March 2015.

By: /s/ C. David Durkee
C. David Durkee