B



# Detail by Entity Name

### Florida Profit Corporation
FLORIDA INVESTMENT GROUP OF MIAMI, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P06000001348 |
| **FEI/EIN Number** | 20-4046790 |
| **Date Filed** | 01/04/2006 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/25/2009 |
| **Event Effective Date** | NONE |

### Principal Address

9641 SW 163 AVENUE
MIAMI, FL 33196

Changed: 03/18/2008

### Mailing Address

9641 SW 163 AVENUE
MIAMI, FL 33196

Changed: 03/18/2008

### Registered Agent Name & Address

FERGUSSON, MONICA
9641 SW 163 AVENUE
MIAMI, FL 33196

Address Changed: 03/18/2008

### Officer/Director Detail
### Name & Address

Title P/S

FERGUSSON, MONICA
9641 SW 163 AVENUE
MIAMI, FL 33196



EXHIBIT "B"

### Annual Reports

| **Report Year** | **Filed Date** |
|---|---|
| 2008 | 03/18/2008 |

**Document Images**

| | |
|---|---|
| 03/18/2008 -- REINSTATEMENT | View image in PDF format |
| 01/04/2006 -- Domestic Profit | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State