```
FLORIDA INVESTMENT GROUP OF MIAMI INC.                              1014
9641 SW 163RD AVENUE                                              63-643/670
MIAMI, FL 33196                                                  BRANCH 00910

                                              DATE  3/20/06

Pay to
the order of  Medimart Investment  INC.          $ 100,000.00

One hundred thousand 0/100 — — — — — — —  DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR  deposit of 14383 SW 19 Terr

⑈001014⑈  ⑆067006432⑆  20000273567771⑈       ⑈00100000000⑈
```

PAY TO THE ORDER OF
INTERAMERICAN BANK, FSB
FOR DEPOSIT ONLY
MEDIMART INVESTMENT, INC.
015020813

04-000016-000160-P04-03/20/2006
>267087769<
INTERAMERICAN BANK
MIAMI, FL

4433587347

DEFENDANT'S EXHIBIT 'A'

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000027356777 | 3/21/2006 | $100,000.00 | 000000000001014 | 00000000004433587347 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

EXHIBIT
C