Detail by Entity Name                                                                                                    Page 1 of 2



# Florida Department of State
## Division of Corporations



# Detail by Entity Name

### Florida Limited Liability Company
WORLD GLOBAL INVESTMENTS, LLC.

### Filing Information

| | |
|---|---|
| **Document Number** | L07000048210 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 05/07/2007 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/26/2008 |
| **Event Effective Date** | NONE |

### Principal Address

9641 SW 163RD AVENUE
MIAMI, FL 33196

### Mailing Address

9641 SW 163RD AVENUE
MIAMI, FL 33196

### Registered Agent Name & Address

FERGUSSON, MONICA
9641 SW 163RD AVENUE
MIAMI, FL 33196

### Authorized Person(s) Detail

**Name & Address**

Title MGR

FERGUSSON, MONICA
9641 SW 163RD AVENUE
MIAMI, FL 33196

Title MGR

GONZALES, JUAN MANUEL
9641 SW 163RD AVENUE
MIAMI, FL 33196

### Annual Reports


EXHIBIT "D"

**No Annual Reports Filed**

**Document Images**

05/07/2007 -- Florida Limited Liability | View image in PDF format

Copyright © and Privacy Policies
State of Florida, Department of State