```
FLORIDA INVESTMENT GROUP OF MIAMI INC.                        1014
9641 SW 163RD AVENUE                              63-643/670
MIAMI, FL 33196                                   BRANCH 00910

                                        DATE  3/20/06

Pay to
the order of  Medimart Investment Inc.        $ 100,000.00

One hundred thousand 0/100 — — — — — —  DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR  deposit of 14383 SW 19 Terr            [signature]
```

PAY TO THE ORDER OF
INTERAMERICAN BANK, FSB
FOR DEPOSIT ONLY
MEDIMART INVESTMENT, INC.
015020813

DEFENDANT'S EXHIBIT "A"

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000027356777 | 3/21/2006 | $100,000.00 | 000000000001014 | 00000000004433587347 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.

Page 17

FERGUSON, M (OLF) - 000050

```
                                                                    1035
    WORLD GOBAL INVESTMENTS LLC                                    63-215/631

                                            DATE  Nov. 14/2007

Pay to the order of  Insurance Consultants              | $ 422 00
Four hundred and Twenty two 0/100 - - - - DOLLARS

SUNTRUST   ACH RT 061000104

FOR  Flood Insurance                    [signature]

⑈⑈0010350⑈ ⑈063102152⑈ 1000056692568⑈
```

FERGUSON, M (OLF) - 000051

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 2 of 6
36/E00/0175/0 /34
1000056692568
07/31/2007



# Account Statement

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|---|
| | 07/12 | 9.23 | | CHECK CARD PURCHASE STARBUCKS USA 00 | MIAMI | FL |
| | 07/13 | 200.00 | | ATM CASH WITHDRAWAL INTERNATIONAL MALL | MIAMI FL | TR DATE 07/13 F822FL459 |
| | 07/13 | 42.50 | | ATM CASH WITHDRAWAL Regions | Miami FL | TR DATE 07/12 RFC26228 |
| | 07/13 | 19.95 | | CHECK CARD PURCHASE TACO RICO'S TEX | CORAL GABLES FL | |
| | 07/13 | 86.30 | | CHECK CARD PURCHASE TM *MONSTER JAM | 407-839-3900 FL | |
| | 07/13 | 2.00 | | ATM CASH WITHDRAWAL FEE | | |
| | 07/16 | 4.00 | | ELECTRONIC/ACH DEBIT Countrywide    MORTGAGE | 166556116 | |
| | 07/16 | 4.00 | | ELECTRONIC/ACH DEBIT Countrywide    MORTGAGE | 166556108 | |
| | 07/16 | 1,204.12 | | ELECTRONIC/ACH DEBIT Countrywide    MORTGAGE | 166556108 | |
| | 07/16 | 3,710.00 | | ELECTRONIC/ACH DEBIT Countrywide    MORTGAGE | 166556116 | |
| | 07/16 | 37.40 | | CHECK CARD PURCHASE PATACON PIZAO RE | MIAMI | FL |
| | 07/16 | 55.86 | | CHECK CARD PURCHASE AMOCO OIL  01 | MIAMI | FL |
| | 07/16 | 355.37 | | CHECK CARD PURCHASE POSH | MIAMI BEACH FL | |
| | 07/16 | 11.43 | | POINT OF SALE DEBIT MORALES DISCOUNT PHARM | MIAMI FL | TR DATE 07/15 05435901 |
| | 07/16 | 159.28 | | POINT OF SALE DEBIT NNT TOP OF THE LNE 532 | MIAMI FL | TR DATE 07/14 06353387 |
| | 07/17 | 82.37 | | ELECTRONIC/ACH DEBIT BELLSOUTH    CONSUMER | 2025748 | |
| | 07/17 | 402.00 | | ATM CASH WITHDRAWAL BANK OF AMERICA | MIAMI FL | TR DATE 07/16 IFLN3770 |
| | 07/17 | 26.40 | | CHECK CARD PURCHASE AMOCO OIL  01 | MIAMI | FL |
| | 07/17 | 35.30 | | CHECK CARD PURCHASE EPIC DESIGNS #36 | MIAMI | FL |
| | 07/17 | 89.07 | | CHECK CARD PURCHASE PATACON PIZAO RE | MIAMI | FL |
| | 07/17 | 116.63 | | CHECK CARD PURCHASE A.D.M.Y. RETAIL | MIAMI | FL |
| | 07/17 | 341.33 | | CHECK CARD PURCHASE LULU | 305-6693214 FL | |
| | 07/17 | 2.00 | | ATM CASH WITHDRAWAL FEE | | |
| | 07/18 | 4,307.87 | | ELECTRONIC/ACH DEBIT AURORA LOAN    ALS SPEEDP | 0040111528-9497 | |
| | 07/18 | 6,979.17 | | ELECTRONIC/ACH DEBIT AURORA LOAN    ALS SPEEDP | 0040102667-9493 | |
| | 07/18 | 8.50 | | CHECK CARD PURCHASE LOS CHUZOS RESTA | MIAMI | FL |
| | 07/18 | 60.00 | | CHECK CARD PURCHASE VZWRLSS-IVR VE | 800-9220204 CA | |
| | 07/18 | 89.88 | | CHECK CARD PURCHASE KNOCK OUT BOXING | 305-3881129 FL | |
| | 07/18 | 123.05 | | CHECK CARD PURCHASE BATTAGLIA OF DAD | MIAMI | FL |
| | 07/19 | 58.89 | | CHECK CARD PURCHASE CHEVRON 00308098 | MIAMI | FL |
| | 07/23 | 50.00 | | CHECK CARD PURCHASE CHEVRON 00200188 | MIAMI | FL |
| | 07/23 | 212.93 | | CHECK CARD PURCHASE DELL DIRECT STOR | 800-624-9897 TX | |

232850

Member FDIC

Continued on next page

*Defendant's composite exhibit "B"*

FERGUSON, M (OLF) - 000052

Case 2:09-md-02047-EEF-MBN   Document 20193-5   Filed 03/28/16   Page 4 of 4

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227



Page 1 of 6
36/E00/0175/0 /34
1000056692568
07/31/2007

## Account Statement

WORLD GLOBAL INVESTMENTS LLC
9641 SW 163RD AVE
MIAMI FL 33196-5830

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

### Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000056692568 | 07/01/2007 - 07/31/2007 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $85,621.17 | Average Balance | $51,772.36 |
| Deposits/Credits | $7,400.00 | Average Collected Balance | $51,611.07 |
| Checks | $46,565.84 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $30,970.17 | | |
| Ending Balance | $15,485.16 | | |

### Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 07/23 | 2,400.00 | | DEPOSIT | 07/26 | 5,000.00 | | DEPOSIT |

Deposits/Credits: 2     Total Items Deposited: 2

### Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1003 | 25.00 | 07/18 | 1010 | 6,650.00 | 07/16 | 1016 | 1,750.00 | 07/20 |
| *1005 | 2,000.00 | 07/02 | 1011 | 270.54 | 07/17 | 1017 | 6,000.00 | 07/18 |
| 1006 | 10,000.00 | 07/09 | 1012 | 290.00 | 07/31 | 1018 | 1,657.49 | 07/30 |
| 1007 | 9,042.81 | 07/10 | 1013 | 750.00 | 07/20 | *1020 | 1,000.00 | 07/30 |
| 1008 | 100.00 | 07/18 | 1014 | 250.00 | 07/19 | | | |
| 1009 | 6,650.00 | 07/23 | 1015 | 130.00 | 07/25 | | | |

Checks: 16     *Break in check sequence

### Withdrawals/Debits

| Date Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|
| 07/02 | 50.00 | | CHECK CARD PURCHASE FREEDOM OIL STAT | MIAMI | FL |
| 07/05 | 57.13 | | CHECK CARD PURCHASE AMOCO OIL  01 | MIAMI | FL |
| 07/05 | 133.48 | | CHECK CARD PURCHASE DTV*DIRECTV SERV | 800-347-3288 CA | |
| 07/09 | 55.20 | | CHECK CARD PURCHASE SHELL OIL 275405 | MIAMI | FL |
| 07/09 | 69.10 | | CHECK CARD PURCHASE SNOOK INN | MARCO ISLAND FL | |
| 07/09 | 383.06 | | POINT OF SALE DEBIT SOU HOME DEPOT EXPO162 | N.MIAMI  FL  TR DATE 07/07  00000003 | |
| 07/10 | 55.32 | | CHECK CARD PURCHASE NEXXT CAFE | MIAMI BEACH FL | |
| 07/11 | 49.78 | | CHECK CARD PURCHASE B & G CITGO | MIAMI | FL |
| 07/11 | 169.75 | | CHECK CARD PURCHASE NOVECENTO | MIAMI | FL |

232849     Member FDIC     Continued on next page

FERGUSON, M (OLF) - 000053