

Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

*Via E-mail, Regular U .S. Mail*

January 22, 2015

Henry & Naneth Perdomo
400 NW 129th Ave.
Miami, FL 33182

### RE: Eligibility – Chinese Drywall Settlement

Dear Henry & Naneth Perdomo,

The Claims Administrator has deemed you eligible for your Other Loss Fund claim in the Chinese Drywall Global Settlement.   Enclosed please find your Foreclosure/Short Sale/Sale in Mitigation Eligibility Notice.   The amount of your Resolution Offer is $10,000.00.   The offered amount was approved by Judge Fallon, subject only to appeal to the court appointed Special Master and Judge Fallon.

If you accept this Resolution Offer, please let us know immediately and we will inform the Claims Administrator and the $10,000 will be paid within a few weeks.

If you do not wish to accept the Resolution Offer, you may file an appeal.   For an appeal to succeed, the Court and Special Master will require extensive information: a) statement detailing why the Resolution Offer is not sufficient to fully compensate your losses, and b) an itemized list of damages clearly demonstrating and supporting the actual losses claimed.

The itemized list of damages to be provided must be cross-referenced and identify specific documents that have previously been submitted. You may not submit any additional claim documentation as part of a renewed claim for a Special Master Award unless specifically requested to do so by the Settlement Administrator or Special Master.   Additionally the Special Master may award you an amount less than your current Resolution Offer.

Should you choose to appeal, you will be responsible for any costs associated, including experts, which may exceed any additional award you may recover. Please advise us immediately, but no later than **Wednesday, January 27, 2015**, should you wish to file an appeal.

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE  |  CORAL GABLES, FLORIDA  |  33134
| T: 305.476.7400  |  F: 305.476.7444  |  W: www.colson.com
| 208 11TH STREET SE |  WASHINGTON, DC  |  20003
| T: 202.386.6706  |  F: 202.386.6706  |  W: www.colson.com
| 1100 POYDRAS STREET, SUITE 2800  |  NEW ORLEANS, LA  |  70163
| T: 305.476.7400  |  F: 305.476.7444  |  W: www.colson.com



Colson
Hicks
Eidson

   If we do not hear from you by **Friday, January 27, 2015**, we will assume that you agree with the $10,000.00 Resolution Offer recovery and accept the Eligibility Notice on your behalf.

   Should you have any questions or concerns, please do not hesitate to contact us.


                                        Very Truly Yours,


                                        ERVIN A. GONZALEZ
                                        PATRICK S. MONTOYA
                                        NATALIE M. RICO


EAG/PSM/NMR/brf
Enclosures:  As stated

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## OTHER LOSS ELIGIBILITY NOTICE
### DATE OF NOTICE: 1/15/15
### DEADLINE TO RESPOND: 2/14/15

## I. CLAIMANT AND CLAIM INFORMATION

| **Claimant Name** | Last<br>Perdomo | First<br>Henry & Naneth | Middle |
|---|---|---|---|
| **Representative Claimant Name** | Last | First | Middle |
| **Claim Type** | Foreclosure or Short Sale | | |

| **Claimant ID** | 104316 | **Claim ID** | 2060 |
|---|---|---|---|
| **Law Firm** | Colson Hicks Eidson, P.A. | **Affected Property ID** | 6274 |

| **Affected Property Address** | Street<br>12967 SW 134 Terrace | | Unit |
|---|---|---|---|
| | City<br>Miami | State<br>FL | Zip code<br>33186 |

## II. ELIGIBILITY DETERMINATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I.  We reviewed your claim and determined that you are eligible for compensation for the Other Loss Claim you submitted.  The amount you are eligible for (your "Resolution Offer") is listed below.

| CLAIM ID | CLAIM TYPE | RESOLUTION OFFER |
|---|---|---|
| 2060 | Foreclosure or Short Sale | $10,000.00 |

## III. YOUR OPTIONS AFTER THIS NOTICE

If you wish to accept the Resolution Offer listed above, log in to the Chinese Drywall portal to accept your Resolution Offer.  We will deem your Resolution Offer accepted if you do not take any action within 30 days of the date of this Notice.  You must submit a completed IRS Form W-9 and Verification of Claims form before we can issue payment to you.  If you have previously received payment on another claim, you do not need to submit these forms again.

If you do not wish to accept the Resolution Offer listed above you may request a different amount by filing for a Special Master Award.  **If you request a Special Master Award, the Resolution Offer listed above is no longer valid and the Special Master may award you an amount equal to or less than the Resolution Offer on this Notice.**

The deadline to file for a Special Master Award is 30 days after the date of this Notice.  If you wish to file for a Special Master Award, you must complete the Notice of Request for Special Master Award by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**.  If you do not have online access, you may submit the Notice of Request for Special Master Award form attached to this Notice.  Follow the instructions on the Portal or on the form to submit the Notice of Request for Special Master Award.

| IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP | |
|---|---|
| We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**. | |

| V. HOW TO RESPOND TO THIS NOTICE | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to file an Appeal and upload documents. |
| **By Mail**<br>(Postmarked no later than your  submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

### NOTICE OF REQUEST FOR SPECIAL MASTER AWARD

#### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>Perdomo | | First<br>Henry & Naneth | | Middle |
|---|---|---|---|---|---|
| Representative Claimant Name | Last | | First | | Middle |
| Claimant ID | 104316 | | **Claim ID** | | 2060 |
| Claim Type | Foreclosure or Short Sale | | **Affected Property ID** | | 6274 |
| Affected Property Address | Street<br>12967 SW 134 Terrace | | | | Unit |
| | City<br>Miami | State<br>FL | | Zip code<br>33186 | |
| Law Firm | Colson Hicks Eidson, P.A. | | | | |

#### II. BASIS OF REQUEST FOR SPECIAL MASTER AWARD

Use the space below to provide a statement detailing why the Resolution Offer is not sufficient to fully compensate you AND an itemized list of damages clearly demonstrating and supporting the actual losses claimed. Attach additional sheets as necessary. You are not permitted to submit additional documents in support of your request. The Special Master will review your request and will notify you once a determination has been made.

#### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (866) 866-1729 or send an email to **CDWQuestions@browngreer.com**.

| IV. HOW TO SUBMIT THIS NOTICE | |
|---|---|
| **By Online Portal**<br>(Submitted no later than 12:00 midnight local time on your submission deadline) | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail**<br>(Postmarked no later than your  submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

Claimant ID: 104316

Claim ID: 2060

*91338-104316-9*