-----Original Message-----
From: Montoya, Patrick [mailto:patrick@colson.com]
Sent: Saturday, December 26, 2015 2:50 PM
To: Dan Balhoff <balhoff@pabmb.com>
Cc: Gonzalez, Ervin <Ervin@colson.com>; Rico, Natalie <natalie@colson.com>; Ferrer, Becky <Becky@colson.com>; Russ Herman <RHERMAN@hhklawfirm.com>; LDAVIS@hhklawfirm.com; Arnold Levin <alevin@lfsblaw.com>; Fred Longer <flonger@lfsblaw.com>
Subject: OLF Appeals

Dear Mr. Balhoff,
We write to you in your capacity as Special Master on the Chinese Drywall cases. In order that we may better inform our clients and be able to adequately prepare responses, we request that you provide us with a basis for the denial of our clients' appeals and, on claims with Special Master awards that were unequal to what was submitted in our appeal, we request the basis for the claims not receiving full value. We do not take issue with the pro rata reduction, we understand the necessity of it. We would like to cure any alleged deficiencies or denials as soon as possible and look forward to your early reply. Should you have any questions, please do not hesitate to contact us.

Very truly yours,

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134
(O) 305-476-7400
(F) 305-476-7444
###############################################################################
Attention:
The information contained in this message and or attachments is intended
only for the person or entity to which it is addressed and may contain
confidential and/or privileged material.  Any review, retransmission,
dissemination or other use of, or taking of any action in reliance upon,
this information by persons or entities other than the intended recipient
is prohibited. If you received this in error, please contact the sender and
delete the material from any system and destroy any copies.

2