

OMB Approval No. 2502-0265

# A. Settlement Statement (HUD-1)

B. Type of Loan

1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins  | 6. File Number: 12-187TK | 7. Loan Number | 8. Mortgage Insurance Case Number
4. ☐ VA   5. ☐ Conv. Ins

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. Name and Address of Borrower:
Hilda T Rodriguez
13640 SW 136th Terrace
Miami, Florida 33186

E. Name and Address of Seller:
Henry Perdomo
Nanalh Perdomo
400 NW 129th Avenue
Miami, Florida 33182

F. Name and Address of Lender:

G. Property Location:
12067 SW 134th Terrace
Miami, Florida 33186

H. Settlement Agent: 954-427-9693
Assure America Title Company

Place of Settlement:
600 Fairway Drive
Suite 109
Deerfield Beach, Florida 33441

I. Settlement Date: 02/21/12
DD: 02/21/12

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 100,000.00 | 401. Contract sales price | 100,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 1,047.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes     to | | 406. City/town taxes     to | |
| 107. County taxes        to | | 407. County taxes        to | |
| 108. HOA Assessments     to | | 408. HOA Assessments     to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 101,047.00 | 420. GROSS AMOUNT DUE TO SELLER | 100,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 7,067.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan Regions Ln# **2491 | 85,346.04 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. 2010 Delinquent Tax To Miami-Dade County, Tax | 3,874.96 |
| 209. | | 509. 2011 County Tax To Miami-Dade County, Tax Collector | 3,250.22 |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes     to | | 510. City/town taxes     to | |
| 211. County taxes   01/01 to 02/21 | 461.78 | 511. County taxes    01/01 to 02/21 | 461.78 |
| 212. HOA Assessments    to | | 512. HOA Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 5,461.78 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 100,000.00 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 101,047.00 | 601. Gross amount due to seller (line 420) | 100,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 5,461.78 | 602. Less reduction amount due to seller (line 520) | 100,000.00 |
| 303. CASH     FROM     BORROWER | 95,585.22 | 603. CASH     TO     SELLER | 0.00 |

| L. SETTLEMENT CHARGES: | File Number: 12-187TK | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. Total Real Estate Broker Fees  100,000.00 @ 5.00 = 5,000.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ 5,000.00 to Realty World | | | |
| 702. $ to | | | |
| 703. Commission paid at Settlement | | | 5,000.00 |
| 704. Processing Fee  Realty World | | 395.00 | |
| 705. | | | |
| 800. Items Payable in Connection with Loan | | | |
| 801. Our origination charge  $ (from GFE#1) | | | |
| 802. Your credit or charge (points) for the specific interest rate chosen  $ (from GFE#2) | | | |
| 803. Your adjusted origination charges  (from GFE A) | | | |
| 804. Appraisal Fee  (from GFE#3) | | | |
| 805. Credit Report  (from GFE#3) | | | |
| 806. Tax service  (from GFE#3) | | | |
| 807. Flood certification  (from GFE#3) | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 900. Items Required by Lender to Be Paid in Advance | | | |
| 901. Daily interest charges  from  to  @$  /day  (from GFE#10) | | | |
| 902. Mortgage Insurance Premium  for  to  (from GFE#3) | | | |
| 903. Homeowner's insurance  for  to  (from GFE#11) | | | |
| 904. | | | |
| 905. | | | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Initial deposit for your escrow account  (from GFE#9) | | | |
| 1002. Hazard Insurance  mo. @ $  per mo. $ | | | |
| 1003. Mortgage Insurance  mo. @ $  per mo. $ | | | |
| 1004. City property taxes  mo. @ $  per mo. $ | | | |
| 1005. County property taxes  mo. @ $  per mo. $ | | | |
| 1006. Annual Assessments  mo. @ $  per mo. $ | | | |
| 1007.  mo. @ $  per mo. $ | | | |
| 1008.  mo. @ $  per mo. $ | | | |
| 1009. Aggregate Adjustment  $ | | | |
| 1100. Title Charges | | | |
| 1101. Title services and lender's title insurance  (from GFE#4) | | | |
| 1102. Settlement or closing fee  Assure America Title Company | | 395.00 | 395.00 |
| 1103. Owner's title insurance  Assure America Title Company  (from GFE#5) | | | 575.00 |
| 1104. Lender's title insurance | | | |
| 1105. Lender's title policy limit | | | |
| 1106. Owner's title policy limit  100,000.00 --- 575.00 | | | |
| 1107. Agent's portion of the total title insurance premium  Assure America Title Company  $ 402.50 | | | |
| 1108. Underwriter's portion of the total title insurance premium  Old Republic National Title Insurance Company  172.50 | | | |
| 1109. | | | |
| 1110. Title Search Fee  Assure America Title Company | | | 99.00 |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Government recording charges  (from GFE#7) | | 10.00 | |
| 1202. Deed $ 10.00  Mortgage $  Releases $ | | | |
| 1203. Transfer taxes  (from GFE#8) | | | |
| 1204. City/County tax/stamps  Deed $  Mortgage $ | | | |
| 1205. State tax/stamps  Deed $ 600.00  Mortgage $ | | | 600.00 |
| 1206. Intangible Tax  Deed $  Mortgage $  (from GFE#8) | | | |
| 1207. | | | |
| 1208. | | | |
| 1300. Additional Settlement Charges | | | |
| 1301. Required services that you can shop for  (from GFE#6) | | | |
| 1302. | | | |
| 1303. Municipal Lien Search Fee  LienWrite Solutions, Inc. | | 150.00 | |
| 1304. Refund, HOA Estoppel Ltr  Assure America Title Company | | | 179.00 |
| 1305. Outstanding HOA Maint. Jan 6  Tuscany Village HOA | | | 219.00 |
| 1306. March Maint  Tuscany Village HOA | | | 97.00 |
| 1307. | | | |
| 1308. | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | 1,047.00 | 7,047.00 |

[Signatures dated 2/21/12]