## FORBEARANCE AGREEMENT

THIS AGREEMENT is entered into on the 8th day of February, 2012 by and between Regions Bank ("Creditor") and Henry Perdomo & Naneth Perdomo ("Borrower").

### Recitals

Borrower is justly indebted to Creditor under loan number 000000002550002491 in the amount of $ 250,063.43 plus interest, costs and expenses (including attorneys fees) which continue to accrue (the "Debt"). Borrower represents that, because of its financial condition, at this time it is unable to pay the full amount of the Debt. The parties are entering into this Agreement because of Borrower's representations concerning its financial condition.

### Agreement

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. **Forbearance.** Subject to the express provisions of this Agreement, Creditor agrees to forbear from exercising its remedies under the note and the other documents evidencing and/or securing the Debt (the "Loan Documents") until the occurrence of any breach of any promise or covenant by Borrower contained in this Agreement or of any default by the Borrower under any provision of this Agreement.

2. **Conditions of Forbearance.** Creditor's agreement is conditioned upon and subject to the timely satisfaction by Borrower of each of the following conditions ("Conditions of Forbearance"):

(a) **Payments.** Borrower shall pay Creditor the total amount of $83,646.31 plus interest at the per annum rate of 0%. This amount shall be payable in 360 monthly installments of $231.00 per month, equal to the then-outstanding balance due and payable. The monthly installments shall be due and payable as of the 15th day of each month beginning April 15, 2012. These payments, as and when received by Creditor, shall be applied to the Debt in such order and manner as Creditor may determine in the exercise of its sole discretion.

(b) **No Defaults under Loan Documents.** During the term of this Agreement, Borrower's obligation to make payments to Creditor shall be governed by this Agreement. Borrower shall perform under and satisfy all other obligations, covenants, representations and warranties contained in the Loan Documents. With respect to all such obligations, covenants, representations and warranties, default under any of the Loan Documents shall constitute a default under this Agreement.

(c) <u>No Defaults Hereunder</u>. Borrower shall not breach any promise or covenant contained in this Agreement and shall not be in default under any provision of this Agreement.

3. <u>Bankruptcy or Insolvency</u>. If Borrower shall become a debtor in bankruptcy by means of either a voluntary or involuntary petition or if any kind of receivership or insolvency proceeding is commenced by or against Borrower, Borrower shall be in default under this Agreement.

4. <u>Termination of this Agreement</u>. Borrower agrees that this Agreement automatically, and without notice, shall be terminated upon the occurrence of any breach of any promise or covenant by Borrower contained in this Agreement or of any default by the Borrower under any provision of this Agreement. Upon termination of this Agreement, the entire amount of the Debt shall be immediately due and payable, and Creditor shall be under no obligation to forbear in any respect and shall be entitled immediately to exercise all of its rights and remedies under the Loan Documents, all without further notice to Borrower.

5. <u>Forgiveness of Debt</u>. Provided that Borrower satisfies all of the Conditions of Forbearance set forth above and timely pays the entire amount due under paragraph 2(a) above, and provided further that no default occurs, then at the conclusion of this Agreement Creditor will forgive and discharge the then-remaining outstanding balance of the Debt. If, however, default occurs under this Agreement, Creditor shall be under no obligation to forgive or discharge any portion of the Debt.

6. <u>Effectiveness of the Loan Documents</u>. This Agreement shall not constitute a novation of the Loan Documents, and the Loan Documents shall survive the execution of this Agreement and remain in full force and effect subject only to Creditor's agreement to forbear as set forth herein. There are no oral representations or assurances from Creditor to Borrower which survive the execution of this Agreement.

7. <u>Release and Waiver</u>. Borrower hereby acknowledges and stipulates that it has no claims or causes of action of any kind whatsoever against Creditor. Borrower represents that it is entering into this Agreement freely, and either has consulted or is free to consult counsel as to its legal alternatives. Borrower hereby releases Creditor from any and all claims, causes of action, demands and liabilities of any kind whatsoever whether direct or indirect, fixed or contingent, liquidated or unliquidated, disputed or undisputed, known or unknown, which Borrower has or may acquire in the future relating in any way to any event, circumstance, action or failure to act prior to the date of this Agreement. The release by Borrower herein, together with the other terms and provisions of this Agreement, are executed by Borrower advisedly and without coercion or duress from Creditor, Borrower having determined that the execution of this Agreement, and all of its terms and provisions are in Borrower's economic best interest.

8. <u>No Obligation to Extend Future Forbearances; No Waiver</u>. Borrower acknowledges and agrees that Creditor is not obligated and does not agree to extend any other or future

forbearance except as expressly set forth herein. This Agreement shall not constitute a waiver by Creditor of any of Borrower's defaults under the Loan Documents. Except as expressly provided herein, Creditor reserves all of its rights and remedies under the Loan Documents. No action or course of dealing on the part of Creditor, its officers, employees, consultants, or agents, nor any failure or delay by Creditor with respect to exercising any right, power or privilege of Creditor under the Loan Documents or this Agreement, shall operate as a waiver thereof, except to the extent expressly provided herein.

9. **No Obligation to Make Further Advances.** Borrower acknowledges and agrees that Creditor is under no obligation to advance any additional credit to Borrower.

10. **Governing Law.** This Agreement shall be governed by and construed in accordance with the laws of the State of Alabama.

11. **Amendments.** This Agreement cannot be amended, rescinded, supplemented or modified except in writings signed by the parties hereto.

12. **Complete Agreement.** This Agreement contains the entire agreement of the parties and supersedes any other discussions or agreements relating to the subject of this Agreement.

13. **Time of the Essence.** TIME IS OF THE ESSENCE IN THIS AGREEMENT.

**CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.**

**CREDITOR:**
Regions Bank

By: _Francine Washkin_

Title: _Officer_

**BORROWER(S):**

_Henry Perdomo_  2/21/12

_Nanelh Perdomo_  2/21/12

\doc\evh\forms\forbear.agr