```
CFN  2012R0186836
OR Bk 28035 Ps 1682; (1ps)
RECORDED 03/15/2012 08:44:05
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

Recording requested by:
Regions Financial Corporation

When Recorded Return To:
Regions Bank
Collateral Management
P O Box 12926
Birmingham, Al 35202

### RELEASE OF MORTGAGE

STATE OF FL
COUNTY OF MIAMI-DADE

KNOWN ALL MEN BY THESE PRESENTS that REGIONS BANK, holder of a certain Mortgage, whose parties, dates and recording information are below, does hereby acknowledge SATISFACTION OF LIEN ONLY, and in consideration thereof, does hereby cancel and discharge said Mortgage.

Loan #: 92501000000002550002491
Original Mortgagor: HENRY PERDOMO AND NANETH A PERDOMO, HUSBAND AND WIFE,
Title Trustee:
Original Mortgagee: REGIONS BANK
Date of Mortgage: 07/26/2006
Mortgage Amount: $288,000.00
Date Recorded: 08/28/2006
Book: 24860 Page: 898

IN WITNESS WHEREOF, Regions Bank, by the officers duly authorized, has duly executed the foregoing instrument on this 2/27/2012.

By: _____
June Pridmore
VICE PRESIDENT

_____
Witness

STATE OF ALABAMA
COUNTY OF JEFFERSON

I, Tamala Joi Marie Ford, a Notary Public, in and for said County and State, do hereby certify that June Pridmore, who is signed to the foregoing document and who is known to me, sworn to (or affirmed) and subscribed before me on this day, that being informed of the contents of said instrument, he/she as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

WITNESS my hand and official seal this 2/27/2012.
_____ (SEAL)
(NOTARY)
MY COMMISSION EXPIRES AUGUST 26, 2015

Document Prepared By: Dorothy E. Lawson   2/27/2012
Regions Bank
P O Box 12926
Birmingham, AL 35202

2.
V/rl D
1-2
Drlp

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

REGIONS BANK,

        Plaintiff,

vs.

        Case No. 2012-CA-026640-23

HENRY PERDOMO, et al.,

        Defendant(s).

FILED
SEP 07 2012
CLERK CIRCUIT & COUNTY COURTS

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AND RELEASE OF LIS PENDENS

COMES NOW, Plaintiff, REGIONS BANK, by and through its undersigned counsel and pursuant to Fla. R. Civ. P. 1.420(a)(1), and hereby gives notice of voluntary dismissal of this action without prejudice and releases the Lis Pendens recorded on July 17, 2012 in O.R. Book 28190, Page 2417, in the Public Records of Miami-Dade County, Florida, against the following real property located in Miami-Dade County, Florida:

The Following Described Land Situated, Lying and Being in Dade County, Florida: Lot 16, Block 1, of Belkys Subdivision, According to the Plat thereof, as Recorded in Plat Book 129, Page 87, of the Public Records of Dade County, Florida. Being the Same Property Conveyed to Henry Perdomo and Naneth Perdomo, His Wife by Deed From Jorge Suarez and Alina Suarez, His Wife Recorded 05/01/1991 in Deed Book 15005 Page 2898, in the Public Records of Dade County, Florida. Tax ID# 30 49100220160

Respectfully submitted this 4th day of September, 2012.

Page 1 of 2
Case No.: 2012-CA-026640-23
FOR-6248 (Regions/Perdomo)
*Notice of Voluntary Dismissal Without Prejudice*

Bk 28273 Pg 4963 CFN 20120657560 09/17/2012 09:13:47 Pg 1 of 2 Mia-Dade Cty, FL

## CERTIFICATE OF SERVICE
## 2012-CA-026640-23

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to all parties listed below on this 4th day of September, 2012.

*Sai Kornsuwan*
Sai Kornsuwan, Esq., FBN: 0078266
Mayersohn Law Group, P.A.
101 N.E. 3rd Avenue, Suite 1250
Fort Lauderdale, FL 33301
Phone: 954-765-1900    Fax: 954-713-0702
service@mayersohnlaw.com
skornsuwan@mayersohnlaw.com
Attorney for Plaintiff

Copies furnished:

Henry Perdomo
Naneth Perdomo
400 NW 129th Avenue
Miami, FL 33182

Page 2 of 2
Case No.: 2012-CA-026640-23
FOR-6248 (Regions/Perdomo)
*Notice of Voluntary Dismissal Without Prejudice*

Bk 28273 Pg 4964 CFN 20120657560 09/17/2012 09:13:47 Pg 2 of 2 Mia-Dade Cty, FL