UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG., et al.*<br>2:14-cv-02722-EEF-JCW | MAG. JUDGE WILKINSON |

NOTICE OF SERVICE

The Clerk of Court is hereby notified that the following defendants were served on March 9, 2016, in accordance with the provisions of Article 5, Sub-paragraph A, of the Hague Convention:

1. Gebrueder Knauf Verwaltungsgesellschaft, KG
2. Knauf International GMBH

Both certifications are attached hereto as Exhibit A.

s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 205-414-7528
jimmy@doylefirm.com
*Attorney for Plaintiffs*