UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED   *       09-MD-2047
        DRYWALL PRODUCTS        *
        LIABILITY LITIGATION    *       Section L
                                *
Relates to:  All Cases          *       March 22, 2016
                                *
* * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Appearances:

For the PSC:                    Herman Herman & Katz, LLC
                                BY:  RUSS M. HERMAN, ESQ.
                                820 O'Keefe Avenue
                                New Orleans, Louisiana 70113

For the Knauf                   Baker Donelson Bearman
Defendants:                       Caldwell & Berkowitz, PC
                                BY:  KERRY J. MILLER, ESQ.
                                201 St. Charles Avenue, Suite 3600
                                New Orleans, Louisiana 70170

For the Taishan, CNBM,          Phelps Dunbar, LLP
and BNBM Defendants:            BY:  HARRY ROSENBERG, ESQ.
                                365 Canal Street, Suite 2000
                                New Orleans, Louisiana 70130

Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                500 Poydras Street, HB-275
                                New Orleans, Louisiana 70130
                                (504) 589-7778


Proceedings recorded by mechanical stenography using
computer-aided transcription software.

## PROCEEDINGS

### (March 22, 2016)

**THE COURT:** Be seated, please.  Good morning, ladies and gentlemen.

Call the case, please.

**THE DEPUTY CLERK:** MDL 2047, *In Re: Chinese Manufactured Drywall Products Liability Litigation*.

**THE COURT:** Counsel make their appearances for the record, please.

**MR. ROSENBERG:** Good morning, Your Honor. Harry Rosenberg as liaison counsel for CNBM, BNBM, and Taishan, Your Honor.

**MR. HERMAN:** May it please the Court.  Good morning, Judge Fallon.  Russ Herman for the Plaintiffs' Steering Committee.

**MR. MILLER:** Good morning, Judge.  Kerry Miller on behalf of Knauf.

**THE COURT:** We are here for our monthly status conference.  We are going to do it in two phases today.  I will hear from the parties on the monthly status conference, and then I will take a quick break and come back.  I understand we have two litigants who wish to speak.  I will take their positions as a motion to reconsider opinions that I have written.  It deals with Knauf, so I would ask that Knauf's attorney be present when I come back, together with the

09:07

representatives of the PSC.

Let's go down the agenda first. Anything on pretrial orders?

**MR. HERMAN:** No, Your Honor.

The next item at page 4, Item IV, there are 268 alleged Taishan properties that have now been vetted by the PSC and removed by order.

At page 5 under Item VI, the Knauf Remediation Program, there are 2,845 properties. There are three packets out. Jake Woody is here to report. I suggest, may it please the Court, that we do Item VI, the Knauf Remediation Program, and Item XV, already remediated homes, at the same time.

**THE COURT:** Jake, do you want to come up.

As everybody knows, we have grouped these claims into two sort of groupings. One is a Knauf drywall grouping and the other is the Taishan, et al., drywall grouping. We are finished pretty much with Knauf with the exception of some objections and some claimants, and now we are moving into Taishan, et al. I will hear from Mr. Woody on the report on Knauf.

**MR. WOODY:** Good morning, Your Honor. My name is Jake Woody from BrownGreer here to give the monthly status report for the Chinese Drywall Settlement Program.

We will start as always with the total payments we have made from the Settlement Program. That total is now

$82,565,727, which is an increase of just under $100,000 since our last status conference in February. Of that amount, 25 percent is for what we call other loss claims. That total is $20.9 million. 75 percent is for what we call Global, Banner, INEX repair and relocation claims, and that total is $61.5 million.

Global, Banner, INEX repair and relocation is a square footage payment intended to assist people in repairing their homes or relocating. Other loss claims are made up of several different claim types intended to compensate them for things like lost rent, moving out of the property, moving back in, etc. I will talk a little bit more about that in just a minute.

I also wanted to mention the timeline for when we have made all these payments because I think that's important to get an understanding of where we are in this program.

In 2014 we paid $52.5 million, which is 63 percent of everything we have paid. So that means that for almost two years now we have had 63 percent of all payments made. 36 percent were made in 2015, and so far this year we have just paid 1 percent. That's not because of any lack of diligence. It's because we have paid almost everything we can pay.

We continue to pay people who submit required

documents and things like that, but I did think that this was interesting just to show that while we are still working on the program and it's still ongoing, most people have been paid. Some people in some cases have been paid for several years now. Again, our total payment is $82.5 million.

We are also paying stipends to attorneys pursuant to Pretrial Order 30. These are cost reimbursements. So far we have paid $4.5 million, which is an increase of $372,000 since the last status conference. We have $411,000 left to distribute. All we need to distribute that money is some forms from law firms.

If anybody on the phone or in the courtroom is waiting for this, they can find those forms on our website or they can always e-mail us as CDWquestions@BrownGreer.com, and we will tell them what we need from them to get that money paid.

**THE COURT:** Tell us about the stipends a little bit, Jake.

**MR. WOODY:** The stipends are again set out in PTO 30. We are authorized to pay $1,000 per KPT property and $150 for non-KPT property. The money goes to law firms, and it comes from the attorney fee fund. It doesn't come from money allocated to go to homeowners. It comes from a separate pool of money.

To be eligible for this, you need to have a

property with an eligible claim, whether or not it's a property that's been remediated or Global, Banner, INEX repair and relocation claim or an other loss claim. You have to have an eligible claim. So just because you submitted a claim doesn't mean you get a stipend. You have to have actually recovered money for a homeowner or a client, and if that's the case --

I guess I should back up and say last fall we distributed a list of all the eligible properties and the amount that they were eligible for based on the information we obtained during our review, distributed that to attorneys, gave them a chance to object or supplement or add to it. They did that. We then gave that to the PSC, who attached it to PTO 30, and the Court published it on its website.

So this list is available for everyone of all the properties that are at issue and the amounts for each property. Once that was finalized and once the time to appeal PTO 30 ran, which I believe was at the end of 2015, the very end, we began issuing payments.

We need a verification form from the firms and we need a W-9 to issue that payment. We do it by wire. Typically we do it about once a week or when we reach a critical mass of money that needs to be paid out. So we have been working on that for about three or four months now.

**THE COURT:** As we know, this amount of money that we are talking about, the $82 million, under the Settlement

09:13

1  Program, Knauf's interests agreed to remediate the homes of the
2  individuals 100 percent, remediate the homes in accordance with
3  the protocol, which was evidence-based and devised after six or
4  seven trials, and then putting it in a program. It was a
5  temporary program to see whether or not the theoretical
6  protocol worked. It did, and they monetized it and Knauf
7  agreed to pay for the remediation.
8         The downstream Knauf defendants agreed to
9  supplement that with various other amounts for various other
10 things. The latter part is what we are talking about here. So
11 the $82 million is in addition to the amount that Knauf spent
12 in remediating the homes, which was approximately
13 one-point-some billion dollars or estimated, in any event.
14        **MR. WOODY:** Yes, sir.
15        I do want to announce that we are completely
16 finished with the other loss claims that we have been working
17 on for so long. There's nothing left for us to do. We are not
18 waiting on any information from people. I wanted to give you a
19 quick overview of that timeline.
20        We started off at the bottom here with 7,987
21 claims. Of those, 5,150 were eligible. The rest were denied
22 either because they didn't give us the required documents or
23 they didn't provide proof that the property had Chinese drywall
24 in it.
25        PTO 29 authorized us to issue or make an initial

09:15

1  offer to people at certain capped amounts.  We did that at the
2  end of 2014.  Of that, 4,423 people accepted the offer.  So we
3  paid them.  That's the money that I showed you earlier.  Those
4  claims are done and have been done for some time.
5              727 of the eligible claims elected to have the
6  special master review their claim in an attempt to obtain a
7  greater recovery.  We worked with the special master to get him
8  all the information he needed to review those claims and issued
9  determinations on those as well.  There was also an option
10 after that for people to ask him to reconsider the offer he
11 made.  Of the 727, 326 requested reconsideration.  The
12 remainder accepted his offer.  We have finished reviewing these
13 reconsideration requests.
14             As you can see, we have been through these
15 claims many, many times at this point, so there was nothing
16 really new or earthshaking for us to look at.  On March 11 we
17 issued the last of our final determination notices to people
18 for these other loss claims.  The only option remaining is to
19 either accept that offer -- and if you got an offer and you
20 want to accept it, there's no need to do anything; you can do
21 nothing, and we will pay you -- or to appeal directly to the
22 Court.  I believe we are maybe going to have a special hearing
23 on those appeals.
24             The time to appeal for many people is still
25 open, although it's only open for about another week or so.  So

once we have all the appeals in hand, we can file responses to each and set those for a special hearing.

**THE COURT:** The special hearing we set for May 5 of this year to give everybody an opportunity to speak if they wish or write if they wish, at least make themselves known.

I might say that the focus of the Court in these types of matters is to create a program that gives a process, a procedure for dealing with the issue. The claims administrator is the first person who goes through the Settlement Program, makes sure that the agreements established in the Settlement Program have been carried out. When people make claims, they simply look at the Settlement Program to determine whether or not their claim falls within the terms of the Settlement Program and how much they are entitled to under the Settlement Program.

The claims administrator is the one who does the first cut, so to speak. Then if somebody is not satisfied, feels that the claims administrator made a mistake or didn't interpret it well or they are dissatisfied for any reason, they have an opportunity to then appeal that decision to a special master, who is appointed by the Court and not associated with this litigation in any way, shape, or form, just with expertise in mediating matters.

The special master hears evidence, looks at documents, gives consideration to the individual, and then

writes an opinion and makes a decision. At that point the individual, if they feel that the special master has erred, has made a mistake, didn't do what they feel should be done, they have a right to ask for a reconsideration of that. The special master wipes the slate clean, reconsiders what's been done, and then issues an order. They can go either way on it. Oftentimes the special master will say, "In reconsideration, I increase the amount," or they can affirm what they did before.

At that point the individual, if they are still not satisfied, has an opportunity to appeal to the Court. When I get the appeal, I listen to the party. I look at all the documents, everything that's been said, everything that's been written. I give it consideration, and I do the very best I can and make a decision on it.

That's the best we can do in this type situation. Not everybody is going to be satisfied. It's unfortunate, but that's the nature of the game. My concern is that everybody has an opportunity to go through the process. The process is detailed. They have an opportunity to present their case, to re-present their case two or three times, and then a final decision has to be made. That's what we are in the process of doing now.

**MR. WOODY:** I also wanted to mention just in conclusion -- I wanted to give you some visual of the program as a whole. I've talked about Global, Banner, INEX claims and

09:20

 1  other loss claims, which are sort of the bottom two parts of
 2  this period.  We have also briefly touched on the Knauf
 3  Remediation Program, which is separate and apart from what I
 4  have just talked about.  It's a separate pool of money.  It's a
 5  separate program.  Although we work on it, it's not a
 6  claim-based program like this.  It's a program to remediate
 7  properties, as we mentioned.
 8            The total claims that we have had to deal with
 9  in the entire Chinese drywall settlement world is just over
10  24,000.  We are now done with them, which is a nice feeling to
11  have.
12            With that I will conclude and just note that
13  since the last status conference we have paid just under
14  $100,000 in claim payments, $411,000 in stipend payments.  We
15  issued the last of our notices.  96 of them went out on
16  March 11.  We have zero claims remaining to review on our end.
17  Thank you.
18            **THE COURT:**  Thank you very much.
19            **MR. HERMAN:**  May it please the Court.  Under
20  Item VII, INEX, Banner, Knauf, L&W, and Global settlements,
21  there are no new issues.  As I indicated before, 268 alleged
22  complaints against Taishan, BNBM, CNBM defendants have been
23  dismissed.
24            Between pages 7 and 17, there are three tracks
25  detailed:  a contempt track, a class action track, and a

09:22

1    jurisdiction track.  47 depositions have been taken in that
2    regard.
3                 There's nothing new under Venture Supply and
4    Porter-Blaine at Item IX.
5                 There's nothing new under Item X, plaintiff and
6    defendant profile forms.
7                 Under Item XI, there's nothing new.  For the
8    record and any people listening, if they want to access the
9    Court's website for the status conference and the content of
10   the reports, it's www.laed.uscourts.gov/drywall/faq.htm, and it
11   appears at page 19 of the status conference report.
12                Item XII, Your Honor has indicated there are
13   some items set after this hearing which Your Honor will
14   entertain.
15                Item XIII, there's nothing new on the physical
16   evidence preservation order.
17                Item XIV, there's nothing new on the entry of
18   preliminary default.
19                Item XV has already been addressed by Mr. Woody
20   on already remediated homes.
21                Your Honor has indicated the next status
22   conference will be April 26 at 9:00 a.m.
23            **THE COURT:**  The following one is May 25, and that one
24   is at 2:00 p.m.  It's May 25 at 2:00 p.m.  Then the objections,
25   as I mentioned, will be -- I will set that and post it -- on

09:24   1   May 5 at 9:00.
        2           **MR. HERMAN:**  May it please the Court.  I apologize.
        3   I think the attorneys for the attorney general are here.
        4           **THE COURT:**  Anything from the attorney general?
        5               We will take a five-minute break here, and I
        6   will hear from the litigants.  Court will stand in recess.
        7           **THE DEPUTY CLERK:**  All rise.
        8                              * * *
        9                          **CERTIFICATE**
       10           I, Toni Doyle Tusa, CCR, FCRR, Official Court
       11   Reporter for the United States District Court, Eastern District
       12   of Louisiana, certify that the foregoing is a true and correct
       13   transcript, to the best of my ability and understanding, from
       14   the record of proceedings in the above-entitled matter.
       15
       16
       17                              *s/ Toni Doyle Tusa*
                                        Toni Doyle Tusa, CCR, FCRR
       18                               Official Court Reporter
       19
       20
       21
       22
       23
       24
       25

| $ | 75 percent [1] 4/4 | attorney [4] 2/25 5/22 13/3 13/4 |
|---|---|---|
| $1,000 [1] 5/20 | 778 [1] 1/22 | attorneys [3] 5/6 6/10 13/3 |
| $100,000 [2] 4/1 11/14 | 8 | authorized [2] 5/20 7/25 |
| $150 [1] 5/20 | 820 [1] 1/14 | available [1] 6/14 |
| $20.9 [1] 4/4 | | Avenue [2] 1/14 1/17 |
| $20.9 million [1] 4/4 | 9 | B |
| $372,000 [1] 5/9 | 96 [1] 11/15 | back [4] 2/21 2/25 4/11 6/7 |
| $4.5 [1] 5/8 | 9:00 [1] 13/1 | Baker [1] 1/15 |
| $411,000 [2] 5/9 11/14 | 9:00 a.m [1] 12/22 | Banner [5] 4/5 4/7 6/2 10/25 11/20 |
| $52.5 [1] 4/18 | A | based [3] 6/9 7/3 11/6 |
| $52.5 million [1] 4/18 | a.m [1] 12/22 | be [9] 2/3 2/25 5/25 6/22 10/3 10/16 10/21 12/22 12/25 |
| $61.5 [1] 4/6 | ability [1] 13/13 | Bearman [1] 1/15 |
| $61.5 million [1] 4/6 | about [9] 4/12 5/17 6/21 6/23 6/25 7/10 8/25 10/25 11/4 | because [5] 4/15 4/22 4/23 6/4 7/22 |
| $82 [2] 6/25 7/11 | above [1] 13/14 | been [15] |
| $82 million [2] 6/25 7/11 | above-entitled [1] 13/14 | before [3] 1/9 10/8 11/21 |
| $82,565,727 [1] 4/1 | accept [2] 8/19 8/20 | began [1] 6/18 |
| $82.5 [1] 5/5 | accepted [2] 8/2 8/12 | behalf [1] 2/17 |
| $82.5 million [1] 5/5 | access [1] 12/8 | believe [2] 6/17 8/22 |
| 0 | accordance [1] 7/2 | Berkowitz [1] 1/16 |
| 09-MD-2047 [1] 1/4 | action [1] 11/25 | best [3] 10/13 10/15 13/13 |
| 1 | actually [1] 6/5 | Between [1] 11/24 |
| 1 percent [1] 4/22 | add [1] 6/11 | billion [1] 7/13 |
| 100 percent [1] 7/2 | addition [1] 7/11 | bit [2] 4/12 5/17 |
| 11 [2] 8/16 11/16 | addressed [1] 12/19 | Blaine [1] 12/4 |
| 17 [1] 11/24 | administrator [3] 9/8 9/16 9/18 | BNBM [3] 1/19 2/11 11/22 |
| 19 [1] 12/11 | affirm [1] 10/8 | bottom [2] 7/20 11/1 |
| 2 | after [3] 7/3 8/10 12/13 | break [2] 2/21 13/5 |
| 2,845 [1] 3/9 | again [2] 5/5 5/19 | briefly [1] 11/2 |
| 2000 [1] 1/19 | against [1] 11/22 | BrownGreer [1] 3/22 |
| 201 [1] 1/17 | agenda [1] 3/2 | BrownGreer.com [1] 5/14 |
| 2014 [2] 4/18 8/2 | agreed [3] 7/1 7/7 7/8 | but [2] 5/1 10/17 |
| 2015 [2] 4/21 6/17 | agreements [1] 9/10 | C |
| 2016 [2] 1/6 2/2 | aided [1] 1/25 | Caldwell [1] 1/16 |
| 2047 [2] 1/4 2/6 | al [2] 3/16 3/19 | call [3] 2/5 4/3 4/4 |
| 22 [2] 1/6 2/2 | all [10] 1/6 4/15 4/20 5/10 6/8 6/14 8/8 9/1 10/11 13/7 | can [10] 4/23 5/13 5/14 8/14 8/20 9/1 10/6 10/8 10/13 10/15 |
| 24,000 [1] 11/10 | alleged [2] 3/6 11/21 | Canal [1] 1/19 |
| 25 [2] 12/23 12/24 | allocated [1] 5/23 | capped [1] 8/1 |
| 25 percent [1] 4/3 | almost [2] 4/20 4/23 | carried [1] 9/11 |
| 26 [1] 12/22 | already [3] 3/12 12/19 12/20 | case [4] 2/5 6/6 10/20 10/20 |
| 268 [2] 3/5 11/21 | also [5] 4/14 5/6 8/9 10/23 11/2 | cases [2] 1/6 5/4 |
| 275 [1] 1/21 | although [2] 8/25 11/5 | CCR [3] 1/21 13/10 13/17 |
| 29 [1] 7/25 | always [2] 3/24 5/14 | CDWquestions [1] 5/14 |
| 2:00 p.m [2] 12/24 12/24 | amount [5] 4/2 6/9 6/24 7/11 10/8 | certain [1] 8/1 |
| 3 | amounts [3] 6/15 7/9 8/1 | CERTIFICATE [1] 13/9 |
| 30 [4] 5/7 5/19 6/12 6/17 | announce [1] 7/15 | certify [1] 13/12 |
| 326 [1] 8/11 | another [1] 8/25 | chance [1] 6/11 |
| 36 percent [1] 4/21 | any [6] 4/22 7/13 7/18 9/19 9/22 12/8 | Charles [1] 1/17 |
| 3600 [1] 1/17 | anybody [1] 5/12 | CHINESE [5] 1/4 2/6 3/23 7/23 11/9 |
| 365 [1] 1/19 | anything [3] 3/2 8/20 13/4 | CHINESE-MANUFACTURED [1] 1/4 |
| 4 | apart [1] 11/3 | claim [10] 4/10 6/1 6/3 6/3 6/4 6/4 8/6 9/13 11/6 11/14 |
| 4,423 [1] 8/2 | apologize [1] 13/2 | claim-based [1] 11/6 |
| 47 [1] 12/1 | appeal [6] 6/16 8/21 8/24 9/20 10/10 10/11 | claimants [1] 3/18 |
| 5 | appeals [2] 8/23 9/1 | claims [19] |
| 5,150 [1] 7/21 | appearances [2] 1/11 2/8 | class [1] 11/25 |
| 500 [1] 1/21 | appears [1] 12/11 | clean [1] 10/5 |
| 504 [1] 1/22 | appointed [1] 9/21 | client [1] 6/6 |
| 589-7778 [1] 1/22 | approximately [1] 7/12 | CNBM [3] 1/18 2/11 11/22 |
| 6 | April [1] 12/22 | come [4] 2/21 2/25 3/13 5/22 |
| 63 percent [2] 4/19 4/20 | April 26 [1] 12/22 | comes [2] 5/21 5/23 |
| 7 | are [31] | Committee [1] 2/15 |
| 7,987 [1] 7/20 | as [12] 2/11 2/23 3/14 3/24 5/14 6/24 8/9 8/14 10/25 11/7 11/21 12/25 | compensate [1] 4/10 |
| 70113 [1] 1/14 | ask [3] 2/24 8/10 10/4 | complaints [1] 11/22 |
| 70130 [2] 1/20 1/22 | assist [1] 4/8 | completely [1] 7/15 |
| 70170 [1] 1/17 | associated [1] 9/21 | computer [1] 1/25 |
| 727 [2] 8/5 8/11 | at [22] | computer-aided [1] 1/25 |
| | attached [1] 6/12 | concern [1] 10/17 |
| | attempt [1] 8/6 | conclude [1] 11/12 |
| | | conclusion [1] 10/24 |

| C | entitled [2] 9/14 13/14 | has [8] 10/2 10/2 10/10 10/18 10/21 |
|---|---|---|
| conference [9] 1/9 2/19 2/20 4/2 5/9 11/13 12/9 12/11 12/22 | entry [1] 12/17 | 10/22 12/19 12/21 |
| consideration [2] 9/25 10/13 | erred [1] 10/2 | have [39] |
| contempt [1] 11/25 | ESQ [3] 1/13 1/16 1/19 | HB [1] 1/21 |
| content [1] 12/9 | established [1] 9/10 | HB-275 [1] 1/21 |
| continue [1] 4/25 | estimated [1] 7/13 | he [2] 8/8 8/10 |
| correct [1] 13/12 | et [2] 3/16 3/19 | hear [3] 2/20 3/19 13/6 |
| cost [1] 5/7 | et al [2] 3/16 3/19 | hearing [4] 8/22 9/2 9/3 12/13 |
| counsel [2] 2/8 2/11 | etc [1] 4/12 | hears [1] 9/24 |
| COURT [15] | event [1] 7/13 | here [7] 2/18 3/10 3/22 7/10 7/20 13/3 13/5 |
| Court's [1] 12/9 | everybody [4] 3/14 9/4 10/16 10/18 | Herman [4] 1/13 1/13 1/13 2/14 |
| courtroom [1] 5/12 | everyone [1] 6/14 | him [2] 8/7 8/10 |
| create [1] 9/7 | everything [4] 4/19 4/23 10/12 10/12 | his [1] 8/12 |
| critical [1] 6/22 | evidence [3] 7/3 9/24 12/16 | homeowner [1] 6/6 |
| cut [1] 9/17 | evidence-based [1] 7/3 | homeowners [1] 5/23 |
| | exception [1] 3/17 | homes [6] 3/12 4/9 7/1 7/2 7/12 12/20 |
| | expertise [1] 9/22 | Honor [7] 2/10 2/12 3/4 3/21 12/12 12/13 12/21 |
| D | F | HONORABLE [1] 1/9 |
| deal [1] 11/8 | fall [1] 6/7 | how [1] 9/14 |
| dealing [1] 9/8 | FALLON [2] 1/9 2/14 | |
| deals [1] 2/24 | falls [1] 9/13 | I |
| decision [4] 9/20 10/1 10/14 10/21 | faq.htm [1] 12/10 | I've [1] 10/25 |
| default [1] 12/18 | far [2] 4/21 5/8 | if [9] 5/12 6/6 8/19 9/4 9/5 9/17 10/2 10/9 12/8 |
| defendant [1] 12/6 | FCRR [3] 1/21 13/10 13/17 | important [1] 4/16 |
| defendants [4] 1/16 1/19 7/8 11/22 | February [1] 4/2 | in [35] |
| denied [1] 7/21 | fee [1] 5/22 | increase [3] 4/1 5/8 10/8 |
| depositions [1] 12/1 | feel [2] 10/2 10/3 | indicated [3] 11/21 12/12 12/21 |
| detailed [2] 10/19 11/25 | feeling [1] 11/10 | individual [3] 9/25 10/2 10/9 |
| determination [1] 8/17 | feels [1] 9/18 | individuals [1] 7/2 |
| determinations [1] 8/9 | file [1] 9/1 | INEX [5] 4/5 4/7 6/2 10/25 11/20 |
| determine [1] 9/12 | final [2] 8/17 10/21 | information [3] 6/9 7/18 8/8 |
| devised [1] 7/3 | finalized [1] 6/16 | initial [1] 7/25 |
| did [5] 5/1 6/11 7/6 8/1 10/8 | find [1] 5/13 | intended [2] 4/8 4/10 |
| didn't [4] 7/22 7/23 9/18 10/3 | finished [3] 3/17 7/16 8/12 | interesting [1] 5/2 |
| different [1] 4/10 | firms [3] 5/11 5/21 6/19 | interests [1] 7/1 |
| diligence [1] 4/23 | first [3] 3/2 9/9 9/17 | interpret [1] 9/19 |
| directly [1] 8/21 | five [1] 13/5 | into [2] 3/15 3/18 |
| dismissed [1] 11/23 | five-minute [1] 13/5 | is [35] |
| dissatisfied [1] 9/19 | focus [1] 9/6 | issue [4] 6/15 6/20 7/25 9/8 |
| distribute [2] 5/10 5/10 | following [1] 12/23 | issued [3] 8/8 8/17 11/15 |
| distributed [2] 6/8 6/10 | footage [1] 4/8 | issues [2] 10/6 11/21 |
| DISTRICT [5] 1/1 1/2 1/10 13/11 13/11 | foregoing [1] 13/12 | issuing [1] 6/18 |
| do [12] 2/19 3/11 3/13 6/20 6/21 7/15 7/17 8/20 8/20 10/3 10/13 10/15 | form [2] 6/19 9/22 | it [27] |
| documents [4] 5/1 7/22 9/25 10/12 | forms [3] 5/11 5/13 12/6 | it's [11] 4/23 5/3 6/1 8/25 10/16 11/4 11/4 11/5 11/6 12/10 12/24 |
| does [1] 9/16 | four [1] 6/23 | item [13] 3/5 3/5 3/8 3/11 3/12 11/20 12/4 12/5 12/7 12/12 12/15 12/17 12/19 |
| doesn't [2] 5/22 6/4 | fund [1] 5/22 | Item IX [1] 12/4 |
| doing [1] 10/22 | | Item VII [1] 11/20 |
| dollars [1] 7/13 | G | Item X [1] 12/5 |
| done [5] 8/4 8/4 10/3 10/5 11/10 | game [1] 10/17 | Item XI [1] 12/7 |
| Donelson [1] 1/15 | gave [2] 6/10 6/12 | Item XII [1] 12/12 |
| down [1] 3/2 | general [2] 13/3 13/4 | Item XIII [1] 12/15 |
| downstream [1] 7/8 | gentlemen [1] 2/4 | Item XIV [1] 12/17 |
| Doyle [4] 1/21 13/10 13/17 13/17 | get [5] 4/16 5/15 6/5 8/7 10/11 | Item XV [1] 12/19 |
| drywall [8] 1/4 2/7 3/15 3/16 3/23 7/23 11/9 12/10 | give [6] 3/22 7/18 7/22 9/4 10/13 10/24 | items [1] 12/13 |
| Dunbar [1] 1/18 | gives [2] 9/7 9/25 | its [1] 6/13 |
| during [1] 6/10 | Global [5] 4/4 4/7 6/2 10/25 11/20 | IV [1] 3/5 |
| | go [4] 3/2 5/23 10/6 10/18 | IX [1] 12/4 |
| E | goes [2] 5/21 9/9 | |
| e-mail [1] 5/14 | going [3] 2/19 8/22 10/16 | J |
| each [2] 6/15 9/2 | Good [5] 2/3 2/10 2/13 2/16 3/21 | Jake [4] 3/10 3/13 3/22 5/18 |
| earlier [1] 8/3 | got [1] 8/19 | JUDGE [3] 1/10 2/14 2/16 |
| earthshaking [1] 8/16 | greater [1] 8/7 | Judge Fallon [1] 2/14 |
| EASTERN [2] 1/2 13/11 | grouped [1] 3/14 | jurisdiction [1] 12/1 |
| either [3] 7/22 8/19 10/6 | grouping [2] 3/15 3/16 | just [11] 4/1 4/12 4/22 5/2 6/4 9/22 10/23 11/4 11/9 11/12 11/13 |
| ELDON [1] 1/9 | groupings [1] 3/15 | |
| elected [1] 8/5 | guess [1] 6/7 | K |
| eligible [7] 5/25 6/1 6/4 6/8 6/9 7/21 8/5 | H | Katz [1] 1/13 |
| end [4] 6/17 6/18 8/2 11/16 | had [3] 4/20 7/23 11/8 | |
| entertain [1] 12/14 | hand [1] 9/1 | |
| entire [1] 11/9 | HARRY [2] 1/19 2/11 | |
| | Harry Rosenberg [1] 2/11 | |

## K

KERRY [2]  1/16 2/16
Knauf [13]  1/15 2/17 2/24 3/8 3/11 3/15 3/17 3/20 7/6 7/8 7/11 11/2 11/20
Knauf's [2]  2/24 7/1
know [1]  6/24
known [1]  9/5
knows [1]  3/14
KPT [2]  5/20 5/21

## L

lack [1]  4/22
ladies [1]  2/3
last [6]  4/2 5/9 6/7 8/17 11/13 11/15
latter [1]  7/10
law [2]  5/11 5/21
least [1]  9/5
left [2]  5/10 7/17
Let's [1]  3/2
LIABILITY [2]  1/5 2/7
liaison [1]  2/11
like [3]  4/11 5/1 11/6
list [2]  6/8 6/14
listen [1]  10/11
listening [1]  12/8
litigants [2]  2/22 13/6
litigation [3]  1/5 2/7 9/22
little [2]  4/12 5/17
LLC [1]  1/13
LLP [1]  1/18
long [1]  7/17
look [3]  8/16 9/12 10/11
looks [1]  9/24
loss [6]  4/3 4/9 6/3 7/16 8/18 11/1
lost [1]  4/11
LOUISIANA [6]  1/2 1/14 1/17 1/20 1/22 13/12

## M

made [9]  3/25 4/9 4/15 4/21 4/21 8/11 9/18 10/3 10/21
mail [1]  5/14
make [5]  2/8 7/25 9/5 9/11 10/14
makes [2]  9/10 10/1
MANUFACTURED [2]  1/4 2/7
many [3]  8/15 8/15 8/24
March [4]  1/6 2/2 8/16 11/16
March 11 [2]  8/16 11/16
mass [1]  6/22
master [7]  8/6 8/7 9/21 9/24 10/2 10/5 10/7
matter [1]  13/14
matters [2]  9/7 9/23
may [8]  2/13 3/10 9/3 11/19 12/23 12/24 13/1 13/2
May 25 [2]  12/23 12/24
May 5 [2]  9/3 13/1
maybe [1]  8/22
MD [1]  1/4
MDL [1]  2/6
mean [1]  6/5
means [1]  4/19
mechanical [1]  1/25
mediating [1]  9/23
mention [2]  4/14 10/23
mentioned [2]  11/7 12/25
might [1]  9/6
MILLER [2]  1/16 2/16
million [7]  4/4 4/6 4/18 5/5 5/8 6/25 7/11
minute [2]  4/13 13/5
mistake [2]  9/18 10/3
monetized [1]  7/6

money [10]  5/10 5/15 5/21 5/22 5/24 6/6 9/22 6/24 8/3 11/14
monthly [4]  1/9 2/18 2/20 3/22
months [1]  6/23
more [1]  4/12
morning [5]  2/3 2/10 2/13 2/16 3/21
most [1]  5/3
motion [1]  2/23
moving [3]  3/18 4/11 4/11
Mr. [2]  3/19 12/19
Mr. Woody [2]  3/19 12/19
much [3]  3/17 9/14 11/18
my [3]  3/21 10/17 13/13

## N

name [1]  3/21
nature [1]  10/17
need [6]  5/10 5/15 5/25 6/19 6/20 8/20
needed [1]  8/8
needs [1]  6/22
new [11]  1/14 1/17 1/20 1/22 8/16 11/21 12/3 12/5 12/7 12/15 12/17
next [2]  3/5 12/21
nice [1]  11/10
no [3]  3/4 8/20 11/21
non [1]  5/21
non-KPT [1]  5/21
not [10]  4/22 6/1 7/5 7/17 9/13 9/17 9/21 10/10 10/16 11/5
note [1]  11/12
nothing [8]  7/17 8/15 8/21 12/3 12/5 12/7 12/15 12/17
notices [2]  8/17 11/15
now [8]  3/6 3/18 3/25 4/20 5/4 6/23 10/22 11/10

## O

O'Keefe [1]  1/14
object [1]  6/11
objections [2]  3/18 12/24
obtain [1]  8/6
obtained [1]  6/10
off [1]  7/20
offer [6]  8/1 8/2 8/10 8/12 8/19 8/19
Official [3]  1/21 13/10 13/18
Oftentimes [1]  10/7
on [26]
once [4]  6/16 6/16 6/21 9/1
one [5]  3/15 7/13 9/16 12/23 12/23
one-point-some [1]  7/13
ongoing [1]  5/3
only [2]  8/18 8/25
open [2]  8/25 8/25
opinion [1]  10/1
opinions [1]  2/23
opportunity [5]  9/4 9/20 10/10 10/18 10/19
option [2]  8/9 8/18
or [26]
order [4]  3/7 5/7 10/6 12/16
orders [1]  3/3
Orleans [4]  1/14 1/17 1/20 1/22
other [9]  3/16 4/3 4/9 6/3 7/9 7/9 7/16 8/18 11/1
our [8]  2/18 4/2 5/5 5/13 6/10 8/17 11/15 11/16
out [6]  3/10 4/11 5/19 6/22 9/11 11/15
over [1]  11/9
overview [1]  7/19

## P

p.m [2]  12/24 12/24
packets [1]  3/9

page [3]  3/5 3/8 12/11
page 4 [1]  3/5
page 5 [1]  3/8
pages [1]  11/24
paid [11]  4/18 4/19 4/22 4/23 5/3 5/4 5/8 5/16 6/22 8/3 11/13
part [1]  7/10
parties [1]  2/20
parts [1]  11/1
party [1]  10/11
pay [5]  4/24 4/25 5/20 7/7 8/21
paying [1]  5/6
payment [3]  4/8 5/5 6/20
payments [6]  3/24 4/15 4/20 6/18 11/14 11/14
PC [1]  1/16
people [12]  4/8 4/25 5/3 5/4 7/18 8/1 8/2 8/10 8/17 8/24 9/11 12/8
per [1]  5/20
percent [7]  4/3 4/4 4/19 4/20 4/21 4/22 7/2
period [1]  11/2
person [1]  9/9
phases [1]  2/19
Phelps [1]  1/18
phone [1]  5/12
physical [1]  12/15
plaintiff [1]  12/5
Plaintiffs' [1]  2/14
please [7]  2/3 2/5 2/9 2/13 3/10 11/19 13/2
point [4]  7/13 8/15 10/1 10/9
pool [2]  5/23 11/4
Porter [1]  12/4
Porter-Blaine [1]  12/4
positions [1]  2/23
post [1]  12/25
Poydras [1]  1/21
preliminary [1]  12/18
present [3]  2/25 10/19 10/20
preservation [1]  12/16
pretrial [2]  3/3 5/7
pretty [1]  3/17
procedure [1]  9/8
proceedings [3]  1/25 2/1 13/14
process [4]  9/7 10/18 10/19 10/22
PRODUCTS [2]  1/4 2/7
profile [1]  12/6
program [20]
proof [1]  7/23
properties [5]  3/6 3/9 6/8 6/15 11/7
property [7]  4/11 5/20 5/21 6/1 6/1 6/16 7/23
protocol [2]  7/3 7/6
provide [1]  7/23
PSC [4]  1/13 3/1 3/6 6/12
PTO [4]  5/19 6/12 6/17 7/25
published [1]  6/13
pursuant [1]  5/7
putting [1]  7/4

## Q

quick [2]  2/21 7/19

## R

ran [1]  6/17
re [3]  1/4 2/6 10/20
re-present [1]  10/20
reach [1]  6/21
really [1]  8/16
reason [1]  9/19
recess [1]  13/6

**R**

reconsider [2] 2/23 8/10
reconsideration [4] 8/11 8/13 10/4 10/7
reconsiders [1] 10/5
record [3] 2/9 12/8 13/14
recorded [1] 1/25
recovered [1] 6/5
recovery [1] 8/7
regard [1] 12/2
reimbursements [1] 5/7
Relates [1] 1/6
relocating [1] 4/9
relocation [3] 4/5 4/7 6/3
remainder [1] 8/12
remaining [2] 8/18 11/16
remediate [3] 7/1 7/2 11/6
remediated [3] 3/12 6/2 12/20
remediating [1] 7/12
remediation [4] 3/8 3/11 7/7 11/3
removed [1] 3/7
rent [1] 4/11
repair [3] 4/5 4/7 6/2
repairing [1] 4/8
report [4] 3/10 3/19 3/23 12/11
Reporter [3] 1/21 13/11 13/18
reports [1] 12/10
representatives [1] 3/1
requested [1] 8/11
requests [1] 8/13
required [2] 4/25 7/22
responses [1] 9/1
rest [1] 7/21
review [4] 6/10 8/6 8/8 11/16
reviewing [1] 8/12
right [1] 10/4
rise [1] 13/7
ROSENBERG [2] 1/19 2/11
RUSS [2] 1/13 2/14

**S**

said [1] 10/12
same [1] 3/12
satisfied [3] 9/17 10/10 10/16
say [3] 6/7 9/6 10/7
seated [1] 2/3
Section [1] 1/5
see [2] 7/5 8/14
separate [4] 5/23 11/3 11/4 11/5
set [5] 5/19 9/2 9/3 12/13 12/25
settlement [9] 3/23 3/25 6/25 9/9 9/10 9/12 9/13 9/14 11/9
settlements [1] 11/20
seven [1] 7/4
several [2] 4/10 5/4
shape [1] 9/22
should [2] 6/7 10/3
show [1] 5/2
showed [1] 8/3
simply [1] 9/12
since [3] 4/1 5/9 11/13
sir [1] 7/14
situation [1] 10/16
six [1] 7/3
slate [1] 10/5
so [14]
software [1] 1/25
some [9] 3/17 3/18 5/4 5/4 5/11 7/13 8/4 10/24 12/13
somebody [1] 9/17
sort [2] 3/15 11/1
speak [3] 2/22 9/4 9/17
special [10] 8/6 8/7 8/22 9/2 9/3 9/20 9/24 10/2 10/4 10/7 spent [1] 7/11
square [1] 4/8
St [1] 1/17
stand [1] 13/6
start [1] 3/24
started [1] 7/20
STATES [3] 1/1 1/10 13/11
status [10] 1/9 2/18 2/20 3/22 4/2 5/9 11/13 12/9 12/11 12/21
Steering [1] 2/14
stenography [1] 1/25
still [4] 5/2 5/3 8/24 10/9
stipend [2] 6/5 11/14
stipends [3] 5/6 5/17 5/19
Street [2] 1/19 1/21
submit [1] 4/25
submitted [1] 6/4
suggest [1] 3/10
Suite [2] 1/17 1/19
supplement [2] 6/11 7/9
Supply [1] 12/3
sure [1] 9/10

**T**

Taishan [6] 1/18 2/11 3/6 3/16 3/19 11/22
take [3] 2/21 2/22 13/5
taken [1] 12/1
talk [1] 4/12
talked [2] 10/25 11/4
talking [2] 6/25 7/10
tell [2] 5/15 5/17
temporary [1] 7/5
terms [1] 9/13
Thank [2] 11/17 11/18
that [54]
that's [10] 4/15 4/22 6/2 6/6 8/3 10/12 10/12 10/15 10/17 10/21
their [7] 2/8 2/22 4/9 8/6 9/13 10/20 10/20
them [7] 4/10 5/15 5/15 6/11 8/3 11/10 11/15
themselves [1] 9/5
then [9] 2/21 6/12 7/4 9/17 9/20 9/25 10/6 10/21 12/24
theoretical [1] 7/5
there [8] 3/5 3/9 3/9 8/9 8/15 11/21 11/24 12/12
there's [7] 7/17 8/20 12/3 12/5 12/7 12/15 12/17
these [7] 3/14 4/15 5/7 8/12 8/14 8/18 9/6
they [22]
things [3] 4/11 5/1 7/10
think [3] 4/15 5/1 13/3
this [14]
those [7] 5/13 7/21 8/3 8/8 8/9 8/23 9/2
three [4] 3/9 6/23 10/20 11/24
through [3] 8/14 9/9 10/18
time [4] 3/12 6/16 8/4 8/24
timeline [2] 4/14 7/19
times [2] 8/15 10/20
today [1] 2/19
together [1] 2/25
Toni [4] 1/21 13/10 13/17 13/17
total [6] 3/24 3/25 4/3 4/5 5/5 11/8
touched [1] 11/2
track [3] 11/25 11/25 12/1
tracks [1] 11/24
transcript [1] 13/13
transcription [1] 1/25
trials [1] 7/4
true [1] 13/12
try [4] 1/21 12/13/10 13/17
two [6] 2/19 2/22 3/15 4/20 10/20 11/1
type [1] 10/15
types [2] 4/10 9/7
Typically [1] 6/21

**U**

under [9] 3/8 4/1 6/25 9/14 11/13 11/19 12/3 12/5 12/7
understand [1] 2/21
understanding [2] 4/16 13/13
unfortunate [1] 10/17
UNITED [3] 1/1 1/10 13/11
up [3] 3/13 4/9 6/7
us [6] 5/14 5/17 7/17 7/22 7/25 8/16
using [1] 1/25

**V**

various [2] 7/9 7/9
Venture [1] 12/3
Venture Supply [1] 12/3
verification [1] 6/19
very [3] 6/17 10/13 11/18
vetted [1] 3/6
VI [2] 3/8 3/11
VII [1] 11/20
visual [1] 10/24

**W**

W-9 [1] 6/20
waiting [2] 5/13 7/18
want [4] 3/13 7/15 8/20 12/8
wanted [4] 4/14 7/18 10/23 10/24
was [8] 5/1 6/16 6/17 7/3 7/4 7/12 8/9 8/15
way [2] 9/22 10/6
we [67]
website [3] 5/13 6/13 12/9
week [2] 6/21 8/25
well [2] 8/9 9/19
went [1] 11/15
were [4] 4/21 6/9 7/21 7/21
what [8] 4/3 4/4 5/15 7/10 10/3 10/8 10/21 11/3
what's [1] 10/5
when [5] 2/25 4/14 6/21 9/11 10/10
where [1] 4/16
whether [3] 6/1 7/5 9/12
which [10] 4/1 4/18 5/8 6/17 7/3 7/12 11/1 11/3 11/10 12/13
while [1] 5/2
who [6] 2/22 4/25 6/12 9/9 9/16 9/21
whole [1] 10/25
will [17]
wipes [1] 10/5
wire [1] 6/20
wish [3] 2/22 9/5 9/5
within [1] 9/13
Woody [4] 3/10 3/19 3/22 12/19
work [1] 11/5
worked [2] 7/6 8/7
working [3] 5/2 6/23 7/16
world [1] 11/9
would [1] 2/24
write [1] 9/5
writes [1] 10/1
written [2] 2/24 10/13
www.laed.uscourts.gov [1] 12/10
www.laed.uscourts.gov/drywall/faq.htm [1] 12/10

**X**

XI [1] 12/7

| |
|---|
| X |
| XII [1]  12/12<br>XIII [1]  12/15<br>XIV [1]  12/17<br>XV [2]  3/12 12/19 |
| Y |
| year [2]  4/21 9/4<br>years [2]  4/20 5/4<br>Yes [1]  7/14<br>you [16]<br>Your [7]  2/10 2/12 3/4 3/21 12/12 12/13<br> 12/21<br>Your Honor [7]  2/10 2/12 3/4 3/21 12/12<br> 12/13 12/21 |
| Z |
| zero [1]  11/16 |