SFP:  2016-3803
Ref:  Khauf UK GMBH

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served  the (date) 09 March 2016**
que le demande a ete executee           le (date)

**-at (place, street, number)       Knauf UK Ltd**
**-a (localite, rue, numero)         Knauf UK Ltd**
                                     **Kemsley Fields Business Park**
                                     **Ridham Dock**
                                     **Iwade**
                                     **SITTINGBOURNE**
                                     **ME9 8SR**
                                     **ME9 8SR**

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

**b) in accordance with the following particular   Documents posted through letterbox method selon la forme particuliere suivante**

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

Done at London
fait a

the 26 March, 2016
le

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:

Signature and/or stamp:
Signature et/ou cachet:

# SUMMARY OF THE DOCUMENT TO BE SERVED   *5FP-2016-3803*
## *ELEMENTS ESSENTIELS DE L'ACTE*

ZURÜCKSENDEN · TO RETURN
à retourner · a restituire

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative 'a la signification et a la notfrarion ~ l'e'stranger ties acres judiciaries et extrajudiciaries en matiere civile ou commerciale, signgee a La Haye, le 15 Novembre 1965.,*

**(article 5, fourth paragraph)**
*(article 5. alinea 4)*

**Name and address of the requesting authority:**
*Nom ei addressee tie l'autorite requirante:*

James V. Doyle, Jr.; 2100 Southbridge Pkwy, Suite 650, Birmingham, AL 35209, USA

**Particulars of the parties:**
*Identite des parties:*

Knauf UK GMBH, Kemsley Fields Business Park, Ridham Dock, Iwade, Sittingbourne, Kent ME98SR

## JUDICIAL DOCUMENT
### *ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et obiet tie l'acte -*

Service of legal pleadings.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance le cas echeant le montant du litige:*

Civil Lawsuit related to defective drywall manufactured and sold by the party to be served with the attached legal documents.

**Date and place for entering appearance -**
*Date el lieu de la comparution:*

An Answer is due no later than 21 days after receipt of the Complaint and Summons - in the U.S. District Court.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la decision:*

Case is pending (no judgment has been entered yet) in the U.S. District Court for the Eastern District of Louisiana

**Dale of judgment\*\*:**
*Date de la decision:*

No judgment has been entered to date. Case is pending and service of the attached legal pleadings provide this party with notice.

**Time limits stated in the document\*\*:**
*Indication des delias figurant dans l'acte:*

An Answer is due and must be filed no later than 21 days after receipt of the Complaint and Summons - in the U.S. District Court.

## EXTRAJUDICIAL DOCUMENT
### *ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet l'acte:*

**Time limits stated in the document:\*\***
*Indication des delias figurant dans l'acte:*