UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILTY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: ALL CASES | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

**PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR RECONSIDERATION AND REQUEST MEDIATION WITH THE SPECIAL MASTER**

**COMES NOW** Plaintiff, LABB INVESTMENTS, by and through undersigned counsel, and hereby files this Motion to Withdraw Plaintiff's Motion for Reconsideration of Defendant's decision (Document No.: 20192). Plaintiff respectfully requests this Honorable Court grant Plaintiff's Motion to Withdraw Plaintiff's Motion for Reconsideration (Document No.: 20192) and request to submit to binding mediation with the special master.

Respectfully submitted,

*/s/ C. David Durkee, Esq*.
ROBERTS & DURKEE, P.A.
OFFICES AT GRAND BAY PLAZA
2665 S. Bayshore Drive, Suite 300
Coconut Grove, FL 33133
Phone: (305) 442-1700
Fax: (305) 442-2559
durkee@rdlawnet.com

*Counsel for Individual Plaintiffs*

**Roberts & Durkee, P.A.**
**Offices at Grand Bay Plaza, 2665 South Bayshore Drive, Suite 300, Coconut Grove, Florida 33133**

And

Mark Milstein, Esq.
Allison R. Willett, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405
Phone:  (310) 396-9600
Fax:  (310) 396-9635
*Counsel for Individual Plaintiffs*

Dated: April 5, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served to all parties by electronically uploading the same to Lexis Nexis File & Serve and was electronically filed with the Clerk of Court of the United Sates Court for the Eastern District on this 5th day of, April 2016.

By: */s/ C. David Durkee*
C. David Durkee