UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

**IT IS ORDERED** that the Monthly Status Conference scheduled for April 26, 2016 at 9:00 a.m. will occur thirty minutes earlier and will be held in the Courtroom of the Honorable Eldon E. Fallon on **Tuesday, April 26, 2016 at 8:30 a.m.** Accordingly, the pre-meeting with Counsel will be held in the Chambers of the Honorable Eldon E. Fallon at 8:00 a.m. on the same date.

The Court has set up a conference call line for auditing the conference. To audit, call (800) 707-9573 and enter access code 387227.

New Orleans, Louisiana, this 7th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE