# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 SECTION L |
| THIS DOCUMENT RELATES TO: ) | JUDGE FALLON |
| Case No. 09-7628 ) Payton et al v. Knauf Gips KG et al ) | MAG. JUDGE WILKINSON |
| Case No. 10-0361 ) Wiltz et al v. Beijing New Building etc ) Case No. 11-1077 ) Haya et al v. Taishan Gypsum Co Ltd ) Case No. 11-1395 ) Amorin et al v. Taishan ) Case No. 11-1672 ) Amorin et al v. Taishan Gypsum Co., Ltd. ) Case No. 11-1673 ) Amorin et al v. Taishan Gypsum Co. Ltd. ) | |

### PLAINTIFF PERONE'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, SAMUEL PERONE, hereby gives Notice of Supplemental Authority in support of Plaintiff's Motion for Rehearing and/or Reconsideration of Order Denying Samuel Perone's Global, Banner, In-Ex Repair and Relocation Expenses Claim (R. Doc 19832) and cites to <u>Tyson Foods, Inc. v. Bouaphakeo</u>, 577 U.S. ___, ____ S. Ct. ___, 2016 WL 1092414 at 15 ("Article III does not give federal courts the power to order relief to any uninjured plaintiff, class action or not. The Judiciary's role is limited 'to provid[ing] relief to claimants, in individual or class actions, who have suffered … actual harm'") (Chief Justice Roberts, concurring)(citation omitted).  See Exhibit A attached hereto.

Dated this    8th day of April, 2016.

                                              Respectfully submitted,

                                              /s *Michael J. Ryan*_____
                                              Michael J. Ryan, Esquire

>Florida Bar No. 975990
>Krupnick Campbell Malone Buser Slama
>Hancock Liberman  P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL  33301
>Phone (954) 763-8181; Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>mryan@krupnicklaw.com
>*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Supplemental Authority has been  electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 and electronically uploaded to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6,  on this  8th day of April, 2016.

>/s/ *Michael J. Ryan*
>Michael J. Ryan, Esquire
>Florida Bar No. 975990
>Krupnick Campbell Malone Buser Slama
>Hancock Liberman P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL  33301
>Phone (954) 763-8181; Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>mryan@krupnicklaw.com
>Attorneys for Plaintiffs