| ARH - MOTION TO DISMISS<br>EXHIBIT A - DEFICIENT PROPERTIES ||||||
|---|---|---|---|---|---|
| **Homeowner Name(s)** | **Affected Property Address** | **City** | **State** | **Zip** | **Primary Counsel** |
| Abumohor, Jeorge; Abumohor, Glina | 2507 SE 12th Court | Homestead | FL | 33035 | Parker Waichman, LLP |
| Barrett, Frank | 715 Topaz Street | New Orleans | LA | 70124 | Bruno & Bruno |
| Grant Street-Lawyer Ltd; Lawyer, John C. | 27991 Largay Way #A202 | Bonita Springs | FL | 34135 | Morgan & Morgan, PA |
| Oaks at Villa Hammock, LLC | 5343 SW 40 Avenue (Lot 14) | Fort Lauderdale | FL | 33314 | Colosn Hicks Eidson |
| O'Neill, III, John M; O'Neill, Gina O | 9550 Hackberry Court | Daphne | AL | 36527 | Becnel Law Firm |
| Parker, John; Parker, Shane; Parker, Sean; Parker, Andrea | 2217 AP Tureaud Avenue | New Orleans | LA | 70118 | Becnel Law Firm |
| Pierre, Rolland | 2601 NW 21st Terrace | Cape Coral | FL | 33993 | Viles & Beckman |
| West, Robert J III | 1704 S Gayoso Street | New Orleans | LA | 70118 | Bruno & Bruno |
| West, Robert J III | 1706 S Gayoso Street | New Orleans | LA | 70118 | Bruno & Bruno |