UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED     DRYWALL PRODUCTS     LIABILITY LITIGATION | * * * * * | MDL 2047<br><br>SECTION L |
| This document relates to: All Cases | * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims filed by the Knauf Defendants;

IT IS ORDERED BY THE COURT that the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims is GRANTED. The Knauf Defendants' Settlement Obligations for the following already remediated home claims are hereby extinguished:

| Homeowner Name(s) | Affected Property Address | City | State | Zip |
|---|---|---|---|---|
| Abumohor, Jeorge; Abumohor, Glina | 2507 SE 12th Court | Homestead | FL | 33035 |
| Barrett, Frank | 715 Topaz Street | New Orleans | LA | 70124 |
| Grant Street-Lawyer Ltd; Lawyer, John C. | 27991 Largay Way #A202 | Bonita Springs | FL | 34135 |
| Oaks at Villa Hammock, LLC | 5343 SW 40 Avenue (Lot 14) | Fort Lauderdale | FL | 33314 |
| O'Neill, III, John M; O'Neill, Gina O | 9550 Hackberry Court | Daphne | AL | 36527 |
| Parker, John;  Parker, Shane;  Parker, Sean; Parker, Andrea | 2217 AP Tureaud Avenue | New Orleans | LA | 70118 |
| Pierre, Rolland | 2601 NW 21st Terrace | Cape Coral | FL | 33993 |

2

| West, Robert J III | 1704 S Gayoso Street | New Orleans | LA | 70118 |
| West, Robert J III | 1706 S Gayoso Street | New Orleans | LA | 70118 |

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge