UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering the hearing on the objections to the special master awards scheduled for May 5, 2016, at 9 a.m. in the Courtroom of Judge Eldon E. Fallon, **IT IS ORDERED** that any party who wishes to participate in oral argument by phone is instructed to dial **(877) 336-1839; access code 4227405; security code 050516**. While on the call, parties are expected to be **silent** unless they are addressed by the Court.

New Orleans, Louisiana, this 13th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE

1