UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS* | |

**FIRST AMENDMENT TO CONSOLIDATED JOINT PETITION
OF THE FEE COMMITTEE AND THE PLAINTIFFS' STEERING COMMITTEE
FOR A GLOBAL AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF
EXPENSES, FILED PURSUANT TO PRETRIAL ORDER NO. 28**

The Fee Committee ("FC") and the Plaintiffs' Steering Committee ("PSC"), pursuant to Pre-Trial Order No. 28 ("PTO 28"), file this First Amendment to the Consolidated Joint Petition for a Global Award of Attorneys' Fees and Reimbursement of Expenses (the "Fee Petition").

Funds from the various settlements are all on deposit in financial institutions subject to further orders from this Court and are being accounted for by the Court appointed CPA, Philip A. Garrett and overseen by the Court appointed administrator, Brown Greer. There are now additional funds to be added to those already on deposit.  These additional funds include payment of attorney fees required under the Knauf Settlement Agreement including two payments made, one for Castlerock and the other under the USG and L&W Settlement Agreement, as well as additional attorney's fees as a result of the Settlement Agreement Regarding Post-December 9, 2011 Claims Against the Knauf Defendants in MDL No. 2047.

As the Court is aware, under the terms of the various settlements, claimants have been entitled to recover its Remediation Fund benefits (under the Knauf Settlement Agreement

1

claimants received full Remediation Fund benefits for their properties), and Other Loss Fund benefits. Separately and in addition, Attorney's Fees (which included costs) were paid.

This Court entered an Order on March 18, 2016 granting the Plaintiffs' Steering Committee's Motion for Deposit of Additional Settlement Funds by the Knauf Defendants [Rec. Doc. 20175], which directed the Knauf Defendants to deposit the amount of $13,592,762.95 into the Knauf QSF Attorney Fee account. It is anticipated that Philip Garrett will undertake an analysis of all funds available for attorney fees and provide a spreadsheet to the Court setting forth an analysis.

Subject to confirmation by Philip Garrett, Joint Petitioners make a global request for Attorney's Fees and costs reimbursement, which includes both individual claimants' counsel and common benefit counsel, and reimbursement of costs, in the amount of $192,981,363.35.

Joint Petitioners submit that this request is more than reasonable and justified under the law and further request that this First Amendment to the Consolidated Joint Petition for a Global Award of Attorneys' Fees and Reimbursement of Expenses be accepted by the Court and granted.

Respectfully submitted,

Dated: April 15, 2016

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Fee Committee Co-Chair/Secretary*

                         Arnold Levin
                         Fred S. Longer
                         Sandra L. Duggan
                         Matthew C. Gaughan
                         LEVIN, FISHBEIN, SEDRAN & BERMAN
                         510 Walnut Street, Suite 500
                         Philadelphia, PA 19106
                         Phone: (215) 592-1500
                         Fax: (215) 592-4663
                         Alevin@lfsblaw.com
                         *Plaintiffs' Lead Counsel in MDL 2047*
                         *Fee Committee Chair*

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios<br>BARRIOS, KINGSDORF & CASTEIX, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com<br>*Fee Committee Member* | Robert M. Becnel<br>BECNEL LAW FIRM, LLC<br>P.O. Drawer H<br>106 W. Seventh Street<br>Reserve, LA 70084<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>robbecnel@aol.com |
| Peter Prieto<br>PODHURST ORSECK, P.A.<br>25 Flagler Street, 8th Floor<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>pprieto@podhurst.com | Ervin A. Gonzalez<br>COLSON HICKS EIDSON<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com |
| Bruce William Steckler<br>STECKLER LLP<br>12720 Hillcrest Road - Suite 1045<br>Dallas, TX 75230<br>Phone: (972) 387-4040<br>Fax: (972) 387-4041<br>bruce@stecklerlaw.com | Ben W. Gordon, Jr.<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL<br>  ECHSNER & PROCTOR, P.A.<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7000<br>Fax: (850) 435-7020<br>bgordon@levinlaw.com |

Hugh P. Lambert
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
  & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Fee Committee Member*

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves, Jr.
REEVES & MESTAYER, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher A. Seeger
Scott Alan George
SEEGER WEISS, LLP
77 Water Street, 26th Floor
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
*Fee Committee Member*

Richard J. Serpe
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
*Fee Committee Member*

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
Kristen Ward Broz
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**FEE COMMITTEE MEMBER**

Michael J. Ryan
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK LIBERMAN
12 S.E. Seventh Street, Suite 801
Fort Lauderdale, FL 33301
Phone: (954) 763-8181
Fax: (954) 763-8292
*Fee Committee Member*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing First Amendment to Consolidated Joint Petition of the Fee Committee and the Plaintiffs' Steering Committee for a Global Award of Attorneys' Fees and Reimbursement of Expenses has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of April, 2016.

    /s/ Leonard A. Davis
    Leonard A. Davis, Esquire
    Herman, Herman & Katz, LLC
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    Ldavis@hhklawfirm.com
    *Plaintiffs' Liaison Counsel*
    *MDL 2047*
    *Co-counsel for Plaintiffs*