UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL  PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| This Document Relates to: All Cases | : : : | SECTION: L JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | MAG. JUDGE WILKINSON |

## NOTICE OF SETTLEMENT ADMINISTRATOR'S OMNIBUS RESPONSE TO BODILY INJURY APPEALS

The Settlement Administrator for the Chinese Drywall Settlement Program hereby provides notice that it filed an Omnibus Response to appeals of the Special Master's final determinations on Bodily Injury claims under seal pursuant to the Court's Order in Rec Doc # 20135. This omnibus response applies to the appeals submitted by 22 Claimants as shown in Table 1 below.

| Table 1. Appealed Claims | | | | |
|---|---|---|---|---|
| Row | Claimant Name | Claimant ID | Claim ID | Appeal Doc # |
| 1. | Bourgeois, Abigail | 100066 | 1987 | 20121, 20131 |
| 2. | Bourgeois, Joseph | 100067 | 2004 | 20122, 20132 |
| 3. | Bourgeois, Ray | 100064 | 1985 | 20119, 20129 |
| 4. | Bourgeois, Ray III | 100068 | 2007 | 20120, 20130 |
| 5. | Bourgeois, Richard | 100060 | 8414 | 20116 |
| 6. | Cucci, Jacqueline | 108045 | 6126 | 20108 |
| 7. | Dabalsa, Nicole | 102596 | 13617 | 20098 |
| 8. | Dabalsa, Richard | 102599 | 13610 | 20098 |
| 9. | Dennis, Patrick and Kathleen | 104581 | 4511 | 20104 |
| 10. | Diaz, Jaesiel | 105944 | 14663 | 20140 |
| 11. | Diaz, Luis | 105923 | 14644 | 20140 |
| 12. | Donahoe, Kevin and Catina | 104588 | 4239 | 20105 |
| 13. | Fredericks, Elouise | 114090 | 10025 | 20185 |
| 14. | Holder, David | 101617 | 2034 | 20117, 20127 |
| 15. | Holder, Jill | 101719 | 2035 | 20118, 20128 |
| 16. | Holleman, Tim and Lisa | 104537 | 930 | 20106 |
| 17. | Howard, Evelyn | 100418 | 6477 | 20113 |
| 18. | Josephson, Philomin | 102011 | 6324 | 20112 |
| 19. | Martinez, Dailyn | 105875 | 14591 | 20140 |
| 20. | Ruggiano, Laurel | 100346 | 11917 | 20111 |

| Table 1. Appealed Claims | | | | |
|---|---|---|---|---|
| Row | Claimant Name | Claimant ID | Claim ID | Appeal Doc # |
| 21. | Sterling, Elvin Jr. | 103108 | 8084 | 20107 |
| 22. | Waguespack, Jacques | 104613 | 13406 | 20100 |

Respectfully submitted,

__/s/ Jacob Woody_____
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7234
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above pleading will be served on by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 15th day of April, 2016.

    /s/Jacob Woody_____
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*