UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL 2047 |
| | * | JUDGE: ELDON FALLON |
| * * * * * * * | * | MAGISTRATE JUDGE: Joseph Wilkinson |

### MOTION FOR NEW TRIAL

NOW INTO COURT, pro se, comes JODY FERCHAUD, and pursuant to the provisions of FRCP R. 59, seeks a New Trial from the Order of this Honorable Court dated March 16, 2016, extinguishing any further settlement obligations owed to mover, all as more fully set forth in the Memorandum filed in support hereof.

RESPECTFULLY SUBMITTED:

_____
JODY FERCHAUD, *pro se*
390 Audubon Street
New Orleans, LA 70118
504-296-3176
jferchaud@gmail.com

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been mailed to Kerry J. Miller, Esq. counsel for the Knauff defendants, Russ Herman, Esq. Lead counsel for the Plaintiff's Steering Committee, and Lynn Greer, Esq. counsel for Special Master, by depositing a copy of same in the U.S. Mails, postage prepaid, this 13th day of April, 2016.

_____
JODY FERCHAUD

____ Fee _____
____ Process _____
_X_ Dktd _____
____ CtRmDep _____
____ Doc. No. _____