UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL 2047 |
| | * | JUDGE: ELDON FALLON |
| * * * * * * * | * | MAGISTRATE JUDGE: Joseph Wilkinson |

## MEMORANDUM IN SUPPORT OF MOTION FOR NEW TRIAL

MAY IT PLEASE THE COURT:

The Knauff defendants filed a Motion to Extinguish Further Settlement Obligations to mover (Doc. 20145), based upon a claim that the environmental remediation had been successfully performed, per the certificates issued by GFA. (Exhibit C to Knauff Memorandum). The Knauff Motion was noticed for submission on March 30, 2016 (Doc. 20145-8). Pursuant to LR 7.5, Ferchaud should have been allowed to file an opposition to the pending motion at anytime up to 8 days before that submission date. However, this Court, without notice, entered its Order on March 18, 2016 (Doc. 20178), before Ferchaud's time to file an opposition had expired.

The failure of this Court to allow Ferchaud the opportunity to file a Memorandum in Opposition is in direct conflict with the Local Rules of this Court, and operated to deprive Ferchaud of her right to be heard on the pending matter.

Ferchaud submits that had this Court allowed her the opportunity to file an opposing Memorandum, she would have been able to point out to the Court that the Environmental Certificate relied upon by Mover, the Knauff defendants, was materially false. Ferchaud had previously communicated with the parties that the Certificate had not been properly issued, an admission made by the Knauff defendants in their Memorandum in Support (Doc. 20145-1, page5). Mover believes it

was that communication which motivated the defendants to file their Motion to Stay and to Extinguish, in an attempt to avoid addressing the issues raised, namely was the GFA Certification done improperly.

That communication was based upon preliminary testing that Ferchaud had performed at the property, and is now in possession of a full and complete report dated April 13, 2016, issued by William M. Feaheny, Jr., Microbiologist/Senior Environmental Scientist, with Air Testing Associates, LLC, which confirms the presence of gypsum residuals associated with drywall and corrosion of copper wires likely associated with the components of defective drywall or drywall residuals, and further finding that the GFA Certificates are not consistent with the guidelines set forth in the Scope of Work. The complete report is attached as Exhibit Ferchaud-1.

Based upon this evidence, Mover is entitled to a New Trial on the Motion to Extinguish her claims. To deny mover the opportunity to present this critical evidence would be an injustice and certainly not in line with the goals of this litigation.

## CONCLUSION

Based upon the entry of the Order by this Court, before Ferchaud's right to file an Opposition per Local Rule 7.5, and the evidence of the existence of contaminated drywall particles in her property, it is submitted that this Court should grant her Motion for New Trial to determine whether or not the Certificate issued by GFA was indeed accurate.

RESPECTFULLY SUBMITTED:

JODY FERCHAUD, *pro se*
390 Audubon Street
New Orleans, LA 70118
504-296-3176
jferchaud@gmail.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been mailed to Kerry J. Miller, Esq. counsel for the Knauff defendants, Russ Herman, Esq. Lead counsel for the Plaintiff's Steering Committee, and Lynn Greer, Esq. counsel for Special Master, by depositing a copy of same in the U.S. Mails, postage prepaid, this _15_ day of April, 2016.

JODY FERCHAUD