UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL 2047 |
| | * | JUDGE: ELDON FALLON |
| * * * * * * * | * | MAGISTRATE JUDGE: Joseph Wilkinson |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that the Motion for New Trial, brought on behalf of Jody Ferchaud, will be submitted for decision on May 11, 2016 at 9:00 a.m., before the Hon. Eldon Fallon, United States District Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C468, New Orleans, LA. Any opposition must be filed in accordance with Local Rules.

RESPECTFULLY SUBMITTED:

_____
JODY FERCHAUD, *pro se*
390 Audubon Street
New Orleans, LA 70118
504-296-3176
jferchaud@gmail.com

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been mailed to Kerry J. Miller, Esq. counsel for the Knauff defendants, Russ Herman, Esq. Lead counsel for the Plaintiff's Steering Committee, and Lynn Greer, Esq. counsel for Special Master, by depositing a copy of same in the U.S. Mails, postage prepaid, this 15th day of April, 2016.

_____
JODY FERCHAUD