

**ATA**

*Air Testing Associates llc*

**Indoor Air Quality & Environmental Testing Services**

- Mold Sampling and Testing
- Sick Building Investigations  • Thermal Imaging
- Bacteriological & Allergen Testing
- Defective Drywall Consultant
- Certified Lead Inspector & Risk Assessor
- Certified Asbestos Inspector

| | | |
|---|---|---|
| P.O. Box 1714 | (504) 813-5580 Phone | www.airtestingassociates.com |
| Metairie, LA 70004 | (504) 734-3386 Fax | info@airtestingassociates.com |

---

April 13, 2016

Jody & Paul Ferchaud
6021-6025 Canal Blvd.
New Orleans, LA 70130
Project No.: 16-0028



Email: jferchaud@gmail.com

Location:    6021-6025 Canal Blvd., New Orleans, LA 70130
Subject:     Residual Drywall Material Sampling and Analyses

Dear Mr. and Mrs. Ferchaud:

On the date of 03/18/16, Air Testing Associates, LLC performed material sampling within a two-story duplex property located at 6021-6025 Canal Blvd., New Orleans, LA 70130. The primary focus of this effort was to qualify the absence or presence of drywall residuals as it pertained to particle identification and corrosion concerns. ATA also provided photo documentation of present conditions as they pertained to residual drywall concerns as well as to those specific areas and materials sampled.

Mr. William Feaheny served as Senior Environmental Scientist for this project. His duties included field data collection, data interpretation, and project documentation. Mr. Feaheny is a degreed Microbiologist, has an M.S. degree in Environmental Science, and has over 25 years of experience in the safety and environmental fields.

EMSL Analytical, Inc. of Cinnaminson, NJ performed the laboratory analyses.

**<u>Visual Inspection & Photo Documentation:</u>**

On 3/18/16, a visual inspection and supporting photo documentation activities were performed within the premises of 6021-6025 Canal Blvd., New Orleans, LA 70130. The purpose of this survey was to identify potential concerns associated with drywall residuals and visible copper corrosion of newly installed wiring and piping. Noted deficiencies included the presence of drywall dust and debris as

well visible corrosion concerns associated with exposed copper wiring and piping components. The attached Photo Log and Photos within Appendix 1 details specific areas and associated concerns.

**<u>Sampling Activities and Analyses:</u>**

On the date of 03/18/16 material samples were obtained at the subject residence located at 6021-6025 Canal Blvd., New Orleans, LA 70130, and submitted to EMSL Analytical, Inc. of Cinnaminson, NJ for analysis.

- One (1) bulk composite microvac sample (FPID-1) was obtained from representative surfaces (i.e. electrical boxes, wall cavities, window components, studs, baseplates, etc.) within 6021-6025 Canal Blvd., New Orleans, LA 70130. The sample was submitted to EMSL Analytical, Inc. for Full Particle Identification. A variety of component materials were identified and quantified by percent composition (EMSL Report, Table 1; Page 2).

**The highest percentage material identified by Full Particle Identification was Gypsum/Anhydrite (32%). Gypsum/Anhydrite is the primary component of drywall.**

- Two copper wire samples (~1 to 2 cm each) were obtained from representative interior locations (i.e. light switch electrical boxes) of 6021-6025 Canal Blvd., New Orleans, LA 70130 where visible corrosion concerns were observed. Sample SEM-1 was obtained from the light switch box located on the north wall within the front sunken den area of the 6021 side. Sample SEM-2 was obtained from the light switch box located on the south wall of the air return/hallway area of the 6025 side. According to the property owner, Mrs. Ferchaud, the wiring had been installed after remedial activities to address defected drywall concerns had been supposedly completed. The samples (SEM-1 & SEM-2) were submitted to EMSL Analytical Inc. for analysis of copper wires by SEM/EDX. As per EMSL Analytical Inc.'s attached report (Figures 6 & 7; Pages 8 & 9), elemental spectrum of deposits were found on the surfaces of samples SEM-1 and SEM-2 showing cooper (CU) as the main component, with oxygen (O) as oxide and low amount of sulfur (S), most likely as copper sulfides/sulfates. Based on the color of the deposits (dark grey/black in light microscopy), the compounds are most likely copper sulfides.

**In the absence of either sewer gas or natural gas exposure\*, the positive tests for samples SEM-1 & SEM-2, indicate that corrosion of those copper wires analyzed is likely associated with the components of defective drywall or defective dry wall residuals.**

**Note: As per the homeowner, gas service to the home had been disconnected and exposed piping within the home had been capped or sealed (See Photos 33 and 62).**

- An alcohol prep wipe sample (SEM-3) was obtained from exposed copper piping within the kitchens/pantry area of the 6025 side where visible corrosion concerns were observed. Sample SEM-3 was submitted to EMSL Analytical Inc. for analysis of copper surfaces by SEM/EDX. As per EMSL Analytical Inc.'s attached report (Figures 8; Page 10), elemental spectrum of particles found in sample SEM-3 showing the presence of copper (CU) based particles. Sulfur

(S) is also present, however is consistent with the presence of gypsum ($CaSO_42H_2O$) and not copper sulfides. Chlorine (Cl) is associated with copper as copper chlorides.

**As per the laboratory analysis of wipe sample SEM-3, the observed discoloration associated with that specific piping component sampled is consistent with the presence of gypsum ($CaSO_42H_2O$) and not copper sulfides. As such, analysis of wipe sample SEM-3 did not indicate corrosion attributed to defective drywall concerns.**

See the attached EMSL Analytical, Inc.'s report (Appendix 2) for specific details pertaining to the analyses.

## Conclusions/Recommendations:

Based upon visual observations and sample analyses, drywall residuals and corrosion concerns associated with copper wiring were present at the time of ATA's 03/18/16 investigation. Full Particle Identification analysis of sample FPID-1 confirmed gypsum residuals associated with drywall. In the absence of either sewer gas or natural gas exposure*, analysis of samples SEM-1 & SEM-2 indicate that corrosion of those copper wires analyzed is likely associated with the components of defective drywall or defective drywall residuals.

ATA's observations and findings are in contrast to the 11/25/14 Contractor Certifications, which were executed by Moss & Associates (Appendix 3) as well as the 12/01/14 General Inspection Reports & Environmental Certifications, which were executed by GFA International (Appendix 4). The attached certifications are not consistent with guidelines outlined within the Scope of Work, Exhibit D and Remediation Protocol, Exhibit F to the Settlement Agreement for the Demonstration Remediation of Homes with KPT Drywall (See Appendices 3 & 4).

Based on those deficiencies noted, it is recommended that additional remedial and restoration measures be performed prior any further renovation activities and subsequent occupancy of the subject properties located at 6021-6025 Canal Blvd., New Orleans, LA 70130. In an effort to determine the integrity of building components within the residences, building components should be evaluated by qualified professionals (i.e. engineering, electrical, plumbing, HVAC, etc.).

## Limitations:

The scope of this limited investigation is to obtain a limited number of samples within interior areas for specific material analyses. Any sampling effort undertaken can only quantify materials and/or concentrations of those specific materials at the time of sampling. Any testing is not intended to quantify the absolute concentration of biological or chemical contaminants or identify all biological or chemical contaminants present throughout the entire building. These tests are no guarantee that contaminants do not exist in other areas of the building. Only a qualified physician can determine whether health affects are associated with biological organisms/pathogens, bioaerosols or chemical exposures.

Any and all statements, opinions and/or recommendations, expressed or implied, made by Air Testing Associates, LLC, either written or verbal, are based solely upon the service provided in accordance with the assigned scope of the investigation as presented by our client, and have not been based upon scientific tasks or procedures beyond the assigned scope of services or the time and budgetary constraints imposed upon Air Testing Associates, LLC by its client. Furthermore, any and all statements, opinions and/or recommendations, expressed or implied, made by Air Testing Associates, LLC, either written or verbal, are for the sole use of our client only, and shall not be used by any other party, for any reason. Should any other party elect to interpret and/or rely upon any of the conclusions reached or recommendations rendered by Air Testing Associates, LLC, it shall do so at its own risk and without recourse in any manner against Air Testing Associates, LLC

This report is based on the information available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions, and to revise our opinions and conclusions if necessary and warranted.
Please feel free to contact me, should you have any comments regarding the above report or any additional questions arise regarding this matter. The scope of this report is limited to the above items and is not warranted or guaranteed in any way.

Respectfully submitted,

**Air Testing Associates, LLC**

William M. Feaheny, Jr
Microbiologist/Senior Environmental Scientist

/wmfjr
Enclosures

Appendix 1

6021-60125 Canal Blvd.
New Orleans, LA 70124

03/18/16

Photo Log & Photos

# Photo Log

## 6021-60125 Canal Blvd.
## New Orleans, LA 70124

### 03/18/16

| Photo # | Location | Description |
|---|---|---|
| Photo 1 | Outside | Residence Exterior View |
| Photo 2 | Foyer Entrance 6021 | Evidence of residual drywall |
| Photo 3 | Foyer Entrance 6021 | South Upper Wall; Residual drywall concerns |
| Photo 4 | Foyer Entrance 6021 | South Window; Interface Below Window; Residual drywall concerns |
| Photo 5 | Foyer Entrance 6021 | South Window; Interface Below Window; Residual drywall concerns |
| Photo 6 | Foyer Entrance 6021 | North Wall; Studs with residual drywall concerns |
| Photo 7 | Living Room 6021 | General View |
| Photo 8 | Living Room 6021 | West Wall; General View |
| Photo 9 | Living Room 6021 | West Wall; Stud with residual drywall concerns |
| Photo 10 | Living Room 6021 | West Wall; Electrical box with residual drywall concerns |
| Photo 11 | Living Room 6021 | Upper West Wall with residual drywall concerns |
| Photo 12 | Living Room 6021 | Upper West Wall with residual drywall concerns |
| Photo 13 | Living Room 6021 | South Wall; General View |
| Photo 14 | Living Room 6021 | South Wall; Upper SW wall with residual drywall concerns |
| Photo 15 | Living Room 6021 | South Wall; Upper Middle Wall & Ceiling Joists with residual drywall concerns |
| Photo 16 | Living Room 6021 | South Wall Above Left East Window; Residual drywall concerns |
| Photo 17 | Living Room 6021 | Original Electrical Boxes; Residual drywall concerns |
| Photo 18 | Living Room 6021 | Original Electrical Boxes; Residual drywall concerns |

2

| Photo 19 | Living Room 6021 | Lower Stud/Baseplate; Residual drywall concerns |
|---|---|---|
| Photo 20 | Living Room 6021 | New Electrical Box; No residual drywall concerns |
| Photo 21 | 6021 Air Return (Adjacent to Kitchen Dinette) | General View; Residual drywall concerns |
| Photo 22 | 6021 Air Return (Adjacent to Kitchen Dinette) | Residual drywall concerns |
| Photo 23 | 6021 Air Return (Adjacent to Kitchen Dinette) | Residual drywall concerns |
| Photo 24 | Sunken Den 6021 | West Wall; Residual drywall concerns |
| Photo 25 | Sunken Den 6021 | West Wall; South Electrical Box. Residual drywall concerns |
| Photo 26 | Sunken Den 6021 | West Wall; North Electrical Box. Residual drywall concerns |
| Photo 27 | Sunken Den 6021 | SW Upper Corner; Residual drywall concerns |
| Photo 28 | Sunken Den 6021 | SW Upper Corner; Residual drywall concerns |
| Photo 29 | Sunken Den 6021 | East Window; Residual drywall concerns |
| Photo 30 | Sunken Den 6021 | East Window; Residual drywall concerns |
| Photo 31 | Sunken Bathroom (Adjacent to Front Sunken Den) 6021 1st Floor | General East View; Residual drywall concerns |
| Photo 32 | Sunken Bathroom (Adjacent to Front Sunken Den) 6021 1st Floor | Upper East Wall; Residual drywall concerns |
| Photo 33 | Sunken Bathroom (Adjacent to Front Sunken Den) 6021 1st Floor | SE Floor; Residual drywall concerns *Note: Exposed plumbing is capped/sealed* |
| Photo 34 | Sunken Bathroom (Adjacent to Front Sunken Den) 6021 1st Floor | SE Floor; Residual drywall concerns |
| Photo 35 | Sunken Den (Rear) 6021 | General View of Rear East Wall |
| Photo 36 | Sunken Den (Rear) 6021 | Residual drywall concerns above Rear Entrance |
| Photo 37 | Front Foyer 6025 | West Side of Residence; Residual drywall concerns |
| Photo 38 | Front Foyer 6025 | West Wall Cavity; Residual drywall concerns |
| Photo 39 | Front Foyer 6025 | Upper NW Wall; Residual drywall concerns |
| Photo 40 | Front Foyer 6025 | Upper NE Wall; Residual drywall concerns |

3

| Photo 41 | Front Foyer 6025 | North Wall Light Switch Box; Residual drywall concerns & discolored copper wires |
|---|---|---|
| Photo 42 | Front Foyer 6025 | North Wall Light Switch Box; Residual drywall concerns & discolored copper wires |
| Photo 43 | Living Room 6025 | General View |
| Photo 44 | Living Room 6025 | General View of West Wall |
| Photo 45 | Living Room 6025 | West Wall; SW Window; Residual drywall concerns |
| Photo 46 | Living Room 6025 | West Wall; SW Window; Residual drywall concerns |
| Photo 47 | Living Room 6025 | West Wall; NW Box; Residual drywall concerns & discolored copper wires |
| Photo 48 | Living Room 6025 | West Wall; NW Box; Residual drywall concerns & discolored copper wires |
| Photo 49 | Living Room 6025 | General View of North Wall |
| Photo 50 | Living Room 6025 | North Wall, NW Window; Residual drywall concerns |
| Photo 51 | Living Room 6025 | North Wall, NW Window; Residual drywall concerns |
| Photo 52 | Living Room 6025 | North Wall, Middle Window; Residual drywall concerns |
| Photo 53 | Living Room 6025 | North Wall, Middle Window; Residual drywall concerns |
| Photo 54 | Living Room 6025 | North Wall, NE Window; Residual drywall concerns |
| Photo 55 | Living Room 6025 | North Wall, NE Window; Residual drywall concerns |
| Photo 56 | Living Room 6025 | North Wall, Above Middle Window; Residual drywall concerns |
| Photo 57 | Living Room 6025 | North Wall, Above NE Window; Residual drywall concerns |
| Photo 58 | Kitchen 6025 | General View |
| Photo 59 | Kitchen 6025 | North Wall |
| Photo 60 | Kitchen 6025 | North Wall, NW Electrical Boxes; Residual drywall concerns |
| Photo 61 | Kitchen 6025 | Lower Middle North Wall; Drywall screws and residual drywall concerns |
| Photo 62 | Kitchen 6025 | Lower Middle North Wall; Drywall screws and residual drywall concerns *Note: Exposed plumbing is capped/sealed* |
| Photo 63 | Kitchen 6025 | Lower Middle North Wall; Drywall screws and residual drywall concerns |

4

| Photo 64 | Kitchen 6025 | Lower Middle North Wall; Drywall screws and residual drywall concerns |
|---|---|---|
| Photo 65 | Kitchen 6025 | North Wall Electrical Box; Residual drywall concerns |
| Photo 66 | Kitchen 6025 | NE Wall Electrical Box; Residual drywall concerns |
| Photo 67 | 6021 Landing 2nd Floor | North Common Wall; Residual drywall concerns & nails |
| Photo 68 | 6021 Landing 2nd Floor | North Common Wall; Residual drywall concerns & nails |
| Photo 69 | 6021 Landing 2nd Floor | North Common Wall; Residual drywall concerns & nails |
| Photo 70 | Den Closet 6025 | North Wall at Casing; Residual drywall concerns |
| Photo 71 | Den Closet 6025 | North Wall at Casing; Residual drywall concerns |
| Photo 72 | Garage 6025 | North Wall (between Door Casing & Stud); Residual drywall concerns |
| Photo 73 | Garage 6025 | North Wall (between Door Casing & Stud); Residual drywall concerns |
| Photo 74 | Sunken Den (Front) 6021 | Sample SEM-1 (discolored copper wire): North Wall; Light Switch Box Wire |
| Photo 75 | Sunken Den (Front) 6021 | Sample SEM-1 (discolored copper wire): North Wall; Light Switch Box Wire |
| Photo 76 | 6025 Hallway (Adjacent to Living Room & Kitchen) | Sample SEM-2 (discolored copper wire): South Wall of Air Return; Light Switch Box Wire |
| Photo 77 | 6025 Hallway (Adjacent to Living Room & Kitchen) | Sample SEM-2 (discolored copper wire): South Wall of Air Return; Light Switch Box Wire |
| Photo 78 | Kitchen Pantry 6025 | Sample SEM-3 (discolored piping): Exposed Interior East Wall Copper Piping |
| Photo 79 | Kitchen Pantry 6025 | Sample SEM-3 (discolored piping): Exposed Interior East Wall Copper Piping |
| Photo 80 | Kitchen Pantry 6025 | Sample SEM-3 (discolored piping): Exposed Interior East Wall Copper Piping |