Appendix 2

6021-60125 Canal Blvd.
New Orleans, LA 70124

03/18/16

EMSL Analytical, Inc.
Full Particle Identification & SEM/EDX Results



*EMSL Analytical, Inc.*

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

Attn.:   Bill Feaheny
**Ait Testing Associates, LLC**
3331 Metaire Rd., Suite B
Metaire, LA 70001

Phone:   504-813-5580

EMSL Order ID:   361600692
Sample(s) Received:   3/22/2016
Date of Reporting:   4/12/2016Rev1`
Date Printed:   4/12/2016
Reported By:   E. Mirica
Email:   bfeaheny@msn.com

## - Laboratory Report -

## Full Particle Identification
## Scanning Electron Microscopy/Energy Dispersive X-ray Spectroscopy (SEM/EDX)
## (Suspected corrosion products due to sulfur-containing gases)

### Project: 6021-6025 Canal Blvd, New Orleans, LA 70124/16-0028

*Procurement of Samples and Analytical Overview:*

The samples for analysis (four; one microvac, two copper wires, one wipe) arrived at EMSL Analytical (Cinnaminson, NJ) March 22, 2016. The package arrived in satisfactory condition with no evidence of damage to the contents. The data reported herein has been obtained using the following equipment and methodologies.

Methods & Equipment:
    Polarized Light Microscopy (PLM)
    Stereo Microscopy
    Scanning Electron Microscopy (SEM)
    Energy-dispersive X-Ray Spectrometry (EDX)

4/12/16. Rev 1 revises report 361600692 reported on 4/6/16. Reason for revision: Correction of caption of Figure 8.

Important info about Chinese Dryall can be found at the link below:

http://www.cpsc.gov//PageFiles/115328/IDguidance031811.pdf

Analyzed by:   *(signature)*   April 6, 2016
                  Eugenia Mirica, Ph.D.
                  Laboratory Manager

Reviewed/Approved:   *(signature)*   April 12, 2016
                    John Passero
                  Approved Signatory

 **EMSL Analytical, Inc.**                200 Route 130 North, Cinnaminson, NJ 08077
                                                                   Phone: (856) 858-4800

Attn.:      Bill Feaheny                                    EMSL Order ID:       361600692
**Ait Testing Associates, LLC**                      Sample(s) Received:  3/22/2016
3331 Metaire Rd., Suite B                              Date of Reporting:    4/12/2016Rev1`
Metaire, LA 70001                                         Date Printed:         4/12/2016
                                                                    Reported By:         E. Mirica
Phone:    504-813-5580                              Email:    bfeaheny@msn.com

*Results:*

Table 1: Components found in sample FPID-1:

| EMSL Sample Identification: | 361600692-0001 |
| --- | --- |
| Sample Identification: | FPID-1 |
| Sample Description: | Composite Dust/Particle bulk vacuum sample from interior areas of 6021-6025 Canal Blvd. |

| Common Minerals/Construction Dust: | (%) | Fibrous Particulate: | | (%) |
| --- | --- | --- | --- | --- |
| Quartz | 5 | Asbestos: | (Total) | ND |
| Calcite/Dolomite | 30 | MMVF's: | Fibrous Glass | 5 |
| Gypsum/Anhydrite | 32 | | Mineral Wool | ND |
| Clays/Feldspars | 2 | | RCF's | ND |
| Mica | ND | Cellulosic: | Processed/Cotton | <1 |
| Rust/Iron Oxides | <1 | | Natural | ND |
| Titanium Dioxide/Paint | ND | | Wood | 15 |
| Aluminum Oxide/Hydroxides | ND | | Paper Pulp | 2 |
| Zinc Oxide | ND | | Starch | ND |
| | | Synthetic: | (Total) | ND |
| | | Hair: | Human | ND |
| | | | Animal | ND |
| **Biological:** | (%) | **Additional Particulate:** | | (%) |
| Mold | ND | (sample specific) | Plastic Fragments | 3 |
| Pollen | ND | | | |
| Diatoms | ND | | | |
| Insect Fragments | ND | | | |
| Dust Mites | ND | | | |
| Skin Fragments | ND | | | |
| **Unidentified Inert Organics:** | <1 | | **Unidentified Inorganics:** | 3 |

LOQ: ~1%

**MMVF's** (Man Made Vitreous fibers): Synthetic vitreous/amorphous inorganic fibrous materials, primarily silica-based containing various amounts of other oxides (e.g., aluminum, boron, calcium, or iron oxides).
**Quartz:** Crystalline form of silicon dioxide/silica ($SiO_2$), the second most common mineral in Earth's crust; commonly found in sand/soils, various rocks, concrete, mortar.
**Calcite/Dolomite:** Calcite is a mineral which contains calcium carbonate ($CaCO_3$). This is an abundant mineral on the earth surface. Dolomite is a mineral which contains calcium magnesium carbonate $CaMg(CO_3)_2$. Calcite and dolomite are very similar minerals, used for ornamental stones, in concrete mixes, in soil remediation projects.
**Gypsum:** Calcium sulfate dehydrate mineral ($CaSO_4 \bullet 2H_2O$) commonly used for wallboard in buildings; concrete for highways, bridges, soil conditioner.



**EMSL Analytical, Inc.**

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

*Attn.:*   Bill Feaheny
**Ait Testing Associates, LLC**
3331 Metaire Rd., Suite B
Metaire, LA 70001

Phone:   504-813-5580

EMSL Order ID:       361600692
Sample(s) Received:  3/22/2016
Date of Reporting:   4/12/2016Rev1`
Date Printed:        4/12/2016
Reported By:         E. Mirica
Email:   bfeaheny@msn.com



Figure 1. Image of the particles in the as-received sample FPID-1

 **EMSL Analytical, Inc.**

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

*Attn.:* Bill Feaheny
**Ait Testing Associates, LLC**
3331 Metaire Rd., Suite B
Metaire, LA 70001

Phone:   504-813-5580

EMSL Order ID:   361600692
Sample(s) Received:   3/22/2016
Date of Reporting:   4/12/2016Rev1`
Date Printed:   4/12/2016
Reported By:   E. Mirica
Email:   bfeaheny@msn.com



Figure 2. PLM image of particles found in sample FPID-1. A: Calcite; B: Gypsum: C: Wood fragment

 *EMSL Analytical, Inc.*

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

*Attn.:*  *Bill Feaheny*
**Ait Testing Associates, LLC**
3331 Metaire Rd., Suite B
Metaire, LA 70001

Phone:   504-813-5580

EMSL Order ID:   361600692
Sample(s) Received:   3/22/2016
Date of Reporting:   4/12/2016Rev1`
Date Printed:   4/12/2016
Reported By:   E. Mirica
Email:   bfeaheny@msn.com



Figure 3. SEM image and EDX elemental spectrum of fibrous glass found in sample FPID -1 The sample was coated with gold (Au) to minimize electron charging.

 *EMSL Analytical, Inc.*

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

*Attn.:*  *Bill Feaheny*
**Ait Testing Associates, LLC**
3331 Metaire Rd., Suite B
Metaire, LA 70001

Phone:   504-813-5580

EMSL Order ID:   361600692
Sample(s) Received:   3/22/2016
Date of Reporting:   4/12/2016Rev1`
Date Printed:   4/12/2016
Reported By:   E. Mirica
Email:   bfeaheny@msn.com



Figure 4. SEM image and EDX elemental spectrum of plaster-like material found in sample FPID -1.  The sample was coated with gold (Au) to minimize electron charging.

 *EMSL Analytical, Inc.*

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

*Attn.:*   *Bill Feaheny*
**Ait Testing Associates, LLC**
3331 Metaire Rd., Suite B
Metaire, LA 70001

Phone:   504-813-5580

EMSL Order ID:       361600692
Sample(s) Received:  3/22/2016
Date of Reporting:   4/12/2016Rev1`
Date Printed:        4/12/2016
Reported By:         E. Mirica
Email:   bfeaheny@msn.com



Figure 5. SEM image and EDX elemental spectrum of gypsum and calcite material found in sample FPID -1.  The sample was coated with gold (Au) to minimize electron charging.



**EMSL Analytical, Inc.**

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

*Attn.:*  Bill Feaheny
**Ait Testing Associates, LLC**
3331 Metaire Rd., Suite B
Metaire, LA 70001

Phone:  504-813-5580

EMSL Order ID:  361600692
Sample(s) Received:  3/22/2016
Date of Reporting:  4/12/2016Rev1`
Date Printed:  4/12/2016
Reported By:  E. Mirica
Email:  bfeaheny@msn.com

Table 2. Components found by SEM/EDX on sample SEM-1

| EMSL Sample Number | 3616000692-0001 |
|---|---|
| Client Sample Number | SEM-1 |
| Sample Description | Copper wire/North wall light switch box; Front sunken den at 6021 side |
| Components | Comments |
| [Cu+S]-Based Compounds | Detected / Presumed (determined by EDX-see Figure 6) |
| Copper Oxides | Detected / Presumed (determined by EDX-see Figure 6) |



Figure 6: SEM/EDX elemental spectrum of deposits found on the surface of sample SEM-1 showing copper (Cu) as the main component, with oxygen (O)-as oxide and low amount of sulfur (S), most likely as copper sulfides/sulfates. Based on the color of the deposits (dark grey/black in light microscopy), the sulfur-based compounds are most likely as coper sulfides. The sample was coated with gold (Au) to minimize electron charging.

 **EMSL Analytical, Inc.**

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

*Attn.:* *Bill Feaheny*
**Ait Testing Associates, LLC**
3331 Metaire Rd., Suite B
Metaire, LA 70001

Phone: 504-813-5580

EMSL Order ID: 361600692
Sample(s) Received: 3/22/2016
Date of Reporting: 4/12/2016Rev1`
Date Printed: 4/12/2016
Reported By: E. Mirica
Email: bfeaheny@msn.com

Table 3. Components found by SEM/EDX on sample SEM-2

| EMSL Sample Number | 3616000692-0002 |
|---|---|
| Client Sample Number | SEM-2 |
| Sample Description | Copper wire/South wall light switch box at air return hallway (adj to living rm & Kitcehn at 6025 side |
| **Components** | **Comments** |
| [Cu+S]-Based Compounds | Detected / Presumed (determined by EDX-see Figure 7) |
| Copper Oxides | Detected / Presumed (determined by EDX-see Figure 7) |



Figure 7: SEM/EDX elemental spectrum of deposits found on the surface of sample SEM-2 showing copper (Cu) as the main component, with oxygen (O)-as oxide and low amount of sulfur (S), most likely as copper sulfides/sulfates. Similar to sample SEM, based on the color of the deposits (dark grey/black in light microscopy), the sulfur-based compounds are most likely as coper sulfides. The sample was coated with gold (Au) to minimize electron charging.

 **EMSL Analytical, Inc.**

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

Attn.:    Bill Feaheny
**Ait Testing Associates, LLC**
3331 Metaire Rd., Suite B
Metaire, LA 70001

Phone:    504-813-5580

EMSL Order ID:   361600692
Sample(s) Received:   3/22/2016
Date of Reporting:   4/12/2016Rev1`
Date Printed:   4/12/2016
Reported By:   E. Mirica
Email:   bfeaheny@msn.com

Table 4. Components found by SEM/EDX on sample SEM-3

| EMSL Sample Number | 3616000692-0003 |
|---|---|
| Client Sample Number | SEM-2 |
| Sample Description | Alcohol prep wipe of copper piping; Exposed interir wall of kitchen pantry/6025 side |
| **Components** | **Comments** |
| [Cu+S]-Based Compounds | Not detected |
| Copper Oxides | Detected / Presumed (determined by EDX-see Figure 6) |



Figure 8: SEM/EDX elemental spectrum of particles found in sample SEM-3 showing the presence of copper (Cu)-based particles. Sulfur (S) is also present, however is consistent with presence of gyspum ($CaSO_4.2H_2O$) and not copper sufides. Chlorine (Cl) is associated with copper as copper chlorides. The sample was coated with gold (Au) to minimize electron charging.



**EMSL Analytical, Inc.**

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

*Attn.:* Bill Feaheny
**Ait Testing Associates, LLC**
3331 Metaire Rd., Suite B
Metaire, LA 70001

Phone:   504-813-5580

EMSL Order ID:   361600692
Sample(s) Received:   3/22/2016
Date of Reporting:   4/12/2016Rev1`
Date Printed:   4/12/2016
Reported By:   E. Mirica
Email:   bfeaheny@msn.com

*Descriptions & Definitions:*

None Detected (ND) denotes the absence of analyte in the subsample analyzed. Trace levels of the analyte may be present in the sample below the limit of detection (LOD).

Limit of Detection (LOD): The minimum concentration that can be theoretically achieved for a given analytical procedure in the absence of matrix or sample processing effects. Particle analysis is limited to a single occurrence of an analyte particle in the sub-sample analyzed.

Limit of Quantitation (LOQ): The minimum concentration of an analyte that can be measured within specified limits of precision and accuracy during routine laboratory operating conditions

Trace concentration: denotes the presence of an analyte above LOD but below LOQ. When results are reported as Trace Concentration, at least one particle was detected in the collection of particles that represents the sample.

Concentrations for bulk samples are derived from Visual Area Estimation (VAE) unless otherwise noted. Air sample concentrations are calculated to particles per unit volume.

VAE technique estimates the relative projected area of a certain type of particulate from a mixture of particulate by comparison to data derived from analysis of calibration materials having similar texture and particulate content. Due to bi-dimensional nature of the measurements, in some cases the particle thickness could affect the results.

*Important Terms, Conditions, and Limitations:*

Sample Retention: Samples analyzed by EMSL will be retained for 60 days after analysis date. Storage beyond this period is available for a fee with written request prior to the initial 30 day period. Samples containing hazardous/toxic substances which require special handling may be returned to the client immediately. EMSL reserves the right to charge a sample disposal or return shipping fee.

Change Orders and Cancellation: All changes in the scope of work or turnaround time requested by the client after sample acceptance must be made in writing and confirmed in writing by EMSL. If requested changes result in a change in cost the client must accept payment responsibility. In the event work is cancelled by a client, EMSL will complete work in progress and invoice for work completed to the point of cancellation notice. EMSL is not responsible for holding times that are exceeded due to such changes.

Warranty: EMSL warrants to its clients that all services provided hereunder shall be performed in accordance with established and recognized analytical testing procedures, when available. The foregoing express warranty is exclusive and is given in lieu of all other warranties, expressed or implied. EMSL disclaims any other warranties, express or implied, including a warranty of fitness for particular purpose and warranty of merchantability.

Limits of Liability: In no event shall EMSL be liable for indirect, special, consequential, or incidental damages, including, but not limited to, damages for loss of profit or goodwill regardless of the negligence (either sole or concurrent) of EMSL and whether EMSL has been informed of the possibility of such damages, arising out of or in connection with EMSL's services thereunder or the delivery, use, reliance upon or interpretation of test results by client or any third party. We accept no legal responsibility for the purposes for which the client uses the test results. EMSL will not be held responsible for the improper selection of sampling devices even if we supply the device to the user. The user of the sampling device has the sole responsibility to select the proper sampler and sampling conditions to insure that a valid sample is taken for analysis. Any resampling performed will be at the sole discretion of EMSL, the cost of which shall be limited to the reasonable value of the original sample delivery group (SDG) samples. In no event shall EMSL be liable to a client or any third party, whether based upon theories of tort, contract or any other legal or equitable theory, in excess of the amount paid to EMSL by client thereunder.

The data and other information contained in this report, as well as any accompanying documents, represent only the samples analyzed. They are reported upon the condition that they are not to be reproduced wholly or in part for advertising or other purposes without the written approval from the laboratory.



# Materials Science Chain of Custody

**EMSL Order Number** (Lab Use Only): **361600692**

EMSL Analytical, Inc.
200 Route 130 North
Cinnaminson, NJ 08077
PHONE: 1-800-220-3675
FAX: (856) 786-5974

| | |
|---|---|
| **Company:** Air Testing Associates LLC | **EMSL-Bill to:** ☑ Same ☐ Different *If Bill to is Different note instructions in Comments* |
| **Street:** 3331 Metairie Rd STE B | *Third Party Billing requires written authorization from third party* |
| **City:** Metairie  **State/Province:** LA | **Zip/Postal Code:** 70001  **Country:** US |
| **Report To (Name):** Bill Feaheny | **Fax #:** 5047343386 |
| **Telephone #:** 5048135580 | **Email Address:** bfeaheny@msn.com |

**Project Name/Number:** 6021-6025 Canal Blvd. New Orleans, LA 70124 / 16-0028

**Please Provide Results:** ☐ Fax ☑ Email  **Purchase Order:** 16-0028  **U.S. State Samples Taken In:** LA

### Turnaround Time (TAT) Options – Please Check
☒ 2 Week   ☐ Expedited (Please call for information) TAT:

### Test Type

☐ Common Particle ID (large particles)
☐ Physical Testing (Tensile, Compression, etc.)
☐ MMVF's (fibrous glass, mineral wool, RCF's)

☒ Full Particle ID (environmental dust)
FPID-1
☐ FTIR/NIR (Polymers, Lubricants)
☐ Particle Size (Sieve, Microscopy, or Laser-select one)

☐ Basic Material ID (solids)
☐ X-Ray Fluorescence (elemental analysis)
☐ Combustible Dust (Core Module, MIE, MEC, Kst, etc.)

☐ Advanced Material ID (liquids and solids, industrial residues)
☐ X-Ray Diffraction (Crystalline Particles)
☐ Petrographic Examination of Concrete, Soil, Stone

**Combustion-by-products (soot, char, ash, carbon black)**
☐ Level 1  ☐ Level 2  ☐ Level 3  ☐ Level 4

☒ **Other (Please Explain):** Analysis of copper wires/surfaces by SEM/EDX  SEM-1 to SEM-2

All orders for clients who do not have established accounts with EMSL Analytical must be accompanied by payment in form of a check or credit card. After your first order, EMSL reserves the right to establish an account and assign credit terms of Net 30 or COD based on credit evaluation and or frequency of sample submittal. To establish a permanent account, you must be able to submit samples on a regular basis at a minimum of five times per year. EMSL reserves the right to make adjustments or changes to this policy as deemed necessary by business requirements.

**Samplers Name:** William M. Feaheny Jr.   **Samplers Signature:** *[signature]*

| Sample # | Sample Description | Volume | Date/Time Sampled |
|---|---|---|---|
| ① FPID-1 | Composite Dust/Particle Bulk Vacuum Sample from interior areas of 6021-6025 Canal Blvd. | N/A | 3-18-16 / 1530 |
| | | | |
| | | | |

**Client Sample # (s):** FPID-1, SEM-1, SEM-2, SEM-3   **Total # of Samples:** 4

**Relinquished (Client):** *[signature]*   **Date:** 3-21-16   **Time:** 2000

**Received (Lab):** *[signature]*   **Date:** 3/22/16   **Time:** 9:30a

**Comments:** UXB

Page 1 of 2 pages

Controlled Document – Material Science COC – R4 – 9/16/2014



OrderID: 361600692

# Materials Science Chain of Custody
**EMSL Order Number** (Lab Use Only): 361600692

EMSL Analytical, Inc.
200 Route 130 North
Cinnaminson, NJ 08077
PHONE: 1-800-220-3675
FAX: (856) 786-5974

Additional Pages of the Chain of Custody are only necessary if needed for additional sample information

| Sample # | Sample Description | Volume | Date/Time Sampled |
|---|---|---|---|
| ② SEM-1 | Copper wire / North wall light switch box; Front Sunken Den of 6021 side | ~1 to 2 cm | 3-18-16 / 1655 |
| ③ SEM-2 | Copper wire / South wall light switch box of Air Return Hallway (adj to Living Rm & Kitchen) of 6025 side | ~1 to 2 cm | 3-18-16 / 1705 |
| ④ SEM-3 WM* | Alcohol Prep Wipe of copper piping; Exposed Interior Wall of Kitchen Pantry / 6025 side | ~2 to 4 sq. inches | 3-18-16 / 1712 |

*Comments/Special Instructions:

Page 2 of 2 pages

Controlled Document – Material Science COC – R4 – 9/16/2014

Stamp: RECEIVED EMSL CINNAMINSON, N.J. 2016 MAR 22 A 11:16