IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047 |
| | ) | SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Case No. 09-7628 Payton et al v. Knauf Gips KG et al Case No. 10-0361 Wiltz et al v. Beijing New Building etc Case No. 11-1077 Haya et al v. Taishan Gypsum Co Ltd Case No. 11-1395 Amorin et al v. Taishan Case No. 11-1672 Amorin et al v. Taishan Gypsum Co., Ltd. Case No. 11-1673 Amorin et al v Taishan Gypsum Co., Ltd | ) ) ) ) ) ) ) ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

Please take note that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, following the next monthly status conference May 26, 2016, or as soon thereafter as counsel can be heard, for an order on Plaintiff John Adams' Objection to Special Master's Determination Denying Global Banner In-Ex Repair and Relocation Expenses Claim (R. Doc. 20033) and for such other further relief as the Court may deem just and appropriate. Dated April 19, 2016.

Respectfully submitted,

/s Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama

Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Submission has been electronically uploaded to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of April, 2016.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
Attorneys for Plaintiffs