IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Case No. 09-7628<br>Payton et al v. Knauf Gips KG et al<br>Case No. 10-0361<br>Wiltz et al v. Beijing New Building etc<br>Case No. 11-1077<br>Haya et al v. Taishan Gypsum Co Ltd<br>Case No. 11-1395<br>Amorin et al v. Taishan<br>Case No. 11-1672<br>Amorin et al v. Taishan Gypsum Co., Ltd.<br>Case No. 11-1673<br>Amorin et al v Taishan Gypsum Co., Ltd | ) ) ) ) ) ) ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Mover and Plaintiff pursuant to Local Rule 78.1, and respectfully request oral argument on Plaintiff John Adams' Objection to Special Master's Determination Denying Global Banner In-Ex Repair and Relocation Expenses Claim (R. Doc 20033) be set before this Honorable Court after the May 26, 2016 monthly status conference for the MDL 2047 Chinese-Manufactured Drywall Products Liability Litigation or at a time set by this Court so as to more fully address any questions the Court may have concerning Plaintiff's Objection.

Dated this   19 th day of April, 2016.

Respectfully submitted,

/s Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama

>Hancock Liberman P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL 33301
>Phone (954) 763-8181; Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>mryan@krupnicklaw.com
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Submission has been electronically uploaded to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of April, 2016.

>/s/ *Michael J. Ryan*
>Michael J. Ryan, Esquire
>Florida Bar No. 975990
>Krupnick Campbell Malone Buser Slama
>Hancock Liberman P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL 33301
>Phone (954) 763-8181; Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>mryan@krupnicklaw.com
>Attorneys for Plaintiffs