# Don Reichert

| | |
|---|---|
| **From:** | Merino, Rene <rmerino@bakerdonelson.com> |
| **Sent:** | Friday, March 04, 2016 10:29 AM |
| **To:** | Don Reichert |
| **Cc:** | Dysart, Danny |
| **Subject:** | Barrett: Already Remediated Property |

Don,

Thanks for your call regarding:

Frank Barrett
715 Topaz Street
New Orleans, LA 70124

I am copying Danny Dysart, who reviews and negotiates "Already Remediated Property" claims.

**René Merino**
Attorney

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Direct: 504.566.5237
Fax: 504-585-6937
E-mail: rmerino@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Georgia, Louisiana, Mississippi, Tennessee
and Washington, D.C.

**Baker Donelson - One of FORTUNE Magazine's "100 Best Companies to Work For®" for Seven Years in a Row!**

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.



EXHIBIT "A"