**Don Reichert**

| | |
|---|---|
| **From:** | Dysart, Danny <ddysart@bakerdonelson.com> |
| **Sent:** | Thursday, March 24, 2016 12:42 PM |
| **To:** | Don Reichert; Merino, Rene |
| **Subject:** | RE: Barrett: Already Remediated Property |

Don,

For both Barrett and West, we need the ARH required information to determine if the claims are compensable under the settlement. At this time the claims are deficient and with the settlement program closing shortly, we need these materials as soon as possible.

1. Homeowner affidavit
2. Plaintiff Profile Form
3. Floor plan with exterior dimensions
4. All pictures of Drywall pursuant to PTO 1B
5. Before photos of property
6. Demolition photos of property
7. After photos of property
8. Environmental Certificate
9. Invoices and Proof of payment
10. A ledger that sets forth the amount owed and correlates to the invoices/payments in # 9
11. Sales documents and disclosures, if the property is no longer owned by the claimant.

Thanks,
Danny



EXHIBIT
"B"