# Don Reichert

| | |
|---|---|
| **From:** | Don Reichert |
| **Sent:** | Monday, April 11, 2016 10:53 AM |
| **To:** | 'Dysart, Danny'; Merino, Rene |
| **Subject:** | RE: Barrett: Already Remediated Property |
| **Attachments:** | Chinese drywall copper coupon test.pdf; Chinese drywall Gurtler pictures.pdf; fbarrett inspection rpt_106580.pdf; Gurtler instructions.pdf; Gurtler report chinese drywall.pdf; Homeowner affidavit.pdf; Invoices and Payments.pdf; Frank Barrett ledger.xlsx |
| **Importance:** | High |

Mr. Dysart,

Please see attached information for Mr. Barrett, Claimant ID 112717, Claim ID 2283. This information will also be uploaded to the portal. Additionally, I see that a Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims was filed on April 8, 2016. Although I have not reviewed the pleadings in detail yet, based on a quick review, I see that Mr. Barrett and Mr. West are on that list. I hope that this Motion will become moot regarding these two individuals before any opposition needs to be filed by us. Thank you for your assistance with this matter.

Thanks,
Don

---

**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
**Sent:** Wednesday, March 30, 2016 3:51 PM
**To:** Don Reichert <don@brunobrunolaw.com>; Merino, Rene <rmerino@bakerdonelson.com>
**Subject:** RE: Barrett: Already Remediated Property

It would be helpful if you load to portal and send directly to me.

Thanks
Danny

---

>**From:** Don Reichert [mailto:don@brunobrunolaw.com]
>**Sent:** Wednesday, March 30, 2016 3:05 PM
>**To:** Dysart, Danny; Merino, Rene
>**Subject:** RE: Barrett: Already Remediated Property
>
>Thank you for the information. Does the information only need to be uploaded to the portal or do you want me to send you the information as well?
>
>Thanks,
>Don
>
>---
>
>**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
>**Sent:** Thursday, March 24, 2016 12:42 PM
>**To:** Don Reichert <don@brunobrunolaw.com>; Merino, Rene <rmerino@bakerdonelson.com>
>**Subject:** RE: Barrett: Already Remediated Property


EXHIBIT "C"

1

# Don Reichert

| | |
|---|---|
| **From:** | Don Reichert |
| **Sent:** | Thursday, April 14, 2016 9:55 AM |
| **To:** | 'Dysart, Danny'; Merino, Rene |
| **Subject:** | RE: Barrett: Already Remediated Property |
| **Attachments:** | 10-1941.02a.Sketch.pdf; 10-1941.Photographs.10-21-10.pdf; 10-1941.Photographs.Evidence.10-21-10.pdf; 10-1941.Photographs.First Visit.pdf; 10-1941.Photographs1.pdf; 10-1941a.Environmental Certificate.pdf |

Mr. Dysart,

Please see attached. I still need to get the owner disclosure affidavit from Mr. Barrett. After review, please let me know if any deficiencies remain.

Thanks,
Don

---

**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
**Sent:** Tuesday, April 12, 2016 9:53 AM
**To:** Don Reichert <don@brunobrunolaw.com>; Merino, Rene <rmerino@bakerdonelson.com>
**Subject:** RE: Barrett: Already Remediated Property

Don,

The following deficiencies remain for Barrett:

- Insufficient photos of drywall, remediation, or after (only photos submitted are of corrosion and before remediation; the PPF shows 3 DW photographs in very poor quality black and white)
- No Owner Disclosure Affidavit
- No Environmental Certificate
- The legible floor plan with exterior dimensions.

---

**From:** Dysart, Danny
**Sent:** Monday, April 11, 2016 11:04 AM
**To:** 'Don Reichert'; Merino, Rene
**Subject:** RE: Barrett: Already Remediated Property

Don,

If all deficiencies are cured prior to the April 26 status conference, we will remove the claims from the motion. As to Barrett, we will review this documentation and let you know if deficiencies remain.

Please advise as to status of documents for West.

1

# Don Reichert

**From:** Don Reichert
**Sent:** Monday, April 18, 2016 9:02 AM
**To:** 'Dysart, Danny'; Merino, Rene
**Subject:** RE: Barrett: Already Remediated Property
**Attachments:** 10-1941.C D EXHIBITS LIST.odt; Ceiling patch in study.JPG; Den ceiling.JPG; Den wall opposite kitchen.JPG; Den wall to kitchen.JPG; Den wall to living room and entrance foyer.JPG; Den wall to patio.JPG; Fur down in master bath.JPG; Master bath finished.JPG; Owners Disclosure Affidavit.pdf; Upstairs bath almost finished.JPG; Upstairs bath fur down.JPG

Mr. Dysart,

Please see attached.

Thanks,
Don

**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
**Sent:** Thursday, April 14, 2016 1:03 PM
**To:** Don Reichert <don@brunobrunolaw.com>; Merino, Rene <rmerino@bakerdonelson.com>
**Subject:** RE: Barrett: Already Remediated Property

Don,

We still need the ODA ,Demo photos and after-photos of the completed remediation.

Thanks,
Danny

> **From:** Don Reichert [mailto:don@brunobrunolaw.com]
> **Sent:** Thursday, April 14, 2016 9:55 AM
> **To:** Dysart, Danny; Merino, Rene
> **Subject:** RE: Barrett: Already Remediated Property
>
> Mr. Dysart,
>
> Please see attached. I still need to get the owner disclosure affidavit from Mr. Barrett. After review, please let me know if any deficiencies remain.
>
> Thanks,
> Don
>
> **From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
> **Sent:** Tuesday, April 12, 2016 9:53 AM
> **To:** Don Reichert <don@brunobrunolaw.com>; Merino, Rene <rmerino@bakerdonelson.com>
> **Subject:** RE: Barrett: Already Remediated Property
>
> Don,