## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES AND:<br><br>Eduardo and Carmen Amorin, et al. v. Taishan Gypsum Co., Ltd. F/K/A Shandong Taihe Dongxin Co., Ltd., et al. Case No. 11-1672, 11-1395, 11-673 | |

**PLAINTIFF RALPH DELLA-PIETRA, JR.'S NOTICE OF INTENT TO REMEDIATE**

NOTICE IS HEREBY given that the property located at 5076 S.E. Mariner Garden Circle, Stuart, Florida 34997, shall be made available for inspection prior to the commencement of remediation, which shall occur no sooner than twenty (20) days from the date of this Notice.  Plaintiff alleges that the property contains drywall manufactured by Taishan.

Dated: April 20, 2016            Respectfully submitted,

                                              /s/ Allison Grant
                                              Allison Grant, Esquire (Fla. Bar No. 858330)
                                              Allison Grant, P.A.
                                              14 S.E. 4th Avenue
                                              Boca Raton, Florida   33432
                                              Phone: (561) 994-9646
                                              Fax:   (561) 431-4627
                                              Email: agrant@allisongrantpa.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Remediation has been served

1

on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of April, 2016.

/s/ Allison Grant
Allison Grant, Esquire
Fla. Bar No. 858330
Allison Grant, P.A.
14 S.E. 4th Avenue
Boca Raton, Florida   33432
Phone: (561) 994-9646
Fax:    (561) 431-4627
Email: agrant@allisongrantpa.com