UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Elouise Fredericks.

**IT IS ORDERED** that the attached correspondence be entered into the record under seal.

**IT IS FURTHER ORDERED** that the attached correspondence is considered as a supplemental memorandum in connection with Ms. Fredericks' Appeal from her Special Master Award. (R. Doc. 20185).

New Orleans, Louisiana, this 19th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE

1