UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

# AGENDA
## FOR APRIL 26, 2016 STATUS CONFERENCE

I. PRE-TRIAL ORDERS

II. STATE COURT TRIAL SETTINGS

III. STATE/FEDERAL COORDINATION

IV. OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

V. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VI. KNAUF REMEDIATION PROGRAM

VII. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

VIII. TAISHAN, BNBM AND CNBM DEFENDANTS

IX. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

X. PLAINTIFF AND DEFENDANT PROFILE FORMS

XI. FREQUENTLY ASKED QUESTIONS

1

PD.19240471.1

XII.   MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIII.  PHYSICAL EVIDENCE PRESERVATION ORDER

XIV.   ENTRY OF PRELIMINARY DEFAULT

XV.    ALREADY REMEDIATED HOMES

XVI.   NEXT STATUS CONFERENCE