UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| *Beane, et al. v. Gebrueder Knauf, et al.* 2:13-cv-609 (E.D. La.) | MAG. JUDGE WILKINSON |

-------------------------------------------------------------------

### ANNETTE BROWN'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST KNAUF DEFENDANTS

Pursuant to Fed.R.Civ.P. 41(a) (1) (A), Plaintiff Annette Brown hereby voluntarily dismisses, with prejudice, her claims against the Knauf Defendants. Plaintiff Wilfred Brown's claims against the Knauf Defendants shall continue and shall not be dismissed. The parties are to bear their own attorneys' fees and costs.

Attached hereto as Exhibit "A" is a letter from Pete V. Albanis, Esq., counsel for Annette Brown, dated April 20, 2016 which specifically authorizes the undersigned to file this Notice of Voluntary Dismissal.

|  |  |
|---|---|
| | Respectfully submitted, |
| April 25, 2016 | /s/ Leonard A. Davis |
| | Russ M. Herman, Esq. (LA Bar No. 6819) |
| | Leonard A. Davis, Esq. (LA Bar No. 14190) |
| | Stephen J. Herman, Esq. (LA Bar No. 23129) |
| | Herman, Herman & Katz, L.L.C. |
| | 820 O'Keefe Ave. |
| | New Orleans, LA 70113 |
| | Phone: (504) 581-4892 |
| | Fax: (504) 561-6024 |
| | LDavis@hhklawfirm.com |
| | Plaintiffs' Liaison Counsel |
| | MDL 2047 |

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of April, 2016.

               /s/ Leonard A. Davis
               Herman, Herman & Katz, L.L.C.
               820 O'Keefe Ave.
               New Orleans, LA 70113
               Phone: (504) 581-4892
               Fax: (504) 561-6024
               LDavis@hhklawfirm.com
               Plaintiffs' Liaison Counsel
               MDL 2047