# EXHIBIT "A"



April 20, 2016

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman & Katz, L.L.C.
820 O'Keefe Ave.
New Orleans, LA 70113

RE: **Our Client: Annette Brown**
*In re: Chinese Manufactured Drywall Product Liability Litig.*
Case No. 13-609
Our File No.:  1611929

Dear Russ & Lenny:

We represent Wilfred Brown and Annette Brown. We hereby authorize the attorneys of Herman, Herman & Katz, L.L.C. to file the enclosed Notice of Voluntary Dismissal of Claims. Our client Annette Brown is dismissing her claims in full. Our client Wilfred Brown's claims shall continue. Thank you for your attention to this matter.

Sincerely,

Pete V. Albanis

One University Park | 12800 University Drive | Suite 600 | Fort Myers, FL 33907 | Ph: 239.433.6880 | www.ForThePeople.com

Atlanta, GA | Bowling Green, KY | Daytona Beach, FL | Fort Myers, FL | Jackson, MS | Jacksonville, FL | Kissimmee, FL | Lakeland, FL | Lexington, KY | Naples, FL | Nashville, TN
New York, NY | Memphis, TN | Orlando, FL | Plantation, FL | Sarasota, FL | St. Petersburg, FL | Tallahassee, FL | Tampa, FL | Tavares, FL | The Villages, FL | Winter Haven, FL