UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

MEMORANDUM IN SUPPORT OF
SIXTH MOTION FOR DISBURSEMENT OF FUNDS
(FOR EXPENSES)

MAY IT PLEASE THE COURT:

By Order dated December 29, 2011, this Court ordered Russ M. Herman, Plaintiffs' Liaison Counsel, and/or Arnold Levin, Plaintiffs' Lead Counsel, to establish an MDL 2047 PSC Shared Costs Fund.   The Shared Costs Fund was established with Esquire Bank pursuant to the Court's December 29, 2011 Order [Rec. Doc. 12102].

On January 4, 2012, a Motion for Disbursement of Funds from the MDL 2047 PSC Shared Costs Fund for Posting Appeal Bond was filed with the Court [Rec. Doc. 12110].   On January 5, 2012, the Court issued an Order granting the Motion [Rec. Doc. 12125].   On July 3, 2012, the PSC filed a Second Motion for Disbursement of Funds From the MDL 2047 PSC Shared Costs Fund (for Expenses) [Rec. Doc. 15209] requesting a disbursement from the MDL 2047 PSC Shared Costs Fund for expenses in the amount of $500,000.00.   On July 9, 2012, the Court issued an Order authorizing Plaintiffs' Liaison Counsel, Russ M. Herman, to disburse the amount of $500,000.00 to be utilized towards expenses to be incurred and handled in accordance with PTO No. 9 [Rec. Doc. 15231].   On November 8, 2012, the PSC filed a Third Motion for Disbursement of Funds From the MDL 2047 PSC Shared Costs Fund (for Expenses) [Rec. Doc. 16145]

requesting a disbursement from the MDL 2047 PSC Shared Costs Fund for expenses in the amount of $500,000.00.   On November 29, 2012, the Court issued an Order authorizing Plaintiffs' Liaison Counsel, Russ M. Herman, to disburse the amount of $500,000.00 to be utilized towards expenses to be incurred and handled in accordance with PTO No. 9 [Rec. Doc. 16329].    On January 16, 2013, the PSC filed a Fourth Motion for Disbursement of Funds From the MDL 2047 PSC Shared Costs Fund (for Expenses) [Rec. Doc. 16506] requesting a disbursement from the MDL 2047 PSC Shared Costs Fund for expenses in the amount of $500,000.00.   On February 4, 2013, the Court issued an Order authorizing Plaintiffs' Liaison Counsel, Russ M. Herman, to disburse the amount of $500,000.00 to be utilized towards expenses to be incurred and handled in accordance with PTO No. 9 [Rec. Doc. 16555]. On August 31, 2015, the PSC filed a Fifth Motion for Disbursement of Funds From the MDL 2047 PSC Shared Costs Fund (for Expenses) [Rec. Doc. 19427] requesting disbursement of $10 million from the Knauf-Attorney Fund QSF.   On September 1, 2015, the Court issued an Order authorizing Plaintiffs' Liaison Counsel, Russ M. Herman, to disburse the amount of $10 million from the Knauf-Attorney Fund QSF to be utilized towards expenses to be incurred and handled in accordance with PTO No. 9 [Rec. Doc.19437].   These funds were deposited into an account entitled the "Chinese Drywall MDL 2047 Holdback Account."   On September 10, 2015 the Court issued an Order [Rec. Doc. 19488] authorizing a $1,000,000.00 disbursement from the "Chinese Drywall MDL 2047 Holdback Account" and on December 3, 2015 the Court issued another Order [Rec. Doc. 19877] authorizing an additional $1,000,000 disbursement from the "Chinese Drywall MDL 2047 Holdback Account."   The current balance in account entitled "Chinese Drywall MDL 2047 Holdback Account" is $8,000,000.00.

On July 28, 2009, the Court issued Pre-Trial Order No. 8 [Rec. Doc. 146], which appointed members to the Plaintiffs' Steering Committee and set forth its responsibilities.  In connection with the administration and performance of duties, the PSC has incurred a number of expenses and continues to incur expenses.  The PSC has incurred substantial time, effort and expense in handling its responsibilities since the approval of the various Class Settlements.  The PSC has reported to the Court at monthly status conferences the voluminous discovery efforts that have been undertaken in connection with Taishan, CNBM, BNBM and other third parties. Substantial additional time and expense expenditures are anticipated over the next months.  It is necessary at this time for the PSC to transfer $500,000.00 from the "Chinese Drywall MDL 2047 Holdback Account" to the MDL 2047 PSC Shared Cost fund to cover future expenses incurred and reported in accordance with Pre-Trial Order No. 9.  Pre-Trial Order No. 9 [Rec. Doc. 147] sets forth the procedure to be followed for plaintiff counsel's expense submissions.  All of the expenses incurred are being reported to the CPA appointed by the Court in accordance with Pre-Trial Order No. 9.

Respectfully submitted,

Dated: April 28, 2016

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
robbecnel@aol.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
The Steckler Law Firm
12700 Park Central Drive, Suite 1900
Dallas, TX 75251
Phone: (972) 387-3327
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson Hicks
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

James Robert Reeves
Reeves & Mestayer
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
Daniel@wbmllp.com

Jerrold Seth Parker
Parker Waichman LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite   650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Anthony Irpino
Irpino Law Firm
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of April, 2016.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047