**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO: ALL CASES | |

**O R D E R**

Considering the Sixth Motion for Disbursement of Funds(For Expenses) filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that   Russ M. Herman, Plaintiffs' Liaison Counsel, be and he is hereby authorized to disburse $500,000.00 from the "Chinese Drywall MDL 2047 Holdback Account" to the MDL 2047 PSC Shared Cost account, to be utilized towards expenses that will be incurred and handled in accordance with Pre-Trial Order No. 9.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge