UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2047<br><br>SECTION L<br><br>JUDGE FALLON |
| This document relates to: All Cases | * * * | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims filed by the Knauf Defendants;

IT IS ORDERED BY THE COURT that the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims is GRANTED. The Knauf Defendants' Settlement Obligations for the following already remediated home claims are hereby extinguished:

| Homeowner Name(s) | Affected Property Address | City | State | Zip |
|---|---|---|---|---|
| Abumohor, Jeorge; Abumohor, Glina | 2507 SE 12th Court | Homestead | FL | 33035 |
| Grant Street-Lawyer Ltd; Lawyer, John C. | 27991 Largay Way #A202 | Bonita Springs | FL | 34135 |
| Oaks at Villa Hammock, LLC | 5343 SW 40 Avenue (Lot 14) | Fort Lauderdale | FL | 33314 |
| West, Robert J III | 1704 S Gayoso Street | New Orleans | LA | 70118 |
| West, Robert J III | 1706 S Gayoso Street | New Orleans | LA | 70118 |

New Orleans, Louisiana, this  27th  day of    April   , 2016.

_____
Eldon E. Fallon
United States District Court Judge