B



# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

# Detail by Entity Name

### Florida Profit Corporation
FLORIDA INVESTMENT GROUP OF MIAMI, INC.

### Filing Information

| | |
|---|---|
| Document Number | P06000001348 |
| FEI/EIN Number | 20-4046790 |
| Date Filed | 01/04/2006 |
| State | FL |
| Status | INACTIVE |
| Last Event | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| Event Date Filed | 09/25/2009 |
| Event Effective Date | NONE |

### Principal Address
9641 SW 163 AVENUE
MIAMI, FL 33196

Changed: 03/18/2008

### Mailing Address
9641 SW 163 AVENUE
MIAMI, FL 33196

Changed: 03/18/2008

### Registered Agent Name & Address
FERGUSSON, MONICA
9641 SW 163 AVENUE
MIAMI, FL 33196

Address Changed: 03/18/2008

### Officer/Director Detail
**Name & Address**

Title P/S

FERGUSSON, MONICA
9641 SW 163 AVENUE
MIAMI, FL 33196


EXHIBIT "B"

### Annual Reports

http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=Entity... 3/28/2016

| **Report Year** | **Filed Date** |
| --- | --- |
| 2008 | 03/18/2008 |

**Document Images**

| | |
| --- | --- |
| 03/18/2008 -- REINSTATEMENT | View image in PDF format |
| 01/04/2006 -- Domestic Profit | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State