

Capture Date: 20070220 Sequence #: 7340583165

```
                                                              1035
JB MARKETING GROUP, INC.   09-06
      305-303-3422
   9641 S.W. 163RD AVE.
   MIAMI, FL 33196-5630
                                   Date  02/17/07       83-4/630 FL
                                                          1351

Pay to the
Order of   CATALINA  COLMENARES              $ 6,000 00

Six Thousand Dollars 00/100                        Dollars

Bank of America

ACH R/T 063100277

For  Joan Canivas /Blinds                    [signature]

⑈0010035⑈ ⑆063000047⑆ 898000796429⑈         ⑆00000600000⑆
```

No Electronic Endorsements Found
No Payee Endorsements Found


Bank of America

Capture Date: 20070420 Sequence #: 7340008598

```
JB MARKETING GROUP, INC.                              1087
        305-303-5422
     9641 S.W. 163RD AVE.
     MIAMI, FL 33196-5830              Date 4/17/07

Pay to the
Order of   CANAS Systems Corp              $ 30,000 00
Therty thousand 9/100                          Dollars

Bank of America
ACH R/T 063100277

For  Roof installation                  [signature]

"001087"  :063000047:  898000796429"    "0003000000"
```

No Electronic Endorsements Found
No Payee Endorsements Found

FERGUSON, M (OLF) - 000060

COMPANY:

Bank of America

Bank of America

Capture Date: 20070420 Sequence #: 7340008600

**JB MARKETING GROUP, INC.** 08-06    MH    1086
305-303-5422
9641 S.W. 163RD AVE.
MIAMI, FL 33196-8830

Date 4/19/07   63-4/630 FL 1351

Pay to the Order of __JM City Marketing Inc__    $ 20,000⁰⁰

__Twenty thousand ⁰⁰⁄₁₀₀__ Dollars

Bank of America
ACH R/T 063100277

For __Kitchen Counter Top__

⑈001086⑈ ⑆063000047⑆ 898007964 29⑈    ⑈000 2000000⑈

No Electronic Endorsements Found
No Payee Endorsements Found

FERGUSON, M (OLF) - 000061



Capture Date: 20070420 Sequence #: 7340008600





No Electronic Endorsements Found
No Payee Endorsements Found

FERGUSON, M (OLF) - 000062