# Florida Department of State
## Division of Corporations



# Detail by Entity Name

### Florida Profit Corporation
JB MARKETING GROUP, INC.

### Filing Information

| | |
|---|---|
| Document Number | P06000120513 |
| FEI/EIN Number | 20-5580122 |
| Date Filed | 09/19/2006 |
| State | FL |
| Status | INACTIVE |
| Last Event | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| Event Date Filed | 09/26/2008 |
| Event Effective Date | NONE |

### Principal Address

9641 SW 163RD AVE
MIAMI, FL 33196

### Mailing Address

9641 SW 163RD AVE
MIAMI, FL 33196

### Registered Agent Name & Address

FERUSSON, MONICA
9641 SW 163RD AVE
MIAMI, FL 33196

### Officer/Director Detail

**Name & Address**

Title DP

FERGUSSON, MONICA
9641 SW 163RD AVE
MIAMI, FL 33196

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2007 | 04/18/2007 |

### Document Images

| | |
|---|---|
| 04/18/2007 -- ANNUAL REPORT | View image in PDF format |
| 09/19/2006 -- Domestic Profit | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State