UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

*********************************************

This Document Relates to:
Claimant, Jacques Waguespack
Claimant ID: 104613
Claim ID: 13406

## MOTION FOR LEAVE TO FILE MEDICAL RECORDS AND OTHER SUPPORTING DOCUMENTATION UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes Jacques Waguespack, for leave to file medical records and other supporting documentation under seal relating to his objection/appeal of the Special Master's Award Reconsideration dated February 12, 2016 [Doc. 20100] as per the Court's Order [Doc. 20135].

WHEREFORE, claimant respectfully requests that the Court grant the instant motion and enter the attached proposed order allowing the filing of medical records and other supporting documentation under seal.

By Attorneys:

Talbot, Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810
225-400-9991 Telephone
225-448-2568 Fax

/s/ D. Adele Owen, #21001

## CERTIFICATE OF SERVICE

I certify that on the 29th day of April, 2016 the forgoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically forward notification of such filing to all CM/ECF participating counsel of record.

/s/ D. Adele Owen, #21001