UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

******************************************

**This Document Relates to:**
Claimant, Jacques Waguespack
Claimant ID: 104613
Claim ID: 13406

## O R D E R

Considering the forgoing motion,

IT IS HEREBY ORDERED that the medical records and other supporting documentation be filed under seal into the record of this matter.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
Judge, United States District Court
Eastern District of Louisiana