# EXHIBIT A
# (filed under seal)

### Waguespack Medical Records and Other Documentation

1(a)   CVS Pharmacy Records
1(b)   Express Scripts Pharmacy Records
1(c)   Aetna Specialty Pharmacy Records
2(a)   Letter from Mayo Clinic
2(b)   Letter from University of Cincinnati
3      Dr. Richard Casey Medical Records
4      Dr. Stephanie Cave Medical Records
5      Dr. Charlie Strange Medical Records
6      Dr. Brad Vincent Medical Records
7      National Institute of Health Medical Records
8(a)   Dr. Brad Vincent Letter
8(b)   Dr. Charlie Strange Letter
8(c)   Dr. James H. Diaz Letter
8(d)   Dr.  Stephanie Cave Letter
9      Mobile Air Home Air Analysis
10     Rimkus Consulting Group Report of Findings
11     Mobile Air Home Air Analysis Summary
12     Drywall Health Report-Highlighted 5-28-14