UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Plaintiff's request for oral argument (R. Doc. 20209), **IT IS ORDERED** that the request is **GRANTED**. The Court will hear oral argument on John Adams' Objection to the Special Master's Determination denying his GBI claim (R. Doc. 20033) following the Monthly Status Conference on May 25, 2016 at 2:00 p.m. in the Courtroom of the Honorable Eldon E. Fallon.

New Orleans, Louisiana, this 3rd day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

1