UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This Document Relates to:**
**Claimant, Jacques Waguespack**
**Claimant ID: 104613**
**Claim ID: 13406**

## ORDER

Considering the forgoing motion,

IT IS HEREBY ORDERED that the medical records and other supporting documentation be filed under seal into the record of this matter.

New Orleans, Louisiana this  3rd   day of              May             , 2016.

_____
Judge, United States District Court
Eastern District of Louisiana