UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO : | : | JUDGE FALLON |
| SAM SUMNER, JR CLAIMANT # 107419 | : | MAG. JUDGE WILKINSON |

**AFFIDAVIT OF SAM SUMNER, JR.**

1. My name is Sam Sumner, Jr. I am over the age of nineteen (19) years and have personal knowledge of the facts and matters set forth herein which are true and accurate to the best of my belief and knowledge.

2. The Special Master's response to my appeal states:

    The Claimant seeks compensation for alternative living expenses incurred becusae of relocation due to the the Claimant's job and not because of Chinese Drywall. The Claimant also seeks compensation for expenses associated with carrying costs on the Affected Property, such as utilities, mortgage, property tax, sewer, termite bond and HOA dues. The Special Master determined that the damages sought by this Claimant were not equitably justified because they would have been incurred regardless of the presence of Chinese Drywall.

3. When I relocated for my job I was eligible for relocation benefits, however once the company discovered the Chinese drywall in my home I was not allowed to utilize the benefits until the home was remediated.

4. The expenses I incurred and submitted to the court were costs I incurred in addition to my regular expenses. I submitted expenses only after the date which I would have been eligible for the relocation program.

5. If the home had not contained Chinese drywall I would have been able to utilize the relocation program and would not have incurred these expenses.

Further, the Affiant SAYETH NAUGHT



Sam Sumner, Jr.

STATE OF ALABAMA
JEFFERSON COUNTY

Before me, _David Horsley_, the undersigned authority, a notary public in and for said county and state, hereby certify that Sam Sumner, Jr., whose name is singed to the foregoing, and who is known to me, acknowledged before me on this date that being informed of the contents, she executed the same voluntarily on this the _27th_ day of _April_, 2016.

_____
Notary Public
My commission expires:_____

DAVID LEE HORSLEY
My Commission Expires
January 23, 2019

