UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Reggie Barrios.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that a representative of the Plaintiffs' Liaison Counsel review the correspondence and take appropriate action.

New Orleans, Louisiana, this 3rd day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc:
Reggie Barrios
7451 Highway 90
Bay St. Louis, MS 39520