April 28, 2016

From: Reggie Barrios

To: whom it may concern

  I hope this letter finds you well. I am writing concerning my claim For Chinese Drywall. It has been nearly a decade since I acquired the dry wall. This Drywall was given to me from a brother in the lord and came through Word of Faith Christian Ministries. Brother Tyrone is the pastor. It was Bro Jerry Finch who got it for me. They secured enough to do my entire building then the remainder was given to my sister Daphne Barrios. This remaining portion was enough to cover her walls in all but one bedroom. Her ceilings were not affected as the water stopped before reaching them. My sister was paid in 2014 for her losses. She received well over $100,00.00, yet I have not been paid a single cent. The dry wall was given to me before them. I gave the remaining drywall to my sister. I was the first to receive it. I was the first of us by far to file a claim.

  I had to refinance my business loan as I suffered terrible losses in Hurricane Katrina. I did so and in 2008, She and I opened a convenience store in the front of my building. This was to be a family run business in the original location of my grandmother's business, Pearl's Gift shop. Although the sheet rock was removed from the front of the building, (Store section) it was not touched in the back section (house section) of the building. The people handling the claim are treating this building as a single domain since it has one address. This is not so. When my grand parents built it, it was in built of concrete blocks with a block firewall separating the two sections. The front section was a gift shop and the rear section a home.

It has remained this way. They are stating that since it was remediated, I won't get as much on my claim. This is not right. First of all they are dealing with two separate domains under one roof. These two domains had two different power supplies. One commercial 400 Amp service for the store, and one separate 200 Amp service for the house. Records will show that after Hurricane Katrina, these two services were not in service at the same time. This is because the House was not in use. The store was remediated but not the house. It was not until such time as I had to prepare for the sale of the building under duress that at this time I removed the remaining drywall and gave it to Atty. Edward Gibson who was handling my case. It is important to note that when the litigation for this drywall began and people were trying to determine what if anything at all was indeed wrong with the drywall, several different attorneys came to my building for samples if the drywall. It seems that my building was the "poster child" (if you will) for this litigation. Everyone came to me for samples. Some took small pieces, and others took whole sheets.

It is important for you to take note that my entire building was covered in this drywall. As it was removed, I did replace it with American made drywall. The fact the drywall was not removed in its entirety, was a mistake as the contaminated drywall did contaminate the good drywall.

(1)

The store was not useable. Having a common air condition system and shared attic space with no firewall above the ceiling, it did not take long for the fumes to migrate to the store section. My brother in law Stanley Durning was the primary clerk as my sister and I both had other careers. Today, He is disabled and has C.O.P.D. believed to be at least partly from exposure to this drywall. As he became more and more ill, we were forced to close down this store due to this exposure. A store that had doubled its stock from approximately $10,000.00 to $20,000.00 in just a few months. I had the opportunity lo lease the front section of the building and sell the stock to Tomas Harrison Jr. his intentions were to continue the store but shift its focus towards fresh seafood then add a seafood restaurant in the side section which was already designated as a separate seating section. It was a brilliant plan as it would be the first available access to seafood both fresh and cooked after passing through the NASA Buffer zone and into Mississippi. The building sits on the corner of Lakeshore Dr. and US Highway 90. This is the first Street that has access to the beach and also the first Casino (The Silver Slipper). It was my duties to separate the air conditioning system and remediate the one restroom which still had the drywall as well as adding another restroom. We did separate the air-conditioning system and removed the drywall from the restroom. However the building was still not inhabitable. His clerks were complaining of breathing problems and their eyes burning and watering as well as still being able to smell the tell tale "rotten egg smell" (sulfuric smell) in the front section of the building. Having borrowed money to buy out my stock and additional items for his business, Mr. Harrison was too far in to turn back and had to relocate his business. This left me no choice but to sell the building to avoid loosing it and all of my property which was pledged as security for the loan. This drywall is directly responsible for the failure of two businesses as well as being partly responsible for causing at least one person to have health problems. I have provided the necessary documents for my claim including a copy of the contract for the seafood business with Mr. Harrison. I have made no claim for my business, nor have I stated a value for the loss of my structure under duress. This claim is quite delinquent in being settled.

 I'm told that there are only two claims that have not been settled. Mine and one other. It is time to settle this claim. Failure to do so is causing me jeopardy in my one remaining business on the adjacent property. I'm addition to this I am in financial jeopardy as I am struggling to maintain my property taxes and the necessary insurances. Further more, the lack of funds to expand my R.V. Park which has a waiting list, is causing me to suffer personally, I.E. I can not afford medical insurance due to lack of income and will have to pay a penalty at the end of this year for failing to do so. In addition to this, I am injured and in need of surgery on my knee. Further more I have a hernia in my navel. I cannot work for another entity given these conditions. The scope of employment is limited to operating my R.V. Park only. Further more, I have serious dental issues and will soon loose permanent teeth due to lack of funding, which can all, be traced to the failure to settle this case in a timely manor.

(2)

Despite my best efforts to settle this case, which includes continuing conferences with attorneys involved with the case and communication with civil servants who have jurisdiction over this territory, I have exhausted all remedies.

It is for this reason that I pray for relief to any and all individuals and jurisdictions available to me.

Plainly stated, this is not right. I continue to suffer extreme financial loss not to mention pain and suffering due to this drywall with not even an idea of what amount of additional time will pass before I will receive relief. I remember asking one attorney at the end of last summer " will I even be paid this year?"

Now I am so distraught that I'm asking will I even be compensated this Decade? Will I even be compensated at all? I pray before God Almighty, "Will someone hear my call for justice?" I have been patient for so long that I am now taking a powerful narcotic antidepressant medication prescribed to me and I do not want to be on this medication. Just last week I told my sister that I did not want to live any more. That Is how depressed I am, and with no where to turn. I cannot get the surgery on my knee without it first being diagnosed. This requires an MRI, which has to be paid for up front, and then my knee can be properly diagnosed. At this time there is a grant program that will pay for my surgery. I am financially humiliated by this situation. I am suffering extreme pain in my knee to the point that I have to take very strong narcotic pain medication just to walk a few steps every day. (Another medication that I do not want to be on.) I have suffered like this for two years now. I am fifty years old and have no one to depend on. My parents are deceased. I am not married. I have been a proud middle class American businessman who has always done the right thing and never asked for any assistance form any one or any agency. I have always paid my taxes and maintained my responsibilities Prior to hurricane Katrina; I was a state licensed master mechanical contractor and the largest Carrier dealer in Hancock County Mississippi. I am sending you a picture of me with tears running down my face(that's how depressed I am) along with this letter so that you can see who I am. This is personal. I am a proud American is about to fall through the cracks of society very soon if someone does not get involved. Thank you very much for your time and consideration.

Sincerely,

*Reggie Barrios*

Reggie Barrios
7451 HIGHWAY 90
BAY SAINT LOUIS MS 39520
(504) 228-8758

Copy: Honorable Judge Eldon Fallon (5th. Dist. Federal Court)
    Honorable Senator Philip Moran (Mississippi Senate)
      Honorable Representative David Baria (Mississippi House of Representatives)

(3)

