

February 9, 2015

**VIA MAIL AND WEB PORTAL SUBMISSION**
Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

RE: OLF (Short Sale/Foreclosure) Appeal to Special Master

To whom it may concern –

Please find enclosed here the required appeal documents for Claimant ID #104316 (Perdomo, Henry & Naneth). Per PTO 29, entered on December 23, 2014, this appeal consists of: a) a statement detailing why the Resolution Offer is not sufficient to fully compensate the Claimant, and b) an itemized list of damages clearly demonstrating and supporting the actual losses claimed. The itemized list of damages provided is cross-referenced and identifies specific documents that have previously been submitted by the Claimant to the Settlement Administrator. These items are attached to this letter as Exhibit A and Exhibit B.

We stand ready to respond to any requests for information from the Special Master regarding these appeals.

Very truly yours,

PATRICK S. MONTOYA

| The Law Firm of Colson Hicks Eidson
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: Colson.com



February 9, 2015

**VIA MAIL AND WEB PORTAL SUBMISSION**
Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

      RE: Exhibit A to Special Master Appeal

      The offer of $10,000.00 to resolve the Foreclosure/Short Sale/Sale in Mitigation claim of Claimant ID #104316 (Perdomo, Henry & Naneth) is not sufficient to compensate the Claimant for losses sustained.

      This claimant lost vast equity through his purchase and eventual sale of the Chinese drywall affected property. These losses are detailed in Exhibit B, but from the outset, notions of fairness dictate that the offer made in no way corresponds to what these losses actually are. This claimant sustained extraordinary losses. An offer of $10,000.00 is patently unreasonable and unfair, based solely on the documentary evidence provided to the Claims Administrator.

      The 'flat fee' system of paying the Other Loss Fund claims may work for some claimants, but certainly not all. Chinese drywall affected thousands of homes throughout the southeastern United States. Some of these homes were modest, where the owner may have put as little as 3% down. This type of equity would have been adequately compensated by the standard $10,000.00 offer made. Other homes, including this Claimant's, were worth considerably more and this Claimant had invested considerable equity in this property.

      This was a Short Sale that resulted in losses beyond the Home Equity loan taken out by claimant. The home was originally paid cash for the home, but shortly thereafter took a home equity loan on the property. Due to Chinese drywall, Claimant was forced to sell at a severely reduced price. Without doubt, these losses are far beyond the $10,000.00 offer proffered.

      This Claimant and counsel are committed to provide the Special Master with any and all information that may be required to complete the review of the claim, including depositions, interviews, affidavits and any other requested documentation. If there is anything that the Special Master requires or desires, please let us know and we will make every reasonable effort to comply. We look forward to a reasoned and reasonable offer in the near future.

| The Law Firm of Colson Hicks Eidson
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: Colson.com



February 9, 2015

**VIA MAIL AND WEB PORTAL SUBMISSION**
Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

RE: Exhibit B to Special Master Appeal for Henry & Naneth Perdomo

The below constitutes an accurate accounting of the losses suffered by this Claimant as realized through the Foreclosure/Short Sale of the affected property.

| Date | Description | Amount | Confirming Document |
| --- | --- | --- | --- |
| 6/29/06 | Down Payment Amount (100% OWNER EQUITY) | 290,200.12 | Portal Document #105142 |
| 7/26/06 | EQUITY MORTGAGE AMOUNT OF $288,000.00 | 250,063.43 | Portal Document #105146, #105147 |
|  | OWNERS UPDATED EQUITY | 40,136.69 | Down Payment – Home Equity Loan |
| 2/21/12 | SHORT SALE OF PROPERTY | ($100,000.00)[1] |  |
| 02/09/2012 | DEBT FROM SHORT SALE/ FORBEARANCE AGREEMENT WITH REGIONS BANK | 83,208.56 | Portal Document #105147 |
|  | **TOTAL LOST EQUITY** | **$123,345.25** |  |

---

[1] The short sale price was not sufficient to pay off the entire mortgage held on the property, and resulted in a deficiency owed by the Claimant in the amount of $83,208.56.

| The Law Firm of Colson Hicks Eidson
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: Colson.com