# A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

**B. Type of Loan**

1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins
4. ☐ VA   5. ☐ Conv. Ins

6. File Number: 12-187TK
7. Loan Number:
8. Mortgage Insurance Case Number:

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. Name and Address of Borrower**
Hilda T Rodriguez
13640 SW 136th Terrace
Miami, Florida 33186

**E. Name and Address of Seller**
Henry Perdomo
Nanath Perdomo
400 NW 129th Avenue
Miami, Florida 33182

**F. Name and Address of Lender**

**G. Property Location**
12067 SW 134th Terrace
Miami, Florida 33186

**H. Settlement Agent** 954-427-9693
Assure America Title Company

Place of Settlement
600 Fairway Drive
Suite 109
Deerfield Beach, Florida 33441

**I. Settlement Date** 02/21/12
DD. 02/21/12

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 100,000.00 | 401. Contract sales price | 100,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 1,047.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. HOA Assessments to | | 408. HOA Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 101,047.00 | 420. GROSS AMOUNT DUE TO SELLER | 100,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 7,067.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan Regions Ln# **2491 | 85,346.04 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. 2010 Delinquent Tax To Miami-Dade County, Tax | 3,874.96 |
| 209. | | 509. 2011 County Tax To Miami-Dade County, Tax Collector | 3,250.22 |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes 01/01 to 02/21 | 461.78 | 511. County taxes 01/01 to 02/21 | 461.78 |
| 212. HOA Assessments to | | 512. HOA Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 5,461.78 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 100,000.00 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 101,047.00 | 601. Gross amount due to seller (line 420) | 100,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 5,461.78 | 602. Less reduction amount due to seller (line 520) | 100,000.00 |
| 303. CASH   FROM   BORROWER | 95,585.22 | 603. CASH   TO   SELLER | 0.00 |

| L. SETTLEMENT CHARGES: | File Number: 12-187TK | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. Total Real Estate Broker Fees  100,000.00 @ 5.00 = 5,000.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ 5,000.00 to Realty World | | | |
| 702. $ to | | | |
| 703. Commission paid at Settlement | | | 5,000.00 |
| 704. Processing Fee      Realty World | | 395.00 | |
| 705. | | | |
| 800. Items Payable in Connection with Loan | | P.O.C. | |
| 801. Our origination charge          $          (from GFE#1) | | | |
| 802. Your credit or charge (points) for the specific interest rate chosen   $   (from GFE#2) | | | |
| 803. Your adjusted origination charges          (from GFE A) | | | |
| 804. Appraisal Fee          (from GFE#3) | | | |
| 805. Credit Report          (from GFE#3) | | | |
| 806. Tax service          (from GFE#3) | | | |
| 807. Flood certification          (from GFE#3) | | | |
| 900. Items Required by Lender to Be Paid in Advance | | | |
| 901. Daily interest charges from to @$ /day (from GFE#10) | | | |
| 902. Mortgage Insurance Premium for to (from GFE#3) | | | |
| 903. Homeowner's insurance for to (from GFE#11) | | | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Initial deposit for your escrow account (from GFE#9) | | | |
| 1002. Hazard Insurance mo. @ $ per mo. $ | | | |
| 1003. Mortgage Insurance mo. @ $ per mo. $ | | | |
| 1004. City property taxes mo. @ $ per mo. $ | | | |
| 1005. County property taxes mo. @ $ per mo. $ | | | |
| 1006. Annual Assessments mo. @ $ per mo. $ | | | |
| 1007. mo. @ $ per mo. $ | | | |
| 1008. mo. @ $ per mo. $ | | | |
| 1009. Aggregate Adjustment $ | | | |
| 1100. Title Charges | | | |
| 1101. Title services and lender's title insurance (from GFE#4) | | | |
| 1102. Settlement or closing fee   Assure America Title Company | | 395.00 | 395.00 |
| 1103. Owner's title insurance   Assure America Title Company (from GFE#5) | | | 575.00 |
| 1104. Lender's title insurance | | | |
| 1105. Lender's title policy limit | | | |
| 1106. Owner's title policy limit 100,000.00 --- 575.00 | | | |
| 1107. Agent's portion of the total title insurance premium   Assure America Title Company  $ 402.50 | | | |
| 1108. Underwriter's portion of the total title insurance premium   Old Republic National Title Insurance Company  172.50 | | | |
| 1109. | | | |
| 1110. Title Search Fee   Assure America Title Company | | | 99.00 |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Government recording charges (from GFE#7) | | 10.00 | |
| 1202. Deed $ 10.00   Mortgage $   Releases $ | | | |
| 1203. Transfer taxes (from GFE#8) | | | |
| 1204. City/County tax/stamps   Deed $   Mortgage $ | | | |
| 1205. State tax/stamps   Deed $ 600.00   Mortgage $ | | | 600.00 |
| 1206. Intangible Tax   Deed $   Mortgage $ (from GFE#8) | | | |
| 1207. | | | |
| 1208. | | | |
| 1300. Additional Settlement Charges | | | |
| 1301. Required services that you can shop for (from GFE#6) | | | |
| 1302. | | | |
| 1303. Municipal Lien Search Fee   LienWrite Solutions, Inc. | | 150.00 | |
| 1304. Reinst. HOA Estoppel Ltr   Assure America Title Company | | | 170.00 |
| 1305. Outstanding HOA Maint. Jan & Feb   Tuscany Village HOA | | | 219.00 |
| 1306. March Maint   Tuscany Village HOA | | | 97.00 |
| 1307. | | | |
| 1308. | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | 1,047.00 | 7,047.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____   _____   2/21/12
Herb Poderesz             Henry Pesrchen

                          _____   2/21/12
                          Loretta Porcher

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Assure America Title Company    _____   2/21/12

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.