
# REGIONS

Henry Perdomo
Naneth Perdomo
400 NW 129 Ave
Miami, FL 33182

Account Number Ending In: 2491

The following is a payment history for your loan or line of credit.
The history will show how the amounts applied to principal and to interest.
There is a final total summary that will include insurance or late fees that apply.

| Activity Date | Payment | $ To Principal | $ To Interest | Fees Paid | Advances |
|---:|---:|---:|---:|---:|---:|
| | | | | | $83,646.31 |
| 4/3/2012 | $1,044.10 | $1,044.10 | | | |
| 4/16/2012 | $231.00 | $231.00 | | | |
| 4/23/2012 | $30.00 | $30.00 | | | |
| 5/15/2012 | $231.00 | $231.00 | | | |
| 6/14/2012 | $231.00 | $231.00 | | | |
| 7/16/2012 | $231.00 | $231.00 | | | |
| 8/16/2012 | $231.00 | $231.00 | | | |
| 9/14/2012 | $231.00 | $231.00 | | | |
| 10/16/2012 | $231.00 | $231.00 | | | |
| 11/14/2012 | $231.00 | $231.00 | | | |
| 12/14/2012 | $231.00 | $231.00 | | | |
| 1/14/2013 | $231.00 | $231.00 | | | |
| 2/12/2013 | $231.00 | $231.00 | | | |
| 3/15/2013 | $231.00 | $231.00 | | | |
| 4/15/2013 | $231.00 | $231.00 | | | |
| 5/15/2013 | $231.00 | $231.00 | | | |
| 6/14/2013 | $231.00 | $231.00 | | | |
| 7/15/2013 | $231.00 | $231.00 | | | |
| 8/13/2013 | $231.00 | $231.00 | | | |
| 9/9/2013 | $231.00 | $231.00 | | | |
| 10/16/2013 | $231.00 | $231.00 | | | |
| 11/13/2013 | $231.00 | $231.00 | | | |
| 1/9/2014 | $231.00 | $231.00 | | | |
| 1/14/2014 | $231.00 | $231.00 | | | |
| 2/28/2014 | $231.00 | $231.00 | | | |
| 3/14/2014 | $231.00 | $231.00 | | | |
| 4/15/2014 | $231.00 | $231.00 | | | |
| 5/15/2014 | $231.00 | $231.00 | | | |
| 6/16/2014 | $231.00 | $231.00 | | | |
| 7/15/2014 | $231.00 | $231.00 | | | |
| 8/19/2014 | $231.00 | $231.00 | | | |
| 9/16/2014 | $231.00 | $231.00 | | | |

| Date | | | | | |
|---|---|---|---|---|---|
| 11/19/2014 | $231.00 | $231.00 | | | |
| 12/16/2014 | $231.00 | $231.00 | | | |
| 1/15/2015 | $231.00 | $231.00 | | | |
| 2/18/2015 | $231.00 | $231.00 | | | |
| 3/11/2015 | $231.00 | $231.00 | | | |
| 4/7/2015 | $231.00 | $231.00 | | | |
| 5/11/2015 | $231.00 | $231.00 | | | |
| 6/9/2015 | $231.00 | $231.00 | | | |
| 7/14/2015 | $231.00 | $231.00 | | | |
| 8/18/2015 | $231.00 | $231.00 | | | |
| 9/16/2015 | $231.00 | $231.00 | | | |
| 10/14/2015 | $231.00 | $231.00 | | | |
| 11/16/2015 | $231.00 | $231.00 | | | |
| 12/15/2015 | $231.00 | $231.00 | | | |
| 1/19/2016 | $231.00 | $231.00 | | | |
| 2/17/2016 | $231.00 | $231.00 | | | |
| 3/16/2016 | $231.00 | $231.00 | | | |
| TOTAL | $11,931.10 | $11,931.10 | $0.00 | $0.00 | $83,646.31 |

Plus Advances $83,646.31
Less Payment to Principal $11,931.10
Current Principal $71,715.21
Plus Outstanding Late Fees $0.00
Plus Current Interest Due $0.00
Balance as of 04/12/2016 $71,715.21

If I can be of further assistance, please call me at 1-866-266-8132. Thank you for your attention

Sincerely,

Karina Rodriguez
Recovery Department