UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| | JUDGE FALLON |
| | MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Jacqueline Cucci.

**IT IS ORDERED** that the attached correspondence be entered into the record under seal.

**IT IS FURTHER ORDERED** that the attached correspondence is considered as a supplemental memorandum in connection with Ms. Cucci's Appeal from her Special Master Award. (R. Doc. 20108).

New Orleans, Louisiana, this 29th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE