UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Arndt, et. al.  v. Gebrueder Knauf Verwaltugsgesellschaft KG, et al. Case No. 11-2349 | ) ) ) ) ) ) | |

**MONICA FERGUSSON'S SECOND AMENDED OBJECTION TO THE SPECIAL MASTER'S RECONSIDERATION AWARD FOR HER FORECLOSURE CLAIM**

Monica Fergusson ("Plaintiff") hereby files her Second Amended Objection to the Special Master's Reconsideration Award. In support thereof, Plaintiff states as follows:

1. Plaintiff timely submitted an Objection to the Special Master's Reconsideration Award for Her Foreclosure Claim for her home on March 28, 2016.

2. Claimant is the sole shareholder of the real estate investment company, Florida Investment Group of Miami, Inc. Exhibit "A," attached hereto.

3. Claimant, by and through her investment group, paid the Seller/Developer of the Affected Property a deposit of $100,000.00 at the time of closing. Exhibit "B," attached hereto.

4. In its response to Plaintiff's Objection to the Special Master's Reconsideration Award, the Special Master states that the Plaintiff failed to provide evidence of her capital improvement expenses.

5. To supplement her Objection to the Special Master's Reconsideration Award, Plaintiff hereby provides cancelled checks totaling $61,786.00 paid towards capital improvements for the Affected Property. Exhibit "C," attached hereto.

6. Claimant is the sole shareholder of the marketing company, JB Marketing Group, Inc. Exhibit "D," attached hereto.

7. Claimant paid the $61,786.00 for capital improvements to the Affected Property by and through her marketing company.

8. Plaintiff lost a total of $161,786.00 in lost equity due to the presence of the defective Chinese Drywall in her home. Exhibit "E," attached hereto.

WHEREFORE, Plaintiff requests that the Court enter an order granting Plaintiff an award of $161,786.00 for her Foreclosure claim, the full extent of her damages, or in the alternative, schedule an evidentiary hearing so that Plaintiff may present her claims before the Court.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MONICA FERGUSSON'S SECOND AMENDED OBJECTIONS TO THE SPECIAL MASTER'S RECONSIDERATION AWARD FOR HER FORECLOSURE CLAIM has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this on this 3rd day of May, 2016.

/s/*Ervin A. Gonzalez*
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com

PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
NATALIE M. RICO
Fla. Bar No. 0065046
Natalie@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:     (305) 476-7444
*Counsel for Plaintiffs*