**FLORIDA INVESTMENT GROUP OF MIAMI INC.**
9641 SW 163RD AVENUE
MIAMI, FL 33196

1014
63-643/670
BRANCH 00910

DATE 3/20/06

Pay to the order of Medimart Investment INC.   $ 100,000.00

One hundred thousand 0/100 — — — — — DOLLARS

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

FOR deposit of 14383 SW 19 Terr

⑆001014⑆ ⑈067006432⑈ 20000273567 77⑆    ⑆00100000000⑆

04-000016-000160-P04-03/20/2006
>267087769<
INTERAMERICAN BANK
MIAMI, FL

4433587347

MR 20 06

5555 88634

PAY TO THE ORDER OF
INTERAMERICAN BANK, FSB
FOR DEPOSIT ONLY
MEDIMART INVESTMENT, INC.
015020813

DEFENDANT'S EXHIBIT 'A'

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000027356777 | 3/21/2006 | $100,000.00 | 000000000001014 | 00000000004433587347 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

EXHIBIT C