

Capture Date: 20070220 Sequence #: 7340583165

```
JB MARKETING GROUP, INC.         09-06                              1035
        305-303-3422
      9641 S.W. 163RD AVE.
      MIAMI, FL. 30195-5630
                                              Date  02/17/07        83-4/630 FL
                                                                        1351

Pay to the
Order of  Catalina Colmenares                      $ 6,000.00

  Six Thousand Dollars 00/100                             Dollars

Bank of America
ACH R/T 063100277

For  Joan Curtains /Blinds              [signature]

⑈001035⑈ ⑆063100047⑆  898000796429⑈         /00000600000/
```

BANK OF AMERICA NA MIA
[stamp]
02/20/07
7340583165

No Electronic Endorsements Found
No Payee Endorsements Found

Page 31 of 90          Print Req.#20080409002183          Wed Apr 09 20:04:43 CDT 2008

FERGUSON, M (OLF) - 000059

Page 48 of 90          Print Req.#20080409002183          Wed Apr 09 20:05:11 CDT 2008



Capture Date: 20070420 Sequence #: 7340008598

```
JB MARKETING GROUP, INC.                              1087
        305-303-5422
     9641 S.W. 163RD AVE.
     MIAMI, FL 33196-5830
                                    Date 4/17/07

Pay to the
Order of   CANAS Systems Corp            | $ 30,000 00

Therty thousand 00/100                          Dollars

Bank of America
ACH R/T 063100277

For  Roof installation
```

No Electronic Endorsements Found
No Payee Endorsements Found

FERGUSON, M (OLF) - 000060

fAmerica SFO02B 42 FEF MBN Document 20232 PAGE Filed 05/03/16 Page 3 of 6 45658

COMPANY:

Bank of America

Bank of America

Capture Date: 20070420  Sequence #: 7340008600

---

**JB MARKETING GROUP, INC.** 08-06  MH  1086
305-303-5422
9641 S.W. 163RD AVE.
MIAMI, FL 33196-6830

Date 4/19/07    63-4/630 FL 1351

Pay to the Order of JM City Marketing Inc                    $ 20,000 00

Twenty thousand 0/00 ———————————————— Dollars

**Bank of America**
ACH R/T 063100277

For Kitchen Counter Top                    [signature]

⑈⑆0001086⑈⑆  ⑆063000047⑆:  898000796429⑈  ⑆000 2000000⑈

---

No Electronic Endorsements Found
No Payee Endorsements Found

FERGUSON, M (OLF) - 000061



Capture Date: 20070420 Sequence #: 7340008600





No Electronic Endorsements Found
No Payee Endorsements Found

FERGUSON, M (OLF) - 000062



FERGUSON, M (OLF) - 000064

**JB MARKETING GROUP, INC.** 1054
305-303-5422
9641 S.W. 163RD AVE.
MIAMI, FL 33196-5830
09-08

Bank of America
ACH R/T 063100277

Pay to the Order of: Manhattan Closet

Four Thousand and Five Hundred Down 00/100 Dollars

Date 03/28/07

$4,500.00

Signature

⑆001054⑆ ⑈063100277⑈ 898000796429⑈ ⑆00004500000⑆

FERGUSON, M (OLF) - 000063