# EXHIBIT E

| MONICA FERGUSSON LOST EQUITY | | | | |
|---|---|---|---|---|
| **PAID TO** | **DATE** | **DESCRIPTION** | **AMOUNT** | **IDENTIFICATION #** |
| Medimart Investment, Inc. | 03/20/06 | Deposit | $100,000.00 | D.E. 20193-5 |
| Catalina Colmenares | 02/17/07 | Custom drapes and blinds | $6,000.00 | FERGUSON, M (OLF) – 000059 |
| Cavas Systems Corp. | 04/17/07 | Pool installation | $30,000.00 | FERGUSON, M (OLF) – 000060 |
| JM City Marketing, Inc. | 04/19/07 | Kitchen Counter Top | $20,000.00 | FERGUSON, M (OLF) – 000061 |
| Manhattan Closets | 03/28/07 | Closets | $4,500.00 | FERGUSON, M (OLF) – 000063 |
| Angeles Interiors | 04/25/07 | Custom drapes and blinds | $1,286.68 | FERGUSON, M (OLF) – 000064 |
| | | **TOTAL:** | $161,786.00 | |