| Prime Homes at Portofino Falls, Ltd. HVAC Repair Costs | | | |
|---|---|---|---|
| Unit | Category of HVAC Repairs | Cost of HVAC Repairs | Bates No. |
| 7054 Ambrosia Unit 3302 | Parts & Repairs | $297.00 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000001 – 000010 |
| 7054 Ambrosia Unit 3302 | Repairs | $0.00 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000011 |
| 7054 Ambrosia Unit 3306 | Parts & Repairs | $3,070.88 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000012 – 000047 |
| 7054 Ambrosia Unit 3306 | Repairs | $1,720.00 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000048 – 000056 |
| 7054 Ambrosia Unit 3307 | Parts & Repairs | $182.00 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000057 – 000061 |
| 7054 Ambrosia Unit 3307 | Repairs | $2,407.50 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000062 – 000073 |
| 7054 Ambrosia Unit 3308 | Parts & Repairs | $3,725.06 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000074 – 000098 |
| 7054 Ambrosia Unit 3308 | Repairs | $1,176.00 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000100 – 000107 |
| 7060 Venice Way Unit 3102 | Parts & Repairs | $2,438.86 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000108 – 000149 |
| 7060 Venice Way Unit 3102 | Repairs | $1,216.80 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000150 – 000160 |
| 7061 Venice Way | Parts & | $2,521.91 | PRIME HOMES AT |

| Unit 3201 | Repairs | | PORTOFINO FALLS, LTD (MISC) – 000161 – 000189 |
|---|---|---|---|
| 7061 Venice Way Unit 3202 | Parts & Repairs | $3,193.90 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000190 – 000231 |
| 7061 Venice Way Unit 3202 | Repairs | $423.00 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000232 – 000236 |
| 7061 Venice Way Unit 3203 | Repairs | $721.00 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000237 – 000241 |
| 7061 Venice Way Unit 3204 | Parts & Repairs | $1,342.76 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000242 – 000251 |
| 7061 Venice Way Unit 3206 | Part & Repairs | $1,351.21 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000253 – 000273 |
| 7061 Venice Way Unit 3206 | Repairs | $1,503.05 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000274 – 000281 |
| 7065 Venice Way Unit 3001 | Parts & Repairs | $860.31 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000282 – 000297 |
| 7065 Venice Way Unit 3001 | Repairs | $3,102.78 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000298 – 000318 |
| 7065 Venice Way Unit 3002 | Parts & Repairs | $1,378.76 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000320 – 000332 |
| 7065 Venice Way Unit 3003 | Parts & Repairs | $1,221.59 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000334 – 000350 |
| 7065 Venice Way Unit 3003 | Repairs | $2,663.90 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) |

| | | | |
|---|---|---|---|
| | | | – 000351 – 000367 |
| 7065 Venice Way Unit 3004 | Parts & Repairs | $4,227.59 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000368 – 000392 |
| 7065 Venice Way Unit 3004 | Repairs | $1,198.50 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000393 – 000400 |
| 7069 Venice Way Unit 2803 | Parts & Repairs | $227.00 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000401 – 000410 |
| 7074 Venice Way Unit 2602 | Parts & Repairs | $1,654.03 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000411 – 000414 |
| 7074 Venice Way Unit 2602 | Repairs | $2,414.97 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000415 – 000447 |
| 7074 Venice Way Unit 2606 | Parts & Repairs | $3,308.04 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000448 – 000484 |
| 7074 Venice Way Unit 2601 | Parts & Repairs | $2,087.14 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000486 – 000526 |
| 7074 Venice Way Unit 2601 | Repairs | $2,200.84 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000527 – 000531 |
| 7074 Venice Way Unit 2604 | Parts & Repairs | $2,153.64 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000532 – 000557 |
| 7074 Venice Way Unit 2604 | Repairs | $676.00 | PRIME HOMES AT PORTOFINO FALLS, LTD (MISC) – 000558 – 000562 |
| | TOTAL: | $56,666.02 | |