IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>Payton et al v. Knauf Gips KG et al<br>Case No. 09-7628 | ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

PLAINTIFF ROBERT MEYER'S  MOTION
TO COMPEL SETTLEMENT ADMINISTRATOR TO DISBURSE
GBI AND OTHER LOSS CLAIM FUNDS

Now comes Plaintiff, Robert Meyer, by and through the undersigned Counsel and files this Motion to Compel Settlement Administrator to Disburse GBI and Other Loss Funds to Plaintiff Robert Meyer and would state that:

1.	Plaintiff Robert Meyer is an affected property owner and member of the class as defined by the Third Amended Settlement Agreement (D.E. 16407-3). Section 1.1.2.1.

2.	Plaintiff, after discovering the existence of reactive Chinese drywall, sought remediation benefits from Knauf.  Plaintiff qualified for those benefits, but due to delays was unable to maintain ownership of the home long enough and the home was foreclosed with a Final Judgement of Foreclosure issued February 1, 2012 and the Certificate of Title issued March 27, 2012 to ER Management LLC.[1]

3.	The lump sum payment of $13,387.5 was provided to KCM on March 23, 2012 but because of the foreclosure and the lack of actual remediation, the funds were held in counsel's trust account pending resolution of claims. The Third Amended Settlement Agreement

---

[1] The Final Judgment of Foreclosure was issued February 1, 2012 and the Certificate of Title was issued on March 27, 2012. The work authorizations for remediation were forwarded to counsel on October 11, 2011.

provides a lump sum payment to the KPT property Owners. At that time, the "lump sum eligibility form" was not required nor provided.

    4.    Plaintiff further registered in the Chinese Drywall Settlement Program for the following claims: Foreclosure or Short Sale; Miscellaneous; Lost Rent, Use or Sales and GBI.

    a.    Foreclosure and Short Sale or "sales in mitigation" claim. On January 15, 2015 the Settlement Administrator determined that Plaintiff Robert Meyer was eligible and issued a favorable eligibility determination. Plaintiff has appealed that offer and is awaiting the payment of the Special Master Award less the pro rata percentage.

    b.    Miscellaneous Claim. On April 20, 2015, the Settlement Administrator determined that Plaintiff was eligible and issued a favorable eligibility determination. The resolution offer has been received.

    c.    Lost Rent, Use or Sales Claim. On March 16, 2015, the Settlement Administrator determined that Plaintiff Robert Meyer was eligible and issued a favorable eligibility determination. Because Plaintiff is classified as a Pilot Program participant and the lump sum payment was provided, albeit held in trust by counsel, the Lost Rent, Use or Sales payment is on hold.

    d.    GBI claim. On May 2, 2014, the Settlement Administrator denied the claim stating the claim was assigned to Knauf as the property was being remediated by Knauf. Claimant appealed the Denial since the property was not remediated by Knauf but was foreclosed by the bank. After years of following-up for a decision about the lump sum payment (since the remediation did not go forward), the parties agreed that Plaintiff would return the Lump Sum Allowance and Knauf would have no issues with Claimant's pursuit of the Other

Loss Fund and GBI payment. The GBI settlement amounts of $4,677.75.  See email chain of February 2015, Exhibit A.

Since Claimant had not received any Notice of Eligibility, in July, 2015, the claims were again discussed with counsel for Knauf and Knauf agreed Claimant could keep the lump sum allowance and Claimant would withdraw his GBI claim.  Relying upon Knauf's offer to keep the lump sum and pursue other loss claims, Claimant withdrew his GBI Claim. See email chain July 2015, Exhibit B.

Unfortunately, by accepting the lump sum allowance, the Claims Administrator would not pay the lost sales claim available in the Other Loss Fund.

5. After further review of the claims available to Plaintiff, and as detailed by the Claims Administrator's table below, Plaintiff now wishes to return the lump sum payment and proceed with the GBI and Other Loss Claims.

| Claim Type | Keep LSP Residential | Return LSP Commercial |
|---|---|---|
| LSP | $13,387.50 | $0.00 |
| GBI | $0.00 | $4,677.75 |
| LRUS | $0.00 | $10,000.00 |
| FSS | $10,000.00 | $10,000.00* |
| MISC | $1,279.42 | $1,279.42 |
| Total | $24,666.92 | $25,957.17 |

* this amount is an estimate as the Claimant has accepted the Special Master Award of $36,272.40 which will be reduced by the pro rata percentage.

6. However, Knauf has now asserted a claim for these same GBI dollars and the Settlement Administrator is holding the funds until this matter is resolved by the Court.  Knauf

3

claims that they are entitled to the GBI dollars based upon language in the Settlement Agreement addressing assignment of GBI for remediation dollars EVEN THOUGH THERE WAS NO REMEDIATION OF THE PROPERTY.

7. In an effort to resolve the issues with Knauf, a copy of Claimant's Motion and Memorandum were provided in advance to counsel for Knauf prior to filing. To date, Knauf has not provided any further position on this matter.

WHEREFORE, for the reasons set forth above and in Claimant's Memorandum of Law, the undersigned respectfully requests this Court for an Order directing the Settlement Administrator to pay the GBI and Other Loss Claims payments to Robert Meyer as indicated above. Additionally, because Plaintiff's counsel had to file a motion before the Court to enforce the settlement and to obtain that which the Plaintiff is entitled, Counsel asserts an entitlement to attorney's fees and costs from Knauf.

Dated this 4th day of May, 2016.

Respectfully submitted,

*s/* Michael J. Ryan
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK LIBERMAN P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Compel Settlement Administrator to Disburse GBI Funds has been provided to Plaintiffs' Liaison Counsel, Russ

Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & Serve Xpress f/k/a LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of May, 2016.

                                    s/ Michael J. Ryan
                                    KRUPNICK CAMPBELL MALONE
                                    BUSER SLAMA HANCOCK LIBERMAN P.A.
                                    12 S.E. 7 Street, Suite 801
                                    Ft. Lauderdale, FL  33301
                                    Phone: (954) 763-8181
                                    FAX (954) 763-8292
                                    pleadings-MJR@krupnicklaw.com
                                    Fla. Bar No. 975990