# EXHIBIT A

Elizabeth Wiesend

**From:** MICHAEL RYAN
**Sent:** Wednesday, February 25, 2015 10:32 AM
**To:** 'Ashley Dwyre'; Jake Woody; Merino, Rene; Miller, Kerry
**Cc:** Dysart, Danny; Katie Sanderson; Elizabeth Wiesend
**Subject:** FUNDS RETURNED ONCE WE RECEIVED NOE OTHER LOSS AND GBI RE: Call

OK, we will send once we have the notice of eligibility for Other Loss and GBI. Thanks!

*Michael J. Ryan*
Krupnick Campbell Malone et al.
Legacy Bank Building
12 Southeast 7th Street
Suite 801
Fort Lauderdale, Florida 33301
954-763-8181
954-763-8292 (fax)
www.krupnicklaw.com

**From:** Ashley Dwyre [mailto:adwyre@browngreer.com]
**Sent:** Wednesday, February 25, 2015 9:46 AM
**To:** MICHAEL RYAN; Jake Woody; Merino, Rene; Miller, Kerry
**Cc:** Dysart, Danny; Katie Sanderson; Elizabeth Wiesend
**Subject:** RE: Call

Mike,

Instruction for deposit to the Remediation Fund by wire transfer and by check is provided below:

**Wire Transfer**
**Bank:** Whitney Bank
**Address:** 228 St. Charles Avenue - 2nd Floor, New Orleans, LA 70130
**ABA Routing Number:** 065400153
**Account Name:** Trust Deposit DDA
**Account Number:** 0000700924
**Reference:** Drywall QSF
**SWIFT CODE:** WHITUS44
**Attn:** Chris Durio

**Deposit by Check**
Whitney Bank
**Attn:** Chris Durio/Trust Dept.
228 St. Charles Avenue - 2nd Floor
New Orleans, LA 70130
**Reference:** Drywall QSF
**Make Checks Payable to:** *Chinese Drywall*

Thank you,
Ashley

**From:** MICHAEL RYAN [mailto:mryan@krupnicklaw.com]
**Sent:** Wednesday, February 25, 2015 6:47 AM
**To:** Jake Woody; Merino, Rene; Miller, Kerry

1

**Cc:** Dysart, Danny; Ashley Dwyre; Katie Sanderson; Elizabeth Wiesend
**Subject:** RE: Call

Jake,

Thank you. We will await the eligibility determinations on Other Loss and GBI.

Best regards,

Mike

---

**From:** Jake Woody [mailto:jswoody@browngreer.com]
**Sent:** Tuesday, February 24, 2015 6:16 PM
**To:** Merino, Rene; MICHAEL RYAN; Miller, Kerry
**Cc:** Dysart, Danny; Ashley Dwyre; Katie Sanderson
**Subject:** RE: Call

Mike -- we will send wire instructions for the Remediation Fund. We will also start the process of reversing the denials on the Other Loss and GBI claims.

---

**From:** Merino, Rene [mailto:rmerino@bakerdonelson.com]
**Sent:** Tuesday, February 24, 2015 6:08 PM
**To:** MICHAEL RYAN; Miller, Kerry; Jake Woody
**Cc:** Dysart, Danny
**Subject:** RE: Call

Hello Mike and Jake,

Please proceed, as discussed today, with transferring the Lump Sum Payments for the below claims to the Remediation Fund. We have no issues with your pursuit of Other Loss Fund and GBI payments for these claims.

Best Regards,

René

**René Merino**
Attorney

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Direct: 504.566.5237
Fax: 504-585-6937
E-mail: rmerino@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Georgia, Louisiana, Mississippi, Tennessee
and Washington, D.C.

Please consider the environment before printing this e-mail.

**From:** MICHAEL RYAN [mailto:mryan@krupnicklaw.com]
**Sent:** Tuesday, February 24, 2015 12:22 PM
**To:** Miller, Kerry; Jake Woody
**Cc:** Dysart, Danny; Merino, Rene
**Subject:** RE: Call

In advance of the call, here are the 2 we need to discuss:

Robert Meyer
41 SE 3 Avenue, #41
Hallandale, FL
Move out notice received 3/22/12;
Foreclosure 3/27/12.
Funds received: $ 13,387.50 - 3/23/12

Vida Wynter
5813 NW Gerald Circle
Port St. Lucie, FL
Move out notice received 10/17/12;
Foreclosure FJ 10/11/12
Funds received 10/23/12 : $19,167.50

---

**From:** Miller, Kerry [mailto:kjmiller@bakerdonelson.com]
**Sent:** Tuesday, February 24, 2015 12:35 PM
**To:** Jake Woody; MICHAEL RYAN
**Cc:** Dysart, Danny; Merino, Rene
**Subject:** RE: Call

Can we do this afternoon at 1:30 central or after 3:00 central? I'm in Houston tomorrow and Thursday in meetings so those days will be tough.

Kerry J. Miller
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Phone: 504.566.8646
Fax:    504.585.6946
Cell:   504.495.2393
kjmiller@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from
offices in Alabama, Florida, Georgia, Louisiana,
Mississippi, Tennessee, Texas and Washington, D.C.

**BAKER DONELSON**
BEARMAN, CALDWELL & BERKOWITZ, PC

One of FORTUNE magazine's "100 Best Companies to Work For"

---

**From:** Jake Woody [mailto:jswoody@browngreer.com]
**Sent:** Tuesday, February 24, 2015 11:13 AM
**To:** Miller, Kerry; mryan@krupnicklaw.com
**Subject:** Call

Kerry – Mike Ryan and I need to talk with you about a unique issue faced by a few of Mike's clients. I think we probably need 15-20 minutes. Do you have some time in the next day or so?

3

**Jake Woody**
**BROWNGREER PLC**
250 Rocketts Way
Richmond, VA 23231
Telephone: (804) 521-7234
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

4