# EXHIBIT B

Elizabeth Wiesend

| | |
|---|---|
| From: | Merino, Rene <rmerino@bakerdonelson.com> |
| Sent: | Thursday, July 23, 2015 12:39 PM |
| To: | MICHAEL RYAN |
| Cc: | 'jswoody@browngreer.com'; Elizabeth Wiesend; 'Randi Ellis (ellis@pabmb.com)'; Miller, Kerry |
| Subject: | ok to pay lump sum RE: Lump Sum Payment - Foreclosed Properties (Meyer and Wynter) |

Mike,

Knauf will not oppose your disbursing the Lump Sum Payments to Meyer and Wynter so long as you withdraw their GBI claims with BrownGreer.

Best Regards,

René

**René Merino**
Attorney

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Direct: 504.566.5237
Fax: 504-585-6937
E-mail: rmerino@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Georgia, Louisiana, Mississippi, Tennessee
and Washington, D.C.

 Please consider the environment before printing this e-mail.

---

**From:** MICHAEL RYAN [mailto:mryan@krupnicklaw.com]
**Sent:** Tuesday, July 21, 2015 10:42 AM
**To:** Merino, Rene
**Cc:** 'jswoody@browngreer.com'; Elizabeth Wiesend; 'Randi Ellis (ellis@pabmb.com)'; Miller, Kerry
**Subject:** RE: Lump Sum Payment - Foreclosed Properties (Meyer and Wynter)

Rene,

As always, thank you for the timely engagement.

Best,

Mike

---

**From:** Merino, Rene [mailto:rmerino@bakerdonelson.com]
**Sent:** Tuesday, July 21, 2015 11:41 AM
**To:** MICHAEL RYAN
**Cc:** 'jswoody@browngreer.com'; Elizabeth Wiesend; 'Randi Ellis (ellis@pabmb.com)'; Miller, Kerry
**Subject:** RE: Lump Sum Payment - Foreclosed Properties (Meyer and Wynter)

1

Mike,

We do not anticipate the payment of the Lump Sum to your clients, as described below, will be opposed by our client. I am just waiting for the final thumbs up.

Best Regards,

René


**René Merino**
Attorney

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Direct: 504.566.5237
Fax: 504-585-6937
E-mail: rmerino@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Georgia, Louisiana, Mississippi, Tennessee
and Washington, D.C.

 Please consider the environment before printing this e-mail.

---

**From:** MICHAEL RYAN [mailto:mryan@krupnicklaw.com]
**Sent:** Tuesday, July 21, 2015 10:32 AM
**To:** Merino, Rene
**Cc:** 'jswoody@browngreer.com'; Elizabeth Wiesend; 'Randi Ellis (ellis@pabmb.com)'; Miller, Kerry
**Subject:** RE: Lump Sum Payment - Foreclosed Properties (Meyer and Wynter)

Rene,

Just following up on these two. Thanks.

Best,

Mike

---

**From:** MICHAEL RYAN
**Sent:** Friday, July 17, 2015 9:31 AM
**To:** 'Miller, Kerry'
**Cc:** jswoody@browngreer.com; Elizabeth Wiesend; Randi Ellis (ellis@pabmb.com); Merino, Rene
**Subject:** RE: Lump Sum Payment - Foreclosed Properties (Meyer and Wynter)

Kerry — Thanks! Appreciate the attention to the matter, no matter the outcome.

Best,

Mike

2