# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047 <br> SECTION L |
| THIS DOCUMENT RELATES TO: <br> Payton et al v. Knauf Gips KG et al <br> Case No. 09-7628 | ) ) ) | JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Mover and Plaintiff pursuant to Local Rule 78.1, and respectfully request oral argument on Plaintiff Robert Meyer's Motion to Compel Settlement Administrator to Disburse GBI and Other Loss Claim Funds be set for hearing before this Honorable Court at the next monthly status conference for the MDL 2047 Chinese-Manufactured Drywall Products Liability Litigation presently scheduled for May 25, 2016 or at a time set by this court so as to more fully address any questions the court may have concerning Plaintiff's Motion.

Dated this  4 $^{th}$ day of May, 2016.

                                                 Respectfully submitted,

                                                 /s *Michael J. Ryan*
                                                 Michael J. Ryan, Esquire
                                                 Florida Bar No. 975990
                                                 Krupnick Campbell Malone Buser Slama
                                                 Hancock Liberman  P.A.
                                                 12 S.E. 7 Street, Suite 801
                                                 Fort Lauderdale, FL  33301
                                                 Phone (954) 763-8181; Fax (954) 763-8292
                                                 pleadings-MJR@krupnicklaw.com
                                                 mryan@krupnicklaw.com
                                                 *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Request for Oral Argument has been electronically uploaded to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of May, 2016.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
Attorneys for Plaintiffs