UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Jacqueline Cucci.

**IT IS ORDERED** that the attached correspondence be entered into the record under seal.

**IT IS FURTHER ORDERED** that the attached correspondence be considered a supplement to Claimant's objection (R. Doc. 20108) to the Special Master Award issued in connection with her claim for Bodily Injury.

New Orleans, Louisiana, this 4th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

1