UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE<br>WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Marlene Frederick.

**IT IS ORDERED** that the attached correspondence be entered into the record under seal.

**IT IS FURTHER ORDERED** that the attached correspondence is considered an objection to the Special Master Award issued in connection with Gary Frederick's Bodily Injury Claim on behalf of the minor Emmanuel Bentley.

The hearing on these objections will occur in Thursday, May 5, 2016 at 9:00 a.m. To participate in the hearing by phone, please call (877) 336-1839; access code 4227405; security code 050516.

New Orleans, Louisiana, this 3rd day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

1