MIRIAM CRUZ                                           RE2 - CONDO/CO-OP/VILLA/TOWNHOUSE                 South
ML: M1436050   BC: KRVK01 / KRV Realty Group, LLC         AREA: 79     SH SALE: Y / AP        REO: N
AD: x 2519x SEx 12 CT                                     UN: x418     RP:         LLP:              LP↑ $5
CT: DADE      F#: x10-79-21-027-4180                      CITY: HOMESTED   ZP: 33035         GEOAR:
LG: xSHOMA HOMES KEYS GATE CONDOUNIT 418 BLDG 68 UNDIV 1/523 INT IN   FL#: 1   TOTFL: 2      BLDG#:
    COMMON ELEMENTS OFF                                                                      STYLE: TS
                                                                                              TYPE: TC
MC: x10    TN: x79      SE: x21    SD: x27    PN: x4180   MAP: x2179      ST: FL
DV:                                CN: SHOMA HOMES AT KEYS GATE           INTLVLS: 0
MN:                                F$: U          UNIT BLG:        UNIT COMPLX:

LA:   x1,425    TA:  x1,425   YR: x2007/ NEW   CONV:       EFF:        BED: 3   FBATH: 3      HBATH
UNIT:   CORNER                                 DET: N                  MNLIV:                 DOCK SPACE
GOVRN: CONDO                                   GARAG: 0    DET         CPT: 0                 PARK SPACE
WTRFR: N                                                   WTRAC:                             FACE
UNTVW: GARDEN                                              SECUR: OTHER                       BAL8
CONST: CBS                                                 DINE:                              SF/F
PARK:  2+SPACES                                            PARKING RESTRICT: NORVBOAT  NOTRKTRL
FLOOR: CERAMIC  CARPET                                     MIN LS #DAY: 0       #LSE YR: 0
REM: ***SHORT SALE APPROVED*** EXCELLENT 2 STORY TOWNHOUSE CORNER UNIT, NEW CONSTRUCTION, 3 BEDROOMS, 3
     BATHROOMS. EXCELLENT LOCATION CLOSE TO EVERYTHINGS.PROOF OF FUNDS / PRE-Q LETTER REQUIRED.SELLER'S WILL
     SELECT THE TITLE AGENT. ALL OFFERS ARE SUBJECT TO LENDER'S APPROVAL.EASY TO SHOW.


DIR: 328 ST. WEST TO 152 AVE.


BRK-REM: Price and Commission are subject to Lender's Approval.Commission shall be split 50/50 between Listing Broker and Selling B

        LR:          DR:          DA:          KT:          FR:          FL:              PI
        MB:          2B:          3B:          4B:          DN:          UR:              PI
BEDRM:   MBRUPSTR                                                                         CI
MSBTH:   CBTUB&SHW                                                                        PI
ROOMS:   FAMILY      FLORIDA
INTER:   OTHER
EQUIP:   DISHWASH    DISPOSAL    DRYER    RANGE-E    REFRIG    SMOKEDET    WASHER

WNDW:    VERTICAL                                    EXTER:   OTHER
MAINT:   ALLAMEN  BLDEXTER  COMNAREA  INSURANCE

AMENS:   OTHER

RESTR:   OKLEASE                               APPRV:  1-2WKS
HEAT:    ELEC  CENTRAL                         COOL:   ELEC  CENTRAL

TRMSCONS:CONV        FHA                                      ASSUME:  N      DAV/SOH:  x$49,140
MPR: N               TOA:  C    TOTAL FEES:  $194    /M                       DMV/ASV:
TAXES:   x$1,201     TAXYR: 2009              TAX:  NOHOMESTD                 TM:
APP FEE: $100        MAINT FEE: $194          LAND LSE: $0                    REC LSE: $0
SPEC:  AS-IS  DISCLOSURE                      POSS: FUNDING                   IDX:  Y

LPID:  3180865 / Gloria Alvarez                       APH:  786-553-5686      OPH:  305-790-0162 x
2PID:                                                 2AG:                    FAX:  305-443-
LTY:  ER             ON:                              ON#:                    2PH:
URL:                                                  PHOTO:   1PLUS                        BRI
EMAILA:  galvarez186@hotmail.com                      VT:
COBA: 3.0%           COTB:  3.0%      CONR:           VAR:  Y     JA:         WD:
OCCUP:  VACANT       SHOW:  LBX-CLA                               LD: 10/28/10   XD:
PREV STATUS:  PS     STATUS CHNG:  06/15/11                                   L1:
PREV$: $49,000       PRICE CHNG:  03/16/11   ORIG$:$65,000                    L2: