## DADE COUNTY PROPERTY

| | | | | |
|---|---|---|---|---|
| FOLIO | 10-79-29-013-2990 | PADDR | 2608 / SE / 14 / AV / 299 | |
| CO-USE | 4 / RES TOTAL VALUE | PCITY | HOMESTEAD | PZIP CD 33035-2440 |
| ZONING | 93 / PLANNNED UNIT DEV | SUBDV | SHOMA TOWNHOMES AT KEYSCOVE CONDO | |
| ST-USE | 4 / RESID TOT VALUE | LIEN?   TAX CRT?   LIS PEND? | | UPDATE 02/03/15 |

### OWNER NAME & ADDRESS

| | | | | |
|---|---|---|---|---|
| LAST | VELEZ | OADDR | 2608 / SE / 14 / AV / 299 | |
| FIRST | JULIAN | OCITY | HOMESTEAD  FL | OZIP CD 33035 |
| OTHER | | COMPANY | | |

### LAND INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| FRONT FT | | DEPTH FT | LOT | BLOCK | PBK-PG |
| LND SQFT | | 0 LND ACRE | 0.00 WATERFRONT | | OR BK-PG |
| $/LANDSF | | $/ADJSF | $ 24.000 $/TOTLSF | $ 24.60 | AV RATIO |

### BUILDING INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| ADJSQFT | 1,423 | TOTSQFT | 1,423 | NUM UNITS | 1 | YEAR BLT 2006 |
| BEDROOMS | 3 | BATHRMS | 3 | HALF BATHS | | NUM FLRS 2 |

### LEGAL DESCRIPTION

| | | | |
|---|---|---|---|
| 1 | SHOMA TOWNHOMES AT KEYSCOVE CO | 4 | INT IN COMMON ELEMENTS |
| 2 | UNIT 299 BLDG 44 | 5 | OFF REC 23513-0988 |
| 3 | UNDIV 1/398 | 6 | COC 24289-3106 02 2006 1 |

### TAX & ASSESSMENT INFORMATION

| ASSESSMENTS (2014) | | DISTRICTS | | EXEMPTIONS | | | AUTHORITY / TAX AMOUNT (2) | |
|---|---|---|---|---|---|---|---|---|
| Land | $ 0 | Water | | Homestd N | Widow | N | COUNTY TAX | |
| Imprv | $ 0 | Road | | Veteran N | Disabld | N | CITY TAX | |
| Total | $ 69,300 | Sewer | | Exempt N | Senior | N | MISC TAX | |
| Prev | $ 0 | Light | | School N | Exmpt | | GROSS TAX | $ 2,386 |
| MillRt | 23.6572 | Markt Val | $69,300 | | NonEx | | PREV TAX | $ 942 |

### TAX PAYMENT INFORMATION

| PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|
| #1 | | | | |
| #2 | | | | |
| #3 | | | | |
| #4 | | | TOTAL TAX DELINQUENT | |
| #5 | | | $ 0.00 | |
| #6 | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 03/21/11 | 03/31/11 | $ 35,000 | DEE | 27636-3485 | M | |
| PREV | 08/26/10 | 08/26/10 | $ 100 | DEE | 27505-50 | M | |
| EARL | 07/20/10 | 08/05/10 | $ 35,800 | | 27376-4462 | M | |

### MLS HISTORY

| MLS | MLS# | BROKER |
|---|---|---|
| | | |

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 09/14/07 | $ 12,200 | WASHINGTON MUTUAL BK | EQ / EQUITY LINE |

### EXTRA FEATURES

| | | |
|---|---|---|
| A/C | CPORT | DOCK |
| PATIO | POOL | FENCE |
| OTHER | | |

**Information not warranted. Information herein is from Dade County Tax Rolls. MLS subscribers are not responsible for its accuracy**

02/05/15

## DADE COUNTY PROPERTY

| | | | | |
|---|---|---|---|---|
| FOLIO | 10-79-29-013-2840 | PADDR | 2452 / SE / 14 / AV / 284 | |
| CO-USE | 4 / RES TOTAL VALUE | PCITY | HOMESTEAD | PZIP CD 33035-2440 |
| ZONING | 93 / PLANNNED UNIT DEV | SUBDV | SHOMA TOWNHOMES AT KEYSCOVE CONDO | |
| ST-USE | 4 / RESID TOT VALUE | LIEN?   TAX CRT?   LIS PEND? | | UPDATE 02/03/15 |

### OWNER NAME & ADDRESS

| | | | | |
|---|---|---|---|---|
| LAST | CHEN | OADDR | 13900 / SW / 92 / AV | |
| FIRST | ZHENG | OCITY | MIAMI | FL   OZIP CD 33176 |
| OTHER | JIN GU | COMPANY | | |

### LAND INFORMATION

| | | | | |
|---|---|---|---|---|
| FRONT FT | DEPTH FT | LOT | BLOCK | PBK-PG |
| LND SQFT | 0 LND ACRE | 0.00   WATERFRONT | | OR BK-PG |
| $/LANDSF | $/ADJSF   $25.000 | $/TOTLSF | $25.30 | AV RATIO |

### BUILDING INFORMATION

| | | | | |
|---|---|---|---|---|
| ADJSQFT | 1,423 | TOTSQFT   1,423 | NUM UNITS   1 | YEAR BLT   2005 |
| BEDROOMS | 3 | BATHRMS   3 | HALF BATHS | NUM FLRS   2 |

### LEGAL DESCRIPTION

| | | | |
|---|---|---|---|
| 1 | SHOMA TOWNHOMES AT KEYSCOVE CO | 4 | INT IN COMMON ELEMENTS |
| 2 | UNIT 284 BLDG 42 | 5 | OFF REC 23513-0988 |
| 3 | UNDIV 1/398 | 6 | COC 24639-1170 06 2006 1 |

### TAX & ASSESSMENT INFORMATION

| ASSESSMENTS (2014) | | DISTRICTS | | EXEMPTIONS | | | | AUTHORITY / TAX AMOUNT (2) | |
|---|---|---|---|---|---|---|---|---|---|
| Land | $0 | Water | | Homestd | N | Widow | N | COUNTY TAX | |
| Imprv | $0 | Road | | Veteran | N | Disabld | N | CITY TAX | |
| Total | $69,300 | Sewer | | Exempt | N | Senior | N | MISC TAX | |
| Prev | $0 | Light | | School | N | Exmpt | | GROSS TAX | $2,386 |
| MillRt | 23.6572 | Markt Val | $69,300 | | | NonEx | | PREV TAX | $942 |

### TAX PAYMENT INFORMATION

| | PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|
| #1 | | | | | |
| #2 | | | | | |
| #3 | | | | | |
| #4 | | | | TOTAL TAX DELINQUENT | |
| #5 | | | | $0.00 | |
| #6 | | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 12/08/10 | 12/08/10 | $36,000 | DEE | 27523-2760 | C | |
| PREV | 06/02/06 | 06/02/06 | $36,000 | DEE | 24639-1170 | M | |
| EARL | 12/20/05 | 01/17/06 | $100 | | 24148-4194 | M | |

### MLS HISTORY

| MLS | MLS# | BROKER |
|---|---|---|

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 06/02/06 | $189,000 | BNC MTG INC | CO / CONVENTIONAL |

### EXTRA FEATURES

| | | |
|---|---|---|
| A/C | CPORT | DOCK |
| PATIO | POOL | FENCE |
| OTHER | | |

**Information not warranted. Information herein is from Dade County** Tax Rolls. MLS subscribers are not responsible for its accuracy.   02/05/15

## DADE COUNTY PROPERTY

| | | | | |
|---|---|---|---|---|
| FOLIO | 10-79-29-013-2630 | PADDR | 1429 / SE / 24 / CT / 263 | |
| CO-USE | 4 / RES TOTAL VALUE | PCITY | HOMESTEAD | PZIP CD 33035-2440 |
| ZONING | 93 / PLANNNED UNIT DEV | SUBDV | SHOMA TOWNHOMES AT KEYSCOVE CONDO | |
| ST-USE | 4 / RESID TOT VALUE | LIEN? | TAX CRT?   LIS PEND? | UPDATE 02/03/15 |

### OWNER NAME & ADDRESS

| | |
|---|---|
| LAST | OADDR 14119 / SW / 155 / TE |
| FIRST | OCITY MIAMI          FL   OZIP CD 33177 |
| OTHER | COMPANY 5TH AVE INVESTMENTS LLC |

### LAND INFORMATION

| | | | | |
|---|---|---|---|---|
| FRONT FT | DEPTH FT | LOT | BLOCK | PBK-PG |
| LND SQFT | 0 LND ACRE | 0.00  WATERFRONT | | OR BK-PG |
| $/LANDSF | $/ADJSF  $26.000 | $/TOTLSF  $26.74 | | AV RATIO |

### BUILDING INFORMATION

| | | | | |
|---|---|---|---|---|
| ADJSQFT  1,423 | TOTSQFT  1,423 | NUM UNITS  1 | | YEAR BLT  2005 |
| BEDROOMS  3 | BATHRMS  3 | HALF BATHS | | NUM FLRS  2 |

### LEGAL DESCRIPTION

| | | |
|---|---|---|
| 1  SHOMA TOWNHOMES AT KEYSCOVE CO | 4 | INT IN COMMON ELEMENTS |
| 2  UNIT 263 BLDG 39 | 5 | OFF REC 23513-0988 |
| 3  UNDIV 1/398 | 6 | COC 25611-0878 04 2007 3 |

### TAX & ASSESSMENT INFORMATION

| ASSESSMENTS (2014) | | DISTRICTS | EXEMPTIONS | | AUTHORITY / TAX AMOUNT (2) | |
|---|---|---|---|---|---|---|
| Land | $0 | Water | Homestd N | Widow N | COUNTY TAX | |
| Imprv | $0 | Road | Veteran N | Disabld N | CITY TAX | |
| Total | $69,300 | Sewer | Exempt N | Senior N | MISC TAX | |
| Prev | $0 | Light | School N | Exmpt | GROSS TAX | $2,386 |
| MillRt | 23.6572 | Markt Val $69,300 | | NonEx | PREV TAX | $942 |

### TAX PAYMENT INFORMATION

| PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|
| #1 | | | | |
| #2 | | | | |
| #3 | | | | |
| #4 | | | TOTAL TAX DELINQUENT | |
| #5 | | | $0.00 | |
| #6 | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 07/26/10 | 07/26/10 | $38,050 | DEE | 27420-0773 | C | |
| PREV | 05/28/10 | 05/28/10 | $38,050 | DEE | 27317-3592 | M | |
| EARL | 12/17/07 | 12/21/07 | $39,000 | | 26120-2943 | M | |

### MLS HISTORY

| MLS | MLS# | BROKER |
|---|---|---|

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 10/12/07 | $165,000 | SUNSET MTG & INVS CORP | CO / CONVENTIONAL |

### EXTRA FEATURES

| | | |
|---|---|---|
| A/C | CPORT | DOCK |
| PATIO | POOL | FENCE |
| OTHER | | |

**Information not warranted. Information herein is from Dade County** Tax Rolls. MLS subscribers are not responsible for its accuracy.

02/05/15

## DADE COUNTY PROPERTY

| FOLIO | 10-79-29-013-2140 | PADDR | 1540 / SE / 24 / CT / 214 | | |
|---|---|---|---|---|---|
| CO-USE | 4 / RES TOTAL VALUE | PCITY | HOMESTEAD | PZIP CD | 33035-2440 |
| ZONING | 93 / PLANNNED UNIT DEV | SUBDV | SHOMA TOWNHOMES AT KEYSCOVE CONDO | | |
| ST-USE | 4 / RESID TOT VALUE | LIEN?   TAX CRT?   LIS PEND? | | UPDATE | 02/03/15 |

### OWNER NAME & ADDRESS

| LAST | | OADDR | 1172 / S / DIXIE / HY | | |
|---|---|---|---|---|---|
| FIRST | | OCITY | CORAL GABLES | FL | OZIP CD  33146 |
| OTHER | | COMPANY | MAYNADA HILLS LLC | | |

### LAND INFORMATION

| FRONT FT | | DEPTH FT | | LOT | BLOCK | PBK-PG |
|---|---|---|---|---|---|---|
| LND SQFT | | 0 LND ACRE | 0.00 | WATERFRONT | | OR BK-PG |
| $/LANDSF | | $/ADJSF | $29,000 | $/TOTLSF | $29.52 | AV RATIO |

### BUILDING INFORMATION

| ADJSQFT | 1,423 | TOTSQFT | 1,423 | NUM UNITS | 1 | YEAR BLT  2005 |
|---|---|---|---|---|---|---|
| BEDROOMS | 3 | BATHRMS | 3 | HALF BATHS | | NUM FLRS  2 |

### LEGAL DESCRIPTION

| 1 | SHOMA TOWNHOMES AT KEYSCOVE CO. | 4 | INT IN COMMON ELEMENTS |
|---|---|---|---|
| 2 | UNIT 214 BLDG 33 | 5 | OFF REC 23513-0988 |
| 3 | UNDIV 1/398 | 6 | COC 24910-1014 09 2006 1 |

### TAX & ASSESSMENT INFORMATION

| ASSESSMENTS | (2014) | DISTRICTS | | EXEMPTIONS | | AUTHORITY / TAX AMOUNT (2) | |
|---|---|---|---|---|---|---|---|
| Land | $ 0 | Water | Homestd | N | Widow  N | COUNTY TAX | |
| Imprv | $ 0 | Road | Veteran | N | Disabld  N | CITY TAX | |
| Total | $ 69,300 | Sewer | Exempt | N | Senior  N | MISC TAX | |
| Prev | $ 0 | Light | School | N | Exmpt | GROSS TAX | $ 2,386 |
| MillRt | 23.6572 | Markt Val | $69,300 | | NonEx | PREV TAX | $ 391 |

### TAX PAYMENT INFORMATION

| | PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|
| #1 | | | | | |
| #2 | | | | | |
| #3 | | | | TOTAL TAX DELINQUENT | |
| #4 | | | | $ 0.00 | |
| #5 | | | | | |
| #6 | | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 11/12/10 | 11/12/10 | $ 42,000 ✗ | DEE | 27507-3923 | C | |
| PREV | 12/22/05 | 12/22/05 | $ 42,000 | DEE | 24215-3471 | M | |
| EARL | 11/12/10 | | $ 100 | QCD | 27507-3923 | C | |

### MLS HISTORY

| MLS | MLS# | BROKER |
|---|---|---|

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 12/22/05 | $ 153,850 | CONTINENTAL TR MTG CORP | CO / CONVENTIONAL |

### EXTRA FEATURES

| A/C | CPORT | DOCK |
|---|---|---|
| PATIO | POOL | FENCE |
| OTHER | | |

**Information not warranted. Information herein is from Dade County Tax Rolls. MLS subscribers are not responsible for its accuracy.**

02/05/15

## DADE COUNTY PROPERTY

| | | | | |
|---|---|---|---|---|
| FOLIO | 10-79-29-013-2020 | PADDR | 2461 / SE / 15 / PL / 202 | |
| CO-USE | 4 / RES TOTAL VALUE | PCITY | HOMESTEAD | PZIP CD 33035-2440 |
| ZONING | 93 / PLANNNED UNIT DEV | SUBDV | SHOMA TOWNHOMES AT KEYSCOVE CONDO | |
| ST-USE | 4 / RESID TOT VALUE | LIEN? TAX CRT? LIS PEND? | | UPDATE 02/03/15 |

### OWNER NAME & ADDRESS

| | | | | |
|---|---|---|---|---|
| LAST | WOMEKU | OADDR | 27 / NANCY / PL / 3 | |
| FIRST | MARCELLIN | OCITY | GAITHERSBURG | MD OZIP CD 20877 |
| OTHER | HELGA AHOUANHOUN | COMPANY | | |

### LAND INFORMATION

| | | | | |
|---|---|---|---|---|
| FRONT FT | DEPTH FT | LOT | BLOCK | PBK-PG |
| LND SQFT | 0 LND ACRE | 0.00 WATERFRONT | | OR BK-PG |
| $/LANDSF | $/ADJSF | $31.000 $/TOTLSF | $31.62 | AV RATIO |

### BUILDING INFORMATION

| | | | | |
|---|---|---|---|---|
| ADJSQFT | 1,423 | TOTSQFT 1,423 | NUM UNITS 1 | YEAR BLT 2005 |
| BEDROOMS | 3 | BATHRMS 3 | HALF BATHS | NUM FLRS 2 |

### LEGAL DESCRIPTION

| | | |
|---|---|---|
| 1 | SHOMA TOWNHOMES AT KEYSCOVE CO | 4 INT IN COMMON ELEMENTS |
| 2 | UNIT 202 BLDG 31 | 5 OFF REC 23513-0988 |
| 3 | UNDIV 1/398 | 6 COC 24048-2013 12 2005 1 |

### TAX & ASSESSMENT INFORMATION

| ASSESSMENTS (2014) | DISTRICTS | EXEMPTIONS | AUTHORITY / TAX AMOUNT (2) | |
|---|---|---|---|---|
| Land | $0 | Water | Homestd N Widow N | COUNTY TAX |
| Imprv | $0 | Road | Veteran N Disabld N | CITY TAX |
| Total | $69,300 | Sewer | Exempt N Senior N | MISC TAX |
| Prev | $0 | Light | School N Exmpt | GROSS TAX $2,386 |
| MillRt | 23.6572 | Markt Val $69,300 | NonEx | PREV TAX $942 |

### TAX PAYMENT INFORMATION

| | PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|
| #1 | | | | | |
| #2 | | | | | |
| #3 | | | | | |
| #4 | | | | TOTAL TAX DELINQUENT | |
| #5 | | | | $0.00 | |
| #6 | | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 09/30/10 | 09/30/10 | $45,000 | DEE | 27448-3296 | C | |
| PREV | 12/17/09 | 12/17/09 | $45,000 | DEE | 27142-228 | M | |
| EARL | 12/02/05 | 12/14/05 | $100 | | 24048-2013 | M | |

### MLS HISTORY

| MLS | MLS# | BROKER |
|---|---|---|

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 12/02/05 | $133,693 | HELM BK | CO / CONVENTIONAL |

### EXTRA FEATURES

| | | |
|---|---|---|
| A/C | CPORT | DOCK |
| PATIO | POOL | FENCE |
| OTHER | | |

## DADE COUNTY PROPERTY

| | | | | |
|---|---|---|---|---|
| FOLIO | 10-79-29-013-1870 | PADDR | 2621 / SE / 15 / PL / 187 | |
| CO-USE | 4 / RES TOTAL VALUE | PCITY | HOMESTEAD | PZIP CD 33035-2440 |
| ZONING | 93 / PLANNNED UNIT DEV | SUBDV | SHOMA TOWNHOMES AT KEYSCOVE CONDO | |
| ST-USE | 4 / RESID TOT VALUE | LIEN? | TAX CRT?   LIS PEND? | UPDATE 02/03/15 |

### OWNER NAME & ADDRESS

| | | | | | |
|---|---|---|---|---|---|
| LAST | BOTERO | OADDR | 9740 / NW / 32 / ST | | |
| FIRST | CATALINA | OCITY | DORAL | FL | OZIP CD 33172 |
| OTHER | | COMPANY | | | |

### LAND INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| FRONT FT | | DEPTH FT | | LOT | BLOCK | PBK-PG |
| LND SQFT | | 0 LND ACRE | 0.00 | WATERFRONT | | OR BK-PG |
| $/LANDSF | | $/ADJSF | $ 28.000 | $/TOTLSF | $ 28.11 | AV RATIO |

### BUILDING INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADJSQFT | 1,423 | TOTSQFT | 1,423 | NUM UNITS | 1 | YEAR BLT | 2006 |
| BEDROOMS | 3 | BATHRMS | 3 | HALF BATHS | | NUM FLRS | 2 |

### LEGAL DESCRIPTION

| | | | | |
|---|---|---|---|---|
| 1 | SHOMA TOWNHOMES AT KEYSCOVE CO | | 4 | INT IN COMMON ELEMENTS |
| 2 | UNIT 187 BLDG 29 | | 5 | OFF REC 23513-0988 |
| 3 | UNDIV 1/398 | | 6 | COC 25121-0426 11 2006 1 |

### TAX & ASSESSMENT INFORMATION

| ASSESSMENTS | (2014) | DISTRICTS | | EXEMPTIONS | | AUTHORITY / TAX AMOUNT | (2) |
|---|---|---|---|---|---|---|---|
| Land | $ 0 | Water | Homestd N | Widow N | | COUNTY TAX | |
| Imprv | $ 0 | Road | Veteran  N | Disabld N | | CITY TAX | |
| Total | $ 69,300 | Sewer | Exempt   N | Senior  N | | MISC TAX | |
| Prev | $ 0 | Light | School    N | Exmpt | | GROSS TAX | $ 2,386 |
| MillRt | 23.6572 | Markt Val $69,300 | | NonEx | | PREV TAX | $ 942 |

### TAX PAYMENT INFORMATION

| | PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|
| #1 | | | | | |
| #2 | | | | | |
| #3 | | | | | |
| #4 | | | | TOTAL TAX DELINQUENT | |
| #5 | | | | $ 0.00 | |
| #6 | | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 11/08/10 | 11/08/10 | $ 40,000 | DEE | 27580-3325 | C | |
| PREV | 01/06/06 | 01/06/06 | $ 40,000 | DEE | 24133-4092 | M | |
| EARL | 11/08/10 | | $ 37,900 | | 27580-3325 | C | |

### MLS HISTORY

| MLS | | MLS# | | BROKER |
|---|---|---|---|---|

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 01/06/06 | $ 145,341 | LONG BCH MTG CO | CO / CONVENTIONAL |

### EXTRA FEATURES

| | | |
|---|---|---|
| A/C | CPORT | DOCK |
| PATIO | POOL | FENCE |
| OTHER | | |

**Information not warranted. Information herein is from Dade County Tax Rolls. MLS subscribers are not responsible for its accuracy.**   02/05/15

## DADE COUNTY PROPERTY

| | | | |
|---|---|---|---|
| FOLIO | 10-79-29-013-1740 | PADDR | 1594 / SE / 27 / CT / 174 |
| CO-USE | 4 / RES TOTAL VALUE | PCITY | HOMESTEAD    PZIP CD 33035-2440 |
| ZONING | 93 / PLANNNED UNIT DEV | SUBDV | SHOMA TOWNHOMES AT KEYSCOVE CONDO |
| ST-USE | 4 / RESID TOT VALUE | LIEN?   TAX CRT?   LIS PEND?   UPDATE 02/03/15 | |

### OWNER NAME & ADDRESS

| | | | |
|---|---|---|---|
| LAST | CHANG | OADDR | 3864 / SW / 168 / TE |
| FIRST | DAVID | OCITY | MIRAMAR   FL   OZIP CD 33027 |
| OTHER | HUA LI CHANG | COMPANY | |

### LAND INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| FRONT FT | | DEPTH FT | | LOT | BLOCK | PBK-PG |
| LND SQFT | | 0 LND ACRE | 0.00 | WATERFRONT | | OR BK-PG |
| $/LANDSF | | $/ADJSF | $ 31.000 | $/TOTLSF | $ 31.62 | AV RATIO |

### BUILDING INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADJSQFT | 1,423 | TOTSQFT | 1,423 | NUM UNITS | 1 | YEAR BLT | 2005 |
| BEDROOMS | 3 | BATHRMS | 3 | HALF BATHS | | NUM FLRS | 2 |

### LEGAL DESCRIPTION

| | | | |
|---|---|---|---|
| 1 | SHOMA TOWNHOMES AT KEYSCOVE CO. | 4 | INT IN COMMON ELEMENTS |
| 2 | UNIT 174 BLDG 27 | 5 | OFF REC 23513-0988 |
| 3 | UNDIV 1/398 | 6 | COC 23873-1654 06 2005 1 |

### TAX & ASSESSMENT INFORMATION

| ASSESSMENTS (2014) | | DISTRICTS | EXEMPTIONS | | | | AUTHORITY / TAX AMOUNT (2) | |
|---|---|---|---|---|---|---|---|---|
| Land | $ 0 | Water | Homestd | N | Widow | N | COUNTY TAX | |
| Imprv | $ 0 | Road | Veteran | N | Disabld | N | CITY TAX | |
| Total | $ 69,301 | Sewer | Exempt | N | Senior | N | MISC TAX | |
| Prev | $ 0 | Light | School | N | Exmpt | | GROSS TAX | $ 2,386 |
| MillRt | 23.6572 | Markt Val $69,301 | | | NonEx | | PREV TAX | $ 1,074 |

### TAX PAYMENT INFORMATION

| | PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|
| #1 | | | | | |
| #2 | | | | | |
| #3 | | | | | |
| #4 | | | | TOTAL TAX DELINQUENT | |
| #5 | | | | $ 0.00 | |
| #6 | | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 12/27/10 | 12/27/10 | $ 45,000 | DEE | 27556-2546 | C | |
| PREV | 05/20/10 | 05/20/10 | $ 45,000 | DEE | 27317-724 | M | |
| EARL | 06/30/05 | 10/13/05 | $ 42,400 | | 23873-1654 | M | |

### MLS HISTORY

| MLS | MLS# | BROKER |
|---|---|---|

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 06/30/05 | $ 161,050 | CONTINENTAL TR MTG CORP | CO / CONVENTIONAL |

### EXTRA FEATURES

| | | |
|---|---|---|
| A/C | CPORT | DOCK |
| PATIO | POOL | FENCE |
| OTHER | | |

## DADE COUNTY PROPERTY

| | | | |
|---|---|---|---|
| FOLIO | 10-79-29-013-1620 | PADDR | 2741 / SE / 15 / PL / 162 |
| CO-USE | 4 / RES TOTAL VALUE | PCITY | HOMESTEAD    PZIP CD 33035-2440 |
| ZONING | 93 / PLANNNED UNIT DEV | SUBDV | SHOMA TOWNHOMES AT KEYSCOVE CONDO |
| ST-USE | 4 / RESID TOT VALUE | LIEN?   TAX CRT?   LIS PEND?   UPDATE 02/03/15 | |

### OWNER NAME & ADDRESS

| | | | | |
|---|---|---|---|---|
| LAST | GAMBOA | OADDR | 2741 / SE / 15 / PL / 162 | |
| FIRST | JORGE | OCITY | HOMESTEAD   FL   OZIP CD 33035 | |
| OTHER | | COMPANY | | |

### LAND INFORMATION

| | | | | |
|---|---|---|---|---|
| FRONT FT | DEPTH FT | LOT | BLOCK | PBK-PG |
| LND SQFT | 0  LND ACRE | 0.00  WATERFRONT | | OR BK-PG |
| $/LANDSF | $/ADJSF | $ 37.000  $/TOTLSF | $ 37.25 | AV RATIO |

### BUILDING INFORMATION

| | | | | |
|---|---|---|---|---|
| ADJSQFT | 1,423 | TOTSQFT  1,423 | NUM UNITS  1 | YEAR BLT  2005 |
| BEDROOMS | 3 | BATHRMS  3 | HALF BATHS | NUM FLRS  2 |

### LEGAL DESCRIPTION

1  SHOMA TOWNHOMES AT KEYSCOVE CO.           4  INT IN COMMON ELEMENTS
2  UNIT 162 BLDG 25                          5  OFF REC 23513-0988
3  UNDIV 1/398                               6  COC 24130-3015 12 2005 1

### TAX & ASSESSMENT INFORMATION

| ASSESSMENTS | (2014) | DISTRICTS | EXEMPTIONS | | | AUTHORITY / TAX AMOUNT (2) | |
|---|---|---|---|---|---|---|---|
| Land | $ 0 | Water | Homestd N | Widow N | | COUNTY TAX | |
| Imprv | $ 0 | Road | Veteran N | Disabld N | | CITY TAX | |
| Total | $ 69,300 | Sewer | Exempt N | Senior N | | MISC TAX | |
| Prev | $ 0 | Light | School N | Exmpt | | GROSS TAX | $ 2,386 |
| MillRt | 23.6572 | Markt Val $69,300 | | NonEx | | PREV TAX | $ 942 |

### TAX PAYMENT INFORMATION

| | PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|
| #1 | | | | | |
| #2 | | | | | |
| #3 | | | | | |
| #4 | | | | TOTAL TAX DELINQUENT | |
| #5 | | | | $ 0.00 | |
| #6 | | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 09/14/10 | 09/14/10 | $ 53,000 | DEE | 27444-1826 | C | |
| PREV | 06/18/10 | 06/18/10 | $ 53,000 | DEE | 27327-1781 | M | |
| EARL | 08/13/09 | 12/02/09 | $ 100 | QCD | 27100-2101 | M | |

### MLS HISTORY

| MLS | MLS# | BROKER |
|---|---|---|
| | | |

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 02/19/08 | $ 180,000 | JP MORGAN CHASE BK | CO / CONVENTIONAL |

### EXTRA FEATURES

| | | |
|---|---|---|
| A/C | CPORT | DOCK |
| PATIO | POOL | FENCE |
| OTHER | | |

**Information not warranted. Information herein is from Dade County Tax Rolls. MLS subscribers are not responsible for its accuracy.**      02/05/15

## DADE COUNTY PROPERTY

| | | | |
|---|---|---|---|
| FOLIO | 10-79-29-013-1590 | PADDR | 2735 / SE / 15 / PL / 159 |
| CO-USE | 4 / RES TOTAL VALUE | PCITY | HOMESTEAD    PZIP CD 33035-2440 |
| ZONING | 93 / PLANNNED UNIT DEV | SUBDV | SHOMA TOWNHOMES AT KEYSCOVE CONDO |
| ST-USE | 4 / RESID TOT VALUE | LIEN?  TAX CRT?  LIS PEND? | UPDATE 02/03/15 |

### OWNER NAME & ADDRESS

| | | | |
|---|---|---|---|
| LAST | LARGAESPADA | OADDR | 2735 / SE / 15 / PL |
| FIRST | JAVIER | OCITY | HOMESTEAD    FL    OZIP CD 33035 |
| OTHER | | COMPANY | |

### LAND INFORMATION

| | | | | |
|---|---|---|---|---|
| FRONT FT | | DEPTH FT | LOT    BLOCK | PBK-PG |
| LND SQFT | | 0 LND ACRE | 0.00   WATERFRONT | OR BK-PG |
| $/LANDSF | | $/ADJSF  $ 36.000 | $/TOTLSF  $ 36.54 | AV RATIO |

### BUILDING INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| ADJSQFT | 1,423 | TOTSQFT | 1,423 | NUM UNITS  1 | YEAR BLT  2005 |
| BEDROOMS | 3 | BATHRMS | 3 | HALF BATHS | NUM FLRS  2 |

### LEGAL DESCRIPTION

| | |
|---|---|
| 1  SHOMA TOWNHOMES AT KEYSCOVE CO | 4  INT IN COMMON ELEMENTS |
| 2  UNIT 159 BLDG 25 | 5  OFF REC 23513-0988 |
| 3  UNDIV 1/398 | 6  COC 24123-4998 11 2005 1 |

### TAX & ASSESSMENT INFORMATION

ASSESSMENTS (2014)    DISTRICTS    EXEMPTIONS    AUTHORITY / TAX AMOUNT (2)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Land | $ 0 | Water | Homestd | Y | Widow | N | COUNTY TAX |
| Imprv | $ 0 | Road | Veteran | N | Disabld | N | CITY TAX |
| Total | $ 44,301 | Sewer | Exempt | N | Senior | N | MISC TAX |
| Prev | $ 0 | Light | School | Y | Exmpt | | GROSS TAX  $ 1,505 |
| MillRt | 23.6572 | Markt Val $69,301 | | | NonEx | | PREV TAX  $ 1,074 |

### TAX PAYMENT INFORMATION

| PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|
| #1 | | | | |
| #2 | | | | |
| #3 | | | | |
| #4 | | | TOTAL TAX DELINQUENT | |
| #5 | | | $ 0.00 | |
| #6 | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 08/24/10 | 08/24/10 | $ 52,000 | DEE | 27417-2942 | C | |
| PREV | 05/17/10 | 05/17/10 | $ 52,000 | DEE | 27311-4113 | M | |
| EARL | 11/30/05 | 01/09/06 | $ 0 | | 24123-4998 | M | |

### MLS HISTORY

| MLS | MLS# | BROKER |
|---|---|---|

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 04/09/07 | $ 44,900 | BANK OF AMERICA | EQ / EQUITY LINE |

### EXTRA FEATURES

| | | |
|---|---|---|
| A/C | CPORT | DOCK |
| PATIO | POOL | FENCE |
| OTHER | | |

**Information not warranted. Information herein is from Dade County**
Tax Rolls. MLS subscribers are not responsible for its accuracy.    02/05/15

## DADE COUNTY PROPERTY

| | | | |
|---|---|---|---|
| FOLIO | 10-79-29-013-0600 | PADDR | 2920 / SE / 15 / RD / 60 |
| CO-USE | 4 / RES TOTAL VALUE | PCITY | HOMESTEAD     PZIP CD 33035-2440 |
| ZONING | 93 / PLANNNED UNIT DEV | SUBDV | SHOMA TOWNHOMES AT KEYSCOVE CONDO |
| ST-USE | 4 / RESID TOT VALUE | LIEN?   TAX CRT?   LIS PEND?   UPDATE 02/03/15 | |

### OWNER NAME & ADDRESS

| | |
|---|---|
| LAST | OADDR 14668 / SW / 115 / TE |
| FIRST | OCITY MIAMI   FL   OZIP CD 33186 |
| OTHER | COMPANY ANTOLIN INVESTMENTS INC |

### LAND INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| FRONT FT | DEPTH FT | LOT | | BLOCK | PBK-PG |
| LND SQFT | 0 LND ACRE | 0.00 | WATERFRONT | | OR BK-PG |
| $/LANDSF | $/ADJSF | $31.000 | $/TOTLSF | $31.62 | AV RATIO |

### BUILDING INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADJSQFT | 1,423 | TOTSQFT | 1,423 | NUM UNITS | 1 | YEAR BLT | 2005 |
| BEDROOMS | 3 | BATHRMS | 3 | HALF BATHS | | NUM FLRS | 2 |

### LEGAL DESCRIPTION

1  SHOMA TOWNHOMES AT KEYSCOVE CO.       4  INT IN COMMON ELEMENTS
2  UNIT 60 BLDG 9                         5  OFF REC 23513-0988
3  UNDIV 1/398                            6  COC 24527-0259 04 2006 1

### TAX & ASSESSMENT INFORMATION

| ASSESSMENTS (2014) | | DISTRICTS | | EXEMPTIONS | | | | AUTHORITY / TAX AMOUNT (2) | |
|---|---|---|---|---|---|---|---|---|---|
| Land | $0 | Water | | Homestd | N | Widow | N | COUNTY TAX | |
| Imprv | $0 | Road | | Veteran | N | Disabld | N | CITY TAX | |
| Total | $69,301 | Sewer | | Exempt | N | Senior | N | MISC TAX | |
| Prev | $0 | Light | | School | N | Exmpt | | GROSS TAX | $2,386 |
| MillRt | 23.6572 | Markt Val | $69,301 | | | NonEx | | PREV TAX | $523 |

### TAX PAYMENT INFORMATION

| PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|
| #1 | | | | |
| #2 | | | | |
| #3 | | | | |
| #4 | | | TOTAL TAX DELINQUENT | |
| #5 | | | $0.00 | |
| #6 | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 07/28/10 | 07/28/10 | $45,000 | DEE | 27367-3014 | C | |
| PREV | 04/28/06 | 04/28/06 | $45,000 | DEE | 24527-259 | M | |
| EARL | 10/14/05 | 01/17/06 | $235,000 | | 24151-3922 | M | |

### MLS HISTORY

| MLS | MLS# | BROKER |
|---|---|---|

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 04/29/06 | $23,200 | AAMES HM LNS | CO / CONVENTIONAL |

### EXTRA FEATURES

| A/C | CPORT | DOCK |
|---|---|---|
| PATIO | POOL | FENCE |
| OTHER | | |

**Information not warranted. Information herein is from Dade County Tax Rolls. MLS subscribers are not responsible for its accuracy**     02/05/15

## DADE COUNTY PROPERTY

| | | | |
|---|---|---|---|
| FOLIO | 10-79-29-013-0360 | PADDR | 2838 / SE / 15 / RD / 36 |
| CO-USE | 4 / RES TOTAL VALUE | PCITY | HOMESTEAD     PZIP CD 33035-2440 |
| ZONING | 93 / PLANNNED UNIT DEV | SUBDV | SHOMA TOWNHOMES AT KEYSCOVE CONDO |
| ST-USE | 4 / RESID TOT VALUE | LIEN?   TAX CRT?   LIS PEND?   UPDATE 02/03/15 | |

### OWNER NAME & ADDRESS

| | | | |
|---|---|---|---|
| LAST | HUQ | OADDR | 2838 / SE / UTHEAST 15 / RD |
| FIRST | EMRANUL | OCITY | HOMESTEAD   FL   OZIP CD 33035 |
| OTHER | | COMPANY | |

### LAND INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| FRONT FT | | DEPTH FT | LOT | BLOCK | PBK-PG |
| LND SQFT | | 0 LND ACRE | 0.00 WATERFRONT | | OR BK-PG |
| $/LANDSF | | $/ADJSF | $ 27.000 $/TOTLSF | $ 27.41 | AV RATIO |

### BUILDING INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| ADJSQFT | 1,423 | TOTSQFT 1,423 | NUM UNITS | 1 | YEAR BLT 2005 |
| BEDROOMS | 3 | BATHRMS 3 | HALF BATHS | | NUM FLRS 2 |

### LEGAL DESCRIPTION

| 1 | SHOMA TOWNHOMES AT KEYSCOVE CO | 4 | INT IN COMMON ELEMENTS |
|---|---|---|---|
| 2 | UNIT 36 BLDG 6 | 5 | OFF REC 23513-0988 |
| 3 | UNDIV 1/398 | 6 | COC 26157-0737 11 2007 1 |

### TAX & ASSESSMENT INFORMATION

| ASSESSMENTS (2014) | | DISTRICTS | | EXEMPTIONS | | AUTHORITY / TAX AMOUNT (2) | |
|---|---|---|---|---|---|---|---|
| Land | $ 0 | Water | Homestd N | Widow N | | COUNTY TAX | |
| Imprv | $ 0 | Road | Veteran N | Disabld N | | CITY TAX | |
| Total | $ 69,301 | Sewer | Exempt N | Senior N | | MISC TAX | |
| Prev | $ 0 | Light | School N | Exmpt | | GROSS TAX | $ 2,386 |
| MillRt | 23.6572 | Markt Val $69,301 | | NonEx | | PREV TAX | $ 1,074 |

### TAX PAYMENT INFORMATION

| | PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|
| #1 | | | | | |
| #2 | | | | | |
| #3 | | | | | |
| #4 | | | | TOTAL TAX DELINQUENT | |
| #5 | | | | $ 0.00 | |
| #6 | | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 12/28/10 | 12/28/10 | $ 39,000 | DEE | 27565-3237 | C | |
| PREV | 11/08/07 | 11/08/07 | $ 39,000 | DEE | 26157-737 | M | |
| EARL | 10/05/05 | 02/16/06 | $ 211,933 | DEE | 24244-4464 | M | |

### MLS HISTORY

| MLS | MLS# | BROKER |
|---|---|---|
| | | |

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 11/08/07 | $ 213,300 | TRUST ONE MTG | CO / CONVENTIONAL |

### EXTRA FEATURES

| A/C | CPORT | DOCK |
|---|---|---|
| PATIO | POOL | FENCE |
| OTHER | | |

**Information not warranted. Information herein is from Dade County Tax Rolls. MLS subscribers are not responsible for its accuracy**   02/05/15

## DADE COUNTY PROPERTY

| | | | |
|---|---|---|---|
| FOLIO | 10-79-29-013-0220 | PADDR | 2806 / SE / 15 / RD / 22 |
| CO-USE | 4 / RES TOTAL VALUE | PCITY | HOMESTEAD    PZIP CD 33035-2440 |
| ZONING | 93 / PLANNNED UNIT DEV | SUBDV | SHOMA TOWNHOMES AT KEYSCOVE CONDO |
| ST-USE | 4 / RESID TOT VALUE | LIEN?   TAX CRT?   LIS PEND?   UPDATE 02/03/15 |

### OWNER NAME & ADDRESS

| | |
|---|---|
| LAST | OADDR 2999 / NE / 191 / ST |
| FIRST | OCITY AVENTURA    FL    OZIP CD 33180 |
| OTHER | COMPANY FRATELLI INVESTMENTS LLC |

### LAND INFORMATION

| FRONT FT | | DEPTH FT | | LOT | BLOCK | PBK-PG |
|---|---|---|---|---|---|---|
| LND SQFT | | 0 LND ACRE | 0.00 | WATERFRONT | | OR BK-PG |
| $/LANDSF | | $/ADJSF | $36.000 | $/TOTLSF | $36.54 | AV RATIO |

### BUILDING INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADJSQFT | 1,423 | TOTSQFT | 1,423 | NUM UNITS | 1 | YEAR BLT | 2005 |
| BEDROOMS | 3 | BATHRMS | 3 | HALF BATHS | | NUM FLRS | 2 |

### LEGAL DESCRIPTION

1  SHOMA TOWNHOMES AT KEYSCOVE CO  
2  UNIT 22 BLDG 4  
3  UNDIV 1/398  
4  INT IN COMMON ELEMENTS  
5  OFF REC 23513-0988  
6  COC 23868-1830 09 2005 1  

### TAX & ASSESSMENT INFORMATION

| ASSESSMENTS (2014) | | DISTRICTS | | EXEMPTIONS | | | | AUTHORITY / TAX AMOUNT (2) | |
|---|---|---|---|---|---|---|---|---|---|
| Land | $0 | Water | | Homestd | N | Widow | N | COUNTY TAX | |
| Imprv | $0 | Road | | Veteran | N | Disabld | N | CITY TAX | |
| Total | $69,301 | Sewer | | Exempt | N | Senior | N | MISC TAX | |
| Prev | $0 | Light | | School | N | Exmpt | | GROSS TAX | $2,386 |
| MillRt | 23.6572 | Markt Val | $69,301 | | | NonEx | | PREV TAX | $1,074 |

### TAX PAYMENT INFORMATION

| | PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|
| #1 | | | | | |
| #2 | | | | | |
| #3 | | | | | |
| #4 | | | | TOTAL TAX DELINQUENT | |
| #5 | | | | $0.00 | |
| #6 | | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 09/24/10 | 09/24/10 | $52,000 | DEE | 27453-0075 | C | |
| PREV | 09/19/05 | 09/19/05 | $52,000 | DEE | 23868-1830 | M | |
| EARL | 09/24/10 | | $100 | | 27453-0075 | C | |

### MLS HISTORY

| MLS | MLS# | BROKER |
|---|---|---|

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 09/19/05 | $167,350 | CONTINENTAL TR MTG CORP | CO / CONVENTIONAL |

### EXTRA FEATURES

A/C           CPORT         DOCK  
PATIO         POOL          FENCE  
OTHER

## DADE COUNTY PROPERTY

| | | | | |
|---|---|---|---|---|
| FOLIO | 10-79-21-027-4210 | PADDR | 2507 / SE / 12 / CT / 421 | |
| CO-USE | 4 / RES TOTAL VALUE | PCITY | HOMESTEAD | PZIP CD 33035-2150 |
| ZONING | 93 / PLANNNED UNIT DEV | SUBDV | SHOMA HOMES KEYS GATE CONDO | |
| ST-USE | 4 / RESID TOT VALUE | LIEN? | TAX CRT? Y   LIS PEND? | UPDATE 02/03/15 |

### OWNER NAME & ADDRESS

| | | | | |
|---|---|---|---|---|
| LAST | ABUMOHOR | OADDR | 2507 / SE / 12 / CT | |
| FIRST | GILMA. | OCITY | HOMESTEAD | FL   OZIP CD 33035 |
| OTHER | JORGE R ABUMOHOR | COMPANY | | |

### LAND INFORMATION

| | | | | |
|---|---|---|---|---|
| FRONT FT | | DEPTH FT | LOT   BLOCK | PBK-PG |
| LND SQFT | | 0 LND ACRE | 0.00   WATERFRONT | OR BK-PG |
| $/LANDSF | | $/ADJSF | $ 15.000   $/TOTLSF   $ 15.44 | AV RATIO |

### BUILDING INFORMATION

| | | | | |
|---|---|---|---|---|
| ADJSQFT | 1,425 | TOTSQFT 1,425 | NUM UNITS   1 | YEAR BLT 2007 |
| BEDROOMS | 3 | BATHRMS 3 | HALF BATHS | NUM FLRS 0 |

### LEGAL DESCRIPTION

| | | | | |
|---|---|---|---|---|
| 1 | SHOMA HOMES KEYS GATE CONDO | | 4 | INT IN COMMON ELEMENTS |
| 2 | UNIT 421 BLDG 68 | | 5 | OFF REC 25212-3147 |
| 3 | UNDIV 1/523 | | 6 | COC 25395-4958 01 2007 1 |

### TAX & ASSESSMENT INFORMATION

| ASSESSMENTS (2014) | | DISTRICTS | EXEMPTIONS | | AUTHORITY / TAX AMOUNT (2) | |
|---|---|---|---|---|---|---|
| Land | $ 0 | Water | Homestd Y | Widow N | COUNTY TAX | |
| Imprv | $ 0 | Road | Veteran N | Disabld N | CITY TAX | |
| Total | $ 55,430 | Sewer | Exempt N | Senior N | MISC TAX | |
| Prev | $ 0 | Light | School Y | Exmpt | GROSS TAX | $ 1,685 |
| MillRt | 23.6572 | Markt Val $80,430 | | NonEx | PREV TAX | $ 1,054 |

### TAX PAYMENT INFORMATION

| | PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|
| #1 | | | | | |
| #2 | | | | | |
| #3 | | | | | |
| #4 | | | | TOTAL TAX DELINQUENT | |
| #5 | | | | $ 1,952.45 | |
| #6 | | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 08/26/10 | 08/26/10 | $ 22,000 | DEE | 27416-1166 | C | |
| PREV | 01/30/07 | 01/30/07 | $ 22,000 | DEE | 25395-4958 | M | |
| EARL | 08/26/10 | | $ 100 | | 27416-1166 | C | |

### MLS HISTORY

| MLS | MLS# | | BROKER |
|---|---|---|---|

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 01/30/07 | $ 211,800 | BANKUNITED FSB | CO / CONVENTIONAL |

### EXTRA FEATURES

| | | |
|---|---|---|
| A/C | CPORT | DOCK |
| PATIO | POOL | FENCE |
| OTHER | | |

## DADE COUNTY PROPERTY

| | | | | |
|---|---|---|---|---|
| FOLIO | 10-79-10-006-0040 | PADDR | 2306 / NE / 42 / CR | |
| CO-USE | 4 / RES TOTAL VALUE | PCITY | HOMESTEAD | PZIP CD 33033-6606 |
| ZONING | 93 / PLANNNED UNIT DEV | SUBDV | MARBELLA COVE | |
| ST-USE | 4 / RESID TOT VALUE | LIEN? | TAX CRT? Y   LIS PEND? | UPDATE 02/03/15 |

### OWNER NAME & ADDRESS

| | |
|---|---|
| LAST | OADDR  / PO BOX 432565 |
| FIRST | OCITY  SOUTH MIAMI          FL      OZIP CD 33243 |
| OTHER | COMPANY  NDA INVESTMENT GROUP INC |

### LAND INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| FRONT FT | | DEPTH FT | LOT | BLOCK | PBK-PG  161-01 |
| LND SQFT | 1,877 | LND ACRE  0.04 | WATERFRONT | | OR BK-PG  21311-2300 |
| $/LANDSF | $0.00 | $/ADJSF  $34.000 | $/TOTLSF  $34.73 | | AV RATIO |

### BUILDING INFORMATION

| | | | | |
|---|---|---|---|---|
| ADJSQFT | 1,428 | TOTSQFT  1,428 | NUM UNITS  1 | YEAR BLT  2003 |
| BEDROOMS | 3 | BATHRMS  3 | HALF BATHS | NUM FLRS  2 |

### LEGAL DESCRIPTION

| | | | |
|---|---|---|---|
| 1 | MARBELLA COVE | 4 | LOT SIZE 1877 SQFT |
| 2 | PB 161-01   T-21341 | 5 | FAU 10-7910-000-0111 & 0113 |
| 3 | LOT 4 BLK 1 | 6 | OR 21311-2300 05/2003 2 |

### TAX & ASSESSMENT INFORMATION

| ASSESSMENTS (2014) | | DISTRICTS | EXEMPTIONS | | | | AUTHORITY / TAX AMOUNT (2) | |
|---|---|---|---|---|---|---|---|---|
| Land | $0 | Water | Homestd | N | Widow | N | COUNTY TAX | |
| Imprv | $0 | Road | Veteran | N | Disabld | N | CITY TAX | |
| Total | $79,070 | Sewer | Exempt | N | Senior | N | MISC TAX | |
| Prev | $0 | Light | School | N | Exmpt | | GROSS TAX | $3,032 |
| MillRt | 23.6572 | Markt Val $79,070 | | | NonEx | | PREV TAX | $598 |

### TAX PAYMENT INFORMATION

| PAY DATE | AMOUNT | PAYMENT DESCRIPTION | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|
| #1 | | | | |
| #2 | | | | |
| #3 | | | | |
| #4 | | | TOTAL TAX DELINQUENT | |
| #5 | | | $10,063.72 | |
| #6 | | | | |

### SALES INFORMATION

| | DEED | RECORDED | PRICE | D-TYPE | OR BK-BG | SRC | S-TYPE & DESCRIPTION |
|---|---|---|---|---|---|---|---|
| CURR | 08/20/10 | 08/20/10 | $49,600 | | 27406-2273 | C | |
| PREV | 06/14/06 | 06/14/06 | $49,600 | | 24636-802 | M | |
| EARL | 02/12/04 | 02/20/04 | $235,000 | | 22060-1709 | M | |

### MLS HISTORY

| MLS | MLS# | BROKER |
|---|---|---|

### MORTGAGE INFORMATION

| MORT-DATE | AMOUNT | MORTGAGE COMPANY | M-TYPE & DESCRIPTION |
|---|---|---|---|
| 06/15/06 | $46,000 | WMC MTG CORP | CO / CONVENTIONAL |

### EXTRA FEATURES

| | | |
|---|---|---|
| A/C | CPORT | DOCK |
| PATIO | POOL | FENCE |
| OTHER | | |