

Florida Department of Agriculture and Consumer Services
Division of Agricultural Environmental Services

## WOOD-DESTROYING ORGANISMS INSPECTION REPORT

ADAM H. PUTNAM
COMMISSIONER

Section 482.226, F.S. and Rule 5E-14.142, F.A.C.
Telephone Number (850) 617-7997

**Report #: 8990**

### SECTION 1 – GENERAL INFORMATION

Inspection Company: **HOME INSPECTOR & CONTRACTOR, INC.**     Business License Number: **JB90885**

Address: **10134 SW 2ND TERRACE**     Phone Number: **(305)220-8284**

**MIAMI, FL. 33174**     Date of Inspection: **03-28-11**

Inspector's Name and Identification Card Number: **Oscar Garcia**     **JE 42073**

Address of Property Inspected: **2519 SE 12 Ct. Homestead, Fl. 33034**

Structure(s) on Property Inspected: **Town House**

Inspection and Report requested by: **Jose Cruz**

Report Sent to Requestor and to: **n/a**

### SECTION 2 – INSPECTION FINDINGS – CONSUMERS SHOULD READ THIS SECTION CAREFULLY

THIS REPORT IS MADE ON THE BASIS OF WHAT WAS VISIBLE AND READILY ACCESSIBLE AT THE TIME OF INSPECTION AND DOES NOT CONSTITUTE A GUARANTEE OF THE ABSENCE OF WOOD-DESTROYING ORGANISMS (WDOs) OR DAMAGE OR OTHER EVIDENCE UNLESS THIS REPORT SPECIFICALLY STATES HEREIN THE EXTENT OF SUCH GUARANTEE.

This report does not cover areas such as, but not limited to, those that are enclosed or inaccessible, areas concealed by wall-coverings, floor coverings, furniture, equipment, stored articles, insulation or any portion of the structure in which inspection would necessitate removing or defacing any part of the structure.

This property was not inspected for any fungi other than wood-decaying fungi, and no opinion on health related effects or indoor air quality is provided or rendered by this report. Inspectors licensed to perform pest control are not required, authorized or advised to inspect or report for any fungi other than wood-destroying fungi, nor to report or comment on health or indoor air quality issues related to any fungi. Persons concerned about these issues should consult with a certified industrial hygienist or other person trained and qualified to render such opinions. A *wood-destroying organism (WDO) means an arthropod or plant life which damages and can reinfest seasoned wood in a structure, namely, termites, powder post beetles, old house borers, and wood-decaying fungi*

NOTE: This is NOT a structural damage report. It should be understood that there may be damage, including possible hidden damage present. FURTHER INVESTIGATION BY QUALIFIED EXPERTS OF THE BUILDING TRADE SHOULD BE MADE TO DETERMINE THE STRUCTURAL SOUNDNESS OF THE PROPERTY.

Based on a visual inspection of accessible areas, the following findings were observed:
(See Page 2, Section 3 to determine which areas of the inspected structure(s) may have been inaccessible.)

A. ☑ NO visible signs of WDO(s) (live, evidence or damage) observed

B. ☐ VISIBLE evidence of WDO(s) was observed as follows:

☐ 1. LIVE WDO(s):

☐ 2. EVIDENCE of WDO(s) (dead wood-destroying insects or insect parts, frass, shelter tubes, exit holes, or other evidence)

☐ 3. DAMAGE caused by WDO(s) was observed and noted as follows:

CONTINUED ON PAGE TWO

DACS-13849 Rev. 07/09
Page 1 of 4

**SECTION 3 – OBSTRUCTIONS AND INACCESSIBLE AREAS:** The following areas of the structure(s) inspected were obstructed or inaccessible. NO INFORMATION on the status of wood-destroying organisms or damage from wood-destroying organisms in these areas is provided in this report.

In addition to those areas described in consumer information on Page 1, Section 2, the following specific areas were not visible and/or accessible for inspection. The descriptions and reasons for inaccessibility are stated below:

☐ Attic       SPECIFIC AREAS: _____
              REASON: _____

☐ Interior    SPECIFIC AREAS: _____
              REASON: _____

☐ Exterior    SPECIFIC AREAS: _____
              REASON: _____

☐ Crawlspace  SPECIFIC AREAS: _____
              REASON: _____

☐ Other       SPECIFIC AREAS: _____
              REASON: _____

**SECTION 4 – NOTICE OF INSPECTION AND TREATMENT INFORMATION**

EVIDENCE of previous treatment observed  ☐ Yes  ☒ No    If Yes, the structure exhibits evidence of previous treatment. List what was observed _____

NOTE: The inspecting company can give no assurances with regard to work done by other companies. The company that performed the treatment should be contacted for information on treatment history and any warranty or service agreement which may be in place.

A Notice of Inspection has been affixed to the structure at **Attic**

This Company has treated the structure(s) at the time of inspection ☐ Yes  ☒ No
  If Yes  Common name of organism treated: _____
  Name of Pesticide Used: _____  Terms and Conditions of Treatment: _____
  Method of treatment: ☐ Whole structure  ☐ Spot treatment _____

  Specify Treatment Notice Location: _____

**SECTION 5 – COMMENTS AND FINANCIAL DISCLOSURE**

Comments  **n/a**

Neither the company (licensee) nor the inspector has any financial interest in the property inspected or is associated in any way in the transaction or with any party to the transaction other than for inspection purposes.

Signature of Licensee or Agent _____    Date **03-28-11**

Address of Property Inspected: **2519 SE 12 Ct. Homestead, Fl. 33034**    Inspection Date: **03-28-11**

DACS 13645 Rev 07/09
Page 2 of 2

**HOME INSPECTOR & CONTRACTOR, INC.**
INSPECTION DIVISION
10134 SW 2ND TERRACE, MIAMI, FL. 33174
Ph: (305) 220-8284  FAX #: (305)-227-9141          NATIONAL BOARD CERTIFIED # 5014          LIC. # 443862-8

**ROOF INSPECTION REPORT**
Order No. 8990

Owner: _____
Buyer: SAME
Inspector: OSCAR GARCIA           Inspection Date: 03-28-11     Amount Due$ _____
Requested By: _____
Property Inspected: _____

### THIS IS A ROOF REPORT – NOT A GUARANTEE
THIS REPORT IS VALID FOR THIRTY (30) DAYS FROM THE DATE OF INSPECTION
THIS REPORT IS MADE ON THE BASIS OF WHAT WAS VISIBLE AND ACCESSIBLE AT THE TIME OF INSPECTION

This report is made to the best of our ability on the existing conditions of the roof covering. As all areas of the roof and attic are not accessible or visible and the roofing membranes are not visible due to covering such as tile, gravel and other coatings. The company cannot guarantee against any hidden defects, future leaks, or repairs.

### THIS IS NOT A STRUCTURAL DAMAGE REPORT
Roof inspector is not ordinarily a construction or trade expert and therefore is not expected to possess any special qualifications which would enable him to attest to the structural soundness of the property. No inspection has been made for such structural defects as would require engineering skill and practices.

Type of inspection: ☒ Conventional   ☐ FHA

**MAIN ROOF:** ☐ Shingle   ☒ Round Tiles   ☐ Flat Tiles   ☐ Flat Paper   ☐ Gravel
☐ Wood Shingle   ☐ Concrete

Approximate Age: 4 years old

**REPORT OF FINDINGS**

|  | Good | Fair | Poor | N/R | N/A | G/C |  | Good | Fair | Poor | N/R | N/A | G/C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Top Roof: | ☒ |  |  |  |  |  | Valley Metal: | ☒ |  |  |  |  |  |
| Sheeting/rafters on exposed ceiling: |  |  |  |  | ☒ |  | Drip Edge: | ☒ |  |  |  |  |  |
| Sheeting/rafters above ceiling: | ☒ |  |  |  |  |  | Flashing: | ☒ |  |  |  |  |  |
| Parapet Wall: |  |  |  |  | ☒ |  | Soffit: | ☒ |  |  |  |  |  |
| Facia board: | ☒ |  |  |  |  |  | Ridge: | ☒ |  |  |  |  |  |

General Condition of Roof: GOOD

**SECONDARY ROOF:** N/A   ☐ Shingle   ☐ Round Tiles   ☐ Flat Tiles   ☐ Flat Paper   ☐ Gravel
☐ Wood Shingle   ☐ Concrete

Approximate Age: N/A

**REPORT OF FINDINGS**

|  | Good | Fair | Poor | N/R | N/A | G/C |  | Good | Fair | Poor | N/R | N/A | G/C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Top Roof: |  |  |  |  |  |  | Valley Metal: |  |  |  |  |  |  |
| Sheeting/rafters on exposed ceiling: |  |  |  |  |  |  | Drip Edge: |  |  |  |  |  |  |
| Sheeting/rafters above ceiling: |  |  |  |  |  |  | Flashing: |  |  |  |  |  |  |
| Parapet Wall: |  |  |  |  |  |  | Soffit: |  |  |  |  |  |  |
| Facia board: |  |  |  |  |  |  | Ridge: |  |  |  |  |  |  |

General Condition of Roof: _____

N/R = Need Repair           N/A = Not Applicable           G/C = Go to Comment

☒ THE ROOF(S) WAS IN WATERTIGHT CONDITION AT THE TIME OF INSPECTION. ✱ ✱
☐ THE ROOF(S) IS LEAKING AND NEEDS TO BE REPAIRED.
☐ THE ROOF(S) WAS IN WATERTIGHT CONDITION AT THE TIME OF INSPECTION, HOWEVER IT IS OVER EXPECTANCY LIFE AND MIGHT NEED REPAIR AND/OR REPLACEMENT IN A NEAR FUTURE.
☐ THE ROOF(S) IS VERY DETERIORATED AND NEEDS TO BE REPLACED.

☐ OTHER CONDITIONS:   ☐ Exposed Nails        ☐ Improper Lead Stack       ☐ Broken Tiles or shingles
                      ☐ Rotten Fascia        ☐ Damaged Modified          ☐ Loose Tiles or Shingles
                      ☐ Rotten Soffit        ☐ Missing Tiles or Shingles ☐ Improper Flashing

Comments: N/A

Repair Estimate: $ _____                                              Re-roofing Estimate: _____

Signature of Licensee or Agent: _____                                  Date: 03-28-11

**HOME INSPECTOR & CONTRACTOR, INC.**
INSPECTION DIVISION
10134 SW 2ND TERRACE, MIAMI, FL. 33174
Ph: (305) 220-8284  Fax :(305)227-9141

**INTERNAL STRUCTURE REPORT**
Order No. 8990
LIC. # 443863-6
443862-8

Owner: _____

Buyer: SAME

Inspector: OSCAR GARCIA    Inspection Date 03-28-11    Amount Due: $ ___

Requested By: _____

Property Inspected: _____

**THIS IS A REPORT- NOT A GUARANTEE**
**THIS REPORT IS VALID FOR THIRTY (30) DAYS FROM THE DATE OF INSPECTION**
This report is made on the basis of what was visible and accessible at the time of inspection. The inspector has the right not to inspect any areas of the building that may be hazardous to his safety. Seawall structures are not included in this report. This report does not include any nonpermanent type of structure.

## INTERNAL FINISHING

Floor: ☒ Tiles ☒ Carpet ☐ Wood floor ☐ Vynil tiles ☐ Granite
Ceiling: ☒ Plaster ☐ Ceiling tiles ☐ Exposed rafters ☐ Wood ceiling
Walls: ☒ Plaster ☐ Paneling ☐ Ceramic tiles ☐ Wall paper ☐ Stone wall

## REPORT OF FINDING

|  | Good | Fair | Poor | N/R | N/A | G/C |  | Good | Fair | Poor | N/R | N/A | G/C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Windows: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | Kitchen Cab: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| Ceiling: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | W/I closet: | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Carpet: | ☐ | ☐ | ☒ | ☐ | ☐ | ☒ | Couter: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| Doors: | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | Closets: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Stairs: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | Walls: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Floor: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | Other: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments ( G/C ):

✱ BOTH SLIDING DOOR LOCKS ARE DAMAGED AND NEED TO BE REPLACED

✱ CARPET NEEDS TO BE REPLACED.

✱✱ THE SHEETROCK COME FROM CHICAGO, USA.

Estimate: $ 1,500.00

Signature of Licensee or Agent: _____    Date: 03-28-11

**HOME INSPECTOR & CONTRACTOR, INC.**
INSPECTION DIVISION
10134 SW 2ND TERRACE, MIAMI, FL. 33174
Ph: (305) 220-8284  Fax :(305)227-9141

**EXTERNAL STRUCTURE REPORT**
Order No. 8990
LIC. # 443863-6
443862-6

Owner: _____

Buyer: SAME

Inspector: OSCAR GARCIA     Inspection Date: 03-28-11    Amount Due: $ _____

Requested By: _____

Property Inspected: _____

THIS IS A REPORT- NOT A GUARANTEE
THIS REPORT IS VALID FOR THIRTY (30) DAYS FROM THE DATE OF INSPECTION
This report is made on the basis of what was visible and accessible at the time of inspection. The inspector has the right not to inspect any areas of the building that may be hazardous to his safety. Seawall structures are not included in this report. This report does not include any nonpermanent type of structure.

Description of the property:
- [x] CBS Wall over concrete slab
- [ ] CBS Wall over crawl space
- [ ] Other: _____
- [ ] Wood Wall over concrete slab
- [ ] Wood Wall over crawl space
- [ ] Other: _____

External finishing: [x] Stucco  [ ] Wood  [ ] Aluminum  [ ] Stone

Type of roof: [ ] Shingle  [x] Tiles  [ ] Flat Paper  [ ] Aluminum  [ ] Gravel

Approximate age of house: 4 years old.    General condition of house: SATISFACTORY

| | Good | Fair | Poor | N/R | N/A | G/C |   | | Good | Fair | Poor | N/R | N/A | G/C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Driveway: | | | | | x | | | Overhang: | x | | | | | |
| Sidewalk: | x | | | | | | | Windows: | x | | | | | |
| Fences: | x | | | | | | | Terrace: | | | | | x | |
| Ext. Walls: | x | | | | | | | Deck: | | | | | x | |
| Doors: | x | | | | | | | Paths: | x | | | | | |
| Screens: | | | | | x | | | Other: | | | | | | |

N/R = Need Repair    N/A = Not applicable    G/C = Go to comment

Comments ( G/C ): N/A

Estimate: $ _____

Signature of Licensee or Agent: _____    Date: 03-28-11

| **HOME INSPECTOR & CONTRACTOR, INC.** | **ELECTRICAL REPORT** |
|---|---|
| INSPECTION DIVISION | Order No. __8990__ |
| 10134 SW 2ND TERRACE, MIAMI, FL. 33174 | LIC. # 443863-6 |
| Ph: (305) 220-8284  Fax :(305) 227-9141 | 443862-8 |

Owner: _____

Buyer: __SAME_____

Inspector: __OSCAR GARCIA__   Inspection Date: __03-28-11__   Amount Due: $ _____

Requested By: _____

Property Inspected: _____

---

**THIS IS A REPORT - NOT A GUARANTEE**
**THIS REPORT IS VALID FOR THIRTY (30) DAYS FROM THE DATE OF INSPECTION**

This report is made on the basis of what was visible and accessible at the time of inspection. Individual and integrated alarms are not included in this report. This inspection is not intended to discover building code violations or wiring systems that were covered under an older code.

---

ELECTRICAL SERVICE OVERHEAD:  ☒ 110v.   ☒ 220 v.   ☐ 3 Way   ☐ 2 Way   ☐ Other: _____

TYPE OF PANEL:  ☒ Breaker Panel   ☐ Fuse Box

**REPORT OF FINDINGS**

|  | Good | Fair | Poor | N/R | N/A | G/C |  | Good | Fair | Poor | N/R | N/A | G/C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Electrical Outlets: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | Heating / Cooling: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Light, Switches: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | Electrical Panel: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| A/C Wall Units: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | Exhaust Fans: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Int. Light Fixt: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | Meters: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Ext. Light Fixt: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | Other: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

N/R = Need Repair         N/A = Not applicable         G/C = Go to comment

Comments (G/C): __* A/C NEEDS A DEEP CLEANING__

_____

Estimate: $ __350.00__

Signature of Licensee or Agent: _____   Date: __03-28-11__

**HOME INSPECTOR & CONTRACTOR, INC.**
INSPECTION DIVISION
10134 SW 2ND TERRACE, MIAMI, FL. 33174
Ph:(305)220-8284  FAX #(305)227-9141



**PLUMBING REPORT**
Order No. _8990_
LIC. # 443863-6
443862-8

Owner: _____

Buyer: _SAME_

Inspector: _OSCAR GARCIA_     Inspection Date: _03-28-11_    Amount Due: $ _____

Requested By: _____

Property Inspected: _____

### THIS IS A REPORT - NOT A GUARANTEE
### THIS REPORT IS VALID FOR THIRTY (30) DAYS FROM THE DATE OF INSPECTION

This report is made on the basis of what was visible and accessible at the time of inspection. Size and conditions of septic system and it's non visible components are not included in this report. It is recommended that septic company be engaged to open and evaluate the system. Chemical water softeners and purification systems are not included in this report. It is recommended that water purification company be engaged to check the chemicals, evaluate and instruct on the use and the care of such systems.

### REPORT OF FINDING

| | Good | Fair | Poor | N/R | N/A | G/C | | Good | Fair | Poor | N/R | N/A | G/C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Water Pressure: | | ■ | | | | | Water Heater: | ■ | | | | | |
| Exposed Lines: | | | | | ■ | | Kitchen Sink: | ■ | | | | | |
| Sprinkler Syst: | | | | | ■ | | Wast Syst: | ■ | | | | | |
| Lavatory: | ■ | | | | | | Bath tub: | ■ | | | | | |
| Toilet: | ■ | | | | | | Bidet: | | | | | ■ | |
| Valves: | ■ | | | | | | Other: | | | | | ■ | |

N/R = Need Repair      N/A = Not applicable      G/C = Go to comment

Comments (G/C): _※ ONE OF THE SHOWER HEAD IS MISSING. (MASTER BATHROOM)_

Estimate: $ _50.00_

Signature of Licensee or Agent _____     Date: _03-28-11_

**HOME INSPECTOR & CONTRACTOR, INC.**
PEST CONTROL AND INSPECTION DIVISION
10134 SW 2ND TERRACE, MIAMI, FL. 33174
Ph:(305)220-8284  FAX:(305)227-9141

**MAJOR APPLIANCES REPORT**
Order No. 8990
LIC. # 443863-6
443862-6

Owner: _____

Buyer: SAME

Inspector: OSCAR GARCIA     Inspection Date: 03-28-11     Amount Due: $ _____

Requested By: _____

Property Inspected: _____

### THIS IS A REPORT - NOT A GUARANTEE
### THIS REPORT IS VALID FOR THIRTY (30) DAYS FROM THE DATE OF INSPECTION

This report is made on the basis of what was visible and accessible at the time of inspection. Oven self-cleaning mode is not checked due to lengthy time required. Refrigerator should be turned on 24 hours prior to the inspection to adequately determine unit's efficiency. Appliances should be operating by owner at the time of inspection. We are not responsible for failure about any particular operating mode on appliances.

### REPORT OF FINDING

| APPLIANCES | BRAND | NEW | W/C | N/M | R | G/C |
|---|---|---|---|---|---|---|
| Stove | WORKING CONDITION | | | | | |
| Ovens | WORKING CONDITION | | | | | |
| Washing | WORKING CONDITION | | | | | |
| Dryer | WORKING CONDITION | | | | | |
| Refrigerator | WORKING CONDITION | | | | | |
| Trash Compactor | N/A | | | | | |
| Trash Disposal | WORKING CONDITION | | | | | |
| Dishwasher | WORKING CONDITION | | | | | |
| Microwave X | NEEDS REPAIR | | | | | |
| Garage Door | N/A | | | | | |
| Range Fan | N/A | | | | | |
| Ceiling Fans | N/A | | | | | |
| Other: | N/A | | | | | |

NEW = The equipment is less than three (3) months old, and it is in excellent condition.
W/C = Used equipment in working condition.
N/M = The equipment is in working condition, but is old and require maintenance or replacement.
R = The equipment is in bad condition and should be replaced.
G/C = Go to comment.

Comments (G/C): X MICROWAVE DOES NOT WORK.

Estimate: $ 200.00

Signature of Licensee or Agent: _____     Date: 03-28-11

# Uniform Mitigation Verification Inspection Form
Maintain a copy of this form with the insurance policy

Report #: 3641

Inspection Date: 03-28-11

## Owner Information

| | |
|---|---|
| Owner Name: Jose Cruz | Contact Person: |
| Address: 2519 SE 12 Ct. | Home Phone: |
| City: Homestead, Fl.    Zip: 33034 | Work Phone: |
| County: Miami Dade | Cell Phone: |
| Insurance Company: | Policy #: |
| Year of Home: 2007    # of Stories: 2 | Email: |

I, **Oscar Garcia** _____ (print name of the individual who actually performed the inspection), personally conducted the inspection of the residence identified on this form and in my professional opinion, all the data I reported is true and correct.

1. **Building Code:** What building code was used to design and build the structure?
   - [x] A. 1994 South Florida Building Code (building permit application date of 9-1-1994 or later in Miami-Dade and Broward Counties (also known as the High Velocity Hurricane Zone (HVHZ)).
   - [ ] B. Building code prior to the 1994 South Florida Building Code (building permit application date of 8-31-1994 or earlier in Miami-Dade and Broward Counties (HVHZ).
   - [ ] C. 2001 Florida Building Code (building permit application date of 3/1/2002 or later outside the HVHZ).
   - [ ] D. Building code prior to the 2001 Florida Building Code (building permit application date of 2-28-2002 or earlier outside the HVHZ).
   - [ ] E. Unknown or undetermined.

2. **Predominant Roof Covering:**
   Permit Application Date _____ or Date of Installation: **2007**
   - [x] A. At a minimum meets the 2001 Florida Building Code or the 1994 South Florida Building Code and has a Miami-Dade NOA or FBC 2001 Product Approval listing demonstrating compliance with ASTM D 3161 (enhanced for 110MPH) OR ASTM D 7158 (F, G or H), OR FBC TAS 100-95 and TAS 107-95, OR FMRC 4470 and/or 4471 (for metal roofs).
   - [ ] B. Does not meet the above minimum requirements.
   - [ ] C. Unknown or undetermined.

NOTE: At least one photo documenting the existence of each visible and accessible construction or mitigation attribute marked in Sections 3 through 9 must accompany this form.

3. **Roof Deck Attachment:** What is the weakest form of roof deck attachment?
   - [ ] A. Plywood/Oriented strand board (OSB) roof sheathing attached to the roof truss/rafter (spaced a maximum of 24" o.c.) by staples or 6d nails spaced at 6" along the edge and 12" in the field. -OR- Batten decking supporting wood shakes or wood shingles -OR- Any system of screws, nails, adhesives, other deck fastening system or truss/rafter spacing that has an equivalent mean uplift resistance of 55 psf.
   - [ ] B. Plywood/OSB roof sheathing with a minimum thickness of 7/16" attached to the roof truss/rafter (spaced a maximum of 24" o.c.) by 8d common nails spaced 6" along the edge and 12" in the field. -OR- Any system of screws, nails, adhesives, other deck fastening system or truss/rafter spacing that has an equivalent mean uplift resistance of 103 psf.
   - [x] C. Plywood/OSB roof sheathing with a minimum thickness of 7/16" attached to the roof truss/rafter (spaced a maximum of 24" o.c.) by 8d common nails spaced 6" along the edge and 6" in the field. -OR- Dimensional lumber/Tongue & Groove decking with a minimum of 2 nails per board. -OR- Any system of screws, nails, adhesives, other deck fastening system or truss/rafter spacing that has an equivalent mean uplift resistance of 182 psf.
   - [ ] D. Reinforced Concrete Roof Deck.

Inspectors Initials _OG_ Property Address **2519 SE 12 Ct. Homestead, Fl. 33034**

*This verification form is valid up to five (5) years provided no material changes have been made to the structure.
OIR-B1-1802 (Rev. 02/10) Adopted by Rule 69O-170.0155                                    Page 1 of 4

☐ E. Other: _____
☐ F. Unknown or unidentified.
☐ G. No attic access

4. **Roof to Wall Attachment:** What is the **weakest** roof to wall connection?

   ☐ A. Toe Nails — Rafter/truss anchored to top plate of wall using nails driven at an angle through the rafter/truss and attached to the top plate of the wall.

   ☐ B. Clips — Metal attachments on every rafter/truss that are nailed to one side (or both sides in the case of a diamond type clip) of the rafter/truss and attached to the top plate of the wall frame or embedded in the bond beam.

   ☑ C. Single Wraps — Metal Straps must be secured to every rafter/truss with a minimum of 3 nails, wrapping over and securing to the opposite side of the rafter/truss with a minimum of 1 nail. The Strap must be attached to the top plate of the wall frame or embedded in the bond beam in at least one place.

   ☐ D. Double Wraps — Both Metal Straps must be secured to every rafter/truss with a minimum of 3 nails, wrapping over and securing to the opposite side of the rafter/truss with a minimum of 1 nail. Each Strap must be attached to the top plate of the wall frame or embedded in the bond beam in at least one place.

   ☐ E. Structural — Anchor bolts structurally connected or reinforced concrete roof.
   ☐ F. Other: _____
   ☐ G. Unknown or Unidentified
   ☐ H. No attic access

5. **Roof Geometry:** What is the roof shape(s)? (Porches or carports that are attached only to the fascia or wall of the host structure and not structurally connected to the main roof system are not considered in the roof geometry determination.)

   ☑ A. Hip Roof — Hip roof with no other roof shapes greater than 10% of the total building perimeter.
   ☐ B. Non-Hip Roof — Any other roof shape or combination of roof shapes, including hip, gable, gambrel, mansard and other roof shapes not including flat roofs.
   ☐ C. Flat Roof — Flat roof shape greater than 100 square feet or 10% of the entire roof, whichever is greater.

6. **Gable End Bracing:** For roof structures that contain gables, please check the **weakest** that apply.

   ☐ A. Gable End(s) are braced at a minimum in accordance with the 2001 Florida Building Code
   ☐ B. Does not meet the above minimum requirements.
   ☑ C. Not applicable, unknown or unidentified.

7. **Wall Construction Type:** Check all wall construction types for exterior walls of the structure and percentages for each

   ☐ A. Wood Frame     %
   ☐ B. Un-Reinforced Masonry   %
   ☑ C. Reinforced Masonry   **100**   %
   ☐ D. Poured Concrete   %
   ☐ E. Other   %

8. **Secondary Water Resistance (SWR):** (standard underlayments or hot mopped felts are not SWR)

   ☐ A. SWR — Self adhering polymer modified bitumen roofing underlayment applied directly to the sheathing or foam adhesive SWR barrier (not foamed on insulation) applied as a secondary means to protect the dwelling from water intrusion.
   ☑ B. No SWR
   ☐ C. Unknown or undetermined.

9. **Opening Protection:** What is the **weakest** form of wind borne debris protection installed on the structure? (Exterior openings include, but are not limited to, windows, doors, garage doors, skylights, etc. Product approval may be required for opening protection devices without proper rating identification.)

   ☑ A. **All Exterior Openings (Glazed and Unglazed)** All exterior openings are fully protected at a minimum with impact resistant coverings, impact resistant doors and/or impact resistant window units that are listed as wind borne debris protection devices in the product approval system of the State of Florida or Miami-Dade County and meet the requirements of one of

Inspectors Initials _OG_   Property Address **2519 SE 12 Ct. Miami, FL. 33034**

*This verification form is valid up to five (5) years provided no material changes have been made to the structure.*
OIR-B1-1802 (Rev. 02/10) Adopted by Rule 69O-170.0155                                                                 Page 2 of 4

the following for "Cyclic Pressure and Large Missile Impact". For the HVHZ, systems must have either a Miami-Dade NOA or FBC Approval marked *"For Use in the HVHZ"*.

- [x] Miami-Dade County Notice of Acceptance (NOA) 201, 202 and 203. (Large Missile - 9 lb.)
- [ ] Florida Building Code Testing Application Standard (TAS) 201, 202 and 203. (Large Missile - 9 lb.)
- [ ] American Society for Testing and Materials (ASTM) E 1886 and ASTM E 1996. (Large Missile - 9 lb.)
- [ ] Southern Standards Technical Document (SSTD) 12. (Large Missile - 9 lb.)
- [ ] For Skylights Only: ASTM E 1886/E 1996. (Large Missile - 4.5 lb.)
- [ ] For Garage Doors Only: ANSI/DASMA 115. (Large Missile - 9 lb.)

- [ ] B. **All exterior openings** are fully protected at a minimum with impact resistant coverings, impact resistant doors and/or impact resistant window units that are listed as windborne debris protection devices in the product approval system of the state of Florida or Miami-Dade County and meet the requirements of one of the following for "Cyclic Pressure and Large Missile Impact":
  - [ ] ASTM E 1886 and ASTM E 1996. (Large Missile - 4.5 lb.)
  - [ ] SSTD 12. (Large Missile - 4 lb. to 8 lb.)
  - [ ] For Skylights Only: ASTM E 1886/E 1996. (Large Missile - 2 to 4.5 lb.)

- [ ] C. **All exterior openings** are fully protected at a minimum with impact resistant coverings, impact resistant doors and/or impact resistant window units that are listed as windborne debris protection devices in the product approval system of the State of Florida or Miami-Dade County and meet the requirements of one of the following for "Cyclic Pressure and Small Missile Impact":
  - [ ] Miami-Dade County NOA 201, 202 and 203. (Small Missile - 2grams)
  - [ ] Florida Building Code TAS 201, 202 and 203. (Small Missile - 2 grams)
  - [ ] ASTM E 1886 and ASTM E 1996. (Small Missile - 2 grams)
  - [ ] SSTD 12. (Small Missile - 2 grams)

- [ ] D. **All exterior openings** are fully protected with windborne debris protection devices that cannot be identified as Miami-Dade or Florida Building Code (FBC) product approved. This does not include plywood/OSB or plywood alternatives (see Answer "H").

**All Glazed Exterior Openings**

- [ ] E. **All glazed exterior openings** are fully protected at a minimum with impact resistant coverings and/or impact resistant window units that meet the requirements of one of the standards listed in Answer "A" of this question. (Large Missile - 9 lb.)
- [ ] F. **All glazed exterior openings** are fully protected at a minimum with impact resistant coverings and/or impact resistant window units that meet the requirements of one of the standards listed in Answer "B" of this question. (Large Missile - 2 lb. - 8 lb.)
- [ ] G. **All glazed exterior openings** are fully protected at a minimum with impact resistant coverings and/or impact resistant window units that meet the requirements of one of the standards listed in Answer "C" of this question. (Small Missile - 2 grams)
- [ ] H. **All glazed exterior openings** are covered with plywood/OSB meeting the requirements of Section 1609 and Table 1609.1.4 of the 2004 FBC (with 2006 supplements).
- [ ] I. **All glazed exterior openings** are fully protected with wind-borne debris protection devices that cannot be identified as Miami-Dade or FBC product approved. This does not include plywood/OSB or other plywood alternatives that do not meet Answer H (see Answer "K").

**None or Some Glazed Openings**

- [ ] J. At least one glazed exterior opening does not have wind-borne debris protection.
- [ ] K. No glazed exterior openings have wind-borne debris protection. This includes plywood/OSB or plywood alternative systems that do not meet Answer "H".
- [ ] L. Unknown or undetermined.

Inspectors Initials _OG_  Property Address _2519 SE 12 Ct. Miami, Fl. 33034_

*MITIGATION INSPECTIONS MUST BE CERTIFIED BY A QUALIFIED INSPECTOR.*
Section 627.711(2), Florida Statutes, provides a listing of individuals who may sign this form.

| Qualified Inspector Name: | License Type: | License # or MSFH certificate #: |
|---|---|---|
| OSCAR GARCIA | HOME INSPECTOR | HI 899 |

| Inspection Company: | | Phone: |
|---|---|---|
| HOME INSPECTOR & CONTRACTOR, INC. | | (786) 236-0819 |

**Qualified Inspector – I hold an active license or certificate as a: (check one)**

☐ Hurricane mitigation inspector certified by the My Safe Florida Home Program.

☐ Building code inspector certified under Section 468.607, Florida Statutes.

☐ General, building or residential contractor licensed under Section 489.111, Florida Statutes.

☐ Professional architect licensed under Section 481.213, Florida Statutes.

☐ Professional engineer licensed under Section 471.015, Florida Statutes.

☒ Other individual or entity recognized by the insurer as possessing the necessary qualifications to properly complete this form pursuant to Section 627.711(1)(d), Florida Statutes.

*Individuals signing this form must have their license or certificate in an "Active" status at time of the inspection.*

I, __Oscar Garcia__ (print name) am a qualified inspector and I personally performed the inspection or had my employee ( _____ ) (print name) perform the inspection and I agree to be responsible for his/her work.

Qualified Inspector Signature: _____  Date: 03-28-11

An individual or entity who knowingly provides or utters a false or fraudulent mitigation verification form with the intent to obtain or receive a discount on an insurance premium to which the individual or entity is not entitled commits a misdemeanor of the first degree (Section 627.711(3), Florida Statutes). The Qualified Inspector who certifies this form is strictly liable for all acts, statements, concealment of facts, omissions, and documentation provided by his or her employee who actually performed the inspection.

**Homeowner to complete:** I certify that the named Qualified Inspector or his or her employee did perform an inspection of the residence identified on this form and that proof of identification was provided to me or my Authorized Representative.

Signature: _____  Date: 03-28-11

An individual or entity who knowingly provides or utters a false or fraudulent mitigation verification form with the intent to obtain or receive a discount on an insurance premium to which the individual or entity is not entitled commits a misdemeanor of the first degree. (Section 627.711(3), Florida Statutes)

The definitions on this form are for inspection purposes only and cannot be used to certify any product or construction feature as offering protection from hurricanes.

Inspectors Initials _OG_  Property Address 2519 SE 12 Ct. Miami, Fl. 33034

*This certification form is valid up to five (5) years provided no material changes have been made to the structure.
OIR-B1-1802 (Rev. 02/10) Adopted by Rule 69O-170.0155                Page 4 of 4