# REQUEST FOR ARCHITECTURAL CONTROL REVIEW
### (Please Press Firmly)

Please deliver or mail this form with required plans and specifications to:
ARCHITECTURAL CONTROL COMMITTEE
Keys Gate Community Association


JUN 17 2011

| Name of Owner(s): José A Cruz |
|---|

| Street Address: 2514 SE 12th ⁄ Homestead FL |
|---|

| Neighborhood: Parkm Breeze | Lot: | Block: |
|---|---|---|

| Date: June 17 2011 | Day Phone: | Evening Phone: |
|---|---|---|

Approval is hereby requested for the following modification(s), addition(s), and/or alterations as described below and on attached pages:

### Type (check applicable box and/or describe below):

| | | |
|---|---|---|
| ☐ Addition | ☐ Hurricane Shutters | ☐ Pool |
| ☐ Doors New | ☐ Landscaping | ☐ Satellite 18"/Antenna |
| ☐ Driveway New | ☐ Other | ☐ Screening/Enclosure |
| ☐ Exterior Paint Color | ☐ Patio | ☐ Solar Collectors |
| ☐ Garage Door | ☐ Play Structure | ☒ Wall/Fence |

Before the ACC approves the installation of a fence or any other improvement, the irrigation system that will be within the boundaries of the lot must be re-routed, if necessary, by a professional irrigation company. The ACC must be given a letter or other evidence from a professional irrigation company setting forth that the effectiveness of the Community drainage system will not be affected by the re-routing of the irrigation system within the boundaries of the lot.

Should an Owner desire to install any new improvement or landscaping within the boundary of a lot, a drainage surface water plan prepared by a professional irrigation or engineering company certifying to the Association that such proposed improvement or landscaping will not adversely affect the drainage and irrigation of the Community and any adjacent lots must accompany this application. Owner shall be solely responsible for maintaining any inaccessible portion of the Home at Owner's sole expense. In the event an Owner desires to install a pool, pool deck, fence or dock within a portion of a Common Area lake maintenance easement, and such improvement is approved by the ACC, then such improvement shall be deemed as an encroachment upon the Common Areas and the Owner shall assume all risks associated thereto. By way of example, and not of limitation, if Association is required to maintain any portion of the Common Areas upon which a pool, pool deck, fence or dock encroaches or Common Areas adjacent to an encroaching pool, pool deck, fence or dock, the Association may require the removal of any such improvement by the Owner. The Owner shall hold harmless Association in the event such pool, pool deck, fence or dock is damaged and/or unavailable due to such maintenance.

THIS IS A RE-SUBMITTAL   ☐ Yes   ☒ No

Additional Information: wood fence built according to Homestead specs as approved by City Commission: 12x25

### Please Check the Appropriate Boxes:

| | |
|---|---|
| ☐ Revised Plans and/or Specifications Attached | ☐ Color Plan/Samples Attached |
| ☐ Drainage Surface Water Plan Attached | House color to your left____ right____ |
| (must be attached for new items) | ☐ Materials Designation Plan/Samples Attached |
| ☐ Property Survey with Modifications Noted on Survey | ☐ Plans Sealed and Signed by Professional |
| (must be attached) | ☐ Plans Signed by Owner |
| ☐ Plans and Survey for Screen Enclosure (must be attached) | ☐ Fee Enclosed (the greater of $25 or 1/4% of improvement cost) |
| ☐ Plans and Survey for Pool (must be attached) | |

| Time for Completion of Improvements: | Anticipated Commencement Date: |
|---|---|

| Owner's Signature: | Owner's Signature: |
|---|---|

### (FOR ACC USE ONLY)

Date Application Received_____

| Improvement | _____ Approved | ____ Disapproved | Date of Approval/Disapproval_____ |
|---|---|---|---|
| Improvement | _____ Approved | ____ Disapproved | Date of Approval/Disapproval_____ |
| Improvement | _____ Approved | ____ Disapproved | Date of Approval/Disapproval_____ |

(Architectural Control Committee)

Your approval is subject to the following:
1. You are responsible for obtaining any necessary permits from the appropriate Building and Zoning Department(s)
2. Access to areas of construction are only to be allowed through your property, and you are responsible for any damages done to the Common Areas during construction.

Explanation of Disapproval _____

White - Board of Directors          Yellow - Return to Homeowner          Pink - Management Company          Gold - Homeowner



MAR-14-2016 03:40PM From:     8894107788     To:13054486868     Page:2/26

*Home depot May June 2011*
*credit card*



# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
HOME DEPOT CREDIT SERVICES
PO BOX 653000, DALLAS TX 75265-3000



Buy online with
**The Home Depot Credit Card** at
**homedepot.com** ▶



Customer Service:
myhomedepotaccount.com
Account Inquiries:
1-800-677-0232

Account Number

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments | -$0.00 |
| Other Credits | -$84.25 |
| Purchases | +$2,787.48 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $2,703.23 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $6,001.00 |
| Available Credit | $2,297.00 |
| Statement Closing Date | 06/29/2011 |
| Next Statement Closing Date | 07/29/2011 |
| Days in Billing Cycle | 30 |

Your minimum payment due is $28.00. To avoid interest charges, pay your revolving balance of $269.27, plus any promotions expiring this period, by July 26, 2011 (residual interest may apply).

## Payment Information

| | |
|---|---|
| New Balance | $2,703.23 |
| Minimum Payment Due | $28.00 |
| Payment Due Date | July 26, 2011 |

Mailed payments must be received by 5:00 PM at the address for payments by the payment due date.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Only the minimum payment | 21 years | $7,295 |
|---|---|---|
| $102 | 3 years | $3,687 (Savings=$3,608) |

If you would like information about credit counseling services, call 1-877-337-8197.



**SAVE STAMPS,**
**TIME,**
**AND TREES!** Register now for Paperless Statements and more at myhomedepotaccount.com

You must pay your promotional balance of $2,130.76 in full by 12/26/11 to avoid paying deferred interest charges.

You must pay your promotional balance of $300.20 in full by 12/27/11 to avoid paying deferred interest charges.

You have a promotional purchase(s) requiring a minimum payment which is reflected in your minimum payment due above.

## TRANSACTIONS

| Trans Date | Description | Reference # | | Amount |
|---|---|---|---|---|
| 06/17 | THE HOME DEPOT FLORIDA CITY FL | 7141970 | 149891 | $ 1,628.51 |
| | FLOORING ELECTRICAL AND LIGHTING FEES SEASONAL/GARDEN | | | |
| | PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 12/26/2011. Monthly payments required. | | | |

## NO INTEREST IF PAID IN FULL WITHIN 6 MONTHS*

on purchases of $299 or more. Minimum Payments Required. Interest will be charged to your account from the purchase date if the purchase balance (including premiums for optional credit insurance) is not paid in full within 6 months or if you make a late payment. *See reverse for details.



More saving.
More doing.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION    Page 1 of 4    This Account is issued by Citibank (South Dakota), N.A.

↑ Please detach this portion and return with your payment, to insure proper credit. Retain upper portion for your records. ↑

Make Checks Payable to: HOME DEPOT CREDIT SERVICES
† Past Due Amount is included in the Minimum Payment Due.

| Account Number | Payment Due Date | New Balance | Past Due Amount† | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|
| | July 26, 2011 | $2,703.23 | $0.00 | $28.00 | $ |

061 | **Optional Balance Protector:** By initialing, I want to **enroll** in optional Balance Protector. I received the enclosed Program Summary. Bill the monthly fee ($.99/$100 of balance) to my account.   **x**_____ Initial Here to Enroll

6035202632132930270323000913500028001 16

KBAVH0: 2 8/29/11 1191877

MIRIAM CRUZ
7975 SW 17TH TER
MIAMI, FL 33155-1361

HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
DES MOINES, IA 50364-0500

Print address changes above in blue or black ink.

MAR-14-2016 03:41PM From:                    8884107788      To:13054486868              Page:3/26

*Home depot*
*CC*                    *May/June 2011*

Account: **** **** **** 3793

## TRANSACTIONS (cont.)

| Trans Date | Description | Reference # | | Amount |
|---|---|---|---|---|
| 06/23 | THE HOME DEPOT MIAMI FL | 1192051 | | $ 20.61 |
| | FLOORING | | | |
| 06/23 | THE HOME DEPOT FLORIDA CITY FL | 1153320 | | $ 805.25 |
| | PAINT ELECTRICAL AND LIGHTING SEASONAL/GARDEN PLUMBING | | | |
| 06/24 | THE HOME DEPOT FLORIDA CITY FL   CREDIT | 0153363  149891 | | $ 64.25- |
| | FLOORING | | | |
| 06/24 | THE HOME DEPOT FLORIDA CITY FL | 0153364 | | $ 82.29 |
| | FLOORING PAINT | | | |
| 06/24 | THE HOME DEPOT HOMESTEAD FL | 0348193 | | $ 300.20 |
| | FLOORING PLUMBING | | | |
| | PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 12/27/2011. Monthly payments required. | | | |
| 06/27 | THE HOME DEPOT FLORIDA CITY FL | 7105382 | | $ 79.73 |
| | BUILDING MATERIALS PAINT      LUMBER | | | |
| 06/28 | THE HOME DEPOT FLORIDA CITY FL | 6153647 | | $ 169.90 |
| | FLOORING ELECTRICAL AND LIGHTING PLUMBING      HARDWARE | | | |

## FEES

| | TOTAL FEES FOR THIS PERIOD | | $ 0.00 |
|---|---|---|---|

## INTEREST CHARGED

| | TOTAL INTEREST FOR THIS PERIOD | | $ 0.00 |
|---|---|---|---|

| Interest Year to Date | |
|---|---|
| Total Fees Charged in 2011 | $0.00 |
| Total Interest Charged in 2011 | $0.00 |

| PROMOTIONS | Original Trans Amount | Trans Date | Previous Promotion Balance | Payments and Credits | Billed Interest Charges | New Promotion Balance | Deferred Interest Charges | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| NO INT FOR 6MOS-PMT REQ | $2,193.76 | 06/17/11 | - | - | - | $2,193.76 | $14.25 | 12/26/11 |
| NO INT FOR 6MOS-PMT REQ | $300.20 | 06/24/11 | - | - | - | $300.20 | $1.04 | 12/27/11 |

| INTEREST CHARGE CALCULATION | Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | |
|---|---|---|---|
| PURCHASES | | | |
| Revolving Balance | 21.00% (M) | $0.00 | $0.00 |
| NO INT FOR 6MOS-PMT REQ | 21.00% (M) | - | - |
| NO INT FOR 6MOS-PMT REQ | 21.00% (M) | - | - |



Please note that our 10% off everyday items offer and our free first hour of Load 'N Go truck rental offer have been discontinued. Effective May 25, 2011, we will no longer offer 10% off batteries, light bulbs, trash bags and furnace filters when you use The Home Depot Consumer Credit Card. We will also no longer offer the free first hour of Load 'N Go when making a $100 or more purchase on The Home Depot Consumer Credit Card. We regret any inconvenience this may cause you. You will still receive everyday special financing on purchases over $299 and other card member benefits. Thank you for shopping at The Home Depot®.

**More saving. More doing.** 

947

MAR-14-2016 03:41PM From: 8894107788 To:13054486868 Page:4/26



*Home depot CC*   *June/July*   *2011*

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
HOME DEPOT CREDIT SERVICES
PO BOX 653000, DALLAS TX 75265-3000

Buy online with
**The Home Depot Credit Card** at
**homedepot.com**

Customer Service:
myhomedepotaccount.com
Account Inquiries:
1-800-677-0232

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,703.23 |
| Payments | -$297.27 |
| Other Credits | -$2,854.56 |
| Purchases | +$4,358.31 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $3,909.71 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $5,001.00 |
| Available Credit | $1,091.00 |
| Statement Closing Date | 07/29/2011 |
| Next Statement Closing Date | 08/30/2011 |
| Days in Billing Cycle | 30 |

To avoid interest charges, pay your revolving balance plus any promotions expiring this period, by your due date (residual interest may apply).

## Payment Information

| | |
|---|---|
| New Balance | $3,909.71 |
| Minimum Payment Due | $40.00 |
| Payment Due Date | August 26, 2011 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Only the minimum payment | 25 years | $11,707 |
|---|---|---|
| $180 | 3 years | $5,409 (Savings=$6,298) |

If you would like information about credit counseling services, call 1-877-337-8187.

 **SAVE STAMPS, TIME,... AND TREES!** Register now for Paperless Statements and more at myhomedepotaccount.com

You must pay your promotional balance of **$2,116.66** in full by **06/26/12** to avoid paying deferred interest charges.

You must pay your promotional balance of **$300.20** in full by **07/26/12** to avoid paying deferred interest charges.

You must pay your promotional balance of **$274.87** in full by **07/26/12** to avoid paying deferred interest charges.

You must pay your promotional balance of **$1,097.84** in full by **07/26/12** to avoid paying deferred interest charges.

## THE HOME DEPOT® GARDEN CLUB MEMBERSHIP IS FREE

Get customized information, tips, DIY projects, year-round savings and expert answers to all your outdoor garden questions within 48 hours. Sign up today at homedepotgardenclub.com/register

JOIN NOW

GARDEN CLUB

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION      Page 1 of 6      This Account is issued by Citibank, N.A.

↑ Please detach this portion and return with your payment to insure proper credit. Retain upper portion for your records. ↑

Make Checks Payable to: HOME DEPOT CREDIT SERVICES
† Past Due Amount is included in the Minimum Payment Due.



| Payment Due Date | New Balance | Past Due Amount† | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|
| AUGUST 26, 2011 | $3,909.71 | $0.00 | $40.00 | $ |

## SAVING HAS NEVER BEEN EASIER AT THE HOME DEPOT®
Receive incredible values by email. Sign up at homedepot.com/emailoptin.




603532026321379303909710026927000400010

MIRIAM CRUZ
7975 SW 17TH TER
MIAMI, FL  33155-1351

HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
DES MOINES, IA  50364-0500

Print address changes above in blue or black ink.

MAR-14-2016 03:42PM From:                    8884107788        To:13054486868                    Page:5/26

*Home depot*
*C C*

Account: **** **** **** 3793          *June/July 2011*

## IMPORTANT NOTICE ABOUT YOUR ACCOUNT
Effective July 1, 2011, Citibank (South Dakota), N.A. is merged into Citibank, N.A.

Citibank, N.A., which is located in Sioux Falls, South Dakota, is the new issuer of your account. All references to Citibank (South Dakota), N.A., in your account documentation, including the Card Agreement, and in communications about your account should be deemed to refer to Citibank, N.A.

Any optional program provided by Citibank (South Dakota), N.A., is now provided by Citibank, N.A.

### TRANSACTIONS

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|
| 06/17 | SPECIAL PROMO XFR FULL | F919600SZ000UQ191 | $ 2,116.66 |
| 06/17 | SPECIAL PROMO XFR FULL | F919600SZ000UR191 | $ 2,116.66- |
| 06/24 | SPECIAL PROMO XFR FULL | F919600SZ000UQ191 | $ 300.20 |
| 06/24 | SPECIAL PROMO XFR FULL | F919600SZ000UR191 | $ 300.20- |
| 07/02 | THE HOME DEPOT FLORIDA CITY FL  CREDIT<br>FLOORING | 2281345 | $ 29.41- |
| 07/02 | THE HOME DEPOT FLORIDA CITY FL<br>ELECTRICAL AND LIGHTING FLOORING        SEASONAL/GARDEN<br>LUMBER HARDWARE<br>PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 07/26/2012. Monthly payments required. | 2106176 | $ 304.28 |
| 07/02 | THE HOME DEPOT FLORIDA CITY FL<br>PLUMBING HARDWARE PAINT        SEASONAL/GARDEN | 2106204 | $ 101.06 |
| 07/04 | THE HOME DEPOT FLORIDA CITY FL<br>KITCHEN AND BATH | 0080607 | $ 32.45 |
| 07/04 | THE HOME DEPOT FLORIDA CITY FL<br>PAINT SEASONAL/GARDEN   HARDWARE | 0106995 | $ 55.55 |
| 07/05 | THE HOME DEPOT FLORIDA CITY FL<br>PAINT | 9096191 | $ 50.23 |
| 07/05 | THE HOME DEPOT FLORIDA CITY FL                    | 9154151     150546 | $ 1,097.84 |
| | LUMBER BUILDING MATERIALS PAINT KITCHEN AND BATH<br>PROMOTIONAL PURCHASE: To avoid interest charges, please pay the above in full by 07/28/2012. Monthly payments required. | | |
| 07/05 | THE HOME DEPOT FLORIDA CITY FL  CREDIT<br>FLOORING | 9154147     149891 | $ 248.94- |
| 07/05 | THE HOME DEPOT FLORIDA CITY FL  CREDIT<br>SEASONAL/GARDEN | 9154159 | $ 17.10- |
| 07/05 | THE HOME DEPOT FLORIDA CITY FL  CREDIT<br>ELECTRICAL AND LIGHTING | 9154160     149891 | $ 142.26- |
| 07/06 | THE HOME DEPOT FLORIDA CITY FL<br>HARDWARE PLUMBING PAINT | 8100134 | $ 121.11 |
| 07/06 | THE HOME DEPOT FLORIDA CITY FL<br>PAINT ELECTRICAL AND LIGHTING | 8584472 | $ 70.55 |
| 07/07 | THE HOME DEPOT FLORIDA CITY FL<br>FLOORING HARDWARE | 7893328 | $ 14.71 |
| 07/08 | THE HOME DEPOT FLORIDA CITY FL<br>ELECTRICAL AND LIGHTING HARDWARE | 6154329 | $ 9.05 |
| 07/08 | THE HOME DEPOT FLORIDA CITY FL<br>LUMBER HARDWARE         PAINT | 8593392 | $ 64.85 |
| 07/09 | THE HOME DEPOT FLORIDA CITY FL<br>HARDWARE SEASONAL/GARDEN FLOORING | 5096644 | $ 30.76 |
| 07/22 | PAYMENT - THANK YOU | P919400SD09Y1DGTQ | $ 28.00- |
| 07/22 | PAYMENT - THANK YOU | P919400SD09Y1DGTQ | $ 289.27- |

### FEES

| | | | |
|---|---|---|---|
| TOTAL FEES FOR THIS PERIOD | | $ | 0.00 |

### INTEREST CHARGED

| | | | |
|---|---|---|---|
| TOTAL INTEREST FOR THIS PERIOD | | $ | 0.00 |

| 2011 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2011 | $0.00 |
| Total Interest Charged in 2011 | $0.00 |

| PROMOTIONS | Original Trans Amount | Trans Date | Previous Promotion Balance | Payments and Credits | Billed Interest Charges | New Promotion Balance | Promo Monthly Payment | Deferred Interest Charges | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| NO INT FOR 6MOS-PMT REQ | $2,133.76 | 06/17/11 | $2,133.76 | $2,133.76- | - | - | - | - | 12/26/11 |
| NO INT FOR 6MOS-PMT REQ | $300.20 | 06/24/11 | $300.20 | $300.20- | - | - | - | - | 12/27/11 |
| NO INT FOR 12MOS-PMT REQ | $2,116.66 | 06/17/11 | - | - | - | $2,116.66 | - | $51.34 | 06/26/12 |

MAR-14-2016 03:42PM From:                    8884107788        To:13054486868                     Page:6/26

*Home depot*
*C C*   *June/July 2011*

Account: **** **** **** 3793

| PROMOTIONS | Original Trans Amount | Trans Date | Previous Promotion Balance | Payments and Credits | Billed Interest Charges | New Promotion Balance | Promo Monthly Payment | Deferred Interest Charges | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| NO INT FOR 12MOS-PMT REQ | $300.20 | 06/29/11 | - | | - | $300.20 | | $6.28 | 07/28/12 |
| NO INT FOR 12MOS-PMT REQ | $304.28 | 07/02/11 | - | $29.41- | - | $274.87 | | $4.46 | 07/28/12 |
| NO INT FOR 12MOS-PMT REQ | $1,097.84 | 07/05/11 | - | - | - | $1,097.84 | | $15.90 | 07/28/12 |

| INTEREST CHARGE CALCULATION | | Your Annual Percentage Rate (APR) is the annual interest rate on your account. |
|---|---|---|
| PURCHASES | | |
| Revolving Balance | 21.00% (M) | $0.00 | $0.00 |
| NO INT FOR 6MOS-PMT REQ | 21.00% (M) | $0.00 | $0.00 |
| NO INT FOR 6MOS-PMT REQ | 21.00% (M) | $0.00 | $0.00 |
| NO INT FOR 12MOS-PMT REQ | 21.00% (M) | - | - |
| NO INT FOR 12MOS-PMT REQ | 21.00% (M) | - | - |
| NO INT FOR 12MOS-PMT REQ | 21.00% (M) | - | - |
| NO INT FOR 12MOS-PMT REQ | 21.00% (M) | - | - |



189

# NO INTEREST IF PAID IN FULL WITHIN 12 MONTHS*

on purchases of $299 or more. Minimum payments required. Interest will be charged to your account from the purchase date if the purchase balance (including premiums for optional credit insurance) is not paid in full within 12 months or if you make a late payment.

## HURRY! OFFER GOOD: 8/11/11 - 8/17/11



More saving. More doing.

© 2011 Homer TLC, Inc. All rights reserved.

*With credit approval for qualifying purchases made on The Home Depot or EXPO Design Center Consumer Credit Card, 17.99% - 26.99% APR. Minimum interest charge: $2. See card agreement for details including APR applicable to you. Offer is only valid for consumer accounts and from 8/11/11 through 8/17/11.



# HIGH PERFORMANCE, BIG SAVINGS

**Our 4,100+ Eco Options® products save energy over night, money over time, and the planet for years to come**

☑ Save up to $100* in reduced water utility bills when replacing older toilets and faucets with products featuring the WaterSense® logo

☑ Toilets are the main source of water use in the home, accounting for nearly 30%* of an average home's indoor water consumption

☑ Replacing older toilets with WaterSense® labeled models could save 11 gallons per toilet in your home, per day – that's nearly 2 billion gallons per day nationwide*

For a "how to" video and to learn more visit homedepot.com/toilets.

*Per the EPA WaterSense® Program
© 2011 Homer TLC, Inc. All rights reserved.

Toilet shown is the Glacier Bay Dual Flush Elongated Toilet Kit
SKU 215591





MAR-14-2016 03:43PM From:                    8884107788        To:13054486868              Page:7/26

*Home depot*
*CC          July/August 2011*

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
HOME DEPOT CREDIT SERVICES
PO BOX 653000, DALLAS TX 75265-3000

**Buy online with**
**The Home Depot Credit Card at**
**homedepot.com**

Customer Service:
myhomedepotaccount.com
Account Inquiries:
1-800-677-0232

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $3,909.71 |
| Payments | -$320.14 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $3,589.57 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $5,001.00 |
| Available Credit | $1,411.00 |
| Statement Closing Date | 08/30/2011 |
| Next Statement Closing Date | 09/29/2011 |
| Days in Billing Cycle | 32 |

Your minimum payment due is $36.00. Your revolving balance is $0.00.

## Payment Information

| | |
|---|---|
| New Balance | $3,589.57 |
| Minimum Payment Due | $36.00 |
| Payment Due Date | September 26, 2011 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Only the minimum payment | 18 years | $10,339 |
|---|---|---|
| $141 | 3 years | $5,070 (Savings=$5,269) |

If you would like information about credit counseling services, call 1-877-337-810.

**SAVE STAMPS, TIME, AND TREES!** Register now for Paperless Statements and more at myhomedepotaccount.com

You must pay your promotional balance of $1,915.66 in full by 08/26/12 to avoid paying deferred interest charges.

You must pay your promotional balance of $300.20 in full by 07/26/12 to avoid paying deferred interest charges.

You must pay your promotional balance of $274.67 in full by 07/26/12 to avoid paying deferred interest charges.

You must pay your promotional balance of $1,097.84 in full by 07/26/12 to avoid paying deferred interest charges.

## NO INTEREST IF PAID IN FULL WITHIN 6 MONTHS*

on purchases of $299 or more. Minimum payments required. Interest will be charged to your account from the purchase date if the purchase balance (including premiums for optional credit insurance) is not paid in full within 6 months or if you make a late payment. *See reverse for details.

More saving. More doing.

6 HD 20

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION          Page 1 of 4          This Account is issued by Citibank, N.A.

↑ Please detach this portion and return with your payment to insure proper credit.  Retain upper portion for your records. ↑

Make Checks Payable to: HOME DEPOT CREDIT SERVICES
† Past Due Amount is included in the Minimum Payment Due

| | Payment Due Date | New Balance | Past Due Amount† | Minimum Payment Due | Amount Enclosed |
|---|---|---|---|---|---|
| | SEPTEMBER 26, 2011 | $3,589.57 | $0.00 | $36.00 | $ |

**GARDEN CLUB** Garden Club members get money-saving offers and time-saving tips!
**Sign up today for free: homedepotgardenclub.com/register**

60353202632137930358957002000000003600100

MIRIAM CRUZ
7975 SW 17TH TER
MIAMI, FL 33155-1351

HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
DES MOINES, IA 50364-0500

Print address changes above in blue or black ink.

MAR-14-2016 03:43PM From:  8884107788  To:13054986868  Page:8/26

*Home depot*
*C C*

## Account: **** **** **** 3793

### TRANSACTIONS

| Trans Date | Description | Reference # | | Amount |
|---|---|---|---|---|
| 08/22 | PAYMENT - THANK YOU | P819400TAC9ESSFHR | $ | 120.14- |
| 08/22 | PAYMENT - THANK YOU | P8104007AC9ZBSFHR | $ | 200.00- |

### FEES

| | TOTAL FEES FOR THIS PERIOD | | $ | 0.00 |
|---|---|---|---|---|

### INTEREST CHARGED

| | TOTAL INTEREST FOR THIS PERIOD | | $ | 0.00 |
|---|---|---|---|---|

| 2011 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2011 | $0.00 |
| Total Interest Charged in 2011 | $0.00 |

| PROMOTIONS | Original Trans Amount | Trans Date | Previous Promotion Balance | Payments and Credits | Billed Interest Charges | New Promotion Balance | Promo Monthly Payment | Deferred Interest Charges | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| NO INT FOR 12MOS-PMT REQ | $2,116.66 | 08/17/11 | $2,116.66 | $200.00- | - | $1,916.66 | - | $90.57 | 06/26/12 |
| NO INT FOR 12MOS-PMT REQ | $300.20 | 06/24/11 | $300.20 | - | - | $300.20 | - | $11.97 | 07/26/12 |
| NO INT FOR 12MOS-PMT REQ | $304.28 | 07/02/11 | $274.87 | - | - | $274.87 | - | $9.65 | 07/26/12 |
| NO INT FOR 12MOS-PMT REQ | $1,097.84 | 07/05/11 | $1,097.84 | - | - | $1,097.84 | - | $38.89 | 07/26/12 |

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| PURCHASES | | | |
|---|---|---|---|
| Revolving Balance | 21.00% (M) | | |
| NO INT FOR 12MOS-PMT REQ | 21.00% (M) | $0.00 | $0.00 |
| NO INT FOR 12MOS-PMT REQ | 21.00% (M) | - | - |
| NO INT FOR 12MOS-PMT REQ | 21.00% (M) | - | - |
| NO INT FOR 12MOS-PMT REQ | 21.00% (M) | - | - |

# TOOL RENTAL MADE EASY

☒ Having the right tools for your carpet cleaning – or any other project – makes all the difference

☒ If renting is easier on your budget, simply rent the tools you need at The Home Depot and get Pro results

☒ You can rent tools hourly, daily or weekly and keep them until the project is done

**Visit homedepot.com/rentals to find the Tool Rental Center nearest you.**

Tool Rental is not available at all The Home Depot locations.

Tool Rental

© 2011 Homer TLC, Inc. All rights reserved.



# SPECIAL SERVICES CUSTOMER INVOICE

Store 6355 FLORIDA CITY
33001 SOUTH DIXIE HWY
FLORIDA CITY, FL 33034

Phone: (786) 243-9370
Salesperson: NWK5VM
Reviewer:

This is only a QUOTE for the merchandise and services printed below. This becomes an Agreement upon payment and an endorsement by a Home Depot register validation.

## SOLD TO

Name **CRUZ, JOE**
Address 2519 SE 12TH COURT
City HOMESTEAD
State FL   Zip 33033

Home Phone **(786) 704-1890**
Work Phone (305) 984-9357
Company Name
Job Description CLOSET
County MIAMI-DADE

Page 1 of 4

## No. 6355-149891

VALIDATION AREA



QUOTE is valid for this date: 06/17/2011

## HOME DEPOT DELIVERY #1

### MERCHANDISE AND SERVICE SUMMARY

REF # V28

We reserve the right to limit the quantities of merchandise sold to customers

STOCK MERCHANDISE TO BE DELIVERED:

| REF # | SKU | QTY | UM | DESCRIPTION | TAX | PRICE EACH | EXTENSION |
|-------|-----|-----|----|-------------|-----|-----------|-----------|
| R01 | 435-592 | 10.00 | EA | 84"SHELF TRACK STANDARD / | Y | $12.98 | $129.80* |
| R02 | 436-005 | 3.00 | EA | 80"HANG TRACK / | Y | $18.87 | $56.61* |
| R03 | 873-519 | 4.00 | EA | 8FTX16" SUPER SLIDE LINEN SHELVING / | Y | $13.83 | $55.32* |
| R04 | 586-243 | 5.00 | EA | 3' PREPACK SHOE SHELF-SHELFTRACK / | Y | $11.39 | $56.95* |
| R05 | 816-439 | 15.00 | EA | SUPERSLIDE BAR SUPPORT / | Y | $1.03 | $15.45* |
| R06 | 373-085 | 2.00 | EA | SUPERSLIDE HANG ROD POLE CAPS / | Y | $2.98 | $5.96* |
| R07 | 640-475 | 2.00 | EA | 8FT HANGING ROD / | Y | $10.32 | $20.64* |
| R08 | 640-556 | 2.00 | EA | 4FT HANG ROD / | Y | $5.10 | $10.20* |
| R09 | 436-417 | 14.00 | EA | 16"SHELF TRACK BRACKET / | Y | $5.96 | $83.44* |
| R10 | 501-863 | 1.00 | EA | 4 DRAWER SHELF TRACK KIT / | Y | $60.76 | $60.76* |
| R11 | 703-032 | 2.00 | EA | SHELF TRACK HARDWARE TOGGLES /: | Y | $3.19 | $6.38* |

*** CONTINUED ON NEXT PAGE ***

* Indicates item markdown
Customer Copy

Check your current order status online at
www.homedepot.com/orderstatus

(9801) 0100175967

SPECIAL SERVICES CUSTOMER INVOICE - Continued

Last Name: CRUZ

Page 2 of 4

## No. 6355-149891

# HOME DEPOT DELIVERY #1
(Continued)

REF #V28

| | | | | | | |
|---|---|---|---|---|---|---|
| R12 | 703-031 | 2.00 | EA SHELF TRACK HARDWARE-SCREWS /- | Y | $2.81 | $5.62* |
| R13 | 964-684 | 1.00 | EA BOLT CUTTERS 24 IN / | Y | $20.87 | $20.87* |
| R14 | 357-303 | 1.00 | EA DEEP SCAN SL/STUDSENSOR-PRO W/SPOTLIT / | Y | $15.07 | $15.07* |
| R16 | 739-887 | 2.00 | EA 52" CARRIAGE HOUSE II - AGED IRON / | Y | $66.47 | $132.94* |
| R17 | 398-992 | 2.00 | EA REMODEL FAN BRACE W/TEETH / | Y | $11.37 | $22.74* |
| R19 | 161-167 | 3.00 | EA E/O NV 14W (60W) SPIRAL DL 4 PK / | Y | $7.57 | $22.71* |
| R20 | 525-590 | 2.00 | PK LH 1-1/4" ROUND KNOB BONUS PACK (12) / | Y | $18.89 | $37.78* |
| R21 | 690-969 | 1.00 | EA 42 GAL 3MIL CONTRACTOR TRASH BAG / | Y | $16.00 | $16.00* |
| R23 | 766-813 | 31.00 | CA 18 X 18 CATALINA CANYON 18SF-CA / | Y | $16.93 | $524.83* |
| R24 | 656-852 | 4.00 | EA #180 SANDSTONE 25LB SANDED GROUT / | Y | $12.61 | $50.44* |
| R25 | 550-340 | 1.00 | EA 1/8" PRO PACK TILE SPACERS 1000/BAG / | Y | $6.03 | $6.03* |
| R26 | 207-514 | 15.00 | EA GTS SANDED GRAY THINSET 50LB / | Y | $5.03 | $75.45* |
| R27 | 227-997 | 1.00 | EA MUL TISET ADMIX CONCENTRATE QT / | Y | $16.15 | $16.15* |
| | | | | MERCHANDISE TOTAL: | | $1,448.14 |

## DELIVERY INFORMATION:
SCHEDULED DELIVERY DATE: 06/20/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| V28 | 515-663 | 1.00 | EA Curbside Delivery | N | $79.00 | $79.00 |
| | | | DELIVERY SERVICE SUBTOTAL: | | | $79.00 |

THE PCC WILL DELIVER MDSE TO:   CRUZ, JOE

ADDRESS:  2519 SE 12TH COURT                    CITY: HOMESTEAD

STATE:  FL          ZIP:  33033                 COUNTY:  MIAMI-DADE        SALES TAX RATE:   7.000

PHONE:  (786) 704-1890          ALTERNATE PHONE:  (305) 984-9357

| | | |
|---|---|---|
| MDSE & DELIVERY TOTALS: | | $1,527.14 |

DRIVER SPECIAL INSTRUCTIONS:

END OF HOME DEPOT DELIVERY - REF #V28

\* Indicates item markdown
Customer Copy

Page 4 of 4    **No. 6355-149891**

### The Home Depot Special Services
### Will Call/Direct Ship/Delivery

**Returns:** Except where prohibited by law, all returned Special Order Merchandise is subject to a fifteen percent (15%) restocking fee. Custom made goods are not returnable.

**Will Call:** The Home Depot Store will call the number provided on the invoice when Order is available. A Will Call held at the Store for over thirty (30) days shall be subject to the abandoned property laws in your state.

**Direct Ship:** Direct Ship merchandise will be sent by the vendor and/or manufacturer to the address on the Invoice.

**Delivery:** Home Depot shall arrange for its Delivery Agent to deliver the Order to the address identified on the Invoice pursuant to the following terms and conditions:

**Roads Notice:** The delivery address must be accessible by vehicle over roads and bridges rated to handle up to and including (40) forty ton loads. If any portion of Delivery Agent's route must traverse a section of road that is not rated to handle a forty ton load or heavier, Customer will be responsible for seeking a waiver, at Customer's expense, from the appropriate governmental authority. If Customer is unable to obtain a waiver, delivery service will not be available to the delivery address.

**Unattended Drop: If Customer will not be present to accept the delivery, and the delivery can be left unattended, Please indicate by initialing below:**

_____ By initialing here, I authorize Delivery Agent to leave the merchandise unattended following delivery and accept full responsibility for any resulting loss of, or damage to, the merchandise.

**Curbside Deliveries Only:** You are purchasing merchandise that has been designated by Home Depot for **curbside delivery** only. Your purchase **does not** include delivery beyond curbside, on-premise or in-house ("Additional Services") or the installation/hook-up of merchandise ("Non-Included Installation Services"), and Home Depot has not authorized its Home Depot Delivery Agent ("Delivery Agent") to perform such Additional Services or Non-Included Installation Services. In the event you request, and Delivery Agent agrees to perform, Additional Services and/or Non-Included Installation Services, YOU ASSUME THE RISK OF, AND FULL LIABILITY FOR, ANY RESULTING PERSONAL INJURY, DAMAGE TO PROPERTY, OR DAMAGE TO MERCHANDISE. Also, any Non-included Installation Services shall void any express or implied warranty provided by Home Depot and may void the manufacturer's warranty on the merchandise so installed. **By signing below, you acknowledge that you have read and fully understand the terms of this waiver and release, and you intend it to be a complete and unconditional release of all liability in regard to any requested Additional Services and/or Non-included Installation Services.**

Accepted by:

**X** _____ 06/17/2011 _____
**Customer's Signature**                                                    **Date**



More saving.
More doing.

33001 SOUTH DIXIE HWY
FLORIDA CITY, FL 33034 (786)243-9370

6355  00014  40528    06/17/11  09:49 PM
CASHIER NYIA - NWK5VM

CUSTOMER AGREEMENT # 149891
  RECALL AMOUNT                    1527.14

              SALES TAX        101.37
              TOTAL          $1,628.51
XXXXXXXXXXXXX3793 HOME DEPOT   1,628.51
AUTH CODE 017261/7141970            TA



6355 14 40528 06/17/2011 6137

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
  RETURN POLICY SIGN IN STORES FOR
              DETAILS.

        GUARANTEED LOW PRICES
        LOOK FOR HUNDREDS OF
       LOWER PRICES STOREWIDE
***********************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THE



More saving.
More doing.™

33001 SOUTH DIXIE HWY
FLORIDA CITY, FL 33034 (786)243-9370

6355  00014  40528    06/17/11  09:49 PM
CASHIER NYIA - NWK5VM

CUSTOMER AGREEMENT # 149891
    RECALL AMOUNT                    1527.14

              SALES TAX         101.37
              TOTAL            $1,628.51
XXXXXXXXXXXX3793 HOME DEPOT     1,628.51
AUTH CODE 017261/7141970              TA



6355 14 40528 06/17/2011 6137

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
          DETAILS.

     GUARANTEED LOW PRICES
      LOOK FOR HUNDREDS OF
      LOWER PRICES STOREWIDE
***************************************

  ENTER FOR A CHANCE
   TO WIN A $5,000
  HOME DEPOT GIFT
       CARD!

 Share Your Opinion With Us! Complete
the brief survey about your store visit
  and enter for a chance to win at:

    www.homedepot.com/opinion

 ¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
   UNA  TARJETA  DE
  REGALO DE THE

 **More saving.**
**More doing.**℠

33001 SOUTH DIXIE HWY
FLORIDA CITY, FL 33034 (786)243-9370

6355  00014  40528    06/17/11  09:49 PM
CASHIER NYIA - NWK5VM

CUSTOMER AGREEMENT # 149691
RECALL AMOUNT

                              1527.14

              SALES TAX        101.37
              TOTAL          $1,628.51
XXXXXXXXXXXXX3793 HOME DEPOT  1,628.51
AUTH CODE 017261/7141970           TA



6355 14 40528 06/17/2011 6137

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

        GUARANTEED LOW PRICES
        LOOK FOR HUNDREDS OF
        LOWER PRICES STOREWIDE
*****************************************

    ENTER FOR A CHANCE
    TO WIN A $5,000
    HOME DEPOT GIFT
        CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

        www.homedepot.com/opinion

    ¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
    UNA TARJETA DE
    REGALO DE THE

#Walgh1Flog NetFeeder,1.

*After Clos̄iī*
*a͞s of 6/14-2011*

# Macy's American Express® Account statement

For the period ending Jun 12, 2011 • Days in billing cycle 31
**Questions or lost/stolen card?** Call Customer Service 1-888-735-2111
Go to macys.com/mymacyscard to manage and pay your account online.

MIRIAM CRUZ
Account number: 3774 814315 99619
Page: 1 of 6

## Summary of American Express Account activity

| | |
|---|---|
| Previous Balance | $2,495.36 |
| Payments | -$2,495.36 |
| Other credits/adjustments | $0.00 |
| Purchases | +$2,928.10 |
| Cash advances | $0.00 |
| Fees charged | $0.00 |
| Interest charged | $0.00 |
| 🅢 **Total New Balance** | **$2,928.10** |
| | |
| Past due amount | $0.00 |
| | |
| Credit limit | $8,000.00 |
| Credit available | $5,071.00 |

## Payment Information

| | |
|---|---|
| **Total New Balance** | **$2,928.10** |
| **Minimum Payment Due** | **$96.00** |
| **Payment Due Date** | **Jul 12, 2011** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a Late Payment Fee of up to $35.00.
**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this Statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 years | $6,933 |
| $116 | 3 years | $4,163 (Savings = $2,770) |

If you are experiencing financial difficulty and would like information about credit counseling or debt management services, you may call 1-877-337-8187.

## Macy's American Express Account transaction details

| Transaction Date | Posting Date | Description | Location | Amount |
|---|---|---|---|---|
| Jun 10 | Jun 10 | Payment Thank You | | -$1,500.00 |
| Jun 10 | Jun 10 | Payment Thank You | | -$995.36 |
| May 12 | May 13 | Marathon Petroleum CO. 86 | Coral Gables | $56.49 |
| May 14 | May 15 | Navarro Discount Pharmac | Miami | $59.62 |
| May 14 | May 15 | Marshalls 40320 000000320 | Miami | $58.61 |
| May 14 | May 15 | Navarro Discount Pharmac | Miami | $11.53 |
| May 17 | May 17 | Villa Pizza (Fp) 0298 | Ft. Pierce | $12.47 |
| May 17 | May 17 | Orange Optix 0298 | Ft. Pierce | $11.17 |
| ~~May 17~~ | ~~May 18~~ | ~~Orange AVE Supermarket 19~~ | ~~Miami~~ | ~~$7.88~~ |
| May 18 | May 18 | Grocery Door IV 8561 | Wilson | $7.88 |
| May 18 | May 19 | Days Inn Edgewood 6500000 | Edgewood | $67.78 |

(continued on next page)

**Congratulations!**
**Rewards Certificate**
**enclosed.**

star **REWARDS**

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, online at macys.com/mymacyscard, or by mail. **Payments received by 5:00 pm local time at the address shown on this Statement will be credited as of the date received.**

★macy's   Payment Slip
The creditor is Department Stores National Bank.

☐ New address or phone number?
Go to macys.com/mymacyscard or use the reverse side.

00 32 9K608 1/2
**MIRIAM CRUZ**
**7975 SW 17TH TER**
**MIAMI, FL 33155-1351**

Account number: 3774 814315 99619

| Payment Due Date | Total New Balance | Minimum Payment Due |
|---|---|---|
| Jul 12, 2011 | $2,928.10 | $96.00 |

Amount enclosed:
$

PO BOX 183084
COLUMBUS, OH 43218-3084

07774814315 99619 70 0009600 0292810 0249536 2810

03/09/2015 23:15   31474383G0

*Amex*
*after closing*
*June / July 2011*

Issue date July 13, 2011
**EXPIRATION DATE: JANUARY 10, 2012**

Twenty-five dollars and no/cents

Miriam Cruz

Rewards Certificate redeemable for Macy's
merchandise only. Cannot be applied to your account.

*Certificate*

*$25*



**V O I D**

_____
Customer signature

55421604955

7 100250 098215

---

**MIRIAM CRUZ**

## Macy's American Express Account transaction details  (continued)

| Transaction Date | Posting Date | Description | Location | Amount |
|---|---|---|---|---|
| Jun 13 | Jun 14 | Holiday CVS 0113 00113 | Homestead | $7.70 |
| Jun 14 | Jun 15 | Exxonmobil | Miami | $68.76 |
| Jun 15 | Jun 16 | Sunpass Operations | 888-8655352 | $10.00 |
| Jun 16 | Jun 17 | The Home Depot 6355 | Florida City | $115.22 |
| Jun 16 | Jun 17 | Homestead Utility Retail | Homestead | $112.82 |
| Jun 17 | Jun 18 | Shri Vallabh Keupa 000389 | Homestead | $86.72 |
| Jun 17 | Jun 18 | Publix #1136 000001136 | Homestead | $7.70 |
| Jun 17 | Jun 18 | Pollo Tropical #3 0062 | Miami | $6.62 |
| Jun 18 | Jun 19 | Lowe's Of Homestead, FL 2 | Homestead | $287.84 |
| Jun 18 | Jun 19 | The Home Depot 6355 | Florida City | $67.27 |
| Jun 18 | Jun 19 | The Home Depot 6355 | Florida City | $31.94 |
| Jun 18 | Jun 19 | Sunpass Operations | 888-8655352 | $10.00 |
| Jun 19 | Jun 20 | Exxonmobil | Miami | $68.93 |
| Jun 19 | Jun 20 | Publix #084 000000084 | Coral Gables | $60.47 |
| Jun 20 | Jun 20 | Web* | 800-932-4678 | $7.95 |
| Jun 20 | Jun 21 | The Home Depot 6355 | Florida City | $113.82 |
| Jun 20 | Jun 21 | Liberty Calle 8 | Miami | $64.02 |
| Jun 20 | Jun 21 | Lowe's Of Homestead, FL 2 | Homestead | $30.69 |
| Jun 20 | Jun 21 | Casavana Cuban Cuisine | Homestead | $24.85 |
| Jun 20 | Jun 21 | Wal-Mart Supercenter#2727 | Florida City | $20.41 |
| Jun 20 | Jun 21 | Sunpass Operations | 888-8655352 | $10.00 |
| Jun 21 | Jun 22 | Coral Way Citgo 000179390 | Miami | $50.00 |
| Jun 21 | Jun 22 | Coral Way Citgo 000179390 | Miami | $30.00 |
| Jun 23 | Jun 23 | Alarm Security 3132069246 | Miami | $310.00 |
| Jun 22 | Jun 23 | LA Carreta V 000000001 | Miami | $12.91 |
| Jun 22 | Jun 23 | Sunpass Operations | 888-8655352 | $10.00 |
| Jun 24 | Jun 24 | Adt Security Service | 800-288-2455 | $65.06 |
| Jun 23 | Jun 24 | Planet Fitness Homestead | Homestead | $19.26 |
| Jun 23 | Jun 24 | Boston Market #190 542929 | Miami | $7.27 |
| Jun 23 | Jun 24 | Pollo Tropical #19 0008 | Homestead | $4.16 |
| Jun 24 | Jun 25 | Wal-Mart Supercenter#2727 | Florida City | $105.29 |
| Jun 24 | Jun 25 | Exxonmobil | Homestead | $86.20 |
| Jun 24 | Jun 25 | Kmart 3615 Kmart #03615 | Miami | $34.75 |
| Jun 24 | Jun 25 | Wal-Mart Supercenter#2727 | Florida City | $28.86 |
| Jun 25 | Jun 28 | Sunpass Operations | 888-8655352 | $10.00 |
| Jun 27 | Jun 27 | Wal-Mart Supercenter#2881 | Kissimmee | $362.84 |
| Jun 27 | Jun 27 | Chevron Kangaroo Express | Kissimmee | $50.00 |
| Jun 26 | Jun 27 | AK Tamu Tamu Refreshments | Lake Buena Vi | $19.90 |
| Jun 26 | Jun 27 | Nacho Cart | Lake Buena Vi | $12.49 |
| Jun 26 | Jun 27 | Sunpass Operations | 888-8655352 | $10.00 |
| Jun 28 | Jun 27 | Coffee Kiosk | Lake Buena Vi | $4.46 |
| Jun 27 | Jun 28 | Shell Oil 57543704308 | Lake Worth | $56.69 |
| Jun 27 | Jun 28 | Casavana Cuban Cuisine | Homestead | $14.85 |
| Jun 27 | Jun 28 | Sunpass Operations | 888-8655352 | $10.00 |
| Jun 28 | Jun 29 | Babies 'R' US | Miami | $80.24 |
| Jun 28 | Jun 29 | Sunpass Operations | 888-8655352 | $10.00 |
| Jun 29 | Jun 30 | Wal-Mart Supercenter#2727 | Florida City | $254.26 |
| Jun 29 | Jun 30 | Babies 'R' US | Miami | $74.89 |
| Jun 29 | Jun 30 | Wal-Mart Supercenter#2727 | Florida City | $10.64 |
| Jun 29 | Jun 30 | Sunoco 0624716700 | Miami | $80.95 |
| Jun 30 | Jul 1 | Campbell Urgent Care 1200 | Homestead | $100.00 |
| Jun 30 | Jul 1 | The Home Depot 6355 | Florida City | $31.44 |
| Jun 30 | Jul 1 | Holiday CVS 0113 00113 | Homestead | $71.56 |
| Jul 1 | Jul 1 | Sunshine 101 8573 | Miami | $7.89 |
| Jun 30 | Jul 1 | Pollo Tropical #3 0062 | Miami | $7.05 |

(continued on next page)

Account number: 3774 814315 99619

---

# WE APPRECIATE
# YOUR BUSINESS
VOID



MIRIAM CRUZ                                                                                           Page 4 of 6

## Macy's American Express Account transaction details  (continued)

| Transaction Date | Posting Date | Description | Location | Amount |
|---|---|---|---|---|
| Jul 1 | Jul 1 | Sunshine 101 8573 | Miami | $3.97 |
| Jun 30 | Jul 1 | McDonald'S F2287 00000000 | Miami | $3.52 |
| Jul 1 | Jul 2 | Shri Vallabh Keupa 000389 | Homestead | $38.51 |
| Jul 1 | Jul 2 | Winn-Dixie  #0297 000000 | Miami | $21.57 |
| Jul 1 | Jul 2 | Sunpass Operations | 888-865S352 | $10.00 |
| Jul 1 | Jul 2 | Pollo Tropical #55 0022 | Miami | $8.87 |
| Jul 1 | Jul 2 | Blockbuster INC#1203 | Miami | $5.32 |
| Jul 1 | Jul 2 | Shri Vallabh Keupa 000389 | Homestead | $5.24 |
| Jul 2 | Jul 3 | Campbell Urgent Care 1200 | Homestead | $100.00 |
| Jul 2 | Jul 3 | Exxonmobil | Homestead | $88.56 |
| Jul 2 | Jul 3 | Winn-Dixie  #0297 000000 | Miami | $28.25 |
| Jul 2 | Jul 3 | The Big Cheese | Homestead | $15.37 |
| Jul 1 | Jul 4 | Uhaul Rental/Purchase 787 | Miami | $114.08 |
| Jul 1 | Jul 4 | Uhaul Rental/Purchase 787 | Miami | $22.22 |
| Jul 3 | Jul 4 | Supercuts Supercuts | Miami | $21.00 |
| Jul 5 | Jul 6 | Holiday CVS 0113 00118 | Homestead | $5.02 |
| Jul 5 | Jul 6 | Sonic Drive In #6222 0000 | Homestead | $3.09 |
| Jul 5 | Jul 6 | Blockbuster INC#1203 | Miami | $2.12 |
| Jul 7 | Jul 7 | Boost Prepaid | 888-440-9958 | $53.50 |
| Jul 6 | Jul 7 | Sunpass Operations | 888-865S352 | $10.00 |
| Jul 7 | Jul 8 | Shell Oil 57543956205 | Miami | $80.00 |
| Jul 7 | Jul 8 | Pollo Tropical #19 0008 | Homestead | $6.62 |
| Jul 7 | Jul 8 | McDonald'S M7768 Of FL 00 | Hialeah | $5.10 |
| Jul 7 | Jul 8 | McDonald'S M7768 Of FL 00 | Hialeah | $1.07 |
| Jul 8 | Jul 9 | Pollo Tropical #19 0008 | Homestead | $6.62 |
| Jul 8 | Jul 9 | Wendys #2272    Q2E 00 | Miami | $3.19 |
| Jul 11 | Jul 11 | Gdi Wireless INC 65000000 | Miami | $43.00 |
| Jul 10 | Jul 11 | Casavana Cuban Cuisine | Homestead | $21.61 |
| Jul 10 | Jul 11 | Sunpass Operations | 888-865S352 | $10.00 |
| Jul 11 | Jul 12 | Exxonmobil | Miami | $85.55 |
| Jul 11 | Jul 12 | The Home Depot 6355 | Florida City | $54.77 |
| Jul 11 | Jul 12 | The Home Depot 6355 | Florida City | $43.67 |
| Jul 11 | Jul 12 | Winn-Dixie  #0297 000000 | Miami | $26.19 |

### Fees

| | | |
|---|---|---|
| TOTAL FEES FOR THIS PERIOD | | $0.00 |

### Interest Charged

| | |
|---|---|
| Interest charge on purchases | $0.00 |
| Interest charge on cash adv | $0.00 |
| TOTAL INTEREST FOR THIS PERIOD | $0.00 |

| 2011 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2011 | $0.00 |
| Total interest charged in 2011 | $0.00 |

*Go to macys.com/mymacyscard  to view previous transactions and statements.*

*Amex*
*after closing*          *July/Aug. 2011*

## Macy's American Express® Account statement

For the period ending Jul 12, 2011 · Days in billing cycle: 30
**Questions or lost/stolen card?** Call Customer Service 1-888-735-2111

Go to **macys.com/mymacyscard** to manage and pay your account online.

MIRIAM CRUZ
Account number: 3774 814315 99619
Page: 1 of 6

### Summary of American Express Account activity

| | |
|---|---|
| Previous Balance | $2,928.10 |
| Payments | -$2,928.10 |
| Other credits/adjustments | $0.00 |
| Purchases | +$4,296.85 |
| Cash advances | $0.00 |
| Fees charged | $0.00 |
| Interest charged | $0.00 |
| Ⓢ **Total New Balance** | **$4,296.85** |
| Past due amount | $0.00 |
| Credit limit | $8,000.00 |
| Credit available | $3,703.00 |

### Payment Information

| | |
|---|---|
| **Total New Balance** | **$4,296.85** |
| **Minimum Payment Due** | **$140.00** |
| **Payment Due Date** | **Aug 12, 2011** |

**Late Payment Warning!** If we do not receive your minimum payment by the date listed above, you may have to pay a Late Payment Fee of up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this Statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 16 years | $10,503 |
| $170 | 3 years | $6,109 (Savings = $4,464) |

If you are experiencing financial difficulty and would like information about credit counseling or debt management services, you may call 1-877-337-8187.

---

### Macy's American Express Account transaction details

| Transaction Date | Posting Date | Description | Location | Amount |
|---|---|---|---|---|
| Jul 10 | Jul 10 | Payment Thank You | | -$2,928.10 |
| Jun 12 | Jun 13 | Exxonmobil | Miami | $74.59 |
| Jun 13 | Jun 13 | Winn-Dixie #0297 000000 | Miami | $34.85 |
| Jun 12 | Jun 13 | Cracker Barrel #545 Flori | Florida City | $31.00 |
| Jun 13 | Jun 14 | Sunpass Operations | 888-8655352 | $10.00 |

(continued on next page)

**Congratulations!
Rewards Certificate
enclosed.**

**★star REWARDS**

---

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, online at macys.com/mymacyscard, or by mail. **Payments received by 5:00 pm local time at the address shown on this Statement will be credited as of the date received.**

★**macy's**   Payment Slip
The creditor is Department Stores National Bank.

☐ New address or phone number?
Go to macys.com/mymacyscard or use the reverse side.



36 52 04671 76
MIRIAM CRUZ
7975 SW 17TH TER
MIAMI, FL 33155-1357

Account number: 3774 814315 99619

| Payment Due Date | Total New Balance | Minimum Payment Due |
|---|---|---|
| Aug 12, 2011 | $4,296.85 | $140.00 |

**Amount enclosed:**

$ ☐☐☐☐☐☐☐

PO BOX 183084
COLUMBUS, OH 43218-3084

03774814315999619970 0014000 0429685 0292810 2815

03/09/2016 23:15   3147388360

#WeightFlag,N#Feeder,1,

*Amex*
<u>before closing</u> May/June 2011

# Macy's American Express® Account statement

For the period ending May 12, 2011 · Days in billing cycle: 30
**Questions or lost/stolen card?** Call Customer Service 1-888-735-2111
Go to macys.com/mymacyscard to manage and pay your account online.

MIRIAM CRUZ
Account number: 3774 814315 99619
Page: 1 of 4

## Summary of American Express Account activity

| | |
|---|---|
| Previous Balance | $2,283.41 |
| Payments | -$2,283.41 |
| Other credits/adjustments | $0.00 |
| Purchases | +$2,495.36 |
| Cash advances | $0.00 |
| Fees charged | $0.00 |
| Interest charged | $0.00 |
| Ⓢ **Total New Balance** | **$2,495.36** |
| Past due amount | $0.00 |
| Credit limit | $8,000.00 |
| Credit available | $5,504.00 |

### Payment Information

| | |
|---|---|
| **Total New Balance** | **$2,495.36** |
| **Minimum Payment Due** | **$82.00** |
| **Payment Due Data** | **Jun 12, 2011** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a Late Payment Fee of up to $35.00.
**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this Statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 12 years | $6,786 |
| $99 | 3 years | $3,548 (Savings = $3,238) |

If you are experiencing financial difficulty and would like information about credit counseling or debt management services, you may call 1-877-337-8187.

---

## Macy's American Express Account transaction details

| Transaction Date | Posting Date | Description | Location | Amount |
|---|---|---|---|---|
| May 7 | May 7 | Payment Thank You | | -$2,283.41 |
| Apr 14 | Apr 15 | S&S Of Florida, LLC 00000 | Miami | $64.39 |
| Apr 15 | Apr 15 | Wholefds Wll 10195 000000 | Wellington | $44.64 |
| Apr 15 | Apr 16 | Wellington Bp 8850 | Wellington | $27.29 |
| Apr 15 | Apr 16 | Sunpass Operations | 888-8655352 | $10.00 |

(continued on next page)

### Congratulations!
### Rewards Certificate enclosed.

**star REWARDS**

Please tear off and return the slip with your payment. Be sure to write your account number on the front of your check and make your check payable to Macy's. You can pay at any Macy's store, online at macys.com/mymacyscard, or by mail. **Payments received by 5:00 pm local time at the address shown on this Statement will be credited as of the date received.**

★macys  Payment Slip
The creditor is Department Stores National Bank.

☐ New address or phone number?
Go to macys.com/mymacyscard or use the reverse side.

0652 99601 TAI
MIRIAM CRUZ
7975 SW 17TH TER
MIAMI, FL 33155-1351

Account number: 3774 814315 99619

| Payment Due Date | Total New Balance | Minimum Payment Due |
|---|---|---|
| Jun 12, 2011 | $2,495.36 | $82.00 |

**Amount enclosed:**
$ 

PO BOX 183084
COLUMBUS, OH 43218-3084

03774814315996197D 0008200 0249536 0228341 2810

314738586D     23:15     03/09/2016

*Amex*
*before closing*
*May/June 2011*




**Certificate**

Issue Date: June 12, 2011
EXPIRATION DATE: DECEMBER 11, 2011

**$25**

Twenty-five dollars and no/cents **V O I D**

Miriam Cruz

Rewards Certificate redeemable for Macy's
merchandise only. Cannot be applied to your account.

Customer signature

55417814793

7 100250 046247

---

**MIRIAM CRUZ**

Page 3 of 6

## Macy's American Express Account transaction details (continued)

| Transaction Date | Posting Date | Description | Location | Amount |
|---|---|---|---|---|
| May 18 | May 19 | St. George Comfort Inn 00 | St. George | $64.91 |
| May 20 | May 21 | Yankee Stadium Concession | Bronx | $67.00 |
| May 20 | May 21 | Lennys 23 0047 | New York | $12.15 |
| May 20 | May 21 | The Home Depot #6175 | New York | $9.79 |
| May 20 | May 21 | Yankee Stadium Concession | Bronx | $6.75 |
| May 21 | May 22 | Target T-2380 2380 | New York | $158.47 |
| May 21 | May 22 | Best Buy CO  1418 | New York | $34.43 |
| May 21 | May 22 | East River Plaza #600 600 | New York | $5.00 |
| May 22 | May 23 | Popeyes NJ-Tpk963502 $311 | Woodbridge | $13.76 |
| May 23 | May 23 | Web* | 800-932-4678 | $7.95 |
| May 23 | May 24 | Sleep Inn 000000000137638 | Roanoke Rapid | $81.89 |
| May 23 | May 24 | Zaxby'5 800000035091001 | Port Wentwort | $27.97 |
| May 24 | May 25 | Marathon Petroleum CO. 86 | Coral Gables | $73.80 |
| May 24 | May 25 | Marathon Petroleum CO. 86 | Coral Gables | $66.37 |
| May 24 | May 25 | Shell Oil 57543957500 | Miami | $43.74 |
| May 25 | May 26 | Sunpass Operations | 888-8655352 | $10.00 |
| May 27 | May 28 | Winn-Dixie  #0283 000000 | Miami | $66.69 |
| May 28 | May 28 | Chevron Csi-202550/0486- | Miami | $38.57 |
| May 28 | May 29 | Pollo Tropical #4 0036 | Miami | $13.90 |
| May 29 | May 30 | Winn-Dixie  #0283 000000 | Miami | $23.40 |
| May 30 | May 31 | S&S Of Florida, LLC 00000 | Miami | $50.00 |
| May 30 | May 31 | S&S Of Florida, LLC 00000 | Miami | $28.44 |
| May 30 | May 31 | Sunpass Operations | 888-8655352 | $10.00 |
| May 30 | May 31 | Sunpass Operations | 888-8655352 | $10.00 |
| Jun 1 | Jun 2 | Sunset Service Citgo 0003 | Miami | $75.00 |
| Jun 1 | Jun 2 | Sunset Service Citgo 0003 | Miami | $13.07 |
| Jun 3 | Jun 3 | International Opticians 0 | Miami | $80.00 |
| Jun 3 | Jun 3 | Flamingo Beuty Supply | Doral | $72.74 |
| Jun 2 | Jun 3 | Marathon Petroleum CO. 86 | Coral Gables | $66.49 |
| Jun 3 | Jun 4 | Comcast Cable Comm | 800-Comcast | $111.96 |
| Jun 3 | Jun 4 | Directv Service | 800-347-3288 | $89.78 |
| Jun 3 | Jun 4 | Winn-Dixie  #0283 000000 | Miami | $63.12 |
| Jun 5 | Jun 6 | Sunoco 0624716700 | Miami | $47.84 |
| Jun 7 | Jun 7 | Boost Prepaid | 888-440-9958 | $53.50 |
| Jun 6 | Jun 7 | Shell Rapid Lube | Miami | $46.33 |
| Jun 6 | Jun 7 | CVS 0591 00591 | Miami | $20.29 |
| Jun 6 | Jun 7 | Sunpass Operations | 888-8655352 | $10.00 |
| Jun 8 | Jun 9 | Shri Vallabh Keupa 000389 | Homestead | $78.69 |
| Jun 8 | Jun 9 | Winn-Dixie  #0297 000000 | Miami | $70.45 |
| Jun 8 | Jun 9 | Pollo Tropical #3 0062 | Miami | $4.16 |
| Jun 9 | Jun 10 | Marathon Petroleum CO. 86 | Coral Gables | $59.14 |
| Jun 9 | Jun 10 | Exxonmobil | Miami | $19.53 |
| Jun 10 | Jun 11 | Chevron Csi-051345/0446- | Delray Beach | $67.87 |
| Jun 10 | Jun 11 | Metropcs | 877-315-6074 | $52.00 |
| Jun 10 | Jun 11 | T-Mobile.Com Payment | 800-937-8997 | $50.00 |
| Jun 10 | Jun 11 | Sunpass Operations | 888-8655352 | $10.00 |
| Jun 11 | Jun 12 | Taco Bell #414041459 3640 | Miami | $28.88 |

---

Fees

TOTAL FEES FOR THIS PERIOD          $0.00

(continued on next page)

Account number: 3774 814315 99619

*Certificate*

$25

**Issue date:** May 12, 2011
**EXPIRATION DATE: NOVEMBER 11, 2011**

VOID

Twenty-five dollars and no/cents

Miriam Cruz

_____
Customer signature

Rewards Certificate redeemable for Macy's
merchandise only. Cannot be applied to your account.

55413925617

7 100250 058134

---

**MIRIAM CRUZ**                                                                                    Page 3 of 4

## Macy's American Express Account transaction details  (continued)

| Transaction Date | Posting Date | Description | Location | Amount |
|---|---|---|---|---|
| Apr 16 | Apr 17 | Publix #084 000000084 | Coral Gables | $115.12 |
| Apr 16 | Apr 17 | CVS 0591 00591 | Miami | $62.41 |
| Apr 16 | Apr 17 | Carvel Ice Cream | Miami | $25.99 |
| Apr 17 | Apr 18 | Chevron Csi-202650/0486- | Miami | $48.23 |
| Apr 17 | Apr 18 | Kfc 478005  8800S6 3860 | Miami | $27.81 |
| Apr 17 | Apr 18 | Sunpass Operations | 888-8655352 | $10.00 |
| Apr 18 | Apr 19 | Winn-Dixie  #0297 000000 | Miami | $78.76 |
| Apr 19 | Apr 20 | 390 Citgo 00038919136 | Homestead | $75.00 |
| Apr 19 | Apr 20 | Marathon Petroleum CO. 86 | Coral Gables | $65.35 |
| Apr 21 | Apr 22 | Miami Institute For Join | Miami | $50.00 |
| Apr 21 | Apr 22 | Sunpass Operations | 888-8655352 | $10.00 |
| Apr 23 | Apr 24 | Exxonmobil | Miami | $85.74 |
| Apr 23 | Apr 24 | Publix #084 000000084 | Coral Gables | $72.67 |
| Apr 24 | Apr 25 | Dsw Shoe Warehouse 29095 | Miami | $69.44 |
| Apr 25 | Apr 25 | Web* | 800-932-4678 | $7.95 |
| Apr 25 | Apr 26 | Exxonmobil | Miami | $72.98 |
| Apr 26 | Apr 27 | Marathon Petroleum CO. 86 | Coral Gables | $59.61 |
| Apr 28 | Apr 29 | S&S Of Florida, LLC 00000 | Miami | $50.00 |
| Apr 28 | Apr 29 | S&S Of Florida, LLC 00000 | Miami | $14.18 |
| May 1 | May 2 | Publix #084 000000084 | Coral Gables | $79.02 |
| May 3 | May 4 | Marathon Petroleum CO. 86 | Coral Gables | $68.47 |
| May 3 | May 4 | Sunpass Operations | 888-8655352 | $10.00 |
| May 4 | May 5 | Hotels.Com US | 800-219-4606 | $663.24 |
| May 4 | May 5 | Shell Oil 57543739908 | Miami | $80.00 |
| May 4 | May 5 | Family Dollar #8472 00000 | Miami | $8.03 |
| May 5 | May 6 | Partners In Radiology 058 | Miami | $50.00 |
| May 7 | May 7 | Boost Prepaid | 888-440-9958 | $53.50 |
| May 7 | May 8 | Navarro Discount Pharmac | Miami | $105.91 |
| May 7 | May 8 | Office Depot 002360 | Miami | $51.33 |
| May 7 | May 8 | S&S Of Florida, LLC 00000 | Miami | $50.00 |
| May 7 | May 8 | Publix #1151 000001151 | Miami | $46.67 |
| May 7 | May 8 | S&S Of Florida, LLC 00000 | Miami | $15.35 |
| May 10 | May 11 | Marathon Petroleum CO. 86 | Coral Gables | $66.28 |

### Fees

| | | |
|---|---|---|
| | TOTAL FEES FOR THIS PERIOD | $0.00 |

### Interest Charged

| | |
|---|---|
| Interest charge on purchases | $0.00 |
| Interest charge on cash adv | $0.00 |
| TOTAL INTEREST FOR THIS PERIOD | $0.00 |

| 2011 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2011 | $0.00 |
| Total interest charged in 2011 | $0.00 |

Go to macys.com/mymacyscard to view previous transactions and statements.

Account number: 8774 814315 99619



This photo was taken on June/2011





