## STANDARDS FOR REAL ESTATE TRANSACTIONS (CONTINUED)

447
448 and one gender shall include all. Notice and delivery given by or to the attorney or broker (including such broker's real
449 estate licensee) representing any party shall be as effective as if given by or to that party. All notices must be in
450 writing and may be made by mail, personal delivery or electronic (including "pdf") media. A legible facsimile or
451 electronic (including "pdf") copy of this Contract and any signatures hereon shall be considered for all purposes as an
452 original.
453 P. INTEGRATION; MODIFICATION: This Contract contains the full and complete understanding and agreement
454 of Buyer and Seller with respect to the transaction contemplated by this Contract and no prior agreements or
455 representations shall be binding upon Buyer or Seller unless included in this Contract. No modification to or change
456 in this Contract shall be valid or binding upon Buyer or Seller unless in writing and executed by the parties intended
457 to be bound by it.
458 Q. WAIVER: Failure of Buyer or Seller to insist on compliance with, or strict performance of, any provision of this
459 Contract, or to take advantage of any right under this Contract, shall not constitute a waiver of other provisions or
460 rights.
461 R. RIDERS; ADDENDA; TYPEWRITTEN OR HANDWRITTEN PROVISIONS: Riders, addenda, and typewritten
462 or handwritten provisions shall control all printed provisions of this Contract in conflict with them.
463 S. COLLECTION or COLLECTED: "COLLECTION" or "COLLECTED" means any checks tendered or received,
464 including Deposits, have become actually and finally collected and deposited in the account of Escrow Agent
465 or Closing Agent. Closing and disbursement of funds and delivery of Closing documents may be delayed by
466 Closing Agent until such amounts have been COLLECTED in Closing Agent's accounts.
467 T. LOAN COMMITMENT: "Loan Commitment" means a statement by the lender setting forth the terms and
468 conditions upon which the lender is willing to make a particular mortgage loan to a particular borrower.
469 U. APPLICABLE LAW AND VENUE: This Contract shall be construed in accordance with the laws of the State of
470 Florida and venue for resolution of all disputes, whether by mediation, arbitration or litigation, shall lie in the county in
471 which the Real Property is located.
472 X. BUYER WAIVER OF CLAIMS: *Buyer waives any claims against Seller and, to the extent permitted by*
473 *law, against any real estate licensee involved in the negotiation of this Contract, for any defects or other*
474 *damage that may exist at Closing of this Contract and be subsequently discovered by the Buyer or anyone*
475 *claiming by, through, under or against the Buyer.*

## ADDENDA AND ADDITIONAL TERMS

476
477 19. ADDENDA: The following additional terms are included in the attached addenda and incorporated into this
478 Contract (Check if applicable):

| | | | |
|---|---|---|---|
| [X] A. Condominium Assn. | [ ] L. RESERVED | [ ] R. Rezoning | [ ] Y. Seller's Attorney Approval |
| [ ] B. Homeowners' Assn. | [X] M. Defective Drywall | [ ] S. Lease Purchase/ Lease Option | [ ] Z. Buyer's Attorney Approval |
| [ ] C. Seller Financing | [ ] N. Coastal Construction Control Line | [ ] T. Pre-Closing Occupancy | [X] AA. Licensee-Personal Interest in Property |
| [ ] D. Mortgage Assumption | [ ] O. Insulation Disclosure | [ ] U. Post-Closing Occupancy | [ ] BB. Binding Arbitration |
| [ ] E. FHA/VA Financing | [ ] P. Pre-1978 Housing Statement (Lead Based Paint) | [ ] V. Sale of Buyer's Property | [ ] Other _____ |
| [ ] F. Appraisal Contingency | [ ] Q. Housing for Older Persons | [ ] W. Back-up Contract | |
| [X] G. Short Sale | | [ ] X. Kick-out Clause | |
| [ ] H. Homeowners' Insurance | | | |
| [ ] I. FIRPTA | | | |
| [ ] J. Interest-Bearing Acct. | | | |
| [ ] K. RESERVED | | | |

479 20. ADDITIONAL TERMS:
480
481
482
483
484
485
486
487
488
489
490
491
492
493

Buyer's Initials _____    Page 9 of 10    Seller's Initials KMM  FRM
FloridaRealtors/FloridaBar-ASIS-1   Rev. 6/10 © 2010 Florida Realtors and The Florida Bar. All rights reserved.