## SUPPLEMENTAL AFFIDAVIT OF ROSA HERNANDEZ

BEFORE ME, the undersigned authority, personally appeared Rosa Hernandez who after being first duly sworn deposes and says:

1. My name is Rosa Hernandez and I am the owner of Gold rose Realty.

2. I am a resident of Miami-Dade County, Florida, and I am over the age of 18.

3. I previously signed an affidavit attesting to being Jose Cruz's realtor for the property he purchased at 2519 SE 12th Court, #418, Homestead, FL 33035 (hereinafter the "Subject Property"), on March 21, 2011. This affidavit supplements the previous affidavit I prepared. *See* prior affidavit attached.

4. I prepared the Sales Contract for the Subject Property. At the time I was guided only by the information provided on the MLS report and that was the extent of my knowledge regarding the property.

5. In section 19 of the Sales Contract (Addenda and Additional Terms), I marked off the Defective Drywall entry. The only reason I did that was to inquire whether the Subject Property had defective drywall given the time frame of when the house was built. My inquiry was satisfactorily answered by the condominium disclosure statement and the verbal assurances of the listing realtor.

6. The seller never disclosed the Subject Property had defective drywall or provided an actual addendum disclosing defective drywall.

7. At all times material, I believed the property was free of defective drywall.

8. The foregoing is true and accurate to the best of my knowledge.

**FURTHER AFFIANT SAITH NAUGHT.**

STATE OF FLORIDA      )
COUNTY OF MIAMI-DADE )

*/s/ Rosa Hernandez*

BEFORE ME, the undersigned authority, personally appeared Rosa Hernandez who is personally known to me, or has produced a valid Florida Driver's License as identification and states that she has read the foregoing Affidavit and that the statements contained therein are true and correct to the best of her belief.

SWORN TO AND SUBSCRIBED before me on this 5th day of May, 2016.

AUGUSTO J. DE LUNA
Notary Public - State of Florida
Commission # FF 926852
My Comm. Expires Oct 13, 2019

Notary Public, State of Florida

Augusto J. De Luna
Print Name