## Condominium Disclosure Statement
FLORIDA ASSOCIATION OF REALTORS®

NAME: Leonardo Milanes
SELLER HAS ☐ HAS NOT ☒ OCCUPIED THE PROPERTY.
DATE SELLER PURCHASED PROPERTY? January, 2007
IS THE PROPERTY CURRENTLY LEASED? NO ☒ YES ☐ TERMINATION DATE OF LEASE: _____
DOES THE PROPERTY CURRENTLY HAVE HOMESTEAD EXEMPTION? NO ☒ YES ☐ YEAR _____
GENERAL INFORMATION ABOUT PROPERTY:
PROPERTY ADDRESS: 2519 SE 12 CT, Homestead, FL 33035
LEGAL DESCRIPTION: Shoma Homes Reyes Gate Condo Unit 418 BLDG 68 Under 1523 int in common Elements off Ret 23212 P-3147 Co# 25390-1870 0/2007-1

**NOTICE TO BUYER AND SELLER:**
In Florida, a Seller is obligated to disclose to a Buyer all known facts that materially affect the value of the property being sold and that are not readily observable. This disclosure statement is designed to assist Seller in complying with the disclosure requirements under Florida law and to assist the Buyer in evaluating the property being considered. This disclosure statement concerns the condition of the real property located at above address. It is not a warranty of any kind by the Seller or any Licensee in this transaction. It is not a substitute for any inspections or warranties the parties may wish to obtain. It is based only upon Seller's knowledge of the property condition. This disclosure is not intended to be a part of any contract for sale and purchase. All parties may refer to this information when they evaluate, market, or present Seller's property to prospective Buyers.

**The following representations are made by the Seller(s) and are not the representations of any real estate licensees.**

Chapter 718 of the Florida Statutes allows a Buyer to void a purchase and sale agreement by delivering written notice of the Buyer's intention to cancel within 3 days, excluding Saturdays, Sundays and legal holidays, after the date of execution of the agreement by the Buyer and receipt by Buyer of a current copy of the Declaration of Condominium, Articles of Incorporation, Bylaws and Rules of the Association, and a copy of the most recent year-end financial information and frequently asked questions and answers document if so requested in writing.

### A. THE UNIT

**1. CONDOMINIUM ASSOCIATION DOCUMENTS**
Are You Aware:
  a. of any proposed changes to any of the condominium documents? NO ☒ YES ☐
  b. of any resale restrictions? NO ☒ YES ☐
  c. of any restrictions on leasing the property? NO ☒ YES ☐
  d. if the condominium unit is subject to a master homeowner's association? NO ☐ YES ☒
  e. If any answer to questions 2a-2d is yes, please explain: _____

**2. CLAIMS & ASSESSMENTS**
  a. Are you aware of existing, pending, or proposed legal actions, claims, special assessments, municipal service taxing or benefit unit charges or unpaid assessments (including condominium assessment/association maintenance fees or proposed increases in assessments and/or maintenance fees) affecting the property? NO ☒ YES ☐
  If yes, explain: _____
  b. Have any local, state, or federal authorities notified you that repairs, alterations or corrections of the property are required? NO ☒ YES ☐ If yes, explain: _____

**3. OCCUPANCY AND OWNERSHIP INFORMATION**
  a. unit is ☐ owner occupied ☐ Non-rental second home ☐ long term lease which expires on _____
     ☐ short-term vacation rental program ☒ other VACANT
  b. does the unit currently qualify for homestead exemption? NO ☒ YES ☐
  c. unit ownership is evidenced by ☒ fee simple deed ☐ leasehold assignment

Buyer (____) (____) and Seller _____ (____) acknowledge receipt of a copy of this page, which is Page 1 of 6 Pages.
CD-1   04/07   © 2007   Florida Association of Realtors®   All Rights Reserved

### 4. MATERIAL ALTERATIONS TO UNIT:
   a. Are you aware of any material alterations to the inside of the unit? NO ☒ YES ☐
   b. Were the alterations made in violation of applicable building codes or without necessary permits? NO ☒ YES ☐
   If any answer to questions 4a or 4b is yes, please explain: _____

### 5. ENVIRONMENT:
   I. Was the property built before 1978? NO ☒ YES ☐
   II. Are You Aware:
      a. of any substances, materials, or products which may be an environmental hazard, such as, but not limited to, asbestos, urea formaldehyde, radon gas, mold, lead-based paint, fuel, propane or chemical storage tanks (active or abandoned), or contaminated soil or water in the unit? NO ☒ YES ☐
         i. of any damage to the structures located in the unit due to any of the substances, materials or products listed in subsection (a) above? NO ☒ YES ☐
         ii. of any clean up, repairs, or remediation of the unit due to any of the substances, materials or products listed in subsection (a) above? NO ☒ YES ☐
      b. of any condition or proposed change in the vicinity of the unit that does or will materially affect the value of the unit, such as, but not limited to, proposed development or proposed roadways? NO ☒ YES ☐
      If any answer to questions 5(II)a-b is yes, please explain: _____

### 6. FLOOD:
   Are You Aware:
      a. if any portion of the unit has been flooded by storm surge? NO ☒ YES ☐
      b. if the unit requires flood insurance? NO ☒ YES ☐
      If any answer to questions 6a-6b is yes, please explain: _____

### 7. TERMITES, DRY ROT, PESTS, WOOD DESTROYING ORGANISMS:
   a. Do you have any knowledge of termites, dry rot, pests or wood destroying organisms on or affecting any part of the unit or any structural damage to the unit by them? NO ☒ YES ☐ If yes, explain: _____
   b. Have you ever had the property inspected for termites, dry rot, pest or wood destroying organism? NO ☒ YES ☐ Date of inspection _____ If so, what was the outcome of the inspection? _____
   c. Has the unit been treated for termites, dry rot, pest or wood destroying organisms? NO ☒ YES ☐ Date and type of treatment _____, Company name: _____
   d. Do you have any termite contracts or termite bonds on the unit? NO ☒ YES ☐ If yes, are the bonds transferable? NO ☐ YES ☐

### 8. PLUMBING-RELATED ITEMS:
   a. What is your drinking water source? Public ☒ Private ☐ Well ☐ Other Source ☐
   b. Do you have a water conditioning/treatment system? NO ☒ YES ☐ If yes, type: _____
      Owned ☐ Leased ☐ What is the balance owed on the system? $ _____
   c. Do you have sewer ☒ septic ☐ system? If septic system describe the location of each system: _____
   d. Are you aware of any plumbing leaks since you have owned the unit? NO ☒ YES ☐ If yes, explain: _____

### 9. MAJOR APPLIANCES:
   Indicate existing equipment:
   Range ☒ Oven ☐ Microwave ☒ Dishwasher ☒ Garbage Disposal ☒ Trash Compactor ☐ Refrigerator ☒ Freezer ☐ Washer ☒ Dryer ☒
   Are any of these appliances leased? NO ☒ YES ☐ Are any of these gas appliances? NO ☐ YES ☐
   Is the water heater: owned ☒ leased ☐; is the water heater: electric ☒ gas ☐
   Are you aware of any problems with these appliances, including whether any of the appliances have leaked or overflowed, since you have owned the unit? NO ☒ YES ☐ If yes, explain:

Buyer (____) (____) and Seller _RM_ (____) acknowledge receipt of a copy of this page, which is Page 2 of 5 Pages.
CD-1   04/07   © 2007   Florida Association of REALTORS®   All Rights Reserved

## 10. ELECTRICAL SYSTEM:
Are You Aware:
a. of any damaged or malfunctioning switches, receptacles, or wiring? NO ☑ YES ☐
b. of any conditions that materially affect the value or operating capacity of the electrical system? NO ☑ YES ☐
If answers to questions 10a or 10b is yes, please explain: _____

## 11. HEATING AND AIR CONDITIONING:
Indicate existing equipment:
**Air conditioning/Heating:**
Central ☑ Window/Wall ☐ Number of units _____
Electric ☑ Fuel Oil ☐ Gas ☐ Other ☐
What year was the outside condensing unit placed in service: _____
What year was the inside air handler unit placed in service: _____
**Solar Heating:**
Owned ☐ Leased ☐
Wood-burning stove: NO ☑ YES ☐
Fireplace: NO ☑ YES ☐ Describe fireplace equipment: _____
Are you aware of any defects, malfunctioning or condensation problems regarding these items, since you have owned the unit? NO ☑ YES ☐ If yes, explain: _____

## 12. FIRE SPRINKLER:
Are You Aware:
a. if the unit or common elements have been retrofitted with a fire sprinkler or other engineered life safety system? NO ☑ YES ☐
If yes, is there a pending special assessment for retrofitting? NO ☐ YES ☐ How much? _____
If no, has there been a two-thirds vote of the unit owners to forego retrofitting? NO ☐ YES ☐

## 13. OTHER EQUIPMENT:
Indicate existing equipment:
Security System: NO ☑ YES ☐ Leased ☐ Owned ☐ Connected to Central Monitor ☐ Monthly Fee $ _____
Smoke Detectors: NO ☐ YES ☑ Number of smoke detectors? 7
Garage door openers? NO ☐ YES ☐, Number of transmitters? _____
Humidistat? NO ☑ YES ☐ Humidifier? NO ☐ YES ☐
Electric air filters? NO ☑ YES ☐
Vent fans? NO ☑ YES ☐
Paddle fans? NO ☑ YES ☐, Number of paddle fans? _____

## 14. MAINTENANCE CONTRACTS:
Are You Aware:
a. of any appliance or equipment maintenance/repair contracts? NO ☑ YES ☐ If yes, Date expire _____
Are they transferable? NO ☐ YES ☐

## B. LIMITED COMMON ELEMENTS

Are there any facilities outside the unit such as designated parking space(s), storage closets, boat slips, pool cabanas, garages, car ports etc. that are for your exclusive use? NO ☐ YES ☑ If yes, identify the facility and whether a separate deed or other legal document grants the exclusive right to use _2 parking spaces_

## C. COMMON ELEMENTS

### 1. INSURANCE:
Are You Aware:
a. if the association maintains full replacement value flood insurance on portions of the condominium property required to be insured by the Declaration of Condominium? NO ☑ YES ☐
b. if the association maintains full replacement value against named perils (fire, windstorm, wind-driven rain etc.) on portions of the condominium property required to be insured by the Declaration of Condominium? NO ☑ YES ☐
If any answer to questions 1a or 1b is yes, please explain: _____

Buyer (____) (____) and Seller (____) (____) acknowledge receipt of a copy of this page, which is Page 3 of 6 Pages.
CD-1   04/07   © 2007   Florida Association of REALTORS®   All Rights Reserved

## 2. STRUCTURE-RELATED ITEMS:
Are You Aware:
  a. of any structural damage to the condominium building or roof which may have resulted from events including, but not limited to, hurricane, fire, wind, flood, hail, landslide, or blasting, and which materially affect the value of the unit? NO ☒ YES ☐
  b. of any damage to the amenities and/or any other common element that materially affects the value of the unit? NO ☒ YES ☐
  c. of any improvements or additions to the common elements that have been constructed in violation of building codes or without necessary permits? NO ☒ YES ☐
  d. of any active permits on the common elements which have not been closed by a final inspection? NO ☒ YES ☐
  e. of any special assessments to correct any damage to the condominium building, roof or common elements? NO ☒ YES ☐
  If any answer to questions 2a-2e is yes, please explain: _____

## 3. ALTERATION/CONVEYANCE OF COMMON ELEMENTS:
Are you aware of any proposed plan to materially alter the common elements, expand the common elements, or convey any part of the common elements? NO ☒ YES ☐ If yes, please explain: _____

## D. COASTAL CONSTRUCTION CONTROL LINE

Are you aware if the condominium property ☐ is ☒ is not located partially or totally seaward of the coastal construction control line as defined in Chapter 161.053 of the Florida Statutes?

## E. FEES

1. **Condominium assessment fee:** $_____ due ☐ monthly ☐ quarterly
Check all items included in the condominium assessment/association fee: ☐ water and sewer ☐ electricity ☐ telephone ☐ high speed internet ☐ pest control ☐ basic TV cable ☐ appliance maintenance ☐ club membership ☐ leasehold or ground lease fee ☐ recreational lease fee ☐ reserves on limited common elements ☐ other

2. **Master association fee:** $ 111.76 due ☒ monthly ☐ quarterly ☐ N/A

3. **Common element use fee:** $ 106.44 due ☒ monthly ☐ quarterly ☐ N/A

4. **Limited common element use fee:** $_____ due ☐ monthly ☐ quarterly ☐ N/A
(in addition to fee in E1 above)

## F. OTHER MATTERS

Is there anything else that materially affects the value of the unit? NO ☒ YES ☐ If yes, explain: _____

### ACKNOWLEDGEMENT OF SELLER
The undersigned Seller represents that the information set forth in the above disclosure statement is accurate and complete to the best of the Seller's knowledge on the date signed below. Seller does not intend for this disclosure statement to be a warranty or guaranty of any kind. Seller hereby authorizes disclosure of the information contained in this disclosure statement to prospective Buyers of the property. Seller understands and agrees that Seller will notify the Buyer in writing within five business days after Seller becomes aware that any information set forth in this disclosure statement has become inaccurate or incorrect in any way during the term of the pending purchase by the Buyer.

Seller: _____ / Gerardo M Milanes _____ Date: 9/20/08
          (signature)                        (print)

Seller: _____ / _____ Date: _____
          (signature)                        (print)

Buyer (___) (___) and Seller (___) (___) acknowledge receipt of a copy of this page, which is Page 4 of 5 Pages.
CD-1   04/07   © 2007   Florida Association of REALTORS®   All Rights Reserved

**RECEIPT AND ACKNOWLEDGMENT OF BUYER –**

Seller is using this form to disclose Seller's knowledge of the condition of the real property and improvements located on the property as of the date signed by Seller. This disclosure form is not a warranty of any kind. The information contained in the disclosure is limited to information to which the seller has knowledge. It is not intended to be a substitute for any inspections or professional advice the Buyer may wish to obtain. An independent professional inspection is encouraged and may be helpful to verify the condition of the property and to determine the cost of repairs, if any. Buyer understands these representations are not made by any real estate licensee.

Buyer hereby acknowledges having received a copy of this disclosure statement.

Buyer: _____ / _____   Date: _____
               (signature)                                  (print)

Buyer: _____ / _____   Date: _____
               (signature)                                  (print)

Buyer (____) (____) and Seller (____) (____) acknowledge receipt of a copy of this page, which is Page 5 of 5 Pages.
OD-1   04/07   © 2007   Florida Association of REALTORS®   All Rights Reserved

## ADDENDUM TO CONTRACT FOR SALE AND PURCHASE

Buyer: **JOSE ANTONIO CRUZ, SR**

Sellers: **LEONARDO MILANES and ELVIA MILANES**

Property Address: **2519 SE 12 COURT, HOMESTEAD, FL 33035**

This Addendum is made part of the Contract for Sale and Purchase concerning the property referenced above. Buyer and Seller hereby further agree as follows:

1. In the event of any conflict between the terms and provisions of this Addendum and the Contract or any other Rider thereto, the terms and provisions contained in this Addendum shall control.

2. The parties have agreed to close this transaction within sixty (60) days from the issuance of the Short Sale Approval letter.

3. Facsimile copies of this Addendum to Contract, signed in counterpart, shall be considered, for all purposes, including delivery, as originals.

Seller: _____

Seller: _____

Buyer: _____/s/_____