# SELLER'S AFFIDAVIT

RE: DEFECTIVE AND/OR CORROSIVE CHINESE DRYWALL

SUBJECT PROPERTY: 2519 SE 12TH COURT, HOMESTEAD, FLORIDA, 33030

I, _Leonardo M. Milanes_, the seller of the property located at _2519 SE 12th CT, Homestead, FL 33035_ affirm and otherwise make it known that I did not have any knowledge of the presence of defective and/or corrosive Chinese drywall at the time of the sale to buyer _Jose A. Cruz Sr._

I also affirm and otherwise make it know that I did not, nor did any of my agents, partners or the like make any statements or representations to buyer that I and/or they, as the case may be, had any reasonable degree of certainty or suspicion of the presence of defective and/or corrosive Chinese drywall within or about the aforementioned property.

STATE OF FLORIDA
COUNTY OF _Miami-Dade_

Sworn to (or affirmed) and subscribed before me this _12th_ day of _May_, _2015_, by _Leonardo M. Milanes_.

_____
(Signature of Notary Public–State of Florida)

LOURDES DE LA HUERTA
Notary Public - State of Florida
My Comm. Expires Nov 15, 2018
Commission # FF 142887

(Print or Stamp of Notary Public–State of Florida)

Personally Known ✓ OR Produced Identification _____

Type of Identification Produced

## AFFIDAVIT OF ROSA HERNANDEZ

BEFORE ME, the undersigned authority, personally appeared Rosa Hernandez who after being first duly sworn deposes and says:

1. My name is Rosa Hernandez.
2. I am a resident of Miami-Dade County, Florida and am over the age of 18.
3. I am a licensed real estate broker in the State of Florida. My license number is BK 0605692.
4. I am the owner/broker of Gold Rose Realty, Inc. located at 20900 NE 30 Ave. Suite 735, Aventura, FL 33180.
5. Gold Rose Realty, Inc. was the Buyer's broker for Jose Cruz, Sr. in his purchase of 2519 SE 12 Court #418, Homestead, Florida 33035 (the "Subject Property").
6. Jose Cruz, Sr. entered into a contract to purchase the Subject Property on March 21, 2011 and closing on the Subject Property occurred on June 14, 2011.
7. The MLS listing for the Subject Property contained no references to Chinese Drywall whatsoever.
8. I have searched Gold Rose Realty, Inc.'s files on the Subject Property and they do not contain a Chinese Drywall Disclosure Statement.
9. I have no independent recollection of a Chinese Drywall Disclosure Statement regarding the Subject Property ever being provided by the Sellers.
10. I have no independent recollection of the Sellers, their Agent, or any other individual or entity disclosing or providing any other indication that the Subject Property contained or could possibly contain Chinese Drywall.
11. In the Condominium Disclosure Statement provided with the Contract for Sale, there is no indication that there were any issues in the unit and the Sellers explicitly indicate in the Condominium Disclosure Statement that they were unaware of any environmental hazards, problems with the appliances, the electrical system, or heating and air conditioning equipment.
12. Also, due to the year that the Subject Property was built and the fact that many homes built in Florida during the same time period contain defective Chinese Drywall, Jose Cruz, Sr. obtained a pre-purchase inspection which did not reveal the presence of Chinese Drywall in the property.
13. The foregoing is true and accurate to the best of my knowledge.

FURTHER AFFIANT SAITH NAUGHT.

_____
ROSA HERNANDEZ

STATE OF FLORIDA    )
COUNTY OF MIAMI-DADE    )

BEFORE ME, the undersigned authority, personally appeared Rosa Hernandez who is personally known to me, or has produced Florida's License as identification and states that she has read the foregoing Affidavit and that the statements contained therein are true and correct to the best of her belief.

SWORN TO AND SUBSCRIBED before me this 17 day of November, 2014.

_____
Notary Public, State of Florida

Samuel Rosa
Print Name

SAMUEL ROSA
Notary Public - State of Florida
My Comm. Expires May 8, 2017
Commission # FF 016327

My Commission expires:

May 8, 2017