MINUTE ENTRY
FALLON, J.
MAY 5, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED                 MDL NO. 2047
      DRYWALL PRODUCTS
      LIABILITY LITIGATION                        SECTION: L

THIS DOCUMENT RELATES TO:                   JUDGE FALLON
ALL CASES                                   MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Toni Tusa

Appearances:  David Durkee, Esq. for Claimants Nicole and Richard Dabalsa, Adelky Pena,
            Mirtha Arias,
            Hugh Lambert, Esq. for Claimants Patrick Dennis, Kathleen Dennis, Catina
            Donohoe, Tim Holleman
            Jacqueline Cucci, Pro Se Claimant
            Gary Fredericks for Elouise Fredericks, Pro Se Claimant
            Michael Ryan, Esq. for Claimants Evelyn Howard, Philomin Josephson, Laurel
            Ruggiano
            Salvadore Christina, Esq. for Claimants Elvin Sterling, Jr.,  Chris Ancira
            D. Adele Owen, Esq. for Claimant Nicole Waguespack
            Brandy Hamilton, Esq. for Claimant Wayne Clarke
            Kasie Braswell, Esq. for Claimant McBride Family Properties
            Patrick Montoya, Esq. for Claimants Prime Homes at Portofino Falls, Monica
            Ferguson, Henry and Naneth Perdomo
            Domenico Belitti, Pro Se Claimant
            Donald Reichert, Esq. for Claimant Hedy Duplessis
            Holly Werkema, Esq. for Claimant Meir Grenoune
            Victor Diaz, Esq. for Claimant 1100 Valencia
            Rene MarinoEsq, for Knauf Defendants
            Dan Balhoff, Esq., Special Master
            Jake Woody, Esq. for BrownGreer, Settlement Administrator

1. Appeal from Special Master Award regarding Bodily Injury Claim of Abigail Bourgeois
(20121)   (doc. 20131 - sealed medical records of Abigail Bourgeois)

2.  Appeal from Special Master Award regarding Bodily Injury Claim of Joseph Bourgeois
(20122)   (doc. 20132 - sealed medical records of Joseph Bourgeois)

3. Appeal from Special Master Award regarding Bodily Injury Claim of Ray Bourgeois  (20119)
(doc. 20129 - sealed medical records of Ray Bourgeois)

Drywall Hearing Minutes of May 5, 2016                                            Page 2

4. Appeal from Special Master Award regarding Bodily Injury Claim of Ray Bourgeois, III (20120)   (doc. 20130 - sealed medical records of Ray Bourgeois, III)

5. Appeal from Special Master Award regarding Bodily Injury Claim of Richard Bourgeois (20116)

6. Objection to Special Master's Bodily Injury Award and Request for Appeal by Jacqueline Cucci   (20108)

7. Motion for Reconsideration of Special Master's Opinion and Decree,  by Plaintiffs Nicole Dabalsa,  and Richard Dabalsa   (20098)

8. Objection to Special Master Decision by Patrick Dennis   (20104)

9. Objections to Special Master Final Determination re: Bodily Injury by Dailyn Martinez, Jaesiel and Luis Diaz   (20140)

10. Objection to Special Master Decision by Catina Donohoe   (20105)

11. Objection to the Special Master's Final Determination by Elouise Fredericks   (20185)

12.  Appeal from Special Master Award regarding Bodily Injury Claim by David Holder (20117)
(doc. 20127 - sealed medical records of David Holder)

13.  Appeal from Special Master Award regarding Bodily Injury Claim by Jill Holder  (20118)
(doc. 20128 - sealed medical records of Jill Holder)

14.  Objection to Special Master Decision by Tim Holleman   (20106)

15. Objection to Special Master's Final Determination of Bodily Injury Claim by Evelyn Howard (20113)

16. Objection to Special Master's Final Determination of Bodily Injury Claim by Philomin Josephson  (20112)

17. Objection to Special Master's Final Determination of Bodily Injury Claim by Laurel Ruggiano  (20111)

18. Objection to Special Master Decision by Elvin A. Sterling, Jr.   (20107)

19. Objection to Special Master's Award dated 2/12/16  by Jacques Waguespack and Nicole Waguespack   (20100)

20. Objection to Special Master's Determination Denying Claimant's Lost Rental Income & Remediation Income & Remediation Fund Benefits Claim by Wayne Clarke  (20114)

Drywall Hearing Minutes of May 5, 2016                                    Page 3

21. Objection to Special Master's Decision by Terrance DeMots  (20126)

22.  Objection to Special Master's Decision by Patrick and Kathleen Dennis  (20103)

23. Motion for Reconsideration of Special Master's Opinion and Decree by Tarek and Andrea Loutfy  (20123)

24.  Objection to Special Master's Final Determination of Lost Rent Claim by McBride Family Properties, LLC  (20133)

25. Motion for Reconsideration of Special Master's Opinion and Decree by Adelky Pena (20099)

26. Objection to the Special Master's Reconsideration Awards for Miscellaneous Claims (20134)
and Amended Objection to the Special Master's Reconsideration Awards for Miscellaneous Claims by Prime Homes at Portofino Falls, Ltd.  (20233)

27. Motion for Reconsideration of Special Master's Opinion and Decree by David and Jodi Ijac, d/b/a RMM Investments, LLC   (20124)

28. Objection to Special Master's Decision by Sam Sumner, Jr.  (20137)

29. Objection to Special Master's Decision by Julian and Jeri Thornton  (20125)

30. Motion for Reconsideration of Special Master's Award  by Mirtha Arias (20183)

31. Objection to Settlement by Domenico Bellitti  (20195)

32. Objection to Special Master's Determination Denying Foreclosure or Short Sale Claim by Wayne Clarke  (20184)

33. Objection to the Special Master's Reconsideration Awards for Foreclosure Claim  (20193) and Second Amended Objection to the Special Master's Reconsideration Award for Foreclosure Claim (20232)  by Monica Ferguson

34. Objection to the Special Master's Reconsideration Awards for Foreclosure Claim (20194) and Corrected Objection to the Special Master's Reconsideration Awards for Foreclosure Claim (20229) by Henry and Naneth Perdomo

35. Objection to the Special Master's Decision by Chris Ancira   (20136)

36. Objection to the Special Master's Decision by Wilfred and Hedy Duplessis (20139)

37.  Objection to Special Master's Determination regarding the Pre-Remediation Alternative Live Expense Claim by Meir Genoune  (20141)

Drywall Hearing Minutes of May 5, 2016                                    Page 4

38. Objection to the Special Master's Reconsideration Award for its Loss Rent Use or Sales Claim by 1100 Valencia, LLC  (20188)

39. Objection to the Special Master's Decision Regarding Lost Rent Claim by Terrence and Tonya DeMots  (20189)

40.  Objection to the Special Master's Decision Regarding Lost Rent Claim (20190) and Objection to the Special Master's Decision Regarding Lost Rent Claim by Paul Doering (20191)


The Court heard from the parties in the above noted filings and will take all matters under submission.



JS10:   2:25