

EXHIBIT A

Paul Taylor

| | |
|---|---|
| From: | Merino, Rene <rmerino@bakerdonelson.com> |
| Sent: | Thursday, March 17, 2016 1:38 PM |
| To: | Paul Taylor |
| Cc: | David McMullan; Katherine Barrett Riley |
| Subject: | RE: CDW - MDL 2047 - |

Hello Paul,

Please consider this email as satisfying the meet and confer requirement for your client's foreclosure claim to the Other Loss Fund.

Best Regards,

René

**René Merino**
Attorney

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Direct: 504.566.5237
Fax: 504-585-6937
E-mail: rmerino@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Georgia, Louisiana, Mississippi, Tennessee and Washington, D.C.

**Baker Donelson - One of FORTUNE Magazine's "100 Best Companies to Work For®" for Seven Years in a Row!**

---

**From:** Paul Taylor [mailto:PTaylor@barrettlawgroup.com]
**Sent:** Wednesday, March 16, 2016 4:33 PM
**To:** Merino, Rene
**Cc:** David McMullan; Katherine Barrett Riley
**Subject:** FW: CDW - MDL 2047 -

Rene, you assisted me earlier concerning a meet and confer meeting that was required for my claimant, Wayne Clarke, to pursue and file an Objection to a Special Master's Final Determination Award. I again have a need for the same action for the same claimant as we have now received a Special Master Final Determination Award of $8,223.37 for Claim ID 6799, Foreclosure claim type. Based on the settlement agreement, we again have 15 days to take action, accept or object/appeal directly to the Court.

Please let me know if we need to conduct the meet and confer on this one as we do plan to file an Objection to the Court.

Thanks – please call if clarification is required.

1

**From:** Merino, Rene [mailto:rmerino@bakerdonelson.com]
**Sent:** Friday, February 19, 2016 4:34 PM
**To:** Paul Taylor <PTaylor@barrettlawgroup.com>
**Cc:** David McMullan <DMcMullan@barrettlawgroup.com>; Katherine Barrett Riley <kbriley@barrettlawgroup.com>
**Subject:** Re: CDW - MDL 2047 -

Yes.

**René Merino**
Attorney

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Direct: 504.566.5237
Fax: 504-585-6937
E-mail: rmerino@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Georgia, Louisiana, Mississippi, Tennessee
and Washington, D.C.
Please consider the environment before printing this e-mail.

On Feb 19, 2016, at 4:33 PM, Paul Taylor <PTaylor@barrettlawgroup.com> wrote:

> Rene, does this satisfy the requirement of the meet and confer? Can the objection now be filed appealing this denial directly to the Court?
>
> Just wanted to clarify – thanks for your assistance.

**From:** Merino, Rene [mailto:rmerino@bakerdonelson.com]
**Sent:** Friday, February 19, 2016 4:30 PM
**To:** Paul Taylor <PTaylor@barrettlawgroup.com>
**Cc:** David McMullan <DMcMullan@barrettlawgroup.com>; Katherine Barrett Riley <kbriley@barrettlawgroup.com>
**Subject:** Re: CDW - MDL 2047 -

Confirmed. Thanks.

**René Merino**
Attorney

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Direct: 504.566.5237

Fax: 504-585-6937
E-mail: rmerino@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Georgia, Louisiana, Mississippi, Tennessee and Washington, D.C.
Please consider the environment before printing this e-mail.

On Feb 19, 2016, at 4:02 PM, Paul Taylor <PTaylor@barrettlawgroup.com> wrote:

> Rene, from our earlier phone conversation, this is to confirm our discussion regarding the meet and confer required for our Claimant, Wayne Clarke, ID 100055, to file an objection to the Final Special Master decision of $0.00 Award for Miscellaneous Claim, Claim ID 12175.
>
> You mentioned that this meet and confer could be done via email.
>
> Thanks for your assistance on this issue.
>
> Have a good weekend!
>
> From: Paul Taylor
> Sent: Friday, February 19, 2016 3:09 PM
> To: 'kimiller@bakerdonelson.com' <kimiller@bakerdonelson.com>
> Cc: David McMullan <DMcMullan@barrettlawgroup.com>; Katherine Barrett Riley <KBriley@barrettlawgroup.com>
> Subject: CDW - MDL 2047 -
>
> Mr. Miller, I am working with Dawn Barrios (PSC) and David McMullan (Don Barrett, PA/Barrett Law Group in regard to our CDW claimant, Wayne Clarke, Claimant ID 100055. This claimant has submitted two claims under the Knauf Remediation Resolution Program, both of which were appealed to the Special Master for further consideration. This week, we received notification that the Final Special Master decision was to award $0.0 for the Miscellaneous Claim, ID 12175. At this point, Claimant wants to appeal this decision directly to the Court but the Third Amended Settlement Agreement, Section 4.2.9, states that "decisions of the Special Master with respect to the Remediation Fund may be appealed by Settlement Class Counsel, the Knauf Defendants OR an affected Class Member within 15 days of service of the Special Master's decision by filing an objection with the Court, BUT ONLY after Settlement Class Counsel, the Knauf Defendants, and, if applicable, an affected Class Member's counsel meet and confer in an attempt to resolve such issue. Unless the Court orders otherwise, appeals will be based on the record and briefing before the Special Master without further evidentiary submissions, briefing or argument. Any Party, at its own expense, request that proceedings before the Special Master be transcribed. The Court's decision on any objection will be final, with no further appeals permitted.
>
> I left a voicemail earlier today attempting to explain issue.

David McMullan is inquiring as to whether or not this meet and confer could be by email/phone. If phone, he was wondering if it could be done on Friday, February 26th as he is to be out of town most of that week and our 15 day deadline for filing an objection is 2/29/16.

If possible, please give me a call to discuss further. Your assistance on this issue is much appreciated.

Paul Taylor
Don Barrett, P.A.
404 Court Square North
P.O. Box 927
Lexington, MS 39095
662.834.2488, ext.#214
662.834.2628 fax
ptaylor@barrettlawgroup.com

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.