

**EXHIBIT**
**B**

# Property Screening Report

## *1205 Magnolia St, Ocean Springs, MS 39564*

Screening Date:
November 11, 2010

Prepared for:
Wayne Clarke
(Lovelace Law Firm)

Report Number:
HHS-DW-1081

HHS Inspector:
Matt Bruno



Healthy
Home
Solutions,
LLC



**Healthy Home Solutions, LLC**

*You deserve a
Healthy Home*

November 12, 2010

Wayne Clarke
1205 Magnolia St
Ocean Springs, MS 39564

RE: Chinese Drywall Screening Report Number: HHS—DW—1081

Dear Mr. Clarke,

At your request, an inspection of the above property was performed on November 11, 2010. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer | Markings on drywall | Location in home |
|---------|---------------------|---------------------|------------------|
| 9 | Knauf Tianjin | "KNAUF TIANJIN...CHINA ASTM | Walls |
| n/a | Domestic (not changed after flood) | n/a | Ceilings |

At 2400 sf of floor space in this home, we estimate approximately 8640 sf of drywall in this home.

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC, CIE, CDWA
For Healthy Home Solutions, LLC

Enclosures

Clarke
HHS-DW-1081



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



Figure 1: Front elevation



Figure 2: KNAUF TIANJIN (KPT) in living room

Clarke
HHS-DW-1081

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 • Fax: (985) 649-0841
healthyhomesolutionsllc@gmail.com

3



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



**Figure 3: KPT date stamp found in dining room wall**



**Figure 4: KPT found in all walls**

Clarke
HHS-DW-1081



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit



**Figure 5: AC coil show heavy soot**



**Figure 6: Water heater supply lines showed heavy soot**

Clarke
HHS-DW-1081



## Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit



**Figure 7: Pitting appeared on light fixture in bathroom**



**Figure 8: Copper coolant line showed heavy soot**

Clarke
HHS-DW-1081

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •Fax: (985) 649-0841**
healthyhomesolutionsllc@gmail.com

6



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit



**Figure 9: Copper supply lines under bathroom sink showed mild soot**



**Figure 10: All outlets and switches showed soot on ground wire**

Clarke
HHS-DW-1081



## Healthy Home Solutions, LLC

*You deserve a*
*Healthy Home*

Photo Exhibit



**Figure 11: All outlets and switches showed soot and/or discoloration**



**Figure 12: Pitting was observed on plumbing fixtures in bathroom**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



**Figure 13: No pitting showed on door hinges**



**Figure 14: Solid state countertops, white appliances, crown on cabinets**

Clarke
HHS-DW-1081



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

## Photo Exhibit



**Figure 15: Oversized baseboards, tile flooring and ceiling fans**



**Figure 16:  Bull-nose edges on side nooks.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



**Figure 17: Custom blinds.**



**Figure 18: Some Haloing noticed on mirror.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



**Figure 19:  Shower surroundings may have to be removed to access drywall**



**Figure 20:  Fireplace and mantle may need to be removed to access drywall**



## Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit



**Figure 21: Some pitting appeared on water filter in kitchen**



**Figure 18:  Light fixtures and crown molding**

Clarke
HHS-DW-1081



**Healthy Home Solutions, LLC**

*You deserve a*
*Healthy Home*

# Case Narrative

## Information Summary (Obtained from Client):

### Building Info:
**Builder:** Colvin homes contractor **Drywall Supplier:** Bailey's lumber
**Year built:** Renovated after Katrina 2006
**Square Footage:** 2400   **Ceiling Height:** 8-10'
**Framing Material:** wood
**Number of HVAC units:** 1
**Number of Water Heaters:** 1

### Building/Renovation/Addition History (Drywall)
Renovated after Katrina 2006.

### Reason for Screening
Needed confirmation for litigation.

### Known issues include, but are not limited to:
Other CDW homes in neighborhood

### A/C age and repair history:
September 09 frozen coil thawed by HVAC contractor.

### Primary complaints related to the home include, but are not limited to:
Water heater copper shows heavy soot.

### Primary complaints related to personal property within the home include, but are not limited to:
None reported.

### Primary health complaints include, but are not limited to:
None reported, home vacant since March.



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

## Information Summary (Inspector's Observations):

### Odor associated with reactive drywall:

Though it has been reported that reactive drywall has a "rotten egg" odor, it is more often recognized as a "burnt match" or "fireworks" smell.

*Inspector detected odor typical of CDW upon arrival and while removing receptacle and switch covers during inspection.*

### Visual observations of the affects typically associated with Reactive Drywall (CDW):

Soot or "black deposits," as defined by Unified Engineering File No. 4050 commonly associated with reactive drywall are often observed on the ground wires, copper plumbing and/or the copper components of the HVAC system.

*Soot was observed on the exposed copper wires of all inspected receptacles. HVAC coils showed heavy soot. Water heater showed heavy discoloration on copper plumbing.*

### Label Identification:

The Multi-District Litigation #2047 has identified at least 30 different brand identifiers and published documents with corresponding numbers. As part of a visual inspection HHS, LLC's practice is to look for and if possible identify the brands that are found in a home.

*KNAUF TIANJIN was found in walls. Domestic brand found in ceiling.*

### Sample Collection:

Samples of the drywall may be collected during the inspection for many reasons. Locations for sample collection shall be marked clearly and a Chain of Custody is to be used for any transfer of the samples after collection.

*Samples of KNAUF TIANJIN taken during inspection and left in house.*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Conclusion

Based on our visual observations, personal experience and knowledge of the current state of the industry, Healthy Home Solutions, LLC is of the opinion that reactive drywall commonly known, as "Chinese Drywall" **is present** in the subject property. Below is an opinion summary of the areas in regards to the presence of reactive "Chinese Drywall."

- Walls: Reactive drywall is present
- Ceilings: Reactive drywall is not present

The above general summary is based on visual inspections and evidence gathered during inspection. It is not uncommon to have mixed brands containing both reactive and non-reactive drywall on the same wall. Furthermore, there have been cases of improper installation and mixing of 5/8" and 1/2" on ceilings. These conditions could effect some of the conclusions. Careful observation is recommended during remediation to document any and all brands contained in the house.

It is the intent of HHS to inform and empower the Client with enough knowledge to make a well-informed decision that is in the best interests of the Client. Towards that end, we recommend that you contact an attorney to discuss your legal rights, including potential claims against your builder, along with the installer, supplier and manufacturer of the drywall. In addition, we recommend that you consult an attorney before you notify your homeowner's insurance carrier.



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# What you can do today:

Three primary items to consider for immediate action are:

1) Apply for Mortgage forbearance (if applicable)

2) Inquire with your local Assessor's office about a property tax reduction

3) Secure legal representation in order to have a claim filed into one of the MDL 2047 omnibus complaints. It is critical to understand the implications associated with these and we recommend contacting an attorney for more details.

4) Document expenses and save all receipts associated with the discovery and subsequent actions related to the reactive drywall in your home.

5) **<u>Do not</u>** begin demolition on the drywall in your home prior to being advised by an attorney or an environmental professional educated on reactive drywall. It may be necessary to preserve evidence of your loss in a specific fashion.

6) If you choose to move, be careful not to take drywall dust with you. Clean all personal property before removing it from the premises.

7) File a complaint with the Consumer Product Safety Commission (CPSC)


       If further information should become available concerning or relevant to the conclusions drawn herein, HHS reserves the right to review and amend this report, if appropriate.



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# For More Information

Websites:

Consumer Product Safety Commission
http://www.cpsc.gov/info/drywall/index.html

Multi District Litigation # 2047
http://www.laed.uscourts.gov/drywall/drywall.htm

Chinese Drywall Blog
http://chinesedrywall.com/

Florida Department of Health
http://www.doh.state.fl.us/Environment/community/indoor-air/drywall.html

Louisiana Drywall Complaints
http://www.dhh.state.la.us/offices/page.asp?id=205&detail=8921

Remediation Protocols
http://besinstitute.com/
http://www.chinesedrywallprotocol.org/

Temporary Solutions (pre-remediation mitigation)
http://www.nanoscalecorp.com/content.php/chemdecon/c3d/
http://www.risssystem.com/
http://www.airpura.com/drywall.html
http://odorox.com/distributors/odoroxfl

National Construction Warranty for CDW
http://nationalcdw.com/

IRS
http://www.irs.gov/newsroom/article/0,,id=228402,00.html

---

Disclaimer:

Healthy Home Solutions, LLC does not represent or endorse any of the above products, information or individuals. These are strictly provided as a courtesy with no intended or implied recommendation from HHS.

---



Drywall and Corrosion Summary by Room

| Room | Wall | Corrosive? | Floor Covering | Description (MDL# - Manufacturer - Markings or Receptacle location) |
|---|---|---|---|---|
| Master Bed | MB | A | | C | Corrosion present - KPT lettering on WALL-A |
| | MB | B | | C | Corrosion present |
| Bath | MB | B | | T | Corrosion present |
| Bath | MB | C | | T | Corrosion present - KPT paper match |
| Bed 2 | B2 | B | | C | Corrosion present - KPT lettering found |
| | B2 | C | | C | Corrosion present |
| Living Room | LR | B | | T | Corrosion Present- KPT lettering found |
| | LR | D | | T | Corrosion Present |
| Dining Room | DR | B | | T | Corrosion Present- KPT lettering found |
| | DR | D | | T | Corrosion Present |
| Kitchen | K | B | | T | Corrosion Present- KPT lettering found |
| | K | D | | T | Corrosion Present |
| Dining Room | DR | B | | T | Corrosion Present- KPT lettering found |
| | DR | D | | T | Corrosion Present |
| Laundry | L | C | | T | Corrosion Present |
| | L | D | | T | Corrosion Present |
| Attic | Gar | 1 | | | |
| | Int | B | | C | KPT lettering found, corrosion present |
| Foyer | F | A | | T | Corrosion present |
| | | B | | T | Corrosion present- KPT lettering match |
| Bed 3 | B3 | B | | T | Corrosion present |
| | | D | | T | Corrosion present |
| | | A | | T | KPT paper match |
| Bath 2 | B2 | D | | T | Corrosion present |
| | | D | | T | Corrosion present |
| Garage | G | | | C | |

Client :Wayne Clarke   Date: 11/11/10



2 GulfPort

WAYNE CLARKE
1205 MAGNOLIA ST
OCEAN SPRINGS, MS.
39564

3/6/10

GARAGE

2-10"x10'
Samples Remove
EAST WALL
Found
KPT LeHering

FRT PORCH

KIT        DIN        BED

VTIL.

BATH

MST
BATH      MST
BED       LIV        BED

REAR
PORCH

D. FANE Sr.

$8^2 \cdot 50^d$
$78 \times 50$

Mst Bath - KPT paper match
Mst bdrm - KPT lettering Found
Bedrm 3 - KPT paper match
Foyer - Kpt paper match
Living Room - Kpt lettering found
Dining Room - KPT Lettering found
Kitchen - Kpt lettering Found
L



HHS-DW-1081 Clarke - 001



HHS-DW-1081 Clarke - 002



HHS-DW-1081 Clarke - 003



HHS-DW-1081 Clarke - 004



HHS-DW-1081 Clarke - 005



HHS-DW-1081 Clarke - 006



HHS-DW-1081 Clarke - 007



HHS-DW-1081 Clarke - 008



HHS-DW-1081 Clarke - 009



HHS-DW-1081 Clarke - 010



HHS-DW-1081 Clarke - 011



HHS-DW-1081 Clarke - 012





HHS-DW-1081 Clarke - 013

HHS-DW-1081 Clarke - 014

HHS-DW-1081 Clarke - 015





HHS-DW-1081 Clarke - 016

HHS-DW-1081 Clarke - 017

HHS-DW-1081 Clarke - 018





HHS-DW-1081 Clarke - 019

HHS-DW-1081 Clarke - 020

HHS-DW-1081 Clarke - 021





HHS-DW-1081 Clarke - 022

HHS-DW-1081 Clarke - 023

HHS-DW-1081 Clarke - 024





HHS-DW-1081 Clarke - 025          HHS-DW-1081 Clarke - 026          HHS-DW-1081 Clarke - 027






HHS-DW-1081 Clarke - 028          HHS-DW-1081 Clarke - 029          HHS-DW-1081 Clarke - 030





HHS-DW-1081 Clarke - 031          HHS-DW-1081 Clarke - 032          HHS-DW-1081 Clarke - 033





HHS-DW-1081 Clarke - 034          HHS-DW-1081 Clarke - 035          HHS-DW-1081 Clarke - 036





HHS-DW-1081 Clarke - 037          HHS-DW-1081 Clarke - 038          HHS-DW-1081 Clarke - 039





HHS-DW-1081 Clarke - 040          HHS-DW-1081 Clarke - 041          HHS-DW-1081 Clarke - 042





HHS-DW-1081 Clarke - 043          HHS-DW-1081 Clarke - 044          HHS-DW-1081 Clarke - 045





HHS-DW-1081 Clarke - 046          HHS-DW-1081 Clarke - 047          HHS-DW-1081 Clarke - 048



HHS-DW-1081 Clarke - 049



HHS-DW-1081 Clarke - 050



HHS-DW-1081 Clarke - 051



HHS-DW-1081 Clarke - 052



HHS-DW-1081 Clarke - 053



HHS-DW-1081 Clarke - 054



HHS-DW-1081 Clarke - 055



HHS-DW-1081 Clarke - 056



HHS-DW-1081 Clarke - 057



HHS-DW-1081 Clarke - 058



HHS-DW-1081 Clarke - 059



HHS-DW-1081 Clarke - 060





HHS-DW-1081 Clarke - 061          HHS-DW-1081 Clarke - 062          HHS-DW-1081 Clarke - 063





HHS-DW-1081 Clarke - 064          HHS-DW-1081 Clarke - 065          HHS-DW-1081 Clarke - 066





HHS-DW-1081 Clarke - 067          HHS-DW-1081 Clarke - 068          HHS-DW-1081 Clarke - 069





HHS-DW-1081 Clarke - 070          HHS-DW-1081 Clarke - 071          HHS-DW-1081 Clarke - 072





HHS-DW-1081 Clarke - 073        HHS-DW-1081 Clarke - 074        HHS-DW-1081 Clarke - 075





HHS-DW-1081 Clarke - 076        HHS-DW-1081 Clarke - 077        HHS-DW-1081 Clarke - 078





HHS-DW-1081 Clarke - 079        HHS-DW-1081 Clarke - 080        HHS-DW-1081 Clarke - 081






HHS-DW-1081 Clarke - 082        HHS-DW-1081 Clarke - 083        HHS-DW-1081 Clarke - 084



HHS-DW-1081 Clarke - 085



HHS-DW-1081 Clarke - 086



HHS-DW-1081 Clarke - 087



HHS-DW-1081 Clarke - 088



HHS-DW-1081 Clarke - 089



HHS-DW-1081 Clarke - 090



HHS-DW-1081 Clarke - 091



HHS-DW-1081 Clarke - 092



HHS-DW-1081 Clarke - 093



HHS-DW-1081 Clarke - 094

HHS-DW-1081 Clarke - 095

HHS-DW-1081 Clarke - 096



HHS-DW-1081 Clarke - 097



HHS-DW-1081 Clarke - 098



HHS-DW-1081 Clarke - 099



HHS-DW-1081 Clarke - 100



HHS-DW-1081 Clarke - 101



HHS-DW-1081 Clarke - 102




HHS-DW-1081 Clarke - 103



HHS-DW-1081 Clarke - 104



HHS-DW-1081 Clarke - 105



HHS-DW-1081 Clarke - 106



HHS-DW-1081 Clarke - 107



HHS-DW-1081 Clarke - 108





HHS-DW-1081 Clarke - 109

HHS-DW-1081 Clarke - 110

HHS-DW-1081 Clarke - 111







HHS-DW-1081 Clarke - 112

HHS-DW-1081 Clarke - 113

HHS-DW-1081 Clarke - 114







HHS-DW-1081 Clarke - 115

HHS-DW-1081 Clarke - 116

HHS-DW-1081 Clarke - 117





HHS-DW-1081 Clarke - 118

HHS-DW-1081 Clarke - 119

HHS-DW-1081 Clarke - 120



HHS-DW-1081 Clarke - 121



HHS-DW-1081 Clarke - 122



HHS-DW-1081 Clarke - 123



HHS-DW-1081 Clarke - 124



HHS-DW-1081 Clarke - 125



HHS-DW-1081 Clarke - 126



HHS-DW-1081 Clarke - 127



HHS-DW-1081 Clarke - 128



HHS-DW-1081 Clarke - 129



HHS-DW-1081 Clarke - 130



HHS-DW-1081 Clarke - 131



HHS-DW-1081 Clarke - 132





HHS-DW-1081 Clarke - 133          HHS-DW-1081 Clarke - 134          HHS-DW-1081 Clarke - 135





HHS-DW-1081 Clarke - 136          HHS-DW-1081 Clarke - 137          HHS-DW-1081 Clarke - 138





HHS-DW-1081 Clarke - 139          HHS-DW-1081 Clarke - 140          HHS-DW-1081 Clarke - 141





HHS-DW-1081 Clarke - 142          HHS-DW-1081 Clarke - 143          HHS-DW-1081 Clarke - 144



HHS-DW-1081 Clarke - 145



HHS-DW-1081 Clarke - 146



HHS-DW-1081 Clarke - 147



HHS-DW-1081 Clarke - 148



HHS-DW-1081 Clarke - 149



HHS-DW-1081 Clarke - 150



HHS-DW-1081 Clarke - 151



HHS-DW-1081 Clarke - 152



HHS-DW-1081 Clarke - 153



HHS-DW-1081 Clarke - 154



HHS-DW-1081 Clarke - 155



HHS-DW-1081 Clarke - 156



HHS-DW-1081 Clarke - 157