
EXHIBIT C

Documentation references in support of Plaintiff Claims – Wayne Clarke, Claimant #100055

| Document ID | Description |
| --- | --- |
| 14589 | Plaintiff Profile Form |
| 14590 | Inspection Report – Healthy Home Solutions, LLC |
| 14595 | Proof of Ownership (Mortgage Receipts) |
| 14596 | History of Property |
| 13852 | Inspection Report – David Favre |
| 13837 | Inspection Report – David Favre |
| 13631 | Proof of Home Purchase |
| 18639 | Rental/Lease Agreements |
| 38669 | SBA Loan |
| 138706 | Tax Assessment Values |
| 140065 | Property History |
| 140069 | Clarke-Affidavit |
| 140263 | Foreclosure Documents |
| 140357 | Knauf Remediation Program Hardship Request |
| 140414 | Square Footage Information |
| 168344 | Cover Letter-Miscellaneous-Remediation Fund Benefits |
| 168349 | Cover Letter-Lost Rental Income |
| 168365 | Table-Benefits under Class Settlement |
| 290627 | Proof of Purchase Price/Appraised Value at Purchase |
| 290830 | Attempts to sell or rent Property |
| 290904 | Mortgage Pay Documents |
| 290177 | Expert Report |
| 291078 | SBA Loan Documents |
| 314803 | Other Loss Eligibility Notice |
| 319192 | Explanation of Damages |
| 333399 | Other Loss Eligibility Notice |
| 335566 | Request for Special Master Award |
| 340786 | Correspondence-Foreclosure |
| 340863 | Correspondence-SM Reconsideration Request-Foreclosure |
| 340864 | Correspondence-SM Reconsideration Request-Lost Rental |
| 340892 | Special Master Award-Request for Reconsideration |
| 340893 | Special Master Award-Request for Reconsideration |
| 341857 | Mortgage Payment – Payment Summary |
| 341858 | Proof of KPT Drywall – Stipend Reimbursement |