**From:** Katie Sanderson <ksanderson@browngreer.com>
**Sent:** Monday, August 31, 2015 4:14 PM
**To:** Paul Taylor; CDWQuestions
**Cc:** David McMullan; Katherine Barrett Riley
**Subject:** RE: Chinese Drywall Inspection Cost Reimbursement



Hi Paul,

I hope you are well. I am sorry for the delay in responding to you on this. We've spent a lot of time reviewing the stipend spreadsheet and are just starting to send them back. We agree with your dispute, that Wayne Clarke had a KPT property and therefore the $1,000 stipend is appropriate. We will send a formal email in a minute, I just wanted to reach out to you personally to explain in advance and also to apologize for the delay!

Best,
Katie

---

**From:** Paul Taylor [mailto:PTaylor@barrettlawgroup.com]
**Sent:** Friday, July 10, 2015 3:05 PM
**To:** CDWQuestions
**Cc:** David McMullan; Katherine Barrett Riley
**Subject:** RE: Chinese Drywall Inspection Cost Reimbursement

Attached is an updated spreadsheet reflecting a requested review and change on Wayne Clarke, ID 100055, for a reimbursement of $1,000 for KPT versus the current $150 for Non-KPT based on referenced inspection reports. In the end, are these reimbursements to be made to the appropriate law firms?

All other appears to be correct. If more information is needed, please let me know.

---

**From:** CDWQuestions [mailto:CDWQuestions@browngreer.com]
**Sent:** Friday, July 10, 2015 12:53 PM
**To:** Paul Taylor
**Subject:** Chinese Drywall Inspection Cost Reimbursement

On December 17, 2014, the Court issued an Order granting the Fee Committee's inspection costs and hold back motion pursuant to Pre-Trial Order No. 28(E) and accepted the recommendation of the Fee Committee that a reasonable stipend of $1,000.00 per property for those properties where KPT Chinese Drywall is present, including homes with mixed board that includes KPT Chinese Drywall. The Court further accepted the Fee Committee's recommendation that for those properties with non-KPT Chinese Drywall only, a reasonable stipend should be $150.00 per property [see Rec. Doc. 18215]. The stipend payment applies to eligible Chinese Drywall properties that are in the MDL Settlements. The stipend payments are to be paid from the Chinese Drywall Settlement Attorney Fee Fund, upon orders issued by the Court.

We, the Settlement Administrator, have reviewed the Chinese Drywall Settlement Program database and have attached a spreadsheet listing properties that we believe are represented by your firm which reflect what we believe are all of the properties on file with the Chinese Drywall Settlement Program for your firm. For each property, we have indicated whether the property is eligible for a stipend payment, and if so, the amount of the stipend available for each property. Please review this list carefully to confirm the accuracy.

If your firm believes that the attached list contains any errors, or if a property has been omitted or wrongly identified on the list, please notify us of any discrepancies. For instance:

1