UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 <br> SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Block, III, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. Case No. 11-1363 | ) ) ) ) ) | MAG. JUDGE WILKINSON |

**<u>VERIFIED MOTION TO VACATE ORDER EXTINGUISHING CLAIM [DOC. 20219] AND TO EXTEND TIME TO SUBMIT AFFIDAVITS IN SUPPORT OF CLAIM FOR CLAIMANT VILLAS AT OAK HAMMOCK, LLC</u>**

Plaintiff Villas at Oak Hammock, LLC ("Villas"), by and through undersigned counsel, hereby files its Verified Motion to Vacate Order Extinguishing Claim [Doc. 20219] and to Extend Time to Submit Affidavits in Support of Claim. Undersigned Counsel moves that the Court invoke its equitable powers to vacate its Order to Extinguish Plaintiff's claim and permit the Plaintiff an Extension of Time to cure any deficiencies with its claim and/or invoke Mediation of the claim under the terms of the Settlement Agreement.

WHEREFORE, for the above reasons, Claimant respectfully requests this Honorable Court to grant Plaintiffs' Verified Motion to Vacate Order Extinguishing Claim and to Extend Time to Submit Affidavits in Support of Claim and to enter an order permitting Claimant to cure any deficiencies with its claim and/or invoke Mediation of the claim under the terms of the Settlement Agreement.

Respectfully Submitted,

<u>/s/ Patrick S. Montoya</u>

        PATRICK S. MONTOYA, ESQ. (#524441)
        COLSON HICKS EIDSON
        COLSON MATTHEWS MARTINEZ
        GONZALEZ KALBAC & KANE
        255 Alhambra Circle, Penthouse
        Coral Gables, FL 33134
        Phone: (305) 476-7400
        Fax:    (305) 476-7444
        *Counsel for Claimant*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF V MOTION TO VACATE ORDER EXTINGUISHING CLAIM AND TO EXTEND TIME TO SUBMIT AFFIDAVITS IN SUPPORT OF CLAIM has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of May, 2014.

        /s/ Patrick S. Montoya