## Rico, Natalie

**From:** Rico, Natalie
**Sent:** Thursday, March 24, 2016 5:05 PM
**To:** 'Dysart, Danny'; Montoya, Patrick
**Cc:** Ferrer, Becky
**Subject:** RE: Villa at Oaks Hammock - 14 - Deficient ARH Claim

---

Some files have been sent to you via **Hightail** - the best way to send, share, and store your files. Try it now.

**Download the file** - Remediation & Before Photos; 1146R-Chinese drywall remediation 100 .pdf; change order ele+plumb.pdf; letter next door units 9.19.11.pdf; 5341, 5343 & 5365 color.pdf; 001146- CHINESE REMEDIATION PROPOSALSouth Winds.pdf; 1146R-Chinese drywall remediation half.pdf

Your files will expire after 14 days.

---

Danny,

Attached please find the following attachments in response to your request:

1. Invoice from South Winds Construction Corp. dated 1/22/2010
2. Invoice from South Winds Construction Corp. dated 12/6/2010
3. Change Order from South Winds Construction Corp. dated 2/5/2011
4. Letter from Zimmer Construction Consultants, P.A. dated September 19, 2011
5. Dynatech Engineering Corp. Report dated June 5, 2010
6. South Winds Construction, Corp. Remediation Proposal dated 12/1/2010

Please review the attached and advise if you require any further information so that we may cure any deficiencies by the end of the week.

Very truly yours,

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com


**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
**Sent:** Thursday, March 24, 2016 1:57 PM
**To:** Montoya, Patrick <patrick@colson.com>; Rico, Natalie <natalie@colson.com>
**Subject:** Villa at Oaks Hammock - 14 - Deficient ARH Claim

Patrick and Natalie,


EXHIBIT A

This claim remains deficient and will be included on the motion to extinguish for the next status conference unless cured by the end of next week.

We are missing proof of payment, before photos, after photos, demolition photos, and sufficient KPT evidence/photos.

If you have any questions on these items or would like to discuss further, please let me know.

Thanks,


**Danny Dysart**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA, 70170

Phone: 504.566.5206
Fax: 504.696.3906
ddysart@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Mississippi, Tennessee,
Texas and Washington, D.C.

**Baker Donelson - One of FORTUNE Magazine's "100 Best Companies to Work For" for Six Years in a Row**

---

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.