# Rico, Natalie

**From:** Rico, Natalie
**Sent:** Monday, March 28, 2016 10:15 AM
**To:** 'Dysart, Danny'; Montoya, Patrick
**Cc:** Ferrer, Becky
**Subject:** RE: Onstott ARH claim - FRE 408 Confidential Settlement Communication

Danny,

Did you receive the materials we sent for the Villas ARH claim? Please advise if they were sufficient to address the deficiencies. If you require any further documentation, please let us know so that we may obtain it and provide it right away. We would like to avoid Claimant's inclusion in a Motion to Extinguish. Thank you.

Very truly yours,

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com


**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
**Sent:** Monday, March 28, 2016 10:08 AM
**To:** Montoya, Patrick <patrick@colson.com>; Rico, Natalie <natalie@colson.com>
**Subject:** RE: Onstott ARH claim - FRE 408 Confidential Settlement Communication

That works

> **From:** Montoya, Patrick [mailto:patrick@colson.com]
> **Sent:** Saturday, March 26, 2016 1:06 PM
> **To:** Dysart, Danny; Rico, Natalie
> **Subject:** RE: Onstott ARH claim - FRE 408 Confidential Settlement Communication
>
> Tuesday at 11 EDT?
>
> Patrick S. Montoya
> Partner
> Colson Hicks Eidson
> 255 Alhambra Circle, Penthouse
> Coral Gables, FL 33134
> Office: 305.476.7400
> Fax:    305.476.7444
> email: Patrick@colson.com
>
> > **From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
> > **Sent:** Thursday, March 24, 2016 1:37 PM


EXHIBIT B

1

**To:** Montoya, Patrick; Rico, Natalie
**Subject:** RE: Onstott ARH claim - FRE 408 Confidential Settlement Communication

Patrick,

Please let me know a time next week you would like to discuss the Onstott offer.

Thanks,
Danny

---

**From:** Montoya, Patrick [mailto:patrick@colson.com]
**Sent:** Wednesday, March 16, 2016 6:45 PM
**To:** Dysart, Danny; Rico, Natalie
**Subject:** RE: Onstott ARH claim - FRE 408 Confidential Settlement Communication

Thank you Danny, we will convey it to the client.

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office:  305.476.7400
Fax:     305.476.7444
email:  Patrick@colson.com

---

**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
**Sent:** Wednesday, March 16, 2016 3:59 PM
**To:** Montoya, Patrick; Rico, Natalie
**Subject:** Onstott ARH claim - FRE 408 Confidential Settlement Communication

*FRE 408 Confidential Settlement Communication*

Patrick

Knauf has reviewed the additional materials that you provided related to the Onstott claim. After a review of the materials, and subject to execution of a final settlement, release, and indemnification agreement, Knauf hereby offers ~~[redacted]~~ (the "settlement amount") to fully settle the claims related to this property. This settlement amount is in consideration of the entirety of the documentation submitted, the claimed amounts, and the settlement agreement provisions. Most importantly, it is in consideration of our continued belief that the property was purchased by Onstott with prior knowledge of Chinese Drywall.

**The offer shall remain valid for seven (7) days and will be withdrawn thereafter**. The settlement amount offered is specified in and fully subject to the release and other applicable provisions in the Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL 2047 (Doc. No. 16407-3).

Please advise as to your clients' acceptance of this offer.

**Danny Dysart**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

201 St. Charles Avenue
Suite 3600
New Orleans, LA, 70170

Phone: 504.566.5206
Fax: 504.696.3906
ddysart@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Mississippi, Tennessee,
Texas and Washington, D.C.

**Baker Donelson - One of FORTUNE Magazine's "100 Best Companies to Work For" for Six Years in a Row**

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.