**EXHIBIT D**

**AFFIDAVIT OF EXCUSABLE NEGLECT**

1. My name Patrick S. Montoya. I have personal knowledge of what I attest to herein.

2. Affiant has been working diligently with Knauf to resolve Colson Hicks Eidson's final Already Remediated Homes claim.

3. Colson Hicks Eidson has consistently been in contact with Knauf's counsel in an effort to provide any documentation that Knauf deems necessary to finalize the claim.

4. On Thursday, March 24, 2016, Knauf advised Colson Hicks that Plaintiff's claim was deficient and that it would be included on the next Motion to Extinguish if the deficiencies were not cured.

5. On March 24, 2016, in response to Knauf's e-mail and in an effort to cure all deficiencies and avoid inclusion on a Motion to Extinguish, Colson Hicks provided the requested materials to Knauf.

6. On Monday, March 28, 2016, Affiant wrote to Knauf to confirm that it had received the materials provided and that those materials were sufficient to cure any outstanding deficiencies.

7. Knauf responded identifying additional alleged deficiencies.

8. Affiant then began efforts to obtain materials, including affidavits from inspectors and contractors, to satisfy the remaining alleged deficiencies Knauf had identified.

9. Due to the professional courtesy between the parties in their extended negotiations on this an numerous other claims and Colson Hick Eidson's good faith efforts to cure any alleged deficiencies, Affiant had a good faith belief that Villas would not be included in the Motion to Extinguish and received no communication from Knauf that Villas would be included in the Motion.

10. Because of this misunderstanding, Affiant was not aware that Villas claim had been included in the Motion until after Colson Hicks Eidson was served with the Court's Order to Extinguish on April 29, 2016.

11. Affiant's good faith is demonstrated by his continuous efforts to provide Knauf with responsive information and upon notice of the Order acting expeditiously.

12. I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
5/13/16

STATE OF FLORIDA )
COUNTY OF Miami-Dade

BEFORE ME ~~personally appeared~~ __Patrick Montoya__, being duly sworn and who is <u>personally</u> known to me ~~or has produced~~ _____ ~~as~~ identification, and states that the foregoing is true and correct.

SWORN AND SUBSCRIBED before me this __13__ day of __May__, 2016.

_____
NOTARY PUBLIC (Signature)

_____
Print or Type Name of Notary

My commission expires:

**BELKIS FERRER**
Notary Public - State of Florida
My Comm. Expires May 27, 2016
Commission # EE 192805
Bonded Through National Notary Assn.