UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| Block, III, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al<br>Case No. 11-1363<br><br>_____ | ) ) ) ) ) | |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Villas at Oak Hammock, LLC (hereinafter "Villas"), Plaintiff in the above-numbered and entitled action, who, pursuant to the Local Rule 78.1, respectfully requests oral argument on Plaintiff's Verified Motion to Vacate Order Extinguishing Claim [Doc. 20219] and to Extend Time to Submit Affidavits in Support of Claim set for hearing before this Honorable Court on May 25th, 2016, after the Status Conference in the Chinese Drywall cases, or at a time set by this court so as to more fully address any questions the court may have concerning the Plaintiff's Motion.

Respectfully Submitted,

/s/ Patrick S. Montoya
ERVIN A. GONZALEZ, ESQ. (#500720)
PATRICK S. MONTOYA, ESQ. (#524441)
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Claimant*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of May, 2016.

/s/ Patrick S. Montoya