UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

### JOINT NOTICE OF SATISFACTION OF JUDGMENT

**NOW INTO COURT**, through undersigned counsel, come the Knauf Defendants[1] and the Lead Contractor, Moss & Associates, LLC, who file this Joint Notice of Satisfaction of Judgment as to Claimants 6025 Canal Blvd., LLC and Jody Ferchaud (collectively "Ferchaud").

**WHEREAS**, on March 18, 2016, the Court resolved all existing disputes between the Knauf Defendants, the Lead Contractor, and Ferchaud by extinguishing any remaining settlement obligations of the Knauf Defendants, the Plaintiffs' Steering Committee, the Lead Contractor, Settlement Administrator, Special Master, and Ombudsman to Ferchaud upon the one-time payment to Ferchaud in the amount of $225,516.13 (Rec. Doc. 20178);

**WHEREAS**, the Court denied Ferchaud's Motion for New Trial (Rec. Doc. 20208) on May 11, 2016 (Rec. Doc. 20244);

**WHEREAS**, the Knauf Defendants and the Lead Contractor issued payment to Ferchaud on May 13, 2016 in the amount of $225,516.13 via wire transfer to an account confirmed by

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

Ferchaud to be the correct account, and receipt of same was verified by the wire transfer distribution document (*See* Exhibit A - Confirmation of Payment);

**THEREFORE**, notice of full and complete satisfaction of said judgment is hereby submitted, effectively extinguishing any existing settlement obligations of the Knauf Defendants, the Plaintiffs' Steering Committee, the Lead Contractor, Settlement Administrator, Special Master, and Ombudsman to Ferchaud pursuant to the Court's March 18, 2016 Order.

            Respectfully Submitted,

            **BAKER, DONELSON, BEARMAN,**
            **CALDWELL & BERKOWITZ, PC**

            */s/ Kerry J. Miller*
            **KERRY J. MILLER (#24562), T.A.**
            **DANIEL J. DYSART (#33812)**
            **RENE A. MERINO (#34408)**
            201 St. Charles Avenue, Suite 3600
            New Orleans, LA 70170
            Telephone: 504.566.8646
            Fax: 504.585.6946
            Email: kjmiller@bakerdonelson.com

            *Counsel for The Knauf Defendants*

               **- AND -**

            **TRIPP SCOTT, P.A.**

            */s/ Stephanie C. Mazzola*
            **STEPHANIE C. MAZZOLA (FL Bar #0077661)**
            110 Southeast Sixth Street, Suite 1500
            Fort Lauderdale, FL 33301
            Telephone: 954.525.7500
            Fax: 954.761.8475
            Email: scm@trippscott.com
            Email: tlk@trippscott.com

            *Counsel for Lead Contractor,*
            *Moss &Associates, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 16th day of May 2016.

/s/ *Kerry J. Miller*____
**KERRY J. MILLER**