
## SUNTRUST

Wire Transfer Debit Advice As Of 05/13/16 Distributed 05/13/16 3:27:04 PM EDT

| | |
|---|---|
| Account: | ▮▮▮▮▮▮▮▮ |
| | TRIPP SCOTT PA |

**Wire Transfer Debit**

| | |
|---|---|
| Amount: | $225,516.13 USD |
| Fed/IMAD Reference: | 0513F1QCZ68C005840 |
| SunTrust Reference Number: | 160513016023 |
| Beneficiary: | ▮▮▮▮▮▮▮▮ |
| | 6025 Canal Blvd., LLC |
| Beneficiary Bank: | ▮▮▮▮▮▮▮▮ |
| | WHITNEY BANK |
| | GULFPORT, MS |
| Originator: | ▮▮▮▮▮▮▮▮ |
| | TRIPP SCOTT PA |
| | TRUST ACCOUNT IOTA |
| | 110 SE 6TH ST FL 15 |
| | FORT LAUDERDALE FL 33301-5004 |
| Originator to Beneficiary Information: | 301707.0180 |
| Sender Reference: | 35564778 |

**Money Transfer Customer Service**

Please contact us for further information about this or other funds transfers. You may reach us at 1-800-947-3786 for information regarding domestic or international transfers. When inquiring about this transaction, please have the SunTrust Reference Number (above) available.

Thank you for banking with SunTrust.

**Exhibit "A"**