**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED | MDL NO.    2047 |
| DRYWALL PRODUCTS LIABILITY | SECTION:    L |
| LITIGATION | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

**JOSE CRUZ, SR.**

_____/

**NOTICE OF FILING REQUEST FOR TELEPHONIC ORAL ARGUMENT ON**
**PLAINTIFF, JOSE CRUZ'S OBJETION TO THE DECISION MADE BY THE SPECIAL**
**MASTER DENYING CLAIM UNDER OPTION 3 REMEDIATION PROGAM**

COMES NOW, the Plaintiff, JOSE CRUZ, SR., by and through the undersigned counsel,

respectfully submits this Request for Telephonic Oral Argument on Objection to the Decision

made by the Special Master Denying Claim under Option 3 Remediation Program made by

Claimant filed with your Court May 5, 2016.

Dated: May 18, 2016                                       Respectfully submitted,

                                                          By:    /s/ Francisco A. Albites
                                                          Francisco A. Albites
                                                          **PARKER WAICHMAN LLP**
                                                          27300 Riverview Center Blvd., Suite 103
                                                          Bonita Springs, Florida 34134
                                                          Telephone: (239) 390-1000
                                                          Facsimile: (239) 390-0055
                                                          Email: PWFLpleadings@yourlawyer.com
                                                          falbites@yourlawyer.com

                                                          _Counsel for Plaintiff, Jose Cruz, Sr._

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above foregoing pleading has been electronically uploaded to File and Serve Xpress f/k/a Lexis Nexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically field with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in ML 2047 on this 18th day of May, 2016.

/s/ Francisco A. Albites_____
Francisco A. Albites
**PARKER WAICHMAN LLP**
27300 Riverview Center Blvd., Suite 103
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: PWFLpleadings@yourlawyer.com
falbites@yourlawyer.com

*Counsel for Plaintiff, Jose Cruz, Sr.*