UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Plaintiff's request for oral argument (R. Doc. 20248), **IT IS ORDERED** that the request is **GRANTED**. The Court will hear oral argument on Plaintiff's Motion to Vacate (R. Doc. 20247) following the Monthly Status Conference on May 25, 2016 at 2:00 p.m. in the Courtroom of the Honorable Eldon E. Fallon.

**IT IS FURTHER ORDERED** that any party who wishes to respond to this Motion do so on or before Monday, May 23, 2016 at 12:00 p.m.

New Orleans, Louisiana, this 16th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

1