UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Jose Cruz's objection the Special Master's decision (R. Doc. 20239), **IT IS ORDERED** that any party who wishes to respond to this Motion do so on or before Tuesday, May 24, 2016 at 12:00 p.m.

New Orleans, Louisiana, this 17th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

1