UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Plaintiff's Motion to Withdraw Motion for Reconsideration and Request Mediation with the Special Master (R. Doc. 20199), **IT IS ORDERED** that the Motion is **GRANTED**.

Accordingly, **IT IS FURTHER ORDERED** that Plaintiff's Motion for Reconsideration (R. Doc. 20192) be withdrawn.  Plaintiff is instructed to submit to mediation with the Special Master.

New Orleans, Louisiana, this 17th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

1