IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047  SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Case No. 09-7628 Payton et al v. Knauf Gips KG et al Case No. 10-0361 Wiltz et al v. Beijing New Building etc Case No. 11-1077 Haya et al v. Taishan Gypsum Co Ltd Case No. 11-1395 Amorin et al v. Taishan Case No. 11-1672 Amorin et al v. Taishan Gypsum Co., Ltd. Case No. 11-1673 Amorin et al v Taishan Gypsum Co., Ltd | ) ) ) ) ) ) ) ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

## PLAINTIFF'S MOTION TO ATTEND BY TELEPHONE

COMES NOW, Plaintiff John Adams by and through the undersigned counsel, and moves this Honorable Court for an Order authorizing the attendance of undersigned counsel, Michael J. Ryan, by telephone and shows the court that:

1. Plaintiff John Adams filed an Objection to Special Master's Determination Denying Claimant's GBI Claim (R. Doc 20033) and Notice of Submission and Request for Oral Argument (R. Doc . 20209)

2. By court Order (R. Doc 20225), said Motion is scheduled for oral argument following the May Monthly Status Conference scheduled for May 25, 2016 at 2:00 p.m.

3. The undersigned counsel resides and practices in Broward County, Florida and the hearing is in the U.S. State District Court Eastern District of Louisiana.

WHEREFORE, Plaintiff prays that this Honorable Court would allow Michael J. Ryan to

attend the hearing by telephone.  Dated this 19th day of May, 2016.

       Respectfully submitted,

       /s *Michael J. Ryan*
       Michael J. Ryan, Esquire
       Florida Bar No. 975990
       Krupnick Campbell Malone Buser Slama
       Hancock Liberman  P.A.
       12 S.E. 7 Street, Suite 801
       Fort Lauderdale, FL  33301
       Phone (954) 763-8181; Fax (954) 763-8292
       pleadings-MJR@krupnicklaw.com
       mryan@krupnicklaw.com
       *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion to Attend by Telephone has been electronically uploaded to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of May, 2016.

       /s/ *Michael J. Ryan*
       Michael J. Ryan, Esquire
       Florida Bar No. 975990
       Krupnick Campbell Malone Buser Slama
       Hancock Liberman P.A.
       12 S.E. 7 Street, Suite 801
       Fort Lauderdale, FL  33301
       Phone (954) 763-8181; Fax (954) 763-8292
       pleadings-MJR@krupnicklaw.com
       mryan@krupnicklaw.com
       Attorneys for Plaintiffs