# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: Payton et al v. Knauf Gips KG et al Case No. 09-7628 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## ORDER GRANTING ADAMS' MOTION TO ATTEND BY TELEPHONE

Considering Counsel for Plaintiff's Motion to Attend by Telephone for oral argument on May 25, 2016 at 2:00 p.m., IT IS HEREBY ORDERED that the Motion is GRANTED. Counsel for John Adams may attend by telephone.

NEW Orleans, Louisiana, this _____ day of May, 2016.

_____
Eldon E. Fallon
United States District Judge