UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Marlene Frederick on behalf of Emmanuel Bently.

**IT IS ORDERED** that the attached correspondence be entered into the record.

The correspondence suggests that Emmanuel Bentley's claim was not addressed during the May 5, 2016 objection hearing, However, as the transcript will reflect, Emmanuel Bentley's claim was called and Gary Fredericks spoke briefly on Emmanuel's behalf.

New Orleans, Louisiana, this 19th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE