UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | MDL NO.   2047<br>SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

JOSE CRUZ, SR.

_____/

### NOTICE OF FILING SUPPLEMENTAL EXHIBIT TO PLAINTIFF JOSE CRUZ'S OBJECTION SPECIAL MASTER'S DECISION REGARDING CLAIM FOR OPTION 3 REMEDIATION BENEFITS UNDER THE SETTLEMENT AGREEEMENT

Plaintiff, JOSE CRUZ, SR., by and through the undersigned counsel, hereby gives Notice of filing this Supplemental Exhibit in support of Plaintiff, Jose Cruz's Objection to Special Master's Decision Regarding Claim for Option 3 Remediation Benefits Under the Settlement Agreement (R. Doc 20239) respectfully files this Supplemental Exhibit attached hereto, to be attached to Record Document 20239.

Dated: May 20, 2016                              Respectfully submitted,

                                                 By:   /s/ Francisco A. Albites
                                                 Francisco A. Albites
                                                 **PARKER WAICHMAN LLP**
                                                 27300 Riverview Center Blvd., Suite 103
                                                 Bonita Springs, Florida 34134
                                                 Telephone: (239) 390-1000
                                                 Facsimile: (239) 390-0055
                                                 Email: PWFLpleadings@yourlawyer.com
                                                 falbites@yourlawyer.com

                                                 *Counsel for Plaintiff, Jose Cruz, Sr.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above foregoing pleading has been electronically uploaded to File and Serve Xpress f/k/a Lexis Nexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically field with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in ML 2047 on this 20th day of May, 2016.

/s/ Francisco A. Albites
Francisco A. Albites
**PARKER WAICHMAN LLP**
27300 Riverview Center Blvd., Suite 103
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: PWFLpleadings@yourlawyer.com
falbites@yourlawyer.com

*Counsel for Plaintiff, Jose Cruz, Sr.*