# EXHIBIT J

## <u>AFFIDAVIT OF OSCAR GARCIA</u>

BEFORE ME, the undersigned authority, personally appeared <u>Oscar Garcia</u> who after being first duly sworn deposes and says:

1.      My name is Oscar Garcia.

2.      I am a resident of Miami-Dade County, Florida, and I am over the age of 18.

3.      I am a Qualified Home Inspector and I performed a home inspection for Jose Cruz on March 28, 2011, for the property located at 2519 SE 12th Court, Homestead, FL 33035.

4.      As agreed with Mr. Cruz, I examined the subject property for defective Chinese drywall.  As part of my inspection, I followed parameters that were established and standard for 2011.  I checked all outlets, switches, A/C handler coils and pans and the attic.  Additionally, I cut a hole in the drywall approximately 3 ft. by 3 ft. behind the refrigerator. No evidence of defective drywall was found. As reflected in my report, the stamp on the drywall in the attic stated that it came from Chicago, U.S.A.

5.      It was communicated to Mr. Cruz that Chinese drywall was not found in the property. I also communicated that the results of any inspection or test cannot be considered definitive in the sense that defective drywall may still exist in another part of the house. It is known that developers sometimes installed a single Chinese drywall panel or a very low number of Chinese panels randomly throughout a home. Thus it is neither affordable nor practical to examine every panel of the house without due evidence or cause. It is my opinion that Mr. Cruz acted responsibly in his inquiry towards Chinese drywall.

6.      Mr. Jose Cruz was present at the time of my inspection. He wanted and expected a complete and professional inspection of the property, including the established and standard  inspection for defective Chinese drywall.

7.      At all times I acted in good faith while conducting the inspection and to the highest standards of my profession.

8.      The foregoing is true and accurate to the best of my knowledge.

**FURTHER AFFIANT SAITH NAUGHT.**

**STATE OF FLORIDA**               )
**COUNTY OF MIAMI-DADE**    )   _OSCAR GARCIA_ .

BEFORE ME, the undersigned authority, personally appeared <u>Oscar Garcia</u> who is personally

known to me, or has produced a valid Florida Driver's License as identification and states that

she has read the foregoing Affidavit and that the statements contained therein are true and correct

to the best of her belief.                    OSCAR GARCIA

    SWORN TO AND SUBSCRIBED before me on this 19 day of MAY, 2016.

Notary Public, State of Florida

Vannessa Jimenez
Print Name

My Commission Expires:

12|14|2018

VANNESSA JIMENEZ
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF183156
Expires 12/14/2018