# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED )          MDL NO. 2047
DRYWALL PRODUCTS LIABILITY  )
LITIGATION                  )          SECTION L
                            )
                            )
THIS DOCUMENT RELATES TO:   )          JUDGE FALLON
Payton et al v. Knauf Gips KG et al )
Case No. 09-7628            )          MAG. JUDGE WILKINSON

ORDER GRANTING ADAMS' MOTION TO ATTEND BY TELEPHONE

Considering Counsel for Plaintiff's Motion to Attend by Telephone for oral argument on

May 25, 2016 at 2:00 p.m., IT IS HEREBY ORDERED that the Motion is GRANTED.  Counsel

for John Adams may attend by telephone.


NEW Orleans, Louisiana, this  19th  day of May, 2016.

Eldon E. Fallon
United States District Judge