# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: Case No. 09-7628 Payton et al v. Knauf Gips KG et al | JUDGE FALLON MAG. JUDGE WILKINSON |

### PLAINTIFF ROBERT MEYER'S MOTION TO WITHDRAW MOTION TO COMPEL SETTLEMENT ADMINISTRATOR TO DISBURSE GBI AND OTHER LOSS CLAIM FUNDS

After the filing of the motion (R. Doc. 20234), the Plaintiff, ROBERT MEYER respectfully requests this Court for an Order allowing him to withdraw the pending Motion to Compel Settlement Administrator to Disburse GBI and Other Loss Claim Funds and Request for Oral Argument (R. Doc. 20234) as the parties have resolved the issues. This matter was scheduled for oral argument by Order (R. Doc 20251).     Dated this 23rd day of May, 2016.

Respectfully submitted,

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman  P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Withdraw Motion to

Compel Settlement Administrator to Disburse GBI and Other Loss Claim Funds has been electronically uploaded to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this   23rd day of    May, 2016.

                                                  /s/ *Michael J. Ryan*
                                                  Michael J. Ryan, Esquire
                                                  Florida Bar No. 975990
                                                  Krupnick Campbell Malone Buser Slama
                                                  Hancock Liberman P.A.
                                                  12 S.E. 7 Street, Suite 801
                                                  Fort Lauderdale, FL  33301
                                                  Phone (954) 763-8181; Fax (954) 763-8292
                                                  pleadings-MJR@krupnicklaw.com
                                                  mryan@krupnicklaw.com
                                                  Attorneys for Plaintiffs