**Dysart, Danny**

| | |
|---|---|
| **From:** | Dysart, Danny |
| **Sent:** | Monday, March 28, 2016 10:39 AM |
| **To:** | 'Rico, Natalie'; Montoya, Patrick |
| **Cc:** | Ferrer, Becky; Driskell, Carly |
| **Subject:** | RE: Onstott ARH claim - FRE 408 Confidential Settlement Communication |

Natalie,

We received. It is still deficient as we are still missing:

1. Demo Photos and after remediation photos (we have some photos of before and during time they started putting up new drywall but I do not see any during the demolition phase or afterwards to show the finished property)
2. Photos of KPT (Photos sent are of the painted side of the drywall)
3. Proof of Payment (Invoice states first draw was paid up front but I do not see proof of payment for the balance of the original contract (50%) or the one change order - just invoices)

**From:** Rico, Natalie [mailto:natalie@colson.com]
**Sent:** Monday, March 28, 2016 9:15 AM
**To:** Dysart, Danny; Montoya, Patrick
**Cc:** Ferrer, Becky
**Subject:** RE: Onstott ARH claim - FRE 408 Confidential Settlement Communication

Danny,

Did you receive the materials we sent for the Villas ARH claim? Please advise if they were sufficient to address the deficiencies. If you require any further documentation, please let us know so that we may obtain it and provide it right away. We would like to avoid Claimant's inclusion in a Motion to Extinguish. Thank you.

Very truly yours,

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com

**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
**Sent:** Monday, March 28, 2016 10:08 AM
**To:** Montoya, Patrick <patrick@colson.com>; Rico, Natalie <natalie@colson.com>
**Subject:** RE: Onstott ARH claim - FRE 408 Confidential Settlement Communication

That works

Exhibit "A"

1