UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
|     DRYWALL PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AGENDA**
**FOR May 25, 2016 STATUS CONFERENCE**

- I. PRE-TRIAL ORDERS

- II. STATE/FEDERAL COORDINATION

- III. OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

- IV. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

- V. KNAUF REMEDIATION PROGRAM

- VI. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

- VII. TAISHAN, BNBM AND CNBM DEFENDANTS

- VIII. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

- IX. FREQUENTLY ASKED QUESTIONS

- X. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

- XI. PHYSICAL EVIDENCE PRESERVATION ORDER

XII.   ENTRY OF PRELIMINARY DEFAULT

XIII.  NEXT STATUS CONFERENCE