# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE**:** CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: Case No. 09-7628 Payton et al v. Knauf Gips KG et al | JUDGE FALLON MAG. JUDGE WILKINSON |

### ORDER GRANTING ROBERT MEYER'S MOTION TO WITHDRAW MOTION TO COMPEL SETTLEMENT ADMINISTRATOR TO DISBURSE GBI AND OTHER LOSS CLAIM FUNDS

Considering Plaintiff's Motion to Withdraw Motion to Compel Settlement Administrator to Disburse GBI and Other Loss Claim Funds, IT IS HEREBY ORDERED that the Motion is GRANTED and taken off the agenda for the May 25, 2016 hearing following the monthly status conference.

New Orleans, Louisiana, this  23rd  day of May, 2016.

_____
Eldon E. Fallon
United States District Judge