# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| Block, III, et. al. v. Gebrueder Knauf | ) | MAG. JUDGE WILKINSON |
| Verwaltungsgesellschaft, KG, et al. | ) | |
| Case No. 11-1363 | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION [DOC. 20261] TO MOTION TO VACATE ORDER EXTINGUISHING CLAIM [DOC. 20219] AND TO EXTEND TIME TO SUBMIT AFFIDAVITS IN SUPPORT OF CLAIM FOR CLAIMANT VILLAS AT OAK HAMMOCK, LLC**

Plaintiff Villas at Oak Hammock, LLC ("Villas"), by and through undersigned counsel, hereby files its Reply to Defendant's Memorandum in Opposition to Verified Motion to Vacate Order Extinguishing Claim [Doc. 20219] and to Extend Time to Submit Affidavits in Support of Claim. Undersigned Counsel moves that the Court invoke its equitable powers to vacate its Order to Extinguish Plaintiff's claim and permit the Plaintiff an Extension of Time to cure any deficiencies with its claim and/or invoke Mediation of the claim under the terms of the Settlement Agreement.

Knauf's Response fails to take into account that the ARH Protocol contemplates the following caveat in Section III. A. 1. concerning PTO 1B:

> Affected Property during remediation. For those Owners with claims pending *In re: Chinese Drywall Products Liability Litigation,* MDL 2047 (the "MDL"), *where available* such submission shall be in the form required by MDL Pretrial Order 1B. (Emphasis supplied).

The Settlement Agreement was designed to be consumer friendly and takes into account that even when PTO 1B applies, it only applies "*where available,*" meaning when the

"photographs and/or video images of all drywall removed from the Affected Property during remediation" are available. The same applies to the demolition photos. Simply put, Villas was not aware of PTO 1B, having only retained counsel in April of 2011. Contrary to Knauf's argument, Plaintiff has provided documentation for its Already Remediated Homes Claim and is in substantial compliance with the Already Remediated Properties Protocol to the best of its ability and simply requests that it receive additional time to submit information and that the claim be considered on its merits before the Special Master and in accordance with the Settlement Agreement.

In its Memorandum in Opposition, Knauf states that Plaintiff's claim remains deficient and lacks: 1) photographic evidence, including photos of samples showing the backside or markings; 2) demolition photos; and 3) proof of payment for the balance for the balance of the original contract (50%) and change order.

As to photographic evidence, Plaintiff previously provided Knauf with photographic evidence, attached hereto as Exhibit A. The previously provided report clearly identifies the locations where Knauf drywall was found within the property address of 5343 SW 40th Avenue, totaling 10 separate locations corresponding to the locations identified within the report at Exhibit A. Plaintiff provided this information to the Defendant on February 11, 2016. Exhibit "B," attached hereto. As further evidence, Villas is providing Affidavits of Indicia at Exhibits "C" and "D," attached hereto that it recently obtained.

As to demolition photos, Knauf is correct that Plaintiff did not submit demolition photos as it was unaware of PTO 1B because it did not retain counsel in this matter until after demolition was completed. Nonetheless, additional photographs of demolition may exist and Villas is in contact with the demolition contractor in an effort to obtain demolition photographs. Villas requests an additional 10 days to submit demolition photos, if they exist.

Finally, as to proof of payment, proof for the final payment is being provided as Exhibit "E," attached hereto. Plaintiff had provided all proof of payment except for the final change order payment before Knauf's Motion to Extinguish was filed. The aforementioned items suffice to have Claimant in substantial compliance with PTO 1B so that the Special Master may consider the claim on its merits and appeal to this Court, if needed, under the terms of Settlement Agreement

WHEREFORE, for the above reasons, Claimant respectfully requests this Honorable Court to grant Plaintiffs' Verified Motion to Vacate Order Extinguishing Claim and to Extend Time to Submit Affidavits in Support of Claim and to enter an order permitting Claimant and additional 10 days to cure any deficiencies with its claim and invoke Mediation of the claim under the terms of the Settlement Agreement.

Respectfully Submitted,

/s/ Patrick S. Montoya
PATRICK S. MONTOYA, ESQ. (#524441)
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Claimant*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO VERIFIED MOTION TO VACATE ORDER EXTINGUISHING CLAIM AND TO EXTEND TIME TO SUBMIT AFFIDAVITS IN SUPPORT OF CLAIM has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court

for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of May, 2016.

/s/ Patrick S. Montoya

GEOTECHNICAL
ENVIRONMENTAL
HYDROGEOLOGY
ASBESTOS



TESTING LABORATORIES
DRILLING SERVICES
INSPECTION SERVICES
ROOFING

# DYNATECH ENGINEERING CORP.

Miami, June 5, 2010

Mr. Moises Gorin
MOGO CONSTRUCTION
21400 West Dixie Highway
North Miami Beach, FL   33179

Re:   Villas at Oak Hammock @
      5341, 5343 and 5365 SW 40th Avenue
      Hollywood, FL

Dear Mr. Gorin:

Pursuant to your request, DYNATECH ENGINEERING CORP. performed a site inspection on June 3 and June 4, 2010 at the above referenced project. The purpose of our inspection was to document the presence of corrosive Chinese drywall in the tested units.

The Scope of our work was performed in compliance with the:

"Interim guidance- Identification of home with corrosion from problem drywall issued by the Consumer Product Safety Commission CPSC and the department of Housing and Urban Development HUD dated January 08, 2010.

The following is the executive summary from the interim guidance document:

"The identification process is two steps:  (1) an initial or threshold inspection to find visual sign of metal corrosion and evidence of drywall installation during the relevant time period; and (2) the identification of corroborating evidence or characteristics."

750 West 84 Street, Hialeah, FL 33014-3618 • Phone (305) 828-7499 • Fax (305) 828-9598

VILLAS AT OAK HAMMOCK, LLC (OLF) - 000468

Page No. 2
5341, 5343 and 5365 SW 40th Avenue, Hollywood, FL

To achieve the above criteria; the scope of our inspection consisted of the following:

- Meeting with Mr. Gorin for access.
- Review of project plans when provided.
- Notation of characteristic sulfur odors inside the unit.
- Visual inspection of existing conditions to document physical conditions and drywall markings.
- Analysis of existing drywalls using XRF technology to identify and quantify strontium content.
- Photographic documentation of existing conditions.
- Preparations of this report to document our findings.

On June 2, 2010; our field engineer visited the above referenced project and performed a visual and physical inspection of the unit. Access was provided to the A/C copper lines, coils, water heater copper lines, electrical wiring; and behind drywalls. In addition XRF readings for strontium content were obtained on walls and ceilings.

Step 1: <u>Threshold Inspection</u>:

a) Visual evidence of blackening copper lines, electrical wiring and / or air conditioning evaporator coils corrosion was observed.
b) The installation of new drywall (for new construction or renovation) between 2001 and 2008.

Mr. Gorin indicated that the drywall was installed in 2007.

A positive result for this step (including both criteria) is a pre-requisite to any further consideration.

Criteria (a) and (b) were met (see attached field log).

VILLAS AT OAK HAMMOCK, LLC (OLF) - 000469

Page No. 3
5341, 5343 and 5365 SW 40th Avenue, Hollywood, FL

Step 2: <u>Corroborating Evidence</u>:

a) Confirmed markings of Chinese origin for drywall in the home; upon access to the drywall the following markings were observed:
Upon cutting the drywall and exposing the backside; the following markings were observed:
KNAUF-Tianjin China –ASTM C 36.
(See attached photographs)

b) Strontium levels in samples of drywall core found in the home exceeding 1200 parts per million (ppm).
This criteria was met (see attached field log).

Based on the CPSC interim guidance, it is our conclusion that the drywall in unit 5341, 5343 and 5365 SW 40th Avenue, Hollywood, FL meet the identification method for step 1; threshold inspection or step 2; corroborating evidence for corrosive problem Chinese drywall. Therefore; it is evident that corrosive problem Chinese drywall exists in those units.

Enclosed find copies of our field logs, site plans and photographs.

It has been a pleasure serving you at this phase of your project and look forward to do so in the near future.

Sincerely yours,

Wissam Naamani, P.E.
DYNATECH ENGINEERING CORP.
Florida Reg. No. 39584
Special Inspection No. 757

# DYNATECH ENGINEERING CORP.

DRYWALL FIELD INSPECTION FORM

CLIENT: MOGO CONSTRUCTION
PROJECT: Villas at Oak Hammock @
ADDRESS: 5341 SW 40th Avenue, Fort Lauderdale, FL

DATE: June 3, 2010
FIELD TECH: PB + WN

| Location Unit / Lot 5341 | Drywall Installed Between 2001-2008 | T in °F | Odors | A/C Coils | Copper Tubing on A/C; Water Heater, etc. | Electrical Wiring | Mirrors, Jewelry, Bath Fixtures Sprinkler Heads, etc. | Refrigerator Copper Lines | Drywall Markings Made in | XRF Strontium Readings (PPM) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1- 2nd Floor east kids bedroom wall | YES / 2007 | 77°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 539 | |
| 2- 2nd floor east kids bedroom wall | YES / 2007 | 77°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 488 | |
| 3- 2nd Floor east kids bedroom wall | YES / 2007 | 77°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 1395 | |
| 4- 2nd Floor west kids bedroom | YES / 2007 | 77°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 1256 | |
| 5- 2nd Floor west kids bedroom | YES / 2007 | 77°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 312 | |
| 6- 2nd Floor bathroom wall | YES / 2007 | 77°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 1592 | |
| 7- 1st Floor living room wall | YES / 2007 | 77°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 296 | |
| 8- 1st Floor dining room wall | YES / 2007 | 77°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 685 | |
| 9- 1st Floor stairs wall | YES / 2007 | 77°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 441 | |

BWS: Black With Soot.

VILLAS AT OAK HAMMOCK, LLC (OLF) - 000471



VILLAS AT OAK HAMMOCK, LLC (OLF) - 000472

# DYNATECH ENGINEERING CORP.

## DRYWALL FIELD INSPECTION FORM

CLIENT: MOGO CONSTRUCTION
PROJECT: Villas at Oak Hammock @
ADDRESS: 5343 SW 40th Avenue, Fort Lauderdale, FL

DATE: June 3, 2010
FIELD TECH: PB + WN

| Location Unit / Lot 5343 | Drywall Installed Between 2001-2008 | T in °F | Odors | A/C Coils | Copper Tubing on A/C; Water Heater, etc. | Electrical Wiring | Mirrors, Jewelry, Bath Fixtures Sprinkler Heads, etc. | Refrigerator Copper Lines | Drywall Markings Made in | XRF Strontium Readings (PPM) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1— 2nd Floor A/C closet wall | YES / 2007 | 77°F | YES | BWS | BWS | BWS | Pitting | BWS | KNAUF CHINA | 548 | Chinese Drywall Detected |
| 2— 2nd Floor bathroom wall | YES / 2007 | 77°F | YES | BWS | BWS | BWS | Pitting | BWS | KNAUF CHINA | 2642 | Chinese Drywall Detected |
| 3— 2nd Floor master bedroom wall | YES / 2007 | 77°F | YES | BWS | BWS | BWS | Pitting | BWS | KNAUF CHINA | 1512 | Chinese Drywall Detected |
| 4— 2nd Floor master bathroom wall | YES / 2007 | 77°F | YES | BWS | BWS | BWS | Pitting | BWS | KNAUF CHINA | 777 | Chinese Drywall Detected |
| 5— 2nd Floor master corridor wall | YES / 2007 | 77°F | YES | BWS | BWS | BWS | Pitting | BWS | KNAUF CHINA | 2413 | Chinese Drywall Detected |
| 6— 2nd Floor south bedroom wall | YES / 2007 | 77°F | YES | BWS | BWS | BWS | Pitting | BWS | KNAUF CHINA | 2893 | Chinese Drywall Detected |
| 7— 2nd Floor south bedroom wall | YES / 2007 | 77°F | YES | BWS | BWS | BWS | Pitting | BWS | KNAUF CHINA | 222 | Chinese Drywall Detected |
| 8— 1st Floor living room wall | YES / 2007 | 77°F | YES | BWS | BWS | BWS | Pitting | BWS | KNAUF CHINA | 893 | Chinese Drywall Detected |
| 9— 1st Floor living room wall | YES / 2007 | 77°F | YES | BWS | BWS | BWS | Pitting | BWS | KNAUF CHINA | 685 | Chinese Drywall Detected |
| 10— 1st floor dining room wall | YES / 2007 | 77°F | YES | BWS | BWS | BWS | Pitting | BWS | KNAUF CHINA | 1969 | Chinese Drywall Detected |

BWS: Black With Soot.

VILLAS AT OAK HAMMOCK, LLC (OLF) - 000473



VILLAS AT OAK HAMMOCK, LLC (OLF) - 000474

# DYNATECH ENGINEERING CORP.

## DRYWALL FIELD INSPECTION FORM

CLIENT: MOGO CONSTRUCTION

PROJECT: Villas at Oak Hammock @

ADDRESS: 5365 SW 40th Avenue, Fort Lauderdale, FL

DATE: June 3, 2010

FIELD TECH: PB + WN

| Location Unit / Lot 5365 | Drywall Installed Between 2001-2008 | T in °F | Odors | A/C Coils | Copper Tubing on A/C, Water Heater, etc. | Electrical Wiring | Mirrors, Jewelry, Bath Fixtures Sprinkler Heads, etc. | Refrigerator Copper Lines | Drywall Markings Made in | XRF Strontium Readings (PPM) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1– 2nd Floor west kids room wall | YES / 2007 | 78°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 654 | |
| 2– 2nd Floor hallway wall | YES / 2007 | 78°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 362 | |
| 3– 2nd Floor bathroom wall | YES / 2007 | 78°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 1427 | |
| 4– 2nd Floor master bedroom lower wall | YES / 2007 | 78°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 569 | |
| 5– 2nd Floor master bedroom wall | YES / 2007 | 78°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 1285 | |
| 6– 1st Floor family room ceiling | YES / 2007 | 78°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 1281 | |
| 7– 1st Floor living room wall | YES / 2007 | 78°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 551 | |
| 8– 1st Floor dining room wall | YES / 2007 | 78°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 1354 | |
| 9– 1st Floor bathroom wall | YES / 2007 | 78°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 230 | |
| 10– 1st Floor family room wall | YES / 2007 | 78°F | Slight | BWS | BWS | BWS | GOOD | BWS | N/A | 208 | |

BWS: Black With Soot.

VILLAS AT OAK HAMMOCK, LLC (OLF) - 000475



VILLAS AT OAK HAMMOCK, LLC (OLF) - 000476

# PHOTOGRAPHS

VILLAS AT OAK HAMMOCK, LLC (OLF) - 000477






| DYNATECH ENGINEERING CORP. | | |
| --- | --- | --- |
| SCALE: NTS: X | | |
| DATE: 06-07-2010 | | |
| CLIENT: | MOGO CONSTRUCTION | |
| PROJECT: | Town House @ 5343 SW 40th Avenue Fort Lauderdale, FL | |







| DYNATECH ENGINEERING CORP. | | |
|---|---|---|
| | SCALE: NTS: X | DATE: 06-07-2010 |
| CLIENT: | MOGO CONSTRUCTION | |
| PROJECT: | Town House @ 5343 SW 40th Avenue Fort Lauderdale, FL | |









VILLAS AT OAK HAMMOCK, LLC (OLF) - 000479

**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
**Sent:** Monday, February 01, 2016 12:28 PM
**To:** Rico, Natalie <natalie@colson.com>; Montoya, Patrick <patrick@colson.com>
**Cc:** Gonzalez, Ervin <Ervin@colson.com>; Miller, Kerry <kjmiller@bakerdonelson.com>; Merino, Rene <rmerino@bakerdonelson.com>
**Subject:** ARH Deficiences

Natalie,

Maltby and Villas are deficient.  See below.

Further, I have not received anything else for Onstott but for an affidavit.  We currently have an offer to your client.  Please advise as to your position regarding this claim.


Villas:
- No ODA
- No Floor Plan with exterior dimension.  We were  given multiple floor plans with interior dimensions.  Need confirmation on which one applies to this unit and need exterior dimensions.
- No viewable photographs of KPT evidence, corrosion photos, pre-demo photos, demo photos, or post-demo photos.  Photos are in black and white and are not viewable.

Maltby:
- No ODA
- No Floor Plan with exterior dimensions
- No Pre-demo photos, demo photos, post-demo photos, and only pictures of 1 KPT board.

1


EXHIBIT
B

- No Env Cert

---

**From:** Rico, Natalie [mailto:natalie@colson.com]
**Sent:** Friday, January 29, 2016 4:41 PM
**To:** Montoya, Patrick; Dysart, Danny
**Cc:** Gonzalez, Ervin; Miller, Kerry
**Subject:** RE: Oceanique and Onstott ARH Claims

Some files have been sent to you via Hightail <https://www.hightail.com> - the best way to send, share, and store your files.
Please copy the following link to your browser to download the file - 01. CDW Knauf back-up receipts (01-016).pdf; 02. Receipts (017-030).pdf; 03. Misc Receipts (031-033).pdf; 04. Cali Green Construction invoices + deposit (034-038).pdf; 05. Misc. Receipts and Invoices (034-042).pdf; 06. Misc Reciepts (043-055).pdf; 07. Misc Receipts (056-064).pdf; ARH - Maltby Expenses.pdf; Onstott. Margaret - Affidavit .pdf :
https://www.yousendit.com/download/ZWJYTGt6Y1NwM2tsYzhUQw

Your files will expire after 14 days.

=========================== Email Content ===========================

Danny,

Attached please find documentation for Wesley Maltby and Margaret Onstott. Should you require any further information, please do not hesitate to contact us.

Very truly yours,

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com


-----Original Message-----
From: Rico, Natalie
Sent: Wednesday, January 27, 2016 4:54 PM
To: Montoya, Patrick <patrick@colson.com>; Dysart, Danny <ddysart@bakerdonelson.com>
Cc: Gonzalez, Ervin <Ervin@colson.com>; Miller, Kerry <kjmiller@bakerdonelson.com>
Subject: RE: Oceanique and Onstott ARH Claims

Danny,

You will have the Maltby and Onstott materials by no later than Friday, January 29, 2015. We also have a claim for one property at the Villas at Oak Hammock. The remaining properties were settled through the Remediation Program, but one was remediated by the client. Attached please find the documentation

GEOTECHNICAL | ENVIRONMENTAL | MATERIALS TESTING | ASBESTOS | ROOF TESTING | INSPECTION SERVICES | DRILLING SERVICES

 # DYNATECH ENGINEERING CORP.

**WWW.DYNATECHENGINEERING.COM**

Miami, May 16, 2016

### AFFIDAVIT OF KNAUF CHINESE DRYWALL

1. My name is Wissam Naamani, P.E. I have personal knowledge of what I attest to herein.

2. I am the Quality Assurance Officer and Director of Engineering Services at of Dynatech Engineering Corp.

3. I inspected the property owned by Villas at Oak Hammock LLC, ("Claimant"), located at <u>5343 Southwest 40th Avenue, Hollywood, Florida</u>, ("Affected Property") on June 5, 2010.

4. The purpose of the inspection was to identify whether the Affected Property contained defective, Chinese drywall.

5. The inspection confirmed that the Affected Property was positive for Chinese drywall.

6. The defective Chinese drywall identified during the inspection was Knauf-Tianjin Chinese Drywall.

7. We identified Knauf-Tianjin Chinese drywall throughout the home as evidenced in the photographs attached to Dynatech Engineering Corp.'s report.

8. I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_Wissam 5-16-16_

Wissam Naamani, P.E.

STATE OF FLORIDA
COUNTY OF MIAMI

BEFORE ME personally appeared Wissam Naamani, P.E., being duly sworn and who is personally known to me or has produced N550-897-60-248-0 as identification, and states that the foregoing is true and correct. SWORN AND SUBSCRIBED before me this 16 day of May, 2016.

_____ NOTARY PUBLIC (Signature)

My commission expires: _____

Print or Type Name of Notary Maritza M. Batista


> MARIA MARITZA BATISTA
> Notary Public - State of Florida
> My Comm. Expires Feb 25, 2017
> Commission # EE 849337
> Bonded Through National Notary Assn.

750 WEST 84TH STREET, HIALEAH, FL 33014 PHONE (305) 828-7499 FAX (305) 828-9598 EMAIL:INFO@DYNATECHENGINEERING.COM

## AFFIDAVIT OF KNAUF CHINESE DRYWALL

1. My name is Fabian Bortz, I have personal knowledge of what I attest to herein.

2. I am the President of SOUTH WINDS CONSTRUCTION CORP, and a licensed General Contractor holding the license # CGC 1519216

3. South Winds Construction Corp. performed the remediation of the property owned by Villas at Oak Hammock LLC, ("Claimant"), located at 5343 Southwest 40th Avenue, Dania Florida, ("Affected Property") starting on December of 2010.

4. I was in charge of the remediation project for the Affected Property.

5. The purpose of the remediation project was to demolish and remove the defective, Chinese drywall within the Affected Property and to rebuild and remediate the same.

6. The demolition and removal confirmed that the Affected Property was positive for Chinese drywall.

7. The defective Chinese drywall identified during the work was Knauf-Tianjin Chinese Drywall.

8. We identified Knauf-Tianjin Chinese drywall throughout the home as evidenced in the photographs submitted later on 2011 to the owners.

9. The property was remediated following the protocols of Broward County and under a Building Permit from City of Dania Beach.

10. I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

STATE OF FLORIDA)

COUNTY OF Broward )

BEFORE ME personally appeared Fabian Bortz . , being duly sworn and who is personally known to me or has produced_____as identification, and states that the foregoing is true and correct.

SWORN AND SUBSCRIBED before me this 14th day of May , 2016

My Commission Expires:

NOTARY PUBLIC (Signature)

Print or Type Name of Notary
Paola Taylor

PAOLA A. TAYLOR
Notary Public - State of Florida
My Comm. Expires Jun 1, 2019
Commission # FF 128206



| | | | |
|---|---|---|---|
| **CHANGE ORDER** | **1** | | X OWNER |
| | | | ENGINEER/ARCHITECT |
| Saturday, February 5, 2011 | | | X CONTRACTOR |
| | | | X FIELD |
| | | | OTHER |

| OWNER | Mogo Construction | PROJECT: | 5343 SW 40th Avenue |
|---|---|---|---|
| | | | Dania Beach, Fl |

CONTRACTOR         South Winds Construction, Corp.
                  8464 SR 84
                  Davie, Fl 33324

PROJECT NUMBER:   10073
CONTRACT DATE:
CONTRACT FOR:     Townhouse Drywall Remediation

**The Contract is changed as follows:**

| Qty | Description | Cost ($) |
|---|---|---|
| | Remove and Replace all wires (romex) | 11,123.00 |
| | Remove and Replace all coper Piping | 9,754.00 |
| | | |

| Total Value of This Change Order = | $ | 20,877.00 |
|---|---|---|

**Not valid until signed/approved by the Contractor and Owner**

| | | |
|---|---|---|
| The original Contract Sum was.................................................................... | $ | 40,400.00 |
| Net changes by previously authorized Change Orders.................................... | $ | - |
| The Contract Sum prior to this Change Order................................................. | $ | 40,400.00 |
| The Contract Sum will be **increased** by this Change Order in the amount of.................... | $ | **20,877.00** |
| The new Contract Sum including this Change Order will be............................... | $ | 61,277.00 |

The Contract Time will be **increased** by                           FIVE  (10)Working days
The date of Substantial Completion as of the date this Change Order therefore is

NOTE:  This summary does not reflect changes in the Contract Sum, Contract Time or Guarantee Maximum Price which have been
authorized by Construction Change Directive.

| ENGINEER/ARCHITECT | CONTRACTOR | OWNER |
|---|---|---|
| | South Winds Construction, Corp. | Mogo Construction |
| N/A | | |
| | 8464 SR 84 | 5343 SW 40th Avenue |
| | Davie, Fl 33324 | Dania Beach, Fl |
| By: | By: | By: |
| Date: | Date: | Date: |