UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| Block, III, et. al. v. Gebrueder Knauf | ) | MAG. JUDGE WILKINSON |
| Verwaltungsgesellschaft, KG, et al. | ) | |
| Case No. 11-1363 | ) | |
| | ) | |
| _____ | ) | |

### AMENDED MOTION FOR LEAVE TO FILE REPLY TO KNAUF'S MEMORANDUM IN OPPOSITION TO VERIFIED MOTION TO VACATE ORDER EXTINGUISHING CLAIM [DOC. 20219] AND TO EXTEND TIME TO SUBMIT AFFIDAVITS IN SUPPORT OF CLAIM FOR CLAIMANT VILLAS AT OAK HAMMOCK, LLC

Plaintiff Villas at Oak Hammock, LLC ("Villas") hereby requests leave of court to file the attached Reply to Defendant Knauf's Memorandum in Opposition to Plainitff's Verified Motion to Vacate Order Extinguishing Claim [Doc. 20219] and to Extend Time to Submit Affidavits in Support of Claim.

WHEREFORE, Villas requests that the Court enter an order granting leave for it to file its attached Reply to Defendant Knauf's Memorandum in Opposition to Plainitff's Verified Motion to Vacate Order Extinguishing Claim [Doc. 20219] and to Extend Time to Submit Affidavits in Support of Claim.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION FOR LEAVE TO FILE REPLY TO KNAUF'S MEMORANDUM IN OPPOSITION TO VERIFIED MOTION TO VACATE ORDER EXTINGUISHING CLAIM AND TO EXTEND TIME TO SUBMIT AFFIDAVITS IN SUPPORT OF CLAIM has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail,

or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this on this 23rd day of May, 2016.

_____/s_____
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
NATALIE M. RICO
Fla. Bar No. 0065046
Natalie@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*