UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>  Arndt vs Knauf 11-2349<br>  Haya vs Taishan 11-1077<br>  Amorin vs Taishan 11-1395<br>  Amorin vs Taishan 11-1672<br>  Amorin vs Taishan 11-1673 | |

NANCY FISHNER'S NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF DEFENDANTS NAMED IN THE ABOVE COMPLAINTS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Nancy Fishner, hereby dismiss, without prejudice, all of their claims against DEFENDANTS named in Plaintiffs Omnibus Complaints, reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorney's fees and costs. Nancy Fishner shall continue to pursue her claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit A is correspondence from Krupnick Campbell Malone Buser Slama Hancock Liberman P.A., counsel

for Nancy Fishner, dated May 23, 2016 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Dated this 24th day of May, 2016.

        Respectfully submitted,

        /s/ Russ M. Herman
        Russ M. Herman, Esquire (Bar No. 6819)
        Leonard A. Davis, Esquire (Bar No. 14190)
        Stephen J. Herman, Esquire (Bar No. 23129)
        HERMAN, HERMAN & KATZ, L.L.C.
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        ldavis@hhklawfirm.com
        *Plaintiffs' Liaison Counsel*
        *MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2016, the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esquire
        HERMAN, HERMAN & KATZ, L.L.C.
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        ldavis@hhklawfirm.com
        Plaintiffs' Liaison Counsel
        MDL 2047