# EXHIBIT "A"

LAW OFFICES
# KRUPNICK CAMPBELL MALONE
# BUSER SLAMA HANCOCK LIBERMAN
A PROFESSIONAL ASSOCIATION

JON E. KRUPNICK *
WALTER G. CAMPBELL, JR *†***
KEVIN A. MALONE
THOMAS E. BUSER *
JOSEPH J. SLAMA *
KELLY D. HANCOCK ***†♦

SCOTT S. LIBERMAN
IVAN F. CABRERA ***†
KELLEY B. STEWART ††
MICHAEL J. RYAN
CARLOS A. ACEVEDO ***
NICK S. DAVITIAN†
SEAN F. THOMPSON

12 Southeast 7th Street
Suite 801
Fort Lauderdale, Florida 33301

Telephone (954) 763-8181
Toll Free (877) 763-8181
Fax (954) 763-8292
www.krupnicklaw.com

BLAKE V. DOLMAN
CHRIS W. ROYER ♦♦
BRENT M. REITMAN
JESSE S. FULTON
-------------------
Of Counsel
HOLLY D. KRULIK

†† ADMITTED IN NORTH CAROLINA
♦ ADMITTED IN WASHINGTON
♦♦ ADMITTED IN VIRGINIA
* BOARD CERTIFIED CIVIL TRIAL LAWYER
*** ADMITTED IN NEW YORK
† ADMITTED IN DISTRICT OF COLUMBIA

May 23, 2016

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: In re: Chinese Manufactured Drywall Products Liability Litigation
Nancy Fishner, OMNI IX 11-1077; OMNI XII 11-2349; OMNI XV 11-1672; OMNI XVI 11-1395; OMNI XVII 11-1673

Dear Russ and Lenny:

Nancy Fishner has authorized the attorneys of Herman, Herman & Katz, L.L.C. to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, all of her claims against defendants named in the referenced complaints.

Very truly yours,

Michael J. Ryan

MJR/lw