UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL             PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| This Document Relates to All Cases | : : : : | SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |

**REPORT BY THE SETTLEMENT ADMINISTRATOR FOR THE CHINESE DRYWALL SETTLEMENT PROGRAM**

**STATUS REPORT NO. 33 DATED MAY 24, 2016**

The Settlement Administrator for the Chinese Drywall Settlement Program (the "Settlement Program") submits this Status Report to inform the Court of the status of the Chinese Drywall Settlement Program as of May 24, 2016. The Settlement Administrator will provide additional information as requested by the Court.

**I.     STIPEND LIST**

On December 17, 2014, the Court issued an Order granting the Fee Committee's inspection costs and hold back motion pursuant to Pre-Trial Order No. 28(E) and accepted the recommendation of the Fee Committee that a reasonable stipend of $1,000.00 per property for those properties where KPT Chinese Drywall is present, including homes with mixed board that includes KPT Chinese Drywall.  The Court further accepted the Fee Committee's recommendation that for those properties with non-KPT Chinese Drywall only, a reasonable stipend should be $150.00 per property (See Rec. Doc. 18215).  The stipend payment applies to eligible Chinese Drywall properties that are in the MDL Settlements.

The Settlement Administrator reviewed the Chinese Drywall Settlement Program databases and sent a Stipend List to each firm that participated in the Chinese Drywall

1

Settlement Program. The Stipend List shows all properties on file with the Chinese Drywall Settlement Program for a firm and an initial determination as to whether a property is eligible for a stipend payment, and if so, the amount of the stipend available for each property. The Settlement Administrator instructed firms to review the list carefully and submit any objections or proposed corrections.

The Court issued PTO 30 on November 23, 2015. PTO 30 establishes the policies and procedures for stipend payments and also includes the final list of all stipend payments as an exhibit. There were no appeals to PTO 30 filed within the 30 day appeal period, and on December 28, 2015 the Settlement Administrator began issuing stipend payments to law firms who submitted complete stipend payment documentation.

To date, the Settlement Administrator has issued a total of $4,655,350.00 in stipend payments, which is 92% of the total stipend payment amount. Firms must submit a complete Stipend Verification Form, a Counsel Wire Instruction Form and a W-9 in order to receive a stipend payment. The Settlement Administrator recently sent an email reminder to attorneys eligible to receive the stipend payment and who have not returned these required documents, and will continue to issue payment to firms that submit the required documents.

## II.     STATUS OF CLAIMS

The Settlement Administrator opened the Settlement Program on March 27, 2013 following the Court's Order requiring registration of claims. The registration period closed on October 25, 2013 after several deadline extensions. Claim forms became available for both online and hard copy submission on May 27, 2013 and were available until the October 25, 2013 claims filing deadline. Claimants filed a total of 22,786 claims with the Settlement Program. The Settlement Administrator has completed review of all submitted claims. Table 1 shows the

status of payments made to Global, Banner, InEx claimants, and table 2 shows the status of payments made from the Other Loss Fund.

| | Table 1. Global, Banner, InEx Payments (As of 5/24/16) | | | |
|---|---|---|---|---|
| Row | Settlement Fund | # of Claims Paid | Total Disbursement | Remaining Funds |
| 1. | Banner | 4,358 | $26,473,417.73 | $5,934,558.06 |
| 2. | InEx | 1,998 | $1,560,129.20 | $508,156.91 |
| 3. | Global | 7,276 | $34,247,103.67 | $7,484,516.89 |
| 4. | **Total** | **13,632** | **$62,280,650.60** | **$13,927,231.86** |

| | Table 2. Other Loss Payment Summary (As of 5/24/16) | | |
|---|---|---|---|
| Row | Claim Type | # of Claims Paid | Total Disbursement |
| 1. | Bodily Injury | 113 | $113,000.00 |
| 2. | Foreclosure or Short Sale | 522 | $5,220,000.00 |
| 3. | Lost Rent, Use, or Sales | 1,208 | $5,944,180.74 |
| 4. | Miscellaneous | 2,095 | $4,279,007.82 |
| 5. | Pre-Remediation Alternative Living Expenses | 442 | $5,404,731.49 |
| 6. | Tenant Loss | 23 | $46,634.30 |
| 7. | **Total** | **4,403** | **$21,007,554.35** |

### III.   SPECIAL MASTER AWARD APPEALS

A total of 63 claims have been appealed to the Court as shown in Table 4 below. The Court held a hearing on the objections to the Special Master Awards on May 5, 2016, a and has issued rulings on several appeals. The Court's ruling on the objections is final with no right of appeal. Once the Court rules on all appeals, the Settlement Administrator will calculate the pro rata reduction amount that will apply to each claim and issue the remaining Other Loss payments.

| Table 4. Appeals of Final Special Master Awards (As of 5/24/16) | | |
|---|---|---|
| Row | Claim Type | # of Appeals |
| 1. | Bodily Injury | 22 |
| 2. | Foreclosure or Short Sale | 5 |
| 3. | Lost Rent, Use, or Sales | 4 |
| 4. | Miscellaneous | 29 |
| 5. | Pre-Remediation Alternative Living Expenses | 3 |
| 6. | Tenant Loss | 0 |
| 7. | **Total** | **63** |

### IV. CONCLUSION

The Settlement Administrator offers this Report to ensure that the Court is informed of the status of the Program to date. If the Court would find additional information helpful, we stand ready to provide it at the Court's convenience.

Respectfully submitted,

__/s/ Jacob Woody_____
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above pleading will be served on by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of May, 2016.

                __/s/Jacob Woody_____
                Lynn Greer, Esquire (Va. Bar No. 29211)
                Jacob S. Woody, Esquire (Va. Bar No. 77485)
                BrownGreer, PLC
                250 Rockets Way
                Richmond, VA 23231
                Telephone:  (804) 521-7200
                Facsimile:  (804) 521-7299
                lgreer@browngreer.com
                jswoody@browngreer.com

                *Settlement Administrator for the Chinese Drywall*
                *Settlement Program*