MINUTE ENTRY
FALLON, J.
MAY 25, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
      DRYWALL PRODUCTS
        LIABILITY LITIGATION           SECTION: L

THIS DOCUMENT RELATES TO:         JUDGE FALLON
ALL CASES                                    MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:   Michael Ryan, Esq. (via phone) for Claimant John Adams
                Leonard Davis, Esq. for Claimant Villas at Oak Hammock, LLC
                Kerry Miller, Esq. for Defendants

---

1. Motion to Vacate Order Extinguishing Claim and to Extend Time to Submit Affidavits in Support of Claim for Claimant Villas at Oak Hammock, LLC  (20247)

Parties have agreed that the Claimant is given two weeks to submit any additional paperwork regarding it's claim and the Motion is continued and reset for the next monthly status conference which is set for June 29, 2016 at 9:00am.

2. Objections to Special Master's Determination Denying Claimant John Adams' Global Banner IN-EX Repair and Relocation Expenses Claim   (20033)

The Court authorized that the prior owner of the subject property is to be reimbursed


JS10:  :03