UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                  MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                                    SECTION l

*Payton, et al v. Knauf Gips KG, et al.;*                          JUDGE FALLON
*Cause No. 09-7628*
                                                                                    MAGISTRATE JUDGE WILKINSON
*Rogers, et al v. Knauf Gips, KG, et al.;*
*Cause No. 10-0362*

*Block, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft, KG, et al.*
*Cause No. 11-2349*
_____/

### PLAINTIFF MAGDALENA GARDENS CONDOMINIUM ASSOCIATION, INC.'S MOTION TO ENFORCE THE KNAUF SETTLEMENT AGREEMENT

NOW COMES Plaintiff Magdalena Gardens Condominium Association, Inc. ("the Association"), claimant in the above captioned matters, who respectfully requests that this Honorable Court enforce the terms of the Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 (hereinafter "the Knauf Settlement"), and Order the Knauf Defendants to immediately issue payment to the Association for its claims timely and properly submitted under Option 3 of the Knauf Settlement related to the properties located at 240 West End Drive, Units 1322 and 1521, Punta Gorda, Florida, as more fully set forth in the Memorandum of Law accompanying this Motion.

In the alternative, the undersigned respectfully requests that this Motion be set for oral argument before this Honorable Court following the June 29th, 2016 Chinese drywall status

conference scheduled for 9:00 a.m., or as soon as practicable, and that this Honorable Court issue its ruling on Plaintiff's Motion thereafter.

|  |  |
|---|---|
| Dated: May 31, 2016 | Respectfully Submitted,<br><br>/s/ Holly R. Werkema<br>Holly R. Werkema<br>Florida Bar No. 71133<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, TX  75219<br>hwerkema@baronbudd.com<br>Phone: (214) 521-3605<br>Fax:  (214) 520-1181 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Kerry Miller and Rene Merino, counsel for the Knauf Defendants, Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pre-trial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 31st day of May, 2016.

/s/ Holly R. Werkema
Holly R. Werkema