UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL Docket No. 2047

THIS DOCUMENT RELATES TO:

SECTION l

*Payton, et al v. Knauf Gips KG, et al.;*
*Cause No. 09-7628*

JUDGE FALLON

MAGISTRATE JUDGE WILKINSON

*Rogers, et al v. Knauf Gips, KG, et al.;*
*Cause No. 10-0362*

*Block, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft, KG, et al.*
*Cause No. 11-2349*
_____/

**ORDER**

Considering Plaintiff Magdalena Gardens Condominium Association, Inc.'s Motion to Enforce the Knauf Settlement Agreement:

IT IS ORDERED that any party wishing to respond to this Motion do so no later than June 15th, 2016.

IT IS FURTHER ORDERED that this Motion be set for Oral Argument following the June 29th, 2016 Chinese Drywall Status Conference set for 9:00 a.m.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT COURT JUDGE**