## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                          **MDL Docket No. 2047**

THIS DOCUMENT RELATES TO:                           **SECTION l**

*Payton, et al  v. Knauf Gips KG, et al.;*          **JUDGE FALLON**
*Cause No. 09-7628*
                                                    **MAGISTRATE JUDGE WILKINSON**
*Rogers, et al v. Knauf Gips, KG, et al.;*
*Cause No. 10-0362*

*Block, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft, KG, et al.*
*Cause No. 11-2349*
_____/


### NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned

will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for

the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street,

New Orleans, Louisiana, 70130, on June 29th, 2016, at 9:00 o'clock a.m., or as soon as

counsel can be heard, for an order on Plaintiff Magdalena Gardens Condominium Association,

Inc.'s Motion to Enforce the Knauf Settlement.


                                              Respectfully Submitted,

    Dated: May 31, 2016

                                               /s/ Holly R. Werkema
                                              Holly R. Werkema
                                              Florida Bar No. 71133
                                              Baron & Budd, P.C.
                                              3102 Oak Lawn Ave., Ste. 1100
                                              Dallas, TX  75219

hwerkema@baronbudd.com
Phone: (214) 521-3605
Fax:  (214) 520-1181


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing has been served on Kerry Miller and Rene Merino, counsel for the Knauf Defendants, Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pre-trial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 31st day of May, 2016.

/s/ Holly R. Werkema
Holly R. Werkema