UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**RESPONSE OF DEFENDANTS BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD. TO THE PSC'S MAY 12, 2106 NOTICE OF FILING**

Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") hereby respectfully submit their response to the PSC's May 12, 2016 "Notice of Filing," which attaches CNBM PLC's Announcement of 2015 Annual Results and quotes from page 9 of the announcement discussing CNBM PLC's "control" over BNBM PLC as a function of its equity interest and voting interest. (Rec. Doc. 20245). The PSC's filing appears to be offered in supplemental opposition to the motions to dismiss filed by BNBM PLC and BNBM Group. While we understand the Court has requested that the parties refrain from additional filings during the Taishan-PSC mediation, the PSC's decision to submit another filing last week constrains BNBM to submit this short response.

In its briefing in support of the motion, BNBM PLC provided controlling authority, including that merely owning a majority of a corporation's stock, and thereby having a

controlling voting interest, is insufficient to support an alter ego finding.[1]  Indeed, the Court's March 10, 2016 Order and Reasons dismissing China New Building Materials Group under the Foreign Sovereign Immunities Act held that even "[c]omplete ownership and appointment of a board of directors are not enough" to show that "a corporate entity is so extensively controlled by its owner that a relationship of principal and agent is created."  (Order and Reasons, Doc. 20150, at 27).  The Announcement of Annual Results for 2015 accordingly provides no additional support for the PSC's contention that the jurisdictional contacts of Taishan can be imputed to BNBM PLC or BNBM Group on an alter ego theory.

Dated: May 31, 2016

                                          Respectfully submitted,

                                          **DENTONS US LLP**

                                          By: */s/ Michael H. Barr*
                                          Michael H. Barr
                                          New York Bar No. 1744242
                                          Justin N. Kattan
                                          New York Bar No. 3983905
                                          1221 Avenue of the Americas
                                          New York, New York 10020-1089
                                          Telephone: (212) 768-6700
                                          Facsimile: (212) 768-6800
                                          michael.barr@dentons.com
                                          justin.kattan@dentons.com

---

[1]  *See, e.g., United States v. Bestfoods*, 542 U.S. 51, 61-62 (1998); *Gardemal v. Westin Hotel Co.*, 186 F.3d 588, 594 (5th Cir. 1999); BNBM PLC Memorandum in Support of Motion to Dismiss the Complaints Pursuant to Rules 12(b)(2) and 12(b)(5), Rec. Doc. 19631-3, filed Oct. 22, 2015, at 36-38, 60-65; BNBM PLC Reply Memorandum in Support of Motion to Dismiss the Complaints Pursuant to Rules 12(b)(2) and 12(b)(5), Rec. Doc. 20038-2, filed Feb. 12, 2016, at 17-19, 35.

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6306
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

C. Michael Moore
Texas Bar No. 14323600
Matt Nickel
Texas Bar No. 24056042
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
mike.moore@dentons.com
matt.nickel@dentons.com

Kenneth J. Pfaehler
D.C. Bar No. 461718
Drew W. Marrocco
D.C. Bar No. 453205
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
kenneth.pfaehler@dentons.com
drew.marrocco@dentons.com
-and-
**PHELPS DUNBAR LLP**
Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
harry.rosenberg@phelps.com

***Attorneys for Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.***

3

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **Response of Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. to the PSC's May 12, 2016 Notice of Filing** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of May, 2016.

/s/    Michael H. Barr