UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG., et al.*<br>2:14-cv-02722-EEF-JCW | MAG. JUDGE WILKINSON |

## NOTICE OF SERVICE

The Clerk of Court is hereby notified that the following defendants were served on March 17, 2016, and March 24, 2016, respectively, in accordance with the provisions of Article 5, Sub-paragraph A, of the Hague Convention:

1. Knauf GIPS KG
2. Knauf AMF GMBH & Co.

The German certification and attestation documents are attached hereto as Exhibits 1 and 2.

s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 205-414-7528
jimmy@doylefirm.com
*Attorney for Plaintiffs*