

# Amtsgericht Kitzingen

Amtsgericht Kitzingen, Friedenstraße 3 a, 97318 Kitzingen

James V. Doyle, Jr
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, Suite 650
BIRMINGHAM, AL 35209
U.S.A

**Sachbearbeiter**
Herr Sturm

**Telefon**
09321 7006-158

**Telefax**
09321 7006-174

| Ihr Zeichen, Ihre Nachricht vom | Bitte bei Antwort angeben Unser Zeichen | |
|---|---|---|
| 02:14-CV-02722 | 9341 a E 131/16 OLG München<br>ReHi TgbNr 31/16 LG Würzburg<br>105 AR 9/16 Amtsgericht Kitzingen | 17. März 2016 |

**Rechtshilfeersuchen in Zivilsachen mit USA;**
Ersuchen des Amtsgerichts für den östlichen Bezirk von Louisiana um Zustellung einer Klage an Knauf GIPS KG

Sehr geehrte Damen und Herren,

in Erledigung des vorbezeichneten Rechtshilfeersuchens übersende ich die anliegenden Schriftstücke.

Der Vordruck „Angaben über den wesentlichen Inhalt des zuzustellenden Schriftstücks" und der Hinweis „Achtung" wurden dem Empfänger ausgehändigt.

Mit vorzüglicher Hochachtung



Sturm, Rechtspfleger

**Hausanschrift**
Friedenstraße 3 a
97318 Kitzingen
(Nähe Bahnhof)

**Sprechzeiten**
Termine nach Vereinbarung

**Internet u. E-Mail**
www.amtsgericht-kitzingen.bayern.de
poststelle@ag-kt.bayern.de

E-Mail-Adressen eröffnen keinen Zugang für Erklärungen in Rechtssachen

# ZUSTELLUNGSZEUGNIS
# CERTIFICATE
# ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. daß der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

   - am (Datum) **09.03.2016**
     the (date)
     le (date)

   - in (Ort, Straße, Nummer) **Am Bahnhof 10, 97346 Iphofen**
     at (place, street, number)
     à (localité, rue, numéro)

   - in einer der folgenden Formen nach Artikel 5:
     in one of the following methods autohorised by article 5:
     dans une des formes suivantes prévues à l'article 5:

     ☒ a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
        in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
        selon les formes légales (article 5, alinéa premier, lettre a) *).

     ☐ b) in der folgenden besonderen Form *): _____
        in accordance with the following particular method *):
        selon la forme particulière suivante *):

     ☐ c) durch einfache Übergabe *).
        by delivery to the addressee, who accepted it voluntarily *).
        par remise simple *).

   Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
   The documents referred to in the request have been delivered to:
   Les documents mentionnés dans la demande ont été remis à:

   - (Name und Stellung der Person) **Cornelia Stingl, Angestellte**
     (identity and description of person)
     (identité et qualité de la personne)

   - Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger: _____
     relationship to the addressee (family, business or other):
     liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. daß der Antrag aus folgenden Gründen nicht erledigt werden konnte *):
   that the document has not been served, by reason of the following facts *):
   que la demande n'a pas été exécutée, en raison des faits suivants *):

   _____

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen
Annexes
Annexes

Zurückgesandte Schriftstücke: _____
Documents returned:
Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:
In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

**die mit dem Zustellungszeugnis fest verbundenen Schriftstücke**

_____
_____

Ausgefertigt in **Kitzingen**        am 30.03.2016
**Amtsgericht Kitzingen**
**Friedenstr. 3a**
**97318 Kitzingen**
Done at
Fait à

Unterschrift und/oder Stempel.
Signature and/or stamp.
Signature et/ou cachet.

Sturm
Rechtspfleger

