## Amtsgericht Freyung
Abteilung für Zivilsachen



Amtsgericht Freyung PF 1261, 94074 Freyung

Doyle Law Firm, PC
2100 Southbridge Pkwy, Suite 650
BIRMINGHAM, AL 35209
VEREINIGTE STAATEN VON AMERIKA

für Rückfragen:
Telefon: 08551/970-110
Telefax: 08551/970-104
Zimmer: 12
Sie erreichen die zuständige Stelle am besten:
Mo.-Fr. 08.00 -12.00 Uhr

| Ihr Zeichen | Bitte bei Antwort angeben<br>Akten- / Geschäftszeichen<br>1 AR 29/16 | Datum<br>24.03.2016 |

In Sachen
Doyle law firm, PC; hier: Zustellungsersuchen

Sehr geehrte Damen und Herren,

die von Ihnen beantragte Zustellung wurde vorgenommen.
Den Zustellungsantrag sende ich anbei mit dem Zustellungsnachweis zurück.

Mit freundlichen Grüßen

Kroner
Rechtspflegerin

| **Hausanschrift** | **Haltestelle** | **Nachtbriefkasten** | **Kommunikation** |
|---|---|---|---|
| Geyersberger Str. 1<br>94078 Freyung | Busbahnhof Freyung | neben dem Eingang | Telefon:<br>08551/970-0<br>Telefax:<br>08551/970-160 |

ZUSTELLUNGSZEUGNIS
CERTIFICATE
ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. daß der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

   - am (Datum) **24.03.2016**
     the (date)
     le (date)

   - in (Ort, Straße, Nummer) **94078 Freyung, Geyersberger Straße 1**
     at (place, street, number)
     à (localité, rue, numéro)

   - in einer der folgenden Formen nach Artikel 5:
     in one of the following methods autohorised by article 5:
     dans une des formes suivantes prévues à l'article 5:

     ☐ a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
        in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
        selon les formes légales (article 5, alinéa premier, lettre a) *).

     ☐ b) in der folgenden besonderen Form *): _____
        in accordance with the following particular method *):
        selon la forme particulière suivante *):

     ☒ c) durch einfache Übergabe *).
        by delivery to the addressee, who accepted it voluntarily *).
        par remise simple *).

   Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
   The documents referred to in the request have been delivered to:
   Les documents mentionnés dans la demande ont été remis à:

   - (Name und Stellung der Person) **Resch Christian, Mitarbeiter**
     (identity and description of person)
     (identité et qualité de la personne)

   - Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger: **Arbeitsverhältnis**
     relationship to the addressee (family, business or other):
     liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. daß der Antrag aus folgenden Gründen nicht erledigt werden konnte *):
   that the document has not been served, by reason of the following facts *):
   que la demande n'a pas été exécutée, en raison des faits suivants *):

   ─────

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen
Annexes
Annexes

Zurückgesandte Schriftstücke: **Class Action Complaint, Summons in a Civil Action, Class Action Complaint - German translation, Summons in a Civil Action - German translation**
Documents returned:
Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:
In appropriate cases, documents establishing the service:      Ausgefertigt in **Freyung**      am **24.03.2016**
Le cas échéant, les documents justificatifs de l'exécution:    Done at
                                                               Fait à

                                                               *[signature]*
                                                               Unterschrift und/oder Stempel.
                                                               Signature and/or stamp.       Kroner
                                                               Signature et/ou cachet.       Rechtspflegerin

─────
─────

*) Unzutreffendes streichen.
   Delete if inappropriate.
   Rayer les metions inutiles.