UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                              MDL NO. 2047

                                                        SECTION: L

                                                        JUDGE FALLON
                                                        MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION OF THE PSC FEE COMMITTEE FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF LOCAL RULE PAGE LIMITATION AND TO FILE EXHIBIT UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes Russ M. Herman, Plaintiffs' Liaison Counsel and Co-Chair/Secretary of the Fee Committee of the Plaintiffs' Steering Committee herein, who, on behalf of the Fee Committee, and for the reasons set forth in the memorandum attached hereto, respectfully moves the Court for an Order allowing the Fee Committee brief in support of the motion to determine the allocation of the global fee award as between common benefit fees and individual counsel fees pursuant to PTO 28(F) "Allocation Motion" to be filed in excess of the page limitation set forth in Local Rule 7.7, and further allowing the filing of Exhibit "B" attached to the Components Table associated with the memorandum in support of the allocation motion to be filed under seal inasmuch as it contains confidential information.

1

                              Respectfully submitted,

Dated: June 6, 2016           /s/ Russ M. Herman
                              Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*


Gerald E. Meunier (Bar No. 9471) (On the Brief)
Gainsburgh, Benjamin, David,
 Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Co-Counsel for Plaintiffs and PSC Member*

***ON BEHALF OF THE FEE COMMITTEE***

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of June, 2016.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*