UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                           MDL NO. 2047

                                                                      SECTION: L

                                                                      JUDGE FALLON
                                                                      MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

CONSIDERING the Motion of the PSC Fee Committee to File Memorandum in Excess of Local rule Page Limitation and to File Exhibit Under Seal;

IT IS ORDERED BY THE COURT that the motion is granted and the attached Motion to Determine the Allocation of the Global Fee Award As Between Common Benefit Fees and Individual Counsel's Fee Pursuant to PTO 28(F), with all supporting memoranda and exhibits, be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that Exhibit "B" attached to the Components Table (Exhibit "B" attached to the Memorandum in Support of Motion to Determine the Allocation of the Global Fee Award As Between Common Benefit Fees and Individual Counsel's Fee Pursuant to PTO 28(F)) be filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2016.

                                                _____
                                                Eldon E. Fallon
                                                United States District Court Judge