UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Determine the Allocation of the Global Fee Award As Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) and the legal authority and analysis set forth in the Memorandum in support, Affidavit and based upon the Court's prior Orders issued in Pretrial Order Nos. 28, 28(A), 28(B), 28(C), 28(D), 28(E) and 28(F), and the independent observations and assessment of the activities and services of counsel;

IT IS ORDERED that the previously-approved global fee award of $192,981,363.35 be allocated as follows: $114,581,308.82 for the payment of common benefit counsel fees, and $78,400,054.53 for the payment of individual counsel fees; and

THIS DONE the _____ day of June, 2016, New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
United States District Judge