UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

CONSIDERING the Motion of the PSC Fee Committee to File Memorandum in Excess of Local rule Page Limitation and to File Exhibit Under Seal;

IT IS ORDERED BY THE COURT that the motion is granted and the attached Motion to Determine the Allocation of the Global Fee Award As Between Common Benefit Fees and Individual Counsel's Fee Pursuant to PTO 28(F), with all supporting memoranda and exhibits, be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that Exhibit "B" attached to the Components Table (Exhibit "B" attached to the Memorandum in Support of Motion to Determine the Allocation of the Global Fee Award As Between Common Benefit Fees and Individual Counsel's Fee Pursuant to PTO 28(F)) be filed UNDER SEAL.

New Orleans, Louisiana, this 6th day of June, 2016.

_____
Eldon E. Fallon
United States District Court Judge