# EXHIBIT "B"

## In Re:  Chinese-Manufactured Drywall, MDL 2047
## Components of Class Settlements

| Benefit Category | Components/Vendors | Description | Amount | Exhibit |
|---|---|---|---|---|
| | | | | |
| A | Knauf Settlement: | Remediation Program (Option 1) | $515,643,751.00[1] | A |
| B | | Other Remediation Payments by Knauf (including Options 2 and 3) | $201,435,764.28[2] | B [FILED UNDER SEAL] |
| B | | Already Remediated Homes | $41,714,601.42 | B [FILED UNDER SEAL] |
| B | | Additional amounts paid by Knauf into the Other Loss Fund for claimants | $4,232,227.01 | C |
| C | | Global, Banner and INEX repair and relocation payments made to non-Knauf claimants | $40,279,825.14 | C |
| C | | Other Loss Fund Payments for claimants under settlements (other than remediation) | $38,436,961.41[3] | D |
| D | | Attorney's Fees/Costs (Knauf, L&W, Banner, INEX, Global, Virginia) | $233,078,270.33[4] | E |
| E | Virginia Settlement: | Builders Mutual Settlement Fund | $1,071,000.00 | Settlement Agreement [Rec. Doc. 16463-5] |
| E | | Nationwide Settlement Fund | $6,300,000.00 | Settlement Agreement [Rec. Doc. 15969-5] |
| E | | Porter-Blaine/Venture Supply Settlement Fund | $1,890,000.00 | Settlement |

[1] *See* attached Exhibit "A," Affidavit of George Inglis dated 3/18/16, with exhibits.

[2] This figure represents the total paid by Knauf under the class settlement ($548,182,144.61), under Options 1, 2 and 3, less the amounts paid by Knauf to Moss for Option 1 remediation ($345,586,974.09), and to GFA International for post-remediation environmental certification ($1,159,406.24). This figure will change and increase as additional properties are remediated.

[3] There are 5,150 eligibility notices of which resolution offer acceptances have been received by 4,423 and there are Special Master award requests pending for 727.  Additional funds will be disbursed as claims are resolved.

[4] This includes all amounts held in the Attorney Fund QSFs, as well as the North River and voluntary contributions.

# In Re:  Chinese-Manufactured Drywall, MDL 2047
## Components of Class Settlements

| | | | | Agreement [Rec. Doc. 15969-6] |
|---|---|---|---|---|
| E | | Tobin Trading and Installers Settlement Fund | $1,701,000.00 | Settlement Agreement [Rec. Doc. 15969-7] |
| F | Settlement Class Notices | Banner: $385,063.20 paid by PSC<br>Global: $2,717,531.31 paid by Defendants<br>InEx: $98,995.49 paid by PSC and $100,000.00 paid by Defendants<br>Knauf:  $12,394.03 paid by Defendants<br>Virginia: $174,473.68[5] | $2,829,925.34[6] | Rec. Doc. 15969-5, Rec. Doc. 15969-6, and Rec. Doc. 15969-7.  Also, Exhibit L – Chart of Notice Costs. |
| F | Settlement Administrator (BrownGreer) | Appointed by the Court to provide claims processing services for Knauf, Global, Banner, INEX and L&W Settlements | $4,600,000.00[7] | F |
| F | Settlement Administrator (Garretson Group) | Appointed by the Court to provide claims processing services for the Virginia Settlements | $289,689.41 | G |
| F | *Pro Se* Curator (Robert Johnston) | Appointed by the Court to explain and make available to *pro se* claimants Settlement Agreements and options available, including providing documents and advice to retain counsel | $734,209.37 | H |
| F | Ombudsman (Louis Velez) | Construction expert available to Class Members and the Court to advise regarding matters relating to the remediation process, work and resolving disputes related thereto | $291,448.39 | I |

---

[5] This includes Nationwide Class Notice of $50,000, Porter-Blaine/Venture Class Notice of $50,000, and Tobin Trading Class Notice of $50,000.
[6] This figure represents amounts paid by Defendants only.
[7] This figure represents the value of the time expended according to Brown Greer.  Knauf entered into a fixed contract with Brown Greer.

## In Re:  Chinese-Manufactured Drywall, MDL 2047
## Components of Class Settlements

| | | | | |
|---|---|---|---|---|
| F | Drywall Inspection (Benchmark) | Initial inspection of properties in Florida, Louisiana and Texas for indicia of Chinese drywall and evidence of contamination | $6,078,195.00 | I |
| F | Drywall Inspection (MZA) | Initial inspection of properties in Mississippi and Alabama for indicia of Chinese drywall and evidence of contamination | $2,333,324.28 | I |
| F | Phase I of the Remediation Program (Moss) | Xactimate (inspection/document/bid scope) - $6,097,338.00 CELSS (bid process and contract award) Final Cost Estimate - $5,570,361.00 | $11,667,699.00 | I |
| F | Start-up Cost of Remediation Program (Moss) | Knauf/Moss initial start-up cost | $900,000.00 | I |
| F | Administrative Cost of Remediation Program (Moss) | Core Staff Cost | $3,587,500.00 | I |
| F | Already Remediated Homes (ARH) (Moss) | Review/consult/recommend | $319,551.01 | I |
| F | Special Master (Perry, Atkinson, Balhoff, Mengis & Burns, LLC) | Appointed by the Court to review information submitted by Class Members challenging claim recommendations to make determinations concerning benefits under the Settlement Agreements | $687,720.51 | J |
| F | Drywall Preservation and Disposal (Knauf) | Preservation of physical evidence/drywall pursuant to Court Order (Knauf) | $210,643.00[8] | K |
| | Court Appointed CPA | Appointed by the Court in Pre-Trial Order No. 9 | $0[9] | See Revised and |

---

[8] The PSC expended additional amounts to preserve drywall in Virginia ($5,068.53 monthly), with Unified Engineering ($6,900) and with W.D. Scott ($22,282.98).

[9] The services enhanced the ability of the Court and Counsel to administer the MDL and the settlement process.  $1,100,000.00 was expended for accounting services of which a portion arguably benefited class settlements.

## In Re:  Chinese-Manufactured Drywall, MDL 2047
## Components of Class Settlements

| | (Philip A. Garrett) | to provide accounting services, which included the settlement fund, escrow and administration services to the Plaintiffs' Liaison Counsel, the PSC and the Court in MDL No. 2047 | | Updated Affidavit of Phillip A. Garrett, CPA, Pursuant to Pretrial Order No. 28(F) |
|---|---|---|---|---|
| F | Financial Institution (Whitney Bank) | Depository for PSC and Remediation Fund | $0[10] | |
| F | Financial Institution (Esquire Bank) | Depository for Qualified Settlement Funds (QSFs) | $0[11] | |
| F | Financial Institution (Deutsche Bank) | Issuer of Letter of Credit | [12] | |
| F | Financial Institution (U.S. Bank) | Escrow account holder | [13] | |
| | | | | |
| | **TOTAL:** | | **$1,120,313,305.90** | |

---

[10] These expenses of approximately $50,000 arguably benefited and facilitated the class settlements.

[11] These expenses of approximately $12,000 arguably benefited and facilitated the class settlements.

[12] These expenses paid by Knauf benefited and facilitated the class settlements.  The amount paid is unknown to the PSC.

[13] These expenses in the amount of $11,735.75 paid by Knauf benefited and facilitated the class settlements.

# EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*ALL ACTIONS* | |

**AFFIDAVIT OF GEORGE J. INGLIS, P.E.**

I, George J. Inglis, being first duly sworn, depose and say:

      1.      I graduated with a Bachelor of Science in Civil Engineering degree from the Bradley University of Peoria, Illinois, and a Masters of Business Administration degree from the University of Chicago.  I am a Licensed Professional Engineer in the states of Illinois and Ohio, and have expertise in property damage and remediation consulting.  I have been involved in construction and implementation of projects for over 40 years.  I am currently employed by Berman & Wright Architecture, Engineering & Planning, LLC ("Berman & Wright"), where I have performed forensic investigations and provided opinions regarding construction issues and building problems that included developing the scope of necessary repair, and the establishing the cost via quotes and estimates to make the repairs.  I have formed opinions regarding these construction issues by employing standard techniques based on my technical education and training, hands-on field experience including investigations of hundreds of buildings, and the subsequent remediation needed to address the building problems and storm damage.  I have also conducted significant research of publications and studies done by other forensic investigators and trade associations, and I have reviewed the national standards and

1

industry guidelines.  I have been retained in numerous matters to provide expert opinions regarding building repair.  In the specific area of Chinese Drywall remediation, I assisted Ron Wright of Berman & Wright in conducting the expert remediation evaluation of the *Germano* homes that were the subject of the 2010 *Germano* trial and the FOFCOL (Doc. 2380).  From 2010 to 2015 I performed expert remediation evaluations with others at Berman & Wright on the evaluation of some 40 properties in four states. In 2014, I provided expert testimony in the June 9-10 *Taishan* default judgment class damages trial on the remediation of a similar set of properties as exists in this matter, and was accepted by the Court as a qualified expert. In all the Chinese Drywall work described above, I used the same remediation scope of work and costs estimation methodology that I have employed in this matter. My curriculum vita is attached as Exhibit 1, and it includes a listing of those depositions and hearings in which I have provided expert testimony.  My hourly rate for services rendered on this matter is $200/hour.

2.      I have been asked to estimate the market value cost of remediating the properties included in the Moss Remediation Program as a component of the Knauf Settlement. By "market value cost," I mean the cost an individual homeowner would have to pay to fully remediate a Chinese Drywall home (including post-remediation clearance and inspection fees) if that homeowner had to contract the remediation services individually as opposed to the large scale remediation program that Moss carried out on thousands of homes as the primary contractor, enjoying economies of scale in the purchase of materials and labor. To do this, I employed the same market based cost methodology I used in working with Ron Wright of Berman & Wright in the *Germano* trial in 2010 in order to estimate the costs of remediation of  the seven *Germano* homes, and in my expert

testimony provided in the 2014 *Taishan* default judgment class damages trial. This methodology is described and reviewed in FOFCOL (Doc. 2380) at pages 26-60. In order to estimate the market value cost of remediating the properties included in the Moss Remediation Program, we utilized the average per square foot cost of Chinese Drywall home repair of $86 per square foot, first established in *Germano*, and then confirmed in numerous observations in multiple states from 2010-2014. We also utilized the additional 6% cost estimate for the post-remediation clearance and inspection fees, first established in *Germano*, and then confirmed in observations of post-remediation clearance and inspections of a comparable scope from 2010-2014. Utilizing these data, we then adjusted these values by annualized local cost factors from the RS Means data set, and applied them to the square footage measurements for each of the homes in the Moss Remediation Program to estimate the market value cost of those remediations. All opinions expressed herein are expressed to a reasonable degree of certainty within my fields of expertise.

3.      To calculate the estimated market value costs of the above–described Moss Remediation Program, I was provided with a spreadsheet by the Court–appointed Claims Administrator Brown Greer (Jake Woody) listing individually and collectively all the Moss remediation projects including the zip codes, the number of square feet, and the year the cost was incurred. I utilized this data along with zip code and yearly specific RS Means Residential Location Factors (local residential cost factors to account for variance in the costs of materials and labor by locale) to estimate the market value costs of the Moss Remediation Project in the years the costs were incurred. In summary, this data covered the time period 2011- 2016, 2,960 properties in 401 zip codes, and a cumulative 5,957,600 square feet. The estimated market value costs based on the Moss Remediation Project data

provided to me is $515,643,751.  The data is summarized in "B&W SF Cost Analysis" attached hereto as Exhibit 2.

Exhibits:

1.      Curriculum Vitae and Testimony Listing to 2015
2.      B&W SF Cost Analysis

Further, the affiant sayeth not.

2016 - 3 -18
Date

George J. Inglis, P.E.


Sworn to and subscribed before me this 18th day of March , 2016


NOTARY PUBLIC

My Commission Expires: 7-14-2019

# EXHIBIT 1

# George J. Inglis, P.E.
Senior Project Consultant

## PROFESSIONAL SUMMARY

George Inglis, Professional Engineer and Senior Project Consultant with Berman & Wright Architecture, Engineering, and Planning, has 40 years of experience in project and construction management, building diagnostics, and building forensics. For the past 12 years, Mr. Inglis has performed forensic engineering services to identify construction deficiencies and compliance with building codes, design documents, and manufacturers' specifications. He has managed capital and maintenance projects that have ranged up to $90 million, which consisted of mechanical installations that are industrial in nature, as well as construction and modifications to commercial, multifamily, and residential buildings. These projects required Mr. Inglis' experience with services such as: Project Development and Justification, Design, Construction, start up/occupancy, evaluation of existing buildings, Scoping of building modifications, Evaluation for construction deficiencies, Compliance to building specifications, Compliance to manufacturers' specifications, and Remediation due to mold, lead, Chinese drywall, and asbestos issues, project safety, budgeting, scheduling, contract negotiations, environmental permitting and development of project alternatives, including financing alternatives.

## PROFESSIONAL EXPERIENCE

### Berman & Wright Architecture, Engineering & Planning, LLC (Formerly Buric)

| | |
|---|---|
| Senior Project Consultant | 2010 - Present |
| Director of Building Diagnostics – Ohio (Buric) | 2005 – 2010 |
| Senior Project Consultant (Buric) | 2003 – 2005 |

Mr. Inglis inspects, investigates, and diagnoses building defects for code violations, workmanship, and installations contrary to manufacturers' recommended procedures. He determines cause and effect relationships that have resulted in damage in residential, multi-family, industrial, and commercial buildings, including damages such as water intrusion, mold, structural repairs, roofing repairs and replacement, and costs to remediate homes constructed with Chinese drywall. He identifies possible sources of defects that lead to water intrusion and/or mold problems.

He has worked with buildings in post-Hurricane Katrina and post-Hurricane Wilma settings to determine specific causes of damages. He measures moisture levels within building materials and wall cavities. He performs ASTM / AAMA window testing and Rilem Mortar Porosity testing. He develops reports and graphic exhibits of findings.

He performs construction management services, such as the construction of a new chemical plant and the demolition of an automotive facility. He assists contractors, owners, and their attorneys in the development and review of construction claims. He reviews project documentation, cost reports, schedules and correspondence, and perform analyses to identify the additional time and/or cost impact to a construction project as a result of delays, losses in labor productivity, acceleration, additional work, etc. He performs construction management and assists with CPM scheduling services as required. He assembles and reviews information from project documents



to develop and support claim issues on complex construction projects. He creates time-scaled graphics to convey information to support claim issues. His recent activities have included scope and cost development for remediation of homes contaminated by Chinese drywall.

## United States Steel Corporation, Inc. – Lorain Pipe Mills
Manager of Engineering                                                                                       2002 – 2003

Mr. Inglis served as the Manager of Engineering for the Lorain Pipe Mills, a seamless pipe producing facility located in Lorain, Ohio. He implemented $105 million in capital projects under Construction Industry Institute (CII) and IPA practices standards for over 2 years. His responsibilities included developing an Inline Quench and Temper Facility; Stand Alone Compressed Air facilities; and a Utility Separation project. For these projects, Mr. Inglis was responsible for the project safety, scope, earned value, constructability, quality control, range estimates, manpower-loaded scheduling, contracts and specifications, costs, environmental permitting with OEPA, 10-year 60% tax abatement from local City of Lorain, project development, preparation of appropriation documents, and presentations to executive management. He was responsible for maintaining a structural inspections program and databases for the buildings and structures at the Lorain Pipe Mills.

Mr. Inglis regularly worked with legal counsel to establish contracts, such as lump sum bid, target price with shared savings and long-term service contracts, as well as other legal documents. Additionally, he maintained daily contact with contractors to manage contracts and prevent impact claims.

## The Lorain Tubular Company
Manager Engineering & Environmental                                                          1998 – 2002

Mr. Inglis was responsible for developing modernization projects, like the Quench and Temper project; structural inspections and building repairs; environmental permits; and maintaining environmental compliance through testing, reporting, negotiations with OEPA, and internal and OEPA audits. He established contracts for environmental contractor services and waste disposal, stand-alone environmental permits, and environmental reporting for the Lorain Tubular Company.

## USS Kobe Steel Company
Manager of Engineering                                                                                       1984 – 1998
Manager Project Administration

Mr. Inglis was responsible for project development, safety, schedule, cost and start-up of three major projects which totaled more than $88 million. For these projects he provided deposition testimony to defend the company against a contractor claim; provided deposition testimony to defend the company against a 3rd party injury suit; and implemented changes to meet stringent environmental regulations, which required visits to Japan's Kobe Steel Company.

Mr. Inglis worked as part of a modernization team and provided advice on contract method, contract negotiations and specifications for the development of a new Technology Center for USS Kobe Steel Company.



**United States Steel Company**                                                    1973 – 1984
Senior Buyer
Structural Designer

Mr. Inglis worked as a Senior Buyer in Pittsburgh, Pennsylvania with responsibilities for procurement of capital equipment, construction services and engineering for various company locations throughout the United States; including steel production sites, mines, and chemical plants. He worked in various engineering and maintenance positions at USS Gary Indiana Works and Waukegan Illinois Works. He worked out of the Des Plaines, Illinois office as the structural designer for the Austin Company.

**Norms Roofing and Gutter**

Mr. Inglis performed roof installations, including asphalt shingles, low-slope roll roofing and slate replacements; roof tear-offs; sheathing repairs; gutter replacement; and flashing.

**EDUCATION**

Bradley University                                                              Peoria, IL
Bachelor of Science Degree - Civil Engineering                                    1973

University of Chicago                                                        Chicago, IL
Masters of Business Administration                                                 1979

**PROFESSIONAL LICENSE**

Registered Professional Engineer
    Illinois              License No. 06036286                          1978
    Ohio                 License No. 69968                            2005

**PROFESSIONAL MEMBERSHIPS**

Association of Iron and Steel Engineers (AISE)
    Cleveland Section Past Chairman
    Past Chairman, Sub-Committee 38
    Past Chairman, AISE Project Management Division
Association for Iron and Steel Technology (AIST)
    Chairman (2004 & 2005), Project and Construction Management Operating Committee
    Vice Chair, AIST Technology Division
    Past AIST Award and Recognition Committee
Community Association Institute (CAI)
    Member



**CURRENT PROJECTS LIST**

| | |
|---|---|
| Develop Cost Estimates to Remediate Chinese Drywall Homes | 16 States |
| Residence at Sheffield Lake | Sheffield Lake, OH |
| Vilas at Northstar | Westerville, OH |
| Rialto – Capital Condominiums | Jersey City, NJ |
| Seton Square Dover Apartments | Dover, OH |
| Niese Residence | Put-in-Bay, OH |
| La Cote de Lac Condominiums | Lorain, OH |

| CONTINUING PROFESSIONAL EDUCATION AND SEMINARS ATTENDED | |
|---|---|
| **Date** | **Topic** |
| 2008 – 2015 | 15 Hours a Year of Continuing Education to Maintain P.E. Registration |
| 2013 | Ohio State Bar Association – Construction Law Forum Cleveland, OH |
| 2012 | Ohio State Bar Association – Construction Law Forum Cleveland, OH |
| 2008 | U of W - Water Intrusion Seminar Madison, WI |
| 2007 | IMI – Brick Home Construction Hudson, OH |
| 2007 | Half Moon LLC Seminar – Minimizing Engineering Liability Exposure Independence, OH |
| 2006 | ASTM – Repair, Retrofit, and Inspection of Building Exterior Wall Systems Atlanta, Georgia |
| 2005 | OSHA – Completed Person Safety Training for Scaffolding |
| 2005 | Building Official Council of Northeast Ohio (Boconeo) - 2 hr. Tyvex Installation training by DuPont |
| 2005 | OSHA - 10 hr. Safety Training session |



**TESTIMONY EXPERIENCE**

<u>**Arbitrations**</u>
- Design and construction deficiencies and damages for Dyczkiewycz residence (2007)

<u>**Hearings**</u>
- Construction claim from pipemill upgrade at United States Steel Corporation production plant (1994)
- Personal injury claim for design and safety of platforms at United States Steels Corporation production plant (2005)
- Design and construction deficiencies and damages for Ashley residence (2008)
- Design and construction deficiencies and damages for Crispin residence (2009)
- Design and construction deficiencies and damages for Broadway Lanes bowling alley (2011)
- Design and construction deficiencies and damages for Grand Harbor Condominiums (2011)
- Foreclosure and damages for Grand Harbor Condominiums (2015)
- Calculation of damages in Chinese Drywall Class Action for 2700 homes vs. Chinese drywall manufacturers and distributor (2015)

<u>**Depositions**</u>
- Design and construction deficiencies and damages for Frankovic condominium (2006)
- Design and construction deficiencies and damages for Siegel residence (2007)
- Ashley residence regarding flood damage resulting from neighbor's grading (2008)
- Design and construction deficiencies and damages for Myers residence (2009)
- Komoroski vs. City of Bellevue Ohio regarding alleged construction deficiencies (2009)
- Residence of Sheffield Lake Condominiums vs. State Farm (2015)
- Calculation of damages in Chinese Drywall Class Action for 2700 homes vs. Chinese drywall manufacturers and distributor (2015)

# EXHIBIT 2

**CHINESE DRYWALL REMEDIATION PROGRAM**
**ANNUAL SQUARE FOOTAGE BY ZIP CODE**
**OPTION 1 - PROGRAM CONTRACTOR REMEDIATION**
**AS OF 3/2/16**

| Row | Zip Code | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total Square Footage | RESIDENTIAL LOCATION FACTORS (RS MEANS)[1] | | | | | | TOTAL COSTS BY YEAR WITH LOCATION FACTOR [yearly cost per SF includes post - remediation clearance and inspection fees][1] | | | | | | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2011 $98.97 | 2012 $100.72 | 2013 $104.15 | 2014 $106.06 | 2015 $106.73 | 2016 $107.24 | |
| 1 | 30073 | 1,910 | | | | | | 1,910 | 87.0% | 88.0% | 87.0% | 87.0% | 87.0% | 90.0% | 164,458 | 0 | 0 | 0 | 0 | 0 | 164,458 |
| 2 | 32043 | | 2,194 | | 2,182 | 2,554 | | 6,930 | 83.0% | 83.0% | 82.0% | 82.0% | 81.0% | 83.0% | 0 | 183,413 | 0 | 189,767 | 220,797 | 0 | 593,977 |
| 3 | 32080 | | 15,413 | 2,125 | | | | 17,538 | 83.0% | 83.0% | 82.0% | 82.0% | 81.0% | 83.0% | 0 | 1,288,490 | 181,481 | 0 | 0 | 0 | 1,469,971 |
| 4 | 32092 | 2,317 | | | | | | 2,317 | 83.0% | 83.0% | 82.0% | 82.0% | 81.0% | 83.0% | 190,330 | 0 | 0 | 0 | 0 | 0 | 190,330 |
| 5 | 32164 | | | 2,135 | 1,631 | | | 3,766 | 88.0% | 88.0% | 87.0% | 87.0% | 86.0% | 86.0% | 0 | 0 | 193,453 | 150,496 | 0 | 0 | 343,949 |
| 6 | 32507 | | | 40,068 | | | | 40,068 | 83.0% | 82.0% | 82.0% | 81.0% | 81.0% | 88.0% | 0 | 0 | 3,421,927 | 0 | 0 | 0 | 3,421,927 |
| 7 | 32563 | | | 2,722 | | | | 2,722 | 83.0% | 82.0% | 82.0% | 81.0% | 81.0% | 88.0% | 0 | 0 | 232,467 | 0 | 0 | 0 | 232,467 |
| 8 | 32686 | | | | 2,337 | | | 2,337 | 82.0% | 82.0% | 81.0% | 80.0% | 80.0% | 82.0% | 0 | 0 | 0 | 198,290 | 0 | 0 | 198,290 |
| 9 | 32712 | | 984 | | | | | 984 | 89.0% | 88.0% | 88.0% | 87.0% | 86.0% | 85.0% | 0 | 0 | 90,186 | 0 | 0 | 0 | 90,186 |
| 10 | 32828 | | | | 2,800 | | | 2,800 | 89.0% | 88.0% | 88.0% | 87.0% | 86.0% | 85.0% | 0 | 0 | 0 | 258,362 | 0 | 0 | 258,362 |
| 11 | 32832 | | 1,887 | | | | | 1,887 | 89.0% | 88.0% | 88.0% | 87.0% | 86.0% | 85.0% | 0 | 167,252 | 0 | 0 | 0 | 0 | 167,252 |
| 12 | 32908 | | | 2,032 | | | | 2,032 | 89.0% | 88.0% | 88.0% | 87.0% | 86.0% | 86.0% | 0 | 0 | 186,237 | 0 | 0 | 0 | 186,237 |
| 13 | 32909 | | | | 1,512 | | 1,666 | 3,178 | 89.0% | 88.0% | 88.0% | 87.0% | 86.0% | 86.0% | 0 | 0 | 0 | 139,516 | 0 | 153,649 | 293,165 |
| 14 | 32955 | | | | 3,346 | | | 3,346 | 89.0% | 88.0% | 88.0% | 87.0% | 86.0% | 86.0% | 0 | 0 | 0 | 308,743 | 0 | 0 | 308,743 |
| 15 | 32958 | | 5,765 | 1,667 | 1,843 | | | 9,275 | 89.0% | 88.0% | 88.0% | 87.0% | 86.0% | 86.0% | 0 | 510,973 | 152,784 | 170,058 | 0 | 0 | 833,814 |
| 16 | 32962 | | 14,285 | | 2,350 | | | 16,635 | 89.0% | 88.0% | 88.0% | 87.0% | 86.0% | 86.0% | 0 | 1,266,131 | 0 | 216,840 | 0 | 0 | 1,482,971 |
| 17 | 32967 | | 41,057 | 17,388 | 8,582 | | | 67,027 | 89.0% | 88.0% | 88.0% | 87.0% | 86.0% | 86.0% | 0 | 3,639,030 | 1,593,645 | 791,880 | 0 | 0 | 6,024,555 |
| 18 | 32968 | | | | 5,920 | | | 5,920 | 89.0% | 88.0% | 88.0% | 87.0% | 86.0% | 86.0% | 0 | 0 | 0 | 546,251 | 0 | 0 | 546,251 |
| 19 | 33001 | | | 1,213 | | | | 1,213 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 109,911 | 0 | 0 | 0 | 109,911 |
| 20 | 33004 | | 7,682 | | | | | 7,682 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 673,146 | 0 | 0 | 0 | 0 | 673,146 |
| 21 | 33009 | 9,070 | 4,858 | 1,582 | 1,450 | | | 16,960 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 789,939 | 425,689 | 143,346 | 132,257 | 0 | 0 | 1,491,231 |
| 22 | 33015 | | 1,677 | | | | | 1,677 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 146,949 | 0 | 0 | 0 | 0 | 146,949 |
| 23 | 33016 | | | | 5,359 | | | 5,359 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 0 | 488,803 | 0 | 0 | 488,803 |
| 24 | 33023 | | | 2,589 | | | | 2,589 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 234,591 | 0 | 0 | 0 | 234,591 |
| 25 | 33027 | 4,521 | 2,161 | | | | | 6,682 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 393,750 | 189,361 | 0 | 0 | 0 | 0 | 583,111 |
| 26 | 33029 | | 2,405 | | 7,132 | | | 9,537 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 210,741 | 0 | 650,521 | 0 | 0 | 861,263 |
| 27 | 33030 | | 5,320 | 5,745 | 4,692 | | | 15,757 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 466,172 | 520,557 | 427,965 | 0 | 0 | 1,414,695 |
| 28 | 33032 | | 1,463 | | | | | 1,463 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 128,197 | 0 | 0 | 0 | 0 | 128,197 |
| 29 | 33033 | 1,548 | 10,996 | 6,195 | 9,059 | | | 27,798 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 134,821 | 963,540 | 561,332 | 826,286 | 0 | 0 | 2,485,979 |
| 30 | 33035 | 15,792 | 3,125 | | | 3,382 | | 22,299 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 1,375,382 | 273,833 | 0 | 0 | 303,207 | 0 | 1,952,422 |
| 31 | 33060 | | 10,145 | 4,580 | 1,923 | | | 16,648 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 888,970 | 414,996 | 175,400 | 0 | 0 | 1,479,366 |
| 32 | 33062 | | 6,548 | | 3,496 | | | 10,044 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 573,778 | 0 | 318,876 | 0 | 0 | 892,653 |
| 33 | 33063 | | | | 17,767 | | | 17,767 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 0 | 1,620,556 | 0 | 0 | 1,620,556 |
| 34 | 33064 | 4,268 | 3,172 | | | | | 7,440 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 371,715 | 277,951 | 0 | 0 | 0 | 0 | 649,666 |
| 35 | 33073 | | 1,910 | 3,876 | 1,983 | 2,009 | | 9,778 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 167,366 | 351,206 | 180,873 | 180,113 | 0 | 879,559 |
| 36 | 33076 | 22,067 | 139,954 | 3,605 | 12,902 | | | 178,528 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 1,921,894 | 12,263,665 | 326,651 | 1,176,812 | 0 | 0 | 15,689,023 |
| 37 | 33125 | | | | 4,904 | | | 4,904 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 0 | 447,302 | 0 | 0 | 447,302 |
| 38 | 33128 | | | 60,875 | | | | 60,875 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 5,515,914 | 0 | 0 | 0 | 5,515,914 |
| 39 | 33133 | 4,232 | 9,865 | 4,641 | 4,514 | | | 23,252 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 368,580 | 864,434 | 420,523 | 411,729 | 0 | 0 | 2,065,267 |
| 40 | 33135 | | | | 1,828 | | | 1,828 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 0 | 166,735 | 0 | 0 | 166,735 |
| 41 | 33136 | | 4,280 | 1,446 | | | | 5,726 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 375,041 | 131,023 | 0 | 0 | 0 | 506,064 |
| 42 | 33139 | | 817 | | | | | 817 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 74,029 | 0 | 0 | 0 | 0 | 74,029 |
| 43 | 33142 | | | | | 2,318 | | 2,318 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 0 | 0 | 207,816 | 0 | 207,816 |
| 44 | 33144 | | | 2,105 | | | 1,319 | 3,424 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 190,735 | 0 | 0 | 120,232 | 310,967 |
| 45 | 33147 | | 12,920 | | | | | 12,920 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 1,132,133 | 0 | 0 | 0 | 0 | 1,132,133 |
| 46 | 33155 | | | | 2,130 | | | 2,130 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 0 | 194,281 | 0 | 0 | 194,281 |
| 47 | 33156 | | 13,381 | 7,213 | | | | 20,594 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 1,172,529 | 653,574 | 0 | 0 | 0 | 1,826,102 |
| 48 | 33157 | | 3,159 | 2,497 | 3,045 | | | 8,701 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 276,812 | 226,254 | 277,739 | 0 | 0 | 780,806 |

**CHINESE DRYWALL REMEDIATION PROGRAM**
**ANNUAL SQUARE FOOTAGE BY ZIP CODE**
**OPTION 1 - PROGRAM CONTRACTOR REMEDIATION**
**AS OF 3/2/16**

RESIDENTIAL LOCATION FACTORS (RS MEANS)[1]

TOTAL COSTS BY YEAR WITH LOCATION FACTOR [yearly cost per SF includes post - remediation clearance and inspection fees][1]

| Row | Zip Code | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total Square Footage | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2011 $98.97 | 2012 $100.72 | 2013 $104.15 | 2014 $106.06 | 2015 $106.73 | 2016 $107.24 | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | 33166 | | 1,507 | | | | | 1,507 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 132,053 | 0 | 0 | 0 | 0 | 132,053 |
| 50 | 33170 | | 3,560 | | 1,846 | | | 5,406 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 311,950 | 0 | 168,377 | 0 | 0 | 480,327 |
| 51 | 33172 | | | 4,670 | | | | 4,670 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 423,151 | 0 | 0 | 0 | 423,151 |
| 52 | 33173 | | | 2,301 | | | | 2,301 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 208,495 | 0 | 0 | 0 | 208,495 |
| 53 | 33175 | | 4,781 | | 3,214 | | | 7,995 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 418,942 | 0 | 293,154 | 0 | 0 | 712,096 |
| 54 | 33176 | | 1,688 | | 2,899 | | | 4,587 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 147,913 | 0 | 264,422 | 0 | 0 | 412,336 |
| 55 | 33177 | | 3,371 | | | | | 3,371 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 295,389 | 0 | 0 | 0 | 0 | 295,389 |
| 56 | 33178 | 3,705 | 21,456 | 11,108 | 6,455 | | | 42,724 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 322,682 | 1,880,112 | 1,006,501 | 588,771 | 0 | 0 | 3,798,066 |
| 57 | 33179 | | | 1,835 | | | | 1,835 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 166,270 | 0 | 0 | 0 | 166,270 |
| 58 | 33183 | | | | 5,114 | | | 5,114 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 0 | 466,456 | 0 | 0 | 466,456 |
| 59 | 33184 | | | | 5,022 | | | 5,022 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 0 | 0 | 458,065 | 0 | 0 | 458,065 |
| 60 | 33185 | | 8,077 | | | | | 8,077 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 707,758 | 0 | 0 | 0 | 0 | 707,758 |
| 61 | 33186 | | 5,112 | | | | | 5,112 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 447,946 | 0 | 0 | 0 | 0 | 447,946 |
| 62 | 33187 | | 2,443 | | 5,709 | | | 8,152 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 214,071 | 0 | 520,727 | 0 | 0 | 734,798 |
| 63 | 33189 | 7,463 | 13,880 | | 2,212 | | | 23,555 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 649,980 | 1,216,254 | 0 | 201,760 | 0 | 0 | 2,067,994 |
| 64 | 33190 | | 2,143 | 3,652 | 1,469 | | | 7,264 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 187,783 | 330,910 | 133,990 | 0 | 0 | 652,683 |
| 65 | 33193 | | 1,319 | | | | | 1,319 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 85.0% | 0 | 115,579 | 0 | 0 | 0 | 0 | 115,579 |
| 66 | 33304 | | 5,197 | | | | | 5,197 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 84.0% | 0 | 455,394 | 0 | 0 | 0 | 0 | 455,394 |
| 67 | 33305 | 4,421 | | | | | | 4,421 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 84.0% | 385,041 | 0 | 0 | 0 | 0 | 0 | 385,041 |
| 68 | 33308 | | | 144,734 | | | | 144,734 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 84.0% | 0 | 0 | 13,114,420 | 0 | 0 | 0 | 13,114,420 |
| 69 | 33309 | | 72,818 | | | | | 72,818 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 84.0% | 0 | 6,380,779 | 0 | 0 | 0 | 0 | 6,380,779 |
| 70 | 33311 | 92,381 | 27,106 | 6,666 | 6,373 | | | 132,526 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 84.0% | 8,045,794 | 2,375,201 | 604,010 | 581,292 | 0 | 0 | 11,606,296 |
| 71 | 33312 | 1,997 | | | | | | 1,997 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 84.0% | 173,926 | 0 | 0 | 0 | 0 | 0 | 173,926 |
| 72 | 33313 | | | 2,054 | | | | 2,054 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 84.0% | 0 | 0 | 186,114 | 0 | 0 | 0 | 186,114 |
| 73 | 33314 | | | 5,828 | | | | 5,828 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 84.0% | 0 | 0 | 528,078 | 0 | 0 | 0 | 528,078 |
| 74 | 33315 | 2,450 | 5,653 | | | | | 8,103 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 84.0% | 213,379 | 495,352 | 0 | 0 | 0 | 0 | 708,731 |
| 75 | 33316 | 4,230 | | 1,576 | 1,439 | | | 7,245 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 84.0% | 368,406 | 0 | 142,802 | 131,253 | 0 | 0 | 642,462 |
| 76 | 33328 | | 7,656 | | | | | 7,656 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 84.0% | 0 | 670,868 | 0 | 0 | 0 | 0 | 670,868 |
| 77 | 33330 | | 4,916 | 4,696 | 5,556 | 6,294 | | 21,462 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 84.0% | 0 | 430,771 | 425,507 | 506,772 | 564,277 | 0 | 1,927,327 |
| 78 | 33331 | 9,450 | | | 5,505 | | | 14,955 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 84.0% | 823,035 | 0 | 0 | 502,120 | 0 | 0 | 1,325,154 |
| 79 | 33401 | | | 257,120 | | | | 257,120 | 88.0% | 87.0% | 87.0% | 86.0% | 84.0% | 84.0% | 0 | 0 | 23,297,772 | 0 | 0 | 0 | 23,297,772 |
| 80 | 33406 | | | | 1,190 | | | 1,190 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 0 | 0 | 108,542 | 0 | 0 | 108,542 |
| 81 | 33408 | | | | | 35,140 | | 35,140 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 0 | 0 | 0 | 3,187,918 | 0 | 3,187,918 |
| 82 | 33411 | | | | 1,983 | | | 1,983 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 0 | 0 | 180,873 | 0 | 0 | 180,873 |
| 83 | 33418 | | 1,443 | | 3,217 | | | 4,660 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 126,445 | 0 | 293,428 | 0 | 0 | 419,873 |
| 84 | 33426 | | 1,652 | | 296,641 | 13,198 | | 311,491 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 144,759 | 0 | 27,057,100 | 1,197,329 | 0 | 28,399,188 |
| 85 | 33433 | 6,979 | | | | | | 6,979 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 607,826 | 0 | 0 | 0 | 0 | 0 | 607,826 |
| 86 | 33435 | 1,652 | 18,249 | 1,726 | | 1,611 | | 23,238 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 143,879 | 1,599,094 | 156,394 | 0 | 146,151 | 0 | 2,045,517 |
| 87 | 33437 | | 18,887 | 3,426 | | | | 22,313 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 1,655,000 | 310,432 | 0 | 0 | 0 | 1,965,431 |
| 88 | 33441 | | | 2,796 | | | | 2,796 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 0 | 253,347 | 0 | 0 | 0 | 253,347 |
| 89 | 33444 | | | | 1,484 | | | 1,484 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 0 | 0 | 135,358 | 0 | 0 | 135,358 |
| 90 | 33446 | 12,714 | | | | | | 12,714 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 1,107,308 | 0 | 0 | 0 | 0 | 0 | 1,107,308 |
| 91 | 33458 | | | | 4,417 | | | 4,417 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 0 | 0 | 402,882 | 0 | 0 | 402,882 |
| 92 | 33469 | | 4,874 | | | | | 4,874 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 427,091 | 0 | 0 | 0 | 0 | 427,091 |
| 93 | 33470 | | 877 | 2,407 | 2,417 | | | 5,701 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 76,848 | 218,099 | 220,458 | 0 | 0 | 515,406 |
| 94 | 33472 | | 58,553 | 3,684 | 4,169 | | | 66,406 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 5,130,789 | 333,809 | 380,261 | 0 | 0 | 5,844,859 |
| 95 | 33473 | | | 5,531 | | | | 5,531 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 0 | 501,167 | 0 | 0 | 0 | 501,167 |
| 96 | 33483 | 10,206 | 10,349 | | | | | 20,555 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 888,877 | 906,846 | 0 | 0 | 0 | 0 | 1,795,723 |

| | CHINESE DRYWALL REMEDIATION PROGRAM ANNUAL SQUARE FOOTAGE BY ZIP CODE OPTION 1 - PROGRAM CONTRACTOR REMEDIATION AS OF 3/2/16 | | | | | | | | RESIDENTIAL LOCATION FACTORS (RS MEANS)[1] | | | | | | TOTAL COSTS BY YEAR WITH LOCATION FACTOR [yearly cost per SF includes post - remediation clearance and inspection fees][1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row | Zip Code | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total Square Footage | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2011 $98.97 | 2012 $100.72 | 2013 $104.15 | 2014 $106.06 | 2015 $106.73 | 2016 $107.24 | TOTAL COST |
| 97 | 33487 | 3,977 | | | | | | 3,977 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 346,371 | 0 | 0 | 0 | 0 | 0 | 346,371 |
| 98 | 33496 | | 5,299 | 11,772 | | | | 17,071 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 464,332 | 1,066,667 | 0 | 0 | 0 | 1,530,999 |
| 99 | 33497 | | 5,795 | | | | | 5,795 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 507,795 | 0 | 0 | 0 | 0 | 507,795 |
| 100 | 33544 | 3,042 | | | | | | 3,042 | 92.0% | 91.0% | 91.0% | 90.0% | 88.0% | 85.0% | 276,981 | 0 | 0 | 0 | 0 | 0 | 276,981 |
| 101 | 33545 | | | | 2,863 | | | 2,863 | 92.0% | 91.0% | 91.0% | 90.0% | 88.0% | 85.0% | 0 | 0 | 0 | 273,285 | 0 | 0 | 273,285 |
| 102 | 33547 | | 1,511 | | | | | 1,511 | 92.0% | 91.0% | 91.0% | 90.0% | 88.0% | 85.0% | 0 | 138,491 | 0 | 0 | 0 | 0 | 138,491 |
| 103 | 33566 | | | 2,882 | | | | 2,882 | 92.0% | 91.0% | 91.0% | 90.0% | 88.0% | 85.0% | 0 | 0 | 273,146 | 0 | 0 | 0 | 273,146 |
| 104 | 33569 | | 5,571 | 1,464 | | 2,889 | | 9,924 | 92.0% | 91.0% | 91.0% | 90.0% | 88.0% | 85.0% | 0 | 510,611 | 138,753 | 0 | 271,342 | 0 | 920,706 |
| 105 | 33570 | | 1,533 | | 1,445 | | | 2,978 | 92.0% | 91.0% | 91.0% | 90.0% | 88.0% | 85.0% | 0 | 140,507 | 0 | 137,931 | 0 | 0 | 278,438 |
| 106 | 33573 | 1,300 | 53,354 | | | | | 54,654 | 92.0% | 91.0% | 91.0% | 90.0% | 88.0% | 85.0% | 118,368 | 4,890,172 | 0 | 0 | 0 | 0 | 5,008,540 |
| 107 | 33606 | | | | 11,704 | | | 11,704 | 92.0% | 91.0% | 91.0% | 90.0% | 88.0% | 85.0% | 0 | 0 | 0 | 1,117,194 | 0 | 0 | 1,117,194 |
| 108 | 33618 | | 5,266 | 5,078 | | | | 10,344 | 92.0% | 91.0% | 91.0% | 90.0% | 88.0% | 85.0% | 0 | 482,656 | 481,275 | 0 | 0 | 0 | 963,931 |
| 109 | 33629 | | 4,455 | | | | | 4,455 | 92.0% | 91.0% | 91.0% | 90.0% | 88.0% | 85.0% | 0 | 408,324 | 0 | 0 | 0 | 0 | 408,324 |
| 110 | 33772 | | | | 2,509 | | | 2,509 | 81.0% | 81.0% | 81.0% | 80.0% | 79.0% | 84.0% | 0 | 0 | 0 | 212,884 | 0 | 0 | 212,884 |
| 111 | 33809 | | 2,276 | | 3,954 | | | 6,230 | 89.0% | 89.0% | 88.0% | 87.0% | 85.0% | 83.0% | 0 | 204,022 | 0 | 364,844 | 0 | 0 | 568,867 |
| 112 | 33810 | | 1,875 | | | | | 1,875 | 89.0% | 89.0% | 88.0% | 87.0% | 85.0% | 83.0% | 0 | 168,077 | 0 | 0 | 0 | 0 | 168,077 |
| 113 | 33811 | | | 2,370 | | | | 2,370 | 89.0% | 89.0% | 88.0% | 87.0% | 85.0% | 83.0% | 0 | 0 | 218,685 | 0 | 0 | 0 | 218,685 |
| 114 | 33823 | | | 2,558 | | | | 2,558 | 89.0% | 89.0% | 88.0% | 87.0% | 85.0% | 83.0% | 0 | 0 | 236,032 | 0 | 0 | 0 | 236,032 |
| 115 | 33852 | 2,086 | 2,940 | | | | | 5,026 | 89.0% | 89.0% | 88.0% | 87.0% | 85.0% | 83.0% | 183,742 | 263,544 | 0 | 0 | 0 | 0 | 447,286 |
| 116 | 33884 | | 4,377 | | | | | 4,377 | 89.0% | 89.0% | 88.0% | 87.0% | 85.0% | 83.0% | 0 | 392,358 | 0 | 0 | 0 | 0 | 392,358 |
| 117 | 33903 | | 4,383 | 1,445 | | | | 5,828 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 384,067 | 130,932 | 0 | 0 | 0 | 514,999 |
| 118 | 33904 | | | 3,485 | | | | 3,485 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 0 | 315,778 | 0 | 0 | 0 | 315,778 |
| 119 | 33905 | | 16,953 | | 3,019 | | | 19,972 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 1,485,530 | 0 | 275,368 | 0 | 0 | 1,760,898 |
| 120 | 33907 | | | 3,346 | | | | 3,346 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 0 | 303,183 | 0 | 0 | 0 | 303,183 |
| 121 | 33908 | | 6,022 | 14,831 | 3,826 | | | 24,679 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 527,686 | 1,343,844 | 348,976 | 0 | 0 | 2,220,506 |
| 122 | 33909 | 6,446 | 28,229 | 27,681 | 3,068 | | | 65,424 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 555,026 | 2,473,606 | 2,508,189 | 279,837 | 0 | 0 | 5,816,658 |
| 123 | 33913 | | 14,275 | 1,229 | 1,368 | 3,357 | | 20,229 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 1,250,867 | 111,360 | 124,777 | 300,966 | 0 | 1,787,970 |
| 124 | 33914 | 24,141 | 10,650 | 6,160 | 2,560 | 2,379 | | 45,890 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 2,078,634 | 933,221 | 558,161 | 233,502 | 213,285 | 0 | 4,016,803 |
| 125 | 33920 | | 2,184 | | | | | 2,184 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 191,376 | 0 | 0 | 0 | 0 | 191,376 |
| 126 | 33922 | 4,058 | 1,265 | | 1,551 | | | 6,874 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 349,410 | 110,847 | 0 | 141,469 | 0 | 0 | 601,726 |
| 127 | 33928 | | 3,970 | | | | | 3,970 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 347,877 | 0 | 0 | 0 | 0 | 347,877 |
| 128 | 33935 | | | | | 1,531 | | 1,531 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 0 | 0 | 0 | 137,259 | 0 | 137,259 |
| 129 | 33947 | 1,616 | 3,144 | | | 1,667 | | 6,427 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 139,144 | 275,497 | 0 | 0 | 149,452 | 0 | 564,093 |
| 130 | 33950 | | 18,465 | 5,834 | | | | 24,299 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 1,618,021 | 528,622 | 0 | 0 | 0 | 2,146,643 |
| 131 | 33953 | | 1,470 | | | | | 1,470 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 128,811 | 0 | 0 | 0 | 0 | 128,811 |
| 132 | 33955 | 5,388 | | | 2,258 | | | 7,646 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 463,928 | 0 | 0 | 205,956 | 0 | 0 | 669,884 |
| 133 | 33966 | | | 1,618 | | | | 1,618 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 0 | 147,580 | 0 | 0 | 0 | 147,580 |
| 134 | 33971 | | 8,138 | 5,016 | 4,500 | | | 17,654 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 713,104 | 454,502 | 410,452 | 0 | 0 | 1,578,058 |
| 135 | 33972 | | 2,440 | 2,965 | | | | 5,405 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 213,808 | 268,660 | 0 | 0 | 0 | 482,469 |
| 136 | 33974 | | 1,459 | | 2,123 | | | 3,582 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 127,847 | 0 | 193,642 | 0 | 0 | 321,489 |
| 137 | 33976 | | | | 1,723 | | | 1,723 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 0 | 157,158 | 0 | 0 | 0 | 157,158 |
| 138 | 33983 | | 3,026 | | 4,422 | | | 7,448 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 265,157 | 0 | 403,338 | 0 | 0 | 668,495 |
| 139 | 33990 | 4,105 | 7,294 | | | | | 11,399 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 353,457 | 639,147 | 0 | 0 | 0 | 0 | 992,603 |
| 140 | 33991 | 10,792 | 37,894 | 6,923 | | | | 55,609 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 929,233 | 3,320,515 | 627,296 | 0 | 0 | 0 | 4,877,045 |
| 141 | 33993 | 22,239 | 24,212 | 7,440 | | 6,516 | | 60,407 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 1,914,865 | 2,121,610 | 674,142 | 0 | 584,180 | 0 | 5,294,797 |
| 142 | 34103 | | 4,504 | | | | | 4,504 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 394,669 | 0 | 0 | 0 | 0 | 394,669 |
| 143 | 34104 | | 1,547 | 5,353 | 1,460 | | | 8,360 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 135,558 | 485,038 | 133,169 | 0 | 0 | 753,765 |
| 144 | 34116 | | 2,280 | | | | | 2,280 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 199,788 | 0 | 0 | 0 | 0 | 199,788 |

**CHINESE DRYWALL REMEDIATION PROGRAM**
**ANNUAL SQUARE FOOTAGE BY ZIP CODE**
**OPTION 1 - PROGRAM CONTRACTOR REMEDIATION**
**AS OF 3/2/16**

| Row | Zip Code | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total Square Footage | RLF 2011 | RLF 2012 | RLF 2013 | RLF 2014 | RLF 2015 | RLF 2016 | Cost 2011 ($98.97) | Cost 2012 ($100.72) | Cost 2013 ($104.15) | Cost 2014 ($106.06) | Cost 2015 ($106.73) | Cost 2016 ($107.24) | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 145 | 34120 | | 17,916 | 8,083 | | | | 25,999 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 1,569,915 | 732,405 | 0 | 0 | 0 | 2,302,319 |
| 146 | 34135 | | | 2,044 | | | | 2,044 | 87.0% | 87.0% | 87.0% | 86.0% | 84.0% | 82.0% | 0 | 0 | 185,208 | 0 | 0 | 0 | 185,208 |
| 147 | 34217 | | | 4,283 | | | | 4,283 | 90.0% | 90.0% | 90.0% | 89.0% | 88.0% | 86.0% | 0 | 0 | 401,467 | 0 | 0 | 0 | 401,467 |
| 148 | 34221 | | 1,849 | | | | | 1,849 | 90.0% | 90.0% | 90.0% | 89.0% | 88.0% | 86.0% | 0 | 167,608 | 0 | 0 | 0 | 0 | 167,608 |
| 149 | 34224 | | | 2,017 | | | | 2,017 | 90.0% | 90.0% | 90.0% | 89.0% | 88.0% | 86.0% | 0 | 0 | 189,063 | 0 | 0 | 0 | 189,063 |
| 150 | 34236 | | | | 31,261 | | | 31,261 | 90.0% | 90.0% | 90.0% | 89.0% | 88.0% | 86.0% | 0 | 0 | 0 | 2,950,832 | 0 | 0 | 2,950,832 |
| 151 | 34243 | | 4,588 | | | | | 4,588 | 90.0% | 90.0% | 90.0% | 89.0% | 88.0% | 86.0% | 0 | 415,893 | 0 | 0 | 0 | 0 | 415,893 |
| 152 | 34275 | | 24,173 | | 3,969 | | | 28,142 | 90.0% | 90.0% | 90.0% | 89.0% | 88.0% | 86.0% | 0 | 2,191,234 | 0 | 374,647 | 0 | 0 | 2,565,882 |
| 153 | 34286 | | 3,632 | | | | | 3,632 | 90.0% | 90.0% | 90.0% | 89.0% | 88.0% | 86.0% | 0 | 329,234 | 0 | 0 | 0 | 0 | 329,234 |
| 154 | 34288 | | 12,944 | 3,336 | 6,494 | | | 22,774 | 90.0% | 90.0% | 90.0% | 89.0% | 88.0% | 86.0% | 0 | 1,173,348 | 312,700 | 612,991 | 0 | 0 | 2,099,038 |
| 155 | 34488 | | 3,174 | | | | | 3,174 | 82.0% | 82.0% | 81.0% | 80.0% | 80.0% | 82.0% | 0 | 262,142 | 0 | 0 | 0 | 0 | 262,142 |
| 156 | 34953 | | | | 2,478 | | | 2,478 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 0 | 0 | 226,022 | 0 | 0 | 226,022 |
| 157 | 34609 | | 2,858 | | | | | 2,858 | 92.0% | 91.0% | 91.0% | 90.0% | 88.0% | 85.0% | 0 | 261,951 | 0 | 0 | 0 | 0 | 261,951 |
| 158 | 34759 | 2,960 | 5,050 | | | | | 8,010 | 89.0% | 88.0% | 88.0% | 87.0% | 86.0% | 85.0% | 260,727 | 447,600 | 0 | 0 | 0 | 0 | 708,326 |
| 159 | 34945 | | 5,240 | | | | | 5,240 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 459,162 | 0 | 0 | 0 | 0 | 459,162 |
| 160 | 34949 | | 3,992 | | | | | 3,992 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 349,805 | 0 | 0 | 0 | 0 | 349,805 |
| 161 | 34951 | | | 2,172 | 1,321 | | | 3,493 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 0 | 196,806 | 120,491 | 0 | 0 | 317,297 |
| 162 | 34952 | | 23,834 | 6,727 | 2,329 | | | 32,890 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 2,088,488 | 609,537 | 212,432 | 0 | 0 | 2,910,456 |
| 163 | 34953 | 4,994 | 68,280 | 20,065 | 14,368 | 2,162 | | 109,869 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 434,945 | 5,983,131 | 1,818,100 | 1,310,528 | 196,138 | 0 | 9,742,842 |
| 164 | 34957 | | 1,152 | 3,462 | | | | 4,614 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 100,946 | 313,694 | 0 | 0 | 0 | 414,639 |
| 165 | 34972 | | 3,219 | | | | | 3,219 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 282,069 | 0 | 0 | 0 | 0 | 282,069 |
| 166 | 34982 | | 3,416 | | 2,259 | | | 5,675 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 299,332 | 0 | 206,047 | 0 | 0 | 505,379 |
| 167 | 34983 | | 38,892 | 1,436 | 2,043 | 6,012 | | 48,383 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 3,407,966 | 130,117 | 186,345 | 545,412 | 0 | 4,269,840 |
| 168 | 34984 | | 6,395 | | | | | 6,395 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 560,371 | 0 | 0 | 0 | 0 | 560,371 |
| 169 | 34986 | 26,115 | 22,446 | 4,575 | 7,516 | 2,663 | | 63,315 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 2,274,449 | 1,966,862 | 414,543 | 685,546 | 241,589 | 0 | 5,582,990 |
| 170 | 34987 | | 2,130 | 1,224 | | 1,325 | | 4,679 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 186,644 | 110,907 | 0 | 120,205 | 0 | 417,756 |
| 171 | 34990 | | 8,855 | 2,785 | | | | 11,640 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 775,932 | 252,350 | 0 | 0 | 0 | 1,028,282 |
| 172 | 34994 | | 2,617 | | | | | 2,617 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 229,318 | 0 | 0 | 0 | 0 | 229,318 |
| 173 | 34996 | | | 2,786 | | | | 2,786 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 0 | 252,441 | 0 | 0 | 0 | 252,441 |
| 174 | 34997 | | 32,206 | 4,657 | 1,538 | | | 38,401 | 88.0% | 87.0% | 87.0% | 86.0% | 85.0% | 84.0% | 0 | 2,822,096 | 421,973 | 140,283 | 0 | 0 | 3,384,352 |
| 175 | 35004 | | 33,626 | | | | | 33,626 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 2,912,657 | 0 | 0 | 0 | 0 | 2,912,657 |
| 176 | 35007 | | 5,746 | | | | | 5,746 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 497,714 | 0 | 0 | 0 | 0 | 497,714 |
| 177 | 35023 | | 9,902 | | | | | 9,902 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 857,703 | 0 | 0 | 0 | 0 | 857,703 |
| 178 | 35040 | | 46,606 | 3,028 | 4,113 | | | 53,747 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 4,036,974 | 271,215 | 375,153 | 0 | 0 | 4,683,343 |
| 179 | 35043 | | 20,569 | 5,087 | | | | 25,656 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 1,781,670 | 455,638 | 0 | 0 | 0 | 2,237,308 |
| 180 | 35051 | | 4,750 | | | | | 4,750 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 411,441 | 0 | 0 | 0 | 0 | 411,441 |
| 181 | 35052 | | 1,743 | | | | | 1,743 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 150,977 | 0 | 0 | 0 | 0 | 150,977 |
| 182 | 35071 | | 8,094 | 1,905 | | | | 9,999 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 701,096 | 170,629 | 0 | 0 | 0 | 871,725 |
| 183 | 35078 | | 7,043 | 1,625 | | | | 8,668 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 610,059 | 145,550 | 0 | 0 | 0 | 755,609 |
| 184 | 35079 | | 4,739 | | 1,464 | 1,816 | | 8,019 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 410,488 | 0 | 133,534 | 170,563 | 0 | 714,585 |
| 185 | 35091 | | 2,394 | 2,507 | 4,562 | | | 9,463 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 207,366 | 224,549 | 416,107 | 0 | 0 | 848,023 |
| 186 | 35111 | | 1,686 | | | | | 1,686 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 146,040 | 0 | 0 | 0 | 0 | 146,040 |
| 187 | 35114 | | 5,877 | | | | | 5,877 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 509,061 | 0 | 0 | 0 | 0 | 509,061 |
| 188 | 35117 | | 3,390 | | | | | 3,390 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 293,639 | 0 | 0 | 0 | 0 | 293,639 |
| 189 | 35120 | | 24,904 | 3,385 | | | | 28,289 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 2,157,165 | 303,191 | 0 | 0 | 0 | 2,460,356 |
| 190 | 35124 | | 7,293 | | | | | 7,293 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 631,714 | 0 | 0 | 0 | 0 | 631,714 |
| 191 | 35125 | | 4,319 | | | | | 4,319 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 374,108 | 0 | 0 | 0 | 0 | 374,108 |
| 192 | 35126 | | 3,920 | | | | | 3,920 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 339,547 | 0 | 0 | 0 | 0 | 339,547 |

Column group notes: RLF = RESIDENTIAL LOCATION FACTORS (RS MEANS)[1]. Cost columns = TOTAL COSTS BY YEAR WITH LOCATION FACTOR [yearly cost per SF includes post - remediation clearance and inspection fees][1].

**CHINESE DRYWALL REMEDIATION PROGRAM**
**ANNUAL SQUARE FOOTAGE BY ZIP CODE**
**OPTION 1 - PROGRAM CONTRACTOR REMEDIATION**
**AS OF 3/2/16**

| | | | | | | | | | RESIDENTIAL LOCATION FACTORS (RS MEANS)[1] | | | | | | TOTAL COSTS BY YEAR WITH LOCATION FACTOR [yearly cost per SF includes post - remediation clearance and inspection fees][1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row | Zip Code | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total Square Footage | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2011 $98.97 | 2012 $100.72 | 2013 $104.15 | 2014 $106.06 | 2015 $106.73 | 2016 $107.24 | TOTAL COST |
| 193 | 35146 | | 6,674 | | | 2,237 | | 8,911 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 578,097 | 0 | 0 | 210,104 | 0 | 788,201 |
| 194 | 35173 | | 34,568 | 1,924 | | | | 36,492 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 2,994,253 | 172,331 | 0 | 0 | 0 | 3,166,583 |
| 195 | 35188 | | | | 2,114 | | | 2,114 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 0 | 0 | 192,821 | 0 | 0 | 192,821 |
| 196 | 35201 | | 3,282 | | | | | 3,282 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 284,284 | 0 | 0 | 0 | 0 | 284,284 |
| 197 | 35209 | | 12,577 | | | | | 12,577 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 1,089,410 | 0 | 0 | 0 | 0 | 1,089,410 |
| 198 | 35210 | | | | 8,906 | | | 8,906 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 0 | 0 | 812,331 | 0 | 0 | 812,331 |
| 199 | 35211 | | 3,833 | | | | | 3,833 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 332,011 | 0 | 0 | 0 | 0 | 332,011 |
| 200 | 35213 | | 6,219 | 4,263 | 3,964 | | | 14,446 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 538,685 | 381,833 | 361,563 | 0 | 0 | 1,282,080 |
| 201 | 35215 | | 9,281 | | 1,542 | | | 10,823 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 803,913 | 0 | 140,648 | 0 | 0 | 944,561 |
| 202 | 35216 | | 18,818 | | | | | 18,818 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 1,630,000 | 0 | 0 | 0 | 0 | 1,630,000 |
| 203 | 35223 | | 17,313 | | | | | 17,313 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 1,499,638 | 0 | 0 | 0 | 0 | 1,499,638 |
| 204 | 35224 | | | 3,358 | | | | 3,358 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 0 | 300,773 | 0 | 0 | 0 | 300,773 |
| 205 | 35226 | | 84,394 | 1,426 | | | | 85,820 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 7,310,141 | 127,725 | 0 | 0 | 0 | 7,437,866 |
| 206 | 35242 | | 217,235 | 20,302 | 17,855 | | | 255,392 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 18,816,722 | 1,818,430 | 1,628,583 | 0 | 0 | 22,263,735 |
| 207 | 35243 | | 7,191 | | | | | 7,191 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 622,879 | 0 | 0 | 0 | 0 | 622,879 |
| 208 | 35244 | | 124,652 | 13,663 | 13,940 | 3,799 | | 156,054 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 10,797,257 | 1,223,781 | 1,271,490 | 356,811 | 0 | 13,649,339 |
| 209 | 35266 | | 3,433 | | | | | 3,433 | 87.0% | 86.0% | 86.0% | 86.0% | 88.0% | 88.0% | 0 | 297,364 | 0 | 0 | 0 | 0 | 297,364 |
| 210 | 35435 | | | 1,652 | | | | 1,652 | 77.0% | 77.0% | 77.0% | 78.0% | 78.0% | 89.0% | 0 | 0 | 132,483 | 0 | 0 | 0 | 132,483 |
| 211 | 35504 | | 2,683 | | | | | 2,683 | 73.0% | 72.0% | 72.0% | 72.0% | 72.0% | 85.0% | 0 | 194,567 | 0 | 0 | 0 | 0 | 194,567 |
| 212 | 35549 | | 2,400 | | | | | 2,400 | 73.0% | 72.0% | 72.0% | 72.0% | 72.0% | 85.0% | 0 | 174,044 | 0 | 0 | 0 | 0 | 174,044 |
| 213 | 35758 | | 3,071 | | 3,126 | | | 6,197 | 83.0% | 83.0% | 83.0% | 85.0% | 86.0% | 87.0% | 0 | 256,728 | 0 | 281,812 | 0 | 0 | 538,540 |
| 214 | 35824 | | 7,600 | 7,140 | | | | 14,740 | 83.0% | 83.0% | 83.0% | 85.0% | 86.0% | 87.0% | 0 | 635,342 | 617,214 | 0 | 0 | 0 | 1,252,555 |
| 215 | 36006 | | | 3,298 | | | | 3,298 | 76.0% | 75.0% | 75.0% | 76.0% | 75.0% | 88.0% | 0 | 0 | 257,615 | 0 | 0 | 0 | 257,615 |
| 216 | 36507 | | 5,177 | 1,393 | | | | 6,570 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 427,571 | 117,516 | 0 | 0 | 0 | 545,086 |
| 217 | 36521 | | 3,726 | 1,377 | | | | 5,103 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 307,732 | 116,166 | 0 | 0 | 0 | 423,898 |
| 218 | 36522 | | 1,864 | 1,648 | | | | 3,512 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 153,949 | 139,028 | 0 | 0 | 0 | 292,976 |
| 219 | 36525 | | | 3,071 | | | | 3,071 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 0 | 259,074 | 0 | 0 | 0 | 259,074 |
| 220 | 36526 | | 14,622 | 6,177 | 2,572 | | | 23,371 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 1,207,637 | 521,101 | 220,957 | 0 | 0 | 1,949,695 |
| 221 | 36527 | | 6,482 | | | | | 6,482 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 535,351 | 0 | 0 | 0 | 0 | 535,351 |
| 222 | 36528 | | | 3,177 | | | | 3,177 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 0 | 268,016 | 0 | 0 | 0 | 268,016 |
| 223 | 36530 | | 4,396 | 7,127 | | | | 11,523 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 363,067 | 601,244 | 0 | 0 | 0 | 964,312 |
| 224 | 36532 | 2,612 | 13,792 | 8,435 | 2,585 | | | 27,424 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 211,978 | 1,139,087 | 711,589 | 222,074 | 0 | 0 | 2,284,728 |
| 225 | 36535 | | 4,491 | 1,555 | 1,986 | | | 8,032 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 370,913 | 131,182 | 170,614 | 0 | 0 | 672,710 |
| 226 | 36541 | | 1,929 | | | | | 1,929 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 159,317 | 0 | 0 | 0 | 0 | 159,317 |
| 227 | 36542 | 2,828 | 10,505 | | 13,119 | | | 26,452 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 229,507 | 867,612 | 0 | 1,127,035 | 0 | 0 | 2,224,155 |
| 228 | 36547 | | 504 | 1,375 | | | | 1,879 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 41,626 | 115,997 | 0 | 0 | 0 | 157,623 |
| 229 | 36551 | | 5,785 | | | | | 5,785 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 477,785 | 0 | 0 | 0 | 0 | 477,785 |
| 230 | 36555 | | | 2,000 | | | | 2,000 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 0 | 168,723 | 0 | 0 | 0 | 168,723 |
| 231 | 36558 | | | 2,175 | | | | 2,175 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 0 | 183,486 | 0 | 0 | 0 | 183,486 |
| 232 | 36561 | | 22,823 | 4,035 | | | | 26,858 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 1,884,961 | 340,399 | 0 | 0 | 0 | 2,225,359 |
| 233 | 36567 | | 1,406 | | | | | 1,406 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 116,122 | 0 | 0 | 0 | 0 | 116,122 |
| 234 | 36571 | | 13,708 | 9,667 | 2,698 | 1,693 | | 27,766 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 1,132,149 | 815,523 | 231,781 | 144,555 | 0 | 2,324,008 |
| 235 | 36572 | | 1,459 | 1,354 | 1,378 | | | 4,191 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 120,499 | 114,225 | 118,382 | 0 | 0 | 353,107 |
| 236 | 36575 | | 4,086 | | | | | 4,086 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 337,464 | 0 | 0 | 0 | 0 | 337,464 |
| 237 | 36576 | | 2,058 | | | | | 2,058 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 169,971 | 0 | 0 | 0 | 0 | 169,971 |
| 238 | 36578 | | 2,748 | 8,078 | | | | 10,826 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 226,958 | 681,472 | 0 | 0 | 0 | 908,431 |
| 239 | 36580 | | 1,600 | | | | | 1,600 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 132,145 | 0 | 0 | 0 | 0 | 132,145 |
| 240 | 36582 | | 1,342 | 3,461 | | | | 4,803 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 110,836 | 291,975 | 0 | 0 | 0 | 402,811 |

CHINESE DRYWALL REMEDIATION PROGRAM
ANNUAL SQUARE FOOTAGE BY ZIP CODE
OPTION 1 - PROGRAM CONTRACTOR REMEDIATION
AS OF 3/2/16

| Row | Zip Code | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total Square Footage | RESIDENTIAL LOCATION FACTORS (RS MEANS)[1] | | | | | | TOTAL COSTS BY YEAR WITH LOCATION FACTOR [yearly cost per SF includes post - remediation clearance and inspection fees][1] | | | | | | TOTAL COST |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2011 $98.97 | 2012 $100.72 | 2013 $104.15 | 2014 $106.06 | 2015 $106.73 | 2016 $107.24 | |
| 241 | 36587 | | 2,203 | | | | | 2,203 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 181,947 | 0 | 0 | 0 | 0 | 181,947 |
| 242 | 36603 | | | | 1,168 | | | 1,168 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 0 | 0 | 100,341 | 0 | 0 | 100,341 |
| 243 | 36605 | | 1,378 | | | | | 1,378 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 0 | 113,810 | 0 | 0 | 0 | 113,810 |
| 244 | 36608 | | | | | 2,458 | | 2,458 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 0 | 0 | 0 | 209,874 | 0 | 209,874 |
| 245 | 36617 | | 1,659 | | | | | 1,659 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 137,017 | 0 | 0 | 0 | 0 | 137,017 |
| 246 | 36619 | | 3,251 | | | | | 3,251 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 268,501 | 0 | 0 | 0 | 0 | 268,501 |
| 247 | 36693 | | 2,759 | | | | | 2,759 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 227,867 | 0 | 0 | 0 | 0 | 227,867 |
| 248 | 36695 | | 2,661 | | | | | 2,661 | 82.0% | 82.0% | 81.0% | 81.0% | 80.0% | 89.0% | 0 | 219,773 | 0 | 0 | 0 | 0 | 219,773 |
| 249 | 36732 | | | | | 2,246 | | 2,246 | 73.0% | 73.0% | 72.0% | 72.0% | 71.0% | 85.0% | 0 | 0 | 0 | 0 | 170,198 | 0 | 170,198 |
| 250 | 36751 | | 1,660 | | | | | 1,660 | 73.0% | 73.0% | 72.0% | 72.0% | 71.0% | 85.0% | 0 | 122,052 | 0 | 0 | 0 | 0 | 122,052 |
| 251 | 36784 | | | 2,250 | | | | 2,250 | 73.0% | 73.0% | 72.0% | 72.0% | 71.0% | 85.0% | 0 | 0 | 168,723 | 0 | 0 | 0 | 168,723 |
| 252 | 39426 | | 1,440 | | | | | 1,440 | 78.0% | 78.0% | 77.0% | 77.0% | 77.0% | 76.0% | 0 | 0 | 115,482 | 0 | 0 | 0 | 115,482 |
| 253 | 39451 | | 1,218 | | | | | 1,218 | 78.0% | 78.0% | 77.0% | 77.0% | 77.0% | 76.0% | 0 | 0 | 97,678 | 0 | 0 | 0 | 97,678 |
| 254 | 39452 | | 1,719 | | | | | 1,719 | 78.0% | 78.0% | 77.0% | 77.0% | 77.0% | 76.0% | 0 | 135,047 | 0 | 0 | 0 | 0 | 135,047 |
| 255 | 39466 | | 11,213 | | 4,271 | | | 15,484 | 78.0% | 78.0% | 77.0% | 77.0% | 77.0% | 76.0% | 0 | 880,911 | 0 | 348,796 | 0 | 0 | 1,229,708 |
| 256 | 39501 | | 10,183 | 1,464 | | | | 11,647 | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 0 | 820,505 | 121,980 | 0 | 0 | 0 | 942,486 |
| 257 | 39503 | 5,226 | 24,202 | 7,127 | 10,539 | 4,162 | | 51,256 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 413,774 | 1,950,100 | 593,822 | 894,213 | 350,926 | 0 | 4,202,835 |
| 258 | 39506 | | | 1,455 | | | | 1,455 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 0 | 121,231 | 0 | 0 | 0 | 121,231 |
| 259 | 39507 | 13,629 | 22,192 | 7,980 | | 2,090 | | 45,891 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 1,079,090 | 1,788,143 | 664,894 | 0 | 176,222 | 0 | 3,708,348 |
| 260 | 39520 | | 23,210 | 43,878 | 2,488 | | | 69,576 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 1,870,169 | 3,655,915 | 211,102 | 0 | 0 | 5,737,186 |
| 261 | 39525 | | 10,757 | 1,378 | | | | 12,135 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 866,756 | 114,815 | 0 | 0 | 0 | 981,571 |
| 262 | 39530 | | | | 1,339 | | | 1,339 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 0 | 0 | 113,611 | 0 | 0 | 113,611 |
| 263 | 39531 | | 3,496 | 4,878 | | | | 8,374 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 281,694 | 406,435 | 0 | 0 | 0 | 688,129 |
| 264 | 39532 | | 15,680 | 7,833 | 4,979 | | | 28,492 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 1,263,432 | 652,646 | 422,458 | 0 | 0 | 2,338,535 |
| 265 | 39540 | | 4,006 | | | | | 4,006 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 322,787 | 0 | 0 | 0 | 0 | 322,787 |
| 266 | 39553 | | 1,413 | 3,487 | | | | 4,900 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 113,854 | 290,537 | 0 | 0 | 0 | 404,391 |
| 267 | 39556 | | 4,950 | 6,100 | | | | 11,050 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 398,851 | 508,252 | 0 | 0 | 0 | 907,103 |
| 268 | 39560 | 4,472 | 9,409 | 17,664 | 1,525 | | | 33,070 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 354,075 | 758,140 | 1,471,764 | 129,393 | 0 | 0 | 2,713,372 |
| 269 | 39561 | | 3,027 | | 1,707 | | | 4,734 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 243,904 | 0 | 144,836 | 0 | 0 | 388,739 |
| 270 | 39564 | 4,562 | 31,660 | 3,545 | 3,124 | 12,204 | 1,583 | 56,678 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 361,201 | 2,551,036 | 295,369 | 265,065 | 1,029,001 | 135,809 | 4,637,481 |
| 271 | 39565 | | 1,879 | 3,640 | | | | 5,519 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 151,402 | 303,285 | 0 | 0 | 0 | 454,687 |
| 272 | 39567 | | 4,010 | | 1,976 | | | 5,986 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 323,110 | 0 | 167,660 | 0 | 0 | 490,769 |
| 273 | 39571 | | 16,961 | 11,053 | 22,325 | 4,127 | | 54,466 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 1,366,650 | 920,936 | 1,894,232 | 347,975 | 0 | 4,529,792 |
| 274 | 39572 | | | | 1,228 | | | 1,228 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 0 | 0 | 104,193 | 0 | 0 | 104,193 |
| 275 | 39573 | | | 1,675 | | | | 1,675 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 0 | 139,561 | 0 | 0 | 0 | 139,561 |
| 276 | 39574 | | | | | 1,594 | | 1,594 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 0 | 0 | 0 | 135,248 | 0 | 135,248 |
| 277 | 39576 | 1,194 | 7,833 | 4,575 | 6,750 | | | 20,352 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 94,536 | 631,152 | 381,189 | 572,724 | 0 | 0 | 1,679,601 |
| 278 | 39577 | | | 1,230 | 1,435 | | | 2,665 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 0 | 102,484 | 121,757 | 0 | 0 | 224,240 |
| 279 | 39581 | | 1,495 | | | | | 1,495 | 80.0% | 80.0% | 80.0% | 80.0% | 79.0% | 80.0% | 0 | 120,461 | 0 | 0 | 0 | 0 | 120,461 |
| 280 | 39620 | 3,039 | | | | | | 3,039 | 75.0% | 75.0% | 75.0% | 75.0% | 74.0% | 74.0% | 225,577 | 0 | 0 | 0 | 0 | 0 | 225,577 |
| 281 | 39871 | | 4,004 | | | | | 4,004 | 77.0% | 77.0% | 77.0% | 77.0% | 76.0% | 76.0% | 0 | 310,528 | 0 | 0 | 0 | 0 | 310,528 |
| 282 | 70001 | 2,905 | | 11,028 | | 3,195 | | 17,128 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 244,382 | 0 | 999,253 | 0 | 289,852 | 0 | 1,533,486 |
| 283 | 70002 | | 13,840 | | 8,135 | | | 21,975 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 1,212,749 | 0 | 742,006 | 0 | 0 | 1,954,756 |
| 284 | 70003 | | 4,637 | | 1,621 | | | 6,258 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 406,324 | 0 | 147,854 | 0 | 0 | 554,178 |
| 285 | 70005 | | | | | 2,932 | | 2,932 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 0 | 0 | 0 | 265,993 | 0 | 265,993 |
| 286 | 70006 | 2,631 | 7,988 | | | | | 10,619 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 221,332 | 699,960 | 0 | 0 | 0 | 0 | 921,291 |
| 287 | 70016 | | | | 2,298 | | | 2,298 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 0 | 0 | 209,604 | 0 | 0 | 209,604 |
| 288 | 70037 | 2,152 | | | | | | 2,152 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 181,036 | 0 | 0 | 0 | 0 | 0 | 181,036 |

| | CHINESE DRYWALL REMEDIATION PROGRAM ANNUAL SQUARE FOOTAGE BY ZIP CODE OPTION 1 - PROGRAM CONTRACTOR REMEDIATION AS OF 3/2/16 | | | | | | | | RESIDENTIAL LOCATION FACTORS (RS MEANS)[1] | | | | | | TOTAL COSTS BY YEAR WITH LOCATION FACTOR [yearly cost per SF includes post - remediation clearance and inspection fees][1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row | Zip Code | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total Square Footage | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2011 $98.97 | 2012 $100.72 | 2013 $104.15 | 2014 $106.06 | 2015 $106.73 | 2016 $107.24 | TOTAL COST |
| 289 | 70043 | 1,370 | 6,460 | | 6,741 | | | 14,571 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 115,251 | 566,067 | 0 | 614,857 | 0 | 0 | 1,296,175 |
| 290 | 70051 | | | 1,481 | | | | 1,481 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 0 | 134,194 | 0 | 0 | 0 | 134,194 |
| 291 | 70052 | | | | 1,519 | | | 1,519 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 0 | 0 | 138,550 | 0 | 0 | 138,550 |
| 292 | 70065 | 1,136 | | 1,623 | | | | 2,759 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 95,565 | 0 | 147,061 | 0 | 0 | 0 | 242,626 |
| 293 | 70068 | | 2,215 | | | | | 2,215 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 194,092 | 0 | 0 | 0 | 0 | 194,092 |
| 294 | 70075 | | 2,999 | 6,819 | 2,262 | | | 12,080 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 262,792 | 617,873 | 206,321 | 0 | 0 | 1,086,985 |
| 295 | 70085 | 2,076 | | 1,610 | | | | 3,686 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 174,642 | 0 | 145,883 | 0 | 0 | 0 | 320,525 |
| 296 | 70092 | | | 6,691 | 3,156 | | | 9,847 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 0 | 606,275 | 287,864 | 0 | 0 | 894,139 |
| 297 | 70094 | | 2,228 | 5,639 | | | | 7,867 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 195,232 | 510,953 | 0 | 0 | 0 | 706,184 |
| 298 | 70115 | | 3,583 | | 6,705 | | | 10,288 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 313,965 | 0 | 611,574 | 0 | 0 | 925,539 |
| 299 | 70116 | | | 1,062 | | | | 1,062 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 0 | 0 | 96,867 | 0 | 0 | 96,867 |
| 300 | 70117 | 1,293 | | | | | | 1,293 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 108,773 | 0 | 0 | 0 | 0 | 0 | 108,773 |
| 301 | 70118 | | 3,021 | | | | | 3,021 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 264,719 | 0 | 0 | 0 | 0 | 264,719 |
| 302 | 70119 | | 3,148 | | 1,143 | | | 4,291 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 275,848 | 0 | 104,255 | 0 | 0 | 380,103 |
| 303 | 70122 | 1,462 | 15,320 | 1,289 | 5,890 | | | 23,961 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 122,990 | 1,342,436 | 116,797 | 537,236 | 0 | 0 | 2,119,460 |
| 304 | 70124 | | 10,255 | 7,316 | 4,499 | 9,365 | | 31,435 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 898,609 | 662,906 | 410,361 | 849,597 | 0 | 2,821,474 |
| 305 | 70125 | | 5,939 | | 2,136 | | | 8,075 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 520,413 | 0 | 194,828 | 0 | 0 | 715,241 |
| 306 | 70126 | 2,330 | 6,455 | | | | | 8,785 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 196,010 | 565,628 | 0 | 0 | 0 | 0 | 761,638 |
| 307 | 70127 | 1,270 | | | | | | 1,270 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 106,838 | 0 | 0 | 0 | 0 | 0 | 106,838 |
| 308 | 70128 | 3,391 | | 5,364 | 3,494 | | | 12,249 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 285,266 | 0 | 486,035 | 318,693 | 0 | 0 | 1,089,994 |
| 309 | 70129 | 1,170 | 2,570 | | | | | 3,740 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 98,426 | 225,200 | 0 | 0 | 0 | 0 | 323,626 |
| 310 | 70131 | | | | 2,815 | | | 2,815 | 85.0% | 87.0% | 87.0% | 86.0% | 85.0% | 86.0% | 0 | 0 | 0 | 256,761 | 0 | 0 | 256,761 |
| 311 | 70301 | | 1,225 | | | | | 1,225 | 82.0% | 82.0% | 82.0% | 82.0% | 82.0% | 82.0% | 0 | 101,173 | 0 | 0 | 0 | 0 | 101,173 |
| 312 | 70339 | | | 1,829 | | | | 1,829 | 82.0% | 82.0% | 82.0% | 82.0% | 82.0% | 82.0% | 0 | 0 | 156,202 | 0 | 0 | 0 | 156,202 |
| 313 | 70341 | | | | 3,132 | | | 3,132 | 82.0% | 82.0% | 82.0% | 82.0% | 82.0% | 82.0% | 0 | 0 | 0 | 272,388 | 0 | 0 | 272,388 |
| 314 | 70360 | | | | 2,035 | | | 2,035 | 82.0% | 82.0% | 82.0% | 82.0% | 82.0% | 82.0% | 0 | 0 | 0 | 176,982 | 0 | 0 | 176,982 |
| 315 | 70364 | | 1,807 | | | | | 1,807 | 82.0% | 82.0% | 82.0% | 82.0% | 82.0% | 82.0% | 0 | 149,241 | 0 | 0 | 0 | 0 | 149,241 |
| 316 | 70401 | | 2,353 | | | | | 2,353 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 0 | 180,116 | 0 | 0 | 0 | 0 | 180,116 |
| 317 | 70403 | 1,635 | 13,362 | | 4,000 | | | 18,997 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 121,362 | 1,022,824 | 0 | 318,180 | 0 | 0 | 1,462,366 |
| 318 | 70420 | 1,835 | 4,617 | | 4,266 | | | 10,718 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 136,207 | 353,418 | 0 | 339,339 | 0 | 0 | 828,965 |
| 319 | 70422 | | | 3,039 | | | | 3,039 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 0 | 0 | 240,549 | 0 | 0 | 0 | 240,549 |
| 320 | 70431 | | 2,437 | 4,822 | | | | 7,259 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 0 | 186,546 | 381,681 | 0 | 0 | 0 | 568,226 |
| 321 | 70433 | 22,985 | 71,774 | 12,831 | 16,910 | 1,788 | | 126,288 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 1,706,119 | 5,494,099 | 1,015,625 | 1,345,106 | 143,125 | 0 | 9,704,074 |
| 322 | 70435 | 29,517 | 38,446 | 7,351 | 6,055 | | | 81,369 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 2,190,973 | 2,942,934 | 581,861 | 481,645 | 0 | 0 | 6,197,413 |
| 323 | 70437 | 2,743 | | | | | | 2,743 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 203,606 | 0 | 0 | 0 | 0 | 0 | 203,606 |
| 324 | 70438 | 1,824 | 7,096 | | | | | 8,920 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 135,391 | 543,179 | 0 | 0 | 0 | 0 | 678,570 |
| 325 | 70441 | | 3,157 | | | | | 3,157 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 0 | 241,660 | 0 | 0 | 0 | 0 | 241,660 |
| 326 | 70445 | 3,379 | 8,224 | | | | | 11,603 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 250,815 | 629,524 | 0 | 0 | 0 | 0 | 880,339 |
| 327 | 70446 | | | 1,251 | | | | 1,251 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 0 | 0 | 99,022 | 0 | 0 | 0 | 99,022 |
| 328 | 70447 | 15,231 | 22,468 | 1,871 | 6,516 | 1,956 | | 48,042 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 1,130,559 | 1,719,862 | 148,097 | 518,315 | 156,573 | 0 | 3,673,407 |
| 329 | 70448 | 4,007 | 3,830 | | | | | 7,837 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 297,430 | 293,176 | 0 | 0 | 0 | 0 | 590,605 |
| 330 | 70449 | | | 2,606 | | | | 2,606 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 0 | 0 | 206,275 | 0 | 0 | 0 | 206,275 |
| 331 | 70452 | 1,160 | 7,901 | | | | | 9,061 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 86,104 | 604,799 | 0 | 0 | 0 | 0 | 690,903 |
| 332 | 70454 | | | | | 2,029 | | 7,958 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 0 | 453,848 | 0 | 0 | 162,416 | 0 | 616,265 |
| 333 | 70455 | 2,582 | | | | | | 2,582 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 191,655 | 0 | 0 | 0 | 0 | 0 | 191,655 |
| 334 | 70458 | | 31,792 | | 4,766 | 6,138 | | 42,696 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 0 | 2,433,589 | 0 | 379,111 | 491,332 | 0 | 3,304,032 |
| 335 | 70460 | | | 1,361 | 2,217 | | | 3,578 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 0 | 0 | 107,729 | 176,351 | 0 | 0 | 284,080 |
| 336 | 70461 | | 21,289 | 6,953 | 2,681 | 2,025 | | 32,948 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 0 | 1,629,613 | 550,358 | 213,260 | 162,096 | 0 | 2,555,327 |

**CHINESE DRYWALL REMEDIATION PROGRAM**
**ANNUAL SQUARE FOOTAGE BY ZIP CODE**
**OPTION 1 - PROGRAM CONTRACTOR REMEDIATION**
**AS OF 3/2/16**

**RESIDENTIAL LOCATION FACTORS (RS MEANS)[1]**

**TOTAL COSTS BY YEAR WITH LOCATION FACTOR** [yearly cost per SF includes post - remediation clearance and inspection fees][1]

| Row | Zip Code | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total Square Footage | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2011 $98.97 | 2012 $100.72 | 2013 $104.15 | 2014 $106.06 | 2015 $106.73 | 2016 $107.24 | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 337 | 70466 | | 1,297 | | | | | 1,297 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 0 | 99,282 | 0 | 0 | 0 | 0 | 99,282 |
| 338 | 70471 | 6,798 | 14,344 | 4,600 | 3,288 | | | 29,030 | 75.0% | 76.0% | 76.0% | 75.0% | 75.0% | 77.0% | 504,599 | 1,097,993 | 364,108 | 261,544 | 0 | 0 | 2,228,244 |
| 339 | 70554 | | | | 1,623 | | | 1,623 | 81.0% | 82.0% | 82.0% | 83.0% | 82.0% | 84.0% | 0 | 0 | 0 | 142,872 | 0 | 0 | 142,872 |
| 340 | 70710 | | 1,969 | | 3,707 | | 1,718 | 7,394 | 83.0% | 82.0% | 83.0% | 82.0% | 82.0% | 84.0% | 0 | 164,604 | 0 | 322,395 | 0 | 154,760 | 641,759 |
| 341 | 70719 | 2,271 | 2,194 | | 2,663 | | | 7,128 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 186,552 | 183,413 | 0 | 231,599 | 0 | 0 | 601,564 |
| 342 | 70722 | | 1,837 | | | | | 1,837 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 0 | 153,569 | 0 | 0 | 0 | 0 | 153,569 |
| 343 | 70724 | | | 3,345 | | | | 3,345 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 0 | 0 | 289,157 | 0 | 0 | 0 | 289,157 |
| 344 | 70725 | | | 2,572 | | | | 2,572 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 0 | 0 | 222,335 | 0 | 0 | 0 | 222,335 |
| 345 | 70726 | | 10,463 | | | | | 10,463 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 0 | 874,682 | 0 | 0 | 0 | 0 | 874,682 |
| 346 | 70734 | 1,777 | 3,014 | | 3,077 | | | 7,868 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 145,972 | 251,963 | 0 | 267,604 | 0 | 0 | 665,539 |
| 347 | 70737 | 14,900 | 3,953 | | 6,224 | | | 25,077 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 1,223,962 | 330,461 | 0 | 541,296 | 0 | 0 | 2,095,720 |
| 348 | 70739 | | 5,365 | 7,236 | 2,966 | | | 15,567 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 0 | 448,501 | 625,512 | 257,951 | 0 | 0 | 1,331,964 |
| 349 | 70764 | 3,275 | 2,043 | | 1,313 | | | 6,631 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 269,025 | 170,790 | 0 | 114,191 | 0 | 0 | 554,006 |
| 350 | 70767 | | 2,362 | | | | | 2,362 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 0 | 197,458 | 0 | 0 | 0 | 0 | 197,458 |
| 351 | 70769 | 9,840 | 3,530 | 5,646 | 3,470 | | | 22,486 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 808,308 | 295,100 | 488,066 | 301,783 | 0 | 0 | 1,893,256 |
| 352 | 70774 | | | | 1,618 | | | 1,618 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 0 | 0 | 0 | 140,716 | 0 | 0 | 140,716 |
| 353 | 70775 | | | | 3,255 | | | 3,255 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 0 | 0 | 0 | 283,085 | 0 | 0 | 283,085 |
| 354 | 70776 | 2,571 | | | | | | 2,571 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 211,195 | 0 | 0 | 0 | 0 | 0 | 211,195 |
| 355 | 70785 | | | 2,730 | | | | 2,730 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 0 | 0 | 235,993 | 0 | 0 | 0 | 235,993 |
| 356 | 70788 | | 1,532 | | | | | 1,532 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 0 | 128,072 | 0 | 0 | 0 | 0 | 128,072 |
| 357 | 70791 | 3,046 | 7,936 | 2,495 | 6,540 | | | 20,017 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 250,214 | 663,431 | 215,679 | 568,779 | 0 | 0 | 1,698,102 |
| 358 | 70808 | | | 3,116 | 4,559 | | | 7,675 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 0 | 0 | 269,361 | 396,493 | 0 | 0 | 665,854 |
| 359 | 70809 | 10,294 | 3,439 | 2,373 | 5,591 | | | 21,697 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 845,602 | 287,492 | 205,133 | 486,245 | 0 | 0 | 1,824,471 |
| 360 | 70810 | 2,944 | 3,603 | | 16,267 | | | 22,814 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 241,835 | 301,202 | 0 | 1,414,728 | 0 | 0 | 1,957,765 |
| 361 | 70815 | | 3,275 | | | | | 3,275 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 0 | 273,782 | 0 | 0 | 0 | 0 | 273,782 |
| 362 | 70816 | | 4,940 | | 4,699 | | | 9,639 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 0 | 412,972 | 0 | 408,668 | 0 | 0 | 821,640 |
| 363 | 70817 | 2,347 | 4,179 | 1,908 | | 2,429 | | 10,863 | 83.0% | 83.0% | 83.0% | 82.0% | 82.0% | 84.0% | 192,795 | 349,354 | 164,936 | 0 | 212,583 | 0 | 919,668 |
| 364 | 77006 | | 2,645 | | 2,632 | | | 5,277 | 84.0% | 83.0% | 84.0% | 85.0% | 84.0% | 84.0% | 0 | 221,116 | 0 | 237,277 | 0 | 0 | 458,393 |
| 365 | 77014 | | 3,560 | | | | | 3,560 | 84.0% | 83.0% | 84.0% | 85.0% | 84.0% | 84.0% | 0 | 297,607 | 0 | 0 | 0 | 0 | 297,607 |
| 366 | 77024 | | | | 6,885 | | | 6,885 | 84.0% | 83.0% | 84.0% | 85.0% | 84.0% | 84.0% | 0 | 0 | 0 | 620,690 | 0 | 0 | 620,690 |
| 367 | 77031 | | | | 1,778 | | | 1,778 | 84.0% | 83.0% | 84.0% | 85.0% | 84.0% | 84.0% | 0 | 0 | 0 | 160,288 | 0 | 0 | 160,288 |
| 368 | 77047 | | 14,276 | | 2,417 | 1,218 | | 17,911 | 84.0% | 83.0% | 84.0% | 85.0% | 84.0% | 84.0% | 0 | 1,193,439 | 0 | 217,895 | 109,198 | 0 | 1,520,532 |
| 369 | 77049 | 2,984 | | | | | | 2,984 | 84.0% | 83.0% | 84.0% | 85.0% | 84.0% | 84.0% | 248,074 | 0 | 0 | 0 | 0 | 0 | 248,074 |
| 370 | 77069 | | 12,229 | | | | | 12,229 | 84.0% | 83.0% | 84.0% | 85.0% | 84.0% | 84.0% | 0 | 1,022,315 | 0 | 0 | 0 | 0 | 1,022,315 |
| 371 | 77073 | | 3,869 | 1,666 | | | | 5,535 | 84.0% | 83.0% | 84.0% | 85.0% | 84.0% | 84.0% | 0 | 323,439 | 145,752 | 0 | 0 | 0 | 469,191 |
| 372 | 77084 | | 1,762 | | | | | 1,762 | 84.0% | 83.0% | 84.0% | 85.0% | 84.0% | 84.0% | 0 | 147,299 | 0 | 0 | 0 | 0 | 147,299 |
| 373 | 77095 | | 4,484 | 2,424 | 4,597 | | | 11,505 | 84.0% | 83.0% | 84.0% | 85.0% | 84.0% | 84.0% | 0 | 374,852 | 212,066 | 414,424 | 0 | 0 | 1,001,342 |
| 374 | 77301 | | | | 14,878 | | | 14,878 | 77.0% | 76.0% | 77.0% | 77.0% | 81.0% | 81.0% | 0 | 0 | 0 | 1,215,030 | 0 | 0 | 1,215,030 |
| 375 | 77304 | | 21,260 | 3,960 | | | | 25,220 | 77.0% | 76.0% | 77.0% | 77.0% | 81.0% | 81.0% | 0 | 1,627,393 | 317,574 | 0 | 0 | 0 | 1,944,968 |
| 376 | 77338 | | 32,512 | | 2,674 | | | 35,186 | 77.0% | 76.0% | 77.0% | 77.0% | 81.0% | 81.0% | 0 | 2,488,703 | 0 | 218,375 | 0 | 0 | 2,707,078 |
| 377 | 77339 | | 2,784 | | | | | 2,784 | 77.0% | 76.0% | 77.0% | 77.0% | 81.0% | 81.0% | 0 | 213,107 | 0 | 0 | 0 | 0 | 213,107 |
| 378 | 77346 | | 3,768 | | 3,446 | | | 7,214 | 77.0% | 76.0% | 77.0% | 77.0% | 81.0% | 81.0% | 0 | 288,430 | 0 | 281,422 | 0 | 0 | 569,852 |
| 379 | 77354 | | 3,772 | | | | | 3,772 | 77.0% | 76.0% | 77.0% | 77.0% | 81.0% | 81.0% | 0 | 288,736 | 0 | 0 | 0 | 0 | 288,736 |
| 380 | 77365 | | 5,997 | | 3,598 | | | 9,595 | 77.0% | 76.0% | 77.0% | 77.0% | 81.0% | 81.0% | 0 | 459,054 | 0 | 293,835 | 0 | 0 | 752,889 |
| 381 | 77373 | | 17,698 | | | | | 17,698 | 77.0% | 76.0% | 77.0% | 77.0% | 81.0% | 81.0% | 0 | 1,354,732 | 0 | 0 | 0 | 0 | 1,354,732 |
| 382 | 77375 | | 7,504 | | | | | 7,504 | 77.0% | 76.0% | 77.0% | 77.0% | 81.0% | 81.0% | 0 | 574,410 | 0 | 0 | 0 | 0 | 574,410 |
| 383 | 77389 | | | | | 1,868 | | 1,868 | 77.0% | 76.0% | 77.0% | 77.0% | 81.0% | 81.0% | 0 | 0 | 0 | 0 | 161,491 | 0 | 161,491 |
| 384 | 77429 | | 2,157 | | 6,394 | | | 8,551 | 73.0% | 72.0% | 72.0% | 72.0% | 81.0% | 82.0% | 0 | 156,422 | 0 | 488,266 | 0 | 0 | 644,688 |

| Row | Zip Code | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total Square Footage | 2011 73.0% | 2012 72.0% | 2013 72.0% | 2014 72.0% | 2015 81.0% | 2016 82.0% | 2011 $98.97 | 2012 $100.72 | 2013 $104.15 | 2014 $106.06 | 2015 $106.73 | 2016 $107.24 | TOTAL COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 385 | 77433 | | | 1,146 | | | | 1,146 | 73.0% | 72.0% | 72.0% | 72.0% | 81.0% | 82.0% | 0 | 0 | 85,936 | 0 | 0 | 0 | 85,936 |
| 386 | 77449 | | | 1,651 | 1,443 | | | 3,094 | 73.0% | 72.0% | 72.0% | 72.0% | 81.0% | 82.0% | 0 | 0 | 123,805 | 110,192 | 0 | 0 | 233,997 |
| 387 | 77459 | | | 5,000 | | | | 5,000 | 73.0% | 72.0% | 72.0% | 72.0% | 81.0% | 82.0% | 0 | 0 | 374,940 | 0 | 0 | 0 | 374,940 |
| 388 | 77494 | | 2,401 | | | | | 2,401 | 73.0% | 72.0% | 72.0% | 72.0% | 81.0% | 82.0% | 0 | 174,117 | 0 | 0 | 0 | 0 | 174,117 |
| 389 | 77511 | | 1,391 | | | | | 1,391 | 82.0% | 81.0% | 82.0% | 83.0% | 83.0% | 83.0% | 0 | 113,482 | 0 | 0 | 0 | 0 | 113,482 |
| 390 | 77520 | | | 1,594 | | | | 1,594 | 82.0% | 81.0% | 82.0% | 83.0% | 83.0% | 83.0% | 0 | 0 | 136,132 | 0 | 0 | 0 | 136,132 |
| 391 | 77523 | | 1,310 | 2,551 | | | | 3,861 | 82.0% | 81.0% | 82.0% | 83.0% | 83.0% | 83.0% | 0 | 106,874 | 217,863 | 0 | 0 | 0 | 324,737 |
| 392 | 77532 | | 3,300 | | | | | 3,300 | 82.0% | 81.0% | 82.0% | 83.0% | 83.0% | 83.0% | 0 | 269,225 | 0 | 0 | 0 | 0 | 269,225 |
| 393 | 77535 | | 3,878 | | | | | 3,878 | 82.0% | 81.0% | 82.0% | 83.0% | 83.0% | 83.0% | 0 | 316,380 | 0 | 0 | 0 | 0 | 316,380 |
| 394 | 77539 | | | | 1,867 | | | 1,867 | 82.0% | 81.0% | 82.0% | 83.0% | 83.0% | 83.0% | 0 | 0 | 0 | 164,352 | 0 | 0 | 164,352 |
| 395 | 77546 | | 15,973 | | | | | 15,973 | 82.0% | 81.0% | 82.0% | 83.0% | 83.0% | 83.0% | 0 | 1,303,128 | 0 | 0 | 0 | 0 | 1,303,128 |
| 396 | 77578 | | | | | 3,677 | | 3,677 | 82.0% | 81.0% | 82.0% | 83.0% | 83.0% | 83.0% | 0 | 0 | 0 | 0 | 325,730 | 0 | 325,730 |
| 397 | 77581 | | | 4,568 | | | | 4,568 | 82.0% | 81.0% | 82.0% | 83.0% | 83.0% | 83.0% | 0 | 0 | 390,121 | 0 | 0 | 0 | 390,121 |
| 398 | 77583 | 1,900 | 9,102 | 4,204 | 4,301 | | | 19,507 | 82.0% | 81.0% | 82.0% | 83.0% | 83.0% | 83.0% | 154,195 | 742,570 | 359,034 | 378,616 | 0 | 0 | 1,634,416 |
| 399 | 77584 | | 2,938 | 2,938 | 2,175 | | | 8,051 | 82.0% | 81.0% | 82.0% | 83.0% | 83.0% | 83.0% | 0 | 239,691 | 250,914 | 191,465 | 0 | 0 | 682,070 |
| 400 | 77595 | | 1,816 | | | | | 1,816 | 82.0% | 81.0% | 82.0% | 83.0% | 83.0% | 83.0% | 0 | 148,155 | 0 | 0 | 0 | 0 | 148,155 |
| 401 | 77684 | | 2,938 | | | | | 2,938 | 81.0% | 81.0% | 81.0% | 81.0% | 85.0% | 86.0% | 0 | 239,691 | 0 | 0 | 0 | 0 | 239,691 |
| 402 | Total Square Footage | 559,225 | 2,950,265 | 1,261,501 | 1,007,864 | 172,459 | 6,286 | 5,957,600 | | | | | | | 46,773,079 | 251,116,358 | 111,660,673 | 90,265,539 | 15,263,650 | 564,450 | 515,643,751 |

**CHINESE DRYWALL REMEDIATION PROGRAM**
**ANNUAL SQUARE FOOTAGE BY ZIP CODE**
**OPTION 1 - PROGRAM CONTRACTOR REMEDIATION**
**AS OF 3/2/16**

**RESIDENTIAL LOCATION FACTORS (RS MEANS)[1]**

**TOTAL COSTS BY YEAR WITH LOCATION FACTOR**
[yearly cost per SF includes post - remediation clearance and inspection fees][1]

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | |
|---|---|---|---|---|---|---|---|
| TOTAL COSTS PER YEAR: | 46,773,079 | 251,116,358 | 111,660,673 | 90,265,539 | 15,263,650 | 564,450 | 515,643,751 |
| SF COSTS PER YEAR: | $ 83.64 | $ 85.12 | $ 88.51 | $ 89.56 | $ 88.51 | $ 89.79 | $ 86.55 |

© 2016 BrownGreer PLC          [1] Berman & Wright, 3/18/2016

# EXHIBIT "B"
# TO COMPONENTS
# TABLE


# FILED UNDER SEAL

# EXHIBIT "C"

**Lillian Flemming**

| | |
|---|---|
| **From:** | Lenny Davis |
| **Sent:** | Wednesday, April 13, 2016 2:58 PM |
| **To:** | Lillian Flemming |
| **Subject:** | FW: payments |

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**From:** Jake Woody [mailto:jswoody@browngreer.com]
**Sent:** Tuesday, April 12, 2016 4:12 PM
**To:** Lenny Davis
**Cc:** 'Arnold Levin'; Frederick Longer; 'Sandy Duggan'; Gerald E. Meunier
**Subject:** RE: payments

GBI Payments to class members that are not Knauf = $40,279,825.14.
GBI Payments to Knauf = $16,231,167.35 (deposited to Remediation Fund).

You should also note that half of the Global amounts owed to Knauf go directly to the Other Loss Fund. This amount is $4,232,227.01. This amount will be distributed to claimants with eligible Other Loss claims and is not included in the Knauf number above. Also, the payments to class members that are not Knauf includes payments to builders.

Let me know if you have any follow up questions.

**From:** Lenny Davis [mailto:LDAVIS@hhklawfirm.com]
**Sent:** Tuesday, April 12, 2016 4:36 PM
**To:** Jake Woody
**Cc:** 'Arnold Levin'; Frederick Longer; 'Sandy Duggan'; Gerald E. Meunier
**Subject:** payments

Need some help.

1) What gbi payments for repair/relocation have been made to: a)class memebers that are not knauf; and b)to knauf

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

# EXHIBIT "D"

## Lillian Flemming

**Subject:** FW: payments

---

**From:** Jake Woody [mailto:jswoody@browngreer.com]
**Sent:** Wednesday, April 13, 2016 8:58 AM
**To:** Lenny Davis
**Cc:** 'Arnold Levin'; Frederick Longer; 'Sandy Duggan'; Gerald E. Meunier
**Subject:** RE: payments

Here is a quick summary of the Other Loss Fund:

**Balance as of 3.31.16:** $17,560,870.66
**Amount Disbursed:** $20,933,571.57
**Total:** $38,436,961.41

---

**From:** Lenny Davis [mailto:LDAVIS@hhklawfirm.com]
**Sent:** Tuesday, April 12, 2016 6:58 PM
**To:** Jake Woody
**Cc:** 'Arnold Levin'; Frederick Longer; 'Sandy Duggan'; Gerald E. Meunier
**Subject:** RE: payments

What is the total that is available in the program for the other loss fund?


Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*


CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Jake Woody [mailto:jswoody@browngreer.com]
**Sent:** Tuesday, April 12, 2016 4:12 PM
**To:** Lenny Davis
**Cc:** 'Arnold Levin'; Frederick Longer; 'Sandy Duggan'; Gerald E. Meunier
**Subject:** RE: payments

GBI Payments to class members that are not Knauf = $40,279,825.14.
GBI Payments to Knauf = $16,231,167.35 (deposited to Remediation Fund).

1

You should also note that half of the Global amounts owed to Knauf go directly to the Other Loss Fund. This amount is $4,232,227.01. This amount will be distributed to claimants with eligible Other Loss claims and is not included in the Knauf number above. Also, the payments to class members that are not Knauf includes payments to builders.

Let me know if you have any follow up questions.

**From:** Lenny Davis [mailto:LDAVIS@hhklawfirm.com]
**Sent:** Tuesday, April 12, 2016 4:36 PM
**To:** Jake Woody
**Cc:** 'Arnold Levin'; Frederick Longer; 'Sandy Duggan'; Gerald E. Meunier
**Subject:** payments

Need some help.
  1) What gbi payments for repair/relocation have been made to: a)class memebers that are not knauf; and b)to knauf

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

# EXHIBIT "E"

# Chinese Drywall

# Attorney Fee reconciliation

| | Original | Attorney fees received | Attorney Fees available |
|---|---|---|---|
| Banner Attorney Fund | $ 18,986,103.44 | | |
| Global Attorney Fund | $ 25,519,345.68 | | |
| Inex Attorney Fund | $ 2,960,000.00 | | |
| Knauf Attorney Fund | $160,000,000.00 | | |
| Builders Mutual | $ 629,000.00 | | |
| Nationwide | $ 3,650,000.00 | | |
| Porter Blaine | $ 1,060,000.00 | | |
| Tobin Trading | $ 949,000.00 | | |
| Villa Lago | $ - | | |
| Total  11/30/2013 | $213,753,449.12 | $ 213,753,449.12 | |
| Interest | $ 83,711.98 | | |
| Miscellaneous | $ (24,658.00) | | |
| Advance to PSC | $ (17,435,000.00) | | |
| Set aside for Taishan | $ (10,000,000.00) | | |
| Stipend payments | $ (4,565,633.93) | | |
| Reduction of fees and distributed to claimants | $ (348,000.00) | | |
| Garrettson Fees | $ (267,110.97) | | |
| Current total 2/29/2016 | $181,196,758.20 | | $ 181,196,758.20 |
| | | | |
| Additional Knauf settlement | | $ 13,592,762.95 | $ 13,592,762.95 |
| | | | |
| Monies to be paid | | | |
| Stipend | $ (328,424.99) | | |
| Held costs 12/31/2014 | $ (3,842,737.87) | | |
| Unreimbursed cash assessments | $ (2,187,000.00) | | |
| | $ (6,358,162.86) | | $ (6,358,162.86) |
| | | | |
| Funds remaining from Knauf Advance | | | |
| PSC checking | $ 1,374,531.18 | | |
| PSC (ICS) account | $ 2,000,000.00 | | |
| PSC (Federated) account | $ 1,000,174.81 | | |
| PSC (Esquire) Knauf advance | $ 175,299.07 | | |
| | $ 4,550,005.06 | | $ 4,550,005.06 |
| | | | |
| **Funds available for Common Benefit and Individual Retained  attorneys** | | | $ 192,981,363.35 |
| | | | |
| **Attorney Fees received for common benefit and individual retained attorneys** | | $ 227,346,212.07 | |
| | | | |
| Specific purpose Attorney Funds | | | |
| North River | | $ 2,400,000.00 | $ 2,400,000.00 |
| Voluntary Contributions | | $ 3,332,058.26 | $ 3,332,058.26 |
| | | | |
| **Grand total of Attorneys fees received** | | $ 233,078,270.33 | |

# EXHIBIT "F"

**Lillian Flemming**

| | |
|---|---|
| **From:** | Jake Woody <jswoody@browngreer.com> |
| **Sent:** | Friday, February 05, 2016 4:13 PM |
| **To:** | Lillian Flemming |
| **Cc:** | Arnold Levin; Lenny Davis; Kate Robinson; Lynn Greer |
| **Subject:** | RE: Chinese Drywall MDL 2047 re Administrative Cost Update |

Lillian:  we have worked on a variety of tasks over the course of this MDL, both before and after settlement.  As of today, the total value of the time we have expended is $4,555,758.00.  It is difficult to estimate the exact amount of time we will spend in concluding this case, but based on our current tasks, we estimate that the total value of all of BrownGreer time on this matter will be $4,600,000.

I should note that this is not the amount that we have been paid to date, but is the value of all BrownGreer time spent working on Chinese Drywall.

Please let me know if you have any questions.

**Jake Woody**
**BROWNGREER PLC**
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7234
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** Lillian Flemming [mailto:LFLEMMING@hhklawfirm.com]
**Sent:** Friday, February 05, 2016 10:14 AM
**To:** Jake Woody
**Cc:** Arnold Levin; Lenny Davis; Kate Robinson
**Subject:** Chinese Drywall MDL 2047 re Administrative Cost Update

From:  Leonard A. Davis

We are attempting to update and get current costs with respect to various administrative costs for the Settlements.  BrownGreer was appointed by the Court as the Administrator of Settlement Agreements and to provide claims processing services.  Please provide us the total current charges for these services.  Also, please provide an estimate of what you think the total cost will be for completion.  We would appreciate receiving this at your earliest convenience

Lillian M. Flemming
Legal Assistant to
Leonard A. Davis and Danielle Treadaway Hufft
*Herman, Herman & Katz, L.L.C.*
*Herman Gerel, LLP*

820 O'Keefe Avenue
New Orleans, Louisiana  70113
(504) 581-4892
(504) 561-6024 (fax)
Email:  lflemming@hhklawfirm.com
www.hhklawfirm.com

# CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

# EXHIBIT "G"

**Lillian Flemming**

---

**Subject:** FW: Chinese Drywall MDL 2047 re Order Granting Motion to Combine Attorney Fee Settlement Funds
**Attachments:** 20160204_CDW Pass-Through Expenses.xlsx

---

**From:** Ben Bauer [mailto:bbauer@garretsongroup.com]
**Sent:** Wednesday, February 10, 2016 1:22 PM
**To:** Lenny Davis; pgarrett@garrettco.com; Jake Woody
**Cc:** Lillian Flemming; 'Arnold Levin'; Russ Herman; Fred Longer
**Subject:** RE: Chinese Drywall MDL 2047 re Order Granting Motion to Combine Attorney Fee Settlement Funds

Lenny and Phil,

Attached are our unpaid pass-through expenses, which total $22,578.44.  Together with the fees of $267,110.97 (all already paid), that has us coming in at a total of $289,689.41, just under the $300K we originally projected.

Is there anything that I need to do to formally request payment on the expenses or anything further you need from me in that regard?

Thanks,

Ben

---

**From:** Lenny Davis [mailto:LDAVIS@hhklawfirm.com]
**Sent:** Wednesday, February 03, 2016 3:57 PM
**To:** Ben Bauer; pgarrett@garrettco.com; Jake Woody
**Cc:** Lillian Flemming; 'Arnold Levin'; Russ Herman; Fred Longer
**Subject:** RE: Chinese Drywall MDL 2047 re Order Granting Motion to Combine Attorney Fee Settlement Funds

Lets look at these andf address sonner rather than later

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**From:** Ben Bauer [mailto:bbauer@garretsongroup.com]
**Sent:** Wednesday, February 03, 2016 2:55 PM
**To:** Lenny Davis; pgarrett@garrettco.com; Jake Woody
**Cc:** Lillian Flemming; 'Arnold Levin'; Russ Herman; Fred Longer
**Subject:** RE: Chinese Drywall MDL 2047 re Order Granting Motion to Combine Attorney Fee Settlement Funds

Sure thing.  I mean travel and accounting costs – the section toward the bottom of page 4 of the attached PDF.  I need to have corporate pull the detail, but to date we have only paid the hourly-based fees.  Thanks.

**From:** Lenny Davis [mailto:LDAVIS@hhklawfirm.com]
**Sent:** Wednesday, February 03, 2016 3:44 PM
**To:** Ben Bauer; pgarrett@garrettco.com; Jake Woody
**Cc:** Lillian Flemming; 'Arnold Levin'; Russ Herman; Fred Longer
**Subject:** RE: Chinese Drywall MDL 2047 re Order Granting Motion to Combine Attorney Fee Settlement Funds

Please explain a bit further. Im not sure what you are referencing

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**From:** Ben Bauer [mailto:bbauer@garretsongroup.com]
**Sent:** Wednesday, February 03, 2016 2:42 PM
**To:** pgarrett@garrettco.com; Jake Woody; Lenny Davis
**Cc:** Lillian Flemming
**Subject:** RE: Chinese Drywall MDL 2047 re Order Granting Motion to Combine Attorney Fee Settlement Funds

Phil,

I'm going to give Ave the go ahead to move the VA funds.  The one item of concern for us is being reimbursed for a few pass-through items that I was planning on addressing as part of the account wind-down.  I just want to ensure that everyone is aware so that this is not overlooked.

Bridgett  has the account detail as of 12/31, but it doesn't reflect the GRG fees payments that the Court approved in January.  I will send you the updated account detail as soon as I have it (and will copy Jake, Lenny, and Lillian).

Thanks,

Ben

**From:** pgarrett@garrettco.com [mailto:pgarrett@garrettco.com]
**Sent:** Tuesday, February 02, 2016 6:17 PM
**To:** Jake Woody; Lenny Davis
**Cc:** Lillian Flemming; Ben Bauer
**Subject:** Re: Chinese Drywall MDL 2047 re Order Granting Motion to Combine Attorney Fee Settlement Funds

I need a letter or schedule showing each balance before the combination including Knauff and then the total afterwards.

Philip A. Garrett, CPA
600 Northwoods Drive
Abita Springs, LA  70420
pgarrett@garrettco.com
Direct: 985-635-1500
Office: 985-746-9165

---

**From:** Jake Woody <jswoody@browngreer.com>
**To:** "pgarrett@garrettco.com" <pgarrett@garrettco.com>; Lenny Davis <LDAVIS@hhklawfirm.com>
**Cc:** Lillian Flemming <LFLEMMING@hhklawfirm.com>; Ben Bauer <bbauer@garretsongroup.com>
**Sent:** Tuesday, February 2, 2016 5:07 PM
**Subject:** RE: Chinese Drywall MDL 2047 re Order Granting Motion to Combine Attorney Fee Settlement Funds

We corresponded with Ave Doyle at Esquire Bank today.  I think we will have everything combined this week.

**Jake Woody**
**BROWNGREER PLC**
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7234
Facsimile:  (804) 521-7299
http://www.browngreer.com/

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

**From:** pgarrett@garrettco.com [mailto:pgarrett@garrettco.com]
**Sent:** Tuesday, February 02, 2016 6:03 PM
**To:** Lenny Davis
**Cc:** Lillian Flemming; Jake Woody; Ben Bauer
**Subject:** Re: Chinese Drywall MDL 2047 re Order Granting Motion to Combine Attorney Fee Settlement Funds

 I saw the email from Jake to Ben on the Virginia settlements and was waiting to see if there were any forseeable problems.
If not I will be happy to forward order to Esquire and get the combination completed.

Is that OK with you


Philip A. Garrett, CPA
600 Northwoods Drive
Abita Springs, LA  70420
pgarrett@garrettco.com
Direct: 985-635-1500
Office: 985-746-9165

---

**From:** Lenny Davis <LDAVIS@hhklawfirm.com>
**To:** Phil Garrett <pgarrett@garrettco.com>
**Cc:** Lillian Flemming <LFLEMMING@hhklawfirm.com>
**Sent:** Tuesday, February 2, 2016 4:55 PM
**Subject:** FW: Chinese Drywall MDL 2047 re Order Granting Motion to Combine Attorney Fee Settlement Funds


Can we get this done?

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)
*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*
CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Lillian Flemming
**Sent:** Monday, February 01, 2016 4:41 PM
**To:** Arnold Levin; Fred Longer (FLonger@lfsblaw.com); Sandy Duggan
**Cc:** Russ Herman; Lenny Davis; Kate Robinson; 'Philip Garrett' (pgarrett@garrettco.com)
**Subject:** Chinese Drywall MDL 2047 re Order Granting Motion to Combine Attorney Fee Settlement Funds


From:  Leonard A. Davis

See attached Order.

**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Monday, February 01, 2016 3:55 PM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:09-md-02047-EEF-JCW In Re: Chinese-Manufactured Drywall Products Liability Litigation Order on Motion for Miscellaneous Relief


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy**

permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U. S. District Court
### Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 2/1/2016 at 3:55 PM CST and filed on 2/1/2016

**Case Name:**       In Re: Chinese-Manufactured Drywall Products Liability Litigation
**Case Number:**     2:09-md-02047-EEF-JCW
**Filer:**
**Document Number:** 20022
**Docket Text:**
**ORDER: ORDERED that [20016] Motion to Combine All Attorney Fee Settlement Fund Accounts to the Knauf Attorney Fee Settlement Fund Account is GRANTED. FURTHER ORDERED BY THE COURT that once all funds have been transferred to the Knauf Attorney Fee Settlement Fund, Esquire Bank is directed to close the Transferor Accounts, so that only one attorney fee account exists, that being the Knauf Attorney Fee Settlement Fund Account. Signed by Judge Eldon E. Fallon. (Reference: All Cases)(cml)**

**2:09-md-02047-EEF-JCW Notice has been electronically mailed to:**

Harry Rosenberg       harry.rosenberg@phelps.com, nevesj@phelps.com

Russ M. Herman       rherman@hhklawfirm.com, rvalenti@hhklawfirm.com

Judy Y. Barrasso       mailto:jbarrasso@barrassousdin.com, mailto:mpipes@barrassousdin.com

Leonard A. Davis       ldavis@hhklawfirm.com, krobinson@hhklawfirm.com, mailto:lflemming@hhklawfirm.com, rvalenti@hhklawfirm.com

Phillip A. Wittmann       mailto:pwittmann@stonepigman.com, mailto:cmolony@stonepigman.com, mailto:pblackman@stonepigman.com

Kerry J. Miller       kjmiller@bakerdonelson.com, aerskin@bakerdonelson.com, mailto:ddysart@bakerdonelson.com, mclementin@bakerdonelson.com, pthibodeaux@bakerdonelson.com

Christopher Bandas       mailto:cbandas@bandaslawfirm.com, mailto:dlopez@bandaslawfirm.com, mailto:jpetrus@bandaslawfirm.com

Lynn C Greer       lgreer@browngreer.com, DocketHarvester@BrownGreer.com, adwyre@browngreer.com, mailto:jswoody@browngreer.com, tblankenship@browngreer.com

**2:09-md-02047-EEF-JCW Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=2/1/2016] [FileNumber=7674735-0]
[9c2a5f340916199ec4138a568c726c5edbc8acb22d9154397b4e09fed831b1195eef
f6bd64def0976d5f69ef0d0de0356320063636f69f9a802377786430a675]]

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

This transmission is intended for the sole use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the Garretson Resolution Group immediately by calling 1-888-556-7526, or by reply to this transmission.

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```
This transmission is intended for the sole use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the Garretson Resolution Group immediately by calling 1-888-556-7526, or by reply to this transmission.

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```
This transmission is intended for the sole use of the individual or entity to whom it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the Garretson Resolution Group immediately by calling 1-888-556-7526, or by reply to this transmission.

# EXHIBIT "H"

**Lillian Flemming**

**Subject:**                    FW: Vendor payments

**From:** Miller, Kerry [mailto:kjmiller@bakerdonelson.com]
**Sent:** Friday, April 17, 2015 9:15 AM
**To:** Lenny Davis
**Subject:** Vendor payments

Lenny - see below on direct payments Knauf has made to Johnston, velez etc

Kerry J. Miller
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Phone: 504.566.8646
Fax: 504.585.6946
Cell: 504.495.2393
kjmiller@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from
offices in Alabama, Florida, Georgia, Louisiana,
Mississippi, Tennessee, Texas and Washington, D.C.

Begin forwarded message:

> **From:** "Lindenmayr, Alexander" <Lindenmayr.Alexander@knauf.de>
> **Date:** April 17, 2015 at 9:09:30 AM CDT
> **To:** "Miller, Kerry" <kjmiller@bakerdonelson.com>
> **Subject: AW: Quantifying claims against Taishan**
>
> See below
>
> Mit freundlichen Grüßen / Best Regards
> Knauf Engineering GmbH
>
> Alexander Lindenmayr
> Teamleiter Projektbüro Knauf Engineering
>
>
> Tel. +49 9323 31 - 496 Fax +49 9323 31 1081 (Mobil +49 151 - 42659968)
>
> Knauf Engineering GmbH, Am Bahnhof 7, 97346 Iphofen
> Sitz: Iphofen, Register: Würzburg HRB 703
> Geschäftsführer: Dr. Alexander Schütz

**Von:** Cavet, Susan [mailto:scavet@bakerdonelson.com] **Im Auftrag von** Miller, Kerry
**Gesendet:** Mittwoch, 15. April 2015 23:59
**An:** Lindenmayr, Alexander
**Betreff:** Quantifying claims against Taishan

Alexander:

How much has Knauf paid regarding the following vendors:

Pro Se Curator - Robert Johnston (197,739 USD)
Ombudsman - Louis Velez (252,525 USD)
Drywall Inspection - Florida/Louisiana/Texas – Benchmark (5,718,995.00 USD)
Environmental Certification - GFA International ( 1,145,770.00 USD)
Special Master - Perry, Atkinson (114,463.00 USD)

Thanks,

Kerry

Kerry J. Miller
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Direct: 504.566.8646
Fax: 504.585.6946
Cell: 504.495.2393
E-mail: kjmiller@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Georgia, Louisiana, Mississippi, Tennessee
and Washington, D.C.

 Please consider the environment before printing this e-mail.

**Baker Donelson - One of FORTUNE Magazine's "100 Best Companies to Work For®" for Six Years in a Row!**

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

**Lillian Flemming**

| | |
|---|---|
| **From:** | Kate Robinson |
| **Sent:** | Wednesday, April 15, 2015 12:37 PM |
| **To:** | Lillian Flemming |
| **Cc:** | Lenny Davis |
| **Subject:** | RE: Drywall re Robert Johnston |

$169,747.35

**From:** Lillian Flemming
**Sent:** Wednesday, April 15, 2015 12:34 PM
**To:** Kate Robinson
**Cc:** Lenny Davis
**Subject:** RE: Drywall re Robert Johnston

Thanks – can you give the total of unpaid invoices?

**From:** Kate Robinson
**Sent:** Wednesday, April 15, 2015 12:33 PM
**To:** Lillian Flemming
**Cc:** Lenny Davis
**Subject:** RE: Drywall re Robert Johnston

We have paid Johnston $366,723.02.

**From:** Lillian Flemming
**Sent:** Wednesday, April 15, 2015 12:26 PM
**To:** Kate Robinson
**Cc:** Lenny Davis
**Subject:** Drywall re Robert Johnston

Kate – please get Lenny the figure of the total amount paid to Robert Johnston in drywall please. Thanks!

Lillian M. Flemming
Legal Assistant to
Leonard A. Davis and Danielle Treadaway Hufft
***Herman, Herman & Katz, L.L.C.***
***Herman Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
(504) 581-4892
(504) 561-6024 (fax)
Email: lflemming@hhklawfirm.com
www.hhklawfirm.com

# CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

# EXHIBIT "I"

**Lillian Flemming**

---

**Subject:**      FW: Chinese Drywall MDL 2047 re Administrative Cost Update
**Attachments:**  Overview total square footage of settled properties Feb 2016.pdf; Fwd: PSC Report - January
                  2016

---

**From:** Merino, Rene [mailto:rmerino@bakerdonelson.com]
**Sent:** Tuesday, February 16, 2016 2:31 PM
**To:** Lenny Davis; Lillian Flemming; Arnold Levin; Russ Herman; Kate Robinson
**Cc:** Miller, Kerry
**Subject:** RE: Chinese Drywall MDL 2047 re Administrative Cost Update

Hello All,

Below is an updated table with the numbers requested. Please also find attached (1) the square footage numbers you previously requested and (2) the PSC report Kerry sent last week. Please note that the square footages attached represent ANSI (under air) square footage numbers and not Remediation square footage numbers, which we presently have not calculated though the remediation program price per square foot is calculated using Remediation square footage. According to Moss, the average garage is about 400 square feet, but not all homes have garages; therefore you could reasonably add 10%-15% to the ANSI square footage numbers to estimate the Remediation square footages. We could review the numbers on a property-by-property basis if need be, but that would take some time.

Finally, the small table below with financial institution information has not been updated. I will send that information to you, if possible, as soon as I get it. In any case, I will keep you posted on whether I can obtain the information or not.

| Tasks | Vendor | Description of Services | Amount | C be |
|-------|--------|------------------------|--------|------|
| Ombudsman | Louis Velez | Construction expert available to advise regarding matters relating to the remediation process, work and resolving disputes related thereto. | $276,713.02 | |
| Drywall Inspection - Florida/Louisiana/Texas | Benchmark | Initial inspection of property for indicia of Chinese drywall and evidence of contamination. | $6,078,195.00 | |
| Drywall Inspection - Mississippi/Alabama | MZA | Initial inspection of property for indicia of Chinese drywall and evidence of contamination. | $2,333,324.28 | |
| Environmental Certification | GFA International | Inspection Certificate that drywall has been removed from the property. | $1,159,406.24 | |

| Tasks | Vendor | Description of Services | Amount | C... be... |
|-------|--------|------------------------|--------|-----------|
| Phase I | Moss | Xactimate (Inspection / document / bid scope) $6,097,338 CELSS (Bid process and contract award) Final Cost Estimate $5,570,361 | $11,667,699.00 | |
| Administrative Cost | Moss | Core Staff Cost | $3,587,500.00 | |
| ARH | Moss | Review/consult/recommend | $319,551.01 | |

Can you update the below figures so that they are current?  I am not sure if you have access to each of these figures and if not, please let me know.

| Financial Institution | Whitney Bank | Depository for PSC and Remediation Fund | $45,326.69 |
|-----------------------|--------------|------------------------------------------|------------|
| Financial Institution | Deutsche Bank | Issuer of Letter of Credit | |
| Financial Institution | U.S. Bank | Escrow account holder | $11,735.75 |

Best Regards,

René

**René Merino**
Attorney

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Direct: 504.566.5237
Fax: 504-585-6937
E-mail: rmerino@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Georgia, Louisiana, Mississippi, Tennessee
and Washington, D.C.

🌲 Please consider the environment before printing this e-mail.

**From:** Lenny Davis [mailto:LDAVIS@hhklawfirm.com]
**Sent:** Monday, February 15, 2016 1:18 PM
**To:** Merino, Rene; Lillian Flemming; Arnold Levin; Russ Herman; Kate Robinson

**Cc:** Miller, Kerry
**Subject:** RE: Chinese Drywall MDL 2047 re Administrative Cost Update

thx

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Merino, Rene [mailto:rmerino@bakerdonelson.com]
**Sent:** Monday, February 15, 2016 1:06 PM
**To:** Lenny Davis; Lillian Flemming; Arnold Levin; Russ Herman; Kate Robinson
**Cc:** Miller, Kerry
**Subject:** RE: Chinese Drywall MDL 2047 re Administrative Cost Update

Not yet. I will follow up now and expedite.

**René Merino**
Attorney

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Direct: 504.566.5237
Fax: 504-585-6937
E-mail: rmerino@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Georgia, Louisiana, Mississippi, Tennessee
and Washington, D.C.
Please consider the environment before printing this e-mail.

---

**From:** Lenny Davis [mailto:LDAVIS@hhklawfirm.com]
**Sent:** Monday, February 15, 2016 1:02 PM
**To:** Merino, Rene; Lillian Flemming; Arnold Levin; Russ Herman; Kate Robinson
**Cc:** Miller, Kerry
**Subject:** RE: Chinese Drywall MDL 2047 re Administrative Cost Update

Any update on this?

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Merino, Rene [mailto:rmerino@bakerdonelson.com]
**Sent:** Monday, February 08, 2016 10:29 AM
**To:** Lillian Flemming; Lenny Davis; Arnold Levin; Russ Herman; Kate Robinson
**Cc:** Miller, Kerry
**Subject:** RE: Chinese Drywall MDL 2047 re Administrative Cost Update

Hello Lenny,

We will send the updated numbers below plus the square footage numbers you seek in the separate email. If we encounter any issues in obtaining/calculating any of the numbers, I will let you know.

Best Regards,

Rene

**René Merino**
Attorney

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Direct: 504.566.5237
Fax: 504-585-6937
E-mail: rmerino@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Georgia, Louisiana, Mississippi, Tennessee
and Washington, D.C.

Please consider the environment before printing this e-mail.

---

**From:** Lillian Flemming [mailto:LFLEMMING@hhklawfirm.com]
**Sent:** Friday, February 05, 2016 9:30 AM

**To:** Miller, Kerry
**Cc:** Arnold Levin; Russ Herman; Lenny Davis; Kate Robinson
**Subject:** Chinese Drywall MDL 2047 re Administrative Cost Update

From: Leonard A. Davis

We are attempting to update and get current costs with respect to various administrative and other costs for the Settlements.  Would you please provide updated current information on each of the following items:

| Tasks | Vendor | Description of Services | Amount | Que... an... |
|-------|--------|------------------------|--------|--------------|
| Ombudsman | Louis Velez | Construction expert available to advise regarding matters relating to the remediation process, work and resolving disputes related thereto. | $252,525.00 | We b... addit... have... to M... Velez... provi... upda... total... date? |
| Drywall Inspection - Florida/Louisiana/Texas | Benchmark | Initial inspection of property for indicia of Chinese drywall and evidence of contamination. | $5,718,995.00 | We b... addit... have... to Benc... you p... upda... total... date? |
| Drywall Inspection - Mississippi/Alabama | MZA | Initial inspection of property for indicia of Chinese drywall and evidence of contamination. | $2,121,971.18 | We b... addit... have... to MZ... you p... upda... total... date? |
| Environmental Certification | GFA International | Inspection Certificate that drywall has been removed from the property. | $1,145,770.00 | We b... addit... have... to GF... provi... upda... total... date? |

| Tasks | Vendor | Description of Services | Amount | Que... an... |
|-------|--------|------------------------|--------|--------------|
| Phase I | Moss | Xactimate (Inspection / document / bid scope) $5,965,609 CELSS (Bid process and contract award) Final Cost Estimate $3,429,859 | $9,395,468.00 | We b... addit... have ... for Pl... tasks... provi... upda... total... date? |
| Administrative Cost | Moss | Core Staff Cost | $3,105,000.00 | We b... addit... have ... to M... admi... costs... provi... upda... total... date? |
| ARH | Moss | Review/consult/recommend | $268,000.00 | We b... addit... home... been ... and t... more ... have ... paid. ... provi... upda... total... date? |

Can you update the below figures so that they are current?  I am not sure if you have access to each of these figures and if not, please let me know.

| Financial Institution | Whitney Bank | Depository for PSC and Remediation Fund | $45,326.69 |
|-----------------------|--------------|------------------------------------------|------------|
| Financial Institution | Deutsche Bank | Issuer of Letter of Credit | |
| Financial Institution | U.S. Bank | Escrow account holder | $11,735.75 |

Yesterday I sent you an email regarding total square footage.  A copy is attached.  I am including it just as a reminder and so that all of our questions we are looking to address are contained in this one (1) email.  Hopefully you can get us answers on this.

Finally, the most current PSC report we have is the one for November 2015 that you sent on January 27, 2016.  At that time you advised that you would be getting a new one in the next few weeks and we would appreciate receiving a copy of the most current report.

Arnold, Russ and I appreciate your attention to this and I am happy to discuss this at any time should you have any questions.

Lillian M. Flemming
Legal Assistant to
Leonard A. Davis and Danielle Treadaway Hufft
***Herman, Herman & Katz, L.L.C.***
***Herman Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
(504) 581-4892
(504) 561-6024 (fax)
Email:  lflemming@hhklawfirm.com
www.hhklawfirm.com

# CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information
intended
solely for the addressee.  Please do not read, copy, or disseminate it
unless
you are the addressee.  If you have received it in error, please call
us
(collect) immediately at (504) 581-4892 and ask to speak with the
message
sender.  Also, we would appreciate your forwarding the message back to
us and
deleting it from your system.  Thank you.
```

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

| INV. # | AMOUNT |
|---|---|
| 8/16/2012 | 2900 |
| 8/21/2012 | 823.94 |
| 10/31/2012 | 908 |
| 11/6/2012 | 1854.12 |
| 11/15/2012 | 450 |
| 11/20/2012 | 2187.5 |
| 12/11/2012 | 4337.5 |
| 201 | 1900 |
| 202 | 1150 |
| 203 | 1349.8 |
| 204 | 3337.5 |
| 205 | 1894.76 |
| 206 | 296.85 |
| 207 | 6537.5 |
| 208 | 1622.64 |
| 209 | 1145.68 |
| 210 | 7787.5 |
| 211 | 5600 |
| 212 | 942.9 |
| 213 | 2600.05 |
| 214 | 914 |
| 215 | 1476.82 |
| 216 | 10225 |
| 217 | 1924.32 |
| 218 | 1848.58 |
| 219 | 3543.44 |
| 220 | 4707.95 |
| 221 | 4053.48 |
| 222 | 16287.5 |
| 223 | 525 |
| 224 | 327.75 |
| 225 | 10662.5 |
| 226 | 9787.5 |
| 227 | 2936.07 |
| 228 | 4850.61 |
| 229 | 650 |
| 230 | 7423.7 |
| 231 | 20175 |
| 232 | 22176.25 |
| 233 | 2287.5 |
| 234 | 1350 |
| 235 | 3100 |
| 236 | 6100 |
| 237 | 200 |
| 238 | 5772.18 |
| 239 | 450 |

| | |
|---|---|
| 240 | 950 |
| 241 | 637.5 |
| 242 | 2337.5 |
| 243 | 1275 |
| 244 | 3975 |
| 245 | 2275 |
| 246 | 1087.5 |
| 247 | 3025 |
| 248 | 1087.5 |
| 249 | 325 |
| | 2593 |
| | 2712.5 |
| | 3161 |
| | 2525 |
| | 3362.5 |
| | 2273 |
| | 2510.5 |
| | 2901 |
| | 2650 |
| | 900 |
| | 3400 |
| | 4837.5 |
| | 4125 |
| | 2050 |
| | 4003.5 |
| | 2300 |
| | 2575 |
| | 4062.5 |
| | 2612.5 |
| | 3262.5 |
| | 2825 |
| | 4100 |
| | 2012.5 |
| | 2300 |
| | 1425 |
| | 1012.5 |
| | 2662.5 |
| | 450 |
| | 1412.5 |
| | 4075 |

# EXHIBIT "J"

**Lillian Flemming**

**Subject:**                          FW: CDW bills from Perry, Balhoff, Mengis & Burns

**From:** Dan Balhoff [mailto:balhoff@pabmb.com]
**Sent:** Saturday, April 23, 2016 3:17 PM
**To:** Lenny Davis
**Subject:** CDW bills from Perry, Balhoff, Mengis & Burns

Lenny:

You asked for a total of the amounts that our firm has billed in the Chinese Drywall matter.  The breakdown is as follows:

| DESCRIPTION | AMOUNT |
|---|---|
| Initial global mediations resulting in various class settlements (Nov. 2011 to Apr. 2013) | $ 235,577.50 |
| General Special Master duties (administering other loss fund, reviewing appeals from BrownGreer, etc.) | $ 316,974.00 |
| Individual claimant mediations/binding mediations conducted pursuant to class settlements | $ 135,169.01 |
|  |  |
| Total charged by PBMB | $ 687,720.51 |

As you know, John Perry has been working on another project for you recently.  I have not included that in the above analysis.

Thank you.

Dan Balhoff

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**

# EXHIBIT "K"

**Lillian Flemming**

| | |
|---|---|
| **From:** | Lenny Davis |
| **Sent:** | Wednesday, April 13, 2016 11:20 AM |
| **To:** | Lillian Flemming |
| **Subject:** | FW: Knauf Payments |

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Miller, Kerry [mailto:kjmiller@bakerdonelson.com]
**Sent:** Wednesday, April 15, 2015 3:31 PM
**To:** Lenny Davis
**Cc:** Phil Adams
**Subject:** FW: Knauf Payments

Lenny - Below is information from Moss that goes beyond the information maintained by Brown Greer. Please keep it out of the public record, if possible. Of course, it can be used internally and with Judge Fallon.

Thanks

Kerry J. Miller
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Phone: 504.566.8646
Fax: 504.585.6946
Cell:  504.495.2393
kjmiller@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from
offices in Alabama, Florida, Georgia, Louisiana,
Mississippi, Tennessee, Texas and Washington, D.C.



**BEARMAN, CALDWELL & BERKOWITZ, PC**

One of FORTUNE magazine's "100 Best Companies to Work For"

---

**From:** Phil Adams [mailto:padams@mossemail.com]
**Sent:** Wednesday, April 15, 2015 12:30 PM
**To:** Miller, Kerry
**Subject:** Knauf Payments

Kerry,
Per our discussion this morning, the following payments have been received direct from Knauf and outside of the Brown Greer escrow account.

All dollars amounts are totals paid to date.

**Phase 1**
Xactimate (Inspection / document / bid scope) $5,965,609
CELSS (Bid process and contract award) Final Cost Estimate $3,429,859

**Start-up Fee**
$900,000

**Core Staff Cost – Admin Fee**
$3,105,000

**ARH's**
Review / Consult / Recommend $268,000

**Drywall Disposal**
Banner Warehouse $210,643

Please let me know if you need any additional information.

Thanks

*Philip A. Adams*
*Sr. Project Manager* | **Moss & Associates**
o (954) 769-8199 | m (954) 812-0524 | f (954) 524-5677
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, Fl 33311

---

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

# EXHIBIT "L"

| Settlement | Cost of Notice Paid by PSC | Cost of Notice Paid by Defendants | Total |
|---|---|---|---|
| INEX | $98,995.49 | $100,000.00 | $198,995.49 |
| Global | | $2,717,531.31 | $2,717,531.31 |
| Banner | $385,063.20 | | $385,063.20 |
| Knauf | | $12,394.03 | $12,394.03 |
| Virginia | $24,473.68 | $150,000.00 | $174,473.68 |
| Totals: | $508,532.37 | $2,979,925.34 | $3,488,457.71 |