UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**2:13-cv-0609-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFF DAVID MASEL'S**
**MOTION TO ENFORCE THE KNAUF SETTLEMENT AGREEMENT**

**COMES NOW** Plaintiff David Masel, claimant in the above styled civil action, to respectfully request that this Honorable Court enforce the terms of the Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 (hereinafter "KPT Settlement"), and Order the Knauf Defendants to immediately schedule a contractor walkthrough to enable the creation of a scope of work and calculate a final cost estimate related to the property located at 18760 SW 238th Street, Homestead, FL 33031. In support, Plaintiff offers a memorandum being filed concurrently herewith and requests an order of this court granting the relief described.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 205-414-7528
jimmy@doylefirm.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiff David Masel's Motion to Enforce The Knauf Settlement Agreement has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of June, 2016.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC