**Exhibit B**
Clients of Doyle Law Firm, PC – MDL-2047
No Payment of Lump Sum Living Expense By Brown Greer

| Owner Name | Affected Property Address | Under Air Square Footage | Lump Sum Payment Due |
|---|---|---|---|
| Adedeji, Moses & Fola | 11803 Honeybear Lane, Saucier, MS 39574 | 2867 | $24,369.50 |
| Butts, Lowell | 15902 Innerarity Point Road, Pensacola, FL 32507 | 1338 | $11,373.00 |
| Butts, Lowell & Steward, Darrell | 15904 Innerarity Point Road, Pensacola, FL 32507 | 1338 | $11,373.00 |
| Damani, Salimah | 2368 Arbor Glenn, Hoover, AL 35244 | 3644 | $36,440.00 |
| Holmes, Chad & Shanna | 6152 Longmeadow Way, Trussville, AL 35173 | 2509 | $21,326.50 |
| Steward, Darrell | 15906 Innerarity Point Road, Pensacola, FL 32507 | 1338 | $11,373.00 |
| Zhu, Jinxi | 15916 Innerarity Point Road, Pensacola, FL 32507 | 1338 | $11,373.00 |
| Zhu, Jinxi | 15938 Innerarity Point Road, Pensacola, FL 32507 | 1338 | $11,373.00 |
| Zhu, Jinxi | 16002 Innerarity Point Road, Pensacola, FL 32507 | 1353 | $11,500.50 |