UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-0609-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Plaintiffs' Motion to Enforce The Knauf Settlement Agreement, it is hereby ORDERED that said motion is GRANTED. Brown Greer shall issue the following Lump Sum Payments:

1. Moses & Fola Adedeji in the amount of $24,369.50;

2. Lowell Butts in the amount of $11,373.00;

3. Lowell Butts and Darrell Steward in the amount of $11,373.00;

4. Salimah Damani in the amount of $36,440.00;

5. Chad and Shanna Holmes in the amount of $21,326.50;

6. Darrell Steward in the amount of $11,373.00; and

7. Jinxi Zhu in the amount of $34,246.50.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge