UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Plaintiffs have represented to this Court that all named defendants have been served with process and notice has been supplied to the clerk of court.  Plaintiffs have expressed a desire to move forward with discovery in this MDL at this time.  Upon consideration of Plaintiffs' Motion to Lift Stay, it is hereby ORDERED that the stay in this case is LIFTED without limitation.  Defendants shall file an answer within 30 days.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge