# Exhibit A

| PTO 28(F) Contact List |||
|---|---|---|
| Row | Firm Name | Email Address |
| 1 | Akerman LLP | leslie.tomczak@akerman.com |
| 2 | Allison Grant, P.A. | agrant@allisongrantpa.com |
| 3 | Alton C. Hale, Jr., P.A. | alton@altonhalelaw.com |
| 4 | Antin Law Firm | wantin@bellsouth.net |
| 5 | BADDLEY & MAURO, LLC | cjargo@baddleymauro.com; eveblue@baddleymauro.com |
| 6 | Baron & Budd P.C. | hwerkema@baronbudd.com; lcollins@baronbudd.com; gberry@baronbudd.com |
| 7 | Baron & Budd/Allison Grant | agrant@allisongrantpa.com; hwerkema@baronbudd.com; lcollins@baronbudd.com; gberry@baronbudd.com |
| 8 | Barrett Law Group, PA | dmcmullan@barrettlawgroup.com; PTaylor@barrettlawgroup.com |
| 9 | BARRIOS KINGSDORF & CASTEIX, LLP | jwinn@bkc-law.com; barrios@bkc-law.com; dwhite@bkc-law.com; ekingsdorf@bkc-law.com |
| 10 | Beavers Law Firm, Inc. | branscombbeavers@att.net |
| 11 | BECKER & POLIAKOFF | rrubin@becker-poliakoff.com; rrubin@bplegal.com |
| 12 | Becnel Law Firm, LLC | tbecnel@becnellaw.com; schristina@becnellaw.com; cdbecnel@becnellaw.com |
| 13 | BEEVERS & BEEVERS, L.L.P. | smauterer@beeverslaw.com |
| 14 | BELT LAW FIRM, P.C. | robertb@beltlawfirm.com; tammiew@beltlawfirm.com |
| 15 | Bencomo & Associates | yjohnson@bencomolaw.com; raul@bencomolaw.com |
| 16 | BERNIARD LAW FIRM, L.L.C | jeff@getjeff.com |
| 17 | Berrigan, Litchfield, Schonekas, Mann & Traina, LLC | KSher@berriganlaw.net; ktorregano@berriganlaw.net |
| 18 | Billing, Cochran, Lyles, Mauro & Ramsey, P.A. | mrc@bclmr.com |
| 19 | Blizzard & Nabers | JPiper@blizzardlaw.com |
| 20 | BOGGS LOEHN & RODRIGUE | JHiggins@boggsloehnrodrigue.com |
| 21 | BOYLE, GENTILE & LEONARD PA | aanderson@boylegentilelaw.com |
| 22 | BRINEY FORET CORRY | jrgarrot@brineyforet.com |
| 23 | Bruce A. Koebe, P.A. | abkb333@gmail.com |
| 24 | BRUNO & BRUNO, L.L.P. | sondleta@brunobrunolaw.com; stephaniea@brunobrunolaw.com; don@brunobrunolaw.com |
| 25 | Burgess Roberts, LLC | edettling@burgessroberts.com |
| 26 | C. S. CHIEPALICH, P.C. | christy@cscpc.net; angie@cscpc.net |
| 27 | Campbell, Guin, Williams, Guy & Gidiere LLC | jay.smith@campbellguin.com; |
| 28 | Carey Danis & Lowe | ACross@careydanis.com |
| 29 | Carol A. Newman, A Professional Law Corporation | canewman@bellsouth.net |
| 30 | Cheffy Passidomo PA | mwpettit@napleslaw.com; dazulian@napleslaw.com; slreveter@napleslaw.com; jjprint@napleslaw.com |
| 31 | Chehardy, Sherman, Ellis, Murray, Recile, Griffith, Stakelum & Hayes, LLP | SDM@chehardy.com |
| 32 | Ciklin Lubitz Martens & O'Connell | RChaves@ciklinlubitz.com; MKennedy@ciklinlubitz.com |
| 33 | COLEMAN, HAZZARD & TAYLOR, PA | KHazzard@chtlegal.com |
| 34 | Collins & Horsley, P.C. | david@collinshorsley.com; bonnie@collinshorsley.com; brian@collinshorsley.com; recep@collinshorsley.com; clerk@collinshorsley.com |
| 35 | Colson Hicks Eidson, P.A. | Natalie@colson.com; patrick@colson.com; arlene@colson.com; becky@colson.com |
| 36 | Cuneo Gilbert & LaDuca, LLP | wanderson@cuneolaw.com |
| 37 | Daniell, Upton & Perry, P.C. | jrl@dupm.com; debby@dupm.com |
| 38 | Davis & Duncan, LLC | mduncan@davisduncanlaw.com |
| 39 | Degan, Blanchard & Nash, APLC | scheralla@degan.com |
| 40 | deGravelles, Palmintier, Holthaus & Fruge' | MLane@dphf-law.com |
| 41 | Derrevere, Hawkes, Black & Cozad | KLeal@derreverelaw.com |
| 42 | Donohue Patrick & Scott, P.L.L.C. | kpatrick@dps-law.com |
| 43 | Doyle Law Firm, PC | jimmy@doylefirm.com; contact@doylefirm.com |
| 44 | Ellis, Ged & Bodden, P.A | khall@ellisandged.com; mged@ellisandged.com |
| 45 | Estes, Sanders & Williams, LLC | jamie@esw-law.com |
| 46 | F. Gerald Maples, P.A. | burnettd@litigationprojects.com |
| 47 | F. PAGE GAMBLE, P.C. | page@gamblelaw.net |
| 48 | Fergeson, Skipper, Shaw, Keyser, Baron & Tirabassi, P.A. | dmaglich@fergesonskipper.com; JSantos@fergesonskipper.com |
| 49 | Gainsburgh, Benjamin, David, Meunier & Warshauer,LLC | dmartin@gainsben.com |
| 50 | Galante & Bivalacqua, LLC | scott@gb-lawfirm.com; marlene@gb-lawfirm.com |
| 51 | Gentle, Turner, Sexton & Harbison, LLC | esexton@gtandslaw.com; aecker@gtandslaw.com |
| 52 | Geoffrey C. Bennett, P.A. | geoffrey.bennett@gcbpa.com; kimberlyc@primegroupus.com |
| 53 | Geraghty, Dougherty & Edwards, P.A. | Tom@swfltrial.com |

| Row | Firm Name | Email Address |
|---|---|---|
| 54 | GOULD COOKSEY FENNELL | bconnelly@gouldcooksey.com; nlr@gouldcooksey.com |
| 55 | GreenspoonMarder, P.A. | Eleanor.Aguilar@gmlaw.com; Richard.Gaines@gmlaw.com |
| 56 | HAWKINS GIBSON PLLC | kristi@hgattorneys.com; dbaria@baria-williamson.com |
| 57 | Hawthorne Law Firm, LLC | khawth@gmail.com |
| 58 | Henderson, Franklin, Starnes & Holt, P.A. | Scott.Beatty@henlaw.com; mark.schultz@henlaw.com |
| 59 | Henry Dart Attorneys at Law | hdart@dartlaw.com |
| 60 | Herman, Herman & Katz, L.L.C. | rvalenti@hhklawfirm.com; ldavis@hhklawfirm.com; temp2@hhklawfirm.com; MLord@lfsblaw.com; lflemming@hhklawfirm.com |
| 61 | Higer Lichter & Givner | jtapia@hlglawyers.com |
| 62 | Higley & Szabo | erik@higlaw.com |
| 63 | HOLSTON VAUGHAN LAWYERS LLC | hvlaw@bellsouth.net; m.jones@holstonvaughan.com |
| 64 | Howard F. Ullman, P.A. d/b/a Family Counseling Law Firm | howard@hfulaw.com |
| 65 | Hurricane Legal Center, LLC | lcentola@nola-law.com; jyoung@youngfirmllc.com |
| 66 | Hymel Davis & Petersen, LLC | jbragg@hymeldavis.com; ljhymel@hymeldavis.com |
| 67 | Irpino Law Firm LLC | hcannata@irpinolaw.com; airpino@irpinolaw.com; eprice@irpinolaw.com |
| 68 | J. Scott Gunn, P.A. | talia@jscottgunn.com |
| 69 | James, Hoyer, Newcomer & Smiljanich, P.A. | jbrown@jameshoyer.com; ccasper@jameshoyer.com |
| 70 | Johnson Law Group | dacevedo@johnsonlawgroup.com; njohnson@johnsonlawgroup.com |
| 71 | Jones Walker LLP | lsimon@joneswalker.com |
| 72 | KATZ & ASSOCIATES PL | mkatz@katzlawflorida.com; lsolomon@katzassociateslaw.com |
| 73 | Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. | EWiesend@krupnicklaw.com |
| 74 | Landskroner - Grieco - Merriman, LLC | debra@landskronerlaw.com; jack@lgmlegal.com; debra@lgmlegal.com |
| 75 | Law Office of Peyton B. Burkhalter | pete@peytonburkhalterlaw.com; pburkhalter2@gmail.com |
| 76 | Law Office of Wayne J. Jablonowski, APLC | wayne@wjjlaw.com |
| 77 | Law Offices of Alex T. Barak, P.A. | alex@baraklaw.com |
| 78 | Law Offices of Gregg M. Horowitz, PA | gregg.horowitz@verizon.net |
| 79 | LAW OFFICES OF RICHARD J. SERPE, PC | rebecca@serpefirm.com; toliver@breitdrescher.com |
| 80 | Law Offices of Robert A. Stutman, P.C. | MarshT@stutmanlaw.com |
| 81 | Law Offices of Robert G. Harvey, Sr. | rgharvey@bellsouth.net |
| 82 | Law Offices of Sidney D. Torres III | rburns@torres-law.com |
| 83 | Law Offices of Stephen K. Hachey, P.A. | shachey_12@hacheylawpa.com |
| 84 | Law Offices of Wayne E. Ferrell Jr., PLLC | jausbon@airlawonline.com |
| 85 | Lee & Amtzis, P.L. | Schwartz@leeamlaw.com |
| 86 | Lemmon Law Firm | andrew@lemmonlawfirm.com |
| 87 | Lestelle & Lestelle APLC | alestelle@lestellelaw.com; tlestelle@lestellelaw.com |
| 88 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor P.A | CCharles@levinlaw.com; bgordon@levinlaw.com |
| 89 | Licciardi & Nunez, LLC | lance@licciardiandnunez.com |
| 90 | Liskow and Lewis | JJFox@liskow.com |
| 91 | Lucas, Green & Magazine | martin@lgmlawgroup.com |
| 92 | Margaret L. Sunkel, APLC | msunkel@gmail.com |
| 93 | Martzell & Bickford APC | athomas@mbfirm.com; chv@mbfirm.com |
| 94 | McCallum, Hoaglund, Cook & Irby, L.L.P. | lmarler@mhcilaw.com; ehoaglund@mhcilaw.com |
| 95 | McInnis Law Firm, LLC | ksmcinnis@mcinnislawfirm.com |
| 96 | Michael L. Fondren, PC | mlfondren@hotmail.com; sandradcochran@bellsouth.net |
| 97 | Michael R. Delesdernier | delesdernierlaw@cox.net |
| 98 | MIDDAGH & LANE, P.L.L.C. | lane@m-llaw.com |
| 99 | Moeller Law Firm, LLC | moellerlaw@yahoo.com |
| 100 | Moffa & Breuer, PLLC | moses@moffa.law |
| 101 | Morgan & Morgan, FT. Meyers, PLLC | PAlbanis@ForThePeople.com; ERigsby@ForThePeople.com |
| 102 | Morris Bart, LLC | malvarez@morrisbart.com |
| 103 | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | twhiddon@leopold-law.com; psymons@mrachek-law.com; rflanagan@leopold-law.com; dsaez@leopold-law.com; lcuomo@leopold-law.com; jrios@leopold-law.com; mcolla@leopold-law.com; gweiss@mrachek-law.com |
| 104 | Murphy, Rogers, Sloss & Gambel | TDePaula@mrsnola.com |
| 105 | Norton, Hammersley, Lopez & Skokos, P.A. | JKoon@nhlslaw.com; dinverso@nhlslaw.com |
| 106 | O'Steen Law Group | eosteen@osteenlawgroup.com |
| 107 | Parker Waichman LLP | agoodwin@yourlawyer.com; jwhelan@yourlawyer.com; kcowhig@yourlawyer.com; falbites@yourlawyer.com |
| 108 | Pasley & Nuce, LLC | lbruner@pnlawgroup.com; cnuce@pnlawgroup.com |

| Row | Firm Name | Email Address |
|---|---|---|
| 109 | Paul A Lea, Jr. APLC | jean@paullea.com |
| 110 | Pendley, Baudin & Coffin, LLP | rdupont@pbclawfirm.com |
| 111 | PHILLIPS LAW FIRM | DMP@PhillipsLawFL.com |
| 112 | PITA & DEL PRADO | cfisk@pdfirm.com; spita@pdfirm.com |
| 113 | PITTMAN, DUTTON & HELLUMS, P.C. | BoothS@PittmanDutton.com |
| 114 | Pivach, Pivach, Hufft, Thriffiley & Dunbar, L.L.C. | cdunbar@pivachlaw.com |
| 115 | Podhurst Orseck, P.A. | JDonner@podhurst.com |
| 116 | Ponnock Law, PLC | andy@titlecofla.com |
| 117 | REEVES & MESTAYER | jdb@rmlawcall.com; jrr@rmlawcall.com; khs@rmlawcall.com; jms@rmlawcall.com |
| 118 | REICH & BINSTOCK, LLP | jkrenek@reichandbinstock.com; jkrenek@rbfirm.net; swright@rbfirm.net |
| 119 | Robbins Geller Rudman & Dowd LLP | jreise@rgrdlaw.com; creynolds@rgrdlaw.com |
| 120 | Roberts & Durkee PA | awillett@milsteinadelman.com; esther@rdlawnet.com; mestrada@milsteinadelman.com; paloma@rdlawnet.com; mmilstein@milsteinadelman.com; durkee@rdlawnet.com |
| 121 | Roger E. Bloomfield | bloomfield_law@att.net |
| 122 | ROSENBAUM MOLLENGARDEN PLLC | cperales@r-mlaw.com; dlrosenbaum@r-mlaw.com |
| 123 | Saiber Attorneys At Law | MNatale@saiber.com |
| 124 | Schutt Law Firm, P.A. | darrin.schutt@schuttlaw.com |
| 125 | SEALE & ROSS | kevinlandreneau@sealeross.com |
| 126 | Seeger Weiss LLP | levangelista@seegerweiss.com; sgeorge@seegerweiss.com |
| 127 | Shumaker, Loop & Kendrick LLP | cstaine@slk-law.com |
| 128 | Shutts & Bowen LLP | KGau@shutts.com; jsommerville@shutts.com |
| 129 | Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars & Sobel, P.A. | gketelhohn@srhl-law.com; dcardoso@srhl-law.com |
| 130 | Simon & Sigalos, LLP | gmitchell@simonsigalos.com; msimon@simonsigalos.com |
| 131 | Simon, Peragine, Smith & Redfearn, LLP | robertjr@spsr-law.com; marilynb@spsr-law.com |
| 132 | Steckler LLP | bruce@stecklerlaw.com; jamie@stecklerlaw.com; staci@stecklerlaw.com |
| 133 | Strom Law Firm, L.L.C. | jalphin@stromlaw.com; dweltz@stromlaw.com; enick@stromlaw.com |
| 134 | Sutton Law Group, P.A. | info@suttonlawgroup.com |
| 135 | Talbot, Carmouche & Marcello | jcarmouche@tcmlawfirm.net |
| 136 | Taylor Martino, P.C. | Kelsey@taylormartino.com; sarah@taylormartino.com; ed@taylormartino.com |
| 137 | The Andry Law Group, L.L.C. | vdouglas@andrylawgroup.com; RLobrano@andrylawgroup.com |
| 138 | The Hand Law Firm, APLC | gpat3@truetitlefl.net |
| 139 | The Lambert Firm, PLC | alumpkin@thelambertfirm.com; cpeterson@thelambertfirm.com; cmumphrey@thelambertfirm.com |
| 140 | THE LAW OFFICE OF TIMOTHY H. NICHOLS, PLLC | tim@tnicholslaw.com |
| 141 | The Law Offices of Travis R. Walker, P.A. | traviswalker@traviswalkerlaw.com; juan@traviswalkerlaw.com |
| 142 | The Singleton Law Firm | bwebster@singletonlaw.com; wjsingleton@singletonlaw.com |
| 143 | Thornhill Law Firm | frank@nfelaw.com |
| 144 | TOXIC LITIGATION GROUP | stuartbarasch@gmail.com |
| 145 | Trenam Kemker Scharl Barkin Frye O'neill & Mullis P.A | PPoff@trenam.com |
| 146 | Trujillo Vargas Ortiz Gonzalez | Andrew@trujillovargas.com |
| 147 | Vaughn & Bowden PA | llsawyer@vaughnbowden.com; tvaughn@vaughnbowden.com |
| 148 | Viles & Beckman L L C | opal@vilesandbeckman.com |
| 149 | VM Diaz & Partners, LLC | JLorenzo@diazpartners.com; evansteenwyk@diazpartners.com |
| 150 | Walters, Papillion, Thomas, Cullens LLC | psollie@lawbr.net |
| 151 | Watts Hilliard LLC | pboldt@wattsguerra.com; mfranco@wattsguerra.com; ncooney@wattsguerra.com |
| 152 | Weisberg & Associates PA | lweisberg@weisberglegal.com |
| 153 | WHITFIELD BRYSON & MASON LLP | amanda@wbmllp.com; rdupont@pbclawfirm.com; mdicocco@wbmllp.com |
| 154 | Willis & Buckley | bill@willisbuckley.com; billwblaw@bellsouth.net |
| 155 | Wolfe Law Group, LLC | contact@wolfelaw.com; sarah@wolfelaw.com; ssmiley@wolfelaw.com; seth@wolfelaw.com |
| 156 | Wooten Law Firm, PLLC | ericw@wootenlawfirmms.com |
| 157 | Yance Law Firm, LLC | rty@yancelaw.com; kmb@yancelaw.com; kmb@yancelaw.com |