*Donna Little, et al. v. Taishan Gypsum Company, Ltd. et al.*

**Exhibit "A" - Plaintiffs Named in Class Action Coupled With Their Corresponding Defendants**

| | Plaintiff(s) | | Address of Affected Property | | | | Manufacturer Defendant | Builder/ Developer Defendant |
|---|---|---|---|---|---|---|---|---|
| 1. | Albert, Serge | 850 | Gulf Lane | Lehigh Acres | FL | 33974 | BNBM (2)<br>CNBM (3)<br>Taishan (14) | |
| 2. | Bayne, Randy | 507 | Thomas Avenue | Boaz | AL | 35957 | BNBM (2)<br>CNBM (3)<br>Taishan (14) | |
| 3. | Bearden, Thomas | 951 | Junkins Road | Guntersville | AL | 35976 | BNBM (2)<br>CNBM (3)<br>Taishan (14) | |
| 4. | Belitz, David | 3522 | Baudin Street | New Orleans | LA | 70119 | BNBM (2)<br>CNBM (3)<br>Taishan (14) | |
| 5. | Bourlet, Jospeh | 4501 | Fairfield Street | Metairie | LA | 70006 | BNBM (2)<br>CNBM (3)<br>Taishan (14) | Southwest Builders, LLC (13) |
| 6. | Broussard, Maria | 127 | West Harrison Avenue | New Orleans | LA | 70124 | BNBM (2)<br>CNBM (3)<br>Taishan (14) | |
| 7. | Brown, Lukas | 174 | Grandview Drive | Altoona | AL | 35952 | BNBM (2)<br>CNBM (3)<br>Taishan (14) | |
| 8. | Calhoun, Gina | 3070 | Bayshore Drive | Spring Hill | FL | 34608 | BNBM (2)<br>CNBM (3)<br>Taishan (14) | |
| 9. | Castoe, George | 116 | Castoe Lane | Buras | LA | 70041 | BNBM (2)<br>CNBM (3)<br>Taishan (14) | |
| 10. | Cross, Gregory & Yvette | 284 | Vintage Drive | Covington | LA | 70433 | BNBM (2)<br>CNBM (3)<br>Taishan (14) | |

| # | Name | No. | Street | City | State | Zip | Defendants | Other |
|---|---|---|---|---|---|---|---|---|
| 11. | Curvin, Tyler | 2771 | County Road 3 | Delta | AL | 36258 | BNBM (2) CNBM (3) Taishan (14) | |
| 12. | Dennis, Cornelius | 3514 | Clematis | New Orleans | LA | 70122 | BNBM (2) CNBM (3) Taishan (14) | |
| 13. | Dixon, Stanley | 1715 | Bristow Cove Road | Boaz | AL | 35956 | BNBM (2) CNBM (3) Taishan (14) | |
| 14. | Dora, Rolanda | 2206 | SW Plymouth Street | Port St. Lucie | FL | 34953 | BNBM (2) CNBM (3) Taishan (14) | Midwest Construction & Development, LLC (8) |
| 15. | Downing, David | 320 | West Riverside Drive | Jupiter | FL | 33469 | BNBM (2) CNBM (3) Taishan (14) | |
| 16. | Francios, Brandon | 1730 | Leon C. Simon Drive | New Orleans | LA | 70122 | BNBM (2) CNBM (3) Taishan (14) | |
| 17. | Gordon, Wally | 818 | Avenue B | Marrero | LA | 70072 | BNBM (2) CNBM (3) Taishan (14) | |
| 18. | Green, James | 2809 | Orleans Avenue | New Orleans | LA | 70122 | BNBM (2) CNBM (3) Taishan (14) | |
| 19 | Green, Cyndee | 2811 | Orleans Avenue | New Orleans | LA | 70122 | BNBM (2) CNBM (3) Taishan (14) | |
| 20. | Guida, Gerard | 48 | Pilgrim Drive | Palm Coast | FL | 32164 | BNBM (2) CNBM (3) Taishan (14) | |
| 21. | Guraya, Harmeet | 7800 | Allison Road | New Orleans | LA | 70126 | BNBM (2) CNBM (3) Taishan (14) | |
| 22. | Hallal, George | 1201 | Magnolia Alley, Lot 32 | Mandeville | LA | 70471 | BNBM (2) CNBM (3) Taishan (14) | |
| 23. | Herron, Christopher | 4334 | Huddleston Drive | Wesley Chapel | FL | 33545 | BNBM (2) CNBM (3) Taishan (14) | Parkview Homes Realty, Inc. (10) |
| 24. | Jones, George | 5620 | 4th Street | Violet | LA | 70092 | BNBM (2) CNBM (3) Taishan (14) | |
| 25. | Jones, Howard | 7911 | Windward Court | New Orleans | LA | 70128 | BNBM (2) CNBM (3) Taishan (14) | |

2

| # | Name | No. | Street | City | State | Zip | Defendants |
|---|---|---|---|---|---|---|---|
| 26. | Jones, Steve | 3316 | Marietta Street | Chalmette | LA | 70043 | BNBM (2) CNBM (3) Taishan (14) |
| 27. | Kennedy, John | 16642 | Lodge Road | Vance | AL | 35490 | BNBM (2) CNBM (3) Taishan (14) |
| 28. | Lanier, Barbary & Donny | 271 | Jack Floyd Street | Boaz | AL | 35956 | BNBM (2) CNBM (3) Taishan (14) |
| 29. | Lightsey, Jeffrey | 393 | Deer Crossing Lane | Chelsea | AL | 35043 | BNBM (2) CNBM (3) Taishan (14) |
| 30. | Little, Donna | 24968 | Steadfast Court | Daphne | AL | 36526 | BNBM (2) CNBM (3) Taishan (14) |
| 31. | Madary, William | 1100 | Perrin Drive | Arabi | LA | 70032 | BNBM (2) CNBM (3) Taishan (14) |
| 32. | Madary, Stephen | 8553 | Valor Street | Chalmette | LA | 70043 | BNBM (2) CNBM (3) Taishan (14) |
| 33. | Madary, Stephen | 8555 | Valor Street | Chalmette | LA | 70043 | BNBM (2) CNBM (3) Taishan (14) |
| 34. | Magalhaes, Tony | 395 | Albatross Road | Rotonda West | FL | 33047 | BNBM (2) CNBM (3) Taishan (14) |
| 35. | Magee, Sonia | 4651 | Longfellow Drive | New Orleans | LA | 70127 | BNBM (2) CNBM (3) Taishan (14) |
| 36. | Martin, Clarice | 4816 | Mendez Street | New Orleans | LA | 70126 | BNBM (2) CNBM (3) Taishan (14) |
| 37. | May, Linda | 905 | Moonlite Drive | Odenville | AL | 35120 | BNBM (2) CNBM (3) Taishan (14) |
| 38. | McConnell, Joanna | 1239 | Railroad Drive | Hayden | AL | 35079 | BNBM (2) CNBM (3) Taishan (14) |
| 39. | Meacham, Richard | 10319 | Route Road | Lillian | AL | 36549 | BNBM (2) CNBM (3) Taishan (14) |
| 40. | Merrell, Brandi | 19067 | Fenton-Dedaux Road | Kiln | MS | 39556 | BNBM (2) CNBM (3) Taishan (14) |

| # | Name | No. | Street | City | State | Zip | Manufacturer |
|---|------|-----|--------|------|-------|-----|--------------|
| 41. | Miller, James | 335 | Olive Street | Slidell | LA | 70458 | BNBM (2) CNBM (3) Taishan (14) |
| 42. | Montgomery, Walter F. | 1204 | Bayou Pass Drive | Ruskin | FL | 33570 | BNBM (2) CNBM (3) Taishan (14) |
| 43. | Mulvehill, Van | Lot 33 | Green Acres Lane | Trafford | AL | 35172 | BNBM (2) CNBM (3) Taishan (14) |
| 44. | Nathan, Ramasamy | 6060 | Jonathans Bay Circle, #502 | Fort Meyers | FL | 33908 | BNBM (2) CNBM (3) Taishan (14) |
| 45. | Oglesby, Velvarae | 93 | Cloverdale Road | Atmore | AL | 36502 | BNBM (2) CNBM (3) Taishan (14) |
| 46. | Parmar, Shakuntla | 1543 | Highland Gate Point | Hoover | AL | 35244 | BNBM (2) CNBM (3) Taishan (14) |
| 47. | Perkins, Monica | 160 | Turkey Trail Road | Odenville | AL | 35120 | BNBM (2) CNBM (3) Taishan (14) |
| 48. | Rigsby, Pamela | 1890 | Coconut Palm Circle | North Port | FL | 34288 | BNBM (2) CNBM (3) Taishan (14) |
| 49. | Santiago, Ty & Lissette | 3065 | Pale Moon Place | McDonough | GA | 30253 | BNBM (2) CNBM (3) Taishan (14) |
| 50. | Spain, Megan | 5 | Dogwood Circle | Pelham | AL | 35124 | BNBM (2) CNBM (3) Taishan (14) |
| 51. | Seeburg, David | 1773 | Funderburg Bend Road | Pell City | AL | 35128 | BNBM (2) CNBM (3) Taishan (14) |
| 52. | Steele, Timothy & Patricia | 3 | Martin Circle | Foley | AL | 36535 | BNBM (2) CNBM (3) Taishan (14) |
| 53. | Sterling, Cheryl | 6711 | East Hermes Street | New Orleans | LA | 70126 | BNBM (2) CNBM (3) Taishan (14) |
| 54. | Tice, Jerri | 1971 | Buttahatchee Drive | Hamilton | AL | 35570 | BNBM (2) CNBM (3) Taishan (14) |
| 55. | Wells, Patricia | 4701 | Marque Drive | New Orleans | LA | 70127 | BNBM (2) CNBM (3) Taishan (14) |

| # | Name | No. | Street | City | State | Zip | Defendants | Other |
|---|---|---|---|---|---|---|---|---|
| 56. | Williams, Marten | 2428 | Magnolia Street | New Orleans | LA | 70113 | BNBM (2) CNBM (3) Taishan (14) | |
| 57. | Williams, Queen | 639 | Union Street | Bay St. Louis | MS | 35120 | BNBM (2) CNBM (3) Taishan (14) | |
| 58. | Dobbs, Kevin | 102 | Camerons Way | Lincoln | AL | 35096 | BNBM (2) CNBM (3) Taishan (14) | |
| 59. | Grabham, William & Linda | 3200 | Hamilton Road | Opelika | AL | 36804 | BNBM (2) CNBM (3) Taishan (14) | |
| 60. | Silva, Sandra | 3408 | Galloping Bend Way | Auburn | GA | 30011 | BNBM (2) CNBM (3) Taishan (14) | |
| 61. | Blankenship, James | 275 | Sagamore Cove | Sugar Hill | GA | 30518 | BNBM (2) CNBM (3) Taishan (14) | |
| 62. | Cecchi, Clifford | 5818 | Deer Crossing Drive | Sugar Hill | GA | 30518 | BNBM (2) CNBM (3) Taishan (14) | |
| 63. | Cameron, Leslie | 280 | Sagamore Cove | Sugar Hill | GA | 30518 | BNBM (2) CNBM (3) Taishan (14) | |
| 64. | Degree, Angel | 3806 | Holland Court | Phenix City | AL | 36867 | BNBM (2) CNBM (3) Taishan (14) | |
| 65. | Haggerty, William | 2561 | 52nd Avenue NE | Naples | FL | 34120 | BNBM (2) CNBM (3) Taishan (14) | |
| 66. | Jarrett, Dave | 1323 | Lyonshire Drive | Wesley Chapel | FL | 33543 | BNBM (2) CNBM (3) Taishan (14) | Trout Creek Properties, LLC (15) |
| 67. | McConnell, Donnie | 3808 | Holland Court | Phenix City | AL | 36867 | BNBM (2) CNBM (3) Taishan (14) | |
| 68. | Nash, Troy | 6483 | Leonard Avenue | Port St. John | FL | 32927 | BNBM (2) CNBM (3) Taishan (14) | |
| 69. | Stuker, Richard | 5989 | Grand Loop Road | Sugar Hill | GA | 30518 | BNBM (2) CNBM (3) Taishan (14) | |
| 70. | Williams, Helen | 4155 | Bismarck Palm Drive | Tampa | FL | 33610 | BNBM (2) CNBM (3) Taishan (14) | Rottlund Homes of Florida, Inc. (12) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 71. | Fryer, Jason | 5731 | Oak Bend Avenue | Sebring | FL | 33876 | BNBM (2) CNBM (3) Taishan (14) | |
| 72. | American IRA, LLC o/b/o Lawrence Brewer Roth IRA Trust | 3504 | East 13th Street | Lehigh Acres | FL | 33972 | BNBM (2) CNBM (3) Taishan (14) Prowall (11) | JD Custom Homes, Inc. (6) |
| 73. | Jones, Eddie | 11104 | Ancient Futures Dr. | Tampa | FL | 33647 | IMG (6) BNBM (2) CNBM (3) Taishan (14) | Mobley Homes Florida, LLC (9) |
| 74. | Sherman, Louise | 11107 | Ancient Futures Dr. | Tampa | FL | 33647 | IMG (6) BNBM (2) CNBM (3) Taishan (14) | Mobley Homes Florida, LLC (9) |

**Additional Claims**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 75. | Anderson, John | 410 | Ross Neely Road | Albertville | AL | 35951 | BNBM (2) CNBM (3) Taishan (14) | |
| 76. | Barre, Kerry | 11150 | South Idlewood Court | New Orleans | LA | 70128 | BNBM (2) CNBM (3) Taishan (14) | |
| 77. | Brooks, Okema | 3017 | Angelique Drive | Violet | LA | 70092 | BNBM (2) CNBM (3) Taishan (14) | |
| 78. | Daniel, Wilnite | 6730 | NW Pinson Court West | Port St. Lucie | FL | 34983 | BNBM (2) CNBM (3) Taishan (14) | |
| 79. | Davis, Sharon | 7232 | Claridge Court | New Orleans | LA | 70127 | BNBM (2) CNBM (3) Taishan (14) | |
| 80. | Dombrowski, Joe | 3207 | 43rd Street West | Lehigh Acres | FL | 33971 | BNBM (2) CNBM (3) Taishan (14) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 81. | Dymond, Saundra | 4607 | Frenchmen Street | New Orleans | LA | 70122 | BNBM (2) CNBM (3) Taishan (14) | |
| 82. | Egnaczyk, Sylvia | 5375 | Corsica Place | Vero Beach | FL | 32967 | BNBM (2) CNBM (3) Taishan (14) | |
| 83. | Ergelen, Mehmet | 732 | Delachaise Street | New Orleans | LA | 70115 | BNBM (2) CNBM (3) Taishan (14) | |
| 84. | Ergelen, Mehmet | 734 | Delachaise Street | New Orleans | LA | 70115 | BNBM (2) CNBM (3) Taishan (14) | |
| 85. | Eves, Royce | 60 | Pinebark Court | Wetumpka | AL | 36093 | BNBM (2) CNBM (3) Taishan (14) | |
| 86. | Hickey, Bill | 1237 | Kendari Terrace | Naples | FL | 34113 | BNBM (2) CNBM (3) Taishan (14) | |
| 87. | Hoang, Khanh | 5751 | 58th Avenue North | St. Petersburg | FL | 33709 | BNBM (2) CNBM (3) Taishan (14) | |
| 88. | Huynh, Tam | 7001 | 38th Avenue North | St. Petersburg | FL | 33710 | BNBM (2) CNBM (3) Taishan (14) | |
| 89. | James, Consuella | 24531 | SW 129 Court | Homestead | FL | 33032 | BNBM (2) CNBM (3) Taishan (14) | |
| 90. | Kurtz, Kurt | 480 | Bosphorous Avenue | Tampa | FL | 33606 | BNBM (2) CNBM (3) Taishan (14) | |
| 91. | Loredo, Pierre | 13452 | Little Gem Circle | Fort Myers | FL | 33913 | BNBM (2) CNBM (3) Taishan (14) | |
| 92. | Lozes, Ed | 3720 | Delachaise | New Orleans | LA | 70125 | BNBM (2) CNBM (3) Taishan (14) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 93. | Mitchell, Roy & Rose | 583 | Henderson Avenue | Pass Christian | MS | 39571 | BNBM (2) CNBM (3) Taishan (14) | |
| 94. | Norton, Randy | 231 | SE Crescent Street | Palm Bay | FL | 32909 | BNBM (2) CNBM (3) Taishan (14) | |
| 95. | Prince, Cherry | 88 | Spring Lake Blvd. | Clanton | AL | 35045 | BNBM (2) CNBM (3) Taishan (14) | |
| 96. | Riveron, Darlene | 2190 | Frangipani Avenue | Naples | FL | 34120 | BNBM (2) CNBM (3) Taishan (14) | |
| 97. | Turnbow, Tony | 22806 | SW 89 Place | Miami | FL | 33190 | BNBM (2) CNBM (3) Taishan (14) | |