| | |
|---|---|
| **From:** | Joan Bowers |
| **To:** | ddysart@bakerdonelson.com |
| **Cc:** | rmerino@bakerdonelson.com; kjmiller@bakerdonelson.com; Jim Reeves; Kathy Swift; KSK@RMLAWCALL.COM |
| **Subject:** | RE: Chapman, Donston, and Rapp |
| **Date:** | Thursday, September 17, 2015 5:10:21 PM |

This memo addresses the decencies alleged in your email below.

## RAPP (x2) – 300 Gulfside

### ITEMS REQUESTED; (300 Gulfside)

### KPT evidence

Attached please find KPT evidence photos of drywall removed from 300 Gulfside Street. This was previously provided on Web Portal 2 on 3-15-13, document ID 110742 and again on 6-29-15, document ID 161639. As previously advised we have numerous samples of the drywall and electrical components. Would you like additional photos? Would you like to examine the drywall? Please advise.

### LEDGER

Attached please find the expenses associated with remediation of 300 Gulfside Street. We have previously supplied the expense ledger in Web Portal 2 on 3-15-13, document ID 100734.

### AFTER Remediation Photographs

Attached please find eleven post remediation photos of 300 Gulfside Street. If you need more please advise.

## RAPP (x2) – 249 Gulfside

### ITEMS REQUESTED; (249 Gulfside)

### KPT evidence

Attached please find KPT evidence photos of drywall removed from 249 Gulfside Street. This was previously provided on Web Portal 2 on 6-29-15, document ID 161638 and again on 7-16-15, document ID 162142. We have samples of the drywall and electrical components. Would you like additional photos? Would you like to view the drywall? Please advise.

### LEDGER

Attached please find the expenses associated with remediation of 249 Gulfside Street. We have previously supplied the expense ledger in Web Portal 2 on 3-15-13, document ID 100754.

**AFTER Remediation Photographs**

Attached please find eight post remediation photos of 249 Gulfside Street. If you need more please advise.

<u>DONSTON</u>

**ITEMS REQUESTED;**

1. **KPT evidence (very limited provided)**

    All photos have been provided

2. **DEMOLITION and drywall photos**

    - KPT drywall boards
    - Pre Remediation Photos
    - Post Remediation Photos
    - Proof of corrosion on electrical components

There are **NO ADDITIONAL** pre-remediation photos of the property. The above referenced photos have been provided to Web Portal 2 and uploaded for review on the following dates; 2-4-11, document ID 1399 and 6868; 10-26-11, document ID 26822; 10-31-11, document ID 38993; 4-28-15, document ID 159540; and 9-1-15, document ID 163032.

<u>CHAPMAN</u>

**ITEMS REQUESTED;**

**INCOMPLETE Home Owner Disclosure Affidavit – no total claim amount, no construction costs or soft cost claimed amount;**

A. A completed Home Owner Disclosure Affidavit was provided via email on 11-10-2014 at 1:57pm to Gthalgott@frilot.com and rmerino@frilot.com; see attached; Home Owner Disclosure Affidavit was uploaded to Web Portal 2 on 11-24-14, document ID 154718. Per Portal 2, the document was uploaded by Peter Lampard;

  B. As per JRR email to Thalgott dated 11-19-14 at 5:20pm; our firm confirmed the Chapman property is in fact a PARTIAL remediation and remains gutted to date.

  C. As per JRR email to Thalgott on 11-25-14 at 1:56pm; our firm provided a contract and bid for the remediation (consistent with the protocol) of the Chapman property. See the attached contract and bid provided by Parker Construction in the amount of $78,400.00 to complete the remediation of the Chapman property.

**MISSING proof of payment and ledger;**

  Attached please find the seven page Expense Ledger associate with remediation of the Chapman property and receipts in support of the said Expense Ledger. Also, the receipts have been located in Web-Portal 2 as of 11-12-14, Document ID's 154365, 154366, 154367, 154368, and 154369. On 12-5-14, Document ID 155182 was uploaded for review as well as document ID 158624 that has been uploaded for review since 3-26-15.

**WAS there an inspection report?**

  Attached please find the Drywall Inspection Report of the Chapman property conducted by our firm. Our firm conducted inspection on or about 11-9-09 and confirmed the presence of KPT drywall.

**WHAT were the remediation dates;**

  On or about 11-09-09 Mr. Chapman began remediation of his property. To date, the property has not been completely remediated and remains gutted.

**_JOAN BOWERS_** – **_CPA, PP_**
REEVES and MESTAYER PLLC
228-546-9928
www.rmlawcall.com

---

**From:** Kathy Swift [mailto:khs@rmlawcall.com]
**Sent:** Thursday, September 17, 2015 4:58 PM
**To:** Joan Bowers <jdb@rmlawcall.com>

**Subject:** FW: Chapman, Donston, and Rapp
**Importance:** High

**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
**Sent:** Wednesday, September 16, 2015 8:26 AM
**To:** Jim Reeves; Kathy Swift
**Cc:** Merino, Rene
**Subject:** Chapman, Donston, and Rapp
**Importance:** High

Jim,

We have exchanged many correspondences on these deficient claims and I believe you reported you provided all documentation for these files.  However, we still show deficiencies/issues for all three.

We are filing our motion to extinguish at the end of this week.  Please cure the deficiencies before the end of the week or we will put them on the motion and set it for the next status conference.

Chapman:

- Incomplete ODA - no total claim amount, no construction costs or softs costs claimed amount
- Missing Proof of Payment and Ledger
- Was there an inspection report?
- What were the remediation Dates?

Donston:

- KPT evidence (very limited provided)
- Demolition and drywall photos

Rapp (X2)

- KPT evidence
- Ledger
- After Remediation Photographs

I will be in the office today and tomorrow if you would like to discuss.

Thanks,
DJD
**Danny Dysart**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

201 St. Charles Avenue
Suite 3600
New Orleans, LA, 70170

Phone: 504.566.5206
Fax: 504.696.3906
ddysart@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Mississippi, Tennessee,
Texas and Washington, D.C.

**Baker Donelson - One of FORTUNE Magazine's "100 Best Companies to Work For" for Six Years in a Row**

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.