MEMORANDUM

DATE: September 23, 2009

TO: Jim Reeves

FROM: Art Cantrelle

RE: Chinese Drywall Inspection
Chari Rapp
249 and 300 Gulfside St
Waveland, MS

On September 23, 2009 I inspected these homes for defective Chinese Drywall. These homes are rental properties. After Hurricane Katrina they replaced 4ft of sheetrock throughout the homes. The drywall used is confirmed to be Knauf. They recently took the sheetrock out to replace with American made sheetrock. I took pictures of the stack of drywall that was taken out of these homes. The drywall taken was labeled Knauf, with blue dot matrix print. I took many samples of the drywall that was already removed. I then took pictures of the samples and copper components. All of the copper is confirmed to be corroded with black and green corrosion. Some of the Knauf drywall had not been removed. I confirmed the Knauf label and took some samples of this also. I gave Joan all samples and photographs.