STATE OF _Mississippi_

COUNTY OF _Harrison_

## **AFFIDAVIT**

I, ART CANTRELLE, upon being duly sworn, do hereby state upon my own oath and personal knowledge the following:

1.  For the past several years I have been employed by the firm of Lumpkin and Reeves (subsequently Reeves and Mestayer) to perform inspections of homes that are thought to have defective Chinese Drywall.

2.  On or about September 23, 2009, I inspected the homes at both 249 Gulfside Street, Waveland, MS 39576 and 300 Gulfside Street, Waveland, MS 39576 for defective Chinese Drywall.

3.  During the course of the inspection, I observed markings on the drywall at both properties that indicated it was manufactured by KPT.

4.  I photographed a stack of boards that had been removed prior to my arrival. Those boards had markings that stated KPT. Some drywall still remained in the house. I observed markings on these boards as well. I took numerous samples from both properties and the stack of KPT drywall. I placed the samples in my vehicle.

5.  I obtained approximately 15 of samples from each home. Attached is Exhibit A to my affidavit which are photographs Bates stamped Rapp-249 Gulfside 1-30 and Rapp-300 Gulfside 1-28. These appear to be

MR EXHIBIT D - 00009

the same samples that I removed from the two properties in question. I also obtained a number of electrical components from each home and kept them separated for each property.

6.     I brought all samples directly to Joan Bowers, legal assistant with the firm Lumpkin and Reeves. In my presence, Joan then labeled the samples and placed them in bags.

8.     We then left the samples in the storage room.

And further Affiant saith not.

Art Cantrelle
#9 Villa Cove
Gulfport, MS 39507

SWORN TO and SUBSCRIBED BEFORE ME by the above affiant, this 24th day of February, 2016.

Notary Public

KATHRYN H. SWIFT
Notary's Name Printed:

My Commission Expires: 10/26/18

ID # 5746
KATHRYN H. SWIFT
Commission Expires
Oct. 26, 2018

Page 2 of 2



RAPP - 249 GULFSIDE INDICA 1

EXHIBIT
A
MR EXHIBIT D / 0001



MR EXHIBIT D - 00012



RAPP - 249 GULFSIDE INDICA 1

00013



MR EXHIBIT D - 00014



MDL EXHIBIT D - 00015



MR EXHIBIT 00016

RAPP - 348 GULF SIDE INDICA 4



MFG-XHB...00017

RAPP - 249 GULFSIDE INDICA 5



IR EXHIBIT C-00018

KNAUF - 249 GULFSIDE INDICA 6



MBI EXHIBIT D - 00019



MR EXHIBIT D - 00020



MP_GWIEN_0_00021



MF-EXHIBIT D - 00022

RAPP - 249 GULFSIDE INDICA 16



MR EXHIBIT D - 00023



MF EXHIBIT 00024

RXPR - 2x9 GULFSIDE INDICA 12



MR EXHIBIT D - 00025



XP-EXHIBIT D-00026

MR EXHIBIT D - 00027

MR EXHIBIT D - 00028



MR EXHIBIT D - 00029



MR EXHIBIT D 5 00030



MR EXHIBIT D - 00031



MRI EXHIBIT D - 00032

RAPP

MR EXHIBIT D - 00033



MR EXHIBIT D - 00034



MR EXHIBIT D - 00035



MR EXHIBIT D - 00036



MR EXHIBIT D-00037



MR EXHIBIT D - 00038



MR EXHIBIT D - 00039



MR EXHIBIT D - 00040



MR EXHIBIT D - 00041