



MR EXHIBIT D - 00043



IR EXHIBIT D - 00044



MR EXHIBIT D-00045



MR EXHIBIT 00046



MR                 00047



MR EXHIBIT D - 00048



MR EXHIBIT D-00049



MR EXHIBIT D - 00050



MR CORNING C00051



MR EXHIBIT D - 00052



MR EX         00053



MR E... ...00054



MR E... 00055



00056



KPT EXHIBIT 01 00057



00058



MR E              00059



MR EXHIBIT 00060



00061



00062



T D - 00063



MR.EXHIBIT   00064

RAPP - 300 GULFSIDE INDICIA 21



00065

MR EXHIBIT D - 00066



MR EXHIBIT D - 00067



MR EXHIBIT D-00068



MR EX                00069



MR EXHIBIT D - 00070



MR EXHIBIT D - 00071