Jim Reeves†

Matthew G. Mestayer

Of Counsel:
  Mark Lumpkin**



REEVES &
MESTAYER
A T T O R N E Y S
PROFESSIONAL LIMITED LIABILITY CORPORATION

160 Main Street (39530)
P.O. Drawer 1388
Biloxi, MS 39533

Phone 228.374.5151
Tollfree 855.558.2977
Fax 228.374.6630
www.rmlawcall.com

†Also Licensed in Alabama

**Also Licensed in Louisiana

February 12, 2016

Daniel J. Balhoff, Esq.
Perry Atkinson Balhoff Mengis
  Burns & Ellis, LLC
2141 Quail Run Drive
Post Office Box 83260
Baton Rouge, Louisiana   70884-3260

Via email to Balhoff@pabmb.com
and via Federal Express Delivery

> Re: **Confidential Position Paper**
> Chinese Drywall Litigation
> Mediation of Claims of Howard and Chari Rapp
> Property Address: 249 Gulfside St., Waveland, MS 39576
>                    300 Gulfside St., Waveland, MS 39576

Dear Mr. Balhoff:

In preparation for the February 17, 2016, mediation in the above-referenced matter, the Plaintiffs, Howard and Chari Rapp, submit the following Confidential Position Paper regarding claims made as they relate to the above-referenced properties.

## I.    BACKGROUND

Howard and Chari Rapp are longtime residents of Bay St. Louis, Mississippi area and the Mississippi Gulf Coast.  Howard has a successful construction business and Chari Rapp is a real estate agent.  Both are active in their local church and stellar citizens.  The properties at issue are both rental properties. The relevant sequence of events is as follows:

- Both houses were damaged as a result of Hurricane Katrina. On September 2006 both homes were repaired using KPT drywall donated by their local church who purchased same from Specialty Supply and Contractors who delivered the drywall.

- In early September 2009, the Rapps discovered that the drywall used in the repair was defective.

MR EXHIBIT E - 00072

Daniel J. Balhoff, Esq.
February 12, 2016
Page 2

- On or about September 21, 2009, the defective KPT drywall was removed and remediation began.

- On September 23 and 24 of 2009, inspectors with the offices of then Lumpkin and Reeves confirmed the presence of Knauf CDW.  Inspector Art Cantrelle collected numerous samples of KPT drywall which had been removed and also collected numerous electrical components.  These were stored by the undersigned consistent with PTO 1B.  A large stack of the KPT product which had been removed from these homes was also inspected and photographed on site.  (Exhibit "I", p. CDW 0006.)

- On October 9, 2009, PTO 1B (Preservation of Physical Evidence) was entered by Judge Fallon.

## II.    POSITION OF HOWARD AND CHARI RAPP

The Rapps claims are clearly compensable.  The defendants have been provided multiple indicia of KPT Chinese drywall related to these properties.  The Rapps have substantially complied with the preservation protocols of the Knauf Class Settlement Agreement (PTO 1B).  Apparently when defense counsel changed firms some of this may have been lost in the transition but all documents requested and required have been provided as far back as 2011.  Additionally, the undersigned has previously offered to have defendants inspect the KPT drywall and the various electrical components which were collected.  All of this is in our storage facility.  The defendants have not attempted to inspect these materials.

Proof of the multiple submissions of all requested indicia is attached as Exhibit "A".  This exhibit is the Claimant information download from the Brown and Greer claims center for each property.  These documents itemize by date beginning February 4, 2011 each and every submission provided.  This includes multiple photographs of the removed drywall, photographs of the electrical components, photographs of the post-remediated home, floorplan, etc.  Despite the fact that these materials have been uploaded for years, as recently December 16, 2015, the defendants claimed that they have not received them.  Attached as Exhibit "B" is a September 16, 2015 email again providing the documentation claimed to be deficient.

For review at the mediation, these materials are again attached as follows:

MR EXHIBIT E - 00073

Daniel J. Balhoff, Esq.
February 12, 2016
Page 3

<u>300 Gulfside</u>:

1.   KPT evidence which includes photographs of the drywall removed from 300 Gulfside previously provided on the web portal on 3/15/13.   All of these documents are again attached which include KPT evidence. (Exhibit "C".)

2.   Ledgers (Exhibit "D".)

3.   After-remediation photographs (Exhibit "E".)

<u>249 Gulfside</u>:

1.   KPT evidence which includes photographs of the drywall removed from 249 Gulfside previously provided on the web portal on 3/15/13.   All of these documents are again attached which include KPT evidence. (Exhibit "F".)

2.   Ledgers (Exhibit "G".)

3.   After-remediation photographs (Exhibit "H".)

The defendants' confusion on these properties appears to be based on two things.   First, the defendants have stated that a duplicate indicia photograph was submitted for these properties and other properties which the Rapps owned.   The Rapps had other properties that were paid under Option 3 of the KPT settlement.   (See Exhibit "K".) The photographs in question were attached to the original PPF for multiple properties.   This was a harmless error based on confusion of the multiple properties involved.   Numerous additional indicia has since been provided for the subject properties.

Second, Knauf has voiced concern that one of the photographs of the KPT drywall removed from the subject properties could have been in fact removed from the Rapp Option 3 cash-out homes.   This is not possible because the photograph in question (see Exhibit "I", p. CDW 0006) is of removed KPT drywall and was submitted (Exh. A, p. 2, Doc. ID 38781) before the Option 3 properties were inspected.   The Option 3 settlement inspector's report confirmed no KPT board was removed from these other Rapp properties.   The reports are dated (December 2012) after the photograph in question was taken and submitted.   Thus, the removed KPT drywall could not be from these Option 3 properties.   (See Exhibit "J".)

Daniel J. Balhoff, Esq.
February 12, 2016
Page 4

The defendants have paid many other ARH claims with no more and oftentimes quite a bit less documentation.  The Rapp's attempted to do the right thing and put their rental properties back on the market as soon as possible to minimize losses.  They should not be punished for doing so particularly since the remediation took place prior to entry of PTO 1B.

Sincerely,

JIM REEVES

JR/khs
cc:    Danny Dysart, Esq.
Enclosures

MR EXHIBIT E - 00076

2/12/2016

Claimant Information

BROWNGREER ‖ PLC - Chinese Drywall - MDL 2047 Pilot Program

Home

Search

Forms

Instructions

Logout

## Claimant Information

<< Back

**Claimant Details**

| | |
|---|---|
| Claimant ID: | 100627 |
| Claimant Name: | Rapp, Howard |
| | Rapp, Chari |
| Primary Law Firm: | Reeves & Mestayer |
| Affected Property Address: | 249 Gulfside Street | Current/Mailing Address: | 100 Idlewood Drive |
| | Waveland, MS, 39576, USA | | Waveland, MS, 39578, USA |

**Upload Documents**

Upload

**Already Remediated Properties - Required Documents**

| Document Type | Submitted |
|---|---|
| | Submitted |
| Photographs of Drywall Removed During Remediation:Evidence of drywall removed during remediation process. | Submitted |
| Evidence of KPT Chinese Drywall & Non-KPT Chinese Drywall Prior to Remediation:Evidence of drywall prior to remediation | Submitted |
| Proof of Corrosion / Reactive Chinese Drywall:Evidence that KPT Chinese Drywall was reactive. | Not yet submitted |
| Interior Photos (Pre & Post Remediation):Pre & post remediation process: flooring, major components, appliances, and fixtures for every room. | Submitted |
| Remediation Contract:Contract and itemization from contractor who performed remediation including specifics of materials used | Submitted |
| Itemized Invoice:From contractor who performed work | Submitted |
| Proof of Payment:Proof that itemized invoice and other expenses have been paid: cancelled checks, credit card statements, etc. | Submitted |
| Floor Plan:With dimensions | Submitted |
| Environmental Certificate:Exhibit B: Template can be found under Forms. | Not yet submitted |
| Owner Disclosure Affidavit (Exhibit A-1):Template can be found under Forms. Do not upload until all other documents have been submitted. This will trigger a review of your claim. | Submitted |
| | Not yet submitted |
| | Not yet submitted |
| | Not yet submitted |
| | Submitted |
| | Not yet submitted |

View Documents

**Document**

| Document ID | Document Type | Submitted By | Received Date | File Name | |
|---|---|---|---|---|---|
| 161638 | Evidence of KPT Chinese Drywall & Non-KPT Chinese Drywall Prior to Remediation | Carly, Driskell | 06/29/2015 | 8_100627_Rapp.zip | View |
| 163969 | Evidence of KPT Chinese Drywall & Non-KPT Chinese Drywall Prior to Remediation | Joan, Bowers | 10/13/2015 | 9_100627_RAPP - 249 GULFSIDE 1-15 INDICIA.pdf | View |
| 100723 | Floor Plan | Jim, Reeves | 03/15/2013 | 3_100627_Rapp, Chari & Howard - Floor Plan.pdf | View |
| 143540 | Floor Plan | Peter, Lampard | 06/04/2014 | 0_100627_Rapp - 249 Gulfside - Floor Plan.pdf | View |
| 154779 | Floor Plan | Jeannie, Shaw | 11/24/2014 | 9_100627_249,300 Gulfside_Part2.pdf | View |
| 100724 | Interior Photos (Pre & Post Remediation) | Jim, Reeves | 03/15/2013 | 4_100627_Rapp, Chari & Howard - 249 before.pdf | View |
| 100752 | Itemized Invoice | Jim, Reeves | 03/15/2013 | 2_100627_Rapp, Chari & Howard - Proof of Payment - 249.pdf | View |
| 158981 | Miscellaneous - Already Remediated Homes | Jeannie, Shaw | 04/07/2015 | 1_100627_249 Rapp Contractor Affidavit.pdf | View |
| 100721 | Owner Disclosure Affidavit (Exhibit A-1) | Jim, Reeves | 03/15/2013 | 1_100627_Rapp, Chari & Howard - Homeowners Disclosre Affidavit - 249.pdf | View |
| 152142 | Photographs of Drywall Removed During Remediation | Carly, Driskell | 07/16/2015 | 2_100627_Rapp.zip | View |

EXHIBIT
A

MR EXHIBIT E - 00077

Drywall/CD_Secure/AlreadyRemediated/CD_ARDetails.aspx

Claimant Information 

| 12943 | Plaintiff Profile Form | | 01/28/2011 | 7_12943.pdf | View |
| 31202 | Plaintiff Profile Form | | 10/26/2011 | 7_31202.pdf | View |
| 1306 | Plaintiff Profile Form with Indicia | | 02/04/2011 | 7_1306.pdf | View |
| 6765 | Plaintiff Profile Form with Indicia | | 02/04/2011 | 7_6765.pdf | View |
| 7012 | Plaintiff Profile Form with Indicia | | 02/04/2011 | 7_7012.pdf | View |
| 8251 | Plaintiff Profile Form with Indicia | | 02/04/2011 | 7_8251.pdf | View |
| 38781 | Plaintiff Profile Form with Indicia | | 10/31/2011 | 7_38781.pdf | View |
| 100722 | Proof of Payment | Jim, Reeves | 03/15/2013 | 2_100627_Rapp, Chari & Howard - Proof of Payment - 249.pdf | View |
| 157135 | Remediation Contract | Jeannie, Shaw | 01/21/2015 | 5_100627_249 Rapp Contractor Affidavit.pdf | View |

Events

| Event Type | Event Date |
|---|---|
| Documentation Submitted to Special Master | 02/04/2011 |
| Knauf – Temporary | 09/06/2011 |
| Property appears on Knauf MAGNA spreadsheet | 07/11/2011 |
| Owner Disclosure Affidavit submitted | 03/15/2013 |

Close

MR EXHIBIT E - 00078

BROWNGREER || PLC - Chinese Drywall - MDL 2047 Pilot Program

## Claimant Information

`<< Back`

| Claimant Details | | | |
|---|---|---|---|
| Claimant ID: | 100616 | | |
| Claimant Name: | Rapp, Howard | | |
| | Rapp, Chari | | |
| Primary Law Firm: | Reeves & Mestayer | | |
| Affected Property Address: | 300 Gulfside Street | Current/Mailing Address: | 100 Idelwood Dr |
| | Waveland, MS, 39576, USA | | Waveland, MS, 39576, USA |

Upload Documents

`Upload`

Already Remediated Properties - Required Documents

| Document Type | Submitted |
|---|---|
| | Not yet submitted |
| **Photographs of Drywall Removed During Remediation:**Evidence of drywall removed during remediation process. | Not yet submitted |
| **Evidence of KPT Chinese Drywall & Non-KPT Chinese Drywall Prior to Remediation:**Evidence of drywall prior to remediation | Submitted |
| **Proof of Corrosion / Reactive KPT Chinese Drywall:**Evidence that KPT Chinese Drywall was reactive. | Not yet submitted |
| **Interior Photos (Pre & Post Remediation):**Pre & post remediation process: flooring, major components, appliances, and fixtures for every room. | Submitted |
| **Remediation Contract:**Contract and itemization from contractor who performed remediation including specifics of materials used | Submitted |
| **Itemized Invoice:**From contractor who performed work | Submitted |
| **Proof of Payment:**Proof that itemized invoice and other expenses have been paid: cancelled checks, credit card statements, etc. | Submitted |
| **Floor Plan:**With dimensions | Submitted |
| **Environmental Certificate:**Exhibit B: Template can be found under Forms. | Not yet submitted |
| **Owner Disclosure Affidavit (Exhibit A-1):**Template can be found under Forms. Do not upload until all other documents have been submitted. This will trigger a review of your claim. | Submitted |
| | Not yet submitted |
| | Not yet submitted |
| | Not yet submitted |
| | Submitted |
| | Not yet submitted |

`View Documents`

Document

| Document ID | Document Type | Submitted By | Received Date | File Name | |
|---|---|---|---|---|---|
| 100742 | Evidence of KPT Chinese Drywall & Non-KPT Chinese Drywall Prior to Remediation | Jim, Reeves | 03/15/2013 | 2_100616_300 Gulfside - KPT Photos.pdf | `View` |
| 161639 | Evidence of KPT Chinese Drywall & Non-KPT Chinese Drywall Prior to Remediation | Carly, Driskell | 06/29/2015 | 9_100616_Rapp.zip | `View` |
| 143539 | Floor Plan | Peter, Lampard | 06/04/2014 | 9_100616_Rapp - 300 Gulfside - Floor Plan.pdf | `View` |
| 154780 | Floor Plan | Jeannie, Shaw | 11/24/2014 | 0_100616_249,300 Gulfside_Part1.pdf | `View` |
| 100737 | Interior Photos (Pre & Post Remediation) | Jim, Reeves | 03/15/2013 | 7_100616_300 Gulfside - before.pdf | `View` |
| 163906 | Interior Photos (Pre & Post Remediation) | Carly, Driskell | 10/08/2015 | 6_100616_300 Gulfside Interior 284 (12)_Part1.pdf | `View` |
| 163907 | Interior Photos (Pre & Post Remediation) | Carly, Driskell | 10/08/2015 | 7_100616_300 Gulfside Interior 284 (12)_Part2.pdf | `View` |
| 100754 | Itemized Invoice | Jim, Reeves | 03/15/2013 | 4_100616_Rapp, Chari & Howard - Proof of Payment - 249.pdf | `View` |
| 163905 | Itemized Invoice | Carly, Driskell | 10/08/2015 | 5_100616_EXPENSES ASSOCIATED WITH REMEDIATON OF 300 GULFSIDE.docx | `View` |
| 158982 | Miscellaneous - Already Remediated Homes | Jeannie, Shaw | 04/07/2015 | 2_100616_300 Rapp Contractor Affidavit.pdf | `View` |

MR EXHIBIT E - 00079

| 100733 | Owner Disclosure Affidavit (Exhibit A-1) | Jim, Reeves | 03/15/2013 | 3_100616_Rapp, Chari & Howard - Homeowner Disclosure Affidavit - 300.pdf | View |
| 1292 | Plaintiff Profile Form with Indicia | | 02/04/2011 | 6_1292.pdf | View |
| 6749 | Plaintiff Profile Form with Indicia | | 02/04/2011 | 6_6749.pdf | View |
| 6925 | Plaintiff Profile Form with Indicia | | 02/04/2011 | 6_6925.pdf | View |
| 7006 | Plaintiff Profile Form with Indicia | | 02/04/2011 | 6_7006.pdf | View |
| 8249 | Plaintiff Profile Form with Indicia | | 02/04/2011 | 6_8249.pdf | View |
| 8250 | Plaintiff Profile Form with Indicia | | 02/04/2011 | 6_8250.pdf | View |
| 38744 | Plaintiff Profile Form with Indicia | | 10/31/2011 | 6_38744.pdf | View |
| 100734 | Proof of Payment | Jim, Reeves | 03/15/2013 | 4_100616_Rapp, Chari & Howard - Proof of Payment - 300.pdf | View |
| 157134 | Remediation Contract | Jeannie, Shaw | 01/21/2015 | 4_100616_300 Rapp Contractor Affidavit.pdf | View |

Events

| Event Type | Event Date |
|---|---|
| Documentation Submitted to Special Master | 02/04/2011 |
| Knauf – Temporary | 09/06/2011 |
| Owner Disclosure Affidavit submitted | 03/15/2013 |

Close

MR EXHIBIT E - 00080

MR EXHIBIT E - 00081

**Joan Bowers**

| | |
|---|---|
| **From:** | Kathy Swift <khs@rmlawcall.com> |
| **Sent:** | Thursday, September 17, 2015 4:58 PM |
| **To:** | Joan Bowers |
| **Subject:** | FW: Chapman, Donston, and Rapp |
| | |
| **Importance:** | High |

**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
**Sent:** Wednesday, September 16, 2015 8:26 AM
**To:** Jim Reeves; Kathy Swift
**Cc:** Merino, Rene
**Subject:** Chapman, Donston, and Rapp
**Importance:** High

Jim,

We have exchanged many correspondences on these deficient claims and I believe you reported you provided all documentation for these files.  However, we still show deficiencies/issues for all three.

We are filing our motion to extinguish at the end of this week.  Please cure the deficiencies before the end of the week or we will put them on the motion and set it  for the next status conference.

Chapman:

- Incomplete ODA - no total claim amount, no construction costs or softs costs claimed amount
- Missing Proof of Payment and Ledger
- Was there an inspection report?
- What were the remediation Dates?

Donston:

- KPT evidence (very limited provided)
- Demolition and drywall photos

Rapp (X2)

- KPT evidence
- Ledger
- After Remediation Photographs

I will be in the office today and tomorrow if you would like to discuss.

Thanks,
DJD



EXHIBIT
tabbies®
B

MR EXHIBIT E - 00082

**Danny Dysart**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA, 70170

Phone: 504.566.5206
Fax: 504.696.3906
ddysart@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Mississippi, Tennessee,
Texas and Washington, D.C.

**Baker Donelson - One of FORTUNE Magazine's "100 Best Companies to Work For" for Six Years in a Row**

---

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

MR EXHIBIT E - 00083

MR EXHIBIT E - 00084



MR EXHIBIT E - 00085



MR EXHIBIT E 00086

MR EXHIBIT 00087

RAPP - 500 GULFSIDE INDICIA 3



MR 00088



MR EXHIBIT E - 00089

MR EXHIBIT E 000090



MR EXHIBIT E - 00091



MR       00092



MR EXHIBIT E - 00093



MR.EX_____00094



MR                    00095



MR EX 11.00096



00097



RAPP - 200 GULFSIDE INDICIA 14

DR EXHIBIT 00098



RAPP - 301 GULFSIDE INDICIA 15

E_00099



MR E          00100



MR EXHIBIT 00101



00102



00103



RAPP - 330 GULFSIDE INDICIA 29



RAPP - 300 GULFSIDE INDICIA 21

MR EXHIBIT 00105



00106



MR EXHIBIT E - 00107



MR EXHIBIT E - 00108



MR EXHIBIT E - 00109



MR EXH 00110



MR EXHIBIT E - 00111



MR EXHIBIT E - 00113

249 GULFSIDE – RAPP, CHARI

## EXPENSES ASSOCIATED WITH REMEDIATON OF

## 300 GULFSIDE - RAPP, CHARI

| 2010 | The Home Depot | 65.48 | |
|------|----------------|-------|---|
| 8-25-09 | Lowes | 509.93 | |
| 7-13-09 | Lowes | 144.80 | |
| 11-03-09 | The Home Depot | 91.60 | |
| 8-05-09 | Lowes | 62.83 | |
| 9-22-09 | Lowes | 141.02 | |
| 11-03-09 | Lowes | 64.16 | |
| 11-11-09 | The Home Depot | 87.32 | |
| 11-30-09 | Lowes | 129.64 | |
| 10-28-09 | Lowes | 22.00 | |
| 10-28-09 | Lowes | 111.11 | |
| 11-02-09 | Lowes | 632.97 | |
| 8-11-09 | Lowes | 136.00 | |
| 8-10-09 | Lowes | 4.29 | |
| 8-20-09 | The Home Depot | 10.46 | |
| 1-6-10 | Lowes | 510.99 | |
| 1-20-10 | Lowes | 1459.36 | |
| 1-21-10 | The Home Depot | 240.89 | |
| 1-15-10 | Lowes | 411.36 | |
| 1-11-10 | Lowes | 57.10 | |
| 11-6-09 | Lowes | 327.97 | |
| 1-26-09 | Lowes | 23.51 | |
| 1-20-10 | Lowes | 129.47 | |
| 1-11-10 | The Home Depot | 65.48 | |
| 3-9-10 | The Home Depot | 99.00 | |
| 1-29-10 | Lowes | 19.51 | |
| 10-5-09 | Lowes | 94.25 | |
| 10-15-09 | Lowes | 112.07 | |
| 10-29-09 | Lowes | 133.72 | |
| 03-09-10 | Lowes | 11.26 | |

## Total amount of receipts above is $5,909.55



EXHIBIT

MR EXHIBIT E - 00114

# Howard J Rapp, III

# INVOICE

100 Idlewood Drive
Waveland, MS  39576
Phone 228-467-3777  Fax 228-467-7867

**INVOICE #101**
**DATE: JUNE 1, 2010**

**TO:**
Chari and Howard Rapp, Jr.
300 Highway 90
Waveland, MS  39576
228-216-7079

**FOR:** 300 GULFSIDE ST.
Waveland, MS  39576

| DESCRIPTION | AMOUNT |
|---|---|
| Remove sheetrock and insulation and cleanup and haul away | |
| Dumpster rental | |
| Clean studs and clear from sheetrock debris | |
| Ruff in wiring | |
| Trim and hang door, molding and window seals | |
| Paint doors trim and caulking | |
| Rework plumbing | |
| Set bathtub, toilets bathroom sink and all fixtures in bathroom | |
| Hang light fixtures and fans | |
| Set and hook up dishwasher, oven, oven fan and run water line to ref. | |
| Clean up between jobs and haul off scrapes | |
| Prep floors for flooring | |
| Set heaters and fans and medicine cabinet in baths | |
| Install all smoke detectors | |
| Reset and plumb new hot water heater | |
| Run cable and phone lines | |
| Final clean up before final inspection from city | |
| Trim out electrical | |
| Put shelving in closets | |
| Install new Insulation | |
| Install kitchen sink | |
| Install new Washer/Dryer Hookup | |
| | |
| Trim out door knobs and locks | |
| Install Shoe Molding | |
| | **Total** |
| | **$27,650** |

```
                                    0•      *

                            156•66  +
                            202•26  +
                             51•79  +
                            106•54  +
                             87•45  +
                            195•95  +
                             56•74  +
                          1,273•98  +
                             37•33  +
                              7•2   +
                            121•91  +
                            150•38  +
                             87•45  +
                            508•42  +
                            512•02  +
                            243•83  +
                            474•3   +
                            105•25  +
                            457•45  +
                            101•24  +
                            276•1   +
                             90•78  +
                             46•22  +
                             41•38  +
                             39•    +
                             32•26  +
                             48•14  +
                             49•03  +
                            173•19  +
                          1,115•76  +
                          1,000•    +
                            216•    +
                          3,199•3   +
                             98•44  +
                          2,620•    +
                            295•    +
                            370•    +
                             14•11  +
                            248•63  +
                            345•65  +
                             92•02  +
                         15,349•17  *
```

*(handwritten)* 300 Gulfside Waveland

**Maximum Security**
**5447 KAIKI DR.**
**DIAMONDHEAD, MS  39525**

# Proposal

Date of Proposal:      04/02/10

**Proposal Number:**

**Customer Number:  1493**

**Howard & Chari Rapp**
**100 Idelwood Dr.**
**Waveland, MS  39576**

The terms of this proposal are valid
for 30 days from the date shown above.

# Maximum Security

Hereby Submits Specification and Estimate for:

    1493        Howard & Chari Rapp @ 100 Idelwood Dr.

| **Quantity** | **Description** | **Amount** |
|---|---|---|
| 800 | Sq. feet of Laminate include waste factor | |
| 60 | Yards of Vinyl | |

Price includes all labor and material for proper
installition.

Price also includes tearing up old vinyl.                                        2620.00

*To be paid upon completion of job.*

*Sign*_____*Date*_____

**Complete in accordance with above specifications for:**                **$2,620.00**

If you have any questions regarding this proposal please call us at (228)255-2712

MR EXHIBIT E - 00117

*(handwritten:)* 4-29-10  Paid  CK 2475

*(handwritten at bottom:)* 800 outside of Waveland MS.

# Statement

**JOEY BOUDIN'S HAULING & EQUIPMENT**
9294 HARBOR DR.
BAY ST. LOUIS, MS  39520
RETURN SERVICE REQUESTED
(228) 467-8039

Tue Jan 5, 2010

2325

**Please Pay: $295.00**

LOCATION:                    Page  1

HOWARD RAPP
100 IDLEWOOD
WAVELAND, MS  39576

HOWARD RAPP

300 GULFSIDE
WAVELAND, MS  39576

Have a nice day!!
Terms: Pay by 30th to avoid fees
JOEY BOUDIN'S HAULING & EQUIPMENT        Acct# 2325          Location: 300 GULFSIDE, WAVELAND, MS

| 12/10/09 | 20YD/DELIVERY | | | | | $295.00 |
| 12/17/09 | 20YD/PICK UP | | | | | |
| | | | **Balance Due:** | | | **$295.00** |

| up to 30 | 31 to 60 | 61 to 90 | Over 90 | Total |
|----------|----------|----------|---------|-------|
| $295.00 | $0.00 | $0.00 | $0.00 | $295.00 |

Grand Total:                    $295.00

Please enclose your account number (top right hand corner below date)

Thank you for your confidence and support

*Corrected Bill*

1st Page          Received By: _____  Date Received: _____

# SOUTHERN
# PIPE & SUPPLY

Document: Pack Ticket/Packing List                    OS    Order #      Page #
                                                            3687000-00        1

Hst #:  6500000      Staging Area                    PO Date        Purchase Order
                                                     02/01/10       Howard 5022600

B Cash Sale – Wvl                  Southern Pipe Ph#: (228)467-0711   F Southern Pipe – Waveland
I 614 Elaine Street                                                  R 614 Elaine Street
L                                                                    O
L Waveland, MS 39576                                                 M Waveland, MS 39576

S CASH SALE--WAVELAND                              Instructions
H Cash Sale                                        References
I                                                  Via
P Waveland, MS 39576            Taken By            Customer PH#      Request        Shipped
                                rog                                   02/01/10       02/01/10

| # | Product and Description | Qty Ordered | Qty B.O. | Qty Shipped | Bin Location | Unit | Net Amount | Extend Amount |
|---|-------------------------|-------------|----------|-------------|--------------|------|------------|---------------|
| | 5026034AC/4H | 1 | 0 | 1 | EA | | 170.00 | 170.00 |
| | Sink Vat FG 125 | | | | | | | |

300 Gulfside St, Waveland

Howard Rapp   228-342-2803

Wed.    9:00-10:00

Paid
Ck #2415

| Lines Total | Total Qty Shipped: | 1.0 Freight Charges: | 0.00 | | Taxes: | 16.90 |
|-------------|--------------------|--------------------|------|---|--------|-------|
| 1 | 1.000000 | | | | Total: | 595.90 |

MR EXHIBIT E - 00119

# SOUTHERN
## PIPE & SUPPLY

Document: Pick Ticket/Packing List                                    Order #   718166-00          Page #   1

Cust #:   8500000      Staging Area                    PO Date   02/12/10          Purchase Order

B Cash Sale - WVL                    Southern Pipe Pho: (225)467-0711    F Southern Pipe - Waveland
I 514 Elaine Street                                                      R 514 Elaine Street
C WAVELAND, MS 39576                                                     O
                                                                        M WAVELAND, MS 39576

S CASH SALE---WAVELAND                              Instructions
S Cash Sale                                         Reference:
                                    Taken By        VIA                 Request     Shipped
S WAVELAND, MS 39576                JWK             Customer P/O        02/12/10    02/12/10

| Line | Product and Description | Qty Ordered | Qty B.O. | Qty Shipped | Bin Location | Unit | Net Amount | Extend Amount |
|---|---|---|---|---|---|---|---|---|
| 4 | 566644 1/4"COMP1/4"MIP | 1 | 0 | 1 | /SC/013/00  COMP x MIP UNION | EA | 0.79 | 0.79 |
| 3 | 900 1/2 STD GALV MERCHANT | 1 | 0 | 1 | /BF/008/10  COUPLING | EA | 1.46 | 1.46 |
| 1 | 0433611 ICE MAKER BOX w/VALVE | 1 | 0 | 1 | CT/NF/004/00  CAPTIVE WTR | EA | 10.42 | 10.42 |
| 2 | 900 3/4X3/4 GALV MER COUPLING | 1 | 0 | 1 | CT/BB/002/70 | EA | 0.51 | 0.51 |



Paid
Check
# 2421

4 Lines Total  Total Qty Shipped:        4.0  Freight Charges:        0.00        Taxes:      0.00

                                                                                  Total:     14.11

Wght:     2.01880
                Picked By: _____  Packed By: _____  Checked By: _____   Entered: 02/12/10 16:32

Last Page                       Received By: _____    Date Received: _____

MR EXHIBIT E - 00120

Auto Glass Discount, Inc., of Bay St. Louis (dba)

# Dunaway Glass

596 Easterbrook St.
Bay St. Louis, Miss 39520

**Phone (228) 467-0344   Fax (228) 467-0052**

REMIT PAYMENT TO:
DUNAWAY GLASS
596 Easterbrook St.
Bay St. Louis, MS 39520

Cash Sale

C012460

| ACCOUNT NO.: | AGENT NO.: | PURCHASE ORDER NO.: | DATE | 2/10/2010 |
|---|---|---|---|---|

| CUSTOMER STATE TAX OR EXEMPT NO. | CUSTOMER FEDERAL TAX I.D. NO. | ADV. CODE | SALESMAN I.D. | ORDER TAKEN BY | INSTALLED BY | FEDERAL TAX I.D. NO. |
|---|---|---|---|---|---|---|

BILL TO: MCINTYRED RAPP

SOLD TO: MCINTYRED RAPP

## INSURANCE PROOF OF LOSS

INSURANCE CO. _____  POLICY NO. _____

INSURANCE CO. PHONE NO. _____  CLAIM NO. _____

POLICY NAME _____  CAUSE & LOSS LOCATION _____

AGENT NAME _____  VERIFIED BY _____

AGENT PHONE _____  DATE OF LOSS _____ DEDUCTIBLE _____

## VEHICLE INFORMATION

| MAKE | | MODEL | | YEAR | | DOORS | |
|---|---|---|---|---|---|---|---|
| ODOMETER | | LICENSE | | VEHICLE I.D. NO. | | | |

**RECEIVED BY**

### AUTHORIZATION TO PAY

I hereby authorize and empower the above-named insurance company to pay this invoice in full settlement, satisfaction and discharge of all loss under the above policy.   Upon such payment, all rights I may have for claim and demand for loss and damage described above against the above named insurance company shall be thereby forever discharged.  In the event that the above named insurance company does not make timely and/ or full payment of this invoice according to its terms, I hereby accept responsibility for such payment and agree to pay all charges reflected on this invoice to the above named glass company subject to and according to all terms and conditions on this invoice.

Sub Total

Tax

**CUSTOMER'S SIGNATURE**

**TOTAL SALE**

| TERMS |
|---|
| Check |