| CORPORATE | CREDIT | ALEXANDRIA | MARIETTA, GA | ARCHITECTURAL SPECIALTY SALES | AUBURN | GULFPORT, MS | HUNTSVILLE |
|---|---|---|---|---|---|---|---|
| 205-733-8026 | 888-812-3315 | 256-847-0135 | 678-831-3386 | 205-238-9797 | 334-887-8510 | 228-236-1300 | 256-851-5667 |
| 205-733-8526 FAX | 205-733-8186 FAX | 256-847-0138 FAX | 678-631-3390 FAX | 205-449-6314 FAX | 334-826-8511 FAX | 228-236-1304 FAX | 256-851-9773 FAX |
| TUSCALOOSA | BIRMINGHAM | PELHAM | | | MOBILE | ROOFING | PANAMA CITY BEACH, F |
| 205-345-2625 | 205-780-1100 | MONTGOMERY | 205-733-8025 | | 251-344-2213 | 205-328-2155 | 850-236-0060 |
| 205-345-2626 FAX | 205-780-1103 FAX | 334-260-8008 | 205-733-8766 FAX | | 251-344-2215 FAX | 205-328-2227 FAX | 850-236-3574 FAX |
| | | 334-260-8828 FAX | | | | | |

**BMW Building Materials Wholesale Inc.**

CUSTOMER NO: 89902

BILL TO:
ONEAL REFF
100 GULFSIDE STREET
228-216-7979
GAUTLAND, MS 39507

REMIT TO:
Building Materials Wholesale, Inc.
P.O. Box 1287
Pelham, AL 35124

SHIP TO:
**CASH SALE**GULFPORT
11096 Reichold Road
Gulfport, MS 39507

INSTRUCTIONS
RETAIN ON/WLK

| SHIP POINT | VIA | REQUEST | SHIPPED | TERMS |
|---|---|---|---|---|
| BM Gulfport | C.O.D. | | C.O.D. | |

| LINE NO. | PRODUCT # AND DESCRIPTION | UPC ITEM NO. | BIN LOCATION | QUANTITY ORDERED | QUANTITY BACKORDERED | QUANTITY SHIPPED | QTY | RECEIVED NO. CARTONS | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|---|

LINES TOTAL | LINES NOT PRINTED | TOTAL QUANTITY SHIPPED

CUBE | WEIGHT | FREIGHT CHARGES

PICKED BY

PACKED BY

SEE REVERSE SIDE FOR DISCLAIMER OF WARRANTIES, LIMITATIONS ON LIABILITY, COLLECTION COSTS, FINANCE CHARGES, AND ATTORNEYS FEES FOR PAST DUE BALANCES.

**Total Comfort, Inc.**
2109 Nicholson Ave.
Waveland, MS 39576
USA

Voice: (228) 467-1212
Fax: (228) 466-2800

# INVOICE

Invoice Number: 16311
Invoice Date: Jul 31, 2010
Page: 1

| Bill To: |
| --- |
| HOWARD RAPP |
| 100 IDLEWOOD DR. |
| WAVELAND, MS 39576 |

| Ship to: |
| --- |

| Customer ID | Customer PO | Payment Terms |
| --- | --- | --- |
| RAP | | Net 10 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| --- | --- | --- | --- |
| | US Mail | | 8/10/10 |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 1.00 | | SERVICE TICKET#7475. | 86.00 | 86.00 |

*PdO 23-10*
*CK# 2529*
*Inv# 16311 & 16308*
*Total $395.90*

| | |
| --- | --- |
| Subtotal | 86.00 |
| Sales Tax | 6.02 |
| Total Invoice Amount | 92.02 |
| Payment/Credit Applied | |
| TOTAL | 92.02 |

Check/Credit Memo No:

MR EXHIBIT E - 00123

# CHECK LIST

**COMPRESSOR**
- SUCTION ____ PSI
- HEAD ____ PSI
- VOLTS ____ AMPS
- ELECTRICAL CONNECTIONS
- CONTACTS TIGHT & CLEAN

**CONDENSER COIL**
- CLEAN COIL & CHECK FAN COND.

**REFRIGERANT**
- LEAK ☐  CHARGE ☐

**FAN AND MOTOR**
- ELECTRICAL CONNECTIONS
- CONTACTS TIGHT & CLEAN
- FAN FILTERS (ADJUST BELT)
- CHECK-LUBE BEARINGS & MOTOR

**EVAPORATOR COIL**
- CLEAN COIL & CHECK

**CONDENSATE AREAS**
- INSPECT & CLEAN DRAIN PAN

**AIR FILTERS**
- CLEANED ☐  REPLACED ☐
- FILTER SIZE ____

**HEATING ASSY.**
- SUPPLY & HEAT EXCHANGER
- PILOT ASSEMBLY
- FLAME ADJUSTMENT
- PRIMARY RELAY & FLUE
- FAN & LIMIT SWITCH OPER.
- BLOWER ASSEMBLY

**THERMOSTAT:**
- DEFROST CYCLE
- RELAYS ☐  CONTACTORS ☐

**ELECTRICAL COMPTS.**

| | |
|---|---|
| QUANTITY | ITEM OR PART DESCRIPTION |

© DONALD B. DUFFEY 1992  REG. NO. TX 3 659 160

## ENVIRONMENT

**REFRIG.**
- RECOVERED? YES ☐ NO ☐ QTY. ____
- RECYCLED? YES ☐ NO ☐ QTY. ____
- RECLAIMED? YES ☐ NO ☐ QTY. ____
- RETURNED TO THIS SYSTEM? YES ☐ NO ☐ QTY. ____
- DISPOSAL YES ☐ NO ☐ QTY. ____
- NON USEABLE ☐  DISPOSAL ☐

## CHECK LIST

- CHANGED ☐  OUT OF SPEC ☐
- REPLACED? YES ☐ NO ☐
- DIS MANTLE? YES ☐ NO ☐
- REFRIGERANT DISPOSAL
- OUR PERSONNEL RECOMMEND:
- OWNERS INITIALS ____
- ACCEPTED ☐  DECLINED ☐

## TERMS DUE UPON COMPLETION

I HAVE THE AUTHORITY TO ORDER THE ABOVE WORK AND TO SO ORDER AS OUTLINED ABOVE. IT IS AGREED THAT THE SELLER WILL RETAIN TITLE TO ANY EQUIPMENT OR MATERIAL FURNISHED UNTIL FINAL & COMPLETE PAYMENT IS MADE, AND IF SETTLEMENT IS NOT MADE AS AGREED, THE SELLER SHALL HAVE THE RIGHT TO REMOVE SAME AND THE SELLER WILL BE HELD HARMLESS FOR ANY DAMAGES RESULTING FROM THE REMOVAL THEREOF.

AUTHORIZED SIGNATURE ____  DATE ____

ABOVE ORDERED WORK HAS BEEN COMPLETED AND I ACKNOWLEDGE RECEIPT OF MY COPY.

X ____

| | |
|---|---|
| NAME | |
| STREET | |
| CITY | STATE ____ ZIP ____ |
| MAKE | MODEL | SERIAL NUMBER |
| JOB LOCATION | |
| REPAIR NUMBER | DESCRIPTION |

**SERVICE**
- ☐ WARRANTY
- ☐ SERVICE CONTRACT
- ☐ NORMAL
- ☐ RES ☐ COMM.

**TECHNICIAN SIGNATURE** ____  CERT. # ____

**CUSTOMER REQUEST:**

Our TRAINED PERSONNEL recommend:

*TECHNICAL DIAGNOSTICS*
*LABOR, TRIP, AND SERVICE CHARGES*

| | TOTAL OTHERS CHARGES | PRICE LINE | ACCEPT DECLINE |
|---|---|---|---|
| SUB. | | | |
| DIAG CHARGE | | | |
| TAX | | | |
| TOTAL AMOUNT DUE | | | |

**Total Comfort, Inc.**
2109 Nicholson Ave.
Waveland, MS 39576
USA

# INVOICE

Invoice Number:   16155
Invoice Date:     Apr 8, 2010
Page:             1

Voice:  (228) 467-1212
Fax:    (228) 466-2800

| Bill To: | Ship to: |
|---|---|
| HOWARD RAPP<br>100 IDLEWOOD DR.<br>WAVELAND, MS 39576 | RENTAL<br>300 GULFSIDE<br>WAVELAND, MS 39576 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| RAP | | Net 10 Days | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | US Mail | | 4/18/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | INSTALL R-410A 2 TON GOODMAN OUTDOOR UNIT USING EXISTING AIR HANDLER CLEAN COIL. INSTALL 2 SUPPLY DUCTS IN CEILING. NEW THERMOSTAT AND NEW GRILLES. | 2,990.00 | 2,990.00 |

*Pd 4-29-10*
*ck # 2476*
*$3199.30*

| | |
|---|---|
| Subtotal | 2,990.00 |
| Sales Tax | 209.30 |
| Total Invoice Amount | 3,199.30 |
| Payment/Credit Applied | |
| TOTAL | 3,199.30 |

Check/Credit Memo No:

**Total Comfort, Inc.**
2109 Nicholson Ave.
Waveland, MS 39576
USA

Voice:  (228) 467-1212
Fax:  (228) 466-2800

# INVOICE

Invoice Number:  16161
Invoice Date:  Apr 13, 2010
Page:  1

| Bill To: | Ship to: |
|----------|----------|
| HOWARD RAPP<br>100 IDLEWOOD DR.<br>WAVELAND, MS 39576 | 300 GULFSIDE<br>WAVELAND, MS 39576 |

| Customer ID | Customer P.O. | Payment Terms | |
|-------------|---------------|---------------|---|
| RAP | | Net 10 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 4/23/10 |

| Quantity | Item | Description | Unit Price | Amount |
|----------|------|-------------|------------|--------|
| 1.00 | | INSTALL MOISTURE DETECTION<br>SWITCH UNDERNEATH INDOOR UNIT. | 92.00 | 92.00 |

*Pd 4-29-10*
*CK #2477*
*$ 98.44*

| | | |
|---|---|---|
| Subtotal | | 92.00 |
| Sales Tax | | 6.44 |
| Total Invoice Amount | | 98.44 |
| Payment/Credit Applied | | |
| **TOTAL** | | **98.44** |

Check/Credit Memo No:

MR EXHIBIT E - 00126

293812

## STATEMENT

| | |
|---|---|
| DATE | 3/12/10 |
| TERMS | |

TO Howard RAPP

ADDRESS

IN ACCOUNT WITH

| | | | | |
|---|---|---|---|---|
| | SHEET Rock Repair | | | |
| | PAINT | | | |
| | | | | |
| | Timothy Elsworth | | | |
| | | | | |
| | Total | | $ 1000. 00 |

adams DC5812

MR EXHIBIT E - 00127

224420

Customer's
Order No. _____   DATE _4/27/2010_

SOLD TO _Howard Reed_

ADDRESS _Gulfport, Ms_

SALESMAN _____   TERMS _____

| CASH | CHARGE | C. O. D. | PAID OUT | RETD. MDSE. | RECD. ON ACCT. |
|------|--------|----------|----------|-------------|----------------|
|      |        |          |          |             |                |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |

ALL Claims and Returned Goods MUST Be Accompanied By This Bill

SIGNATURE _____



## LOWE'S®

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 493-8788

- SALE -

SALES #: S2250DH1 1237799      03-13-10

```
46'05 2X4wJ ACQ TOP CHOICE TREA           10.08
                    3 @      3.36
13433 (9711) 28" 6 PNL LH PFJ 3           59.00
13435 (9773) 30" 6 PNL LH PFJ 3           59.00
13434 (9772) 30" 6 PNL RH PFJ 3          118.00
                    2 @     59.00
13432 (9770) 28" 6 PNL RH PFJ 3           59.00
13430 (3768) 24" 6 PNL RH PFJ 3          118.00
                    2 @     59.00
3969 WOOD SHIMS NELSON 14PC.PA             4.44
                    3 @      1.48

            SUBTOTAL:              427.52
                 TAX:              29.93
     INVOICE 03164 TOTAL:         457.45
                CHECK:            457.45
```

STORE: 2350  TERMINAL: 03  03/13/10 10:59:20
# OF ITEMS PURCHASED:          13
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

## LOWE'S®

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8766

- SALE -

SALES #: S2350KR82 1045973      02-04-10

```
283728 75 OZ CASCADE COMPLETE             7.48
171476 7" FLOOR SCRAPER HEAVY DU         23.99
255730 100 OZ. GAIN HE 2X LIQUID          9.98
186798 8X10 SILVER/BROWN DURMHOR         12.98
39499 1G 2XCI PVC NEW WORK BOX            1.41
                    3 @      0.47
70302 40' 16/3 OUTDOOR EXTENSIO           5.97
15335 6XP JOINT TAPE 75' ROLL             1.25
69125 NATL COMMON BRIGHT 1 LB 1           3.24
204777 3M N95 S/O/F RESPIRATOR 2          3.97
313019 1F 6" BLUE STEEL TAPING K          5.48
319245 SCOTT RAPID DISSOLVING 8A          5.02
7013 2X4X104 5/8 KD HW SELECT             4.86
                    2 @      2.43
121507 1/2 4X8 XP - VALENCAD              8.98

            SUBTOTAL:              94.62
                 TAX:               6.62
     INVOICE 03379 TOTAL:         101.24
                CHECK:            101.24
```

STORE: 2350  TERMINAL: 03  02/04/10 10:25:32

## Receipt 1

LOWE'S

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8700

SALES #: S2350JM2 12437
— SALE —   05-04-10

```
60465 1-1/2 END OUTLET WASTE DC        6.15
31303 PF 1-3/8" SINK STRAINER U        3.84
        2 @            1.92
25001 1-1/2 X 6 EXT TUBE SLIP J        2.68
24650 1-1/2 DB 1-1/4 X 1-1/2 P         2.97
25100 3/8"C X 12" SS FAUCET SUP        3.78
20051 BR NICKEL PERMANENT MNT S        13.98
13353 FOIL INS 15"X25" STAPLE R        15.00
```

SUBTOTAL:        48.40
TAX:              3.39
TOTAL:           51.79
CHECK:           51.79

STORE: 2350  TERMINAL: 05   05/04/10 16:29:53
# OF ITEMS PURCHASED:              8
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

## Receipt 2

LOWE'S

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8700

SALES #: S2350M2 1415812
— SALE —   05-07-10

```
30307 1-1/2"IPS FLOOR/CEILING P        4.04
72609 1-1/4 X 9 EXT TUBE SJ FLE        5.91
23175 POLISHD BRASS 1.25"WSHRD         2.57
14535 3/4"CPNCXBRASS MIPT TRANS        3.68
23765 3/4" COUPLING CPVC               0.70
        2 @            0.35
30235D SYL 75W REP T2 SU MICRO H       7.98
44769 60W REP CAND BASE 2PK            15.96
        2 @            7.98
163316 48" WHITE 3/4 DOWNROD DR3       18.97
28878 3"X8" SEMI-RIGID ALUMINUM        9.46
317147 H9 1-LIGHT WICKER LIGHT K       29.98
294900 H8 52" TILGHMAN CFAN WHIT       86.98
```

SUBTOTAL:       188.03
TAX:             13.23
TOTAL:          202.26
CHECK:          202.26

STORE: 2350  TERMINAL: 09   05/07/10 15:39:39
# OF ITEMS PURCHASED:             14
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

## Receipt 3



More sav   More doi

STORE MANAGER SANDY SNYDER(985)641-6485
143 NORTH SHORE BLVD, SLIDELL, LA 70460
0365 00056 20360    04/19/10  12:49 PM
CASHIER SELF CHECK OUT - SCO156

KEYTAG#
0948Q3049717 MED CAB <A>
2039.00                              78.00
CUSTOMER AGREEMENT # 192896
RECALL AMOUNT                        66.05

SUBTOTAL        144.05
SALES TAX        12.61
TOTAL          $156.66
CHECK           156.66

XXXXX7171                               TA
AUTH CODE 005395

0365 56 20360 04/19/2010

RETURN POLICY DEFINITIONS
POLICY ID      DAYS      POLICY EXPIRES ON
A     1         90         07/18/2010

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE



LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576  (228) 463-8788

- SALE -

SALES #: S2350HR1 1403627    02-22-10

309791 NIAGARA 32PK BOTTLED WATE          3.97
40560 DRP ROLL/BLUE SHOP TOWELS           1.98
48205 9.8OZ SILICONE II BIO K&B           5.97
24500 BATHTUB SPOUT                       5.33
25205 3/4"FIPX3/4"FIPX18"SS VFR           8.86
297422 DANCO CHROME DEC TUB SPOU          2.84
61167 3/4"COMPX3/4"MPT COMP FIT           7.48

                 SUBTOTAL:               35.45
                      TAX:                2.55
              INVOICE 11112 TOTAL:       39.00
                    CHECK:               39.00

STORE: 2350   TERMINAL: 11   02/22/10 14:57:43
# OF ITEMS PURCHASED:                    7
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS




LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576  (228) 463-8788

- SALE -

SALES #: S2350HR1 1437617    02-18-10

70972 16 16CT PVC NEW YORK BOX            1.04
71105 RUBBER PIGTAIL SOCKET S14    4 @    0.25
16596 VALVE NOGMTEE 3/8OD 3/8OD           3.27
20647 5/8" COMP UNION              5.46    5.98
                                   3 @    16.38
24472 1/2"X6"CHROME SHWR ARM &     A-3    3.88

                 SUBTOTAL:               30.15
                      TAX:                2.11
              INVOICE 03088 TOTAL:       32.26
                    CHECK:               32.26

STORE: 2350   TERMINAL: 09   02/18/10 16:04:41
# OF ITEMS PURCHASED:                    10
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS


THE HOME DEPOT ®
More saving.
More doing.™

2000 HWY 43 SOUTH
PICAYUNE, MS 39466 (601)749-2180

2915  00005 19496   02/18/10  11:03 AM
CASHIER JENNIFER - JS90HZ

051218204209 HATCHET <A>               31.77
039823306944 1/2 COP CPLG <A>
      4@0.36                             1.44
9780696222467 WIRING 123 <A>           11.78

              SUBTOTAL                  44.99
              SALES TAX                  3.15
              TOTAL                    $48.14
              CHECK                     48.14

XXXXX7171                                 TA
AUTH CODE 007891

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
     A        1     90        05/19/2010



LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576    (228) 463-8788

- SALE -
SALES #: S2350SK2 1041152     02-09-10

| | | |
|---|---|---|
| 234514 6 CT BOUNTY MEGA ROLL PAP | | 11.97 |
| 70972 16 18CI PVC NEW WORK BOX | | 1.30 |
| | 5 @ 0.26 | |
| 22734 3" WHT PVC S&D 45D ELBOW | | 4.46 |
| | 2 @ 2.23 | |
| 22733 3" WHT PVC S&D COUPLING | | 1.67 |
| 78963 HD TRI GRD ADAPTER 4402R | | 3.77 |
| 54547 TRIM KIT PRICE PFISTER VE | | 34.97 |
| 21611 1/2"90D ELL COP CXF W/EAR | | 4.67 |
| 28605 5/8"COMP SLEEVE   (3)    A | | 1.98 |
| 28606 5/8" COMP NUT (3)        A | | 2.88 |
| 28647 5/8" COMP UNION        A-3 | | 5.46 |
| 29236 HANDLE BUTTONS FOR PRICE | | 2.16 |
| 199950 PP TRP-LVR BRASS LINKAGE | | 5.79 |
| 195821 25W B10 DL MED BASE 6PK | | 4.98 |
| 203198 5 1/2" CLAMP LIGHT | | 6.48 |
| 28631 B DRAIN SCH40 TRIPLEVER C | | 19.47 |
| 147661 36" HICKORY SINGLE BIT AX | | 9.98 |
| 26507 50CFM 2.5SONES BATH FAN W | | 39.87 |

| | |
|---|---|
| SUBTOTAL: | 161.86 |
| TAX: | 11.33 |
| INVOICE 11572 TOTAL: | 173.19 |
| CHECK: | 173.19 |

STORE: 2350  TERMINAL: 11  02/09/10 15:03:46
# OF ITEMS PURCHASED:   22
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS





LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576    (228) 463-8788

- SALE -
SALES #: S2350KL1 1047075   04-23-10

| | | |
|---|---|---|
| 112255 CARNATION4 RD SH WHT TOILE | | 436.00 |
| | 2 @ 218.00 | |
| 316011 SS 8" DB TOPMNT SINK 20G | | 109.00 |
| 121802 50G 6YR ELEC SHORT WTR HT | | 311.00 |
| 61167 3/4"COMPX3/4"MPT COMP FIT | | 7.46 |
| 70641 CWD 1-G STD  SWITCH PLATE | | 0.22 |
| 85815 40W G16.5 MEDIUM BASE WHI | | 6.54 |
| | 3 @ 2.18 | |
| 297901 2H CHROME KIT FCT W/SPRAY | | 38.00 |
| 179858 CINCHTITE SOFT TARP | | 7.97 |
| 25205 3/4"FIPX3/4"FIPX18"SS WTR | | 17.76 |
| | 2 @ 8.88 | |
| 25113 3/8"C X 12" SS TOILET SUP | | 7.96 |
| | 2 @ 3.98 | |
| 103893 3/8"C X 16" SS FAUCET SUP | | 16.32 |
| | 4 @ 4.08 | |
| 5096 PNE LATT 208 1 1/8 X 1/4 | | 9.20 |
| | 2 @ 4.60 | |
| 14627 PFJ SHOE 129 11/16"X7/16" | | 75.32 |
| | 14 @ 5.38 | |

| | |
|---|---|
| SUBTOTAL: | 1,042.77 |
| TAX: | 72.99 |
| INVOICE 03542 TOTAL: | 1,115.76 |
| CHECK: | 1,115.76 |

STORE: 2350  TERMINAL: 03  04/23/10 11:49:00
# OF ITEMS PURCHASED:    35
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



MR EXHIBIT E - 00132



LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
HAVELAND, MS 39576   (228) 463-8788

- SALE -
SALES #: S2350PC1 1037310   02-13-10

| 2037 1/2"X24" TYPE L COPPR PIP | 6.57 |
| 21611 1/2"90D ELL COP CXF W/EAR | 4.67 |
| 71002 4"PVC ROUND COVER | 0.99 |
| 70972 1G 18CI PVC NEW YORK BOX | 0.26 |
| 39340 J/H TAPE W 700 MEDIUM 1 U | 1.97 |
| 130189 PVC HANDY BOX COVER-BLANK | 0.54 |
| 247027 5' SS ICEMAKER SUPPLY CON | 6.38 |
| 70014 12-2 COPPER NM/WG INDOOR | 24.44 |

| SUBTOTAL: | 45.82 |
| TAX: | 3.21 |
| INVOICE 13554  TOTAL: | 49.03 |
| CHECK: | 49.03 |

STORE: 2350  TERMINAL: 13   02/13/10 14:59:45
# OF ITEMS PURCHASED:        8
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S



More savi
More doir

STORE MANAGER SANDY SNYDER(985)641-6485
143 NORTH SHORE BLVD, SLIDELL, LA 70460

0365  00057  43034    05/04/10  10:13 AM
CASHIER SELF CHECK OUT - SCOT57

| 095076184808 18X80PRHNG <A> | 55.00 |
| 030699952342 SWITCH SCREW <A> | 3.97 |
| 808394     FAUCET CH <A> | 39.00 |

| SUBTOTAL | 97.97 |
| SALES TAX | 8.57 |
| TOTAL | $106.54 |
| CHECK | 106.54 |

XXXXX7171
AUTH CODE 005911                        TA



0365 57 43034 05/04/2010

MR EXHIBIT E - 00133



15220 CREOSOTE RD  GULFPORT,MS 39503
(228)867-9925 STORE MGR: DAVID BENOIT

2901  00059  00469    04/20/10  11:47 AM
CASHIER SELF CHECK OUT - SCO759

885911137645 BRAD NAILS <A>
  2@4.00                              8.00
    MAX REFUND VALUE $7.20/2
026613966069 BRASSCRAFT <A>
  4@4.44                             17.76
    MAX REFUND VALUE $16.00/4
6925699908427 LAV FAUCET <A>
  2@24.86                            49.72
    MAX REFUND VALUE $44.74/2
008033012915 31X19 V TOP <A>
  2@64.00                           128.00
    MAX REFUND VALUE $115.19/2
-----------Military Discount-------------
203.48 10% off, Max Discount $50 -20.35
MUST RETURN ALL ITEMS FOR A FULL REFUND
-----------------------------------------
                   SUBTOTAL     183.13
                   SALES TAX     12.82
                   TOTAL        $195.95
                   CHECK         195.95
XXXXX7171
AUTH CODE 007703                      TA



STORE MANAGER SANDY SNYDER(985)641-6485
143 NORTH SHORE BLVD, SLIDELL, LA 70460

0365  00002  22182   05/27/10  02:13 PM
CASHIER JULIE - JCF8CD

185435000655 1X4-8 NO2 WW <A>
  2@3.92                              7.84
075381020572 4'HANG ROD <A>
  5@5.37                             26.85
075381047142 12INX4FTSHEL <A>
  4@4.86                             19.44
075381066068 12BRK2PK <A>
  3@5.47                             16.41
075381075619 CLIPS <A>
                                      3.86
075381056298 BAR SUPPORT. <A>
  4@1.27                              5.08
811187010429 UTIL KNIFE <A>
                                      0.94
                   SUBTOTAL      80.42
                   SALES TAX      7.04
                   TOTAL         $87.46
                   CHECK          87.46
XXXXX7171
AUTH CODE 005267                      TA


0365 02 22182 05/27/2010



LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8788

- SALE -
SALES #: S2350JH3 581673    04-24-10

17880 21863                    7.68
  18X35 KOKO WELCOME IVY HA
23758 4706 94857               0.84
  3/4"ELL 45D CPVC 4706/948
            2 @   0.42
55594 50475L                   0.72
  3/4 SLIP X 1/2 HIP ADAPT
  INVOICE 84213 SUBTOTAL:      9.24



- SALE -
SALES #: S2350JH3 581673    04-24-10

326500 DU1014XTXQ            299.00
  WP DISHWASHER DU1014XTXQ
            [DELIVERY]
42937 ET1CHEXVQ              629.09
  WP 21CF TH REF ET1CHEXVQ(
  699.00  DISCOUNT EACH      -69.91
            [DELIVERY]
235957 RF111PXSQ            329.00
  WP ELEC RNG RF111PXSQ (16
            [DELIVERY]
148715 148715               16.89
  6' 3 WIRE RANGE CORD
            [DELIVERY]
  INVOICE 84214 SUBTOTAL:  1,273.98



  INVOICE 84213 SUBTOTAL:      9.24
  INVOICE 84214 SUBTOTAL:  1,273.98
            SUBTOTAL:      1,283.22
                TAX:          89.83
  BALANCE DUE:             1,373.05
          CHECK:           1,373.05

TOTAL DISCOUNT:             69.91
  STORE: 2350  TERMINAL: 07  04/24/10 10:05:55
# OF ITEMS PURCHASED:          8
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8788

- SALE -
SALES #: S2350NC1 1443983    04-23-10

23314 3/4" X 5' CPVC PIPE (HOT/    4.22
23754 3/4"ADAPTER F CPVC   602/    1.04
22643 3/4"90D ST EL FTGXP 4707-    0.52
23756 3/4"90D ELL CPVC             2.16
            4 @   0.54
22647 3/4"UNION CPVC PXCOMP4733    7.32
116022 1/2"LQ TIGHT STRAIGHT FIT   1.94
116025 1/2"LQ TIGHT 90DEG FITTIN   2.57
61155 JUMBO WAX RING WITH BOLTS    9.96
            2 @   4.98
59840 SPLIT FLANGE FOR 3/4"IPS     1.72
58748 FLOOR&CEILING PLATE 3/8 I   17.28
            8 @   2.16
307987 TF RETRACTABLE UTILITY KN   1.98
130357 1/2"LQ TITE FLEX CONDUIT-   2.32
            4 @   0.58

            SUBTOTAL:            53.03
                TAX:             3.71
  INVOICE 09504  TOTAL:          56.74
            CHECK:               56.74

  STORE: 2350  TERMINAL: 09  04/23/10 14:00:32
# OF ITEMS PURCHASED:     23
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



MR EXHIBIT E - 00135



LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8788

- SALE -
SALES #: S2350RM2 1465974    05-05-10

233965 GH WHITE MAGNETIC CATCH        1.07
145039 3/4"CPUCXBRASS MIPT TRANS      3.68
112460 2-1/8" BRASS CUP PULL          1.98

                  SUBTOTAL:            6.73
                       TAX:            0.47
       INVOICE 07749  TOTAL:           7.20
                      CASH:           20.00
                    CHANGE:           12.80

    STORE: 2350   TERMINAL: 07   05/05/10 11:05:48
    # OF ITEMS PURCHASED:            3
    EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



        THANK YOU FOR SHOPPING LOWE'S.
       SEE REVERSE SIDE FOR RETURN POLICY.
          STORE MANAGER: MARK TORTONASI

     HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:
             WWW.LOWES.COM/FEEDBACK
         STORE CODE: 23500-50510-07749

       WE HAVE THE LOWEST PRICES, GUARANTEED!
    IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
              SEE STORE FOR DETAILS.



LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8788

- SALE -
SALES #: S2350CC1 1470197    05-06-10

188626 16 OZ COTTON DECK MOP          7.67
305808 SELLARS WHITE SHOP RAGS 6      1.98
24650 1-1/2 OR 1-1/4 X 1-1/2 P        5.94
             2 @    2.97
25001 1-1/2 X 6 EXT TUBE SLIP J       5.36
             2 @    2.68
45072 DEER PARK .5L 24PK BOTTLE       3.97
102341 GATORADE 15 COUNT 20 OZ.       9.97

                  SUBTOTAL:           34.89
                       TAX:            2.44
       INVOICE 07838  TOTAL:          37.33
                     CHECK:           37.33

    STORE: 2350   TERMINAL: 07   05/06/10 08:34:30
    # OF ITEMS PURCHASED:            8
    EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



LOWE'S EXTERIOR SOLUTIONS

MR EXHIBIT E - 00136



LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8788

- SALE -
SALES #: S2350AC1 13          04-07-10

| | | |
|---|---|---|
| 95276 WHT OUTDR CEILING LENS W/ | | 19.98 |
| 255730 100 OZ. GAIN HE 2X LIQUID | | 19.96 |
| 2 @ | 9.98 | |
| 283728 75 OZ CASCADE COMPLETE | | 7.49 |
| 227439 5/32"X50'MULTI-COLOR POLY | | 2.27 |
| 220767 SYL 40W A15 CAND DBL LF B | | 5.98 |
| 79261 BRT EF 60W REP DAYLIGHT C | | 7.97 |
| 77180 BRT EF 60W REP BRIGHT WHT | | 7.97 |
| 308841 POLISHED BRASS SPRING DOO | | 21.84 |
| 13 @ | 1.68 | |
| 317365 3OZ GOO GONE | | 2.97 |
| 21485 3/4" PVC BALL VALVE SOCKE | | 3.17 |
| 23874 3/4" SCH40 TEE 401007 | | 0.33 |
| 89471 METAL WHITE LIGHT W/COVER | | 11.98 |
| 202069 18 GAL 44 CT COMPACTOR BA | | 14.68 |
| 319742 12 PK SCOTTS EXTRA SOFT T | | 9.98 |
| 309791 NIAGARA 32PK BOTTLED WATE | | 3.97 |

| | |
|---|---|
| SUBTOTAL: | 140.54 |
| TAX: | 9.84 |
| INVOICE 07455 TOTAL: | 150.38 |
| CHECK: | 150.38 |

STORE: 2350   TERMINAL: 07   04/07/10 10:17:52
**# OF ITEMS PURCHASED:      28**
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS




More saving.
More doing.™

1: 20 CREOSOTE RD  GULFPORT,MS 39503
(228)867-9925 STORE MGR: DAVID BENOIT

2901 00011 02995    04/14/10  12:50 PM
CASHIER CARLA - CXY1982

| | | |
|---|---|---|
| 6940500300320 TWNFMNT <A> | | 15.97 |
| 7459737334G2 3324 <A> | | 19.96 |
| 094803049717 MED CAB <A> | | 78.00 |
| 2@39.00 | | |

| | |
|---|---|
| SUBTOTAL | 113.93 |
| SALES TAX | 7.98 |
| TOTAL | $121.91 |
| CHECK | 121.91 |

XXXXX7171
AUTH CODE 007443                    IA


2901 11 02995 04/14/2010

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A        1     90          07/13/2010

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR



LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8788

- SALE -
SALES #: S2350PA2 1356122   04-01-10

| 60729 PFJ BASE 713 3-1/4"X9/16" | 39.51 |
| 3 @    13.17 | |
| 34660 PFJ C    3 1/4 X 11/1 | 50.88 |
| 6 @    6.36 | |
| 217407 GL FASTHIDE EXT LTX S/G W | 17.49 |
| 156460 WHITE OUTDOOR WALL LT | 4.47 |
| 146489 BRONZE AMBER GLASS SPHERE | 9.98 |
| 14077 4'      CHIME KIT LE- | 19.97 |
| 60376 P      ST. TYLO | 19.97 |
| 61391 PB ENTRY TYLO | 21.94 |
| 2 @    10.97 | |
| 31108 DC PREMIUM SMOKE ALARM W/ | 23.91 |
| 3 @    7.97 | |
| 87322 HZ GLD NRW BTM LIGHT CNT | 4.98 |
| 51844 DRP 52" CHESHIRE POLISHED | 38.96 |
| 53431 DRP 42" CHESHIRE POLISHE | 127.41 |
| 3 @    42.47 | |
| 283109 2PACK 13'FLUSHMOUNT BRONZ | 19.77 |
| 45    LT BRONZE OCTAGON RACE | 29.96 |
| 2 @    14.98 | |
| 74457 CEILING FIXTURE 6" DY61208 | 5.98 |
| 96022 5-LITE CHAND.FROST GL.RB | 39.98 |

| SUBTOTAL: | 475.16 |
| TAX: | 33.26 |
| INVOICE 02190 TOTAL: | 508.42 |
| CHECK: | 508.42 |

STORE: 2350   TERMINAL: 02   04/01/10 12:22:10
# OF ITEMS PURCHASED:   31
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS





LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8788

- SALE -
SALES #: S2350VG1 1045340   03-17-10

| 217413 5GL FASTHIDE EXT LTX S/G | 78.49 |
| 69122 NAIL COMMON BRIGHT 1 LB 8 | 3.24 |

| SUBTOTAL: | 81.73 |
| TAX: | 5.72 |
| INVOICE 11661 TOTAL: | 87.45 |
| CHECK: | 87.45 |

STORE: 2350   TERMINAL: 11   03/17/10 16:30:46
# OF ITEMS PURCHASED:   2
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



LOWE'S EXTERIOR SOLUTIONS



LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8788

- SALE -
SALES #: S2350BH1 1237799      03-22-10

71105 RUBBER PIGTAIL SOCKET S14        17.15
                    5 @      3.43
268961 18G 1-3/4" BRAD NAIL 1N          5.18
94465 18GA 1-1/2IN BRADS 1H             4.98
188850 4-3/8" ROLLER REPLAC FINI        3.04
126142 BOS 16G 2" FINISH NAIL          11.89
220074 DRP 100W A19 SOFTWHITE 4P        0.78
249464 75W DOUBLE LIFE SOFT WHIT        3.88
126465 6 PACK TERRY TOWELS - FF         3.98
13431 (9769) 24" 6 PNL LH PFJ 3       177.00
                    3 @     59.00

                SUBTOTAL:      227.88
                     TAX:       15.95
       INVOICE 03242  TOTAL:    243.83
                   CHECK:       243.83

   STORE: 2350   TERMINAL: 03   03/22 10 12:40:43
   # OF ITEMS PURCHASED:            15
   EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



      LOWE'S EXTERIOR SOLUTIONS

      TRUST LOWE'S TO HANDLE YOUR
    DECK, FENCE, SIDING, ROOFING,
        OR WINDOW INSTALLATION.



LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8788

- SALE -
SALES #: S2350LF1 814314      03-26-10

16032 36" PROSTEEL 6 PNL RH UNI       232.00
                    2 @    116.00
68815 36" RB LAUREL FAN LITE BR       222.00
70590 CVD 15A 2 SINGLE POLE SWI         8.26
3N8841 POLISHED BRASS SPRING 100        1.68
78785 CVD 2-G MIDI NYLON                1.24
71105 RUBBER PIGTAIL SOCK...            6.86
                    2 @      3.43
69153 8D BRIGHT FINISH NAIL 1LB         3.24
69154 NAIL FINISH BRIGHT1LB 10D         3.24

                SUBTOTAL:      478.52
                     TAX:       33.50
       INVOICE 03541  TOTAL:    512.02
                   CHECK:       512.02

   STORE: 2350   TERMINAL: 03      10 10:47:01
   # OF ITEMS PURC:            10
   EXCLUDES FEES, SERVICES AND     ORDER ITEMS

**LOWE'S®**

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8788

- SALE -

SALES #: S2350PH2 1350J122      03-17-10

| 34660 PFJ CASE 356 2 1/4 X 11/1 | 26.95 |
| | 5 @      5.39 |
| 181647 PFJ STOL 1021 5 1/4 X 11/ | 96.80 |
| | 5 @     19.36 |
| 14627 PFJ SHOE 129 11/16"X7/16" | 27.36 |
| | 6 @      4.56 |
| 160730 PFJ BASE 713 3 1/4 X 9/16 | 74.40 |
| | 5 @     14.88 |
| 160729 PFJ BASE 713 3-1/4"X9/16" | 156.24 |
| | 14 @     11.16 |
| 245840 CWD 15# 3-PK RESI OFI REC | 57.90 |
| | 2 @     28.99 |
| 70687 CWD 1-G STD DECORATOR PLA | 3.54 |
| | 6 @      0.59 |

| SUBTOTAL: | 443.27 |
| TAX: | 31.03 |
| INVOICE 02226 TOTAL: | 474.30 |
| CHECK: | 474.30 |

STORE: 2350 TERMINAL: 02  03/17/10 11:45:30
# OF ITEMS PURCHASED:      43
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

LOWE'S EXTERIOR SOLUTIONS



---

**LOWE'S®**

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8788

- SALE -

SALES #: S2350VR1 1403627      03-14-10

| 179858 CINCHTITE SOFT TARP | 7.97 |
| 72606 CWD 1-G 10-PK STD RECEPT | 5.94 |
| | 3 @      1.98 |
| 211157 20A COMBINATION AFCI BREA | 69.94 |
| | 2 @     34.97 |
| 71240 CWD 3-WIRE FLUSH RANGE OU | 5.09 |
| 71247 CWD 3-WIRE FLUSH DRYER OU | 4.07 |
| 65702 CWD 1-G MIDI NYLON POWR O | 1.92 |
| 71105 RUBBER PIGTAIL SOCKET S14 | 3.43 |

| SUBTOTAL: | 98.36 |
| TAX: | 6.89 |
| INVOICE 03335 TOTAL: | 105.25 |
| CHECK: | 105.25 |

STORE: 2350 TERMINAL: 03  03/14/10 15:46:48
# OF ITEMS PURCHASED:      10
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



```
LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576  (228) 463-8788

              - SALE -

SALES #: S2350JM2 12437        03-08-10

47496 RED MINIBNUTS 25 BAG ID         2.79
72604 CWD 15A 10-PK REST RECEPT      10.50
                          3 @  3.50
25040 1-1/4 X 6 EXT TUBE SJ WHI       2.60
24050 1-1/4 OR 1-1/4 X 1-1/2 P        5.94
                          2 @  2.97
60465 1-1/2 END OUTLET WASTE DC       6.15
39906 1.5" SAFE RELEASE PAINTER       5.99
39605 8" 1PK POLESAW CHAIN 30S        9.22
20417 OHMPAK 7.5" ID LINEMAN PL       9.97
25100 3/8"C X 12" SS FAUCET SUP       7.56
                          2 @  3.78
103993 3/8"C X 16" SS FAUCET SUP      4.08
25730 100 OZ. OXIN HE 2X LIQUID      19.96
                          2 @  9.98

              SUBTOTAL:             84.04
                   TAX:              5.94
INVOICE 06868    TOTAL:             90.78
                 CHECK:             90.78

STORE: 2350  TERMINAL: 06   ..ID : 16   '10 11:33:22
# OF ITEMS PUR...
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS
```



```
LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576  (228) 463-8788

SALES #: S2350DH1 1237799       03-12-10

22694 3/4" SCHA0 ELBOW 409007         0.67
142078 3/4" X 12" LONG CHLD CHTS      9.96
23546 RUBBR DISHWASHR/DISPOSR C       1.66
220816 4 OZ LN SMALL PROJECTS (4      3.38
76193 3" LOCK BACK BONE HANDLE       12.98
88502 3" ALL PAINTS BRUSH FF          8.97
86752 2" ALL PAINTS BRUSH FF          6.97
256293 2PK 4" TEFLON REFILLS SHU      5.46
23972 3/4"X/S40 PVC PIPE PLAIN        1.28
47564 50L KILZ 2 MASTRCDN 20000     198.00
                          3 @ 66.00
1204 1X2X4 'SELECT PINE               1.97
1406 1X2X4 TOP CHOICE #2 UNTWD        1.56
5202 5.2X4 2X4 LAHAN PLYWOOD          5.18

              SUBTOTAL:            258.04
                   TAX:             18.06
INVOICE 02646    TOTAL:            276.10
                 CHECK:            276.10

STORE: 2350  TERMINAL: 02   03/12/10 09:13:30
# OF ITEMS PUR...ASED: 15
EXCLUDES FEES, SRVICES ...PECIAL ORDER ITEMS
```

# LOWE'S®

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576  (228) 463-8788

- SALE -

SALES #: S2350NSK2 T041152    02-23-10

| | | |
|---|---|---|
| 36572 1 SETTING WALL MOUNT SHWR | 9.98 | |
| 33490 ENERGIZER D 4PK | 5.94 | |
| 21610 1/2"90DEG ELL COPPER CXC | 1.10 | |
| 2 @ 0.55 | | |
| 21840 1/2"CXM ADAPTER COPPER | 2.24 | |
| 2 @ 1.12 | | |
| 66921 8 DRAIN TUBULR STRNR DOM | 18.48 | |
| 20705 SPECIAL DONATION PROGRAMS | 1.00 H | |

| | |
|---|---|
| SUBTOTAL: | 38.74 |
| TAX: | 2.64 |
| INVOICE 11296 TOTAL: | 41.38 |
| CHECK: | 41.38 |

# OF ITEMS PURCHASED: 7
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

STORE: 2350   TERMINAL: 11   02/23/10 09:00:00

OPEN 7 DAYS A WEEK 8AM TO 9PM
THANKS FOR SHOPPING WITH US
HAVE A NICE DA

MR EXHIBIT E - 00143



EXHIBIT

E





MR EXHIBIT E - 00146



MB EXHIBIT E - 00147



MR EXHIBIT E - 00148



MR EXHIBIT E - 00149



MR EXHIBIT





MR EXHIBIT E - 00152



MR EXHIBIT E - 00153



MR EXHIBIT E - 00154

247



RAPP, CHARI - 249 GULFSIDE 1

00156

EXHIBIT

F



RAPP, CHART, 249 GULFSIDE 2

MR EXHIBIT 20157



EXHIBIT E - 00158

RAPP, CHART - 240 GULFSIDE



MR EXHIBIT 00159



RAPP, C. (IXRI)
ME...00160

RAPP, CHARI - 249 GULFSIDE 6

00161



RAPP, CHARI - 249 GULFSIDE 7

EXHIBIT E - 00162



RAPP CHARI - 249 GULFSIDE 8

R EXHIBIT E - 00163



MR... ...00164



RAPP. CHART - 249 GULFSIDE 10

KPT-DUTLE-00165



MR EXHIBIT E - 00166



RAPP, OHARI - 249 GULFSIDE 12

MB-EXHIBIT 00167



RAPA_CHARL - 248 GULFSIDE 13

MRE_EXHIBIT - 00168



RAPP, CHARI - 249 GULFSIDE 14

IMR EXHIBIT E-200169



MR EXHIBIT C - 00170



MR EXHIBIT E - 00171

RAPP - 249 GUI FS025-1E