

MR EXHIBIT E - 00172



MR EXHIBIT E 00173



MR EXHIBIT E - 00174



PLAINTIFFS' EXHIBIT 00175



MDL EXHIBIT E - 00176



MR EXHIBIT E - 00177



MR EXHIBIT E - 00178



MR EXHIBIT E - 00179



MRGOA000200180



MR EXHIBIT E - 00181



MR EXHIBIT E - 00182



MR EXHIBIT E - 00183

MR EXHIBIT E - 00184



RAPP - 249 GULFSIDE 30

MR EXHIBIT E - 00185



RAPP - 300 GULFSIDE 1

MR EXHIBIT E - 00186



MR EXHIBIT E-000187

RAPP - 001 GULFSIDE 2



MR EXHIBIT 00188

RAPP - 300 GULFSIDE 3



MR 00189

MR EXHIBIT E - 00190

RAPP - 300 GULFSIDE 5

B4PP

MR EXHIBIT E 00191



MR EXHIBIT E - 00192



RAPP - 300 GULFSIDE 8

MR 00193



MR EXHIBIT E - 00194



MR EXHIBIT 00195

RAPP 300 GULFSIDE 10



RAPP - 001 GULFSIDE 11

MR EXHIBIT 00196