

MR EXHIBIT E-00197



MH EXHIBIT E-00198



RAPP - 300 GULFSIDE 14

MR EXHIBIT E 00199





MR EXHIBIT B.00201



RAPP - 300 GULFSIDE 16-28 INDICIA 17

MR EXHIBIT 00202



RAPP - 300 GULFSIDE 16-28 INDICIA 18

INEX-SUPP11-200203



RAPP - 300 GULFSIDE 16-28 INDICIA 19

JUR Exhibit 15-00204



RAPP - 300 GULFSIDE 16-28 INDICIA 20

MF EXHIBIT E - 00205



MR EXHIBIT 00206

RAPP - 300 GULFSIDE 16-28 INDICIA 21



MR EXHIBIT E - 00208

RAPP - 300 GULFSIDE 16-28 INDICIA 23



MR EXHIBIT E - 00209

RAPP - 300 GULFSIDE 16-28 INDICIA 24



MR EXHIBIT E - 00210



MR EX 2 00211



MR EXHIBIT E - 00212

RAPP - 300 GULFSIDE 16-28 INDICIA 27



MR EXHIBIT E - 00213

MR EXHIBIT E - 00214

249 GULFSIDE – RAPP, CHARI

## EXPENSES ASSOCIATED WITH REMEDIATON OF

## 249 GULFSIDE - RAPP, CHARI

| | | | |
|---|---|---|---|
| 7-23-09 | Unknown Invoice | Repaired 4 water hose bibbs and two hoses | 150.00 |
| 10-12-09 | Timothy Elsworth | Repair drywall 4' down – prime and paint | 1000.00 |
| 11-12-09 | Total Comfort | Install of Goodman 2 ton 14 seer heat pump system – Install duct to utility room | 4093.82 |
| 8-1-09 | ARC  Classic Cabinetry | | 4639.48 |
| 11-13-09 | Designs Unlimited, LLC | Flooring | 2324.03 |
| 9-22-09 | Building Materials Wholesale | Unknown | Unknown |
| 8-21-09 | Southern Pipe and Supply | Unknown | 16.00 |
| 7-31-09 | Southern Pipe and Supply | Unknown | 396.90 |
| 09-23-09 | Southern Pipe and Supply | Compression stop and outlet stop | 24.75 |
| 1-15-10 | Southern Pipe and Supply | Connect Adapter | 4.91 |
| 6-7-12 | Kevin Farve | 100 Amp GE Breaker and 20 Amp GE Breaker | 187.50 |
| | | | |

## Total Amount of above invoices $12,837.39



1

MR EXHIBIT E - 00215

## Howard J Rapp, III

100 Idlewood Drive
Waveland, MS   39576
Phone 228-467-3777 Fax 228-467-7867

# INVOICE

INVOICE #101
DATE: JUNE 1, 2010

TO:
Chari and Howard Rapp, Jr.
300 Highway 90
Waveland, MS   39576
228-216-7079

FOR:  249 GULFSIDE ST.
Waveland, MS   39576

| DESCRIPTION | AMOUNT |
|---|---|
| Remove sheetrock and insulation and cleanup and haul away | |
| Dumpster rental | |
| Clean studs and clear from sheetrock debris | |
| Ruff in wiring | |
| Trim and hang door, molding and window seals | |
| Paint doors trim and caulking | |
| Rework plumbing | |
| Set bathtub, toilets bathroom sink and all fixtures in bathroom | |
| Hang light fixtures and fans | |
| Set and hook up dishwasher, oven, oven fan and run water line to ref. | |
| Clean up between jobs and haul off scrapes | |
| Prep floors for flooring | |
| Set heaters and fans and medicine cabinet in baths | |
| Install all smoke detectors | |
| Reset and plumb new hot water heater | |
| Set dryer vent in utility room | |
| Run cable and phone lines | |
| Final clean up before final inspection from city | |
| Trim out electrical | |
| Put shelving in closets | |
| Install new Insulation | |
| Install kitchen sink | |
| Install new Washer/Dryer Hookup | |
| | |
| Trim out door knobs and locks | |
| | Total $24,850 |

```
    240•89  +
  1,459•36  +
    510•99  +
    411•36  +
    128•47  +
     57•1   +
     23•51  +
     99•    +
     19•51  +
     11•26  +
     65•48  +
     94•25  +
    112•07  +
    133•72  +
    327•97  +
     91•6   +
    509•93  +
    144•8   +
     62•83  +
    141•02  +
    129•64  +
     87•32  +
     64•16  +
    632•97  +
    111•11  +
     21•35  +
     67•84  +
     27•39  +
     74•2   +
     10•46  +
      4•29  +
    136•    +
  1,000•    +
    150•    +
     65•48  +
  4,093•82  +
  4,639•48  +
  2,324•03  +
    254•23  +
     16•    +
    395•9   +
     24•73  +
      4•91  +
 18,980•43  *
```

249 Gulfside St Waveland MS

EXHIBIT E - 00217



# SPECIAL SERVICES CUSTOMER INVOICE

Store 2918 WAVELAND
318 U S HWY 90
WAVELAND, MS 39576
Phone: (228) 467-0668
Salesperson: SH87E9
Reviewer:

This is only a QUOTE for the merchandise and services printed below. This becomes an Agreement upon payment and an endorsement by a Home Depot register validation.

| SOLD TO | | | | |
|---|---|---|---|---|
| Name | RAPP HOWARD | | Work Phone | (228) 342-2803 |
| Address | 100 IDLE WOOD | | | |
| City | WAVELAND | | Company Name | |
| State | MS | Zip 39576 | County HANCOCK | Job Description S/O AC DOOR |

Home Phone

**SALE**

**VALIDATION AREA**

No. 2918-16354

Page 1 of 3

CUSTOMER AGREEMENT # 16354
RECALL

We reserve the right to limit the quantities of merchandise sold to customers

QUOTE is valid for this date 01/11/2010

| | AMOUNT |
|---|---|
| SALES TAX | 61.00 |
| TOTAL | 4.08 |
| CHECK | $65.48 |
| | 65.48 |

72 RM946C   01:49 P

TA

EXHIBIT E

## MERCHANDISE AND SERVICE SUMMARY

ESTIMATED ARRIVAL DATE: 02/01/2010

## CUSTOMER PICKUP #1

S.O. MERCHANDISE TO BE PICKED UP:

| S.O. REF # | SKU | QTY | UM | DESCRIPTION | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|
| S0101 | 554-779 | 1.00 | EA | J52H1FADLELH / <> 23" X 53 1/2" - D, R.O. 25" X 56 / J52H1FADLELH (#1) <> CATEGORY=INTERIOR DOOR PRIMARY SURFACE=SMOOTH STYLE=FLUSH PRODUCT LINE=MANUFACTURER=STEVES & SONS PRODUCT SURFACE=SMOOTH PRODUCT CONFIGURATION=PREHUNG | Y | $46.20 | $46.20 |
| S0102 | 554-779 | 1.00 | EA | J52H1FADLELH / (CONTINUED) SLAB WIDTH=23"SLAB SIZE HEIGHT=53 1/2"ROUGH OPENING HEIGHT=56 1/2"ROUGH OPENING WIDTH=25"DOOR THICKNESS=1-3/8"DOOR THICKNESS TYPE=HOLLOW CORE JAMB SIZE=4-9/16" PRIMED FLAT CASING CASING=CUSTOM HINGES=STA | Y | $0.00 | $0.00 |
| S0103 | 554-779 | 1.00 | EA | J52H1FADLELH / (CONTINUED) NDARD BRASS|HANDING=LEFT HAND INSWING|SKU-554779|SPECIAL ORDER OPTION=NO | Y | $0.00 | $0.00 |
| S0104 | 554-779 | 1.00 | EA | J52H1FADLELH / (CONTINUED) UPCHARGE NA / UPCHARGE APT TO (#1) PREHUNG CUTDOWN UPCHARGE FLUSH DR [ BASE ] | Y | $15.00 | $15.00 |

REF # W02   SKU # 515-664   Customer Pickup / Will Call
S/O STEVES & SONS, INC.   REF # S01

VALID FOR PICKUP

---

No. 2918-16354

WILL-CALL MERCHANDISE Pickup
Will-Call Items will remain in the store for 7 days only.
Check your current order status online at
www.homedepot.com/orderstatus

FOR WILL CALL MERCHANDISE PICK-UP:
PROCEED TO WILL CALL OR
SERVICE DESK AREA
(Pro Customers, Proceed To The Pro Desk)

Customer Copy

(9001) 010002116

...CIAL SERVICES CUSTOMER INVOICE - Continued

Last Name: RAPP

Page 2 of 3   No. 2918-16354

**CUSTOMER PICKUP #1**
(Continued)

| REF #W02 |
|---|

VENDOR - SPECIAL INSTRUCTIONS:   2.1.4:·
SCHEDULED PICKUP DATE:· Will be scheduled upon arrival of all S/O Merchandise

END OF CUSTOMER PICKUP - REF #W02

| MERCHANDISE TOTAL: | $61.20 |
|---|---|

**TOTAL CHARGES OF ALL MERCHANDISE & SERVICES**

| | |
|---|---|
| ORDER TOTAL | $61.20 |
| SALES TAX | $4.28 |
| TOTAL | $65.48 |
| BALANCE DUE | $65.48 |

END OF ORDER No. 2918-16354

MR EXHIBIT E - 00219

Customer Copy

**LOWE'S**

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576
(228) 463-8708
-SALE-

SALES #: S2350RK1 1047075E        08-25-09

| | | |
|---|---|---|
| 121507 1/2 4X8 XP - WALLBOARD | | 53.88 |
| | 6 @ 0.98 | |
| 21603 3E5" RR 6 PANEL RH | | 139.00 |
| 60015 3E5" RB LAUREL FAN LITE BR | | 222.00 |
| 3969 1000 SHINS NELSON 14PC PA | | 2.76 |
| | 2 @ 1.38 | |
| 130187 18DMG PVC HANDY BOX | | 0.68 |
| 130189 PVC HANDY BOX CONTR-BLANK | | 0.48 |
| 22900 2" SCH40 CAP 447020 | | 1.13 |
| 39930 JH 25'X 1" POWERLOCK TAPE | | 6.98 |
| 6432 P8 PROJECT PACK T1/2 2X2 | | 34.92 |
| 186341 28"STEEL GA06 KEY 532X6 | | 12.04 |

| SUBTOTAL: | 478.57 |
|---|---|
| TAX: | 33.36 |
| INVOICE 03145 TOTAL: | 509.93 |

| BALANCE DUE: | 509.93 |
|---|---|

| CHECK : | 509.93 |
|---|---|

2350 TERMINAL: 03  08/25/09 10:51:23

# OF ITEMS PURCHASED : 16
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S™
RECEIPT REQUIRED FOR CASH REFUND.
CHECK PURCHASE REFUNDS REQUIRE
15 DAY WAIT PERIOD FOR CASH BACK.

---

**LOWE'S**

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576
(228) 463-8708
-SALE-

SALES #: S2350RK1 1227759        07-13-09

| | | |
|---|---|---|
| 289755 TREATED PLYWOOD 3/4" X4X8 | | 32.95 |
| 121507 1/2 4X8 XP - WALLBOARD | | 17.95 |
| | 2 @ 8.98 | |
| 6005 CX6X96 KD HW SPECT STUD | | 9.40 |
| | 5 @ 1.88 | |
| 69190 RO-2 PC DRYWALL CHEA-1 LB | | 3.68 |
| 23931 2" SCH40 COUPLING 429 | | 1.26 |
| | 2 @ 0.63 | |
| 23322 36' ROLLEX SPACKLING | | 3.97 |
| 42585 ROLL/WHITE SHOP TOWELS - | | 1.98 |
| 104126 LONG HANDLE WIRE BRUSH - | | 4.94 |
| 125584 DRP 3-PACK PUTTY KNT 2"-3 | | 1.38 |
| 224272 42 GAL 24 CT 9ML CONTRACT | | 14.98 |
| 228578 SATIN NICKEL 3/8" SLF CLS | | 13.35 |
| | 5 @ 2.67 | |
| 29039 SATIN NICKEL SLF C'S 3/8" | | 2.97 |
| 292531 """"" NIKKEL 1.5 " EGG KN | | 17.02 |
| | 6 @ 2.97 | |
| 47197 10X1-1/4 STAINLESS HWH HE | | 1.67 |
| 293301 2" GENERAL PURPOSE BRUSH | | 4.97 |

| SUBTOTAL: | 135.33 |
|---|---|
| TAX: | 9.47 |
| INVOICE 02652 TOTAL: | 144.80 |

| BALANCE DUE: | 144.80 |
|---|---|

| CHECK : | 144.80 |
|---|---|

### THE HOME DEPOT #2901
15220 CRESOTE RD GULFPORT, MS 39503
(228)867-9925 STORE MGR: DAVID BENOIT

2901 00001 68591        11/03/09
61 CCXXLZ               06:08 PM

SALE

```
047871403745 SMOKE DET <A>          13.94
                            206.97
  NLP Savings     $2.04
7459717334062 3/4 WARN <A>          19.96
09480304971? MED CAB <A>            39.00
6947593090038 2L BATH WH <A>        12.71
                SUBTOTAL            85.61
                SALES TAX            5.99
                TOTAL              $91.60
                CHECK               91.60

XXXXX7171
AUTH CODE 007891                        TA

NEW LOWER PRICE (NLP)SAVINGS $2.04
```

RETURN POLICY DEFINITIONS
POLICY ID  DAYS  POLICY EXPIRES ON
A          1     90   02/01/2010

2901 01 68591 11/03/2009 3190

---

### LOWE'S
LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-6788
-SALE-

SALES #: S235DSL1 1326153        08-05-09

```
12011 ALL WEATHER ROOF CEMENT .         9.98
45972 DEER PARK .5L 24PK BOTTLE         3.97
247029 6'UNIVERSL RUBBR WASHNAC         7.32
76420 LEAD ANCHORS#10-1  (4X1-1         1.95
2462X 1-1/2 X 1-1/2 NUT SLIP JO         1.64
24358 1-1/2 RUBBER WASHER SLIP          2.20
22054 1.5" PVC STR MALE ADPTR           0.83
23335 1.5" PVC 22.5 ELBOW 324 0         1.21
247027 5' SS ICEMAKER SUPPLY COM        6.38
59017 1/4-20X2-3/4X1-3/8 U-BOLT         4.68
66321 8 DRAIN TRPLUN STRHR DOM         18.48

                SUBTOTAL               58.72
                TAX                     4.11
INVOICE 11011 TOTAL:                   62.83

BALANCE DUE:                           62.83

CHECK :                                62.83
```

---

### LOWE'S
LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-8788
-SALE-

SALES #: S235DSL1 1324*          09-22-09

```
31108 DC PREMIUM SMOKE ALARM 1I/        23.91
                  3 @    7.97
50137 17.5OZ ROACH & ANT FLORAL          2.97
211157 20N COMBINATION AFCI BREA       104.91
                  3 @   34.97

                SUBTOTAL              131.79
                TAX                     9.23
INVOICE 09328 TOTAL:                  141.02

BALANCE DUE:                          141.02

CHECK :                               141.02

2350 TERMINAL: 09  09/22/09 13:46:24
```

MR EXHIBIT E - 00221