

**LOWE'S HOME CENTERS, INC.**
2151 JOHN HILL BLVD.
GULFPORT, MS 39501
(228)867-9000
-SALE-

SALES #: S0466LK2 120059     11-03-09

79187 (NC DK1005PB) 5LT CHNDELR     39.98
95266 13"CLEAR SWIRL C.FIXTURE     19.98

SUBTOTAL:     59.96
TAX:     4.20
INVOICE 37684 TOTAL:     64.16

BALANCE DUE:     64.16

CHECK :     64.16

0466 TERMINAL: 37   11/03/09 18:40:13

---

**THE HOME DEPOT 2918**
318 U S HWY 90 MANAGER DEBBIE KOPSZYWA
WAVELAND, MS 39576 (228)467-0668

SALE

2918 00001 24610     11/11/09
12 BSU31F     10:33 AM

0306990004515 TOGGLE BOLT <A>     1.92
0398000691116 AA 6-PACK <A>     5.29
0956249984409 MOULDING <A>     74.40
8080.93

SUBTOTAL     74.40
SALES TAX     5.71
TOTAL     $87.32
CHECK     87.32

XXXXX7171     TA
AUTH CODE 005201

2918 01 24610 11/11/2009 3503

---

**LOWE'S HOME CENTERS, INC.**
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-8788
-SALE-

SALES #: S2351SL1 1324908     11-30-09

138026 DRILL PUMP (25761)     6.94
219975 10 OZ ALEX ULTRA ALUMINUM     3.98
82594 1/4"-20X3/4" HEX HD BOLT     2.73
55952 1/4" FENDER WASHER 807102     3.37
82601 1/4"-20X1" HEX HD BOLT 80     2.97
23139 1/4-20NYLN INSRT LCK NUT     3.43
33314 JH ENERGIZER 5U 2PK     5.94
19808 2 PK POLYMER HOSE CAPS     0.98
36708 1/2 POLY HOSE REPAIR-FEMA     3.34
   2 @     1.67
94542 4PK NERDY MIXED RATXMOUSE     5.47
217413 5GL FASTHIDE EXT LTX S/G     66.00
24403 ALUMINUM FLAT 1/8X3/4X3     4.17
67943 24X24 ENERGY HINE (FLA)     3.87
301985 CLASSIC METAL PISTOL NOZZ     5.97

SUBTOTAL:     121.16
TAX:     8.48
INVOICE 07743 TOTAL:     129.64

BALANCE DUE:     129.64

CHECK :     129.64

2350 TERMINAL: 07   11/30/09 14:37:06

# OF ITEMS PURCHASED: 15
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

**Receipt 1**



```
            LOWE'S HOME CENTERS, INC.
                 9020 HIGHWAY 603
                 WAVELAND, MS 39576
                   (228)463-8788
                       -SALE-
SALES #: S2350OBL1 1328153        10-28-09

87222 HZ OLD NRN BTN W/WHT CNT         14.97
245664 20A GFCI WHITE (136456)          4.98

                 SUBTOTAL:              19.95
                 TAX:                    1.40
INVOICE 11177    TOTAL:                 21.35

                 BALANCE DUE:           21.35

                 CASH :                 22.00
                 CHANGE :                0.65

# OF ITEMS PURCHASED: 3

2350 TERMINAL: 11  10/28/09 16:21:10
```

**Receipt 2**

```
            LOWE'S HOME CENTERS, INC.
                 9020 HIGHWAY 603
                 WAVELAND, MS 39576
                   (228)463-8788
                       -SALE-
SALES #: S2350OLX1 1044699        10-28-09

245664 20A GFCI WHITE (136456)         14.97
211157 20A COMBINATION RFCI BREA       34.97
74495 P8/CRYSTAL C FIXT                 5.88
  2 @
41356 HZ POLISH BRSS W/WHT BAR          7.96
  2 @
70663 30 SWITCH PLATE 2141W-SP-         3.98
  2 @
78705 20 MIDI PL P.010W-SP-1            1.35
70642 20 SWITCH PLATE 2139W-SP-         1.24
  3 @
60551 BROWN OUTDR WALL ONION LT         2.16
63853 SS 11"SRL/CL GL5 P8(2PK)X4        0.72

                 SUBTOTAL:             103.84
                 TAX:                    7.27
INVOICE 06510    TOTAL:                111.11

                 BALANCE DUE:          111.11

                 CHECK :               111.11

2350 TERMINAL: 06  10/28/09 12:40:02
```

**Receipt 3**

```
            LOWE'S HOME CENTERS, INC.
                 9020 HIGHWAY 603
                 WAVELAND, MS 39576
                   (228)463-8788
                       -SALE-
SALES #: S2350SS1 814314          11-02-09

160730 PFJ BASE 713 3 1/4 X 9/16       44.64
  3 @     14.88
160729 PFJ BASE 713 3-1/4"X9/16"      133.92
 12 @     11.16
13438 (9774) 32" 6 PNL RH PFJ 3        59.00
13437 (9775) 32" 6 PNL LH PFJ 3        59.00
13434 (9772) 30" 6 PNL RH PFJ 3        59.00
13435 (9773) 30" 6 PNL LH PFJ 3        59.00
  2 @     59.00                        118.00
13430 (9768) 24" 6 PNL RH PFJ 3        59.00
  2 @     59.00                        118.00

                 SUBTOTAL:             591.56
                 TAX:                   41.41
INVOICE 02609    TOTAL:                632.97

                 BALANCE DUE:          632.97

                 CHECK :               632.97

2350 TERMINAL: 06  11/02/09 15:...
```

MR EXHIBIT E - 00223

## Receipt 1



**LOWE'S**

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-8788
-SALE-

SALES #: S2350DL1 1320153      10-06-09

| | |
|---|---|
| 196104 2"CORNER BRACE/ZINC PLATE | 2.47 |
| 178371 260 QUIKO 4 PTH CFL REPLAC | 7.90 |
| 45072 DEER PARK .5L 24PK BOTTLE | 3.97 |
| 239094 5GL OLY 15YR CEILING PNT | 48.98 |

| | |
|---|---|
| SUBTOTAL: | 63.40 |
| TAX: | 4.44 |
| INVOICE 06980 TOTAL: | 67.84 |
| BALANCE DUE: | 67.84 |
| CHECK: | 67.84 |

2350 TERMINAL: 06   10/06/09 12:59:19

## Receipt 2

**LOWE'S**

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-8788
-SALE-

SALES #: S2350NN1 1041099      08-14-09

| | |
|---|---|
| 2037 1/2"X24" TYPE L COPPR PTP | 5.53 |
| 44921 1.75 OZ NO. 5 THREAD SEAL | 3.26 |
| 59406 8MM LOCK WASHER 810351.5 | 2.02 |
| 24472 1/2"X6"CHROME SHWR ARM & | 3.86 |
| 21732 1/2"X3/4"CXM ADAPTER COPP | 1.74 |
| 21040 1/2"CXM ADAPTER COPPER | 0.96 |
| 11273 1/2"CXC COUPLING 10PK CUP | 2.80 |
| 24500 BATHTUB SPOUT | 5.33 |

| | |
|---|---|
| SUBTOTAL: | 25.60 |
| TAX: | 1.79 |
| INVOICE 11451 TOTAL: | 27.39 |
| BALANCE DUE: | 27.39 |
| CHECK: | 27.39 |

2350 TERMINAL: 11   08/14/09 16:28:38

## Receipt 3

**LOWE'S**

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-8788
-SALE-

SALES #: S2350NV3 1041134      08-20-09

| | |
|---|---|
| 141701 4" PRO VENT LOUVER EXHAUS | 6.34 |
| 104190 GRAIN LEATHER W/BALL AND | 9.98 |
| 33314 JH ENERGIZER 9V 2PK | 5.94 |
| 67943 24X24 ENERGY AIRE (FLR) | 3.87 |
| 126010 24" INDOOR PUSHBROOM | 12.76 |
| 15.97 DISCOUNT EACH | -3.19 |
| 2 @ | 8.97 |
| 226589 12X1"ROOFING SCREW DRILL | 17.94 |
| 142133 SPEC WASP & HORNET KILLER | 2.97 |
| 47051 SCREEN FRAME CORNER WHITE | 1.81 |
| 70972 10 16CT PVC NEW WORK BOX | 0.25 |
| 205287 NITE-IZE LED UPGRADE KIT | 7.47 |

| | |
|---|---|
| SUBTOTAL: | 69.35 |
| TAX: | 4.85 |
| INVOICE 06548 TOTAL: | 74.20 |
| BALANCE DUE: | 74.20 |
| CHECK: | 74.20 |
| TOTAL DISCOUNT: | -3.19 |
| # OF ITEMS PURCHASED: | 11 |

2350 TERMINAL: 06   08/20/09 11:01:09

MR EXHIBIT E - 00224



**LOWE'S HOME CENTERS, INC.**
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-8788
-SALE-

SALES #: S2350B1 1041891   08-11-09

| | | |
|---|---|---|
| 293733 68.75 OZ A&H CLEAN BURST | | 5.98 |
| 283728 75 OZ CASCADE COMPLETE | | 7.46 |
| 12011 ALL WEATHER ROOF CEMENT | | 9.98 |
| 40580 ROLL/BLUE SHOP TOWELS-SC | | 1.98 |
| 174644 MULTI GRADE STEEL WOOL (1 | | 3.97 |
| 182341 GATORADE 15 COUNT 20 OZ. | | 9.97 |
| 24484 FAUCET RESEATER W/CTRG RD | | 4.97 |
| 120534 25 CT ARMOR ALL PROTECTAN | | 4.24 |
| 43305 20 OZ ARMOR ALL PROTECTAN | | 6.48 |
| 194347 20AL WHITE PAIL | | 6.96 |
|   | 2 @ | 3.48 |
| 270824 2 GALLON WHITE INDUSTRIAL | | 3.98 |
|   | 2 @ | 1.99 |
| 54547 TRIM KIT PRICE PFISTER VE | | 34.97 |
| 99046 12 OZ GLOSS BLACK STOPS R | | 4.24 |
|   | 3 @ | 4.68 |
| 59817 1/4-20X2-3/4X1-3/8 U-BOLT | | 14.04 |
| 4434O 8 MM METRIC FLAT WASHER | | 7.88 |
|   | 4 @ | 1.97 |

SUBTOTAL:   127.10
TAX:   8.90
INVOICE 10462 TOTAL:   136.00

BALANCE DUE:   136.00

CHECK :   136.00

---

**LOWE'S HOME CENTERS, INC.**
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-8788
-SALE-

SALES #: S2350B1 1328153   08-10-09

| | | |
|---|---|---|
| 23352 1.5" PVC 90 ELBOW 300 080 | | 1.48 |
|   | 2 @ | 0.74 |
| 23337 1.5" PVC 45 ELBOW 321 080 | | 1.46 |
|   | 2 @ | 0.73 |
| 23296 1.5" PVC TRAP ADAPTER 10 | | 1.07 |

SUBTOTAL:   4.01
TAX:   0.28
INVOICE 07467 TOTAL:   4.29

BALANCE DUE:   4.29

CASH :   10.30
CHANGE :   6.01

2350 TERMINAL: 07 08/10/09 12:18:36

---



**THE HOME DEPOT 2918**
318 U S HWY 90 MANAGER DEBBIE KOPSZYWA
WAVELAND, MS 39576 (228)467-0668

2918 00002 58905   08/20/09
11 BSU3TF   03:39 PM

SALE

0387635306 28 1/4LB SOLDER <A>   9.78

SUBTOTAL   9.78
SALES TAX   0.68
TOTAL   $10.46
CASH   20.00
CHANGE DUE   9.54

2918 02 58905 08/20/2009 6693

RETURN POLICY DEFINITIONS

MR EXHIBIT E - 00225

## Receipt 421521

| Field | Value |
|---|---|
| CUSTOMER'S ORDER NO. | |
| NAME | Holiday Range |
| ADDRESS | Gulfport |
| CITY, STATE, ZIP | Waveland MS 39576 |
| DATE | 1/23/09 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Repaired 4 walls | | |
| 2 | Hang Drop to ws | | |
| 3 | Int Hang | | |
| | | | |

**421521**

---

## Receipt 560188

| Field | Value |
|---|---|
| CUSTOMER'S ORDER NO. | |
| NAME | Howard LAPP |
| ADDRESS | |
| CITY, STATE, ZIP | |
| DATE | 10/12/09 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Repair Drywall & Down | | |
| | Prime & Paint | | |
| | Timothy | | |
| | Elsworth | | |
| | Total | | 1000 |

**560188**

KEEP THIS SLIP FOR REFERENCE

LOWE'S

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-0788
-SALE-
SALES #: S2350MM3 1095019 01-06-10

| | |
|---|---|
| 44894 RBMD 18 GAL BRONZE ROUGHN | 3.59 |
| 198227 JH STRNR SS W/FIXED POST | 10.80 |
| 2 @ 5.40 | |
| 97214 HANDLE-PRICE PFISTER DIVR | 5.97 |
| 171702 12'X5/8" SELF LOCK TAPE M | 4.98 |
| 34894 SETON CHROME PAPER HOLDER | 8.98 |
| 96124 TUB/SHWER HANDLES-PRC PFS | 11.97 |
| 61390 PB BED/BATH TYLO | 28.41 |
| 3 @ 9.47 | |
| 61389 PB HALL/CLOSET TYLO | 35.88 |
| 4 @ 8.97 | |
| 42378 SETON CHROME 24" TOWEL BA | 11.98 |
| 285031 BROAN 30" HOOD QL130WW | 98.00 |
| 289797 19" OVAL DROP-IN WHITE 20 | 34.00 |
| 316011 SS 8" DB TOPMNT SINK 20G | 109.00 |
| 164 RD SH HET WHT TANK AND BO | 114.00 |
| SUBTOTAL: | 477.56 |
| TAX: | 33.43 |
| INVOICE 02190 TOTAL: | 510.99 |
| BALANCE DUE: | 510.99 |
| CHECK : | 510.99 |

2350 TERMINAL: 02 01/06/10 14:31:37

# OF ITEMS PURCHASED: 19
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

WE WILL REPLACE YOUR MAJOR APPLIANCE

LOWE'S

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576 (228) 463-8788

- SALE -
SALES #: S2350JK1 699546 01-20-10

| | |
|---|---|
| 253429 DU945PWSQ | 299.00 |
| WP DISHWASHER DU945PWSQ ( | |
| [DELIVERY] | |
| 42937 ET1CHEXVQ | 699.00 |
| WP 21CF TM REF ET1CHEXVQ( | |
| [DELIVERY] | |
| 235957 RF111PXSQ | 349.00 |
| WP ELEC RNG RF111PXSQ (16 | |
| [DELIVERY] | |
| 148715 148715 | 16.89 |
| 5' 3 WIRE RANGE CORD | |
| [DELIVERY] | |
| INVOICE 80957 SUBTOTAL: | 1,363.89 |
| SUBTOTAL: | 1,363.89 |
| TAX: | 95.47 |
| BALANCE DUE: | 1,459.36 |
| CHECK: | 1,459.36 |

STORE: 2350 TERMINAL: 06 01/20/10 12:27:09
# OF ITEMS PURCHASED: 4
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

WE WILL REPLACE YOUR MAJOR APPLIANCE
WITHIN 7 DAYS OF DELIVERY/PURCHASE IF
THE UNIT HAS A MANUFACTURING DEFECT

THE HOME DEPOT
More saving.
More doing.

15220 CREOSOTE RD GULFPORT,MS 39503
(228)867-9925 STORE MGR: DAVID BENOIT

2901 00010 24454 01/21/10 03:29 PM
CASHIER TRACY - TW02J1

| | |
|---|---|
| 044294082403 35X72 VNYLAL <A> | |
| 4@15.97 | 63.88 |
| NLP Savings $18.00 | |
| 044294082267 35X48 VNYLAL <A> | |
| 2@12.97 | 25.94 |
| NLP Savings $1.40 | |
| 793478500669 ALUM MINI BL <A> | 45.17 |
| 756847000252 8'PWRTOOLCRD <A> | 7.48 |
| 04119?054432 1/2 IN PLATE <A> | |
| 2@3.68 | 7.36 |
| 041193005793 3/4CPR PLATE <A> | 3.58 |
| 6925699914220 4" BATH FAUC <A> | 22.84 |
| 019934874014 FAUCET CH <A> | 39.00 |
| 073088057860 TOILET SEAT <A> | 9.88 |
| SUBTOTAL | 225.13 |
| SALES TAX | 15.76 |
| TOTAL | $240.89 |
| CHECK | 240.89 |

XXXXX7171
AUTH CODE 007251 TA

NEW LOWER PRICE (NLP)SAVINGS $19.40

2901 10 24454 01/21/2010

**LOWE'S**

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-0700
-SALE-

SALES #: S2350SKZ 1641152        01-15-10

```
121802 500 6YR ELEC SHORT WTR HT   278.00
23706 3/4"MALE ADAPTER CPVC          0.46
23014 3/4" X .5' CPVC PIPE (HOT/     3.47
39578 SETON CHROME 18" TOWEL BA      9.98
61166 WATER HEATER INSTALLATION     21.38
200650 CHROME PERMANENT MOUNT 3H    11.98
12253 8'X3/8003X/00D SS DISHWAS     14.98
25069 1/4"COMP SLEEVES  (3)          1.38
25151 1/4"COMP UNION                 2.98
25926 1/4/2'COPPER COIL              3.73
78517 40W A15 APPLIANCE 2PK          1.18
174044 MULTI GRADE STEEL WOOL -      2.97
255730 100 OZ. GAIN HE 2X LIQUID     9.98
175147 13 GAL 45 CT HEFTY TALL K     6.56
202311 12 OZ SATIN URBAN BEIGE D     3.44
319742 12 PK SCOTTS EXTRA SOFT T    11.98
```

SUBTOTAL:        384.45
TAX:              26.91
INVOICE 11301 TOTAL:   411.36

BALANCE DUE:      411.36

CHECK :           411.36

2350 TERMINAL: 11 01/15/10 13:21:42

# OF ITEMS PURCHASED:        16
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

---

**LOWE'S**

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-0700
-SALE-

SALES #: S2350URI 1403827        01-11-10

```
91191 25' HI-VIS GREEN LEVERLOC      1.74
15029 10PC KOBALT DR TOOL ACCES     29.95
15906 JUMBO WAX RING                 3.48
202316 12 OZ SATIN CAPPUCINO DE      3.44
306841 POLISHED BRASS SPRING DOO    11.76
          7 @          1.68
247005 NYLON TOILET SHIMS- E:        2.98
```

SUBTOTAL:         53.36
TAX:               3.74
INVOICE 11424 TOTAL:    57.10

BALANCE DUE:       57.10

CHECK :            57.10

2350 TERMINAL: 11 01/11/10 19:08:13

# OF ITEMS PURCHASED:        12
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-0788

-SALE-

SALES #: S23560L1 1320153    11-06-09

545 TRIMBOSS 2 TOOL COMBO DEW        269.00
157140 10 OZ ALEX PLUS 12-PACK W      24.62
45072 DEER PARK .5L 24PK BOTTLE        3.97
126142 BOS 16G 2" FINISH NAIL          8.92

                    SUBTOTAL:         306.51
                         TAX:          21.46
INVOICE 07350    TOTAL:               327.97

          BALANCE DUE:                327.97

               CHECK :                327.97

2350 TERMINAL: 07  11/06/09 11:04:22

# OF ITEMS PURCHASED :              4
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

MR EXHIBIT E - 00229



**LOWE'S**

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8708

SALES #: S2350WH3 1095019         01-26-10

- SALE -
213232 DRP BLACK MINI ROLLER TRM      1.99
147491 QL VAL SH EXT LATEX S/G P     19.98

SUBTOTAL:        21.97
TAX:         1.54
TOTAL:        23.51
INVOICE 07379
CHECK:        23.51

STORE: 2350   TERMINAL: 07   01/26/10 12:11:32
# OF ITEMS PURCHASED:       2
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MGR: MARK TORTIMASI

HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:
WWW.LOWES.COM/FEEDBACK
STORE CODE: 23500-12610-07379

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

---

**LOWE'S**

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8708

SALES #: S2350JH4 1431055         01-20-10

- SALE -
23776 CPVC CEMENT 4 OZ   311         3.84
23721 PORCELAIN WHITE 1.25"PB K      1.97
233066 OH WHITE MAGNETIC CATCH       1.07
23755 3/4"90D ELL CPVC               2.16
              4 @    0.54
23759 3/4"ELL 45D CPVC 4706/940      0.84
              2 @    0.42
72999 CUP 2-6 STD NYLON SWITCH       1.21
53431 DRP 42" CHESHIRE POLISHE      49.97
51844 DRP 52" CHESHIRE POLISHED     59.94

SUBTOTAL:       121.00
TAX:         8.47
TOTAL:       129.47
INVOICE 07952
CHECK:       129.47

STORE: 2350   TERMINAL: 07   01/20/10 15:44:00
# OF ITEMS PURCHASED:      12
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MGR: MARK TORTIMASI

HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:
WWW.LOWES.COM/FEEDBACK
STORE CODE: 23500-12010-07952

BEAT IT BY 10%. SEE STORE FOR DETAILS.

MR EXHIBIT E - 00230

THE HOME DEPOT 2918
318 U S HWY 90 MANAGER DEBBIE KOPSZYWA
WAVELAND, MS 39576 (228)467-0668

SALE 2918 00005 60789 72 RMS4AC 01/11/10 01:49 PM

| | |
|---|---|
| CUSTOMER AGREEMENT # 16354 | |
| RECALL AMOUNT | 61.20 |
| SALES TAX | 4.28 |
| TOTAL | $65.48 |
| CHECK | 65.48 |

XXXXX7171
AUTH CODE 001105 TA

2918 05 60789 01/11/2010 6038

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE

More saving. More doing.

15220 CREOSOTE RD GULFPORT, MS 39503
(228)867-9925 STORE MGR: DAVID BENOIT

2901 00011 25467 03/09/10 09:57 AM
CASHIER ANGELA - ALN2238

| | | |
|---|---|---|
| 075381756334 | ROUNDER BAR <A> | 5.79 |
| 075381020572 | 4'HANG ROD <A> | 5.37 |
| 075381020589 | 6 HANG ROD <A> 2@7.96 | 15.92 |
| 075381010580 | WALL BRKT <A> | 2.27 |
| 075381056298 | BAR SUPPORT. <A> 10@1.27 | 12.70 |
| 075381075619 | CLIPS <A> | 3.86 |
| 075381047180 | 12IN8FT SHLF <A> | 9.63 |
| 075381047173 | 12IN6FTSHELF <A> | 7.26 |
| 075381047142 | 12INX4FTSHEL <A> | 4.86 |
| 489550 | 12" BRACKET <A> | 24.86 |
| | SUBTOTAL | 92.52 |
| | SALES TAX | 6.48 |
| | TOTAL | $99.00 |
| | CHECK | 99.00 |

XXXXX7171
AUTH CODE 007955 TA

LOWE'S

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576 (228) 463-8788

- SALE -
SALES #: S2350JH2 12437 01-29-10

| | |
|---|---|
| 86606 SS 28-48" 2 1/2 PRJ HD SG | 6.90 |
| 5 @ 1.38 | |
| 76553 40W FLAME CLEAR 2PK | 4.36 |
| 2 @ 2.18 | |
| 62003 1/8 SD HOLLOW WALL DRIV A | 6.97 |
| SUBTOTAL: | 18.23 |
| TAX: | 1.28 |
| INVOICE 07598 TOTAL: | 19.51 |
| CHECK: | 19.51 |

STORE: 2350 TERMINAL: 07 01/29/10 11:1
# OF ITEMS PURCHASED:
EXCLUDES FEES, SERVICES AND SPECIAL ORDER I

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MGR: MARK TORTOMASI

HAVE A COMMENT OR FEEDBACK? LET US KNOW !
WWW.LOWES.COM/FEEDBACK
STORE CODE: 23500-12910-0759E

WE HAVE THE LOWEST PRICES, GUARANTEED
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT
SEE STORE FOR DETAILS.

**LOWE'S**

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-8788
-SALE-

SALES #: S23SQPR2 1356122    10-15-09

| | | |
|---|---|---|
| 98853 DURACELL 6V LANTERN BATTE | | 8.84 |
| 126465 6 PACK TERRY TOWELS - FF | | 3.98 |
| 95021 20"BOX FAN 3-SPEED | | 14.99 |
| 307460 PHILIP SCRUDRIVER 1/4X4"×# | | 6.97 |
| 307459 C8D TIP SCRUDRIVER, 3/16X6 | | 6.97 |
| 72606 1Q RECEPT PL 10PK 2132N-L | | 5.94 |
| 3 0 | 1.98 | |
| 72604 RESI RECEPT 10PK 270N-L | | 10.50 |
| 3 0 | 3.50 | |
| 45072 DEER PARK .5L 24PK BOTTLE | | 3.97 |
| 69275 RESI 3WAY SU 10PK 1303-7W | | 10.69 |
| 34031 STRIPPER 8-16 REFLEX 45-6 | | 11.97 |
| 20811 HEAT SHRINK TUBING 1/8" I | | 1.98 |
| 71249 3-WIRE FLUSH HINGE 32B-SP | | 4.48 |
| 33491 ENERGIZER C 4PK | | 5.94 |
| 71251 1Q PWR OUTLET PL 303H-SP- | | 2.26 |
| 64735 MENDING PLATE 6" | 3 | 1.58 |
| 64773 CORNER BRACE    6" | | 3.68 |
| SUBTOTAL: | | 104.74 |
| TAX: | | 7.33 |
| INVOICE 07004 TOTAL: | | 112.07 |
| BALANCE DUE: | | 112.07 |
| CHECK : | | 112.07 |

2350 TERMINAL: 07  10/15/09 15:36:12

# OF ITEMS PURCHASED: 20
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



---

**LOWE'S**

LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-8788
-SALE-

SALES #: S23SQBL1 1328153    10-05-09

| | | |
|---|---|---|
| 76193 3" LOCK BACK BONE HANDLE | | 12.98 |
| 196066 10"MENDING PLATE/ZINC PLA | | 2.44 |
| 19566 1/4"X1-1/8"X2-1/4" U BOLT | | 0.78 |
| 250019 26V BIPIN 41K 7U1M TUBE I | | 8.98 |
| 45553 13 OZ KILZ SPRAY | | 17.92 |
| 4 0 | 4.48 | |
| 20842 SKIL 6" BENCH GRINDER | | 44.98 |
| SUBTOTAL: | | 88.00 |
| TAX: | | 6.17 |
| INVOICE 07410 TOTAL: | | 94.25 |
| BALANCE DUE: | | 94.25 |
| CHECK : | | 94.25 |

2350 TERMINAL: 07  10/05/09 12:54:47

# OF ITEMS PURCHASED: 9
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S
RECEIPT REQUIRED FOR CASH REFUND.
CHECK PURCHASE REFUNDS REQUIRE
15 DAY WAIT PERIOD FOR CASH BACK

**Total Comfort, Inc.**
2109 Nicholson Ave.
Waveland, MS  39576
USA

# INVOICE

Invoice Number:  16036
Invoice Date:    Nov 12, 2009
Page:            1

Voice:  (228) 467-1212
Fax:    (228) 466-2800

| Bill To: | Ship to: |
|---|---|
| HOWARD RAPP<br>100 IDLEWOOD DR.<br>WAVELAND, MS 39576 | RENTAL<br>249 GULFSIDE<br>WAVELAND, MS 39576 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| RAP | | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | US Mail | | 11/22/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | INSTALL GOODMAN 2 TON 14 SEER HEAT PUMP SYSTEM WITH 10 YRS. PARTS AND LABOR WARRANTY. | 3,440.00 | 3,440.00 |
| 1.00 | | INSTALL DUCT TO UTILITY ROOM AND ALL NEW SUPPLY GRILLES. | 386.00 | 386.00 |

*PD 11-30-09*
*CK#2380*
*4093.82*

| | |
|---|---|
| Subtotal | 3,826.00 |
| Sales Tax | 267.82 |
| Total Invoice Amount | 4,093.82 |
| Payment/Credit Applied | |
| TOTAL | 4,093.82 |

Check/Credit Memo No:

MR EXHIBIT E - 00233

# Statement

ARC Classic Cabinetry
PO Box 2578
Bay St. Louis, MS 39521

| Date |
|------|
| 8/1/2009 |

| To: |
|-----|
| Howard and Chari Rapp<br>248 Gulfside<br>Waveland, MS |

| Amount Due | Amount Enc. |
|------------|-------------|
| $2,339.48 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 07/01/2009 | Balance forward | | 0.00 |
| | 249 Gulfside- | 4,639.48 | 4,639.48 |
| 07/24/2009 | INV #1474. Due 07/24/2009. | -2,300.00 | 2,339.48 |
| 07/24/2009 | PMT | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 0.00 | 2,339.48 | 0.00 | 0.00 | 0.00 | $2,339.48 |

+ 2300-∞

ToTAl = $4,639.48

MR EXHIBIT E - 00234

# Designs Unlimited, LLC

### CABINETS · COUNTER TOPS · FLOORING
**Floors to Ceilings!**

222 Hwy 90, Unit B & C • Waveland, MS 39576

Phone: 228-466-4469   •   Fax: 228-466-4408

ASK ABOUT OTHER SERVICES WE OFFER

NAME _Howard + Chari Rapp_     DATE _11/13/09_

Billing Address _____

Phone (home) _____

(work) _228-216-7079_

Job Address _249 Gulfside_      Invoice # _____

_waveland, MS  39576_          P. O. # _____

| QUANTITY | MATERIAL SELECTED | PRICE PER UNIT | TOTAL |
|---|---|---|---|
| 57 yds | Flexitec Presto Palermo #533 Installed In Kitchen, Utility Bath and Dining Area | $16.5x | $940.5x |
| 1 | 4 gallon Bucket of Adhesive | $99.99 | $99.99 |
| 73 yds | Prestige Carpet Melbourne Color Tumble weed Installed in Living room, hall & 2 bedrooms and Closet w/ 6# pad | $15.5x | $1131.5x |

### PURCHASE AGREEMENT

For value received, I/we promise to pay to the order of *Designs Unlimited, LLC*, or Financial Institution selected, the indebtedness evidenced by this instrument, the Sum of $ _2324.03_

MATERIALS ARE COLLECTED 100% UP FRONT AND BALANCE DUE AND PAYABLE UPON COMPLETION OF EACH PHASE OF INSTALLATION UNLESS PREVIOUS ARRANGEMENTS HAVE BEEN MADE. Purchaser agrees that interest at the rate of 1-1/2% per month shall be added on all past due accounts and any additional expenses incurred if this account is collected by other legal means.

*Designs Unlimited, LLC* is not responsible for damage to old flooring in the event it must be removed, repaired and/or replaced, nor are we responsible for underground obstructions.

WITH YOUR APPROVAL, and SIGNATURE, THIS PROPOSAL FORM BECOMES OUR SALES AGREEMENT

Sub Total $2171.99

Tax $152.04

TOTAL $2324.03

Deposit $1724.03

Balance 600.00

Terms _Upon Completion_

BUYER _____

DATE _____     AGENT _Pepper Roberts_

MR EXHIBIT E - 00235

Designs Unlimited, LLC

222 Hwy 90 Unit B/C
Waveland, MS 39576

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/24/2009 | 1 |



| Bill To |
|---------|
| RAPP, HOWARD & CHARI |
| 249 GULFSIDE |
| WAVELAND, MS 39576 |

| P.O. No. | Terms | Rep |
|----------|-------|-----|
| 1,2, & 3 | Due on receipt | MR |

| Description | Qty | Total % | Amount |
|-------------|-----|---------|--------|
| Specialties; FLEXITED PRESTO PALEMONO #533, INSTALLED IN KITCHEN, UTILITY , BATH, AND DINNING AREA | 57 | 100.00% | 940.50T |
| Specialties, GALLON BUCKET OF ADHESIVE | 4 | 101.00% | 99.99T |
| Specialties, PRESTIGE CARPET MELBOURNE COLOR TUMBLE WEED , INSTALLED IN LIVING ROOM, HALLS & 2 BEDROOMS AND CLOSETS WITH 6 # PAD | 73 | 100.00% | 1,131.50T |
| Sales Tax | | | 152.04 |

| | |
|---|---|
| **Total** | $2,324.03 |
| **Payments/Credits** | $-2,324.03 |
| **Balance Due** | $0.00 |
| **Job Total Balance** | $0.00 |

Designs Unlimited, LLC

222 Hwy 90 Unit B/C
Waveland, MS 39576

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/24/2009 | 1 |



| Bill To |
|---------|
| RAPP, HOWARD & CHARI |
| 249 GULFSIDE |
| WAVELAND, MS 39576 |

| P.O. No. | Terms | Rep |
|----------|-------|-----|
| 1,2, & 3 | Due on receipt | MR |

| Description | Qty | Total % | Amount |
|-------------|-----|---------|--------|
| Specialties; FLEXITED PRESTO PALEMONO #533, INSTALLED IN KITCHEN, UTILITY , BATH, AND DINNING AREA | 57 | 100.00% | 940.50T |
| Specialties, GALLON BUCKET OF ADHESIVE | 4 | 101.00% | 99.99T |
| Specialties, PRESTIGE CARPET MELBOURNE COLOR TUMBLE WEED , INSTALLED IN LIVING ROOM, HALLS & 2 BEDROOMS AND CLOSETS WITH 6 # PAD | 73 | 100.00% | 1,131.50T |
| Sales Tax | | | 152.04 |

| | |
|---|---|
| **Total** | $2,324.03 |
| **Payments/Credits** | $-2,324.03 |
| **Balance Due** | $0.00 |
| **Job Total Balance** | $0.00 |

205-733-8026
205-733-8626 FAX
TUSCALOOSA
205-345-2625
205-345-2626 FAX

888-812-3315
205-733-9186 FAX
BIRMINGHAM
205-780-1100
205-780-1103 FAX

256-847-0135
256-847-0138 FAX
CARTERSVILLE, GA
770-386-3093
770-386-0668 FAX

334-280-6008
334-280-8828 FAX
ATLANTA, GA
404-352-2044
404-352-0664 FAX

205-738-9797
205-449-6341 FAX

205-733-8025
205-733-8786 FAX
GULF SHORES
251-970-2430
251-970-2437 FAX

770-267-1201
770-267-1523 FAX
ROOFING
205-328-2155
205-328-2227 FAX

678-432-2242
678-432-7363 FAX
AUBURN
334-887-8510
334-826-8511 FAX

228-236-1300
228-236-1304 FAX
PANAMA CITY, FL
850-522-1443
850-522-1426 FAX

256-851-6667
256-851-9773 F
DESTIN, FL
850-622-1296
850-622-0635 F
HWY 280
205-815-6882
205-815-6885 F

**20th Anniversary**

**BMW BUILDING MATERIALS WHOLESALE INC.**

www.bmwwholesale.com
1987 - 2007

DOCUMENT: Invoice

CUSTOMER NO:

UPS VENDOR:

ORDER NO.

PO DATE | PO NUMBER | PAGE NO.

BILL TO:

REMIT TO: Building Material Wholesale, Inc.
P.O. Box 1259
Pelham, AL 35124

SHIP TO:

INSTRUCTIONS:

SHIP POINT | VIA | REQUEST | SHIPPED | TERMS

NEW Gulfport | C.O.D. | C.O.D.

| LINE NO. | PRODUCT AND DESCRIPTION | PURC. ITEM NO. | BIN LOCATION | QUANTITY ORDERED | QUANTITY BACKORDERED | QUANTITY SHIPPED | QTY U/M | RECEIVED NO. CARTONS | AMOUNT NET |
|----------|------------------------|----------------|--------------|------------------|---------------------|------------------|---------|---------------------|------------|
| | | | | | | | | | |

| LINES TOTAL | LINES NOT PRINTED | TOTAL QUANTITY SHIPPED | | | |
|-------------|-------------------|------------------------|---|---|---|
| | | | | | |

CUBE | WEIGHT | FREIGHT CHARGES

PICKED BY

PACKED BY

SEE REVERSE SIDE FOR DISCLAIMER OF WARRANTIES, LIMITATIONS ON LIABILITY, COLLECTION COSTS, FINANCE CHARGES, AND ATTORNEYS FEES FOR PAST DUE BALANCES.

X

MR EXHIBIT E - 00238

CUSTOMER COPY

Southern Pipe & Supply Co., Inc.

612 BLAINE TREES    P. O. Box 599

W. ELANE, MS 39576

Phone (228) 467-0711   Fax (228) 467-0730

27443

GA-1

SOLD TO

SHIPPED TO

DATE Aug. 21.09

SALESMAN

| TRANS CODE | TERMS CODE | SHIP VIA | QUANTITY | | DESCRIPTION | TAX CODE | DATE | TAX RATE | UNIT PRICE | CASH DISC. AMT. | EXTENSION | TRANSPORT CHG. | DISC. | P.O. OR JOB NAME | TOTAL | OFFICE USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ORDERED | BACK ORD | SHIPPED | | | | | | | | | | | |
| 3 | | | | | 00239687 | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | |

Received By:

Time Promised

Time Delivered

It is understood and agreed that if this invoice is not paid when due, the Customer agrees to pay all reasonable cost of its collection, including Attorney's fee.

A Service Charge of 1½% per month (annual rate 18%) will be added on past due balances at the lesser of 18% or maximum rate allowed by law.

Southern Pipe Means Service Plus

For Over 60 Years!

Merchandise Total

TAX

Freight-Parcel Post Chrgs.

TOTAL INVOICE AMT.

MR EXHIBIT E - 00239

# SOUTHERN
## PIPE & SUPPLY

Document: Invoice

Southern Pipe Ph#: (228)467-0711

Invoice Date    Order #    Page #
5257330-00         1

Cust #:    6522222          Staging Area

PO Date    Purchase Order
07/31/09      @

Showroom Account
% Southern Pipe

WAVELAND, MS 39576

Placed By

P Southern Pipe - Waveland
R 614 Elaine Street
O
M WAVELAND, MS 39576

S Showroom Account
H % Southern Pipe
I
P WAVELAND, MS 39576

Instructions   must have name & phone#
Tax Certificate
Via            Shipped       Terms
10Prox/Net30

Line   Qty      Qty    Qty           Product and            Net       Extended
#      Ordered  B.O.   Shipped Unit  Description            Price     Amount

PLEASE DELIVER WEDNESDAY A.M. 08/06/2009
TO: 249 GULFSIDE ST. (DEF ST. JOSEPH)
1        @       1  EA   A62503AAA3WH                       370.00    370.00
5" RH HH FG T&S

Lines Total          Qty Shipped Total                      Totals    370.00
                                                            Invest    16.50
                                                            Invoice Total  786.50

MR EXHIBIT E - 00240

# SOUTHERN
## PIPE & SUPPLY

Document: Pick Ticket/Packing List

Cust #:   5500000        Staging Area

Order #   3367924-00        Page #  1

PO Date   09/23/09        Purchase Order

Southern Pipe Ph#: (228)467-0711

@ Cash Sale---WW
Stanislaus Street
L
L MAVELAND, MS 39576

S CASH SALE---WAVELAND
H Cash Sale
I
P WAVELAND, MS 39576

F Southern Pipe - Waveland
R 614 Elline Street
O
M WAVELAND, MS 39576

Instructions
Reference:
Taken By          Via
Dan        Customer P/O

Request   09/23/09
Shipped   09/23/09

| Line # | Product and Description | Qty Ordered | Qty B.O. | Qty Shipped | Bin Location | Unit | Net Amount | Extend Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | brcri190      1/2 "NOM x 3/8"OD CP   ANGLE COMPRESSION STOP | 3 | 0 | 3 | /BI/001/30 | EA | 3.45 | 10.35 |
| 2 | BRCR190DRC   1/2 x 3/8 x 3/8 COMPR   DUAL OUTLET STOP CP | 1 | 0 | 1 | CT/AF/002/30 | EA | 12.77 | 12.77 |

2 Lines Total  Total Qty Shipped:      4.0  Freight Charges:       0.00

Taxes:        1.61
Total:       24.73

Wght:        1.141b0

Picked By: _____  Packed By: _____  Checked By: _____   Entered: 09/23/09 10:56

1st Page              Received By: _____   Date Received: _____

# SOUTHERN
## PIPE & SUPPLY

Document: Pick Ticket/Packing List

Order #: 593258-00   Page #: 1

Cust #: 65425000   Staging Area   Date: 01/15/10   Purchase Order

| S Cash Sale - WVL | Southern Pipe Ph#: (228)467-0711 | F Southern Pipe - Waveland |
| I 614 Elaine Street | | R 614 Elaine Street |
| T WAVELAND, MS 39576 | | O |
| | | M WAVELAND, MS 39576 |

| S CASH SALE---WAVELAND | Instructions |
| H Cash Sale | Reference: |
| I | Taken By | Via |
| T WAVELAND, MS 39576 | JWK | Customer P/U |

| | Request 01/15/10 | Shipped 01/15/10 |

| Line | Product and Description | Qty Ordered | Qty B.Ord | Qty Shipped | Bin Location | Unit | Net Amount | Extend Amount |
|------|-------------------------|-------------|-----------|-------------|--------------|------|------------|---------------|
| 1 | ENSS3016RP EZ-CONNECT ADAPTER | 1 | 0 | 1 | Ne/4 /Pan/4 | EA | 4.59 | 4.59 |

| | Taxes: | 0.42 |
| 1 Lines Total  Total Qty Shipped: | 1.0 Freight Charges: | 0.00 | Total: | 4.91 |

Weight:    0.00000

Picked By: _____  Packed By: _____  Checked By: _____   Entered: 01/15/10 15:04

Last Page              Received By: _____   Date Received: _____



LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576   (228) 463-8700

- SALE -

SALES #: S2250VG1 1045340        03-09-10

931 1X3X4 TOP CHOICE #2 WHTWD          2.96
                       2 @   1.48
246364 BAND METAL CORNER BRACKET       5.76
                       2 @   2.88
233957 GH SPRING ROLLER CATCH          0.87
20705 SPECIAL DONATION PROGRAMS        1.00 N

                    SUBTOTAL:         10.59
                         TAX:          0.67
INVOICE 11206    TOTAL:               11.26
                       CHECK:         11.26

STORE: 2350  TERMINAL: 11  03/09/10 19:11:04
# OF ITEMS PURCHASED:                   5
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



LOWE'S HOME CENTERS, INC.
9020 HIGHWAY 603
WAVELAND, MS 39576
(228)463-0780
-SALE-

SALES #: S2350MM3 1095119      10-29-09

30865 2 1/4" FROSTED RIBBED GLA        3.77
256283 2PK 4" TEFLON REFILLS SHU       4.97
41356 HZ POLISH BRSS W/WHT BAR         3.98
77180 60W REP BRIGHT WHITE CFL         7.97
252003 60W REP SOFT WHITE CFL 6P       8.40
255730 100 OZ. GAIN HE 2X LIQUID      18.36
11.47  DISCOUNT EACH                  -2.29
              2 @   9.18
101847 PFJ STOL 1021 5 1/4 X 11/      77.44
              4 @  19.36

                 SUBTOTAL:           124.97
                      TAX:             8.75
INVOICE 02152  TOTAL:                133.72

             BALANCE DUE:            133.72

                CHECK :             133.72

TOTAL DISCOUNT :    4.58

MR EXHIBIT E - 00243

Kevin 4 Faune
228-347-0285

Rapp, Chari
201032

DATE 6-7-12
CUSTOMER'S
ORDER NO.

TO_____
Address_____
City_____ State_____
Ship To_____

SHIP Studio 90
VIA Harin Cacou
SALESMAN

| QUANTITY | DESCRIPTION | PRICE | AMOUNT | |
|----------|-------------|-------|--------|---|
| (1) | 2 pole 100 amp G.E. Breaker | | 57 | 00 |
| (2) | 1 pole 20 amp G.E. Breaker | | 18 | 00 |
| | | | | |
| | | | | |
| | Labor 1½ Hours | 75.00 | 112 | 50 |
| | nove. feed wires from main lugs to main Breaker | | | |
| | | | | |
| | | | | |
| | TOTAL | | $187 | 50 |

**ALL Claims and Returned Goods MUST Be Accompanied By This Bill**

SIGNATURE_____

MR EXHIBIT E - 00244

MR EXHIBIT E - 00245



EXHIBIT

tabbies

MR EXHIBIT E - 00246



MR EXHIBIT E - 00247



MR EXHIBIT E - 00248



MR EXHIBIT E - 00249



MR EXHIBIT E - 00250



MR EXHIBIT E - 00251



MR EXHIBIT E - 00252



MR EXHIBIT E - 00253



MR EXHIBIT E - 00254

MR EXHIBIT E - 00255

Exhibit A

# 244 Gulfside Street

# Waveland, MS  39576



MR EXHIBIT E - 00256

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL

PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

| For Internal Use Only |
|---|
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Howard and Chari Rapp

Address of Affected Property: 244  Gulfside Street

City: Waveland     State: MS     Zip: 39576

Is this Property:* Residential [✓]   Commercial [ ]   Governmental [ ]

Name of Person Completing this Form: Chari Rapp

Is above your primary residence?   Yes [ ] No [✓]

Mailing Address (if different): 100 Idlewood Drive

City: Waveland     State: MS     Zip: 39576

Phone: 228.216.7079

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Check one:   Owner-Occupant [ ]   Owner Only [✓]   Renter-Occupant [ ]

Represented By: Lumpkin & Reeves, PLLC

Address: 160 Main Street

City: Biloxi     State: MS     Zip: 39530

Phone: 228-374-5151

Case No. /Docket Info: 09-7628

**Section II. Insurance Information**

Homeowner/ Renter Insurer: Unknown at this time

Policy #: na

Agent: na

Address: na
na

City: na     State: na     Zip: na

Phone: na

+ Attach Copy of  Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Howard Rapp, Jr. | 00-00-0000 | 00-00-0000 | M [✓] F [ ] | 09-26-1953 | Yes [ ] No [✓] | Owner Only |
| Chari Rapp | 00-00-0000 | 00-00-0000 | M [ ] F [✓] | 09-21-1955 | Yes [ ] No [✓] | Owner Only |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

RAPP, C
MR EXHIBIT EV 000051E
CDW 00051E

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?    Yes ☑ No ☐

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    Lumpkin & Reeves PLLC

        1.2. When did the inspection take place?    [na]

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?    Yes ☑ No ☐

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?    Lumpkin & Reeves PLLC

        2.2. When was this determination made?    [na]

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf - Tianjin | entire home |
|  |  |  |
|  |  |  |
|  |  |  |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?    Yes ☐ No ☑

    1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent?  _____

        1.2. When was notice sent?    _____

        + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?    Yes ☐ No ☑

    2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?  _____

        2.2. When was the request made?    _____

        + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?    Yes ☐ No ☑

    3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered?    Yes ☐ No ☑

        3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?    _____

        3.1.b. Who made the offer?  _____

    3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?    Yes ☐ No ☑

        3.2.a. Have any such repairs to your home been completed?    Yes ☐ No ☑

        3.2.b. Who paid or is paying for the repairs?  _____

        3.2.c. What was/is the total cost?  _____

        3.2.d. Have samples of the Chinese-manufactured drywall been kept?    Yes ☑ No ☐

        3.2.e. Who possesses the samples?    Lumpkin & Reeves, PLLC

### Section VI. Questions for Florida Residents Only*

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?    Yes ☐ No ☐

    1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?  _____

        1.2. When was notice sent?    _____

        + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?    Yes ☐ No ☐

    2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?  _____

        2.2. When was it received?    _____

3.0. Has anyone inspected your home in response to your notice under Chapter 558?    Yes ☐ No ☐

    3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?  _____

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?    Yes ☐ No ☐

    4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?  _____

        4.2. When was it received?    _____

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?    Yes ☐ No ☐

    5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?  _____

        5.2. What repairs were performed?  _____

        5.3. When were the repairs performed?    _____

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs' claims, nor do plaintiffs waive any rights or agree that such notice is required.  Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Page 2

LRM PPF PACKET 126 - RAPP
CDW 0002

RAPP-C
MR EXHIBIT E - 00258
CDW00002E

Plaintiff Profile Form - Residential Properties

**Section VII. Home Information**

| Approx. Sq. Ft. of House: | 1200 | | | Yes | No |
|---|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | unknown | | Occupied | ✓ | |
| Height of interior Walls | 8 | | Year-round | ✓ | |
| Number of Bedrooms: | 2 | | Summer | ✓ | |
| Number of Bathrooms: | 1 | | Winter | ✓ | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | ✓ |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section X. Drywall Installer**

Drywall Installer's Name: self

Address: na

na

City: na   State: na   Zip: na

Phone: na

**Section VIII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | | Date Acquired Home | |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | 09-01-2005 | Completion Date | 10-01-2008 |
|---|---|---|---|
| Move In Date: | 10-01-2008 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | ✓ |
| First Floor: Full Wall of drywall replaced | | | ✓ |
| Second Floor: Any drywall replaced | | | ✓ |

**Section IX. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name: self

Address: n/a

City: n/a   State: na   Zip: n/a

Phone: n/a

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section XI. Drywall Supplier**

Drywall Supplier's Name: Church

Address: na

na

City: na   State: na   Zip: na

Phone: na

**Section XII. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

RAPP, C
MR EXHIBIT E 00259
CDW00003E

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| *Chari Rapp* | 10/7/09 | | |
| *Howard J. Rapp, Jr.* | 10/7/09 | | |
| | | | |



LRM PPF PACKET 126 - RAPP
CDW 0005

MR EXHIBIT E - 00261



LRM PPF PACKET 126 - RAPP
CDW 0006

MR EXHIBIT E - 00262

**Memo to File**

**File: Chari Rapp**

Insurance Declaration Page will be provided at a later date.

# 300 Gulfside Street
# Waveland, MS  39576

MR EXHIBIT E - 00264

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

| For Internal Use Only |
|---|
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect.  You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Howard and Chari Rapp

Address of Affected Property: 300 Gulfside Street

City: Waveland    State: MS    Zip: 39576

Is this Property:*  Residential [✓]   Commercial [ ]   Governmental [ ]

Name of Person Completing this Form: Chari Rapp

Is above your primary residence?   Yes [ ]  No [✓]

Mailing Address (if different): 100 Idlewood Drive

City: Waveland   State: MS   Zip: 39576

Phone: 228.216.7079

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later time.

Check one:   Owner-Occupant [ ]   Owner Only [✓]   Renter-Occupant [ ]

Represented By: Lumpkin & Reeves, PLLC

Address: 160 Main Street

City: Biloxi   State: MS   Zip: 39530

Phone: 228-374-5151

Case No. /Docket Info: 09-7628

### Section II. Insurance Information

Homeowner/ Renter Insurer: Unknown at this time

Policy #: na

Agent: na

Address: na

City: na   State: na   Zip: na

Phone: na

+ Attach Copy of  Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Howard Rapp, Jr. | 00-00-0000 | 00-00-0000 | M [✓] F [ ] | 09-26-1953 | Yes [✓] No [ ] | Owner Only |
| Chari Rapp | 00-00-0000 | 00-00-0000 | M [ ] F [✓] | 09-21-1955 | Yes [✓] No [ ] | Owner Only |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Rapp Gulf Indicia 1

MR EXHIBIT E - 00265

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes ☑ No ☐

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   unknown

     1.2. When did the inspection take place?   00-00-0000

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   Yes ☑ No ☐

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   unknown

     2.2. When was this determination made?   00-00-0000

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf - Tianjin | entire home |
|  |  |  |
|  |  |  |
|  |  |  |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?   Yes ☐ No ☑

   1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent?

     1.2. When was notice sent?

     + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?   Yes ☐ No ☑

   2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

     2.2. When was the request made?

     + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?   Yes ☐ No ☑

   3.1. If "No" to Question 3.0. Section V. Have any such repairs to your home been offered?   Yes ☐ No ☑

     3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?

     3.1.b. Who made the offer?

   3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?   Yes ☐ No ☑

     3.2.a. Have any such repairs to your home been completed?   Yes ☐ No ☑

     3.2.b. Who paid or is paying for the repairs?

     3.2.c. What was/is the total cost?

     3.2.d. Have samples of the Chinese-manufactured drywall been kept?   Yes ☑ No ☐

     3.2.e. Who possesses the samples?   Lumpkin & Reeves, PLLC

**Section VI. Questions for Florida Residents Only***

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?   Yes ☐ No ☐

   1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?

     1.2. When was notice sent?

     + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?   Yes ☐ No ☐

   2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

     2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558?   Yes ☐ No ☐

   3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?   Yes ☐ No ☐

   4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

     4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?   Yes ☐ No ☐

   5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

     5.2. What repairs were performed?

     5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any righs or agree that such notice is required.  Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Page 2

Rapp Gulf Indicia 2

Plaintiff Profile Form - Residential Properties

**Section VII. Home Information**

| | | | | Yes | No |
|---|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1200 | | | | |
| Estimated Sq. Ft. of Drywall | unknown | Occupied | | ✓ | |
| Height of interior Walls | 8 | Year-round | | ✓ | |
| Number of Bedrooms: | 3 | Summer | | ✓ | |
| Number of Bathrooms: | 1.5 | Winter | | ✓ | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | ✓ |
| Copper Piping | | ✓ | |
| Copper Fixtures | | | ✓ |
| Other Fixtures | | | ✓ |
| Were repairs made to the plumbing system? | | | ✓ |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | | ✓ | |
| Switches | | ✓ | |
| Main Panel | | ✓ | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | | | ✓ |
| Were repairs made to the electrical system? | | | ✓ |
| Dates: | | | |

**+ Attach Copy of Floor Plan on 8 1/2" X 11" paper**

**Section VIII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | | Date Acquired Home | |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | 2006 | Completion Date | 2006 |
|---|---|---|---|
| Move In Date: | 2006 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ✓ | | |
| First Floor: Full Wall of drywall replaced | ✓ | | |
| Second Floor: Any drywall replaced | | | ✓ |

**Section IX. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:
self

Address: n/a

City: n/a   State: na   Zip: n/a

Phone: n/a

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section X. Drywall Installer**

Drywall Installer's Name:
self

Address: na

na

City: na   State: na   Zip: na

Phone: na

**Section XI. Drywall Supplier**

Drywall Supplier's Name:
Chruch

Address: na

na

City: na   State: na   Zip: na

Phone: na

**Section XII. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | _____ , | _____ | _____ , |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ , | _____ | _____ , |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ , | _____ | _____ , |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

Rapp Gulf Indicia 3

Case 2:09-md-02047-EEF-JCW   Document 168-3   Filed 08/17/2009   Page 27 of 27

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _Chari Rapp_ | _10/7/09_ | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _Howard J. Rapp, Jr._ | _10/7/09_ | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Rapp Gulf Indicia 4

Page 3

MR EXHIBIT E - 00268

Rapp Gulf Indicia 5



Rapp Gulf Indicia 6

MR EXHIBIT E - 00270

**Memo to File**

**File: Chari Rapp**

Insurance Declaration Page will be provided at a later date.

MR EXHIBIT E - 00271