# 249 Gulfside Street
# Waveland, MS  39576

MR EXHIBIT E - 00272

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     MDL NO. 2047

PRODUCTS LIABILITY LITIGATION     SECTION: L

THIS DOCUMENT RELATES TO: ALL CASES     JUDGE FALLON

MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Howard and Chari Rapp

Address of Affected Property: 249 Gulfside Street

City: Waveland   State: MS   Zip: 39576

Is this Property:* Residential ✓  Commercial ☐  Governmental ☐

Name of Person Completing this Form: Chari Rapp

Is above your primary residence? Yes ☐ No ✓

Mailing Address (if different): 100 Idlewood Drive

City: Waveland   State: MS   Zip: 39576

Phone: 228.216.7079

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Check one: Owner-Occupant ☐  Owner Only ✓  Renter-Occupant ☐

Represented By: Lumpkin & Reeves, PLLC

Address: 160 Main Street

City: Biloxi   State: MS   Zip: 39530

Phone: 228-374-5151

Case No. /Docket Info: 09-7628

**Section II. Insurance Information**

Homeowner/ Renter Insurer: Unknown at this time

Policy #: na

Agent: na

Address: na

na

City: na   State: na   Zip: na

Phone: na

**+ Attach Copy of Insurance Declaration Page**

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Howard Rapp, Jr. | 00-00-0000 | 00-00-0000 | M ✓ F ☐ | 09-26-1953 | Yes ✓ No ☐ | Owner Only |
| Chari Rapp | 00-00-0000 | 00-00-0000 | M ☐ F ✓ | 09-21-1955 | Yes ✓ No ☐ | Owner Only |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |

* Personal injuries include claims for mental anguish and medical monitoring.

Rapp 249 Indicia 1

RAPP, C
CDW00001C
WR EXHIBIT E-00273
CDWIND01-008640

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes ☑No ☐

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Lumpkin & Reeves PLLC

        1.2. When did the inspection take place?   na

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   Yes ☑No ☐

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Lumpkin & Reeves PLLC

        2.2. When was this determination made?   na

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf - Tianjin | entire home |
|  |  |  |
|  |  |  |
|  |  |  |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?   Yes ☐No ☑

    1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent?

        1.2. When was notice sent?

        + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?   Yes ☐No ☑

    2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

        2.2. When was the request made?

        + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?   Yes ☐No ☑

    3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered?   Yes ☐No ☑

        3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?

        3.1.b. Who made the offer?

    3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?   Yes ☐No ☐

        3.2.a. Have any such repairs to your home been completed?   Yes ☐No ☑

        3.2.b. Who paid or is paying for the repairs?

        3.2.c. What was/is the total cost?

        3.2.d. Have samples of the Chinese-manufactured drywall been kept?   Yes ☑No ☐

        3.2.e. Who possesses the samples?   Lumpkin & Reeves, PLLC

**Section VI. Questions for Florida Residents Only***

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?   Yes ☐No ☐

    1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?

        1.2. When was notice sent?

        + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?   Yes ☐No ☐

    2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

        2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558?   Yes ☐No ☐

    3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?   Yes ☐No ☐

    4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

        4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?   Yes ☐No ☐

    5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

        5.2. What repairs were performed?

        5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any righs or agree that such notice is required. Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Rapp 249 Indicia 2

RAPP, C
CDW00002C
MR EXHIBIT E - 00274
CDWINDO1-008641

Plaintiff Profile Form - Residential Properties

**Section VII. Home Information**

| Approx. Sq. Ft. of House: | 1200 | | | Yes | No |
|---|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | unknown | Occupied | | | ✓ |
| Height of interior Walls | 8 | Year-round | | | ✓ |
| Number of Bedrooms: | 2 | Summer | | | ✓ |
| Number of Bathrooms: | 1 | Winter | | | ✓ |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | ✓ |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | | | ✓ |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | | | ✓ |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VIII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | | Date Acquired Home | |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | 2006 | Completion Date | 2006 |
|---|---|---|---|
| Move In Date: | 2006 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ✓ | | |
| First Floor: Full Wall of drywall replaced | ✓ | | |
| Second Floor: Any drywall replaced | | | ✓ |

**Section IX. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name: self

| Address: | n/a |
|---|---|
| City: | n/a | State: | na | Zip: | n/a |
| Phone: | n/a |

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section X. Drywall Installer**

Drywall Installer's Name: self

| Address: | na |
|---|---|
| | na |
| City: | na | State: | na | Zip: | na |
| Phone: | na |

**Section XI. Drywall Supplier**

Drywall Supplier's Name: Chruch

| Address: | na |
|---|---|
| | na |
| City: | na | State: | na | Zip: | na |
| Phone: | na |

**Section XII. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | |
|---|---|
| Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed |

Rapp 249 Indicia 3

Page 3

RAPP, C
CDW00003C

MR EXHIBIT E - 00275
CDWINDO1-008642

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _Chari Rapp_ | _10/7/09_ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _Howard J. Rapp, Sr._ | _10/7/09_ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Rapp 249 Indicia 4                                                                 Page 3

MR EXHIBIT E - 00276
CDWINDO1-008643



Rapp 249 Indicia 5

MR EXHIBIT E - 00277
CDWINDO1-008644

**Memo to File**

**File: Chari Rapp**

Insurance Declaration Page will be provided at a later date.

Rapp 249 Indicia 6

MR EXHIBIT E - 00278
CDWINDO1-008645

# 300 Highway 90

# Waveland, MS  39576

MR EXHIBIT E - 00279

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

| For Internal Use Only |
|---|
| _____ |
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect.  You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.
The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: chari McIntyre Rapp
Address of Affected Property: 300 Highway 90

City: Waveland   State: MS   Zip: 39576

Is this Property:*   Residential [✓]   Commercial [ ]   Governmental [ ]

Name of Person Completing this Form: Chuck Coats

Is above your primary residence?   Yes [ ] No [✓]

Mailing Address (if different): 100 Idlewood Drive

City: Waveland   State: MS   Zip: 39576

Phone: 228.216.7079

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Check one:   Owner-Occupant [ ]   Owner Only [✓]   Renter-Occupant [ ]

Represented By: Lumpkin & Reeves, PLLC
Address: 160 Main Street

City: Biloxi   State: MS   Zip: 39530

Phone: 228-374-5151

Case No. /Docket Info: 09-7628

### Section II. Insurance Information

Homeowner/ Renter Insurer: Unknown at this time

Policy #: na
Agent: na

Address: na
na

City: na   State: na   Zip: na
Phone: na

+ Attach Copy of  Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Chari Rapp | 05-01-2006 | 00-00-0000 | M [ ] F [✓] | 09-21-1955 | Yes [✓] No [ ] | Owner Only |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

RAPP, C
CDW00001F
MR EXHIBIT E - 00280

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?    Yes ☑ No ☐

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    Lumpkin & Reeves PLLC

      1.2. When did the inspection take place?    `na`

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?    Yes ☑ No ☐

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?    Lumpkin & Reeves PLLC

      2.2. When was this determination made?    `na`

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf - Tianjin | entire home |
|  |  |  |
|  |  |  |
|  |  |  |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?    Yes ☐ No ☑

   1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent? _____

      1.2. When was notice sent?    [        ]

      + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?    Yes ☐ No ☑

   2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made? _____

      2.2. When was the request made?    [        ]

      + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?    Yes ☐ No ☑

   3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered?    Yes ☐ No ☑

      3.1.a. If "Yes" to question 3.1. Section V. When was the offer made? _____

      3.1.b. Who made the offer? _____

   3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?    Yes ☐ No ☑

      3.2.a. Have any such repairs to your home been completed?    Yes ☐ No ☑

      3.2.b. Who paid or is paying for the repairs? _____

      3.2.c. What was/is the total cost? _____

      3.2.d. Have samples of the Chinese-manufactured drywall been kept?    Yes ☑ No ☐

      3.2.e. Who possesses the samples?    Lumpkin & Reeves, PLLC

**Section VI. Questions for Florida Residents Only***

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?    Yes ☐ No ☐

   1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent? _____

      1.2. When was notice sent?    [        ]

      + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?    Yes ☐ No ☐

   2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice? _____

      2.2. When was it received? _____

3.0. Has anyone inspected your home in response to your notice under Chapter 558?    Yes ☐ No ☐

   3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home? _____

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?    Yes ☐ No ☐

   4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer? _____

      4.2. When was it received? _____

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?    Yes ☐ No ☐

   5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs? _____

      5.2. What repairs were performed? _____

      5.3. When were the repairs performed? _____

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any rights or agree that such notice is required. Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

RAPP, C
CDW00002F
MR EXHIBIT E – 00281

Plaintiff Profile Form - Residential Properties

*Section VII. Home Information*

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | na | | | |
| Estimated Sq. Ft. of Drywall | na | Occupied | ✓ | |
| Height of interior Walls | na | Year-round | ✓ | |
| Number of Bedrooms: | 1 | Summer | ✓ | |
| Number of Bathrooms: | 2 | Winter | ✓ | |

**Plumbing System**

| | Blackening or Corrosion? Yes | No | N/A |
|---|---|---|---|
| PVC/ CPVC/ Plastic Piping | | | ✓ |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? Yes | No | N/A |
|---|---|---|---|
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

**+ Attach Copy of Floor Plan on 8 1/2" X 11" paper**

*Section VIII. Construction/Renovation Information*

**Date Range for New Home Construction: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | | Completion Date | |
| Move In Date: | | Date Acquired Home | |

**Date Range for Renovations: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | 2006 | Completion Date | 2006 |
| Move In Date: | 2006 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ✓ | | |
| First Floor: Full Wall of drywall replaced | ✓ | | |
| Second Floor: Any drywall replaced | | | ✓ |

*Section IX. Homebuilder/ General Contractor/ Developer Information*

**Homebuilder/ General Contractor/ Developer's Name:**

**Address:**

City: State: Zip:

**Phone:**

**+ Attach Copy of Construction/Renovation Contract**
**+ Attach Copy of New Home Warranty Declaration**

*Section X. Drywall Installer*

**Drywall Installer's Name:** self

**Address:** na
na

City: na State: na Zip: na

**Phone:** na

*Section XI. Drywall Supplier*

**Drywall Supplier's Name:** Church

**Address:** na
na

City: na State: na Zip: na

**Phone:** na

*Section XII. Verification of Plaintiff Profile Form*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

RAPP, C
CDW00003F
MR EXHIBIT E - 00282

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |
|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _Claimant's Signature_ | _Date Signed_ | _Claimant's Signature_ | _Date Signed_ |
|---|---|---|---|
| | 10/7/09 | | |
| _Claimant's Signature_ | _Date Signed_ | _Claimant's Signature_ | _Date Signed_ |
| | 10/7/09 | | |
| _Claimant's Signature_ | _Date Signed_ | _Claimant's Signature_ | _Date Signed_ |

MR EXHIBIT E - 00283



MR EXHIBIT E - 00284

MR EXHIBIT E - 00285

**Memo to File**

**File: Chari Rapp**

Insurance Declaration Page will be provided at a later date.

MR EXHIBIT E - 00286

MR EXHIBIT E - 00287



**MZA Florida**
580 Village Blvd • Suite 360
West Palm Beach, Florida 33409
TEL 561 712 4777 • FAX 561 712 4677

http://www.mzaconsulting.com
mzainfo@mzaconsulting.com

December 20, 2012

Mr. Kyle Spaulding
Frilot  LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

**RE: Phase 1 Inspection – 300 Highway 90, Waveland, Mississippi**

Dear Kyle,

The Phase 1 Inspection Protocol performed by Morse Zehnter Associates (MZA) at 300 Highway 90, Waveland, Mississippi on December 11th, 2012 found the following information:

**Overall Findings**
The structure **was** determined to be a KPT Property.  No other Chinese drywall was found at the site. Domestic and KPT drywall were identified in the building.  The calculated KPT percentage for the site is **100%.**

**Summary of Drywall Materials**
This site is a commercial building that is made up of three (3) separate suites that were renovated in 2006 due to storm damage. KPT was identified throughout all inspected walls of the building with the exception of office 2 in suite 2, which was identified as domestic drywall. Domestic drywall was identified throughout all ceilings in the building with the exception of two (2) KPT boards that were used as a patch. Paper and gypsum color in all inspection holes was distinctly different between the domestic and KPT products. Based on these observations it appears that the building is majority KPT product (estimated 80%) and the domestic product is the minority (estimated 20%) of the drywall in the building.

**Environmental Conditions**
Upon entering the building, MZA did detect a CDW type odor.  There was blackening observed on copper wiring and on plumbing in the house. Blackening was also observed on the HVAC refrigerant lines and evaporator coils located in the attic.

This is a Phase 1 report and such relies on observations of representative boards rather than a detailed board by board survey.  Please see our attached report for further findings of the Phase I Inspection Protocol performed by Morse Zehnter Associates.

Sincerely,

**Morse Zehnter Associates**
Andrea L. Grdina
Senior Project Manager

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

580 Village Blvd • Suite 360 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
rk   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

MR EXHIBIT E - 00288

EXHIBIT

tabbies

December 20, 2012                                          For Settlement Purposes Only
Page 1 of 15
300 Highway 90, Waveland, MS

## Phase 1 Inspection Report

This report uses a procedure developed in the Phase 1 Protocol Inspection to identify the manufacturer of the gypsum drywall products installed in a building. This is performed by cutting holes in a limited amount of locations to allow visual observation of the labeling and endtape markings that are visible on the backside of the drywall. Visual observations of copper components were also obtained at selected electrical and plumbing building materials.

### General Data

| | |
|---|---|
| Address of building: | 300 Highway 90, Waveland, Mississippi |
| Building Floor Area: | 2,400 square feet |
| Type of Building: | Commercial |
| Number of Stories: | 1 |
| # of Bedrooms: | 3 Suites |
| Occupancy: | Occupied |
| Year of Construction: | Renovated in 2006 |
| Community: | None |
| Builder: | Owner |
| Building owner: | Chari Rapp |
| Homeowner Counsel: | Reeves and Mestayer, PLLC |
| Date of Inspection: | December 11, 2012 |
| Individuals Present: | Chari Rapp |
| Inspected By: | Robby Wyre, MZA<br><br>Juan Hernandez, MZA |

### House Inspection Summary

| Drywall Findings: | Substantially KPT – Yes<br>• 80% KPT<br>• 20% Domestic<br>• 0% - Other CDW | KPT Property – Yes<br>• 7 = # of KPT boards<br>• 0 = # of Other CDW boards<br>• Percentage of KPT = 100% |
|---|---|---|
| CDW Odor Upon Entry: | Yes | |
| Blackening of Outlets and/or switches: | Yes | |
| Blackening of copper plumbing: | Yes | |
| A/C Cooling Coils: | Yes | |

Note: percentages are approximate and based upon the board observed during the survey.

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**    580 Village Blvd • Suite 360 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**    Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

MR EXHIBIT E - 00289



**MZA Florida**
580 Village Blvd • Suite 360
West Palm Beach, Florida 33409
TEL 561 712 4777 • FAX 561 712 4677

http://www.mzaconsulting.com
mzainfo@mzaconsulting.com

December 19, 2012

Mr. Kyle Spaulding
Frilot  LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

**RE: Phase 1 Inspection – 100 Idlewood Drive, Waveland, Mississippi**

Dear Kyle,

The Phase 1 Inspection Protocol performed by Morse Zehnter Associates (MZA) at 100 Idlewood Drive, Waveland, Mississippi on December 11th, 2012 found the following information:

<u>**Overall Findings**</u>
The residence **was** determined to be a KPT Property.  No other Chinese drywall was found in the house.  Domestic and KPT drywall were identified in the house.  The calculated KPT percentage for the home is **100%**.

<u>**Summary of Drywall Materials**</u>
This home was originally constructed in 1993 and was completely renovated in 2007 due to storm damage. KPT was identified throughout all inspected walls of the home. Domestic drywall was identified throughout all ceilings in the home. Paper and gypsum color in all inspection holes was distinctly different between the domestic and KPT products. Based on these observations it appears that the house is majority KPT product (estimated 90%) and the domestic product is the minority (estimated 10%) of the drywall in the house.

<u>**Environmental Conditions**</u>
Upon entering the house, MZA did detect a CDW type odor.  There was blackening observed on copper wiring and on plumbing in the house. Blackening was also observed on the HVAC refrigerant lines located in the attic.  The HVAC evaporator coil has been replaced with a coated coil.

This is a Phase 1 report and such relies on observations of representative boards rather than a detailed board by board survey.  Please see our attached report for further findings of the Phase I Inspection Protocol performed by Morse Zehnter Associates.

Sincerely,

**Morse Zehnter Associates**
Andrea L. Grdina
Senior Project Manager

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 360 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

MR EXHIBIT E - 00290

December 19, 2012                                                    For Settlement Purposes Only
Page 1 of 14
100 Idlewood Drive, Waveland, MS

## Phase 1 Inspection Report

This report uses a procedure developed in the Phase 1 Protocol Inspection to identify the manufacturer of the gypsum drywall products installed in a house.  This is performed by cutting holes in a limited amount of locations to allow visual observation of the labeling and endtape markings that are visible on the backside of the drywall.  Visual observations of copper components were also obtained at selected electrical and plumbing building materials.

### General Data

| | |
|---|---|
| Address of House: | 100 Idlewood Drive, Waveland, Mississippi |
| House Floor Area: | 2,800 square feet |
| Type of Home: | Single Family Home |
| Number of Stories: | 1 |
| # of Bedrooms: | 4 |
| Occupancy: | Occupied |
| Year of Construction: | Original constructed in 1993 and renovated in 2007 |
| Community: | Idlewood |
| Builder: | Owner |
| Homeowner: | Chari Rapp |
| Homeowner Counsel: | Reeves and Mestayer, PLLC |
| Date of Inspection: | December 11, 2012 |
| Individuals Present: | Chari Rapp |
| Inspected By: | Robby Wyre, MZA           Juan Hernandez, MZA |

### House Inspection Summary

| Drywall Findings: | Substantially KPT – Yes<br>• 90% KPT<br>• 10% Domestic<br>• 0% - Other CDW | KPT Property – Yes<br>• 7 = # of KPT boards<br>• 0 = # of Other CDW boards<br>• Percentage of KPT = 100% |
|---|---|---|
| CDW Odor Upon Entry: | Yes | |
| Blackening of Outlets and/or switches: | Yes | |
| Blackening of copper plumbing: | Yes | |
| A/C Cooling Coils: | Coated | |

Note: percentages are approximate and based upon the board observed during the survey.

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 360  |  West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

MR EXHIBIT E - 00291



**MZA Florida**
580 Village Blvd • Suite 360
West Palm Beach, Florida 33409
TEL 561 712 4777 • FAX 561 712 4677

http://www.mzaconsulting.com
mzainfo@mzaconsulting.com

December 20, 2012

Mr. Kyle Spaulding
Frilot  LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

**RE: Phase 1 Inspection – 244 Gulfside Street, Waveland, Mississippi**

Dear Kyle,

The Phase 1 Inspection Protocol performed by Morse Zehnter Associates (MZA) at 244 Gulfside Street, Waveland, Mississippi on December 13th, 2012 found the following information:

**Overall Findings**
The residence **was** determined to be a KPT Property.  No other Chinese drywall was found in the house.  Domestic and KPT drywall were identified in the house.  The calculated KPT percentage for the home is **100%**.

**Summary of Drywall Materials**
This home was constructed in 1984 and was partially renovated in 2006 due to flooding. It was reported by the homeowner that the bottom 4 feet of drywall in the home was the only portion replaced. The upper portion and ceilings throughout remained original construction. KPT was identified throughout all inspected lower walls of the home. Based on these observations it appears that the house is majority original construction product (estimated 60%) and the KPT product is the minority (estimated 40%) of the drywall in the house.

**Environmental Conditions**
Upon entering the house, MZA did not detect a CDW type odor.  There was blackening observed on copper wiring and on plumbing in the house. Blackening was also observed on the HVAC refrigerant lines located in a mechanical closet. The HVAC evaporator coil has been replaced with a coated coil.

This is a Phase 1 report and such relies on observations of representative boards rather than a detailed board by board survey.  Please see our attached report for further findings of the Phase I Inspection Protocol performed by Morse Zehnter Associates.

Sincerely,

*Andrea L. Grdina*

**Morse Zehnter Associates**
Andrea L. Grdina
Senior Project Manager

---

**BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING**

**MZA Florida**    580 Village Blvd • Suite 360  |  West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**    Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

December 20, 2012                                    For Settlement Purposes Only
Page 1 of 11
244 Gulfside Street, Waveland, MS

## Phase 1 Inspection Report

This report uses a procedure developed in the Phase 1 Protocol Inspection to identify the manufacturer of the gypsum drywall products installed in a house. This is performed by cutting holes in a limited amount of locations to allow visual observation of the labeling and endtape markings that are visible on the backside of the drywall. Visual observations of copper components were also obtained at selected electrical and plumbing building materials.

### General Data

| | |
|---|---|
| Address of House: | 244 Gulfside Street, Waveland, Mississippi |
| House Floor Area: | 1,071 square feet |
| Type of Home: | Single Family Home |
| Number of Stories: | 1 |
| # of Bedrooms: | 2 |
| Occupancy: | Occupied |
| Year of Construction: | Constructed in 1984 and renovated in 2006 |
| Community: | Gulfside Sites |
| Builder: | Owner |
| Homeowner: | Chari Rapp |
| Homeowner Counsel: | Reeves and Mestayer, PLLC |
| Date of Inspection: | December 13, 2012 |
| Individuals Present: | Chari Rapp |
| Inspected By: | Robby Wyre, MZA<br><br>Juan Hernandez, MZA |

### House Inspection Summary

| Drywall Findings: | Substantially KPT – No<br>• 40% KPT<br>• 60% Domestic<br>• 0% - Other CDW | KPT Property – Yes<br>• 6 = # of KPT boards<br>• 0 = # of Other CDW boards<br>• Percentage of KPT = 100% |
|---|---|---|
| CDW Odor Upon Entry: | No | |
| Blackening of Outlets and/or switches: | Yes | |
| Blackening of copper plumbing: | Yes | |
| A/C Cooling Coils: | Coated | |

Note: percentages are approximate and based upon the board observed during the survey.

BUILDING SCIENCES | ENGINEERING | ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 360 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

MR EXHIBIT E - 00293



**MZA Florida**
580 Village Blvd • Suite 360
West Palm Beach, Florida 33409
TEL 561 712 4777 • FAX 561 712 4677

http://www.mzaconsulting.com
mzainfo@mzaconsulting.com

December 20, 2012

Mr. Kyle Spaulding
Frilot  LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

**RE: Phase 1 Inspection – 248 Gulfside Street, Waveland, Mississippi**

Dear Kyle,

The Phase 1 Inspection Protocol performed by Morse Zehnter Associates (MZA) at 248 Gulfside Street, Waveland, Mississippi on December 13th, 2012 found the following information:

**Overall Findings**
The residence **was** determined to be a KPT Property.  No other Chinese drywall was found in the house.  Domestic and KPT drywall were identified in the house.  The calculated KPT percentage for the home is **100%**.

**Summary of Drywall Materials**
This home was constructed in 1985 and was partially renovated in 2006 due to flooding. It was reported by the homeowner that the bottom 4 feet of drywall in the home was the only portion replaced. The upper portion and ceilings throughout remained original construction. KPT was identified throughout all inspected lower walls of the home. Based on these observations it appears that the house is majority original construction product (estimated 60%) and the KPT product is the minority (estimated 40%) of the drywall in the house.

**Environmental Conditions**
Upon entering the house, MZA did not detect a CDW type odor.  There was blackening observed on copper wiring and on plumbing in the house. Blackening was also observed on the HVAC refrigerant lines located in a mechanical closet. The HVAC evaporator coil has been replaced with an aluminum coil.

This is a Phase 1 report and such relies on observations of representative boards rather than a detailed board by board survey.  Please see our attached report for further findings of the Phase I Inspection Protocol performed by Morse Zehnter Associates.

Sincerely,

*Andrea L. Grdina*

**Morse Zehnter Associates**
Andrea L. Grdina
Senior Project Manager

---

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

MR EXHIBIT E - 00294

December 20, 2012                                         For Settlement Purposes Only
Page 1 of 11
248 Gulfside Street, Waveland, MS

## Phase 1 Inspection Report

This report uses a procedure developed in the Phase 1 Protocol Inspection to identify the manufacturer of the gypsum drywall products installed in a house.  This is performed by cutting holes in a limited amount of locations to allow visual observation of the labeling and endtape markings that are visible on the backside of the drywall.  Visual observations of copper components were also obtained at selected electrical and plumbing building materials.

### General Data

| | |
|---|---|
| Address of House: | 248 Gulfside Street, Waveland, Mississippi |
| House Floor Area: | 1,131 square feet |
| Type of Home: | Single Family Home |
| Number of Stories: | 1 |
| # of Bedrooms: | 3 |
| Occupancy: | Occupied |
| Year of Construction: | Constructed in 1985 and renovated in 2006 |
| Community: | Gulfside Sites |
| Builder: | Owner |
| Homeowner: | Chari Rapp |
| Homeowner Counsel: | Reeves and Mestayer, PLLC |
| Date of Inspection: | December 13, 2012 |
| Individuals Present: | Chari Rapp |
| Inspected By: | Robby Wyre, MZA      Juan Hernandez, MZA |

### House Inspection Summary

| | | |
|---|---|---|
| Drywall Findings: | Substantially KPT – No<br>• 40% KPT<br>• 60% Domestic<br>• 0% - Other CDW | KPT Property – Yes<br>• 5 = # of KPT boards<br>• 0 = # of Other CDW boards<br>• Percentage of KPT = 100% |
| CDW Odor Upon Entry: | No | |
| Blackening of Outlets and/or switches: | Yes | |
| Blackening of copper plumbing: | Yes | |
| A/C Cooling Coils: | Aluminum | |

Note: percentages are approximate and based upon the board observed during the survey.

BUILDING SCIENCES | ENGINEERING | ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 360 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

MR EXHIBIT E - 00295

MR EXHIBIT E - 00296

BROWNGREER ‖ PLC - Chinese Drywall - MDL 2047 Pilot Program

Home
Search
Forms
Instructions
Logout

## Search

○ Specific Search    ○ Search All

Claimant ID :
Claimant Name : rapp          | First Name |
Claim Type :           ▼
Property Address :
City :
State :  ▼

[Search]   [Clear Form]

[Export to Excel]

**Search Results:**            **Page 1 of 1 (9 records)**

| Claimant ID | Name | Address | Claim Type |
|---|---|---|---|
| 103361 | | 2109 Nicholson Avenue Waveland, MS, 39576, USA | Special Master Indicia Petitioner |
| 103357 | McIntyre, John Ray | 2107 Nicholson Avenue Waveland, MS, 39576, USA | Pilot Program Participant |
| 100633 | Rapp, Chari M. | 300 Hwy 90 Waveland, MS, 39576, USA | Pilot Program Participant |
| 100620 | Rapp, Chari;Rapp, Howard | 100 Idlewood Drive Waveland, MS, 39576, USA | Pilot Program Participant |
| 100624 | Rapp, Howard;Rapp, Chari | 244 Gulfside Street Waveland, MS, 39576, USA | Pilot Program Participant |
| 100627 | Rapp, Howard;Rapp, Chari | 249 Gulfside Street Waveland, MS, 39576, USA | Already Remediated Property |
| 100629 | Rapp, Howard;Rapp, Chari | 248 Gulfside Street Waveland, MS, 39576, USA | Pilot Program Participant |
| 100616 | Rapp, Howard;Rapp, Chari | 300 Gulfside Street Waveland, MS, 39576, USA | Already Remediated Property |
| 105982 | Rapp, Howard;Rapp, Chari | 310 Gulfside Street Waveland, MS, 39576, USA | Special Master Indicia Petitioner |

1



EXHIBIT K

MR EXHIBIT E - 00297

Jim Reeves†

Matthew G. Mestayer

Of Counsel:
  Mark Lumpkin**



REEVES & MESTAYER
ATTORNEYS
PROFESSIONAL LIMITED LIABILITY CORPORATION

160 Main Street (39530)
P.O. Drawer 1388
Biloxi, MS 39533

Phone 228.374.5151
Tollfree 855.558.2977
Fax 228.374.6630
www.rmlawcall.com

February 25, 2016

†Also Licensed in Alabama

**Also Licensed in Louisiana

Daniel J. Balhoff, Esq.
Perry Atkinson Balhoff Mengis
  Burns & Ellis, LLC
2141 Quail Run Drive
Post Office Box 83260
Baton Rouge, Louisiana  70884-3260

Via email to Balhoff@pabmb.com

      Re:   **Supplemental Mediation Memorandum**
            Chinese Drywall Litigation
            Mediation of Claims of Howard and Chari Rapp
            Property Address: 249 Gulfside St., Waveland, MS 39576
                                      300 Gulfside St., Waveland, MS 39576

Dear Dan:

      Please consider this as a supplement to our original position paper in the above referenced matter. I would like to further address a few specific points.

      First, there was some question by the Defendants regarding whether we had timely submitted indicia and other requested documents over the years. There seems to be some confusion on this issue. Attached are various emails over a long period of time with all requested submissions. We have (to the extent they are in our possession) provided these to the Defendants when any claim of deficiency was asserted.

      Second, the Defendants for some time now have been aware that we have a large number of sample drywall and electrical components removed from these homes. We have invited them to inspect this indicia and have offered to send it to them.

      Finally, the subject properties were inspected by our inspector, Mr. Art Cantrell. Numerous indicia were obtained from both homes by him. In further support of the claims, we provide the following documents which have not previously been requested but which may be helpful:

      1.    Report prepared by Mr. Cantrell at the time of inspections.

Daniel J. Balhoff, Esq.
February 25, 2016
Page 2


      2.      Affidavit of Mr. Cantrell confirming the chain of custody with regard to the indicia obtained.

      In short, Plaintiffs fully complied with the spirit and intent of PTO 1B (even though it was entered after the remediation had begun) and fully complied with PTO 1. They are hardworking citizens who were the victims of the Defendants' product. The Rapps made a good faith effort to immediately put these rental properties back on the market so as to minimize losses. Their claims should be paid.

                                  Sincerely,

                                  JIM REEVES

JR/khs
cc:    Danny Dysart, Esq.
Enclosures

MEMORANDUM

DATE:  September 23, 2009

TO:     Jim Reeves

FROM:  Art Cantrelle

RE:      Chinese Drywall Inspection
          Chari Rapp
          249 and 300 Gulfside St
          Waveland, MS

On September 23, 2009 I inspected these homes for defective Chinese Drywall. These homes are rental properties. After Hurricane Katrina they replaced 4ft of sheetrock throughout the homes. The drywall used is confirmed to be Knauf.  They recently took the sheetrock out to replace with American made sheetrock. I took pictures of the stack of drywall that was taken out of these homes.   The drywall taken was labeled Knauf, with blue dot matrix print. I took many samples of the drywall that was already removed.  I then took pictures of the samples and copper components. All of the copper is confirmed to be corroded with black and green corrosion.  Some of the Knauf drywall had not been removed. I confirmed the Knauf label and took some samples of this also.  I gave Joan all samples and photographs.

STATE OF _Mississippi_
COUNTY OF _Harrison_

## AFFIDAVIT

I, ART CANTRELLE, upon being duly sworn, do hereby state upon my own oath and personal knowledge the following:

1.  For the past several years I have been employed by the firm of Lumpkin and Reeves (subsequently Reeves and Mestayer) to perform inspections of homes that are thought to have defective Chinese Drywall.

2.  On or about September 23, 2009, I inspected the homes at both 249 Gulfside Street, Waveland, MS 39576 and 300 Gulfside Street, Waveland, MS 39576 for defective Chinese Drywall.

3.  During the course of the inspection, I observed markings on the drywall at both properties that indicated it was manufactured by KPT.

4.  I photographed a stack of boards that had been removed prior to my arrival. Those boards had markings that stated KPT. Some drywall still remained in the house. I observed markings on these boards as well. I took numerous samples from both properties and the stack of KPT drywall. I placed the samples in my vehicle.

5.  I obtained approximately 15 of samples from each home. Attached is Exhibit A to my affidavit which are photographs Bates stamped Rapp-249 Gulfside 1-30 and Rapp-300 Gulfside 1-28. These appear to be

Page 1 of 2

the same samples that I removed from the two properties in question.

I also obtained a number of electrical components from each home

and kept them separated for each property.

6.    I brought all samples directly to Joan Bowers, legal assistant with the

firm Lumpkin and Reeves.  In my presence, Joan then labeled the

samples and placed them in bags.

8.    We then left the samples in the storage room.

And further Affiant saith not.

Art Cantrelle
#9 Villa Cove
Gulfport, MS 39507

SWORN TO and SUBSCRIBED BEFORE ME by the above affiant, this 24th
day of February, 2016.

Notary Public

KATHRYN H. SWIFT
Notary's Name Printed:

My Commission Expires: 10/26/18

ID # 5746
KATHRYN H. SWIFT
Commission Expires
Oct. 26, 2018

MR EXHIBIT E - 00302



RAPP - 249 GULFSIDE INDICA 1

EXHIBIT

A

MR EXHIBIT E / 00303



MR EXHIBIT E - 00304

RAPP - 249 GULFSIDE INDICA 1

EXHIBIT E - 00305



MR EXHIBIT E-00306



MDL EXHIBIT E - 00307



MR EXHIBIT 00308



MP-00309

KAPP - 249 GULFSIDE INDICA 6

MR EXHIBIT DEF00310



MRB EXHIBIT E - 00311



MR EXHIBIT E - 00312



MRC EXHIBIT B - 00313



IMP EXHIBIT E - 00314

RAPP - 249 GULFSIDE INDICA 16



MR EXHIBIT E - 00315



OB EXHIBIT 3.00316

RAPP - 2X9 GULFSIDE INDICA 12



MR EXHIBIT E - 00317



MR EXHIBIT C 00318

MR EXHIBIT E - 00319

MR EXHIBIT E - 00320



MR EXHIBIT E - 00321