

MR EXHIBIT C 00322



MR EXHIBIT E - 00323



MR EXHIBIT E - 00324

MP EXHIBIT E - 00325



MR EXHIBIT E - 00326



MR EXHIBIT E - 00327



MR EXHIBIT E - 00328



MR EXHIBIT C 00329



MR EXHIBIT E - 00330

MR EXHIBIT E - 00331



MR EXHIBIT E - 00332

MR EXHIBIT E - 00333

RAPP - 342 GULFSIDE INDICA 29



MR EXHIBIT E - 00334

MR EXHIBIT E - 00335



MR EXHIBIT E - 00336



MR EXHIBIT E-00337

MR EXHIBIT 00338

MR 00339



MR EXHIBIT E - 00340



MR EXHIBIT E-00341



MR EXHIBIT E - 00342



MR 00343



MR EXHIBIT E - 00344



MR EX        00345



MR EXP 1 00346



MR EX 000347



00348



MV EXHIBIT EX 00349



RAPP - 300 GULFSIDE INDICIA 15

00350



MR E          00351



MR EXHIBIT   00352



00353



00354



T E - 00355



MR EXHIBIT 00356

RAPP - 300 GULFSIDE INDICIA 21



MR EXHIBIT E - 00359



MR EXHIBIT E - 00360



MR EX 00361



MR EXHIBIT E - 00362



MR EXHIBIT E - 00363