Jim Reeves†

Matthew G. Mestayer

Of Counsel:
Mark Lumpkin**



REEVES & MESTAYER
ATTORNEYS
PROFESSIONAL LIMITED LIABILITY CORPORATION

160 Main Street (39530)
P.O. Drawer 1388
Biloxi, MS 39533

Phone 228.374.5151
Tollfree 855.558.2977
Fax 228.374.6630
www.rmlawcall.com

February 25, 2016

†Also Licensed in Alabama

**Also Licensed in Louisiana

Daniel J. Balhoff, Esq.                                    Via email to Balhoff@pabmb.com
Perry Atkinson Balhoff Mengis
  Burns & Ellis, LLC
2141 Quail Run Drive
Post Office Box 83260
Baton Rouge, Louisiana    70884-3260

> Re:    **Supplemental Mediation Memorandum**
>        Chinese Drywall Litigation
>        Mediation of Claims of Howard and Chari Rapp
>        Property Address: 249 Gulfside St., Waveland, MS 39576
>                          300 Gulfside St., Waveland, MS 39576

Dear Dan:

Please consider this as a supplement to our original position paper in the above referenced matter. I would like to further address a few specific points.

First, there was some question by the Defendants regarding whether we had timely submitted indicia and other requested documents over the years. There seems to be some confusion on this issue. Attached are various emails over a long period of time with all requested submissions. We have (to the extent they are in our possession) provided these to the Defendants when any claim of deficiency was asserted.

Second, the Defendants for some time now have been aware that we have a large number of sample drywall and electrical components removed from these homes. We have invited them to inspect this indicia and have offered to send it to them.

Finally, the subject properties were inspected by our inspector, Mr. Art Cantrell. Numerous indicia were obtained from both homes by him. In further support of the claims, we provide the following documents which have not previously been requested but which may be helpful:

1.    Report prepared by Mr. Cantrell at the time of inspections.

Daniel J. Balhoff, Esq.
February 25, 2016
Page 2

    2.    Affidavit of Mr. Cantrell confirming the chain of custody with regard to the indicia obtained.

In short, Plaintiffs fully complied with the spirit and intent of PTO 1B (even though it was entered after the remediation had begun) and fully complied with PTO 1. They are hardworking citizens who were the victims of the Defendants' product.  The Rapps made a good faith effort to immediately put these rental properties back on the market so as to minimize losses.  Their claims should be paid.

               Sincerely,

               JIM REEVES

JR/khs
cc:    Danny Dysart, Esq.
Enclosures

MEMORANDUM

DATE:  September 23, 2009

TO:    Jim Reeves

FROM:  Art Cantrelle

RE:    Chinese Drywall Inspection
       Chari Rapp
       249 and 300 Gulfside St
       Waveland, MS

On September 23, 2009 I inspected these homes for defective Chinese Drywall. These homes are rental properties. After Hurricane Katrina they replaced 4ft of sheetrock throughout the homes. The drywall used is confirmed to be Knauf.  They recently took the sheetrock out to replace with American made sheetrock. I took pictures of the stack of drywall that was taken out of these homes.   The drywall taken was labeled Knauf, with blue dot matrix print. I took many samples of the drywall that was already removed.  I then took pictures of the samples and copper components. All of the copper is confirmed to be corroded with black and green corrosion.  Some of the Knauf drywall had not been removed. I confirmed the Knauf label and took some samples of this also.  I gave Joan all samples and photographs.

STATE OF _Mississippi_

COUNTY OF _Harrison_

## AFFIDAVIT

I, ART CANTRELLE, upon being duly sworn, do hereby state upon my own oath and personal knowledge the following:

1.     For the past several years I have been employed by the firm of Lumpkin and Reeves (subsequently Reeves and Mestayer) to perform inspections of homes that are thought to have defective Chinese Drywall.

2.     On or about September 23, 2009, I inspected the homes at both 249 Gulfside Street, Waveland, MS 39576 and 300 Gulfside Street, Waveland, MS 39576 for defective Chinese Drywall.

3.     During the course of the inspection, I observed markings on the drywall at both properties that indicated it was manufactured by KPT.

4.     I photographed a stack of boards that had been removed prior to my arrival. Those boards had markings that stated KPT. Some drywall still remained in the house. I observed markings on these boards as well. I took numerous samples from both properties and the stack of KPT drywall. I placed the samples in my vehicle.

5.     I obtained approximately 15 of samples from each home. Attached is Exhibit A to my affidavit which are photographs Bates stamped Rapp-249 Gulfside 1-30 and Rapp-300 Gulfside 1-28. These appear to be

Page 1 of 2

the same samples that I removed from the two properties in question.
I also obtained a number of electrical components from each home
and kept them separated for each property.

6.     I brought all samples directly to Joan Bowers, legal assistant with the
firm Lumpkin and Reeves.  In my presence, Joan then labeled the
samples and placed them in bags.

8.     We then left the samples in the storage room.

And further Affiant saith not.

Art Cantrelle
#9 Villa Cove
Gulfport, MS 39507

SWORN TO and SUBSCRIBED BEFORE ME by the above affiant, this 24th
day of February, 2016.

Notary/Public

KATHRYN H. SWIFT
Notary's Name Printed:

My Commission Expires: 10/26/18

ID # 5746
KATHRYN H. SWIFT
Commission Expires
Oct. 26, 2018

Page 2 of 2



RAPP - 249 GULFSIDE INDICA 1

EXHIBIT

A

MR EXHIBIT F 00389



MR EXHIBIT F - 00370



EXHIBIT E-00371

RAPP - 249 GULFSIDE INDICA-1



RAPP - 243 GULFSIDE INDICA 2

MR EXHIBIT 00372



MP EXHIBIT F - 00373



MR EXHIBIT 00374



MFG-000375

KAPP - 249 GULFSIDE INDICA 6

HR Exhibit D-00376



MBS EXHIBIT F - 00377



MR EXHIBIT F – 00378



MREXHIBIT K - 00379



RAPP - 249 GULFSIDE INDICA 16

MFR EXHIBIT F - 00380



MR EXHIBIT F - 00381



MF EXHIBIT 00382



MR EXHIBIT F - 00383



MR_EXHIBIT F_00384

MR EXHIBIT E-00385

KAPP

MR EXHIBIT E - 00386



MR EXHIBIT F - 00387



MR EXHIBIT F 00388

MR EXHIBIT F - 00389



MR-EXHIBIT-F-00390

RAPP

RAPP 248 OUTSIDE NO(DA'3)

MR EXHIBIT F - 00391



MR EXHIBIT F - 00392



MR EXHIBIT F - 00393



MR EXHIBIT F - 00394

MR EXHIBIT 00395



MR EXHIBIT F - 00396