

MR EXHIBIT F - 00397



MR EXHIBIT F - 00398



MR EXHIBIT F - 00399



MR EXHIBIT F - 00400

MR EXHIBIT F - 00401



MR EXHIBIT F - 00402



MR EXHIBIT P 00403

MR EXHIBIT 00404



MR 00405



MR EXHIBIT F - 00406

BAPP

MR EXHIBIT F.000407

RAPP - 300 GULFSIDE INDIGIA 5



MR EXHIBIT F - 00408



MR 00409





MR EX     00411



MR EX... 00412



MR E           00413



PLF EXHIBIT P1.00415

RAPP - 300 GULFSIDE INDICIA 14

RAPP - 300 GULFSIDE INDICIA 15

00416



MR E       00417



MR EXHIBIT    00418





00420



RAPP - 300 GULFSIDE INDICIA 25

T F - 00421



MR EXHIBIT - 00422

RAPP - 300 GULFSIDE INDICIA 21

Rapp

MR EXHIBIT F - 00424



MRI EXHIBIT F - 00425



MR EXHIBIT E - 00426



MR EX          00427



MR EXHIBIT F - 00428



MR EXHIBIT F - 00429