UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     :     MDL NO. 2047
PRODUCTS LIABILITY LITIGATION           :     SECTION L
                                        :     JUDGE FALLON
                                        :     MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

### ORDER

Considering the Fee Committee's Motion to Determine the Allocation of the Global Fee Award (R. Doc. 20293), **IT IS ORDERED** that the Court will hear oral argument on the Allocation Motion following the Monthly Status Conference on July 27, 2016 at 9:00 a.m. in the Courtroom of the Honorable Eldon E. Fallon.

**PURSUANT TO PTO 28(F)** (R. Doc. 20282), **IT IS FURTHER ORDERED** that oppositions to the Allocation Motion must be filed on or before **June 28, 2016** and responses to any opposition must be filed on or before **July 11, 2016**.

New Orleans, Louisiana, this 10th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

1