UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering the following recently filed motions: (1) Motion to Amend/Correct Class Action Complaint (R. Doc. 20292); (2) Motion to Compel Enforcement of the Settlement Agreement (R. Doc. 20294); (3) Motion to Compel Enforcement of the KPT Settlement Agreement (R. Doc. 20296); and (4) Motion to Lift Stay Imposed by PTO 1G (R. Doc. 20297), **IT IS ORDERED** that the Court will hear oral argument on these four Motions following the Monthly Status Conference on June 29, 2016 at 9:00 a.m. in the Courtroom of the Honorable Eldon E. Fallon.

**IT IS FURTHER ORDERED** that any party who wishes to respond to these Motions do so on or before Wednesday, June 22, 2016.

New Orleans, Louisiana, this 10th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

1