UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
: WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Deepak and Neeraj Kapur.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Lenny Davis of the Plaintiffs' Liaison Counsel review the correspondence and reach out to the Kapurs to advise them of their rights in connection with their claim. If the Kapurs wish to pursue this claim before it prescribes (which arguably may be one year from the date of the discovery of the drywall), the Kapurs are encouraged to obtain counsel as soon as possible.

New Orleans, Louisiana, this 14th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc:
Deepak and Neeraj Kapur
71, Ulleswater Road
Southgate, London
N14 7BN. UK