UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                         MDL NO. 2047

                                                                   SECTION: L

                                                                   JUDGE FALLON
                                                                   MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:**
*ALL CASES*
**************************************************************************

## MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF LOCAL RULE PAGE LIMITATION

COMES NOW Individual Counsel, specifically referred to as K. Edward Sexton, II of Gentle, Turner, Sexton & Harbison, LLC and Eric D. Hoaglund of McCallum, Hoaglund, Cook & Irby, LLP (collectively referred to as "Sexton/Hoaglund"), and respectfully move the Court for an Order allowing Sexton/Hoaglund's brief in Support of Individual Counsel's Request to Allocate the Global Fee Award Between Common Benefit Counsel and Individual Counsel and Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Attorneys and Individual Counsel Fees Pursuant to PTO 28(F) to be filed in excess of the page limitations set forth in Local Rule 7.7.

Respectfully submitted,

Dated: June 16, 2016          /s/ Eric D. Hoaglund
                              Eric D. Hoaglund
                              McCallum, Hoaglund, Cook & Irby, LLP
                              905 Montgomery Highway, Suite 201
                              Vestavia Hills, Alabama 35216
                              Telephone: (205)824-7767
                              Facsimile: (205)824-7768
                              Email: ehoaglund@mhcilaw.com

K. Edward Sexton, II
Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East
Suite 100
Hoover, Alabama 35244
Telephone: (205)716-3000
Email: esexton@gtandslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this ____ day of June, 2016.

/s/ Eric D. Hoaglund_____
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com