UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*ALL CASES*
**************************************************************************

## MEMORANDUM IN SUPPORT OF INDIVIDUAL COUNSEL'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF LOCAL RULE PAGE LIMITATION

**MAY IT PLEASE THE COURT:**

The complex nature of this case is, in many ways, unprecedented, requiring extensive efforts on the part of Individual Counsel in addition to the efforts of Common Benefit Counsel. In order for the Court to perform a full and thorough examination of the contributions made by Individual Counsel while prosecuting this case, it is necessary to specifically address and discuss Individual Counsel's efforts throughout the course of this litigation. Accordingly, Individual Counsel, Sexton/Hoaglund, respectfully request that the twenty-five (25) page limitation set forth in Local Rule 7.7 be suspended in respect to Individual Counsel's Memorandum in Support of Individual Counsel's Request to Allocate the Global Fee Award Between Common Benefit Counsel and Individual Counsel and Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Counsel and Individual Counsel Fees Pursuant to PTO 28(F).

Respectfully submitted,

Dated:  June 16, 2016          /s/ Eric D. Hoaglund_____
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Telephone:  (205)824-7767
Facsimile:  (205)824-7768
Email:  ehoaglund@mhcilaw.com

K. Edward Sexton, II
Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East
Suite 100
Hoover, Alabama 35244
Telephone:  (205)716-3000
Email:  esexton@gtandslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this ____ day of June, 2016.

/s/ Eric D. Hoaglund_____
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Telephone:  (205)824-7767
Facsimile:  (205)824-7768
Email:  ehoaglund@mhcilaw.com