UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
**************************************************************************

## ORDER

CONSIDERING the Motion of K. Edward Sexton, II of Gentle, Turner, Sexton & Harbison, LLC and Eric D. Hoaglund of McCallum, Hoaglund, Cook & Irby, and LLP (collectively referred to as "Sexton/Hoaglund") for Leave to File Memorandum in Excess of Local Rule Page Limitation;

It is ordered by the Court that the motion is GRANTED.  Sexton/Hoaglund shall be allowed to file their Memorandum in Support of Individual Counsel's Request to Allocate the Global Fee Award Between Common Benefit Counsel and Individual Counsel Pursuant to PTO 28(F) and Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Attorneys and Individual Counsel Fees Pursuant to PTO 28(F) in excess of the Local Rule 7.7 page limitation.

Dated:  June 16, 2016

_____
ELDON E. FALLON
United States District Court Judge