UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*ALL CASES*
**************************************************************************

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Individual Counsel, specifically referred to as K. Edward Sexton, II of Gentle, Turner, Sexton & Harbison, LLC and Eric D. Hoaglund of McCallum, Hoaglund, Cook & Irby, LLP (collectively referred to as "Sexton/Hoaglund"), respectfully request this Court for an Order Granting their Motion for Leave to File Memorandum in Excess of Local Rule Page Limitation before the Honorable Eldon E. Fallon.

                                              Respectfully submitted,

Dated:  June 16, 2016
                                            /s/ Eric D. Hoaglund
                                            Eric D. Hoaglund
                                            McCallum, Hoaglund, Cook & Irby, LLP
                                            905 Montgomery Highway,   Suite 201
                                            Vestavia Hills, Alabama  35216
                                            Telephone:  (205)824-7767
                                            Facsimile:  (205)824-7768
                                            Email:  ehoaglund@mhcilaw.com

                                            K. Edward Sexton, II
                                            Gentle, Turner, Sexton & Harbison, LLC
                                            501 Riverchase Parkway East
                                            Suite 100
                                            Hoover, Alabama 35244
                                            Telephone:  (205)716-3000

Email:  esexton@gtandslaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this ____ day of June, 2016.

/s/ Eric D. Hoaglund_____
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Telephone:  (205)824-7767
Facsimile:  (205)824-7768
Email:  ehoaglund@mhcilaw.com