UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| ALL CASES | JUDGE FALLON |

-------------------------------------------------------------------

### MORGAN & MORGAN'S NOTICE OF COMPLIANCE WITH PTO 28(F)

Morgan & Morgan hereby files this Notice of Compliance with PTO 28(F) and confirms that it has submitted its detailed Notice of Objection Pursuant to paragraph 6 of PTO 28(F) on this date to Brown Greer, Arnold Levin, and Russ Herman detailing the basis of Morgan & Morgan's objection with respect to claimants Cape Quality Homes, Inc., KenCo Builder, Inc. & Kenneth Fernandez, Angela Arroyave, Judy Ess, and Ivanilda Martin.

Date: June 17, 2016

                        Respectfully Submitted,

                        /s/Scott Wm Weinstein
                        SCOTT WM WEINSTEIN
                        Fla. Bar No. 563080
                        sweinstein@forthepeople.com
                        PETE V. ALBANIS
                        Fla. Bar No.  0077354
                        palbanis@forthepeople.com
                        Morgan & Morgan, P.A.
                        12800 University Dr. #600
                        Fort Myers, FL   33907
                        Phone: (239) 433-6880
                        Fax:    (239) 433-6836

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF COMPLIANCE WITH PTO 28(F) has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of

electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of June, 2016.

/s/ Pete V. Albanis_____