# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
|     DRYWALL PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * | |
| | * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **COLSON HICKS EIDSON'S NOTICE OF COMPLIANCE WITH PTO 28(F)**

Colson Hicks Eidson hereby files its Notice of Compliance with PTO 28(F) and confirms that it timely submitted a detailed Notice of Objection to both Brown Greer and Class Counsel pursuant to paragraph 6 of PTO 28(F). Colson Hicks Eidson's Notice of Objection identifies actual settlement amounts in dispute and contains a detailed basis for each dispute.

Date: June 17, 2016

                                            Respectfully Submitted,

                                            /s/  Ervin A. Gonzalez

                                            ERVIN A. GONZALEZ
                                            Fla. Bar No. 500720
                                            Ervin@colson.com
                                            PATRICK S. MONTOYA
                                            Fla. Bar No. 524441
                                            Patrick@colson.com
                                            COLSON HICKS EIDSON COLSON
                                            MATTHEWS MARTINEZ GONZALEZ
                                            KALBAC & KANE
                                            255 Alhambra Circle, PH
                                            Coral Gables, FL   33134
                                            Phone: (305) 476-7400
                                            Fax:    (305) 476-7444
                                            *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this **17th** day of **June**, **2016**.

      /s/  Ervin Gonzalez