UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                            MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                                             SECTION L

ALL CASES                                                             JUDGE FALLON
_____/
                                                                      MAGISTRATE JUDGE WILKINSON

## BARON & BUDD, P.C.'S NOTICE OF COMPLIANCE WITH PRE-TRIAL ORDER NO. 28(F)

Baron & Budd, P.C. hereby files a Notice of Compliance with Section 6 of Pretrial Order No. 28(F). The undersigned submits that a Notice of Objection has been sent to Class Counsel Arnold Levin and Russ Herman at alevin@lfsblaw.com and drywall@hhklawfirm.com and the Court Appointed Settlement Administrator, Brown Greer, PLC at cdwquestions@browngreer.com and jswoody@browngreer.com for the claimants and properties listed below. As required by Pretrial Order No. 29(F), the details of each objection have been set forth in the Notice of Objection.

**Claimant: Michael Catalogna**
**Affected Property Address: 9308 Scarborough Court, Port St. Lucie, FL 34986**

**Claimants: Thomas and Aspasia Thayer**
**Affected Property Address: 9413 Scarborough Court, Port St. Lucie, FL 34986**

**Claimant: Edward Gascon**
**Affected Property Address: 9312 Scarborough Court, Port St. Lucie, FL 34986**

**Claimant:  Brian Nelson**
**Affected Property Address: 6835 Long Leaf Drive, Parkland, FL 33076**

**Claimant: Susan Williams**

**Affected Property Address:  27645 Fairhope Meadow Lane, Kingwood, TX 77339**

**Claimants: Baldwin and Shelly Frank**
**Affected Property Address: 4823 Mosaic Canyon Court, Humble, TX 77396**

**Claimants: Berton and Ellen Golden**
**Affected Property Address:  8403 Oak Villa Court, Spring, TX 77389**

**Claimants: Noah and Laura Hollander**
**Affected Property Address:  8411 Oak Villa Court, Spring, TX 77389**

**Claimant: Tamara Reels**
**Affected Property Address:  3650 Oakbrook Lane, Eustis, FL 32736**

**Claimants: Kenneth and Cynthia Burke**
**Affected Property Address:  7709 Tangle Rush Drive, Gibsonton, FL 33534**

**Claimant: Carlos Acosta**
**Affected Property Address:  923 S.W. 146 Terrace, Pembroke Pines, FL 33027**

**Claimants: Mauricio Kuhne and Erica Kuhne**
**Affected Property Address:  6890 Julia Gardens Drive, Coconut Creek, FL 33073**

**Claimants: John Knouff and Jacqueline Clary**
**Affected Property Address:  6886 Julia Gardens Drive, Coconut Creek, FL 33073**

**Claimant: Laurence Cohen**
**Affected Property Address: 1690 Renaissance Commons, Unit 1426, Boynton Beach, FL 33426**

**Claimant:  Cleon Long**
**Affected Property Address:  953 Hollymeade Circle, Newport News, VA 23602**

**Claimant:  Richard Traina and Joseph Cammarato**
**Affected Property Address:  10480 SW Stephanie Way, Unit 206, Port St. Lucie, FL 34987**

**Claimants: Kent and Donna Maykut**
**Affected Property Address:  217 Ruelle Du Chene Drive, Madisonville, LA 70447**

**Claimant: William Bare**
**Affected Property Address:  17002 Everett Oaks Lane, Houston, TX 77095**

**Claimants: Joseph and Debbie Guerrera**
**Affected Property Address:  504 Moore Boulevard, Covington, LA 70433**

**Claimant: Patrick E. Carr, Jr.**

**Affected Property Address:  3634 West Esplanade Avenue, Metarie, LA 70002**

**Claimants: Raymond and Linda Young**
**Affected Property Address:  577 Huseman Avenue, Covington, LA 70435**

**Claimant: Salvatore Carullo**
**Affected Property Address:  1020 Leonardo Circle, Port St. Lucie, FL 34986**

**Claimant: Lauderdale One Condominium Association, Inc.**
**Affected Property Addresses: 2421 N.E. 65th Street, Fort Lauderdale, FL 33308, Units 217, 301, 306, 410, 601, 602, 603, 604, 606, 607, and 617**

                                                                                 Respectfully Submitted,

Dated: June 17, 2016

                                                              /s/ Holly R. Werkema
Holly R. Werkema
Florida Bar No. 71133
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX  75219
hwerkema@baronbudd.com
Phone: (214) 521-3605
Fax:  (214) 520-1181

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pre-trial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 17th day of June, 2016.

/s/ Holly R. Werkema
Holly R. Werkema