**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br>  All Cases | |

**NOTICE OF COMPLIANCE WITH PTO 28(F)**
**BY KRUPNICK CAMPBELL MALONE, et al**

Comes Now, Krupnick Campbell Malone *et al*., (hereinafter referred to as "KCM Firm"), and hereby files this Notice of Compliance with PTO 28(F) and confirms that the law firm of KCM has submitted its detailed Notice of Objection pursuant to paragraph 6 of PTO 28(F) on June 17, 2016 to Brown Greer and Class Counsel detailing the basis of their objection.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Compliance with PTO 28(F) has been served on Defendants Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress f/k/a LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047. Dated:    June 20, 2016.

Respectfully submitted,
/s *Michael J. Ryan*_____
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman   P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL   33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*