UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE – MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL Docket No. 2047

THIS DOCUMENT RELATES TO:

SECTION L

ALL CASES

JUDGE FALLON

_____/

MAGISTRATE JUDGE WILKINSON

### REEVES & MESTAYER, PLLC, NOTICE OF COMPLIANCE
### WITH PRETRIAL ORDER NO. 28(F)

Reeves & Mestayer, PLLC hereby files a Notice of Compliance with Section 6 of Pretrial Order No. 28(F) and confirms that it submitted its detailed Notice of Objection pursuant to paragraph 6 of PTO 28(F) on June 15, 2016 and a revised Notice on June 16, 2016, to Class Counsel Arnold Levin and Russ Herman and to Brown and Greer for the following claimants and properties:

| Homeowner Name | Homeowner Address |
| --- | --- |
| Formica, Conrad/Farve, Crystal | 3216 Rachel Lane Ocean Springs MS 39564 |
| Bell, James and June | 2107 Hollywood Drive Bay St. Louis, MS, 39520 |
| Burke. Jennifer Keel and Michael | 89 Fairway Drive Pass Christian, MS 39571 |
| Gant & Shivers Home | 1 Beau Braun Dr Long Beach MS 39560 |
| Gant & Shivers Home | 12 Mossy Oaks Dr Long Beach MS 39560 |
| McKinley Development, LLC | 210 Second Avenue #501 Long Beach, MS, 39560 |
| McKinley Development, LLC | 210 Second Avenue #601 Long Beach, MS, 39560 |
| McKinley Development, LLC | 210 Second Avenue #602 Long Beach, MS, 39560 |
| McKinley Development, LLC | 210 Second Avenue #603 Long Beach, MS, 39560 |
| McKinley Development, LLC | 210 Second Avenue #604 Long Beach, MS, 39560 |
| McKinley Development, LLC | 210 Second Avenue #605 Long Beach, MS, 39560 |
| McKinley Development, LLC | 210 Second Avenue #606 Long Beach, MS, 39560 |
| McKinley Development, LLC | 210 Second Avenue #607 Long Beach, MS, 39560 |
| McKinley Development, LLC | 210 Second Avenue #608 Long Beach, MS, 39560 |
| McKinley Development, LLC | 210 Second Avenue #609 Long Beach, MS, 39560 |
| McKinley Development, LLC | 210 Second Avenue #610 Long Beach, MS, 39560 |

| | |
|---|---|
| McKinley Development, LLC | 210 Second Avenue #611 Long Beach, MS, 39560 |
| McKinley Development, LLC | 210 Second Avenue #612 Long Beach, MS, 39560 |
| Nabors, Charlotte G.; Nabors, Jason (James) | 614 Charleston Lane Long Beach, MS, 39560 |
| Postler, Mark; Postler, Deborah | 7365 North Aberdeen Drive Pass Christian, MS, 39571 |
| Stringer, Denise; Stringer, Mark | 625 Charleston Lane Long Beach, MS, 39560 |

Date: June 20, 2016

Respectfully submitted,

/s/ James R. Reeves, Jr.
JAMES R. REEVES, JR. (MS Bar #9519)
Reeves & Mestayer, PLLC
P. O. Drawer 1388
Biloxi, MS 39533
Phone: 228/374-5151
Fax: 228/374-6630
Email: jrr@rmlawcall.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send notice of electronic filing in accordance with the procedure established in MDL 2047 on this 20th day of June, 2016.

/s/ James R. Reeves, Jr.
JAMES R. REEVES, JR.