*Adedeji*



## 11803 HONEY BEAR LANE SAUCIER, MS 39574
Listing Comps (2)    Sales Comps (0)    Buyer Questions (0)

Receive advice or opinions from SAUCIER agents: Is 11803 HONEY BEAR LANE still ...



### Listing Details:

| | |
|---|---|
| Asking Price: | $290,000 |
| Offered By: | Unknown Source |
| Property Type: | Single Family |
| Bedrooms: | 4 |
| Bathrooms: | 3.0 |
| Square Feet: | N/A sqft. |
| Garage/Parking Spots: | |
| No. of Stories: | N/A |
| Lot Size: | N/A |
| Year Built: | N/A |
| Features: | Fireplace |

### Listing Description:

Tenant occupied. 24hr notice for showing. G ceilings with walk-in closets. Fireplace, gran showing 11803 Honey Bear Lane in Saucier available for $290000.00. Call us at (800) 56

Back to Top ↑

### Comparable Listings

| ADDRESS | BEDS | BATH | SQFT. | ASKING PRIC |
|---|---|---|---|---|
| 11803 HONEY BEAR LANE | 4 | 3.0 | N/A | $290,000 |
| 20546 Pearl St | 4 | 3.5 | 2428 | $234,900 |
| 19980 Honey's Way | 4 | 3.0 | N/A | $319,000 |

Back to Top ↑

### Comparable Sales

| ADDRESS | BEDS | BATH | SQFT. | SALE PRIC |
|---|---|---|---|---|
| 11803 HONEY BEAR LANE | 4 | 3.0 | N/A | $290,00( |

[Back to Top ↑](#)

## Buyer Questions

### Your Questions:

You haven't asked any questions about this listing yet.

### Open Questions:

There are no open questions at this time.

### Closed Questions:

There are no closed questions at this time.

Appstore  Agents API  Answers API  Auction API
About  Blog  Contact  FAQ  Help  Privacy Policy

Copyright © 2014 SoCo Technologies, Inc. All rights reserved.
Patent Pending