# UT Southwestern Medical Center | Doctor & Faculty Profiles

## Moses Adedeji, M.D.



**Assistant Professor**
**Department:** Pathology

### Biography

Moses Adedeji, M.D., FRCPath (England; FCAP is currently a Staff Pathologist at the VA Medical Center in Dallas, Texas and an Assistant Professor for UT Southwestern Medical Center. Dr. Adedeji received his American Board Certification in Anatomic and Clinical Pathology and Hematopathology in 2003. He received his British Certification in Pathology in 1992. Dr. Adedeji began his training at the University of Benin Teaching Hospital in Nigeria from 1979 to 1986. After additional fellowship training at the National Postgraduate Medical College of Nigeria, the West African College of Physicians and the Royal College of Pathologists, he continued his AP/CP training at the University of Mississippi Medical Center in Jackson Mississippi from 1998 to 2002. He went on to complete a Hematopathology fellowship at Ohio State University Medical Center in Columbus Ohio from 2002 to 2003 and has been a member of UT Southwestern Medical Center since 2011.

### Contact

**General Address**
5323 Harry Hines Blvd.
Dallas, TX 75390

Office Phone: 214-857-0692

moses.adedeji@utsouthwestern.edu

### Education

Undergraduate        University of Ibadan - Nigeria (1977)

### Publications

Pathologic quiz case: an 86-year-old woman with draining sinuses of the tibia. Echinococcosis (hydatid cyst) of the bone.
Adedeji MO, Coleman J, Shipkey F *Arch. Pathol. Lab. Med.* 2002 Dec 126 12 1551-2

Pulmonary thrombotic arteriopathy in patients with sickle cell disease.
Adedeji MO, Cespedes J, Allen K, Subramony C, Hughson MD *Arch. Pathol. Lab. Med.* 2001 Nov 125 11 1436-41

Assessment and possible control of endemic measles in urban Nigeria.
Byass P, Adedeji MD, Mongdem JG, Zwandor AC, Brew-Graves SH, Clements CJ *J Public Health Med* 1995 Jun 17 2 140-5

Effect of sickle-cell gene expression on plasma cholesterol in a Nigerian population.
Oforofuo IA, Adedeji MO *Clin. Biochem.* 1994 Dec 27 6 505-8

Serial plasma fibrinogen changes accompanying sickle cell pain crisis.
Famodu AA, Adedeji MO, Reid HL *Clin Lab Haematol* 1990 12 1 43-7

Monoclonal antibody--defined lymphocyte subsets in normal Nigerians.
Adedeji MO *Angiology* 1989 Nov 40 11 977-81

Intense leuco-erythroblastic blood picture resembling erythro-leukaemia in sickle cell disease: a case report.
Adedeji MO *East Afr Med J* 1989 Jun 66 6 419-21

Case 2:09-md-02047-EEF-MBN    Document 20322-3    Filed 06/22/16    Page 22 of 2

The malignant lymphomas in Benin City, Nigeria.
Adedeji MO *East Afr Med J* 1989 Feb 66 2 134-40

The diagnostic value of lymphnode biopsies in Benin-City, Nigeria.
Adedeji MO, Aghahowa J *East Afr Med J* 1989 Feb 66 2 127-33

The acute leukaemias in adults in Benin City, Nigeria.
Adedeji MO *East Afr Med J* 1989 Jan 66 1 64-8

Results 1-10 of 18

## Professional Associations/Affiliations

- Fellow, College of American Pathologists (2012)
- Fellow, American Society of Clinical Pathologists (2010)