BrownGreer || PLC - Chinese Drywall - MDL 2047 Pilot Program

- Home
- Search
- Reports
- Forms
- Instructions
- Logout

## Claimant Information

<< Back

View Property Information Sheet

**Claimant Details**

| | |
|---|---|
| Claimant ID: | 106857 |
| Claimant Name: | Damani, Iqbal<br>Damani, Salimah "Sally" |
| Primary Law Firm: | Doyle Law Firm, PC |
| Affected Property Address: | 3078 Arbor Bend<br>Birmingham, AL, 35244,<br>USA |
| Current/Mailing Address: | 2627 Tilden Avenue<br>Los Angeles, CA, 90064,<br>USA |
| Square Footage: | |
| Move out Date: | |

**Payment Summary**

| | |
|---|---|
| Final Cost Estimate: | $ 156583.88 |
| Xactimate: | $ 148702.14 |
| 65% Xactimate: | $96,656.39 |
| Insurance Prepayment: | $1,693.00 |
| 10% Increase: | $15,489.09 |
| Contractor Payment Amount: | $170,379.97 |
| ANSI Square Footage: | 2577 |
| Remediation Square Footage: | 2633 |
| Construction Duration Estimate: | 3 Months ___ Weeks |
| Additional Homeowner Payment: | |
| Lump Sum Payment: | $21,904.50 |
| Delay Period Payment: | |
| Amount to be funded to Escrow: | $192,284.47 |
| Amount funded to Escrow: | $186,583.91 |
| Remaining amount to be funded to Escrow: | $5,700.56 |

Update

**Payment Issued**

| | |
|---|---|
| Home Owner Payments: | $21,904.50 |
| Contractor Payments: | $164,679.41 |
| Total Issued: | $186,583.91 |
| Total Remaining: | $0.00 |

**Payment Details**

| Payee | Payment Date | Payment Type | Payment Amount | Payment Status | Payment Status Date |
|---|---|---|---|---|---|
| US Bank | 10/09/2012 | Funds Received | $196,444.50 | Issued | 10/09/2012 |
| Damani, Iqbal | 02/01/2013 | Lump Sum Payment | $21,904.50 | Issued | 02/01/2013 |
| Moss & Associates | 03/20/2013 | Insurance Payment | $4,865.00 | Issued | 03/20/2013 |
| Moss & Associates | 03/20/2013 | Contingency - 1.5% of Hard Cost | $2,031.86 | Issued | 03/20/2013 |
| Moss & Associates | 04/01/2013 | Progress Payment #1 (30%) | $45,532.77 | Issued | 04/01/2013 |
| Moss & Associates | 04/30/2013 | Owner Change Order Payments | $1,427.18 | Issued | 04/30/2013 |
| Moss & Associates | 05/20/2013 | Owner Change Order Payments | $2,446.58 | Issued | 05/20/2013 |
| Moss & Associates | 05/20/2013 | Owner Change Order Payments | $637.19 | Issued | 05/20/2013 |
| Moss & Associates | 06/17/2013 | Progress Payment #2 (30%) | $45,532.76 | Issued | 06/17/2013 |
| Moss & Associates | 06/17/2013 | Progress Payment #3 (35%) | $53,121.55 | Issued | 06/17/2013 |
| Moss & Associates | 07/01/2013 | Owner Change Order Payments | $3,518.47 | Issued | 07/01/2013 |
| Moss & Associates | 07/16/2013 | Progress Payment #4 (5%) | $7,588.80 | Issued | 07/16/2013 |
| Moss & Associates | 07/16/2013 | Owner Change Order Payments | -$0.66 | Issued | 07/16/2013 |
| Moss & Associates | 07/31/2013 | Owner Change Order Payments | -$4,865.00 | Issued | 07/31/2013 |

| | | | | | |
|---|---|---|---|---|---|
| Moss & Associates | 07/31/2013 | Owner Change Order Payments | -$2,324.34 | Issued | 07/31/2013 |
| Moss & Associates | 07/31/2013 | Owner Change Order Payments | $5,101.16 | Issued | 07/31/2013 |
| Moss & Associates | 02/03/2014 | Insurance Payment | $66.09 | Issued | 02/03/2014 |
| Whitney Bank | 12/12/2014 | Funds Received | -$9,860.59 | Issued | 10/27/2014 |

**Review Status**

No Deficiencies.

**Comments:**

**Current Status:** Complete and Accepted / No Deficiencies
**Funding Request Date:** 10/09/2012
**Funds Received:** 10/09/2012

**Events**

| Event Type | Event Date |
|---|---|
| Documentation Submitted to Special Master | 8/15/2011 12:00:00 AM |
| Remediation: Moss Indicates Home is Ready for Escrow Funding | 9/18/2012 12:00:00 AM |
| Remediation: Funds Received | 10/9/2012 12:00:00 AM |
| Release Complete and Accepted / No Deficiencies | 9/19/2012 2:07:41 PM |
| Release Accepted / Non-Material Deficiencies Remain | 9/19/2012 2:05:28 PM |
| Release Not Accepted / Deficient | 3/28/2012 3:09:33 PM |
| Environmental Inspector Issues Certification | 3/6/2013 12:00:00 AM |
| Certificate of Occupancy Issued | 5/24/2013 12:00:00 AM |
| Final Completion | 10/30/2013 12:00:00 AM |
| Homeowner Affirmation Received | 9/18/2012 12:00:00 AM |
| Remediation: Homeowner Payment Issued | 2/1/2013 12:00:00 AM |
| Remediation: Contractor Payment Issued | 3/20/2013 12:00:00 AM |
| Remediation: Contractor Payment Issued | 4/1/2013 12:00:00 AM |
| Remediation: Contractor Payment Issued | 4/30/2013 12:00:00 AM |
| Remediation: Contractor Payment Issued | 5/20/2013 12:00:00 AM |
| Remediation: Contractor Payment Issued | 5/20/2013 12:00:00 AM |
| Remediation: Contractor Payment Issued | 6/17/2013 12:00:00 AM |
| Remediation: Contractor Payment Issued | 6/17/2013 12:00:00 AM |
| Remediation: Contractor Payment Issued | 7/1/2013 12:00:00 AM |
| Remediation: Contractor Payment Issued | 7/16/2013 12:00:00 AM |
| Remediation: Contractor Payment Issued | 7/16/2013 12:00:00 AM |
| Remediation: Contractor Payment Issued | 7/31/2013 12:00:00 AM |
| Remediation: Contractor Payment Issued | 7/31/2013 12:00:00 AM |
| Remediation: Contractor Payment Issued | 7/31/2013 12:00:00 AM |
| Remediation: Contractor Payment Issued | 2/3/2014 12:00:00 AM |
| Knauf – Temporary | 9/6/2011 2:43:00 PM |
| Post-12/20/11 Work Authorization | 9/18/2012 12:00:00 AM |
| Settlement Option 1 Selected | 9/19/2012 2:04:30 PM |
| Account Closed | 1/27/2015 12:00:00 AM |
| Home Released to Pilot Program by Knauf | 3/20/2012 12:00:00 AM |
| Work Authorization Packet Issued by Moss | 8/2/2012 12:00:00 AM |
| Insurance Program #2 | 12/16/2014 5:16:38 PM |

**View Documents**

Document

| Document ID | Document Type | Submitted By | Received Date | File Name | |
|---|---|---|---|---|---|
| 65314 | ANSI Sketch | | 05/07/2012 | _106857_3078-DAMANI-HOOVER.pdf | View |
| 109027 | Certificate of Occupancy | | 05/24/2013 | 7_106857_3078-DAMANI-HOOVER-CO.pdf | View |
| 65312 | Construction Duration Estimate | | 05/07/2012 | _106857_3078-DAMANI-HOOVER_Construction Duration Estimate.PDF | View |
| 102526 | Environmental Certificate | | 03/28/2013 | 6_106857_3078-Damani-Hoover GFA_Environmental Certification.PDF | View |
| 99603 | Environmental Inspector Certification | | 03/06/2013 | _106857_3078-DAMANI-HOOVER_GFA-IR.PDF | View |
| 75252 | Final Cost Estimate | | 08/01/2012 | _106857_3078-DAMANI-HOOVER_CELSS.PDF | View |
| 102559 | Final Cost Estimate | | 03/28/2013 | 9_106857_3078-DAMANI-HOOVER_REVISED-3-28-2013-CELSS.PDF | View |
| 136081 | Final Release of Liens | | 03/19/2014 | 1_106857_3078-DAMANI-HOOVER_Final Release of Liens.pdf | View |
| 65315 | Full Xactimate | | 05/07/2012 | _106857_3078-DAMANI-HOOVER_Final Draft.pdf | View |
| 80189 | Homeowner Affirmations | Directly From Plaintiff | 09/18/2012 | 7_80189.pdf | View |
| 106299 | Owner Change Order | Moss Construction | 04/20/2013 | 7_106299.pdf | View |
| 108013 | Owner Change Order | Moss Construction | 05/10/2013 | 7_108013.pdf | View |

| ID | Type | Source | Date | File | |
|---|---|---|---|---|---|
| 108055 | Owner Change Order | Moss Construction | 05/10/2013 | 7_108055.pdf | View |
| 112480 | Owner Change Order | Moss Construction | 06/21/2013 | 7_112480.PDF | View |
| 124048 | Owner Change Order | Moss Construction | 11/12/2013 | 7_124048.pdf | View |
| 106693 | Owner Change Order – Insurance | Moss Construction | 04/20/2013 | 7_106693.pdf | View |
| 106904 | Owner Change Order – Insurance | Levin Fishbein | 04/20/2013 | 7_106904.pdf | View |
| 113778 | Owner Change Order – Insurance | Moss Construction | 07/15/2013 | 7_113778.pdf | View |
| 87030 | Permit | | 11/13/2012 | _106857_3078 Damani Permit Hoover.pdf | View |
| 20505 | Photographs | Directly From Plaintiff | 08/15/2011 | 7_20505.pdf | View |
| 112273 | Photographs verifying drywall installation is complete | | 07/01/2013 | 3_106857_3078-DAMANI-HOOVER_DRYWALL.pdf | View |
| 34157 | Plaintiff Profile Form | Herman Herman | 11/14/2011 | 7_34157.pdf | View |
| 58615 | Plaintiff Profile Form | Herman Herman | 04/03/2012 | 7_58615.pdf | View |
| 113205 | Proof that Punch List is Resolved | | 07/15/2013 | 5_106857_3078-DAMANI-HOOVER-Signed Punch List.PDF | View |
| 80186 | Property Owner Release of Contractor | Directly From Plaintiff | 09/18/2012 | 7_80186.pdf | View |
| 113206 | Property Owner Release of Contractor | | 07/15/2013 | 6_106857_3078-DAMANI-HOOVER_Homeowner Release of Contractor.PDF | View |
| 56638 | Remediation Program Inspection Report | Benchmark/MZA | 03/28/2012 | 7_56638.pdf | View |
| 95709 | Remediation: Move Out Notice | | 01/30/2013 | _106857_3078-DAMANI-HOOVER_Move Out Notice.PDF | View |
| 80188 | Remediation: Release | Directly From Plaintiff | 09/18/2012 | 7_80188.pdf | View |
| 80190 | Remediation: Wire Instruction | Directly From Plaintiff | 09/18/2012 | 7_80190.pdf | View |
| 80061 | Remediation: Work Authorization | | 09/18/2012 | _106857_Signed Work Authorization Agmt - Damani.pdf | View |
| 65313 | Xactimate Summary Pricing Page | | 05/07/2012 | _106857_3078-DAMANI-HOOVER_Approved Xactimate.PDF | View |

Upload Documents

[Upload]