3078 Arbor Bend, Hoover, AL 35244 to 2368 Arbor Glen, Hoover, AL 35244 - Google Maps

# Google Maps

**3078 Arbor Bend, Hoover, AL 35244 to 2368 Arbor Glen, Hoover, AL 35244**

Walk 0.1 mile, 3 min



Map data ©2016 Google  200 ft

🚶 **via Arbor Bend and Arbor Glen** — 3 min, 0.1 mile
⚠ This route has restricted usage or private roads.

https://www.google.com/maps/dir/3078+Arbor+Bend,+Hoover,+AL+35244/2368+Arbor+Glen,+Hoover,+AL+35244/@33.3559748,-86.819017,17z/data=!3m1!4b... 1/1