

**MA New York**
Rensselaer Technology Park
165 Jordan Rd • Troy, New York 12180
TEL 518 283 7671 • FAX 518 283 9855

http://www.morse-associates.com
larnold@morse-associates.com

September 23, 2013

Mr. Kyle Spaulding
Frilot  LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

**RE: Phase 1 Inspection – 2368 Arbor Glenn, Hoover, AL**

Dear Kyle,

The Phase 1 Inspection Protocol performed by Morse Associates, Inc. (MA) at **2368 Arbor Glenn, Hoover, AL** on **September 12, 2013** found the following information:

**Overall Findings**
The residence **was** determined to be a KPT Property.  No other Chinese drywall was found in the house.  KPT and domestic drywall were identified in the house.  The calculated KPT percentage for the home is **100%**.

**Summary of Drywall Materials**
KPT was only identified on a portion of the 1st floor ceiling. Domestic drywall was observed on the remainder of the ceilings and on all of the walls in the home.  Based on these observations it appears that the house is minority KPT product (estimated 10%) and the domestic product is the majority (estimated 90%) of the drywall in the house.

**Environmental Conditions**
Upon entering the house, MA did not detect a CDW type odor.  There was blackening observed on copper wiring, but not on plumbing in the house. Blackening was observed on the cooling coils of both air handler units in the attic.

This is a Phase 1 report and such relies on observations of representative boards rather than a detailed board by board survey.  Please see our attached report for further findings of the Phase I Inspection Protocol performed by Morse Associates, Inc.

Sincerely,

**Morse Associates, Inc.**
Stephen Lattanzio
Senior Engineer

BUILDING SCIENCES  |  ENVIRONMENTAL CONSULTING

MA **Florida**    2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013            For Settlement Purposes Only
Page 1 of 11
2368 Arbor Glenn, Hoover, AL

## Phase 1 Inspection Report

This report uses a procedure developed in the Phase 1 Protocol Inspection to identify the manufacturer of the gypsum drywall products installed in a house. This is performed by cutting holes in a limited amount of locations to allow visual observation of the labeling and endtape markings that are visible on the backside of the drywall. Visual observations of copper components were also obtained at selected electrical and plumbing building materials.

### General Data

| | |
|---|---|
| Address of House: | 2368 Arbor Glenn, Hoover, AL |
| House Floor Area: | 3,500 square feet |
| Type of Home: | Single Family Home |
| Number of Stories: | 2 |
| # of Bedrooms: | 4 |
| Occupancy: | Renter Occupied |
| Move in Date | Renter – March 2012 |
| Year of Construction: | 2006 |
| Community: | Arbor Hill |
| Builder: | HPH |
| Homeowner: | Salimah Damani |
| Homeowner Counsel: | Doyle Law Firm, PC |
| Date of Inspection: | September 12, 2013 |
| Individuals Present: | Belinda Webb (Renter) |
| Inspected By: | Stephen M Lattanzio, MA <br><br> Matt Divine, MA |

### House Inspection Summary

| | | |
|---|---|---|
| Drywall Findings: | Substantially KPT – No<br>• 10 % KPT<br>• 90% Domestic<br>• 0% - Other CDW | KPT Property – Yes<br>• 1 = # of KPT boards<br>• 0 = # of Other CDW boards<br>• Percentage of KPT = 100% |
| CDW Odor Upon Entry: | No | |
| Blackening of Outlets and/or switches: | Yes | |
| Blackening of copper plumbing: | No | |
| A/C Cooling Coils: | Yes, both units | |

Note: percentages are approximate and based upon the board observed during the survey.

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

MA **Florida**    2056 Vista Parkway, Suite 225 | West Palm Beach, Florida 33411 | TEL 561 371 8099
MA **New York**  Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013        For Settlement Purposes Only
Page 2 of 11
2368 Arbor Glenn, Hoover, AL

**Field Inspection:**

| Electrical | |
|---|---|
| Blackening of outlets and switches: | Yes |
| Number of outlets or switches observed: | One per room |
| Power Energized at Time of Inspection: | Yes |

| Plumbing | |
|---|---|
| Plumbing System: | Copper |
| Copper Plumbing Connections: | Hot water heater: No Blackening<br>Sink Connections: No Blackening |

| HVAC | | | |
|---|---|---|---|
| Unit Designation: | 1 | 2 | 3 |
| Unit Location: | 1st floor attic | 2nd floor attic | - |
| Manufacturer: | No marking | Gibson | - |
| Refrigerant piping: | No blackening | No blackening | - |
| Coil: | Significant blackening | Significant blackening | - |

| Drywall Observed |
|---|
| KNAUF TIANJAN CHINA ASTM C36 drywall (KPT) |
| 54" wide Temple Inland drywall (domestic) |
| National Gypsum drywall (domestic) |

| Summary |
|---|
| KPT was only identified on a portion of the 1st floor ceiling. Domestic drywall was observed on the remainder of the ceilings and on all of the walls in the home. Based on these observations it appears that the house is minority KPT product (estimated 10%) and the domestic product is the majority (estimated 90%) of the drywall in the house.. |

The purpose of this Phase 1 inspection is to determine sources of drywall products in the home, and the approximate percentage of products from each source. This is a Phase 1 report and such relies on observations of representative boards rather than a detailed board by board survey.

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

**MA Florida**    2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
**MA New York**    Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013  For Settlement Purposes Only
Page 3 of 11
2368 Arbor Glenn, Hoover, AL

## Representative Photographs



**Figure 1 – Address of house – 2368 Arbor Glenn, Hoover, AL**



**Figure 2 – House view from street**

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

MA **Florida**   2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**  Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013 For Settlement Purposes Only
Page 4 of 11
2368 Arbor Glenn, Hoover, AL



**Figure 3 –Unit #1 - AC Coil – Significantly Blackened**



**Figure 4 – Unit #2 - AC Coil – Significantly Blackened**

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

**MA Florida**   2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
**MA New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013  For Settlement Purposes Only
Page 5 of 11
2368 Arbor Glenn, Hoover, AL



**Figure 5 – Copper plumbing – No blackening**



**Figure 6 – Garage - Hot water heater – No blackening**

BUILDING SCIENCES | ENVIRONMENTAL CONSULTING

MA **Florida**    2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013  For Settlement Purposes Only
Page 6 of 11
2368 Arbor Glenn, Hoover, AL



Figure 7 – 1st floor - Ceiling – KPT labeled drywall



Figure 8 – Ceiling – National Gypsum drywall endtape

BUILDING SCIENCES | ENVIRONMENTAL CONSULTING

MA Florida    2056 Vista Parkway, Suite 225 | West Palm Beach, Florida 33411 | TEL 561 371 8099
MA New York   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013  For Settlement Purposes Only
Page 7 of 11
2368 Arbor Glenn, Hoover, AL


**Figure 9 – Ceiling – Temple Inland labeled drywall**


**Figure 10 – Living room outlet – No blackening**

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

MA **Florida**  2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**  Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013  
Page 8 of 11  
2368 Arbor Glenn, Hoover, AL

For Settlement Purposes Only



**Figure 11 – Living Room – Temple Inland drywall endtape**



**Figure 12 – Dining Room Outlet – No blackening**

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

MA **Florida**   2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099  
MA **New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013
Page 9 of 11
2368 Arbor Glenn, Hoover, AL

For Settlement Purposes Only


**Figure 13 – Dining Room – Temple Inland labeled drywall (See code just below spot light)**


**Figure 14 – Family Room Switch – No blackening**

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

MA **Florida**    2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013  For Settlement Purposes Only
Page 10 of 11
2368 Arbor Glenn, Hoover, AL



**Figure 15 – Family Room – Temple Inland labeled drywall**



**Figure 16 – Kitchen outlet – No blackening**

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

**MA Florida**   2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
**MA New York**  Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013
Page 11 of 11
2368 Arbor Glenn, Hoover, AL

For Settlement Purposes Only


**Figure 17 – Kitchen – Temple Inland labeled drywall**


**Figure 18 – Garage outlet – No blackening**

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

MA **Florida**   2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**  Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013
Page 12 of 11
2368 Arbor Glenn, Hoover, AL

For Settlement Purposes Only



**Figure 19 – Garage – Temple Inland drywall endtape**



**Figure 20 – Master Bedroom outlet – No blackening**

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

**MA Florida**   2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
**MA New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013  For Settlement Purposes Only
Page 13 of 11
2368 Arbor Glenn, Hoover, AL



**Figure 21 – Master Bedroom – Temple Inland drywall endtape**



**Figure 22 – Bedroom 2 outlet – Slight blackening**

BUILDING SCIENCES | ENVIRONMENTAL CONSULTING

MA Florida    2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA New York   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013                                            For Settlement Purposes Only
Page 14 of 11
2368 Arbor Glenn, Hoover, AL



**Figure 23 – Bedroom 2– National Gypsum drywall endtape**



**Figure 24 – Bedroom 3 outlet – No blackening**

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

MA **Florida**   2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**  Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013
Page 15 of 11
2368 Arbor Glenn, Hoover, AL

For Settlement Purposes Only



**Figure 25 – Bedroom 3 – National Gypsum labeled drywall**



**Figure 26 – Bedroom 4 – No blackening**

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

MA **Florida**     2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 23, 2013  For Settlement Purposes Only
Page 16 of 11
2368 Arbor Glenn, Hoover, AL



**Figure 27 – Bedroom 4 – National Gypsum drywall endtape**

BUILDING SCIENCES  |  ENVIRONMENTAL CONSULTING

MA **Florida**    2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**  Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855