CL birmingham, AL >
housing >
apts/housing for rent

Posted: 2 months ago

## $2299 / 4br - 3600ft² - GORGEOUS 4 BEDROOM HOUSE 3 & 1/2 Bath. Hoover Alabama !!! (Hoover / Riverchase)

image 1 of 2



4 bedroom 3.5 bath in Hoover/River Chase , Gorgeous House Located in Arbor Hills Sub-Division,2 Story, Approx 3600 sq. ft, 2 car garage, Near Galleria Mall, super Convenient location, Hoover Schools.Private Back Yard.
2368 Arbor Glenn. Call for Appointment. (show contact info)
(google map) (yahoo map)
Pets Conditional.



http://bham.craigslist.org/apa/5566003224.html                                    6/21/2016

GORGEOUS 4 BEDROOM HOUSE 3 & 1/2 Bath. Hoover Alabama !!! Page 2 of 2

Case 2:09-md-02047-EEF-MBN   Document 20322-9   Filed 06/22/16   Page 2 of 2

© 2016 craigslist   help   safety   privacy   feedback   cl jobs   terms   about   mobile