

**MA New York**
Rensselaer Technology Park
165 Jordan Rd • Troy, New York 12180
TEL 518 283 7671 • FAX 518 283 9855

http://www.morse-associates.com
larnold@morse-associates.com

September 20, 2013

Mr. Kyle Spaulding
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

**RE: Phase 1 Inspection – 6152 Longmeadow Way, Trussville, AL**

Dear Kyle,

The Phase 1 Inspection Protocol performed by Morse Associates, Inc. (MA) at **Phase 1 Inspection – 6152 Longmeadow Way, Trussville, AL** on **September 11, 2013** found the following information:

**Overall Findings**
The residence **was** determined to be a KPT Property, however no blackening was observed on the mechanical, electrical, or plumbing systems. No other Chinese drywall was found in the house. KPT and domestic drywall was identified in the house. The calculated KPT percentage for the home is **100%**.

**Summary of Drywall Materials**
KPT was only identified in the walls of the pantry and living room closet. The drywall in the remainder of the walls and ceilings was domestic. Based on these observations it appears that the house is minority KPT product (estimated 5%) and the domestic product is the majority (estimated 95%) of the drywall in the house.

**Environmental Conditions**
Upon entering the house, MA did detect a CDW type odor while passing by the living room closet and pantry closet. There was no blackening observed on copper wiring or on plumbing in the house. There was also no blackening observed on the refrigerant lines or coiling coils in the attic.

This is a Phase 1 report and such relies on observations of representative boards rather than a detailed board by board survey. Please see our attached report for further findings of the Phase I Inspection Protocol performed by Morse Associates, Inc.

Sincerely,

*[signature]*

**Morse Associates, Inc.**
Stephen Lattanzio
Senior Engineer

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

**MA Florida**   2056 Vista Parkway, Suite 225 | West Palm Beach, Florida 33411 | TEL 561 371 8099
**MA New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013                                                                                          For Settlement Purposes Only
Page 1 of 11
6152 Longmeadow Way, Trussville, AL

## Phase 1 Inspection Report

This report uses a procedure developed in the Phase 1 Protocol Inspection to identify the manufacturer of the gypsum drywall products installed in a house. This is performed by cutting holes in a limited amount of locations to allow visual observation of the labeling and endtape markings that are visible on the backside of the drywall. Visual observations of copper components were also obtained at selected electrical and plumbing building materials.

### General Data

| | |
|---|---|
| Address of House: | 6152 Longmeadow Way, Trussville, AL |
| House Floor Area: | 1800 square feet |
| Type of Home: | Single Family Home |
| Number of Stories: | 2 |
| # of Bedrooms: | 5 |
| Occupancy: | Renter Occupied |
| Move in Date | Moved in 2 months ago |
| Year of Construction: | 2006 |
| Community: | Longmeadow |
| Builder: | Unknown |
| Homeowner: | Chad Holmes |
| Homeowner Counsel: | Doyle Law Firm, PC |
| Date of Inspection: | September 13, 2013 |
| Individuals Present: | Scott Littlefield (Renter) |
| Inspected By: | Stephen M Lattanzio, MA<br><br>Matt Divine, MA |

### House Inspection Summary

| | | |
|---|---|---|
| Drywall Findings: | Substantially KPT – No<br>• 5 % KPT<br>• 95% Domestic<br>• 0% - Other CDW | KPT Property – Yes<br>• 2 = # of KPT boards<br>• 0 = # of Other CDW boards<br>• Percentage of KPT = 100% |
| CDW Odor Upon Entry: | No | |
| Blackening of Outlets and/or switches: | No | |
| Blackening of copper plumbing: | No | |
| A/C Cooling Coils: | No | |

Note: percentages are approximate and based upon the board observed during the survey.

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

MA **Florida**      2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013                                                                                           For Settlement Purposes Only
Page 2 of 11
6152 Longmeadow Way, Trussville, AL

**Field Inspection:**

| Electrical | |
|---|---|
| Blackening of outlets and switches: | No |
| Number of outlets or switches observed: | One per room |
| Power Energized at Time of Inspection: | Yes |

| Plumbing | |
|---|---|
| Plumbing System: | Copper |
| Copper Plumbing Connections: | Hot water heater:  No Blackening<br>Sink Connections:  No Blackening |

| HVAC | | | |
|---|---|---|---|
| Unit Designation: | 1 | 2 | 3 |
| Unit Location: | Attic | - | - |
| Manufacturer: | Concord | - | - |
| Refrigerant piping: | No blackening | - | - |
| Coil: | No blackening | - | - |

| Drywall Observed |
|---|
| KNAUF TIANJAN CHINA ASTM C36 drywall (KPT) |
| 54" and 48" Temple Inland drywall (domestic) |
| 5/8" thick National Gypsum drywall (domestic) |

| Summary |
|---|
| KPT was only identified in the walls of the pantry and living room closet. The drywall in the remainder of the walls and ceilings was domestic. Based on these observations it appears that the house is minority KPT product (estimated 5%) and the domestic product is the majority (estimated 95%) of the drywall in the house. |

The purpose of this Phase 1 inspection is to determine sources of drywall products in the home, and the approximate percentage of products from each source.  This is a Phase 1 report and such relies on observations of representative boards rather than a detailed board by board survey.

**BUILDING SCIENCES  |  ENVIRONMENTAL CONSULTING**

**MA Florida**     2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
**MA New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013
Page 3 of 11
6152 Longmeadow Way, Trussville, AL

For Settlement Purposes Only

**Representative Photographs**



**Figure 1 – Address of house – 6152 Longmeadow Way, Trussville, AL**



**Figure 2 – House view from street**

BUILDING SCIENCES | ENVIRONMENTAL CONSULTING

MA **Florida** 2056 Vista Parkway, Suite 225 | West Palm Beach, Florida 33411 | TEL 561 371 8099
MA **New York** Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013                                                                                          For Settlement Purposes Only
Page 4 of 11
6152 Longmeadow Way, Trussville, AL



**Figure 3 – Attic - AC Coil Unit 1 – No Blackening**



**Figure 4 – Attic - AC Coil Unit 2 – No Blackening**

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

MA **Florida**     2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013  For Settlement Purposes Only
Page 5 of 11
6152 Longmeadow Way, Trussville, AL


**Figure 5 – Under sink copper plumbing – No blackening**


**Figure 6 – Garage - Hot water heater – No blackening**

BUILDING SCIENCES | ENVIRONMENTAL CONSULTING

MA **Florida**   2056 Vista Parkway, Suite 225 | West Palm Beach, Florida 33411 | TEL 561 371 8099
MA **New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013  For Settlement Purposes Only
Page 6 of 11
6152 Longmeadow Way, Trussville, AL



Figure 7 – Ceiling – Temple Inland drywall endtape



Figure 8 – Living room outlet – No blackening

BUILDING SCIENCES | ENVIRONMENTAL CONSULTING

MA **Florida**   2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013  For Settlement Purposes Only
Page 7 of 11
6152 Longmeadow Way, Trussville, AL



**Figure 9 – Living Room – Temple Inland drywall endtape**



**Figure 10 – Living Room Closet - KPT drywall endtape**

BUILDING SCIENCES  |  ENVIRONMENTAL CONSULTING

MA **Florida**   2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**  Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013  For Settlement Purposes Only
Page 8 of 11
6152 Longmeadow Way, Trussville, AL



**Figure 11 – Dining Room outlet – No blackening**



**Figure 12 – Dining Room – Temple Inland labeled drywall**

BUILDING SCIENCES | ENVIRONMENTAL CONSULTING

MA **Florida**   2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**  Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013  For Settlement Purposes Only
Page 9 of 11
6152 Longmeadow Way, Trussville, AL


**Figure 13 – Dining Room outlet – No blackening (Pantry side wall)**


**Figure 14 – Pantry – KPT labeled drywall (from dining room)**

BUILDING SCIENCES | ENVIRONMENTAL CONSULTING

MA **Florida**   2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**  Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013  For Settlement Purposes Only
Page 10 of 11
6152 Longmeadow Way, Trussville, AL


Figure 15 – Kitchen outlet – No blackening


Figure 16 – Kitchen – Temple Inland drywall

BUILDING SCIENCES | ENVIRONMENTAL CONSULTING

MA Florida    2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA New York   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013                                                                                For Settlement Purposes Only
Page 11 of 11
6152 Longmeadow Way, Trussville, AL



**Figure 17 – Garage outlet – No blackening**



**Figure 18 – Garage – National Gypsum drywall endtape**

BUILDING SCIENCES | ENVIRONMENTAL CONSULTING

MA **Florida**    2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013                                                                    For Settlement Purposes Only
Page 12 of 11
6152 Longmeadow Way, Trussville, AL



**Figure 19 – Master Bedroom outlet – No blackening**



**Figure 20 – Master Bedroom – Temple Inland labeled drywall**

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

**MA Florida**     2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
**MA New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013                                                                        For Settlement Purposes Only
Page 13 of 11
6152 Longmeadow Way, Trussville, AL



**Figure 21 – Bedroom 2 outlet – No blackening**



**Figure 22 – Bedroom 2– Temple Inland 48" Drywall endtape**

**BUILDING SCIENCES | ENVIRONMENTAL CONSULTING**

**MA Florida**     2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
**MA New York**    Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013  For Settlement Purposes Only
Page 14 of 11
6152 Longmeadow Way, Trussville, AL



**Figure 23 – Bedroom 3 outlet – No blackening**



**Figure 24 – Bedroom 3 – Temple Inland 48' labeled drywall**

BUILDING SCIENCES | ENVIRONMENTAL CONSULTING

MA **Florida**   2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA **New York**  Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013                                                                    For Settlement Purposes Only
Page 15 of 11
6152 Longmeadow Way, Trussville, AL



**Figure 25 – Bedroom 4 – No blackening**



**Figure 26 – Bedroom 4 – Temple Inland 48" Gypsum labeled drywall**

BUILDING SCIENCES  |  ENVIRONMENTAL CONSULTING

MA Florida      2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099
MA New York   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

September 20, 2013  
Page 16 of 11  
6152 Longmeadow Way, Trussville, AL

For Settlement Purposes Only



**Figure 27 – Bedroom 5 outlet – No blackening**



**Figure 28 – Bedroom 5 – Temple Inland 48" Gypsum labeled drywall**

**BUILDING SCIENCES  |  ENVIRONMENTAL CONSULTING**

**MA Florida**    2056 Vista Parkway, Suite 225  |  West Palm Beach, Florida 33411  |  TEL 561 371 8099  
**MA New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855