Source: Escambia County Property Appraiser

Navigate Mode ● Account ○ Reference

[Restore Full Page Version]

### General Information
- **Reference:** 153S321900073008
- **Account:** 104460675
- **Owners:** NICKELL JAMES T / NICKELL JO ANN
- **Mail:** 1431 CROWN POINT CT, BEAVERCREEK, OH 45434
- **Situs:** 15916 INNERARITY POINT RD 32507
- **Use Code:** SINGLE FAMILY - TOWNHOME
- **Taxing Authority:** COUNTY MSTU
- **Tax Inquiry:** Open Tax Inquiry Window

Tax Inquiry link courtesy of Janet Holley Escambia County Tax Collector

### Assessments

| Year | Land | Imprv | Total | Cap Val |
|------|------|-------|-------|---------|
| 2015 | $35,000 | $59,276 | $94,276 | $94,276 |
| 2014 | $35,000 | $56,218 | $91,218 | $91,218 |
| 2013 | $35,000 | $25,754 | $60,754 | $60,754 |

Disclaimer

**Amendment 1/Portability Calculations**

### Sales Data

| Sale Date | Book | Page | Value | Type | Official Records (New Window) |
|-----------|------|------|-------|------|-------------------------------|
| 10/23/2015 | 7428 | 15 | $162,500 | WD | View Instr |
| 07/03/2013 | 7050 | 1197 | $74,900 | WD | View Instr |
| 06/27/2012 | 6879 | 453 | $1,300,000 | WD | View Instr |
| 01/2005 | 5568 | 665 | $100 | WD | View Instr |
| 05/2004 | 5408 | 689 | $2,500,000 | WD | View Instr |
| 12/1994 | 3698 | 726 | $1,164,800 | WD | View Instr |

Official Records Inquiry courtesy of Pam Childers Escambia County Clerk of the Circuit Court and Comptroller

**2015 Certified Roll Exemptions**

**Legal Description**
UNIT 73 BLDG H AMENDED PLAT OF INNERARITY TOWNHOMES PB 13 P 85 A & B OR 7428 P 15

**Extra Features**
None

### Parcel Information

Launch Interactive Map

- **Section Map Id:** 15-3S-32-3
- **Approx. Acreage:** 0.0188
- **Zoned:** LDR
- **Evacuation & Flood Information:** Open Report

View Florida Department of Environmental Protection(DEP) Data

Source: Escambia County Property Appraiser

Navigate Mode  ● Account  ○ Reference          Restore Full Page Version

| General Information | |
|---|---|
| Reference: | 153S321900083007 |
| Account: | 104460549 |
| Owners: | VALERO ROSEMARY E |
| Mail: | 16002 INNERARITY POINT RD PENSACOLA, FL 32507 |
| Situs: | 16002 INNERARITY POINT RD 32507 |
| Use Code: | SINGLE FAMILY - TOWNHOME |
| Taxing Authority: | COUNTY MSTU |
| Tax Inquiry: | Open Tax Inquiry Window |

Tax Inquiry link courtesy of Janet Holley Escambia County Tax Collector

### Assessments

| Year | Land | Imprv | Total | Cap Val |
|---|---|---|---|---|
| 2015 | $25,000 | $68,883 | $93,883 | $89,124 |
| 2014 | $25,000 | $56,022 | $81,022 | $81,022 |
| 2013 | $25,000 | $48,250 | $73,250 | $73,250 |

Disclaimer

**Amendment 1/Portability Calculations**

### Sales Data

| Sale Date | Book | Page | Value | Type | Official Records (New Window) |
|---|---|---|---|---|---|
| 10/23/2015 | 7426 | 1418 | $137,500 | WD | View Instr |
| 04/30/2013 | 7015 | 809 | $89,900 | WD | View Instr |
| 06/27/2012 | 6879 | 453 | $1,300,000 | WD | View Instr |
| 01/2005 | 5568 | 665 | $100 | WD | View Instr |
| 05/2004 | 5408 | 689 | $2,500,000 | WD | View Instr |
| 12/1994 | 3698 | 726 | $1,164,800 | WD | View Instr |

Official Records Inquiry courtesy of Pam Childers Escambia County Clerk of the Circuit Court and Comptroller

**2015 Certified Roll Exemptions**

**Legal Description**
UNIT 83 BLDG G AMENDED PLAT OF INNERARITY TOWNHOMES PB 13 P 85 A & B OR 7426 P 1418

**Extra Features**
None

### Parcel Information

Launch Interactive Map

**Section Map Id:**
15-3S-32-3

**Approx. Acreage:**
0.0188

**Zoned:**
LDR

**Evacuation & Flood Information**
Open Report



View Florida Department of Environmental Protection(DEP) Data