UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : : : : | MDL NO. 2047 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON |
| ALL CASES | : : : | MAG. JUDGE WILKINSON |

**MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF LOCAL RULE PAGE LIMITATION**

COMES NOW Individual Counsel, David Horsley of Collins & Horsley, P.C. and respectfully moves the Court for an Order allowing Collins & Horsley's Brief in Support of Individual Counsel's Request to Allocate the Global Fee Award Between Common Benefit Counsel and Individual Counsel and Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Attorneys and Individual Counsel Fees Pursuant to PTO 28(F) to be filed in excess of the page limitations set forth in Local Rule 7.7.

Dated: June 23, 2016

                 Respectfully submitted,

                 <u>s/David L. Horsley</u>
                 David L Horsley (ASB-6090-I47H)
                 Collins & Horsley, P.C.
                 2021 Morris Avenue
                 Suite 200
                 Birmingham, Alabama
                 205-324-1834 telephone
                 205-324-1846 facsimile
                 david@collinshorsley.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of June, 2016.

<u>s/David L. Horsley</u>
David L. Horsley