UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON |
| ALL CASES | : : : | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF INDIVIDUAL COUNSEL'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF LOCAL RULE PAGE LIMITATION**

**MAY IT PLEASE THE COURT:**

The complex nature of this case is, in many ways, unprecedented, requiring extensive efforts on the part of Individual Counsel in addition to the efforts of Common Benefit Counsel. In order for the Court to perform a full and thorough examination of the contributions made by Individual Counsel while prosecuting this case, it is necessary to specifically address and discuss Individual Counsel's efforts throughout the course of this litigation. Accordingly, Individual Counsel, David Horsley of Collins & Horsley, P.C., respectfully requests that the twenty-five (25) page limitation set forth in Local Rule 7.7 be suspended in respect to Individual Counsel's Memorandum in Support of Individual Counsel's Request to Allocate the Global Fee Award Between Common Benefit Counsel and Individual Counsel and Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Counsel and Individual Counsel Fees Pursuant to PTO 28(F).

Dated: June 23, 2016

Respectfully submitted,

s/David L. Horsley
David L Horsley (ASB-6090-I47H)
Collins & Horsley, P.C.
2021 Morris Avenue
Suite 200
Birmingham, Alabama
205-324-1834 telephone
205-324-1846 facsimile
david@collinshorsley.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of June, 2016.

s/David L. Horsley
David L. Horsley