## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | | |
| ALL CASES | | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Individual Counsel, David Horsley of Collins & Horsley, respectfully requests this Court for an Order Granting their Motion for Leave to File Memorandum in Excess of Local Rule Page Limitation before the Honorable Eldon E. Fallon.

Dated: June 23, 2016

                                                    Respectfully submitted,

                                                    <u>s/David L. Horsley</u>
                                                    David L Horsley (ASB-6090-I47H)
                                                    Collins & Horsley, P.C.
                                                    2021 Morris Avenue
                                                    Suite 200
                                                    Birmingham, Alabama
                                                    205-324-1834 telephone
                                                    205-324-1846 facsimile
                                                    david@collinshorsley.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of June, 2016.

              s/David L. Horsley
              David L. Horsley