**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | : | MDL NO. 2047 |
|    PRODUCT LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO : | : | JUDGE FALLON |
| | : | |
| | : | MAG. JUDGE |
| ALL CASES | : | WILKINSON |
| | : | |

---

**ORDER**

---

      CONSIDERING the Motion of David Horsley of Collins & Horsley, P.C. for Leave to File Memorandum in Excess of Local Rule Page Limitation;

      It is ordered by the Court that the motion is GRANTED. Collins & Horsley shall be allowed to file their Memorandum in Support of Individual Counsel's Request to Allocate the Global Fee Award Between Common Benefit Counsel and Individual Counsel Pursuant to PTO 28(F) and Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Attorneys and Individual Counsel Fees Pursuant to PTO 28(F) in excess of the Local Rule 7.7 page limitation.

Dated: _____


                                       _____
                                       ELDON E. FALLON
                                       United States District Court Judge