UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTUERED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L" |
| **THIS DOCUMENT RELATES TO:** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Payton, et al. v. Knauf GIPS KG, et al.*<br>Case No.:  2:09-cv-07628-EEF-JCW | |

## NOTICE OF APPEARANCE

**COMES NOW,** Val Exnicios of the law firm Liska, Exnicios & Nungesser who shall appear as counsel of record for Brian and Tamara Thomas, Plaintiffs in the *Payton, et al. v. Knauf GIPS KG, et al* case.

Please serve all future pleadings, notices, motions, documents and correspondence upon the undersigned in connection with this action.

Dated: June 23, 2016         /s/Val Exnicios_____
Val Patrick Exnicios, Esq.
Liska, Exnicios & Nungesser
Attorneys-At-Law
1515 Poydras Street
14th Floor, Ste. 1400
New Orleans, LA.  70112
Telephone: (504) 410-9611
Facsimile: (504) 410-9937
Cell: (504) 495-9666
vpexnicios@exnicioslaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been filed using the Court's electronic ECF/CM system and electronically served on all parties on this 23rd day of June, 2016.

                                          /s/Val Exnicios
                                          Val Patrick Exnicios, Esq.