UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF APPEARANCE

**NOW INTO COURT**, comes Jimmy R. Faircloth, Jr., Brook L. Villa, Franklin "Drew" Hoffmann, and the law firm of Faircloth, Melton & Sobel, LLC, who shall appear as counsel of record for the limited purpose of representing the law firm of Parker Waichman LLP in its objection to the Fee Committee's proposed allocation of the global fee award (*see* Doc. 20293 and 20293-1), any dispute regarding the Fee Committee's proposed allocation of the common benefit fee award among those firms which are entitled to participate in such an award (collectively, the "Proposed Allocations"), and all other matters related to or as a result of the Fee Committee's Proposed Allocations.

Respectfully submitted,

**FAIRCLOTH, MELTON & SOBEL, LLC**

By: _/s/ Jimmy R. Faircloth, Jr._
    Jimmy R. Faircloth, Jr. (La. #20645)
    jfaircloth@faircothlaw.com
    105 Yorktown Drive
    Alexandria, LA 71303
    Phone: (318) 619-7755
    Fax: (318) 619-7744

Brook L. Villa (La. #31988)
bvilla@fairclothlaw.com
Franklin "Drew" Hoffmann (La. #35824)
dhoffmann@fairclothlaw.com
301 Main St., Suite 920
Baton Rouge, LA 70801
Phone: (225) 343-9535
Fax: (225) 343-9538

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of June, 2016.

*/s/ Jimmy R. Faircloth, Jr.*
OF COUNSEL