UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering the Plaintiff's Motion to Enforce the Knauf Settlement Agreement (R. Doc. 20296) and Knauf Defendants' Opposition to the aforementioned motion (R. Doc. 20322), the Court has been advised that both parties have agreed to submit the matter to the Special Master for consideration. Accordingly, **IT IS ORDERED** that the matter referenced in R. Docs. 20296 and 20322 be submitted to the Special Master for consideration.

**IT IS FURTHER ORDERED** that the Oral Argument regarding the aforementioned Motion to Enforce set for Wednesday, June 29, 2016, is **cancelled**.

New Orleans, Louisiana, this 24th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE