UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ............................................................... | : | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering the Bennett Motion to Lift Stay (R. Doc. 20297), the Court received an oral request to continue the Motion for sixty days. Accordingly, **IT IS ORDERED** that the motion is **CONTINUED**. **IT IS FURTHER ORDERED** that, if necessary, the motion will now be heard on oral argument following the monthly status conference in August in the Courtroom of the Honorable Eldon E. Fallon. The Court will determine the date and time of the August monthly status conference at a later date.

New Orleans, Louisiana, this 24th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

1