UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO : | : : | JUDGE FALLON |
| ALL CASES | : : : | MAG. JUDGE WILKINSON |

### ORDER

CONSIDERING the Motion of David Horsley of Collins & Horsley, P.C. for Leave to File Memorandum in Excess of Local Rule Page Limitation;

It is ordered by the Court that the motion is GRANTED. Collins & Horsley shall be allowed to file their Memorandum in Support of Individual Counsel's Request to Allocate the Global Fee Award Between Common Benefit Counsel and Individual Counsel Pursuant to PTO 28(F) and Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Attorneys and Individual Counsel Fees Pursuant to PTO 28(F) in excess of the Local Rule 7.7 page limitation.

Dated: June 24th, 2016

_____
ELDON E. FALLON
United States District Court Judge