UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047<br><br>SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

### AGENDA
### FOR June 29, 2016 STATUS CONFERENCE
(Motions and/or Issues)

## MOTIONS

I. MOTION to Vacate [20247]; and

II. MOTION to Extinguish Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claim [20302]

PD.19610603.2

1

