# Exhibit 3

## DEFECTIVE CONSTRUCTION MATERIALS
## EXEMPLAR CLASS ACTION SETTLEMENTS

| Case | Description |
|---|---|
| CertainTeed Fiber Cement Siding Litigation, No. 2:11-md-02270 (E.D.Pa. 2014). | Siding -- $103,900,000 fund. Claimant entitled to cash payment based on (1) the extent of Damage; (2) how much siding has Damage; (3) the size of the wall; and (4) the time the Siding has been installed at a rate of $500/square. |
| Galanti v. The Goodyear Tire & Rubber Co., No. 3:03-CV-00209 (D.N.J. 2004). | Radiant Heating -- $150,000,000 cash and $180,000,000 insurance proceed. Cash distributed by breakdown of claimants' damage: Category I (less severe); Category II (serious or failure); and Category III (those who did not qualify for Category I or II). |
| In Re: Kitec Plumbing Systems Prod. Liab. Litig., No. 3:09-md-02098 (N.D.Tex. 2011). | Brass Fittings -- $100,000,000 cash. Claimants entitled to compensation of approzimately one half of the estimated cost to repair or replace the affected pipes. |
| Zurn Pex Plumbing Prod. Liab. Litig., No. 8-cv-01958 (D.Minn. 2013). | Brass Fittings -- $20,000,000. Claimaints compensated up to 60% of damages resulting from leak(s) capped at $100,000 and 60% of re-plumb cost capped at $100,000. |
| CertainTeed Shingles, No. 2:07-md-01817-LP (E.D.Pa. 2010). | Shingles -- Settled for cash based on extent of damage (upwards of $600,000,000). Claimants entitled to compensation of $34 per square, $40 per square, or $74 per square depending on the circumstances of the claim. |
| Ross v. Trex Co., No. 5:09-cv-00670 (N.D.Cal. 2009). | Decking -- Direct product replacement or cash equivalent of $0.18 per linear foot of product board to be replaced (avg. $225 per customer.) |
| Postier v. Lousisana-Pacific Co., No. C09-3290 JCS (N.D.Cal 2010). | Decking -- Direct product replacement or cash payment of $3.78 per linear foot for the damaged deck material (less a "reasonable use" deduction of 10% per year) or $1.78 for each $2.00 of material cost paid for the railing damage. |
| Naef v. Masonite Corp., No. CV-94-4033 (Al. 1998). | Siding -- Compensation for average cost per square foot for siding replacement; if 75% of a structure's siding qualifies, claimant compensated for entire structure. |
| PABCO HO-25/HZ-25 Roofing Shingle Litig., No. 03-2-40234-6 SEA (Super. Cot., Washington 2006). | Shingles -- Compensation to claimants at a rate of $60.50 per square for appearance compensation, or either $140, $160, or $225 per square for varying degrees of performance compensation. |