# EXHIBIT "2"

## AUHORITY TO REPRESENT

I (we) hereby authorize Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP. to act as attorneys on my (our) behalf and to file an action against Hansen Homes and related parties, to recover injunctive relief and damages. I (we) understand and agree that this action will not seek recovery for any physical injuries or emotional distress. In the event I have any such claims for physical injuries or emotional distress, I agree that I will retain separate counsel to pursue such claims and that I will immediately thereafter advise Roberts & Durkee and Milstein, Adelman & Kreger, LLP. in writing that I have done so.

I (we) agree that Roberts & Durkee and the Law Offices of Milstein, Adelman & Kreger, LLP, will receive 33 1/3 % of any and all monies recovered in the litigation, or 40% of any and all monies recovered in the event the matter proceeds to trial, arbitration or mediation or resolves within 90 days of the date first set for trial, arbitration or mediation, or attorneys fees as ordered by the Court. Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP. may advance costs on my (our) behalf and I (we) agree to reimburse these costs from any net recovery. Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP. and any attorneys associated with them will also attempt to obtain an order from the court requiring the parties against whom suit will be filed to pay my (our) attorney's fees and litigation expenses. If the case is settled, the attorneys will attempt to require the defendant to pay my attorney's fees and litigation expenses. All such sums belong to Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP. Any fees and expenses actually collected from a defendant will be credited against the portion of my recovery payable to Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP.

In the event that the action is resolved in favor of the defendants, Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP. will not seek reimbursement of costs that have been advanced on my (our) behalf. This fee is not set by law but is an amount negotiated with the attorneys. I (we) understand that any fee for services to myself or the class will be contingent upon recovery from the defendants and will be payable solely from the defendants. Also, in any authorized case in which I (we) is a named plaintiff, and which is certified as a class action, such fees will be determined or authorized by the court, and will be payable solely from the defendants an/or any recovery obtained or protected for members of the class. All such fees belong to the attorneys and may not be waived by me (us). There is no guarantee of recovery.

I (we) agree to cooperate fully and to provide all information as requested. I agree to be a class representative in this litigation. Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP and any attorneys associated with them will attempt to proceed on behalf of others similarly situated with respect to my (our) claim against Defendants. I agree that during the course of the lawsuit it may become necessary or desirable to add additional class representatives or defendants to the lawsuit. If this occurs, Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger LLP agree to notify me (us) of the identity of any such additional parties and to discuss with me (us) the reasons why such additional parties should be named. I (we) agree to cooperate in the prosecution of the litigation, including appearing at deposition and trial and producing documents and providing information. I (we) understand that the Attorneys will use their best efforts to achieve a favorable result, but do not guarantee what a court will do. In any class settlement, the amount of any settlement will be determined by the Court. I (we) further agree that I (we) will, on an ongoing basis, ensure that Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP. has my current address and a telephone number where I can be reached during normal business hours and that if I (we) fail to provide such information at any time, Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP. may dismiss this action. I (we) understand that Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP may, at their option and with Court approval, withdraw from the lawsuit and cease to represent me (us) for any reason consistent with Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP's ethical and professional obligations.

Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP. accepts this employment and agrees to take steps as are in their judgment reasonably advisable to enforce my (our) rights. Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP. is authorized to file suit on my (our) behalf at its discretion and to associate or retain additional attorneys or law firms, but at no additional attorneys' fees. I (we) understand that the Roberts & Durkee and Law Office of Milstein, Adelman & Kreger may decide to work with other attorneys or law firms in connection with my claims, and may pay a referral

WSK CHINESE DRYWALL                 1

fee to additional attorneys or law firms and that such referral fees or additional attorneys will not increase my (our) fee owed in this case.

I (we) understand and acknowledge that Roberts & Durkee and The law offices of Milstein, Adelman & Kreger, LLP. represent multiple parties in this matter and I (we) hereby knowingly consent to such representation and to any potential or actual conflicts raised thereby and hereby provide my informed written consent. Furthermore, I (we) understand and acknowledge that since there are multiple parties in this matter, any settlement offers will, in all likelihood, be made on a group basis and that, upon my approval of the settlement, my (our) share of the settlement will be distributed to me (us) based upon the extent and nature of my (our) claims, and I (we) hereby provide my informed written consent to the extent any such settlement is deemed an aggregate settlement.

It is understood and agreed that: (a) Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP cannot warrant or guarantee the outcome of the case, (b) Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP have not represented to me (us) that I (we) will recover all or any of the funds or compensation desired, and (c) obtaining a judgment does not guarantee that the opposing party will be able or willing to satisfy the judgment.

Roberts & Durkee and The Law Offices of Milstein, Adelman & Kreger, LLP. carry professional liability insurance above minimal requirements. Any disputes arising concerning the terms and/or conditions of this Authority to Represent will be resolved through binding arbitration, conducted under the rules of the Judicial Arbitration and Mediation Service (JAMS).

The above is agreed and accepted:

| Home Address | | City | State | Zip |
|---|---|---|---|---|

| Mailing Address (If Different) | | City | State | Zip |
|---|---|---|---|---|

| Home Telephone Number | Work Telephone Number | | Alternate Telephone Number | |
|---|---|---|---|---|

| Print Name | | | | Date |
|---|---|---|---|---|

| Print Name | | Signature | | Date |
|---|---|---|---|---|

Wayne S. Kreger
Attorney, Milstein, Adelman & Kreger, LLP (Print;   Signature                                                          Date

David Durkee
Roberts & Durkee                              (Print)   Signature                                          Date

## STATEMENT OF CLIENT'S RIGHTS FOR CONTINGENCY FEES

Before you, the prospective client, arrange a contingency fee agreement with a lawyer, you should understand this Statement of your rights as a client. This Statement is not a part of the actual contract between you and your lawyer, but, as a prospective client, you should be aware of these rights:

1. There is no legal requirement that a lawyer charge a client a set fee or a percentage of money recovered in a case. You, the client, have the right to talk with your lawyer about the proposed fee and to bargain about the rate or percentage as in any other contract. If you do not reach an agreement with one lawyer you may talk with other lawyers.

2. Any contingency fee contract must be in writing and you have three (3) business days to reconsider the contract. You may cancel the contract without any reason if you notify your lawyer in writing within three (3) business days of signing the contract. If you withdraw from the contract within the first three (3) business days, you do not owe the lawyer a fee although you may be responsible for the lawyer's actual costs during that time. If your lawyer begins to represent you, your lawyer may not withdraw from the case without giving you notice, delivering necessary papers to you, and allowing you time to employ another lawyer. Often, your lawyer must obtain court approval before withdrawing from a case. If you discard your lawyer without good cause after the three-day period, you may have to pay a fee for work the lawyer has done.

3. Before hiring a lawyer, you, the client, have the right to know about the lawyer's education, training, and experience. If you ask, the lawyer should tell you specifically about his or her actual experience dealing with cases similar to yours. If you ask, the lawyer should provide information about special training or knowledge and give you this information in writing if you request it.

4. Before signing a contingency fee contract with you, a lawyer must advise you whether the lawyer intends to handle your case alone or whether other lawyers will be helping with the case. If your lawyer intends to refer the case to other lawyers, the lawyer should tell you what kind of fee sharing arrangement will be made with the other lawyers. If lawyers from different law firms will represent you, at least one lawyer from each law firm must sign the contingency fee contract.

5. If your lawyer intends to refer your case to another lawyer or counsel with other lawyers, your lawyer should tell you about that at the beginning. If your lawyer takes the case and later decides to refer it to another lawyer or to associate with other lawyers, you should sign a new contract that includes the new lawyers. You, the client, also have the right to consult with each lawyer working on your case and each lawyer is legally responsible to represent your interests and is legally responsible for the acts of the other lawyers involved in the case.

6. You, the client, have the right to know in advance how you will need to pay the expenses and the legal feels at the end of the case. If you pay a deposit in advance for costs, you may ask reasonable questions about how the money will be or has been spent and how much of it remains unspent. Your lawyer should give a reasonable estimate about future necessary costs. If your lawyer agrees to lend or advance you money to prepare or research the case, you have the right to know periodically how much money your lawyer has spent on your behalf. You also have the right to decide, after consulting with your lawyer, how much money is to be spent to prepare a case. If you pay the expenses, you have the right to decide how much to spend. Your lawyer should also inform you whether the fee will be based on the gross amount recovered or on the amount recovered minus the costs.

WSKChinese drywall

7. You, the client, have the right to be told by your lawyer about possible adverse consequences if you lose the case. Those adverse consequences might include money which you might have to pay to your lawyer for costs, and liability you might have for attorney's fees, costs, and expenses to the other side.

8. You, the client, have the right to receive and approve a closing statement at the end of the case before you pay any money. The statement must list all of the financial details of the entire case, including the amount recovered, all expenses, and a precise statement of your lawyer's fees. Until you approve the closing statement your lawyer cannot pay any money to anyone, including you, without an appropriate order of the court. You also have the right to have every lawyer or law firm working on your case sign this closing statement.

9. You, the client, have the right to ask your lawyer at reasonable intervals how the case is progressing and to have these questions answered to the best of your lawyer's ability.

10. You, the client, have the right to make the final decision regarding settlement of a case. Your lawyer must notify you of all offers of settlement before and after the trial. Offers during the trial must be immediately communicated and you should consult with your lawyer regarding whether to accept a settlement. However, you must make the final decision to accept or reject a settlement.

11. If at any time, you, the client, believe that your lawyer has charged an excessive or illegal fee, you have the right to report the matter to the Florida Bar, the agency that oversees the practice and behavior of all lawyers in Florida. For information on how to reach The Florida Bar, call 850-561-5600, or contact the local bar association. Any disagreement between you and your lawyer about a fee can be taken to court and you may wish to hire another lawyer to help you resolve this disagreement. Usually fee disputes must be handled in a separate lawsuit, unless your fee contract provides for arbitration. You can request, but may not require, that a provision for arbitration (Under Chapter 682, Fla. Stat., or under the fee arbitration rule of the Rules Regulating The Florida Bar) be included in your fee contract.

Dated:_____     _____
                                        Client

Dated:_____     _____
                                        Client's/spouse (if any)

Dated:_____     _____
                                        Roberts & Durkee, P.A.

Dated:_____     _____
                                        Milstein, Adelman & Kreger, LLP