# EXHIBIT F

# PLEASE REFER TO DOC NO. 17581