

Kasie M. Braswell * †   **BRASWELL MURPHY, LLC**   D. Brian Murphy*

July 23, 2012

VIA E-MAIL: kmiller@frilot.com
Mr. Kerry Miller
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

      Re:    Prichard Housing Authority v. The Mitchell Company, et al.

Dear Kerry,

      This letter and attachment will serve as a follow-up to Richard Taylor's letter of July 13, 2012. Attached you will find an Excel document which provides the exact amount spent on the remediation of the PHA homes. That amount ($2,032,653.26) coupled with the cash amount of the settlement, $597,500.00, provides the total of $2,630,153.26. We propose a 1/3 attorney fee which would amount to $876,717.75, plus expenses of $53,660.21 – for a total of $930,377.96. Per the Settlement Agreement, we are allowed to file a motion for fees if we are unable to agree upon a fee amount 30 days after completion of the remediation. Therefore, should you not agree upon the aforementioned fee amount, please provide us a written response stating same and we will file our motion for fees at the appropriate time.

      As always, should you wish to discuss any of this please feel free to give me a call.

Sincerely,

Kasie M. Braswell

cc:    Richard Taylor (via e-mail)

**EXHIBIT K**

57 St. Joseph Street
Mobile, AL 36602
Phone: (251) 438-7503
Toll Free: (800) 554-9260
Fax: (251) 438-7949

†

Life Member
Million Dollar & Multi-Million Dollar
Advocates Forum
The Top Trial Lawyers in America

* Licensed in Alabama and Mississippi


www.braswellmurphy.com

## Chinese Drywall Remediation

Exhibit "B"

| # | Address | Total Cost | demoltion 30 % | Drywall installation 30 % | Substantial Completion 40 % | Vandalism Repairs | new total cost per house |
|---|---|---|---|---|---|---|---|
| 1 | 503 Sgt. Harrison Brown | $68,431.38 | $20,529.41 | $20,529.41 | $27,372.55 | $155.00 | $68,586.38 |
| 2 | 504 Sgt. Harrison Brown | $68,150.28 | $20,445.08 | $20,445.08 | $27,260.11 | $467.00 | $68,617.28 |
| 3 | 505 Sgt. Harrison Brown | $62,654.87 | $18,796.46 | $18,796.46 | $25,061.95 | $690.00 | $63,344.87 |
| 4 | 506 Sgt. Harrison Brown | $61,196.73 | $18,359.02 | $18,359.02 | $24,478.69 | $680.00 | $61,876.73 |
| 5 | 507 Sgt. Harrison Brown | $66,347.39 | $19,904.22 | $19,904.22 | $26,538.96 | $3,439.00 | $69,786.39 |
| 6 | 508 Sgt. Harrison Brown | $66,797.64 | $20,039.29 | $20,039.29 | $26,719.06 | $79.00 | $66,876.64 |
| 7 | 509 Sgt. Harrison Brown | $66,183.59 | $19,855.08 | $19,855.08 | $26,473.44 | $4,818.00 | $71,001.59 |
| 8 | 703 Hinson Avenue | $67,188.59 | $20,156.58 | $20,156.58 | $26,875.44 | $5,732.00 | $72,920.59 |
| 9 | 705 Hinson Avenue | $66,607.23 | $19,982.17 | $19,982.17 | $26,642.89 | | $66,607.23 |
| 10 | 707 Hinson Avenue | $71,190.66 | $21,357.20 | $21,357.20 | $28,476.26 | $4,918.00 | $76,108.66 |
| 11 | 709 Hinson Avenue | $58,626.32 | $17,587.90 | $17,587.90 | $23,450.53 | $30.00 | $58,656.32 |
| 12 | 800 Marsha S. Ratchford | $58,876.45 | $17,662.94 | $17,662.94 | $23,550.58 | $67.00 | $58,943.45 |
| 13 | 803 Marsha S. Ratchford | $66,097.26 | $19,829.18 | $19,829.18 | $26,438.90 | $3,663.00 | $69,760.26 |
| 14 | 804 Marsha S. Ratchford | $58,625.67 | $17,587.70 | $17,587.70 | $23,450.27 | $1,314.00 | $59,939.67 |
| 15 | 805 Marsha S. Ratchford | $66,607.23 | $19,982.17 | $19,982.17 | $26,642.89 | $4,943.00 | $71,550.23 |
| 16 | 806 Marsha S. Ratchford | $60,822.23 | $18,246.67 | $18,246.67 | $24,328.89 | $4,808.00 | $65,630.23 |
| 17 | 807 Marsha S. Ratchford | $61,821.88 | $18,546.56 | $18,546.56 | $24,728.75 | $5,148.00 | $66,969.88 |
| 18 | 808 Marsha S. Ratchford | $71,878.95 | $21,563.69 | $21,563.69 | $28,751.58 | $675.00 | $72,553.95 |
| 19 | 810 Marsha S. Ratchford | $58,626.32 | $17,587.90 | $17,587.90 | $23,450.53 | $150.00 | $58,776.32 |
| 20 | 811 Marsha S. Ratchford | $62,204.63 | $18,661.39 | $18,661.39 | $24,881.85 | $5,366.00 | $67,570.63 |
| 21 | 812 Marsha S. Ratchford | $59,603.24 | $17,880.97 | $17,880.97 | $23,841.30 | $1,303.00 | $60,906.24 |
| 22 | 814 Marsha S. Ratchford | $61,376.31 | $18,412.89 | $18,412.89 | $24,550.52 | | $61,376.31 |
| 23 | 818 Marsha S. Ratchford | $72,830.00 | $21,849.00 | $21,849.00 | $29,132.00 | $30.00 | $72,860.00 |
| 24 | 820 Marsha S. Ratchford | $66,347.39 | $19,904.22 | $19,904.22 | $26,538.96 | $5,031.00 | $71,378.39 |
| 25 | 821 Marsha S. Ratchford | $67,193.28 | $20,157.98 | $20,157.98 | $26,877.31 | $30.00 | $67,223.28 |
| 26 | 823 Marsha S. Ratchford | $66,840.01 | $20,052.00 | $20,052.00 | $26,736.00 | $1,030.00 | $67,870.01 |
| 27 | 824 Marsha S. Ratchford | $66,463.58 | $19,939.07 | $19,939.07 | $26,585.43 | $2,205.00 | $68,668.58 |
| 28 | 825 Marsha S. Ratchford | $59,576.18 | $17,872.85 | $17,872.85 | $23,830.47 | $5,052.00 | $64,628.18 |
| 29 | 826 Marsha S. Ratchford | $61,261.93 | $18,378.58 | $18,378.58 | $24,504.77 | $535.00 | $61,796.93 |
| | | | | | | | $0.00 |
| | Total | $1,870,427.22 | $561,128.17 | $561,128.17 | $748,170.89 | $62,358.00 | $1,932,785.22 |

| | | |
|---|---|---|
| Original Knauf Contract | $1,870,427.22 | |
| Vandalism Repairs paid for by Knauf | $62,358.00 | |
| Subtotal - Items paid directly by Knauf | | $1,932,785.22 |

### Items Paid for by Prichard Housing:

| | | |
|---|---|---|
| Replace all Blinds | $20,497.20 | The Moss write-ups omitted the blinds |
| Flood Elevation Certificates | $5,785.50 | The property was placed in a flood zone by FEMA. We had to purchase elevation certificates before we could buy a permit |
| Additional Strappling and anchor bolts on the single story houses | $8,265.00 | Changes in building code required more straps and anchors to pass inspection |
| All new HVAC supply boxes | $4,132.50 | Building inspector would not permit the old boxes to be re-used |
| Add studs, steel plates, straping & double 2X at top of stairs on all two story houses | $9,975.00 | Changes in building code required more straps and anchors to pass inspection |
| Replace air handlers not included in the Moss write-up | $51,213.36 | Caused by change in the freon type since the original construction in 2005. |
| Total of items paid for by Prichard Housing | $99,868.56 | |
| Total cost to repair the 29 CDW houses | $2,032,653.78 | |

Summary of 29 cdw houses 07/12/2012