**Sarah Wallace**

**From:** Richard Taylor
**Sent:** Wednesday, March 02, 2016 2:54 PM
**To:** Debbie Murphy; Dawn Barrios
**Cc:** Ed Rowan; 'Kasie Braswell (kasie@braswellmurphy.com)'; Steve Martino; Christopher Seeger (E-mail); Russ Herman; Fred Longer; Sandy Duggan; 'LDAVIS@hhklawfirm.com' (LDAVIS@hhklawfirm.com); Gerald E. Meunier (E-mail); MICHAEL RYAN; 'Richard Serpe'
**Subject:** RE: CDW

Thanks for the update.

RICHARD H. TAYLOR
Taylor Martino, PC
51 St. Joseph Street
P. O. Box 894
Mobile, Alabama 36601
OFFICE: (251) 433-3131
FAX: (251) 433-4207
richard@taylormartino.com
www.taylormartino.com



This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person(s) to whom this e-mail message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone at 1-800-256-7728 or e-mail and destroy the original message without making a copy.

**From:** Debbie Murphy [mailto:DMurphy@lfsblaw.com]
**Sent:** Wednesday, March 02, 2016 2:49 PM
**To:** Richard Taylor; Dawn Barrios
**Cc:** Ed Rowan; 'Kasie Braswell (kasie@braswellmurphy.com)'; Steve Martino; Christopher Seeger (E-mail); Russ Herman; Fred Longer; Sandy Duggan; 'LDAVIS@hhklawfirm.com' (LDAVIS@hhklawfirm.com); Gerald E. Meunier (E-mail); MICHAEL RYAN; 'Richard Serpe'
**Subject:** RE: CDW

From Arnold Levin –

Richard –

I know how anxious you are to obtain the fee. So are others, including me. Some of us have been working full time and haven't been paid for five years. Not only is the leadership working full time but several of their partners/colleagues have been working full time. You may not know this but we are awaiting to get additional funds from Knauf. The Court has before it Proposed Pretrial Order No. 28(f). This, when entered, will set in motion the division between common benefit and retained attorneys' fees.

You also may not know this, the Builders are making claim to some of the money and we are involved in a contest there. There cannot even be consideration of allocation until all of these matters are resolved.

**EXHIBIT P**

While all of this is going on, you probably are not aware that depositions were taken in Hong Kong, New York and New Orleans of the principals of Taishan, BNBM and CNBM.  We have responded to a Sovereign Immunity Motion and Rule 12 Motions brought by BNBM and CNBM.  We are awaiting Court decisions on these motions.

In addition, we have had a spoliation hearing and the Court has found in our favor against Taishan.

There is much more going on.  Under the circumstances, I have not forgotten you, I have not forgotten other attorneys and I certainly have not forgotten myself and my firm.

This is a very prolix process.  I suggest you keep yourself advised by checking the docket periodically.

Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Richard Taylor [mailto:RichardTaylor@taylormartino.com]
**Sent:** Wednesday, March 02, 2016 12:20 PM
**To:** Dawn Barrios <barrios@bkc-law.com>
**Cc:** Ed Rowan <ed@taylormartino.com>; 'Kasie Braswell (kasie@braswellmurphy.com)' <kasie@braswellmurphy.com>; Arnold Levin <ALevin@lfsblaw.com>; Steve Martino <SteveMartino@taylormartino.com>
**Subject:** CDW

Dawn – Arnie Levin said he would call us and let us know what decision the fee committee made on our common benefit money. That was months ago as Arnie was busy. Can we have a call on what the committee decided ?

RICHARD H. TAYLOR
Taylor Martino, PC
51 St. Joseph Street
P. O. Box 894
Mobile, Alabama 36601
OFFICE: (251) 433-3131
FAX: (251) 433-4207
richard@taylormartino.com
www.taylormartino.com



This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person(s) to whom this e-mail message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone at 1-800-256-7728 or e-mail and destroy the original message without making a copy.