# Chinese Drywall Remediation

Exhibit "B"

| | Address | Total Cost | demoltion 30 % | Drywall installation 30 % | Substantial Completion 40 % | Vandalism Repairs | new total cost per house |
|---|---|---|---|---|---|---|---|
| 1 | 503 Sgt. Harrison Brown | $68,431.38 | $20,529.41 | $20,529.41 | $27,372.55 | $155.00 | $68,586.38 |
| 2 | 504 Sgt. Harrison Brown | $68,150.28 | $20,445.08 | $20,445.08 | $27,260.11 | $467.00 | $68,617.28 |
| 3 | 505 Sgt. Harrison Brown | $62,654.87 | $18,796.46 | $18,796.46 | $25,061.95 | $690.00 | $63,344.87 |
| 4 | 506 Sgt. Harrison Brown | $61,196.73 | $18,359.02 | $18,359.02 | $24,478.69 | $680.00 | $61,876.73 |
| 5 | 507 Sgt. Harrison Brown | $66,347.39 | $19,904.22 | $19,904.22 | $26,538.96 | $3,439.00 | $69,786.39 |
| 6 | 508 Sgt. Harrison Brown | $66,797.64 | $20,039.29 | $20,039.29 | $26,719.06 | $79.00 | $66,876.64 |
| 7 | 509 Sgt. Harrison Brown | $66,183.59 | $19,855.08 | $19,855.08 | $26,473.44 | $4,818.00 | $71,001.59 |
| 8 | 703 Hinson Avenue | $67,188.59 | $20,156.58 | $20,156.58 | $26,875.44 | $5,732.00 | $72,920.59 |
| 9 | 705 Hinson Avenue | $66,607.23 | $19,982.17 | $19,982.17 | $26,642.89 | | $66,607.23 |
| 10 | 707 Hinson Avenue | $71,190.66 | $21,357.20 | $21,357.20 | $28,476.26 | $4,918.00 | $76,108.66 |
| 11 | 709 Hinson Avenue | $58,626.32 | $17,587.90 | $17,587.90 | $23,450.53 | $30.00 | $58,656.32 |
| 12 | 800 Marsha S. Ratchford | $58,876.45 | $17,662.94 | $17,662.94 | $23,550.58 | $67.00 | $58,943.45 |
| 13 | 803 Marsha S. Ratchford | $66,097.26 | $19,829.18 | $19,829.18 | $26,438.90 | $3,663.00 | $69,760.26 |
| 14 | 804 Marsha S. Ratchford | $58,625.67 | $17,587.70 | $17,587.70 | $23,450.27 | $1,314.00 | $59,939.67 |
| 15 | 805 Marsha S. Ratchford | $66,607.23 | $19,982.17 | $19,982.17 | $26,642.89 | $4,943.00 | $71,550.23 |
| 16 | 806 Marsha S. Ratchford | $60,822.23 | $18,246.67 | $18,246.67 | $24,328.89 | $4,808.00 | $65,630.23 |
| 17 | 807 Marsha S. Ratchford | $61,821.88 | $18,546.56 | $18,546.56 | $24,728.75 | $5,148.00 | $66,969.88 |
| 18 | 808 Marsha S. Ratchford | $71,878.95 | $21,563.69 | $21,563.69 | $28,751.58 | $675.00 | $72,553.95 |
| 19 | 810 Marsha S. Ratchford | $58,626.32 | $17,587.90 | $17,587.90 | $23,450.53 | $150.00 | $58,776.32 |
| 20 | 811 Marsha S. Ratchford | $62,204.63 | $18,661.39 | $18,661.39 | $24,881.85 | $5,366.00 | $67,570.63 |
| 21 | 812 Marsha S. Ratchford | $59,603.24 | $17,880.97 | $17,880.97 | $23,841.30 | $1,303.00 | $60,906.24 |
| 22 | 814 Marsha S. Ratchford | $61,376.31 | $18,412.89 | $18,412.89 | $24,550.52 | | $61,376.31 |
| 23 | 818 Marsha S. Ratchford | $72,830.00 | $21,849.00 | $21,849.00 | $29,132.00 | $30.00 | $72,860.00 |
| 24 | 820 Marsha S. Ratchford | $66,347.39 | $19,904.22 | $19,904.22 | $26,538.96 | $5,031.00 | $71,378.39 |
| 25 | 821 Marsha S. Ratchford | $67,193.28 | $20,157.98 | $20,157.98 | $26,877.31 | $30.00 | $67,223.28 |
| 26 | 823 Marsha S. Ratchford | $66,840.01 | $20,052.00 | $20,052.00 | $26,736.00 | $1,030.00 | $67,870.01 |
| 27 | 824 Marsha S. Ratchford | $66,463.58 | $19,939.07 | $19,939.07 | $26,585.43 | $2,205.00 | $68,668.58 |
| 28 | 825 Marsha S. Ratchford | $59,576.18 | $17,872.85 | $17,872.85 | $23,830.47 | $5,052.00 | $64,628.18 |
| 29 | 826 Marsha S. Ratchford | $61,261.93 | $18,378.58 | $18,378.58 | $24,504.77 | $535.00 | $61,796.93 |
| | | | | | | | $0.00 |
| | Total | $1,870,427.22 | $561,128.17 | $561,128.17 | $748,170.89 | $62,358.00 | $1,932,785.22 |

| | | |
|---|---|---|
| Original Knauf Contract | $1,870,427.22 | |
| Vandalism Repairs paid for by Knauf | $62,358.00 | |
| Subtotal - Items paid directly by Knauf | | $1,932,785.22 |

Items Paid for by Prichard Housing:

| | | |
|---|---|---|
| Replace all Blinds | $20,497.20 | The Moss write-ups omitted the blinds |
| Flood Elevation Certificates | $5,785.50 | The property was placed in a flood zone by FEMA. We had to purchase elevation certificates before we could buy a permit |
| Additional Strappling and anchor bolts on the single story houses | $8,265.00 | Changes in building code required more straps and anchors to pass inspection |
| All new HVAC supply boxes | $4,132.50 | Building inspector would not permit the old boxes to be re-used |
| Add studs, steel plates, straping & double 2X at top of stairs on all two story houses | $9,975.00 | Changes in building code required more straps and anchors to pass inspection |
| Replace air handlers not included in the Moss write-up | $51,213.36 | Caused by change in the freon type since the original construction in 2005. |
| Total of items paid for by Prichard Housing | $99,868.56 | |
| Total cost to repair the 29 CDW houses | $2,032,653.78 | |

Summary of 29 cdw houses07/12/2012

**EXHIBIT Q**