# TIMESHEET (PHA)
# CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|---|---|---|---|
| GLH | 2/12/2009 | Meeting with Charles Pharr, Chuck Stefan etc., at Bessemer Family Subdivision; discussions with John Barksdale; and notes to file. | 1.5 |
| GLH | 2/14/2009 | Research and investigation of matters related to drywall imported from China. | 3 |
| GLH | 2/20/2009 | Teleconference with John Barksdale regarding matters related to Chinese imported drywall. | 0.25 |
| GLH | 2/25/2009 | Teleconference with John Barksdale. | 0.25 |
| GLH | 2/25/2009 | Research and investigation of matters related to drywall imported from China in South Florida. | 2.5 |
| GLH | 3/13/2009 | Bessemer Subdivision; on-site inspection with TMC; post meeting discussions with Mr. Pharr; and notes to file. | 1.5 |
| GLH | 3/13/2009 | Review file; memo to John Barksdale providing status and forwarding executed contract for services. | 0.5 |
| GLH | 3/17/2009 | Review of file, research material etc., in preparation for drywall conference with John Barksdale and questions relative to PHA's specific issues. | 1 |
| GLH | 3/18/2009 | Teleconference with Lebarron Boone regarding case; and preparation of correspondence to Lebarron Boone regarding case assistance. | 2.25 |
| GLH | 3/19/2009 | Finalized correspondence to Lebarron Boone. | 1 |
| GLH | 3/20/2009 | Review of draft correspondence from Charles Pharr to notify HUD of potential construction problem with drywall at Bessemer; discussions with Charles Pharr regarding same; revisions to correspondence; and forwarded same to JMJ for review and response. | 1.5 |
| JMJ | 3/20/2009 | Review of draft of proposed letter to HUD regarding construction problem with drywall; and discussions with GLH regarding same. | 0.25 |
| GLH | 3/21/2009 | Additional revisions to proposed HUD notification letter; discussions with JMJ regarding same; and forwarded revised drafts to Charles Pharr and JMJ for comment, etc. | 1.25 |
| GLH | 3/23/2009 | Review file and notes; legal research and outline of anticipated issues from defense perspective. | 3 |
| GLH | 3/24/2009 | Teleconference with Lebarron; Teleconference with JMJ; Teleconference with Denise Poe and Frank Alfano with Waldrep, Stewart and Kendrick regarding case; preparation of correspondence to Frank Alfano regarding case; and discussion with Charles Pharr regarding case. | 3.5 |
| GLH | 3/25/2009 | Revised and redrafted inquiry letter. | 1 |
| GLH | 3/27/2009 | Preparation of correspondence of inquiry to Richard Taylor regarding case. | 1.5 |
| RHT | 4/1/2009 | Receive and review correspondence from Gregg Harris; Research Chinese Drywall | 1 |
| GLH | 4/2/2009 | Correspondence from Charles Pharr regarding Mitchell Company's testimony before Congress regarding Chinese Drywall; research regarding same; correspondence to Charles regarding same; and discussions with Charles Pharr. | 1.25 |
| GLH | 4/2/2009 | Discussions with various counsel interested in representing PHA in drywall matters. | 0.5 |
| GLH | 4/3/2009 | Correspondence from John Barksdale (Air Quality Expert) regarding matters related to drywall imported from China. | 0.25 |

**EXHIBIT R**

# TIMESHEET (PHA)
# CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|---|---|---|---|
| GLH | 4/9/2009 | Meeting with Richard Taylor of Taylor and Martino regarding matters related to Chinese drywall including general discussion of the facts and possible claims for and against the PHA and Taylor Martino's representation of PHA; and discussions with Charles Pharr regarding same. | 2.5 |
| RHT | 4/9/2009 | Meeting with Greg Harris regarding matters related to Chinese drywall including general discussion of the facts and possible claims for and against the PHA and Taylor Martino's representation of PHA; and discussions with Charles Pharr regarding same. | 2.5 |
| GLH | 4/10/2009 | Review of correspondence from Charles Pharr regarding correspondence received from Mitchell Company; discussions with Charles Pharr regarding same; forwarded copy to Richard Taylor; correspondence to and discussions with Richard Taylor; and preparation of draft notice to residents in lieu of proposal from Mitchell Company; discussions with Charles Pharr regarding contracts with Mitchell Company; review of contracts; discussions with Richard Taylor regarding same; review of  lease purchase agreements (not actual); correspondence to John Helm regarding contracts; and discussions with John Helm. | 3.5 |
| RHT | 4/10/2009 | Draft correspondence to Gregg Harris; Teleconference with Gregg Harris | 0.5 |
| GLH | 4/11/2009 | Review of correspondence from John Helm including Family Sales Contract and guaranty agreements; and correspondence to John Helm regarding same; forwarding documents to Richard Taylor and discussions of same with Richard Taylor. | 2.25 |
| RHT | 4/11/2009 | Receive and review correspondence and documents forwarded by Gregg Harris; Teleconference with Gregg Harris | 0.75 |
| GLH | 4/13/2009 | Review of note from Charles Pharr regarding news article relating to Chinese Drywall and review of same; review of correspondence from Richard Taylor regarding the various agreements; and response to same; call to Chris Rock's office; and preparation of correspondence to detailing the Chinese drywall problem to Chris Rock | 2.25 |
| GLH | 4/14/2009 | Correspondence from Chris Rock regarding drywall matter; and discussion with Charles Pharr regarding same; telephone discussions Mark Kidd regarding calls from Mitchell Company and request for entry into additional unit for further testing, sealing, etc.; call to Bert Allen; discussions with Charles Pharr; and preparation of draft letter to  Bert Allen from Charles Pharr. | 1.25 |
| GLH | 4/15/2009 | Call from Chris Rock with Gallagher Bassett; discussion of drywall matters. | 0.25 |
| GLH | 4/15/2009 | Review of correspondence from Chuck Stefan including Knauf attorney contact information, proposed remedial work, and suggested methods of dealing with Chinese drywall by Construction Industry Solutions; discussion of same with Charles Pharr; forwarded same to Richard Taylor; correspondence from and discussions with Richard regarding same. | 1.25 |
| RHT | 4/15/2009 | Receive and review correspondence forwarded by Gregg Harris; Teleconference with Gregg Harris re: same. | 1.25 |
| RHT | 4/16/2009 | Draft correspondence to Gregg Harris. | 0.25 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|---|---|---|---|
| GLH | 4/17/2009 | Reviewed proposed correspondence from Charles Pharr to Bert Allen and revised the same for Chuck Stefan; discussions with Charles Pharr regarding same. | 0.25 |
| GLH | 4/19/2009 | Research regarding latest matters relating to Chinese drywall; notes to file; and correspondence to Charles Pharr regarding same. | 1.25 |
| GLH | 4/20/2009 | Review of correspondence from Charles Pharr including correspondence from Chuck Stefan; forwarded copy of Charles Pharr's proposed correspondence to Chuck Stefan to Richard Taylor; correspondence from Richard Taylor regarding same and proposing meeting; discussions with Charles Pharr regarding meeting; correspondence to Richard Taylor regarding same; correspondence from Kasie Braswell with Taylor Martino; and arranged meeting for April 22, 2009. | 1.25 |
| GLH | 4/20/2009 | Review file and preparation for meeting; meeting with Charles Pharr and Richard Taylor; post meeting discussions with Charles Pharr; and notes to file regarding same. | 1.5 |
| RHT | 4/20/2009 | Meeting with Gregg Harris and Charles Pharr; Draft correspondence to Gregg Harris; Receive and review correspondence from Chuck Stefan. Receive and review entire construction file between PHA and the Mitchell Company.  Research CDW litigation. | 10 |
| KMB | 4/20/2009 | Draft correspondence to Gregg Harris regarding sulfur levels and health effects | 0.25 |
| GLH | 4/21/2009 | Review of various correspondence from Richard Taylor and Kasie Braswell including matters regarding sulfur levels, etc.; review of correspondence from Chris Rock and notes to file. | 0.25 |
| KMB | 4/21/2009 | Review construction file, contracts, etc.. Between PHA and the Mitchell Company. Make notes and conduct legal research. | 8 |
| KMB | 4/21/2009 | Draft correspondence to Gregg Harris regarding issues raised by tenants | 0.25 |
| GLH | 4/22/2009 | Preparation for meeting including discussions with Charles Pharr; meeting with Richard Taylor; post meeting discussions with Charles Pharr; and notes to file; review of follow-up correspondence from Chuck Stefan to Charles Pharr. | 1.5 |
| RHT | 4/22/2009 | Meeting with Gregg Harris; Draft correspondence to Steve Nicholas; Draft correspondence to Gregg Harris; Teleconference with Gregg Harris | 1.5 |
| GLH | 4/23/2009 | Review of correspondence to from Richard Taylor to Steve Nicholas; review of correspondence form Charles Pharr regarding news item from Naples Daily News. | 0.25 |
| GLH | 4/24/2009 | Review of correspondence form Richard Taylor to Steve Nicholas. | 0.25 |
| GLH | 4/27/2009 | Review of correspondence from Richard Taylor regarding meeting with residents; discussions with Charles Pharr and Richard Taylor regarding same. | 0.25 |
| GLH | 4/28/2009 | Discussions with Charles Pharr regarding his conference with Ed Sprayberry, and how the replacement housing plan might be advanced with HUD Birmingham | 0.25 |
| GLH | 4/29/2009 | Teleconference with Lori Slater with Travelers regarding its coverage and possible claims against PHA for which it might have exposure; notes to file. | 0.25 |
| GLH | 4/30/2009 | Review of correspondence from Kasie Braswell; discussions with Richard Taylor's office. | 0.25 |

# TIMESHEET (PHA)
# CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| KMB | 4/30/2009 | Draft correspondence to Gregg Harris regarding case status | 0.25 |
| RHT | 5/6/2009 | Receive and review correspondence from Gregg Harris re: damaged AC units in Bessemer subdivision | 0.25 |
| RHT | 5/11/2009 | Correspondence to Richard Johnson re: repair of AC units | 0.25 |
| RHT | 5/15/2009 | Receive and review correspondence from Richard Johnson | 0.25 |
| KMB | 5/19/2009 | Meet with Richard Taylor regarding PHA homes affected with CDW; travel to Bessemer subdivision to inspect some of the homes and attend meeting with affected homeowners, explaining legal rights and possible conflicts; attend Board meetings of PHA and explain to Board members our strategy and the benefits of joining the MDL; research The Mitchell Company's lawsuit against Knauf filed in FL and determine how best to proceed against TMC in AL state court; meeting the Lloyd Copeland and Richard Taylor to discuss options of MDL vs. state court filing and contents of complaint based upon research | 4.5 |
| RHT | 5/19/2009 | Meeting with Kasie Braswell re: PHA Homes and pending inspections of homes; Meeting with Kasie Braswell and Lloyd Copeland; Meeting with affected homeowners | 4.5 |
| WLC | 5/19/2009 | Legal research re: issues in CDW cases and state court vs. MDL; Conference with Kasie Braswell and Richard Taylor re: same. | 2 |
| RHT | 5/27/2009 | Correspondence to Gregg Harris submitting proposed contract with PHA; Correspondence to Charles Pharr re: expert expenses. | 0.5 |
| GLH | 6/1/2009 | Review of correspondence from Kasie Braswell regarding retention of expert witness and inspection of properties; matters related to preparation of the complaint; review of our files, etc., for information to assist with preparation of complaint; review of copy of proposed complaint; preparation of comment regarding same; review of correspondence from Kasie Braswell regarding other properties which may contain defective drywall; correspondence  to Kasie Braswell; and correspondence to Charles Pharr. | 1.5 |
| KMB | 6/1/2009 | Draft correspondence to Gregg Harris regarding retention of experts and other properties that may contain CDW; Receive and review responses to same from Gregg Harris. | 0.5 |
| GLH | 6/2/2009 | Continued review of draft of complaint against Mitchell Company;   correspondence to Charles Pharr; discussions with Charles Pharr; preparation of and forwarded comments regarding draft of complaint to Kasie Braswell; and various discussions with Kasie Braswell and Charles Pharr regarding the draft; and review of various correspondence between Richard Taylor, Kasie Braswell and Lloyd Copeland regarding the complaint and matters related to the filing of suit against the Mitchell Company. | 1.25 |
| KMB | 6/2/2009 | Teleconference with Gregg Harris regarding draft complaint and proposed edits to same. | 1.25 |

# TIMESHEET (PHA)
# CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|----------------------|------|
| GLH | 6/3/2009 | Review of correspondence from Kasie Braswell regarding potential plaintiffs against the PHA; review of proposed contract between PHA and Taylor Martino; correspondence to and review of correspondence from Richard Taylor regarding contract; correspondence from Taylor Martino firm regarding the expenditure of funds for expert witness; correspondence to and discussion with Charles Pharr regarding same; and revisions to proposed contract between PHA and Taylor Martino. | 1.25 |
| GLH | 6/4/2009 | Review of correspondence from Richard Taylor to Charles Pharr regarding the expert expense; review of correspondence from Charles Pharr regarding same; and discussion with Charles Pharr regarding same. | 0.25 |
| KMB | 6/4/2009 | Meeting with Gregg Harris after hearing to discuss issues with case | 0.75 |
| GLH | 6/5/2009 | Continued attendance at Chinese Drywall Conference and meetings and discussions with various experts, consultants and attorneys from plaintiff and defense perspectives. | 3 |
| GLH | 6/5/2009 | Forwarded copy of revised version of contract between PHA and Taylor Martino to Charles Pharr; finalized revisions to contract, preparation of correspondence to Richard Taylor and forwarded revised contract to Richard Taylor. | 1 |
| GLH | 6/7/2009 | Review of PHA policies of insurance in view of issues raised during the Chinese Drywall Conference regarding coverage and defense of claims against the PHA arising out of defective drywall. | 1.5 |
| GLH | 6/8/2009 | Correspondence from Kasie Braswell regarding the inspection of units in Bessemer Subdivision; and discussions with Braswell and Charles Pharr's office regarding same. | 0.25 |
| RHT | 6/8/2009 | Receive and review proposed revisions to engagement contract by Gregg Harris | 0.5 |
| KMB | 6/8/2009 | Draft correspondence to Gregg Harris regarding inspection of units; Follow up with phone call. | 0.25 |
| GLH | 6/9/2009 | Review of correspondence from Spiderman Mulholland regarding the inspection of units at Bessemer Subdivision; forwarded same to  Charles Pharr; discussions with Kasie Braswell preparatory to inspection; attendance at inspection of units in Bessemer Subdivision; and post inspection meeting with Charles Pharr. | 7.25 |
| KMB | 6/9/2009 | Teleconference with Gregg Harris regarding preparation of units for inspection; Attend inspection of units. Meeting with tenants. | 6.75 |
| RHT | 6/9/2009 | Teleconference with Gregg Harris regarding preparation of units for inspection; Attend inspection of units. Meeting with tenants. | 7 |
| GLH | 6/10/2009 | Call to Richard Taylor's office and preparation of correspondence to Richard Taylor; discussions with Kasie Braswell regarding television news inquiry into inspections conducted at Bessemer Subdivision; review of correspondence from Braswell to Richard Taylor regarding same; discussions with Braswell and preparation of comments for news station in inquiries persist. | 0.5 |

# TIMESHEET (PHA)
# CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|----------------------|------|
| KMB | 6/10/2009 | Teleconference with Gregg Harris regarding local TV news requests; Draft correspondence regarding same. | 0.25 |
| GLH | 6/11/2009 | Teleconference with Chris Rock with Gallagher Bassett regarding matters related to possible claims against PHA related to Chinese Drywall. Discussions with Charles Pharr regarding same. | 0.25 |
| GLH | 6/12/2009 | Correspondence from Kasie Braswell regarding status and news inquiry; and response to same. | 0.25 |
| WLC | 6/12/2009 | Prepare first draft of original state court complaint on behalf of PHA, including legal research. | 6 |
| KMB | 6/12/2009 | Meeting with Lloyd Copeland to discuss TMC pending lawsuit against Knauf; who should be included as defendants in PHA complaint and results of venue research; Conference with Kasie Braswell re: defendants. | 1.25 |
| KMB | 6/12/2009 | Draft correspondence to Gregg Harris regarding case update. | 0.25 |
| KMB | 6/14/2009 | Review and edit draft complaint | 0.5 |
| WLC | 6/15/2009 | Review and revise draft of complaint. | 2.5 |
| GLH | 6/15/2009 | Continued review of PHA policies of insurance, legal research and analysis of policies' pollution exclusion provisions regarding coverage and defense of claims against the PHA arising out of defective drywall | 2 |
| RHT | 6/15/2009 | Review, revise and discuss complaint. | 1 |
| KMB | 6/16/2009 | Research experts that will confirm presence of CDW - what qualifications must the expert have; Daubert standards as applied to possible experts; teleconference with experts in FL and AL regarding process, inspection protocol, reports of same and cost | 6.75 |
| GLH | 6/17/2009 | Review of correspondence from Kasie Braswell regarding inspection of other units for possible contamination; call from and conference with Richard Taylor and Kasie Braswell regarding same; forwarded email to Charles Pharr; discussions with Charles Pharr regarding 'other inspections'; and correspondence from Kasie Braswell. | 1.25 |
| RHT | 6/17/2009 | Conference call with Gregg Harris and Kasie Braswell re: inspections of housing units | 0.5 |
| KMB | 6/17/2009 | Conference call with Richard Taylor re: inspections of housing units | 0.5 |
| KMB | 6/17/2009 | Draft correspondence to Gregg Harris regarding the need to inspect all units for CDW | 0.25 |
| GLH | 6/18/2009 | Correspondence from Kasie Braswell regarding inspection of Oaks at Chancery; correspondence to Kasie Braswell and Richard Taylor scheduling and regarding inspection of units at Oaks at Chancery. | 0.25 |
| RHT | 6/18/2009 | Review complaint filed by tenants/homeowners and research leases and sales documents. | 1 |

6

# TIMESHEET (PHA)
# CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|---|---|---|---|
| GLH | 6/18/2009 | Review of copy of complaint filed in behalf of the Housing Authority of the City of Prichard against the Mitchell Company; review of complaint filed against the Prichard Housing Authority by Felicia A. Allbritton, individually and as mother and next friend of Edward Stevenson, a minor, and Betty Allbritton; discussions with Kasie Braswell regarding same; discussions with Charles Pharr; and preparation of correspondence forwarding copy of Housing Authority lawsuit and complaint against Housing Authority to Charles Pharr and members of Board of Commissioners. | 3.25 |
| JMJ | 6/18/2009 | Opened pleadings and discovery files; review of complaint and discussions with GLH regarding case. | 1.25 |
| KMB | 6/18/2009 | Draft correspondence to Gregg Harris regarding inspection of second subdivision that may contain CDW. | 0.75 |
| EPR | 6/19/2009 | Research of CD issue | 6 |
| RHT | 6/22/2009 | Receive and review correspondence from Gregg Harris re: inspection of units at Oaks at Chancery and Bessemer. Research results. | 2.5 |
| GLH | 6/29/2009 | Review of complaint filed by Diges E. Little, individually and as mother and next fried of Desiree L. Perry, Devante D. Williams and Doryan M. Williams, minors, vs. Prichard Housing Authority, etc., et al.; and review of First Amended Complaint filed by Diges E. Little, et a., and Felicia A. Allbritton, individually and as mother and next friend of Edward J. Stevenson, a minor and Betty Allbritton, individually; Jerome Leland, individually and Audra Washington, individually and as mother and next friend of Jermesia Washington, Timothy Washington, Lekenno Washington and Jalexis Washington, minors; Deborah R. Procher, individually and as mother and next friend of Khryshaunda s. Lett and Christopher D. Lett, minors, and Tiffany K. Porcher, individually and as mother and next friend of Delantonio Porcher, a minor; Letitia G. Washington, individually and as mother and next friend of Malasia K. Washington, Torianna C. Washington and Makayla S. Washington, minors, vs. Prichard Housing Authority, et al.; outline and comparison of same with previous complaint filed by Allbritton; and discussions with Charles Pharr regarding same. | 1.5 |
| RHT | 7/2/2009 | Correspondence to Gregg Harris; review complaint by tenants and communication with lawyer for tenants. | 1.5 |
| GLH | 7/6/2009 | Review of correspondence from Charles Pharr regarding waivers for renter-families in Bessemer subdivision; review file notes and discussions with Richard Taylor; discussion with Pharr regarding same; research of landlord tenant issues including use of waivers in view of statutory provisions relating to habitability, etc. | 1.25 |
| GLH | 7/6/2009 | Review of correspondence from Kasie Braswell regarding the results of inspection performed by U.S. Building Consultants on the sampling of homes in the Bessemer Subdivision; discussions concerning same; review of correspondence from Richard Taylor; and discussions with Charles Pharr. | 0.25 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| RHT | 7/6/2009 | Conference with Gregg Harris. | 0.75 |
| KMB | 7/6/2009 | Draft correspondence to Gregg Harris regarding results of samples taken by expert | 0.25 |
| GLH | 7/7/2009 | Review of correspondence from Richard Taylor; response to Richard Taylor; discussions with Richard Taylor regarding filing of suit and news conference; review of draft complaint and comments. | 1.5 |
| GLH | 7/7/2009 | Review of file and research materials; and preparation of memorandum to JMJ regarding status of renter-families and landlord-tenant issues. | 0.5 |
| GLH | 7/7/2009 | Review of correspondence from Charles Pharr from July 6, 2009; review of file; and Teleconference with Chris Rock regarding complaint filed by Diges E. Little, individually and as mother and next friend of Desiree L. Perry, Devante d. Williams and Doryan M. Williams, minors vs. Prichard Housing Authority, et al.; discussion of same with Charles Pharr. | 1.25 |
| RHT | 7/7/2009 | Conference with Gregg Harris and client re: status and strategy. | 0.5 |
| GLH | 7/8/2009 | Review of file; discussions with Charles Pharr; preparation of correspondence to Chris Rock regarding Diges Little Complaint and Diges Little Amended Complaint. | 1.25 |
| KMB | 7/9/2009 | Conference with Gregg Harris and Richard Taylor | 0.5 |
| GLH | 7/9/2009 | Correspondence to Charles Pharr regarding Louisiana proposal to compensate victims of Chinese Drywall; discussions regarding same; discussions with Richard Taylor and Kasie Braswell regarding case; review of complaint against the Mitchell Company; and forwarded copy of complaint, PHA vs. Mitchell Company to Charles Pharr. | 1.5 |
| RHT | 7/9/2009 | Conference with Gregg Harris and Kasie Braswell | 0.5 |
| KMB | 7/9/2009 | Teleconference with Richard Taylor and Gregg Harris regarding case status. | 0.75 |
| GLH | 7/10/2009 | Review of correspondence from Lisa Ephriam regarding notice of hearing on Diges plaintiffs' motion for emergency mediation; notation of calendar. | 0.25 |
| RHT | 7/10/2009 | Review correspondence from Gregg Harris re: case status; Review test results from Oaks at Chancery and draft correspondence to Gregg Harris re: same. | 1.25 |
| KMB | 7/12/2009 | Review issues surrounding The Mitchell Company's insurance policy and possible bond. | 3 |
| GLH | 7/13/2009 | Teleconference with Charles Pharr regarding notice of hearing; review of notice of hearing for emergency mediation; Teleconference with Richard Holston and Gregory Vaughan, attorneys for Plaintiffs Diges Little, et al., regarding setting; correspondence to Richard Holston and Gregory Vaughn regarding motion for emergency mediation; review of correspondence from Richard Taylor and Kasie Braswell regarding status of case and anticipated motions, etc.; preparation of memo to file. | 1.25 |

# TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| GLH | 7/13/2009 | Review of correspondence from Kasie Braswell regarding Mitchell Company insurance coverage and forwarded same to Charles Pharr; and general discussion of case with Charles Pharr; review of correspondence from Richard Taylor and Kasie Braswell regarding results of tests for Chinese Drywall contamination in Oaks at Chancery; and discussions with plaintiffs' attorneys regarding emergency mediation and correspondence to plaintiffs' attorney regarding same | 0.25 |
| KMB | 7/13/2009 | Draft correspondence to Gregg Harris regarding The Mitchell Company insurance and bond. | 0.25 |
| GLH | 7/15/2009 | Review of correspondence from Lisa Ephriam including plaintiffs' Motion for Emergency for Mediation and other relief, notice of deposition for John Saint, notice of deposition of Chuck Stefan; discussions with Charles Pharr regarding same; preparation of special notice of appearance; call to Chris Rock's office; conference with Lori Slater with Travelers; correspondence from Chris Rock; and correspondence to Charles Pharr. | 3.5 |
| GLH | 7/16/2009 | Preparation for teleconference with Richard Taylor; and attendance at teleconference with Richard Taylor regarding status and strategies in PHA vs. Mitchell Co. | 1.5 |
| GLH | 7/16/2009 | Review of correspondence from Lori Slater with Travelers Insurance; forwarded copy of Slater memo and correspondence regarding same to Charles Pharr; discussions with Charles Pharr; finalized notice of appearance; and filed and distributed same. | 0.5 |
| GLH | 7/16/2009 | Teleconference with Charles Pharr regarding A/C repair requests from one of the Diges Little plaintiffs; discussions regarding the information requested by Lori Slater; memo to file.  Correspondence to Richard Taylor regarding this and handling damages against Mitchell Company; review of correspondence from Taylor and preparation of correspondence to Charles Pharr regarding same; discussions with Charles Pharr regarding status of cases. | 1.25 |
| RHT | 7/16/2009 | Teleconference with Gregg Harris re: strategy in case; Correspondence with Gregg Harris re: repairs. | 0.75 |
| RHT | 7/17/2009 | Correspondence to Gregg Harris re: Lori Slater | 0.5 |
| GLH | 7/19/2009 | Work on response to Lori Slater including drafting of response; review of Section 32 and HUD publications helpful to explaining the Affordable Homes Program; review of exhibits provided by Prichard Housing; correspondence regarding same. | 1.5 |
| GLH | 7/20/2009 | Work on response to Lori Slater including review of correspondence from Richard Taylor regarding response to Lori Slater; correspondence to Charles Pharr regarding response to Lori Slater and review of contracts and attachments between PHA and Mitchell entities and between the Mitchell entities; and preparation of exhibits. | 2.5 |
| GLH | 7/20/2009 | Review of correspondence from Charles Pharr regarding Estes Air Conditioning; and response to same. | 0.25 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|----------------------|------|
| RHT | 7/20/2009 | Receive and review correspondence from Gregg Harris re: case issues, damages; Receive and review notice of appearance of V. Noletto and correspondence to Gregg Harris re: same. | 1 |
| GLH | 7/22/2009 | Review of notice of appearance of J. Alex Wyatt for defendant Smokey Mountain Materials; forwarded copy of same. Re: Diges Little vs. PHA | 0.25 |
| GLH | 7/22/2009 | Finalized response to Lori Slater; and forwarded copy of same to Charles Pharr. | 1.5 |
| GLH | 7/22/2009 | Review of notice of appearance of Richard B. Johnson and A. Grady "Bo" Williams for defendant The Mitchell Company; forwarded copy of same. Re: Diges Little vs. PHA | 0.25 |
| RHT | 7/22/2009 | Review correspondence from Gregg Harris to Lori Slater and review file and pleadings. | 1 |
| GLH | 7/24/2009 | Review of file; discussions with the various attorneys prior to hearing on the motion for emergency mediation; attendance at hearing on motion; post motion discussions with various attorneys and Charles Pharr; review of order granting motion for emergency mediation and Mediation Order; correspondence to and from Richard Taylor regarding same; forwarded order to Lori Slater and Chris Rock; and discussion of same with Charles Pharr. | 1.5 |
| RHT | 7/24/2009 | Attend hearing on Motion for Emergency Mediation; correspondence to Gregg Harris re: discovery issues; Correspondence to Richard Johnson re: possible mediation. | 1.5 |
| GLH | 7/25/2009 | Correspondence from Richard Taylor regarding discovery matters. HACP v. Mitchell Co. | 0.5 |
| GLH | 7/27/2009 | Review of correspondence from Lori Slater requesting additional information from Housing Authority; and correspondence to and from Charles Pharr and Teleconference with Charles Pharr regarding same.  Re: Diges Little, et al., vs. PHA | 0.25 |
| GLH | 7/27/2009 | Review of correspondence from Lisa Ephriam including copy of lawsuit filed by Robert W. Henderson, individually, and Tiffany Rodgers, individually and as mother and next friend of Lebarron Rodgers, and Mahogany Henderson; Tiffany Grove, individually and as mother and next friend of Trevoris Grove and Trevin Grove, minors; Mollie Payne Prim, individually and as mother and next friend of Tyangelo Cummings, Tyja Agnew, minors, and Melvin Payne individually; Telimea W. Sanders, individually, and as mother and next friend of Megan M. Sanders, Marcus L. Sanders, II, and McKenzie A. Murphy, minors; Veronica Marsh, individually and as mother and next friend of Ricki D. Marsh, Jeremy E, March, and Devin E. Marsh, individually; and Yolanda Y. Pruitt, individually and as mother and next friend of Spencer White, a minor, and Natalia C. Pruitt, individually and as mother and next friend of Christi Douglas, a minor, vs. The Housing Authority of the City of Prichard, and The Prichard Housing Board, et al., for injuries and damages arising out of the use/installation of defective drywall manufactured in China; preparation of notes to file; preparation of correspondence to Chris Rock with Gallagher-Bassett and Lori Slater with Travelers Insurance regarding same and forwarding copy of complaint | 2.25 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|----------------------|------|
| GLH | 7/27/2009 | Review of file; Teleconference with Rick Holston regarding general matters and the responsive pleadings coming due; preparation of confirming correspondence to Rick Holston; and forwarded copy of same to Charles Pharr, Lori Slater and Chris Rock. Re: Diges Little, et al., vs. PHA | 0.25 |
| GLH | 7/27/2009 | Review of correspondence from Lori Slater; forwarded copy to Charles Pharr; and notes to file. | 0.25 |
| GLH | 7/27/2009 | Review of Answer filed by Smokey Mountain Materials; and forwarded copy of same to Charles Pharr. | 1.25 |
| GLH | 7/28/2009 | Preparation of draft answer in behalf of the Authority to the Diges Little complaint. | 2.5 |
| GLH | 7/28/2009 | Preparation of correspondence to Richard Taylor and Kasie Braswell regarding email correspondence from Chuck Stefan regarding Pensacola drywall experience, matters related to Knauf, etc.; and correspondence from Kasie Braswell regarding same. | 0.25 |
| GLH | 7/28/2009 | Review of file; discussions with Charles Pharr; review of correspondence and various documents and things from Charles Pharr and preparation of supplemental response to Lori Slater. | 2.5 |
| KMB | 7/28/2009 | Receive, review, and draft correspondence to Gregg Harris regarding C. Stefan's emails about CDW in Pensacola, Florida. | 0.25 |
| GLH | 7/29/2009 | Review of Answer filed by Defendant Rightway Drywall; notes to file; notes to file; review of notice of appearance filed by Desi Tobias in behalf of plaintiffs; forwarded copy of same to Charles Pharr; and continued preparation of an answer in behalf of the Authority. Re: Diges Little vs. PHA | 1.25 |
| RHT | 7/29/2009 | Receive and review correspondence from Gregg Harris re: Pensacola CDW, Knauf; Correspondence to Gregg Harris re: status and insurance issue; | 1.75 |
| GLH | 7/30/2009 | Review of correspondence from Richard Taylor; correspondence to Richard Taylor regarding status and issue related to insurance coverage. | 0.25 |
| GLH | 7/30/2009 | Review of various correspondence and attachment from Lori Slater, Chris Rock and Bill Donaldson regarding assignment of Wright law firm to defend Authority in drywall cases; and discussion with Charles Pharr regarding same. | 0.25 |
| RHT | 7/30/2009 | Receive and review correspondence from Gregg Harris re: renters case; Teleconference with G. Burge re: supplying drywall in Mobile; Teleconference with Richard Johnson; Receive and review Gregg Harris response to Lori Slater request for informaiton. | 1.75 |
| RHT | 8/3/2009 | Receive and review correspondence from Lori Slater (Travelers) to Charles Pharr (PHA) | 0.75 |
| RHT | 8/12/2009 | Receive and review correspondence re: defense counsel meeting with PHA and Teleconference with Gregg Harris re: same. | 0.5 |
| RHT | 8/13/2009 | Meeting with Gregg Harris and Charles Pharr. | 1.25 |
| RHT | 8/14/2009 | Correspondence with Bill Donaldson re: PHA documents. | 0.25 |
| RHT | 8/17/2009 | Correspondence to Richard Johnson and review file | 0.75 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| GLH | 9/1/2009 | Review of notice setting hearing on Estes Heating motion to dismiss; and notation of calendar. Re: Diges Little vs. PHA | 0.25 |
| GLH | 9/1/2009 | Review file; discussions with Charles Pharr; and preparation of correspondence to Payton Lusk. Re: Danielle Womack vs. PHA | 0.5 |
| GLH | 9/2/2009 | Review of witness subpoena for court appearance of Wendell Threadgill in City of Prichard v. Naomi Roberts; call to City Attorney for status and nature. Re: Miscellaneous Litigation | 0.25 |
| GLH | 9/2/2009 | Review of correspondence from Vicky Gill to Charles Pharr and correspondence from Henry Nelson to Charles Pharr regarding closing documents, etc., regarding the homes involved in the Diges Little and Henderson litigation; and discussion with Charles Pharr regarding same. | 0.25 |
| GLH | 9/3/2009 | Review of file and various notices setting hearing on motions; review of calendar; and work in calendar on hearing dates. Diges/Henderson litigation | 0.25 |
| GLH | 9/3/2009 | Finalized draft of response to Murray and forwarded same to Charles Pharr for review, comment, etc. Re: HACP vs. Mitchell Company | 1.5 |
| KMB | 9/8/2009 | Receive and review TMC's motion to consolidate | 0.5 |
| GLH | 9/9/2009 | Review of correspondence from Charles Pharr sending repair of A/C units to Chuck Stefan; forwarded same to Richard Taylor. | 0.25 |
| WLC | 9/9/2009 | Finalize response to motion to consolidate for filing today. | 0.5 |
| RHT | 9/9/2009 | Correspondence to Judge Youngpeter forwarding opposition to motion to consolidate and review file. | 0.75 |
| KMB | 9/9/2009 | Draft correspondence to Gregg Harris regarding motion for partial summary judgment | 0.25 |
| GLH | 9/10/2009 | Preparation for hearing on motion to consolidate including review of file and discussion with attorneys, etc., review of HACP's opposition to motion to consolidate, including authorities cited; review of correspondence from Bill Bill Donaldson and Lloyd Copeland regarding consolidation; Re: Diges Little and Robert Henderson vs. PHA | 2.5 |
| KMB | 9/10/2009 | Draft correspondence to Gregg Harris regarding affadavit needed for summary judgment | 0.25 |
| WLC | 9/11/2009 | Attend hearing on motion to consolidate. | 1.5 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| GLH | 9/11/2009 | Review for hearing on motion to consolidate; telephone call from Richard Taylor; meeting with Richard Taylor and other lawyers in pre-hearing discussions; court appearance on hearing; post hearing meetings with various attorneys in the case including Bill Donaldson to discuss matters related to Bessemer Renter-Plaintiffs' interest in purchasing homes in the Lacey Estates Subdivision; discussions with attorneys for plaintiffs regarding Renter-Plaintiffs purchase of units in Lacey Estates and preparation of correspondence to Charles Pharr regarding same; review of correspondence from Charles Pharr regarding attempts by Mitchell Company employees' request for information relating to the homes in the Bessemer Subdivision and preparation of response to same to Pharr, Richard Taylor and Bill Donaldson; preparation of notes to file on the motion to consolidate; discussion with Charles Pharr regarding the developments surrounding the motion to consolidate and the discussions with Donaldson and plaintiffs' attorneys regarding the purchase of units in Lacey Estates; and review of correspondence from Bill Donaldson; preparation of correspondence to Charles Pharr regarding discussions with Bill Donaldson, Rick Holston and Greg Vaughan regarding renters desiring to purchase homes in Leacy Estates, correspondence from Richard Taylor regarding same; and discussions with Charles Pharr. Re: Chinese Drywall Matters. | 3.5 |
| KMB | 9/11/2009 | Attending hearing on Motion to Consolidate | 0.5 |
| RHT | 9/11/2009 | Attend hearing on Motion to Consolidate; Meeting with Gregg Harris | 1.5 |
| KMB | 9/13/2009 | Draft correspondence to Gregg Harris regarding tenant cases | 0.25 |
| GLH | 9/14/2009 | Discussions with and review of correspondence from Lisa Ephriam regarding inquiries from Mitchell Company requesting move-in dates on renters in Bessemer Subdivision; correspondence to Bill Donaldson and Richard Taylor regarding same; correspondence from Bill Donaldson and Kasie Braswell regarding same. Re: Robert Henderson vs. PHA | 0.25 |
| GLH | 9/14/2009 | Discussions with Charles Pharr; preparation of correspondence to Rick Holston and Greg Vaughan regarding renters desiring to purchase in Leacy Estates; note to Richard Taylor and Bill Donaldson regarding same. Re: Robert Henderson et al., vs. PHA | 0.5 |
| GLH | 9/15/2009 | Review of correspondence from Rick Holston regarding mediation and continuance of pending depositions set for September 28th; review of correspondence from Bill Donaldson regarding Mitchell Company's informal discovery request. Re: Henderson et al., vs. PHA | 0.25 |
| GLH | 9/16/2009 | Work on response to Murray including obtaining copy of agreement between PHA and Taylor Martino as an exhibit; review of correspondence from Charles Pharr/John Helm regarding emergency request for capital project funds; correspondence to and discussions with Kasie Braswell regarding expert witness to assess remediation; discussions of same in context of use of expert in connection with the emergency request, etc. Re: HACP vs. Mitchell Company | 1.25 |
| RHT | 9/16/2009 | Correspondence to Gregg Harris re: expert witness | 0.25 |

# TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| KMB | 9/16/2009 | Draft correspondence to Gregg Harris regarding The Mitchell Company's request for information to aid their MDL filings. | 0.25 |
| GLH | 9/17/2009 | Review of correspondence from Richard Taylor regarding expert witness on remediation; forwarded same to Charles Pharr; and discussions with Charles Pharr regarding same. Re: HACP vs. Mitchell | 0.25 |
| GLH | 9/17/2009 | Review of correspondence from Bill Donaldson and Kasie Braswell regarding Mitchell's informal request for information and explanation that same is in connection with its MDL case; review of correspondence from Rick Holston regarding mediation; review of correspondence from Richard Taylor regarding expert witness including resume; forwarded same to and discussions with Charles Pharr regarding same. Re: Robert Henderson et al., vs. PHA | 0.5 |
| GLH | 9/18/2009 | Review of file; attendance at hearing on Estes Heating Motion to Dismiss; notation of calendar' review of notice of hearing on Mitchell Company's motion to dismiss; and notation of calendar. | 0.25 |
| GLH | 9/21/2009 | Review of correspondence from Lisa Ephriam including Notice setting hearing on Interior/Exterior's motion to dismiss, or in the alternative, motion for more definite statement; notation to calendar. Re: Henderson, et al., vs. PHA | 0.25 |
| GLH | 9/21/2009 | Review of correspondence from Bill Donaldson regarding meeting to discuss case, etc. Re: Little/Henderson vs. PHA | 0.25 |
| GLH | 9/23/2009 | Review of correspondence from Bo Williams, attorney for Mitchell Company, regarding consolidation; review of correspondence from Bill Donaldson, Richard Taylor and Kasie Braswell regarding same. | 0.25 |
| GLH | 9/23/2009 | Review of correspondence from Bill Donaldson; review of Donaldson's Henderson Case-Renters-Table of information; review of Donaldson's Little Case Owners-Table of information; notes to file and preparation of questions for Donaldson; comparison of tables with our spreadsheet. | 1.25 |
| RHT | 9/23/2009 | Receive and review correspondence from Bo Williams re consolidation and respond to same. | 0.5 |
| GLH | 9/24/2009 | Correspondence from Bo Williams and draft of motion and proposed consolidation order; notes to file; call to Richard Taylor's office; and call to Bill Donaldson's office; review of comments from lawyers representing various defendants. | 0.5 |
| RHT | 9/24/2009 | Review correspondence from Bo Williams re: Motion to Consolidate and proposed order; Teleconference with Gregg Harris re: same. | 0.5 |
| GLH | 9/30/2009 | Discussions with Greg Vaughan regarding plaintiffs efforts to get HUD involved; my correspondence regarding potential renter-purchasers, etc.; preparation of correspondence to Richard Taylor and Bill Donaldson regarding same with copy to Charles Pharr; review of correspondence from Bo Williams regarding the motion to consolidate, proposed order, etc., set for October 16, 2009; notation of calendar; various comment to same; and preparation and filing of notice of appearance in Henderson case | 0.5 |

# TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| GLH | 10/1/2009 | Review of correspondence from Bo Williams regarding third-party complaint and leave to amend; Call to Richard Taylor's office; and review of Richard Taylor's and Van Noletto's (Defendant Interior/Exterior) comment to William's request. Re: Henderson vs. PHA, Little vs. PHA, and PHA vs. Mitchell Co. | 0.25 |
| RHT | 10/1/2009 | Review correspondence from Bo Williams re: Third Party Complaint and Teleconference with Gregg Harris re: same. Teleconference with Van Noletto re: same. | 0.75 |
| GLH | 10/2/2009 | Review of correspondence from Bill Donaldson responding to Bo William's request and inquiry regarding pending motions; review of correspondence from Van Noletto regarding the addition of foreign third party defendants, including Knauf. Re: Henderson vs. PHA, Little vs. PHA, and PHA vs. Mitchell Co. | 0.25 |
| GLH | 10/2/2009 | Review of file; and meeting with Richard Johnson and Tiffany Smith; review of documents; and discussion of case; discussions with Richard Taylor/Kasie Braswell. | 3.5 |
| KMB | 10/2/2009 | Teleconference with Gregg Harris and Richard Taylor regarding case status. | 2.25 |
| GLH | 10/3/2009 | Review of Estes Heating & Air, Inc.'s motion to dismiss for more definite statement and motion for separate trial from other defendants in the Robert Henderson case; and review of cases and authorities cited. Re: Robert Henderson et al. vs. PHA | 1.5 |
| GLH | 10/4/2009 | Review of Motion for Emergency Mediation and comparison of same with motion filed in the Diges Little litigation. Re. Robert Henderson et al., vs. PHA | 0.25 |
| GLH | 10/4/2009 | Review of Motion for Leave to file Third Party Complaint; and review of Third Party Complaint filed by The Mitchell Company adding as Defendants Creola Ace Hardware, George Drywall Company and other fictitious parties; and notes to file. Re: PHA vs. Mitchell Company, Little vs. Mitchell/PHA, and Henderson vs. Mitchell/PHA | 1.5 |
| GLH | 10/4/2009 | Correspondence to Bill Donaldson following up on meeting of October 2, 2009 regarding Bessemer spreadsheet etc., | 0.25 |
| GLH | 10/5/2009 | Review of notice of appearance filed by Tiffany Smith with Wright Green in Robert Henderson v. PHA; review of correspondence notice of filing of third party complaint; retrieved and reviewed Mitchell Company's Third Party Complaint adding Creola Ace Hardware, George Drywall Company and other fictitious parties; and review of notice of appearance of Tiffany Smith Re: Diges Little vs. Mitchell Company, PHA, et al. | 1.25 |
| KMB | 10/8/2009 | Review Development Agreement and Warranty provided by The Mitchell Company; Determine if the correct Mitchell entity guaranteed the Warranty and if we can sue for breach of same. | 4.75 |
| GLH | 10/10/2009 | Continued review of Development Agreement, etc., and preparation of correspondence to Richard Taylor and Kasie Braswell regarding same and whether Mitchell Corporation in proper party defendant and Mitchell Partnership needs to be added as a defendant. Re: PHA vs. Mitchell Company. | 2.5 |

# TIMESHEET (PHA)
# CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|----------------------|------|
| GLH | 10/12/2009 | Review of correspondence from Kasie Braswell regarding Mitchell Guaranty Agreement, Development Agreement, etc.; forwarded copy to Charles Pharr; discussion of same with Charles Pharr; preparation of correspondence to Kasie Braswell regarding performance bond and matters relating to breach of warranty claim; and review of comments from Richard Taylor. Re: HACP vs. Mitchell Company. | 0.25 |
| EPR | 10/12/2009 | Teleconference with CDW expert Cullen Jacobs re: calculation of drywall square feet for PHA | 0.75 |
| RHT | 10/14/2009 | Correspondence to Gregg Harris re: insurance coverage issue and teleconference with Gregg Harris re: same. | 0.75 |
| EPR | 10/14/2009 | Research of class action tolling of statute of limitations and memo to firm | 1 |
| GLH | 10/15/2009 | Teleconference with Greg Vaughan regarding matters related to existence of performance bond or other security; and prospective plaintiffs purchasing home from HACP in different development. | 0.25 |
| GLH | 10/15/2009 | Review of file in the Diges Little, Robert Henderson and HACP vs. Mitchell Company cases regarding the various pending motions, etc. | 0.5 |
| GLH | 10/16/2009 | Review of electronic setting of motions in the Diges Litte, Robert Henderson and HACP cases; review of pending motions; calls to Richard Taylor's office and Bill Donaldson's office regarding pending motions; travel to courthouse on motion to consolidate. | 2.5 |
| GLH | 10/16/2009 | Review of correspondence from Rick Holston regarding mediation, etc., review of reply of Bill Donaldson, Lloyd Copeland, Kasie Braswell, and Van Noletto. | 0.25 |
| RHT | 10/16/2009 | Attend hearing re: Motion to Consolidate | 2.5 |
| KMB | 10/16/2009 | Attend hearing re: Motion to Consolidate | 2.5 |
| WLC | 10/16/2009 | Receive and review correspondence from Rick Holston re: mediation and reply to same. | 0.25 |
| KMB | 10/16/2009 | Draft correspondence to Gregg Harris regarding possible mediation | 0.25 |
| KMB | 10/16/2009 | Teleconference with Gregg Harris regarding MDL issues; receive and review spreadsheet from Gregg Harris regarding PHA homes. | 1 |
| RHT | 10/19/2009 | Review of plaintiffs interrogatories and request for production to Interior/Exterior Building Supply. Re: Diges Little vs. PHA. | 0.25 |
| GLH | 10/19/2009 | Review of correspondence from Payton Lusk and forwarded same to Charles Pharr. Danielle Womack v. PHA | 0.25 |
| GLH | 10/20/2009 | Review of correspondence from Kasie Braswell regarding putting Mitchell Company on notice under the Guaranty Agreement; correspondence to Kasie Braswell regarding same; preparation of draft notice to Mitchell Company; review of correspondence from Richard Taylor regarding notice. PHA vs. Mitchell Company | 0.25 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|---|---|---|---|
| GLH | 10/20/2009 | Review of Estes Heating & Air Conditioning motion for leave to propound discovery to plaintiffs in excess of the number provided by Rule 33; and Estes Heating & Air Conditioning interrogatories and request for production, etc., to plaintiffs.; review of correspondence from Bill Donaldson regarding mediation. Re: Diges Little et al., vs. Mitchell Company; Estes Heating & Air Conditioning motion for leave to propound discovery in excess of limits and review of interrogatories to plaintiffs. Re: Robert Henderson, et al., vs. PHA | 0.25 |
| KMB | 10/20/2009 | Draft correspondence to Gregg Harris regarding The Mitchell Company Guarantee Agreement; receive and review correspondence from Gregg Harris regarding same. | 0.5 |
| GLH | 10/21/2009 | Review of correspondence from Bill Donaldson regarding mediation dates; correspondence to Charles Pharr regarding same; discussions with Charles Pharr; correspondence to Bill Donaldson regarding mediation dates; and review of order setting hearing on Estes' motion to exceed discovery limits for November 6, 2009 and notation of calendar for same. Re: Diges Little et al., vs. PHA | 0.25 |
| GLH | 10/22/2009 | Correspondence from Kasie Braswell regarding information need on Bessemer spreadsheet; discussion of same with Charles Pharr; and preparation of correspondence to Chris Rock with Gallagher Bassett regarding insurance coverage information. Re: PHA vs. Mitchell | 0.25 |
| KMB | 10/22/2009 | Draft correspondence to Gregg Harris regarding missing information on the PHA spreadsheet | 0.25 |
| GLH | 10/23/2009 | Review of file; discussions with Charles Pharr and Charles Hall; preparation of correspondence to Payton Lusk regarding his various inquiries regarding the status of Charles Hall, etc.; and preparation of corrective correspondence to Payton Lusk. Re: Danielle Womack v. PHA | 1.5 |
| GLH | 10/26/2009 | Review of Judge Lockett's order granting Estes motion to exceed discovery limits; review of Judge Lockett's Order setting hearing on Estes MTD and Order setting hearing on Plaintiffs motion for emergency mediation all for November 6, 2009; and notations to calendar. Re: Robert Henderson vs. PHA et al. | 0.25 |
| KMB | 10/27/2009 | Draft correspondence to Gregg Harris regarding MDL and remaining home inspections; receive correspondence regarding same. | 0.25 |
| GLH | 10/28/2009 | Correspondence from Kasie Braswell regarding MDL information and inspection of remaining homes; call to Chris Rock's office and forwarded previous correspondence to Chris Rock; review of correspondence from Chris Rock; discussions with Charles Pharr regarding inspections of remaining units for MDL; correspondence to Kasie Braswell. Re: PHA vs. Mitchell Company | 0.25 |
| GLH | 10/29/2009 | Review of amended complaint; comparison of allegations, causes of action alleged, etc., in amended complaint with the same in the original complaint; review of correspondence from Bill Donaldson regarding answer to amended complaint; and review of proposed answer to amended complaint, comparison with answer to original complaint, etc. Re: Robert Henderson v. PHA | 2.25 |
| RHT | 10/29/2009 | Review amended complaint; correspence and t/c with client. | 2 |

# TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| GLH | 10/30/2009 | Review of file/preparation for meeting with Bill Donaldson and Charles Pharr; attendance at meeting with Bill Donaldson, Tiffany Smith; and and Charles Pharr; and post meeting discussions regarding case; and notes to file; review of revised spread sheet; correspondence to Bill Donaldson regarding same. | 2.25 |
| GLH | 11/2/2009 | Correspondence from Bill Donaldson with Second Amended Complaint in Robert Henderson vs. PHA and comments regarding same; review of correspondence form Donaldson regarding Diges Little vs. PHA and Second Amended Complaint; and note to Donaldson regarding same; and correspondence to and review of correspondence from Bill Donaldson regarding Estes Heating & Air. | 1.25 |
| GLH | 11/2/2009 | Review of Answer by Smokey Mountain Materials, Inc., to Plaintiffs' Amended Complaint. Re: Henderson vs. PHA | 0.25 |
| KMB | 11/2/2009 | Research information necessary to complete Plaintiff's information sheets for PHA homes | 4.25 |
| KMB | 11/3/2009 | Complete Plaintiff's Information sheet for all 29 homes located in the Bessemer Subdivision for use in the MDL | 4.5 |
| GLH | 11/3/2009 | Call to Bill Donaldson; review of PHA's Answer to Robert Henderson Amended Complaint, as filed, review of correspondence from Bo Williams' request for information in behalf of Mitchell Company for MDL litigation; review file, correspondence to Bill Donaldson regarding MDL information. | 1.5 |
| GLH | 11/3/2009 | Review of correspondence from Bo Williams regarding information needed by The Mitchell Company in connection with matters in the MDL (Louisiana) litigation; worked on response to Williams including correspondence to Bill Williams, discussions with Charles Pharr and members of the PHA staff; and various correspondence from Bill Donaldson and Tiffany Smith. | 1.5 |
| GLH | 11/4/2009 | Correspondence to Bill Donaldson and continue work on information requested by The Mitchell Company in connection with the Louisiana MDL litigation. Re: Henderson vs. PHA | 0.25 |
| GLH | 11/6/2009 | Review of file discussions with Council before motion docket hearings; appearance before Judge Wood on Estes Heating & Air's motion to dismiss; appearance before Judge Lockett on Henderson Renter Plaintiffs' motion for emergency mediation; appearance before Judge Youngpeter on consolidation of the various pending motions and for special setting on November 13, 2009; and discussions with Council regarding consolidation and issues related to other possible properties the PHA might have for temporary relocation; notes to file; and correspondence to Charles Pharr regarding matters related to relocation of renter and owner tenants to Heritage. Re: Henderson vs. PHA | 2.5 |
| GLH | 11/10/2009 | Correspondence to Kasie Braswell regarding the status of Cullen Jacobs' preparation as expert regarding remediation and in support of PHA's proposed request to HUD for emergency capital funds. Re: Henderson and Diges Little vs. PHA | 0.25 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|---|---|---|---|
| GLH | 11/10/2009 | Review of Mitchell Company Inc.'s (TMC) answer to Plaintiffs' Second Amended Complaint in the Henderson vs. PHA litigation; comparison of same with prior response and second amended complaint; Review of Mitchell Company Inc.'s (TMC) answer to Plaintiffs' complaint in the Diges Little vs. PHA litigation; and comparison of same with prior response and second amended complaint. | 1.25 |
| GLH | 11/11/2009 | Correspondence from Charles Pharr regarding tenants Slater, Pruitt and Saucier; discussions with Donaldson's office; correspondence to Charles Pharr regarding same. Re: Henderson vs. PHA | 0.25 |
| KMB | 11/11/2009 | Receive and review correspondence from Gregg Harris regarding inspection reports. | 0.25 |
| KMB | 11/11/2009 | Draft corrrespondence to Gregg Harris regarding Cullen Jacobs expert reports | 0.25 |
| GLH | 11/12/2009 | Correspondence from Kasie Braswell regarding status of Cullen Jacobs; advised Charles Pharr of same. Re: HACP vs. Mitchell Company | 0.25 |
| GLH | 11/12/2009 | Review of correspondence from Charles Pharr including article forwarded by Hazel Braxton regarding effects of Chinese manufactured drywall. Re: Henderson vs. PHA | 0.25 |
| RHT | 11/12/2009 | Receive and review pleadings in PHA matter and prepare for hearing.  Calls to several lawyers and client. | 5 |
| GLH | 11/13/2009 | Review of file including pertinent motions and responses to same; Conference with Bill Donaldson and Tiffany Smith regarding same; attendance in court on Plaintiffs' motion for emergency mediation, Mitchell Company's motion to dismiss/alternative motion for more definite statement and motion to strike claims for attorneys fees; Estes Heating & Air Conditioning's motion to dismiss for more definite statement and for separate trials, Interior/Exterior's motion to dismiss or in the alternative motion for more definite statement as to plaintiffs' fraudulent misrepresentation and fraudulent concealment/ suppression causes of action in the Robert Henderson et a., litigation; Estes Heating & Air Conditioning's motion for leave to propound excess number of interrogatories and Plaintiffs' motion for sanctions against Interior/Exterior in the Diges Little, litigation; and post hearing meeting of counsel with respect to same. | 3.25 |
| GLH | 11/16/2009 | Review of notice of discovery filed by Estes Heating & Air (interrogatories and request for production). Re: Henderson vs. PHA | 0.25 |
| KMB | 11/17/2009 | Draft several emails/correspondence to Gregg Harris regarding expert reports and homes that have not yet been inspected. | 0.5 |
| GLH | 11/18/2009 | Review of correspondence from Greg Vaughan regarding use of mediator other than Judge Kittrell; discussion with Donaldson regarding same; correspondence from Rick Holston advising that they are informed that Defendant Smoke Mountain not a supplier in these cases and seeking verification from Mitchell of same; and review of the response of various lawyers regarding the Mediator issue. Re: Diges Little and Robert Henderson vs. PHA | 0.25 |

# TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|---|---|---|---|
| GLH | 11/18/2009 | Correspondence from Kasie Braswell regarding inspection of Bessemer units not inspected by USGC (Spiderman); discussions with Kasie regarding same; and various correspondence between Charles Pharr, Kasie Braswell and Wayne Farmer setting up inspection. Re: HACP vs. Mitchell Company | 0.25 |
| GLH | 11/18/2009 | Review of Creola Hardware's answer to Plaintiffs' complaint and cross claim against Defendant Interior/Exterior. Re: Henderson vs. PHA | 0.5 |
| GLH | 11/19/2009 | Arranging for inspections including various correspondence to identify homes not previously inspected; on-site inspection of homes with Wayne Farmer and Portia Green. Re: HACP vs. Mitchell Company | 3.25 |
| GLH | 11/20/2009 | Discussions with Wayne Farmer regarding completion of inspections on Tuesday, November , 2009; discussions with Charles Pharr regarding tenants which refused entry for inspections; and call to Greg Vaughan regarding same. Re: HACP vs. Mitchell Company | 0.25 |
| GLH | 11/23/2009 | Review of correspondence from Bill Donaldson regarding proposed consolidation order; review of CPSC reports on Chinese Drywall; forwarded copy of CPSC reports to Charles Pharr, Bill Donaldson and Richard Taylor; discussion of same with Bill Donaldson. Re: Henderson vs. PHA, Diges Little vs. PHA and HACP vs. Mitchell Co. | 1.5 |
| GLH | 11/23/2009 | Review of correspondence from Bo Williams canceling the Mitchell Company 30(b)(6) depositions set for December 2, 2009, resetting the same for January 4 through 6, 2010. Re: HACP vs. Mitchell Company. | 0.25 |
| GLH | 11/25/2009 | Review of Plaintiffs' Third Amended Complaint. Re: Henderson vs. PHA | 0.5 |
| GLH | 11/25/2009 | Review of Plaintiffs' Fourth Amended Complaint. Re. Diges Little vs. PHA | 0.5 |
| RHT | 11/25/2009 | Review of Plaintiffs' Third Amended Complaint. Re: Henderson vs. PHA | 0.5 |
| RHT | 11/25/2009 | Review of Plaintiffs' Fourth Amended Complaint. Re. Diges Little vs. PHA | 0.5 |
| KMB | 11/25/2009 | Review of Plaintiffs' Third Amended Complaint. Re: Henderson vs. PHA | 0.5 |
| KMB | 11/25/2009 | Review of Plaintiffs' Fourth Amended Complaint. Re. Diges Little vs. PHA | 0.5 |
| EPR | 12/3/2009 | Review of Standard language and revisions, creation of list of suppliers, emails to trial lawyers re: suppliers | 2 |
| RHT | 12/7/2009 | Receive and review correspondence re: depositions of PHA employees and response to Gregg Harris re: same. | 1 |
| GLH | 12/8/2009 | Correspondence from Dennis McKenna regarding depositions of the Mitchell Company representatives; Kasie Braswell's response to same; correspondence from Bill Donaldson regarding same; correspondence from Richard Williams; discussion with Donaldson and review of proposed correspondence to Rick Holston regarding PHA's position on actual repair of homes from Diges Little settlement proceeds, if any. | 0.25 |
| KMB | 12/9/2009 | Draft correspondence to Gregg Harris regarding Rick Holston's state court cases | 0.25 |

# TIMESHEET (PHA)
# CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| KMB | 12/10/2009 | Draft correspondence to Gregg Harris regarding The Mitchell Company's request to inspect the PHA homes. | 0.25 |
| GLH | 12/10/2009 | Correspondence from Richard Taylor regarding Mitchell Company's request for information; preparation of correspondence regarding identity of PHA employees, etc.; review of George Drywall's Answer to the Complaint in Diges Little case; review of Answer of George Drywall in the Robert Henderson case; and correspondence from Kasie Braswell. | 1.25 |
| RHT | 12/10/2009 | Review correspondence re: Mitchell Co. request for information on PHA employees, depositions of PHA employees and inspection of units | 0.5 |
| KMB | 12/12/2009 | Draft correspondence to Gregg Harris regarding the Mitchell Company's inspection of PHA homes as well as upcoming depositions. | 0.25 |
| GLH | 12/14/2009 | Review of correspondence from Steve Nicholas regarding Mitchell Company inspection of Bessemer units; correspondence from Kasie Braswell regarding inspection; discussion with Charles Pharr regarding same; correspondence from Kasie Braswell and Bill Donaldson regarding depositions; review of Mitchell Company LTD., Answer to complaint in HACP vs. Mitchell Company; review of Mitchell Company LTD., Answer to complaint in Robert Henderson vs. Mitchell Company; review of Mitchell Company, LTD., Answer to 3rd Amended Complaint in Diges Little case; request for information from Chris Rock in Diges Little case; review of George Drywall's Answer to Mitchell Company, Inc., Third Party Complaint in Robert Henderson vs. Mitchell Co., review of George Drywall's Answer to Mitchell Company, Inc., Third Party Complaint in Robert Henderson vs. Mitchell Co., in Diges Little case; review of George Drywall's Answer to Mitchell Company, Inc., Third Party Complaint in HACP vs. Mitchell Co., Stipulation of Dismissal between Plaintiffs and Rightway Drywall in Diges Little and Robert cases. | 2 |
| GLH | 12/15/2009 | Notice of appearance of John M. Teague of Holston, Vaughan and Andress as additional counsel for plaintiffs. Re: Robert Henderson vs. Mitchell Co.; same notice of appearance filed in Diges Little vs. Mitchell Co. and correspondence from Kasie Braswell regarding Mitchell Co., inspection; forwarded same to Charles Pharr; and Order from Judge Wood dismissing case as to Rightway Drywall, without prejudice, in Diges Little vs. Mitchell Co.; and discussions with Charles Pharr and Kasie Braswell regarding inspections;. | 0.25 |
| GLH | 12/16/2009 | Meeting with Charles Pharr, Kasie Braswell, Chuck Stefan, Steve Nicholas, attorney assisting Nicholas from California, Andrew Prescott and representatives from Exponent company for inspection of Bessemer Subdivision units by Mitchell Company experts in connection with Mitchell Company's claims in the MDL litigation; memo to Richard Taylor and review of correspondence from Richard Taylor regarding 812 Martha Ratchford and need for re-inspection of same for indicia of CDW. | 6 |

# TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|---|---|---|---|
| KMB | 12/16/2009 | Meet with defense experts at the location of several homes in the Bessemer subdivision for inspection for possible remediation opinion; receive and review instructions from the Plaintiffs' Steering Committee regarding how to provide information to the Plaintiffs' Steering Committee on all non-Knauf cases and Knauf cases that were received after the December 2 filing deadline | 1.75 |
| GLH | 12/16/2009 | Notice of Appearance; James T. Patterson and Ryan T. Northrup of Vernis & Bowling of Southern Alabama LLC as additional counsel for George Drywall. Re: Diges Little vs. Mitchell Co.; and same filed in Robert Henderson vs. Mitchell Co.; and filing of same; review of correspondence from and preparation of correspondence to Richard Taylor regarding matters related to 812 Ratchford. Re: HACP vs. Mitchell Co. | 0.25 |
| RHT | 12/16/2009 | Receive and review correspondence from Gregg Harris re: reinspection of unit and respond to same. | 0.5 |
| KMB | 12/16/2009 | Draft correspondence to Gregg Harris regarding issues with 812 Martha Ratchford | 0.25 |
| KMB | 12/16/2009 | Meeting with Charles Pharr, Gregg Harris, Chuck Stefan, C. Nicholas, and A. Pescott for inspection of PHA homes. | 5.75 |
| GLH | 12/17/2009 | The Mitchell Company, Inc., notice of discovery to plaintiffs in Diges Little vs. The Mitchell Company, Inc.; review of correspondence from Kasie Braswell and forwarded same to Charles Pharr regarding 812 Martha Ratchford. Re: HACP vs. Mitchell Co. | 0.25 |
| GLH | 12/28/2009 | Review of correspondence from Charles Pharr and review of HUD notice of assistance to homeowners facing CDW problems; and HUD Mortgage Letter No. 2002-17. Re: Diges and Henderson; notice of appearance from K. Amanda Herndon with Holston, Vaughan and Andress as additional counsel for Plaintiffs in Diges Little case; same in Robert Henderson case | 0.5 |
| GLH | 12/29/2009 | Review of Estes Heating & Air's motion to compel plaintiffs in Robert Review of Estes Heating & Air's motion to compel plaintiffs in Robert Henderson to respond to discovery; George Drywall's notice of filing of discovery including first interrogatories and request for production to Mitchell Company in Robert Henderson, and George Drywall's notice of filing of discovery to Mitchell Company in Diges Little | 0.25 |
| GLH | 12/30/2009 | George Drywall's notice of filing of discovery to Mitchell Company in Diges Little; review of hardcopy of George Drywall's interrogatories to Mitchell Company, Inc., Third Party requests for production to Mitchell Company, George Drywall's First Request for production, etc. | 0.25 |
| GLH | 1/4/2010 | Review of HUD notice regarding assistance to homeowners facing problem drywall; discussions with Charles Pharr regarding same; correspondence to and discussions with Bill Donaldson, Richard Taylor and Kasie Braswell regarding same; correspondence from Kasie Braswell regarding remediation expert; correspondence from Richard Taylor regarding same; and scheduling meeting with Richard Taylor and Kasie Braswell regarding expert remediation data needed in order to request assistance of HUD. | 1.25 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| KMB | 1/4/2010 | Receive and review correspondence from HUD and Gregg Harris regarding assistance to homeowner's with CDW. | 0.75 |
| GLH | 1/5/2010 | Review of file and general preparation for meeting with Richard Taylor and Kasie Braswell regarding remediation; meeting with Taylor, Braswell and Cullen Jacobs regarding matters related to remediation and other general concerns. | 2.25 |
| GLH | 1/5/2010 | Correspondence from Bill Donaldson; telephone discussions with Bill Donaldson regarding matters related to the Henderson litigation including HUD's notice concerning assistance to homeowners facing problem drywall and matters related to pre-mediation conference. | 0.5 |
| GLH | 1/5/2010 | Review of correspondence from Chris Rock regarding SSN and DOB information on all drywall claimants and discussion with Chris Rock regarding same; review of Knauf USA Polystyrene's motion for extension of time to respond to claims against it and Order granting extension in Robert Henderson vs. PHA | 0.25 |
| RHT | 1/5/2010 | Preparation for and meeting with Gregg Harris, Kasie Braswell and Cullen Jacobs (expert) re: remediation, etc.. | 2 |
| KMB | 1/5/2010 | Prepare for and meet with Richard Taylor and Gregg Harris regarding remediation of PHA homes and issues raised by inspector Cullen Jacobs. | 1.5 |
| KMB | 1/5/2010 | Draft correspondence to Gregg Harris regarding mediation order | 0.25 |
| GLH | 1/8/2010 | Review of HACP answer to plaintiffs' Second Amended Complaint in Henderson vs. PHA; review of HACP answer to plaintiffs First Amended Complaint in Diges Little vs. PHA; HACP answer to plaintiffs Second Amended Complaint in Diges Little vs. PHA, HACP answer to plaintiffs' Third Amended Complaint in Henderson vs. PHA, HACP answer to plaintiffs' Third Amended Complaint in Diges Little vs. PHA; HACP answer to plaintiffs' Fourth Amended Complaint in Diges Little vs. PHA; discussions of same with Charles Pharr and Bill Donaldson; review of Judge Youngpeter's Order appointing Reggie Copeland, Jr., mediator in Diges Little vs. Mitchell, et al. | 3.25 |
| RHT | 1/11/2010 | Review correspondence, motions, and orders re: discovery between the parties; Review metters re: mediations; Review pleadings. | 1.25 |
| GLH | 1/12/2010 | Correspondence from Bill Donaldson regarding discovery plaintiffs purportedly propounded to PHA; discussion with Charles Pharr regarding same; review of file including initial complaint for copy of plaintiffs request; and discussions with Bill Donaldson regarding same; review of correspondence from Bill Donaldson following-up the defense counsel's meeting over mediation and PHA's participation in the MDL action, etc.; review of Estes' motion to compel plaintiffs to respond to discovery in Henderson; review of Order setting hearing on Estes' motion to compel for January 29, 2010 and notation to calendar. | 0.5 |
| GLH | 1/14/2010 | Discussions with Bill Donaldson and Charles Pharr regarding discovery purportedly propounded by plaintiffs to PHA; correspondence from Bill Donaldson regarding Mitchell's discovery response. | 0.25 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|----------------------|------|
| GLH | 1/14/2010 | Review of Estes Heating & Air's motion to compel plaintiffs to respond to discover in Diges Little. | 0.25 |
| GLH | 1/15/2010 | Correspondence to Bill Donaldson regarding plaintifs discovery; and various correspondence from Bill Donaldson regarding same and Mitchell's discovery response. | 0.25 |
| GLH | 1/18/2010 | Correspondence from Bill Donaldson to Rick Holston regarding discovery propounded by plaintiffs in Little and Henderson; response to same; correspondence from Bo Williams regarding inspection of properties; correspondence from Chuck Stefan regarding inspections; forwarded same to Charles Pharr; review of correspondence from Bill Donaldson including plaintiffs' insurance interrogatories and request for production to PHA, AHARM certificates of insurance and forwarded copy of same to Charles Pharr. | 0.25 |
| GLH | 1/19/2010 | Review of order granting Estes' motion to compel; and review of Mitchell Company's response to discovery. | 2.25 |
| GLH | 1/19/2010 | Review of correspondence from Reggie Copeland's office proposing dates for mediation; review of calendar and preparation of correspondence forwarding my available dates; forwarded same to Charles Pharr for discussion; correspondence from Bill Donaldson regarding mediation dates; review of correspondence from Bo Williams regarding minimum information needed for evaluation of plaintiffs' claims prior to mediation; discussion with Charles Pharr regarding mediation and his schedule. | 0.5 |
| GLH | 1/20/2010 | Correspondence from Bill Donaldson regarding scheduling of mediation;  correspondence to Charles Pharr regarding same; discussions with Charles Pharr; and correspondence to Bill  Donaldson regarding same; review of Order granting pro hac vice admission to Lambert J. Hassinger on app of Vincent Noletto; review of Order granting pro hac vice admission to Richard Duplantier on app of Van Noletto | 0.25 |
| GLH | 1/21/2010 | Correspondence from Rick Holston regarding motion to compel on motion docket; review of Mitchell Company notice of discovery to plaintiffs; and review of Mitchell Company's response to various parties' discovery. | 2.25 |
| GLH | 1/21/2010 | Review MTC filed by lawyer for tenant.  Notice discovery to PHA.  Review Mitchell discovery. | 2 |
| GLH | 1/26/2010 | Review of correspondence from various parties regarding an inspection of the homes prior to mediation. | 0.25 |
| RHT | 1/29/2010 | Review tenant complaint v. PHA. | 0.75 |
| GLH | 1/29/2010 | Review of Henderson plaintiffs' Fourth Amended Complaint adding Knauf as additional defendant, adding 12th cause of action based on 39-1-1 and adding Ja'Maia Banks as a party plaintiff, etc.; review of Diges Little plaintiffs' Fifth Amended Complaint adding Knauf as a defendant and adding cause of action for breach of 39-1-1, etc. | 1 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|----------------------|------|
| GLH | 2/1/2010 | Review of correspondence from Bill Donaldson; plaintiffs Fourth Amended Complaint in Henderson vs. PHA; Teleconference with Bill Donaldson regarding same; review of materials regarding the Alabama bid law. | 1.25 |
| KMB | 2/1/2010 | Meeting with Richard Taylor to discuss pros and cons of dismissing state court suit; draft correspondence to Gregg Harris regarding same. | 2 |
| RHT | 2/1/2010 | Meeting with Kasie Braswell to discuss pros and cons of dismissing state court suit. | 1.5 |
| KMB | 2/1/2010 | Draft correspondence to Cullen Jacobs and Gregg Harris regarding inspection of homes by all state court counsel prior to mediation. | 0.25 |
| GLH | 2/2/2010 | Review notes; discussion with Charles Pharr; and call to John Helm regarding matters raised by Henderson's Fourth Amend Complaint. | 0.25 |
| GLH | 2/2/2010 | Review of correspondence from various counsel including Bo Williams, Van Noletto, Bill Donaldson, Kasie Braswell and Dorothy Powell regarding inspection of homes before mediation. | 0.25 |
| GLH | 2/2/2010 | Review of Diges Little and Robert Henderson plaintiffs joint motion to dismiss Knauf USA as a defendant in the said cases. | 0.25 |
| GLH | 2/3/2010 | Review of correspondence from John Helm regarding Hope VI bid process; review of Code of Federal Regulations cited; correspondence to John Helm and forwarded correspondence to Bill Donaldson. | 1.25 |
| GLH | 2/3/2010 | Review of various correspondence regarding mediation and the inspection of homes occupied by Diges Little plaintiffs and Henderson plaintiffs; correspondence to all counsel regarding inspection of properties other than those occupied by Little and Henderson plaintiffs; and continued review of Mitchell discovery response. | 2.25 |
| RHT | 2/4/2010 | Receive and review correspondence between the parties re: inspection protocols and conference with Gregg Harris and Kasie Braswell re: same. | 1.75 |
| GLH | 2/8/2010 | Correspondence from Bill Donaldson regarding plaintiffs' attorneys request for delay in producing PHA discovery; correspondence from Bill Donaldson regarding deposition of Interior/Exterior's 30(b)(6) witnesses, Clay Gary and James Gary; review of file/notes from depositions; and Teleconference with Bill Donaldson regarding same; review of Mitchell Company Ltd., Answer to Diges Little plaintiffs Fifth Amended Complaint; review of Mitchell Company Ltd., Answer to Henderson plaintiffs Fifth Amended Complaint; review of George Drywall Answer to plaintiffs Fifth Amended Complaint in Diges Little; review of George Drywall Answer to plaintiffs Fourth Amended Complaint in Henderson; correspondence from Bill Donaldson to Chris Rock regarding withdrawal of mediator; correspondence from Reggie Copeland withdrawing as mediator. | 3.25 |
| GLH | 2/9/2010 | Review of response of Valerie O. Banks, Henderson plaintiff, response to Estes' First Set of Interrogatories/Request for Production; Veronica Marsh, Henderson plaintiff, response to Estes' First Set of Interr/Production; Felicia Albritton Little plaintiff, response to Estes' First Set. | 2 |

# TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| GLH | 2/11/2010 | Review of email exchanges between Bill Donaldson and Mandy Herndon regarding discovery responses in Henderson and Little; review of Tyrone Junior family response to Estes First Set of Interrogatories and Requests for Production in Henderson; review of Hillery family response to Estes' First Set of Interrogatories and Requests for Production in Henderson; review of Sanders family response to Estes discovery; review Letitia Washington family response to Estes discovery; review of Leland response to Estes; review Prim family response to Estes discovery; and review of Henderson family response to Estes discovery, all in Henderson v. Mitchell, et al. | 2.25 |
| GLH | 2/15/2010 | Correspondence from Bo Williams regarding attendees at inspections; Bill Donaldson on inspections; correspondence from Donaldson regarding HUD Handbook relating to state law/federal procurement issues for 12(b)(6) motion to dismiss and research regarding same. Re: Henderson and Little cases. | 0.5 |
| GLH | 2/16/2010 | Correspondence to John Helm regarding HUD Handbook issues; continued research into matter; review of John Helm's response; and discussions with Bill Donaldson regarding same. | 1.25 |
| GLH | 2/17/2010 | Review of file and general preparation for tele-conference with Bill Donaldson, Lori Slater and Chris Rock regarding matters related to plaintiffs settlement demands, etc. | 1.25 |
| RHT | 2/18/2010 | Respond to discovery.  Review discovery.  Research HUD.  Review correspondence and replay to client. | 4 |
| GLH | 2/18/2010 | Discussions with Bill Donaldson regarding teleconference; review of summary of owner-plaintiffs discovery; various correspondence regarding discovery materials and inspection of properties; review of response of Charlene Henderson and Chandra Henderson's response to Estes Discovery; review of Samone and Von Radcliff's response to Estes; review of correspondence from David Hamby, appointed as Mediator | 2.25 |
| GLH | 2/22/2010 | Review of various correspondence regarding inspection of properties; discussions with various counsel regarding same including Bill Donaldson; and discussions with Charles Pharr. | 1.25 |
| GLH | 2/23/2010 | Attendance at inspection of properties by various attorneys and experts, etc. | 4 |
| GLH | 2/24/2010 | Attendance at inspection of properties by various attorneys and experts, etc. | 3 |
| GLH | 2/25/2010 | Attendance at inspection of properties by various attorneys and experts. | 3 |
| GLH | 3/1/2010 | Preparation for meeting on inspection of Henderson plaintffs homes; attendance at inspection; and post inspection discussions with Bill Donaldson; and discussions with Bo Williams regarding Henderson plaintiffs lost opportunity claims; review of file materials and regarding loss of opportunity to purchase home in Hope VI Program; and email to Bo Williams regarding same. | 3.5 |
| GLH | 3/1/2010 | Discussions with Charles Pharr regarding 824 McCrory; preparation of correspondence to Richard Taylor regarding 824 McCrory; and forwarded copy of correspondence addressed to Richard Taylor to Charles Pharr; and discussions with Richard Taylor/Kasie Braswell regarding inspection observations. | 0.25 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| GLH | 3/1/2010 | Review of PHA's motion for extension of time to respond to Amended Complaint in Diges Little vs. Mitchell et al.; review of correspondence from David Hamby, appointed mediator in Henderson and Little regarding pre-mediation meeting; review of calendar; discussions with Bill Donaldson regarding same; and preparation of correspondence to David Hamby regarding pre-mediation meeting. | 0.5 |
| RHT | 3/1/2010 | Receive and review correspondence from Gregg Harris re: 824 McCrory unit and Teleconference with Gregg Harris re: same.   Review discovery and file work. | 3.5 |
| KMB | 3/1/2010 | Teleconference with Gregg Harris and Richard Taylor to discuss PHA homes infected with CDW | 0.25 |
| GLH | 3/2/2010 | Review of correspondence from Lori Slater with Travelers Insurance regarding Knauf USA litigation, indemnity demand against TMC, draft mediation agreement, etc.; discussions with Bill Donaldson; Bill Donaldson regarding carrier questions regarding status of Knauf, etc.; review of Donaldson's response to Lori Slater. | 1.25 |
| GLH | 3/2/2010 | Discussions with Z. Frazier regarding renter-plaintiff families and lost opportunity to purchase; review of correspondence from David Hamby and Bill Donaldson regarding pre-mediation meeting and discussion with Donaldson regarding same; and development of arguments in opposition/response to plaintiffs' lost opportunity to purchase claims. | 2.5 |
| RHT | 3/2/2010 | Attend inspection of homes.  Review pleadings filed by Knauf USA.  Attlend motion docket. | 8 |
| GLH | 3/3/2010 | Correspondence to Z. Frazier regarding lost opportunity issues; preparation for meeting with Frazier, Antoine, Bill Donaldson and Tiffany Smith on plaintiffs' lost opportunity to purchase claims and other pre-mediation issues; review of correspondence from Tiffany Smith including memo from Tiffany Smith to William Donaldson regarding status of renter-plaintiffs and status docs; correspondence and supporting documentation to Bill Donaldson regarding the plaintiffs' fraud claim attendance at meeting; and post meeting discussions with Joe Antoine. | 4.5 |
| GLH | 3/3/2010 | Review of correspondence from John Teague including personal property damage tables in supplementation of the settlement demands of Deborah Procher and Tiffany Procher; review of correspondence and Melvin Payne's supplemental Personal Property Damages. | 0.5 |
| GLH | 3/3/2010 | Correspondence from Bill Donaldson regarding A/C claim; forwarded same to Charles Pharr for response; discussion with Charles Pharr; review of Pharr response and discussions with Bill Donaldson. | 0.25 |
| GLH | 3/4/2010 | Review of correspondence from Bill Donaldson including certified copy of Scottsdale policy and declarations (September 15, 2005 through September 15, 2006); review of PHA Indemnity Demand, etc., against the Mitchell entities; review of Scottsdale Insurance policy insuring Mitchell; and notes to file | 2.5 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| GLH | 3/4/2010 | Review of various correspondence by and between Lori Slater and Bill Donaldson; review of correspondence from Tiffany Smith regarding information needed on renter-plaintiffs for meeting with mediator; forwarded same to and discussions with Z. Frazier. | 1 |
| GLH | 3/5/2010 | Preparation for pre-mediation meeting with David Hamby, mediator; travel to Bill Donaldson's office for meeting with mediator; post meeting discussions with Bill Donaldson and Tiffany Smith and return to office. | 2.5 |
| GLH | 3/8/2010 | Correspondence from Bill Donaldson regarding delivery of domestic drywall to Bessemer Family Sales and Bessemer Family Rentals; preparation of correspondence to Bill Donaldson regarding same; telephone discussions regarding same. | 0.5 |

# TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|----------------------|------|
| GLH | 3/8/2010 | Correspondence from Mandy Herndon regarding executed PHA interrogatories and requests for production of documents regarding the Little and Henderson cases; review of Interrogatories and Request for Production from Letitia Washington, individually and as mother and next friend of Malaisa Washington, Torianna Washington and Makayla Sirra Washington, minors; review of Interrogatories and Request for Production from Charles Pugh, Jessica Pugh, individually and as mother and next friend of Jakendrick Holmes and Kaylyn Holmes, minors; and review of Interrogatories and Request for Production from Samone Radcliff and as mother and next friend of Von Conway; review of Interrogatories and request for production from Diges Little, individually and next friend of plaintiffs Desiree Perry, Dervante Williams and Doryan Williams, minors; review of response to first set of Interrogatories and Requests for Production of Documents from Morrisha Williams, individually and as mother and next friend of Hannah Williams and Justin Brooks; review of Interrogatories and Request for Production from Mollie Prim, individually and as mother and next friend of Tyangelo Cummings, a minor, and Melvin Payne, individually and as father and next friend of Tyja Agnew; review of Interrogatories and Requests for Production from Deborah Renae Gray Porcher, individually and as mother and next friend of Khryshaunda Shanavia Lett and Christopher Devante Lett, Jr., minors and Tiffany Procher, individually and next friend of Delantonio Porcher, a minor; review of Interrogatories and Request for production from Robert Henderson and Tiffany Rodgers, individually and as mother and next friend of plaintiffs, Mahogany Henderson and Lebarron, minors; review of Interrogatories and Requests for Production of Documents from Telimea Sanders, individually and as mother and next friend of plaintiffs Megan Sanders, Marcus Sanders and Mckenzie Murphy, minors; review of first set of interrogatories and Request for Production of Documents from Tiffany Grove, individually and as mother and next friend of plaintiffs, Trevin Grove and Trevoris Grove, minors; review of Interrogatories and Requests for Production of Documents from Valerie O. Banks, individually and as mother and next friend of plaintiffs Jazemine Banks, Shannon Banks, minors, and Ja'myia Banks individually and as mother and next friend of Davion Barnes, a minor; review of Interrogatories and Requests for Production from Veronica Marsh, individually and as mother and next friend of plaintiffs Ricki Marsh, Jeremy Marsh and Devin Marsh, minors; review of Interrogatories and Requests for Production from Yolanda Pruitt, individually and as mother and next friend of plaintiff Spencer White, a minor and Natalia Pruitt, individually and as mother and next friend of plaintiffs Christi Douglas and Christopher Douglas, minors; and review of Interrogatories request for Production from Betty Allbritton, Felicia Allbritton, individually and as mother and next friend of plaintiff Edward J. Stevenson, a minor; review of correspondence from John Teague, Esq., and review of response to Interrogatories and Request for Production of Estes Heating & Air, Inc., | 5.25 |

# TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| GLH | 3/9/2010 | Review of correspondence from Greg Vaughan and review of Sixth Amended Complaint in Diges Little et al., vs. The Mitchell Company, Inc., et al, adding Javier Rowe as a plaintiff; review of Fifth Amended Complaint in Robert W. Henderson, et al., vs. The Mitchell Company, et al., adding Davian Barnes and Christopher Douglas, minors, as plaintiffs and additional cause of action against PHA under the Alabama Residential Landlord-Tenant Act; and review of the Alabama Residential Act; review of Bill Donaldson's pre-mediation status report to Chris Rock. | 2.25 |
| GLH | 3/10/2010 | General preparation for mediation including review of correspondence from Amanda Herndon, Esq., responses to Estes Heating Air, Inc.'s First Set of Interrogatories; plaintiff video footage and pictures taken during the home inspections of the Diges Little plaintiffs February 23rd and 26th; correspondence from Tiffany Smith regarding Little Sixth Amended Complaint and Henderson Fifth Amended Complaint; correspondence from Amanda Herndon regarding supplemental responses to Estes' Request for Production in Little and Henderson; PHA's Answer to Fifth Amended Complaint in Diges Little; review of PHA's Answer to Fourth Amended Complaint in Robert Henderson; review of correspondence from Bill Donaldson to Chris Rock and Tiffany Smith's summary plaintiffs' response to Estes and PHA; Tiffany Smith's Memorandum on Fifth and Sixth Amended Complaints; correspondence to Tiffany Smith; review of correspondence from Lori Slater including pre-mediation reports from Chris Rock; correspondence from Amanda Herndon regarding plaintiffs' insurance, medicare and medicaid information in both Little and Hendeson cases; review of Bill Donaldson's supplemental pre-mediation report to Chris Rock; review of correspondence from Tiffany Smith including list of named and potential plaintiffs; and various discussions with Bill Donaldson and Charles Pharr regarding mediation and other general matters. | 6 |
| GLH | 3/11/2010 | Review of file; attendance at mediation session of Diges Little, et al., vs. The Mitchell Company, et al., and Robert Henderson, et al., vs. The Mitchell Company, et al., and post mediation meeting discussions with Donaldson and Pharr. | 10 |
| RHT | 3/11/2010 | Attend mediation of tenant claims. | 8 |
| GLH | 3/12/2010 | Review of file; attendance at mediation session of Diges Little, et al., vs. The Mitchell Company, et al., and Robert Henderson, et al., vs. The Mitchell Company, et al., and post mediation meeting discussions with Donaldson and Pharr; review of counterclaim filed by HACP vs. TMC | 9 |
| GLH | 3/13/2010 | Review of Creola Ace Hardware Answer to Henderson Fifth Amended Complaint; review of Creola Ace Hardware Answer to Little Sixth Amended Complaint; | 0.25 |
| GLH | 3/15/2010 | Review of correspondence from Bill Donaldson to Richard Taylor, et al., regarding mediation; review of trial court's HIPAA Order in HACP vs. TMC. | 0.25 |
| RHT | 3/15/2010 | Receive and review correspondence from Bill Donaldson re: mediation and forward same to Gregg Harris. | 0.25 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| GLH | 3/16/2010 | Review of correspondence from Bill Donaldson and review of Indemnity tenders to attorneys for Estes Heating and Air, George Drywall, Inc., Knauf Insulation GmbH a/d/a Knauf USA, Creola Ace Hardware and Interior Exterior; HACP Cross Claim vs. TMC in Little; HACP Cross Claim vs. TMC in Henderson; HACP indemnity demand to TMC in Little and Henderson; Zulieka Boykin's analysis of late rentals, Henderson plaintiffs | 0.5 |
| GLH | 3/17/2010 | Review of correspondence from Bill Donaldson including George Drywall settlement offer in Henderson and Little; and Donaldson's summary of mediation to Lori Slater; discussions with Donaldson and Charles Pharr regading same; review of HACP Cross Claim vs. Creola Ace, George Drywall, Knauf Insulation, INEX and Estes | 0.5 |
| GLH | 3/18/2010 | Review of correspondence from Lori Slater and Bill Donaldson regarding conference call; call to Charles Pharr regarding same; discussions with Charles Pharr and Bill Donaldson regarding same; participation in conference call with Lori Slater, Bill Donaldson, Charles Pharr, and Chris Rock. | 0.25 |
| GLH | 3/19/2010 | Correspondence from Bill Donaldson regarding Travelers offer to contribute towards resolution of Henderson late rentals | 0.25 |
| GLH | 3/22/2010 | Review of correspondence from Lori Slater to Bill Donaldson regarding Sever settlement discussions; Bill Donaldson's response to same; correspondence from Lori Slater requesting copy of Travelers' policy to provide to Jay Sever; discussions with Charles Pharr and Bill Donaldson regarding same; correspondence to Lori Slater; correspondence from Bill Donaldson to Jay Sever regarding Scottsdale Insurance's contribution to settlement; correspondence to Mary Kidd regarding the inspection of 3 Homes by Taylor-Martino consultants for MDL matters on March 25, 2010 and arranging same with Kasie Braswell and Ramona with Taylor-Martino. | 0.5 |
| KMB | 3/22/2010 | Teleconference with Gregg Harris regarding inspection of PHA homes | 0.25 |
| GLH | 3/23/2010 | Correspondence from Rick Holston regarding scheduling of depositions; correspondence regarding settlement of Henderson claims; discussions with Charles Pharr regarding George Drywall's settlement proposal as related by Dennis McKenna; correspondence to Bill Donaldson, Lori Slater and Chris Rock regarding George Drywall's proposed offer of settlement. | 0.25 |
| GLH | 3/24/2010 | Review of MDL files on-line; review of Omnibus Complaint containing PHA claims; forwarded same to Charles Pharr. | 1 |
| GLH | 3/25/2010 | On-site (Bessemer) inspection of three (3) homes with representatives retained by Taylor-Martino, Bill Donaldson & Charles Pharr; and post meeting discussions with Donaldson and Pharr. | 2 |
| GLH | 3/30/2010 | Teleconference with Chris Rock; Teleconference with Bill Donaldson; and discussions with Charles Pharr regarding matters related to proposed settlement with Henderson plaintiffs; review of TMC Answer to plaintiffs Sixth Amended Complaint in Diges Little et al.; and review TMC Answer to plaintiffs Fifth Amended Complaint in Robert Henderson, et al | 1.25 |

# TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|---|---|---|---|
| GLH | 4/1/2010 | Review of various versions of the Hope VI lease agreement; and preparation of response to Amanda Herndon regarding demand of return of earnest/and/or escrow money collected by PHA from renters (Henderson) plaintiffs; discussions with Bill Donaldson regarding Herndon correspondence and review of Donaldson's correspondence to Rick Holston, et al. | 1.25 |
| GLH | 4/1/2010 | Review of correspondence from Bill Donaldson regarding settlement issues including SCHIP matters; review of Chris Rock's response; review of SCHIP and settlement policies Centers for Medicare & Medicaid Services; review Gallagher Bassett proposed settlement and disclosures; Donaldson's draft response to Herndon. | 1.25 |
| GLH | 4/2/2010 | Review of HACP response to Crost-Defendant Estes Heating and Air motion to dismiss or in alternative moton to stay and compel arbitration. | 0.25 |
| GLH | 4/2/2010 | Review of Mitchell Company's motion for entry of HIPAA protective order and copy of proposed order; review of HIPAA Order issued by Judge Youngpeter; review of Order denying Knauf Insulation's supplemental motion to dismiss; Order setting hearing for April 23, 2010 on Estes MTD Cross-claim or in alternative motion to stay and compel arbitration and notations to calendar; review of correspondence from Bill Donaldson to Bo Williams and Jay Sever regarding Traveler's proposed contribution to Henderson settlement; review of notice of appearance without waiver filed by Noletto et al., Order dismissing Smokey Mountain Materials, Inc. | 0.5 |
| GLH | 4/2/2010 | Discussions with Bill Donaldson regarding PHA's response to discovery; correspondence to and from Charles Pharr regarding meeting regarding discovery response; correspondence from Bill Donaldson regarding updated Bessemer Family Sales late rent and fees; review and analysis of correspondence from Charles Pharr regarding Bessemer late rent and fees; correspondence to Charles Pharr regarding same; scheduling discovery response meeting with Tiffany Smith for April 5, 2010 at PHA; review of HUD/CPSC Interim Remediation Guidance for Homes with Corrosion from Problem Drywall and forwarded copy of same to Charles Pharr and discussionn of same with Charles Pharr and Pharr's intent to forward same to John Helm for consideration in developing PHA's request for funds from HUD. | 1.5 |
| GLH | 4/4/2010 | Review of file; and preparation of status report to Charles Pharr regarding Diges Little, et al., vs The Mitchell Company, et al., and Robert Henderson, et al. | 1.25 |
| GLH | 4/7/2010 | Review of Creola Ace request for production to the Mitchell entities; review of various correspondence from and between Bill Donaldson, Bo Williams and Dennis McKenna regarding settlement offers; discussions with Bill Donaldson regarding same; | 0.25 |

# TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|------------------------|------|
| GLH | 4/8/2010 | Review of settlement update from Dennis McKenna; forwarded same to Charles Pharr; review of correspondence from Donaldson regarding the past due rent and late fee issues; discussions with Bill Donaldson and Charles Pharr regarding same; review of correspondence from Bill Donaldson regarding 2.6M Chinese drywall (Virginia cases in N.O. MDL case); correspondence from Jay Sever regarding award and review of Findings of Fact & Conclusions of Law issued by Judge Fallon in Germano et al., v. Taishan Gypsum Co., Ltd., setting forth remediation protocol; forwarded same to Charles Pharr. | 2.5 |
| GLH | 4/9/2010 | Review of various correspondence and assessment memorandum from Bill Donaldson regarding settlement obstacles and plaintiffs desire to omit younger plaintiffs from present settlement; correspondence from Chris Rock, Dennis McKenna Bo Williams and Jay Sever regarding same; discussions with Tiffany Smith regarding matters related to past due rent and habitability claims and review of correspondence from Tiffany Smith regarding same. | 0.25 |
| GLH | 4/12/2010 | Discussions with Bill Donaldson regarding Henderson plaintiffs rental/habitability claims; review of PHA notice of intent to serve subpoena on non-party Dr. Russell Stevens regarding defendant Christi Douglas, PHA notice of intent to serve subpoena on non-party Dr. Russell Stevens regarding defendant Christopher Douglas, PHA notice of intent to serve subpoena on non-party Dr. Alan Franklin, USA Medical Center regarding defendant Yolanda Pruitt, PHA notice of intent to serve subpoena on non-party Dr. Thomas Martin, USA Medical Center regarding defendant Spencer White, PHA notice of intent to serve subpoena on non-party Dr. Sherri Owens, USA Women's & Children regarding defendant Natalia Pruitt; and review of Bill Donaldson's settlement proposals status report. | 0.25 |
| GLH | 4/14/2010 | Review of correspondence from Bill Donaldson including Scottsdale Insurance denial of PHA request for that Scottsdale defend and/or indemnify it against Creola Ace contractual; and correspondence from Lori Slater regarding Scottsdale's position with respect to Mitchell policies. | 0.25 |
| GLH | 4/16/2010 | Review of PHA's motion for entry of HIHPAA protective order and proposed order; Interior/Exterior Answer to PHA Cross complaint in Little; Interior/Exterior Answer to PHA Cross complaint in Henderson; review of Creola Ace Answer to PHA cross claim (Indemnity) | 0.25 |
| GLH | 4/19/2010 | Review of various email regarding proposed Henderson settlement; Order setting hearing on PHA motion for protective order for May 7, 2010; review of Knauf Insulation GMBH response to Diges Little Sixth Amended complaint; review of Knauf Insulation GMBH response to Robert Henderson Fifth Amended complaint. | 0.5 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|---|---|---|---|
| GLH | 4/21/2010 | Review of various email regarding defense counsel meeting and proposed pro tanto George Drywall settlement; discussions with Bill Donaldson regarding same and correspondence Donaldson received from Mandy Herndon regarding past due rent and plaintiffs habitability related claims; status report from Bill Donaldson from defense counsel meeting; review of correspondence from Mandy Herndon regarding Telimea Sanders, accounting, escrow, etc.; discussions with Bill Donaldson regarding same; correspondence to Ed Sprayberry following up tele-conference; forwarded Ed Sprayberry's response to my inquiry and proposed conference between HUD and plaintiffs' attorneys; review of Alabama law including Alabama Open Meetings Act and Alabama Open Records Act regarding proposed George Drywall settlement; preparation of correspondence to Charles Pharr regarding proposed and issued raised | 2.5 |
| GLH | 4/22/2010 | Review of various correspondence regarding approach to be used to resolve the minor-plaintiffs' claims; review of Chris Rock's memo on latest guidelines for liability settlements in the context of Medicaid and Medicare; research of Medicare/Medicaid requirements in the liability context; correspondence from Donaldson regarding Telimea Sanders fire; discussions with Charles Pharr regarding same; discussions with Bill Donaldson; Donaldson status report to Travelers; correspondence from Donaldson regarding back rent and habitability claims; discussions with Donaldson regarding same; correspondence from Tiffany Smith regarding meeting to review proposed discovery response; review of order setting hearing on Estes Heating & Air's motion to dismiss cross-claim. | 2.5 |
| GLH | 4/23/2010 | Correspondence from Greg Vaughan regarding HUD and CPSC guidance on repairing homes with problem drywall including HUD/CSC release No. 10-068; review of various email correspondence regarding Henderson and George Drywall settlement; discussions with Pharr and Donaldson. | 0.5 |
| GLH | 4/26/2010 | Review of various correspondence; discussions with Charles Pharr; and conference with Bill Donaldson regarding various general issues including proposed settlement. | 0.25 |
| GLH | 4/27/2010 | Correspondence regarding review of discovery from Tiffany Smith; response to same; review of file/preparation for meeting; meeting at PHA with Z. Frazier, Charles Pharr, Tiffany Smith, Bill Donaldson on discovery issues; review of Dennis McKenna correspondence on proposed settlement; | 3.25 |
| GLH | 4/28/2010 | Review of correspondence by and between Lori Slater with Travelers and Jay Sever with Scottsdale regarding contribution and indemnity; discussions of same with Bill Donaldson; discussions of same and implications for PHA with Charles Pharr. | 1 |
| RHT | 4/30/2010 | Receive and review correspondence from Gregg Harris re: schedulng and order of depositions and response to same. | 0.25 |
| RHT | 6/21/2010 | Attended deposition of Charles Pharr Day 1 and prepare for same. | 8 |
| RHT | 6/22/2010 | Attended deposition of Charles Pharr Day 2 | 6 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|------|------|-----------------------|------|
| RHT | 7/9/2010 | Review memorandum summarizing HUD teleconference of 07/01/10 | 0.75 |
| RHT | 8/20/2010 | Review Plaintiffs' Diges Little Motion for a Trial Date & attachments | 0.25 |
| RHT | 8/22/2010 | Review Response of Creola Hardware filed by Ritchie Prince of Prince, McKean, McKenna & Broughton to Plaintiffs' Motion to Set Trial Date filed by Douglas McCoy of Hand Arendall | 0.25 |
| RHT | 8/23/2010 | EMAILS to HUD PHA etc re: ; Correspondence to Douglas McCoy re: settlement negotiations HUD lending money. Review Kerry Miller's August 19, 2010 Notice of Non-Complaince with Pretrial Order 17 directed to Plaintiffs' Steering Committee, MDL 2047, All Plaintiffs' Counsel, Omnibus I Complaint (Payton) and all attachments. Inneroffice emails regarding same and discussions held.  Review Defendant PHA's Response to Plaintiff's Diges Motion for a Trial Date filed by William Donaldson & Tiffany Smith of Wright, Green; Teleconference with D. Murray (HUD) and correspondence to Gregg Harris re: same. | 3.25 |
| RHT | 8/31/2010 | Review Plaintiffs' Notice of Filing Discovery and First Set of Interrogatories and Requests for Production of Documents and Requests for Admissions to Defendant Estes Heating & Air filed by Holston - Vaughan and Windom & Tobias. | 0.5 |
| RHT | 9/16/2010 | Review AlaFile Notice of Plaintiff Diges' Motion for a Trial Date set for September 24, 2010 | 0.25 |
| RHT | 9/17/2010 | Review email notification reminder of Plaintiff Diges' New Trial date was reset to September 24, 2010 from September 17, 2010; and calendar same | 0.25 |
| RHT | 9/22/2010 | Review AlaFile Notice & Court's Order of Plaintiffs' Diges' Motion for Trial Date set for October 1, 2010; Notice of Service of Discovery Materials by PHA to Plaintiff Javier Rowe's First Requests for Production of Documents and Interrogatories filed by Wright, Green.  Review Notice of Intent to Serve NPS on PHA filed by Wright, Green. | 0.5 |
| RHT | 9/24/2010 | Review email notification reminder of Plaintiff Diges' New Trial date was reset to October 1, 2010 from September 24, 2010 and calendar same.  Review and respond various emails with Wright Green law firm and Jackson Harris law firm and inner office emails re: Knauf Insulation GMBH's deposition on September 27, 2010 in NOLA at Frilot; draft and file cross notice of same. | 1.25 |
| RHT | 9/29/2010 | Reviewed Karin Elizabeth Garvey and Jay Mayesh's PHV Applications.  Reviewed Defendant Estes Heating & Air's Notice of Filing Discovery  - Responses to Plaintiff's Requests for Admissions. | 0.25 |
| RHT | 9/30/2010 | Review email from Heather Houston of Carr Allison requesting to be included in the distribution list along with Van Nolletto as representing Interior/Exterior.  Review Accepted Responses to Jay Mayesh & Karin Elizabeth Garvey's PHV Applications. Draft position statement of plaintiffs for J. Perry in preparation for upcoming mediation. | 2.25 |
| RHT | 10/1/2010 | Review Court Notice of Plaintiff's Motion for a Trial Date is reset to October 22, 2010 and calendar same | 0.25 |
| WF | 10/1/2010 | Work at the Bessemer Homes | 5.25 |

## TIMESHEET (PHA)
## CHINESE DRYWALL

| ATTY | DATE | WORK/DUTIES PERFORMED | TIME |
|---|---|---|---|
| KMB | 10/1/2010 | Travel to Bessemer subdividion and attend several further inspections with Wayne Farmer | 4.75 |
| MMD | 11/16/2010 | INTAKE of potential client - D. Hopper - telephone conference; scanned in notes and email to RHT & KMB re: potential client | 0.5 |
| KMB | 11/17/2010 | Received and responded to inner office email re: Charles Hall Deposition | 0.25 |
| RHT | 11/22/2010 | Teleconference with G. Harris re: acceptance of $400,000 or try case.  Communications with mediator, Usdin for Mitchell McKenna for supplier re: resolution case and options.  Received and reviewed Defendant Estes Heating & AC's Notice of Filing Discovery | 2.25 |
| KMB | 11/22/2010 | Teleconference with Richard Taylor and c ounsel for PHA regarding how to proceed (taked $400K or go to trial); advise mediatior of same | 1.5 |
| RHT | 12/3/2010 | Received and reviewed Estes' Notice of filing discovery - second set of requests for admissions to Plaintiffs. | 0.25 |
| RHT | 12/6/2010 | Email communications re: mediation of condos with E. Sexton | 0.25 |
| RHT | 12/9/2010 | Received and reviewed Plaintiff's Little's Amended Notice of deposition Estes Heating & Air. | 0.25 |
| RHT | 1/7/2011 | Received and review Court notice that status hearing will be held 1/28/11 regarding The Mitchell Company's Motion to Set Hearing to Consider Pro Ami, Pro Tanto Settlement; inner office emails with staff re: do not calendar this is not directly related to our case. | 0.5 |
| GLH | 02/12/2010 02/13/2010 | Review of Bill Donaldson's correspondence regarding plaintiffs'demand letters; review of appraisals for 701 Hinson Avenue (Allbritton), 822 McCrory (Pugh), 827 McCrory (Letitia Washington); 802 McCrory (Hillery); 510 Sg. Harrrison (Porcher), 828 McCrory (Leland); 816 McCrory (Little), in Diges Little vs. Mitchell, et al., correspondence from Chris Rock and Lori Slater regarding same and February 18th conference call to discuss demands; correspondence from Greg Vaughan regarding inspection of all Diges Little homes and Pruitt and Sanders in Robert Henderson case on February 22nd; correspondence to Charles Pharr regarding demand packages; review of notice of intent to serve subpoenas on non-parties (filed by PHA/Donaldson), | 1.5 |
| GLH | 03/01/2009 03/02/2009 03/03/2009 | Legal research of construction law in Alabama; and preparation of notes and memo to file. | 3.25 |
| | | | |
| | | **TOTAL HOURS AS OF 01/23/2014** | **552.75** |