| | Exhibit A: One Claimant with Separate Representation | | | | |
|---|---|---|---|---|---|
| Row | Owner | Address | Basis of Objection | Firms | Category |
| 1 | Prime Homes at Portofino Falls | 7043 Ambrosia Lane #201 | The claimant is eligible for benefits under both the Settlement Program and Pilot Program. Colson Hicks Eidson, P.A represented this claimant in the Pilot Program. Geoffrey Bennett, P.C. represented this claimant in the Settlement Program. | Geoffrey Bennett Colson Hicks | One Claimant with Seprate Representation |
| 2 | Prime Homes at Portofino falls | 7060 Venice Way #3103 | Geoffrey Bennett represented claimant Prime Homes at Portofino Falls, Ltd. In the Settlement Program, where it has an eligible claim. Colson Hicks Eidson represents the same claimant in the Pilot Program, where it also has an eligible claim. | Geoffrey Bennett Colson Hicks | One Claimant with Seprate Representation |
| 3 | Walker, Demetra | 485 Trainquil Drive, Winder, Georgia | Gentle, Turner, Sexton & Harbison represents claimant Demetra Walker, who has an eligible Settlement Program claim. Whitfield Bryson Mason represented Ms. Walker in the Pilot Program, where she was not eligible for benefits. | Gentle, Turner, Sexton & Harbison Whitfield Bryson Mason | One Claimant with Seprate Representation |
| 4 | Wilder, Jeffery & Michelle | 2397 Chalybe Trail Hoover, AL 35226 | Gentle, Turner, Sexton & Harbison represents claimants Jeffrey and Michelle Wilder, who have an eligible Settlement Program claim. Whitfield Bryson Mason represents these claimants in the Pilot Program, where they were not eligible for benefits. | Gentle, Turner, Sexton & Harbison Whitfield Bryson Mason | One Claimant with Seprate Representation |
| 5 | Wright, Sandra | 26157 Via Del San Francisco Daphne, AL 36536 | Doyle Law Firm, PC represented claimant Sandra Seal Wright in the Pilot Program. Ms. Wright is pro se in the Settlement Proram and has an eligible claim. | Doyle Law Firm, PC Sandra Seal Wright (Pro se) | One Claimant with Seprate Representation |

1