| | Exhibit B: Separate Claimants with Eligible Claims on the Same Property | | | | | |
|---|---|---|---|---|---|---|
| Row | Owner 1 | Owner 2 | Address | Basis of Objection | Firms | Category |
| 1 | Amey, Tim and Nellie | VIT, Inc. | 11374 Elysian Circle Daphne, AL 36526 | Gentle, Turner, Sexton & Harbison represents claimants Tim and Nellie Amey, who have an eligible Settlement Program claim. Holston Vaughan Lawyers LLC represents claimant VIT, Inc., which ahs an eligible Pilot Program claim. | Gentle, Turner, Sexton & Harbison Holston Vaughan Lawyers LLC | Separate Claimants with Eligible Claims |
| 2 | Bas, Ayse | Tuller Investments | 1690 Renaissance Commons Blvd, #1419, Boynton Beach, FL 33426 | Doyle Law Firm, PC represented claimant Ayse Bas who received payment from the Settlement Program. Whitfield Bryson Mason represented claimant Tuller Investments, who received payment from the Settlement | Doyle Law Firm, PC Whitfield Bryson Mason | Separate Claimants with Eligible Claims |
| 3 | Brady, David | Haynes, Juanita and Tracy | 1011 Maryanna Road, Calera, Alabama 35040 | Doyle Law Firm, PC represents claimant David Brady, who has an eligible Settlement Program claim. Whitfield Bryson Mason and McCallum Hoagland Cook & Irby represent claimants Tracy and Juanita Haynes in the Pilot Program, where these claimants were not eligible for benefits. | Doyle Law Firm PC Whitfield Bryson Mason McCallum Hoagland Cook & Irby | Separate Claimants with Eligible Claims |
| 4 | Caswell, Nora | Sims, Robert | 2017 SE 21 Ct., Homestead, FL 33033 | Doyle Law Firm represents claimant Nora Caswell, who has an eligible Settlement Program claim. Colson Hicks Eidson represents claimant Robert Simes, who has an eligible Settlement Program claim. | Doyle Law Firm PC Colson Hicks Eidson | Separate Claimants with Eligible Claims |
| 5 | Caswell, Nora | Sims, Robert | 2017 SE 21 Court, Homestead, FL 33033 | Doyle Law Firm, PC represented claimant Nora Caswell who received payment from the Settlement Program. Colson Hicks Eidson, P.A represented Robert Sims, who recevied payment from the Settlement | Doyle Law Firm, PC Colson Hicks Eidson, P.A. | Separate Claimants with Eligible Claims |
| 6 | Gamboa, Hernan | Martonoffy, Thomas | 12991 SW 134 Ter., Miami, FL 33186 | Colson Hicks Eidson, P.A represented claimant Hernan Gamboa, who received payment for a Foreclosure/Short Sale Claim. Claimant Thomas Martonoffy is the current homeowner and received payment for a Miscellaneous claim. Mr. Martonoffy is pro se. | Colson Hicks Eidson, P.A. Thomas Martonffy (pro se claimant) | Separate Claimants with Eligible Claims |
| 7 | Kol, Dan | Matthews, Scott | 904 Irving Avenue, Lehigh Acres, FL | Morgan & Morgan represents claimant Dan Kol, who has an eligible claim in the Settlement Program. Claimant Scott Matthews is pro se and has an eligible Settlement Program Claim. | Morgan & Morgan, PLLC Scott Matthews (Pro se) | Separate Claimants with Eligible Claims |
| 8 | Lumare Properties, LLC | Pennisula II | 3301 NE 183 Street, Unit 2005 Aventura, FL 33160 | Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. represents claimant Lumare Properties, LLC. Pillsbury Winthrop Shaw Pittman LLP represents claimant Peninsula II, which has an eligible claim in the in the Settlement Program. | Krupnick Campbell Malone Buser Slama Hancock Liberman P.A Pillsbury Winthrop Shaw Pittman, LLP | Separate Claimants with Eligible Claims |
| 9 | Morgan, Lee | Haggerty, Bill | 2561 52nd Avenue NE Naples, FL 34120 | Roberts & Durkee PA represented claimant Lee Morgan, who received payment from the Settlement Program. Doyle Law Firm, PC represented Bill Haggerty, who has an eligible Settlement Program | Roberts & Durkee PA Doyle Law Firm, PC | Separate Claimants with Eligible Claims |

1

| | Exhibit B: Separate Claimants with Eligible Claims on the Same Property | | | | | |
|---|---|---|---|---|---|---|
| Row | Owner 1 | Owner 2 | Address | Basis of Objection | Firms | Category |
| 10 | Racine, Derrick | Miller, Gary | 15926 Innerarity Point Road, Pensacola, FL 32507 | Doyle Law Firm, PC represented claimant Derrick Racine who received payment from the Pilot Program. Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor P.A represented claimant Gary Miller, who received payment from the Settlement Program. | Doyle Law Firm, PC Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor P.A | Separate Claimants with Eligible Claims |
| 11 | Thompson, Frank | Craig, William | 320 Hillstone Drive, Pell City, AL 35125 | Collins & Horsley, P.C. represented claimant Frank Thompson, who has an eligible Settlement Program claim. Doyle Law Firm, PC represented claimant William Craig, who has an eligible Pilot Program claim. | Collins & Horsley, P.C. Doyle Law Firm, PC | Separate Claimants with Eligible Claims |
| 12 | Williams, Alycia | Tucker, Jon | 1001 Seminole Place, Calera, AL 35040 | Collins & Horsley, P.C. represented claimant Alycia Williams who received payment from the Pilot Program. Doyle Law Firm, PC represented claimant Jon Tucker, who received payment from the Settlement | Collins & Horsley, P.C. Doyle Law Firm, PC | Separate Claimants with Eligible Claims |