| | Exhibit C: Resolved Objections | | |
|---|---|---|---|
| Row | Owner | Address | Basis of Objection |
| 1 | Braun, Helen & Steven | 5900 Chicopee Trace Ocean Springs, MS 39564 | Stipend Eligibility |
| 2 | Burton, Danny: Pelican House LLC | 844 Courthouse Rd, Gulfport, MS 39507 | Stipend Eligibility |
| 3 | Ditta, Peggy | 8310 Maualani Place Diamondhead, MS 39525 | Stipend Eligibility |
| 4 | Donston, Cubby | 260 Peters Road Poplarville, MS 39470 | Stipend Eligibility |
| 5 | Galvin, Larry & Rene | 11019 Carrara Ct #202 Bonita Springs | Stipend Eligibility |
| 6 | Pelican House LLC | 844 Courthouse Road, Gulfport, MS 39507 | Stipend Eligibility |
| 7 | Perone, Thomas Patrick & Golden, Barbara | 701 West Beach BLvd. Long Beach, MS 39560 | Stipend Eligibility |
| 8 | Promenade at Tradition | 10360 SW Stephanie, Unit 101 | Overlapping Representation |
| 9 | Promenade at Tradition | 10520 SW Stephanie, Unit: 212 | Overlapping Representation |
| 10 | Promenade at Tradition | 10360 SW Stephanie, Unit 210 | Overlapping Representation |
| 11 | Promenade at Tradition | 10440 SW Stephanie, Units: 104, 106, 202, 204, 206, 210, 212 | Overlapping Representation |
| 12 | Promenade at Tradition | 10400 SW Stephanie, Units: 105, 201, 208 | Overlapping Representation |
| 13 | Promenade at Tradition | 10320 SW Stepahnie, Units: 206, 207, 208 | Overlapping Representation |
| 14 | Scott, Daniel & Kimberly Weldon | 108 Creekside Circle Wilsonville, AL 35186 | Stipend Eligibility |
| 15 | Smith, Pat and Leigh | 4295 Lexie Circle, Trussville, Alabama 35173 | Stipend Eligibility |
| 16 | Villas at Ocean Club | 2046 Beach Blvd #B-215; #B-216:#B-217;#B-218;#B-219:#B-220;#C-308;#C-310;#C-311;#C-321:#C-313;#C-314 Biloxi, MS, 39531 | Stipend Eligibility |