

# CITY OF PRICHARD
## CERTIFICATE OF OCCUPANCY

**BUILDING PERMIT NO:** 80764

**NAME:** Prichard Housing Authority    **ADDRESS:** 510 Sgt Harrison Brown

**OCCUPANCY:** Residential (R-3)    **ZONE:** R-3, Multiple Family Residential

FLOOD ZONE: A-E Panel 551 Map Revised March 17, 2010

### ON SITE INSPECTION APPROVED

FIRE CODE REQUIREMENT: _____
(Commercial and New Subdivision)    Fire Marshall            Date

ELECTRIC: ☑    PLUMBING: ☑    HVAC: ☑

SEPTIC SYSTEM ☐            SANITARY SEWER ☑
(Health Dept approval required)

BUILDING CODES: _[signature]_____  11-27-12
                    Building Inspector                    Date

BUILDER/COMPANY  Mitchell Company
                                                          Date

SPECIAL CONDITION FOR APPROVAL: _____
                                                          Date

FINAL APPROVAL: _[signature]_____  11-27-12
                    DIRECTOR OF INSPECTION                Date

**EXHIBIT**
**G-1**



# CITY OF PRICHARD
## CERTIFICATE OF OCCUPANCY

**BUILDING PERMIT NO:** 80582

**NAME:** Prichard Housing Authority       **ADDRESS:** 701 Hinson Avenue

**OCCUPANCY:** Residential (R-3)       **ZONE:** R-3, Multiple Family Residential

**FLOOD ZONE:** X unshaded Panel 551 Map Revised March 17, 2010

### ON SITE INSPECTION APPROVED

**FIRE CODE REQUIREMENT:** _____
(Commercial and New Subdivision)     Fire Marshall              Date

**ELECTRIC:** ☑       **PLUMBING:** ☑       **HVAC:** ☑

**SEPTIC SYSTEM** ☐                            **SANITARY SEWER** ☑
(Health Dept approval required)

**BUILDING CODES:** _____[signature]_____   11-22-12
                            Building Inspector                  Date

**BUILDER/COMPANY** Mitchell Company _____
                                                                       Date

**SPECIAL CONDITION FOR APPROVAL:** _____
                                                                       Date

**FINAL APPROVAL:** _____[signature]_____   11-27-12
                            DIRECTOR OF INSPECTION          Date

**EXHIBIT**
**G-2**



# CITY OF PRICHARD
## CERTIFICATE OF OCCUPANCY

**BUILDING PERMIT NO:** 80763

**NAME:** Prichard Housing Authority   **ADDRESS:** 827 Marsha S Ratchford

**OCCUPANCY:** Residential (R-3)   **ZONE:** R-3, Multiple Family Residential

FLOOD ZONE: A-E Panel 551 Map Revised March 17, 2010

### ON SITE INSPECTION APPROVED

FIRE CODE REQUIREMENT:_____
(Commercial and New Subdivision)     Fire Marshall                    Date

ELECTRIC: ☑    PLUMBING: ☑    HVAC: ☑

SEPTIC SYSTEM ☐                    SANITARY SEWER ☑
(Health Dept approval required)

BUILDING CODES: _____[signature]_____ 11-27-12
                    Building Inspector                Date

BUILDER/COMPANY   Mitchell Company
                                                      Date

SPECIAL CONDITION FOR APPROVAL:_____
                                                      Date

FINAL APPROVAL: _____[signature]_____ 11-27-12
                DIRECTOR OF INSPECTION                Date

**EXHIBIT**
**G-3**



# CITY OF PRICHARD
## CERTIFICATE OF OCCUPANCY

**BUILDING PERMIT NO:** 80762

**NAME:** Prichard Housing Authority      **ADDRESS:** 828 Marsha S Ratchford

**OCCUPANCY:** Residential (R-3)      **ZONE:** R-3, Multiple Family Residential

FLOOD ZONE: A-E Panel 551 Map Revised March 17, 2010

### ON SITE INSPECTION APPROVED

FIRE CODE REQUIREMENT: _____
(Commercial and New Subdivision)      Fire Marshall               Date

ELECTRIC: ☑      PLUMBING: ☑      HVAC: ☑

SEPTIC SYSTEM ☐                    SANITARY SEWER ☑
(Health Dept approval required)

BUILDING CODES: _____[signature]_____   11-27-12
                  Building Inspector              Date

BUILDER/COMPANY   Mitchell Company
                                                  Date

SPECIAL CONDITION FOR APPROVAL: _____
                                                  Date

FINAL APPROVAL: _____[signature]_____   11-27-12
                 DIRECTOR OF INSPECTION           Date

**EXHIBIT**
**G-4**



## CITY OF PRICHARD
## CERTIFICATE OF OCCUPANCY

**BUILDING PERMIT NO:** 80761

**NAME:** Prichard Housing Authority    **ADDRESS:** 822 Marsha S Ratchford

**OCCUPANCY:** Residential (R-3)    **ZONE:** R-3, Multiple Family Residential

FLOOD ZONE: __A-E Panel 551 Map Revised March 17, 2010__

### ON SITE INSPECTION APPROVED

FIRE CODE REQUIREMENT:
(Commercial and New Subdivision)    Fire Marshall    Date

ELECTRIC: ☑    PLUMBING: ☑    HVAC: ☑

SEPTIC SYSTEM ☐    SANITARY SEWER ☑
(Health Dept approval required)

BUILDING CODES: _(signature)_    11-27-12
    Building Inspector    Date

BUILDER/COMPANY  **Mitchell Company**
    Date

SPECIAL CONDITION FOR APPROVAL:
    Date

FINAL APPROVAL: _(signature)_    11-27-12
    DIRECTOR OF INSPECTION    Date

**EXHIBIT**
**G-5**



## CITY OF PRICHARD
## CERTIFICATE OF OCCUPANCY

**BUILDING PERMIT NO:** 80759

**NAME:** Prichard Housing Authority    **ADDRESS:** 802 Marsha S Ratchford

**OCCUPANCY:** Residential (R-3)    **ZONE:** R-3, Multiple Family Residential

**FLOOD ZONE:** A-E Panel 551 Map Revised March 17, 2010

### ON SITE INSPECTION APPROVED

**FIRE CODE REQUIREMENT:** _____
(Commercial and New Subdivision)    Fire Marshall    Date

**ELECTRIC:** ☑    **PLUMBING:** ☑    **HVAC:** ☑

**SEPTIC SYSTEM** ☐    **SANITARY SEWER** ☑
(Health Dept approval required)

**BUILDING CODES:** _James Jack_   11-27-12
    Building Inspector    Date

**BUILDER/COMPANY** Mitchell Company
    Date

**SPECIAL CONDITION FOR APPROVAL:** _____
    Date

**FINAL APPROVAL:** _James Jack_   11-27-12
    DIRECTOR OF INSPECTION    Date

**EXHIBIT**
**G-6**



# CITY OF PRICHARD
## CERTIFICATE OF OCCUPANCY

**BUILDING PERMIT NO:** 80760

**NAME:** Prichard Housing Authority     **ADDRESS:** 816 Marsha S Ratchford

**OCCUPANCY:** Residential (R-3)     **ZONE:** R-3, Multiple Family Residential

**FLOOD ZONE:** A-E Panel 551 Map Revised March 17, 2010

### ON SITE INSPECTION APPROVED

**FIRE CODE REQUIREMENT:** _____
(Commercial and New Subdivision)   Fire Marshall          Date

**ELECTRIC:** ☑   **PLUMBING:** ☑   **HVAC:** ☑

**SEPTIC SYSTEM** ☐          **SANITARY SEWER** ☐
(Health Dept approval required)

**BUILDING CODES:** _[signature]_     11-22-12
  Building Inspector                    Date

**BUILDER/COMPANY**  Mitchell Company
                                       Date

**SPECIAL CONDITION FOR APPROVAL:** _____
                                       Date

**FINAL APPROVAL:** _[signature]_     11-22-12
  DIRECTOR OF INSPECTION                Date

**EXHIBIT G-7**