# Chinese Drywall Remediation

REMEDIATION WORK AGREEMENT
between
The Mitchell Company, LCC as Contractor
and
The Knauf Entities

Draw # 4 - Final

|  | Address | Total Cost | Demolition 30% | Drywall Installation 30% | Substantial Completion 40% | Total Cost |
|---|---|---|---|---|---|---|
| 5 | 701 Hinson | $77,356.86 | $23,207.06 | $23,207.06 | $30,942.74 | $77,356.86 |
| 11 | 510 Sgt. Harrison Brown | $83,958.65 | $25,187.60 | $25,187.60 | $33,583.46 | $83,958.65 |
| 21 | 827 Marsha Ratchford | $83,958.65 | $25,187.60 | $25,187.60 | $33,583.46 | $83,958.65 |
| 22 | 828 Marsha Ratchford | $87,847.32 | $26,354.20 | $26,354.20 | $35,138.93 | $87,847.32 |
| 25 | 822 Marsha Ratchford | $77,356.86 | $23,207.06 | $23,207.06 | $30,942.74 | $77,356.86 |
| 28 | 816 Marsha Ratchford | $83,958.65 | $25,187.60 | $25,187.60 | $33,583.46 | $83,958.65 |
| 35 | 802 Marsha Ratchford | $87,847.31 | $26,354.19 | $26,354.19 | $35,138.92 | $87,847.31 |
|  | Total | $582,284.30 | $174,685.29 | $174,685.29 | $232,913.72 | $582,284.30 |

Minus Pervious Payments   -$399,085.59

Amount Currently Due   $183,198.71

The Mitchell Company, LLC

BY: Chester J. Stefan, Manager      Date: 11/29/12

**EXHIBIT H**