| 16467 | Diges E. Little | | 9/4/2012 | 2849 |
|---|---|---|---|---|
| Inv.Date | Inv.No. | Invoice Description | | Amount |
| 09-04-2012 | 101090412 | 1977-090255 | | 14,611.50 |

$14,611.50

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

Frilot L.L.C.  
Trust Account  
1100 Poydras Street  
Suite 3700  
New Orleans, LA 70163-3700

2849

Capital One  
New Orleans  
14-9/650

9/4/2012

Pay Fourteen Thousand Six Hundred Eleven and 50/100 Dollars----------    $14,611.50

to  Diges E. Little  
    816 Marsha S. Ratchford Street  
    Prichard, AL 36610

TWO SIGNATURES REQUIRED

⑃2849⑃  ⑃065000090⑃  88 21 6197 8⑃

**EXHIBIT**
**I-1**

| | | | | |
|---|---|---|---|---|
| 16466 | Letitia Washington | | 9/4/2012 | 2852 |
| Inv.Date | Inv.No. | Invoice Description | | Amount |
| 09-04-2012 | 101090412 | 1977-090255 | | 14,611.50 |

$14,611.50

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

Frilot L.L.C. 2852
Trust Account
1100 Poydras Street   Capital One
Suite 3700   New Orleans   9/4/2012
New Orleans, LA 70163-3700   14-9/650

Pay  Fourteen Thousand Six Hundred Eleven and 50/100 Dollars----------   $14,611.50

to  Letitia Washington
    827 Marsha S. Ratchford Street   TWO SIGNATURES REQUIRED
    Prichard, AL 36610

⑈" 2852 ⑈"   ⑆065000090⑆:  88 21 6197 8⑈"

**EXHIBIT**
**I-2**

| 16461 | Deborah Porcher | | 9/4/2012 | 2850 |
|---|---|---|---|---|
| Inv.Date | Inv.No. | Invoice Description | | Amount |
| 09-04-2012 | 101090412 | 1977-090255 | | 14,611.50 |

$14,611.50

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

Frilot L.L.C.
Trust Account
1100 Poydras Street
Suite 3700
New Orleans, LA 70163-3700

Capital One
New Orleans
14-9/650

2850

9/4/2012

Pay Fourteen Thousand Six Hundred Eleven and 50/100 Dollars----------    $14,611.50

to  Deborah Porcher
    510 Hinson Avenue
    Prichard, AL 36610

TWO SIGNATURES REQUIRED

⑈ 2850 ⑈   ⑆065000090⑆ 88 21 6197 8⑈

**EXHIBIT**
**I-3**

| 16465 | Charles & Jessica Pugh | | 9/4/2012 | 2851 |
|---|---|---|---|---|
| Inv.Date | Inv.No. | Invoice Description | | Amount |
| 09-04-2012 | 101090412 | 1977-090255 | | 12,852.00 |

$12,852.00

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

Frilot L.L.C.                                                                                      2851
Trust Account
1100 Poydras Street                         Capital One
Suite 3700                                  New Orleans                          9/4/2012
New Orleans, LA 70163-3700                  14-9/650

Pay  Twelve Thousand Eight Hundred Fifty-Two and No/100 Dollars--------    $12,852.00

to  Charles & Jessica Pugh
    822 Marsha S. Ratchford Street          TWO SIGNATURES REQUIRED
    Prichard, AL 36610

⑆ 2851 ⑆   ⑈065000090⑈ 88 21 6197 8⑈

**EXHIBIT**
**I-4**

| 16462 | Felecia Albritton | | 9/4/2012 | 2846 |
|---|---|---|---|---|
| Inv.Date | Inv.No. | Invoice Description | | Amount |
| 09-04-2012 | 101090412 | 1977-090255 | | 12,852.00 |

$12,852.00

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

Frilot L.L.C.                                                                 2846
Trust Account
1100 Poydras Street                              Capital One
Suite 3700                                       New Orleans                  9/4/2012
New Orleans, LA 70163-3700                       14-9/650

Pay  Twelve Thousand Eight Hundred Fifty-Two and No/100 Dollars----------   $12,852.00

to   Felecia Albritton
     701 Hinson Avenue                           TWO SIGNATURES REQUIRED
     Prichard, AL 36610

⑈'2846'⑈  ⑆065000090⑆  88 21 6197 8⑈'

**EXHIBIT**
**I-5**

| 16463 | Gennies Hillery | | 9/4/2012 | 2847 |
|---|---|---|---|---|
| Inv.Date | Inv.No. | Invoice Description | | Amount |
| 09-04-2012 | 101090412 | 1977-090255 | | 15,929.00 |

$15,929.00

Fhilot L.L.C.  
Trust Account  
1100 Poydras Street  
Suite 3700  
New Orleans, LA 70163-3700

Capital One  
New Orleans  
14-9/650

2847  
9/4/2012

Pay Fifteen Thousand Nine Hundred Twenty-Nine and No/100 Dollars----   $15,929.00

to  Gennies Hillery  
802 Marsha S. Ratchford Street  
Prichard, AL 36610

TWO SIGNATURES REQUIRED

⑁ 2847 ⑁   ⑉065000090⑊ 88 21 6197 8⑊

**EXHIBIT**  
**I-6**

| Inv.Date | Inv.No. | Invoice Description | | | |
|---|---|---|---|---|---|
| 16464 | | Jerome Leland & Audra Washington | | 9/4/2012 | 2848 |
| 09-04-2012 | 101090412 | 1977-090255 | | | Amount 15,929.00 |

$15,929.00

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.     HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

Frilot L.L.C.     2848
Trust Account
1100 Poydras Street     Capital One
Suite 3700     New Orleans     9/4/2012
New Orleans, LA 70163-3700     14-9/650

Pay   Fifteen Thousand Nine Hundred Twenty-Nine and No/100 Dollars------    $15,929.00

to   Jerome Leland & Audra Washington
828 Marsha S. Ratchford Street     TWO SIGNATURES REQUIRED
Prichard, AL 36610

⑈ 2848 ⑈ ⑆065000090⑉ 88 21 6197 8⑈

**EXHIBIT
I-7**