## AFFIDAVIT OF RICHARD H. HOLSTON

**STATE OF ALABAMA**
**COUNTY OF MOBILE**

Before me, the undersigned notary public, personally came and appeared **RICHARD H. HOLSTON**, who being first duly sworn did depose and say the following:

1.    Attached are excerpts from the two expense reconciliations for my law firm, Holston Vaughan, LLC, in the Knauf Chinese drywall litigation filed in the Circuit Court of Mobile County Alabama.

2.    I hereby certify that they are the true and correct expenses we incurred in handling and prosecuting this claim.  I further certify that they accurately reflect the expenses we have charged against our client's recoveries herein.

3.    I further certify that these expenses were necessary to prosecute the claim, and that they were reasonable expenses given the nature and complexity of the litigation.

Further, the Affiant saith not.

_____
RICHARD H. HOLSTON

Sworn to and subscribed before me on this the 21st day of December, 2012.

_____
Notary Public
My Commission Expires 06/30/15

SHELLIE E. BROOKS
Notary Public, State of Alabama
Alabama State At Large
My Commission Expires
06/30/15

## EXHIBIT
## J

# Little, et al, v. Mitchell, et al.,
# Claim Reconciliation - Expenses

February 25, 2010 - *Pro Tanto* Settlement with Defendant George's Drywall ONLY:

## RECONCILIATION OF EXPENSES:
  ■ **Multi-Plaintiff/Common Expenses:**

| Date | Description | Amount |
|------|-------------|--------|
| 06/08/09 | Ala-Court – Filing Fee (1st Complaint – Allbritton)(Dismissed) | $ 686.46 (RHH) |
| 06/23/09 | Ala-Court – Filing Fee (Little Complaint) | $ 808.91 (RHH) |
| 06/25/09 | Ala-Court – Filing Fee (Amended Complaint – Multi plntf) | $ 1,144.00 (RHH) |
| 07/16/09 | Ala-Court – Filing Fee (Alias Summons) | $ 11.05 (RHH) |
| 07/24/09 | Ala-Court – Filing Fee (Alias Summons) | $ 11.05 (RHH) |
| 10/30/09 | Ala-Court – Filing Fee (Amended Complaint) | $ 15.34 (RHH) |
| 11/25/09 | Ala-Court – Filing Fee (Amended Complaint) | $ 8.00 (RHH) |
| 01/29/10 | Ala-Court – Filing Fee (Amended Complaint) | $ 8.17 (RHH) |
| 03/04/10 | Meal Expense – mtg w/Mediator re mediation strategy (½ total) | $ 29.88 (RHH) |
| 05/26/09 | Source One Legal Copy ½ invoice 284513 | $ 10.28 (HVA) |
| 05/26/09 | Source One Legal Copy ½ invoice 284515 | $ 20.11 (HVA) |
| 05/26/09 | Source One Legal Copy ½ invoice 284512 | $ 10.05 (HVA) |
| 05/28/09 | Source One Legal Copy ½ invoice 284529 | $ 2.62 (HVA) |
| 05/28/09 | Source One Legal Copy ½ invoice 284530 | $ 15.43 (HVA) |
| 06/25/09 | Source One Legal Copy ½ invoice 284833 | $ 29.43 (HVA) |
| 07/30/09 | Source One Legal Copy ½ invoice 285160 | $ 17.36 (HVA) |
| 03/10/10 | Source One Legal Copy ½ invoice 287528 | $ 66.04 (HVA) |
| 02/10/10 | Source One Legal Copy   invoice 287226 | $ 257.13 (HVA) |
| 03/05/10 | Source One Legal Copy ½ invoice 287178 | $ 316.46 (HVA) |
| 03/15/10 | Source One Legal Copy ½ invoice 287476 | $ 336.08 (HVA) |
| 01/13/10 | Prolegal Copy (Invoice# 75141 (½ total) | $ 8.28 (HVA) |
| 02/04/10 | Prolegal Copy (Invoice# ----- (½ total) | $ 55.00 (HVA) |
| 07/01/09 | Postage | $ 85.23 (HVA) |
| 06/19/09 | HB Litigation – Chinese Drywall Seminar/Confr. (½ total) | $ 350.00 (RHH) |
| 06/19/09 | HB Litigation – Chinese Drywall Seminar/Confr. (½ total) | $ 350.00 (GEV) |
| 06/19/09 | Travel expenses – New Orleans, La. – (½ total) | $ 85.71 (RHH) |
| 06/19/09 | Travel expenses – New Orleans, La. – (½ total) | $ 35.22 (GEV) |
| 08/20/09 | Client Conf. – Hampton Inn (½ total) | $ 277.84 (RHH) |
| 08/20/09 | Quiznos – Meal Expense – client conference (½ total) | $ 109.98 (RHH) |
| 10/02/09 | Ridgeway Drafting (building plans) (½ total) | $ 86.12 (RHH) |
| 10/05/09 | Parking Expense (#5040003698-99) (½ total) | $ 10.00 (HVA) |
| 11/24/09 | Metro Monitor Invoice 83853 (½ total) | $ 49.50 (HVA) |
| 01/12/10 | Photocopies in house | $ 766.40 (HVA) |
| 02/10/10 | Thompson Reuters–ASTM Standards(Inv#1351717)(½ total) | $ 26.00 (GEV) |
| 02/10/10 | Thompson Reuters–ASTM Standards(Inv#1351719)(½ total) | $ 23.00 (GEV) |
| 02/10/10 | Thompson Reuters–ASTM Standards(Inv#1351721)(½ total) | $ 30.00 (GEV) |
| 02/11/10 | Thompson Reuters–ASTM Standards(Inv#1352092)(½ total) | $ 23.00 (GEV) |
| 02/25/10 | Thompson Reuters–ASTM Standards(Inv#1366996)(½ total) | $ 23.00 (GEV) |
| 03/16/10 | Meal Expense-Lunch w/ atty re mediation (½ total) | $ 29.95 (GEV) |
| 03/05/10 | CD of photos (½ total) | $ 5.00 (HVA) |

1

| Date | Description | | Amount | |
|------|-------------|---|--------|---|
| 03/09/10 | CD of Discovery (½ total) | $ | 2.50 | (HVA) |
| 02/02/10 | Expert Serv Pro | $ | 540.00 | (HVA) |
| 02/02/10 | Expert Carpenter Plumbing | $ | 700.00 | (HVA) |
| 02/02/10 | Expert Bickley Drywall | $ | 700.00 | (HVA) |
| 02/02/10 | Expert Wayne Askew Contracting | $ | 700.00 | (HVA) |
| 02/02/10 | Expert Azalea City Moving | $ | 700.00 | (HVA) |
| 02/04/10 | Expert Eagle Electrical Services | $ | 480.00 | (HVA) |
| 02/04/10 | Expert Nelson Appraisals | $ | 1,050.00 | (HVA) |
| 02/04/10 | Expert Universal Flooring | $ | 700.00 | (HVA) |
| 02/04/10 | Expert - Trena McAdams | $ | 400.00 | (HVA) |
| 02/04/10 | Expert – Carpenter Builder's LLC | $ | 1,160.00 | (HVA) |
| 02/23/10 | Meal Expense–Lunch during INEX inspection(H/O) | $ | 28.56 | (RHH) |
| 02/25/10 | Meal Expense–Lunch during INEX inspection (H/O | $ | 8.40 | (KAH) |
| 03/09/10 | Meal Expense-Lunch w/ins atty for PHA re mediation (½ total) | $ | 32.26 | (RHH) |
| 03/11/10 | Parking Expense- garage fee day of mediation | $ | 7.00 | (KAH) |
| 03/15/10 | Westlaw Legal Research – Assessment (½ total) | $ | 387.00 | (HVA) |
| 03/15/10 | Long Distance Telephone – Assessment ( ½ total) | $ | 219.71 | (HVA) |
| 03/15/10 | Facsimile usage – Assessment (½ total) | $ | 47.00 | (HVA) |
| 03/15/10 | Mileage – KAH (79 @ $0.485)( ½ total) | $ | 19.16 | (KAH) |
| 03/15/10 | Mileage – JMT (79 @ $0.485)( ½ total) | $ | 19.16 | (JMT) |
| 03/15/10 | Mileage – CMM (24 @ $0.485)( ½ total) | $ | 5.82 | (CMM) |
| 03/15/10 | Mileage – GEV (3.52 @ $0.485) | $ | 2.04 | (GEV) |
| 03/09/10 | Holiday Inn – client cnfr. pre-mediation ( ½ total) | $ | 220.00 | (RHH) |
| 03/09/10 | Quiznos – Meal Expense – client cnfr (½ total) | $ | 137.47 | (RHH) |
| 03/15/10 | Richardson, Spear, et al. – Mediator | $ | 1,250.00 | (HVA) |

Total Common Expenses…………………………………………………… **$15,749.16**

■ **Individual Expenses:**

**Pugh:**
03/04/10  Healthport–Cardiology Assoc.–Records/C. Pugh(Inv# 73950740)….$        11.20

**Washington:**                                                            $         0.00

**Allbritton:**
03/04/10  Healthport– Med records……………………………………………  $        70.90

**Porcher:**                                                               $         0.00

**Leland:**
02/25/10  Premier Medical – Records/J. Leland (Acct# 448134)(ck#1206) …… $        28.00
3/23/10   Springhill Physicians Group………………………………………… $        34.00

**Little:**
02/22/10  Ala-Court – Filing Fee (Everhome Complaint)(RHH) ………………$      229.54

**Hillery:**                                                              $         0.00
Total individual Expenses………………………………………………… $       373.64

TOTAL EXPENSES: …………………………………………………………… **$16,122.80**

# Little, et al, v. Mitchell, et al.,
# Claim Reconciliation - Expenses

July 16, 2012 Global Settlement of all claims (See Settlement Agreement for terms):

**EXPENSES:**

- ■ Multi-Plaintiff Common Expenses:

03/16/10 to present (See attached itemization) ............................................ **$13,270.53**

- ■ Individual Expenses:

| | | |
|---|---|---:|
| Little: | $ | 30.37 |
| Allbritton: | $ | 1.76 |
| Leland: | $ | 3.00 |
| Hillery: | $ | 30.62 |
| Porcher: | $ | 142.36 |
| Pugh: | $ | 97.60 |
| Washington: | $ | 24.30 |
| Total individual Expenses | $ | 330.01 |
| TOTAL EXPENSES: | | $13,600.54 |

1

LITTLE, DIGES et al
DIGES LITTLE v. MITCHELL HOMES / CV-09-901153                              August 7, 2012

| 03/24/10 | MSJ | Mediator – David Hamby outstanding exp. George's Drywall settlement (pd with firm ck 10203) | 401.57 |
| 05/10/10 | MSJ | Postage - status ltr and attachments regarding upcoming hearing to clients and cc | 4.71 |
| 05/10/10 | MSJ | In-house b/w copies of letters to homeowners concerning Motion to Enforce Pro Tanto Settlement (85 pgs) | 17.00 |
| 05/20/10 | AST | Postage - letter to Medicaid Subrogation Dept. regarding CDW | 1.31 |
| 05/21/10 | MSJ | Postage - status letters to clients 7 x .44 | 3.08 |
| 05/21/10 | MSJ | In-house Copies- 21pgs | 4.20 |
| 06/14/10 | AST | Postage - letter to clients re: settlement agreement. (split with Henderson) | 5.49 |
| 06/15/10 | MSJ | Postage- letter to clients regarding depositions on the 21st & 22nd of June, 7 x .44 | 3.08 |
| 06/18/10 | MSJ | Source One invoice SM288483 - documents produced by PHA regarding 1st RFP from Plaintiffs - 55.00 split w/ Henderson matter | 27.50 |
| 07/07/10 | SEB | LOIS ROBINSON #944411 – deposition transcripts for Charles Pharr Paid with firm Check # 10579 (Total - $2,570.40; split with Henderson matter - $1,285.20 each) | 1,285.20 |
| 07/12/10 | MSJ | In-house copies of excerpts of Charles Pharr's depo to be attached to Letter to Donnie Murray with HUD demanding that they give PHA permission to move Plaintiffs into other PHA homes due to defective drywall. (25 pgs) | 5.00 |

LITTLE, DIGES et al
DIGES LITTLE v. MITCHELL HOMES / CV-09-901153                              August 7, 2012

| Date | Atty | Description | Amount |
|---|---|---|---|
| 07/12/10 | MSJ | Fax - to Donnie Murray with HUD demanding that they give PHA permission to move Plaintiffs into other PHA homes due to defective drywall. | 2.00 |
| 07/14/10 | MSJ | Postage - copy of letter to clients (.44 x 8) | 3.52 |
| 07/16/10 | MSJ | Meal Expense - meeting with inspector John Carpenter on Henderson and Little matters (half each) (pd by RHH card) | 23.17 |
| 07/19/10 | MSJ | Postage - copy of letter to HUD sent to clients (.44 x 7) | 3.08 |
| 07/19/10 | KAH | In-house fax to Donnie Murray re: demand for moving residents out of homes and into PHA vacant homes. | 2.00 |
| 08/03/10 | KAH | Faxed Letter to Terry Jordan with Medicaid Subrogation unit re: request for them to reevaulate their subrogation claim of Jalexis Washington because the payments they are seeking reimbursement for are not related to this lawsuit. | 2.00 |
| 08/05/10 | MSJ | Travel expenses to New Orleans for Knauf deposition | 156.35 |
| 08/06/10 | SEB | Postage - letter to clients re: status of case and enclosure of correspondence to Greg Harris, James Blackmon, Elizabeth Joiner, Ben Gibbs and Ed Sprayberry | 14.49 |
| 08/06/10 | SEB | Fax - to Greg Harris, James Blackmon, Elizabeth Joiner, Ben Gibbs, and Ed Sprayberry re: moving clients into vacant homes ($2 x 5) | 10.00 |
| 08/06/10 | SEB | In-house copies of correspondence to clients (195 pgs) | 39.00 |
| 08/17/10 | SEB | Postage - letter to clients re: case status (7 x .44) | 3.08 |
| 08/17/10 | SEB | Fax - correspondence to Harris, Sprayberry, and Joiner re: meeting next week to discuss relocation of Little clients (2 x $2) | 4.00 |
| 08/23/10 | MSJ | Edward Costa, Consult - Audio Capture & Conversion, NPR CDW from net of Mitchell owner, invoice 100198 (firm paid 8.30.10, ck#10230) | 120.00 |
| 08/25/10 | SEB | Postage - letter to clients re: police protection (9 x .44) | 3.96 |
| 08/26/10 | MSJ | Lois Robinson & Assoc., Deposition of Chester Stefan, 1 full day 1 half day, including exhibits, Invoice 944568 | 2,253.00 |
| 09/07/10 | MSJ | In-house b/w copies of letters to client encl. settlement agreement (161 pgs) | 32.20 |

LITTLE, DIGES et al
DIGES LITTLE v. MITCHELL HOMES / CV-09-901153                          August 7, 2012

| 09/08/10 | MSJ | Postage - for mailing settlement proposal | 13.30 |
| 09/21/10 | JMT | Postage - letters to clients re: settlement (.61 x 7) | 4.27 |
| 09/30/10 | JMT | Travel to Bessemer Subdivision to meet with clients to discuss and prepare for depositions (12 miles roundtrip) | 0.00 |
| 10/05/10 | JMT | Travel to Bessemer Subdivision to meet with Betty Allbritton and prepare her for deposition (12 miles roundtrip) | 0.00 |
| 10/13/10 | MSJ | Prolegal Inv# 80753 for straight run copies, tabs, color copies and binding for mediation packets (pd with firm ck 10591 | 343.69 |
| 10/14/10 | SEB | Fed Ex to Kerry Miller, Esq. in preparation for mediation | 23.22 |
| 10/14/10 | SEB | FedEx to Mediator enclosing mediation documents | 33.80 |
| 10/19/10 | MSJ | Travel expenses to N. O., LA for mediation | 531.99 |
| 10/27/10 | PAR | In-house b/w copies of documents provided by John Carpenter (136 pgs) | 27.20 |
| 10/29/10 | AST | Mobile County Circuit Court filing fee for NPS to Alabama Power Company | 12.00 |
| 11/01/10 | AST | In-house b/w copies of minor's medical records to send to Guardian Ad Litem (136 pgs) | 27.20 |
| 11/16/10 | JBM | Postage - status letter to clients | 4.84 |
| 11/18/10 | AST | Source One Inv# SM290010 for copy of CD containing the Drywall Inspection Analysis Report | 13.75 |
| 11/23/10 | SEB | Lois Robinson Inv# 944776 for transcripts of the depositions of Chester Stefan and Scott Shewmake (pd with firm ck 10579) | 1,689.80 |
| 11/23/10 | MSJ | In-house copies of medical records to Gaurdian Ad Litem, John Furman, Esq. (394 pgs) | 78.80 |
| 12/01/10 | AST | Lois Robinson Inv# 944796 for deposition transcripts of Charles Hall | 413.50 |
| 12/10/10 | AST | In-house b/w copies (14 pgs) | 2.80 |
| 12/10/10 | AST | Postage - status letter to clients (.44 x 7) | 3.08 |
| 12/15/10 | MSJ | Source One Inv# SM290240 for b/w and color scans of Plaintiffs Responses to INEX (pd with firm ck 10401) | 74.80 |

LITTLE, DIGES et al
DIGES LITTLE v. MITCHELL HOMES / CV-09-901153

August 7, 2012

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 01/18/11 | MSJ | Security services at 1.10.11 Inspection of vandalized homes in Bessemer Subdivision (paid w/ HV check # 10393) | 175.00 |
| 01/18/11 | MSJ | Security services at 1.14.11 Inspection of vandalized homes in Bessemer Subdivision (pd w/ HV ck # 10393) | 100.00 |
| 01/19/11 | MSJ | Carpenter Builders, Inc., Inspection of vandalism in neighborhood 1.10.11 and 1.14.11 samples taken, 10hrs | 1,000.00 |
| 02/22/11 | SEB | Postage for letters re disbursement schedule 7@.44 $3.08 | 3.08 |
| 03/22/11 | SEB | Perry Dampf Dispute Solutions Inv# 5095-01-HOLS100 for mediation services (pd with firm ck 10438) | 1,300.00 |
| 03/29/11 | GEV | Source One Inv# 88483 (pd with firm ck # 10401 on 2/20/11) | 55.00 |
| 03/29/11 | GEV | Source One Inv# 90010 (pd with firm ck 10401 on 2/20/11) | 13.75 |
| 04/14/11 | MSJ | In-house b/w copies of Estes documents in preparation of Estes deposition (150 pgs) | 30.00 |
| 05/04/11 | SEB | Lois Robinson Court Reporters Invoice #945133 Original and one copy of Deposition of Gary Estes, Sr. | 491.20 |
| 05/12/11 | RHH | Expense - meal during inspection - Blind Mule | 55.05 |
| 05/17/11 | SEB | Postage - correspondence to clients re: relocation | 3.08 |
| 05/23/11 | MSJ | Carpenter Builders - Inspections of Oaks at Chancery relocation options | 350.00 |
| 06/07/11 | AST | Postage - letter to clients re: status report (.44 x 7) | 3.08 |
| 06/14/11 | MSJ | Postage - letters to Clients re: CD set-up for minors | 4.48 |
| 06/15/11 | MSJ | In-house b/w copies of letters and orders to clients (42 pgs) | 8.40 |
| 06/17/11 | RHH | Lunch meeting with Dennis McKenna re: status; settlement options | 15.36 |
| 07/08/11 | MSJ | Postage - letters to clients re relocation options | 3.08 |
| 07/08/11 | MSJ | In-house b/w copies (14 pgs) | 2.80 |
| 07/11/11 | SEB | LexisNexis- Accurint searches for Oaks at Chancery Property Deeds | 10.00 |

4

LITTLE, DIGES et al
DIGES LITTLE v. MITCHELL HOMES / CV-09-901153                          August 7, 2012

| Date | Initials | Description | Amount |
|------|----------|-------------|--------|
| 07/14/11 | SEB | Postage - letter to clients enclosing correspondence from Bill Donaldson re: relocation efforts and vandalization | 3.08 |
| 07/28/11 | SEB | Postage - letter to Judge Fallon re: motion to stay | 0.44 |
| 07/28/11 | SEB | Postage - letter to clients enclosing letter to Judge Fallon | 3.08 |
| 08/08/11 | SEB | Postage - letter to clients re: status of Judge Fallon's response to letter | 3.08 |
| 08/23/11 | SEB | Postage - letter to clients enclosing INEX opt-out letters | 3.08 |
| 08/23/11 | MSJ | Westlaw - legal research performed by JMT | 7.60 |
| 08/25/11 | MSJ | Westlaw - legal research performed by RHH | 15.20 |
| 08/31/11 | SEB | Postage - letter to clients RE: status conference with Judge Fallon report | 3.08 |
| 09/01/11 | SEB | Reimburse GEV for travel expenses to meeting with Judge Fallon in New Orleans | 137.11 |
| 09/02/11 | SEB | Reimburse RHH for travel expenses to New Orleans for meeting with Judge Fallon: hotel, parking, mileage | 538.19 |
| 09/19/11 | SEB | In-house b/w copies of letter to clients re: mediation dates (7 pgs) | 1.40 |
| 09/19/11 | SEB | Postage - letter to clients re: mediation date of October 12th and pre-mediation conference details | 3.08 |
| 09/29/11 | MSJ | Postage - letter to clients | 3.08 |
| 09/29/11 | SEB | In-house copies (24 pgs) | 4.80 |
| 09/29/11 | SEB | Postage - letters to Duplantier and Levin enclosing signed opt out letters from clients | 1.68 |
| 10/03/11 | SEB | In-house b/w copies of letter to clients (40 pgs) | 8.00 |
| 10/04/11 | SEB | Fax - to HUD RE: mediation date set | 1.00 |
| 10/05/11 | MSJ | In-house b/w copies of correspondence to mediator Copeland copied to clients (111 pgs) | 22.20 |
| 10/05/11 | MSJ | Postage- correspondence to mediator | 2.28 |
| 10/07/11 | MSJ | Postage - letter to clients re mediation | 3.08 |

5

LITTLE, DIGES et al
DIGES LITTLE v. MITCHELL HOMES / CV-09-901153                          August 7, 2012

| Date | Init | Description | Amount |
|---|---|---|---|
| 10/07/11 | SEB | Postage - letter to Albritton enclosing opt-out letter for signature and return | 0.44 |
| 10/11/11 | SEB | In-house b/w copies of documents for mediation (150 pgs) | 30.00 |
| 10/12/11 | SEB | Lunch expense during mediation (pd by GEV cc) | 47.49 |
| 11/02/11 | MSJ | Postage - letter to clients regarding trial preparation | 0.44 |
| 11/30/11 | MSJ | Westlaw - legal research for the month of Nov. performed by JMT | 32.26 |
| 12/02/11 | MSJ | Fax - to Blackmon and Joiner w/HUD | 2.00 |
| 12/02/11 | MSJ | In-house b/w copies of letters of status re: settlement and HUD correspondence to clients (42 pgs) | 8.40 |
| 12/02/11 | MSJ | Postage - letter with enclosures re: of status re settlment and HUD correspondence to clients | 4.48 |
| 12/07/11 | MSJ | In-house copies- letter to clients regarding update on mediation conference call and progress | 2.80 |
| 12/07/11 | MSJ | Postage - letter to clients regarding update on mediation conference call and progress | 3.08 |
| 12/28/11 | SEB | In-house b/w copies - re: Settlement Agreement in the MDL (250 pgs) | 50.00 |
| 01/04/12 | SEB | Postage - letter to MSPRC re: Medicare benefits on plaintiffs' claims | 0.44 |
| 01/04/12 | SEB | Fax - letter to MSPRC re: Medicare benefits on plaintiffs' claims | 1.00 |
| 01/06/12 | SEB | In-house b/w copies of correspondence to clients re: home inspections to take place on 01.13.12 (21 pgs) | 4.20 |
| 01/06/12 | SEB | Postage - letters to clients re: home inspections on 01.12.13 | 3.08 |
| 01/23/12 | GEV | In-house b/w copies of correspondence to clients re: remediation and settlement status (28 pgs) | 5.60 |
| 01/23/12 | SEB | Postage - status of remediation and settlement to clients | 3.15 |
| 01/27/12 | SEB | In-house b/w copies of status letter to clients (14 pgs) | 2.80 |
| 01/27/12 | SEB | Postage - status letter to clients | 3.15 |

6

LITTLE, DIGES et al
DIGES LITTLE v. MITCHELL HOMES / CV-09-901153                                August 7, 2012

| 01/31/12 | SEB | In-house b/w copies of MDL Demonstration Remediation Agreement (151 pgs) | 30.20 |
|---|---|---|---|
| 02/22/12 | SEB | In-house b/w copies of correspondence to Clients re: remediation plans (39 pgs) | 7.80 |
| 02/22/12 | SEB | Postage - letters to Clients re: remediation plans | 3.15 |
| 02/28/12 | SEB | In-house b/w copies of correspondence to clients re: legal opinions on claims outside of Chinese drywall (28 pgs) | 5.60 |
| 02/28/12 | SEB | Postage - letter to clients re: legal opinion | 3.15 |
| 02/29/12 | SEB | In-house b/w copies of correspondence to clients enclosing e-mail from Chuck Stefan of TMC (28 pgs) | 5.60 |
| 02/29/12 | SEB | Postage - letter to clients enclosing e-mail from Chuck Stefan of TMC | 3.15 |
| 03/15/12 | SEB | In-house b/w copies of correspondence to clients re: mortgage letters and status (56 pgs) | 11.20 |
| 03/15/12 | SEB | Postage - letter to clients re: forbearance letters and status | 4.55 |
| 03/16/12 | GEV | West Law - legal research for the month of Feb. (invoice 824589176) | 21.79 |
| 03/29/12 | SEB | In-house b/w copies of correspondence to Clients enclosing Knauf opt-out letters (34 pgs) | 6.80 |
| 03/29/12 | SEB | Postage - letters to Clients enclosing Knauf opt-out letters | 3.15 |
| 04/05/12 | SEB | Postage - FedEx Overnight documents to Frilot, LLC enclosing signed Knauf opt-out letters (split with Henderson) (pd by GEV card) | 10.69 |
| 04/05/12 | SEB | Postage - FedEx Overnight documents to Levin, Fishbein, Sedran, & Berman enclosing signed Knauf opt-out letters (split with Henderson) (pd by GEV card) | 16.02 |
| 04/05/12 | SEB | In-house b/w copies of settlement status report to clients (42 pgs) | 8.40 |
| 04/05/12 | SEB | Postage - settlement status report to clients | 4.55 |
| 04/20/12 | MSJ | Postage - status letter to clients | 4.55 |
| 04/20/12 | MSJ | In-house b/w copies of letter to clients with status (56 pgs) | 11.20 |

LITTLE, DIGES et al
DIGES LITTLE v. MITCHELL HOMES / CV-09-901153                    August 7, 2012

| | | | |
|---|---|---|---|
| 05/09/12 | AST | In-house b/w copies of status report to clients enclosing e-mail correspondence with Knauf lawyers regarding settlement discussions (231 pgs) | 46.20 |
| 05/09/12 | SEB | Postage - status report to clients enclosing Knauf lawyer correspondence regarding settlement | 13.30 |
| 05/22/12 | SEB | In-house b/w copies of correspondence to clients (72 pgs) | 14.40 |
| 05/22/12 | SEB | Postage - correspondence to clients re: settlement status and enclosing correspondence with defense counsel | 2.60 |
| 06/08/12 | SEB | In-house b/w copies of status to clients enclosing D. McKenna memo recommending 2nd mediation for settlement (49 pgs) | 9.80 |
| 06/08/12 | SEB | Postage - status to clients enclosing D. McKenna memo recommending 2nd mediation for settlement (49 pgs) | 4.55 |
| 06/12/12 | SEB | PACER document review | 17.40 |
| 06/13/12 | SEB | In-house b/w copies of status to clients re: A/C system repairs (28 pgs) | 5.60 |
| 06/13/12 | SEB | Postage - letter to clients re: A/C system repairs | 3.15 |
| 06/14/12 | MSJ | Postage - ltr to all counsel and Judge Fallon | 12.60 |
| 06/14/12 | MSJ | In-house b/w copies of letter to all counsel and Judge Fallon (247 pgs) | 49.40 |
| 06/14/12 | SEB | Expense - lunch with mediator to discuss remaining issues with release (reimburse GEV with firm ck 11063) | 39.42 |
| 06/15/12 | SEB | In-house b/w copies of motion to enforce settlement to clients (134 pgs) | 26.80 |
| 06/15/12 | SEB | Postage - letter to clients enclosing motion to enforce settlement | 5.95 |
| 06/26/12 | SEB | In-house b/w copies of correspondence to clients re: settlement status, correspondence with counsel for PHA and City of Prichard, and relocation efforts (23 pgs) | 4.60 |
| 06/26/12 | SEB | Postage - letter to clients re: settlement status, correspondence with counsel for PHA and City of Prichard, and relocation efforts | 3.15 |
| 06/29/12 | MSJ | Postage - status of emergency hearing to all clients | 3.15 |

LITTLE, DIGES et al
DIGES LITTLE v. MITCHELL HOMES / CV-09-901153                    August 7, 2012

| Date | Init | Description | Amount |
|---|---|---|---|
| 06/29/12 | MSJ | In-house b/w copies of emergency hearing status to all clients (14 pgs) | 2.80 |
| 07/09/12 | SEB | Fax - to G. Harris re: status of proposal to move Little clients into newly remediated homes | 1.00 |
| 07/13/12 | SEB | In-house b/w copies of correspondence to clients re: potential meeting on home repairs and settlement status (24 pgs) | 4.80 |
| 07/13/12 | SEB | Postage - status to clients | 3.15 |
| 07/16/12 | SEB | Postage - correspondence to clients enclosing individual Work Authorization Agreements | 16.10 |
| 07/20/12 | SEB | In-house b/w copies of executed Settlement Agreement, executed Medicare Addenda, Order signed by Judge Fallon, and proposed Order for Judge Youngpeter for Pro-Ami hearing (170 pgs) | 34.00 |
| 07/25/12 | SEB | In-house b/w copies of correspondence to clients re: relocation process (35 pgs) | 7.00 |
| 07/25/12 | SEB | Postage - letter to clients re: relocation process | 3.15 |
| 07/26/12 | SEB | In-house b/w copies of correspondence to clients enclosing settlement agreement, Judges' Orders, and Knauf e-mails (273 pgs) | 54.60 |
| 07/26/12 | SEB | Postage - letter to clients enclosing settlement agreement, Judges' Orders, and Knauf e-mails | 15.05 |
| 08/06/12 | MSJ | Interest on client expense advance since March 2010 | 564.87 |

Total expenses: 13,450.88

**Payments & Adjustments through 08/07/12:**

03/24/10  Credit -Hampton Inn conf.
Fee/Exp/Late/Tax:     0.00     109.98 CR     0.00     0.00     109.98 CR

07/12/12  Credit/Adjustment for Georges Drywall expense reconciliation
Fee/Exp/Late/Tax:     0.00     70.37 CR     0.00     0.00     70.37 CR

Total payments & adjustments:     180.35 CR

LITTLE, DIGES et al
DIGES LITTLE v. MITCHELL HOMES / CV-09-901153

August 7, 2012

**Billing Summary**

| | Expenses |
|---|---|
| Prev. balance | 0.00 |
| New charges | 13,450.88 |
| Pmts rec'd | 0.00 |
| Pmts applied | 0.00 |
| Adjustments | 180.35 CR |
| New balance | 13,270.53 |

10