UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**PRICHARD HOUSING AUTHORITY'S AND TAYLOR MARTINO, P.C.'S MOTION FOR PAYMENT OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE STAND-ALONE SETTLEMENT AGREEMENT WITH KNAUF**

Prichard Housing Authority ("PHA"), and its counsel, Taylor Martino, P.C. ("TM"), state as follows:

1. PHA and TM move the Court to enter an Order setting a reasonable attorneys' fee for TM's representation of PHA, and ordering the payment of that attorneys' fee and TM's expenses, pursuant to a stand-alone settlement agreement between PHA and various Knauf entities ("Knauf"). Pursuant to the stand-alone settlement agreement, the attorneys' fee and expenses are to be paid by Knauf, and PHA and TM request that the Court order Knauf to pay these sums.

2. The grounds for this Motion are addressed in detail in the Supporting Memorandum filed concurrently herewith. The amount of the attorneys' fee and the amount of expenses are also addressed in the Supporting Memorandum.

Respectfully submitted,

Attorneys for Plaintiff, Prichard Housing Authority

By: /s/ Richard H. Taylor
RICHARD H. TAYLOR
TAYLOR MARTINO, P.C.
51 St. Joseph Street
Mobile, Alabama 36602
T: (251) 433-3131
F: (251) 433-4207
richardtaylor@taylormartino.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Payment of Attorney's Fees and Expenses Pursuant to Stand-Alone Settlement Agreement with Knauf and Opposition to the Fee Committee's Fee Allocation Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 28th day of June, 2016.

By: /s/ Richard H. Taylor
RICHARD H. TAYLOR