# Sarah Wallace

| | |
|---|---|
| **From:** | CDWQuestions <CDWQuestions@browngreer.com> |
| **Sent:** | Friday, June 10, 2016 2:59 PM |
| **To:** | Sarah Wallace; CDWQuestions |
| **Cc:** | Ed Rowan; Richard Taylor; Merideth Landry; Trish Honaker; Ashley Hipps; Walker Scott |
| **Subject:** | RE: Chinese Drywall - Taylor Martino Attorney Fee Report |

Good afternoon,

The properties listed on Exhibit A, the Attorney Fee Report, include any claim where a payment has been issued and the claimant is Taylor Martino primary counsel.

The properties listed on Exhibit B, Pilot Program Balance Report, include all properties represented by Taylor Martino regardless of whether or not payment has been issued.  Exhibit B also includes properties represented by Taylor Martino *and* Reeves & Mestayer, (*i.e.* Riverbend Condominiums).

Riverbend Condominiums was not included on your firm's Attorney Fee Report because they were included on Reeves & Mestayer Attorney Fee Report. If you dispute the representation of Riverbend, please contact Reeves & Mestayer to resolve the issue and notify us of any potential resolution.

Pritchard Housing Authority was not included on your firm's Attorney Fee Report because the claims were settled outside of the Pilot Program. If you believe they should be included, please provide us with the payment details for each property and we will review it.

Please contact us with any questions.

Thank you,

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia  23260
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

**From:** Sarah Wallace [mailto:Sarah@taylormartino.com]
**Sent:** Tuesday, June 07, 2016 6:25 PM
**To:** CDWQuestions
**Cc:** Ed Rowan; Richard Taylor; Merideth Landry; Trish Honaker; Ashley Hipps; Walker Scott; Katie Sanderson
**Subject:** Chinese Drywall - Taylor Martino Attorney Fee Report

**EXHIBIT G**

Dear Sir/Madam:

Please find attached Mr. Rowan's correspondence dated today, June 7, 2016, with exhibits.  Should you have any problem opening this attachment, please let us know.

Thank you,



**Sarah H. Wallace**
*Paralegal to* **RICHARD H. TAYLOR**
51 Saint Joseph Street
Mobile, Alabama 36602
Tel: (251) 433-3131
Fax:  (251) 433-4207
Email:  sarah@taylormartino.com
www.taylormartino.com

***CONFIDENTIALITY NOTICE***:  *The information contained in this communication is PRIVILEGED AND CONFIDENTIAL and intended only  for the use of the individual to whom it is addressed.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  Immediately notify us by return email if you have received this communication in error.  Please delete this communication and any copies thereof.*