# TAYLOR · MARTINO · ZARZAUR, P.C.
### LAWYERS
51 St. Joseph Street, Mobile, Alabama 36602
Phone (251) 433-3131
Fax   (251) 433-4207

## EMPLOYMENT CONTRACT

The Housing Authority of the City of Prichard, Alabama ("HACP"), does hereby employ **TAYLOR·MARTINO·ZARZAUR, P.C.**, to represent it and to institute such legal proceedings as may be necessary and proper for the recovery of damages against any and all persons, firms, corporations and/or other entity who may be liable, arising from an accident or occurrence on or about _____, 20____. By executing this contract, The HACP hereby declares that all previous contracts of employment for legal services, except contracts of or relating to the employment of Gregory L. Harris and the law firm of Jackson Harris, P.C., and contracts not related to the subject matter of this contract, are hereby revoked and rendered null and void.

For services rendered or to be rendered, the HACP hereby sets over and assigns to its attorneys, **TAYLOR·MARTINO·ZARZAUR, P.C.**, an undivided contingent interest in the subject claim in the amount of __33.3__ % in the event the case is settled, and __40__ % in the event the case "goes to trial." The HACP understands that a case is considered to have "gone to trial" once the jury is struck and empaneled, even if the case is later settled during or after trial. Finally, the HACP agrees that it will hereby set over and assign to its attorneys all interest on any judgment if its case is appealed in exchange for its attorneys representing HACP on appeal. It is hereby agreed and understood that the above attorney fee shall be deducted from the total settlement or judgment <u>prior to</u> the payment of all expenses incurred in the prosecution of HACP's case.

The HACP further understands and authorizes its attorneys to incur expenses that are necessary for the prosecution of the case, only after the HACP has been notified as the expenses are incurred, and that all said expenses will be deducted from its portion of any recovery. The HACP also will be notified, in advance, of any significant expenditure in the excess of $7,500.00, before it is incurred. The HACP understands that expenses include, but are not limited to, the following: court costs, deposition costs, costs associated with


(Initial)

**EXHIBIT H**

investigating the case, expert fees, travel expenses, copying costs, trial exhibits, and all other such reasonable costs that, in the HACP's attorneys' opinion, need to be incurred to adequately and properly prepare the case for trial or settlement. Furthermore, the HACP has authorized its attorneys to borrow funds to pay the expenses only after first notifying the HACP prior to obtaining any loans that are necessary for the prosecution of its case, and its understands that the lending institution will charge its attorneys interest for all money borrowed. The HACP understands and agrees that the interest on any such loan will also be considered an expense that is necessary for the prosecution of its case, and agrees to reimburse HACP's attorneys for incurring this expense.

The HACP has authorized its attorneys to contract with independent investigators, assistants, law clerks, and other support personnel. The HACP understands and agrees that any charges by these individuals shall also be considered as expenses.

The HACP has also been advised in accordance with Alabama Rule of Professional Conduct 1.15(g), that its attorneys will place any short term or nominal client funds in an interest on lawyers trust account ("IOLTA"), the interest of which is paid to the Alabama Civil Justice Foundation, which provides assistance to designated charities in Alabama. In the event that a recovery is made on HACP's behalf, it agrees that the interest earned on the money placed in HACP's attorneys' trust account may be paid to the Alabama Civil Justice Foundation.

The HACP agrees not to settle without the consent of its attorneys, and its attorneys agree not to settle without HACP's consent. In the event that the HACP no longer desires to have **TAYLOR • MARTINO • ZARZAUR, P.C.**, represent it, the HACP may cancel this employment contract. In the event it does cancel this employment contract, however, the HACP understands that **TAYLOR • MARTINO • ZARZAUR, P.C.**, will have the right to place an attorney's fee lien against any recovery it may receive on account of HACP's claims that are being pursued herein in accordance with the applicable law. The HACP also understands and agrees that its attorneys may withdraw from representing it at any time, upon proper notice to the HACP.

It is agreed and understood that this employment is upon a contingent fee basis. IF NO RECOVERY IS MADE, THEN THE HACP WILL NOT OWE ITS ATTORNEYS ANY SUM WHATSOEVER, INCLUDING EXPENSES, AS ATTORNEYS' FEES.

2

**IN WITNESS WHEREOF**, the parties hereto have set their hands and seals on this the _15th_ day of June, 2009.

                **HOUSING AUTHORITY OF THE CITY OF PRICHARD, ALABAMA**

                BY: _Charles Pharr_
                CHARLES PHARR, its Executive Director

                **TAYLOR MARTINO ZARZAUR**

                BY: _[signature]_

                Its: _Senior Associate Attorney_

3


(Initial)