**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**NOTICE OF SUBMISSION**

Prichard Housing Authority ("PHA") and Taylor Martino, P.C. ("TM"), hereby give notice of the following matters submitted to the Court for consideration:

1. PHA's and TM's Motion for Payment of Attorneys' Fees and Expenses Pursuant to Stand-Alone Settlement Agreement with Knauf; and

2. Memorandum in Support of PHA's and TM's Motion for Payment of Attorneys' Fees and Expenses Pursuant to Stand-Alone Settlement Agreement with Knauf.

PHA and TM request this matter be heard on July 20, 2016.

        Respectfully Submitted,

        Attorneys for Plaintiff, Prichard Housing Authority

By:    /s/ Richard H. Taylor
       RICHARD H. TAYLOR
       TAYLOR MARTINO, P.C.
       51 St. Joseph Street
       Mobile, Alabama 36602
       T: (251) 433-3131
       F: (251) 433-4207
       richardtaylor@taylormartino.com

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 28th day of June, 2016.

                      By:    /s/ Richard H. Taylor
                               RICHARD H. TAYLOR