UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | |
| DRYWALL PRODUCTS | ) | MDL NO. 2047 |
| LIABILITY LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION: L |
| | ) | |
| *ALL CASES* | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

**COHEN MILSTEIN SELLERS & TOLL PLLC AND
MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A.'S
NOTICE OF JOINDER IN PRIMARY COUNSEL'S OBJECTIONS
TO THE FEE COMMITTEE'S MOTION TO DETERMINE THE ALLOCATION OF
THE GLOBAL FEE AWARD AS BETWEEN COMMON BENEFIT ATTORNEYS AND
INDIVIDUAL COUNSEL FEES PURSUANT TO PTO 28(F) [DE20336]**

The Law Firms of COHEN MILSTEIN SELLERS & TOLL PLLC and MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A., hereby give notice of joinder in Primary Counsel, Gentle, Turner, Sexton & Harbison, LLC and McCallum, Hoaglund, Cook & Irby, LLP's Objections to the Fee Committee's Motion to Determine the Allocation of The Global Fee Award as Between Common Benefit Attorneys and Individual Counsel Fees Pursuant to PTO 28(F) [DE 20336].

1

Dated:  June 28, 2016	Respectfully submitted,

  *s/* GREGORY S. WEISS
GREGORY S. WEISS (Fla. Bar No. 163430)
MRACHEK, FITZGERALD, ROSE,
KONOPKA, THOMAS & WEISS, P.A.
505 S. Flagler Drive, Suite 600
West Palm Beach, FL 33401
Telephone: (561) 655-2250
Facsimile:   (561) 655-5537
gweiss@mrachek-law.com

Theodore J. Leopold
(Fla. Bar No. 705608)
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile:  (561) 515-1401
tleopold@cohenmilstein.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing COHEN MILSTEIN SELLERS & TOLL PLLC AND MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A.'S NOTICE OF JOINDER IN PRIMARY COUNSEL'S OBJECTIONS TO THE FEE COMMITTEE'S MOTION TO DETERMINE THE ALLOCATION OF THE GLOBAL FEE AWARD AS BETWEEN COMMON BENEFIT ATTORNEYS AND INDIVIDUAL COUNSEL FEES PURSUANT TO PTO 28(F) [DE20336] has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and Harry Rosenberg, by U.S. Mail and E-Mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 28th day of June, 2016.

    *s/* GREGORY S. WEISS
GREGORY S. WEISS (Fla. Bar No. 163430)
MRACHEK, FITZGERALD, ROSE,
KONOPKA, THOMAS & WEISS, P.A.
505 S. Flagler Drive, Suite 600
West Palm Beach, FL 33401
Telephone: (561) 655-2250
Facsimile:   (561) 655-5537
gweiss@mrachek-law.com