**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR 78.1, Taylor Martino, P.C. ("TM"), requests oral argument on TM's Opposition to the Fee Committee's Fee Allocation Motion.

    Respectfully Submitted,

    Attorneys for Plaintiff, Prichard Housing Authority

By: /s/ Richard H. Taylor
    RICHARD H. TAYLOR
    TAYLOR MARTINO, P.C.
    51 St. Joseph Street
    Mobile, Alabama 36602
    T: (251) 433-3131
    F: (251) 433-4207
    richardtaylor@taylormartino.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Oral Argument has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 28th day of June, 2016.

By: /s/ Richard H. Taylor
    RICHARD H. TAYLOR