| Case | Description |
|---|---|
| CertainTeed Fiber Cement Siding Litigation, No. 2:11-md-02270 (E.D.Pa. 2014) | Siding was degrading (shrinking, cracking, warping)--settled for $103,900,000, claimant entitled to cash payment based on (1) the extent of Damage; (2) how much siding has Damage; (3) the size of the wall; and (4) the time the Siding has been installed; at a rate of $500/square |
| Hobbie, et al. v. RCR Holdings II, LLC, et al., No. 2:09-md-02047 (E.D.La. 2012) | Drywall emitted sulfur compounds that casued functional and health concerns for residents--settled for $4,800,000 cash fund |
| Galanti v. The Goodyear Tire & Rubber Co., No. 3:03-CV-00209 (D.N.J. 2004) | Hoses used in heating unit were cracking--settled for $150,000,000 cash and $180,000,000 insurance proceeds, cash distributed by breakdown of claimants' damage: Category I (less severe); Category II (serious or failure); and Category III (those who did not qualify for Category I or II). |
| In RE: Kitec Plumbing Systems Products Liability Litigation, No. 3:09-md-02098 (N.D.Tex. 2011) | Buildings installed with Kitec Plumbing System experienced leaks--Settled for $100,000,000 compensation; claimants entitled to compensation of approximately one half of the estimated cost to repair or replace the affected pipe(s) |
| Zurn Pex Plumbing Liability Litigation, No. 8-cv-01958 (D.Minn. 2013) | Zurn brass fittings caused leaks/blockages--settled for $20,000,000, claimaints can be compensated up to 60% of damages resulting from leak(s) capped at $100,000 and 60% of re-plumb cost capped at $100,000 |
| CertainTeed Shingles MDL, No. 2:07-md-01817-LP (E.D.Pa. 2010) | CertainTeed Organic Shingles were faulty, class members included customers in and out of warranty--settled for cash based on extent of damage (upwards of $600,000,000), claimants entitled to compensation of US$34 per square, US$40 per square, or US$74 per square depending on the circumstances of the claim |
| Ross v. Trex Co., No. 5:09-cv-00670 (N.D.Cal. 2009) | Faulty deck/railing construction--settled for direct product replacement OR cash equivalent of US$0.18 per linear foot of product board to be replaced (avg. $225 per customer) |
| Postier v. Lousisana-Pacific Co., No. C09-3290 JCS (N.D.Cal 2010) | Faulty deck/railing construction--settled for direct product replacement OR cash payment of $3.78 per linear foot for the damaged deck material (less a "reasonable use" deduction of 10% per year) or $1.78 for each $2.00 of material cost paid for the railing damage. |
| Naef v. Masonite Corp., No. CV-94-4033 (C.Al. 1998) | Masonite siding was degrading (shrinking, cracking, warping)--claimants entitled to compensation for average cost per square foot for siding replacement; if 75% of a structure's siding qualifies, claimant compensated for entire structure |
| PABCO HO-25/HZ-25 Roofing Shingle Litigation, No. 03-2-40234-6 SEA (Sup. Cot., Washington 2006) | Pabco installed bad shingles--settlement forced them to pay compensation to claimants at a rate of $60.50 per square for Appearance compensation, or either $140, $160, or $225 per square for varying degrees of Performance compensation |