UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| *Hobbie, et al. v.* *RCR Holdings II, LLC, et al.,* | ) ) ) | JUDGE FALLON |
| No. 10-1113 | ) ) ) ) | MAG. JUDGE WILKINSON |

### VILLA LAGO PLAINTIFFS' MOTION FOR A FINAL AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS

Coastal Settlement Class Counsel ("Class Counsel") hereby submit the following Memorandum in Support of Motion for A Final Award of Attorneys' Fees and Reimbursement of Costs. Class Counsel request from the Class Action Settlements: (1) a fee award of **$6,421,516.36**, and (2) an award of costs of **$232,996.00**. For the reasons set forth in the accompanying memorandum in support, this motion should be GRANTED.

Dated: June 28, 2016                                    Respectfully submitted,

  */s/ Gary E. Mason*


  */s/ Gary E. Mason*
  Gary E. Mason
  WHITFIELD BRYSON & MASON LLP
  5101 Wisconsin Avenue NW, Suite 305
  Washington, D.C. 20016
  Telephone: (202) 429-2290
  Facsimile: (202) 429-2294
  gmason@wbmllp.com
  Joel R. Rhine

1

RHINE LAW FIRM
1612 Military Cutoff Rd
Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
Facsimile: (910) 772-9062
jrr@rhinelawfirm.com

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN, P.A.
515 North Flagler Drive, 20th Floor
West Palm Beach, Florida 33401
Telephone: (561) 832-5900
Facsimile: (954) 562-9199
alinkhorst@ciklinlubitz.com

*Counsel for the Coastal Settlement Class*

Gregory S. Weiss (Fla. Bar No. 163430)
Mracheck, Fitzgerald, Rose, Konopka & Dow, P.A.
505 S. Flagler Drive, Suite 600
West Palm Beach, FL 33401
Tel.: (561) 655-2250
Fax: (561) 655-5537
gweiss@mrachek-law.com
psymons@mrachek-law.com

*Counsel for RCR Holdings II, LLC*

2

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this _____ day of June, 2016.

 */s/ Gary E. Mason*
Gary E. Mason