# EXHIBIT 2

### ***FRE RULE 408 – PRIVILEGED AND CONFIDENTIAL COMMUNICATIONS***

#### SETTLEMENT TERM SHEET

Between Villa Lagos Unit Owners/Occupants ("Plaintiffs"), RCR, and the Knauf Defendants ("Knauf"). This settlement Term Sheet is pursuant to and in accordance with The Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL 2047 (Rec. Doc. 12061-5) ("Knauf Class Settlement Agreement").

1. Knauf will have Moss & Associates remediate pursuant to the Remediation Protocol attached as Exhibit F to the Knauf Class Settlement Agreement the "all KPT" units within Villa Lagos. Knauf currently believes there are 101 such units (subject to verification by Knauf). Plaintiffs believe there may be approximately 10 more such units. Knauf and Plaintiffs agree to further inspections for these approximately 10 units to confirm whether or not they are "all KPT" units as that term is defined in the Knauf Class Settlement. The approximate per square foot unit cost of remediating these units is $83,439 per unit based on 101 units.

2. Knauf will have GFA International provide Environmental Certificates in the form attached as Exhibit B to the Knauf Class Settlement Agreement for the "all KPT" units. The cost for these inspections is $250 per unit.

3. For owner-occupied "all KPT" units, the owners will receive $8.50 per ANSI square foot to cover their soft costs (move in/move out expenses) consistent with the Knauf Class Settlement Agreement. For owner-occupied "all KPT" units, such unit owners may also assert claims against the Knauf Class Settlement Other Loss Fund.

4. For commercial owners of "all KPT" units, they may seek to recover their economic losses from the Other Loss Fund as that term is defined in the Knauf Class Settlement.

5. There are approximately 22 mixed board units (as that term is defined in the Knauf Class Settlement Agreement) and those unit owners are entitled to a cash payment per the Knauf Class Settlement Agreement. Cash payments for mixed board units shall be placed into a court-approved escrow account, and will be held in that account and distributed to a plan of distribution to be approved by Judge Fallon.

6. This offer applies to all Villa Lagos "all KPT" unit owners (owner occupants and commercial), tenants and owners and tenants of mixed board units that do not opt out of the Knauf Class Settlement.

7. All attorneys' fees and costs associated with this Term Sheet are to be paid in accordance with the Knauf Class Settlement attorneys' fees and costs fund (section 14 of the Knauf Class Settlement Agreement). Nothing in this agreement shall make any other Defendants' fees

eligible for payment from the Knauf Class Settlement Attorneys' fees and costs fund. In the event the Knauf Class Settlement is not finally approved or otherwise vacated, attorneys' fees shall be determined by Judge Fallon in accordance with Paragraph 14 of the Demonstration Remediation Program.

8. By entering into this Term Sheet Agreement, Knauf solely retains its contribution rights against the Banner settlement in MDL 2047 and the Builder/Installer settlement in MDL 2047. Knauf expressly waives its rights to contribution against the RCR settlement, Defendant RCR and contributions from Coastal's Insurers that are not already included in the Builder/Installer Settlement in MDL 2047.

9. Remediation under this agreement will not begin until the earlier of Plaintiffs' resolution of their claims against Coastal or June 30, 2013.

10. Knauf will make a lump sum contribution of $75,000 to be placed in an account managed by Plaintiffs/RCR and used for the purpose of satisfying owners and occupants of unaffected units who claim inconvenience or annoyance associated with the remediation of "all KPT" units. The fund shall be capped at $75,000, and Knauf shall have no further liability to those who live in unaffected units. Plaintiff/RCR counsel shall have full and exclusive control to distribute these funds as they see fit. This provision only applies if remediation is limited to "all KPT" units. Ultimately, if all affected units are settled, this provision shall not apply.

ACKNOWLEDGED AND AGREED:

GARY MASON on behalf of Plaintiffs ~~Defendants~~
Date: 9-25-2012

KERRY J. MILLER, on behalf of Knauf
Date: Sept 25, 2012

GREG WEISS on behalf of RCR
Date: 9/25/2012