# EXHIBIT 3

# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *

\* also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

August 8, 2013

**VIA EMAIL**

Gary E. Mason, Esquire
**WHITFIELD, BRYSON & MASON, LLP**
1625 Massachusetts Ave., N.W.
Suite 605
Washington, D.C. 20036

RE:   **Chinese Drywall Litigation**

Dear Gary:

This will confirm the fee distribution in connection with Villa Lago. It applies to all plaintiff parties represented. Below sets forth our position which you have agreed to. Obviously, there can be no distribution of any monies until our joint MDL petition for counsel fees and costs is presented to the Court. This petition will deal with entitlement as well as the allocation amongst handling attorneys and the common benefit group of attorneys. Judge Fallon will be the sole arbiter in connection with the same. The Villa Lago attorney fee and cost fund must be allocated in the following manner:

Knauf--Fees derived from the $160 million KPT Atty Fee fund.

NON-KNAUF sources of money, you have or are expecting/projecting the following amounts:

RCR --$4,800,000.00 less $2,376,000 (credit from the Global Settlement).
Thus $2,424,000 is new money.

Banner--$2,002,220.20–All funds are subject to paragraph 14.7 of Banner Settlement.

**LEVIN, FISHBEIN, SEDRAN & BERMAN**

Gary E. Mason, Esquire
August 8, 2013
Page 2

       Global--$1,162,800.00   All fees and costs awarded by the court pursuant to Paragraph 16.6 of the Global Settlement Agreement

       Coastal--$7,200,000.00 less $3,936,000 (credit from Global Settlement) or $3,264,000 is new money.

As stated above, all fees and costs on individual retainer agreements and common benefit fees are covered by the Knauf, Banner and Global settlement agreements. They will be distributed only upon order of the Court after filing of a petition relative to the same.

All new money in addition to monies covered by the class action settlements are subject to a voluntary payment of 17% (12% fees, 5% costs) pursuant to the Court's Order of April 13, 2011 at Rec.Doc. 8545.

We intend to present a summary to the Court in accordance with this letter as a PSC filing.

       Sincerely,

       ARNOLD LEVIN

/mmh

cc: Russ M. Herman, Esquire
    Leonard A. Davis, Esquire
    Gregory S. Weiss, Esquire
    Fred S. Longer, Esquire