UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED<br>      DRYWALL PRODUCTS<br>      LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| *Hobbie, et al. v.*<br>*RCR Holdings II, LLC, et al.,* | JUDGE FALLON |
| No. 10-1113 | |
| | MAG. JUDGE WILKINSON |

**DECLARATION OF GARY E. MASON IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND
REIMBURSEMENT OF EXPENSES TO SETTLEMENT CLASS COUNSEL**

Gary E. Mason, pursuant to 28 U.S.C. § 1746, based upon his personal knowledge, information, and belief, attests to the following:

1. I, Gary E. Mason, serve as Plaintiffs' Counsel for the Plaintiffs in the above-captioned action. I am a Partner and Co-Founder of Whitfield Bryson & Mason LLP in Washington, D.C.

2. I am submitting this affidavit in support of my firm's application for an award of attorneys' fees in connection with services rendered to the Plaintiffs and the Class and the reimbursement of expenses incurred by my firm to date in the course of this litigation.

3. My Firm has been involved in all aspects of this litigation. Together with the other Class Counsel, we researched the factual basis for the claims advanced; formulated and researched the legal theories for relief; and conducted factual and legal research; we retained and consulted with experts in construction defects; we investigated hundreds of units; we organized

several community meetings and met with or otherwise communicated with hundreds of class members; we engaged in formal and informal discovery, including the review and organization of more than 50 boxes of plans, specifications and related material produced by Coastal; we briefed various legal issues, including the economic loss rule, as directed by the Court, we led the extended negotiations which led to settlements with both RCR and the Coastal Defendants.

The *Hobbie* action was filed on September 21, 2009 in the Circuit Court for Palm Beach County, Florida. It was removed by Defendant Banner Supply Company, Inc. on February 26, 2010, then transferred to this Court pursuant to MDL procedures. On February 15-16, 2011, Settlement Class Counsel participated in a mediation before Richard O. Kingrea in Miami, Florida. By order of this Court, the mediation was continued in New Orleans, Louisiana on March 22, 2011. The mediation did not result in the resolution of this matter. Thereafter, the parties attended an informal mediation in Miami, Florida on December 9, 2011; attended Court-ordered mediation before Dan Balhoff, on August 22-23; attended Court-ordered mediation on January 15-16, 2013. Ultimately, after numerous back and forth discussions – both at the mediations and the days that followed - the Settling Parties finally reached an agreement memorialized on a Settlement Term Sheet dated January 29, 2013. Our Firm was extensively involved in the very complex negotiation of the settlement with Defendants, the drafting of settlement papers and the motion for preliminary approval, final approval and the hearings held in connection thereto. After notice was disseminated, our Firm responded to several hundred requests for information and questions and continue to respond to requests for information.

The Court entered the Final Order and Judgment Certifying the Coastal Settlement Class, Appointing Class Counsel, and Granting Final Approval of the Settlement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance

Commons in MDL. No. 2047 on October 21, 2013 (Dkt. # 17177). Since that time, Class Counsel has worked closely with the Coastal Defendants to ensure the funding of the Settlement. Class Counsel has also coordinated with Moss and Brown Greer with respect to the implementation of the Settlement. Class Counsel and a team of paralegals are in daily communication with Moss and Class Members to answer Class Member's questions and ensure all documentation has been properly prepared and submitted so that the remediation can proceed as scheduled. It is anticipated that Class Counsel will be actively engaged in the remediation project until its completion in late-2014.

4. The chart attached hereto as Exhibit A is a summary of time spent by the attorneys of my firm on this litigation, and the lodestar calculation based on my firm's current billing rates. The chart includes the name of each attorney who has worked on the matter, the current hourly billing rate and the hours expended by each attorney. The chart was prepared from contemporaneous time records prepared by my firm, which are available for submission to this Court at its request.

5. The chart attached hereto as Exhibit B is a detailed summary of the expenses spent by my firm on this litigation to date and expenses related to the cost to inspect each unit at Villa Lago. The total amount for these expenses is $183,910.36.

6. The total number of hours spent on this litigation against Defendants by my firm from the inception of the case through the present is 3,681.49 hours. The total lodestar for attorney time based on the firm's current rates is $1,314,217.00. The hourly rates in the chart, Exhibit A, are the same rates which my firm utilizes in all of its non-contingent matters and/or which have been accepted and approved in other complex contingent class action litigation.

8. I declare under penalty of perjury and the laws of this Court that the foregoing is true and correct.

Date: December 10, 2013 /s/ Gary E. Mason

Gary E. Mason

Case 2:09-md-02047-EEF-MBN Document 20347-6 Filed 06/28/16 Page 4 of 15

Case 2:09-md-02047-EEF-MBN   Document 20347-6   Filed 06/28/16   Page 5 of 15
Case 2:09-md-02047-EEF-JCW   Document 17320-9   Filed 12/10/13   Page 5 of 15

EXHIBIT A

*Hobbie, et al., v. RCR Holdings, II, LLC*

Whitfield Bryson & Mason LLP

EXHIBIT A

| Name | Position | Hours | Rate | Total |
|---|---|---|---|---|
| Gary E. Mason | Partner | 900.75 | $680.00 | $612,510.00 |
| Donna F. Solen | Partner | 609.90 | $570.00 | $347,643.00 |
| Jason S. Rathod | Associate | 11.25 | $294.00 | $3,307.50 |
| Monica Bansal | Associate | 152.25 | $250.00 | $38,062.50 |
| Monica C. DiCocco | Paralegal | 763.25 | $180.00 | $137,385.00 |
| Shannon B. Kelley | Paralegal | 859.50 | $150.00 | $128,925.00 |
| Amanda K. Mkamanga | Paralegal | 43.60 | $150.00 | $6,540.00 |
| Lee A. Siegel | Paralegal | 287.25 | $120.00 | $34,470.00 |
| Amanda M. DiCocco | Paralegal | 53.74 | $100.00 | $5,374.00 |
| **TOTAL** | | **3681.49** | | **$1,314,217.00** |

EXHIBIT B

In House Expenses-Whitfield Bryson Mason

(f/k/a Mason LLP)

| Description | Total |
|---|---|
| Transcripts/Court Reporting | $869.79 |
| Research | $5,982.10 |
| Reference Materials | $99.95 |
| Photocopies | $754.67 |
| Filing Fee/Service | $721.85 |
| Facsmilie | $4.40 |
| Conference Call | $663.78 |
| Express Mail/Postage | $2,171.30 |
| Travel Expenses | $26,416.77 |
| Total Expenses | $37,684.61 |

## CDW EXPERT EXPENSES
### Rhine Law Firm, PC
### 12/2009 - Present

**EXHIBIT B - Expert Expenses - Paid by Litigation Group**

| Statement Date | Expert Description | Amount |
|---|---|---:|
| 1/22/2010 | ALS Laboratory (Carlos) | 150.00 |
| 1/22/2010 | ALS Laboratory (Ercolino) | 150.00 |
| 1/22/2010 | ALS Laboratory (Irvin) | 150.00 |
| 1/22/2010 | ALS Laboratory (Jolly) | 150.00 |
| 1/22/2010 | ALS Laboratory (Kallfelz) | 150.00 |
| 1/22/2010 | ALS Laboratory (Renaissance Commons) | 150.00 |
| 1/22/2010 | ALS Laboratory (15 Units at Renaissance Commons) | 750.00 |
| 12/21/2012 | Benchmark Remediation Group (Baron) | 600.00 |
| 12/21/2012 | Benchmark Remediation Group (Cammarata) | 600.00 |
| 12/21/2012 | Benchmark Remediation Group (Copello) | 600.00 |
| 12/21/2012 | Benchmark Remediation Group (DeMaio) | 600.00 |
| 12/21/2012 | Benchmark Remediation Group (Dileo) | 600.00 |
| 12/21/2012 | Benchmark Remediation Group (Gani) | 600.00 |
| 12/21/2012 | Benchmark Remediation Group (Luntz) | 600.00 |
| 12/21/2012 | Benchmark Remediation Group (Polovin) | 600.00 |
| 12/21/2012 | Benchmark Remediation Group (Shepard) | 600.00 |
| 12/21/2012 | Benchmark Remediation Group (Stock) | 600.00 |
| 12/21/2012 | Benchmark Remediation Group (Twin Crest) | 600.00 |
| 12/21/2012 | Benchmark Remediation Group (Wood) | 600.00 |
| 12/21/2012 | Benchmark Remediation Group (Yasinski) | 600.00 |
| 2/25/2011 | Berman & Wright | 313.50 |
| 7/29/2011 | BrightClaim (Graham-Dayton) | 250.00 |
| 7/29/2011 | BrightClaim (Johnson-Knoth) | 250.00 |
| 7/29/2011 | BrightClaim (Minuto) | 250.00 |
| 7/29/2011 | BrightClaim (Shaya) | 250.00 |
| 10/31/2011 | BrightClaim (Dileo) | 250.00 |
| 10/31/2011 | BrightClaim (Jolly) | 250.00 |
| 12/31/2009 | BrightClaim (Axelrod) | 250.00 |
| 12/31/2009 | BrightClaim (Balassone) | 250.00 |
| 12/31/2009 | BrightClaim (Balassone) | 100.00 |
| 12/31/2009 | BrightClaim (Balassone) | 250.00 |
| 12/31/2009 | BrightClaim (Baron) | 250.00 |
| 12/31/2009 | BrightClaim (Bashein) | 250.00 |
| 1/14/2010 | BrightClaim (Boroscope) | 1,825.20 |
| 12/31/2009 | BrightClaim (Bragoli) | 250.00 |
| 12/31/2009 | BrightClaim (Brice) | 250.00 |
| 12/31/2009 | BrightClaim (Camastra) | 250.00 |
| 12/31/2009 | BrightClaim (Cammarata) | 100.00 |
| 12/31/2009 | BrightClaim (Cammarata) | 250.00 |
| 12/31/2009 | BrightClaim (Campbell) | 250.00 |
| 12/31/2009 | BrightClaim (Carbone) | 100.00 |
| 12/31/2009 | BrightClaim (Carbone) | 250.00 |
| 12/31/2009 | BrightClaim (Chandra) | 250.00 |
| 12/31/2009 | BrightClaim (Cohen, Jay) | 250.00 |

Case 2:09-md-02047-EEF-MBN Document 20347-6 Filed 06/28/16 Page 8 of 15
Case 2:09-md-02047-EEF-JCW Document 17320-3 Filed 12/10/13

EXHIBIT B

# CDW EXPERT EXPENSES
## Rhine Law Firm, PC
### 12/2009 - Present

| | | |
|---|---|---:|
| **12/31/2009** | BrightClaim (Cohen, Richard) | 250.00 |
| **12/31/2009** | BrightClaim (Conlin) | 250.00 |
| **12/31/2009** | BrightClaim (Csakanyos) | 250.00 |
| **12/31/2009** | BrightClaim (Csakanyos) | 100.00 |
| **12/31/2009** | BrightClaim (Dalal) | 250.00 |
| **12/31/2009** | BrightClaim (Edwards) | 250.00 |
| **12/31/2009** | BrightClaim (Englander) | 250.00 |
| **12/31/2009** | BrightClaim (Flaherty) | 250.00 |
| **12/31/2009** | BrightClaim (Flaherty) | 250.00 |
| **12/31/2009** | BrightClaim (Gottlob) | 250.00 |
| **12/31/2009** | BrightClaim (Hahn) | 250.00 |
| **12/31/2009** | BrightClaim (Ijac) | 250.00 |
| **12/31/2009** | BrightClaim (Ijac) | 250.00 |
| **12/31/2009** | BrightClaim (Irvin) | 250.00 |
| **12/31/2009** | BrightClaim (Jordan) | 250.00 |
| **12/31/2009** | BrightClaim (Kallfelz) | 250.00 |
| **12/31/2009** | BrightClaim (Kellner) | 250.00 |
| **12/31/2009** | BrightClaim (Klemm) | 250.00 |
| **12/31/2009** | BrightClaim (Klemm) | 100.00 |
| **12/31/2009** | BrightClaim (Kroll) | 250.00 |
| **12/31/2009** | BrightClaim (Kropf) | 250.00 |
| **12/31/2009** | BrightClaim (LaSala) | 250.00 |
| **12/31/2009** | BrightClaim (Lattanzio) | 250.00 |
| **12/31/2009** | BrightClaim (Luntz) | 250.00 |
| **12/31/2009** | BrightClaim (Luntz) | 250.00 |
| **12/31/2009** | BrightClaim (Madigan) | 250.00 |
| **12/31/2009** | BrightClaim (Maesel) | 250.00 |
| **12/31/2009** | BrightClaim (Maness) | 250.00 |
| **12/31/2009** | BrightClaim (Michaud) | 250.00 |
| **12/31/2009** | BrightClaim (Miller, William) | 250.00 |
| **12/31/2009** | BrightClaim (Minuto) | 250.00 |
| **12/31/2009** | BrightClaim (Molina) | -250.00 |
| **12/31/2009** | BrightClaim (Morenstein) | 250.00 |
| **12/31/2009** | BrightClaim (Murray, Brian) | 250.00 |
| **12/31/2009** | BrightClaim (Murray, Paul and Lois) | 250.00 |
| **12/31/2009** | BrightClaim (Murray, Paul) | 250.00 |
| **12/31/2009** | BrightClaim (Okaily, Aly) | 250.00 |
| **12/31/2009** | BrightClaim (Ovicher) | 250.00 |
| **12/31/2009** | BrightClaim (Panico) | 250.00 |
| **12/31/2009** | BrightClaim (Pereca) | 250.00 |
| **12/31/2009** | BrightClaim (Polovin) | 250.00 |
| **12/31/2009** | BrightClaim (Poplausky) | 250.00 |
| **12/31/2009** | BrightClaim (Proske) | 250.00 |
| **12/31/2009** | BrightClaim (Ramos, Manuel) | 250.00 |
| **12/31/2009** | BrightClaim (Ramos, Marianne) | 250.00 |
| **12/31/2009** | BrightClaim (Rayman) | 250.00 |

## CDW EXPERT EXPENSES
## Rhine Law Firm, PC
## 12/2009 - Present

| Date | Description | Amount |
|---|---|---|
| 12/31/2009 | BrightClaim (Renzetti) | 250.00 |
| 12/31/2009 | BrightClaim (Riback) | 250.00 |
| 12/31/2009 | BrightClaim (Riback) | 250.00 |
| 12/31/2009 | BrightClaim (Richman) | 250.00 |
| 12/31/2009 | BrightClaim (Rovezzi) | 250.00 |
| 12/31/2009 | BrightClaim (Rovezzi) | 100.00 |
| 12/31/2009 | BrightClaim (Sabatino) | 100.00 |
| 12/31/2009 | BrightClaim (Sabatino) | 250.00 |
| 12/31/2009 | BrightClaim (Schmidt) | 250.00 |
| 12/31/2009 | BrightClaim (Schour - Mitchell) | 250.00 |
| 12/31/2009 | BrightClaim (Shaya) | 250.00 |
| 12/31/2009 | BrightClaim (Sheperd) | 250.00 |
| 12/31/2009 | BrightClaim (Sheperd) | 250.00 |
| 12/31/2009 | BrightClaim (Smith) | 250.00 |
| 12/31/2009 | BrightClaim (Smith) | 100.00 |
| 12/31/2009 | BrightClaim (Stock) | 250.00 |
| 12/31/2009 | BrightClaim (Taylor) | 100.00 |
| 12/31/2009 | BrightClaim (Taylor) | 250.00 |
| 12/31/2009 | BrightClaim (Temple) | 250.00 |
| 12/31/2009 | BrightClaim (Temple) | 250.00 |
| 12/31/2009 | BrightClaim (Thompson) | 250.00 |
| 12/31/2009 | BrightClaim (Thompson) | 100.00 |
| 12/31/2009 | BrightClaim (Tilmann) | 250.00 |
| 12/31/2009 | BrightClaim (Tuller Investments) | 250.00 |
| 12/31/2009 | BrightClaim (Wiley) | 250.00 |
| 12/31/2009 | BrightClaim (Wiley) | 100.00 |
| 12/31/2009 | BrightClaim (Wiley) | 250.00 |
| 12/31/2009 | BrightClaim (Wiley) | 250.00 |
| 12/31/2009 | BrightClaim (Wiley) | 100.00 |
| 12/31/2009 | BrightClaim (Wojcik) | 250.00 |
| 12/31/2009 | BrightClaim (Wood) | 250.00 |
| 12/31/2009 | BrightClaim (Young) | 250.00 |
| 12/31/2009 | BrightClaim (Young) | 100.00 |
| 12/31/2009 | BrightClaim (Zagalsky) | 250.00 |
| 12/31/2009 | BrightClaim (Zhou) | 250.00 |
| 12/31/2009 | BrigthClaim (Twin Crest) | 250.00 |
| 11/30/2009 | BrightClaim (Baez) | 250.00 |
| 11/30/2009 | BrightClaim (Bast) | 250.00 |
| 11/30/2009 | BrightClaim (Casalengo) | 250.00 |
| 11/30/2009 | BrightClaim (D'Ambrosio) | 250.00 |
| 11/30/2009 | BrightClaim (DeNavea, Marta Lisa) | 250.00 |
| 11/30/2009 | BrightClaim (DeNavea, Marta) | 250.00 |
| 11/30/2009 | BrightClaim (Ditianquin) | 250.00 |
| 11/30/2009 | BrightClaim (Eubank) | 250.00 |
| 11/30/2009 | BrightClaim (Figueroa) | 250.00 |
| 11/30/2009 | BrightClaim (Gazzal) | 250.00 |

Case 2:09-md-02047-EEF-MBN Document 20347-6 Filed 06/28/16 Page 10 of 15
Case 2:09-md-02047-EEF-JCW Document 17320-9 Filed 12/10/13 Page 10 of 15
EXHIBIT B

# CDW EXPERT EXPENSES
## Rhine Law Firm, PC
### 12/2009 - Present

| Date | Description | Amount |
|---|---|---:|
| 11/30/2009 | BrightClaim (Grace) | 250.00 |
| 11/30/2009 | BrightClaim (Graham-Dayton) | 250.00 |
| 11/30/2009 | BrightClaim (Haworth Holdings) | 250.00 |
| 11/30/2009 | BrightClaim (Hobbie) | 250.00 |
| 11/30/2009 | BrightClaim (Jioia, Perry) | 250.00 |
| 11/30/2009 | BrightClaim (Jioia, Robert) | 250.00 |
| 11/30/2009 | BrightClaim (Johnson-Knoth) | 250.00 |
| 11/30/2009 | BrightClaim (Kaufman) | 250.00 |
| 11/30/2009 | BrightClaim (Kolich) | 250.00 |
| 11/30/2009 | BrightClaim (Kolich) | 250.00 |
| 11/30/2009 | BrightClaim (Kovens) | 250.00 |
| 11/30/2009 | BrightClaim (Kramer) | 250.00 |
| 11/30/2009 | BrightClaim (Krause) | 250.00 |
| 11/30/2009 | BrightClaim (Leone) | 250.00 |
| 11/30/2009 | BrightClaim (Lewis) | 250.00 |
| 11/30/2009 | BrightClaim (Litwin) | 250.00 |
| 11/30/2009 | BrightClaim (Loutfy) | 250.00 |
| 11/30/2009 | BrightClaim (Meinholz) | 250.00 |
| 11/30/2009 | BrightClaim (Molina) | 250.00 |
| 11/30/2009 | BrightClaim (Molina) | 250.00 |
| 11/30/2009 | BrightClaim (Pereca) | 250.00 |
| 11/30/2009 | BrightClaim (Piccolo) | 250.00 |
| 11/30/2009 | BrightClaim (Polychronopoulos) | 250.00 |
| 11/30/2009 | BrightClaim (Santillo) | 250.00 |
| 11/30/2009 | BrightClaim (Seigel) | 250.00 |
| 11/30/2009 | BrightClaim (Zitner) | 250.00 |
| 1/29/2010 | BrightClaim (Dileo) | 250.00 |
| 1/29/2010 | BrightClaim (Ercolino) | 250.00 |
| 1/29/2010 | BrightClaim (Gani) | 250.00 |
| 1/29/2010 | BrightClaim (Jolly) | 250.00 |
| 1/29/2010 | BrightClaim (Lemberg) | 250.00 |
| 1/29/2010 | BrightClaim (LLG Investment) | 250.00 |
| 1/29/2010 | BrightClaim (Miller, Robert) | 250.00 |
| 1/29/2010 | BrightClaim (Vargas) | 250.00 |
| 1/29/2010 | BrightClaim (Yasinski) | 250.00 |
| 3/31/2010 | BrightClaim (Aguilar) | 250.00 |
| 3/31/2010 | BrightClaim (Cherry Blossom) | 250.00 |
| 3/31/2010 | BrightClaim (DeMaio) | 250.00 |
| 3/31/2010 | BrightClaim (Marks) | 250.00 |
| 5/28/2010 | BrightClaim (Federal Express Charge) | 113.26 |
| 6/30/2010 | BrightClaim (Federal Express Charge) | 138.36 |
| 7/30/2010 | BrightClaim (Federal Express Charge) | 32.55 |
| 8/31/2010 | BrightClaim (Dobric) | 250.00 |
| 8/31/2010 | BrightClaim (Loutfy) | 190.00 |
| 8/31/2010 | BrightClaim (Okaily, A.M.) | 275.00 |
| 8/31/2010 | BrightClaim (Panico) | 190.00 |

Case 2:09-md-02047-EEF-MBN   Document 20347-6   Filed 06/28/16   Page 11 of 15
Case 2:09-md-02047-EEF-JCW   Document 17320-9   Filed 12/10/13   Page 11 of 15
EXHIBIT B

# CDW EXPERT EXPENSES
## Rhine Law Firm, PC
## 12/2009 - Present

| Date | Description | Amount |
|---|---|---:|
| 8/31/2010 | BrightClaim (Penzimer) | 250.00 |
| 8/31/2010 | BrightClaim (Polychronopoulos) | 190.00 |
| 8/31/2010 | BrightClaim (Posner) | 190.00 |
| 8/31/2010 | BrightClaim (Rovezzi) | 250.00 |
| 8/31/2010 | BrightClaim (Federal Express Charge) | 43.42 |
| 9/30/2010 | BrightClaim (Jioia, Perry) | 250.00 |
| 9/30/2010 | BrightClaim (Renzetti) | 250.00 |
| 9/30/2010 | BrightClaim (Young) | 250.00 |
| 10/29/2010 | BrightClaim (Balassone) | 250.00 |
| 10/29/2010 | BrightClaim (Jioia, Perry) | 100.00 |
| 10/29/2010 | BrightClaim (Temple) | 250.00 |
| 10/29/2010 | BrightClaim (Zhou) | 250.00 |
| 10/29/2010 | BrightClaim (Federal Express Charge) | 52.44 |
| 11/30/2010 | BrightClaim (Balassone) | 250.00 |
| 11/30/2010 | BrightClaim (Cherry Blossom) | 250.00 |
| 11/30/2010 | BrightClaim (Temple) | 250.00 |
| 11/30/2010 | BrightClaim (Federal Express Charge) | 153.69 |
| 11/30/2010 | BrightClaim (Federal Express Charge) | 44.59 |
| 11/30/2010 | BrightClaim (Federal Express Charge) | 124.83 |
| 12/30/2010 | BrightClaim (Federal Express Charge) | 28.29 |
| 1/31/2011 | BrightClaim (Aguilar) | 250.00 |
| 1/31/2011 | BrightClaim (Balassone) | 250.00 |
| 1/31/2011 | BrightClaim (Hahn) | 250.00 |
| 1/31/2011 | BrightClaim (Kallfelz) | 250.00 |
| 1/31/2011 | BrightClaim (Kaufman) | 250.00 |
| 1/31/2011 | BrightClaim (Krause) | 250.00 |
| 1/31/2011 | BrightClaim (Miler, Robert) | 250.00 |
| 1/31/2011 | BrightClaim (Miler, William) | 250.00 |
| 1/31/2011 | BrightClaim (Taylor-Hoxter) | 250.00 |
| 2/28/2011 | BrightClaim (Lewis) | 250.00 |
| 3/31/2011 | BrightClaim (Baron) | 50.00 |
| 3/31/2011 | BrightClaim (Carlos) | -250.00 |
| 3/31/2011 | BrightClaim (Carlos) | 250.00 |
| 3/31/2011 | BrightClaim (Jioia, Perry) | 250.00 |
| 3/31/2011 | BrightClaim (Jioia, Perry) | -250.00 |
| 3/31/2011 | BrightClaim (Lewis) | -250.00 |
| 3/31/2011 | BrightClaim (Lewis) | 250.00 |
| 3/31/2011 | BrightClaim (Madigan) | 100.00 |
| 3/31/2011 | BrightClaim (Ramos, Manuel) | 250.00 |
| 3/31/2011 | BrightClaim (Wood) | 50.00 |
| 1/31/2012 | BrightClaim (Hahn) | 250.00 |
| 5/28/2010 | BrightClaim (Bragoli) | 100.00 |
| 5/28/2010 | BrightClaim (Conlin) | 100.00 |
| 5/28/2010 | BrightClaim (Copello) | 250.00 |
| 5/28/2010 | BrightClaim (Haywood) | 250.00 |
| 5/28/2010 | BrightClaim (Ijac) | 100.00 |

Case 2:09-md-02047-EEF-MBN   Document 20347-6   Filed 06/28/16   Page 12 of 15
Case 2:09-md-02047-EEF-JCW   Document 17320-9   Filed 12/10/13   Page 12 of 15

EXHIBIT B

# CDW EXPERT EXPENSES
## Rhine Law Firm, PC
## 12/2009 - Present

| Date | Payee | Amount |
|---|---|---:|
| 5/28/2010 | BrightClaim (Ijac) | 100.00 |
| 5/28/2010 | BrightClaim (Irvin) | 100.00 |
| 5/28/2010 | BrightClaim (Kallfelz) | 100.00 |
| 5/28/2010 | BrightClaim (Maesel) | 100.00 |
| 5/28/2010 | BrightClaim (Mogor) | 250.00 |
| 5/28/2010 | BrightClaim (Renzetti) | 100.00 |
| 5/28/2010 | BrightClaim (Temple) | 100.00 |
| 5/28/2010 | BrightClaim (Wiley) | 100.00 |
| 12/30/2010 | BrightClaim (Leone) | 250.00 |
| 12/30/2010 | BrightClaim (Poplausky) | 250.00 |
| 1/27/2011 | Digital Evidence (Hobbie) | 2,362.50 |
| 2/8/2011 | Digital Evidence (Hobbie) | 2,334.25 |
| 2/14/2011 | Digital Evidence (Hobbie) | 4,696.75 |
| 2/14/2011 | Digital Evidence (Hobbie) | 1,941.46 |
| 1/13/2010 | Dunkelberger Engineering | 1,865.00 |
| 4/23/2010 | Leslie Kaufman | 75.00 |
| 2/24/2010 | Linkhorst & Hockin, PA | 1,099.22 |
| 9/24/2009 | Linkhorst & Hockin, PA (Chinese Drywall Litigation) | 150.00 |
| 9/24/2009 | Linkhorst & Hockin, PA (Hobbie) | 668.50 |
| 1/15/2010 | Mr. Handyman | 430.14 |
| 3/12/2010 | Mr. Handyman | 458.76 |
| 5/4/2010 | Mr. Handyman | 734.36 |
| 5/26/2010 | Mr. Handyman | 935.00 |
| 7/30/2010 | Mr. Handyman | 190.00 |
| 7/30/2010 | Mr. Handyman | 190.00 |
| 7/30/2010 | Mr. Handyman | 190.00 |
| 8/26/2010 | Mr. Handyman | 190.00 |
| 9/27/2010 | Mr. Handyman | 190.00 |
| 9/27/2010 | Mr. Handyman | 190.00 |
| 9/27/2010 | Mr. Handyman | 190.00 |
| 10/1/2010 | Mr. Handyman | 190.00 |
| 10/1/2010 | Mr. Handyman | 190.00 |
| 10/1/2010 | Mr. Handyman | 190.00 |
| 10/20/2010 | Mr. Handyman (Zhou) | 190.00 |
| 11/4/2010 | Mr. Handyman | 190.00 |
| 11/4/2010 | Mr. Handyman | 190.00 |
| 11/22/2010 | Mr. Handyman | 190.00 |
| 12/13/2010 | Mr. Handyman (Leone) | 190.00 |
| 12/13/2010 | Mr. Handyman (Ramos, Manuel) | 190.00 |
| 12/13/2010 | Mr. Handyman (Poplausky) | 190.00 |
| 1/29/2011 | Mr. Handyman (Aguilar) | 190.00 |
| 7/11/2011 | Mr. Handyman | 190.00 |
| 7/11/2011 | Mr. Handyman | 190.00 |
| 7/11/2011 | Mr. Handyman | 190.00 |
| 7/11/2011 | Mr. Handyman | 190.00 |
| 9/30/2011 | Mr. Handyman | 190.00 |

Case 2:09-md-02047-EEF-MBN Document 20347-6 Filed 06/28/16 Page 13 of 15
Case 2:09-md-02047-EEF-JCW Document 17320-9 Filed 12/10/13 Page 13 of 15
EXHIBIT B

# CDW EXPERT EXPENSES
## Rhine Law Firm, PC
## 12/2009 - Present

| Date | Description | Amount |
|---|---|---:|
| 9/30/2011 | Mr. Handyman | 190.00 |
| 1/16/2012 | Mr. Handyman | 190.00 |
| 3/12/2012 | Mr. Handyman | 190.00 |
| 3/7/2011 | Perry Dampf Dispute Resolution | 1,753.25 |
| 5/9/2011 | Perry Dampf Dispute Resolution | 690.47 |
| 3/24/2010 | R.V. Buric Construction Consultants, PC | 4,764.00 |
| 4/29/2010 | R.V. Buric Construction Consultants, PC | 18,033.48 |
| 5/25/2010 | R.V. Buric Construction Consultants, PC | 5,338.50 |
| 6/28/2010 | R.V. Buric Construction Consultants, PC | 6,271.62 |
| 9/23/2010 | R.V. Buric Construction Consultants, PC | 1,686.30 |
| 10/27/2010 | R.V. Buric Construction Consultants, PC | 3,308.72 |
| 9/11/2009 | Unified Engineering (Hobbie) | 70.00 |
| 1/29/2010 | Unified Engineering (Bragoli) | 70.00 |
| 1/29/2010 | Unified Engineering (Gani) | 70.00 |
| 1/29/2010 | Unified Engineering (Lemberg) | 70.00 |
| 1/29/2010 | Unified Engineering (LLG Investment) | 70.00 |
| 1/29/2010 | Unified Engineering (Stock) | 70.00 |
| 1/29/2010 | Unified Engineering (Twin Crest) | 70.00 |
| 1/29/2010 | Unified Engineering (Wood) | 70.00 |
| 1/29/2010 | Unified Engineering (Yasinski) | 70.00 |
| 2/23/2010 | Unified Engineering (Linkhorst Drywall) | 3,725.40 |
| 3/12/2010 | Unified Engineering (Aguilar) | 70.00 |
| 3/12/2010 | Unified Engineering (Smith) | 70.00 |
| 3/12/2010 | Unified Engineering (Eubank) | 100.00 |
| 3/12/2010 | Unified Engineering (Baez) | 100.00 |
| 6/2/2010 | Unified Engineering (Linkhorst Drywall) | 164.43 |
| 9/2/2010 | Unified Engineering (Smith) | 140.00 |
| 11/5/2010 | Unified Engineering (Posner) | 1,690.00 |
| 11/13/2010 | Unified Engineering (Posner) | 58.18 |
| 12/1/2010 | Unified Engineering (Linkhorst) | 168.17 |
| 12/27/2010 | Unified Engineering (Jioia) | 478.50 |
| 12/12/2009 | Unified Engineering (Jordan) | 70.00 |
| 12/12/2009 | Unified Engineering (Baez) | 70.00 |
| 12/12/2009 | Unified Engineering (D'Ambrosio) | 70.00 |
| 12/12/2009 | Unified Engineering (Ditianquin) | 70.00 |
| 12/18/2009 | Unified Engineering (Jioia) | 70.00 |
| 12/12/2009 | Unified Engineering (Kolich) | 50.00 |
| 12/12/2009 | Unified Engineering (Kolich) | 70.00 |
| 12/12/2009 | Unified Engineering (Litwin) | 70.00 |
| 12/12/2009 | Unified Engineering (Piccolo) | 70.00 |
| 12/18/2009 | Unified Engineering (Tillman) | 70.00 |
| 12/18/2009 | Unified Engineering (DeLarosa) | 70.00 |
| 12/18/2009 | Unified Engineering (Kovens) | 70.00 |
| 12/18/2009 | Unified Engineering (Livaich - Twin Crest) | 70.00 |
| 12/18/2009 | Unified Engineering (Miller) | 70.00 |
| 12/18/2009 | Unified Engineering (Murray) | 70.00 |

Case 2:09-md-02047-EEF-MBN Document 20347-6 Filed 06/28/16 Page 14 of 15
Case 2:09-md-02047-EEF-JCW Document 17320-9 Filed 12/10/13 Page 13 of 15
EXHIBIT B

# CDW EXPERT EXPENSES
## Rhine Law Firm, PC
## 12/2009 - Present

| Date | Description | Amount |
|---|---|---:|
| 12/18/2009 | Unified Engineering (Riback) | 70.00 |
| 12/18/2009 | Unified Engineering (Stock) | 70.00 |
| 12/18/2009 | Unified Engineering (Tuller) | 70.00 |
| 12/18/2009 | Unified Engineering (Baron) | 70.00 |
| 12/18/2009 | Unified Engineering (Brice) | 70.00 |
| 12/18/2009 | Unified Engineering (Casalengo) | 70.00 |
| 12/18/2009 | Unified Engineering (Cohen) | 70.00 |
| 12/18/2009 | Unified Engineering (Dalal) | 70.00 |
| 12/18/2009 | Unified Engineering (Englander) | 70.00 |
| 12/18/2009 | Unified Engineering (Flaherty) | 70.00 |
| 12/18/2009 | Unified Engineering (Hahn) | 70.00 |
| 12/18/2009 | Unified Engineering (Kellner) | 70.00 |
| 12/18/2009 | Unified Engineering (Kramer) | 70.00 |
| 12/18/2009 | Unified Engineering (Kropf) | 70.00 |
| 12/18/2009 | Unified Engineering (Leone) | 70.00 |
| 12/18/2009 | Unified Engineering (Luntz) | 70.00 |
| 12/18/2009 | Unified Engineering (Luntz) | 70.00 |
| 12/18/2009 | Unified Engineering (Maness) | 70.00 |
| 12/18/2009 | Unified Engineering (Mitchell-Schour) | 70.00 |
| 12/18/2009 | Unified Engineering (Poplausky) | 70.00 |
| 12/18/2009 | Unified Engineering (Riback) | 70.00 |
| 12/18/2009 | Unified Engineering (Richman) | 70.00 |
| 12/18/2009 | Unified Engineering (Verderame) | 70.00 |
| 12/18/2009 | Unified Engineering (Wood) | 70.00 |
| 12/18/2009 | Unified Engineering (Zagalasky) | 70.00 |
| 12/18/2009 | Unified Engineering (Zhou) | 70.00 |
| 5/6/2009 | Unified Engineering (Baron) | 100.00 |
| 5/6/2009 | Unified Engineering (D'Ambrosio) | 100.00 |
| 5/6/2009 | Unified Engineering (Gani) | 100.00 |
| 5/6/2009 | Unified Engineering (LLG Investment) | 100.00 |
| 5/6/2009 | Unified Engineering (Stock) | 100.00 |
| 5/6/2009 | Unified Engineering (Twin Crest) | 100.00 |
| 5/6/2009 | Unified Engineering (Wood) | 100.00 |
| 6/3/2010 | Unified Engineering (Copello) | 70.00 |
| 6/3/2010 | Unified Engineering (Haywood) | 70.00 |
| 6/3/2010 | Unified Engineering (Mogor) | 70.00 |
| 2/7/2011 | Unified Engineering (Kaufman) | 1,076.15 |
| 7/12/2011 | Unified Engineering (L&L South Florida) | 331.90 |
| 11/24/2009 | Unified Engineering (Bast) | 70.00 |
| 10/28/2009 | Unified Engineering (DeNavea, Marta) | 70.00 |
| 10/28/2009 | Unified Engineering (DeNavea, Martha) | 70.00 |
| 11/24/2009 | Unified Engineering (Eubank) | 70.00 |
| 11/24/2009 | Unified Engineering (Eubanks) | 70.00 |
| 10/28/2009 | Unified Engineering (Grace) | 70.00 |
| 11/24/2009 | Unified Engineering (Haworth Holdings) | 70.00 |

Case 2:09-md-02047-EEF-MBN   Document 20347-6   Filed 06/28/16   Page 15 of 15
Case 2:09-md-02047-EEF-JCW   Document 17320-9   Filed 12/10/13   Page 15 of 15

EXHIBIT B

## CDW EXPERT EXPENSES
### Rhine Law Firm, PC
### 12/2009 - Present

| Date | Description | Amount |
|---|---|---:|
| 11/24/2009 | Unified Engineering (Johnson) | 70.00 |
| 10/28/2009 | Unified Engineering (Kaufman) | 70.00 |
| 11/24/2009 | Unified Engineering (Lewis) | 70.00 |
| 10/28/2009 | Unified Engineering (Mogor) | 70.00 |
| 11/24/2009 | Unified Engineering (Molina) | 70.00 |
| 11/24/2009 | Unified Engineering (Polychronopoulos) | 70.00 |
| 10/28/2009 | Unified Engineering (Reckseit) | 140.00 |
| 10/28/2009 | Unified Engineering (Santillo) | 70.00 |
| 11/24/2009 | Unified Engineering (Siegel) | 70.00 |
| 10/28/2009 | Unified Engineering (Zitner) | 70.00 |
| 3/17/2009 | Unified Engineering (Balassone) | 100.00 |
| 7/9/2010 | Unified Engineering (DeMaio) | 100.00 |
| 3/17/2009 | Unified Engineering (Flaherty) | 100.00 |
| 3/17/2009 | Unified Engineering (Graham) | 100.00 |
| 3/17/2009 | Unified Engineering (LaSala) | 100.00 |
| 3/17/2009 | Unified Engineering (Polovin) | 100.00 |
| 3/17/2009 | Unified Engineering (Shaya) | 100.00 |
| 3/17/2009 | Unified Engineering (Sheperd) | 100.00 |
| 5/9/2013 | Notice Mailing (Envelopes (172.72), Stamps, Paper | |
| 5/1/2013 | Leopolod Law Firm, P.A. (Notice Publication) | 9,360.61 |

**Total Litigation Group Expenses**    **146,225.75**