## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | |
|     DRYWALL PRODUCTS | ) | MDL NO. 2047 |
|     LIABILITY LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION: L |
| | ) | |
| *Hobbie, et al. v.* | ) | |
| *RCR Holdings II, LLC, et al.,* | ) | JUDGE FALLON |
| | ) | |
| No. 10-1113 | ) | |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

### [PROPOSED]
### ORDER GRANTING FINAL AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS

**THIS CASE** has been heard before the Honorable Eldon E. Fallon.  On October 22, 2013, this Court granted final approval to the class action settlement between the Plaintiff, on behalf of herself and all others similarly situated (collectively, "Settlement Class"), and Defendant Coastal Construction Company of South Florida, Inc. ("Defendant").  Pursuant to Fed. R. Civ. P. 23(h), Plaintiffs are required to petition the Court for an award of attorneys' fees and costs;

**AND THE COURT** having read and considered the Motion and Memorandum for  Final Award of Fees and Costs submitted by Settlement Class Counsel and the supporting Affidavits of Gary E. Mason, and having considered all matters in this case, hereby orders, adjudges, and decrees as follows:

1.      The motion for a Final Award of Attorneys' Fees and Reimbursement of Costs is granted;

2.      From the Global Fee and Cost Fund, the amount   of **$6,421,516.36** as a final payment of attorneys fees and the amount of **$232.996.00**  as a final payment of costs are to be

disbursed to the Coastal Settlement Class Counsel.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                 Hon. Eldon E. Fallon, U.S.D.J.