# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED ) | |
|      DRYWALL PRODUCTS ) | MDL NO. 2047 |
|      LIABILITY LITIGATION ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L |
| ) | |
| *Hobbie, et al. v.* ) | JUDGE FALLON |
| *RCR Holdings II, LLC, et al.,* ) | |
| ) | |
| No. 10-1113 ) | |
| ) | MAG. JUDGE WILKINSON |
| _____ ) | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs, by and through undersigned counsel, and requests this Court for an order granting Villa Lago Plaintiffs' Motion for a Final Award of Attorneys' Fees and Reimbursement of Costs before the Hon. Eldon E. Fallon at 9:00 a.m. on July 20, 2016, or at such other time as the Court directs, at the United States Court for the Eastern District of Louisiana. Pursuant to Uniform Local Rule 78.1E, this motion will be heard without benefit of oral argument, unless the Court directs otherwise.

Date: June 28, 2016    WHITFIELD BRYSON & MASON LLP

/s/ Gary E. Mason
Gary E. Mason
5101 Wisconsin Avenue NW
Suite 305
Washington, D.C. 20016
Tel. (202) 429-2290

Joel R. Rhine
RHINE LAW FIRM, PC
314 Walnut Street, Suite 1000
Wilmington, NC 28401
Tel. (910) 772-9960

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 28th day of June, 2016.

/s/ Gary E. Mason
Gary E. Mason