UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PARKER WAICHMAN LLP'S NOTICE OF OPPOSITION TO THE FEE COMMITTEE'S MOTION TO DETERMINE THE ALLOCATION OF THE GLOBAL FEE AWARD AS BETWEEN COMMON BENEFIT FEES AND INDIVIDUAL COUNSEL'S FEES PURSUANT TO PTO 28(F), REQUEST FOR DISCOVERY, ADDITIONAL BRIEFING AND A CONTRADICTORY HEARING REGARDING THE PROPOSED ALLOCATION**

In accordance with PTO 28(F), undersigned files this Notice of Opposition on behalf of Parker Waichman LLP to the *Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F)* (Doc. 20293). For the reasons fully set forth in the accompanying Memorandum, Parker Waichman LLP opposes the proposed allocation, requests discovery, additional briefing and a contradictory hearing before allocating fees as between individual counsel and common benefit counsel.

Respectfully submitted,

**FAIRCLOTH, MELTON & SOBEL, LLC**

By:  \_\_\_/s/ Jimmy R. Faircloth, Jr._____

Jimmy R. Faircloth, Jr.     La. Bar Roll #20645
jfaircloth@fairclothlaw.com
105 Yorktown Drive
Alexandria, LA 71303
Phone: (318) 619-7755
Fax: (318) 619-7744

        Brook L. Villa        La. Bar Roll #31988
Franklin "Drew" Hoffmann   La. Bar Roll #35824
bvilla@fairclothlaw.com
dhoffmann@fairclothlaw.com
301 Main Street, Suite 920
Baton Rouge, LA 70801
Phone: (225) 343-9535
Fax: (225) 343-9538

*ON BEHALF OF PARKER WAICHMAN LLP*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of June, 2016.

        /s/ Jimmy R. Faircloth, Jr.

        OF COUNSEL