UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS HEREBY ORDERED that the *Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F)* is DENIED.

IT IS FURTHER ORDERED that the parties conduct discovery and submit additional briefing for the purpose of allocating fees between common benefit counsel and individual counsel.

IT IS FURTHER ORDERED that a contradictory hearing shall be held at ___:____ __.m. on the ____ day of _____, 2016 for the purpose of allocating fees between common benefit counsel and individual counsel.

New Orleans, Louisiana, this ____ day of _____, 2016.

BY THIS COURT,

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE