UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*******************************************************************

**<u>OPPOSITION TO FEE COMMITTEE'S MOTION TO DETERMINE THE ALLOCATION OF THE GLOBAL FEE AWARD AS BETWEEN COMMON BENEFIT ATTORNEYS AND INDIVIDUAL COUNSEL FEES PURSUANT TO PTO 28(F)</u>**

NOW INTO COURT, come William P. Buckley and Jennifer N. Willis of Willis and Buckley, APC, counsel for individual plaintiffs in the above-captioned matter, who hereby object to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award. Plaintiffs' Counsel K. Edward Sexton, II of Gentle, Turner, Sexton & Harbison, LLC and Eric D. Hoaglund of McCallum, Hoaglund, Cook & Irby, LLP have submitted their own Opposition to this motion [Record Doc. No. 20336], which provides extensive arguments and support for a more equitable allocation of the global fee award with a greater portion to individually-retained counsel, based on the significant contributions in this matter by such counsel, which the Fee Committee greatly underestimated in its motion.

Undersigned counsel hereby adopt the arguments raised in Counsel Sexton and Hoaglund's opposition as if set forth in full below and request the attorney fees be split between common benefit counsel and individual counsel accordingly, with 5% of the

total settlement value allocated as fees to common benefit counsel and the remainder of the global fee award to individual counsel.

                                                                    Respectfully submitted,

Dated: June 28, 2016                                */s/ William P. Buckley*
                                                 William P. Buckley (#26827)
                                                 Jennifer N. Willis (#14877)
                                                 WILLIS & BUCKLEY, APC
                                                 3723 Canal Street
                                                 New Orleans, Louisiana   70119
                                                 Telephone:   (504) 488-6301
                                                 Facsimile:     (504) 488-6302
                                                 Email: billwblaw@bellsouth.net
                                                 Email: jenniferwblaw@bellsouth.net

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No.6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of June, 2016.

                                                 */s/ William P. Buckley*
                                                 William P. Buckley (#26827)
                                                 WILLIS & BUCKLEY, APC
                                                 3723 Canal Street
                                                 New Orleans, Louisiana   70119
                                                 Telephone:   (504) 488-6301
                                                 Facsimile:     (504) 488-6302
                                                 Email: billwblaw@bellsouth.net