UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| ALL CASES | |
| _____/ | |

**HOMEBUILDERS STEERING COMMITTEE'S UNOPPOSED
MOTION FOR EXTENSION OF TIME FOR HOMEBUILDERS TO FILE
OPPOSITIONS TO FEE COMMITTEE'S MOTION TO DETERMINE THE
ALLOCATION OF THE GLOBAL FEE AWARD AS BETWEEN
<u>COMMON BENEFIT FEES AND INDIVIDUAL COUNSEL'S FEES</u>**

The Homebuilders Steering Committee ("HSC"), on behalf of all homebuilders, respectfully moves this Honorable Court for an unopposed extension of time for homebuilders to file oppositions, if any, to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees (the "Allocation Motion") [Rec. Doc. 20290].  Specifically, for the reasons set forth in the accompanying memorandum of law, the HSC, on behalf of all homebuilders, respectfully requests that the deadline for homebuilder oppositions, if any, to the Allocation Motion, be extended to July 8, 2016, and the deadline for the Fee Committee's reply to homebuilder oppositions be extended to July 21, 2016.

Dated: June 28, 2016          Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Lead Counsel for the HSC*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com
Email: salkym@gtlaw.com


By: ___*/s/ Hilarie Bass*___
    Hilarie Bass
    Florida Bar No. 334323
    Mark A. Salky
    Florida Bar No. 058221

**STONE, PIGMAN, WALTHER, WITTMANN, LLC**
*Local Counsel for the HSC*
546 Carondelet St.
New Orleans, LA 70130
(504) 593-0804
Email: dwimberly@stonepigman.com


By: ___*/s/ Dorothy Wimberly*___
    Phillip A. Wittman
    Louisiana Bar No. 13625
    Dorothy Wimberly
    Louisiana Bar No. 18509

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 28, 2016, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 6.

                                                  */s/ Dorothy Wimberly*
                                                  Dorothy Wimberly