UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| ALL CASES | |
| _____/ | |

**HOMEBUILDERS STEERING COMMITTEE'S MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME FOR HOMEBUILDERS TO FILE OPPOSITIONS TO FEE COMMITTEE'S MOTION TO DETERMINE THE ALLOCATION OF THE GLOBAL FEE AWARD AS BETWEEN COMMON BENEFIT FEES AND INDIVIDUAL COUNSEL'S FEES**

The Homebuilders Steering Committee ("HSC"), on behalf of all homebuilders, respectfully submits its memorandum of law in support of its Unopposed Motion for Extension of Time for Homebuilders to File Oppositions to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees (the "Motion"). Pursuant to Pretrial Order No. 28(F) ("PTO 28(F)") [Rec. Doc. 20282], the Fee Committee filed their Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees (the "Allocation Motion") [Rec. Doc. 20290] on June 8, 2016. PTO 28(F) provides, "Oppositions to the Allocation Motion shall be filed by June 28, 2016 and any response shall be filed by July 11, 2016." PTO 28(F), at ¶ 1; *see also* Order dated June 10, 2016 [Rec. Doc. 20304].

The HSC, on behalf of the various homebuilders in this MDL, is in need of additional time to consider and determine whether and how homebuilders should respond to the Fee Committee's proposed allocation of the Global Fee Award as

between common benefit fees and individual counsel's fees, if at all, especially given the complexity of these issues insofar as they impact homebuilders under the Banner and Global MDL settlements.  Accordingly, the HSC and the homebuilders request an extension of time of ten (10) days, through and including July 8, 2016, within which to file oppositions, if any, to the Allocation Motion.  The HSC and the homebuilders also propose a corresponding extension of time of ten (10) days to the deadline for the Fee Committee to file its reply to any homebuilder oppositions to the Allocation Motion, through and including July 21, 2016.

    The Court is currently scheduled to consider oral argument on the Allocation Motion during a hearing on July 27, 2016.  The proposed extensions of time requested in this motion will not impact this hearing date.  Undersigned counsel for the HSC has conferred with the Fee Committee, who agrees to the request sought herein.  Accordingly, the HSC, on behalf of all homebuilders, respectfully requests that the Court grants the Motion, and extend the deadline for homebuilder oppositions, if any, to the Allocation Motion through July 8, 2016, and extend the deadline for the Fee Committee's reply to homebuilder oppositions through July 21, 2016.

Dated: June 28, 2016              Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Lead Counsel for the HSC*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com
Email: salkym@gtlaw.com


By:  */s/ Hilarie Bass*
     Hilarie Bass
     Florida Bar No. 334323
     Mark A. Salky
     Florida Bar No. 058221


**STONE, PIGMAN, WALTHER, WITTMANN, LLC**
*Local Counsel for the HSC*
546 Carondelet St.
New Orleans, LA 70130
(504) 593-0804
Email: dwimberly@stonepigman.com


By:  */s/ Dorothy Wimberly*
     Phillip A. Wittman
     Louisiana Bar No. 13625
     Dorothy Wimberly
     Louisiana Bar No. 18509

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 28, 2016, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 6.

                                                        */s/ Dorothy Wimberly*
                                                        Dorothy Wimberly