UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
**************************************************************************

**MEMORANDUM IN SUPPORT OF THE MOTION OF BARON & BUDD, P.C., ALLISON GRANT, P.A., AND ALTERS LAW FIRM, P.A. FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF LOCAL RULE PAGE LIMITATION AND TO FILE EXHIBIT UNDER SEAL**

**MAY IT PLEASE THE COURT:**

The nature and complexity of the legal and factual issues addressed in the PSC Fee Committee's Memorandum in Support of Allocation (Dkt. 20290-4) requires extensive response by the parties, Baron & Budd, P.C., Allison Grant, P.A. and Alters Law Firm, P.A.; and the importance of the Court's ruling on the motion warrants full and thorough consideration of these issues. Accordingly, Baron & Budd, P.C., Allison Grant, P.A. and Alters Law Firm, P.A. respectfully request that the twenty-five page limitation set forth in Local Rule 7.7 be suspended with respect to the **Objections in Opposition to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(f)**.

Furthermore, exhibits 7, 8, and 9 to the Objection contains confidential settlement information that should not be included in the public record, and Baron & Budd, P.C., Allison

1

Grant, P.A. and Alters Law Firm, P.A. therefore respectfully request that these exhibits be filed under seal.

Dated: June 28, 2016                    RESPECTFULLY SUBMITTED:

/s/ S. Ann Saucer
Russell W. Budd (TX Bar No. 03312400)
S. Ann Saucer (TX Bar No. 00797885;
LA Bar No. 21368)
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
rbudd@baronbudd.com
asaucer@baronbudd.com

Allison Grant (Florida Bar No. 858330)
Allison Grant, P.A.
14 SE 4th St
Boca Raton, FL 33432-6111
Tel.: 561-994-9646
Fax: 561-431-4627
agrant@allisongrantpa.com

Jeremy W. Alters (Florida Bar No. 111790)
jeremy@alterslaw.com
Justin D. Grosz (Florida Bar No. 984000)
justin@alterslaw.com
Matthew T. Moore, Of Counsel (Florida Bar No. 70034)
matthew@alterslaw.com
ALTERS LAW FIRM, P.A.
1855 Griffin Road, Suite C470
Dania Beach, FL 33004
Tel.: (305) 571-8550
Fax: (305) 571-8558

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of June, 2016.

Dated: June 28, 2016     RESPECTFULLY SUBMITTED:

/s/ S. Ann Saucer
S. Ann Saucer (TX Bar No. 00797885; LA Bar No. 21368)
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
asaucer@baronbudd.com