# EXHIBIT 3

| Case Caption | Client Name | Court | Cause No. | File Date |
|---|---|---|---|---|
| Abbott v. Centerline Homes, Inc. et al. | Abbott, Carl D. | FL-STLUCIE | 562009CA007307 | 9/9/2009 |
| Abhaisingh v. Northstar Holdings, Inc., et al. | Abhaisingh, Nessiffer | PALM | 2009CA014500 | 4/23/2009 |
| Abrams v. Knauf Gips KG, et al. | Abrams, Howard | BROWARD | 09022693 | 4/21/2009 |
| Adams v. Lennar Corporation, et al. | Adams, Kevin | DADE | 09-32057CA13 | 4/21/2009 |
| Anderson v. Richard Jones Construction Company, Inc., et al. | Anderson, Mark | FL-STLUCIE | 562009CA008391 | 10/16/2009 |
| Andreoli v. Albanese-Popkin The Oaks Development Group, L.P., et al. | Andreoli, Robert | PALM | 502009CA038415 | 11/13/2009 |
| Anton v. Northstar Holdings, Inc., et al. | Anton, Kevin | PALM | 2009CA19770 | 6/5/2009 |
| Araujo v. USG Corporation, et al. | Araujo, Marcos | DADE | 09-66135CA27 | 9/4/2009 |
| Baker v. Aubuchon Homes, Inc., et al. | Baker, Keith A. | LEE | 09-CA-004683 | 10/16/2009 |
| Baron-Mandis v. Centerline Homes, Inc., et al. | Baron-Mandis, Kimberly A. | PALM | 2009CA014592 | 4/23/2009 |
| Batsch v. Lavish Holding Corp., et al. | Batsch, Kevin W. | PALM | 502009CA038416XXX | 11/13/2009 |
| Belalczar v. Waterways Homes Realty, Inc., et al. | Belalczar, Luz | COLLIER | 09-8056-CA | 9/11/2009 |
| Bennett v. Centerline Homes, Inc., et al. | Bennett, Marlene | PALM | 2009CA014458 | 4/23/2009 |
| Boisseau v. Centerline Homes, Inc., et al. | Boisseau, Marc-Andre | PALM | 2009CA014496 | 4/23/2009 |
| Bonheur v. Centerline Homes, Inc., et al. | Bonheur, Roxane | PALM | 2009CA019777 | 6/5/2009 |
| Bookman v. Northstar Holdings, Inc., et al. | Bookman, Jarrod | PALM | 502009CA035130 | 10/16/2009 |
| Borkowski v. Beazer Homes Corp., et al. | Borkowski, Stephen | LEE | 09-CA-002472 | 6/3/2009 |
| Bowes v. Centerline Homes, Inc., et al. | Bowes, Mark A. | PALM | 2009CA019751 | 6/5/2009 |
| Brewer v. Beazer Homes Corp., et al. | Brewer, Clatues | LEE | 09-CA-002471 | 6/3/2009 |
| Brown v. Cloutier Brothers, Inc., et al. | Brown, Alganan | FL-STLUCIE | 562009CA007310 | 9/8/2009 |
| Brown v. Albanese-Popkin The Oaks Development Group, L.P., et al. | Brown, Dorene | PALM | 2009CA030186 | 9/3/2009 |
| Brown v. Centerline Homes, Inc., et al. | Brown, Morton | FL-STLUCIE | 562009CA007308 | 9/9/2009 |
| Burkman v. G.L. Homes of Florida Corp., et al. | Burkman, Kent | PALM | 502009CA030433 | 9/8/2009 |
| Carey v. G.L. Homes of Florida Corp., et al. | Carey, Vernon | BROWARD | 09029725 | 5/26/2009 |
| Carr v. Knauf Gips KG, et al. | Carr, Craig | LEE | 09-CA-001745 | 4/22/2009 |
| Catalfamo v. Centerline Homes, Inc., et al. | Catalfamo, Edmondo | PALM | 2009CA030425 | 9/8/2009 |
| Cattano v. Timberline Builders, Inc., et al. | Cattano, Phyllis | LEE | 09-CA-004089 | 9/9/2009 |
| Ceglio v. Hanover Homes, Inc., et al. | Ceglio, Carmine | FL-STLUCIE | 562009CA007311 | 9/8/2009 |
| Cherba v. Centerline Homes, Inc., et al. | Cherba, Alexander | PALM | 2009CA019749 | 6/5/2009 |
| Clarke v. Albanese-Popkin The Oaks Development Group, L.P., et al. | Clarke, Roger | PALM | 2009CA032208 | 9/22/2009 |
| Conte v. Centerline Homes, Inc., et al. | Conte, Victor | PALM | 2009CA014447 | 4/23/2009 |
| Coplin v. Northstar Holdings, Inc., et al. | Coplin, Jose | PALM | 2009CA019775 | 6/5/2009 |
| Cork v. Lennar Corporation, et al. | Cork, Warren | DADE | 09-31961CA31 | 4/21/2009 |
| Cortes v. Lennar Corporation, et al. | Cortes, Juan Carlos | DADE | 09-31998CA06 | 4/21/2009 |
| Cox v. Richard Jones Construction Company, Inc., et al. | Cox, Shawn | FL-STLUCIE | 562009-CA-009369 | 5/20/2011 |
| De Jesus v. Northstar Holdings, Inc., et al. | De Jesus, Leslie | PALM | 502009CA030421 | 9/8/2009 |
| Del Greco v. Centerline Homes, Inc., et al. | Del Greco, Gary , Jr. | PALM | 2009CA014510 | 4/23/2009 |
| Delgado v. Oyster Bay Homes, Inc., et al. | Delgado, Pedro | LEE | 09-CA-004088 | 9/9/2009 |
| DeSola v. Northstar Holdings, Inc., et al. | DeSola, Nicholas | PALM | 2009CA014503 | 4/23/2009 |
| Diamond v. Northstar Holdings, Inc., et al. | Diamond, James | PALM | 2009CA014517 | 4/23/2009 |
| DiFalco v. Centerline Homes, Inc., et al. | DiFalco, Charles | PALM | 2009CA014479 | 4/23/2009 |
| DiFilippo v. G.L. Homes of Florida Corp., et al. | DiFilippo, Steven | PALM | 2009-CA-013629 | 4/17/2009 |
| DiFilippo v. G.L. Homes of Florida Corp., et al. | DiFilippo, Steven | PALM | 2009CA014589 | 4/23/2009 |
| Dinneen v. Centerline Homes, Inc., et al. | Dinneen, Walter F. | FL-STLUCIE | 562009CA007313 | 9/8/2009 |
| Edelman v. Richard Jones Construction Company, Inc., et al. | Edelman, Michael R. | FL-STLUCIE | 09 CA 7701 | 9/23/2009 |
| Estimond v. Gatco Construction, Inc., et al. | Estimond, James | LEE | 09-CA-004087 | 9/9/2009 |
| Estrada v. Lennar Corporation, et al. | Estrada, Edgar | DADE | 09-31902CA15 | 4/20/2009 |
| Fellows v. Waterways Homes Realty, Inc., et al. | Fellows, David | COLLIER | 09-8103-CA | 9/14/2009 |
| Fitzgerald v. Centerline Homes, Inc., et al. | Fitzgerald, Larry | PALM | 2009CA014499 | 4/23/2009 |
| Fleurantin v. Northstar Holdings, Inc., et al. | Fleurantin, Toussaint | PALM | 2009-CA-014553 | 4/23/2009 |
| Flint v. Venus Street, LLC, et al. | Flint, Joseph | DADE | 09-91255CA32 | 12/17/2009 |
| Forte v. Centerline Homes, Inc., et al. | Forte, Louise M. | PALM | 2009CA019759 | 6/5/2009 |
| Foster v. Northstar Holdings, Inc., et al. | Foster, Katherine L. | PALM | 2009CA014594 | 4/3/2009 |
| Fulks v. Paul Homes, Inc., et al. | Fulks, Richard W. | LEE | 2009CA001747 | 4/22/2009 |
| Gallacher v. Centerline Homes, Inc., et al. | Gallacher, Michael | PALM | 2009CA014459 | 4/23/2009 |
| Garcia v. Lennar Corporation, et al. | Garcia, Alberto | DADE | 0931927CA27 | 4/20/2009 |
| Garcia v. Waterways Homes Realty, Inc., et al. | Garcia, Gabriela | COLLIER | 09-8102-CA | 9/14/2009 |
| Garcia v. Lennar Corporation, et al. | Garcia, Lorena | DADE | 09-29484CA04 | 4/9/2009 |
| Geensburg v. Knauf Gips KG, et al. | Geensburg, Cary | BROWARD | 0922676 | 4/21/2009 |
| Giannetti v. Centerline Homes, Inc., et al. | Giannetti, Dominic | PALM | 2009CA014528 | 4/23/2009 |
| Gitto v. Centerline Homes, Inc., et al. | Gitto, Frank | FL-STLUCIE | 562009CA003174 | 4/24/2009 |
| Glerum v. Northstar Holdings, Inc., et al. | Glerum, Dan | PALM | 2009CA019757 | 6/5/2009 |
| Goldstein v. Knauf Gips KG, et al. | Goldstein, Cindy A. | BROWARD | 0922710 | 4/21/2009 |
| Goldstein v. Knauf Gips KG, et al. | Goldstein, Cindy A. | BROWARD | 09025462 | 5/4/2009 |
| Goldstein v. Centerline Homes, Inc., et al. | Goldstein, Ira | PALM | 502009CA042007XXX | 12/17/2009 |
| Gomez v. Aburton Homes, Inc., et al. | Gomez, Axel | FL-STLUCIE | 2009CA4360 | 6/12/2009 |
| Gonzales v. Centerline Homes, Inc., et al. | Gonzales, Darrell | PALM | 2009CA014456 | 4/23/2009 |

| Case Caption | Client Name | Court | Cause No. | File Date |
|---|---|---|---|---|
| Grant v. GL Homes of Florida, Inc., et al. | Grant, Olga | PALM | 2009CA019746 | 6/5/2009 |
| Guerrero v. Lennar Corporation, et al. | Guerrero, Maria I. | DADE | 09-31916CA20 | 4/20/2009 |
| Gultz v. Centerline Homes, Inc., et al. | Gultz, Jerrold P. | PALM | 2009CA014573 | 4/23/2009 |
| Gumina v. Princeton Homes, Inc., et al. | Gumina, Frank | FL-STLUCIE | 562009CA007123 | 9/3/2009 |
| Guy v. Northstar Holdings, Inc., et al. | Guy, Andrea | PALM | 2009CA014547 | 4/23/2009 |
| Hanson v. Waterways Homes Realty, Inc., et al. | Hanson, Renee | COLLIER | 09-8052-CA | 9/11/2009 |
| Insco v. G.L. Homes of Florida Corp., et al. | Insco, John | BROWARD | 09-56496 | 10/16/2009 |
| Jaeger-Brancho v. Northstar Holdings, Inc., et al. | Jaeger-Brancho, Gustavo | PALM | 2009CA019769 | 6/5/2009 |
| Jimenez v. Waterways Homes Realty, Inc., et al. | Jimenez, CJ | COLLIER | 09-8055-CA | 9/11/2009 |
| Johnson v. Lavish Holding Corp., et al. | Johnson, Aiasha | PALM | 2009CA035125 | 10/16/2009 |
| Knouff v. Standard Pacific Corp., et al. | Knouff, John | BROWARD | 09051907 | 8/22/2009 |
| Korentur v. Centerline Homes, Inc., et al. | Korentur, Jeffrey M. | PALM | 2009CA014550 | 4/23/2009 |
| Kraham v. Northstar Holdings, Inc., et al. | Kraham, Stuart | PALM | 502009CA030441 | 9/8/2009 |
| Kuhne v. Standard Pacific Corp., et al. | Kuhne, Mauricio | BROWARD | 09061681 | 11/13/2009 |
| Lafleur v. Lennar Corporation, et al. | Lafleur, Nury | DADE | 09-29472CA23 | 4/9/2009 |
| LaGambina v. Venus Street, LLC, et al. | LaGambina, Angelo | DADE | 09-83062CA42 | 11/13/2009 |
| Lalloo v. Centerline Homes, Inc., et al. | Lalloo, Thakur | PALM | 2009CA014591 | 4/23/2009 |
| Law v. Lennar Corporation, et al. | Law, William | LEE | 09-CA-001746 | 4/22/2009 |
| Leon v. GL Homes of Florida, Inc., et al. | Leon, Aldo | BROWARD | 09 62907 | 11/20/2009 |
| Levin v. Northstar Holdings, Inc., et al. | Levin, Ronald | PALM | 2009CA014536 | 4/23/2009 |
| Lezama v. Lennar Corporation, et al. | Lezama, Juan Carlos | DADE | 09-29481CA10 | 4/9/2009 |
| Llaverias v. Lennar Corporation, et al. | Llaverias, Elvis | DADE | 09-31972CA06 | 4/21/2009 |
| Lloyd v. Knauf Gips KG, et al. | Lloyd, Maxwell | BROWARD | 0922721 | 4/21/2009 |
| Lopez v. Northstar Holdings, Inc., et al. | Lopez, Hector | PALM | 2009CA014593 | 4/23/2009 |
| Lytle v. Beazer Homes Corp., et al. | Lytle, Brian | LEE | 09-CA-004086 | 9/9/2009 |
| Macias v. Northstar Holdings, Inc., et al. | Macias, Juan Carlos | PALM | 2009CA-014540 | 4/23/2009 |
| Macklai v. G.L. Homes of Florida Corp., et al. | Macklai, Ahmed | BROWARD | 09029735 | 5/26/2009 |
| Manzur v. Centerline Homes, Inc., et al. | Manzur, Mohammed A. | PALM | 2009CA019768 | 6/5/2009 |
| Marchese v. Centerline Homes, Inc., et al. | Marchese, Troy | PALM | 2009CA014522 | 4/23/2009 |
| Marin v. Turn Key Home Builders, Inc., et al. | Marin, Cassandra | FL-STLUCIE | 562009CA008389 | 10/16/2009 |
| Martin v. Northstar Holdings, Inc., et al. | Martin, Robert | PALM | 2009CA14595 | 4/23/2009 |
| Mastrosimone v. Northstar Holdings, Inc., et al. | Mastrosimone, Michael | PALM | 2009CA014572 | 4/23/2009 |
| McAuliffe v. Treasure Coast Communities, LLC, et al. | McAuliffe, Matthew | MARTIN | 09-3683CA | 12/21/2009 |
| McKinney v. Hanover Homes, Inc., et al. | McKinney, Ali | FL-STLUCIE | 562009CA009885 | 12/17/2009 |
| Melville v. Northstar Holdings, Inc., et al. | Melville, John S. | PALM | 502009CA030438 | 9/8/2009 |
| Mesa v. Lennar Corporation, et al. | Mesa, Mirta | DADE | 09-32127CA32 | 4/21/2009 |
| Metzl v. Knauf Gips KG, et al. | Metzl, Justin M. | DADE | 09-31980CA11 | 4/21/2009 |
| Meyer v. Centerline Homes, Inc., et al. | Meyer, Yvrose | PALM | 2009CA014529 | 4/23/2009 |
| Morakis v. Centerline Homes, Inc., et al. | Morakis, Nick | PALM | 2009CA019773 | 6/5/2009 |
| Morris v. Knauf Gips KG, et al. | Morris, Donald L. | BROWARD | 0922664 | 4/21/2009 |
| Nolan v. Knauf Gips KG, et al. | Nolan, James | BROWARD | 09022702 | 4/21/2009 |
| Nowicki v. Hansen Homes of South Florida, Inc., et al. | Nowicki, John C. | LEE | 09-CA-002721 | 6/19/2009 |
| Nowicki v. Hansen Homes of South Florida, Inc., et al. | Nowicki, John C. | LEE | 2009-CA-001744 | 4/22/2009 |
| O'Brien v. Standard Pacific Corp., et al. | O'Brien, Wendy | BROWARD | 09051910 | 9/22/2009 |
| Pasion v. Northstar Holdings, Inc., et al. | Pasion, Jose | PALM | 2009CA014587 | 4/23/2009 |
| Patching v. G.L. Homes of Florida Corp., et al. | Patching, Trevor | PALM | 2009CA014449 | 4/23/2009 |
| Patton v. USG Corporation, et al. | Patton, Thomas R., Jr. | LEE | 09-CA-004085 | 9/9/2009 |
| Perrin v. Centerline Homes, Inc., et al. | Perrin, Richard | PALM | 2009CA014520 | 4/23/2009 |
| Pestenski v. Aburton Homes, Inc., et al. | Pestenski, Ryan | FL-STLUCIE | 562009CA007312 | 9/9/2009 |
| Petrella v. Waterways Homes Realty, Inc., et al. | Petrella, Elaine | COLLIER | 09-8105-CA | 9/14/2009 |
| Picotte v. Centerline Homes, Inc., et al. | Picotte, Jean Sebastien | PALM | 2009CA014495 | 4/23/2009 |
| Plaza v. Knauf Gips KG, et al. | Plaza, Ana Maria | DADE | 09-38015CA05 | 5/12/2009 |
| Popov v. Centerline Homes, Inc., et al. | Popov, Alexander | PALM | 502009CA030447 | 9/8/2009 |
| Potes v. Waterways Homes Realty, Inc., et al. | Potes, Lino | COLLIER | 09-8054-CA | 9/11/2009 |
| Poulsen v. Centerline Homes, Inc., et al. | Poulsen, Garry | PALM | 2009CA014464 | 4/23/2009 |
| Prandi v. Centerline Homes, Inc., et al. | Prandi, Chad | PALM | 502009CA014501 | 4/23/2009 |
| Rautenberg v. Standard Pacific Corp., et al. | Rautenberg, Lee | BROWARD | 09061683 | 11/13/2009 |
| Raymond v. Centerline Homes, Inc., et al. | Raymond, Davidson | PALM | 2009CA019779 | 6/5/2009 |
| Rismiller v. Hansen Homes of South Florida, Inc., et al. | Rismiller, Todd | LEE | 09-CA-005088 | 11/13/2009 |
| Rojas v. USG Corporation, et al. | Rojas, Eugenio | DADE | 09-66150CA06 | 9/4/2009 |
| Romero v. Northstar Holdings, Inc., et al. | Romero, Jose | PALM | 2009CA014590 | 4/23/2009 |
| Rothman v. G.L. Homes of Florida Corp., et al. | Rothman, James S. | PALM | 2009CA014554 | 4/23/2009 |
| Royal v. Beazer Homes Corp., et al. | Royal, Kimberly | LEE | 09-CA-002473 | 6/3/2009 |
| Ryczek v. Northstar Holdings, Inc., et al. | Ryczek, Stephen | PALM | 2009CA014584 | 4/23/2009 |
| Sanchez-Schwartz v. Standard Pacific Corp., et al. | Sanchez-Schwartz, Lisset | BROWARD | 09051906 | 9/22/2009 |
| Santimauro v. Breakwater Custom Homes, Inc., et al. | Santimauro, Robert | LEE | 09-CA-005514 | 12/9/2009 |
| Sasser v. Richard Jones Construction Company, Inc., et al. | Sasser, Jearl | FL-STLUCIE | 562009CA008391 | 10/16/2009 |

**Exhibit 3**

| Case Caption | Client Name | Court | Cause No. | File Date |
|---|---|---|---|---|
| Schumacher v. Northstar Holdings, Inc., et al. | Schumacher, Jay L. | PALM | 2009CA019744 | 6/5/2009 |
| Scott v. JPG Enterprises, Inc. dba Majestic Homes, et al. | Scott, Benjamin | FL-STLUCIE | 562009CA009278 | 11/18/2009 |
| Scott v. Treasure Coast Communities, Inc., et al. | Scott, James | MARTIN | 09-3032CA | 10/17/2009 |
| Shaw v. Northstar Holdings, Inc., et al. | Shaw, William | PALM | 2009CA014492 | 4/23/2009 |
| Shea v. Waterways Homes Realty, Inc., et al. | Shea, Doris | COLLIER | 09-8053-CA | 9/11/2009 |
| Shikely v. Northstar Holdings, Inc.. et al. | Shikely, Ahmed | PALM | 2009CA014467 | 4/23/2009 |
| Siegel v. Centerline Homes, Inc., et al. | Siegel, Wayne | PALM | 2009CA014588 | 4/23/2009 |
| Snyder v. Aburton Homes, Inc., et al. | Snyder, Robert | FL-STLUCIE | 562009CA008390 | 10/16/2009 |
| Spiga v. Deangelis Diamond Homes, Inc., et al. | Spiga, Saturnino | LEE | 09-CA-004684 | 10/16/2009 |
| St. Fort v. G.L. Homes of Florida Corp., et al. | St. Fort, Eddy | BROWARD | 09068038 | 12/17/2009 |
| Stalcup v. Centerline Homes, Inc., et al. | Stalcup, Philip R. | PALM | 2009CA014513 | 4/23/2009 |
| Steiner v. Arizen Homes, Inc., et al. | Steiner, Roland | LEE | 09-CA-004066 | 9/9/2009 |
| Steiner v. Centerline Homes, Inc., et al. | Steiner, Stephanie | PALM | 2009CA014487 | 4/23/2009 |
| Tapia v. Waterways Homes Realty, Inc., et al. | Tapia, Arben | COLLIER | 09-8104-CA | 9/14/2009 |
| Teixeira v. Centerline Homes, Inc.,et al. | Teixeira, Peter K. | PALM | 2009CA030444 | 9/8/2009 |
| Thompson v. Lennar Corporation, et al. | Thompson, Linda | DADE | 09-66153CA04 | 9/4/2009 |
| Tinney v. Lavish Holding Corp., et al. | Tinney, Marjorie | PALM | 502009CA035126 | 10/16/2009 |
| Tucker v. Groza Builders, Inc., et al. | Tucker, Joseph | FL-STLUCIE | 09 CA 7700 | 9/23/2009 |
| Umana v. Venus Street, LLC., et al. | Umana, Jose | DADE | 09-91259CA22 | 12/17/2009 |
| Urena v. Knauf Gips KG, et al | Urena, Luis | BROWARD | 09022682 | 4/21/2009 |
| Usaga v. Lennar Corporation, et al. | Usaga, Johana | DADE | 09-29476CA23 | 4/9/2009 |
| Vaca v. Venus Street, LLC, et al. | Vaca, Amada | DADE | 09-91257CA22 | 12/17/2009 |
| Vanasdale v. Daniel D'Loughy Homes, Inc. (Tropical Homes), et al. | Vanasdale, Connie | FL-STLUCIE | 562009CA007314 | 9/9/2009 |
| Vargas v. LPR Builders, Inc., et al. | Vargas, Jose J. | DADE | 09-76419CA05 | 10/16/2009 |
| Venius v. Northstar Holdings, Inc., et al. | Venius, Jean-Enor | PALM | 2009-CA-014560 | 4/23/2009 |
| Victores v. Lennar Homes, LLC, et al. | Victores, Didio | DADE | 09-18414CA04 | 3/5/2009 |
| Voutsinas v. Northstar Holdings, Inc., et al. | Voutsinas, Alexander | PALM | 2009CA014466 | 4/23/2009 |
| Wanounou v. Northstar Holdings, Inc., et al. | Wanounou, Yacov | PALM | 2009CA019753 | 6/5/2009 |
| Weisman v. Gatco Construction, Inc., et al. | Wiesman, Robert H. | LEE | 09-CA-004065 | 9/9/2009 |
| Wong v. Centerline Homes, Inc., et al. | Wong, Howard | PALM | 2009CA014451 | 4/23/2009 |
| Worthington v. Deerfield Court Townhomes, LLC, et al. | Worthington, George | BROWARD | 09068039 | 12/17/2009 |