# EXHIBIT 4

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED      )
DRYWALL PRODUCTS                 )
LIABILITY LITIGATION             )
                                 )
                                 ) CIVIL NO. 09-MD-2047 "L"
                                 )
                                 ) NEW ORLEANS, LOUISIANA
                                 ) October 24, 2013
                                 ) 9:00 A.M.
THIS DOCUMENT RELATES TO:        )
                                 ) Monthly Status Conference
ALL CASES                        )  & Motions
                                 )
*******************************


          TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

          HEARD BEFORE THE HONORABLE ELDON E. FALLON

                   UNITED STATES DISTRICT JUDGE




SUSAN A. ZIELIE, RMR, FCRR
OFFICIAL COURT REPORTER:
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, ROOM B406
NEW ORLEANS, LA 70130
susan_zielie@laed.uscourts.gov
504.589.7781


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.
```

| | | |
|---|---|---|
| 1 | issues, they can set up calls, set up meetings.  Whatever it | 09:19AM |
| 2 | takes.  Because, as Your Honor pointed out in chambers, dealing | 09:20AM |
| 3 | with these homes and home repairs, early communication is the | 09:20AM |
| 4 | key. | 09:20AM |
| 5 | THE COURT:  Yeah.  First, let me thank Moss's people | 09:20AM |
| 6 | for being here.  As I mentioned at the earlier conference, I've | 09:20AM |
| 7 | gotten a lot of good letters from people saying that they're | 09:20AM |
| 8 | satisfied with the work and the work's being done well. | 09:20AM |
| 9 | You have to remember that you're dealing with | 09:20AM |
| 10 | people's homes; and, next to their families, probably their | 09:20AM |
| 11 | homes are their most valuable possession, and they have a lot of | 09:20AM |
| 12 | emotional attachment to it.  It's not just looked upon by | 09:20AM |
| 13 | families as a couple of bricks and sticks.  It's their memories | 09:20AM |
| 14 | and everything else.  So they're very, very sensitive about it. | 09:20AM |
| 15 | And I think it would be helpful to have periodic meetings | 09:20AM |
| 16 | arranged so that, if anybody has any issue, they know they can | 09:20AM |
| 17 | talk with somebody about them.  And communication in this | 09:20AM |
| 18 | situation is probably more significant or as significant as | 09:20AM |
| 19 | fixing your home so that they know what's happening.  So I urge | 09:21AM |
| 20 | you all to do that. | 09:21AM |
| 21 | MR. MILLER:  Your Honor, I think what we're going to | 09:21AM |
| 22 | try to do, because the monthly status conferences provide a | 09:21AM |
| 23 | regular opportunity -- and we'll probably build this into the | 09:21AM |
| 24 | report -- is either the afternoon before a conference or the | 09:21AM |
| 25 | morning and afternoon after a conference, we'll have those folks | 09:21AM |