# EXHIBIT 5

```
 1                      UNITED STATES DISTRICT COURT

 2                      EASTERN DISTRICT OF LOUISIANA

 3   IN RE: CHINESE-MANUFACTURED      )
     DRYWALL PRODUCTS                 )
 4   LIABILITY                        )
     LITIGATION                       )
 5                                    ) CIVIL DKT NO. 09-MD-2047 "L"
                                      ) MONTHLY STATUS CONFERENCE
 6                                    ) THURSDAY, DECEMBER 19, 2013
     This document relates to:        ) 9:00 A.M.
 7   ALL CASES                        )
     *******************************

 8

 9

10              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

11            HEARD BEFORE THE HONORABLE ELDON E. FALLON

                      UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20   SUSAN A. ZIELIE, RMR, FCRR
     OFFICIAL COURT REPORTER
21   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
22   500 POYDRAS STREET, ROOM B406
     NEW ORLEANS, LA 70130
23   susan_zielie@laed.uscourts.gov
     laedcourtreporter@gmail.com
24   504.589.7781

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
```

1   portion of these meetings.  Seems to be working very well.                09:16AM

2           So, again, per the usual practice, if you have any                09:16AM

3   issues, if anyone has any issues with respect to the remediation          09:16AM

4   program or mediation scheduling, and you want to have a meeting            09:16AM

5   with Moss with your client present or you present, they'll be             09:16AM

6   back January 16th at our next status conference and the one               09:16AM

7   after that in February.                                                   09:16AM

8       THE COURT:  That's been very helpful.  I think, in a                  09:16AM

9   case of this sort, it's very helpful to have the attorneys in             09:16AM

10  contact with the clients so that the clients have somebody to             09:16AM

11  talk to and to call.  And the attorney then has somebody to talk          09:16AM

12  to and call.  That's why we appoint an ombudsman, a very                  09:16AM

13  knowledgeable person in construction, to be able to at least              09:17AM

14  talk with Moss about their concerns.                                      09:17AM

15          I have received several letters, one from a client                09:17AM

16  of Mr. Becnel, who indicated that the Becnel firm has been very           09:17AM

17  helpful to him, arranging meetings and working out some minor             09:17AM

18  problems that they felt they had.  They were also very laudatory          09:17AM

19  to Moss's work, complimented Moss on their work and efficiency            09:17AM

20  in doing that.                                                            09:17AM

21          So I think the key in this is for the attorneys                   09:17AM

22  active to keep in it, to service their clients, get the                   09:17AM

23  ombudsman involved as quickly as you can.  Attend these                   09:17AM

24  meetings, because you have access to the Moss people.  If you             09:17AM

25  have any questions or your clients have any questions, you can            09:17AM

| | | |
|---|---|---|
| 1 | get an answer immediately.  Thank you. | 09:17AM |
| 2 | MR. HERMAN:  Your Honor, from the plaintiffs' | 09:17AM |
| 3 | standpoint, the pilot program has served its purpose as setting | 09:17AM |
| 4 | the table for global settlement.  And the pilot program is | 09:18AM |
| 5 | continuing to wind up those matters which were in the pilot | 09:18AM |
| 6 | program before the global settlement when Knauf was consummated. | 09:18AM |
| 7 | With respect to item No. 7, the IN/EX, Banner, | 09:18AM |
| 8 | Knauf, L&W global settlements, a motion to deposit funds is set | 09:18AM |
| 9 | for January 16th at the next fairness hearing. | 09:18AM |
| 10 | With respect to Knauf, a letter of credit was | 09:18AM |
| 11 | substituted as security with Deutsche Bank.  There's a Deutsch | 09:18AM |
| 12 | Bank representative here, Your Honor, and present.  And we | 09:18AM |
| 13 | appreciate the presence of the Deutsche Bank attorney and | 09:18AM |
| 14 | representative. | 09:19AM |
| 15 | THE COURT:  Yes.  I'll ask the Deutsche Bank person to | 09:19AM |
| 16 | come forward and tell us what the situation is. | 09:19AM |
| 17 | But, first, we're going to hear from Knauf as to | 09:19AM |
| 18 | what they've done and how they've done it.  Kerry, why don't you | 09:19AM |
| 19 | set the stage. | 09:19AM |
| 20 | I talked to Deutsche Bank, asked them to be | 09:19AM |
| 21 | present so that they can explain what role they have.  And, | 09:19AM |
| 22 | also, I believe in transparency in these matters.  I've had all | 09:19AM |
| 23 | the banks who are participating come into court and at least | 09:19AM |
| 24 | have their presentation made.  If anybody has any questions, | 09:19AM |
| 25 | that's the time to ask it.  And I also want everybody advised | 09:19AM |