# EXHIBIT 7

filed separately under seal