# EXHIBIT 8

filed separately under seal