# EXHIBIT 9

filed separately under seal