

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**YANCE LAW FIRM, LLC'S NOTICE OF JOINDER IN PRIMARY COUNSEL'S REQUEST TO ALLOCATE THE GLOBAL FEE AWARD BETWEEN COMMON BENEFIT COUNSEL AND PRIMARY COUNSEL AND OBJECTIONS TO THE FEE COMMITTEE'S MOTION TO DETERMINE THE ALLOCATION OF THE GOLBAL FEE AWARD AS BETWEEN COMMON BENEFIT ATTORNEYS AND INDIVIDUAL COUNSEL FEES PURSUANT TO PTO 28(F)**

COMES NOW Yance Law Firm, LLC, and hereby gives notice of joinder in Primary Counsel's Request to Allocate the Global Fee Award Between Common Benefit Counsel and Primary Counsel and Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Attorneys and Individual Counsel Fees Pursuant to PTO 28(F), filed by Gentle, Turner, Sexton & Harbison, LLC and McCallum, Hoaglund, Cook & Irby, LLP (Document number 59203440 in this cause).

Dated: June 28, 2016                                     Respectfully submitted,

/s/ R. Tucker Yance
R. TUCKER YANCE
YANCE LAW FIRM, LLC
169 Dauphin Street Suite 318
Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of June, 2016.

/s/ R. Tucker Yance
R. TUCKER YANCE
YANCE LAW FIRM, LLC
169 Dauphin Street Suite 318
Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com