UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:** <br><br> *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Civ. Action No. 10-361 (Eduardo and Carmen Amorin, et al.)(Omni II(B)) <br><br> *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Civ. Action No. 10-361 (Clifford Abromatts and Janice Worobec, et al.)(Omni II(C)) <br><br> *Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action No. 12-0498 (Omni XIII) <br><br> *Amorin, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (Omni XV) <br><br> *Amorin, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1395 (Omni XVI) <br><br> *Amorin, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1673 (Omni XVII) | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File the Plaintiffs' Motion to Set Aside Judgments Pursuant to Fed. R. Civ. P. 60(b), In Its Entirety, Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Motion to Set Aside Judgments Pursuant to Fed. R. Civ. P. 60(b), in its entirety, be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 28th day of _____June_____, 2016.

_____
Eldon E. Fallon
United States District Court Judge