UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE ELDON FALLON<br>MAGISTRATE WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that plaintiffs, Daniel Cowart and Lauren Cortelyou ("Plaintiffs"), by and through undersigned counsel, respectfully request this Court for an Order Granting their Motion for Reconsideration of Special Master's Opinion and Decree before the Honorable Eldon E. Fallon on a date and time as the Court directs, at the United States Court for the Eastern District of Louisiana. Pursuant to Uniform Local Rule 78.1E, this motion will be heard without benefit of oral argument, unless the Court directs otherwise.

Dated: July 1, 2016
DANIEL COWART AND LAUREN CORTELYOU, PLAINTIFFS

*/s/ James R. Reeves, Jr.*
JAMES R. REEVES, JR., Plaintiffs' Attorney
REEVES & MESTAYER, PLLC
160 MAIN STREET
BILOXI, MS 39530
(228) 374-5151
(228) 374-6630 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liason Counsel, Russ Herman and Defendants' Liason Counsel, Kerry Miller, by U. S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 1ST day of JULY, 2016.

/s/ James R. Reeves, Jr.
JAMES R. REEVES, JR., Plaintiffs' Attorney
REEVES & MESTAYER, PLLC
160 MAIN STREET
BILOXI, MS  39530
(228) 374-5151
(228) 374-6630 (facsimile)