UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET: 2047** |
| | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** |
| ALL CASES | **MAG. JUDGE WILKINSON** |

**ORDER**

Considering the Homebuilders Steering Committee's ("HSC") Unopposed Motion for Extension of Time for Homebuilders to File Oppositions to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees (the "Motion") [Rec. Doc. 20293];

It is **HEREBY ORDERED** that the Motion is **GRANTED**.

The HSC and individual homebuilders are granted a ten (10) day extension of time, through and including July 8, 2016, within which to file their oppositions, if any, to the Fee Committee's Motion for Extension of Time to File Oppositions to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Motion (the "Allocation Motion") [Rec. Doc. 20293]. The Fee Committee is granted a corresponding ten (10) day extension of time, through and including July 21, 2016, within which to file its reply to any homebuilder oppositions to the Allocation Motion.

New Orleans, Louisiana, this   29th   day of   June  , 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE