UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

# ORDER

On June 29, 2016, during the June Chinese Drywall Monthly Status Conference, the Court granted the following motion after notification by Counsel for Defendant Knauf that the motion was unopposed: Motion to Extinguish Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claim (R. Doc. 20302)

The ruling is contained in the Court's colloquy during the Monthly Status Conference proceeding, which was transcribed by Ms. Karen Ibos, Official Court Reporter. Counsel may contact Ms. Ibos at (504) 589-7776 to request a copy of the transcript of the proceeding, which contains the Court's order and ruling on the aforementioned motion.

New Orleans, Louisiana, this 30th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

1