UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** R. Doc. 19938

## ORDER

Considering the Motion to Reconsider the Court's Order and Reasons (R. Doc. 19938) filed by Claimant Patricia Harvey, **IT IS ORDERED** that the Motion is set for submission, without oral argument, on July 6, 2016.

New Orleans, Louisiana, this 30th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

1