# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR 78.1, the undersigned attorneys for the Plaintiffs[1] hereby request oral argument on petition for award of attorney's fees and litigation expenses outside the MDL and pursuant to a Stand-Alone Settlement Agreement with Knauf.

Dated: July 1, 2016

Respectfully Submitted,

*/s/ Richard H. Holston*
**RICHARD H. HOLSTON (HOLSR5536 )**
Electronic Mail: rhh@holstonvaughan.com
**GREGORY E. VAUGHAN (VAUGG6227)**
Electronic Mail: gev@holstonvaughan.com

**HOLSTON VAUGHAN, LLC**
Post Office Box 195
Mobile, Alabama 36601
Telephone: (251) 432-8883
Facsimile: (251) 432-8884
**ATTORNEYS FOR THE PLAINTIFFS**

---

[1] The Plaintiffs herein filed their action in the Circuit Court of Mobile County, Alabama, Case No. CV-09-901153.  The Plaintiff's making this request are: Felicia Allbritton, Edward Stevenson, Betty Allbritton, Jerome Leland, Audra Washington, Jermesia Washington, Timothy Washington, Lekenno Washington, Jalexis Washington, Gennies M. Hillary, Corinthia Hillery, Charles Pugh, Jessica Pugh, Jakendrick Homes, Diges Little, Desiree Perry, Devonte Williams Doryan Williams, Deborah Porcher, Khryshaunda Lett, Christopher Lett, Tiffany Porcher, Delantonio Porcher, Letitia Washington, Malasia Washington, Torianna Washington and Makayla Washington

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing pleading has been filed electronically with the Clerk for the United States District Court for the Eastern District of Louisiana, and thereby served upon all parties in MDL No. 2047.

Done this 1st day of July, 2016.

                                       _/s/ Richard H. Holston_
                                       **RICHARD H. HOLSTON**