UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL
PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**

Payton et al v. Knauf Gips KG et al,
Case No. 2:09-cv-07628-EEF-JCW

Rogers et al v. Knauf Gips KG et al               MDL NO. 2047
Case No. 2:10-cv-00362-EEF-JCW                    SECTION L

                                                  JUDGE FALLON
Amato et al v. Liberty Mutual Insurance           MAGISTRATE JUDGE
Company et al                                     WILKINSON
Case No. 2:10-cv-00932-EEF-JCW

_____/

NOTICE OF APPEARANCE ON BEHALF OF
PLAINTIFF DAVID ORLOWSKI'S

**PLEASE TAKE NOTICE** that David Bierman, Esq., and the law firm of Moffa & Breuer, PLLC, pursuant to this Court's Pretrial Order No. 1 issued June 16th, 2009 waiving Local Rules 83.2.6E and 83.2.7, hereby files their appearance as counsel for Plaintiff David Orlowski. The undersigned attorney requests that all notices, pleadings, motions, orders, and all other documents in this bankruptcy case be served upon the following:

Moffa & Breuer, PLLC
1776 N. Pine Island Road, Suite #102
Plantation, FL  33322
Email: David@moffa.law
Email: Moses@moffa.law

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served by U.S. Mail and email to Russ Herman, Esq., Plaintiffs' Liaison Counsel, and Kerry Miller, Esquire, Defendants' Liaison Counsel, and upon all parties by electronically unloading the same to File and Serve Xpress f/k/a

Lexis Nexis File and Serve in accordance with Pretrial Order No. 6,, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 5th day of July, 2016.

          Respectfully Submitted,
          Moffa & Breuer, PLLC
          1776 N Pine Island Rd, Suite 102
          Plantation, Florida 33322
          Telephone:  954-634-4733
          Facsimile:    954-337-0637
          electronic mail: david@moffa.law
          electronic mail:  moses@moffa.law
          electronic mail: allusers@moffa.law


          By:  /s/ David Bierman_____
          David Bierman, Esquire
          FL Bar No. 0020720