| CHINESE DRYWALL SETTLEMENT PROGRAM<br>CLAIMS ADMINISTRATION PROCEDURE | | | |
|---|---|---|---|
| **CAP No.** | 2013-3 | **Effective Date** | September 10, 2013 |
| **SUBJECT** | Incomplete Claim Procedure | | |

  **1.** ***Purpose of this Procedure.*** This Procedure sets forth the process by which the Settlement Administrator will handle incomplete or otherwise deficient claims.

  **2.** ***Definitions and Section References.*** Any capitalized terms used in this Procedure and not expressly defined in this Procedure shall have the meanings given to them in the applicable settlement agreements. References to Sections are to sections of this Procedure, unless otherwise stated. Deadlines set forth in this section are to be calculated using the same method for the calculation of deadlines set forth in Fed.R.Civ.P. 6.

  **3.** ***Incomplete Claims***. If the Settlement Administrator determines that a claimant has not provided sufficient documentation or information in support of a claim, the Settlement Administrator will notify the claimant of the incompleteness in writing by issuing a Notice of Incomplete Claim identifying the specific reasons for the incompleteness and the steps necessary to cure the incompleteness. All notifications shall be made to a claimant's registering counsel, or directly to the claimant if the claimant does not have registering Counsel. The Settlement Administrator will notify the claimant of the incompleteness by posting on the secure web-based Portal ("Portal") or, if the claimant does not use the Portal, by mailing a copy of the Notice to the claimant's counsel's address on record. If the claimant does not have registering counsel, Notice will be sent directly to the claimant. The Notice will contain a date certain by which the claimant must respond ("Deadline Date"), which will be 25 days from the date of the Notice. The claimant shall respond to the Notice of Incomplete Claim by uploading the requested documents or information on the Portal on or before the Deadline Date or by mailing the documents or information to the Settlement Administrator postmarked on or before the Deadline Date. The Settlement Administrator shall send a Follow-Up Notice of Incomplete Claim 5 days prior to the Deadline Date as a reminder of the Deadline Date.

  **4.** ***Failure to Cure Incompleteness.*** If the claimant does not cure the deficiency by the Deadline Date, the Settlement Administrator will deny the claim. The Settlement Administrator may grant claimant's request to extend the Deadline Date, which request must be made prior to the Deadline Date and must be for good cause shown. If the claimant has failed to file any documentation to cure the incompleteness, the claimant may not appeal the Settlement Administrator's denial of the claim.

  **5.** ***Form of Response.*** The claimant shall respond to the Notice of Incomplete Claim by uploading the requested documents or information on the Portal on or before the Deadline Date or by mailing the documents or information to the Settlement Administrator postmarked on or before the Deadline Date. The Settlement Administrator strongly encourages all documents and information to be uploaded on the Portal; however, for claimants who do not use the Portal and elect to mail documents or information, mail them to the following address:

 Exhibit A

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

**6.    *Rights After Denial*.** A claimant denied for failure to cure an incompleteness may appeal to the Special Master by following the applicable Appeal procedure. The Special Master may remand claims for review by the Settlement Administrator if the claimant supplies new document(s) or information that the Special Master finds may affect the outcome of the claim. All information regarding appeals to the Special Master will be contained in a separate CAP.

**APPROVED:**

By:    /s/ Leonard Davis          Date: September 10, 2013
       Plaintiffs' Steering Committee
       Settlement Agreement Liaison


By:    /s/ Kerry Miller           Date: September 10, 2013
       Knauf Defendants
       Settlement Agreement Liaison


By:    /s/ Hilarie Bass           Date: September 10, 2013
       Builder Class
       Settlement Agreement Liaison


By:    /s/ Lynn Greer             Date: September 10, 2013
       Settlement Administrator