UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ......................................... : | | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Settlement Administrator's Motion Regarding Stipend Disputes for the Chinese Drywall Settlement Program (R. Doc. 20339), **IT IS ORDERED** that the Settlement Administrator, BrownGreer, deposit into the Registry of the Court sufficient funds to pay the maximum stipend for each claim listed in Exhibits A and B of R. Doc 20339. This amount should be no less than $29,000. Once funds are received, the Court will set a Rule to Show Cause and will allow interested parties to present their claim for funds.

New Orleans, Louisiana, this 1st day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

1