**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                        MDL 2047

                                                  SECTION:  L

                                                  JUDGE FALLON
                                                  MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

**UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED PLEADING IN**
**OPPOSITION TO FEE COMMITTEE'S MOTION TO DETERMINE FEE**
**ALLOCATION FOR THE SOLE PURPOSE OF LISTING CO-COUNSEL**

COME NOW, the individual claimant's counsel, and file this Unopposed Motion for Leave to File an Amended Response in Opposition to Fee Committee's Motion to Determine Fee Allocation for the Sole Purpose of Listing Co-counsel.

1.      The Fee Committee filed its Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(f) on or about June 7, 2016. [Doc. #20283].

2.      Undersigned Individual Claimant's Counsel filed a Response to said Motion on or about June 28, 2016. [Doc. #20356].  However, individual claimant's counsel inadvertently failed to list co-counsel on the pleading.  Therefore, counsel requests leave to file the corrected pleading in the form attached hereto as Exhibit "A."

3.      This motion is not brought for any improper purpose but rather in the interests of justice and for the reasons stated herein.  Counsel for the Fee Committee Leonard Davis, Esquire has advised there is no objection to this Motion.

WHEREFORE, PREMISES CONSIDERED, individual claimant's counsel prays that this Court will grant his Motion for Leave to File an Amended Response in Opposition to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(f).

Respectfully submitted, this the 5th day of July, 2016.

By: */s/ John F. Hawkins*

By: */s/ Edward Gibson*

John F. Hawkins Esquire (MSB# 9556)
Edward Gibson, Esquire (LAB# 29053)
HAWKINS│GIBSON, PLLC
628 North State Street (39202)
Post Office Box 24627
Jackson, MS 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580
john@hgattorneys.com
egibson@hgattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Counsel, by electronic mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

SO CERTIFIED, this the 5th day of July, 2016.

*/s/ Edward Gibson*