| Exhibit A<br>List of New Orleans Habitat For Humanity Properties | | |
|---|---|---|
| **Row** | **Owner** | **Address** |
| 1 | New Orleans Area Habitat for Humanity, Inc. | 1229 Port Street New Orleans, LA |
| 2 | New Orleans Area Habitat for Humanity, Inc. | 1304 Ferry Place new Orleans, LA |
| 3 | New Orleans Area Habitat for Humanity, Inc. | 1308 Ferry Place New Orleans, LA |
| 4 | New Orleans Area Habitat for Humanity, Inc. | 1309 Ferry Place New Orleans, LA |
| 5 | New Orleans Area Habitat for Humanity, Inc. | 1315 Ferry Place, New Orleans, LA |
| 6 | New Orleans Area Habitat for Humanity, Inc. | 1316 Ferry Place New Orleans, LA |
| 7 | New Orleans Area Habitat for Humanity, Inc. | 1320 Ferry Place New Orleans, LA |
| 8 | New Orleans Area Habitat for Humanity, Inc. | 1324 Ferry Place New Orleans, LA |
| 9 | New Orleans Area Habitat for Humanity, Inc. | 1327 Ferry Place New Orleans, LA |
| 10 | New Orleans Area Habitat for Humanity, Inc. | 1328 Ferry Place New Orleans, LA |
| 11 | New Orleans Area Habitat for Humanity, Inc. | 1331 Ferry Place New Orleans, LA |
| 12 | New Orleans Area Habitat for Humanity, Inc. | 1335 Ferry Place New Orleans, LA |
| 13 | New Orleans Area Habitat for Humanity, Inc. | 1340 Bayou Road St. Bernard, LA |
| 14 | New Orleans Area Habitat for Humanity, Inc. | 1437 Nunez Street New Orleans, LA |
| 15 | New Orleans Area Habitat for Humanity, Inc. | 146 Mimosa Lane, Port Sulphur, LA |
| 16 | New Orleans Area Habitat for Humanity, Inc. | 1533 Bayou Road, St. Bernard, LA |
| 17 | New Orleans Area Habitat for Humanity, Inc. | 1701 Bartholomew Street New Orleans, LA |
| 18 | New Orleans Area Habitat for Humanity, Inc. | 1705 Bartholomew Street New Orleans, LA |
| 19 | New Orleans Area Habitat for Humanity, Inc. | 1709 Bartholomew Street New Orleans, LA |
| 20 | New Orleans Area Habitat for Humanity, Inc. | 1713 Bartholomew Street New Orleans, LA |
| 21 | New Orleans Area Habitat for Humanity, Inc. | 1717 Bartholomew Street New Orleans, LA |
| 22 | New Orleans Area Habitat for Humanity, Inc. | 1721 Bartholomew Street New Orleans, LA |
| 23 | New Orleans Area Habitat for Humanity, Inc. | 1722 Alvar Street, New Orleans, LA |
| 24 | New Orleans Area Habitat for Humanity, Inc. | 1724 Alvar Street, New Orleans, LA |
| 25 | New Orleans Area Habitat for Humanity, Inc. | 1725 Bartholomew Street New Orleans, LA |
| 26 | New Orleans Area Habitat for Humanity, Inc. | 1733 Bartholomew Street New Orleans, LA |
| 27 | New Orleans Area Habitat for Humanity, Inc. | 1737 Bartholomew Street New Orleans, LA |
| 28 | New Orleans Area Habitat for Humanity, Inc. | 1739 Bartholomew Street New Orleans, LA |
| 29 | New Orleans Area Habitat for Humanity, Inc. | 1741 Bartholomew Street New Orleans, LA |
| 30 | New Orleans Area Habitat for Humanity, Inc. | 1800 Feliciana Street New Orleans, LA |
| 31 | New Orleans Area Habitat for Humanity, Inc. | 1801 Lesseps Street New Orleans, LA |
| 32 | New Orleans Area Habitat for Humanity, Inc. | 1804 Bartholomew Street New Orleans, LA |
| 33 | New Orleans Area Habitat for Humanity, Inc. | 1808 Bartholomew Street New Orleans, LA |
| 34 | New Orleans Area Habitat for Humanity, Inc. | 1812 Bartholomew Street New Orleans, LA |
| 35 | New Orleans Area Habitat for Humanity, Inc. | 1816 Bartholomew Street New Orleans, LA |
| 36 | New Orleans Area Habitat for Humanity, Inc. | 1816 Karl Street, Arabi, LA |
| 37 | New Orleans Area Habitat for Humanity, Inc. | 1817 Bartholomew Street, New Orleans, LA |
| 38 | New Orleans Area Habitat for Humanity, Inc. | 1819 Feliciana Street New Orleans, LA |
| 39 | New Orleans Area Habitat for Humanity, Inc. | 1820 Bartholomew Street New Orleans, LA |
| 40 | New Orleans Area Habitat for Humanity, Inc. | 1821 Bartholomew Street New Orleans, LA |
| 41 | New Orleans Area Habitat for Humanity, Inc. | 1824 Bartholomew Street New Orleans, LA |
| 42 | New Orleans Area Habitat for Humanity, Inc. | 1824 Congress Street New Orleans, LA |

| \ | Exhibit A<br>List of New Orleans Habitat For Humanity Properties | |
|---|---|---|
| **Row** | **Owner** | **Address** |
| 43 | New Orleans Area Habitat for Humanity, Inc. | 1825 Bartholomew Street New Orleans, LA |
| 44 | New Orleans Area Habitat for Humanity, Inc. | 1827 Bartholomew Street New Orleans, LA |
| 45 | New Orleans Area Habitat for Humanity, Inc. | 1828 Bartholomew Street New Orleans, LA |
| 46 | New Orleans Area Habitat for Humanity, Inc. | 1829 Bartholomew Street New Orleans, LA |
| 47 | New Orleans Area Habitat for Humanity, Inc. | 1831 Bartholomew Street New Orleans, LA |
| 48 | New Orleans Area Habitat for Humanity, Inc. | 1832 Bartholomew Street New Orleans, LA |
| 49 | New Orleans Area Habitat for Humanity, Inc. | 1833 Bartholomew Street New Orleans, LA |
| 50 | New Orleans Area Habitat for Humanity, Inc. | 1835 Bartholomew Street New Orleans, LA |
| 51 | New Orleans Area Habitat for Humanity, Inc. | 1837 Bartholomew Street New Orleans, LA |
| 52 | New Orleans Area Habitat for Humanity, Inc. | 1838 Feliciana New Orleans, LA |
| 53 | New Orleans Area Habitat for Humanity, Inc. | 1839 Bartholomew Street New Orleans, LA |
| 54 | New Orleans Area Habitat for Humanity, Inc. | 1841 Bartholomew Street, New Orleans, LA |
| 55 | New Orleans Area Habitat for Humanity, Inc. | 1900 Bartholomew Street New Orleans, LA |
| 56 | New Orleans Area Habitat for Humanity, Inc. | 1904 Bartholomew Street New Orleans, LA |
| 57 | New Orleans Area Habitat for Humanity, Inc. | 1905 Tino Lane, Violet, LA |
| 58 | New Orleans Area Habitat for Humanity, Inc. | 1908 Bartholomew Street New Orleans, LA |
| 59 | New Orleans Area Habitat for Humanity, Inc. | 1912 Bartholomew Street New Orleans, LA |
| 60 | New Orleans Area Habitat for Humanity, Inc. | 1916 Bartholomew Street New Orleans, LA |
| 61 | New Orleans Area Habitat for Humanity, Inc. | 1916 Mandeville Street New Orleans, LA |
| 62 | New Orleans Area Habitat for Humanity, Inc. | 1917 Highland Drive Violet, LA |
| 63 | New Orleans Area Habitat for Humanity, Inc. | 1920 Bartholomew Street New Orleans, LA |
| 64 | New Orleans Area Habitat for Humanity, Inc. | 1921 Alvar Street New Orleans, LA |
| 65 | New Orleans Area Habitat for Humanity, Inc. | 1922 Marigny Street New Orleans, LA |
| 66 | New Orleans Area Habitat for Humanity, Inc. | 1924 Bartholomew Street New Orleans, LA |
| 67 | New Orleans Area Habitat for Humanity, Inc. | 1925 Alvar Street New Orleans, LA |
| 68 | New Orleans Area Habitat for Humanity, Inc. | 1927 Bridgehead Lane Violet, LA |
| 69 | New Orleans Area Habitat for Humanity, Inc. | 1928 Bartholomew Street New Orleans, LA |
| 70 | New Orleans Area Habitat for Humanity, Inc. | 1929 Alvar Street New Orleans, LA |
| 71 | New Orleans Area Habitat for Humanity, Inc. | 1929 Bartholomew Street New Orleans, LA |
| 72 | New Orleans Area Habitat for Humanity, Inc. | 1929 Independence Street, New Orleans, LA |
| 73 | New Orleans Area Habitat for Humanity, Inc. | 1931 France Street New Orleans, LA |
| 74 | New Orleans Area Habitat for Humanity, Inc. | 1932 Bartholomew Street New Orleans, LA |
| 75 | New Orleans Area Habitat for Humanity, Inc. | 1933 Bartholomew Street New Orleans, LA |
| 76 | New Orleans Area Habitat for Humanity, Inc. | 1934 Pilate Lane, St. Bernard, LA |
| 77 | New Orleans Area Habitat for Humanity, Inc. | 1936 Bartholomew Street New Orleans, LA |
| 78 | New Orleans Area Habitat for Humanity, Inc. | 1937 Bartholomew Street New Orleans, LA |
| 79 | New Orleans Area Habitat for Humanity, Inc. | 1940 Bartholomew Street New Orleans, LA |
| 80 | New Orleans Area Habitat for Humanity, Inc. | 1941 Bartholomew Street New Orleans, LA |
| 81 | New Orleans Area Habitat for Humanity, Inc. | 2021 Claudia Street Violet, LA |
| 82 | New Orleans Area Habitat for Humanity, Inc. | 2100 Painters Street New Orleans, LA |
| 83 | New Orleans Area Habitat for Humanity, Inc. | 2108 Tiffany Court St. Bernard, LA |
| 84 | New Orleans Area Habitat for Humanity, Inc. | 2113 Gina Drive St. Bernard, LA |

| | Exhibit A<br>List of New Orleans Habitat For Humanity Properties | |
|---|---|---|
| Row | Owner | Address |
| 85 | New Orleans Area Habitat for Humanity, Inc. | 2113 Louisa Street New Orleans, LA |
| 86 | New Orleans Area Habitat for Humanity, Inc. | 2116 Bartholomew Street New Orleans, LA |
| 87 | New Orleans Area Habitat for Humanity, Inc. | 2116 Painters Street, New Orleans, LA |
| 88 | New Orleans Area Habitat for Humanity, Inc. | 2119 Caluda Lane Violet, LA |
| 89 | New Orleans Area Habitat for Humanity, Inc. | 2122 Caluda Street Violet, LA |
| 90 | New Orleans Area Habitat for Humanity, Inc. | 2134 State Avenue Harvey, LA |
| 91 | New Orleans Area Habitat for Humanity, Inc. | 2138 France Street New Orleans, LA |
| 92 | New Orleans Area Habitat for Humanity, Inc. | 2138 State Avenue Harvey, LA |
| 93 | New Orleans Area Habitat for Humanity, Inc. | 2142 France Street New Orleans, LA |
| 94 | New Orleans Area Habitat for Humanity, Inc. | 2200 Tiffany Court St. Bernard, LA |
| 95 | New Orleans Area Habitat for Humanity, Inc. | 2213 Piety Street New Orleans, LA |
| 96 | New Orleans Area Habitat for Humanity, Inc. | 2217 Piety Street New Orleans, LA |
| 97 | New Orleans Area Habitat for Humanity, Inc. | 2220 Highland Drive Violet, LA |
| 98 | New Orleans Area Habitat for Humanity, Inc. | 2221 Caluda Street Violet, LA |
| 99 | New Orleans Area Habitat for Humanity, Inc. | 2234 Feliciana Street New Orleans, LA |
| 100 | New Orleans Area Habitat for Humanity, Inc. | 2300 Caluda Street Violet, LA |
| 101 | New Orleans Area Habitat for Humanity, Inc. | 2301 Mathis Avenue, Harvey, LA |
| 102 | New Orleans Area Habitat for Humanity, Inc. | 2301 New Orleans Avenue Harvey, LA |
| 103 | New Orleans Area Habitat for Humanity, Inc. | 2305 Mathis Avenue, Harvey, LA |
| 104 | New Orleans Area Habitat for Humanity, Inc. | 2307 New Orleans Avenue, Harvey, LA |
| 105 | New Orleans Area Habitat for Humanity, Inc. | 2309 Mathis Avenue, Harvey, LA |
| 106 | New Orleans Area Habitat for Humanity, Inc. | 2312 Farmsite Road, Violet, LA |
| 107 | New Orleans Area Habitat for Humanity, Inc. | 2312 Gina Drive, St. Bernard, LA |
| 108 | New Orleans Area Habitat for Humanity, Inc. | 2315 Jefferson Avenue, Harvey, LA |
| 109 | New Orleans Area Habitat for Humanity, Inc. | 2316 Caluda Street Violet, LA |
| 110 | New Orleans Area Habitat for Humanity, Inc. | 2316 Victoria Avenue Harvey, LA |
| 111 | New Orleans Area Habitat for Humanity, Inc. | 2319 Mathis Avenue, Harvey, LA |
| 112 | New Orleans Area Habitat for Humanity, Inc. | 2320 Licciardi Lane, Violet, LA |
| 113 | New Orleans Area Habitat for Humanity, Inc. | 2320 New Orleans Avenue, Harvey, LA |
| 114 | New Orleans Area Habitat for Humanity, Inc. | 2320 Victoria Avenue, Harvey, LA |
| 115 | New Orleans Area Habitat for Humanity, Inc. | 2323 Mathis Avenue, Harvey, LA |
| 116 | New Orleans Area Habitat for Humanity, Inc. | 2325 Rochelle Street Harvey, LA |
| 117 | New Orleans Area Habitat for Humanity, Inc. | 2327 Mathis Avenue, Harvey, LA |
| 118 | New Orleans Area Habitat for Humanity, Inc. | 2327 Rochelle Avenue Harvey, LA |
| 119 | New Orleans Area Habitat for Humanity, Inc. | 2327 Victoria Avenue Harvey, LA |
| 120 | New Orleans Area Habitat for Humanity, Inc. | 2328 Clouet Street, New Orleans, LA |
| 121 | New Orleans Area Habitat for Humanity, Inc. | 2328 Rochelle Avenue, Harvey, LA |
| 122 | New Orleans Area Habitat for Humanity, Inc. | 2330 Piety Street New Orleans, LA |
| 123 | New Orleans Area Habitat for Humanity, Inc. | 2334 Rochelle Harvey, LA |
| 124 | New Orleans Area Habitat for Humanity, Inc. | 2338 Rochelle Street Harvey, LA |
| 125 | New Orleans Area Habitat for Humanity, Inc. | 2344 Mazant Street, New Orleans, LA |
| 126 | New Orleans Area Habitat for Humanity, Inc. | 2346 Louisa Street, New Orleans, LA |

| | Exhibit A | |
|---|---|---|
| | **List of New Orleans Habitat For Humanity Properties** | |
| **Row** | **Owner** | **Address** |
| **127** | New Orleans Area Habitat for Humanity, Inc. | 2401 Clouet Street New Orleans, LA |
| **128** | New Orleans Area Habitat for Humanity, Inc. | 2401 Independence Street, New Orleans, LA |
| **129** | New Orleans Area Habitat for Humanity, Inc. | 2401 S. Tonti Street New Orleans, LA |
| **130** | New Orleans Area Habitat for Humanity, Inc. | 2405 S. Tonti Street New Orleans, LA |
| **131** | New Orleans Area Habitat for Humanity, Inc. | 2409 S. Tonti Street, New Orleans, LA |
| **132** | New Orleans Area Habitat for Humanity, Inc. | 2414 Clouet Street New Orleans, LA |
| **133** | New Orleans Area Habitat for Humanity, Inc. | 2415 Piety Street New Orleans, LA |
| **134** | New Orleans Area Habitat for Humanity, Inc. | 2422 Clouet Street New Orleans, LA |
| **135** | New Orleans Area Habitat for Humanity, Inc. | 2434 Louisa Street, New Orleans, LA |
| **136** | New Orleans Area Habitat for Humanity, Inc. | 2500 Desire Street New Orleans, LA |
| **137** | New Orleans Area Habitat for Humanity, Inc. | 2500 Gina Drive New Orleans, LA |
| **138** | New Orleans Area Habitat for Humanity, Inc. | 2504 Desire Street New Orleans, LA |
| **139** | New Orleans Area Habitat for Humanity, Inc. | 2519 Feliciana Street New Orleans, LA |
| **140** | New Orleans Area Habitat for Humanity, Inc. | 2521 S. Galvez Street New Orleans, LA |
| **141** | New Orleans Area Habitat for Humanity, Inc. | 2522 S. Miro Street, New Orleans, LA |
| **142** | New Orleans Area Habitat for Humanity, Inc. | 2525 N. Miro Street New Orleans, LA |
| **143** | New Orleans Area Habitat for Humanity, Inc. | 2529 Caluda Street Violet, LA |
| **144** | New Orleans Area Habitat for Humanity, Inc. | 2529 Desire Street New Orleans, LA |
| **145** | New Orleans Area Habitat for Humanity, Inc. | 2530 Gallier Street, New Orleans, LA |
| **146** | New Orleans Area Habitat for Humanity, Inc. | 2537 Desire Street New Orleans, LA |
| **147** | New Orleans Area Habitat for Humanity, Inc. | 2544 Gallier, New Orleans, LA |
| **148** | New Orleans Area Habitat for Humanity, Inc. | 2545 Desire Street, New Orleans, LA |
| **149** | New Orleans Area Habitat for Humanity, Inc. | 2559 N. Johnson Street New Orleans, LA |
| **150** | New Orleans Area Habitat for Humanity, Inc. | 2608 Gallier Street New Orleans, LA |
| **151** | New Orleans Area Habitat for Humanity, Inc. | 2618 Piety New Orleans, LA |
| **152** | New Orleans Area Habitat for Humanity, Inc. | 2650 Piety Street New Orleans, LA |
| **153** | New Orleans Area Habitat for Humanity, Inc. | 2701 Kenilworth Drive, St.Bernard, LA |
| **154** | New Orleans Area Habitat for Humanity, Inc. | 2717 Palmetto Street Chalmette, LA |
| **155** | New Orleans Area Habitat for Humanity, Inc. | 2720 Gina Drive, St. Bernard, LA |
| **156** | New Orleans Area Habitat for Humanity, Inc. | 3014 N. Tonti Street New Orleans, LA |
| **157** | New Orleans Area Habitat for Humanity, Inc. | 3030 Albany Street New Orleans, LA |
| **158** | New Orleans Area Habitat for Humanity, Inc. | 31 Gibbs Drive, Chalmette, LA |
| **159** | New Orleans Area Habitat for Humanity, Inc. | 3125 N. Galvez Street New Orleans, LA |
| **160** | New Orleans Area Habitat for Humanity, Inc. | 3127 3rd Street New Orleans, LA |
| **161** | New Orleans Area Habitat for Humanity, Inc. | 3127 N. Galvez New Orleans, LA |
| **162** | New Orleans Area Habitat for Humanity, Inc. | 3140 N. Roman Street New Orleans, LA |
| **163** | New Orleans Area Habitat for Humanity, Inc. | 3229 Maureen Lane, Meraux, LA |
| **164** | New Orleans Area Habitat for Humanity, Inc. | 3235 Washington Avenue New Orleans, LA |
| **165** | New Orleans Area Habitat for Humanity, Inc. | 3251 Law Street New Orleans, LA |
| **166** | New Orleans Area Habitat for Humanity, Inc. | 3255 Law Street New Orleans, LA |
| **167** | New Orleans Area Habitat for Humanity, Inc. | 3300 Daniel Drive, Violet, LA |
| **168** | New Orleans Area Habitat for Humanity, Inc. | 3300 Jackson Boulevard, Chalmette, LA |

| | Exhibit A | |
|---|---|---|
| | List of New Orleans Habitat For Humanity Properties | |
| Row | Owner | Address |
| 169 | New Orleans Area Habitat for Humanity, Inc. | 3301 Dryades Street, New Orleans, LA |
| 170 | New Orleans Area Habitat for Humanity, Inc. | 3304 Daniel Drive, Violet, LA |
| 171 | New Orleans Area Habitat for Humanity, Inc. | 3308 Rose Street Chalmette, LA |
| 172 | New Orleans Area Habitat for Humanity, Inc. | 3511 Jackson Boulevard, Chalmette, LA |
| 173 | New Orleans Area Habitat for Humanity, Inc. | 3525 Eagle Street New Orleans, LA |
| 174 | New Orleans Area Habitat for Humanity, Inc. | 3600 First Street, New Orleans, LA |
| 175 | New Orleans Area Habitat for Humanity, Inc. | 3627 First Street, New Orleans, LA |
| 176 | New Orleans Area Habitat for Humanity, Inc. | 3631 First Street, New Orleans, LA |
| 177 | New Orleans Area Habitat for Humanity, Inc. | 3720 Fourth Street, New Orleans, LA |
| 178 | New Orleans Area Habitat for Humanity, Inc. | 3740 St. Bernard Avenue New Orleans, LA |
| 179 | New Orleans Area Habitat for Humanity, Inc. | 3917 N. Prieur Street New Orleans, LA |
| 180 | New Orleans Area Habitat for Humanity, Inc. | 3918 N. Johnston New Orleans, LA |
| 181 | New Orleans Area Habitat for Humanity, Inc. | 3918 N. Prieur Street New Orleans, LA |
| 182 | New Orleans Area Habitat for Humanity, Inc. | 4014 N. Roman Street New Orleans, LA |
| 183 | New Orleans Area Habitat for Humanity, Inc. | 4015 N. Derbigny Street, New Orleans, LA |
| 184 | New Orleans Area Habitat for Humanity, Inc. | 4015 N. Galvez Street New Orleans, LA |
| 185 | New Orleans Area Habitat for Humanity, Inc. | 4021 N. Galvez Street New Orleans, LA |
| 186 | New Orleans Area Habitat for Humanity, Inc. | 4105 E. Louisiana State Drive Kenner, LA |
| 187 | New Orleans Area Habitat for Humanity, Inc. | 4400 Ray Avenue New Orleans, LA |
| 188 | New Orleans Area Habitat for Humanity, Inc. | 4505 America Street New Orleans, LA |
| 189 | New Orleans Area Habitat for Humanity, Inc. | 4559 America Street New Orleans, LA |
| 190 | New Orleans Area Habitat for Humanity, Inc. | 4621 Dale Street New Orleans, LA |
| 191 | New Orleans Area Habitat for Humanity, Inc. | 4733 Wilson Avenue New Orleans, LA |
| 192 | New Orleans Area Habitat for Humanity, Inc. | 4737 Wilson Street New Orleans, LA |
| 193 | New Orleans Area Habitat for Humanity, Inc. | 4745 Wilson Street New Orleans, LA |
| 194 | New Orleans Area Habitat for Humanity, Inc. | 4746 Wilson Avenue New Orleans, LA |
| 195 | New Orleans Area Habitat for Humanity, Inc. | 4809 Reynes Street New Orleans, LA |
| 196 | New Orleans Area Habitat for Humanity, Inc. | 4816 Tulip Street New Orleans, LA |
| 197 | New Orleans Area Habitat for Humanity, Inc. | 4819 Reynes Street New Orleans, LA |
| 198 | New Orleans Area Habitat for Humanity, Inc. | 4820 America Street New Orleans, LA |
| 199 | New Orleans Area Habitat for Humanity, Inc. | 4840 Camelia Street New Orleans, LA |
| 200 | New Orleans Area Habitat for Humanity, Inc. | 4904 Dale Street New Orleans, LA |
| 201 | New Orleans Area Habitat for Humanity, Inc. | 4926 Tulip Street New Orleans, LA |
| 202 | New Orleans Area Habitat for Humanity, Inc. | 4929 Dodt Avenue, New Orleans, LA |
| 203 | New Orleans Area Habitat for Humanity, Inc. | 6101 Second Street Violet, LA |
| 204 | New Orleans Area Habitat for Humanity, Inc. | 6418 Fourth Street New Orleans, LA |
| 205 | New Orleans Area Habitat for Humanity, Inc. | 65 Old Hickory Avenue Chalmette, LA |
| 206 | New Orleans Area Habitat for Humanity, Inc. | 6518 Louis Elam Street Violet, LA |
| 207 | New Orleans Area Habitat for Humanity, Inc. | 7 Carrol Drive Chalmette, LA |
| 208 | New Orleans Area Habitat for Humanity, Inc. | 720 Marais Street Chalmette, LA |
| 209 | New Orleans Area Habitat for Humanity, Inc. | 7232 Prosperity Street Arabi, LA |
| 210 | New Orleans Area Habitat for Humanity, Inc. | 8529 Palmetto Street New Orleans, LA |

| Exhibit A | | |
|---|---|---|
| List of New Orleans Habitat For Humanity Properties | | |
| Row | Owner | Address |
| 211 | New Orleans Area Habitat for Humanity, Inc. | 8739 Plum Street New Orleans, LA |