UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION :
                                    :
                                    : SECTION: L
This Document Relates to All Cases  :
                                    : JUDGE FALLON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : MAG. JUDGE WILKINSON

**O R D E R**

Considering the Settlement Administrator's Motion Regarding Stipend Disputes For the Chinese Drywall Settlement Program (New Orleans Habitat for Humanity);

IT IS ORDERED BY THE COURT that counsel for New Orleans Habitat for Humanity appear and show cause on the ___ day of _____, 2016, at ____ o'clock ___.m. why they are entitled to a stipend payment in the Settlement Program.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge