UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
**************************************************************************

## ORDER

**MAY IT PLEASE THE COURT:**

CONSIDERING the Motion of Baron & Budd, P.C., Allison Grant, P.A. and Alters Law Firm, P.A. for Leave to file Memorandum in Excess of Local Rule Page Limitation and to File Exhibit Under Seal;

IT IS ORDERED BY THE COURT that the motion is granted and the attached **Objections in Opposition to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(f)** and exhibits be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that Exhibits 7, 8, and 9 attached to the Objections be filed UNDER SEAL.

New Orleans, Louisiana, this __7th__ day of __July__, 2016.

_____
Eldon E. Fallon
United States District Court Judge

1