# EXHIBIT 4

1

1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF LOUISIANA

3   IN RE: CHINESE-MANUFACTURED      )
    DRYWALL PRODUCTS                 )
4   LIABILITY LITIGATION             )
                                     )
5                                    ) CIVIL NO. 09-MD-2047 "L"
                                     )
6                                    ) NEW ORLEANS, LOUISIANA
                                     ) October 24, 2013
7                                    ) 9:00 A.M.
    THIS DOCUMENT RELATES TO:        )
8                                    ) Monthly Status Conference
    ALL CASES                        )  & Motions
9                                    )
    ******************************

10

11

            TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
12
          HEARD BEFORE THE HONORABLE ELDON E. FALLON
13
               UNITED STATES DISTRICT JUDGE
14

15

16

17

18  SUSAN A. ZIELIE, RMR, FCRR
    OFFICIAL COURT REPORTER:
19  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF LOUISIANA
20  500 POYDRAS STREET, ROOM B406
    NEW ORLEANS, LA 70130
21  susan_zielie@laed.uscourts.gov
    504.589.7781
22

23  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.

24

25

| | | |
|---|---|---|
| 1 | issues, they can set up calls, set up meetings.  Whatever it | 09:19AM |
| 2 | takes.  Because, as Your Honor pointed out in chambers, dealing | 09:20AM |
| 3 | with these homes and home repairs, early communication is the | 09:20AM |
| 4 | key. | 09:20AM |
| 5 | THE COURT:  Yeah.  First, let me thank Moss's people | 09:20AM |
| 6 | for being here.  As I mentioned at the earlier conference, I've | 09:20AM |
| 7 | gotten a lot of good letters from people saying that they're | 09:20AM |
| 8 | satisfied with the work and the work's being done well. | 09:20AM |
| 9 | You have to remember that you're dealing with | 09:20AM |
| 10 | people's homes; and, next to their families, probably their | 09:20AM |
| 11 | homes are their most valuable possession, and they have a lot of | 09:20AM |
| 12 | emotional attachment to it.  It's not just looked upon by | 09:20AM |
| 13 | families as a couple of bricks and sticks.  It's their memories | 09:20AM |
| 14 | and everything else.  So they're very, very sensitive about it. | 09:20AM |
| 15 | And I think it would be helpful to have periodic meetings | 09:20AM |
| 16 | arranged so that, if anybody has any issue, they know they can | 09:20AM |
| 17 | talk with somebody about them.  And communication in this | 09:20AM |
| 18 | situation is probably more significant or as significant as | 09:20AM |
| 19 | fixing your home so that they know what's happening.  So I urge | 09:21AM |
| 20 | you all to do that. | 09:21AM |
| 21 | MR. MILLER:  Your Honor, I think what we're going to | 09:21AM |
| 22 | try to do, because the monthly status conferences provide a | 09:21AM |
| 23 | regular opportunity -- and we'll probably build this into the | 09:21AM |
| 24 | report -- is either the afternoon before a conference or the | 09:21AM |
| 25 | morning and afternoon after a conference, we'll have those folks | 09:21AM |