# EXHIBIT 5

```
 1                      UNITED STATES DISTRICT COURT

 2                      EASTERN DISTRICT OF LOUISIANA

 3    IN RE: CHINESE-MANUFACTURED      )
      DRYWALL PRODUCTS                 )
 4    LIABILITY                        )
      LITIGATION                       )
 5                                     ) CIVIL DKT NO. 09-MD-2047 "L"
                                       ) MONTHLY STATUS CONFERENCE
 6                                     ) THURSDAY, DECEMBER 19, 2013
      This document relates to:        ) 9:00 A.M.
 7    ALL CASES                        )
      *******************************

 8

 9
                 TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
10
                  HEARD BEFORE THE HONORABLE ELDON E. FALLON
11
                         UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20   SUSAN A. ZIELIE, RMR, FCRR
     OFFICIAL COURT REPORTER
21   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
22   500 POYDRAS STREET, ROOM B406
     NEW ORLEANS, LA 70130
23   susan_zielie@laed.uscourts.gov
     laedcourtreporter@gmail.com
24   504.589.7781

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
```

1  portion of these meetings.  Seems to be working very well. 09:16AM
2              So, again, per the usual practice, if you have any 09:16AM
3  issues, if anyone has any issues with respect to the remediation 09:16AM
4  program or mediation scheduling, and you want to have a meeting 09:16AM
5  with Moss with your client present or you present, they'll be 09:16AM
6  back January 16th at our next status conference and the one 09:16AM
7  after that in February. 09:16AM
8              THE COURT:  That's been very helpful.  I think, in a 09:16AM
9  case of this sort, it's very helpful to have the attorneys in 09:16AM
10 contact with the clients so that the clients have somebody to 09:16AM
11 talk to and to call.  And the attorney then has somebody to talk 09:16AM
12 to and call.  That's why we appoint an ombudsman, a very 09:16AM
13 knowledgeable person in construction, to be able to at least 09:17AM
14 talk with Moss about their concerns. 09:17AM
15             I have received several letters, one from a client 09:17AM
16 of Mr. Becnel, who indicated that the Becnel firm has been very 09:17AM
17 helpful to him, arranging meetings and working out some minor 09:17AM
18 problems that they felt they had.  They were also very laudatory 09:17AM
19 to Moss's work, complimented Moss on their work and efficiency 09:17AM
20 in doing that. 09:17AM
21             So I think the key in this is for the attorneys 09:17AM
22 active to keep in it, to service their clients, get the 09:17AM
23 ombudsman involved as quickly as you can.  Attend these 09:17AM
24 meetings, because you have access to the Moss people.  If you 09:17AM
25 have any questions or your clients have any questions, you can 09:17AM

1  get an answer immediately.  Thank you. 09:17AM
2              MR. HERMAN:  Your Honor, from the plaintiffs' 09:17AM
3  standpoint, the pilot program has served its purpose as setting 09:17AM
4  the table for global settlement.  And the pilot program is 09:18AM
5  continuing to wind up those matters which were in the pilot 09:18AM
6  program before the global settlement when Knauf was consummated. 09:18AM
7              With respect to item No. 7, the IN/EX, Banner, 09:18AM
8  Knauf, L&W global settlements, a motion to deposit funds is set 09:18AM
9  for January 16th at the next fairness hearing. 09:18AM
10             With respect to Knauf, a letter of credit was 09:18AM
11 substituted as security with Deutsche Bank.  There's a Deutsch 09:18AM
12 Bank representative here, Your Honor, and present.  And we 09:18AM
13 appreciate the presence of the Deutsche Bank attorney and 09:18AM
14 representative. 09:19AM
15             THE COURT:  Yes.  I'll ask the Deutsche Bank person to 09:19AM
16 come forward and tell us what the situation is. 09:19AM
17             But, first, we're going to hear from Knauf as to 09:19AM
18 what they've done and how they've done it.  Kerry, why don't you 09:19AM
19 set the stage. 09:19AM
20             I talked to Deutsche Bank, asked them to be 09:19AM
21 present so that they can explain what role they have.  And, 09:19AM
22 also, I believe in transparency in these matters.  I've had all 09:19AM
23 the banks who are participating come into court and at least 09:19AM
24 have their presentation made.  If anybody has any questions, 09:19AM
25 that's the time to ask it.  And I also want everybody advised 09:19AM