UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Plaintiff's Motion for Reconsideration and Objection to Special Master Opinion and Decree (R. Doc. 20300) and Objections to Special Master's Opinion and Decrees submitted by Plaintiffs Daniel Cowart and Laura Cortelyou (R. Doc. 20373), **IT IS ORDERED** that the Motions are set for submission, without oral argument, on August 25, 2016.

New Orleans, Louisiana, this 7th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

1