UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 11-1395 *(Amorin)* | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## REQUEST FOR ORAL ARGUMENT

     Pursuant to Local Rule 78.1, defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd., respectfully requests oral argument on its *Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1)* (R.Doc. 20378), which has been noticed for submission on August 25, 2016, at 9:00 a.m. Mover believes that oral argument would benefit the Court by allowing counsel for the parties to respond to specific questions the Court may have.

     Respectfully submitted:

*/S/ Bruce A. Cranner*
BRUCE A. CRANNER (#1796)
RYAN G. DAVIS (#29138)
**TALLEY, ANTHONY, HUGHES & KNIGHT, L.L.C.**
2250 7TH Street
Mandeville, LA 70471
Telephone: 985-624-5010
Facsimile: 985-624-5306
bcranner@talleyanthony.com
ryan.davis@talleyanthony.com

-and-

DAVID S. OSERTMAN
DANIEL MEE
902 Carnegie Center, Ste. 100
Princeton, NJ 08540
Telephone: (609) 986-1310
Facsimile: (609) 986-1301
dosterman@goldbergsegalla.com
dmee@goldbergsegalla.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 11th day of July, 2016, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/S/ Bruce A. Cranner*