# EXHIBIT 5

```
 1                 UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF LOUISIANA

 3   IN RE: CHINESE-MANUFACTURED      )
     DRYWALL PRODUCTS                 )
 4   LIABILITY                        )
     LITIGATION                       )
 5                                    ) CIVIL DKT NO. 09-MD-2047 "L"
                                      ) MONTHLY STATUS CONFERENCE
 6                                    ) THURSDAY, DECEMBER 19, 2013
     This document relates to:        ) 9:00 A.M.
 7   ALL CASES                        )
     *******************************

 8

 9
             TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
10
           HEARD BEFORE THE HONORABLE ELDON E. FALLON
11
                    UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20   SUSAN A. ZIELIE, RMR, FCRR
     OFFICIAL COURT REPORTER
21   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
22   500 POYDRAS STREET, ROOM B406
     NEW ORLEANS, LA 70130
23   susan_zielie@laed.uscourts.gov
     laedcourtreporter@gmail.com
24   504.589.7781

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
```

1  portion of these meetings.  Seems to be working very well.  09:16AM
2              So, again, per the usual practice, if you have any  09:16AM
3  issues, if anyone has any issues with respect to the remediation  09:16AM
4  program or mediation scheduling, and you want to have a meeting  09:16AM
5  with Moss with your client present or you present, they'll be  09:16AM
6  back January 16th at our next status conference and the one  09:16AM
7  after that in February.  09:16AM
8              THE COURT:  That's been very helpful.  I think, in a  09:16AM
9  case of this sort, it's very helpful to have the attorneys in  09:16AM
10 contact with the clients so that the clients have somebody to  09:16AM
11 talk to and to call.  And the attorney then has somebody to talk  09:16AM
12 to and call.  That's why we appoint an ombudsman, a very  09:16AM
13 knowledgeable person in construction, to be able to at least  09:17AM
14 talk with Moss about their concerns.  09:17AM
15             I have received several letters, one from a client  09:17AM
16 of Mr. Becnel, who indicated that the Becnel firm has been very  09:17AM
17 helpful to him, arranging meetings and working out some minor  09:17AM
18 problems that they felt they had.  They were also very laudatory  09:17AM
19 to Moss's work, complimented Moss on their work and efficiency  09:17AM
20 in doing that.  09:17AM
21             So I think the key in this is for the attorneys  09:17AM
22 active to keep in it, to service their clients, get the  09:17AM
23 ombudsman involved as quickly as you can.  Attend these  09:17AM
24 meetings, because you have access to the Moss people.  If you  09:17AM
25 have any questions or your clients have any questions, you can  09:17AM

1  get an answer immediately.  Thank you.
2          MR. HERMAN:  Your Honor, from the plaintiffs'
3  standpoint, the pilot program has served its purpose as setting
4  the table for global settlement.  And the pilot program is
5  continuing to wind up those matters which were in the pilot
6  program before the global settlement when Knauf was consummated.
7          With respect to item No. 7, the IN/EX, Banner,
8  Knauf, L&W global settlements, a motion to deposit funds is set
9  for January 16th at the next fairness hearing.
10         With respect to Knauf, a letter of credit was
11 substituted as security with Deutsche Bank.  There's a Deutsch
12 Bank representative here, Your Honor, and present.  And we
13 appreciate the presence of the Deutsche Bank attorney and
14 representative.
15         THE COURT:  Yes.  I'll ask the Deutsche Bank person to
16 come forward and tell us what the situation is.
17         But, first, we're going to hear from Knauf as to
18 what they've done and how they've done it.  Kerry, why don't you
19 set the stage.
20         I talked to Deutsche Bank, asked them to be
21 present so that they can explain what role they have.  And,
22 also, I believe in transparency in these matters.  I've had all
23 the banks who are participating come into court and at least
24 have their presentation made.  If anybody has any questions,
25 that's the time to ask it.  And I also want everybody advised