# EXHIBIT 10

**Exhibit 10**

| **Client Name** | **Contract Fee** |
|---|---|
| 509 Sheridan Street 103 Land Trust | 33 1/3% |
| Abbing, Frits | 33.3% |
| Abbott, Carl D. | 33 1/3% |
| Abhaisingh, Nessiffer | 40% |
| Abraham, Kondoor | 33 1/3% |
| Abraham, Thomas | 33 1/3% |
| Abrams, Howard | 33.3% |
| Acosta, Carlos | 40% |
| Acuna, Juan M. | 33 1/3% |
| Adams, Kevin | 40% |
| Adams, Robert | 33.3% |
| Adamson, Andre | 33% |
| Adolph, Jane | 33 1/3% |
| Aerts, Kellee | 33 1/3% |
| Aguilar, Eleanor | 33 1/3% |
| Albacete, Alfonso | 33 1/3% |
| Albandor, Francisco | 40% |
| Alcindor, Robert | 33 1/3% |
| Aldi, Inc. | 33.3% |
| Ali, Jennifer | 33 1/3% |
| Ali-Bocas, Mary Anne | 33 1/3% |
| Allen, Louis | 33.3% |
| Almeida, Jeffrey | 33 1/3% |
| Almeroth, Constance | 33.3% |
| Alonso, Fernando | 33 1/3% |
| Alvarado, Jose Sanchez | 33 1/3% |
| Alvarez, Ricardo | 33 1/3% |
| Alwill, Maria | 33.3% |
| Alzate, Julian | 25% |
| Amalfi Investment, LLC | 33 1/3% |
| Ambroise, Donald | 33 1/3% |
| Amorin, Eduardo A. | 33 1/3% |
| Anderson, James | 33% |
| Anderson, Mark | 40% |
| Anderson, Patricia | 33.3% |
| Anderson, Samuel | 33 1/3% |
| Andreae, Alexander | 33 1/3% |
| Andreoli, Robert | 40% |
| Angel, Maria Estrella de Alvarez | 33 1/3% |
| Ankiel, Richard | 33 1/3% |
| Anton, Kevin | 25% |
| Araujo, Marcos | 25% |
| Arevalo, Luis | 30% |
| Arguello, John | 30% |
| Aria Properties, L.L.C. | 30% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Arndt, Dorothy | 33.3% |
| Arnold, Tom | 33 1/3% |
| Aronchick, Joel and Abramson, Wendy | 33.3% |
| Arsenaux, Everiste | 33 1/3% |
| Artola, Lloyd | 33 1/3% |
| Arzate, Rigoberto | 33 1/3% |
| Asevado, Mary | 25% |
| Ashley, Tatiana | 33 1/3% |
| Atianzar, Pedro V., Jr. | 35% |
| Attard, Kenneth | 33 1/3% |
| Attard, Steve | 40% |
| Augustin, Elena | 33 1/3% |
| Auker, Daniel B. | 33 1/3% |
| Austin, Gerald | 33 1/3% |
| Ayala, Cynthia | 33 1/3% |
| Ayanbadejo, Oladele | 33 1/3% |
| Bacchus, Kendra | 33 1/3% |
| Bacon, Doug and Joy | 33.3% |
| Bailey, Sophia | 33 1/3% |
| Baker, Keith A. | 40% |
| Baker, Omar | 25% |
| Baldwin, Ralph V, III | 33 1/3% |
| Bangthamai, Charinee | 33 1/3% |
| Banks, Michael | 33% |
| Banner, Luke | 33 1/3% |
| Banos, Rogelio | 33 1/3% |
| Baptiste, Jean William | 33 1/3% |
| Barbee, Kathleen | 33 1/3% |
| Barber, Paul D. | 33 1/3% |
| Bare, William Thomas | 33 1/3% |
| Baron-Mandis, Kimberly A. | 33.3% |
| Barrozo, Augustine | 40% |
| Barrozo, Hector | 40% |
| Barrozo, Victoria | 40% |
| Bartley, Patricia | 33 1/3% |
| Batsch, Kevin W. | 33 1/3% |
| Bautista, Mario | 33 1/3% |
| Bdaiwi, Dirar I. | 30% |
| Beasley, Anika | 33 1/3% |
| Becker, Kristin | 33 1/3% |
| Becker, Larry | 33 1/3% |
| Beckmeier, Marc | 33 1/3% |
| Bekhor, Lidan | 33 1/3% |
| Belalczar, Luz | 33 1/3% |
| Belfour, Ed | 33 1/3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Benjoseph, Jonathan | 33 1/3% |
| Bennett, Edward | 33.3% |
| Bennett, Marlene | 40% |
| Bennett, Miriam | 33 1/3% |
| Bennett, Randy | 33 1/3% |
| Benoit, Richard | 33 1/3% |
| Bernard, Lucille K. | 33 1/3% |
| Bernstein, John | 33 1/3% |
| Bertucci, Elizabeth | 33 1/3% |
| Bhiro, Ramnarine and Chanrowtie | 33.3% |
| Bidigare, Susan | 33 1/3% |
| Biedermann, Horst | 33 1/3% |
| Bill Daly Insurance Agency, Inc. | 33.3% |
| Billiet, Scott | 33.3% |
| Binda, Coral | 33 1/3% |
| Birkholz, Berlyn | 33 1/3% |
| Bishop, Chad | 33 1/3% |
| Blanco, Rodrigo | 33 1/3% |
| Block, Robert | 33.3% |
| Blue Water Condominium Association, Inc. | 33 1/3% |
| Blue Water of Cape Coral, Inc. | 33 1/3% |
| Boggess, Joan | 33 1/3% |
| Bohorquez, Rafael | 33 1/3% |
| Boisseau, Marc-Andre | 25% |
| Boivin, Johanne Lupien | 33 1/3% |
| Bolton, Wade | 33 1/3% |
| Bongiorno, Arlene | 33 1/3% |
| Bonheur, Roxane | 25% |
| Bonner, Merna | 33.3% |
| Bookman, Jarrod | 33% |
| Borensztegn, Noel | 33.3% |
| Boria, Ayesha | 33 1/3% |
| Borkowski, Stephen | 33 1/3% |
| Borowski, Jason | 33 1/3% |
| Bosch, Yunia | 33 1/3% |
| Bosse, David | 33 1/3% |
| Botelho, Florencio | 33 1/3% |
| Bouanchaud, Janine | 33 1/3% |
| Boucvalt, Shane | 33 1/3% |
| Bourgeois, Bryan Joseph | 33 1/3% |
| Bourguignon, Susan | 33 1/3% |
| Bowes, Mark A. | 25% |
| Bracco, Kirsten | 33 1/3% |
| Brazezicke, Paul | 33 1/3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Breezee, Harold and Sung Augustynowicz | 33.3% |
| Brewer, Clatues | 33.3% |
| Brewster, Stephen | 33 1/3% |
| Brik, Beni | 33 1/3% |
| Brittain Family LLC | 33 1/3% |
| Broadway Promenade Condominium Association, Inc. | 33.3% |
| Brown, Alganan | 33 1/3% |
| Brown, Cortland P. | 33 1/3% |
| Brown, Dorene | 40% |
| Brown, Morton | 33 1/3% |
| Bruce, Erick | 25% |
| Bruno, Gerald | 33.3% |
| Bucaj, Alfons | 33% |
| Buckingham, Keith | 33 1/3% |
| Burey, Roxanne | 33 1/3% |
| Burke, Kenneth | 33 1/3% |
| Burkhart, Sandra | 33 1/3% |
| Burkman, Kent | 25% |
| Burnett, Burton | 33 1/3% |
| Burnett, Marceline | 33 1/3% |
| Burns, Ronald J. | 33 1/3% |
| Burrow, Bret | 33 1/3% |
| Busch, Matthew | 33% |
| Buxton, Adam | 33 1/3% |
| Cabrera, Israel | 33 1/3% |
| Cabrera, Kristen  & Jose | 33.3% |
| Cabrera, Sergio | 33.3% |
| Caccavale, Alex | 33.3% |
| Cahall, Donald and Betty | 33.3% |
| Caliguire, Jacob | 33 1/3% |
| Caliper Capital of Florida, LLC | 33 1/3% |
| Callaway, Julian | 33 1/3% |
| Caluma Properties, LLC | 33 1/3% |
| Camacho, Jorge L. | 33 1/3% |
| Campbell, Andre | 33 1/3% |
| Campbell, Daniel | 33 1/3% |
| Cannata, James | 33 1/3% |
| Caradulis, Mike | 33.3% |
| Cardenas, Albert | 33 1/3% |
| Cardenas, Edward | 30% |
| Cardoza, Robert | 33 1/3% |
| Carey, Vernon | 25% |
| Carlton, Robert | 33% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Carr, Craig | 40% |
| Carr, Patrick E., Jr. | 33 1/3% |
| Carrion, Kathy | 40% |
| Carroccia, Valerie and Notarianni, Michael | 33.3% |
| Carroll, Gary and April | 33% |
| Cartagena, Joel | 33 1/3% |
| Carter-Smith, Jill | 33 1/3% |
| Carullo, Salvatore | 33 1/3% |
| Caruso, Egidio | 33.3% |
| Casanas, Dulce | 33 1/3% |
| Case, Ronald | 33 1/3% |
| Casimir, Marie | 33 1/3% |
| Cason, Lydia M. | 33 1/3% |
| Casper, Bruce | 33 1/3% |
| Cassidy, Jessica | 33.3% |
| Castillo, Alexis | 33 1/3% |
| Castillo, Mario F. | 25% |
| Castro, Francisco | 33 1/3% |
| Catalfamo, Edmondo | 33 1/3% |
| Catalogna, Michael | 33 1/3% |
| Cattano, Phyllis | 25% |
| Cavaliere, Donna | 33.3% |
| Cavallaro, Christopher C | 33 1/3% |
| Cayre, Jack | 33 1/3% |
| Ceasar, Swiney , Sr. | 33.3% |
| Ceglio, Carmine | 33 1/3% |
| Ceide, Jose A. | 40% |
| Centofanti, Gino | 33 1/3% |
| Cerone, Daniel and Christine | 33.3% |
| Chaplin, Leon | 33 1/3% |
| Chavez, Jorge | 33 1/3% |
| Chavez, Luis A. | 33 1/3% |
| Chavez, Rolando J. | 33 1/3% |
| Chavis, Kristy Latrelle | 33 1/3% |
| Cherba, Alexander | 25% |
| Chierici, Eugene | 33 1/3% |
| Chin, Gabrielle | 33 1/3% |
| Clark, Albert M., Jr. | 33 1/3% |
| Clarke, Roger | 40% |
| Clay, Aygemang | 33 1/3% |
| Cobblestone on the Lake Master Association, Inc. | 33 1/3% |
| Cocquerelle, Nicolas | 33 1/3% |
| Codner, Mary and Lee | 33.3% |
| Cofresi, Franklin | 33 1/3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Cohen, Ariel | 33 1/3% |
| Cohen, Jan | 33 1/3% |
| Cohen, Laurence | 33 1/3% |
| Cohen, Marco | 33 1/3% |
| Cohen, Rina | 33 1/3% |
| Collins, Brenda F. | 33 1/3% |
| Colon, Cesar | 33 1/3% |
| Comaze-FL, LLC | 33 1/3% |
| Conte, Victor | 25% |
| Contipelli, Bruno | 33 1/3% |
| Conway Centre | 25% |
| Cooper, Herbert K. | 33 1/3% |
| Cooper, Martin | 33 1/3% |
| Coplin, Jose | 40% |
| Cora, Jose | 33 1/3% |
| Coratti, Philip A. | 33 1/3% |
| Cordero, Mercedes A. | 33 1/3% |
| Cork, Warren | 40% |
| Cornwell, Burl R. | 35% |
| Cortes, Juan Carlos | 40% |
| Corvaia, Steve | 33 1/3% |
| Cotilla, Marisela | 33.3% |
| Cowan, Rachel | 33 1/3% |
| Cox, Shawn | 33 1/3% |
| Crabtree, Steven Cole | 33 1/3% |
| Cramer, David | 33 1/3% |
| Craven, Daniel J. | 33 1/3% |
| Crespo, Elliott | 33.3% |
| Cubas, Mirtha A. | 33 1/3% |
| Cuellar, Johnny | 33 1/3% |
| Cuellar, Juan | 33 1/3% |
| Cueva, Elia | 33 1/3% |
| Cummings, Mark | 33 1/3% |
| Cushen, Mark | 33% |
| D'Loughy, Daniel | 30% |
| D'Agresto, Lewis | 33 1/3% |
| Daley, Aneki | 33 1/3% |
| Daley, Keith M. | 33 1/3% |
| Dalmage, Dilworth | 33.3% |
| Daniels, Rita C. | 33 1/3% |
| D'Anna, Gaetano | 33 1/3% |
| Dano, Robbin | 33 1/3% |
| D'Aprile, Anthony | 33 1/3% |
| Davidson, Halina and Ken | 33.3% |
| Davis, Matthew | 33 1/3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Davis, Paul and Susan | 33% |
| Davis, Thomas R | 33.3% |
| Davy, Christopher | 33 1/3% |
| Dawkins, Christine | 33 1/3% |
| De Jesus, Leslie | 33.3% |
| De Narvaez-Arango, Maria Teresa | 33 1/3% |
| Dearborn, John | 33 1/3% |
| Defrancesco, Joyce | 33 1/3% |
| DeGlopper, Jennifer | 33 1/3% |
| Del Greco, Gary , Jr. | 25% |
| Del Toro, Gilbert | 33 1/3% |
| Delgado, Pedro | 33 1/3% |
| Della-Pietra Jr., Ralph | 33.3% |
| Delmas, Hantz | 33 1/3% |
| DeMange, Craig | 33.3% |
| DeMichael, Arthur and Joanne | 33.3% |
| DePirro, Stephen | 33 1/3% |
| Derov, Ronald | 33.3% |
| DeSola, Nicholas | 40% |
| DeVries, Dennis | 33 1/3% |
| Diamond, James | 40% |
| Diaz, Daniel | 33 1/3% |
| Diaz, Guillermo | 33 1/3% |
| Dickens, Faith | 33 1/3% |
| Dicker, William | 33 1/3% |
| DiFalco, Charles | 25% |
| DiFilippo, Steven | 33 1/3% |
| Dillon, Philip | 33 1/3% |
| Dimon, Charles | 33 1/3% |
| Dineen, Robert | 33.3% |
| Dinette, Rodney | 33 1/3% |
| Dinneen, Walter  F. | 25% |
| Divanno, Michael F. | 33 1/3% |
| Doerre, Christopher J. | 33 1/3% |
| Donahue, Stephen | 33 1/3% |
| Doreus, Gerta | 33 1/3% |
| Dorsainvil, Michelet | 33 1/3% |
| Douglas, Pamela M. | 33% |
| Dow, Jared | 33 1/3% |
| Downing, Kenneth | 33 1/3% |
| Doyle, Theodore P. | 33 1/3% |
| Dube, Tim | 33 1/3% |
| Dumas, John | 33 1/3% |
| Dunbar, Michael | 33 1/3% |
| Dunn, Howard | 33.3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Dunne, Cahal | 33 1/3% |
| Dwyer, Stacyann | 33 1/3% |
| Eckersley, Joan W | 33 1/3% |
| Edelman, Michael R. | 33 1/3% |
| Edwards, Joslyn | 33 1/3% |
| Eggeling, William , III | 33 1/3% |
| Ehrsam, Howard | 25% |
| El-Khoury, Amine | 33 1/3% |
| Elkin, Ken & Rachel | 33.3% |
| Elkins, George and Phyllis | 33.3% |
| Elkins, Joseph | 33 1/3% |
| Ellwood, Robert S. | 33 1/3% |
| Elmore, Benjamin | 33 1/3% |
| Engasser, Paul | 33 1/3% |
| Englert, Thomas | 33 1/3% |
| Enterprising Management Group, LLC | 33.3% |
| Errington, Nicole | 33.3% |
| Escalona, Ileana | 33 1/3% |
| Escobar, Flavio A. | 33 1/3% |
| Esmail, Sultan | 33 1/3% |
| Esparza, Hector | 33 1/3% |
| Estate of Anna M. Richard Revocable Trust (Melanie Judson) | 33.3% |
| Estela, Michael | 33 1/3% |
| Estimond, James | 33.3% |
| Estrada, Edgar | 40% |
| Estreval, Claire | 33 1/3% |
| Evans, Robyn | 33 1/3% |
| Falgout, Christopher | 33 1/3% |
| Farley, Patrick Michael | 33 1/3% |
| Fazarro, Dominick E. | 33 1/3% |
| Feger, Gary | 33 1/3% |
| Feld, Alan S. | 33 1/3% |
| Felix, Bruno | 33 1/3% |
| Fellows, David | 25% |
| Fenlason, Jarred | 33 1/3% |
| Fermoile, James | 33 1/3% |
| Fernandez, Frederico | 33 1/3% |
| Fernandez, Hely | 33 1/3% |
| Ferrara, Elena R. | 33 1/3% |
| Ferrari, Ercole P. | 33 1/3% |
| Ferraro, Brenda | 33 1/3% |
| Ferrey, Maria Luisa | 33 1/3% |
| Ferroni, Peter | 33 1/3% |
| Field, Theodore | 33 1/3% |

**Exhibit 10**

| **Client Name** | **Contract Fee** |
|---|---|
| Filardo, Thomas | 30% |
| Finke, Margaret C. | 33 1/3% |
| Finn, Dale | 25% |
| Firmani, Terry Lee | 33 1/3% |
| Firth, Robert and Ruth | 33.3% |
| Fitzgerald, Larry | 25% |
| Fleming, Alan | 33 1/3% |
| Fleurantin, Toussaint | 40% |
| Flint, Joseph | 40% |
| Flood, Brian | 33 1/3% |
| Florez, Sonia | 33.3% |
| Flynn, John and Susan | 33.3% |
| Fodor, Angelo | 33 1/3% |
| Forbes, Scott | 33 1/3% |
| Forbord, Thomas and Austin | 33.3% |
| Forest, Gerard M. | 33 1/3% |
| Forsberg, William and Peterson, Jennifer | 33.3% |
| Forte, Louise M. | 33.3% |
| Foster, Katherine L. | 40% |
| Fothergill, Zen | 33 1/3% |
| Fox, Robert and Judith | 33.3% |
| Francipane, Susan | 33 1/3% |
| Francis, Charles | 33 1/3% |
| Francisco, Thomas | 33 1/3% |
| Franco, Annette and Rafols, Jorge | 33.3% |
| Frank, Baldwin Malcolm | 33 1/3% |
| Frank, John | 33.3% |
| Frankhouser, Roy | 33 1/3% |
| Franklin, Thomas | 33 1/3% |
| Frazier, Larry | 33 1/3% |
| Frederic, Clifford | 33 1/3% |
| Freijo, Isis A. | 33 1/3% |
| Frelich, Kathy | 33% |
| Frenz, Ray J., Jr. | 33 1/3% |
| Freudiger, George R. | 33 1/3% |
| Friedman, James | 33 1/3% |
| Friscia Investments, LLC | 33 1/3% |
| Fulks, Richard W. | 35% |
| Gaines, Timothy | 33 1/3% |
| Galiardo, Frederick J., Jr. | 33 1/3% |
| Gallacher, Michael | 33.3% |
| Gallegos, Porfirio | 33 1/3% |
| Galvan, Erik | 35% |
| Galvis, Luis | 40% |
| Gamboa, Luis | 33 1/3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Gandhi, Shailesh | 33 1/3% |
| Garcia, Alberto | 40% |
| Garcia, Armando | 30% |
| Garcia, Ernesto | 33 1/3% |
| Garcia, Gabriela | 33.3% |
| Garcia, Joaquin | 33 1/3% |
| Garcia, Lorena | 40% |
| Garcia, Ricardo | 33 1/3% |
| Gardner, Brian | 33 1/3% |
| Gascon, Ed | 33 1/3% |
| Gaylord, Peter A | 33 1/3% |
| Geensburg, Cary | 33.3% |
| Genoune, Meir | 33 1/3% |
| Gesele, Michael Victores | 40% |
| Ghanta, Madhav | 25% |
| Ghent, Carol | 33 1/3% |
| Giannetti, Dominic | 25% |
| Giggey, Richard | 33 1/3% |
| Gil, Franklin E. | 30% |
| Gillette, Henry | 33 1/3% |
| Gilmore, Connie | 25% |
| Gimenez, Adriana | 33 1/3% |
| Gitto, Frank | 40% |
| Glassman, Monica | 33 1/3% |
| Glerum, Dan | 25% |
| Glick, Suzie | 33.3% |
| Godbee-Awe, Christy | 33.3% |
| Goldberg, Jonathan | 30% |
| Goldberg, Scott | 33 1/3% |
| Golden, Berton | 33 1/3% |
| Goldstein, Cindy A. | 25% |
| Goldstein, Ira | 33 1/3% |
| Golin, Steven | 33 1/3% |
| Golovkin, Sergei | 33 1/3% |
| Gombert, Aimee and Paul | 33% |
| Gomez, Axel | 33.3% |
| Gomez, Benny | 33 1/3% |
| Gomez, Georgina | 33 1/3% |
| Gomez, German | 25% |
| Gomez, Isaac | 33 1/3% |
| Gomez, Miguel A. | 33 1/3% |
| Gonsi Properties, LLC | 33 1/3% |
| Gonzales, Darrell | 25% |
| Gonzalez, Barbara | 33 1/3% |
| Gonzalez, Dolores | 33 1/3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Gonzalez, Fred | 33 1/3% |
| Gonzalez, Jose | 33 1/3% |
| Gonzalez, Mario | 33 1/3% |
| Gonzalez, Petra | 33 1/3% |
| Gonzalez, Reinaldo | 33 1/3% |
| Goodman, Roy and Claudia | 33.3% |
| Gordon, Merle | 33 1/3% |
| Gorie, Patrick | 33.3% |
| Gorton, Peter | 33 1/3% |
| Grace, Anthony | 33 1/3% |
| Grant, Claudette E. | 33 1/3% |
| Grant, Olga | 33 1/3% |
| Grant, Tonia D. | 33 1/3% |
| Gravel, Kathie | 33 1/3% |
| Graziano, Michael | 33 1/3% |
| Green, Colin | 33 1/3% |
| Green, Crystal | 33 1/3% |
| Green, David | 33 1/3% |
| Green, Desmond | 33 1/3% |
| Greenberg, Benjamin | 40% |
| Greenhill, Lucille | 33.3% |
| Greenwald, Mike | 33 1/3% |
| Greever, Jeanne L. | 33 1/3% |
| Griffin, Beth | 33 1/3% |
| Groves, Glenn | 33 1/3% |
| Guarino, Joi | 33.3% |
| Guerra, Thomas | 33 1/3% |
| Guerrera, Debbie | 33 1/3% |
| Guerrero, Maria I. | 40% |
| Guillot, Eno | 33 1/3% |
| Gultz, Jerrold P. | 25% |
| Gumina, Frank | 33 1/3% |
| Gunson, Christopher | 33 1/3% |
| Gutierrez, Javier | 33.3% |
| Guy, Andrea | 40% |
| Guy, Sylvia | 33 1/3% |
| Guzman, David and Karen Stein Cueva | 33.3% |
| Guzman, Salvador | 30% |
| Habitat for Humanity of Greater Miami | 33 1/3% |
| Hagan, Kristin | 33 1/3% |
| Hale, Anthony | 33.3% |
| Hammerton, Michael | 33.3% |
| Hankinson, Lloyd | 33.3% |
| Hanson, Debby-Ann | 33 1/3% |
| Hanson, Renee | 25% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Hardesty, Richard C. | 33 1/3% |
| Harmer, Frank and Barbara Ann | 33% |
| Harris, Dallas | 33.3% |
| Harris, Loleta D. | 33 1/3% |
| Harrypersad, Roy | 25% |
| Hart, Dornea | 33 1/3% |
| Harten, Ken and Peggy | 33.3% |
| Hartmann, Kurt | 33 1/3% |
| Haya, Laura, Daniel and Irene | 33% |
| Hayden, Tonya | 33 1/3% |
| Haynes, Elvis | 33 1/3% |
| Heard, Leroy R., Jr. | 33 1/3% |
| Heckler, Richard (Estate of Richard Heckler) | 33.3% |
| Hector, Robert | 33 1/3% |
| Heinemann, Bernie | 33 1/3% |
| Helper, Dennis | 33 1/3% |
| Hendricksen, Paul | 33 1/3% |
| Hendrix, Valentine | 33 1/3% |
| Henry, Mary | 33 1/3% |
| Herman, Brandon Lloyd | 33 1/3% |
| Hermann, Erik | 33 1/3% |
| Hernandez, Alexandra | 33 1/3% |
| Hernandez, Ernest F. | 33 1/3% |
| Hernandez, John | 33 1/3% |
| Hernandez, Nataly | 33 1/3% |
| Herrera, Francisco | 33 1/3% |
| Herston, James | 33 1/3% |
| Hesse, William | 33 1/3% |
| Hickey, Brian J | 33 1/3% |
| Hicks, John | 33.3% |
| Higginbotham, Brian | 33 1/3% |
| Higginbotham, Marcus | 33% |
| Hill, Brian | 33 1/3% |
| Hill, Jerry | 33 1/3% |
| Hill, Michael | 33 1/3% |
| Hinds, Hartley | 33 1/3% |
| Hines, Lorretta | 33 1/3% |
| Ho, Dennis | 33.3% |
| Hocker, Dennis | 33 1/3% |
| Hogan, Barbara | 33 1/3% |
| Hollander, Michael | 33.3% |
| Hollander, Noah | 33 1/3% |
| Holloway, Sylvia D. | 33 1/3% |
| Holmes, Rhonda | 35% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|:---:|
| Honore, Frumence | 33 1/3% |
| Horinek, Steve | 33% |
| Horowitz, Judith E. | 33 1/3% |
| Hoteit, Abed | 33.3% |
| Hovis, Michelle | 33 1/3% |
| Howard, Robert D. | 33 1/3% |
| Humphreys, Thomas | 33 1/3% |
| Huszar, Steve | 33 1/3% |
| Iadisernia, Giuseppe | 33 1/3% |
| Ingco, Aguedo | 33 1/3% |
| Insco, John | 33 1/3% |
| Irsula, Belinda | 33 1/3% |
| Irsula, Orlando | 33 1/3% |
| ITSM Corp., | 33 1/3% |
| Izzo, Lawrence L. | 33.3% |
| Jacko, Jan | 33 1/3% |
| Jackson, Anthony | 33 1/3% |
| Jackson, Douglas | 33 1/3% |
| Jackson, Earl W | 33 1/3% |
| Jackson, Leonard | 33 1/3% |
| Jackson, Michael | 33 1/3% |
| Jacobs, Tammy | 33 1/3% |
| Jada Corporation | 33 1/3% |
| Jaeger-Brancho, Gustavo | 33.3% |
| Jaen, Ruben | 33 1/3% |
| Jaen, Ruben & Angela | 33.3% |
| Jaffe, Scot  and Day, Jeffrey | 33.3% |
| Jairaffo, James | 33 1/3% |
| James, John R. | 33 1/3% |
| Jamieson, Gary F. | 33 1/3% |
| Jamison, Charlotte | 33 1/3% |
| Jamison, Steve | 25% |
| Jean-Gilles, Sherlie | 33 1/3% |
| Jenevein, Stella | 33 1/3% |
| Jenkins, Creig | 33 1/3% |
| Jenkins, Raynelda | 33.3% |
| Jeremiah`s International Trading Co. Inc. | 33 1/3% |
| Jimenez, CJ | 33 1/3% |
| Johnson, Aiasha | 33 1/3% |
| Johnson, Andre | 25% |
| Johnson, James Duke | 33 1/3% |
| Johnson, Paul H. | 33 1/3% |
| Johnson, Simartra | 33 1/3% |
| Jones, Frank D. | 33% |
| Jones, Jennifer | 33 1/3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Jorda, Carlos | 33 1/3% |
| Joseph, Leonard | 33% |
| Jourdan, Allwyn | 33 1/3% |
| Julmiste, Carol | 33 1/3% |
| Kampf, Richard | 33 1/3% |
| Kana, Patrik | 33 1/3% |
| Karliner, Jerrold | 33.3% |
| Karlstromer, Steve | 33 1/3% |
| Karp, Herbert | 33 1/3% |
| Katarsky, John | 33 1/3% |
| Keddo, Terriano | 33 1/3% |
| Kelly, Robert J. | 33 1/3% |
| Kelly, Sandra E. | 35% |
| Kennedy, Michael and Maria | 33.3% |
| Kennedy, Phillip | 33 1/3% |
| Kenney, Mike | |
| Kent, Edward L. | 33.3% |
| Kepouros, James | 33.3% |
| Kessler, Andrew | 25% |
| Kimos, Maria and Constantine | 33.3% |
| King Properties Ltd. | |
| King, Alfred and Carolyn | 33.3% |
| King, Angela | 30% |
| Kisnemeth, Ana Maria and Von Maier | 33.3% |
| Kiss, Tom | 33 1/3% |
| Kitney, Selwyn | 33 1/3% |
| Kluetz, James E | 33 1/3% |
| Knouff, John | 40% |
| Koc, Jeff | 33 1/3% |
| Kononova, Sergey | 33 1/3% |
| Korentur, Jeffrey M. | 33.3% |
| Kowalik, Gregory | 33 1/3% |
| Kraft, Richard | 33 1/3% |
| Kraham, Stuart | 33 1/3% |
| Kroll, Henry and Suzanne | 33% |
| Kugler, Donald W., Jr. | 33 1/3% |
| Kuhne, Mauricio | 40% |
| Kwan, Jenny K. | 33 1/3% |
| Kynard, Wylie | 33 1/3% |
| LABO, L.L.C., | 33 1/3% |
| Lafleur, Nury | 40% |
| LaGambina, Angelo | 40% |
| Lagano, Sasha | 33 1/3% |
| Lake, William | 33 1/3% |

**Exhibit 10**

| **Client Name** | **Contract Fee** |
|---|---|
| Lalloo, Thakur | 25% |
| Lalwani, Gul | 33 1/3% |
| LaManno, Eric | 33 1/3% |
| Lamm, James | 33% |
| Lamour, Guy | 33 1/3% |
| Lang, Danielle  M. | 33 1/3% |
| Lauderdale One Condominium Association, Inc. | 33 1/3% |
| Lavin, Eduardo | 33 1/3% |
| Law, William | 33.3% |
| Laws, Andrew | 33.3% |
| LeBlanc, Steven R, Sr. | 33% |
| Lee, Joseph A | 33 1/3% |
| Lee, Robert | 33 1/3% |
| Legendre, Joan | 33 1/3% |
| Leger, Marie Eneve | 33 1/3% |
| Lehmann, Horst | 33 1/3% |
| Leidig, Milton | 33 1/3% |
| Lemay, Elizabeth | 33 1/3% |
| Lemmon, Dennis | 30% |
| Lemos, Jose Antonio | 33 1/3% |
| Lenzinger, Charles F. | 33 1/3% |
| Leon, Aldo | 25% |
| Leon, Pablo | 33.3% |
| Leonard, Bridgette | 33.3% |
| Leonard, Jeff | 33 1/3% |
| Leung, Jim | 40% |
| Leville, Bernadette | 33 1/3% |
| Levin, Ronald | 33 1/3% |
| Lewis, Una | 33 1/3% |
| Lezama, Juan Carlos | 40% |
| Libertella, Rocco | 33 1/3% |
| Licata, Domenico | 33 1/3% |
| Lichtenberger, Andres | 33 1/3% |
| Liendo, Jesus | 33% |
| Ligero, Judith Zelaya | 33 1/3% |
| Lindemann, Steve | 33 1/3% |
| Litwin, Benjamin D. | 33 1/3% |
| Llanes, Pedro L. | 33 1/3% |
| Llaverias, Elvis | 40% |
| Lloyd, Maxwell | 33% |
| Logan, Keisa Diane | 33 1/3% |
| Logie, Kevon | 33 1/3% |
| LoGrasso, Azucena | 33 1/3% |
| Lonergan, John , Sr. | 33 1/3% |
| Long, Cleon | 40% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Lopez, Amado J. | 33 1/3% |
| Lopez, David | 33 1/3% |
| Lopez, Hector | 40% |
| Lopez, Jose Juan | 33 1/3% |
| Lor, Sivhout | 25% |
| Los Balsamos Investments Inc. | 33 1/3% |
| Loureiro, Robert , Jr. | 33 1/3% |
| Luna Ocean Residences Condominium Association, Inc. | 33.3% |
| Lundberg, Richard | 33 1/3% |
| Lunsford, Lynette | 25% |
| Lynch, Robert | 33 1/3% |
| Lyons, Desmond | 33 1/3% |
| Lytle, Brian | 33% |
| Macias, Juan Carlos | 33.3% |
| Mackin, Patrick | 33 1/3% |
| MacKinnon, Vanessa | 33 1/3% |
| Macklai, Ahmed | 25% |
| Maclies, Mary | 33 1/3% |
| MacMillan, Cameron | 33 1/3% |
| Madessa, Inc. and Maximilano Rodriguez | 33.3% |
| Madonia, Joseph | 33 1/3% |
| Maestre, Elsy | 33 1/3% |
| Magdalena Gardens Condominium Association, Inc. | 33 1/3% |
| Mahoney, Michael | 33 1/3% |
| Makhzangi, Rosa | 33 1/3% |
| Maklad, Marie-Antoinette Maklad | 33.3% |
| Maldonado, Ruthbi | 33 1/3% |
| Mandel, Lee | 33.3% |
| Mandill, Jami | 33 1/3% |
| Mangiapane, Russ | 33.3% |
| Mann, Leslie and Tamara | 33.3% |
| Manosis, George | 33.3% |
| Manriquez, Ruben G. | 33 1/3% |
| Manserra, Agostino | 33 1/3% |
| Mansfield Investment Co., LLC | 33 1/3% |
| Manso, Jorge L | 33 1/3% |
| Manzur, Mohammed A. | 25% |
| Marchese, Troy | 25% |
| Mardan 1 LLC | 33.3% |
| Mariani, Margaret | 33% |
| Marin, Cassandra | 40% |
| Marin, Jose | 33 1/3% |
| Marine, Rolando | 33 1/3% |
| Marinelli, Noe | 33 1/3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Marks, Michael and Lynn | 33% |
| Marmer, Todd | 40% |
| Marquez, Jodie | 33 1/3% |
| Marquina, Belkys | 33 1/3% |
| Marrero, Ingrid | 33 1/3% |
| Marshall, Ben and Linda | 33.3% |
| Marston, Claire | 33 1/3% |
| Martin, Aaron | 33 1/3% |
| Martin, Anthony | 33 1/3% |
| Martin, Denise B. | 33.3% |
| Martin, James and Jana | 33.3% |
| Martin, Richard | 33 1/3% |
| Martin, Robert | 40% |
| Martinez, Ciro | 33 1/3% |
| Martinez, John | 33 1/3% |
| Marzluff, Paul | 33 1/3% |
| Mas, Rachel | 33 1/3% |
| Mason, Michael | 33 1/3% |
| Massaro, Mario | 33 1/3% |
| Massop, Lois | 33 1/3% |
| Mastrosimone, Michael | 40% |
| Matheu, Mark Jason | 33 1/3% |
| Matrana, Anthony | 35% |
| Matrana, Jeff | |
| Matute, Argerie | 33 1/3% |
| Maxellon, Michele | 33 1/3% |
| Maykut, Kent | 33 1/3% |
| Mazza, Frank and Black, Andrew | 33.3% |
| Mazzacca, Philip | 33 1/3% |
| McAuliffe, Matthew | 40% |
| McBride, Martha and Contreras, Belkis | 33.3% |
| McCoy, Clyde B. | 33 1/3% |
| McKee, Garold B | 33 1/3% |
| McKinney, Ali | 33 1/3% |
| McNealy, James | 33 1/3% |
| Meadows, Don and Anita | 33.3% |
| Medina, Pedro | 33 1/3% |
| Melerine, Clifton A. | |
| Melville, John S. | 25% |
| Mendez, Lucianil | 33 1/3% |
| Mentis, Rhona K. | 33 1/3% |
| Merclop Holding, L.L.C., | 33 1/3% |
| Merryfield, David | 33 1/3% |
| Mertz, Lyndon | 33 1/3% |
| Mesa, Mirta | 40% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Metcalfe, George | 33 1/3% |
| Method, Michael | 33.3% |
| Metzl, Justin M. | 40% |
| Meyer, John F., Jr. | 33 1/3% |
| Meyer, Yvrose | 25% |
| Michalopoulos, Anthony | 33 1/3% |
| Mihalyi-Marlieb, Adriana | 33 1/3% |
| Miles, Carl A. | 33 1/3% |
| Miller, Brenda Jo | 33 1/3% |
| Miller, Craig | 33 1/3% |
| Miller, Mitchell | 33 1/3% |
| Millian, Marc | 33 1/3% |
| Minor, Calvin J. | 33 1/3% |
| Minton, Blaine | 33% |
| Mione, Anthony | 33 1/3% |
| Miranda, Jorge | 25% |
| Miranda, Jose | 33 1/3% |
| Mitchell, Dysonya | 33.3% |
| Mitchell, Michael S. | 33 1/3% |
| Mocny, Marianne S. | 33 1/3% |
| Molden, Willie  Frank | 33.3% |
| Molero, Charles J. | 33 1/3% |
| Molinaro, Peter | 33 1/3% |
| Monge, Erika | 33 1/3% |
| Monteverde, Sandra and Armenter, Sebastian (deceased) | 33.3% |
| Moore, David | 33 1/3% |
| Morakis, Nick | 25% |
| Morales, Jose Raul | 33 1/3% |
| Morales, Miguel | 33 1/3% |
| Morin, Frank | 33 1/3% |
| Morisset, Onel | 33 1/3% |
| Morris, Donald L. | 33.3% |
| Morton, Robert | 33 1/3% |
| Moses, William | 33 1/3% |
| Mottolo, Eugene | 25% |
| Mullen, Carl E. | 33 1/3% |
| Musa, Massimo | 33 1/3% |
| Myers, Paul | 33 1/3% |
| Naidus, Gary | 33 1/3% |
| Navarro, Hector | 33.3% |
| Neal, Steven | 33 1/3% |
| Nelson, Brian H. | 33 1/3% |
| Newman, Evelyn | 33 1/3% |
| Nguyen, Thai | 33 1/3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Nilsson, Jan Erik | 33 1/3% |
| Njie, Josephina | 33.3% |
| Nobile, John | 33.3% |
| Nobo, Raquel | 33 1/3% |
| Nolan, James | 33.3% |
| Norman, Marc | 33 1/3% |
| Nowicki, John C. | 40% |
| Nunez, Allen | |
| Nunez, Jeovany | 33 1/3% |
| Nuzzo, James | 25% |
| Nyce, Tracy | 33.3% |
| O'Brien, Wendy | 40% |
| Oelrich (Neuhalfen), Anna | 33.3% |
| O'Key, Dennis | 33.3% |
| Olinick, Scott and Kerry | 33.3% |
| Oliver, Ira | 33% |
| Oliver, Patches | 33 1/3% |
| Orellana, Florinda | 33 1/3% |
| Oriole Golf and Tennis Condominium One E Association, Inc. | 33.3% |
| Ortigoza, Brent | 33 1/3% |
| Ortiz, Daysi | 33 1/3% |
| Osaiyuwu, Richard | 33 1/3% |
| Osicki, Siegward | 33 1/3% |
| Osowsky, Dawn | 33% |
| Ospina, Richard | 33 1/3% |
| Ossi, John and Xenia | 33.3% |
| Oxman, Samuel | 33 1/3% |
| Oyer, Steven | 33 1/3% |
| Paige, Marc | 33 1/3% |
| Paiva, Russell and Diane | 33.3% |
| Palazzolo, Michelle | 25% |
| Palmer, Craig | 33% |
| Palmer, Michael | 33% |
| Pangeni, Basant | 33 1/3% |
| Pardo, Cristina | 33 1/3% |
| Pareja, Antonio | 33% |
| Parker, Bryon | 33 1/3% |
| Parker, Travis | 33% |
| Parks, Saran | 33 1/3% |
| Parra, Judy | 30% |
| Parrillo, A. Joseph | 33 1/3% |
| Pasion, Jose | 40% |
| Pass, Arlene | 33 1/3% |
| Patching, Trevor | 33 1/3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Patton, Thomas R., Jr. | 33.3% |
| Pavlo, Lydia | 33 1/3% |
| Peace Harbor Condominium Association, Inc. | 33 1/3% |
| Peaceful Gardens, LLC | 33.3% |
| Peaceful Gardens, LLC, | 33.3% |
| Pearce, Samuel | 33 1/3% |
| Pederson, Chris | 40% |
| Peguero, Carlos | 33% |
| Pelaez, Diego | 25% |
| Pelican Coast Development, LLC | 33.3% |
| Pena, Alfredo | 33 1/3% |
| Pereira, Fernanda | 33 1/3% |
| Pereiro, Mirta B. | 33 1/3% |
| Perez, Adela | 30% |
| Perez, Carmen | 33.3% |
| Perez, Gustavo | 33 1/3% |
| Perez-Moreno, Anabel | 33 1/3% |
| Perrin, Richard | 25% |
| Persky, Paula  Wansor | 33 1/3% |
| Pestenski, Ryan | 25% |
| Petit, Marcklin | 33 1/3% |
| Petrasek, John | 33 1/3% |
| Petrella, Elaine | 25% |
| Petroraio, Michael | 33 1/3% |
| Pettit, Stephen | 33 1/3% |
| Philias, Roldry | 33 1/3% |
| Picotte, Jean Sebastien | 25% |
| Pigna, Francisco | 25% |
| Pino, Deborah | 33 1/3% |
| Pisciotta, Vito and Krista | 33.3% |
| Pittman, Earnest | 33 1/3% |
| Pittman, Kendrick | 30% |
| Planas, Henry | 33 1/3% |
| Plas, Douglas | 33 1/3% |
| Plaza, Ana Maria | 33 1/3% |
| Poliard, Phares | 33 1/3% |
| Polycarpe, Jean | 33 1/3% |
| Ponstein, Lindsay | 33.3% |
| Popov, Alexander | 25% |
| Porch, David B., Jr. | 33 1/3% |
| Potes, Lino | 33 1/3% |
| Potts, Lakendra | 33 1/3% |
| Poulsen, Garry | 33.3% |
| Pradel-Rivermar, LLC | 33% |
| Prandi, Chad | 25% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Prat, Edward | 33% |
| Price, Henry and Rose | 33.3% |
| Priester, Isembe | 33 1/3% |
| Prieto, Belkis | 33 1/3% |
| Prima Vista Commons LLC | 33.3% |
| Pritchard, Thomas | 33 1/3% |
| Promenade, LLC, | 33 1/3% |
| Properties in Miami, LLC | 33 1/3% |
| Puerto, Rafael | 33 1/3% |
| Pyne, James | 33% |
| Quezada, Nelly | 33 1/3% |
| Quigley, Shannon | 33 1/3% |
| Quill, Shawn | 33 1/3% |
| Quintero, Eduardo | 33 1/3% |
| Rabadia, Murji | 33 1/3% |
| Radcliffe, Malcolm & Cleo | 33.3% |
| Rahman, Mohammad D. | 33% |
| Rainuzzo, Fabio | 33 1/3% |
| Raloi LLC, | 33 1/3% |
| Ramirez, Xiomara B | 33 1/3% |
| Raphael, Lindsay | 33 1/3% |
| Raspall, Maria X | 33 1/3% |
| Rautenberg, Lee | 40% |
| Raventos, Antonio | 33 1/3% |
| Raymond, Davidson | 25% |
| Razzaq, Anjum and Hasan, Seema | 33.3% |
| Reck, Robert F., Jr. | 33 1/3% |
| Reckseit, Ronald | 33 1/3% |
| Redelco, L.L.C., | 33 1/3% |
| Redway, Robert L. | 33 1/3% |
| Reels, Tamara | 33 1/3% |
| Reeves, Michael | 33 1/3% |
| Rehrig, Neil R. | 33 1/3% |
| Rendon, Alejandro | 33 1/3% |
| Restrepo, Jorge | 40% |
| Retfalvi, Paul , M.D. | 33 1/3% |
| Reyes, Jorge | 33 1/3% |
| Rezny, Brian | 33 1/3% |
| Rincon, Gabriel | 33 1/3% |
| Rios, Jacqui | 33.3% |
| Risko, Dawn | 33 1/3% |
| Rismiller, Todd | 33 1/3% |
| Ritman, William | 33 1/3% |
| Rivera, Alberto | 33 1/3% |
| Rivera, Diana Isabel | 33 1/3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Rivera, Gildardo | 33 1/3% |
| Riviezzo, Lilly | 33 1/3% |
| Robin, Charles , III | 25% |
| Robinson, Courtney | 33 1/3% |
| Rocha, Reinaldo | 33 1/3% |
| Rock, Melanie and James | 33.3% |
| Rodriguez, Antonio and Gonzalez, Madeleine | 33% |
| Rodriguez, Duviel | 33% |
| Rodriguez, Rudy C. | 33 1/3% |
| Rodriguez, Tomas | 33 1/3% |
| Rodriguez, Wilfredo | 33 1/3% |
| Rojas, Eugenio | 25% |
| Rojas, Joseph M. and Eugenia | 33.3% |
| Romero, Jose | 40% |
| Romero, Roberto | 33 1/3% |
| Romero, Ruben | 33 1/3% |
| Rondeno, Colleen | |
| Ronquille, Felix , Jr. | 33 1/3% |
| Rosado, Lurdenis | 33 1/3% |
| Rose, Novlet | 33 1/3% |
| Rothman, James S. | 33 1/3% |
| Rothstein, Mark and Lillian | 33.3% |
| Rousseau, Gisselle | 33 1/3% |
| Rovira, Raquel | 33% |
| Rowser, Eugene | 33 1/3% |
| Roy, Sandy J. | 33 1/3% |
| Royak, Paula | 33 1/3% |
| Royal, Kimberly | 25% |
| RSJ Hospitalet Investments, LLC | 33 1/3% |
| RSM of Florida One, LLC | 33.3% |
| RST Properties, LLC | 33.3% |
| Rucker, Johnnie L., Jr. | 33 1/3% |
| Ruff, Jeremy | 33 1/3% |
| Ruiz, Roberto F. | 33 1/3% |
| Rupp, Joseph J. | 33 1/3% |
| Ruse, Larry | 33 1/3% |
| Russoniello, Joseph G | 33 1/3% |
| Rutski, Timothy | 33 1/3% |
| Ryczek, Stephen | 33.3% |
| Ryffel, Eric | 33 1/3% |
| S&S Holding Group, LLC | 33.3% |
| Sage, Richard | 33 1/3% |
| Saint-Fleur, Omer | 33 1/3% |
| Saintil, Ducasse | 33.3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Saito, Jun Drew | 33 1/3% |
| Saklad, Bernard | 33 1/3% |
| Salas, Esteban | 33 1/3% |
| Salemi, Jack | 33 1/3% |
| Salguero, Diana | 33 1/3% |
| Samlal, Nalinie | 33.3% |
| Sampson, Henry T. | 33 1/3% |
| San Lorenzo Condominium Association, Inc. | 33 1/3% |
| San Lorenzo J&H, LLC | 33 1/3% |
| Sanchez, Franklin | 33.3% |
| Sanchez, Julio | 33 1/3% |
| Sanchez, Shaun | 33 1/3% |
| Sanchez-Schwartz, Lisset | 40% |
| Sanden, Paul | 33 1/3% |
| Sanders, Joseph M. | 33 1/3% |
| Sanders, Timothy Lawrence | 33% |
| Sandler, Rochelle and Campeas, Joseph | 33.3% |
| Santamaria, Michael | 33 1/3% |
| Santelle, Thomas | 33 1/3% |
| Santiago, Angelica | 40% |
| Santimauro, Robert | 40% |
| Santoni, Andrea | 33 1/3% |
| Santos, Hector | 33 1/3% |
| Sarwar, Choudhry G. | 33 1/3% |
| Sasser, Jearl | 40% |
| Satter, Jonathan | 33% |
| Schatzberg Group, LLC | 33.3% |
| Schiller, John | 33.3% |
| Schneiderman, Leonard | 33 1/3% |
| Schoenberg, Ken | 33 1/3% |
| Schoenfelder, Robert | 33 1/3% |
| Schulman, Norman | 33 1/3% |
| Schulz, Shannon C. | 33.3% |
| Schumacher, Jay L. | 40% |
| Scoggins, Margaret Elizabeth | 33% |
| Scott, Benjamin | 40% |
| Scott, James | 40% |
| Scott, John | 33 1/3% |
| Scott, Timothy S | 33.3% |
| Scully, Leroy | 33 1/3% |
| Seiss, Brad and Lauren | 33.3% |
| Sena, Jean L. | 33% |
| Senzur Holdings, LLC | 33 1/3% |
| Serbin, Bruce | 33 1/3% |
| Serigne, Paul | 25% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Serrano, Irene | 33 1/3% |
| Shadimehr, Morteza | 33 1/3% |
| Shadimehr, Sam | 33% |
| Shafer, Samuel J. | 33 1/3% |
| Shaheen Investments, LLC | 33 1/3% |
| Shaikh, Liaquddin | 33 1/3% |
| Shapiro, Barry | 33 1/3% |
| Shaw, James | 33 1/3% |
| Shaw, Scott | 33 1/3% |
| Shaw, William | 40% |
| Shea, Doris | 33.3% |
| Shelton, Michael A. | 33 1/3% |
| Shepherd, Felix | 33 1/3% |
| Shepherd, Tracy | 33 1/3% |
| Sheridan Beach Club #3 | 33 1/3% |
| Sherman, Aryn | 33 1/3% |
| Shikely, Ahmed | 40% |
| Shirley, Jasen B. | 33 1/3% |
| Shukow, Allen | 33 1/3% |
| Shuss, Gregory | 33 1/3% |
| Sibia, Rooptaz | 33.3% |
| Siegel, Wayne | 25% |
| Sill, Garth | 33 1/3% |
| Silver, Stacey | 33 1/3% |
| Simms, Troy | 33 1/3% |
| Simpson, Errol | 33 1/3% |
| Singh, Janet | 33 1/3% |
| Singh, Vasudeva | 33.3% |
| Sinisterra, Sonia | 33 1/3% |
| Sisso, Alberto | 33 1/3% |
| Sitaras, Steve | 33% |
| Smalling, Kieko | 33 1/3% |
| Smeins, Gregory C. | 40% |
| Smith, Patrick | 33 1/3% |
| Smith, Scott | 33 1/3% |
| Smith, Terry | 33 1/3% |
| Smith-Jacob, Sharika | 30% |
| SMTM Wildcard | 33.3% |
| Snow, Olivia | 33 1/3% |
| Snyder, Robert | 25% |
| Solana, Marlen | 33 1/3% |
| Sotillo, Maurice | 33 1/3% |
| Sparkman, David E. | 33 1/3% |
| Speh, Carol | 33.3% |
| Sperier, Mary Rose | 33 1/3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Spiga, Saturnino | 40% |
| Spires, Scott | 33 1/3% |
| Sponsel, David | 33 1/3% |
| Spotts, Russ | 33 1/3% |
| St. Fort, Eddy | 25% |
| Stalcup, Philip R. | 25% |
| Stampede Holdings, Ltd. | 33.3% |
| Stanich, Dorothy | 33 1/3% |
| Stanley, Robin Renee | 33 1/3% |
| Stapleton, William R. | 33 1/3% |
| Steele Family Enterprises, LLC | 33 1/3% |
| Steiner, Roland | 33 1/3% |
| Steiner, Stephanie | 25% |
| Stevens, Gregory D | 33 1/3% |
| Stoddard, Katarina and Henry F. | 33.3% |
| Stream Asset Holding, LLC | 33 1/3% |
| Strickland, Melissa & James | 33% |
| Strowd, Tommy and Barbara | 33.3% |
| Strulovic, Daniel | 33% |
| Sullivan, George and Camille | 33.3% |
| Suman, Michael | 33 1/3% |
| Suppan, Jordan | 33 1/3% |
| Surles, Michael J. | 33 1/3% |
| Sutton, Lorie | 33 1/3% |
| Swan, Deon | 33.3% |
| Swank, Michael | 33 1/3% |
| Sweat, Gwen T. | 33 1/3% |
| Sweeney, Patrick | 33 1/3% |
| Sweeney, Suzanne | 33 1/3% |
| Sweet Pea Investments Inc. | 33 1/3% |
| Szuflada, Susan | 33 1/3% |
| Talbert, Billy | 33 1/3% |
| Talley, Larry | 25% |
| Tapia, Arben | 33.3% |
| Taylor, Bryan | 33 1/3% |
| Taylor, Derek | 33.3% |
| Taylor, Eric | 33 1/3% |
| Taylor, James W. | 33.3% |
| Tedesco, Caroline | 33 1/3% |
| Teixeira, Peter K. | 33.3% |
| Tenace, Robert and Karol | 33.3% |
| Tepedino, Antonio S. | 33% |
| Terrazas, John | 33 1/3% |
| Thayer, Thomas | 33 1/3% |
| The Parc in Hammond, LLC, | 33 1/3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|:---:|
| Theberge, Paul Richard | 33 1/3% |
| Thomas, Heather | 33 1/3% |
| Thomas, Steven | 33 1/3% |
| Thomasevich, Elias Walter, Jr. | 33 1/3% |
| Thompson, Jason | 33 1/3% |
| Thompson, Linda | 33 1/3% |
| Tigers Eye Enterprises, LLC | 33 1/3% |
| Tinney, Marjorie | 33% |
| Tirbaso, William | 33 1/3% |
| Tirbaso, William T. | 33 1/3% |
| Toglia Total Solution, L.L.C., | 33 1/3% |
| Toledo, Maria | 33 1/3% |
| Torchia, Sandro | 33% |
| Torchia, Saverio | 33 1/3% |
| Totev, Tihomir | 33 1/3% |
| Touriz, Christopher | 33 1/3% |
| Town Brickell Group, LLC | 33 1/3% |
| Traczuk, Michael | 33 1/3% |
| Traina, Richard | 33 1/3% |
| Treasure Coast Commercial Real Estate, Inc. | 33.3% |
| Trees, Eric | 33 1/3% |
| Trent, Terry | 33.3% |
| Tress, August and Ingrid | 33.3% |
| Tribuzzi, Michael and Jeanne | 33.3% |
| Trillo, Raquel | 30% |
| Trinchitella, Michael and Vincensina | 33.3% |
| Trnka, William | 33.3% |
| Trotman, Shonae | 33 1/3% |
| Trottier, Peter and Anna | 33.3% |
| Trudeau, Dale | 33 1/3% |
| Trujillo, Lissett | 33 1/3% |
| Trumble, Ted | 33.3% |
| Tryangle Associates, LLC | 33.3% |
| Tucker, Joseph | 33% |
| Tumanik, Tatyana | 33 1/3% |
| Tupper, Douglas | 33 1/3% |
| Turkell-White, Barbara | 33 1/3% |
| Turner, Jennifer | 33 1/3% |
| Turner, Laurel | 33 1/3% |
| Umana, Jose | 40% |
| Unschuld, Neal | 33 1/3% |
| Urena, Luis | 33.3% |
| Urrutia, Remberto and Norma | 33.3% |
| Usaga, Johana | 40% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|---|
| Utterback, John | 33 1/3% |
| Vaca, Amada | 40% |
| Valchev, Alexander S. | 33 1/3% |
| Valdes, Michael | 33 1/3% |
| Valiente, Tanya | 33 1/3% |
| Valls, Juan Felipe | 33 1/3% |
| Vanasdale, Connie | 25% |
| Vancio, Robert | 33.3% |
| Vandegriff, Karl | 33 1/3% |
| Vanier, Muriel | 33.3% |
| Varchetti, Paul | 33 1/3% |
| Vargas, Jose J. | 33 1/3% |
| Vargas, Teodoro | 33 1/3% |
| Vazquez, Simone | 33 1/3% |
| Venius, Jean-Enor | 40% |
| Vera, Benito , Jr. | 33 1/3% |
| Verissimo, Jorge | 33 1/3% |
| Victor, Remi L., Jr. | 33 1/3% |
| Victores, Alexandria | 40% |
| Victores, Didio | 40% |
| Villacis, Maria | 33 1/3% |
| Villanueva, Lanny | 25% |
| Villasana, George | 33 1/3% |
| Villavicencio, Carlos | 33 1/3% |
| Villegas, Hiram | 33 1/3% |
| Virden, David | 33 1/3% |
| Von Karaschan, Eric | 33 1/3% |
| Voskressensky, Andre | 25% |
| Voutsinas, Alexander | 40% |
| Wagley, David L. | 33 1/3% |
| Wald, Randy | 25% |
| Walk, Valerie | 33 1/3% |
| Walker, James H. | 33 1/3% |
| Walker, Melissa | 33 1/3% |
| Walker, Stephen | 33 1/3% |
| Wallace, Everton and Burston, Mildred | 33% |
| Wanadoo LLC | 33% |
| Wanounou, Yacov | 33 1/3% |
| Ward, Christopher | 33.3% |
| Warner, Paula A | 33 1/3% |
| Watson, Jaime Celeste | 33 1/3% |
| Webster, Stephen W. | 33 1/3% |
| Wegweiser, Wanda | 33 1/3% |
| Weisfeld, Robert and Weinstein, Wendy | 33.3% |
| Weiss, Sheldon R. | 33 1/3% |

**Exhibit 10**

| Client Name | Contract Fee |
|---|:---:|
| Whaley, John | 33 1/3% |
| Wheeler, Dennis and Diane | 33.3% |
| White, Marshall R. | 33 1/3% |
| Whitty, Charles and Gabriella | 33% |
| Wiesman, Robert H. | 33 1/3% |
| Wilk, Ron | 33.3% |
| Williams, Demetrius | 33 1/3% |
| Williams, Herbert W., Jr. | 25% |
| Williams, Judith | 33 1/3% |
| Williams, Kirk | 33 1/3% |
| Williams, Louis | 33 1/3% |
| Williams, Susan C. | 33 1/3% |
| Wilson, Matthew Jack | 33 1/3% |
| Wilson, Michael | 40% |
| Wilson-Romans, Adma | 33 1/3% |
| Wiltz, Henry V. | 33.3% |
| Winder, Diedre | 33 1/3% |
| Winslade, Cyril W | 33 1/3% |
| Witz, Timothy | 33.3% |
| Wong, Howard | 25% |
| Wong, Kenneth | 33 1/3% |
| Woods, Claudia | 33 1/3% |
| Worthington, George | 33 1/3% |
| Wright, Stephen | 33 1/3% |
| Yale, Sheila | 33 1/3% |
| Yogaratnam, Ingrid and Gunaratnam | 33.3% |
| Yonis, Richard | 33.3% |
| Young, Raymond G., Sr. | 33 1/3% |
| Yourich, Stephen | 33 1/3% |
| Zaitsev, Yuri | 33 1/3% |
| Zakharia, Alex T. | 33 1/3% |
| Zakharia, Andree | 33 1/3% |
| Zakharia, Kareem | 33 1/3% |
| Zakharia, Yara | 33 1/3% |
| Zaki, Hussein S. | 33 1/3% |
| Zamora, Hope M. | 33 1/3% |
| Zapata, Jorge William | 33 1/3% |
| Zaragoza, Eva | 33.3% |
| Zaroff, Brett and Lichi, Perla | 33.3% |
| Zarro, Michael V. | 33% |
| Zhang, Mengkai | 33 1/3% |
| Zheng, Weifang | 33% |
| Ziegler, W. B. | 33% |
| Zikorus, Frederick | 33 1/3% |