**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** **SECTION: L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | |

**NOTICE OF FILING**

Please take notice of the filing into the record of the Memorandum of Understanding [attached hereto as Exhibit "A"] entered into between the Various Homebuilders identified on Exhibit A to the Memorandum of Understanding, and the Chinese Drywall MDL 2047 Fee Committee, Plaintiffs' Lead Counsel, and Plaintiffs' Liaison Counsel.

Dated: July 11, 2016                    Respectfully Submitted,


                                        BY: /s/ Russ M. Herman
                                        Russ M. Herman (La Bar No. 6819)
                                        Leonard A. Davis (La Bar No. 14190)
                                        Stephen J. Herman (La Bar No. 23129)
                                        Madelyn O. Breerwood (La Bar No. 35538)
                                        Herman, Herman & Katz, LLC
                                        820 O'Keefe Avenue
                                        New Orleans, LA 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        ldavis@hhklawfirm.com

                                        *Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

***Plaintiffs' Lead Counsel MDL 2047***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of July, 2016.

Respectfully Submitted,


BY:  /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

***Plaintiffs' Liaison Counsel MDL 2047***