UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO EXCEED PAGE LIMITATION
AND TO FILE ALL APPENDICES TO THE FEE COMMITTEE'S
OMNIBUS RESPONSE TO OBJECTIONS TO THE FEE COMMITTEE'S
MOTION TO DETERMINE THE ALLOCATION OF THE GLOBAL FEE
AWARD AS BETWEEN COMMON BENEFIT FEES AND INDIVIDUAL
COUNSEL'S FEES PURSUANT TO PTO 28(F) UNDER SEAL**

NOW INTO COURT, through undersigned counsel, comes Russ M. Herman, Plaintiffs' Liaison Counsel, Co-Chair/Secretary of the Fee Committee and the Fee Committee, who respectfully submit that pursuant Pre-Trial Order No. 28(F) and this Court's Order entered June 10, 2016 [Rec. Doc. 20304], the Fee Committee files herewith its Omnibus Response to Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award As Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) ("Omnibus Response to Objections"). The Omnibus Response to Objections exceed the page limitation as allowed under the Federal Rules of Civil Procedure, and out of an abundance of caution, the Fee Committee requests leave of court to exceed the page limitation of its Omnibus Response to Objections.

1

The Fee Committee further submits that the Appendices attached to the Omnibus Response to Objections relating to each of the objectors refer to or contain information that is designated confidential and request leave of court to file the Appendices to the Omnibus Response to Objections UNDER SEAL. The Fee Committee will provide the UNDER SEAL appendix to the appropriate objector, as well as to the Court.

Wherefore, the Fee Committee prays that this motion be GRANTED and that it be allowed to exceed the page limitation of its Omnibus Response to Objections, and further that all Appendices attached to the Omnibus Response to Objection be filed UNDER SEAL.

Respectfully submitted,

Dated: July 11, 2016

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

> Gerald E. Meunier (LA Bar No. 9471)
> Gainsburgh, Benjamin, David,
> Meunier & Warshauer, LLC
> 2800 Energy Centre
> 1100 Poydras Street
> New Orleans, LA 70163-2800
> Phone: (504) 522-2304
> Fax: (504) 528-9973
> gmeunier@gainsben.com
> *Co-Counsel for Plaintiffs and PSC Member*

### *ON BEHALF OF THE FEE COMMITTEE*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of July, 2016.

> /s/ Leonard A. Davis
> Leonard A. Davis, Esquire
> Herman, Herman & Katz, L.L.C.
> 820 O'Keefe Avenue
> New Orleans, Louisiana 70113
> Phone: (504) 581-4892
> Fax: (504) 561-6024
> Ldavis@hhklawfirm.com
> Plaintiffs' Liaison Counsel MDL 2047
> *Co-counsel for Plaintiffs*