UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to Exceed Page Limitation and to File All Appendices to the Fee Committee's Omnibus Response to Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award As Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) Under Seal filed by Russ M. Herman, Plaintiffs' Liaison Counsel, Co-Chair/Secretary of the Fee Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Fee Committee's Omnibus Response to Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award As Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT all Appendices attached to the Fee Committee's Omnibus Response to Objections to the Fee Committee's Motion to Determine the

1

Allocation of the Global Fee Award As Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) be and they are filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2016.

                                                                          _____
                                                                          Eldon E. Fallon
                                                                          United States District Court Judge