# EXHIBIT 1

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


IN RE:  CHINESE-MANUFACTURED     *      Docket 09-MD-2047
        DRYWALL PRODUCTS         *
        LIABILITY LITIGATION     *      Section L
                                 *
Relates to:  All Cases           *      New Orleans, Louisiana
                                 *
                                 *      May 20, 2015
* * * * * * * * * * * * * * * * *


              MONTHLY STATUS CONFERENCE BEFORE
                THE HONORABLE ELDON E. FALLON
                 UNITED STATES DISTRICT JUDGE


Appearances:

For the Plaintiffs:              Herman Herman & Katz, LLC
                                 BY:  RUSS M. HERMAN, ESQ.
                                 820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113

For the Knauf                    Baker Donelson Bearman
Defendants:                        Caldwell & Berkowitz, PC
                                 BY:  KERRY J. MILLER, ESQ.
                                 201 St. Charles Avenue, Suite 3600
                                 New Orleans, Louisiana 70170

For the Taishan                  Alston & Bird, LLP
Defendants:                      BY:  BERNARD TAYLOR SR., ESQ.
                                 1201 West Peachtree Street
                                 Atlanta, Georgia 30309

Official Court Reporter:         Toni Doyle Tusa, CCR, FCRR
                                 500 Poydras Street, HB-406
                                 New Orleans, Louisiana 70130
                                 (504) 589-7778



Proceedings recorded by mechanical stenography using
computer-aided transcription software.
```

good job based just on the numbers, and in the last two months we have had very little complaints. They have generally involved around four or five properties.

Your Honor considered appointing an ombudsman, and Mr. Velez was chosen and has acted the same way that a patient's representative in a hospital setting works and that's worked well. Of course, Your Honor appointed attorney Bob Johnston to represent the unrepresented people and explain their rights to them. He has done an excellent job. BrownGreer was appointed by Your Honor to handle the claims. All of these parts, I think we can look back and say now they functioned very, very well. From the plaintiff legal committee standpoint, we are very appreciative of all of the work that they have done.

**THE COURT:** This case is different than a lot of cases I've had in the past. Oftentimes in these type of cases, you have large numbers of plaintiffs, which is usual, but you have one or two defendants and that's the way it works out. In this case not only did we have 20,000 or thereabouts plaintiffs, but we had over 1,000 defendants. We have got 1,400 lawyers in this case as opposed to the cases where you don't have as many lawyers, so that has posed a challenge.

The negotiation was taking a while and meanwhile they had individuals who needed to get into their homes. They were living with relatives or living in tents, things of that

```
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3

 4

 5   IN RE:  CHINESE MANUFACTURED       *   Docket 09-MD-2047
             DRYWALL PRODUCTS           *
 6           LIABILITY LITIGATION       *   June 14, 2011
                                        *
 7   This Document Relates to All Cases *   9:00 a.m.
     * * * * * * * * * * * * * * * * * **

 8

 9

10                  STATUS CONFERENCE BEFORE THE
                      HONORABLE ELDON E. FALLON
11                   UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14
     For the Plaintiffs:         Herman Herman Katz & Cotlar
15                               BY:  RUSS M. HERMAN, ESQ.
                                 820 O'Keefe Avenue
16                               New Orleans, Louisiana 70113

17

18                               Levin, Fishbein, Sedran & Berman
                                 BY:  ARNOLD LEVIN, ESQ.
19                               510 Walnut Street, Suite 500
                                 Philadelphia, Pennsylvania 19106

20

21

22   For Knauf Entities:         Frilot, LLC
                                 BY:  KERRY J. MILLER, ESQ.
23                               1100 Poydras Street, Suite 3700
                                 New Orleans, Louisiana 70163

24

25
```

1  Arnold Levin, to discuss the settlement.  And before I do, I
2  want to congratulate all of the various attorneys that
3  participated for the plaintiffs, Arnold Levin and Ervin
4  Gonzalez and Leonard Davis and Fred Longer have been at this
5  long and hard.
6           All of the defense counsel involved have been
7  very professional, negotiations were spirited, and particularly
8  Jane Byrne for Chartis.  We've had 43 drafts of an agreement
9  over a four- or five-week period and Jane has worked through
10 the night and weekends.
11          This is the third resolution under Your Honor's
12 superintendence in Chinese Drywall.  We have three other
13 potential resolutions that we're working on simultaneously.  We
14 want to thank the Court for its patience and for Your Honor's
15 willingness to entertain us on weekends.
16          And I would be remiss if we didn't also thank
17 your law clerk Lexy Butler who worked weekends and has been
18 very helpful.  With that, I'll turn it over to Arnold.
19          **THE COURT:**  All right.  So everybody knows, a
20 settlement will be announced today to the press with regard to
21 Banner.  A settlement has been reached with Banner.  As I've
22 mentioned several times, this case is a little different in
23 that we don't have just one defendant, or two defendants, or
24 three defendants, whatever it is; in this case, there are about
25 a thousand defendants.  So it's very difficult to get everybody

1  in the room and talk with them about an ultimate resolution of
2  the case.
3              So what I have been trying to do is to carve out
4  areas and then focus the individuals on those particular areas.
5  And this is the third area and, hopefully, there will be
6  several more in the near future.  But I think that that's the
7  way that this matter has to go about being resolved.  We've got
8  to get it each step of the way.  As I said before, the way you
9  eat an elephant is one bite at a time, and I think that's what
10 has to be done in this case, and so far we've gotten three
11 bites.
12             Let me hear from the plaintiffs committee on the
13 Banner settlement.
14         **MR. LEVIN:**  Your Honor, this is the second bite of
15 the elephant, and the elephant's rather large.  So it's a step
16 in the right direction.
17             INEX has -- we have a settlement with INEX.
18 Preliminary approval has been granted.  There will be a
19 fairness hearing in October.
20         **THE COURT:**  We've also had a pilot program with
21 Knauf --
22         **MR. LEVIN:**  Yes, that's right.
23         **THE COURT:**  -- which was critical in this thing.
24         **MR. LEVIN:**  Which we don't want to overlook, and I
25 have, and I apologize for that.

```
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA


****************************************************************

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

                                CIVIL DOCKET NO. 09-MD-2047-EEF-JCW
                                NEW ORLEANS, LOUISIANA
                                THURSDAY, JANUARY 20, 2011, 9:00 A.M.

THIS DOCUMENT RELATES TO
ALL CASES

****************************************************************

            TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
          HEARD BEFORE THE HONORABLE ELDON E. FALLON
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFFS:      LEVIN, FISHBEIN, SEDRAN & BERMAN
                         BY:  ARNOLD LEVIN, ESQUIRE
                         510 WALNUT STREET, SUITE 500
                         PHILADELPHIA PA 19106


                         COLSON HICKS EIDSON
                         BY:  PATRICK S. MONTOYA, ESQUIRE
                         225 ALHAMBRA CIRCLE, PENTHOUSE
                         CORAL GABLES FL  33134


                         BARON & BUDD, P.C.
                         BY:  BRUCE W. STECKLER, ESQUIRE
                         3102 OAK LAWN AVENUE, SUITE 1100
                         DALLAS TX 75219
```

```
09:44AM   1    the default judgments, too -- are Taishan entities, and we've
09:44AM   2    moved those plaintiffs from the indeterminate defendant
09:44AM   3    complaint, Omni 3, to Omni 7, along with additional Taishan
09:45AM   4    plaintiffs, which there are substantial.
09:45AM   5              The PSC is now in the process of formulating an
09:45AM   6    Omni 8 complaint, which is against the Knauf entities and some
09:45AM   7    builders with them.  The plaintiffs are predominantly Texas
09:45AM   8    residents; although, there are residents in Louisiana and
09:45AM   9    Florida, but that will be predominantly Texas residents.
09:45AM  10              THE COURT:  Yes, we're getting some cases from Texas,
09:45AM  11    and also, I understand there are a few cases in Colorado now and
09:45AM  12    in other states.  We have about 15 or 20 states that are involved
09:45AM  13    in this litigation so far.
09:45AM  14              As you can see, the scope of the litigation is
09:45AM  15    rather daunting.  I have in this particular case nearly a
09:45AM  16    thousand defendants.  A thousand defendants.  We may have about
09:45AM  17    20,000 or so plaintiffs.  The case presents challenges because I
09:45AM  18    have 1,200 lawyers in this particular case.  We have a thousand
09:46AM  19    defendants, 20,000 or so plaintiffs, and 1,200 lawyers.  So you
09:46AM  20    can see the challenge that that poses from a logistical
09:46AM  21    standpoint, an organizational standpoint.
09:46AM  22              The cases of this magnitude could not be handled
09:46AM  23    without talented lawyers on each side, and it's been very helpful
09:46AM  24    to me in this particular case to have quality lawyers presenting
09:46AM  25    this particular case.  It's been able to be managed because of
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED      *   Docket 09-MD-2047
        DRYWALL PRODUCTS          *
        LIABILITY LITIGATION      *   April 26, 2012
                                  *
This Document Relates to All Cases *  9:00 a.m.
* * * * * * * * * * * * * * * * * *

STATUS CONFERENCE BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:            Herman Herman Katz & Cotlar
                               BY:  RUSS M. HERMAN, ESQ.
                               BY:  LEONARD A. DAVIS, ESQ.
                               820 O'Keefe Avenue
                               New Orleans, Louisiana 70113


                               Levin, Fishbein, Sedran & Berman
                               BY:  ARNOLD LEVIN, ESQ.
                               510 Walnut Street, Suite 500
                               Philadelphia, Pennsylvania 19106


For Knauf Entities:            Frilot, LLC
                               BY:  KERRY J. MILLER, ESQ.
                               1100 Poydras Street, Suite 3700
                               New Orleans, Louisiana 70163

1      **THE COURT:**  Good.  Thank you very much for all of
2  your labors.
3      This case is exceptionally challenging because
4  of the numbers that we're dealing with.  Unlike many cases,
5  where there's one defendant and a number of plaintiffs, in this
6  case there are a thousand defendants.  We have upwards of
7  20,000 litigants, several of whom, or many of whom, are pro se
8  and they need information, and this is a vital source.
9      You've been very good about giving them
10 information and helping them work through some of the forms
11 that need to be filled out and I appreciate it.
12     **MR. JOHNSTON:**  Thank you, Your Honor.
13     **THE COURT:**  As I mentioned, and another unusual
14 aspect in this case, too, we have about 1,400 lawyers in the
15 case.  To keep all of these things working at the same time and
16 going in the same direction, we've had to parcel out some
17 portions of it and deal with those portions and move those
18 portions sometimes with a different procedure than the rest of
19 it just to make it work.
20     It's been working, but it's been working because
21 of the cooperation and the skill and the interest of the
22 lawyers.  They're an exceptional group in this particular case
23 and it's because of their efforts and their ability that
24 something like this can be moved in a direction for the benefit
25 of the litigants on both sides.  So I do mention that and

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
                            NEW ORLEANS

IN RE:  CHINESE MANUFACTURED   :   CIVIL ACTION 09-MD-2047
DRYWALL PRODUCTS               :   SECTION "L"
LIABILITY LITIGATION           :
                               :   New Orleans, Louisiana
                               :   November 9, 2012
                               :   10:00 a.m.
: : : : : : : : : : : : : : :

                    STATUS CONFERENCE IN CHAMBERS
          TAKEN BEFORE THE HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:        Herman, Herman & Katz, LLP
                           BY:  RUSS M. HERMAN
                                LEONARD A. DAVIS
                           820 O'Keefe Avenue
                           New Orleans, Louisiana  70113
                           (504)  581-4892

                           and

                           Levin, Fishbein, Sedran & Berman
                           BY:  ARNOLD LEVIN
                                SANDRA L. DUGGAN
                                FRED S. LONGER
                           510 Walnut Street, Suite 500
                           Philadelphia, PA  19106
                           (215)  892-1500

For Saul Soto and
Ronnie Garcia:             Bandas Law Firm, PC
                           BY:  CHRISTOPHER BANDAS
                           500 N. Shoreline Blvd., Suite 1020
                           Corpus Christi, Texas  78471
                           (361)  698-5200

                           Koch & Schmidt, LLC
                           BY:  R. JOSHUA KOCH, JR.
                           650 Poydras Street, Suite 2415
                           New Orleans, Louisiana  70130
                           (504)  208-9040
```

1   particularly this one.
2           You know, oftentimes we're dealing with two or
3   three defendants and a number of plaintiffs, but this one we
4   have got a little unusual situation.  We have about a
5   thousand defendants and so it's a difficult thing to
6   coordinate all of that and for you to know it without having
7   heard it.  But we will get to that.
8           From the objectors' standpoint.
9           MR. BANDAS:  Your Honor, Chris Bandas.  In the
10  interest of time and speaking directly to the Court's
11  comments, we do have our position staked out, I think, very
12  well on paper.  We have had a lot of argument with Your Honor
13  about what we are attacking and what we're not attacking.
14          THE COURT:  Yes.
15          MR. BANDAS:  If Your Honor wants myself to address
16  any questions about the case law, I'm obviously happy to do
17  that.
18          THE COURT:  Sure.
19          MR. BANDAS:  But if we're clear, Your Honor, that
20  our objections or the basis thereof are before the Court and
21  on the record, I think we satisfied that issue for the Fifth
22  Circuit and I am happy not to speak, Your Honor, in the
23  interest of time.
24          THE COURT:  That's fine.  Potentially you might
25  want to respond or something of that sort and we will do a

```
 1                   UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   IN RE:   CHINESE MANUFACTURED      *    Docket 09-MD-2047
              DRYWALL PRODUCTS          *
 6            LIABILITY LITIGATION      *    January 23, 2013
                                        *
 7   This Document Relates to All Cases *    9:00 a.m.
     * * * * * * * * * * * * * * * * * *
 8
 9
10               MONTHLY STATUS CONFERENCE BEFORE
                 THE HONORABLE ELDON E. FALLON
11                UNITED STATES DISTRICT JUDGE
12
13   APPEARANCES:
14   For the Plaintiffs:        Herman Herman Katz & Cotlar
                                BY:  RUSS M. HERMAN, ESQ.
15                              BY:  LEONARD A. DAVIS, ESQ.
                                820 O'Keefe Avenue
16                              New Orleans, Louisiana 70113
17
18
                                Levin, Fishbein, Sedran & Berman
19                              BY:  ARNOLD LEVIN, ESQ.
                                510 Walnut Street
20                              Suite 500
                                Philadelphia, Pennsylvania 19106
21
22
     For Knauf Entities:        Frilot, LLC
23                              BY:  KYLE SPAULDING, ESQ.
                                1100 Poydras Street, Suite 3700
24                              New Orleans, Louisiana 70163
25
```

```
 1            MR. HERMAN:  Your Honor, I received an e-mail from
 2   Mr. Levin, but I dare not burden the Court with it.
 3            THE COURT:  Okay.  Anything with insurance issues?
 4            MR. HERMAN:  Minor is here.  He may wish to make a
 5   report.
 6            MR. PIPES:  No, Your Honor, nothing.
 7            THE COURT:  Okay.  Fine.  I really appreciate Minor's
 8   work.  He's really brought this aspect of the case together,
 9   and it was a tremendous undertaking.  ==As I've mentioned several==
10   ==times, oftentimes in these cases, an MDL case, you have a==
11   ==number of plaintiffs obviously, but there are one or two or==
12   ==three or four defendants.==  ==In this particular case, there's a==
13   ==thousand defendants and so many of them are insurance; and to==
14   ==bring all of those folks together was a monumental undertaking,==
15   ==and we have Minor to thank for that.==
16            I appreciate, it Minor.
17            MR. HERMAN:  Your Honor, the homebuilders fees and
18   costs --
19            THE COURT:  Homebuilders fees and costs.
20            MR. HERMAN:  Ms. Wimberly is here as liaison counsel.
21            THE COURT:  Dorothy, do you have anything on that?
22            MS. WIMBERLY:  Nothing new, Your Honor.
23            THE COURT:  Okay.
24            MR. HERMAN:  And also here, Ms. Wimberly under
25   state/federal coordination, and I don't believe there's
```

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE:  CHINESE-MANUFACTURED    *    Docket 09-MD-2047
        DRYWALL PRODUCTS        *
        LIABILITY LITIGATION    *    Section L
                                *
                                *    New Orleans, Louisiana
RELATES TO ALL CASES            *
                                *    May 21, 2013
* * * * * * * * * * * * * * * * *


                 JOINT FAIRNESS HEARING BEFORE
                 THE HONORABLE ELDON E. FALLON
                  UNITED STATES DISTRICT JUDGE


Appearances:

For Norfolk                The Honorable Mary Jane Hall
Circuit Court:             100 St. Paul's Boulevard
                           Norfolk, Virginia 23510

For the Plaintiffs'        Herman Herman & Katz, LLC
Steering Committee:        BY:  RUSS M. HERMAN, ESQ.
                           820 O'Keefe Avenue
                           New Orleans, Louisiana 70113

For the Plaintiffs'        Hausfield, LLP
Steering Committee:        BY:  RICHARD S. LEWIS, ESQ.
                           1700 K Street, N.W.
                           Washington, D.C. 20006

For the Plaintiff's        Law Offices of Richard J. Serpe
Steering Committee:        BY:  RICHARD J. SERPE, ESQ.
                           580 East Main Street, Suite 310
                           Norfolk, Virginia 23510
```

```
10:26    1   understand that.  But when this case was created, mainly the
10:27    2   MDL portion of it, and sent to this Court for handling, it
10:27    3   presented some challenges.  There were, as I say, about
10:27    4   26 states involved, with 20,000 or thereabouts claimants.  The
10:27    5   unusual fact of this case is that there were 1,000 defendants,
10:27    6   1,400 lawyers before this Court.
10:27    7              The case proceeded very fast, frankly, with
10:27    8   discovery commencing immediately and trials happening within
10:27    9   four months of the case being transferred to this Court.  I
10:27   10   know that the Germano and the other bellwether cases have
10:27   11   proceeded, and I know that it's been a traumatic experience for
10:28   12   them, but they were very, very helpful in creating an
10:28   13   atmosphere by which some of these claims could be brought to
10:28   14   fruition.  Because of their diligence and because of their
10:28   15   patience, this matter has moved to this particular point.  The
10:28   16   settlements of Knauf have been completed.  The settlements of
10:28   17   these individual defendants are now before the Court.  The case
10:28   18   is not over.  It's still proceeding against Taishan.  There's
10:28   19   much to be done at this point.
10:28   20              I have heard from everybody.  I have read all of
10:28   21   the material.  I'm particularly grateful to the objectors for
10:28   22   the time they have taken and the interest they have shown in
10:28   23   the case.
10:29   24              I'm going to take all of this under advisement.
10:29   25   I will be out with my opinion very shortly.  I do want to write
```

```
 1                       UNITED STATES DISTRICT COURT

 2                       EASTERN DISTRICT OF LOUISIANA

 3

 4   ****************************************************************

 5   IN RE:  CHINESE-MANUFACTURED
     DRYWALL PRODUCTS
 6   LIABILITY LITIGATION

 7                                   CIVIL DOCKET NO. 09-MD-2047 "L"
                                     NEW ORLEANS, LOUISIANA
 8                                   TUESDAY, AUGUST 20, 2013, 9:00 A.M.
     THIS DOCUMENT RELATES TO
 9   ALL CASES

10   ****************************************************************

11
                     TRANSCRIPT OF STATUS CONFERENCE AND
12                       FAIRNESS HEARING PROCEEDINGS
                  HEARD BEFORE THE HONORABLE ELDON E. FALLON
13                       UNITED STATES DISTRICT JUDGE

14
     APPEARANCES:
15

16
     FOR THE PLAINTIFFS'
17   LIAISON COUNSEL:           HERMAN HERMAN KATZ
                                BY:  RUSS M. HERMAN, ESQUIRE
18                              LEONARD A. DAVIS, ESQUIRE
                                820 O'KEEFE AVENUE
19                              NEW ORLEANS LA  70113

20
                                LEVIN, FISHBEIN, SEDRAN & BERMAN
21                              BY:  ARNOLD LEVIN, ESQUIRE
                                510 WALNUT STREET, SUITE 500
22                              PHILADELPHIA, PA 19106

23
     FOR THE STATE/FEDERAL
24   COORDINATION COMMITTEE:    BARRIOS, KINGSDORF & CASTEIX
                                BY:  DAWN M. BARRIOS, ESQUIRE
25                              701 POYDRAS STREET, SUITE 3650
                                NEW ORLEANS LA 70139
                            OFFICIAL TRANSCRIPT
```

```
09:34:54  1    costs.
09:34:54  2             THE COURT:  Okay.  Let me speak on those issues.  In
09:34:59  3    many MDLs you have one defendant, so if the case is settled,
09:35:07  4    then that defendant puts money up into a qualified settlement
09:35:13  5    fund because not only is the settlement necessary but the
09:35:18  6    payout of the settlement is necessary, and it gets complicated
09:35:21  7    because of the numbers of people involved in these particular
09:35:24  8    claims.
09:35:25  9             It's not like writing one check for one person.
09:35:28 10    It's writing a check for 50,000 people or 30,000 people, and so
09:35:32 11    you need the funds in one particular place so that those funds
09:35:41 12    in the qualified settlement fund, the QSF, can then be
09:35:44 13    withdrawn to pay the people who actually get the claims or are
09:35:49 14    entitled to the claims.
09:35:49 15             ==This case has been made more complicated by the==
09:35:54 16    ==fact that there are about 1,000 defendants.  Usually there is==
09:35:59 17    ==one defendant, maybe two, maybe three.  This case has 1,000==
09:36:02 18    ==defendants.  So many of these defendants' downstream people,==
09:36:10 19    ==downstream insurers and so forth have entered into the==
09:36:13 20    ==settlement, but those funds have to be segregated in some way.==
09:36:18 21             So we have independent QSFs for the various
09:36:24 22    settlement funds, and then those settlement funds will be then
09:36:31 23    put into a checking account to pay out, but at least there
09:36:36 24    needs some mechanism for tracing the funds.
09:36:39 25             Now, for those of you who have handled these
```

```
                                                                    1

 1                     UNITED STATES DISTRICT COURT

 2                     EASTERN DISTRICT OF LOUISIANA

 3

 4   ****************************************************************

 5   IN RE:  CHINESE-MANUFACTURED
     DRYWALL PRODUCTS
 6   LIABILITY LITIGATION

 7                                   CIVIL DOCKET NO. 09-MD-2047 "L"
                                     NEW ORLEANS, LOUISIANA
 8                                   THURSDAY, FEBRUARY 20, 2014, 9:00 A.M.

 9
     THIS DOCUMENT RELATES TO
10   ALL CASES

11   ****************************************************************

12

13              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
                HEARD BEFORE THE HONORABLE ELDON E. FALLON
14                     UNITED STATES DISTRICT JUDGE

15

16   APPEARANCES:

17

18   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:            HERMAN HERMAN KATZ
19                               BY:  RUSS M. HERMAN, ESQUIRE
                                      LEONARD A. DAVIS, ESQUIRE
20                               820 O'KEEFE AVENUE
                                 NEW ORLEANS LA  70113
21

22                               GAINSBURGH BENJAMIN DAVID MEUNIER
                                 AND WARSHAUER
23                               BY:  GERALD E. MEUNIER, ESQUIRE
                                 2800 ENERGY CENTRE
24                               1100 POYDRAS STREET, SUITE 2800
                                 NEW ORLEANS LA  70163
25

                          OFFICIAL TRANSCRIPT
```

litigation.  ==In this case, we have 1400 lawyers, so without a committee, you couldn't handle it.==

So committees are significant, but I don't want to limit the work, the common benefit work only to that committee. So I tell that committee, the steering committee, to appoint subcommittees of individuals who are not on the Plaintiffs' Steering Committee, but who want to do work, common benefit work that will assist the overall project.

I encourage those individuals, anybody interested in doing common benefit work, to sign up and do it, but they have to log their time appropriately and have to send it in to the Court-appointed CPA.

I meet with the CPA every month, and he gives me a report of the hours, the numbers of hours, what's being done in those hours, and the funds, common benefit funds, that people are putting up.

I discuss them with him. If I see any issue, then I contact liaison counsel in the area, and I direct him to handle that particular issue, or at least call that individual, and, if necessary, the Court gets involved in it.

But at the end of the litigation, I meet again with the CPA, and he gives me a summary of everything. That's very helpful to me in determining the common benefit fees to be given. I just don't pick it out of the air; I have some process that I go about doing it.

**OFFICIAL TRANSCRIPT**