# EXHIBIT 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 |
| | * | SECTION L |
| | * * | JUDGE FALLON |
| This document relates to All Cases | * * | MAGISTRATE JUDGE WILKINSON |

## DECLARATION OF PHILIP A. GARRETT, C.P.A.

STATE OF LOUISIANA      :
                        :
PARISH OF ORLEANS       :

I, Philip A. Garrett, C.P.A., declare and say:

1. I am the Court-approved certified public accountant responsible for MDL 2047. Pretrial Order No. 9 (PTO 9) approved my retention to assist and provide accounting services to the Plaintiffs' Liaison Counsel, the PSC and the Court in MDL No. 2047.

2. I have been asked by the Fee Committee to report on the number of hours that I have accepted which were submitted pursuant to PTO 9A by counsel that have objected to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) [Rec. Doc. 20290].

1

3. Based on a review of the records I maintain, I have determined that the counsel for objectors have 33,791.52 hours for the period up to December 31, 2013 that I have accepted.

4. For the period after January 1, 2014 to the present, I have accepted 990.60 hours for the objectors, 58,334.85 for all other common benefit counsel, which collectively total 59,325.45 hours.

I declare under penalty of perjury that the forgoing is true and correct.

*[signature]*
PHILIP A. GARRETT, C.P.A.

July 11, 2016
DATE

2