**EXHIBIT "3"**

**INDEX OF E-MAIL FILES SUBMITTED MANUALLY**

E-mails sent to and received from Louis Velez with the following law firms:

1. Baron & Budd, P.C.
2. Collins & Horsley, P.C.
3. Doyle Law Firm, PC
4. Gentle, Turner, Sexton & Harbison, LLC
5. Luckey & Mullins, PLLC
6. McCallum, Hoaglund, Cook & Irby, LLP
7. Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A.
8. Parker Waichman LLP
9. Pendley, Baudin & Coffin L.L.P.
10. Whitfield, Bryson & Mason LLP
11. Yance Law Firm, LLC