UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL : | : | MDL NO. 2047, SECTION: L |
| PRODUCT LIABILITY LITIGATION : | : | |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| Andrea Carter and Angel Rey | : | |
| 11-80; 11-1395 | : | |

## NOTICE OF REMEDIATION

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Andrea Carter and Angel Rey, who wishes to inform the parties that Plaintiff wishes to start remediating their property located at 10201 Deerfield Dr., New Orleans, LA 70119 (Carter) and 1332 Riviera Ave., New Orleans, LA. 70122. This remediation will start 30days from the date of this filing. Plaintiffs allege that their drywall was manufactured by Taishan.

        Respectfully Submitted:

        /s/ Salvadore Christina, Jr.
        Salvadore Christina, Jr. (LA Bar Roll 27198)
        Becnel Law Firm
        P.O. Drawer H
        Reserve, LA 70084
        Phone: 985.536.1186
        Fax: 985.536.6445
        Email: schristina@becnellaw.com

        Mekel S. Alvarez (LA Bar Roll 22157)
        Morris Bart, LLC
        909 Poydras St., Suite 2000
        New Orleans, LA 70112
        Telephone:    504.599.3385
        Facsimile:    504-599.3392
        Email: malvarez@morrisbart.com

**CERTIFICATE OF SERVICE**

A copy of this pleading has been served on all counsel on this 12th day of July, 2016 via LexisNexis File & Serve.

<u>/s/Salvadore Christina, Jr.</u>
Salvadore Christina, Jr.
