UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Plaintiffs' Second Motion to Amend/Correct Class Action Complaint (R. Doc. 20299), **IT IS ORDERED** that the Court will hear oral argument on the Motion following the Monthly Status Conference on August 25, 2016 at 9:00 a.m. in the Courtroom of the Honorable Eldon E. Fallon.

**IT IS FURTHER ORDERED** that any oppositions to the Motion must be filed on or before **August 12, 2016**.

New Orleans, Louisiana, this 8th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

1