UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

## ORDER

**THIS MATTER** came before the Court on the Unopposed Motion for Leave to file an Amended Pleading in Opposition to Fee Committee's Motion to Determine Fee Allocation for the Sole Purpose of Listing Co-Counsel [Dkt. No.: 20370]; and, the Court, being fully advised in the premises, find that the Motion is well taken and should be GRANTED. It is therefore,

**ORDERED AND ADJUDGED** that the Motion for Leave to file an Amended Pleading in Opposition to Fee Committee's Motion to Determine Fee Allocation for the Sole Purpose of Listing Co-Counsel is granted.

**SO ORDERED and ADJUDGED,** this the ___8th___ day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Submitted By:

Edward Gibson, Esquire
John F. Hawkins, Esquire
HAWKINS | GIBSON, PLLC
153 Main Street
Bay St. Louis, Mississippi 39520
Telephone: (228) 467-4225
Facsimile: (228) 467-4212
egibson@hgattorneys.com
john@hgattorneys.com