UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

Please take notice that Andrew A. Braun, Victoria E. Emmerling and the law firm of Gieger, Laborde & Laperouse, LLC, shall appear as counsel of record for the limited purpose of representing the law firm of Morris Bart, LLC in its objection to the Fee Committee's proposed allocation of the global fee award (R. Doc. 20293), any dispute regarding the Fee Committee's proposed allocation of the common benefit fee award among those firms that are entitled to participate in such an award, and all other matters related to or as a result of the Fee Committee's Proposed Allocations.

Respectfully submitted:

/s/ Victoria E. Emmerling
Andrew A. Braun (#3415)
Victoria E. Emmerling (#33117)
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
Email: abraun@glllaw.com
Email: temmerling@glllaw.com

*Counsel for Morris Bart, L.L.C.*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 13th day of July, 2016.

      /s/ Victoria E. Emmerling