UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

**MOTION FOR LEAVE TO FILE JOINDER AND ADOPTION OF THE OPPOSITIONS TO THE FEE COMMITTEE'S ALLOCATION MOTION**

Morris Bart, LLC respectfully requests leave of Court to file the attached Joinder and Adoption of the Opposition to the Fee Committee's Allocation Motion. As is more fully shown in the accompanying memorandum in support, the Motion to Join and Adopt the Oppositions is made pursuant to Federal Rule of Civil Procedure 10(c) for the purpose of solely adopting the arguments raised in the identified Oppositions. As the Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Motion does not raise any new or independent arguments or issues, allowing the Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Motion presents no prejudice to the Fee Committee and it will not delay the resolution of the referenced Motion.

**WHEREFORE**, Morris Bart, LLC prays that the instant Motion for Leave be granted and that its Motion to Join and Adopt the Oppositions to the Fee Committee's Allocation Motion be filed into the record of this matter.

[signature block on next page]

Respectfully submitted:

/s/ Victoria E. Emmerling
Andrew A. Braun (#3415)
Victoria E. Emmerling (#33117)
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone:     (504) 561-0400
Facsimile:     (504) 561-1011
Email: abraun@glllaw.com
Email: temmerling@glllaw.com

*Counsel for Morris Bart, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 13th day of July, 2016.

/s/ Victoria E. Emmerling