UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF THE MOTION FOR LEAVE TO FILE JOINDER AND ADOPTION OF THE OPPOSITIONS TO THE FEE COMMITTEE'S ALLOCATION MOTION**

**MAY IT PLEASE THE COURT:**

Morris Bart, LLC ("Bart"), by and through undersigned counsel, hereby submits its Memorandum in Support of the Motion for Leave to File Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Motion.

Leave is warranted pursuant to Federal Rule of Civil Procedure 10(c) and in consideration of the limited nature of the filing, the lack of prejudice to the Fee Committee, and as the requested relief will not delay the resolution of this matter. Federal Rule of Civil Procedure 10(c) provides that "[a] statement in a pleading may be adopted by reference elsewhere in the same pleading or in any other pleading or motion." As reflected on the face of the attached Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Motion, Bart solely seeks to adopt and join in the arguments raised by counsel in the Oppositions already pending before the Court. As no new arguments or issues are raised, the Fee Committee is not prejudiced through the proposed Joinder and Adoption. For the same reason, the instant joinder

and adoption will not delay resolution of the referenced Motion, whose hearing will not even take place for approximately two (2) weeks from today's date.

## CONCLUSION

For the foregoing reasons, Morris Bart, LLC prays that the Motion for Leave be granted and that its Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Motion be filed into the record of this matter.

Respectfully submitted:

/s/ Victoria E. Emmerling
Andrew A. Braun (#3415)
Victoria E. Emmerling (#33117)
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone:   (504) 561-0400
Facsimile:   (504) 561-1011
Email: abraun@glllaw.com
Email: temmerling@glllaw.com

*Counsel for Morris Bart, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 13th day of July, 2016.

/s/ Victoria E. Emmerling