# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

### MORRIS BART, LLC'S JOINDER AND ADOPTION OF THE OPPOSITIONS TO THE FEE COMMITTEE'S ALLOCATION MOTION

Morris Bart, LLC, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 10(c), hereby joins in the opposition to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) (R. Doc. 20293) and adopts all of the arguments asserted in the following Oppositions as if copied herein *in extenso*:

1. Opposition of Plaintiff's Represented by Milstein Adelman, LLP and Roberts and Durkee, LLP to the Motion of the PSC Fee Committee for Allocation of the Global Fee Award Between Common Benefit Fees and Individual Counsel Fees Pursuant to PTO 28(F) (R. Doc. 20337);

2. Memorandum in Opposition to Plaintiff's Steering Committee's Allocation Motion to Set PSC Attorney's Fees (R. Doc. 20344);

3. Opposition of Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel Fees Pursuant to PTO 28(F) (R. Doc. 20346);

4. Parker Waichman LLP's Notice of Opposition to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F), Request for Discovery, Additional Briefing and a Contradictory Hearing Regarding the Proposed Allocation (R. Doc. 20348);

5. Opposition to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Attorneys and Individual Counsel Fees Pursuant to PTO 28(F) (R. Doc. 20349);

6. Doyle Law Firm's Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) (R. Doc. 20350);

7. Collins & Horsley, P.C.'s Brief in Support of Individual Counsel's Request to Allocate the Global Fee Award Between Common Benefit Counsel and Individual Counsel and Objection to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit and Attorneys and Individual Counsel Fees Pursuant to PTO 28(F) (R. Doc. 20351);

8. Morgan & Morgan's Opposition to Fee Committee's Allocation Motion and Memorandum (R. Doc. 20354);

9. Special Objection/Memorandum of Jeremy W. Alters and Alters Law Firm P.A. in Opposition to Fee Committee's Motion to Determine Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees (R. Doc. 20355);

10. Response in Opposition to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(f) (R. Doc. 20356);

11. Baron & Budd, P.C., Allison Grant, P.A. and Alters Law Firm, P.S.'s Objections in Opposition to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) (R. Doc. 20376); and

12. Primary Counsel's Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Attorneys and Individual Counsel Fees Pursuant to PTO 28(F) (R. Doc. 20336);

(collectively the "Oppositions").

For all of the reasons stated in the Oppositions, Morris Bart, LLC prays that the Fee Committee's proposed fee allocation be denied, the parties be ordered to conduct discovery for the purpose of allocating fees between common benefit counsel and individual counsel, and the parties be allowed additional briefing and a contradictory hearing thereafter.

Respectfully submitted:

/s/ Victoria E. Emmerling
Andrew A. Braun (#3415)
Victoria E. Emmerling (#33117)
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone:	(504) 561-0400
Facsimile:	(504) 561-1011
Email: abraun@glllaw.com
Email: temmerling@glllaw.com

*Counsel for Morris Bart, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 13th day of July, 2016.

/s/ Victoria E. Emmerling