# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## OBJECTION PURSUANT TO PRE-TRIAL ORDER NO. 30

Herman, Herman & Katz counsel for and on behalf of the claimants identified on the attached Exhibit "A", objects in part to Exhibit "A" of Pre-Trial Order No. 30 ("Cost Stipend Award").  The address of each Affected Property is identified on the attached Exhibit "A".  This objection is made due to the failure by BrownGreer to include each of these properties for a Cost Stipend Award.  Each of these properties contained non-Knauf Chinese drywall and were eligible for compensation in one of the Settlement Programs.  All come under the umbrella of New Orleans Area Habitat for Humanity.  These properties should have been included in the list provided by BrownGreer, as each property is eligible as a result of an assignment.

Dated: December 4, 2015

Respectfully Submitted,

BY: /s/ Russ M. Herman
Russ M. Herman (La. Bar No. 6819)
Leonard A. Davis (La. Bar o. 14190)
Stephen J. Herman (La. Bar No. 23129)
Madelyn O. Breerwood (La. Bar No. 35538)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

# EXHIBIT "A"

| Claimant ID | Claimant Last Name | Affected Property Street Address | Affected Property City | Affected Property State |
|---|---|---|---|---|
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1229 Port Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1304 Ferry Place | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1308 Ferry Place | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1309 Ferry Place | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1315 Ferry Place | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1316 Ferry Place | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1320 Ferry Place | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1324 Ferry Place | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1327 Ferry Place | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1328 Ferry Place | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1335 Ferry Place | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1340 Bayou Road | St. Bernard | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 146 Mimosa Lane | Port Sulphur | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1533 Bayou Road | St. Bernard | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1701 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1705 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1709 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1713 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1717 Bartholomew Street | New Orleans | LA |

| Claimant ID | Claimant Last Name | Affected Property Street Address | Affected Property City | Affected Property State |
|---|---|---|---|---|
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1721 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1722 Alvar Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1724 Alvar Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1725 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1733 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1737 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1739 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1741 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1800 Feliciana Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1801 Lesseps Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1804 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1808 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1812 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1816 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1816 Karl Street | Arabi | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1817 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1819 Feliciana Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1820 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1821 Bartholomew Street | New Orleans | LA |

| Claimant ID | Claimant Last Name | Affected Property Street Address | Affected Property City | Affected Property State |
|---|---|---|---|---|
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1824 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1824 Congress Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1825 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1827 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1828 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1829 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1831 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1832 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1833 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1835 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1837 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1838 Feliciana | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1839 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1841 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1900 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1904 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1905 Tino Lane | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1908  Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1912  Bartholomew Street | New Orleans | LA |

| Claimant ID | Claimant Last Name | Affected Property Street Address | Affected Property City | Affected Property State |
|---|---|---|---|---|
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1916 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1916 Mandeville Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1917 Highland Drive | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1920 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1921 Alvar Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1924 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1925 Alvar Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1927 Bridgehead Lane | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1928 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1929 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1929 Alvar Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1929 Independence Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1931 France Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1932 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1933 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1934 Pilate Lane, | St. Bernard | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1936 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1937 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1940 Bartholomew Street | New Orleans | LA |

| Claimant ID | Claimant Last Name | Affected Property Street Address | Affected Property City | Affected Property State |
|---|---|---|---|---|
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1941 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2021 Caluda Street | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2113 Gina Drive | St. Bernard | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2113 Louisa Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2116 Bartholomew Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2119 Caluda Lane | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2122 Caluda Street | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2138 France Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2217 Piety Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2220 Highland Drive | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2221 Caluda Street | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2234 Feliciana Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2300 Caluda Street | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2301 Mathis Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2305 Mathis Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2309 Mathis Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2312 Farmsite Road | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2312 Gina Drive | St. Bernard | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2315 Jefferson Avenue | Harvey | LA |

| Claimant ID | Claimant Last Name | Affected Property Street Address | Affected Property City | Affected Property State |
|---|---|---|---|---|
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2316 Caluda Street | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2319 Mathis Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2320 Licciardi Lane | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2323 Mathis Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2327 Mathis Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2328 Clouet Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2338 Rochelle Street | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2344 Mazant Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2346 Louisa Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2401 Independence Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2409 S. Tonti Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2414 Clouet Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2422 Clouet Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2434 Louisa Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2500 Desire Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2500 Gina Drive | St. Bernard | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2504 Desire Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2519 Feliciana Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2521 S. Galvez Street | New Orleans | LA |

| Claimant ID | Claimant Last Name | Affected Property Street Address | Affected Property City | Affected Property State |
|---|---|---|---|---|
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2529 Caluda Street | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2529 Desire Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2530 Gallier Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2537 Desire Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2544 Gallier | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2545 Desire Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2608 Gallier Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2650 Piety Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2701 Kenilworth Drive | St. Bernard | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2720 Gina Drive | St. Bernard | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3030 Albany Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 31 Gibbs Drive | Chalmette | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3127 3rd Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3229 Maureen Lane | Meraux | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3251 Law Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3255 Law Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3300 Daniel Drive | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3300 Jackson Boulevard | Chalmette | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3301 Dryades Street | New Orleans | LA |

| Claimant ID | Claimant Last Name | Affected Property Street Address | Affected Property City | Affected Property State |
|---|---|---|---|---|
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3304 Daniel Drive | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3511 Jackson Boulevard | Chalmette | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3525 Eagle Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3600 First Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3627 First Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3631 First Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3720 Fourth Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3918 N. Johnston | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4015 N. Derbigny Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4105 E. Louisiana State Drive | Kenner | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4505 America Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4559 America Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4820 America Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4840 Camelia Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4904 Dale Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4926 Tulip Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4929 Dodt Avenue | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 6101 Second Street | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 6418 Fourth Street | New Orleans | LA |

| Claimant ID | Claimant Last Name | Affected Property Street Address | Affected Property City | Affected Property State |
|---|---|---|---|---|
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 65 Old Hickory Avenue | Chalmette | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 6518 Louis Elam Street | Violet | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 7 Carrol Drive | Chalmette | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 720 Marais Street | Chalmette | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 8739 Plum Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2334 Rochelle | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3740 St. Bernard Avenue | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2100 Painters Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3918 N. Prieur Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2559 N. Johnson Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4733 Wilson Avenue | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4021 N. Galvez Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2142 France Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2401 S. Tonti Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4737 Wilson Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2108 Tiffany Court | St. Bernard | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2213 Piety Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2134 State Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3140 N. Roman Street | New Orleans | LA |

| Claimant ID | Claimant Last Name | Affected Property Street Address | Affected Property City | Affected Property State |
|---|---|---|---|---|
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4809 Reynes Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4819 Reynes Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3125 N. Galvez Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2522 S. Miro Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3014 N. Tonti Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2200 Tiffany Court | St. Bernard | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4014 N. Roman Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3917 N. Prieur Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4816 Tulip Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2320 Victoria Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2330 Piety Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2320 New Orleans Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2116 Painters Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4746 Wilson Avenue | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2316 Victoria Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4015 N. Galvez Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2525 N. Miro Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2327 Victoria Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2405 S. Tonti Street | New Orleans | LA |

| Claimant ID | Claimant Last Name | Affected Property Street Address | Affected Property City | Affected Property State |
|---|---|---|---|---|
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3127 N. Galvez | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2301 New Orleans Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4400 Ray Avenue | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4621 Dale Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2401 Clouet Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2325 Rochelle Street | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1331 Ferry Place | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3235 Washington Avenue | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2717 Palmetto Street | Chalmette | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2327 Rochelle Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 3308 Rose Street | Chalmette | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2328 Rochelle Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2618 Piety Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 4745 Wilson Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 7232 Prosperity Street | Arabi | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2307 New Orleans Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1922 Marigny Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 8529 Palmetto Street | New Orleans | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 1437 Nunez Street | New Orleans | LA |

| Claimant ID | Claimant Last Name | Affected Property Street Address | Affected Property City | Affected Property State |
|---|---|---|---|---|
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2138 State Avenue | Harvey | LA |
| 100884 | New Orleans Area Habitat for Humanity, Inc. | 2415 Piety Street | New Orleans | LA |