UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRIMARY COUNSEL'S MOTION FOR A CASE MANAGEMENT ORDER PROVIDING FOR DISCOVERY, THE UNSEALING OF RECORDS REGARDING COMMON BENEFIT FEES, AND THE APPOINTMENT OF A SPECIAL MASTER**

NOW INTO COURT, through undersigned counsel, come the Objectors to the *Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Counsel and Individual Counsel's Fees Pursuant to PTO 28(F)*[1] (collectively, "Primary Counsel"),[2] who for the reasons set forth in the accompanying Memorandum and attached exhibits, move this Court for a Case Management Order (1) allowing Primary Counsel to conduct limited discovery pertaining to the Fee Committee's requested allocation of fees, as initially requested in Parker Waichman LLP's opposition to the Allocation Motion (Doc. 20348); (2) requiring the unsealing of records evidencing the allocation urged by the FC on behalf of the PSC; and (3) appointing a special master to oversee discovery and to recommend an allocation appropriate under these unique circumstances. In sum, Primary Counsel seek a fair process, one where both sides have equal access to relevant information regarding the alleged value of fees

---

[1] Doc. 20293, hereinafter referred to as the "Allocation Motion".

[2] Parker Waichman LLP (Doc. 20348); Baron & Budd, P.C., Allison Grant, P.A., Alters Law Firm, P.A. (Doc. 20353-3); Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, Luckey & Mullins (Doc. 20346); McCallum, Hoaglund, Cook & Irby, LLP (Doc. 20336); Alters Law Firm, P.A. (Doc. 20355; Morris Bart, LLC (Doc. 20392-2).

sought by the PSC, an equal opportunity to challenge the arguments of the opposition, and an unbiased recommendation to the Court based on that evidence.

Respectfully submitted,

| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
|---|---|
| By: /s/ *Jimmy R. Faircloth, Jr.*<br>Jimmy R. Faircloth, Jr. (LA #20645)<br>jfaircloth@fairclothlaw.com<br>Brook L. Villa (LA #31988)<br>bvilla@fairclothlaw.com<br>Franklin "Drew" Hoffmann (LA #35824)<br>dhoffmann@fairclothlaw.com<br>301 Main Street, Suite 920<br>Baton Rouge, LA 70801<br>Phone: (225) 343-9535<br>Fax: (225) 343-9538<br><br>*Attorneys for Parker Waichman LLP* | By: /s/ *Val Patrick Exnicios*<br>Val Patrick Exnicios, Esq.<br>vpexnicios@exnicioslaw.com<br>1515 Poydras Street<br>14th Floor, Ste. 1400<br>New Orleans, LA. 70112<br>Phone: (504) 410-9611<br>Fax: (504) 410-9937<br>Cell: (504) 495-9666<br><br>*Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |
| **BARON & BUDD, P.C.** | **ALLISON GRANT, P.A.** |
| By: /s/ *Russell W. Budd*<br>Russell W. Budd (TX #03312400)<br>rbudd@baronbudd.com<br>S. Ann Saucer (TX #00797885;<br>LA #21368)<br>asaucer@baronbudd.com<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Phone: 214-521-3605<br>Fax: 214-520-1181 | By: /s/ *Allison Grant*<br>Allison Grant (FL #858330)<br>agrant@allisongrantpa.com<br>14 SE 4th St<br>Boca Raton, FL 33432-6111<br>Phone: 561-994-9646<br>Fax: 561-431-4627 |

| | |
|---|---|
| **MCCALLUM, HOAGLUND, COOK & IRBY, LLP** | **ALTERS LAW FIRM, P.A.** |
| By:   /s/ *Eric D. Hoaglund*   <br>Eric D. Hoaglund<br>ehoaglund@mhcilaw.com<br>905 Montgomery Highway, Suite 201<br>Vestavia Hills, Alabama 35216<br>Phone: (205) 824-7767<br>Fax: (205) 824-7768 | By:   /s/ *Jeremy W. Alters*   <br>Jeremy W. Alters (FL #111790)<br>jeremy@alterslaw.com<br>Justin D. Grosz (FL #984000)<br>justin@alterslaw.com<br>Matthew T. Moore, Of Counsel (FL #70034)<br>matthew@alterslaw.com<br>1855 Griffin Road, Suite C470<br>Dania Beach, FL 33004<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558 |

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:   /s/ *Victoria E. Emmerling*   
   Andrew A. Braun (LA #3415)
   abraun@glllaw.com
   Victoria E. Emmerling (LA #33117)
   temmerling@glllaw.com
   701 Poydras Street, Suite 4800
   New Orleans, Louisiana 70139-4800
   Phone: (504) 561-0400
   Fax: (504) 561-1011

   *Attorneys for Morris Bart, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of July, 2016.

   */s/ Jimmy R. Faircloth, Jr.*
   OF COUNSEL