**From:** pgarrett@garrettco.com [mailto:pgarrett@garrettco.com]
**Sent:** Saturday, July 09, 2016 7:01 AM
**To:** Val Exnicios
**Cc:** 'Chris Coffin'; 'Nicholas Rockforte'; gmason@wbmllp.com; jrr@rhinelawfirm.com; 'Daniel K Bryson'; 'Stan Baudin'
**Subject:** Re: Meeting on chinese drywall fees and costs

The PSC and the Court hired us and I would be more comfortable if you get their permission for my interview and to see if they want to attend or have any specific areas that are confidential.

Thanks

Philip A. Garrett, CPA
600 Northwoods Drive
Abita Springs, LA  70420
pgarrett@garrettco.com
Direct: 985-635-1500
Office: 985-746-9165

---

**From:** Val Exnicios <vpexnicios@exnicioslaw.com>
**To:** pgarrett@garrettco.com
**Cc:** 'Chris Coffin' <ccoffin@pbclawfirm.com>; 'Nicholas Rockforte' <nrockforte@pbclawfirm.com>; gmason@wbmllp.com; jrr@rhinelawfirm.com; 'Daniel K Bryson' <dan@wbmllp.com>; 'Stan Baudin' <sbaudin@pbclawfirm.com>
**Sent:** Tuesday, July 5, 2016 3:38 PM
**Subject:** RE: Meeting on chinese drywall fees and costs

Mr. Garrett: I was not referencing any Order of the Court but rather the filing by the PSC/FC relative to its Motion for attorneys' fees and costs. My original email provided the official record reference and the PSC's filing is a matter of public record since it was formally filed by the PSC into the record. I am unsure as to why it is necessary in your view to secure the permission of the Court and/or PSC in order for you to confer with us regarding this publicly filed document. Please advise as to your rationale as there is obviously nothing "confidential" about what the PSC chose to file into the public record. If you did not provide the information to the PSC for it to prepare the filing and/or are not otherwise the author of the filing or any information contained therein and/or are unfamiliar with any information or data contained therein, then please advise accordingly so that we may pursue consultation with whomever is in a position to provide explanation for the apparent confusing and/or contradictory data contained in the PSC's filing. Thank you, Val

Val Patrick Exnicios, Esq.
Liska, Exnicios & Nungesser
Attorneys-At-Law
1515 Poydras Street
14th Floor, Ste. 1400
New Orleans, LA.  70112
Telephone: (504) 410-9611
Facsimile: (504) 410-9937

Cell: (504) 495-9666

This communication may contain information that is legally privileged, confidential or exempt from disclosure.  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender immediately by return e-mail and must delete it from his or her computer.  **Please note and be advised that Val P. Exnicios and all attorneys and support staff of Liska, Exnicios & Nungesser utilize email transmission as an ancillary support of traditional fax and US 1st Class Mail communication.  Email is not necessarily checked or reviewed at regular intervals and as such, can not and should not be relied upon for primary communication, service of pleadings, motions, and/or the like**.

---

**From:** pgarrett@garrettco.com [mailto:pgarrett@garrettco.com]
**Sent:** Saturday, July 02, 2016 10:34 AM
**To:** Val Exnicios
**Subject:** Meeting on CDW fees and costs

 Sorry we have not been able to speak.
I left you a voice message when you were in Paris that I would like to see the Court Order you referenced in your letter and would like you to get the OK from the PSC and the Court for me to speak to you since the Court has deemed various issues as confidential.

Please understand that I am not trying to be difficult but just cautious.

Thanks

Philip A. Garrett, CPA
600 Northwoods Drive
Abita Springs, LA  70420
pgarrett@garrettco.com
Direct: 985-635-1500
Office: 985-746-9165