UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**REQUEST FOR ORAL ARGUMENT ON PRIMARY COUNSEL'S
MOTION FOR DISCOVERY REGARDING COMMON BENEFIT FEES**

Pursuant to LR 78.1, the following request oral argument on *Primary Counsel's Motion for a Case Management Order Providing for Discovery, the Unsealing of Records Regarding Common Benefit Fees, and the Appointment of a Special Master* (Doc. 20394) on July 27, at 9:00 a.m.:

- Parker Waichman LLP;
- Whitfield Bryson & Mason LLP;
- Pendley Baudin & Coffin;
- Rhine Law Firm;
- Luckey & Mullins;
- Baron & Budd, P.C.;
- Allison Grant, P.A.;
- McCallum, Hoaglund, Cook & Irby, LLP;
- Alters Law Firm, P.A.; and
- Morris Bart, LLC

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
| By: /s/ *Jimmy R. Faircloth, Jr.* | By: /s/ *Val Patrick Exnicios* |
| Jimmy R. Faircloth, Jr. (LA #20645) | Val Patrick Exnicios, Esq. |
| jfaircloth@fairclothlaw.com | vpexnicios@exnicioslaw.com |
| Brook L. Villa (LA #31988) | 1515 Poydras Street |
| bvilla@fairclothlaw.com | 14th Floor, Ste. 1400 |
| Franklin "Drew" Hoffmann (LA #35824) | New Orleans, LA. 70112 |
| dhoffmann@fairclothlaw.com | Phone: (504) 410-9611 |

| | |
|---|---|
| 301 Main Street, Suite 920<br>Baton Rouge, LA 70801<br>Phone: (225) 343-9535<br>Fax: (225) 343-9538<br><br>*Attorneys for Parker Waichman LLP* | Fax: (504) 410-9937<br>Cell: (504) 495-9666<br><br>*Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |

**BARON & BUDD, P.C.**

By:   /s/ *Russell W. Budd*
    Russell W. Budd (TX #03312400)
    rbudd@baronbudd.com
    S. Ann Saucer (TX #00797885;
    LA #21368)
    asaucer@baronbudd.com
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, TX 75219
    Phone: 214-521-3605
    Fax: 214-520-1181

**ALLISON GRANT, P.A.**

By:   /s/ *Allison Grant*
    Allison Grant (FL #858330)
    agrant@allisongrantpa.com
    14 SE 4th St
    Boca Raton, FL 33432-6111
    Phone: 561-994-9646
    Fax: 561-431-4627

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By:   /s/ *Eric D. Hoaglund*
    Eric D. Hoaglund
    ehoaglund@mhcilaw.com
    905 Montgomery Highway, Suite 201
    Vestavia Hills, Alabama 35216
    Phone: (205) 824-7767
    Fax: (205) 824-7768

**ALTERS LAW FIRM, P.A.**

By:   /s/ *Jeremy W. Alters*
    Jeremy W. Alters (FL #111790)
    jeremy@alterslaw.com
    Justin D. Grosz (FL #984000)
    justin@alterslaw.com
    Matthew T. Moore, Of Counsel (FL #70034)
    matthew@alterslaw.com
    Design Center of the Americas
    1855 Griffin Road, Suite C470
    Dania Beach, FL 33004
    Phone: (305) 571-8550
    Fax: (305) 571-8558

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:   /s/ *Victoria E. Emmerling*
    Andrew A. Braun (LA #3415)
    abraun@glllaw.com
    Victoria E. Emmerling (LA #33117)
    temmerling@glllaw.com

701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Phone: (504) 561-0400
Fax: (504) 561-1011

*Attorneys for Morris Bart, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Oral Argument has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of July, 2016.

        */s/ Jimmy R. Faircloth, Jr.*
        OF COUNSEL