**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

**THE FEE COMMITTEES' RESPONSE TO THE MOTION FOR LEAVE TO FILE JOINDER AND ADOPTION OF THE OPPOSITIONS TO THE FEE COMMITTEE'S ALLOCATION MOTION**

The Fee Committee ("FC") submits this response to the tardy Motion for Leave to File Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Motion submitted by Morris Bart, LLC. [Rec. Doc. 20392]. The Bart Firm's motion was filed out-of-time, as PTO 28(F) required oppositions to the FC's allocation motion to be filed on June 28, 2016, and the FC had already responded to the filed objections on July 11, 2016, consistent with the Order.

The Bart Firm joins in each and every opposition to the FC's allocation motion, even though these oppositions vary widely and request different relief, *e.g.*, from a net payment of $29,210,965.71 to common benefit counsel [Rec. Doc. 20350], to a net payment to individually retained counsel of $144,419,395.13 and $61,894,026.48 to common benefit counsel [Rec. Doc. 20353], to $160,770,607.01 to individual retained counsel and $45,542,814.60 to common benefit counsel [Rec. Doc. 20336]. Further, the Bart Firm seeks permission to conduct discovery and additional briefing regarding the allocation of fees. Paradoxically, the Bart Firm contends that its motion "will not delay the resolution" of the allocation motion and that the FC is not

prejudiced by its late filing.  How the additional discovery and additional briefing is not prejudicial is never explained or justified.  Nevertheless, the Bart Firm submits that leave to file its opposition out-of-time should be granted.

The FC submits that the Bart Firm's late-filed and inconsistent motion is a reflection of the caliber of that firm's contribution to litigation.  Despite the infirmities of the Bart Firm's motion, the FC is not opposed to the Court accepting the opposition out-of-time subject to the caveat that the Court receive under seal the attached Appendix H which addresses the Bart Firm's contributions and motivation, as was done for the other objectors.  The under seal document will only be provided to the Bart Firm's counsel.

For the reasons set forth above, the FC is not opposed to the Bart Firm's late-filed joinder and adoption of the oppositions to the FC's allocation motion.

Dated:  July 15, 2016				Respectfully Submitted,


						BY: /s/ Russ M. Herman
						Russ M. Herman (La Bar No. 6819)
						Leonard A. Davis (La Bar No. 14190)
						Stephen J. Herman (La Bar No. 23129)
						Madelyn O. Breerwood (La Bar No. 35538)
						Herman, Herman & Katz, LLC
						820 O'Keefe Avenue
						New Orleans, LA 70113
						Phone: (504) 581-4892
						Fax: (504) 561-6024
						ldavis@hhklawfirm.com

						***Plaintiffs' Liaison Counsel MDL 2047***

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

***Plaintiffs' Lead Counsel MDL 2047***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of July, 2016.

Respectfully Submitted,

BY: /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

***Plaintiffs' Liaison Counsel MDL 2047***