UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**APPENDIX H
TO FEE COMMITTEE'S RESPONSE TO THE MOTION FOR
LEAVE TO FILE JOINDER AND ADOPTION OF THE OPPOSITIONS
TO THE FEE COMMITTEE'S ALLOCATION**

# FILED UNDER SEAL