**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: CHINESE-MANUFACTURED**
**DRYWALL PRODUCTS LIABILITY**
**LITIGATION**                                    **MDL NO. 2047**

                                                  **SECTION: L**

                                                  **JUDGE FALLON**
                                                  **MAG. JUDGE WILKINSON**

**THIS DOCUMENT RELATES TO:**
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Appendix H to Fee Committee's Response to the Motion for Leave to File Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Under Seal, filed by the Fee Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Appendix H to the Fee Committee's Response to the Motion for Leave to File Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Motion [Rec. Doc. 20396], be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge