**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                          MDL NO. 2047

                                                    SECTION: L

                                                    JUDGE FALLON
                                                    MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**APPENDIX H**</u>
<u>**TO FEE COMMITTEE'S RESPONSE TO THE MOTION FOR**</u>
<u>**LEAVE TO FILE JOINDER AND ADOPTION OF THE OPPOSITIONS**</u>
<u>**TO THE FEE COMMITTEE'S ALLOCATION**</u>

# FILED UNDER SEAL