UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL          :          MDL NO. 2047
       PRODUCTS LIABILITY LITIGATION          :
                                     :
                                     :          SECTION: L
This Document Relates to All Cases          :
                                     :          JUDGE FALLON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :          MAG. JUDGE WILKINSON

**SETTLEMENT ADMINISTRATOR'S MOTION REGARDING STIPEND DISPUTES**
**FOR THE CHINESE DRYWALL SETTLEMENT PROGRAM**
**(Condominium Associations)**

      NOW COMES BrownGreer, the Court appointed Settlement Administrator for the Chinese Drywall Settlement Program, who respectfully moves this Court to set a Rule to Show Cause hearing on this Motion Regarding Stipend Disputes For the Chinese Drywall Settlement Program (Condominium Associations), as will be more fully set out in the attached memorandum in support.  BrownGreer requests that individuals identified in exhibits to the memorandum show cause on a date set by this Court why they are entitled to a stipend payment in the Settlement Program.

                      Respectfully submitted,

                         /s/ Jacob Woody                
                      Jacob S. Woody, Esquire (Va. Bar No. 77485)
                      BrownGreer, PLC
                      250 Rocketts Way
                      Richmond, VA 23231
                      Telephone:  (804) 521-7200
                      Facsimile:  (804) 521-7299
                      lgreer@browngreer.com
                      jswoody@browngreer.com
                      *Settlement Administrator for the Chinese Drywall Settlement Program*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above pleading will be served on by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th  day of July, 2016.

\_\_/s/Jacob Woody_____
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*