UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL      :   MDL NO. 2047
        PRODUCTS LIABILITY LITIGATION            :
                                                                                                   :
                                                                                                  :   SECTION: L
This Document Relates to All Cases         :
                                                                                                  :   JUDGE FALLON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :   MAG. JUDGE WILKINSON

**MEMORANDUM IN SUPPORT OF
SETTLEMENT ADMINISTRATOR'S MOTION REGARDING STIPEND DISPUTES
FOR THE CHINESE DRYWALL SETTLEMENT PROGRAM
(Condominium Associations)**

      BrownGreer, the Court appointed Settlement Administrator for the Chinese Drywall Settlement Program (the "Settlement Program") respectfully moves this Court to set a Rule to Show Cause hearing on this Motion Regarding Stipend Disputes For the Chinese Drywall Settlement Program (Condominium Associations), requiring attorneys for the properties identified on the attached exhibit show cause why they are entitled to a stipend payment in the Settlement Program.

**I. BACKGROUND**

      On December 17, 2014, the Court issued an Order granting the Fee Committee's inspection costs and hold back motion pursuant to Pre-Trial Order No. 28(E) [Rec. Doc. 18215]. In that Order, the Court accepted the recommendation of the Fee Committee that a reasonable cost stipend of $1,000.00 per property for those properties where KPT Chinese Drywall is or was present, including homes with mixed board that includes KPT Chinese Drywall. The Court further accepted the Fee Committee's recommendation that for those properties where non-KPT Chinese Drywall only is or was present, a reasonable cost stipend should be $150.00 per property.

1

On November 23, 2015, the Court issued Pre-Trial Order No. 30 (Cost Stipend Award) [Rec Doc. 19787].  The Court posted Pre-Trial Order No. 30 and its attached Exhibit "A"[1] to the Court's website and provided a copy to the Clerk of Court so that any claimant or party could review the Order and Exhibit "A."  Any claimant or party was given an opportunity to object to the cost stipend amount for their particular property.   In accordance with Pre-Trial Order No. 30, Class Counsel provided to BrownGreer a notice and copies of all objections received for a cost stipend.

On January 27, 2016, the Fee Committee filed a Notice of PTO 30 Objectors to Stipend Award with the Court which set forth a listing of objectors [Rec. Doc. 20010].

BrownGreer has diligently attempted to resolve all of the Objectors' claims with respect to stipend payments.  However, there remain a number of Objectors whose claims have not been resolved and in order to address these matters, BrownGreer requests that the Objectors appear before the Court to state the basis and reason for their claim so that the Court can determine if a stipend payment should be made and if so, in what amount.  The following sets forth the various categories of Objectors whose claims remain at issue.

The Claims Administrator received a number of claims in the Settlement Program for condominiums that contained Chinese Drywall.  In many cases, the Condominium Association retained counsel who filed a claim solely on behalf of the Condominium Association.  Other counsel also filed claims for individual units within the Condominium.  Both the claim filed on behalf of the Condominium Association and the claim filed for individual units have sought entitlement to stipend awards for the particular unit.  These claims are essentially very similar Dual Representation claims, but in order to avoid any questions, BrownGreer requests that the

---

[1] Exhibit "A" is the CDW Settlement Program Stipend List as of 11/20/15, which identifies each property deemed eligible for a stipend payment.

Court authorize the procedure set forth in PTO 30 which allows the proceeds to be deposited into the registry of the Court so that a Condominium Association and the individual unit plaintiff can determine who is entitled to receipt of the cost stipend.  The properties identified on the attached Exhibit A are the properties at issue for this matter.

By setting this matter for hearing and requiring counsel to show cause why they are entitled to a stipend payment, will resolve a number of outstanding stipend objections.  This will clean up the docket of stipend objections and enable the Claims Administrator to continue making stipend payments to those who are rightfully entitled to receive a stipend payment.

          Respectfully submitted,

          \_\_/s/ Jacob Woody_____
          Jacob S. Woody, Esquire (Va. Bar No. 77485)
          BrownGreer, PLC
          250 Rocketts Way
          Richmond, VA 23231
          Telephone:  (804) 521-7200
          Facsimile:  (804) 521-7299
          lgreer@browngreer.com
          jswoody@browngreer.com

          *Settlement Administrator for the Chinese Drywall Settlement Program*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above pleading will be served on by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of July, 2016.

      /s/Jacob Woody
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*