| | Exhibit A: Condo Association Objections | | | |
|---|---|---|---|---|
| Row | Owner | Address | Basis of Objection | Firms |
| 1 | Lauderdale One Condominium Association, Inc. | 2421 NE 65th Street, Ft. Lauderdale, FL, Units Units 306, 410, 601, 602, 603, 604, 606, 617 | Allison Grant and Baron and Budd, P.C. negotiated a class settlement that led to remediation of all units in the Lauderdale One Condominiums. Roberts & Durkee represented individual homeowners in Units 306, 410, 601, 602, 603, 604, 606, 617. Allison Grant/Baron & Budd asserts that it is entitled to the stipdend because it negotiated the class settlement that led to remediation of the condominums. | Roberts & Durkee PA<br>Baron & Budd/Allison Grant |
| 2 | Promenade at Tradition | 10560 SW Stephanie, Units: 105, 201, 202, 203, 205, 208 | Colson Hicks Eidson, P.A. represented the Promenade at Tradition Condo Association and filed GBI claims on behalf of the Condo Association. Individual unit owners represented by various firms also filed eligible claims and received payment. | 105 - Colson Hicks/Baron & Budd P.C.<br>201 - Colson Hicks Eidson/Pro Se<br>202 - Colson Hicks/Baron & Budd/Allison Grant<br>203 - Colson Hicks/Baron & Budd P.C.<br>205 - Colson Hicks Eidson/Billing, Cochran, Lyles, Mauro & Ramsey, P.A.<br>208 - Colson Hicks Eidson/Pro Se |
| 3 | Promenade at Tradition | 10560 SW Stephanie, Units: 102, 104, 105, 106, 201, 205 | Colson Hicks Eidson, P.A. represented the Promenade at Tradition Condo Association and filed GBI claims on behalf of the Condo Association. Individual unit owners represented by various firms also filed eligible claims and received payment. | 102 - Pro Se/Colson Hicks Eidson, P.A.<br>104 - Baron & Budd P.C./Colson Hicks Eidson, P.A<br>105 - Baron & Budd/Allison Grant/Colson Hicks Eidson, P.A<br>106 - Pro Se /Colson Hicks Eidson, P.A.<br>201 - Pro Se/PP/Colson Hicks Eidson, P.A.<br>205 - Billing, Cochran, Lyles, Mauro & Ramsey, P.A./Colson Hicks Eidson, P.A. |
| 4 | Promenade at Tradition | 10440 SW Stephanie, Units: 104, 204, 206,210, 212 | Colson Hicks Eidson, P.A. represented the Promenade at Tradition Condo Association and filed GBI claims on behalf of the Condo Association. Individual unit owners represented by various firms also filed eligible claims and received payment. | 104 - Pro Se/Colson Hicks Eidson, P.A.<br>204 - Pro Se/PP/Colson Hicks Eidson, P.A.<br>206 - Colson Hicks Eidson/Billing, Cochran, Lyles, Mauro & Ramsey, P.A.<br>210 - Parker Waichman/Colson Hicks Eidson, P.A. |
| 5 | Promenade at Tradition | 10400 SW Stephanie, Units: 105, 201 | Colson Hicks Eidson, P.A. represented the Promenade at Tradition Condo Association and filed GBI claims on behalf of the Condo Association. Individual unit owners represented by various firms also filed eligible claims and received payment. | 105 - Allison Grant, P.A. /Colson Hicks Eidson, P.A.<br>201 - Colson Hicks Eidson, P.A. /Parker Waichman LLP |
| 6 | Promenade at Tradition | 10320 SW Stephanie, Units: 206, 207 | Colson Hicks Eidson, P.A. represented the Promenade at Tradition Condo Association and filed GBI claims on behalf of the Condo Association. Individual unit owners represented by various firms also filed eligible claims and received payment. | 206 - Colson Hicks Eidson/Baron & Budd/Allison Grant<br>207 - Colson Hicks Eidson/Billing, Cochran, Lyles, Mauro & Ramsey, P.A. |
| 7 | Sanctuary at Blue Heron | 8220 Sanctuary Dr., #1 | Colson Hicks Eidson, P.A. represented the Sanctuary at Blue Heron Condo Association and has ineligible claims in the Settlement Program. Roberts & Durkee represented the individual unit owners, who received remediation through the pilot program. | Colson Hicks<br>Baron & Budd/Allison Grant |
| 8 | Sanctuary at Blue Heron | 8221 Santcuary Dr., #1, 2 | Colson Hicks Eidson, P.A. represented the Sanctuary at Blue Heron Condo Association and has ineligible claims in the Settlement Program. Roberts & Durkee represented the individual unit owners, who received remediation through the pilot program. | Colson Hicks<br>Roberts & Durkee PA |
| 9 | Sanctuary at Blue Heron | 8224 Sanctuary Dr., #1,2 | Colson Hicks Eidson, P.A. represented the Sanctuary at Blue Heron Condo Association and has ineligible claims in the Settlement Program. Roberts & Durkee represented the individual unit owners, who received remediation through the pilot program. | Colson Hicks<br>Roberts & Durkee PA |
| 10 | Sanctuary at Blue Heron | 8217 Santcuary Dr., #1, 2 | Colson Hicks Eidson, P.A. represented the Sanctuary at Blue Heron Condo Association and has ineligible claims in the Settlement Program. Roberts & Durkee represented the individual unit owners, who received remediation through the pilot program. | Colson Hicks<br>Roberts & Durkee PA |