| | Exhibit A:<br>Lower Case KPT | |
|---|---|---|
| Row | Owner | Address |
| 1 | Boothe, Nell | 483 Trainquil Drive Winder, Georgia 30680 |
| 2 | Campbell, Scott and Mary | 171 Silo Hill Road Madison, Alabama 35758 |
| 3 | Egermayer, Craig | 21705 First Street Silverhill, AL 36576 |
| 4 | Ellis, Ray and Kristin | 1045 Riviera Drive<br>Calera, AL 35040 |
| 5 | Farmer, Pearl | 521 Triumph Way Winder, Georgia 30680 |
| 6 | Forbes, William and Mary | 100 Linden Lane, Birmingham, Alabama 35242 |
| 7 | Gant, Jon | 2401 Chalybe Trail Hoover, AL 35226 |
| 8 | Havard, Michael & Cecilia | 16332 CountyRoad 9 Summerdale, AL 36580 |
| 9 | Hawkins, Robert and Melissa | 1007 Taylors Circle, Moody, Alabama 35004 |
| 10 | Hensley, Donna | 5387 Quail Ridge Road, Gardendale, Alabama 35071 |
| 11 | Hicks, Stephen & Anne | 4291 Boulder Lake Circle, Vestavia Hills, Alabama 35242 |
| 12 | Hidalgo, Larry and Debra | 607 Trail Springs Court, Kingwood, Texas 77339 |
| 13 | Ingram, Jesse and Juanita | 9439 Ambrose Lane, Kimberly, Alabama 35091 |
| 14 | James, Anthony and Erica | 175 Silo Hill Road, Huntsville, Alabama 35158 |
| 15 | Joseph, Booker | 1041 Edgewater Lane Chelsea, Alabama 35043 |
| 16 | Juliano, Jasper & Sheree | 5816 Water Point Lane Hoover, AL 35114 |
| 17 | Ladner, Daniel C. | 42 Audubon Place Picayune, MS 39466 |
| 18 | Lowery, Samuel G. | 701 Hampden Place, Birmingham, Alabama |
| 19 | Lowery, Samuel G. | 746 Hampden Place Birmingham, Alabama |
| 20 | Lowery, Samuel G. | 765 Hampden Place Birmingham, Alabama |
| 21 | Moore, Victor | 1004 Maryanna Road Calera, Alabama 35040 |
| 22 | Nabors, Jason and Rhonda | 773 Hampden Place Circle, Birmingham, Alabama 35242 |
| 23 | Nearing, Wayne | 1025 Kings Way, Birmingham, Alabama 35242 |
| 24 | Penala, Sadanandam | 2364 Chalybe Trail, Hoover, Alabama 35226 |
| 25 | Richardson, Cheri | 115 Major Circle Riverside, Alabama 35135 |
| 26 | Ridley, Arnold and Rada | 1045 Edgewater Lane, Chelsea, Alabama 35043 |
| 27 | San Lorenzo Condominium Association | 219 N.W. 12th Avenue, Units 601, 605, 611, 612, 614, 904 905, 1008, Miami, FL |
| 28 | Sherrell, Steven and Ashlei | 604 Trail Springs Court, Kingwood, Texas 77339 |
| 29 | Sutherland, Heath and Holly | 3508 Morgan's Run Parkway, Bessemer, Alabama 35022 |
| 30 | Walla, Dorothy | 307 Burris Park Drive, Spring, Texas 77373 |