UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Settlement Administrator's Motion Regarding Stipend Disputes For the Chinese Drywall Settlement Program (Stipend Payments Regarding Properties Containing Lower Case KPT Chinese Drywall);

IT IS ORDERED BY THE COURT that the individuals listed Exhibits ___ and ____ appear and show cause on the ___ day of _____, 2016, at ____ o'clock ___.m. why they are entitled to a stipend payment in the Settlement Program.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge