| | Exhibit A:<br>No Settlement Program Payment | |
|---|---|---|
| Row | Owner | Address |
| 1 | Amerson, Trevis | 3415 Jeanne Lane Hueytown, Alabama 35023 |
| 2 | Ames, Vickie | 3058 Arbor Bend Birmingham, Alabama 35244 |
| 3 | Barranco, John and Virginia | 252 Fallcreek Street Fairhope, Alabama 36532 |
| 4 | Bridges, Paul and Marie | 110 Myrtlewood Lane Mobile, AL 3608 |
| 5 | Brown, Wilfred | Not Provided |
| 6 | Chapman, Patrick | 133 Northwood Passchristian, MS 39573 |
| 7 | Coats, Charles: Coats, Angela | 20 Cedarwood Drive Perkinston, MS 39573 |
| 8 | Cortelyou, Lauren | 32793 Water View Drive E #A Loxley, AL 36551 |
| 9 | Dauro, Dennis and Martha | 119 Bella Tara Court Long Beach, MS 39560 |
| 10 | Dean, Don & Lisa | 505 Pemberton Picayune, MS 39466 |
| 11 | Dickey, Jeremy | 60 Pinebark Court Wetumpka, AL 36093 |
| 12 | Fath, Tom | 1276-B West Century Oaks Drive, Gulfport, MS 39503 |
| 13 | Faulkner, Donald | 1276-A Century Oaks Drive, Gulfport, MS 39507 |
| 14 | Grant Street Lawyer | Not Provided |
| 15 | Harmer, David & Heidi Kay | 1324 SW 27Ter., Cap Coral 33914 |
| 16 | Hebert, Debra | 1 Mossy Oaks Lane, Long Beach, MS 39560 |
| 17 | Hernandez, Yenny & Jorge P. | 3401 SW 20Street, Lehigh Acres, Fl |
| 18 | Hopper, Delbert A. | 160 Blairs Circle, Pell City, Alabama 35180 |
| 19 | Jamel Investments, Inc. | 13430 SW 192ST., Homestead, FL 33177 |
| 20 | Jensen, Andrea | 24713 Laurel Ride Drive Lutz, FL |
| 21 | Lewis, Gary & Rhonda | 22870 Country Ridge Parkway McCalla, AL 35111 |
| 22 | Logan, Erika and Aubry | 507 Pemberton Picayune, MS 39466 |
| 23 | Lowery, Samuel G. | 757 Hampden Place, Birmingham, Alabama |
| 24 | Madden, Michael and Ashley | 2359 Chalybe Trail, Birmingham, Alabama 35226 |
| 25 | Maddux, Sidney R. | 109 Ivy Cove Long Beach, MS 39560 |
| 26 | Maltby, Wesley & Diane | 1966 SE 23 Ct,Homestead, FL 33035 |
| 27 | Nguyen, Anthony; Thu Phuong Tauynh; Ufhan Thao Jasmine; Trinh Jocelyn; Doung, May | 358 Lang Avenue Pass Christian, MS 39571 |
| 28 | O'Byrne, Pamela & Richard; Jones, William and Sharon | 700 Beach Blvd.#707 Longbeach,MS 39560 |
| 29 | Rapp, Chari and Howard | 249 Gulfside, Waveland, MS 39576 |
| 30 | Reed, Dustin | 19 Conner Drive Perkinston, MS 39573 |
| 31 | Roberts, Greg | 703 West Beach Blvd. Long Beach, MS 39560 |
| 32 | Robins, Daniel & Elaine | 4211 Sierra Way Gardendale, Alabama 35071 |
| 33 | Summers, Tyson and Beth | 2355 Chalybe Trail, Hoover, Alabama 35226 |
| 34 | Tenorio, Eric | 15109 Warren Drive Gulfport, MS 39503 |
| 35 | Whipps, Jared | 1120 West Pine St. #A and #B, Gulfport, MS 39507 |