UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Settlement Administrator's Motion Regarding Stipend Disputes For the Chinese Drywall Settlement Program (Stipend Payments Regarding Properties Who Did not Receive Compensation in One of the Five Interrelated Settlements Involving the Knauf Defendants);

IT IS ORDERED BY THE COURT that the individuals listed Exhibits ___ and ____ appear and show cause on the ___ day of _____, 2016, at ____ o'clock ___.m. why they are entitled to a stipend payment in the Settlement Program.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge