UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG., et al.*<br>2:14-cv-02722-EEF-JCW | MAG. JUDGE WILKINSON |

### REQUEST FOR ISSUANCE OF SUMMONSES

Counsel for Plaintiffs in the above-styled case hereby requests the issuance of summonses by the Clerk of Court for the following Defendants:

1. Knauf Plasterboard (Wuhu) Co., Ltd.
2. Knauf Plasterboard (Tianjin) Co., Ltd.
3. Guangdong Knauf New Building Material Products Co., Ltd.
4. Knauf do Brasil Ltda.
5. PT Knauf Gypsum Indonesia

A copy of each proposed summons is attached hereto as an exhibit.

s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 205-414-7528
jimmy@doylefirm.com
*Attorney for Plaintiffs*