# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO: Amorin et al vs. Taishan et al Case No. 11-1672 Amorin et al vs. Taishan et al Case No. 11-1395 Amorin et al vs. Taishan et al Case No. 11-1673 | |

## LEE AND MAUREEN ARNOLD'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANTS NAMED IN THE ABOVE COMPLAINTS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Lee and Maureen Arnold, hereby dismiss, without prejudice, all of their claims against DEFENDANTS named in Plaintiffs Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.   Each party is to bear its own attorney's fees and costs. Lee and Maureen Arnold shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein.

Attached   hereto as Exhibit A is   correspondence from Krupnick Campbell Malone Buser Slama

Hancock Liberman P.A., counsel for Lee and Maureen Arnold, dated the 12th day of July, 2016 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Dated:   July 18, 2016                                          .

                                                  Respectfully submitted,

                                                  /s/ Russ M. Herman_____

                                                  Russ M. Herman, Esquire (Bar No. 6819)
                                                  Leonard A. Davis, Esquire (Bar No. 14190)
                                                  Stephen J. Herman, Esquire (Bar No. 23129)
                                                  HERMAN, HERMAN & KATZ, L.L.C.
                                                  820 O'Keefe Avenue
                                                  New Orleans, Louisiana 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  ldavis@hhklawfirm.com
                                                  *Plaintiffs' Liaison Counsel*
                                                  *MDL 2047*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of July, 2016.

                                                    /s/_Leonard A. Davis_____
                                                  Leonard A. Davis, Esquire
                                                  HERMAN, HERMAN & KATZ, L.L.C.
                                                  820 O'Keefe Avenue
                                                  New Orleans, Louisiana 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  ldavis@hhklawfirm.com
                                                  Plaintiffs' Liaison Counsel
                                                  MDL 2047