UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *AMORIN* CLASS COUNSELS' RESPONSE TO MOTION FOR LEAVE TO AMEND COMPLAINT AND THE FEE COMMITTEE'S FURTHER RESPONSE TO THE DOYLE LAW FIRM'S OBJECTONS TO THE FEE COMMITTEE'S MOTION TO DETERMINE THE ALLOCATION OF THE GLOBAL FEE AWARD AS BETWEEN COMMON BENEFIT FEES AND INDIVDIUAL COUNSEL'S FEES PURSUANT TO PTO 28(F)

Class counsel and the Fee Committee ("FC") hereby submits the instant response with respect to the Motion for Leave to Amend Complaint that was filed by the Doyle Law Firm [Rec.Doc.No. 20299], and the Doyle Law Firm's Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) [Rec.Doc.No. 20350]. The Doyle Law Firm's objection to the FC's Allocation Motion sought to severely limit the allocation attributed to Common Benefit Counsel. For this reason, the Doyle Law Firm's motion for leave to amend is remarkable since it further evidences the benefits the Doyle Law Firm has extracted from Common Benefit Counsel, while it simultaneously seeks to deny any Common Benefit Counsel their due. In particular, the Doyle Law Firm has nearly verbatim adopted the allegations of the

PSC's *Almeroth* Omni complaint.[1]  Specifically, one-hundred and fifty-eight (158) of the allegations in the *Little* complaint are identical, or substantially identical, to the allegations of the *Almeroth* complaint.  For the convenience of the Court, a copy of the proposed second amended complaint in *Little v. Taishan Gypsum Co. Ltd.*, 14-cv-587 (E.D.La.) with highlighted text that has been adopted from the *Almeroth* complaint is appended hereto.[2]  *See* Exhibit "A".

As further evidence that the Doyle Law Firm plagiarized the PSC's work product for purposes of the *Little* complaint, it should also be noted that while the *Almeroth* complaint generally uses the term "problematic" to describe the defendants' drywall, the *Little* complaint describes this drywall product as "defective."  However, while the Doyle Law Firm frequently made these changes in the copycat *Little* complaint, they neglected to change "problematic" to "defective" in paragraphs twenty-eight (28) and thirty-one (31) of the *Little* complaint.

Finally, while the *Little* complaint was filed subsequent to the Omnibus XV, XVI, and XVII complaints, the Doyle Law Firm has nevertheless included nine (9) clients who participated in these omnibus complaints on the *Little* complaints.[3]  In addition, the Doyle Law Firm failed to include twelve (12) of the plaintiffs from the *Little* complaint on the subsequently filed Omnibus XX complaint.[4]  This is particularly noteworthy since the Doyle Law Firm made no effort to serve the *Little* complaint on the foreign defendants, whereas service of process on

---

[1] *See Almeroth et al v. Taishan Gypsum Co. Ltd. et al,* 2:12-cv-00498 (E.D.La.) (omnibus XIII) [Rec.Doc.No. 1].

[2] The highlighted exhibit should be printed in color in order to properly observe the text that has been borrowed from the *Almeroth* complaint.

[3] The following individuals from the omnibus XV, XVI, or XVII complaints are also included on the *Little* complaint: Dora, Roland; Guida, Gerard; Herron, Christopher; Williams, Queen; Haggerty, William; Nash, Troy; Williams, Helen; Jones, Eddie and Sherman, Louise.  One of these clients, Queen Williams, was recently dismissed from these complaints since she did not have Taishan drywall in her home.

[4] Remarkably one of the *Little* clients who is listed on the omnibus XX complaint is represented by the PSC firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC.

all the defendants has been perfected for the Omnibus XX complaint.  By failing to include these clients on the Omnibus XX complaint, the Doyle Law Firm may have breached its fiduciary duties to these clients.[5]

                      Respectfully submitted,

Dated: July 18, 2016          /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-Chair/Secretary Fee Committee*
*Amorin* Class Counsel

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*Chair Fee Committee*
*Amorin* Class Counsel

---

[5] The following clients were included on the *Little* complaint when it was filed on December 31, 2013 but are not included on the omnibus XX complaint: Nathan, Ramasamy; Dobbs, Kevin; Grabham, William & Linda; Blankenship, James; Cecchi, Clifford; Cameron, Leslie; Degree, Angel; Jarrett, Dave; McConnell, Donnie; and Stuker, Richard.

Gerald E. Meunier (LA Bar No. 9471)
Gainsburgh, Benjamin, David,
 Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Co-Counsel for Plaintiffs and PSC Member*
*Fee Committee Member*

**ON BEHALF OF THE FEE COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of July, 2016.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*