UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br>SECTION: L<br><br>JUDGE FALLON |
| All Cases | MAG. JUDGE WILKINSON |

**************************************

**MOTION FOR APPOINTMENT OF VAL EXNICIOS & JIMMY FAIRCLOTH AS OBJECTORS' CO-LIAISON COUNSEL, WITHOUT OTHER OBJECTOR OPPOSITION, AND WITHOUT PSC/FC OBJECTION (EXCEPT AS TO PROPOSED FEE COMPENSATION PROVISION)**

NOW INTO COURT, through undersigned counsel, come Objectors to the *Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Counsel and Individual Counsel's Fees Pursuant to PTO 28(F)* who, for the reasons set forth in the accompanying Memorandum attached hereto and made a part hereof, move this Honorable Court for appointment of Co-Liaison Counsel for Objectors, and all without opposition or objection by the other Objectors, and all without the opposition or objection of the Court Appointed Plaintiffs' Steering Committee as to the appointment of Val Exnicios and Jimmy Faircloth as Objectors' Co-Liaison, but with PSC opposition to the proposed fee compensation provision language.

Respectfully submitted:

/s/ Val P Exnicios
**VAL PATRICK EXNICIOS (#19563)**
*LISKA, EXNICIOS & NUNGESSER*
1515 Poydras, 14th Floor, Suite 1400
New Orleans, Louisiana  70112
Telephone: (504) 410-9611
Facsimile:  (504) 410-9937
vpexnicios@exnicioslaw.com
*Attorneys for Whitfield, Bryson & Mason, LLP, Pendley, Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

**JIMMY FAIRCLOTH (#20645)**
*FAIRCLOTH, MELTON & SOBEL, LLC*
105 Yorktown Drive
Alexandria, Louisiana 71303
Telephone: (318) 619-7755
Facsimile: (318) 619-7744
jfaircloth@fairclothlaw.com
*Attorneys for Parker Waichman LLP*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on the 18th day of July 2016.

/s/ Val P. Exnicios
Val P. Exnicios #19563