UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br>SECTION: L |
| | JUDGE FALLON |
| ALL CASES | MAG. JUDGE WILKINSON |

**************************************

**MEMORANDUM IN SUPPORT OF MOTION FOR APPOINTMENT OF VAL EXNICIOS & JIMMY FAIRCLOTH AS OBJECTORS' CO-LIAISON, WITHOUT OTHER OBJECTOR OPPOSITION OR PSC/FC OBJECTION (EXCEPT AS TO PROPOSED FEE COMPENSATION PROVISION)**

**MAY IT PLEASE THE COURT:**

Objectors to the *Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Counsel and Individual Counsel's Fees Pursuant to PTO 28(F)* respectfully suggest that it would be beneficial to Your Honor and to all parties to the issue of the appropriate allocation of the global fee award as between common benefit counsel and primary counsel's fees pursuant to PTP 28(F) for Your Honor to appoint Liaison Counsel for Objectors so that both the PSC/FC and this Honorable Court could have a designated point of contact for the dissemination of information, scheduling of relevant meetings and/or conferences and/or such other matters as may facilitate the orderly conduct of affairs between the parties to the instant issue.

Undersigned Counsel respectfully represents that he has personally communicated with PSC Member Jerry Meunier both via e-mail and via teleconference, and that he has personally communicated via e-mail with PSC Liaison Counsel Russ Herman, and with PSC Lead Counsel Arnold Levin, and that there is no objection or opposition to this Motion to Appoint Val Exnicios and Jimmy Faircloth as Co-Liaisons for Objectors. **The PSC/FC does however have objection to the provisions in the proposed Order re compensation for services rendered.**

Undersigned Counsel further respectfully represents that almost all known Objectors have communicated both via teleconference and via e-mail and that no objection or opposition from any Objectors to this Motion to Appoint Val Exnicios and Jimmy Faircloth as Co-Liaisons for Objectors have been received or otherwise expressed.

Lastly, Undersigned Counsel further respectfully represents that Movers propose that any and all fees of Objectors' Liaison Counsel appointed by this Honorable Court will not be sought to be compensated as common benefit but will be the responsibility of counsel who have retained said Co-Liaisons and/or other objector counsel and/or other non-PSC/FC counsel benefitting from such services.

Respectfully submitted:
/s/ Val P Exnicios
**VAL PATRICK EXNICIOS (#19563)**
*LISKA, EXNICIOS & NUNGESSER*
1515 Poydras, 14th Floor, Suite 1400
New Orleans, Louisiana  70112
Telephone: (504) 410-9611
Facsimile:  (504) 410-9937
vpexnicios@exnicioslaw.com
*Attorneys for Whitfield, Bryson & Mason, LLP, Pendley, Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

**JIMMY FAIRCLOTH (#20645)**
*FAIRCLOTH, MELTON & SOBEL, LLC*
105 Yorktown Drive
Alexandria, Louisiana 71303
Telephone: (318) 619-7755
Facsimile: (318) 619-7744
jfaircloth@fairclothlaw.com

*Attorneys for Parker Waichman LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on the 18th day of July 2016.

/s/ Val P. Exnicios
Val P. Exnicios #19563