UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br>SECTION: L<br><br>JUDGE FALLON |
| ALL CASES | MAG. JUDGE WILKINSON |

**************************************

## ORDER

It is hereby ordered that Val Exnicios, Esq. and Jimmy Faircloth, Esq. be and are hereby appointed Co-Liaison Counsel for all counsel objecting to the *Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Counsel and Individual Counsel's Fees Pursuant to PTO 28(F)*;

Co-Liaison Counsel shall disseminate relevant information to objectors' counsel, schedule relevant meetings and/or conferences, and perform such other matters as may facilitate the orderly conduct of affairs between the parties to the instant issue, and perform any other duty as the Court may order;

Fees of Objectors' Liaison Counsel will not be compensated as common benefit but will be the responsibility of counsel who have retained said Co-Liaisons and/or other objector counsel and/or other non-PSC/FC counsel benefitting from said services.

This_____ day of_____, 2016 at New Orleans, La.


_____
JUDGE ELDON FALLON