UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## THE FEE COMMITTEE AND CLASS COUNSEL'S RESPONSE IN OPPOSITION TO THE MOTION FOR APPOINTMENT OF VAL EXNICIOS & JIMMY FAIRCLOTH AS OBJECTORS' CO-LIAISON COUNSEL

The Fee Committee ("FC") and Class Counsel submit this limited response in opposition to the Motion for Appointment of Val Exnicios & Jimmy Faircloth as Objectors' Co-Liaison Counsel [Rec. Doc. 20407]. The FC and Class Counsel do not oppose movants' request to be appointed co-liaison counsel for objectors to the Fee Allocation motion filed by the FC. Rather, this objection is limited solely to the proposed fee compensation language proposed by Movants, which does not expressly eschew any entitlement to fees from the funds to be allocated by this Court to individually retained counsel.

In particular, the last paragraph of the movants' proposed order only provides:

> Fees of Objectors' Liaison Counsel will not be compensated as common benefit but will be the responsibility of counsel who have retained said Co-Liaisons and/or other objector counsel and/or other non-PSC/FC counsel benefitting from said services.

[Rec. Doc. 20407-2].

This language avoids entitlement only to fees from the funds to be allocated by this Court to common benefit counsel, and not from both common benefit *and* individually retained

counsel.  By omitting this last provision, the proposed Objectors' Co-Liaison Counsel put themselves into a direct conflict with their clients (objecting counsel) and non-objecting individually retained counsel that are equally entitled to take from the funds ultimately allocated to individually retained counsel.   Whatever services proposed Objectors' Co-Liaison Counsel may provide for the Objectors, the only persons that should be responsible for those services should be the Objectors.  They alone should bear the cost of retaining lawyers to present their position to Court.

The FC and Class Counsel therefore propose modifying the last paragraph of the movants' proposed order as follows:

> Fees of Objectors' Liaison Counsel will not be compensated <u>from funds allocated to common benefit counsel or from the funds allocated to individually retained counsel,</u> but will <u>solely</u> be the responsibility of counsel who have retained said Co-Liaisons and/or other objector counsel and/or other non-PSC/FC counsel benefitting from said services who agree to such retention (changes emphasized).

Unless the last paragraph of the movants' proposed order is corrected to address the omission regarding the source of funding for proposed Objectors' Co-Liaison Counsel, the FC and Class Counsel must object to the overbroad relief sought therein.  A proposed Order that the FC suggests should be entered is attached hereto as Exhibit "A".

Respectfully submitted,

Dated: July 19, 2016

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-Chair/Secretary Fee Committee*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*Chair Fee Committee*

Gerald E. Meunier (LA Bar No. 9471)(on the brief)
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Co-Counsel for Plaintiffs and PSC Member*
*Fee Committee Member*

***ON BEHALF OF THE FEE COMMITTEE***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of July, 2016.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*