# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                        MDL NO. 2047

                                                  SECTION: L

                                                  JUDGE FALLON
                                                  MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

It is hereby ordered that Val Exnicios, Esquire and Jimmy Faircloth, Esquire be and are hereby appointed Co-Liaison Counsel for all counsel objecting to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Counsel and Individual Counsel's Fees Pursuant to PTO 28(F);

Co-Liaison Counsel shall disseminate relevant information to objectors' counsel, schedule relevant meetings and/or conferences, and perform such other matters as may facilitate the orderly conduct of affairs between the parties to the instant issue, and perform any other duty as the Court may order;

Fees of Objectors' Liaison Counsel will not be compensated from funds allocated to common benefit counsel or from the funds allocated to individually retained counsel, but will solely be the responsibility of counsel who have retained said Co-Liaisons and/or other objector counsel and/or other non-PSC/FC counsel benefitting from said services who agree to such retention.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge