UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Settlement Administrator's Motion Regarding Stipend Disputes For the Chinese Drywall Settlement Program (New Orleans Habitat for Humanity);

IT IS ORDERED BY THE COURT that counsel for New Orleans Habitat for Humanity appear and show cause on the 25th day of August, 2016, at 9:00 o'clock a.m. why they are entitled to a stipend payment in the Settlement Program.

New Orleans, Louisiana, this 18th day of July, 2016.

_____
Eldon E. Fallon
United States District Court Judge