UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAGISTRATE JUDGE |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

<u>**ORDER**</u>

Considering the Motion to Determine the Allocation of The Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) by Plaintiffs' Liaison Counsel and the Fee Committee (R. Doc. 20293), the various Responses in Opposition filed by Plaintiffs' attorneys, the Motion for Discovery (R. Doc. 20394), and all other motions regarding the distribution of attorneys' fees, the Court hereby appoints Daniel Balhoff as Special Master for this matter to conduct limited discovery regarding time and expense submissions, procedures, and the relevant work of Philip Garrity, CPA, and to make appropriate recommendations regarding these motions and objections.

Accordingly, **IT IS ORDERED** that the matter referenced in R. Docs. 20293 and 20322 be submitted to the Special Master for consideration. **IT IS FURTHER ORDERED** that the Oral Argument regarding the aforementioned Global Fee Award previously set for Wednesday, July 27, 2016, is **cancelled**, to be rescheduled at a later date if necessary.

New Orleans, Louisiana, this 18th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE