UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*All cases* | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Preliminary Memorandum in Opposition filed by the PSC Fee Committee,

IT IS ORDERED that the July 27, 2016 hearing on the PSC Fee Committee's Motion to Allocate the Global Fee Award Between Common Benefit Counsel and Private Counsel, is continued without date, and a status conference with counsel for objectors and counsel for the PSC Fee Committee will be held that date immediately following the MDL status conference; and

IT IS FURTHER ORDERED that the PSC Fee Committee be granted leave to file a Supplemental Memorandum in Opposition to the Primary Counsel's Motion for a Case Management Order Providing for Discovery, the Unsealing of Records Regarding Common Benefit Fees, and the Appointment of a Special Master, no later than the _____ day of _____, 2016.

THIS DONE the _____ day of _____, 2016.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**