UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | | SECTION: L |
| | THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | ALL *CASES* | MAG. JUDGE WILKINSON |

### ORDER

Considering the Motion for Leave to File Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Motion filed by Morris Bart, LLC:

**IT IS HEREBY ORDERED** that the Motion for Leave is **GRANTED**;

**IT IS HEREBY FURTHER ORDERED** that the Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Motion submitted by Morris Bart, LLC be and is hereby filed into the record.

Signed in New Orleans, Louisiana, this 18th day of July, 2016.

_____
United States District Judge