UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF PRICHARD HOUSING AUTHORITY'S AND TAYLOR MARTINO, P.C.'S MOTION FOR PAYMENT OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO STAND-ALONE SETTLEMENT AGREEMENT WITH KNAUF**

MAY IT PLEASE THE COURT:

Prichard Housing Authority ("PHA") and its counsel, Taylor Martino, P.C. ("TM"), state as follows:

1. PHA and TM respectfully request that this Court grant them leave to file a Reply Memorandum in further support of their Motion for Payment of Attorneys' Fees and Expenses Pursuant to Stand-Alone Settlement Agreement with Knauf.

2. The reasons why a Reply Memorandum is appropriate are specified in the accompanying Memorandum supporting this Motion for Leave.

3. PHA's and TM's proposed Reply Memorandum is submitted herewith as Exhibit A.

Respectfully submitted,

Attorneys for Plaintiff, Prichard Housing Authority

By:   /s/ Richard H. Taylor
RICHARD H. TAYLOR
TAYLOR MARTINO, P.C.
51 St. Joseph Street
Mobile, Alabama 36602
T: (251) 433-3131
F: (251) 433-4207
richardtaylor@taylormartino.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Reply Memorandum in Further Support of Prichard Housing Authority's and Taylor Martino, P.C.'S Motion for Payment of Attorneys' Fees and Expenses Pursuant to Stand-Alone Settlement Agreement with Knauf has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 20th day of July, 2016.

By: /s/ Richard H. Taylor
RICHARD H. TAYLOR