**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF PRICHARD HOUSING AUTHORITY'S AND TAYLOR MARTINO, P.C.'S MOTION FOR PAYMENT OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO STAND-ALONE SETTLEMENT AGREEMENT WITH KNAUF**

**MAY IT PLEASE THE COURT:**

Prichard Housing Authority ("PHA") and its counsel, Taylor Martino, P.C. ("TM"), submit the following Memorandum in support of their Motion for Leave to File Reply Memorandum in Further Support of Prichard Housing Authority's and Taylor Martino's Motion for Payment of Attorneys' Fees and Expenses Pursuant to Stand-Alone Settlement Agreement with Knauf:

1. LR 7.4 and LR 7.5, governing motions and responses thereto, do not make provision for a reply memorandum. Nonetheless, the submission of a reply memorandum is clearly contemplated by the Local Rules as within the discretion of the Court, because LR 7.7, governing the length of memoranda, states "a reply brief or memorandum must not exceed 10 pages, excluding exhibits." LR 7.7 would not contain this provision if the Court did not have the inherent authority to allow reply memoranda.

2. The Fee Committee ("FC") and the Knauf Defendants ("Knauf") have filed Oppositions (Doc. 20382 and Doc. 20397) to PHA's and TM's Motion for Attorneys' Fees. These Oppositions call for a reply by PHA and TM, because they are based on a conclusory assertion, with no analysis, as to the meaning of controlling language in

PHA's and TM's stand-alone fee agreement with Knauf, because they ignore the dictionary definitions of the controlling language, and because they ignore other provisions of the stand-alone fee agreement which demonstrate that it requires a separate attorneys' fee to be paid by Knauf outside the attorneys'-fee provisions of the PSC's settlement with Knauf.

3. Accordingly, allowing PHA and TM to address the FC's and Knauf's arguments will assist the Court in reaching a proper determination of this matter.

Respectfully submitted,

Attorneys for Plaintiff, Prichard Housing Authority

By: /s/ Richard H. Taylor
RICHARD H. TAYLOR
TAYLOR MARTINO, P.C.
51 St. Joseph Street
Mobile, Alabama 36602
T: (251) 433-3131
F: (251) 433-4207
richardtaylor@taylormartino.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Motion for Leave to File Reply Memorandum in Further Support of Prichard Housing Authority's and Taylor Martino's Motion for Payment of Attorneys' Fees and Expenses Pursuant to Stand-Alone Settlement Agreement with Knauf has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 20th day of July, 2016.

By: /s/ Richard H. Taylor
RICHARD H. TAYLOR