UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE PORTION OF EXHIBIT "A" TO
THE FEE COMMITTEE'S STATEMENT OF POSITION REGARDING
PUJOL, PRYOR AND IRWIN, LLC'S NOTICE OF OBJECTION UNDER SEAL**

NOW COME the Fee Committee, who respectfully submits that it files herewith The Fee Committee's Statement of Position Regarding Pujol, Pryor and Irwin, LLC's Notice of Objection ("Statement"). Exhibit A attached to the Statement is the Notice of Objection submitted by Pujol, Pryor and Irwin, LLC, and Exhibit A attached to the Notice of Objection contains and/or refers to confidential information that should be filed under seal. Accordingly, the Fee Committee requests that a portion of Exhibit "A", namely the Exhibit "A" attached to the Notice of Objection, be filed UNDER SEAL.

WHEREFORE the Fee Committee prays that this motion be GRANTED and that a portion of Exhibit "A" attached to its Statement of Position Regarding Pujol, Pryor and Irwin, LLC's Notice of Objection, namely Exhibit A to the Notice of Objection, be filed UNDER SEAL.

Respectfully submitted,

Dated: July 21, 2016

/s/ Russ M. Herman
Russ M. Herman (Bar No. 6819) (on the brief)
Leonard A. Davis (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-Chair/Secretary Fee Committee*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*Chair Fee Committee*

2

>Gerald E. Meunier (LA Bar No. 9471)
>Gainsburgh, Benjamin, David,
> Meunier & Warshauer, LLC
>2800 Energy Centre
>1100 Poydras Street
>New Orleans, LA 70163-2800
>Phone: (504) 522-2304
>Fax: (504) 528-9973
>gmeunier@gainsben.com
>*Co-Counsel for Plaintiffs and PSC Member*
>*Fee Committee Member*

### ON BEHALF OF THE FEE COMMITTEE

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of July, 2016.

>/s/ Leonard A. Davis
>Leonard A. Davis, Esquire
>Herman, Herman & Katz, L.L.C.
>820 O'Keefe Avenue
>New Orleans, Louisiana 70113
>Phone: (504) 581-4892
>Fax: (504) 561-6024
>Ldavis@hhklawfirm.com
>Plaintiffs' Liaison Counsel MDL 2047
>*Co-counsel for Plaintiffs*