UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Portion of Exhibit "A" to the Fee Committee's Statement of Position Regarding Pujol, Pryor and Irwin, LLC's Notice of Objection Under Seal filed by the Fee Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the portion of Exhibit "A" attached to The Fee Committee's Statement of Position Regarding Pujol, Pryor and Irwin, LLC's Notice of Objection, namely Exhibit A to the Notice of Objection, be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge