UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### THE FEE COMMITTEE'S STATEMENT OF POSITION REGARDING PUJOL, PRYOR AND IRWIN, LLC'S NOTICE OF OBJECTION

The Fee Committee respectfully submits this Statement of Position to the Notice of Objection of the Law firm of Pujol, Pryor and Irwin, LLC ("PPI"), attached hereto as Exhibit "A" with Exhibits thereto submitted under seal. The PPI Objection was submitted in response to the Notice issued by the Claims Administrator, Brown Greer, pursuant to PTO 28(F). PPI represents Acadian Residential Contractors, LLC ("Acadian"), a homebuilder. In connection with two homes that Acadian built in which KPT drywall was installed, PPI claims entitlement to an attorneys' fee to negotiate a Settlement Agreement entered into between its client, Acadian, and the Knauf entities. *See* Release Agreement of December 23, 2011 (attached as Exhibit A to the PPI Notice of Objection).

Because PPI contends that it should receive attorneys' fees for its representation in connection with the settlement between Acadian and Knauf entities, it is mistaken as to its entitlement to any attorneys' fees pursuant to PTO 28, for at least two reasons:

First, the Release Agreement entered into between Acadian and the Knauf entities expressly excludes Acadian from the ability to participate in the class action settlements from

which PPI now seeks to recover its fees. Specifically, Section 1.4 of the Release Agreement states:

> <u>Homeowner warrants and **COVENANTS NOT TO SUE.** or take or participate in any action or class</u> action including any loss fund relating to foreclosed properties, against KNAUF (including, but not limited to, their successors, predecessors, assigns, affiliates, parent companies, partnerships, and subsidiaries) based on any claim released in Section 1.1 above. **This is a full, final and absolute general release and covenant not to sue.**

Release Agreement, Section 1.4 (**bold** emphasis in original; <u>underline</u> emphasis added).

Plainly, the language of PPI's client's Settlement Agreement prohibits Acadian from "participate[ing] in any action or class action…against Knauf." Acadian's agreement not to participate in the class action from which PPI now seeks to obtain its attorneys' fees precludes PPI from obtaining any recovery in the class action, including attorneys' fees. Thus, PPI's Notice of Objection is unfounded, and contrary to the agreement it negotiated on behalf of its client.

Second, notwithstanding the Release Agreement which expressly precludes PPI's recovery in the Knauf settlement, Acadian's status as a "Participating Defendant" in the Global Settlement Agreement, *i.e.*, the Settlement Agreement in MDL 2047 regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers, disqualifies PPI, as counsel for Acadian, from taking an attorneys' fee from the funds from which its client was a Participating Defendant. Simply put, there is no justification for PPI to recover any attorneys' fee from the funds available for distribution that were recognized in PTO 28(F).

WHEREFORE, for the reasons set forth above, the Objection of Pujol, Pryor and Irwin, LLC should be refused.

Respectfully submitted,

Dated: July 21, 2016

/s/ Russ M. Herman
Russ M. Herman (Bar No. 6819) (on the brief)
Leonard A. Davis (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-Chair/Secretary Fee Committee*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*Chair Fee Committee*

>Gerald E. Meunier (LA Bar No. 9471)
>Gainsburgh, Benjamin, David,
>  Meunier & Warshauer, LLC
>2800 Energy Centre
>1100 Poydras Street
>New Orleans, LA 70163-2800
>Phone: (504) 522-2304
>Fax: (504) 528-9973
>gmeunier@gainsben.com
>*Co-Counsel for Plaintiffs and PSC Member*
>*Fee Committee Member*

### ON BEHALF OF THE FEE COMMITTEE

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of July, 2016.

>/s/ Leonard A. Davis
>Leonard A. Davis, Esquire
>Herman, Herman & Katz, L.L.C.
>820 O'Keefe Avenue
>New Orleans, Louisiana 70113
>Phone: (504) 581-4892
>Fax: (504) 561-6024
>Ldavis@hhklawfirm.com
>Plaintiffs' Liaison Counsel MDL 2047
>*Co-counsel for Plaintiffs*