# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION  MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

## NOTICE OF OBJECTION

**NOW COMES** the law firm of Pujol, Pryor and Irwin, LLC ("the firm"), whose office is located at 12320 Louisiana Highway 44, Building 4, Suite C, Gonzales, LA 70737, and which respectfully moves the Settlement Administrator and Class Counsel to secure for them individual plaintiff attorney's fees. The firm represented Acadian Residential Contractors, LLC in connection with its claims against the Knauf entities. In 2011, the firm settled Acadian Residential Contractors, LLC's claims directly with the Knauf entities for the sum of $159,466.00. (A copy of the settlement agreement is attached as Exhibit "A"). Acadian Residential Contractors, LLC's recovery was not provided to the firm as part of an Attorney's Fee Report distributed by the Administrator pursuant to PTO 28(F). Acadian Residential Contractors, LLC owned two properties containing KPT drywall. The addresses of those properties are 40006 Champion Tif East, Gonzales, LA 70737 and 40007 Champion Tif East, Gonzales, LA 70737.

In accordance with the procedures outlined in PTO 28(F), the firm respectfully requests that the Settlement Administrator and Class Counsel add the firm and its client Acadian Residential Contractors, LLC's recovery to the individual attorney's fee report to be provided to the Court in this matter.

1

The firm has contacted counsel for the Knauf entities prior to submitting this Notice. Counsel for the Knauf entities has no opposition to the disclosure of the attached settlement agreement, but requested that the confidentiality of the agreement be maintained by the parties.

        Respectfully submitted,

        */s/ Timothy E. Pujol*_____
        Timothy E. Pujol, La. Bar No. 19117
        Barbara L. Irwin, La. Bar No. 28091
        PUJOL, PRYOR & IRWIN, LLC
        12320 La. Hwy. 44, Bldg. 4, Ste. C
        Gonzales, LA 70737
        Phone: (225) 644-0607
        Facsimile: (225) 644-1688
        Email: tpujol@ppiattorneys.com
        Email: birwin@ppiattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on the Settlement Administrator and Class Counsel, Mr. Russ Herman and Mr. Arnold Levin, in accordance with PTO 28(F), via electronic mail, on this 16th day of June, 2016.

        */s/ Timothy E. Pujol*_____
        Timothy E. Pujol

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PORTION OF EXHIBIT "A" ATTACHED TO
THE FEE COMMITTEE'S STATEMENT OF POSITION REGARDING
PUJOL, PRYOR AND IRWIN, LLC'S NOTICE OF OBJECTION,
NAMELY EXHIBIT A TO THE NOTICE OF OBJECTION**

# FILED UNDER SEAL