UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                            MDL NO. 2047

                                                      SECTION: L

                                                      JUDGE FALLON
                                                      MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to Exceed Page Limitation and to File All Appendices

to the Fee Committee's Omnibus Response to Objections to the Fee Committee's Motion to

Determine the Allocation of the Global Fee Award As Between Common Benefit Fees and

Individual Counsel's Fees Pursuant to PTO 28(F) Under Seal filed by Russ M. Herman,

Plaintiffs' Liaison Counsel, Co-Chair/Secretary of the Fee Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Fee

Committee's Omnibus Response to Objections to the Fee Committee's Motion to Determine the

Allocation of the Global Fee Award As Between Common Benefit Fees and Individual

Counsel's Fees Pursuant to PTO 28(F) be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT all Appendices attached to the Fee

Committee's Omnibus Response to Objections to the Fee Committee's Motion to Determine the

Allocation of the Global Fee Award As Between Common Benefit Fees and Individual

Counsel's Fees Pursuant to PTO 28(F) be and they are filed UNDER SEAL.

New Orleans, Louisiana, this 18th day of _____July_____, 2016.

_____

Eldon E. Fallon
United States District Court Judge