UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re:  CHINESE-MANUFACTURED        *     MDL Docket No. 2047
          DRYWALL PRODUCTS          *
          LIABILITY LITIGATION      *     SECTION L
                                    *
                                    *     JUDGE FALLON
This document relates to All Cases  *
                                    *     MAGISTRATE JUDGE WILKINSON
                                    *
                                    *
                                    *
* * * * * * * * * * * * * * * * * *

# AGENDA
## FOR JULY 27, 2016 STATUS CONFERENCE

I. PRE-TRIAL ORDERS

II. STATE/FEDERAL COORDINATION

III. OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

IV. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

V. KNAUF REMEDIATION PROGRAM

VI. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

VII. TAISHAN, BNBM AND CNBM DEFENDANTS

VIII. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

IX. FREQUENTLY ASKED QUESTIONS

X. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XI. PHYSICAL EVIDENCE PRESERVATION ORDER

XII.    ENTRY OF PRELIMINARY DEFAULT

XIII.   NEXT STATUS CONFERENCE