UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

**MOTION FOR JOINDER AND ADOPTION OF THE PRIMARY COUNSEL'S MOTION FOR A CASE MANAGEMENT ORDER PROVIDING FOR DISCOVERY, THE UNSEALING OF RECORDS REGARDING COMMON BENEFIT FEES, AND THE APPOINTMENT OF A SPECIAL MASTER**

Plaintiffs represented by Milstein, Adelman, LLP and Roberts and Durkee, LLP (herein "Milstein/Durkee") respectfully requests the Court to join and adopt the Primary Counsel's Motion for Case Management Order providing for discovery, the unsealing of records regarding common benefits fees, and the appointment of a Special Master filed on July 15, 2016 (Document No.: 20394).

Respectfully submitted,

Dated: July 25, 2016

/s/ C. David Durkee, Esq.
ROBERTS & DURKEE, P.A.
2665 South Bayshore Drive, Suite 300
Coconut Grove, FL  33133
Phone:  (305) 442-1700
Fax:  (305) 442-2559
durkee@rdlawnet.com
*Counsel for Individual Plaintiffs*  - AND-
Mark Milstein, Esq.
MILSTEIN ADELMAN JACKSON
FAIRCHILD & WADE, LLP
10250 Constellation Blvd., 14th Floor
Los Angeles, CA  90067
Phone:  (310) 396-9600
Fax:  (310) 396-9635
mmilstein@majfw.com
*Counsel for Individual Plaintiffs*

1