UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 ) ) |
| | ) SECTION: L ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL CASES | ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) ) |

**ORDER ON PLAINTIFF'S MOTION FOR JOINDER AND ADOPTION OF THE PRIMARY COUNSEL'S MOTION FOR CASE MANAGEMENT ORDER PROVDING FOR DISCOVERY, THE UNSEALING OF RECORDS REGARDING COMMON BENEFIT FEES, AND THE APPOINTMENT OF A SPECIAL MATER**

Considering Counsel for Plaintiff's Motion for Joinder and Adoption of the Primary Counsel's Motion for Case Management Order Providing for Discovery, the unsealing of records regarding common benefit fees, and the appointment of a Special Master  (Document No.: 20420),   **IT IS ORDERED** that the motion is **GRANTED.**

**DONE and ORDERED** in chambers, at New Orleans, Louisiana, this _____ day of July, 2016.

_____
The Honorable Eldon E. Fallon
U.S. District Court Judge

1