UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
|         PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | MAG. JUDGE WILKINSON |

## REPORT BY THE SETTLEMENT ADMINISTRATOR FOR THE CHINESE DRYWALL SETTLEMENT PROGRAM

## STATUS REPORT NO. 35 DATED JULY 25, 2016

The Settlement Administrator for the Chinese Drywall Settlement Program (the "Settlement Program") submits this Status Report to inform the Court of the status of the Chinese Drywall Settlement Program as of July 25, 2016.  The Settlement Administrator will provide additional information as requested by the Court.

**I.    STIPEND LIST**

On December 17, 2014, the Court issued an Order granting the Fee Committee's inspection costs and hold back motion pursuant to Pre-Trial Order No. 28(E) and accepted the recommendation of the Fee Committee that a reasonable stipend of $1,000.00 per property for those properties where KPT Chinese Drywall is present, including homes with mixed board that includes KPT Chinese Drywall.  The Court further accepted the Fee Committee's recommendation that for those properties with non-KPT Chinese Drywall only, a reasonable stipend should be $150.00 per property (See Rec. Doc. 18215).  The stipend payment applies to eligible Chinese Drywall properties that are in the MDL Settlements.

To date, the Settlement Administrator has issued a total of $4,655,350.00 in stipend payments, which is 92% of the total stipend payment amount.  Firms must submit a complete

1

Stipend Verification Form, a Counsel Wire Instruction Form and a W-9 in order to receive a stipend payment. The Settlement Administrator recently sent an email reminder to attorneys eligible to receive the stipend payment and who have not returned these required documents, and will continue to issue payment to firms that submit the required documents.

## II.  PTO 28(F)

On May 25, 2016, the Court issued PTO 28(f), which obligated the Settlement Administrator to distribute to all individual plaintiffs' counsel a listing setting forth the actual recovery amount of each claimant represented by that particular individual plaintiffs' counsel, as well as the total amount of recovery paid to all claimants. Any individual plaintiffs' counsel for individual claimants who disputed the actual recovery amount for a particular claimant were required to submit an objection by June 17, 2016, to BrownGreer and Class Counsel. BrownGreer and Class Counsel received objections from several firms and are in the process of reviewing the objections to determine accuracy. If BrownGreer determines that the actual recovery amount should be updated, it will issue a revised listing to the affected counsel.

## III.  STATUS OF CLAIMS

The Settlement Administrator opened the Settlement Program on March 27, 2013 following the Court's Order requiring registration of claims. The registration period closed on October 25, 2013 after several deadline extensions. Claim forms became available for both online and hard copy submission on May 27, 2013 and were available until the October 25, 2013 claims filing deadline. Claimants filed a total of 22,786 claims with the Settlement Program. The Settlement Administrator has completed review of all submitted claims. Table 1 provides details of payments issued for Global, Banner, InEx Repair and Relocation claims to date. The Parties approved CAP 2014-9, which authorizes payments, on September 11, 2014 and the

Settlement Administrator began issuing payments on September 12, 2014. Eligible claimants must submit a W-9 and Verification of Claims form in order to receive payment for a claim. In some cases, the Settlement Administrator will hold payment on claims even if all required documents have been submitted, most commonly when two claims are submitted for a single property.

| Table 1. Global, Banner, InEx Payments (As of 7/25/16) | | | | |
|---|---|---|---|---|
| **Row** | **Settlement Fund** | **# of Claims Paid** | **Total Disbursement** | **Remaining Funds** |
| **1.** | Banner | 4,361 | $26,477,140.63 | $5,930,835.16 |
| **2.** | InEx | 2,002 | $1,562,709.86 | $505,576.25 |
| **3.** | Global | 7,281 | $34,263,618.32 | $7,468,002.24 |
| **4.** | **Total** | **13,644** | **$62,303,468.81** | **$13,904,413.65** |

The Court entered PTO 29 on December 23, 2014. PTO 29 authorizes the Settlement Administrator to make initial offers on all eligible Other Loss claims. These initial offers ("Resolution Offers") may be accepted by a claimant immediately upon receipt of the Resolution Offer and the Settlement Administrator will issue payment in the amount of the Resolution Offer. In the alternative, a claimant who does not wish to accept the Resolution Offer may, within 30 days of the Resolution Offer, request an increased offer from the Special Master by submitting a request to the Special Master for an increased award (a "Special Master Award"). The Special Master will review the request and issue a claim determination. The amount offered to a claimant after Special Master review may increase, decrease, or stay the same as the initial Resolution Offer.

The Settlement Administrator began issuing Eligibility Notices that contain Resolution Offers on January 13, 2015. The Settlement Administrator began issuing payment for accepted Resolution Offers on January 19, 2015. Table 2 provides details on Other Loss payments.

| **Table 2. Other Loss Payment Summary** (As of 7/25/16) |
|---|---|---|---|
| **Row** | **Claim Type** | **# of Claims Paid** | **Total Disbursement** |
| 1. | Bodily Injury | 113 | $113,000.00 |
| 2. | Foreclosure or Short Sale | 522 | $5,220,000.00 |
| 3. | Lost Rent, Use, or Sales | 1,208 | $5,944,180.74 |
| 4. | Miscellaneous | 2,096 | $4,280,757.82 |
| 5. | Pre-Remediation Alternative Living Expenses | 442 | $5,404,731.49 |
| 6. | Tenant Loss | 23 | $46,634.30 |
| 7. | **Total** | **4,404** | **$21,009,304.35** |

### IV. SPECIAL MASTER AWARD APPEALS

The Court issued a ruling on the last remaining Other Loss claim on July 25, 2016. The total amount awarded by the Special Master and the Court for remaining Other Loss claims is $40,291,128.98. The total amount available for disbursement is $17,339,830.82. Because the total of all remaining Other Loss awards is greater than the amount available for disbursement, the Settlement Administrator has applied Section 4.7.4.5 of the Third Amended Knauf Settlement Agreement, which provides "[i]f the total of all Approved Claims for Other Loss Fund benefits is more than the amount deposited in the Other Loss Fund, each claim shall be decreased pro rata so that the distribution does not exceed the amount in the Fund less Administrative Expenses." Accordingly, the Settlement Administrator has calculated the pro rata amount to be 43.0363% of the award amount for each claimant. The Settlement Administrator will send checks by mail to counsel for each claimant, or directly to claimants who are unrepresented. These payments are the final payments to be made from the Other Loss Fund.

## V. CONCLUSION

The Settlement Administrator offers this Report to ensure that the Court is informed of the status of the Program to date. If the Court would find additional information helpful, we stand ready to provide it at the Court's convenience.

Respectfully submitted,

　/s/ Jacob Woody　　　　　　　　
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above pleading will be served on by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of July, 2016.

    /s/Jacob Woody
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*