UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br>SECTION: L<br><br>JUDGE FALLON |
| All Cases | MAG. JUDGE WILKINSON |

**************************************

## ORDER

IT IS HEREBY ORDERED that Objectors' are hereby GRANTED leave to file the attached Response to the Fee Committee and Class Counsel's Response in Opposition to the "Motion for Appointment of Val Exnicios & Jimmy Faircloth as Objectors' Co-liaison Counsel, Without Other Objector Opposition, and Without PSC/FC Objection (Except as to Proposed Fee Compensation Provision)"

THUS DONE AND SIGNED this _____ day of _____, 2016 in New Orleans, Louisiana.

_____
JUDGE