UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFF'S AND HOLSTON VAUGHAN, LLC'S PETITION FOR PAYMENT OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO STAND-ALONE SETTLEMENT AGREEMENT WITH KNAUF**

Plaintiffs[1] and their counsel, Holston Vaughan, LLC ("HV"), state as follows:

1. Plaintiffs and HV respectfully request that this Court grant them leave to file a Reply Memorandum in further support of their Petition for Award of Attorneys' Fees and Litigation Expenses Outside the MDL and Pursuant to a Stand-Alone Settlement Agreement with Knauf.

2. The reasons why a Reply Memorandum is appropriate are specified in the accompanying Memorandum supporting this Motion for Leave.

3. Plaintiffs and HV's proposed Reply Memorandum is submitted herewith as Exhibit A.

Respectfully Submitted,

 */s/ Richard H. Holston*
**RICHARD H. HOLSTON (HOLSR5536 )**
Electronic Mail: rhh@holstonvaughan.com

---

[1] The Plaintiffs herein filed their action in the Circuit Court of Mobile County, Alabama, Case No. CV-09-901153.  The Plaintiff's making this request are: Felicia Allbritton, Edward Stevenson, Betty Allbritton, Jerome Leland, Audra Washington, Jermesia Washington, Timothy Washington, Lekenno Washington, Jalexis Washington, Gennies M. Hillary, Corinthia Hillery, Charles Pugh, Jessica Pugh, Jakendrick Homes, Diges Little, Desiree Perry, Devonte Williams Doryan Williams, Deborah Porcher, Khryshaunda Lett, Christopher Lett, Tiffany Porcher, Delantonio Porcher, Letitia Washington, Malasia Washington, Torianna Washington and Makayla Washington

**GREGORY E. VAUGHAN (VAUGG6227)**
Electronic Mail: gev@holstonvaughan.com

**HOLSTON VAUGHAN, LLC**
Post Office Box 195
Mobile, Alabama 36601
Telephone: (251) 432-8883
Facsimile: (251) 432-8884
**ATTORNEYS FOR THE PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 26th day of July, 2016

 /s/ Richard H. Holston
**RICHARD H. HOLSTON**