UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFF'S AND HOLSTON VAUGHAN, LLC'S PETITION FOR PAYMENT OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO STAND-ALONE SETTLEMENT AGREEMENT WITH KNAUF**

Plaintiffs[1] and their counsel, Holston Vaughan, LLC ("HV"), submit the following Memorandum in support of their Motion for Leave to File Reply Memorandum in Further Support of the pending Petition for Payment of Attorneys' Fees and Expenses Pursuant to the Stand-Alone Settlement Agreement with Knauf (Doc. No. 20340-6):

1. LR 7.4 and LR 7.5, governing motions and responses thereto, do not expressly make provision for a reply memorandum. Nonetheless, the submission of a reply memorandum is clearly contemplated by the Local Rules as within the discretion of the Court because LR 7.7, governing the length of memoranda, states "a reply brief or memorandum must not exceed 10 pages, excluding exhibits." LR 7.7 would not contain this provision if the Court did not have the inherent authority to allow reply memoranda.

---

[1] The Plaintiffs herein filed their action in the Circuit Court of Mobile County, Alabama, Case No. CV-09-901153. The Plaintiff's making this request are: Felicia Allbritton, Edward Stevenson, Betty Allbritton, Jerome Leland, Audra Washington, Jermesia Washington, Timothy Washington, Lekenno Washington, Jalexis Washington, Gennies M. Hillary, Corinthia Hillery, Charles Pugh, Jessica Pugh, Jakendrick Homes, Diges Little, Desiree Perry, Devonte Williams Doryan Williams, Deborah Porcher, Khryshaunda Lett, Christopher Lett, Tiffany Porcher, Delantonio Porcher, Letitia Washington, Malasia Washington, Torianna Washington and Makayla Washington

2. The Fee Committee ("FC") and the Knauf Defendants ("Knauf") have each filed an Opposition (Doc. 20382 and Doc. 20397) to Plaintiff's and HV's Motion for Attorneys' Fees. These Oppositions call for a reply by Plaintiffs and HV, because they are based on a conclusory assertion, with no analysis, as to the meaning of controlling language in Plaintiffs' and HV's stand-alone fee agreement with Knauf, because they ignore the dictionary definitions of the controlling language, and because they ignore other provisions of the stand-alone fee agreement which demonstrate that it requires a separate attorneys' fee to be paid by Knauf outside the attorneys'-fee provisions of the PSC's settlement with Knauf.

3. Accordingly, allowing Plaintiffs and HV to briefly address the FC's and Knauf's opposition arguments will assist the Court in reaching a proper determination of this matter.

Respectfully Submitted,

*/s/ Richard H. Holston*
**RICHARD H. HOLSTON (HOLSR5536 )**
Electronic Mail: rhh@holstonvaughan.com
**GREGORY E. VAUGHAN (VAUGG6227)**
Electronic Mail: gev@holstonvaughan.com

**HOLSTON VAUGHAN, LLC**
Post Office Box 195
Mobile, Alabama 36601
Telephone: (251) 432-8883
Facsimile: (251) 432-8884
**ATTORNEYS FOR THE PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 26th day of July, 2016

                                                               /s/ Richard H. Holston
                                                               **RICHARD H. HOLSTON**