UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 11-1395 *(Amorin)* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

# ORDER

Considering the foregoing Motion to Withdraw Defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd.'s, Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1);

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED,** thereby withdrawing Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) (R.Doc. 20378) from the Court's docket.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**