IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION L |
| This pleading relates to: | : | JUDGE FALLON |
| | : | MAG JUDGE WILKINSON |
| 13-6652 Collins, et al. v. Bass Homes, Inc., et al., | : | |
| 13-6653 Herrington, et al v. Bass Homes, Inc., et al. | : | |

## NOTICE OF CHANGE OF ADDRESS

Comes now the undersigned counsel for Defendants Pensacola Stevedore Company, Inc., and Pate Stevedore Company, Inc. in the above- referenced matter and hereby gives notice of a change of address for purposes of service and notice as follows:

> William W. Watts
> Helmsing, Leach, Herlong, Newman & Rouse, P.C.
> Post Office Box 2767
> Mobile, Alabama  36652

Dated on this the 3rd day of August, 2016.

> /s/William W. Watts
> WILLIAM W. WATTS
> ASB6226-P71S
> Attorney for the Defendant,
> Pensacola Stevedore Company, Inc.,
>   d/b/a Pate Stevedore Company, Inc.

Of counsel:
HELMSING, LEACH, HERLONG,
   NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521
(251) 432-0633 Fax
Email: www@helmsinglaw.com

19912/P/Notice of Change of Address
Doc. #485053

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2016, the foregoing Notice of Change of Address was served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the following was electronically filed with the Clerk of the Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System which will send notification of such filing in accordance with the procedures established in MDL 09-2047 to the following.

    Dannie J. Collier, Jr., Esquire
    Lewis Robert Shreve, Esquire
    Stephen W. Mullins, Esquire
    Stewart Howard, Esquire
    Heather M. Houston, Esquire
    Caroline Pryor, Esquire
    Judy Y. Barrasso, Esquire
    Phillip A. Wittmann, Esquire
    David C. Cooks, Esquire
    Gary J. Russo, Esquire
    Joe Cyr, Esquire
    Richard C. Stanley, Esquire

    /s/William W. Watts
    OF COUNSEL