UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br>SECTION: L<br><br>JUDGE FALLON |
| All Cases | MAG. JUDGE WILKINSON |

**************************************************************************

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, come Objectors, who pursuant to Local Rule 78.1E respectfully request oral argument on their Motion for Appointment of Val Exnicios & Jimmy Faircloth as Objectors' Co-liaison Counsel, Without Other Objector Opposition, and Without PSC/FC Objection (Except as to Proposed Fee Compensation Provision).

**WHEREFORE,** Objectors respectfully request that this Honorable Court grant them permission to provide oral argument relative to their Motion for Appointment of Val Exnicios & Jimmy Faircloth as Objectors' Co-liaison Counsel, Without Other Objector Opposition, and Without PSC/FC Objection (Except as to Proposed Fee Compensation Provision).

Respectfully submitted:

/s/ Val P Exnicios
**VAL PATRICK EXNICIOS (#19563)**
*LISKA, EXNICIOS & NUNGESSER*
1515 Poydras, 14th Floor, Suite 1400
New Orleans, Louisiana  70112
Telephone: (504) 410-9611
Facsimile:  (504) 410-9937
vpexnicios@exnicioslaw.com
*Attorneys for Whitfield, Bryson & Mason, LLP, Pendley, Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

**JIMMY FAIRCLOTH (#20645)**
*FAIRCLOTH, MELTON & SOBEL, LLC*
105 Yorktown Drive
Alexandria, Louisiana 71303

>Telephone: (318) 619-7755
>Facsimile: (318) 619-7744
>jfaircloth@fairclothlaw.com
>*Attorneys for Parker Waichman LLP*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on the 3rd day of August 2016.

>/s/ Val P. Exnicios
>Val P. Exnicios #19563