UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE : CHINESE-MANUFACTURED　　　　　MDL 2047
DRYWALL PRODUCTS LIABILITY　　　　　　SECTION: L
LITIGATION

　　　　　　　　　　　　　　　　　　　　　JUDGE FALLON
All Cases　　　　　　　　　　　　　　　　MAG. JUDGE WILKINSON
************************************

## ORDER

Considering the foregoing Request for Oral Argument, same is hereby granted. It is hereby ordered that Motion for Appointment of Val Exnicios & Jimmy Faircloth as Objectors' Co-liaison Counsel, Without Other Objector Opposition, and Without PSC/FC Objection (Except as to Proposed Fee Compensation Provision). will be heard on the _____ day of _____, 2016 at _____ o'clock ____.m.

Done and Ordered this _____ day of _____, 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE