## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## MOTION FOR AUTHORITY TO FILE PROPER CLAIM FORM

**NOW INTO COURT**, through undersigned counsel, comes Claimant David Calvert, Claimant Identification No. 112762, who moves this Honorable Court for an Order authorizing him to file a proper claim form ("Foreclosure Claim Form") with the Chinese Drywall Settlement Program. In support of this Motion, Claimant David Calvert has filed a Memorandum in Support of said motion contemporaneously herewith.

WHEREFORE, Claimant prays that this Honorable Court grants his Motion for Authority to File Proper Claim Form.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, (LA Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using

2

the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of August, 2016.

/s/ Joseph M. Bruno