UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

**MEMORANDUM IN SUPPORT OF MOTION FOR AUTHORITY TO FILE PROPER CLAIM FORM**

**MAY IT PLEASE THE COURT:**

Claimant David Calvert (hereinafter "Mr. Calvert"), Claimant Identification No. 112762, respectfully submits the following *Memorandum in Support of Motion for Authority to File Proper Claim Form*. Mr. Calvert respectfully moves this Honorable Court for an Order granting his *Motion for Authority to File Proper Claim Form* and authorizing him to file a proper claim form, a Foreclosure Claim Form, with the Chinese Drywall Settlement Program for drywall damages related to the property at 17611 Simpson Road, Prairieville, Louisiana 70769, for the reasons more fully set forth below:

**INTRODUCTION**

Mr. Calvert timely submitted a Chinese Drywall Settlement Program Registration Form to make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for the affected property address of 17611 Simpson Road, Prairieville, Louisiana 70769. Under number 9 of the section titled *Affected Property Information* of the Registration Form, Mr. Calvert marked Remediation and Other Losses (Foreclosure losses appear in this category) as the type of claims that relate to the above affected property.

On September 4, 2013, Mr. Calvert timely filed a Knauf Remediation Claim Form.  To date, no notices have been issued by the Chinese Drywall Settlement Program regarding this claim.  Realizing that an erroneously claim form, a Knauf Remediation Claim Form, was filed, counsel for Mr. Calvert contacted the Chinese Drywall Settlement Program regarding Mr. Calvert's claim and asked if the claim could be reclassified pursuant to Claims Administration Procedure No. 2013-6, paragraph 4 (discussed below) to a Foreclosure Claim, which is the proper claim.  On July 29, 2016, the Chinese Drywall Settlement Program informed counsel for Mr. Calvert that at this point in the program they are not able to reclassify any claims.  Pursuant to a follow-up telephone conversation, the Chinese Drywall Settlement Program informed counsel for Mr. Calvert that the only way that the Foreclosure Claim can be submitted by Mr. Calvert and accepted by the Chinese Drywall Settlement Program for review is by an Order from this Honorable Court.

## LAW AND ARGUMENT

Pursuant to the Claims Administration Procedure No. 2013-6, paragraph 4,

*4. Claims filed in Error.* If the Settlement Administrator determines that a claimant may have a valid claim but erroneously filed an incorrect claim form, the Settlement Administrator will notify the claimant of the filing error. After notification, the claimant will have 30 days from the date the Settlement Administrator notifies the claimant of the error to file a proper claim using the correct claim form.

As stated above, Mr. Calvert was timely registered with the Chinese Drywall Settlement Program.  On September 4, 2013, Mr. Calvert timely filed a Knauf Remediation Claim Form with the Chinese Drywall Settlement Program, which claim has not been decided as of date.  Mr. Calvert also timely submitted documentation to support his Foreclosure Claim.  The filing of the Knauf Remediation Claim Form was erroneously, as a Foreclosure Claim Form should have been filed instead.

For the above reasons, no prejudice will result from this Honorable Court allowing Mr. Calvert to file a Foreclosure Claim Form.  Therefore, undersigned counsel respectfully moves this Honorable Court to invoke its equitable powers to permit claimant to file his Foreclosure Claim Form.

## CONCLUSION

For the reasons stated above, Mr. Calvert respectfully moves this Honorable Court for an Order granting his *Motion for Authority to File Proper Claim Form* and authoring him to file a proper claim form, a Foreclosure Claim Form, with the Chinese Drywall Settlement Program for drywall damages related to the property at 17611 Simpson Road, Prairieville, Louisiana 70769.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, (LA Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Facsimile:   (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of August, 2016.

/s/ Joseph M. Bruno