UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## ORDER

**Considering the foregoing Motion for Authority to File Proper Claim Form,**

**IT IS ORDERED** that Claimant David Calvert, Claimant Identification No. 112762, is authorized to file a proper claim form, a Foreclosure Claim Form, with the Chinese Drywall Settlement Program for drywall damages related to the property at 17611 Simpson Road, Prairieville, Louisiana 70769.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
**JUDGE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**