UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE**, in accordance with Local Civil Rule 7.2 of the United States District Court for the Eastern District of Louisiana, that the Motion for Authority to File Proper Claim Form will be submitted for consideration on the 31st day of August, 2016 at 9:00 a.m., before United States District Judge Eldon E. Fallon, Section "L", of the United States District Court for the Eastern District of Louisiana.

        Respectfully submitted:

        /s/ Joseph M. Bruno
        Joseph M. Bruno, (LA Bar No. 3604)
        Bruno & Bruno, LLP
        855 Baronne Street
        New Orleans, Louisiana  70113
        Telephone:  (504) 525-1335
        Facsimile:  (504) 561-6775