UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE THE FEE COMMITTEE'S REPLY IN SUPPORT OF STATEMENT OF POSITION REGARDING PUJOL, PRYOR AND IRWIN, LLC'S NOTICE OF OBJECTION

NOW COMES the Fee Committee, who respectfully requests leave of court to file the attached Fee Committee's Reply in Support of Statement of Position Regarding Pujol, Pryor and Irwin, LLC's Notice of Objection. On July 21, 2016, the Fee Committee filed a Statement of Position Regarding Pujol, Pryor and Irwin, LLC's Notice of Objection [Rec. Doc. 20415-2] (partially filed under seal) and on July 28, 2016, Pujol, Pryor and Irwin, LLC filed a Response to the Fee Committee's Position Regarding Request for Attorney's Fees [Rec. Doc. 20428]. The Fee Committee desires to file a further Reply in Support of its Statement of Position and requests leave of court to file same.

WHEREFORE< the Fee Committee prays that this motion be granted and that the attached Fee Committee's Reply in Support of Statement of Position Regarding Pujol, Pryor and Irwin, LLC's Notice of Objection be filed into the record.

                                          Respectfully submitted,

Dated: August 8, 2016        /s/ Russ M. Herman
                                         Russ M. Herman (Bar No. 6819) (on the brief)
                                         Leonard A. Davis (Bar No. 14190) (on the brief)
                                         Stephen J. Herman, Esquire (Bar No. 23129)
                                         HERMAN, HERMAN & KATZ, L.L.C.
                                         820 O'Keefe Avenue
                                         New Orleans, Louisiana 70113
                                         Phone: (504) 581-4892
                                         Fax: (504) 561-6024
                                         LDavis@hhklawfirm.com
                                         *Plaintiffs' Liaison Counsel MDL 2047*
                                         *Co-Chair/Secretary Fee Committee*

                                         Arnold Levin (on the brief)
                                         Fred S. Longer (on the brief)
                                         Sandra L. Duggan (on the brief)
                                         Matthew C. Gaughan (on the brief)
                                         Levin, Fishbein, Sedran & Berman
                                         510 Walnut Street, Suite 500
                                         Philadelphia, PA 19106
                                         Phone:  (215) 592-1500
                                         Fax:  (215) 592-4663
                                         Alevin@lfsblaw.com
                                         *Plaintiffs' Lead Counsel MDL 2047*
                                         *Chair Fee Committee*

       Gerald E. Meunier (LA Bar No. 9471)
       Gainsburgh, Benjamin, David,
        Meunier & Warshauer, LLC
       2800 Energy Centre
       1100 Poydras Street
       New Orleans, LA 70163-2800
       Phone: (504) 522-2304
       Fax: (504) 528-9973
       gmeunier@gainsben.com
       *Co-Counsel for Plaintiffs and PSC Member*
       *Fee Committee Member*

## ***ON BEHALF OF THE FEE COMMITTEE***

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of August, 2016.

       /s/ Leonard A. Davis
       Leonard A. Davis, Esquire
       Herman, Herman & Katz, L.L.C.
       820 O'Keefe Avenue
       New Orleans, Louisiana 70113
       Phone: (504) 581-4892
       Fax: (504) 561-6024
       Ldavis@hhklawfirm.com
       Plaintiffs' Liaison Counsel MDL 2047
       *Co-counsel for Plaintiffs*