UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR IMMEDIATE DISBURSEMENT OF UNDISPUTED FEES

NOW INTO COURT, comes the undersigned law firms, which respectfully move the Court for an Order requiring the immediate disbursement of the *undisputed* portion of the total available attorneys' fees, which is $78,400,054.53 (or 41% of the total available fees).[1] Specifically, movers seek an Order (1) requiring disbursement of the amounts set forth in the reports prepared by BrownGreer, the Court-appointed Settlement Administrator, and submitted to the respective law firms reflecting the compensation of individually retained counsel based upon the formula contained in Pre-Trial Order 28(F) (Doc. 20282 at ¶ 5) and (2) preserving all claims, rights, entitlements and/or arguments regarding the remaining attorneys' fees ("disputed portion"). Movers represent that such disbursement will eliminate concerns raised by non-objecting counsel[2] and promote expeditious resolution of the attorneys' fee dispute presently before the Court and Special Master Balhoff.

---

[1] Memorandum in Support of the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F). Doc. 20293-1.

[2] See, e.g., The Law Firm of Krupnick Campbell Malone's Opposition to the Motion for Appointment of Val Exnicios & Jimmy Faircloth as Objectors' Co-Liaison Counsel (explaining that the KCM Firm is "most interested in moving this matter forward towards resolution after far too many years of being uncompensated."). Doc. 20423 at p. 2.

Respectfully submitted,

| | |
|---|---|
| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |

By:   /s/ *Jimmy R. Faircloth, Jr.*
    Jimmy R. Faircloth, Jr. (LA #20645)
    jfaircloth@fairclothlaw.com
    Brook L. Villa (LA #31988)
    bvilla@fairclothlaw.com
    Franklin "Drew" Hoffmann (LA #35824)
    dhoffmann@fairclothlaw.com
    301 Main Street, Suite 920
    Baton Rouge, LA 70801
    Phone: (225) 343-9535
    Fax: (225) 343-9538

    *Attorneys for Parker Waichman LLP*

By:   /s/ *Val Patrick Exnicios*
    Val Patrick Exnicios, Esq.
    vpexnicios@exnicioslaw.com
    1515 Poydras Street
    14th Floor, Ste. 1400
    New Orleans, LA. 70112
    Phone: (504) 410-9611
    Fax: (504) 410-9937
    Cell: (504) 495-9666

    *Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

| | |
|---|---|
| **BARON & BUDD, P.C.** | **GENTLE, TURNER, SEXTON & HARBISON, LLC** |

By:   /s/ *Russell W. Budd*
    Russell W. Budd (TX #03312400)
    rbudd@baronbudd.com
    S. Ann Saucer (TX #00797885;
    LA #21368)
    asaucer@baronbudd.com
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, TX 75219
    Phone: 214-521-3605
    Fax: 214-520-1181

By:   /s/ *K. Edward Sexton, II*
    K. Edward Sexton, II
    esexton@gentlelaw.com
    501 Riverchase Parkway East, Suite 100
    Hoover, Alabama 35244
    Phone: (205) 716-3000

| | |
|---|---|
| **MCCALLUM, HOAGLUND, COOK & IRBY, LLP** | **MILSTEIN, ADELMAN, JACKSON, FAIRCHILD & WADE, LLP** |

By:   /s/ *Eric D. Hoaglund*
    Eric D. Hoaglund
    ehoaglund@mhcilaw.com
    905 Montgomery Highway, Suite 201
    Vestavia Hills, Alabama 35216
    Phone: (205) 824-7767
    Fax: (205) 824-7768

By:   /s/ *Mark Milstein*
    Mark Milstein
    mmilstein@majfw.com
    10250 Constellation Blvd., 14th Floor
    Los Angeles, CA 90067
    Phone: (310) 396-9600
    Fax: (310) 396-9635

<div style="columns:2">

**ROBERTS AND DURKEE, LLP**

By:   /s/ *C. David Durkee*
   C. David Durkee
   durkee@rdlawnet.com
   2665 South Bayshore Drive, Suite 300
   Coconut Grove, FL 33133
   Phone: (305) 442-1700
   Fax: (305) 442-2559

**COLLINS & HORSLEY, P.C.**

By:   /s/ *David L Horsley*
   David L Horsley (AL #6090-I47H)
   david@collinshorsley.com
   2021 Morris Avenue, Suite 200
   Birmingham, Alabama
   Phone: 205-324-1834
   Fax: 205-324-1846

**HAWKINS|GIBSON, PLLC**

By:   /s/ *John Hawkins*
   John Hawkins (MS #9556)
   john@hgattorneys.com
   Edward Gibson (LA # 29053; MS #100640)
   egibson@hgattorneys.com
   153 Main St.
   Bay St. Louis, MS 39520
   Tel. 228-4667-4225
   Fax. 228-467-4212

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:   /s/ *Victoria E. Emmerling*
   Andrew A. Braun (LA #3415)
   abraun@glllaw.com
   Victoria E. Emmerling (LA #33117)
   temmerling@glllaw.com
   701 Poydras Street, Suite 4800
   New Orleans, Louisiana 70139-4800
   Phone: (504) 561-0400
   Fax: (504) 561-1011

   *Attorneys for Morris Bart, L.L.C.*

**WILLIS & BUCKLEY, APC**

By:   /s/ *William P. Buckley*
   William P. Buckley (LA #26827)
   billwblaw@bellsouth.net
   Jennifer N. Willis (LA #14877)
   jenniferwblaw@bellsouth.net
   3723 Canal Street
   New Orleans, Louisiana 70119
   Phone: (504) 488-6301
   Fax: (504) 488-6302

**ALLISON GRANT, P.A.**

By:   /s/ *Allison Grant*
   Allison Grant (FL #858330)
   agrant@allisongrantpa.com
   14 SE 4th St
   Boca Raton, FL 33432-6111
   Phone: 561-994-9646
   Fax: 561-431-4627

**YANCE LAW FIRM, LLC**

By:   /s/ *R. Tucker Yance*
   R. Tucker Yance (AL #ASB-9775-H71Y)
   rty@yancelaw.com
   169 Dauphin Street Suite 318
   Mobile, AL 36602
   Phone: (251) 432-8003
   Fax: (251) 432-8009

</div>

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2016.

                                           /s/ *Jimmy R. Faircloth, Jr.*
                                                 OF COUNSEL