## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the *Motion for Immediate Disbursement of Undisputed Fees* filed by the following is submitted for hearing on August 25, 2016, at 9:00 a.m. before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, in accordance with the Local Rules:

- Parker Waichman LLP;
- Whitfield Bryson & Mason LLP;
- Pendley Baudin & Coffin;
- Rhine Law Firm;
- Luckey & Mullins;
- Baron & Budd, P.C.;
- Gentle, Turner, Sexton & Harbison, LLC;
- McCallum, Hoaglund, Cook & Irby, LLP;
- Milstein, Adelman, Jackson, Fairchild & Wade, LLP;
- Roberts and Durkee, LLP;
- Willis & Buckley, APC;
- Collins & Horsley, P.C.;
- Allison Grant, P.A.;
- Hawkins|Gibson, PLLC;
- Yance Law Firm, LLC; and,
- Morris Bart, LLC

Respectfully submitted,

| | |
|---|---|
| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
| By:  /s/ *Jimmy R. Faircloth, Jr.* <br> Jimmy R. Faircloth, Jr. (LA #20645) <br> jfaircloth@fairclothlaw.com <br> Brook L. Villa (LA #31988) <br> bvilla@fairclothlaw.com <br> Franklin "Drew" Hoffmann (LA #35824) <br> dhoffmann@fairclothlaw.com <br> 301 Main Street, Suite 920 <br> Baton Rouge, LA 70801 <br> Phone: (225) 343-9535 <br> Fax: (225) 343-9538 <br><br> *Attorneys for Parker Waichman LLP* | By:  /s/ *Val Patrick Exnicios* <br> Val Patrick Exnicios, Esq. <br> vpexnicios@exnicioslaw.com <br> 1515 Poydras Street <br> 14th Floor, Ste. 1400 <br> New Orleans, LA. 70112 <br> Phone: (504) 410-9611 <br> Fax: (504) 410-9937 <br> Cell: (504) 495-9666 <br><br> *Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins* |
| **BARON & BUDD, P.C.** | **GENTLE, TURNER, SEXTON & HARBISON, LLC** |
| By:  /s/ *Russell W. Budd* <br> Russell W. Budd (TX #03312400) <br> rbudd@baronbudd.com <br> S. Ann Saucer (TX #00797885; LA #21368) <br> asaucer@baronbudd.com <br> 3102 Oak Lawn Avenue, Suite 1100 <br> Dallas, TX 75219 <br> Phone: 214-521-3605 <br> Fax: 214-520-1181 | By:  /s/ *K. Edward Sexton, II* <br> K. Edward Sexton, II <br> esexton@gentlelaw.com <br> 501 Riverchase Parkway East, Suite 100 <br> Hoover, Alabama 35244 <br> Phone: (205) 716-3000 |
| **MCCALLUM, HOAGLUND, COOK & IRBY, LLP** | **MILSTEIN, ADELMAN, JACKSON, FAIRCHILD & WADE, LLP** |
| By:  /s/ *Eric D. Hoaglund* <br> Eric D. Hoaglund <br> ehoaglund@mhcilaw.com <br> 905 Montgomery Highway, Suite 201 <br> Vestavia Hills, Alabama 35216 <br> Phone: (205) 824-7767 <br> Fax: (205) 824-7768 | By:  /s/ *Mark Milstein* <br> Mark Milstein <br> mmilstein@majfw.com <br> 10250 Constellation Blvd., 14th Floor <br> Los Angeles, CA 90067 <br> Phone: (310) 396-9600 <br> Fax: (310) 396-9635 |

**ROBERTS AND DURKEE, LLP**

By:   /s/ *C. David Durkee*
    C. David Durkee
    durkee@rdlawnet.com
    2665 South Bayshore Drive, Suite 300
    Coconut Grove, FL 33133
    Phone: (305) 442-1700
    Fax: (305) 442-2559

**COLLINS & HORSLEY, P.C.**

By:   /s/ *David L Horsley*
    David L Horsley (AL #6090-I47H)
    david@collinshorsley.com
    2021 Morris Avenue, Suite 200
    Birmingham, Alabama
    Phone: 205-324-1834
    Fax: 205-324-1846

**HAWKINS|GIBSON, PLLC**

By:   /s/ *John Hawkins*
    John Hawkins (MS #9556)
    john@hgattorneys.com
    Edward Gibson (LA # 29053; MS #100640)
    egibson@hgattorneys.com
    153 Main St.
    Bay St. Louis, MS 39520
    Tel. 228-4667-4225
    Fax. 228-467-4212

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:   /s/ *Victoria E. Emmerling*
    Andrew A. Braun (LA #3415)
    abraun@glllaw.com
    Victoria E. Emmerling (LA #33117)
    temmerling@glllaw.com
    701 Poydras Street, Suite 4800
    New Orleans, Louisiana 70139-4800
    Phone: (504) 561-0400
    Fax: (504) 561-1011
    *Attorneys for Morris Bart, L.L.C.*

**WILLIS & BUCKLEY, APC**

By:   /s/ *William P. Buckley*
    William P. Buckley (LA #26827)
    billwblaw@bellsouth.net
    Jennifer N. Willis (LA #14877)
    jenniferwblaw@bellsouth.net
    3723 Canal Street
    New Orleans, Louisiana 70119
    Phone: (504) 488-6301
    Fax: (504) 488-6302

**ALLISON GRANT, P.A.**

By:   /s/ *Allison Grant*
    Allison Grant (FL #858330)
    agrant@allisongrantpa.com
    14 SE 4th St
    Boca Raton, FL 33432-6111
    Phone: 561-994-9646
    Fax: 561-431-4627

**YANCE LAW FIRM, LLC**

By:   /s/ *R. Tucker Yance*
    R. Tucker Yance (AL #ASB-9775-H71Y)
    rty@yancelaw.com
    169 Dauphin Street Suite 318
    Mobile, AL 36602
    Phone: (251) 432-8003
    Fax: (251) 432-8009

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2016.

                           */s/ Jimmy R. Faircloth, Jr.*
                           OF COUNSEL