UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ORAL ARGUMENT ON MOTION FOR IMMEDIATE DISBURSEMENT OF UNDISPUTED FEES

Pursuant to LR 78.1, the following request oral argument on Motion for Immediate Disbursement of Undisputed Fees (Doc. 20434) on August 25, 2016, at 9:00 a.m.:

- Parker Waichman LLP;
- Whitfield Bryson & Mason LLP;
- Pendley Baudin & Coffin;
- Rhine Law Firm;
- Luckey & Mullins;
- Baron & Budd, P.C.;
- Gentle, Turner, Sexton & Harbison, LLC;
- McCallum, Hoaglund, Cook & Irby, LLP;
- Milstein, Adelman, Jackson, Fairchild & Wade, LLP;
- Roberts and Durkee, LLP;
- Willis & Buckley, APC;
- Collins & Horsley, P.C.;
- Allison Grant, P.A.;
- Hawkins|Gibson, PLLC;
- Yance Law Firm, LLC; and,
- Morris Bart, LLC

Respectfully submitted,

| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
|---|---|
| By: /s/ *Jimmy R. Faircloth, Jr.* | By: /s/ *Val Patrick Exnicios* |
| Jimmy R. Faircloth, Jr. (LA #20645) | Val Patrick Exnicios, Esq. |
| jfaircloth@fairclothlaw.com | vpexnicios@exnicioslaw.com |
| Brook L. Villa (LA #31988) | 1515 Poydras Street |
| bvilla@fairclothlaw.com | 14th Floor, Ste. 1400 |

Franklin "Drew" Hoffmann (LA #35824)
dhoffmann@fairclothlaw.com
301 Main Street, Suite 920
Baton Rouge, LA 70801
Phone: (225) 343-9535
Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

New Orleans, LA. 70112
Phone: (504) 410-9611
Fax: (504) 410-9937
Cell: (504) 495-9666

*Attorneys for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins*

**BARON & BUDD, P.C.**

By:   /s/ *Russell W. Budd*
     Russell W. Budd (TX #03312400)
     rbudd@baronbudd.com
     S. Ann Saucer (TX #00797885;
     LA #21368)
     asaucer@baronbudd.com
     3102 Oak Lawn Avenue, Suite 1100
     Dallas, TX 75219
     Phone: 214-521-3605
     Fax: 214-520-1181

**GENTLE, TURNER, SEXTON & HARBISON, LLC**

By:   /s/ *K. Edward Sexton, II*
     K. Edward Sexton, II
     esexton@gentlelaw.com
     501 Riverchase Parkway East, Suite 100
     Hoover, Alabama 35244
     Phone: (205) 716-3000

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By:   /s/ *Eric D. Hoaglund*
     Eric D. Hoaglund
     ehoaglund@mhcilaw.com
     905 Montgomery Highway, Suite 201
     Vestavia Hills, Alabama 35216
     Phone: (205) 824-7767
     Fax: (205) 824-7768

**MILSTEIN, ADELMAN, JACKSON, FAIRCHILD & WADE, LLP**

By:   /s/ *Mark Milstein*
     Mark Milstein
     mmilstein@majfw.com
     10250 Constellation Blvd., 14th Floor
     Los Angeles, CA 90067
     Phone: (310) 396-9600
     Fax: (310) 396-9635

**ROBERTS AND DURKEE, LLP**

By:   /s/ *C. David Durkee*
     C. David Durkee
     durkee@rdlawnet.com
     2665 South Bayshore Drive, Suite 300
     Coconut Grove, FL 33133
     Phone: (305) 442-1700
     Fax: (305) 442-2559

**WILLIS & BUCKLEY, APC**

By:   /s/ *William P. Buckley*
     William P. Buckley (LA #26827)
     billwblaw@bellsouth.net
     Jennifer N. Willis (LA #14877)
     jenniferwblaw@bellsouth.net
     3723 Canal Street
     New Orleans, Louisiana 70119
     Phone: (504) 488-6301
     Fax: (504) 488-6302

<table>
<tr><td>

**COLLINS & HORSLEY, P.C.**

By:     /s/ *David L Horsley*
    David L Horsley (AL #6090-I47H)
    david@collinshorsley.com
    2021 Morris Avenue, Suite 200
    Birmingham, Alabama
    Phone: 205-324-1834
    Fax: 205-324-1846

**HAWKINS|GIBSON, PLLC**

By:     /s/ *John Hawkins*
    John Hawkins (MS #9556)
    john@hgattorneys.com
    Edward Gibson (LA # 29053; MS #100640)
    egibson@hgattorneys.com
    153 Main St.
    Bay St. Louis, MS 39520
    Tel. 228-4667-4225
    Fax. 228-467-4212

**GIEGER, LABORDE & LAPEROUSE, LLC**

By:     /s/ *Victoria E. Emmerling*
    Andrew A. Braun (LA #3415)
    abraun@glllaw.com
    Victoria E. Emmerling (LA #33117)
    temmerling@glllaw.com
    701 Poydras Street, Suite 4800
    New Orleans, Louisiana 70139-4800
    Phone: (504) 561-0400
    Fax: (504) 561-1011

    *Attorneys for Morris Bart, L.L.C.*

</td><td>

**ALLISON GRANT, P.A.**

By:     /s/ *Allison Grant*
    Allison Grant (FL #858330)
    agrant@allisongrantpa.com
    14 SE 4th St
    Boca Raton, FL 33432-6111
    Phone: 561-994-9646
    Fax: 561-431-4627

**YANCE LAW FIRM, LLC**

By:     /s/ *R. Tucker Yance*
    R. Tucker Yance (AL #ASB-9775-H71Y)
    rty@yancelaw.com
    169 Dauphin Street Suite 318
    Mobile, AL 36602
    Phone: (251) 432-8003
    Fax: (251) 432-8009

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request for Oral Argument has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2016.

                                                        /s/ *Jimmy R. Faircloth, Jr.*
                                                          OF COUNSEL