UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   CHINESE-MANUFACTURED  | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : |  |
| *ALL CASES* | : |  |
|  | : |  |

### KRUPNICK CAMPBELL MALONE'S JOINDER OF PRIMARY COUNSEL'S MOTION FOR IMMEDIATE DISBURSEMENT OF UNDISPUTED FEES

The undersigned law firm, Krupnick Campbell Malone, et al. (hereinafter "KCM Firm") respectfully, on its own behalf and not in its role as a member of the Fee Committee, joins the Primary Counsel's Motion for Immediate Disbursement of Undisputed Fees [Doc. 20434] and adopts the accompanying Memorandum in Support [Doc. 20434-1] as if fully restated herein, including emphasizing that virtually all the claims for which these attorneys' fees would be awarded have been long settled and the beneficial proceeds disbursed to plaintiffs.  The KCM Firm respectfully requests the Court enter an Order disbursing the undisputed portion of fees to "individually retained firms" as requested in Primary Counsel's Motion for Immediate Disbursement of Undisputed Fees and grant the relief as requested in all other regards.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing JOINDER OF PRIMARY COUNSEL'S MOTION FOR IMMEDIATE DISBURSEMENT OF UNDISPUTED FEES has been served on Defendants Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically

uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047. Dated:    August 10, 2016.

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman   P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL   33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*