UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILTY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to: ALL CASES | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**ORDER ON PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE**

Considering Counsel for Plaintiff's Motion to Appear by telephone for oral argument on September 22, 2016 at 9:00 a.m., central time, on Plaintiff's Motion for Reconsideration of Special Mater's Opinion and Decree, (Rec. Doc. 20437), **IT IS ORDERED** that the Motion to Appear by telephone is **GRANTED.** Counsel may appear by telephone.

**DONE and ORDERED** in chambers, at New Orleans, Louisiana, this ____ day of August, 2016.

_____
The Honorable Eldon E. Fallon
U.S. District Court Judge