UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 11-1395 *(Amorin)* | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion to Withdraw Defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd.'s, Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1);

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED,** thereby withdrawing Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) (R.Doc. 20378) from the Court's docket.

New Orleans, Louisiana, this   11th   day of          August         , 2016.

**UNITED STATES DISTRICT JUDGE**