**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**RESPONSE OF TAYLOR MARTINO, P.C. TO MOTION FOR IMMEDIATE**
**DISBURSEMENT OF UNDISPUTED FEES**

**MAY IT PLEASE THE COURT:**

The law firm of Taylor Martino, P.C. ("TM"), submits the following Response to the Motion for Immediate Disbursement of Undisputed Fees (Doc. 20434).

Various attorneys in this MDL proceeding have filed a Motion for Immediate Disbursement of Undisputed Fees (the "Motion for Immediate Disbursement"). The Motion for Immediate Disbursement seeks to have distributed forthwith to individual counsel 41% of the total fee award, because the Fee Committee ("FC"), in its recommended fee allocation, does not dispute that individual counsel should receive at least this amount of the total fee award.

TM does not oppose the Motion for Immediate Disbursement. TM represents the owners of certain properties as to which BrownGreer, the court-appointed Settlement Administrator, has set out an amount of fee disbursement in its reports, and therefore, as to which the Motion for Immediate Disbursement will apply. TM does, however, represent another property owner, the Prichard Housing Authority ("PHA"), as to which there is no fee disbursement set out in the BrownGreer reports. Therefore, TM's fees for representing PHA are not subject to the Motion for Immediate Disbursement.

TM has previously stated its position regarding its attorneys' fees for representing PHA, in a motion (Doc. 20341), supporting memorandum (Doc. 20341-1), and proposed

reply memorandum (Doc. 20414-2) but will summarize its position here.  TM submits that it is entitled to a separate, stand-alone attorneys' fee payable by the Knauf Defendants ("Knauf"), pursuant to a separate, stand-alone settlement agreement it entered into with Knauf, that is not within the ambit of the attorneys' fee provisions of the MDL settlement reached between the Plaintiffs' Steering Committee ("PSC") and Knauf.

As an alternative position, TM stated in a memorandum (Doc. 20338) opposing the FC's Fee Allocation Motion (Doc. 20290-3) that if the Court finds TM's stand-alone settlement agreement with Knauf, and/or its included stand-alone fee agreement with Knauf, invalid or unenforceable for any reason, TM should be awarded common-benefit fees, for the reasons set out in the memorandum.  TM further stated that if the Court rejects this alternative position, TM should be awarded a quantum meruit fee from the individual fees allocated in the PSC's settlement with Knauf.

If, however, the Motion for Immediate Disbursement is granted, this latter alternative will be impossible, because it was predicated on *one* disbursement of individual fees *after* the rejection of TM's primary and first alternative fee positions. Therefore, if the Motion for Immediate Disbursement is granted, TM's second alternative fee position is that it should be awarded a quantum meruit individual fee to be paid from the common-benefit attorneys' fees allocated by the Court.  Otherwise, if TM's primary and first alternative fee positions are rejected, TM will receive no fee for its representation of PHA.

Respectfully submitted,

Attorneys for Plaintiff, Prichard Housing Authority

By:   /s/ Richard H. Taylor                 
RICHARD H. TAYLOR
TAYLOR MARTINO, P.C.
51 St. Joseph Street
Mobile, Alabama 36602
T: (251) 433-3131
F: (251) 433-4207
richardtaylor@taylormartino.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response of Taylor Martino, P.C., to Motion for Immediate Disbursement of the Undisputed Fees has been served on Plaintiffs' Liaison Counsel, Russ M. Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 16th day of August, 2016.

By:   /s/ Richard H. Taylor                 
RICHARD H. TAYLOR