# HOLD HARMLESS AGREEMENT

ADDRESS: 32793 WATERVIEW DRIVE, LOXLEY, AL 36551
SELLER(S): PETER J. DESOCIO
BUYER(S): DANIEL A. COWART
DATE: MARCH 19, 2012

KNOW ALL MEN BY THESE PRESENTS that, for good and valuable consideration, the undersigned hereby agrees to release and hold harmless **ROBERTS BROTHERS, INC.** and its agents from any loss, cost, damage, expense, claim, demand and/or lawsuit related in any way to the following:   (Check all that are applicable)

__X__   This property having been accepted by the undersigned Buyer(s) without reservation in its present "as is" condition, with no warranties, any repairs and/or improvements of any nature whatsoever, or the lack thereof, to said property, home or any buildings located thereon or any part of said home or buildings, including, but not limited to appliances, plumbing, electrical, air conditioning systems and/or heating systems or any inaccuracies that may exist in the Multiple Listing Service (MLS).

__X__   Any active infestation by termites or other wood destroying organisms to the home or any building located on said property or any damages resulting therefrom, presence of any insects, or any damages caused by any previous infestation by, active, existing or pre-existing wood destroying fungus whether or not such damage is shown by the attached termite letter, if any, or other document or documents.

__X__   Any of the exceptions shown in Schedule B, Section 2 of the attached title commitment.

_____   Any encroachments or other information shown on the attached survey, whether or not such items are listed as exceptions in the attached commitment for title insurance.

__X__   A current survey not being provided on the property. Buyer(s) has declined a survey and assumes any results or consequences of any condition that a survey may reveal including, but not limited to, encroachments, overlaps, boundary line disputes, flood zones, and any matters not of record that would be disclosed by an accurate current survey and inspection of premises.

_____   Buyer(s) acknowledges being aware that a survey for the subject property has been ordered, however, the survey will not be completed prior to closing for the Buyer(s) to review. Buyer(s), being aware of same, has elected to proceed to close of sale without the review of the new survey.

_____   Buyer(s) acknowledges having had the opportunity to review the home warranty provided by _____ and is satisfied with the terms and conditions.

_____   Buyer(s) acknowledges being aware that they are purchasing a foreclosed property and there is an existing right of redemption. Buyer(s) has been advised to seek the advice of an attorney regarding implications of same. Buyer(s) has satisfied himself regarding purchasing a foreclosed property, the existing right of redemption, accepts the property "As Is," and desires to proceed to close of sale.

_____   Buyer(s) acknowledges being aware that that the property is located in a flood hazard area. Buyer(s) is aware that his mortgage lender may require flood insurance. Buyer(s) has satisfied himself as to the need for flood insurance and desires to proceed to close of sale.

_____   Buyer(s) acknowledges being aware that the purchase is being financed by the Seller(s). Seller(s) acknowledges that Roberts Brothers, Inc., its agents, servants, and employees have made NO representations regarding the creditworthiness of the Buyer(s) and have no knowledge regarding whether or not Buyer(s)(s) will be able to make future payments in a timely manner. In the event of a default by Buyer(s), Seller(s) is advised to seek legal counsel and to look only to the Laws of the State of Alabama regarding Seller's rights of foreclosure.

IN WITNESS WHEREOF, the undersigned has executed this agreement on this the _____ day of _____, _____.

| _[signed]_ 3/19/12 | | |
|---|---|---|
| SELLER        DATE | SELLER | DATE |
| _[signed]_ 3/20/12 | | |
| BUYER         DATE | BUYER | DATE |

NOTARY PUBLIC:
Sworn to and subscribed before me on this the __19__ day of __March__, __2012__.

Notary Public __Susan K. Montgomery__

My commission expires __1-12-2020__

Page 1 of 1

12/2011

# HOLD HARMLESS AGREEMENT

DATE: 3/6/2012

Reference to sale:

ADDRESS: 32793 Waterview Drive
Loxley, AL. 36551

SELLER:

BUYER:

KNOW ALL MEN by these presents, that the undersigned hereby agrees to release and hold harmless **ROBERTS BROTHERS, INC.** and its agents from any loss, cost, damage, expense, claim, demand and/or lawsuit related in any way to the following:

Any repairs and/or improvements to the property, house and/or any of its component parts, including but not limited to heating systems, air conditioning equipment including any window units, plumbing, all electrical systems and all included appliances.

ALSO:

A current survey is not being provided on the above referenced property. Buyer assumes any results or consequences of any condition that a current survey may reveal including, but not limited to, encroachments, overlaps, boundary line disputes, easements, flood zones, and any matters not of record that would be disclosed by an accurate survey and inspection of the premises.

IN WITNESS whereof, the undersigned has executed this agreement on this 3rd day of March, 2012

SELLER ACKNOWLEDGES THAT HE HAS READ THIS ENTIRE AGREEMENT.

_____ Seller

_____ Seller

BUYER ACKNOWLEDGES THAT HE HAS READ THIS ENTIRE AGREEMENT.

_____ Buyer

_____ Buyer

WITNESS:
Sworn to and subscribed before me on this the _____ day of _____.

_____ Notary Public

My Commission Expires:_____

2/04-D