UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL     MDL No. 2047
                                                                            SECTION:  L

**THIS DOCUMENT RELATES TO**           JUDGE FALLON
Payton vs. Knauf Gips KG et al
Case No. 09-07628                                MAG. JUDGE WILKINSON
_____

### NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY LUCIEN LAGUERRE

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Lucien Laguerre hereby gives notice of his intention to dispose of the physical evidence that he was previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Lucien Laguerre by contacting:  Michael Ryan by telephone at (954) 763-8181 or by email at pleadings-mjr@krupnicklaw.com.  Upon the expiration of the thirty (30) day period, Lucien Laguerre may dispose of such physical evidence.

Dated:   August 16, 2016.

Respectfully submitted,

*/s/ Michael J. Ryan* _____
Michael J. Ryan
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman  P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
PH:(954) 763-8181
FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been uploaded to File & ServeXpress f/k/a LexisNexis File & Serve in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 16th day of August, 2016.

>/s/ Michael J. Ryan
Michael J. Ryan
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
PH:(954) 763-8181
FAX: (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com