UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL         MDL No. 2047

                                            SECTION: L

**THIS DOCUMENT RELATES TO**                JUDGE FALLON
Payton vs. Knauf Gips KG et al              MAG. JUDGE WILKINSON
Case No. 09-07628

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE
## BY FIRDIE AND DENYSE CHRISTIAN

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, FIRDIE AND DENYSE CHRISTIAN hereby gives notice of their intention to dispose of the physical evidence that they were previously preserving pursuant to the requirements of Pretrial Order No. 1B. Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to FIRDIE AND DENYSE CHRISTIAN by contacting: Michael Ryan by telephone at (954) 763-8181 or by email at pleadings-mjr@krupnicklaw.com. Upon the expiration of the thirty (30) day period, FIRDIE AND DENYSE CHRISTIAN may dispose of such physical evidence.

Dated:   August 16, 2016.

                              Respectfully submitted,

                              */s/ Michael J. Ryan*
                              Michael J. Ryan
                              Florida Bar No. 975990
                              Krupnick Campbell Malone Buser Slama
                              Hancock Liberman, P.A.
                              Attorneys for Plaintiff
                              12 S.E. 7 Street, Suite 801
                              Ft. Lauderdale, FL  33301
                              PH: (954) 763-8181
                              FAX (954) 763-8292
                              mryan@krupnicklaw.com

pleadings-mjr@krupnicklaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been uploaded to File & ServeXpress f/k/a LexisNexis File & Serve in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 16th day of August, 2016.

*/s/ Michael J. Ryan*
Michael J. Ryan
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
PH: (954) 763-8181
FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com