

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE:   504.566.5200
FAX:        504.636.4000

www.bakerdonelson.com

KERRY J. MILLER
Shareholder
Direct Dial:        (504) 566-8646
Facsimile:         (504) 585-6946
Email:               kjmiller@bakerdonelson.com

***PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATIONS***

February 10, 2016

**Via Email and Federal Express:**
Dan Balhoff
Perry, Atkinson, Balhoff, Mengis, Burns & Ellis, LLC
P. O. Box 83260
2141 Quail Run Drive
Baton Rouge, LA 70884-3260
Balhoff@pabmb.com

RE:     Howard and Chari Rapp: 249 Gulfside Street, Waveland, MS 39576; 300
           Gulfside Street, Waveland MS, 39576

## CONFIDENTIAL POSITION PAPER

Dear Mr. Balhoff:

In preparation for the February 17, 2016 mediation of the above-referenced matter, the Knauf Defendants[1] submit the following confidential position paper regarding the claims made by Howard and Chari Rapp (the "Rapps").

## I.         Background

Howard and Chari Rapp purchased 249 Gulfside Street, Waveland, MS 39576  in 1995 and 300 Gulfside Street, Waveland MS, 39576 in 1997 (collectively, the "ARH Properties"). The Rapps assert that the Properties contained KPT Chinese Drywall and were both self-remediated.  As Already Remediated Homes  ("ARH") and class members, the Rapps and their

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf International GmbH, Knauf Insulation GmbH, Knauf AMF GmbH & Co. KG, Knauf UK GmbH, Knauf do Brasil Ltda., Gebr. Knauf Verwaltungsgesellschaft KG, PT Knauf Gypsum Indonesia, or Knauf Gips KG.



201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE:     504.566.5200
FAX:         504.636.4000

www.bakerdonelson.com

KERRY J. MILLER
Shareholder
Direct Dial:        (504) 566-8646
Facsimile:         (504) 585-6946
Email:             kjmiller@bakerdonelson.com

Properties are subject to the Knauf Class Settlement Agreement, the Already Remediated Properties Protocol, and PTO 1B.

## II.     Position of Knauf Defendants

The Rapp's claims are not compensable because there is no indicia of KPT Chinese Drywall in the ARH Properties, and because the Rapps have failed to comply with the preservation protocols of the Knauf Class Settlement Agreement and PTO 1B. The Rapps are subject to the Knauf Class Settlement Agreement, which mandates that the review and administration of all ARH claims are done pursuant to PTO 1B.

The Knauf Class Settlement Agreement, which was granted final approval by Judge Fallon, states in pertinent part: *"The Special Master and the Court will take into consideration, in determining whether to allow a claim or the amount of the claim, whether the Owner has complied with MDL Pretrial Order 1B… for preservation of evidence. Subject to review by the Special Master or the Court, the failure to preserve evidence as required by law will result in disallowance or reduction in the amount of the claim if the failure has been prejudicial to a determination of the claim."*[2]

Importantly, under PTO 1B, all potential claimants were required to preserve physical evidence by following certain procedures. Such procedures included but were not limited to: *"The parties shall photograph the backside of each Chinese drywall board immediately after it is removed on-site, and, document on a floor plan, building diagram, or other similar form of documentation, the location of each full or partial Chinese drywall board removed from the property and its photograph. Photographs of the wall sections should be taken so that any markings on the backside of the drywall sections are most clearly visible in the photographs."*

Here, the Rapps have provided no credible evidence to support the presence of KPT Chinese Drywall in either of the ARH Properties, and as a result should have their claim disallowed in accordance with PTO 1B. Primarily, the Rapps have provided limited photos of non-installed KPT board, which they claim was from the ARH Properties.  Although a picture of a garbage bag was provided that allegedly contained drywall, no photos of the contents were provided nor would they be relevant since it cannot be confirmed whether or not the alleged drywall was installed at the ARH Properties or at a different property. Furthermore, photos in support of the Rapps' ARH claims were provided only after numerous requests and Motions to

---

[2] *See,* Knauf Class Settlement Agreement; Exhibit A at IV(d)(4).



201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE:    504.566.5200
FAX:        504.636.4000

www.bakerdonelson.com

KERRY J. MILLER
Shareholder
Direct Dial:        (504) 566-8646
Facsimile:        (504) 585-6946
Email:        kjmiller@bakerdonelson.com

Extinguish and after the Knauf Defendants funded numerous Option 3 remediation program properties owned by the Rapps.

The Rapps have settled four other properties through the remediation program of the Knauf Class Settlement Agreement under Option 3.  Under Option 3, Knauf doesn't track the remediation (if any was carried out at all) as Knauf simply issues a one-time cash-out payment in exchange for a release. Therefore, it is plausible that photos / samples "provided" for an ARH claim could have been taken from the Option 3 remediation program properties. This is precisely the reason why Knauf negotiated for and agreed to compensate ARH claimants that preserved and presented evidence consistent with PTO 1B. Here, two of the Option 3 remediation  program properties are located on the same street as the ARH Properties.  Further, the Rapps submitted exactly the same substantive information in the Plaintiff Profile Forms with exactly the same photos for the ARH Properties as they provided for the Option 3 remediation program properties.[3]  In fact, two photos were provided by the Rapps which claim to be from one of the ARH Properties (300 Gulfside Street) - one of a bagged unlabeled piece of sample with blue and yellow end tape and one of removed drywall stacked on the floor that shows blue and yellow end tape.  These are exactly the same photos as previously submitted for the Option 3 remediation program properties.[4] The only difference between the photos for the ARH Properties and the Option 3 remediation program properties is the addresses provided. As such, there is no way to determine if the purported drywall evidence the Rapps are asserting as KPT evidence is from one of the Option 3 remediation program properties.

The Rapps have also failed to produce sufficient evidence of blackening, odor, or corrosion in the ARH Properties, as required under Section 4.4 of the Knauf Class Settlement Agreement. While most claimants under the Knauf Class Settlement Agreement have engaged third-parties to inspect the property in question and prepare a report regarding the presence of KPT Drywall, the Rapps have not. The Rapps failed to produce any third-party inspection report, much less a report supporting the presence of KPT Drywall.

Taken as a whole, photos of uninstalled drywall, submission of photographs which are identical to photographs previously submitted for other properties owned by the Rapps, and the lack of physical evidence or a report demonstrating the presence of KPT Drywall amounts to evidence that woefully fails to comply with the preservation protocols of the Knauf Class Settlement Agreement and PTO 1B. As such, the Knauf Defendants do not believe that KPT

---

[3] *See* attached Exhibit A: Plaintiff Profile Forms and Attachments for ARH and Option 3 Properties.
[4] *Id*.



201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE:   504.566.5200
FAX:         504.636.4000

www.bakerdonelson.com

KERRY J. MILLER
Shareholder
Direct Dial:          (504) 566-8646
Facsimile:            (504) 585-6946
Email:                  kjmiller@bakerdonelson.com

Drywall was present in the ARH Properties, and at the very least have been prejudiced by the Rapps' failure to preserve evidence. Accordingly, it is Knauf's position that the Rapps' ARH claims for the above-referenced ARH Properties are not compensable under the Knauf Class Settlement Agreement.[5]

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

_/s/ Kerry J. Miller_
KERRY J. MILLER

KJM/amd

---

[5]  The Knauf Defendants also dispute the Reimbursable Costs asserted by the Rapps.  Should the claim be compensable at all, it should be limited to Reimbursable Costs. Already Remediated Properties Protocol, Section IV(C).  Here, the Rapp's Reimbursable Costs are limited to $34,232.44 for 249 Gulfside and $34,983.43 for 300 Gulfside.

Exhibit A

# 244 Gulfside Street
# Waveland, MS  39576

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                 SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES          JUDGE FALLON
                                             MAG. JUDGE WILKINSON

| For Internal Use Only |
|---|
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect.  You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Howard and Chari Rapp
Address of Affected Property: 244 Gulfside Street
City: Waveland  State: MS  Zip: 39576
Is this Property:* Residential [✓] Commercial [ ] Governmental [ ]
Name of Person Completing this Form: Chari Rapp
Is above your primary residence? Yes [ ] No [✓]
Mailing Address (if different): 100 Idlewood Drive
City: Waveland  State: MS  Zip: 39576
Phone: 228.216.7079
* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.
Check one: Owner-Occupant [ ] Owner Only [✓] Renter-Occupant [ ]
Represented By: Lumpkin & Reeves, PLLC
Address: 160 Main Street
City: Biloxi  State: MS  Zip: 39530
Phone: 228-374-5151
Case No. /Docket Info: 09-7628

**Section II. Insurance Information**

Homeowner/ Renter Insurer: Unknown at this time
Policy #: na
Agent: na
Address: na
na
City: na  State: na  Zip: na
Phone: na

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-in | Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Howard Rapp, Jr. | 00-00-0000 | 00-00-0000 | M [✓] F [ ] | 09-26-1953 | Yes [✓] No [ ] | Owner Only |
| Chari Rapp | 00-00-0000 | 00-00-0000 | M [ ] F [✓] | 09-21-1955 | Yes [✓] No [ ] | Owner Only |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

| | |
|---|---|
| 1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? | Yes ☑ No ☐ |

1.1, If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    Lumpkin & Reeves PLLC

1.2. When did the inspection take place?    na

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?    Yes ☑ No ☐

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?    Lumpkin & Reeves PLLC

2.2. When was this determination made?    na

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf - Tianjin | entire home |
| | | |
| | | |
| | | |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?    Yes ☐ No ☑

1.1. If "Yes" to question 1.0 Section V. to whom any such notice been sent?    _____

1.2. When was notice sent?    _____

+ Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?    Yes ☐ No ☑

2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?    _____

2.2. When was the request made?    _____

+ Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?    Yes ☐ No ☑

3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered?    Yes ☐ No ☑

3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?    _____

3.1.b. Who made the offer?    _____

3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?    Yes ☐ No ☑

3.2.a. Have any such repairs to your home been completed?    Yes ☐ No ☑

3.2.b. Who paid or is paying for the repairs?    _____

3.2.c. What was/is the total cost?

3.2.d. Have samples of the Chinese-manufactured drywall been kept?    Yes ☑ No ☐

3.2.e. Who possesses the samples?    Lumpkin & Reeves, PLLC

**Section VI. Questions for Florida Residents Only***

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?    Yes ☐ No ☐

1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?    _____

1.2. When was notice sent?    _____

+ Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?    Yes ☐ No ☐

2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?    _____

2.2. When was it received?    _____

3.0. Has anyone inspected your home in response to your notice under Chapter 558?    Yes ☐ No ☐

3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?    _____

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?    Yes ☐ No ☐

4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?    _____

4.2. When was it received?    _____

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?    Yes ☐ No ☐

5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?    _____

5.2. What repairs were performed?

5.3. When were the repairs performed?    _____

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any righs or agree that such notice is required.  Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Plaintiff Profile Form - Residential Properties

### Section VII. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1200 | | | |
| Estimated Sq. Ft. of Drywall | unknown | Occupied | ✓ | |
| Height of interior Walls | 8 | Year-round | ✓ | |
| Number of Bedrooms: | 2 | Summer | ✓ | |
| Number of Bathrooms: | 1 | Winter | ✓ | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | ✓ |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

**+ Attach Copy of Floor Plan on 8 1/2" X 11" paper**

### Section VIII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | | Date Acquired Home | |

**Date Range for Renovations: (Month/Day/Year)**

| Start Date: | 09-01-2005 | Completion Date | 10-01-2008 |
|---|---|---|---|
| Move In Date: | 10-01-2008 | | |

| Renovation(s) | | Yes | No | N/A |
|---|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | | ✓ |
| First Floor: Full Wall of drywall replaced | | | | ✓ |
| Second Floor: Any drywall replaced | | | | ✓ |

### Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
self

Address: n/a

City: n/a    State: na    Zip: n/a

Phone: n/a

**+ Attach Copy of Construction/Renovation Contract**
**+ Attach Copy of New Home Warranty Declaration**

### Section X. Drywall Installer

Drywall Installer's Name:
self

Address: na

na

City: na    State: na    Zip: na

Phone: na

### Section XI. Drywall Supplier

Drywall Supplier's Name:
Church

Address: na

na

City: na    State: na    Zip: na

Phone: na

### Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | |
|---|---|
| _____ , | _____ , |
| Claimant's Signature    Date Signed | Claimant's Signature    Date Signed |
| _____ , | _____ , |
| Claimant's Signature    Date Signed | Claimant's Signature    Date Signed |
| _____ , | _____ , |
| Claimant's Signature    Date Signed | Claimant's Signature    Date Signed |

Plaintiff Profile Form - Residential Properties

---

*Section XI. Verification of Plaintiff Profile Form*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| *Chari Rapp* | 10/7/09 | | , |
| *Howard J. Rapp, Sr.* | 10/7/09 | | , |
| | , | | |



LRM PPF PACKET 126 - RAPP
CDW 0005



LRM PPF PACKET 126 - RAPP
CDW 0006

**Memo to File**

**File: Chari Rapp**

Insurance Declaration Page will be provided at a later date.

# 300 Gulfside Street
# Waveland, MS  39576

Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL      MDL NO. 2047
PRODUCTS LIABILITY LITIGATION              SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES        JUDGE FALLON
                                           MAG. JUDGE WILKINSON

| For Internal Use Only |
|---|
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.   To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Howard and Chari Rapp

Address of Affected Property: 300 Gulfside Street

City: Waveland    State: MS    Zip: 39576

Is this Property:*  Residential [✓]  Commercial [ ]  Governmental [ ]

Name of Person Completing this Form: Chari Rapp

Is above your primary residence?  Yes [ ]  No [✓]

Mailing Address (if different): 100 Idlewood Drive

City: Waveland    State: MS    Zip: 39576

Phone: 228.216.7079

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Check one:  Owner-Occupant [ ]  Owner Only [✓]  Renter-Occupant [ ]

Represented By: Lumpkin & Reeves, PLLC

Address: 160 Main Street

City: Biloxi    State: MS    Zip: 39530

Phone: 228-374-5151

Case No. /Docket Info: 09-7628

### Section II. Insurance Information

Homeowner/ Renter Insurer: Unknown at this time

Policy #: na

Agent: na

Address: na
na

City: na    State: na    Zip: na

Phone: na

+ Attach Copy of  Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | | Date of Birth | Are you claiming personal injuries?* Circle One | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|---|
| | Move-in | Leave | M | F | | Yes | No | |
| Howard Rapp, Jr. | 00-00-0000 | 00-00-0000 | M [✓] | F [ ] | 09-26-1953 | Yes [✓] | No [ ] | Owner Only |
| Chari Rapp | 00-00-0000 | 00-00-0000 | M [ ] | F [✓] | 09-21-1955 | Yes [✓] | No [ ] | Owner Only |
| | | | M [ ] | F [ ] | | Yes [ ] | No [ ] | |
| | | | M [ ] | F [ ] | | Yes [ ] | No [ ] | |
| | | | M [ ] | F [ ] | | Yes [ ] | No [ ] | |
| | | | M [ ] | F [ ] | | Yes [ ] | No [ ] | |
| | | | M [ ] | F [ ] | | Yes [ ] | No [ ] | |
| | | | M [ ] | F [ ] | | Yes [ ] | No [ ] | |
| | | | M [ ] | F [ ] | | Yes [ ] | No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Rapp Gulf Indicia 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

**1.0.** Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?    Yes ☑ No ☐

   **1.1.** If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    unknown

   **1.2.** When did the inspection take place?    `00-00-0000`

**2.0.** Has a determination been made that Chinese-manufactured drywall is present in your home?    Yes ☑ No ☐

   **2.1.** If "Yes" to Question 2.0. Section IV. Who made this determination?    unknown

   **2.2.** When was this determination made?    `00-00-0000`

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
| --- | --- | --- |
| Knauf | Knauf - Tianjin | entire home |
|  |  |  |
|  |  |  |
|  |  |  |

**1.0.** Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?    Yes ☐ No ☑

   **1.1.** If "Yes" to question 1.0 Section V. to whom has any such notice been sent?  _____

   **1.2.** When was notice sent?  _____

   **+ Attach copy of notice Sent**

**2.0.** Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?    Yes ☐ No ☑

   **2.1.** If "Yes" to Question 2.0. Section V. to whom has the request been made?

   **2.2.** When was the request made?  _____

   **+ Attach copy of written request**

**3.0.** Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?    Yes ☐ No ☑

   **3.1.** If "No" to question 3.0. Section V. Have any such repairs to your home been offered?    Yes ☐ No ☑

     **3.1.a.** If "Yes" to question 3.1. Section V. When was the offer made?  _____

     **3.1.b.** Who made the offer?

   **3.2.** If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?    Yes ☐ No ☑

     **3.2.a.** Have any such repairs to your home been completed?    Yes ☐ No ☑

     **3.2.b.** Who paid or is paying for the repairs?  _____

     **3.2.c.** What was/is the total cost?  _____

     **3.2.d.** Have samples of the Chinese-manufactured drywall been kept?    Yes ☑ No ☐

     **3.2.e.** Who possesses the samples?    Lumpkin & Reeves, PLLC

### Section VI. Questions for Florida Residents Only*

**1.0.** Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?    Yes ☐ No ☐

   **1.1.** If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?  _____

   **1.2.** When was notice sent?  _____

   **+ Attach copy of notice**

**2.0.** Have you received any responses to your notice under Chapter 558?    Yes ☐ No ☐

   **2.1.** If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?  _____

   **2.2.** When was it received?  _____

**3.0.** Has anyone inspected your home in response to your notice under Chapter 558?    Yes ☐ No ☐

   **3.1.** If "Yes" to Question 3.0., Section VI. Who inspected your home?

**4.0.** Have you received a written offer to repair your home in response to your notice under Chapter 558?    Yes ☐ No ☐

   **4.1.** If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?  _____

   **4.2.** When was it received?  _____

**5.0.** Have any repairs been performed in your home in response to your notice under Chapter 558?    Yes ☐ No ☐

   **5.1.** If "Yes" to Question 5.0., Section VI. Who performed these repairs?

   **5.2.** What repairs were performed?

   **5.3.** When were the repairs performed?  _____

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any righs or agree that such notice is required.  Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Page 2

Plaintiff Profile Form - Residential Properties

**Section VII. Home Information**

| | |
|---|---|
| Approx. Sq. Ft. of House: | 1200 |
| Estimated Sq. Ft. of Drywall | unknown |
| Height of Interior Walls | 8 |
| Number of Bedrooms: | 3 |
| Number of Bathrooms: | 1.5 |

| | Yes | No |
|---|---|---|
| Occupied | ✓ | |
| Year-round | | |
| Summer | ✓ | |
| Winter | ✓ | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | ✓ |
| Copper Piping | ✓ | | |
| Copper Fixtures | | | ✓ |
| Other Fixtures | | | ✓ |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | | | ✓ |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

**+ Attach Copy of Floor Plan on 8 1/2" X 11" paper**

**Section VIII. Construction/Renovation Information**

**Date Range for New Home Construction: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | | Completion Date | |
| Move In Date: | | Date Acquired Home | |

**Date Range for Renovations: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | 2006 | Completion Date | 2006 |
| Move In Date: | 2006 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ✓ | | |
| First Floor: Full Wall of drywall replaced | ✓ | | |
| Second Floor: Any drywall replaced | | | ✓ |

**Section IX. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:
self

| Address: | n/a | | | |
|---|---|---|---|---|
| | City: n/a | State: na | Zip: n/a | |
| Phone: | n/a | | | |

**+ Attach Copy of Construction/Renovation Contract**
**+ Attach Copy of New Home Warranty Declaration**

**Section X. Drywall Installer**

Drywall Installer's Name:
self

| Address: | na | | |
|---|---|---|---|
| | na | | |
| | City: na | State: na | Zip: na |
| Phone: | na | | |

**Section XI. Drywall Supplier**

Drywall Supplier's Name:
Chruch

| Address: | na | | |
|---|---|---|---|
| | na | | |
| | City: na | State: na | Zip: na |
| Phone: | na | | |

**Section XII. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | | | |

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | | | |

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | | | |

Page 3

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |
|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _Chari Rapp_ | _10/7/09_ | _____ | _____ , |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _Howard J. Rapp, Sr._ | _10/7/09_ | _____ | _____ , |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ , | _____ | _____ |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Rapp Gulf Indicia 4

Rapp Gulf Indicia 5



Rapp Gulf Indicia 6

## Memo to File

### <u>File: Chari Rapp</u>

Insurance Declaration Page will be provided at a later date.

# 249 Gulfside Street
# Waveland, MS  39576

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

| For Internal Use Only |
|---|
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect.  You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the Profile Form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remainn non-testifying experts and are subject to all protections afforded by law.   To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Howard and Chari Rapp |
| Address of Affected Property | 249 Gulfside Street |
| City: Waveland | State: MS   Zip: 39576 |

Is this Property:*   Residential [✓]   Commercial [ ]   Governmental [ ]

Name of Person Completing this Form   Chari Rapp

Is above your primary residence?   Yes [ ] No [✓]

Mailing Address (if different)   100 Idlewood Drive

City: Waveland   State: MS   Zip: 39576

Phone:   228.216.7079

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Check one:   Owner-Occupant [ ]   Owner Only [✓]   Renter-Occupant [ ]

| | |
|---|---|
| Represented By: | Lumpkin & Reeves, PLLC |
| Address: | 160 Main Street |
| City: Biloxi | State: MS   Zip: 39530 |
| Phone: | 228-374-5151 |
| Case No. /Docket Info: | 09-7628 |

**Section II. Insurance Information**

Homeowner/ Renter Insurer:   Unknown at this time

| | |
|---|---|
| Policy #: | na |
| Agent: | na |
| Address: | na |
| | na |
| City: na | State: na   Zip: na |
| Phone: | na |

+ Attach Copy of  Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Howard Rapp, Jr. | 00-00-0000 | 00-00-0000 | M [✓] F [ ] | 09-26-1953 | Yes [✓] No [ ] | Owner Only |
| Chari Rapp | 00-00-0000 | 00-00-0000 | M [ ] F [✓] | 09-21-1955 | Yes [✓] No [ ] | Owner Only |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

Rapp 249 Indicia 1

Page 1

RAPP, C
CDW00001C

**CDWINDO1-008640**

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes ☑ No ☐

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Lumpkin & Reeves PLLC

    1.2. When did the inspection take place?   na

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   Yes ☑ No ☐

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Lumpkin & Reeves PLLC

    2.2. When was this determination made?   na

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf - Tianjin | entire home |
| | | |
| | | |
| | | |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?   Yes ☐ No ☑

    1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent?

    1.2. When was notice sent?

    + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?   Yes ☐ No ☑

    2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

    2.2. When was the request made?

    + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?   Yes ☐ No ☑

    3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered?   Yes ☐ No ☑

        3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?

        3.1.b. Who made the offer?

    3.2. If "Yes" to question 3.0. Section V. Have any such repairs to your home been initiated?   Yes ☐ No ☑

        3.2.a. Have any such repairs to your home been completed?   Yes ☐ No ☑

        3.2.b. Who paid or is paying for the repairs?

        3.2.c. What was/is the total cost?

        3.2.d. Have samples of the Chinese-manufactured drywall been kept?   Yes ☑ No ☐

        3.2.e. Who possesses the samples?   Lumpkin & Reeves, PLLC

**Section VI. Questions for Florida Residents Only***

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?   Yes ☐ No ☑

    1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?

    1.2. When was notice sent?

    + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?   Yes ☐ No ☐

    2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

    2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558?   Yes ☐ No ☐

    3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?   Yes ☐ No ☐

    4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

    4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?   Yes ☐ No ☐

    5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

    5.2. What repairs were performed?

    5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any righs or agree that such notice is required. Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Rapp 249 Indicia 2

RAPP, C
CDW00002C

CDWINDO1-008641

Plaintiff Profile Form - Residential Properties

| Section VII. Home Information | | | | | |
|---|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1200 | | | Yes | No |
| Estimated Sq. Ft. of Drywall | unknown | Occupied | | | ✓ |
| Height of interior Walls | 8 | Year-round | | | ✓ |
| Number of Bedrooms: | 2 | Summer | | | ✓ |
| Number of Bathrooms: | 1 | Winter | | | ✓ |

| Plumbing System | | | |
|---|---|---|---|
| | Blackening or Corrosion? | | |
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | ✓ |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | | | ✓ |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

| Electrical System | | | |
|---|---|---|---|
| | Blackening or Corrosion? | | |
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | | | ✓ |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

| Section VIII. Construction/Renovation Information | | | |
|---|---|---|---|
| Date Range for New Home Construction: (Month/Day/Year) | | | |
| Start Date: | | Completion Date | |
| Move In Date: | | Date Acquired Home | |
| Date Range for Renovations: (Month/Day/Year) | | | |
| Start Date: | 2006 | Completion Date | 2006 |
| Move In Date: | 2006 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ✓ | | |
| First Floor: Full Wall of drywall replaced | ✓ | | |
| Second Floor: Any drywall replaced | | | ✓ |

| Section IX. Homebuilder/ General Contractor/ Developer Information |
|---|
| Homebuilder/ General Contractor/ Developer's Name: |
| self |
| Address: n/a |
| City: n/a    State: na    Zip: n/a |
| Phone: n/a |
| + Attach Copy of Construction/Renovation Contract |
| + Attach Copy of New Home Warranty Declaration |

| Section X. Drywall Installer |
|---|
| Drywall Installer's Name: |
| self |
| Address: na |
| na |
| City: na    State: na    Zip: na |
| Phone: na |

| Section XI. Drywall Supplier |
|---|
| Drywall Supplier's Name: |
| Chruch |
| Address: na |
| na |
| City: na    State: na    Zip: na |
| Phone: na |

**Section XII. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____,          _____
Claimant's Signature        Date Signed

_____,          _____
Claimant's Signature        Date Signed

_____,          _____
Claimant's Signature        Date Signed

_____,          _____
Claimant's Signature        Date Signed

_____,          _____
Claimant's Signature        Date Signed

_____,          _____
Claimant's Signature        Date Signed

CDWINDO1-008642

| Section XI. Verification of Plaintiff Profile Form |
| --- |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Claimant's Signature: *Chau Rapp*   Date Signed: 10/7/09
Claimant's Signature: *Howard J. Rapp, L.*   Date Signed: 10/7/09

CDWINDO1-008643





Rapp 249 Indicia 5

CDWINDO1-008644

**Memo to File**

**File: Chari Rapp**

Insurance Declaration Page will be provided at a later date.

CDWINDO1-008645

# 300 Highway 90
# Waveland, MS  39576

Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | For Internal Use Only |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | File Number |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | |
| | MAG. JUDGE WILKINSON | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remainn non-testifying experts and are subject to all protections afforded by law. To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | chari McIntyre Rapp |
| Address of Affected Property | 300 Highway 90 |
| | City: Waveland State: MS Zip: 39576 |
| Is this Property:* | Residential [✓] Commercial [ ] Governmental [ ] |
| Name of Person Completing this Form | Chuck Coats |
| Is above your primary residence? | Yes [ ] No [✓] |
| Mailing Address (if different) | 100 Idlewood Drive |
| | City: Waveland State: MS Zip: 39576 |
| Phone: | 228.216.7079 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Check one: | Owner-Occupant [ ] Owner Only [✓] Renter-Occupant [ ] |
| Represented By: | Lumpkin & Reeves, PLLC |
| Address: | 160 Main Street |
| | City: Biloxi State: MS Zip: 39530 |
| Phone: | 228-374-5151 |
| Case No. /Docket Info: | 09-7628 |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | Unknown at this time |
| Policy #: | na |
| Agent: | na |
| Address: | na |
| | na |
| City: | na State: na Zip: na |
| Phone: | na |

**+ Attach Copy of Insurance Declaration Page**

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Chari Rapp | 05-01-2006 | 00-00-0000 | M [ ] F [✓] | 09-21-1955 | Yes [✓] No [ ] | Owner Only |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

RAPP, C
CDW00001F

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes ☑ No ☐

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Lumpkin & Reeves PLLC

    1.2. When did the inspection take place?   na

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   Yes ☑ No ☐

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Lumpkin & Reeves PLLC

    2.2. When was this determination made?   na

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf - Tianjin | entire home |
|  |  |  |
|  |  |  |
|  |  |  |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?   Yes ☐ No ☑

    1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent?

    1.2. When was notice sent?

    + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?   Yes ☐ No ☑

    2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

    2.2. When was the request made?

    + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?   Yes ☐ No ☑

    3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered?   Yes ☐ No ☑

        3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?

        3.1.b. Who made the offer?

    3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?   Yes ☐ No ☑

        3.2.a. Have any such repairs to your home been completed?   Yes ☐ No ☑

        3.2.b. Who paid or is paying for the repairs?

        3.2.c. What was/is the total cost?

        3.2.d. Have samples of the Chinese-manufactured drywall been kept?   Yes ☑ No ☐

        3.2.e. Who possesses the samples?   Lumpkin & Reeves, PLLC

**Section VI. Questions for Florida Residents Only***

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?   Yes ☐ No ☐

    1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?

    1.2. When was notice sent?

    + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?   Yes ☐ No ☐

    2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

    2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558?   Yes ☐ No ☐

    3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?   Yes ☐ No ☐

    4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

    4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?   Yes ☐ No ☐

    5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

    5.2. What repairs were performed?

    5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any righs or agree that such notice is required.  Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

RAPP, C
CDW00002F

Plaintiff Profile Form - Residential Properties

**Section VII. Home Information**

| Approx. Sq. Ft. of House: | na | | | Yes | No |
|---|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | na | Occupied | | ✓ | |
| Height of interior Walls | na | Year-round | | ✓ | |
| Number of Bedrooms: | 1 | Summer | | ✓ | |
| Number of Bathrooms: | 2 | Winter | | ✓ | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | ✓ |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

**+ Attach Copy of Floor Plan on 8 1/2" X 11" paper**

**Section VIII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | | Date Acquired Home | |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | 2006 | Completion Date | 2006 |
|---|---|---|---|
| Move In Date: | 2006 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ✓ | | |
| First Floor: Full Wall of drywall replaced | ✓ | | |
| Second Floor: Any drywall replaced | | | ✓ |

**Section IX. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Address:

City:          State:          Zip:

Phone:

**+ Attach Copy of Construction/Renovation Contract**
**+ Attach Copy of New Home Warranty Declaration**

**Section X. Drywall Installer**

Drywall Installer's Name:     self

Address:     na

na

City: na     State: na     Zip: na

Phone:     na

**Section XI. Drywall Supplier**

Drywall Supplier's Name:     Church

Address:     na

na

City: na     State: na     Zip: na

Phone:     na

**Section XII. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

RAPP, C
CDW00003F

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _Chari Rapp_ | _10/7/09_ | | , |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _Howard J. Rapp, Jr._ | _10/7/09_ | | , |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | , | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |





**Memo to File**

**File: Chari Rapp**

Insurance Declaration Page will be provided at a later date.