UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL        MDL No. 2047

SECTION:  L

**THIS DOCUMENT RELATES TO**
Payton vs. Knauf Gips KG et al        **JUDGE FALLON**
Case No. 09-07628        **MAG. JUDGE WILKINSON**

### NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE
### BY ROBERT AND MELISSA SQUICCIRINI

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Robert and Melissa Squiccirini hereby give notice of their intention to dispose of the physical evidence that they were previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Robert and Melissa Squiccirini by contacting: Michael Ryan by telephone at (954) 763-8181 or by email at pleadings-mjr@krupnicklaw.com. Upon the expiration of the thirty (30) day period, Robert and Melissa Squiccirini may dispose of such physical evidence.

Dated: August 16, 2016.

Respectfully submitted,

*/s/ Michael J. Ryan*
Michael J. Ryan
Florida Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman & McKee, P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
(954) 763-8181
FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been uploaded to File & ServeXpress f/k/a LexisNexis File & Serve in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 16th day of August, 2016.

                      */s/ Michael J. Ryan*
                      Michael J. Ryan
                      Florida Bar No. 975990
                      Krupnick Campbell Malone Buser Slama
                      Hancock Liberman  P.A.
                      Attorneys for Plaintiff
                      12 S.E. 7 Street, Suite 801
                      Ft. Lauderdale, FL  33301
                      Ph: (954) 763-8181
                      FAX (954) 763-8292
                      mryan@krupnicklaw.com
                      pleadings-mjr@krupnicklaw.com