UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL No. 2047

SECTION:  L

**THIS DOCUMENT RELATES TO**          JUDGE FALLON
Payton vs. Knauf Gips KG et al          MAG. JUDGE WILKINSON
Case No. 09-07628

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE
## BY EVELYN HOWARD

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Evelyn Howard hereby gives notice of her intention to dispose of the physical evidence that she was previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Evelyn Howard by contacting:  Michael Ryan by telephone at (954) 763-8181 or by email at pleadings-mjr@krupnicklaw.com.  Upon the expiration of the thirty (30) day period, Evelyn Howard may dispose of such physical evidence.

Dated: August 16, 2016.

Respectfully submitted,

*/s/ Michael J. Ryan*
Michael J. Ryan
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman, P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Ph: (954) 763-8181; FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been uploaded to File & ServeXpress f/k/a LexisNexis File & Serve in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 16th day of August, 2016.

                                                */s/ Michael J. Ryan*
                                                Michael J. Ryan
                                                Florida Bar No. 975990
                                                Krupnick Campbell Malone Buser Slama
                                                Hancock Liberman, P.A.
                                                Attorneys for Plaintiff
                                                12 S.E. 7 Street, Suite 801
                                                Ft. Lauderdale, FL  33301
                                                Ph: (954) 763-8181; FAX (954) 763-8292
                                                mryan@krupnicklaw.com
                                                pleadings-mjr@krupnicklaw.com