UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 <br> SECTION L <br><br> JUDGE FALLON <br> MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

### ORDER

Considering Plaintiff Patricia Harvey's Motion to Reconsider (R. Doc. 19868) and Claimant David Calvert's Motion for Authority to File a Proper Claim Form (R. Doc. 20432),

**IT IS ORDERED** that the Court will take the above motions under advisement while the parties discuss their claims with BrownGreer and collect the proper evidence to support their claims.

**IT IS FURTHER ORDERED** that BrownGreer communicate with the above parties and inform them of the required documentation for each claim.

**IT IS FURTHER ORDERED** that BrownGreer will then determine the viability of the claims, the proper claim amount, if any, and the amount to be awarded based on the available settlement funds.

New Orleans, Louisiana, this 16th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE

1