UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILTY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:  ALL CASES | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF SPECIAL MASTER'S OPINION & DECREE**

**COMES NOW** Plaintiff, LABB INVESTMENTS, by and through undersigned counsel, and hereby files this Motion for Reconsideration of Defendant's decision, and as grounds for this response states:

On August 5, 2016, the Special Master, Daniel J. Balhoff, entered an Opinion and Decree in favor of the Defendant and against Labb Investments. (Copy is attached hereto as Exhibit "A"). The Special Master based its decision on the Defendant's belief that (1) Plaintiff made no reasonable inquiry into the presence of Chinese drywall at the time of purchase and (2) Plaintiff did not properly preserve evidence in the manner set forth in Pretrial Order 1(B).

Plaintiff believes this decision is in error.

**WHEREFORE**, the Plaintiffs respectfully move this Honorable Court for the entry of an Order granting their Motion for Reconsideration and respectfully requests oral argument on Plaintiff's Motion for Reconsideration of the Special Master Award, on **September 22, 2016, at 9:00 A.M. (central time)**, or at a time set by this court so as to more fully address any questions the court may have concerning Plaintiff's Motion for Reconsideration.

**Roberts & Durkee, P.A.**
Offices at Grand Bay Plaza, 2665 South Bayshore Drive, Suite 300, Coconut Grove, Florida 33133

Respectfully submitted,

*/s/ C. David Durkee, Esq*.
ROBERTS & DURKEE, P.A.
OFFICES AT GRAND BAY PLAZA
2665 S. Bayshore Drive, Suite 300
Coconut Grove, FL  33133
Phone:  (305) 442-1700
Fax:  (305) 442-2559
durkee@rdlawnet.com
*Counsel for Individual Plaintiffs*
-And
Mark Milstein, Esq.
Allison R. Willett, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405
Phone:  (310) 396-9600
Fax:  (310) 396-9635
*Counsel for Individual Plaintiffs*

Dated:  August 17, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served to all parties by electronically uploading the same to Lexis Nexis File & Serve and was electronically filed with the Clerk of Court of the United Sates Court for the Eastern District on this 17th day of, August, 2016.

By:  */s/ C. David Durkee*
C. David Durkee