# EXHIBIT "A"

## OWNER DISCLOSURE AFFIDAVIT

Owner name: **LAURENT SHABANI. LABB Investments. Inc**

Affected Property address: **11001 Gulf Reflections Dr. Unit A103. Fort. Myers.**

Purchase date and price of Affected Property: **Oct 4, 2010**

List the manufacturers of all drywall found in the Affected Property: **Test was Conducted (Knauf) by Roberts & Durkee agent, they took Physical samples & have Video & Photoapic evidence, I do not recall the name of manufactres.**

Move-out date: **Never moved out Still own Property.**

Move-in date: **Never moved in due to chinese drywall.**

Storage expenses paid: **None**

Moving expenses paid: **$2000.**

Utility expenses paid: **$1500.**

Alternative living expenses paid: **$7,650**

Total cost of construction paid: **$35,000**

Total claim: **$46,150**

General Contractor name and phone #: **$ Avica Construction # 239-682-0237**

Total amount paid to general contractor: **$35,000**

Affected Property air conditioned square footage: **1400 sq ft**

Was Owner aware of the defective drywall before purchasing the Affected Property: **NO**

Please describe the remediation of the Affected Property. If you removed and reused an item, please circle "reused". In the event that you replaced an item, with another of the same material and quality please circle "replaced". In the event that you replaced and upgraded an item, please note at the end of this form and leave the item blank. Circling "replaced" indicates that you replaced the items with one of equal value.

Reused    Replaced

Owner Initial **LS**    Contractor Initial **AP**

| | | | | |
|---|---|---|---|---|
| Kitchen countertop: | | (Reused) | Replaced | |
| If replaced indicate material: | Formica | Corion | Tile | Granite |
| Kitchen Plumbing Fixtures: (Faucets, sink) | | Reused | (Replaced) | |
| Kitchen floor: | | (Reused) | Replaced | |
| Appliances: | | Reused | (Replaced) | |

If replaced, please list appliance manufacture and model: Whirlpool
Refrigerator & Stove

| | | | | |
|---|---|---|---|---|
| Bathroom cabinets: | | (Reused) | Replaced | |
| Bathroom tops: | | (Reused) | Replaced | |
| If replaced indicate material: | Formica | Cultured Marble | Tile | Granite |
| Bathroom flooring: | | (Reused) | Replaced | |
| Bathroom enclosures: | | (Reused) | Replaced | |
| Bathroom lighting: | | Reused | (Replaced) | |
| Bathroom Accessories (towel bars, etc.): | | Reused | (Replaced) | |
| Bathroom Mirrors: | | Reused | (Replaced) | |
| Tub: | | (Reused) | Replaced | |
| If replaced indicate master bath tub type: | | Fiberglass | Steel | Jacuzzi |
| Plumbing fixtures (toilets, sinks): | | Reused | (Replaced) | |

If replaced please provide description of original manufactures:
American Standard

| | | | | |
|---|---|---|---|---|
| Plumbing faucets: | | (Reused) | (Replaced) | |

If replaced please provide description of original manufactures:

| | | | | |
|---|---|---|---|---|
| Plumbing lines: | | (Reused) | Replaced | |
| If replaced indicate material: | | Copper | CPVC | PEX |

Owner Initial LS    Contractor Initial AP

If replaced please provide description of original manufactures:
Don't Know

If replaced please indicate locations of carpet:
Living Rooms & Two Bedrooms & Hallway

HVAC replacement:   Ducts   (Coils)   (Air handler (interior))   (Condenser (exterior))
HVAC manufacturer: Trane

Insulation:             (Reused)        Replaced
Electrical fixtures:    Reused         (Replaced)
Electrical wiring:      (Reused)        Replaced
Electrical fans:

If replaced please indicate how many and which rooms:
3 Two in Each Bedroom & 1 in living room

Stair rails:              (N/A)    Reused      Replaced
Window sills:                     (Reused)     Replaced
If replaced indicate original material:   Wood   Marble   Drywall
Alarm system:            N/A    (Reused)     Replaced
Fire suppression system: N/A    (Reused)     Replaced
Intercom:               (N/A)    Reused      Replaced
Surround sound:         (N/A)    Reused      Replaced
Wall papers:            (N/A)                Replaced
Interior paint:                    Total colors used: 2

Additional construction related items replaced:
None

Personal items replaced:

Page 4 of 7        Owner Initial  LS    Contractor Initial  HP

Items that were upgraded and deducted from construction replacement cost:

None

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.
2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.
3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.
4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.
   a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.
5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.
6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").
7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.
8. A floor plan of the Affected Property with dimensions.

Owner Initial: S     Contractor Initial: AP

9. An Environment Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendants may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial  Contractor Initial 

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: Oct 24, 2013
Homeowner Signature: _____ Laurent Shabani

Subscribed and sworn to before me on

_____
Notary Public

My commission expires on

Date: Oct 23, 2013

Contractor Signature: _____

Subscribed and sworn to before me on

_____
Notary Public

My commission expires on

Owner Initial _____  Contractor Initial A.P.