EXHIBIT "B"

## AFFIDAVIT OF LAURENT SHABANI

I, Laurent Shabani, as President of Labb Investments Inc., declare that:

1.      I am over the age of eighteen and a resident of Mississauga, Ontario, Canada.

2.      On October 27, 2010, my company, LABB Investments purchased the property located at 11001 Gulf Reflections Drive, Unit A103, Fort Myers, Florida 33908, without having any pervious knowledge of the presence of defective Chinses drywall.

3.      Approximately two months later, on or about December 20, 2010, we began having air conditioning problems and called a technician to assess the problem. At that time, we were notified that the copper wiring was completely black and Chinese drywall may be the cause.

4.      On February 2, 2011, an inspection was conducted and samples of the drywall were taken and tested. Chinese drywall was confirmed at this time. as President of Labb Investments Inc., declare that:

5.      I make this affidavit upon personal knowledge and under oath that the defective drywall was taken from the corresponding walls depicted on floor plan attached as Exhibit A.

I declare under penalty of perjury, under the laws of the State of Florida, and the United States of America, that the foregoing is true and correct.

Executed this **18** day of December, 2015 in Mississaugua, ON, L5E1V7, Canada.

Laurent Shabani



NOT TO SCALE



**Property:** Labb   Investments   **Date:**2/2/2011
**Address:** 11001 Gulf Reflections Dr., #A103
Ft. Myers FL

**Item:** Drywall
**Room:** Miscellaneous sample taken during demolition

1



Property: Labb Investments   Date: 2/2/2011
Address: 11001 Gulf Reflections Dr. #A103
Ft. Myers FL
Item: Drywall
Room: Miscellaneous sample taken during demolition

2



**Property:** Labb Investments
**Address:** 11001 Gulf Reflections Dr.   **Date:** 2/2/2011
Ft Myers FL

**Item:** Drywall
**Room:** Miscellaneous sample taken during demolition

3



**Property:** Labb Investments   **Date:** 2/2/2011
**Address:** 11001 Gulf Reflections Dr, #A108
Ft Myers FL

**Item:** Drywall
**Room:** Miscellaneous sample taken during demolition

4



**Property:** Labb Investments   **Date:**2/2/2011
**Address:** 11001 Gulf Reflections Dr. #A103
Ft Myers FL

**Item:** Drywall
**Room:** Miscellaneous sample taken during demolition

5





Property: Labb Investments    Date: 2/2/2011
Address: 11001 Gulf Reflections Dr, #A103
Ft Myers FL

Item: Drywall
Room: Miscellaneous sample taken during demolition



















