UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILTY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:  ALL CASES | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the Motion for Reconsideration filed by the undersigned is submitted for hearing on September 22, 2016 at 9:00 a.m., central time before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, in accordance with the Local Rules.

Respectfully submitted,

*/s/ C. David Durkee, Esq*.
ROBERTS & DURKEE, P.A.
OFFICES AT GRAND BAY PLAZA
2665 S. Bayshore Drive, Suite 300
Coconut Grove, FL  33133
Phone:  (305) 442-1700
Fax:  (305) 442-2559
durkee@rdlawnet.com
*Counsel for Individual Plaintiffs*
-And
Mark Milstein, Esq.
Allison R. Willett, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405
Phone:  (310) 396-9600
Fax:  (310) 396-9635
*Counsel for Individual Plaintiffs*

Dated:  August 17TH , 2016.

**Roberts & Durkee, P.A.**
**Offices at Grand Bay Plaza, 2665 South Bayshore Drive, Suite 300, Coconut Grove, Florida 33133**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served to all parties by electronically uploading the same to Lexis Nexis File & Serve and was electronically filed with the Clerk of Court of the United Sates Court for the Eastern District on this 17TH day of, August, 2016.

By: */s/ C. David Durkee*
C. David Durkee
