UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Gerard and Krystal Kinler.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Lenny Davis of the Plaintiffs' Liason Counsell review the correspondence and reach out to Gerard and Krystal Kinler to advise them of their rights and, specifically, to advise them regarding obtaining legal representation.

New Orleans, Louisiana, this 16th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE

1