July 3, 2016

Gerard N. Kinler, MSgt, USAF (Ret.)
P.O. Box 254
Terra Ceia, FL 34250

Honorable Eldon E. Fallon
500 Poydras St. Rm. C456
New Orleans, LA 70130

Honorable Judge Fallon,

This is a follow up as to the last letters I submitted for your review. In 2014, we submitted all of our medical/pharmacy records and affidavits for all six of our bodily injury claims. I was advised per BrownGreer they denied my personal injury claims. They're claiming the documents I submitted didn't prove injuries suffered by Chinese Drywall. However, I will attach a few of the records to support my claim per doctor notes. I never was notified I could have appealed the Special Master's denial to the court asking you, if you believed that I adequately proved our personal injury claims. There is a discrepancy with this statement, because we know we submitted all of the required documents by the stated deadline and they were sufficient according to the settlement agreement. However, we weren't notified by BrownGreer that these documents weren't sufficient enough to justify our claim per the settlement agreement nor that we had to appeal to you for a ruling. We do not have any representation and we never had a pro se to assist us in this entire settlement agreement.

My wife has reached out to Leonard Davis, Herman and Herman Katz spoken to a female Madeline but was advised they can't speak to me at all. You executed an order to have Leonard Davis to review and take appropriate action, however we received a vague letter and no assistance was given. We feel this is unfair to sufficiently and adequately respond based on the judgements of the court. We don't understand the laws and how to respond adequately. We feel there has been a conflict of interest with Jake Woody of BrownGreer and he has been working against us because we addressed a complaint against him with the court. We have been denied a tenant loss settlement as well, we sent receipts, we sent proof of our rental agreement, affidavits and moving costs receipts, but for some reason they weren't sufficient enough. We were then told we should have submitted an appeal to the court, but we were never notified the documents we had submitted were insufficient. Due to the facts this has been ongoing since 2009, there are some receipts and documents that have been difficult to locate including archived bank records that no longer exist, since they have been purged by the bank.

I have uploaded into my BrownGreer portal large volumes of documents since 2013. Why is it years later I am being requested to resubmit these same records and now that the money is dwindling being denied? This is a huge injustice and I feel that Brown Greer needs to be investigated for the unfair evaluations and possibly pocketing funds. My family is the victim here and we continue to be victimized by this class-action settlement and the administrators handling it. BrownGreer is purposefully denying claimants and convincing you to request a special master review then unfairly denying you. Then you are forced to appeal to the courts, eliminating the need to have BrownGreer to do anything regarding the settlement. They award you unfairly not properly examining your claim and then place a 40-50% pro rata reduction

awarding you even less. This is a huge injustice and needs to be investigated. I was always able to access my portal documents, however now it is giving me error messages?

I served my country twenty years in the U.S. Air Force to give my family of six a home. I no longer own a home due to these Chinese drywall hardships. We lost everything I had saved up in life due to NO FAULT of our own (almost $200,000.00). We have been treated as criminals by BrownGreer and been scrutinized as if we did something wrong! We have been waiting since 2009 for some form of assistance to help us get back on our feet with no end in sight. Why as Americans are we being treated so poorly? All I have done is honorably serve my country for twenty years with distinction. The federal government is involved in assisting families in Michigan due to poor water, yet they have done nothing for the thousands of families who have suffered because of defective Chinese Drywall. The lawyers continue to get rich, while the plaintiffs are given pennies for the loss of their homes. How much longer must we wait to be reimbursed for our losses? It has been EIGHT (8) years and we are still waiting with no end in sight.

I'm prayerful you will assist my family in a fair settlement so I can secure a permanent home for my innocent family who is a victim in this entire ordeal. To date I've only received a check for $1,500.00 equaling $.36 sq. ft. for a GBI claim. I have never cashed that check as it is a huge insult to injury.

Respectfully,

Gerard N.Kinler, MSgt USAF (Retired)

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

Home

News and
Developments

Claims Administrator
Procedures

Online Filing Tools

Settlement
Agreements

Claimant
Management

Notices

Change Password /
Email

Log Off

Get
ADOBE® Reader

You will need to
have Adobe® 7.0 or
higher to view
Printed Documents.
To get the latest
Version of Adobe
Reader, click the
icon above.

**Claim Search**

Specific Search    • Search All

Search Results:             **Page 1 of 1 (6 records)**

| Claim ID | Claimant | Property | Claim # | Claim Type | Document Type | Sent Date |
|---|---|---|---|---|---|---|
| 102987 | Kinler, Gerard | 5142 - 2509 Yukon Cliff Dr Ruskin, FL 33570 | 5365 | Bodily Injury | Other Loss Eligibility Notice | 01/13/2015 01/13/2015 02/12/2015 02/03/2015 |
| 102987 | Kinler, Gerard | 5142 - 2509 Yukon Cliff Dr Ruskin, FL 33570 | 3849 | Foreclosure or Short Sale | Other Loss Eligibility Notice | 01/15/2015 01/15/2015 02/14/2015 01/26/2015 |
| 102987 | Kinler, Gerard | 5142 - 2509 Yukon Cliff Dr Ruskin, FL 33570 | 3909 | Miscellaneous | Other Loss Eligibility Notice | 04/20/2015 04/21/2015 05/20/2015 05/04/2015 |
| 102987 | Kinler, Gerard | 5143 - 40005 Champion Til E Gonzales, LA 70737 | 3916 | Tenant Loss | Special Master Final Determination Denial Notice ⟨01/28/2016⟩ | ← |
| 102987 | Kinler, Gerard | 18242 - 35280 beverly hills dr praireville, LA 70769 | 13428 | Kraut Remediation | Incompleteness Notice | 12/10/2013 12/10/2013 01/04/2014 02/05/2014 |
| 102557 | Kinler, Gerard | 18242 - 35280 beverly hills dr praireville, LA 70769 | 13730 | Global, Banner, InEx Repair and Relocation Expenses | Post Appeal Eligibility Notice | 05/20/2014 05/20/2014 06/19/2014 05/23/2014 |

*Please take note that there was no activity regarding the tenant loss on 1/28/2016 only further proving that they had already made their mind up awarding compensation.*

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047



Back                                    **Affected Property Details**

| Claimant ID: | 102987 | Name: | Kinler, Gerard |
| Co-Owner: | Kinler, Crystal | | |
| Represented By | Pro Se | Business: | |
| Receives Mail: | No | Claimant Address: | P.O. Box 254 |
| | | | Terra Casa FL 34250 |

View Claimant Documents

Filter Documents of type: [ALL]

| | Claimant ID | | Document Type | Description | Create Date | | | |
|---|---|---|---|---|---|---|---|---|
| 340445 | 102987 | 5143 | Receipts | | 11/27/2015 | View | Edit | Remove |
| 340444 | 102987 | 5143 | Claimant Affidavit | | 11/27/2015 | View | Edit | Remove |
| 340443 | 102987 | 5143 | Affected Property Information Affidavit | | 11/27/2015 | View | Edit | Remove |
| 340442 | 102987 | 5143 | Affected Property Information Affidavit | | 11/27/2015 | View | Edit | Remove |
| 340441 | 102987 | 5143 | Affected Property Information Affidavit | | 11/27/2015 | View | Edit | Remove |
| 340440 | 102987 | 5143 | Affected Property Information Affidavit | | 11/27/2015 | View | Edit | Remove |
| 340439 | 102987 | 5143 | Affected Property Information Affidavit | Tenant Losses | 11/27/2015 | View | Edit | Remove |
| 339964 | 102987 | 5143 | Incompleteness Denial Notice | | 10/28/2015 | View | Edit | Remove |
| 339817 | 102987 | 5143 | Follow Up Incompleteness Notice | | 10/14/2015 | View | Edit | Remove |
| 338651 | 102987 | 5143 | Incompleteness Notice | | 06/17/2015 | View | Edit | Remove |
| 120683 | 102987 | 5143 | Tenant Loss Claim Form | | 09/18/2013 | View | Edit | Remove |
| 120673 | 102987 | 5143 | Other | Letter from owner saying Kinlers had to move because of drywall | 09/18/2013 | View | Edit | Remove |
| 120661 | 102987 | 5143 | Proof of Residence | | 09/18/2013 | View | Edit | Remove |
| 120657 | 102987 | 5143 | Tenant Loss Claim Form | | 09/18/2013 | View | Edit | Remove |

| Property ID: | 5143 | ARH: | No |
| Street Address: | 40006 Champion Tr E Gonzales, Ascension, LA 70737 | PP Participant: | Yes |

| Claim ID | Claim Type | Settlement | Status |
|---|---|---|---|
| 3016 | Tenant Loss | Knauf, INEX, Global | Claim Closed Special Master Final Determination Notice |

*Please take into account we have submitted, submitted and resubmitted the same documents since 2013 - 2015. Then denied stating we hadn't submitted in time.*



**Tom Mackey**

Real Estate Services, L.L.C.

4111 S. Sherwood Forest Blvd.- Suite 1B
Baton Rouge, LA 70816

Phone:(225) 291-2527 • Fax:(225) 291-0390 • E-Mail: tmackeyrentals@hotmail.com

*att. Marlo*
*Loan #1441062407*

Mr. & Mrs. Gerard Kinler
40005 Champion Tif E
Gonzales, LA 70737

*8/13/2009*

CERTIFIED MAIL #70071490000027463350

Dear Mr. & Mrs. Kinler:

After being informed by you that there is a possibility of "Chinese Drywall" in the residence at 40005 Champion Tif, we must inform you that you must move from the residence at your earliest possible time.

Since there is no guarantee that the appliances and wiring will continue to work in the residence, the owner cannot continue to guarantee your safety. Therefore, please consider this as his formal notice to you that he will refund any monies you have paid and that you must move immediately. The lease agreement between you is at both yours and the owner's request, terminated voluntarily by both parties in order to facilitate your move.

By accepting the refund of all monies, both parties agree to release each other from any present, future, or ongoing obligations the lease agreement may have in effect.

Sincerely,

Thomas J. Mackey
Agent

Check # 72964 (Rental Trust Account) $2148.00
Check # 4333 (Security Trust Account) $1450.00




## STANDARD RESIDENTIAL LEASE FORM AGREEMENT

DATE 7-15-09

**PARTIES-** TOM GASTON (to be referred to as Landlord or Agent for Landlord) hereby leases to GERARD AND CRYSTAL EMILE (to be referred to as Tenant) the following property.

**PREMISES-** Address 40005 CHAMPION TR DR. E Unit _____ lot _____ square _____ City GONZALES State LOUISIANA Zip Code 70737

For use by resident as a private residence only, as agreed by parties.

**TERM-** This lease is for a term commencing on the 15th day of JULY 2009, and ending on the last calendar day of JULY 2010.

**AUTOMATIC RENEWAL** If Tenant, or Landlord, desires that this lease terminate at the expiration of its term, he must give to the other written notice at least 30 days prior to that date. Failure of either party to give this required notice will automatically renew this lease on a monthly basis. In any event, either party must give a 30 day WRITTEN notice to terminate this lease.

**RENT-** This lease is made for and in consideration of a monthly rental of FOURTEEN HUNDRED FIFTY Dollars ($1450.00), which is due on the 1st of each month

All rental payments to:   TOM MACKEY REAL ESTATE

                      14635 S. HARRELL'S FERRY RD.  STE. 1 C

                      BATON ROUGE, LA 70816

                 Phone Number:   (225) 751-8847

Landlord acknowledges receipt from Tenant the sum of $948.00 Dollars which is prorated rental for ½ days from the date of commencement of this lease to the first day of the following month

If Tenant pays by check and said check is not honored on presentation for any reason whatsoever, Tenant agrees to pay an additional sum of $35.00. This penalty provision is not to be considered a waiver or relinquishment of any of the other rights or remedies of Landlord. Tenant will be required to make future payments in money orders if at any time check payment does not clear his bank. The rent shall be due on the 1st day of each month and if not paid by the 5th day of the month, a late charge of $35.00 shall be added and a charge of $10.00 per day after the 5th day of the month shall also be added as part of the rent.

**DEFAULT OR ABANDONMENT-** Should the Tenant fail to pay the rent or any other charges arising under this lease promptly as stipulated, or should voluntary or involuntary bankruptcy proceedings be commenced by or against Tenant, or should Tenant breach any of the rules and/or regulations as referred to further herein, or should Tenant breach any other covenant of this lease, Tenant shall be at option of Landlord in default, without the necessity of demand or putting in default. In the event of default hereunder, Landlord may elect any remedy allowed under Louisiana law, including but not limited to declaring the rent for the whole unexpired term of the lease together with the attorney's fees immediately due and payable, or to proceed one or more times for the past due installments without prejudicing his right to proceed later for the remaining terms of the lease, or to cancel the lease and obtain possession of the premises.

**ATTORNEY'S FEE-** Tenant further agrees that if an attorney is employed to protect any rights of the Landlord hereunder, Tenant will pay the fee of such attorney. Such fee is hereby fixed at twenty five (25%) percent of the amount claimed or $400, whichever is greater. Tenant further agrees to pay all court costs and sheriff's charges, if any.

**EVICTION WAIVER OF NOTICE-** Tenant does herby waive any and all notices of eviction required by Louisiana Code of Civil Procedure Article 4701 as amended.

**SECURITY DEPOSIT-** Upon execution of this lease contract, Tenant agrees to deposit with Landlord or his agent, the receipt of which is hereby acknowledged, the sum of $1450.00 which will be subject to the attached SECURITY DEPOSIT RECEIPT. This deposit which is noninterest bearing, is to be held by Landlord as security for the full and faithful performance of all the terms and conditions of this lease and any renewals of this lease. The security deposit is not an advance rental and Tenant may not deduct any portion of the deposit from the rent due to Landlord. In the event of forfeiture of the security deposit due to Tenant's failure to fully and faithfully perform all of the terms and conditions of the lease, Landlord retains all of his other rights and remedies. Tenant des not have the right to cancel this lease and avoid his obligations hereunder by forfeiting the said security deposit.

         •   The parties acknowledge that REALTOR/ Agent has acted strictly as broker to bring the parties together and has no responsibility for the refund of the deposit or performance of any other provisions of the contract by either party.

                                    Or

         •   If the deposit is held by REALTOR/ Agent as managing agent or Landlord, the parties acknowledge that it will be noninterest bearing and that in the event of a dispute as to return of all or any portion of the deposit REALTOR/ Agent may deposit the funds with the Louisiana Real Estate Commission or any appropriate court for resolution and deduct therefrom the cost of such procedure.

Tenant shall be entitled to return of the said security deposit within 30 days in accordance with terms of attached SECURITY DEPOSIT RECEIPT after the premises are returned to Landlord in as good conditions as they were at the time Tenant first occupied same, subject only to normal wear and tear and after all keys are surrendered to Landlord. Landlord agrees to deliver the premises clean and free of trash at the beginning of this lease and Tenant agrees to return same in like condition at the termination of this lease.

In the event of any damage to the leased premises or equipment therein, reasonable wear and tear excepted, caused by Tenant, his family, guest or agents, Tenant agrees to pay Landlord, when billed, the full amount necessary to repair or replace the damaged premises or equipment.

Deductions may be made from the security deposit to reimburse Landlord for the cost of repairing any damage to the premises or equipment, or the cost of replacing any of the articles or equipment that may be damaged beyond repair, lost or missing at the termination of the lease. Deductions may also be made to cover any unpaid amounts owed to Landlord for any such damages or loss occurring prior to termination of the lease and for which Tenant has been billed. In the event that such damages or cleaning charges exceed the amount of the deposit, Tenant agrees to pay all excess costs to Landlord. In the event there has been a forfeiture of the security deposit, charges for damages and cleaning shall be paid in addition to the amount of the said security deposit. Deductions will also be made to cover any unpaid rental amounts and late fees.



TENANTS' INITIALS

Notwithstanding any other provisions expressed or implied herein, it is specifically understood and agreed that the entire security deposit aforesaid shall be automatically forfeited should Tenant vacate or abandon the premises before the expiration of this lease, except where such abandonment occurs during the last month of the term of the lease, if Tenant has paid all rent covering the entire term and either party has given the other timely written notice that this lease will not be renewed under its automatic renewal.

SUB-LEASE- Tenant is not permitted to sublet, assign, or grant use of the lease premises without the written consent of Landlord and then only in accordance with this lease.

OCCUPANTS- The leased premises shall be occupied as a residence by the following persons only: GERARD AND CRYSTAL KINLER AND THEIR 4 CHILDREN: KYLAN, KYLEIGH, KADIAN AND KADENCE ONLY

WARRANTY- Landlord warrants that the leased premises are in good condition, unless otherwise noted, and that the roof, heating, air conditioning, electrical and plumbing are in proper working order. Tenant accepts them in such condition and agrees to keep them in such condition during the term of the lease at his expense and to repair any damage caused by Tenant, Tenant's family, guest, or invitee.

REPAIRS & MAINTENANCE- No repairs shall be due Tenant by Landlord unless otherwise agreed to, except to roof, heating, air conditioning, electrical and plumbing and such as may be rendered necessary by fire or other casualty not occasions by Tenant's fault or negligence. Tenant agrees to report in writing to Landlord any damage to the leased premises within twenty-four (24) hours after its happening, and upon his failure to do so, Tenant shall be bound to repair any damage resulting from negligence of Tenant.

PETS- Tenant may not have pet or pets, unless a PET PROVISION rider is executed by Landlord and attached hereto.

OTHER VIOLATIONS AND NUISANCE- Should Tenant at any time violate any of the conditions of this lease, or should the Tenant discontinue the use of the premises for the purposes for which they are rented, or fail to maintain a standard of behavior consistent with the consideration necessary to provide reasonable safety, peace and quiet to the other tenants in the apartment complex or neighborhood, such as being boisterous or disorderly, creating undue noise, disturbance or nuisance of any nature or kind, engaging in any unlawful or immoral activities, and should such violation occur again after written notice to cease and desist from such activity or disturbance, then Tenant may be declared in default by Landlord and Landlord shall have the option to demand the rent for the whole unexpired term of the lease which shall at once become due and payable or to immediately cancel this lease and obtain possession of the premises, or elect any other remedy allowed by law.

ACCESS- Tenant will allow Landlord and parties authorized by Landlord to visit the premises in view of renting or buying THIRTY (30) days prior to expiration of this lease from 9:00 AM to 6:00 PM. Landlord reserves the right to post on the premise For Sale or For Rent/Lease signs at all times. Tenant will also permit Landlord to have access to the premises for the purpose of inspection and maintenance at reasonable intervals between the hours of 9:00 AM and 6:00 PM or at any time during an emergency.

RULES & REGULATIONS- Tenant acknowledges receipt of a copy of the rules and regulations which are attached to and from a part of this lease. Tenant agrees to comply with all such rules and regulations and with all reasonable rules and regulation hereafter adopted by the landlord and posted in or about the residences and/or mailed or delivered to Tenant, and failure to comply may be considered a default of this lease.

NON-LIABILITY OF LANDLORD- Tenant agrees that Landlord shall not be liable for injury or damage to person or property of Tenant, his family, guests, employees or invitees, occurring in, on or about the leased premises, or occurring anywhere in or on the apartment building or area in which the leased premises are located, or in or upon the premises in which the apartment building or house is located, or in any other building or structure on said grounds, however caused or arising except by the direct negligence of Landlord, his agents or employees, and agrees to indemnify and hold Landlord harmless therefore.

Landlord will not be responsible for damage caused by leaks in the roof, by bursting pipes, by freezing or otherwise, or by any vices or defects of the leased property, or the consequences thereof, nor will Landlord be liable damages for injury caused by any vices or defects of the leased property to Tenant, or any Tenant or Occupant, or to anyone in the building or on the premises, except in case of positive neglect or failure to take action toward the remedying of such defects within reasonable time after having written notice from Tenant of such defects and the damage caused thereby. Should Tenant fail to so notify Landlord promptly, in writing, of any such defects, Tenant will become responsible for any damage or injury resulting to Landlord or other parties. It is recommended that the said Tenant shall maintain renter's insurance coverage on Tenant's possessions to be placed within and on the premises. Landlord shall be required to maintain the proper structural insurance only.

OCCUPANCY BY TENANT- Should Tenant be unable to obtain occupancy on the date of the beginning of the lease due to causes beyond control of Landlord, this lease shall not be affected thereby, but Tenant shall owe rent beginning only with the day on which he could obtain possession.

Should the property be destroyed or materially damaged so as to render it wholly unfit for occupancy by fire or other unforeseen event not due to any fault or neglect of Tenant, then Tenant shall be entitled to credit for the unexpired term of the lease.

Notification pursuant to LSA = R.S. 37: 1469 is hereby given. The names of those persons who are required to register pursuant to LSA = R.S. 15:540 et seq. are available by accessing the statewide database at http://www.lasocpr.lsp.org/socpr/. This information may also be retrieved by phone at 1-800-858-0551 or 225-925-6100. Brokers, agents and affiliates are not responsible for providing information regarding the proximity of registered sex offenders beyond providing the information above.

ROLE OF REALTOR®- REALTOR® and his agents have acted only as real estate broker to bring the parties together and will in no case be liable to either party for performance or non-performance of any part of this agreement or for any warranty of any nature, unless specifically set forth in writing, and REALTOR® specifically makes no warranty whatsoever as to whether or not the property by this agreement is situated within or without the Government's hundred year flood plan, or as to size or physical condition of the property or improvements.

SPECIAL STIPULATIONS: NO SMOKING IN HOME  TENANT TO MAINTAIN YARD, LESSOR HAS OPTION TO MAINTAIN WASHER, DRYER AND REFRIGERATOR

Landlord and Tenant signing below certify that they have read and understood this contract and consent to become parties to all the obligations expressed herein.

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

### Chinese Drywall Settlement Program
### Bodily Injury Affidavit

Pursuant to the Court Approved Settlement Agreement regarding Other Loss Fund Benefits, any individual seeking reimbursement for bodily injury allegedly attributable to Chinese Drywall must submit an affidavit (i) attesting that all Pharmacy Records and all Medical Records have been collected and (ii) attesting that all Pharmacy Records and all Medical Records have been produced pursuant to Section 4.7.2.3, along with an index or list identifying the source of said records. The Settlement Administrator may consider this Affidavit in making a determination of eligibility, but the submission of this Affidavit does not constitute conclusive proof of the facts stated herein. This Affidavit will not be considered unless it is personally signed by the claimant. To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreen.com/drywall. If you intend to use this Affidavit to provide information about multiple properties, attach a list of properties as a separate sheet and upload it directly to the Chinese Drywall Settlement Portal for each Affected Property to which the Affidavit applies. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreen.com, or send by U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

### A. Claimant Information

| | | | | |
|---|---|---|---|---|
| **1. Name:** | *Last Name* Kinler | *First Name* Gerard | | *Middle or Initial* N. |
| **2. Chinese Drywall Settlement Program Claimant ID Number:** | | 1 0 2 9 8 7 | | |
| **3. Social Security Number or Individual Taxpayer Identification Number:** | | *SSN or ITIN* 4 3 3 - 3 5 - 5 5 3 5 | | |
| **4. Affected Property Identification Number (if you know it):** | | | | |
| **5. Affected Property Address:** | *Street* 2509 Yukon Cliff Dr. | | | |
| | *City* Boskin | *State* FL | | *Zip Code* 33570 |
| **6. I have submitted all pharmacy records since January 1, 2005.** | ☐ Yes | | | |
| **7. I have submitted all medical records since January 1, 2005.** | ☐ Yes | | | |

### B. Certification

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed the Chinese Drywall Settlement Program Bodily Injury Claim Form, and evidence submitted in support of this claim and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution. I certify that I have made a good faith effort to obtain documentary evidence in support of my claim, and that if I obtain documentary evidence after I submit this Affidavit I will provide this evidence to the Settlement Administrator as soon as practicable, but no later than any other relevant deadlines set by the Settlement Administrator.

### C. Signature

| | | | |
|---|---|---|---|
| **Claimant or Representative Signature:** | *Gerard N. Kinler* | **Date:** | 5/14/14 *(Month/Day/Year)* |
| **Claimant or Representative Name:** | *Last Name* Kinler | *First Name* Gerard | *Middle Initial* N. |

CDW BI AFF

## CHINESE DRYWALL SETTLEMENT PROGRAM
## BODILY INJURY CLAIM FORM

Any Individual seeking compensation for Bodily Injury allegedly caused by exposure to Chinese Drywall must complete and submit this Bodily Injury Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Bodily Injury Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Bodily Injury Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Bodily Injury Claim Form online.

If you are unable to complete the Bodily Injury Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **1. Claimant Name:** | Last Name<br>Kinler | | First Name<br>Gerard | | N.I. |
| | Co-Owner Last Name/Business Name<br>Kinler | | Co-Owner First<br>Crystal | | N.I. |
| | DBA or Fictitious Name (if applicable) | | | | |
| **2. Individual Claimant's Social Security Number (SSN)** | 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 | | | | |
| **3. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☐ No | | | | |
| **4. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:<br><br>SSN: | | | | |

CHINESE DRYWALL SETTLEMENT PROGRAM
## BODILY INJURY CLAIM FORM

| | |
|---|---|
| **5. Attorney Information:** | ☐ Check here if you are not represented by an attorney and skip to Question 6.  If you are represented by an attorney, complete this section. |
| | Firm Name<br>Becnel Law Firm, LLC |
| | Attorney Last Name / Attorney First Name |
| | Street |
| | City / State / Zip |
| | Email<br>tbecnel@becnellaw.com / Phone Number<br>( ) - |
| **6. Affected Property Address:** | Street<br>2509 Yukon Cliff Dr |
| | City<br>Ruskin / State<br>FL / Zip<br>33570 / County/Parish<br>Hillsborough |
| **7. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☒ Knauf.<br>☒ Banner.<br>☐ InEx.<br>☒ Global.<br>Participating Supplier Name:<br>Participating Builder Name:   M/I Homes, Inc., M/I Homes of Florida, LLC, M/I Homes of Tampa, LLC, M/I Homes of West Palm Beach, LLC and M/I Homes of Orlando, LLC<br>Participating Installer Name:<br>☐ L&W.<br>☐ Unknown.<br>Additional Comments (attached additional pages if necessary): |
| **8. Lawsuit:** | Jurisdiction:  Louisiana Eastern District<br>Case/Docket Number:  09-cv-07628<br>Date Filed: 12/ 09/ 2009<br>        (Month/Day/Year) |
| **9. Drywall Manufacturer:** | ☒ Knauf<br>    ☒ I am a member of the Knauf Settlement Class<br>    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☐ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |

CHINESE DRYWALL SETTLEMENT PROGRAM
## BODILY INJURY CLAIM FORM

| | |
|---|---|
| 10. **Select the option that best describes your relationship to the Affected Property:** | ☐ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☐ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☒ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other:____ |
| 11. **Select the option that best describes how you used the Affected Property:** | ☐ Primary Residence<br>☐ Rental/Commercial Property<br>☐ Secondary Residence<br>☐ Vacant<br>☐ Other____ |
| 12. **Did you seek medical treatment for your bodily injury?** | ☒ Yes. List the first date you sought medical treatment: __/ /__ (Month/Day/Year)<br><br>☐ No. |

| 13. **Treating Physician Information (attach additional sheets if necessary):** | Last<br>Dhaduavı | First<br>ashok | M.I. |
|---|---|---|---|
| | Street<br>South Bay Hospital | | |
| | City | State | Zip |
| | Telephone<br>() - | Fax<br>() - | |

CHINESE DRYWALL SETTLEMENT PROGRAM
## BODILY INJURY CLAIM FORM

| | | |
|---|---|---|
| **14.** | **Dates you resided in the Affected Property:** | From: __07/ 23/ 2006__ (Month/Day/Year)     To: __06/ 15/ 2009__ (Month/Day/Year)    ☐ Present |
| **15.** | **Provide any injury or injuries your treating physician determined were caused by Chinese Drywall (attach additional sheets if necessary):** | Bodily Injury: |
| **16.** | **Comments and additional information about your claim:** | |

CHINESE DRYWALL SETTLEMENT PROGRAM

## BODILY INJURY CLAIM FORM

### B. REQUIRED DOCUMENTS

Claimants seeking compensation for Bodily Injury caused by Chinese Drywall must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof that you resided in the Affected Property (ownership document or lease/rental agreement);

2. All pharmacy records since January 1, 2005;

3. Signed Certification from the Claimants' pharmacy or pharmacies, or from the Claimant, indicating that all records have been produced;

4. All medical records since January 1, 2005;

5. Signed Certification from all healthcare providers, or from the Claimant, indicating that all records have been produced;

6. Signed Affidavit from the Participating Class Member or their legal guardian attesting that all Pharmacy Records and all Medical Records have been produced along with an index or list identifying the source of these records;

7. Report from a treating physician or an expert providing:
   (a) Evidence that the Bodily Injury was substantially caused by Chinese Drywall; and
   (b) The medical and scientific basis for both general and specific causation of the injury.

### C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney: | Toni Becnel | | Date: | 09/ 18/ 2013 (Month/Day/Year) |
|---|---|---|---|---|
| **Printed Name:** | First | Last | M.I. | |





Pediatric Health Care Alliance, P.A.

Riverview Office

Big Bend Professional Park
10729 Queens Town Drive
Riverview, FL 33579
813.672.3497
Fax 813.741.2418

www.PediAlliance.com

Tanya Liberato, M.D.
Lori Bowers, M.D.
Paula Callahan, Site Manager

September 19, 2011

RE:   Kylan Kinler ✓        DOB 10/21/97
      Kyleigh Kinler        DOB 11/19/98
      Kadian Kinler         DOB 06/29/04
      Kadence  Kinler       DOB 08/26/06

To Whom It May Concern:

The above named children have been exposed to Chinese drywall.  They have been evaluated
by me between August, 2007 and April, 2009 for the following:

Kylan Kinler:         Upper respiratory infection, allergic rhinitis and chronic sinusitis; referred
                      to ENT, allergist and pulmonologist and for an  EKG and CT scan

Kyleigh Kinler:       Acute sinusitis, pharyngeal erythema, post nasal drip; referred to ENT and
                      allergist

Kadian Kinler:        Abdominal pain, upper GI issues, upper respiratory infection and dysuria
                      and urinary tract infection. He was referred to an allergist, ENT specialist,
                      pulmonologist, and gastroenterologist.

Kadence Kinler:       Asthma, otitis media, sinusitis, asthma and; nebulizer treatments;
                      referred to a pulmonologist and an allergist.

Each child's medical records are enclosed.

Sincerely,

Tanya Liberato, M.D.



Your Child's Medical Home

OCHSNER CLINIC OF BATON ROUGE
9001 SUMMA AVE
BATON ROUGE, LOUISIANA 70809
PHONE 225/761-5200
PLACE OF ENCOUNTER: BATON ROUGE (SUMMA AVE)

PATIENT NAME: MR GERARD N KINLER
CLINIC NUMBER: 2674070
ENCOUNTER DATE: 08-05-09
DICTATOR: KINDRED, JAMES

PROVIDER NOTE

DOB: 10/04/1965

PCP: Is going to be Dr. Baird. He is new to the practice today.

VITALS: Weight is 231. BP is 120/74, temp 97.5.

ALLERGIES: Iodine.

MEDS: Adipex 37.5 mg, Nexium 40 mg.

C/O: Constant, deep cough.

S: This 43 YOW/M just recently moved back here to Gonzales from Florida. Apparently, they had a house down in Florida that had this Chinese drywall that caused everybody to be sick. He is not sure whether the house he is living in now has it or not.  June 15th they left Florida, came here, and in the new house he cleared up for a short period and now he is back with the cough about 10 days. Actually, he has been coughing now for about three weeks, but real hard the last four or five. Occasionally, he will bring up sputum. It will be yellow in color. He is having some itching dry eyes.

ROS: At this time is basically negative. The patient had recently taken Adipex to help him lose weight because he is concerned about weight loss to improve his defense against accruing diabetes like his parents had. He also takes Nexium occasionally, but it belongs to his wife and he needs a refill or a prescription of his own.

CHILDHOOD: Had bronchitis severe, but never hospitalized.

SURGICAL: He had a left foot infection where he stepped on a thorn in 1976, that had to be surgically drained. Left knee was operated on in 87 for ACL repair and again with a followup arthroscopy while he was in the service, and then he also had a right thumb repair in 93. His parents are both deceased. Mother at age 52 had diabetes. Father at age 44 had diabetes. He has three brothers, one sister, of which two brothers and one sister have diabetes, and one brother has hypertension and extreme obesity. He has four children living and well.

PERSONAL HABITS: The patient is married 12 years. He is a teacher at the

**** COPY ****

Comp # 10987



**Children's Hospital**

# DISCHARGE SUMMARY

**Patient:** Kinler, Kadence R
Date of Birth: 08/02/2006
Attending: Paul J Evans, M.D.
Department/Unit:

Medical Record #: 666593
Location: CDU CDU04 1
Date of Admission: 03/05/2008
Date of Discharge: 03/06/2008

## ADMITTING DIAGNOSES:
1. Persistent fevers.
2. Sinusitis.
3. Bilateral otitis media.
4. Asthma.

## DISCHARGE DIAGNOSES:
1. Chronic bilateral otitis media and sinusitis.
2. Persistent asthma.
3. Possible immunodeficiency with recurrent sinopulmonary infections.

**HISTORY OF PRESENT ILLNESS:** This patient is a 19-month-old female who has been ill with nasal congestion, rhinorrhea, wheezing and fever for 4 weeks prior to admission. Her symptoms have been refractory to oral antibiotics and intermittent bronchodilators. Though the patient was not febrile during the entire period she redeveloped fever 3 days prior to admission with increased coughing and runny nose.

**HOSPITAL COURSE:** The patient was placed on cefotaxime empirically. She was afebrile during the hospitalization. A CT scan of the sinuses showed extensive paranasal sinusitis. Allergy/immunology service was consulted and an immunodeficiency workup was initiated. The patient was also seen by otolaryngology who felt that PE tubes would be warranted once the acute infection was resolved. The patient was treated with intermittent bronchodilators and Flovent was initiated.

**PHYSICAL EXAMINATION AT DISCHARGE: VITAL SIGNS:** The patient is afebrile. Her vital signs are within normal limits with a respiratory rate of 30, heart rate of 124, and blood pressure of 117/79. **GENERAL:** She is awake, alert and playful in no obvious distress or discomfort. **HEENT:** Exam continues to show bilateral otitis media and a mild nasal congestion, but no rhinorrhea. She does not have any wheezing at the present time. **CARDIOVASCULAR:** Exam shows a regular rate and rhythm with no murmur. **ABDOMEN:** Benign.

**DISCHARGE CONDITION:** Good.

## DISCHARGE MEDICATIONS:
1. Clindamycin 90 mg or 6 mL orally 3 times a day.
2. Omnicef 150 mg 6 mL orally once daily.

Patient: Kinler, Kadence R   DOB: 08/02/2006   MR#: 666593   Acct#: 31509666   Service Date:
Job # 000592393   Dictated: 03/06/2008   Document #: 047053   Transcribed: 03/06/2008 1:01 P   MDT   Page 1 of 2
MR ES 395-2625 THIS MATERIAL HAS A PRIVILEGED AND CONFIDENTIAL STATUS AND MAY NOT BE FURTHER DISCLOSED WITHOUT THE
WRITTEN CONSENT OF THE PERSON TO WHOM IT PERTAINS.
COPY FOR: Tanya M Liberato, M.D.   **PRELIMINARY IF NOT SIGNED**

OCHSNER CLINIC OF BATON ROUGE
9001 SUMMA AVE
BATON ROUGE, LOUISIANA 70809
PHONE 225/761-5200
PLACE OF ENCOUNTER: PRAIRIEVILLE

PATIENT NAME: MR GERARD N KINLER
CLINIC NUMBER: 2674070
ENCOUNTER DATE: 09-08-09
DICTATOR: BAIRD, WILLIAM H

PROVIDER NOTE

DOB: 10/04/1965

Mr. Kinler comes in today with concerns over polydipsia and polyuria. He is a 43-year-old gentleman who has a history of no real significant medical problems. He notes that diabetes runs in his family and he has noted over the last little while he has been having increased thirst and increased urination. He became concerned that that might be a sign that he is having some issues at this point with diabetes. As a result he wanted to make sure he got that checked out.

He indicates as well he has been taking Phentermine for some time now and has lost about 20 to 30 pounds with it. He was hoping that I would continue to write that for him. It is noted that he was seen in our clinic about a month ago and he has not lost any weight during the intervening time and he has been on the Phentermine.

He also complains of some chronic postnasal drainage. He says it has been an issue for him going on a little while. He has not sought any treatment for this. He does explain that his house has had issues with Chinese drywall and he does not know if that is playing a part in this.

PAST MEDICAL HISTORY: None.

PAST SURGICAL HISTORY: An ACL and MCL repair on the left knee. He had orthopedic surgery on his right hand.

ALLERGIES: Iodine and iodine.

MEDICATIONS: Adipex and Nexium.

SOCIAL HISTORY: He is married. He does not smoke, does not drink. He is a coach and teacher.

FAMILY HISTORY: Noted for diabetes.

REVIEW OF SYSTEMS: Negative except as noted above.
CONSTITUTIONAL: No weight loss or gain.
HEENT: Denies Seizures. Denies chronic sore throat. Denies headaches. Denies sudden loss of vision or hearing. Denies neck swelling or tenderness.

**** COPY ****

OCHSNER CLINIC OF BATON ROUGE
9001 SUMMA AVE
BATON ROUGE, LOUISIANA 70809
PHONE 225/761-5200
PLACE OF ENCOUNTER: PRAIRIEVILLE

PATIENT NAME: MR GERARD N KINLER
CLINIC NUMBER: 2674070
ENCOUNTER DATE: 09-08-09
DICTATOR: BAIRD, WILLIAM H

PROVIDER NOTE

CARDIAC:  Denies chest pain or palpitations.
GI:  Denies nausea, vomiting, diarrhea or constipation. Denies melena,
bright red blood per rectum.
PULMONARY:  Denies shortness of breath or hemoptysis.
GU:  No hematuria, dysuria or irregular bleeding.
EXTREMITIES:  Denies swelling or weakness.
NEURO: Denies any symptoms of TIA or stroke.
SKIN:  Denies rashes, atypical moles.

IMPRESSION:
1. Polydipsia, polyuria.
2. Allergies.
3. Overweight

PLAN:
1. I am going to arrange for a CBC, chem-12, lipid panel, PSA, and a
urinalysis for his lab work.
2. I am also going to put him on some Zyrtec to see if that may help some
with the allergy symptoms.
3. For his weight issue, I have explained to him that the Adipex is not
something I am in the habit of prescribing. I explained that I do not feel
that it is very effective medication for what it is mean to do long-term
and that I would not continue to prescribe that for him. We talked about
diet and calorie restriction and monitoring calories and such, and he
expressed understanding of that. I have offered to help him in any other
way to work with him for the weight loss, and he expressed understanding
of that. At this point he was not interested in any specific, like a
nutrition consultation or anything of that nature.
4. As an aside issue, he noted that he was told after they did the surgery
on his knee that he has a leg length discrepancy and he has some chronic
issues with some discomfort in his right hip opposite the leg that was
operated on and he was not sure if that might be playing a part in some of
his discomfort. We did talk about that and I have recommended that we have
him see Ortho to see if they can help with his leg length discrepancy and
move forward from there. He expressed understanding of the plan.


                    William H. Baird, M.D.

WHB/jpt  dd:   09/08/2009 18:40:37 (EST)  td:   09/09/2009 19:09:09 (EST)
Doc ID #30650316  Job ID #39324206
Document authenticated by William H. Baird, M.D., on 09/10/2009 09:59:04 ET



                    **** COPY ****

Ochsner Clinic Foundation

KINLER, GERARD N
2674070
Ochsner Clinic
DUFRENE, SCOTT J

9/27/2011

Psychiatry - Initial Visit (PhD/LCSW)

saw a psychiatrist on the Air Force Base at this time. He denies any other psychiatric history. He denies any previous suicidal ideation.

MEDICAL HISTORY: He is currently he is currently 80% disabled through the military. He states he has constant pain. He states the pain occurs in his hip, back, and knee. He has degenerative joint disease, narrowing of the spine, arthritis in both hips, and left knee problems.

CURRENT MEDICATIONS & DRUG REACTIONS(include over-the-counter & herbal): See Med Card

FAMILY HISTORY OF PSYCHIATRIC ILLNESS: Patient's sister has depression and alcohol problems. He has a maternal uncle who completed suicide.

SOCIAL HISTORY(marriage, employment, etc.): Patient's mother, Faith, died in 1999 at the age of 52 due to a diabetic coma. She was a homemaker. Patient's father, Drauzine, died in 1983 due to a stroke and diabetes. He was 44. His father worked in a chemical plant in Taft Louisiana. His parents were married for 17 years. His mom had infidelity. He is the second of 5 children, 4 boys and one girl. His siblings include: Charles, 48, lives in Ama, is married, has 4 daughters, and works fishing. Drauzine III, 43, lives in Destrehan, is divorced, has 2 children, and works as a police officer. Dallas, 40, lives in Hahnville, is on his second marriage, has 3 children, and sells parts to plants on the river. Catherine, 38, lives in Luling, is married, has 4 children and is a homemaker. Patient graduated high school from Hahnville High in 1983. He played football and baseball. He worked from age she was 13. He worked at a donut shop and fruit stand. He enlisted in the Air Force. He was active duty for 20 years with an honorable discharge. His jobs included: Computer network, administration, combat operations, and recruiter. He has a bachelor's degree in Kineseology from Tulane University in 2000. He has a masters in education from the University of Louisiana at Monroe in 2004. He is currently taking online courses from Concordia University to get a Masters in business administration. He started teaching high school in Monroe for 3 years. He then taught high school in Florida for 3 years. He moved back to Louisiana in 2009. He is currently teaching at Woodlawn High School for 2 years. His first marriage was to Linda for 7 years. He states they drifted apart, and they divorced. They met in Phoenix. They had not children. He is currently married to Crystal for the past 14 yrs. She is not working due to a bad car accident. She does not drive. The marriage is strained due to medical issues. They have four children: Kylan, 13, is in 8th grade at Duchtown Middle, Kyleigh, 11, is in 6th grade at Dutchdown Middle, Kadian, 7, is in 2nd grade at Spanishtown Primary, Kadence, 5, is in Kindergarten at Spanishtown Primary. Patient states his family has been experiencing medical problems due to purchasing two homes with Chinese drywall. Patient states he began to have headaches and his eyes were burning. Each member of the family had different symptoms. He now feels that there is something in her current home, but the tests for mold come back right under a problematic level.

Religion/Spiritual Orientation: He is Christian. He attends church weekly. His family goes to The Healing Place church.

Sexual Abuse: Denies

Sexual history and orientation: Heterosexual

Military Service: He was honorably discharged from the Air Force in December 2003. He taught Air Force ROTC at Tulane University for 4 years and Louisiana Tech for 4 years. He later did inspections on college ROTC programs.

Financial Status: Strained

Social, peer group, living situation: Lives with wife and children

SUBSTANCE USE:

Alcohol: Once every three mons

Ochsner Clinic Foundation

KINLEX, GERARD N
2674078
Ochsner Clinic
DJ-HENR, SCOTT J

8/27/2011

Psychiatry - Initial Visit (PHD/LCSW)

## DIAGNOSTIC INTERVIEW - CPT CODE 90801

REFERRAL SOURCE:Louis O. Jeansonne IV, M.D.

Date: 9/27/2011

Met with patient alone.

CLINICAL STATUS OF PATIENT: Outpatient (Ambulatory)

SITE: Ochsner Clinic Baton Rouge

CHIEF COMPLAINT (symptom, problem, diagnosis, follow-up, reason for encounter): 45 year old male patient presents with following complaints:
Psychological evaluation prior to bariatric surgery.

HISTORY OF PRESENT ILLNESS(location, quality, severity, duration, timing, context, signs and symptoms of chief complaint):
: Patient presents for initial assessment for possible gastric surgery. He states that his brother had the lap band due to having diabetes. He was able to control the illness with the band. He had band 6 years ago and lost 80 pounds. Patient's father had hardening of the arteries and both sides of his legs were cut. The last 5 years of his father's life were "like torture." He states that currently he is in constant pain. In the past, he always worked out and was in good shape. Currently, he did not eat much, but he cannot seem to lose the weight. He currently weighs 240 pounds. In the past he took phentermine with Dr. Menard. He would lose weight, but then it would return. He is looking for solutions. He feels his pain would improve if he lost 10-12 pounds. He is afraid of having family medical history complications. He states he has been miserable due to losing his ability to do daily living activities. He would like to learn to cope with the pain he has. He reports getting tired and out of breath. He does get epidural injections from Dr. Ahmed. He describes approximately 20 pounds of weight gain in 1992. At that time, he was put on Pamelor (He states that he is stressed because his wife currently wants to move out of their house. However, they have a house note. His wife has multiple medical problems. He has to do all of the driving for the family. He coaches wrestling and conditioning in the afternoon. And in the late night, he is taking online business courses toward an MBA.

PAIN SCALE (0-10): 5

SYMPTOMS:
MOOD- Depressed Mood, Insomnia/Hypersomnia, Weight loss/gain, Fatigue and Poor Concentration

## PAST MEDICAL, FAMILY, AND SOCIAL HISTORY :
PSYCHIATRIC HISTORY: Patient has been diagnosed with posttraumatic stress disorder. All he was in the Air Force, he was attending an air show in 1992. He witnessed a crash. He describes seeing civilians limbs cut off and others burning. He says sometimes he still gets depressed when he thinks about it. He admits that he can be a loner and isolate. At this time, he was put on Pamelor. He states he put on "a ton of weight." He

Ochsner Clinic Foundation

KINLER, GERARD N
2674070
Ochsner Clinic
PASQUA, CLAIRE P

11/14/2011

After Hours - BR

NECK: Supple. No cervical lymphadenopathy.
NODES: No cervical or axillary lymph node enlargement.
CHEST: Lungs clear. Normal respiratory effort.
CARDIOVASCULAR: Normal S1, S2. No rubs, murmurs or gallops. No edema.
ABDOMEN: Soft. No tenderness or masses.

ORDERS:
Imaging- CXR- costophrenic angles intact. Heart size upper limits of normal. Lung fields clear with mild prominence of central pulmonary vasculature. No change when compared to last CXR of 3/10/11. Will await radiology review.

ASSESSMENT:1. Bronchitis. 466.0.

PLAN:
Medications:
- Chermussin PRN cough at HS. cautioned that medication may cause drowsiness so he is not to drive or operate machinery while taking. Albuterol inhaler 2 puffs Po Q 6 hours X 1 week, instructed on proper administration of inhaler. Azithromycin 250 mg. take as directed.
- Increase fluid intake.
- If no improvement in 1-2 weeks, contact your PCP. He may need referral to pulmonology for further evaluation and treatment. Patient and spouse verbalized all instructions

Electronically signed by Claire P Pasqua, NP 11/14/2011 11:45:53 PM

T:11/14/2011 11:51:00 PM CHART ID:19056896

OCHSNER CLINIC OF BATON ROUGE
9001 SUMMA AVE
BATON ROUGE, LOUISIANA 70809
PHONE 225/761-5200
PLACE OF ENCOUNTER: BATON ROUGE (SUMMA AVE)

PATIENT NAME: CRYSTAL D KINLER
CLINIC NUMBER: 0970883
ENCOUNTER DATE: 05-04-11
DICTATOR: PATEL, DEEPESH RUBIN

PROVIDER NOTE

IMPRESSION:
1. History of iron and B12 deficiency.  We will check a ferritin level, B12 level and a CBC.
2.  History of recurrent UTIs.  Check UA.
3.  Weakness/fatigue.  Check CBC.  Was considering TSH.  However, that was checked by Dr. Payne in December and was normal.
4.  Shortness of breath/paroxysmal nocturnal dyspnea for patient of Pulmonary.

PLAN:  Follow up as needed.

D. Rubin Patel, M.D.

DP/AM dd: 05/23/2011 16:11:10 (CDT)   td: 05/24/2011 19:02:32 (CDT)
Doc ID #324809   Job ID #222017

CC:

Authenticated by D. Rubin Patel, M.D., on 06/02/2011 12:18:26 (CDT)

**** COPY ****

OCHSNER CLINIC OF BATON ROUGE
9001 SUMMA AVE
BATON ROUGE, LOUISIANA 70809
PHONE 225/761-5200
PLACE OF ENCOUNTER: BATON ROUGE (SUMMA AVE)

PATIENT NAME: CRYSTAL D KINLER
CLINIC NUMBER: 0970883
ENCOUNTER DATE: 06-09-11
DICTATOR: LEJEUNE, ELIZABETH B

PROVIDER NOTE

HEART: Regular rate and rhythm without murmurs, gallops, or rubs.
LUNGS: Clear to auscultation. No rales, wheezes, or rhonchi.
ABDOMEN: Soft, positive bowel sounds, nontender.

EXTREMITIES: No clubbing, cyanosis, or edema.

SPIROMETRY: Invalid data.

IMPRESSION:
1. Dyspnea.
2. Possible sleep apnea.

PLAN: Will get a formal polysomnogram for evaluation of obstructive sleep
apnea. The patient to return to clinic after this study is available.
Flonase nasal spray for nasal congestion. Albuterol as needed for
shortness of breath. Fungal serologies.

Elizabeth LeJeune, APRN

EL/DN dd: 06/09/2011 16:06:00 (CDT)    td: 06/10/2011 10:39:24 (CDT)
Doc ID #347398    Job ID #244463

CC:

Authenticated by Elizabeth LeJeune, APRN, on 06/17/2011 10:22:23 (CDT)

**** COPY ****

```
OCHSNER CLINIC OF BATON ROUGE        PATIENT NAME: CRYSTAL D KINLER
9001 SUMMA AVE                       CLINIC NUMBER: 0970883
BATON ROUGE, LOUISIANA 70809         ENCOUNTER DATE: 05-26-11
PHONE 225/761-5200                   DICTATOR: LEJEUNE, ELIZABETH B
PLACE OF ENCOUNTER: BATON ROUGE (SUMMA AVE)
```

PROVIDER NOTE


CONSULTATION

CONSULTING PHYSICIAN: Kodi Crisp-Coleman, M.D.

REASON FOR CONSULTATION: Short of breath.

HISTORY OF PRESENT ILLNESS: This is a 35-year-old female who presents to the office today for pulmonary evaluation. The patient states she has been short of breath for approximately three years with other associated symptoms. She states she lived in a house in Florida with Chinese drywall, and she believes this is when her problem started. She becomes short of breath when walking up a flight of stairs. She feels as though her chest gets tight with possible wheezing. She states her children are also sick with respiratory issues frequently. Her youngest child is on nebulizer treatments, and another daughter has frequent episodes of bronchitis and upper respiratory infections. She has since moved from that house but now lives in the home with black mold. She has also done other testing and has found other chemicals in the home from her history, one which is formaldehyde. Some of the other symptoms that she has include headache, fatigue, skin sensitivity overall "just not feeling well." No fevers, chills or hemoptysis. No pleuritic-type chest pain.

PAST MEDICAL HISTORY: Thyroid nodules, recurrent UTIs, anemia, hypertension, IBS, GERD, H. pylori, constipation, esophagitis, palpitations and B12 deficiency.

PAST SURGICAL HISTORY: Hysterectomy, C-section x3, colonoscopy, EGD and bladder sling.

FAMILY HISTORY: Father with hypertension, heart disease, emphysema and leukemia. Mother with osteoporosis. Sister with emphysema. Daughter with asthma. Sister with breast cancer.

SOCIAL HISTORY: She is married. She has four children. Not employed. No alcohol. No significant caffeine. States she eats healthy. No regular exercise due to her fatigue and lack of energy.

ALLERGIES: See allergy card.

MEDICATION: See med card.


**** COPY ****

OCHSNER CLINIC OF BATON ROUGE
9001 SUMMA AVE
BATON ROUGE, LOUISIANA 70809
PHONE 225/761-5200
PLACE OF ENCOUNTER: BATON ROUGE (SUMMA AVE)

PATIENT NAME: CRYSTAL D KINLER
CLINIC NUMBER: 0970883
ENCOUNTER DATE: 06-09-11
DICTATOR: LEJEUNE, ELIZABETH B

PROVIDER NOTE

CHIEF COMPLAINT: Followup for dyspnea.

HISTORY OF PRESENT ILLNESS: The patient with chronic dyspnea for approximately 3 years with exposure to Chinese drywall, mold, formaldehyde. See consultation on 5/26/11. The patient was given albuterol to see if it would help with her symptoms. The patient states she has used it maybe once or twice, but has not noticed a significant improvement. No wheezing. We have attempted pulmonary function studies but, unfortunately, the results have not been valid due to technique. She has seen Dr. Erffmeyer for allergy testing. No fevers, chills or hemoptysis. She does have a left-sided nasal congestion and postnasal drip, as well as ear pressure.

The patient states she has significant daytime hypersomnolence. She does not wake up in the morning feeling refreshed. She is unsure of snoring and witnessed apneas. Her husband does not watch her sleep. She does wake up frequently during the night for unknown reasons. She states she could fall asleep at anytime. Her Epworth Sleepiness Scale score is 18. She is questioning if she has sleep apnea. She has a history of headaches, problems concentrating and feeling irritable. She is having difficulties performing daily activities due to her hypersomnolence.

PAST MEDICAL HISTORY: See note on 5/26/11.

MEDICATIONS: See MedCard.

ALLERGIES: See Allergy Card.

REVIEW OF SYSTEMS:
GENERAL: See history of present illness.
CHEST: See HPI
CARDIOVASCULAR: Denies chest pain, PND, orthopnea, or reduced exercise tolerance.
PERIPHERAL VASCULAR: Denies leg swelling.

PHYSICAL EXAMINATION:
GENERAL: Well developed, well nourished in no acute distress. Able to speak in full sentences.
VITAL SIGNS: See vital sign sheet.
HEENT: Head normocephalic, atraumatic. Sinuses nontender. Pharynx clear.
NECK: Supple. No cervical or supraclavicular lymphadenopathy is noted.

**** COPY ****



# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

| Home |
| Reviews and Determinations |
| Claims Administrator Procedures |
| Online Filing Tools |
| Settlement Agreement |
| Claimant Management |
| Change Password / Email |

**Back**     **Claimant Details**

### Claimant Information

| | | | |
|---|---|---|---|
| Claimant ID: | 102987 | Name: | Kinler, Gerard |
| Co-Owner: | Kinler, Crystal | | |
| Represented By: | Pro Se | Business: | |
| Receives Mail: | No | Claimant Address: | P.O. Box 254 Terra Cela FL 34250 |

**View Claimant Documents**   **Payments**   **Request Edits**     **Edit Claimant Details**

### View Documents

Filter Documents of type: [ALL]

| Doc ID | Claimant ID | APID | Document Type | Document Description | Create Date | | | |
|---|---|---|---|---|---|---|---|---|
| 341673 | 102987 | 0 | | Authorization for Release of Info | 03/23/2016 | View | Edit | Remove |
| 341248 | 102987 | 0 | Profit & Loss Statements | Losses etc | 02/09/2016 | View | Edit | Remove |
| 341247 | 102987 | 0 | Profit & Loss Statements | Proof Of purchase etc | 02/09/2016 | View | Edit | Remove |
| 341246 | 102987 | 0 | Proof of Purchase | Proof Of Repairs, Expenses Etc, except cash receipts and cc's | 02/09/2016 | View | Edit | Remove |
| 341233 | 102987 | 5142 | Receipts | | 02/05/2016 | View | Edit | Remove |
| 341232 | 102987 | 5142 | Receipts | | 02/05/2016 | View | Edit | Remove |
| 341231 | 102987 | 5142 | Receipts | | 02/05/2016 | View | Edit | Remove |
| 341230 | 102987 | 5142 | Receipts | | 02/05/2016 | View | Edit | Remove |
| 341229 | 102987 | 5142 | Receipts | | 02/05/2016 | View | Edit | Remove |
| 341228 | 102987 | 5142 | Receipts | | 02/05/2016 | View | Edit | Remove |
| 341227 | 102987 | 5142 | Receipts | | 02/05/2016 | View | Edit | Remove |
| 341226 | 102987 | 5142 | Special Master Award – Request for Reconsideration | calculation + supporting documentation | 02/05/2015 | View | Edit | Remove |
| 340985 | 102987 | 5142 | Special Master Award – Request for Reconsideration | | 12/18/2015 | View | Edit | Remove |
| 340445 | 102987 | 5143 | Receipts | | 11/27/2015 | View | Edit | Remove |
| 340444 | 102987 | 5143 | Claimant Affidavit | | 11/27/2015 | View | Edit | Remove |
| 340443 | 102987 | 5143 | Affected Property Information Affidavit | | 11/27/2015 | View | Edit | Remove |
| 340442 | 102987 | 5143 | Affected Property Information Affidavit | | 11/27/2015 | View | Edit | Remove |
| 340441 | 102987 | 5143 | Affected Property Information Affidavit | | 11/27/2015 | View | Edit | Remove |
| 340440 | 102987 | 5143 | Affected Property Information Affidavit | | 11/27/2015 | View | Edit | Remove |
| 340439 | 102987 | 5143 | Affected Property Information Affidavit | Tennant Losses | 11/27/2015 | View | Edit | Remove |
| 339964 | 102987 | 5143 | Incompleteness Denial Notice | | 10/28/2015 | View | Edit | Remove |
| 339817 | 102987 | 5143 | Follow-Up Incompleteness Notice | | 10/14/2015 | View | Edit | Remove |
| 338651 | 102987 | 5143 | Incompleteness Notice | | 08/17/2015 | View | Edit | Remove |

Get ADOBE® Reader

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 328537 | 102987 | 5142 | Other Loss Eligibility Notice | | 04/20/2015 | View | Edit | Remove |
| 317881 | 102987 | 5142 | Request for Special Master Award | CDW Article about claimant, Objection, Credit Report/loan documents, physician letter | 02/03/2015 | View | Edit | Remove |
| 317880 | 102987 | 5142 | Expert Report | Narrative by US Building Consultants | 02/03/2015 | View | Edit | Remove |
| 317879 | 102987 | 5142 | Request for Special Master Award | | 02/03/2015 | View | Edit | Remove |
| 315155 | 102987 | 5142 | Other Loss Eligibility Notice | | 01/15/2015 | View | Edit | Remove |
| 313904 | 102987 | 5142 | Other Loss Eligibility Notice | | 01/13/2015 | View | Edit | Remove |
| 300903 | 102987 | 0 | Warranty Deed | Yukon Short Sale deed | 09/17/2014 | View | Edit | Remove |
| 300902 | 102987 | 0 | Warranty Deed | Yukon purchase deed | 09/17/2014 | View | Edit | Remove |
| 300901 | 102987 | 0 | Proof of Purchase Price and Appraised Value at Purchase | Yukon purchase and sale amounts | 09/17/2014 | View | Edit | Remove |
| 296488 | 102987 | 5142 | Medical Records | | 08/26/2014 | View | Edit | Remove |
| 290177 | 102987 | 5142 | Incompleteness Notice | | 08/08/2014 | View | Edit | Remove |
| 288880 | 102987 | 5142 | Incompleteness Denial Notice | | 08/06/2014 | View | Edit | Remove |
| 288428 | 102987 | 0 | | Fax cover page | 08/04/2014 | View | Edit | Remove |
| 288427 | 102987 | 0 | Verification of Claims | | 08/04/2014 | View | Edit | Remove |
| 288426 | 102987 | 0 | W-9 Form | | 08/04/2014 | View | Edit | Remove |
| 283420 | 102987 | 0 | Pharmacy Records | Gerard - pharmacy records | 07/14/2014 | View | Edit | Remove |
| 283413 | 102987 | 0 | Medical Records | | 07/14/2014 | View | Edit | Remove |
| 282224 | 102987 | 5142 | Follow-Up Incompleteness Notice | | 07/01/2014 | View | Edit | Remove |
| 272420 | 102987 | 18242 | Post Appeal Eligibility Notice | | 05/20/2014 | View | Edit | Remove |
| 271884 | 102987 | 5142 | Claimant Affidavit | Bodily Injury Affidavit | 05/19/2014 | View | Edit | Remove |
| 268792 | 102987 | 0 | Medical Records | Gerard Medical Records | 05/13/2014 | View | Edit | Remove |
| 264335 | 102987 | 5142 | Incompleteness Notice | | 04/23/2014 | View | Edit | Remove |
| 246851 | 102987 | 18242 | Photographs | Photos of air conditioned garage living space | 03/06/2014 | View | Edit | Remove |
| 246834 | 102987 | 0 | Photographs | Air conditioned garage photos | 03/06/2014 | View | Edit | Remove |
| 224179 | 102987 | 18242 | Eligibility Notice | | 02/06/2014 | View | Edit | Remove |
| 200429 | 102987 | 18242 | Photographs | | 12/18/2013 | View | Edit | Remove |
| 198974 | 102987 | 0 | Correspondence | Email Correspondence | 12/17/2013 | View | Edit | Remove |
| 197847 | 102987 | 18242 | Incompleteness Notice | | 12/10/2013 | View | Edit | Remove |
| 178697 | 102987 | 18242 | Other | Sales Listing for Affected Property | 10/24/2013 | View | Edit | Remove |
| 178696 | 102987 | 18242 | Photographs | | 10/24/2013 | View | Edit | Remove |
| 178694 | 102987 | 18242 | Receipts | Interior/Exterior Invoice | 10/24/2013 | View | Edit | Remove |
| 178693 | 102987 | 18242 | Email Correspondence | | 10/24/2013 | View | Edit | Remove |
| 178692 | 102987 | 18242 | Email Correspondence | | 10/24/2013 | View | Edit | Remove |
| 178690 | 102987 | 18242 | Claimant Correspondence | | 10/24/2013 | View | Edit | Remove |
| 172322 | 102987 | 18242 | Global, Banner, InEx Repair and Relocation Expenses Claim Form | | 10/25/2013 | View | Edit | Remove |
| 172311 | 102987 | 18242 | Knauf Remediation Claim Form | | 10/25/2013 | View | Edit | Remove |
| 172160 | 102987 | 0 | Registration Form | | 10/25/2013 | View | Edit | Remove |

| 170618 | 102987 | 0 | Receipts | Receipts for chinese drywall damage | 10/25/2013 | View | Edit | Remove |
|---|---|---|---|---|---|---|---|---|
| 170617 | 102987 | 0 | Receipts | Receipts and ac failure | 10/25/2013 | View | Edit | Remove |
| 170606 | 102987 | 0 | Photographs | Outlet corrosion | 10/25/2013 | View | Edit | Remove |
| 170603 | 102987 | 0 | Photographs | Blackening coils | 10/25/2013 | View | Edit | Remove |
| 170601 | 102987 | 0 | Photographs | Discovered drywall Knauf inside walls | 10/25/2013 | View | Edit | Remove |
| 170584 | 102987 | 0 | Receipts | Air purifiers for air quality health effects | 10/25/2013 | View | Edit | Remove |
| 170514 | 102987 | 18242 | Closing Documents | cash sale - Beverly Hills | 10/25/2013 | View | Edit | Remove |
| 169490 | 102987 | 18242 | Other | | 10/24/2013 | View | Edit | Remove |
| 169488 | 102987 | 18242 | Itemized Invoice | | 10/24/2013 | View | Edit | Remove |
| 169443 | 102987 | 18242 | Closing Documents | Cash Sale | 10/24/2013 | View | Edit | Remove |
| 169047 | 102987 | 0 | Registration Form | | 10/24/2013 | View | Edit | Remove |
| 169018 | 102987 | 0 | Registration Form | | 10/24/2013 | View | Edit | Remove |
| 168476 | 102987 | 0 | Claimant Correspondence | | 10/24/2013 | View | Edit | Remove |
| 163125 | 102987 | 5142 | Medical Records | | 10/21/2013 | View | Edit | Remove |
| 163124 | 102987 | 5142 | Insurance Declarations | | 10/21/2013 | View | Edit | Remove |
| 163121 | 102987 | 5142 | Email Correspondence | | 10/21/2013 | View | Edit | Remove |
| 163117 | 102987 | 5142 | Email Correspondence | | 10/21/2013 | View | Edit | Remove |
| 163115 | 102987 | 5142 | Email Correspondence | | 10/21/2013 | View | Edit | Remove |
| 163112 | 102987 | 5142 | Email Correspondence | | 10/21/2013 | View | Edit | Remove |
| 163111 | 102987 | 5142 | Correspondence | | 10/21/2013 | View | Edit | Remove |
| 163107 | 102987 | 5142 | Claimant Correspondence | | 10/21/2013 | View | Edit | Remove |
| 163086 | 102987 | 5142 | Claimant Correspondence | | 10/21/2013 | View | Edit | Remove |
| 163084 | 102987 | 5142 | | 2009 Form W-2 | 10/21/2013 | View | Edit | Remove |
| 163082 | 102987 | 5142 | Appraisal | | 10/21/2013 | View | Edit | Remove |
| 163026 | 102987 | 5142 | | Property Information Sheet | 10/21/2013 | View | Edit | Remove |
| 163023 | 102987 | 5142 | Other | Drywall Information | 10/21/2013 | View | Edit | Remove |
| 163022 | 102987 | 5142 | Claimant Correspondence | Hardship Letter | 10/21/2013 | View | Edit | Remove |
| 163021 | 102987 | 5142 | Medical Records | Discharge Summary | 10/21/2013 | View | Edit | Remove |
| 163018 | 102987 | 5142 | Tax Returns | 2009 W-2 | 10/21/2013 | View | Edit | Remove |
| 161412 | 102987 | 5142 | Miscellaneous Claim Form | | 10/21/2013 | View | Edit | Remove |
| 159093 | 102987 | 5142 | Foreclosure and Short Sale Claim Form | | 10/17/2013 | View | Edit | Remove |
| 158608 | 102987 | 5142 | Release by Mortgagee/Lien-holder (Option 3) | Release of Mortgage | 10/16/2013 | View | Edit | Remove |
| 158607 | 102987 | 5142 | Warranty Deed | | 10/16/2013 | View | Edit | Remove |
| 158606 | 102987 | 5142 | Itemized Invoice | | 10/16/2013 | View | Edit | Remove |
| 158598 | 102987 | 0 | Other | Paystub | 10/16/2013 | View | Edit | Remove |
| 158597 | 102987 | 0 | Other | Deck | 10/16/2013 | View | Edit | Remove |
| 158595 | 102987 | 0 | Correspondence | | 10/16/2013 | View | Edit | Remove |
| 154030 | 102987 | 0 | Representative Documentation | Claimant Request for Change in Representation Status Form | 10/11/2013 | View | Edit | Remove |
| 134308 | 102987 | 5142 | Foreclosure Documents | | 09/24/2013 | View | Edit | Remove |
| 134289 | 102987 | 0 | Foreclosure Documents | | 09/24/2013 | View | Edit | Remove |

| 120683 | 102987 | 5143 | Tenant Loss Claim Form | | 09/18/2013 | View | Edit | Remove |
|---|---|---|---|---|---|---|---|---|
| 120673 | 102987 | 5143 | Other | Letter from owner saying Kinlers had to move because of drywall | 09/18/2013 | View | Edit | Remove |
| 120661 | 102987 | 5143 | Proof of Residence | | 09/18/2013 | View | Edit | Remove |
| 120657 | 102987 | 5143 | Tenant Loss Claim Form | | 09/18/2013 | View | Edit | Remove |
| 120651 | 102987 | 5142 | Miscellaneous Claim Form | | 09/18/2013 | View | Edit | Remove |
| 120645 | 102987 | 5142 | Foreclosure and Short Sale Claim Form | | 09/18/2013 | View | Edit | Remove |
| 120643 | 102987 | 5142 | Miscellaneous Claim Form | | 09/18/2013 | View | Edit | Remove |
| 120641 | 102987 | 5142 | Foreclosure and Short Sale Claim Form | | 09/18/2013 | View | Edit | Remove |
| 120640 | 102987 | 5142 | Foreclosure and Short Sale Claim Form | | 09/18/2013 | View | Edit | Remove |
| 120637 | 102987 | 5142 | Bodily Injury Claim Form | | 09/18/2013 | View | Edit | Remove |
| 120634 | 102987 | 5142 | Bodily Injury Claim Form | | 09/18/2013 | View | Edit | Remove |
| 120613 | 102987 | 5142 | Foreclosure and Short Sale Claim Form | | 09/18/2013 | View | Edit | Remove |
| 120582 | 102987 | 5142 | Bodily Injury Claim Form | | 09/18/2013 | View | Edit | Remove |
| 120522 | 102987 | 5142 | Medical Records | Crystal | 09/18/2013 | View | Edit | Remove |
| 120512 | 102987 | 5142 | Proof of Ownership (Mortgage Documents) | | 09/18/2013 | View | Edit | Remove |
| 120505 | 102987 | 5142 | Other | List of monetary losses caused by Chinese drywall | 09/18/2013 | View | Edit | Remove |
| 120496 | 102987 | 5142 | Proof of Corrosion / Reactive KPT Chinese Drywall | | 09/18/2013 | View | Edit | Remove |
| 120493 | 102987 | 5142 | Other | News article written about the Kinler's medical problems | 09/18/2013 | View | Edit | Remove |
| 120487 | 102987 | 5142 | Foreclosure Documents | | 09/18/2013 | View | Edit | Remove |
| 120484 | 102987 | 5142 | Proof of Ownership (Mortgage Documents) | | 09/18/2013 | View | Edit | Remove |
| 120481 | 102987 | 5142 | Proof of Ownership (Mortgage Documents) | | 09/18/2013 | View | Edit | Remove |
| 120478 | 102987 | 5142 | Proof of Ownership (Mortgage Documents) | | 09/18/2013 | View | Edit | Remove |
| 120475 | 102987 | 5142 | Proof of Ownership (Mortgage Documents) | | 09/18/2013 | View | Edit | Remove |
| 120471 | 102987 | 5142 | Proof of Ownership (Mortgage Documents) | | 09/18/2013 | View | Edit | Remove |
| 120465 | 102987 | 5142 | Proof of Ownership (Mortgage Documents) | | 09/18/2013 | View | Edit | Remove |
| 120460 | 102987 | 5142 | Receipts | | 09/18/2013 | View | Edit | Remove |
| 120458 | 102987 | 5142 | Receipts | | 09/18/2013 | View | Edit | Remove |
| 120456 | 102987 | 5142 | Receipts | | 09/18/2013 | View | Edit | Remove |
| 120454 | 102987 | 5142 | Receipts | | 09/18/2013 | View | Edit | Remove |
| 120453 | 102987 | 5142 | Receipts | | 09/18/2013 | View | Edit | Remove |
| 120452 | 102987 | 5142 | Receipts | | 09/18/2013 | View | Edit | Remove |
| 120451 | 102987 | 5142 | Proof of Ownership (Mortgage Documents) | | 09/18/2013 | View | Edit | Remove |
| 120448 | 102987 | 5142 | Receipts | | 09/18/2013 | View | Edit | Remove |
| 120445 | 102987 | 5142 | Receipts | | 09/18/2013 | View | Edit | Remove |
| 120444 | 102987 | 5142 | Receipts | | 09/18/2013 | View | Edit | Remove |
| 120434 | 102987 | 5142 | Receipts | | 09/18/2013 | View | Edit | Remove |
| 120417 | 102987 | 5142 | Other | | 09/18/2013 | View | Edit | Remove |
| 120409 | 102987 | 5142 | Appraisal | | 09/18/2013 | View | Edit | Remove |
| 120405 | 102987 | 5142 | Medical Records | password | 09/18/2013 | | | |

| | | | | protected | | | | |
|---|---|---|---|---|---|---|---|---|
| 76600 | 102987 | 5142 | Inspection Report | | 02/04/2011 | View | Edit | Remove |
| 62307 | 102987 | 5142 | Plaintiff Profile Form | | 11/18/2011 | View | Edit | Remove |
| 61634 | 102987 | 5142 | Plaintiff Profile Form | | 10/25/2011 | View | Edit | Remove |
| 61318 | 102987 | 5142 | Plaintiff Profile Form | | 02/02/2011 | View | Edit | Remove |
| 59132 | 102987 | 5142 | Plaintiff Profile Form | | 01/27/2011 | View | Edit | Remove |
| 54223 | 102987 | 5142 | Inspection Report | | 02/02/2011 | View | Edit | Remove |
| 5143 | 102987 | 0 | Registration Form | | 06/13/2013 | View | Edit | Remove |

## Representative Claimant

Edit

**1. Are you filing claim(s) on behalf of a minor, deceased, or incompetent claimant?**    ○ Yes  ⦿ No

Enter your name: [        ] [        ] [    ]

Enter your SSN: [   ] - [   ] - [      ]

If you are filing a claim on behalf of a minor, deceased, or incompetent claimant you are required to submit documentation proving your authority to do so.

Save    Cancel

## Document Upload

Upload all required Documents by clicking the Upload Required Documents button below.

Upload Documents

## Affected Properties

### Page 1 of 1 (3 records)

| Property ID | Address | City | State | Zip Code | County | Claims |
|---|---|---|---|---|---|---|
| 5142 | 2509 Yukon Cliff Dr | Ruskin | Florida | 33570 | Hillsborough | View |
| 5143 | 40005 Champion Tif E | Gonzales | Louisiana | 70737 | Ascension | View |
| 18242 | 35280 beverly hills dr | prairieville | Louisiana | 70769 | Ascension | View |