UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### SHOW CAUSE RESPONSE TO SETTLEMENT ADMINISTRATOR'S MOTION REGARDING STIPEND DISPUTES FOR THE CHINESE DRYWALL SETTLEMENT PROGRAM (REC.DOC. 20339)

Holston Vaughan, LLC ("HV") files this Response to the Motion filed by Settlement Administrator, BrownGreer, regarding stipend payments in the Chinese Drywall Settlement Program ("Settlement Program). BrownGreer's Motion is directed at resolving disputes where there is dual representation by different law firms for different claimants on the same claimed property. (Doc. 20339). Specifically, HV files this response to show cause why it is the only law firm owed the stipend payment (and, ultimately, an attorneys fee) for the claimed property located at 11374 Elysian Circle, Daphne, Alabama 36526 (the "Property"). This is the case even though the firm of Gentle, Turner, Sexton & Harbison ("GTSH") are also improperly claiming it is owed the stipend payment for the Property.

The Court should award HV the entire stipend amount associated with the Property for the following reasons: HV's claimant owned the property before, during and after the discovery of the defective Chinese drywall; GTSH's claimants did not have an eligible Settlement Program claim; and HV was the only firm that handled the inspections, settlement negotiations and remediation of the Property.

For the foregoing reasons, more fully explained in the accompanying Memorandum in Support, the Court should award the stipend payment for the Property to HV.

Respectfully submitted,

By:/s/ *Richard H. Holston*
RICHARD H. HOLSTON (HOLSR5536)
Electronic Mail: rhh@holstonvaughan.com

**HOLSTON VAUGHAN, LLC**
Post Office Box 195
Mobile, Alabama 36601
Telephone: (251) 432-8883
Facsimile: (251) 432-8884
**ATTORNEY FOR VIT, INC.**

BY:/s/ *K. Amanda Herndon Barton*
K. AMANDA HERNDON BARTON (AL Bar # ASB-4561-I62H)
Electronic Mail: kab@bartonlawpractice.com

**BARTON LAW, LLC**
Post Office Box 2412
Mobile, Alabama 36652
Telephone: (251) 300-2503
Facsimile: (251) 431-6006
**ATTORNEY FOR VIT, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on the Settlement Administrator, BrownGreer, PLC, Jacob S. Woody, Esq. by U.S. Mail and e-mail and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 17th day of August, 2016

/s/ *Richard H. Holston*
**RICHARD H. HOLSTON**
