## AFFIDAVIT OF VIT, INC. IN SUPPORT OF
## PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT

STATE OF Alabama)
COUNTY OF Mobile)

Before me, the undersigned Notary Public, in and for said State and in said County, Personally appeared Plaintiff, VIT, INC., who being known to me, upon oath duly administered, deposed and said as follows:

1. My name is IRA TURNER. I am over the age of nineteen. I own and operate VIT Inc. ("VIT") the named Plaintiff in this lawsuit. I am married and currently reside in Las Vegas, NV. I have personal knowledge of the facts set forth herein.

2. On June 19, 2007, VIT granted to NELLIE AMEY (Defendant) by way of a Vendor's Lien Deed equal interests in the Elysian Circle house in exchange for Five Thousand Dollars ($5,000) paid at the closing and DEFENDANTS' promised to pay VIT an additional Three Hundred, Seventy-Five Thousand Dollars ($375,000) over a period of twelve (12) months under the terms of a Promissory Note ("Note").

3. On March 1, 2008, Defendant defaulted under the terms of the Note and Vendor's Lien Deed by failing to pay VIT the installment owed under the Note in the amount of One Thousand, Eight Hundred Dollars ($1,800). Defendant continued to default under the terms of the Note and Vendor's Lien Deed by continuing to not pay the amounts due VIT as monthly installments under the Note and Deed.

4. VIT proceeded with foreclosure on the property pursuant to the terms of the Vendor's Lien Deed as the result of DEFENDANTS' default under the terms of the Note and Vendor's Lien Deed for non-payment of the monthly installment payment and yearly property taxes. VIT was granted redemption of the subject property after having to pay Ten Thousand, Two Hundred Sixteen Dollars and Eighty Cents ($10,216.80) to the Baldwin County Revenue Commissioner.

5. Defendant wanted to remain in the house and a lease agreement was drawn up and signed on April 1, 2010. The Defendant then became in default of the Lease beginning on May 1, 2010 by failing to pay the monthly payment. The Defendant did not pay rent a total of Nine (9) months. Late fees were assessed and allowed in the amount of One Hundred Eighty Dollars ($180). All total paid toward rent was Five Thousand, Two Hundred Dollars ($5,200) during their entire time Defendant lived n subject property under the lease agreement. Defendant failed to pay and still owes VIT the total amount of Nine Thousand, Nine Hundred Twenty Dollars ($9,920) under the terms of the Lease Agreement. **Therefore, I request the Court award an amount of $9,920.00, for my claims against Defendant.**

6. The legal expenses that I was forced to incur as a result of all of Defendant's actions were reasonably incurred in my efforts to collect the money that was promised by Defendant. The total legal costs I have incurred to date are as follows: Filing Fees: $ 359.00; Process Service Fees: $192.50. Therefore, the total costs incurred to date in this lawsuit are $551.50. **I request**

3

**EXHIBIT 3**

that the Court award an amount of $551.50, as the result of the reasonable costs I have incurred in prosecuting my claims against Defendant.

**Further Affiant sayeth not,**

_____
VIT, INC. (Owner/Operator)

Sworn to and subscribed before me this, the 11th day of January, 2013.

_____
Notary Public

M JONES
Notary Public, State of Alabama
Alabama State At Large
My Commission Expires
April 12, 2015