ELECTRONICALLY FILED
10/23/2012 3:33 PM
CV-2012-900537.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

**VIT INC.**

    **Plaintiff,**     *

**vs.**     *

**TIM ROGER AMEY, NELLIE AMEY (a/k/a NICKIE AMEY) et al**     *    Case No.: CV-12-900537

    **Defendants.**     *

### ORDER

This matter is before the Court on the Motion for Summary Judgment ("Motion") of Plaintiff, VIT, Inc. ("VIT"). The Motion seeks summary judgment as to the ownership of the home located at 11374 Elysian Circle and liability and damages occasioned by the breach of a Lease Agreement executed by Defendants, Tim Roger Amey and Nellie Amey. Defendants have stipulated to judgment as to the VIT's ownership of the Elysian Circle home and have filed no opposition to the Motion regarding the liability and damages occasioned by the breach of Lease Agreement.

The Court, having reviewed the Motion, Brief, and Evidence in support thereof, concludes that the Motion is due to be GRANTED in favor of VIT, Inc. and against Defendants.

Accordingly, judgment is hereby granted in favor of VIT, Inc. with respect to ownership of the home located at 11374 Elysian Circle, Daphne, AL 36526 and against Defendants.

Additionally, judgment is hereby granted in favor of VIT, Inc. with respect to the damages occasioned by the breach of Lease Agreement in the amount of $9,920.00 interest accruing thereafter at the statutory rate. Costs of Court are taxed against Defendants.

Dated this 23rd day of October, 2012.

                                                       Circuit Court Judge

**EXHIBIT 5**