# HOLSTON ◆ VAUGHAN
## LLC
## LAWYERS

RICHARD H. HOLSTON
GREGORY E. VAUGHAN*

K. AMANDA HERNDON†
JOHN M. TEAGUE†

＊ALSO ADMITTED IN FLORIDA
† ALSO ADMITTED IN MISSISSIPPI

Office Address:
211 South Cedar Street
Mobile, Alabama  36602

PHONE: 251.432.8883
FAX: 251.432.8884
MAILING ADDRESS: P.O. Box 195
Mobile, Alabama  36601
www.holstonvaughan.com

**November 2, 2012**
kahlaw@bellsouth.net

**VIA ELECTRONIC MAIL**
Angela Vicari. Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022

RE:   **Court Order concerning ownership of 11374 Elysian Circle, Daphne,
      Alabama, 36526, which contains defective KPT Chinese drywall**

Dear Ms. Vicari:

Our law firm has the pleasure of representing VIT, Inc. ("VIT") in its state and federal
court claims against various defendants, including, but not limited to Knauf, as the result
of VIT owning a house built with defective Chinese drywall.  This letter is to follow-up
with you concerning ownership and remediation of VIT's house, which is located at
11374 Elysian Circle, Daphne, Alabama 36526 in the Austin Park subdivision.  If you
recall, Knauf previously inspected this house in order to confirm the presence of KPT
drywall.  A report by Morse Zehnter Associates prepared after Knauf's inspection
confirmed that the Elysian Circle house contains defective KPT drywall throughout the
house.  I am enclosing a copy of the Morse Zehnter report for your convenience.  After
Knauf's inspection, Moss Construction came to the subject property to inspect it in and
draw plans for preparation of remediation of the house.

It was our understanding that remediation of the Elysian Circle house was to begin this
past summer.  However, as you may recall, issues arose at the time of drafting the
settlement agreement as to ownership of the house.  Eddie Sexton and Eric Hoagland
represented to you at that time that their clients, Nellie and Tim Amey, were the owners
of the Elysian Circle house and in fact, filed a lawsuit in the Chinese drywall MDL suits
claiming damages due to their alleged ownership of the Elysian Circle house.  As the
result of Mr. Sexton and Mr. Hoagland's claims and the claims of their clients that the
Ameys are or were the owners of the Elysian Circle house, no settlement agreement was
reached with Knauf.  Furthermore, Knauf and Moss placed this house on hold for
remediation at my request until such time that VIT could obtain an Order from the Court
stating that it was the sole and rightful owner of the Elysian Circle house.  Enclosed you
will find email correspondence that you were a party to which reflects where we left off
in getting the subject house remediated.

EXHIBIT 7

Ms. Vicari
November 2, 2012
Page 2 of 2

VIT filed a Declaratory Judgment on April 25, 2012 in the Circuit Court of Baldwin County, Alabama seeking from the Court relief as to the rightful and sole ownership of the Elysian Circle house.  On October 23, 2012, the Baldwin County Circuit Court entered Order declaring VIT to be the rightful and sole owner of the subject house.  I have enclosed said Order for your review and consideration.  **Now that we have proven our contention held all along that VIT is and always has been the owner of the Elysian Circle house, we are respectfully requesting remediation of the Elysian Circle house to occur as soon as possible.  The delay that the Ameys claim of ownership has caused to VIT and VIT's owners is not only very costly due to the loan forbearance obtained in order to keep the house, but it has also placed VIT in jeopardy of losing the house due to foreclosure.  In fact, <u>if the house is not at the very least in the process of being remediated by December 1, 2012, VIT's extension on the loan that holds this house as secured collateral will expire</u>.  Therefore, we request and would appreciate your immediate attention to this letter.**

If upon your review of this letter and its enclosures, you have any questions or need additional information and/or documentation, please do not hesitate to contact me or the other attorney working on the file, Greg Vaughan.  We will gladly assist you in any way possible in order to expedite obtaining relief for our client as quickly as possible.

Best Regards,

K. Amanda Herndon
For the firm

KAH/msj

Enclosures

cc: GEV
    Mr. Ira Turner, owner of VIT, Inc.
    Ms. Patricia Chen

*CONFIDENTIAL - For Settlement Purposes Only*



**MZA Florida**
580 Village Blvd • Suite 110
West Palm Beach, Florida 33409
TEL 561 712 4777 • FAX 561 712 4677

http://www.mzaconsulting.com
mzainfo@mzaconsulting.com

September 28, 2011

Mr. Kyle Spaulding
Frilot  LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

**RE: Phase 1 Inspection – 11374 Elysian Circle, Daphne, Alabama**

Dear Kyle,

The Phase 1 Inspection Protocol performed by Morse Zehnter Associates (MZA) at 11374 Elysian Circle, Daphne, Alabama on September 19th, 2011 found the following information:

**Overall Findings**
Drywall board found in the house **was not** substantially KPT.   No other Chinese drywall was found in the house.  Domestic and KPT drywall was identified in the house.

**Summary of Drywall Materials**
Domestic board was identified throughout the 1st and 2nd floor walls with the exception of the dining room, living room and foyer. KPT was identified in the walls of the living room, dining room and foyer as well as mixed with domestic in the exposed ceilings. Paper and gypsum color in all inspection holes was distinctly different between the domestic and KPT products.   Based on these observations it appears that the house is minority KPT product (estimated 40%) and the domestic product is the majority (estimated 60%) of the drywall in the house.

**Environmental Conditions**
Upon entering the house, MZA did detect a CDW type odor.  There was blackening observed on copper wiring and on plumbing in the house.

This is a Phase 1 report and such relies on observations of representative boards rather than a detailed board by board survey.  Please see our attached report for further findings of the Phase I Inspection Protocol performed by Morse Zehnter Associates.

Sincerely,

*Andrea L. Grdina*

**Morse Zehnter Associates**
Andrea L. Grdina
Senior Project Manager

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110  |  West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 185 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

*CONFIDENTIAL - For Settlement Purposes Only*



**MZA Florida**
580 Village Blvd • Suite 110
West Palm Beach, Florida 33409
TEL 561 712 4777 • FAX 561 712 4677

A Division of Dyanki, Inc.

http://www.mzaconsulting.com
mzainfo@mzaconsulting.com

## Phase 1 Inspection Report

This report uses a procedure developed in the Phase 1 Protocol Inspection to identify the manufacturer of the gypsum drywall products installed in a house. This is performed by cutting holes in a limited amount of locations to allow visual observation of the labeling and endtape markings that are visible on the backside of the drywall. Visual observations of copper components were also obtained at selected electrical and plumbing building materials.

### General Data

| | |
|---|---|
| Address of House: | 11374 Elysian Circle, Daphne, Alabama |
| House Floor Area: | 3,100 square feet |
| Type of Home: | Single Family Home |
| Number of Stories: | 2 |
| # of Bedrooms: | 4 |
| Occupancy: | Vacant |
| Year of Construction: | 2006 |
| Community: | Austin Park |
| Builder: | VIT Inc. |
| Homeowner: | Tim and Nickie Amey |
| Date of Inspection: | September 19, 2011 |
| Individuals Present: | Tim and Nickie Amey, Mr. Turner, Mandy Herndon (Holston Vaughn LLC) |

### House Inspection Summary

| | |
|---|---|
| Drywall Findings: | Substantially KPT – NO<br>• 60% Domestic<br>• 40% KPT<br>• 0% - Other CDW – None found<br>Comment: Please see summary in section below. |
| CDW Odor Upon Entry: | Yes |
| Blackening of Outlets and/or switches: | Yes |
| Blackening of copper plumbing: | Yes |
| A/C Cooling Coils: | Not inspected |

Note: percentages are approximate and based upon the board observed during the survey.

BUILDING SCIENCES | ENGINEERING | ENVIRONMENTAL CONSULTING

**MZA Florida**  580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**  Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

CONFIDENTIAL - For
Settlement Purposes Only

September 28, 2011
Page 2 of 14
11374 Elysian Circle, Daphne, AL

**Field Inspection:**

| Electrical | |
|---|---|
| Blackening of outlets and switches: | YES |
| Number of outlets or switches observed: | One per room |
| Power Energized at Time of Inspection: | YES |

| Plumbing | |
|---|---|
| Plumbing System: | Copper |
| Copper Plumbing Connections: | Hot water heater:  Moderate blackening<br>Sink Connections:  No blackening |

| HVAC | |
|---|---|
| Number of HVAC Units: | 2 |
| Manufacturer: | Goodman |
| Refrigerant piping: | Slight blackening |
| Coil: | Not inspected |

| Drywall Observed |
|---|
| KNAUF TIANJAN CHINA ASTM C36 drywall (KPT) |
| US Gypsum |
| 54" Temple Inland Gypsum |
| National Gypsum |

| Summary |
|---|
| Domestic board was identified throughout the 1st and 2nd floor walls with the exception of the dining room, living room and foyer. KPT was identified in the walls of the living room, dining room and foyer as well as mixed with domestic in the exposed ceilings. Paper and gypsum color in all inspection holes was distinctly different between the domestic and KPT products. Based on these observations it appears that the house is minority KPT product (estimated 40%) and the domestic product is the majority (estimated 60%) of the drywall in the house. |

The purpose of this Phase 1 inspection is to determine sources of drywall products in the home, and the approximate percentage of products from each source.  This is a Phase 1 report and such relies on observations of representative boards rather than a detailed board by board survey.

| Inspected By: | Joseph Hoffman, MZA |
|---|---|
| | Juan Hernandez, MZA |

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110  |  West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

CONFIDENTIAL - For
Settlement Purposes Only

September 28, 2011
Page 3 of 14
11374 Elysian Circle, Daphne, AL

## Representative Photographs



**Figure 1 – Address of House – 11374 Elysian Circle, Daphne, AL**



**Figure 2 – House view from street**

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

CONFIDENTIAL - For
Settlement Purposes Only

September 28, 2011
Page 4 of 14
11374 Elysian Circle, Daphne, AL



**Figure 3 – Hot Water Tank in Garage – Moderate blackening**



**Figure 4 – Master Bath Plumbing – No blackening**

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110  |  West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

CONFIDENTIAL - For
Settlement Purposes Only

September 28, 2011
Page 5 of 14
11374 Elysian Circle, Daphne, AL



**Figure 5 – HVAC Unit in attic – Slight blackening**



**Figure 6 – HVAC Unit in Attic – Slight blackening**

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

CONFIDENTIAL - For
Settlement Purposes Only

September 28, 2011
Page 6 of 14
11374 Elysian Circle, Daphne, AL



**Figure 7 – Attic – Ceiling US Gypsum Labeled drywall**



**Figure 8 – Attic – Ceiling KPT Labeled drywall**

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110  |  West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

CONFIDENTIAL - For
Settlement Purposes Only

September 28, 2011
Page 7 of 14
11374 Elysian Circle, Daphne, AL



**Figure 9 – Living Room Outlet – Moderate blackening**



**Figure 10 – Living Room – KPT Labeled drywall**

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

*CONFIDENTIAL – For Settlement Purposes Only*

September 28, 2011
Page 8 of 14
11374 Elysian Circle, Daphne, AL



**Figure 11 – Dining Room Outlet – Moderate blackening**



**Figure 12 – Dining Room – KPT labeled drywall**
**(cavity hallway to garage 54" Temple Inland labeled drywall)**

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

CONFIDENTIAL - For
Settlement Purposes Only

September 28, 2011
Page 9 of 14
11374 Elysian Circle, Daphne, AL



Figure 13 – KITCHEN Outlet – Moderate blackening



Figure 14 – Kitchen – 54" Temple Inland labeled drywall

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

CONFIDENTIAL - For
Settlement Purposes Only

September 28, 2011
Page 10 of 14
11374 Elysian Circle, Daphne, AL



Figure 15 – Garage Outlet – Slight blackening



Figure 16 – Garage – National Gypsum Labeled drywall

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110  |  West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4877
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

CONFIDENTIAL - For
Settlement Purposes Only

September 28, 2011
Page 11 of 14
11374 Elysian Circle, Daphne, AL



**Figure 17 – Master Bedroom Outlet – Slight blackening**



**Figure 18 – Master Bedroom – 54" Temple Inland drywall endtape**

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

*CONFIDENTIAL – For Settlement Purposes Only*

September 28, 2011
Page 12 of 14
11374 Elysian Circle, Daphne, AL


**Figure 19 – Bedroom 2 Outlet – Significant blackening**


**Figure 20 – Bedroom 2 – 54" Temple Inland seam height and appearance
(cavity to Foyer KPT labeled drywall)**

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

*CONFIDENTIAL - For Settlement Purposes Only*

September 28, 2011
Page 13 of 14
11374 Elysian Circle, Daphne, AL



**Figure 21 - Bedroom 3 Outlet - Slight blackening**



**Figure 22 - Bedroom 3 – 54" Temple Inland Labeled drywall**

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

CONFIDENTIAL - For
Settlement Purposes Only

September 28, 2011
Page 14 of 14
11374 Elysian Circle, Daphne, AL



**Figure 23 - Bedroom 4 Outlet - Significant blackening**



**Figure 24 - Bedroom 4 - US Gypsum Labeled drywall**

---

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

| | |
|---|---|
| **From:** | Eric Hoaglund [ehoaglund@mhcilaw.com] |
| **Sent:** | Thursday, February 23, 2012 9:23 AM |
| **To:** | Mandy Herndon |
| **Cc:** | 'Eddie Sexton'; 'Greg Vaughan' |
| **Subject:** | RE: Ira Turner 11374 Elysian Circle, Daphne, AL 36526 |

Nice.

Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Tel:  (205)824-7767
Fax:  (205)824-7768
www.mhcilaw.com

ATTENTION:  ATTORNEY CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT INFORMATION MAY BE ENCLOSED

This message originates from the law firm of McCallum, Hoaglund, Cook & Irby, LLP.  Its text and attachments may contain legally privileged and confidential information intended solely for the use of the addressee.  If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.  Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited.  All personal messages express solely the views of the sender and not those of McCallum, Hoaglund, Cook & Irby, LLP.  This message may not be copied or distributed without this disclaimer.  If you receive this message in error, please reply to the sender immediately and permanently delete this message.  Thank you.

---

**From:** Mandy Herndon [mailto:kahlaw@bellsouth.net]
**Sent:** Thursday, February 23, 2012 9:21 AM
**To:** Eric Hoaglund
**Cc:** 'Eddie Sexton'; 'Greg Vaughan'
**Subject:** RE: Ira Turner 11374 Elysian Circle, Daphne, AL 36526

Mr. Hoaglund:

Any and all settlement offers made on behalf of VIT, Inc. and/or Ira Turner in regards to the defective drywall in the house located on Elysian Circle are hereby withdrawn.

Should you have any question regarding this matter, please call Greg or me to discuss further.


K. Amanda Herndon

HOLSTON ◄ VAUGHAN
LAWYERS

P.O. Box 195
Mobile, AL 36601
PH. 251-432-8883
FX. 251-432-8884
kahlaw@bellsouth.net

*This message is confidential and is intended only for the named recipients, and may contain information that is privileged, or exempt from disclosure under applicable law.  If you are not the intended recipients of the email,*

*you are hereby notified that the dissemination, distribution or copying of this email or its contents is strictly prohibited. If you received this email in error, please notify the sender at either the email address or the phone number above and delete this email from your computer.*

---

**From:** Eric Hoaglund [mailto:ehoaglund@mhcilaw.com]
**Sent:** Thursday, February 23, 2012 9:11 AM
**To:** Mandy Herndon
**Subject:** RE: Ira Turner 11374 Elysian Circle, Daphne, AL 36526

Is this one provision the only hold up at this point?

Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Tel: (205)824-7767
Fax: (205)824-7768
www.mhcilaw.com

ATTENTION: ATTORNEY CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT INFORMATION MAY BE ENCLOSED

This message originates from the law firm of McCallum, Hoaglund, Cook & Irby, LLP. Its text and attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited. All personal messages express solely the views of the sender and not those of McCallum, Hoaglund, Cook & Irby, LLP. This message may not be copied or distributed without this disclaimer. If you receive this message in error, please reply to the sender immediately and permanently delete this message. Thank you.

---

**From:** Mandy Herndon [mailto:kahlaw@bellsouth.net]
**Sent:** Thursday, February 23, 2012 9:08 AM
**To:** Eric Hoaglund
**Cc:** 'Eddie Sexton'; 'Greg Vaughan'
**Subject:** FW: Ira Turner 11374 Elysian Circle, Daphne, AL 36526

Mr. Hoaglund:

Once again, it is not our intention to agree to anything at this point since you on behalf of your client have continually refused to agree to the settlement check and atty fee check not drafted to both firms requiring both signatures. This discussion through email started in November and you have continued to not address this inquiry. We will file a Dec Action establishing ownership in light of your response to this term or lack thereof.

I have depos all day, but if you would like to discuss this matter today you can call Greg at our office.

K. Amanda Herndon

HOLSTON ◆ VAUGHAN
LAWYERS

P.O. Box 195
Mobile, AL 36601
PH. 251-432-8883
FX. 251-432-8884
kahlaw@bellsouth.net

*This message is confidential and is intended only for the named recipients, and may contain information that is privileged, or exempt from disclosure under applicable law.  If you are not the intended recipients of the email, you are hereby notified that the dissemination, distribution or copying of this email or its contents is strictly prohibited.  If you received this email in error, please notify the sender at either the email address or the phone number above and delete this email from your computer.*

**From:** Eric Hoaglund [mailto:ehoaglund@mhcilaw.com]
**Sent:** Thursday, February 23, 2012 8:51 AM
**To:** Mandy Herndon
**Cc:** Eddie Sexton
**Subject:** FW: Ira Turner 11374 Elysian Circle, Daphne, AL 36526

Mandy,

Please review the email string below. As we have discussed the inspections for this home are complete. At this point Moss is ready to send the work authorization to be signed by the parties. Once the work authorization is signed I am told by Moss that we should receive a Move Out Notice in 6 weeks.  The project would typically start  about 30 days after the Move Out Notice. As such the work on the home could begin  within 10 to 12 weeks after the Work Authorization is returned.  We will not have to wait for the settlement to be finalized and getting the home fixed will not be contingent on the settlement with Knauf being final.

However, Knuaf will not allow the home to proceed any further without an agreement on the issues of ownership and a release from your client and our client. I understand that you believe that you have this case resolved for your client, but I do not believe that to be the case. Without an agreement from all parties and a signed release from all parties Knauf will not be moving forward. If your client is not interested in having the home fixed by Moss and is interested in Option 2 or 3 in the settlement we can make arrangements for him to see the numbers he would be working with. Please let me know if you are interested in getting this case resolved for your client in the short term or if you wish to take your chances with the Knauf settlement. Call if you would like to discuss.

Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Tel:  (205)824-7767
Fax:  (205)824-7768
www.mhcilaw.com

ATTENTION:  ATTORNEY CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT INFORMATION MAY BE ENCLOSED

This message originates from the law firm of McCallum, Hoaglund, Cook & Irby, LLP.  Its text and attachments may contain legally privileged and confidential information intended solely for the use of the addressee.  If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.  Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited.  All personal messages express solely the views of the sender and not those of McCallum, Hoaglund, Cook & Irby, LLP.  This message may not be copied or distributed without this disclaimer.  If you receive this message in error, please reply to the sender immediately and permanently delete this message.  Thank you.

---

**From:** Eddie Sexton [mailto:esexton@gtandslaw.com]
**Sent:** Wednesday, February 22, 2012 10:36 PM
**To:** Eric Hoaglund
**Subject:** Fwd: Ira Turner 11374 Elysian Circle, Daphne, AL 36526

Should we tell our buddy

Eddie Sexton Sent from my iPhone

Begin forwarded message:

> **From:** "Arlene J. Ecker" <aecker@gtandslaw.com>
> **Date:** February 22, 2012 12:41:47 PM CST
> **To:** "Eric Hoaglund" <ehoaglund@mhcilaw.com>, "Eddie Sexton" <esexton@gtandslaw.com>
> **Subject:** FW: Ira Turner 11374 Elysian Circle, Daphne, AL 36526

Good Lord!!  Don't tell Tim Amey!!

---

**From:** Patricia Chen [mailto:pchen@mossemail.com]
**Sent:** Wednesday, February 22, 2012 12:22 PM
**To:** Arlene J. Ecker; Eddie Sexton; Elizabeth Davis; Eric Hoaglund
**Cc:** Amanda Mkamanga
**Subject:** FW: Ira Turner 11374 Elysian Circle, Daphne, AL 36526

Good afternoon,

Please disregard the work authorization documents for Turner that was mailed yesterday. I'm sorry for any inconveniences this may have caused.

Thanks,
Pat

---

**From:** Vicari, Angela [mailto:AVicari@kayescholer.com]
**Sent:** Wednesday, February 22, 2012 1:13 PM
**To:** Patricia Chen; Spatz, Mark
**Cc:** Daniel Young; Phil Adams
**Subject:** RE: Ira Turner 11374 Elysian Circle, Daphne, AL 36526

Patricia,

There is a dispute as to who owns this home. Because of this issue, we put the home on hold in October. The hold should remain in place until further notice. Thanks!

Angela Vicari
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.7408 | F: +1 212.836.6495
AVicari@kayescholer.com | www.kayescholer.com

**From:** Patricia Chen [mailto:pchen@mossemail.com]
**Sent:** Wednesday, February 22, 2012 9:57 AM
**To:** Spatz, Mark; Vicari, Angela
**Cc:** Daniel Young; Phil Adams
**Subject:** Ira Turner 11374 Elysian Circle, Daphne, AL 36526

Good morning,

Is this home still on hold or can I send work auth?

Thanks,
Pat


*Patricia Chen*
*Contract Administrator* | **Moss & Associates**
o 954-524-5678 | f 954-563-8681
2101 N. Andrews Ave., Suite 300, Ft. Lauderdale, FL  33311


                                    *    *    *    *

```
IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with
Treasury
Department regulations, we inform you that any U.S. federal
tax advice
contained in this correspondence (including any attachments)
is not
intended or written to be used, and cannot be used for the
purpose of (i)
avoiding penalties that may be imposed under the U.S.
Internal
Revenue Code or (ii) promoting, marketing or recommending to
another
party any transaction or matter addressed herein.

*** eSafe scanned this email for malicious content ***
*** IMPORTANT: Do not open attachments from unrecognized senders  ***
```

| From: | Vicari, Angela [AVicari@kayescholer.com] |
|---|---|
| Sent: | Monday, March 12, 2012 12:10 PM |
| To: | Mandy Herndon |
| Cc: | 'Greg Vaughan'; esexton@gtandslaw.com |
| Subject: | RE: Ira Turner 11374 Elysian Circle, Daphne, AL 36526 |
| Attachments: | KPT Phase 1 - 11374 Elysian Circle, Daphne, AL.PDF; ATT00162.txt |

Mandy,

Attached is the MZA report for this property. I've copied Eddie Sexton on this email as well because I do not recall providing him with this report previously.

Angela Vicari
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.7408 | F: +1 212.836.6495
AVicari@kayescholer.com | www.kayescholer.com

**From:** Mandy Herndon [mailto:kahlaw@bellsouth.net]
**Sent:** Friday, March 09, 2012 3:43 PM
**To:** Vicari, Angela
**Cc:** 'Greg Vaughan'
**Subject:** Ira Turner 11374 Elysian Circle, Daphne, AL 36526

Ms. Vicari:

This email is concerning the house located at 11374 Elysian Circle, Daphne, AL 36526, which is owned by our client, VIT, Inc. and contains defective Knauf Chinese drywall. As you know, this house is also claimed to be owned by Tim Amey, who is represented by Eddie Sexton and Eric Hoaglund. It is our intention to file a Declaratory Judgment action in State court towards the ownership of the subject house and provide you with the respective Order from the Court. However, in the meantime, we are in need of Knauf's report confirming the presence of the defective Chinese drywall in this house. The report that we are requesting is the one generated by Knauf after its inspection of the Elysian Circle house this past fall. It is my understanding that a copy of this report was sent to Mr. Sexton. However, we did not receive a copy and Mr. Sexton has not provided one to us. Our client is need of this report in order to present it to the Baldwin County Tax Department so that he can receive a credit on his taxes.

Should you have any questions about this request, please do not hesitate to give me a call. Otherwise, we look forward to receiving a copy of Knauf's report at your earliest convenience. We will provide you with a copy of the Order regarding ownership of the house as soon as it is entered by the Court. Hopefully, as soon as the ownership Order is received by you, this house can get back in line for remediation. I apologize for the confusion surrounding the issue of ownership of this house.

Best Regards,

K. Amanda Herndon

HOLSTON ◀█▶ VAUGHAN
                    LAWYERS
P.O. Box 195
Mobile, AL 36601
PH. 251-432-8883
FX. 251-432-8884
kahlaw@bellsouth.net



**AlaFile E-Notice**

05-CV-2012-900537.00

Judge: ROBERT WILTERS

To: HERNDON KATHERINE AMANDA
kahlaw@bellsouth.net

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

VIT INC  VS  TIM ROGER AMEY ET AL
05-CV-2012-900537.00

A court action was entered in the above case on 10/23/2012 3:33:41 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:    REW

Notice Date:    10/23/2012 3:33:41 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov

ELECTRONICALLY FILED
10/23/2012 3:33 PM
CV-2012-900537.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

VIT INC.

      **Plaintiff,**                  *

**vs.**                              *

TIM ROGER AMEY, NELLIE       *   **Case No.: CV-12-900537**
AMEY (a/k/a NICKIE AMEY) et al

                                   *

      **Defendants.**               *

### ORDER

This matter is before the Court on the Motion for Summary Judgment ("Motion") of Plaintiff, VIT, Inc. ("VIT"). The Motion seeks summary judgment as to the ownership of the home located at 11374 Elysian Circle and liability and damages occasioned by the breach of a Lease Agreement executed by Defendants, Tim Roger Amey and Nellie Amey. Defendants have stipulated to judgment as to the VIT's ownership of the Elysian Circle home and have filed no opposition to the Motion regarding the liability and damages occasioned by the breach of Lease Agreement.

The Court, having reviewed the Motion, Brief, and Evidence in support thereof, concludes that the Motion is due to be GRANTED in favor of VIT, Inc. and against Defendants.

Accordingly, judgment is hereby granted in favor of VIT, Inc. with respect to ownership of the home located at 11374 Elysian Circle, Daphne, AL 36526 and against Defendants.

Additionally, judgment is hereby granted in favor of VIT, Inc. with respect to the damages occasioned by the breach of Lease Agreement in the amount of **$9,920.00** interest accruing thereafter at the statutory rate. Costs of Court are taxed against Defendants.

Dated this 23rd day of October, 2012.

_____
Circuit Court Judge

1