**Mandy Barton**

| | |
|---|---|
| **From:** | Spaulding, Kyle <kspaulding@frilot.com> |
| **Sent:** | Thursday, November 15, 2012 2:41 PM |
| **To:** | Mandy Herndon |
| **Cc:** | AVicari@kayescholer.com; 'Greg Vaughan' |
| **Subject:** | RE: Remediation of home by Knauf of the house located at 11374 Elysian Circle, Daphne, AL 36526 and owned by VIT, Inc. |

Ok Mandy. Everyone's made it as confusing as possible, but we can go forward with the remediation.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: 504.599.8249
Facsimile: 504.599.8137

---

**From:** Mandy Herndon [mailto:kahlaw@bellsouth.net]
**Sent:** Thursday, November 15, 2012 1:54 PM
**To:** Spaulding, Kyle
**Cc:** AVicari@kayescholer.com; 'Greg Vaughan'
**Subject:** RE: Remediation of home by Knauf of the house located at 11374 Elysian Circle, Daphne, AL 36526 and owned by VIT, Inc.

Kyle

Let me clarify even further... Mr. Sexton and Mr. Hoagland's client was in the house by way of a Vendor's Lien Deed and Promissory Note with VIT. VIT foreclosed upon Mr. Amey when he continually missed the required payments. No one has ever foreclosed upon VIT.

K. Amanda Herndon Barton, Esq.



Post Office Box 195
Mobile, AL 36601
Phone: 251.432.8883 / x 4
Fax: 251.432.8884

 Please consider the environment before printing this e-mail.

*This message is confidential and is intended only for the named recipients. This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged.  As it may contain information that is privileged, or exempt from disclosure under applicable law.  If you are not the intended recipient(s) of the email, you are hereby notified that the dissemination, distribution or copying of this email or its contents is strictly prohibited.  If you received this email in error, please notify the sender at either the email address or the phone number above and delete this email from your computer.*

1                    **EXHIBIT 8**

**From:** Mandy Herndon [mailto:kahlaw@bellsouth.net]
**Sent:** Thursday, November 15, 2012 1:46 PM
**To:** 'Spaulding, Kyle'
**Cc:** 'AVicari@kayescholer.com'; 'Greg Vaughan'
**Subject:** RE: Remediation of home by Knauf of the house located at 11374 Elysian Circle, Daphne, AL 36526 and owned by VIT, Inc.

Kyle:

This is in no way correct. VIT, Inc. owned the subject house outright at all times. VIT, Inc. never had a loan for this house. It was financed by VIT, Inc. Therefore, <u>VIT, Inc. is the party that foreclosed upon Mr. Sexton's clients, not a bank or other type of lending situation</u>. Mr. Sexton and Mr. Hoagland have known this for over a year, not only through verbal communications with Greg and me, but also as a result of documentation presented to them from the Baldwin County Probate Court. To say that Greg and I are disappointed and confused by the actions of Mr. Sexton and Mr. Hoagland is an understatement.

Our concern for foreclosure now by a Bank, which I have referred to in my previous emails as the basis for a needing a decision asap as to remediation, is foreclosure by a Bank that VIT has a loan with for another piece of property or house they own and which the Bank years ago required VIT to add to the loan as security additional collateral. The Elysian Circle house and another piece of property owned by VIT were the additional collateral. They have allowed extensions due to the Chinese drywall, but VIT's time is up come December 1st.

Please let Greg and I know upon your receipt and review of this email if the above is enough for Knauf to rely on and proceed with remediation of VIT's house pursuant to your emails from this morning, or if documentation is necessary.

Thank you,

K. Amanda Herndon Barton, Esq.



HOLSTON VAUGHAN LLC
LAWYERS

Post Office Box 195
Mobile, AL 36601
Phone: 251.432.8883 / x 4
Fax: 251.432.8884

 Please consider the environment before printing this e-mail.

*This message is confidential and is intended only for the named recipients. This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. As it may contain information that is privileged, or exempt from disclosure under applicable law. If you are not the intended recipient(s) of the email, you are hereby notified that the dissemination, distribution or copying of this email or its contents is strictly prohibited. If you received this email in error, please notify the sender at either the email address or the phone number above and delete this email from your computer.*

**From:** Spaulding, Kyle [mailto:kspaulding@frilot.com]
**Sent:** Thursday, November 15, 2012 1:19 PM
**To:** Mandy Herndon
**Cc:** AVicari@kayescholer.com; Greg Vaughan
**Subject:** RE: Remediation of home by Knauf of the house located at 11374 Elysian Circle, Daphne, AL 36526 and owned by VIT, Inc.

Mandy-Eddie Sexton just filled me in the on the circumstance surrounding this claim, and that the home was in the pilot program before it was foreclosed on by the bank. Presumably, VIT, Inc. bought this property from the bank with knowledge of KPT drywall. Is that correct? If so, we need to discuss internally before we can release the home, since to be class members under the Knauf settlement, a homeowner must have no knowledge of KPT drywall at the time of the purchase.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: 504.599.8249
Facsimile: 504.599.8137

---

**From:** Mandy Herndon [mailto:kahlaw@bellsouth.net]
**Sent:** Thursday, November 15, 2012 9:02 AM
**To:** Spaulding, Kyle
**Cc:** AVicari@kayescholer.com; Greg Vaughan
**Subject:** Re: Remediation of home by Knauf of the house located at 11374 Elysian Circle, Daphne, AL 36526 and owned by VIT, Inc.

Thank you. Is the contact with Moss Patricia Chenn? Can I all her on Monday if I have not heard from anyone by then? The Bank is wanting to know status. Thanks, Mandy

Sent from my iPhone

On Nov 15, 2012, at 8:59 AM, "Spaulding, Kyle" <kspaulding@frilot.com> wrote:

> Mandy-I received your email, contacted Moss to lift the hold, and given them your contact information for the future.
>
> Kyle A. Spaulding
> FRILOT L.L.C.
> 1100 Poydras Street, Suite 3700
> New Orleans, LA 70163
> Telephone: 504.599.8249
> Facsimile: 504.599.8137
>
> ---
>
> **From:** Mandy Herndon [mailto:kahlaw@bellsouth.net]
> **Sent:** Tuesday, November 13, 2012 1:46 PM
> **To:** Spaulding, Kyle
> **Cc:** AVicari@kayescholer.com; 'Greg Vaughan'
> **Subject:** FW: Remediation of home by Knauf of the house located at 11374 Elysian Circle, Daphne, AL 36526 and owned by VIT, Inc.
>
> Kyle:

3