**Mandy Barton**

| | |
|---|---|
| **From:** | Mandy Herndon <kahlaw@bellsouth.net> |
| **Sent:** | Friday, November 9, 2012 2:49 PM |
| **To:** | 'AVicari@kayescholer.com' |
| **Cc:** | 'Spaulding, Kyle' (kspaulding@frilot.com); 'gregory vaughan' |
| **Subject:** | Remediation of home by Knauf of the house located at 11374 Elysian Circle, Daphne, AL 36526 and owned by VIT, Inc. |
| **Attachments:** | 10.22.12 Stipulation |

Angela:

Thank you for your call today concerning VIT, Inc.'s home and the status of Knauf's response to our request for the remediation of said home. It is my understanding from our call that Kyle Spaulding is the attorney that Greg or I should hear from next concerning Knauf's response to our request outlined in my letter dated November 1, 2012 requesting remediation of VIT's Elysian Circle house. Therefore, I am copuying him on this email.

It is further my understanding from our conversation that Knauf is concerned and/or is waiting to see if there will be an appeal from Mr. Amey and his counsel concerning the Court's granting of VIT, Inc.'s Motion for Summary as to ownership of the Elysian Circle house. Therefore, I am sending you a Stipulation that was filed by the Ameys' attorney, Eddie Sexton, the day before the hearing on VIT's Motion for Summary Judgment. Mr. Sexton's Stipulation states "[t]hat summary judgment with respect to ownership of the property after foreclosure and waiver of the redemption period is due to be granted." Hopefully, this will 1) ease Knauf's concern as to any appeal that the Ameys can or wish to file in regards to the Court's decision as to ownership of the subject house, and 2) expedite the remediation of VIT's house before any negative action is taken on the house by the Bank holding a secured interest in the house.

If you or Kyle have any questions or need any further documentation from Greg or me regarding this matter, please do not hesitate to contact us. While Greg and I understand that the hold-up in this house getting remediated is not the fault of Knauf, it is still imperative that Knauf understands that the delay for remediation caused by third-parties has caused VIT to now be in a very dire situation in needing to get this house remediated as quickly as possible. Therefore, we look forward to hearing from you soon regarding Knauf's position as to when VIT's house will be remediated.

Best Regards,

K. Amanda Herndon Barton, Esq.


HOLSTON VAUGHAN LLC LAWYERS

Post Office Box 195
Mobile, AL 36601
Phone: 251.432.8883 / x 4
Fax: 251.432.8884

 Please consider the environment before printing this e-mail.

1     **EXHIBIT 9**

*This message is confidential and is intended only for the named recipients. This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. As it may contain information that is privileged, or exempt from disclosure under applicable law. If you are not the intended recipient(s) of the email, you are hereby notified that the dissemination, distribution or copying of this email or its contents is strictly prohibited. If you received this email in error, please notify the sender at either the email address or the phone number above and delete this email from your computer.*