## AFFIDAVIT FROM IRA TURNER

STATE OF NEVADA)
COUNTY OF CLARK)

I, Ira Turner, as co-owner and Vice President of VIT, Inc. certify and declare under penalty of perjury that I have never spoken to or met anyone, especially any attorney, from Gentle, Turner, Sexton & Harbison law firm ("GTSH"). The law firm and lawyers that have always and only represented VIT and me in regards to the presence of Chinese drywall in VIT's house located 11374 Elysian Circle, Daphne, Alabama 36526 (the "Property") was Holston Vaughan, LLC and Gregory E. Vaughan, K. Amanda Herndon Barton and Richard H. Holston. I never gave GTSH permission to perform any legal services pertaining to the Property or VIT. My lawyers from HV and I were the only parties that negotiated the remediation of the Property and related settlement terms with Knauf and Moss Construction. I do not know how Nellie and Tim Amey were paid any money from the Chinese Drywall Class Action Settlement Program for MDL 2047 since they were not owners of the home and were foreclosed upon and kicked out of the Property due to non-payment of their mortgage and rent payments. Furthermore, VIT was the only party that paid for the replacement of appliances and HVAC units that failed due to the defective drywall. There is no basis for GTSH to get paid any money as it relates to the Property since VIT was the only party to own the Property at all times relevant to the drywall issues; VIT only employed the lawyers from Holston Vaughan, LLC to handle any and all issues pertaining to the presence of Chinese drywall in Property; and the Ameys only left the Property due to foreclosure and breach of a lease agreement both resulting from non-payment beginning in March of 2008 (i.e., before discovery of defective drywall.

Further your affiant saith not.

Signed _____Ira Turner_____ (Affiant's Signature)
Ira Turner, as Vice President and Co-Owner of VIT, Inc.

Sworn to and subscribed before me
This 17th day of August 2016.

_____Zaquona Bass_____
Notary Public



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
ZAQUONA BASS
No. 05-97175-1
My Appointment Expires April 16, 2017

**EXHIBIT 10**

**From:** Laura Ferreira [lferreira@mossemail.com]
**Sent:** Monday, May 20, 2013 10:28 AM
**To:** 'K. Amanda Herndon Barton'
**Cc:** Marci Jones; Sharal Sisson
**Subject:** RE: 11374 Turner appliance replacements

Thanks I will proceed with the suggested appliances. Have agreat day.

Regards

*Laura Ferreira*
*Project Engineer* | **Moss & Associates**
o (954) 769-8185 | f (954) 524-5677
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311

---

**From:** K. Amanda Herndon Barton [mailto:kab@holstonvaughan.com]
**Sent:** Monday, May 20, 2013 9:53 AM
**To:** Laura Ferreira
**Cc:** Marci Jones; Sharal Sisson
**Subject:** RE: 11374 Turner appliance replacements

Laura:

My client chooses Option #1 and the microwave with the buttons on the bottom. Please let us know if you need anything else.

Thanks,

K. Amanda Herndon Barton, Esq.



Post Office Box 195
Mobile, AL 36601
Phone: 251.432.8883 / x 4
Fax: 251.432.8884

 Please consider the environment before printing this e-mail.

*This message is confidential and is intended only for the named recipients. This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. As it may contain information*

that is privileged, or exempt from disclosure under applicable law. If you are not the intended recipient(s) of the email, you are hereby notified that the dissemination, distribution or copying of this email or its contents is strictly prohibited. If you received this email in error, please notify the sender at either the email address or the phone number above and delete this email from your computer.

---

**From:** Laura Ferreira [mailto:lferreira@mossemail.com]
**Sent:** Monday, May 20, 2013 8:37 AM
**To:** 'kab@holstonvaughan.com'
**Subject:** FW: 11374 Turner appliance replacements

Good Morning,

Please let me know how to proceed with the appliances as soon as possible.

Thanks

*Laura Ferreira*
*Project Engineer* | **Moss & Associates**
o (954) 769-8185 | f (954) 524-5677
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311

---

**From:** Laura Ferreira
**Sent:** Thursday, May 16, 2013 8:35 AM
**To:** 'kab@holstonvaughan.com'
**Subject:** FW: 11374 Turner appliance replacements

Good Morning,

We are ready to order the appliances for the <u>**11374 Turner**</u> Residence. See below the three options available to your client. **We need a response by Monday 5/20** so that we can meet our schedule.

- **Option #1 "Replacements":** Attached are the appliances that have been suggested by the appliance manufacturer to best match the original appliances in your client's residence. If they choose to accept the attached appliance replacements, Moss will order and install them in the residence. Please note it is important your client reviews the binders. They can also visit websites and retail stores to obtain any additional information they may desire, as well as view the appliances in person.

- Please note that Frigidaire Professional only has one microwave (**FPBM189KF**) available and it is a like for like except for the fact that the look is different. The controls to the microwave are on the bottom of the door. Since I do not know the taste of the home owner I have attached specs to a Frigidaire Gallery Microwave (**FGMV205KF**) that is like for like and has the controls on the side like their original had. Please have your client look at both models and advise what they would like. Make sure that they are aware of the color difference in the two. The Frigidaire Professional (**FPBM189KF**) is fully stainless steel/grey and the Frigidaire Gallery (**FGMV205KF**) is stainless steel with the area around the viewing window being black. When making their decision they should consider the color contrast of their other appliances.

- **Option #2 "Credits":** As per the Xactimate scope the gas range and microwave are being replaced. Also, during the appliance inspections we found that the dishwasher is also affected by Chinese Drywall and will be replaced. Any appliances that are not included in the list below will be tested again at time of reset, and if found malfunctioning or tarnished at that point, will be processed separately from this appliance package. Below are the credits you can receive for each appliance:

  - Range: $781.15

  - Microwave: $487.90

2

- Dishwasher: $423.28

If your client chooses to take the credit for their appliances, they will assume all charges for connections, delivery, taxes, installation and warranty. The credit will be awarded at the end of the project. Once the home owner signs the punch-list to their home and it is completed by the contractor, it takes our accounting department about 30 to 45 days to process the credit. At that point the home owner will receive a check from Moss.

**Option #3 "Upgrades":** If your client would like to upgrade from the attached appliances Moss has proposed, they can do so. They will need to provide Moss with the make and model of the appliances they would prefer. These appliances need to have matching dimensions and power requirements so that they can be installed without requiring modification to the cabinets, electrical systems or plumbing systems. Please note that ALL upgrades will be marked up 25%. The appliances will not be ordered until the upgrade check is received and Moss will not be held responsible for any delays caused by procurement of the upgraded appliances.

Regards,

*Laura Ferreira*
*Project Engineer* | **Moss & Associates**
o (954) 769-8185 | f (954) 524-5677
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311

3