October 21, 2011
kahlaw@bellsouth.net

**VIA FACSIMILE AND ELECTRONIC MAIL**
Gregory Wallance, Esq.
Kaye, Scholer, LLP
425 Park Ave.
New York, NY 10022-3509


RE: Remediation work to be performed on 11374 Elysian Field, Daphne, Alabama 36526 and claim made for same address in MDL Chinese drywall lawsuit Case No. 09-07628

Dear Mr. Wallance:

This letter is in regards to the remediation work that Knauf has scheduled to take place at a home owned by one of our clients, Ira Turner, as a result of defective Knauf drywall being installed in the house. The address of our client's house is 11374 Elysian Field, Daphne, Alabama 36526 (Lot 41, Austin Park). The owner of the house and our clients are VIT, Inc. and Ira Turner. It appears that there was some confusion as to who the owner of the house was by attorney Eddie Sexton. Although, I am sure that Mr. Sexton has already informed you of the mistake, I thought it best to write to you to make sure that we are all on the same page and that Mr. Turner's house continues to stay on the path it has already begun towards remediation.

Mr. Sexton is representing Tim Amey in lawsuit in the MDL against Knauf, INEX and other various defendants for a claim arising from defective drywall in the house located at 11374 Elysian Field, Daphne, AL. However, Mr. Amey does not own the house in question. It is actually owned by our clients, VIT, Inc. and Mr. Turner. The style of the case that involves our client's address is *Sean and Beth Payton, individually, and on behalf of all others similarly situated, v. Knauf GIPS KG*, et al., in the United States District Court for the Eastern District of Louisiana; Case No. 09-07628. Knauf has already sent out a crew to perform the necessary testing to confirm the presence of the defective drywall. Additionally, Moss Construction came to our clients' house last Thursday, October 13, 2011, to prepare the drawings of the floor plan of the house. It is my understanding from Mr. Sexton that within fourteen (14) days of Moss preparing the drawings of the house to be remediated, that Knauf will send a scope of work for the remediation to be approved or disapproved by the owner of the house. **This letter is to**

# EXHIBIT 11

Mr. Wallace
October 21, 2011
Page 2 of 2

inform you that the scope of work for the 11374 Elysian Field, Daphne, Alabama house should be sent for approval to the owner of the house, Mr. Turner/VIT, Inc., and not the former tenant, Tim Amey. Therefore, please forward the scope of work for the Elysian Field house to our law firm with attention to me, in order for the owner to review and approve said scope of work.

Please e-mail or call me to let me know you are aware of the situation and/or if you would like to discuss it further. Otherwise, thank you for your attention to this matter.

Best Regards,

*Read but not signed for expediency*

K. Amanda Herndon
For the Firm

KAH/msj

cc: Eddie Sexton, Esq. (*via e-mail*)
    Richard Duplantier, Jr., Esq. (*via U.S. mail*)
    Heather Houston, Esq. (*via e-mail*)
    Mr. Ira Turner (*via U.S. mail*)

## Mandy Barton

**From:** Spaulding, Kyle <kspaulding@frilot.com>
**Sent:** Thursday, November 15, 2012 9:14 AM
**To:** Mandy Herndon
**Cc:** AVicari@kayescholer.com; Greg Vaughan
**Subject:** RE: Remediation of home by Knauf of the house located at 11374 Elysian Circle, Daphne, AL 36526 and owned by VIT, Inc.

FYI-Moss advised that they are mailing out the Work Authorization packet to you today.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: 504.599.8249
Facsimile: 504.599.8137

---

**From:** Mandy Herndon [mailto:kahlaw@bellsouth.net]
**Sent:** Thursday, November 15, 2012 9:02 AM
**To:** Spaulding, Kyle
**Cc:** AVicari@kayescholer.com; Greg Vaughan
**Subject:** Re: Remediation of home by Knauf of the house located at 11374 Elysian Circle, Daphne, AL 36526 and owned by VIT, Inc.

Thank you. Is the contact with Moss Patricia Chenn? Can I all her on Monday if I have not heard from anyone by then? The Bank is wanting to know status. Thanks, Mandy

Sent from my iPhone

On Nov 15, 2012, at 8:59 AM, "Spaulding, Kyle" <kspaulding@frilot.com> wrote:

> Mandy-I received your email, contacted Moss to lift the hold, and given them your contact information for the future.
>
> Kyle A. Spaulding
> FRILOT L.L.C.
> 1100 Poydras Street, Suite 3700
> New Orleans, LA 70163
> Telephone: 504.599.8249
> Facsimile: 504.599.8137
>
> ---
>
> **From:** Mandy Herndon [mailto:kahlaw@bellsouth.net]
> **Sent:** Tuesday, November 13, 2012 1:46 PM
> **To:** Spaulding, Kyle
> **Cc:** AVicari@kayescholer.com; 'Greg Vaughan'
> **Subject:** FW: Remediation of home by Knauf of the house located at 11374 Elysian Circle, Daphne, AL 36526 and owned by VIT, Inc.
>
> Kyle:

1

Please let me know if you have received and reviewed my email below, which was sent last week. Again, our client is in a desperate situation in light of the delay caused by the claims of Eddie Sexton and Eric Hoagland's clients, the Ameys. Therefore, I would greatly appreciate you giving Greg or me a call when you get a chance and know where Knauf stands on how it will proceed with the remediation of VIT, Inc.'s house.

Thank you,

K. Amanda Herndon Barton, Esq.

Post Office Box 195
Mobile, AL 36601
Phone: 251.432.8883 / x 4
Fax: 251.432.8884

Please consider the environment before printing this e-mail.

*This message is confidential and is intended only for the named recipients. This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. As it may contain information that is privileged, or exempt from disclosure under applicable law. If you are not the intended recipient(s) of the email, you are hereby notified that the dissemination, distribution or copying of this email or its contents is strictly prohibited. If you received this email in error, please notify the sender at either the email address or the phone number above and delete this email from your computer.*

**From:** Mandy Herndon [mailto:kahlaw@bellsouth.net]
**Sent:** Friday, November 09, 2012 2:49 PM
**To:** 'AVicari@kayescholer.com'
**Cc:** 'Spaulding, Kyle' (kspaulding@frilot.com); 'gregory vaughan'
**Subject:** Remediation of home by Knauf of the house located at 11374 Elysian Circle, Daphne, AL 36526 and owned by VIT, Inc.

Angela:

Thank you for your call today concerning VIT, Inc.'s home and the status of Knauf's response to our request for the remediation of said home. It is my understanding from our call that Kyle Spaulding is the attorney that Greg or I should hear from next concerning Knauf's response to our request outlined in my letter dated November 1, 2012 requesting remediation of VIT's Elysian Circle house. Therefore, I am copuying him on this email.

It is further my understanding from our conversation that Knauf is concerned and/or is waiting to see if there will be an appeal from Mr. Amey and his counsel concerning the Court's granting of VIT, Inc.'s Motion for Summary as to ownership of the Elysian Circle house. Therefore, I am sending you a Stipulation that was filed by the Ameys' attorney, Eddie Sexton, the day before the hearing on VIT's Motion for Summary Judgment. Mr. Sexton's Stipulation states "[t]hat summary judgment with respect to ownership of the property after foreclosure and waiver of the redemption period is due to be granted." Hopefully, this will 1) ease Knauf's concern as to any appeal that the Ameys can or wish to file in regards to the Court's decision as to ownership of the subject

2

house, and 2) expedite the remediation of VIT's house before any negative action is taken on the house by the Bank holding a secured interest in the house.

If you or Kyle have any questions or need any further documentation from Greg or me regarding this matter, please do not hesitate to contact us. While Greg and I understand that the hold-up in this house getting remediated is not the fault of Knauf, it is still imperative that Knauf understands that the delay for remediation caused by third-parties has caused VIT to now be in a very dire situation in needing to get this house remediated as quickly as possible. Therefore, we look forward to hearing from you soon regarding Knauf's position as to when VIT's house will be remediated.

Best Regards,

K. Amanda Herndon Barton, Esq.
<image003.jpg>
Post Office Box 195
Mobile, AL 36601
Phone: 251.432.8883 / x 4
Fax: 251.432.8884

 Please consider the environment before printing this e-mail.

*This message is confidential and is intended only for the named recipients. This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. As it may contain information that is privileged, or exempt from disclosure under applicable law. If you are not the intended recipient(s) of the email, you are hereby notified that the dissemination, distribution or copying of this email or its contents is strictly prohibited. If you received this email in error, please notify the sender at either the email address or the phone number above and delete this email from your computer.*

3

**From:** Laura Ferreira [lferreira@mossemail.com]
**Sent:** Monday, May 20, 2013 10:28 AM
**To:** 'K. Amanda Herndon Barton'
**Cc:** Marci Jones; Sharal Sisson
**Subject:** RE: 11374 Turner appliance replacements

Thanks I will proceed with the suggested appliances. Have agreat day.

Regards


*Laura Ferreira*
*Project Engineer* | **Moss & Associates**
o (954) 769-8185 | f (954) 524-5677
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311

---

**From:** K. Amanda Herndon Barton [mailto:kab@holstonvaughan.com]
**Sent:** Monday, May 20, 2013 9:53 AM
**To:** Laura Ferreira
**Cc:** Marci Jones; Sharal Sisson
**Subject:** RE: 11374 Turner appliance replacements

Laura:

My client chooses Option #1 and the microwave with the buttons on the bottom. Please let us know if you need anything else.

Thanks,

K. Amanda Herndon Barton, Esq.



Post Office Box 195
Mobile, AL 36601
Phone: 251.432.8883 / x 4
Fax: 251.432.8884


 Please consider the environment before printing this e-mail.

*This message is confidential and is intended only for the named recipients. This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. As it may contain information*

1

that is privileged, or exempt from disclosure under applicable law. If you are not the intended recipient(s) of the email, you are hereby notified that the dissemination, distribution or copying of this email or its contents is strictly prohibited. If you received this email in error, please notify the sender at either the email address or the phone number above and delete this email from your computer.

---

**From:** Laura Ferreira [mailto:lferreira@mossemail.com]
**Sent:** Monday, May 20, 2013 8:37 AM
**To:** 'kab@holstonvaughan.com'
**Subject:** FW: 11374 Turner appliance replacements

Good Morning,

Please let me know how to proceed with the appliances as soon as possible.

Thanks


*Laura Ferreira*
*Project Engineer* | **Moss & Associates**
o (954) 769-8185 | f (954) 524-5677
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311

---

**From:** Laura Ferreira
**Sent:** Thursday, May 16, 2013 8:35 AM
**To:** 'kab@holstonvaughan.com'
**Subject:** FW: 11374 Turner appliance replacements


Good Morning,

We are ready to order the appliances for the **11374 Turner** Residence. See below the three options available to your client. **We need a response by Monday 5/20** so that we can meet our schedule.

- **Option #1 "Replacements":** Attached are the appliances that have been suggested by the appliance manufacturer to best match the original appliances in your client's residence. If they choose to accept the attached appliance replacements, Moss will order and install them in the residence. Please note it is important your client reviews the binders. They can also visit websites and retail stores to obtain any additional information they may desire, as well as view the appliances in person.

- Please note that Frigidaire Professional only has one microwave (**FPBM189KF**) available and it is a like for like except for the fact that the look is different. The controls to the microwave are on the bottom of the door. Since I do not know the taste of the home owner I have attached specs to a Frigidaire Gallery Microwave (**FGMV205KF**) that is like for like and has the controls on the side like their original had. Please have your client look at both models and advise what they would like. Make sure that they are aware of the color difference in the two. The Frigidaire Professional (**FPBM189KF**) is fully stainless steel/grey and the Frigidaire Gallery (**FGMV205KF**) is stainless steel with the area around the viewing window being black. When making their decision they should consider the color contrast of their other appliances.

- **Option #2 "Credits":** As per the Xactimate scope the gas range and microwave are being replaced. Also, during the appliance inspections we found that the dishwasher is also affected by Chinese Drywall and will be replaced. Any appliances that are not included in the list below will be tested again at time of reset, and if found malfunctioning or tarnished at that point, will be processed separately from this appliance package. Below are the credits you can receive for each appliance:

  - Range: $781.15
  - Microwave: $487.90

2

- Dishwasher: $423.28

If your client chooses to take the credit for their appliances, they will assume all charges for connections, delivery, taxes, installation and warranty. The credit will be awarded at the end of the project. Once the home owner signs the punch-list to their home and it is completed by the contractor, it takes our accounting department about 30 to 45 days to process the credit. At that point the home owner will receive a check from Moss.

**Option #3 "Upgrades":** If your client would like to upgrade from the attached appliances Moss has proposed, they can do so. They will need to provide Moss with the make and model of the appliances they would prefer. These appliances need to have matching dimensions and power requirements so that they can be installed without requiring modification to the cabinets, electrical systems or plumbing systems. Please note that ALL upgrades will be marked up 25%. The appliances will not be ordered until the upgrade check is received and Moss will not be held responsible for any delays caused by procurement of the upgraded appliances.

Regards,

*Laura Ferreira*
*Project Engineer* | **Moss & Associates**
o (954) 769-8185 | f (954) 524-5677
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311

## Mandy Barton

**From:** Justin Smith <jsmith@mossemail.com>
**Sent:** Thursday, August 1, 2013 4:39 PM
**To:** Mandy Herndon
**Cc:** Chris Krause
**Subject:** Fwd: Turner signed punch list, this is all about the sewer line clogged up !!!
**Attachments:** IMAG0698.jpg

Signed punch list. We will address his "workmanship issues." Once again the only thing preventing him from moving in is the sewer grinder that was cut off years before remediation started. This is not directly attributed to CDW, and in now way attributed to the remediation work performed given we do not work outside of the home.

We will run this through Knauf, and see what their stance is. MOSS will not be paying any liquidated damages in this home due to defects not related to remediation.

Thanks.

Sent from my iPhone

Begin forwarded message:

> **From:** Steve Wenzel <wenzels@yahoo.com>
> **Date:** August 1, 2013 4:34:12 PM CDT
> **To:** <jsmith@mossemail.com>
> **Subject: Turner signed punch list, this is all about the sewer line**

1

| Home Owners : VIT, Inc. | Phone Number : | **MOSS** |
|---|---|---|
| Address : 11374 Elysian Circle, Daphne, AL 36526 | | |

**Subcontractors**

| Trade | Company | Contact Name & Number |
|---|---|---|
| Drywall | Tri State | Mike Stoddard 601-331-7310 |
| Mechanical | Tri State | Mike Stoddard 601-331-7310 |
| Electrical | Tri State | Mike Stoddard 601-331-7310 |
| Plumbing | Tri State | Mike Stoddard 601-331-7310 |
| Attorney | Holston Vaughn | Mandy Herndon 251-432-8883 ext 4 |

Building Department (Parrish) : Daphne

Permit # 

| Event | Scheduled Completion | Actual Start | Actual Finish | Comments |
|---|---|---|---|---|
| Kick-Off & Soft Demo | 4/30/2013 | | | |
| Remove, Clean, Store | 5/2/2013 | | | |
| Hard Demolition | 5/3/2013 | | | |
| Remediation Treatment (SGD) | 5/10/2013 | | | |
| **GFA Inspection - Milestone # 1** | 5/15/2013 | | | |
| Rough in - HVAC Duct | 5/20/2013 | | | |
| Rough in - Electric | 5/20/2013 | | | |
| Rough in - Plumbing | 5/20/2013 | | | |
| Rough in - Inspection | 5/21/2013 | | | |
| Insulation - Install & Complete | 5/25/2013 | | | |
| MEP / Insulation Inspection (if required) | 5/25/2013 | | | |
| **DW Complete - Inspection - Milestone # 2** | 5/30/2013 | | | |
| Finish &Texture Drywall | 6/4/2013 | | | |
| Paint 1st Coat | 6/5/2013 | | | |
| Cabinets - Kitchen & Bath | 6/7/2013 | | | |
| Doors & Hardware | 6/8/2013 | | | |
| Trim Base, Moldings | 6/8/2013 | | | |
| Granite, Stone, Marble Tops | 6/9/2013 | | | |
| Tile | 6/11/2013 | | | |
| Paint | 6/13/2013 | | | |
| MEP Trim & Accessories | 6/14/2013 | | | |
| Carpet, Laminate / Floor Finishes | 6/16/2013 | | | |
| Appliances | 6/21/2013 | | | |
| Final Paint & Touch Up | 6/21/2013 | | | |
| Final Clean Up (Receive Sub-contractor Check List) | 6/21/2013 | | | |
| Issue Work to Complete-List to Subcontractors | 6/21/2013 | | | |
| Moss Inspection of Work to Complete list | 6/28/2013 | | | |
| **Building Final Inspection (Milestone # 3)** | 6/29/2013 | | | |
| Final Homeowner Walk-Through / Create H/O Punch List | 7/1/2013 | | | |
| Punch list Sign off | 7/15/2013 | | | |

Knauf - Chinese Drywall Remediation - Schedule / Check List Form

**Mandy Barton**

| | |
|---|---|
| **From:** | Kate Robinson <krobinson@hhklawfirm.com> |
| **Sent:** | Wednesday, November 6, 2013 1:38 PM |
| **To:** | 'K. Amanda Herndon Barton' |
| **Cc:** | gev@holstonvaughan.com; Lenny Davis |
| **Subject:** | RE: Chinese Drywall MDL 2047 re Meetings with Moss |

FROM: LEONARD A. DAVIS

I think that it is best for a client to attend with counsel if they are represented. Counsel can call in or a client can call in. I believe Moss desires to get resolution of matters and often times counsel can assist.

**Kate Robinson**
Legal Assistant to Leonard A. Davis
and Adam H. Weintraub
Herman, Herman & Katz, LLC
Herman Gerel, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (fax)
krobinson@hhklawfirm.com
www.hhklawfirm.com

PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED. PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.

## CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

 Please consider the environment before printing this e-mail

---

**From:** K. Amanda Herndon Barton [mailto:kab@holstonvaughan.com]
**Sent:** Wednesday, November 06, 2013 9:08 AM
**To:** Kate Robinson
**Cc:** gev@holstonvaughan.com
**Subject:** FW: Chinese Drywall MDL 2047 re Meetings with Moss

Ms. Robinson:

In regards to the meetings with Moss Construction and Knauf described below, can clients with issues they wish to discuss attend these meetings without legal representation? Or are the meetings for attorneys only?

Thank you for your time and assistance with this inquiry.

Best Regards,

K. Amanda Herndon Barton, Esq.



Post Office Box 195
Mobile, AL 36601
Phone: 251.432.8883 / x 4
Fax: 251.432.8884

 Please consider the environment before printing this e-mail.

*This message is confidential and is intended only for the named recipients. This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. As it may contain information that is privileged, or exempt from disclosure under applicable law. If you are not the intended recipient(s) of the email, you are hereby notified that the dissemination, distribution or copying of this email or its contents is strictly prohibited. If you received this email in error, please notify the sender at either the email address or the phone number above and delete this email from your computer.*

**From:** Greg Vaughan [mailto:gevlaw@bellsouth.net]
**Sent:** Monday, November 04, 2013 3:17 PM
**To:** 'K. Amanda Herndon Barton'
**Subject:** FW: Chinese Drywall MDL 2047 re Meetings with Moss

Fyi.

**From:** Kate Robinson [mailto:krobinson@hhklawfirm.com]
**Sent:** Monday, November 04, 2013 2:12 PM
**To:** 'Allison Willett'; Andrew Cross (across@careydanis.com); Booth Gordon Samuels (booths@pittmandutton.com); Bruce Rogow (rogowb@nsulaw.nova.edu); 'Carolina Suarez'; Chris Seeger; Cindy St. Amant (C.StAmant@kanner-law.com); David Maglich (dmaglich@fergesonskipper.com); 'Dennis Reich'; Don Russo (DRusso@RussoPa.com); 'Donahue Roshawn'; 'Edward Rowan'; 'Erik Szabo'; 'Greg Vaughn'; Gregory S. Weiss (gweiss@mrachek-law.com); 'J.E. Cullens, Jr.'; Jamie Sanders (jamie@esw-law.com); 'Jason Smith'; 'Jean Hummel'; Josh Palmintier (jpalmintier@dphf-law.com); Karen S. McInnis (ksmcinnis@mcinnislawfirm.com); Kirk A. Patrick III (kpatrick@dps-law.com); Manuel Robert Comras (mrc@bclmr.com); 'Margaret Sunkel'; 'Mark Milstein'; Michael Flannery (mflannery@cuneolaw.com); 'Michael Long'; Mike Ryan (mryan@krupnicklaw.com); 'Natalie Rico'; 'Pete Albanis'; 'Rebecca Vaccariello'; Richard Serpe ; Richard W. Stimson (Rick.Stimson@comcast.net); Rick David Kriseman (rick@saunderslawyers.com); 'Rick Kriseman'; 'Robert Brown'; 'Robert C. Hilliard'; Robert J. Diliberto (diliberto@attorneys-louisiana.com); Robert K. Shelquist (rkshelquist@locklaw.com); Roberta Burns (rburns@torres-law.com); Roger E. Bloomfield (bloomfield_law@att.net); Russ Copeland (russ@citrinlaw.com); Ryan L. Thompson (rthompson@wqclawfirm.com); 'Ryan Scafidel'; 'Salvador Christina'; Sarah B. Dorger (sdorger@briskman-binion.com); Scott C. Harris (sch@lewis-roberts.com); Scott M. Galante (scott@gb-lawfirm.com); Scott R. Bickford (usdcedla@mbfirm.com); Scott W. Weinstein (sweinstein@forthepeople.com); Seth Smiley (seth@wolfelaw.com); Shelly Sanford (ssanford@sanfordbarlow.com); Stephen Skelly Kreller (ssk@krellerlaw.com); Steve Herman; 'Steve W. Mullins'; 'Stuart Barasch'; Tara Gilbreath (tgilbreath@gainsben.com); Thomas Allen Usury (ausry@uwmlaw.com); Thomas Pollard Diaz (tpdiaz@liskow.com); Thomas W. Busby (twb@rmlawcall.com); Timothy DePaula (tdepaula@mrsnola.com); Tom W. Thornhill (tom@thornhilllawfirm.com); Tonyn Melnichenko (melnichenko@fdazar.com); Travis R. Walker (traviswalker@traviswalkerlaw.com); Troy Rafferty (trafferty@levinlaw.com); W. Brian Collins (brian@collinsdowney.com); Walter Antin (bantin@bellsouth.net); William Anderson (wanderson@cuneolaw.com); Willie James Singleton (wjsingleton@singletonlaw.com);

gev@holstonvaughan.com
**Cc:** Lenny Davis; Vickie Lory; Lillian Flemming
**Subject:** Chinese Drywall MDL 2047 re Meetings with Moss

FROM: LEONARD A. DAVIS

Moss has advised that they are willing to meet on November 21 following the status conference with any counsel who would like to discuss issues regarding the remediation of homes. Furthermore, Knauf has advised that they too will participate in the meetings and will also address already remediated properties if there are outstanding issues. The goal of the meeting would be to try to resolve any disputes. Should you desire to schedule a meeting please let me know and we will prepare a calendar scheduling meetings at various time intervals immediately following the status conference. If you would like a meeting it will be essential for you to respond to this email by providing the following information:

1. Name of client
2. Affected property address
3. A listing of any issues to be discussed
4. If there is a dispute that has been ongoing please provide backup correspondence so we can share it with Moss and Knauf in advance of the meeting

Please let us hear from you within the next two weeks so we can begin scheduling meetings.

**Kate Robinson**
Legal Assistant to Leonard A. Davis
and Adam H. Weintraub
Herman, Herman & Katz, LLC
Herman Gerel, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (fax)
krobinson@hhklawfirm.com
www.hhklawfirm.com

PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED. PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.

## CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

Please consider the environment before printing this e-mail

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.