UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
**********************************************************************

**SHOW CAUSE RESPONSE TO SETTLEMENT ADMINISTRATOR'S MOTION REGARDING STIPEND DISPUTES FOR CHINESE DRYWALL SETTLEMENT PROGRAM**
**(Stipend Payments Regarding Properties Containing Lower Case KPT Chinese Drywall [Rec. Doc. 20401-1])**

COMES NOW the firms of Gentle, Turner, Sexton & Harbison, LLC and McCallum, Hoaglund, Cook & Irby, LLP (collectively referred to as "Sexton/Hoaglund"), and file this response to the motion filed by the Settlement Administrator, BrownGreer, regarding stipend payments for the lower case KPT Chinese Drywall. Sexton/Hoaglund assert that all lower case KPT Chinese Drywall claimants that received benefits under the Knauf Settlement Agreement are entitled to the $1,000 stipend payment.

For the reasons more fully explained in the accompanying memorandum in support, the Court should award the $1,000 stipend for each lower case KPT Chinese Drywall home that received benefits under the Knauf Settlement Agreement.

                                                        Respectfully submitted,

Dated:  August 18, 2016                /s/ Eric D. Hoaglund_____
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway,   Suite 201
Vestavia Hills, Alabama  35216
Telephone:  (205)824-7767
Facsimile:  (205)824-7768
Email:  ehoaglund@mhcilaw.com

/s/ K. Edward Sexton, III_____
K. Edward Sexton, II
Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East
Suite 100
Hoover, Alabama 35244
Telephone:  (205)716-3000
Email:  esexton@gtandslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on August 18, 2016.

                                          /s/ Eric D. Hoaglund_____
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Telephone:  (205)824-7767
Facsimile:  (205)824-7768
Email:  ehoaglund@mhcilaw.com