UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                      MDL NO. 2047

                                                SECTION: L

                                                JUDGE FALLON
                                                MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
**************************************************************************

**MEMORANDUM IN SUPPORT OF SEXTON/HOAGLUND'S SHOW CAUSE
RESPONSE TO SETTLEMENT ADMINISTRATOR'S MOTION REGARDING
STIPEND DISPUTES FOR CHINESE DRYWALL SETTLEMENT PROGRAM**
(Stipend Payments Regarding Properties Containing Lower Case KPT Chinese Drywall
[Rec. Doc. 20401-1])

COMES NOW the firms of Gentle, Turner, Sexton & Harbison, LLC and McCallum, Hoaglund, Cook & Irby, LLP (collectively referred to as "Sexton/Hoaglund"), and in support of the Response to Settlement Administrator's Motion Regarding Stipend Disputes for Lower Case KPT Chinese Drywall states as follows:

On July 15, 2016, the Settlement Administrator filed a motion regarding stipend disputes for the Chinese Drywall settlement program regarding homes containing Lower Case KPT Chinese Drywall. BrownGreer seeks guidance in determining if Lower Case KPT homes that received benefits under the Knauf Settlement Agreement should receive a stipend of $150 or a stipend of $1,000.

This Court's December 17, 2014 Order regarding stipends specifically states: "The Court accepts the recommendation of the Fee Committee that a reasonable stipend of $1,000 per property for those properties where KPT Chinese Drywall is present, including homes with

mixed board that includes KPT Chinese Drywall. The Court further accepts the Fee Committee's recommendation that for those properties with non-KPT Chinese Drywall only, a reasonable stipend should be $150 per property."

BrownGreer is seeking guidance to determine whether Lower Case KPT Chinese Drywall is considered "KPT Chinese Drywall" or "non-KPT Chinese Drywall" as defined by this Court's December 17, 2014 Order. If the "Lower Case KPT Chinese Drywall" is determined to be "KPT Chinese Drywall" as set forth in this Court's December 17, 2014 Order, then the claimants are entitled to a $1,000 stipend as opposed to the $150 stipend for "non-KPT Chinese Drywall."

§1.26 and §1.26.1 of the Knauf Settlement Agreement define "KPT Chinese Drywall" and "Lower Case KPT Chinese Drywall." §1.26.1 defines "Lower Case KPT Chinese Drywall" as "KPT Chinese Drywall bearing the Lower Case Tainjin China markings."

Based upon the definitions contained in the Knauf Settlement Agreement, it is clear that "Lower Case KPT Chinese Drywall" is considered and defined as "KPT Chinese Drywall" and pursuant to this Court's December 17, 2014 Order, all "KPT Chinese Drywall" homes are entitled to the $1,000 stipend award.

Based upon the definitions contained in the Knauf Settlement Agreement, there is no basis for the assertion that Lower Case KPT Chinese Drywall should be considered "non-KPT Chinese Drywall," and receive the stipend amount of $150.

WHEREFORE, Sexton/Hoaglund respectfully request this Honorable Court enter an Order awarding a stipend amount of $1,000 for all properties that contain Lower Case KPT Chinese Drywall and are receiving benefits under the Knauf Settlement Agreement.

Respectfully submitted,

Dated:  August 18, 2016 /s/ Eric D. Hoaglund
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama  35216
Telephone:  (205)824-7767
Facsimile:  (205)824-7768
Email:  ehoaglund@mhcilaw.com

/s/ K. Edward Sexton, III
K. Edward Sexton, II
Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East
Suite 100
Hoover, Alabama 35244
Telephone:  (205)716-3000
Email:  esexton@gtandslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on August 18, 2016.

/s/ Eric D. Hoaglund
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Telephone:  (205)824-7767
Facsimile:  (205)824-7768
Email:  ehoaglund@mhcilaw.com

3