UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                            MDL NO. 2047

                                                      SECTION: L

                                                      JUDGE FALLON
                                                      MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE
THE FEE COMMITTEE'S REPLY TO THE
RESPONSE OF TAYLOR MARTINO, P.C. TO MOTION
FOR IMMEDIATE DISBURSEMENT OF UNDISPUTED FEES**

     NOW COMES the Fee Committee who respectfully submits that on August 16, 2016, the Fee Committee filed its Response in Opposition to Objecting Counsel's Motion for Immediate Disbursement of Undisputed Fees [Rec. Doc. 20440] and shortly thereafter, Taylor Martino, P.C. filed a Response to Motion for Immediate Disbursement of Undisputed Fees [Rec. Doc. 20441]. The Fee Committee would like to address Taylor Martino, P.C.'s Response and requests leave of court to file the attached Reply to the Response of Taylor Martino, P.C. to Motion for Immediate Disbursement of Undisputed Fees.

1

WHEREFORE, the Fee Committee prays that this motion be GRANTED and the attached Fee Committee's Reply to the Response of Taylor Martino, P.C. to Motion for Immediate Disbursement of Undisputed Fees be filed into the record.

        Respectfully submitted,

Dated: August 18, 2016   /s/ Russ M. Herman_____
        Russ M. Herman (Bar No. 6819) (on the brief)
        Leonard A. Davis (Bar No. 14190) (on the brief)
        Stephen J. Herman, Esquire (Bar No. 23129)
        HERMAN, HERMAN & KATZ, L.L.C.
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        LDavis@hhklawfirm.com
        *Plaintiffs' Liaison Counsel MDL 2047*
        *Co-Chair/Secretary Fee Committee*

        Arnold Levin (on the brief)
        Fred S. Longer (on the brief)
        Sandra L. Duggan (on the brief)
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel MDL 2047*
        *Chair Fee Committee*

        Gerald E. Meunier (LA Bar No. 9471)
        Gainsburgh, Benjamin, David,
         Meunier & Warshauer, LLC
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2800
        Phone: (504) 522-2304
        Fax: (504) 528-9973
        gmeunier@gainsben.com
        *Co-Counsel for Plaintiffs and PSC Member*
        *Fee Committee Member*

### ***ON BEHALF OF THE FEE COMMITTEE***

### **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of August, 2016.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esquire
        Herman, Herman & Katz, L.L.C.
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhklawfirm.com
        Plaintiffs' Liaison Counsel MDL 2047
        *Co-counsel for Plaintiffs*