UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Fee Committee's Motion for Leave to File the Fee Committee's Reply to the Response of Taylor Martino, P.C. to Motion for Immediate Disbursement of Undisputed Fees;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Fee Committee's Reply to the Response of Taylor Martino, P.C. to Motion for Immediate Disbursement of Undisputed Fees, be and is hereby filed into the record.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge