UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                          MDL NO. 2047

                                                    SECTION: L

                                                    JUDGE FALLON
                                                    MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### THE FEE COMMITTEE'S REPLY TO THE
### RESPONSE OF TAYLOR MARTINO, P.C. TO MOTION
### FOR IMMEDIATE DISBURSEMENT OF UNDISPUTED FEES

Taylor Martino, P.C. responded to Objecting Counsels' Motion for Immediate Disbursement of Undisputed Fees by reiterating its arguments to be awarded attorneys' fees from Knauf. [Rec.Doc.No. 20441]. As before, Taylor Martino contends that the Knauf defendants are contractually bound to pay an attorneys' fee to Taylor Martino for its representation of the Pritchard Housing Authority. Alternatively, Taylor Martino seeks an award of common benefit fees, and in the alternative to that, an award of quantum meruit from the allocation attributable to individually retained contract attorneys. *Id*. at 2.

The Fee Committee feels obliged to respond to Taylor Martino's instant response, as the firm's request implicates the allocation of the total amounts available for distribution as to attorneys' fees. The Fee Committee has previously responded to Taylor Martino's submissions to this Court regarding it's attorney's fees. *See* the Fee Committee's Opposition to the Motion for Award of Attorneys' Fees and Expenses by Taylor Martino, P.C. and Holston Vaughan LLC [Rec.Doc.No. 20382]. As the Fee Committee previously stated, *id.,* and will repeat herein,

1

Taylor Martino's fees are to be derived from the funds allocated by this Court for the individually retained contract attorneys.  Taylor Martino's work on behalf of the Prichard Housing Authority was performed on behalf of an individual client, and therefore, as with all homeowners, that work is to be compensated out of the funds allocated for individually retained contract attorneys.  All of Taylor Martino's other arguments not specifically addressed above, are denied.

For the reasons set forth above, as well as the Fee Committee's other submissions in opposition to the motion for immediate disbursement of undisputed fees [Rec.Doc.No. 20384], that motion should be denied.

                                    Respectfully submitted,

Dated: August 18, 2016        /s/ Russ M. Herman_____
                                    Russ M. Herman (Bar No. 6819) (on the brief)
                                    Leonard A. Davis (Bar No. 14190) (on the brief)
                                    Stephen J. Herman, Esquire (Bar No. 23129)
                                    HERMAN, HERMAN & KATZ, L.L.C.
                                    820 O'Keefe Avenue
                                    New Orleans, Louisiana 70113
                                    Phone: (504) 581-4892
                                    Fax: (504) 561-6024
                                    LDavis@hhklawfirm.com
                                    *Plaintiffs' Liaison Counsel MDL 2047*
                                    *Co-Chair/Secretary Fee Committee*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*Chair Fee Committee*

Gerald E. Meunier (LA Bar No. 9471)
Gainsburgh, Benjamin, David,
 Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Co-Counsel for Plaintiffs and PSC Member*
*Fee Committee Member*

**ON BEHALF OF THE FEE COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of August, 2016.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*