UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 SECTION L |
| This document relates to All Cases | * * * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**<u>AGENDA</u>**
**<u>FOR AUGUST 25, 2016 STATUS CONFERENCE</u>**

I.   BROWN GREER REPORT

II.  TAISHAN, ET AL. POTENTIAL ISSUES

III. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE (NONE; SETTLEMENT ADMINISTRATOR'S MOTIONS REGARDING STIPENDS SET FOR SUBMISSION ONLY).

IV.  NEXT STATUS CONFERENCE DATE