UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**This notice pertains to:**

500 Brickell East Condominium Association, Inc. v.
KNAUF Insulation GMBH and KNAUF Insulation, Inc.
2:16-cv-13497-EEF-JCW

_____

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) BY PLAINTIFF, 500 BRICKELL EAST CONDOMINIUM ASSOCIATION, INC.

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, 500 BRICKELL EAST CONDOMINIUM ASSOCIATION, INC. hereby gives notice that its action against Defendants, KNAUF INSULATION GMBH and KNAUF INSULATION, INC., 2:16-cv-13497-EEF-JCW transferred to this Court pursuant to Conditional Transfer Order (CTO-33) document number 20431 filed in the Eastern District of Louisiana on August 3, 2016, relating to Southern District of Florida (Miami) case number: 1:16-cv-23130-DPG, is hereby voluntarily dismissed without prejudice. Plaintiff does not desire to prosecute its suit, as filed, against Defendants.

Dated: August 23, 2016.

                                                 SIEGFRIED, RIVERA, HYMAN, LERNER,
                                                 DE LA TORRE, MARS & SOBEL, P.A.
                                                 *Attorneys for Plaintiff*
                                                 201 Alhambra Circle, Suite 1100
                                                 Coral Gables, FL 33134
                                                 Tel: 305.442.3334/Fax: 305.443.3292
                                                 Email: gketelhohn@srhl-law.com

                                                 By: /s/ GEORG KETELHOHN
                                                         Georg Ketelhohn, Esq.
                                                        Florida Bar No.: 66915

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing notice and proposed order have been served upon Daniel J. Dysart, Esq., and Rene A. Merino, Esq., Attorneys for Knauf Insulation, Inc., and Knauf Insulation GMBH, Baker Donelson Bearman Caldwell & Berkowitz, P.C., 201 St. Charles Avenue, Suite 3600, New Orleans, LA 70170 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 23rd day of August, 2016.

                          /s/ GEORG KETELHOHN
                          Georg Ketelhohn, Esq.
                          Florida Bar No.: 66915