

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*ALL CASES*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SEXTON/HOAGLUND'S REPLY TO THE FEE COMMITTEE'S AMICUS BRIEF TO THE COURT REGARDING SEXTON/HOAGLUND'S SHOW CAUSE RESPONSE TO SETTLEMENT ADMINISTRATOR'S MOTION REGARDING STIPEND DISPUTES FOR CHINESE DRYWALL SETTLEMENT PROGRAM**
(Stipend Payments Regarding Properties Containing Lower Case KPT Chinese Drywall [Rec. Doc. 20401-1])

COMES NOW the firms of Gentle, Turner, Sexton & Harbison, LLC and McCallum, Hoaglund, Cook & Irby, LLP (collectively referred to as "Sexton/Hoaglund"), and in reply to the Fee Committee's amicus brief regarding stipend payments for Lower Case KPT Chinese Drywall state as follows:

On July 15, 2016, the Settlement Administrator filed a motion regarding stipend disputes for the Chinese Drywall settlement program regarding homes containing Lower Case KPT Chinese Drywall. The Settlement Administrator seeks guidance in determining if Lower Case KPT homes that received benefits under the Knauf Settlement Agreement should receive a stipend of $150 or a stipend of $1,000.

This Court's December 17, 2014 Order regarding stipends specifically states: "The Court accepts the recommendation of the Fee Committee that a reasonable stipend of $1,000 per property for those properties where KPT Chinese Drywall is present, including homes with

mixed board that includes KPT Chinese Drywall. The Court further accepts the Fee Committee's recommendation that for those properties with non-KPT Chinese Drywall only, a reasonable stipend should be $150 per property."

BrownGreer is seeking guidance to determine whether Lower Case KPT Chinese Drywall is considered "KPT Chinese Drywall" or "non-KPT Chinese Drywall" as defined by this Court's December 17, 2014 Order. If the "Lower Case KPT Chinese Drywall" is determined to be "KPT Chinese Drywall" as set forth in this Court's December 17, 2014 Order, then the claimants are entitled to a $1,000 stipend as opposed to the $150 stipend for "non-KPT Chinese Drywall."

The Fee Committee asserts in its Amicus Brief that lower case KPT Chinese Drywall is "non-KPT Chinese Drywall." However, based upon the definitions contained in the Knauf Settlement Agreement, there is no basis for the assertion that lower case KPT Chinese Drywall should be considered "non-KPT Chinese Drywall." Sections 1.26 and 1.26.1 of the Knauf Settlement Agreement define Lower Case KPT Chinese Drywall as "KPT Chinese Drywall." Further, Section 1.43 of the Knauf Settlement Agreement states:

> "Non-KPT Chinese Drywall…shall not include drywall bearing the lower-case 'Tainjin China' markings."

As such, the Knauf Settlement Agreement states that lower-case KPT Chinese Drywall cannot be considered "non-KPT Chinese Drywall." Accordingly, pursuant to this Court's December 17, 2014 Order, since lower case KPT Chinese Drywall is not considered "non-KPT Chinese Drywall," the claimants are entitled to the stipend amount of $1,000 for each claimant.

Respectfully submitted,

Dated:  August 23, 2016  /s/ Eric D. Hoaglund_____
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway,   Suite 201
Vestavia Hills, Alabama  35216
Telephone:  (205)824-7767
Facsimile:  (205)824-7768
Email:  ehoaglund@mhcilaw.com

/s/ K. Edward Sexton, III_____
K. Edward Sexton, II
Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East
Suite 100
Hoover, Alabama 35244
Telephone:  (205)716-3000
Email:  esexton@gtandslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on August 23, 2016.

/s/ Eric D. Hoaglund_____
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Telephone:  (205)824-7767
Facsimile:  (205)824-7768
Email:  ehoaglund@mhcilaw.com

3