**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| | DRYWALL PRODUCT | : | |
| | LIABILITY LITIGATION | : | SECTION: L |
| | | : | |
| | | : | JUDGE FALLON |
| | | : | MAG. JUDGE WILKINSON |
| | | : | |

**COLLINS & HORSLEY, P.C.'S MOTION FOR JOINDER**

Comes now the law firm of Collins & Horsley, P.C. and joins in and fully adopts Hoaglund/Sexton's Show Cause Response to Settlement Administrator's Motion Regarding Stipend Disputes for Chinese Drywall Settlement Program and Reply to Fee Committee's Amicus Brief to the Court Regarding Hoaglund/Sexton's Show Cause Response to Settlement Administrator's Motion Regarding Stipend Disputes for Chinese Drywall Settlement Program.

Dated: August 23rd, 2016

Respectfully Submitted,

s/ David L. Horsley
David L. Horsley (ASB-6090-I47H)
COLLINS & HORSLEY, P.C.
2021 Morris Avenue, Suite 200
Birmingham, Alabama 35203
205-324-1834 telephone
205-324-1846 facsimile
david@collinshorsley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of August, 2016.

<u>s/ David L. Horsley</u>
David L. Horsley (ASB-6090-I47H)
COLLINS & HORSLEY, P.C.
2021 Morris Avenue, Suite 200
Birmingham, Alabama 35203
205-324-1834 telephone
205-324-1846 facsimile
david@collinshorsley.com