UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |

**O R D E R**

Considering Collins & Horsley, P.C.'s Motion for Joinder to Hoaglund/Sexton's Show Cause Response to Settlement Administrator's Motion Regarding Stipend Disputes for Chinese Drywall Settlement Program and Reply to Fee Committee's Amicus Brief to the Court Regarding Hoaglund/Sexton's Show cause Response to Settlement Administrator's Motion Regarding Stipend Disputes for Chinese Drywall Settlement Program;

IT IS ORDERED BY THE COURT that the motion is GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge

1