UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  CHINESE-MANUFACTURED   *       09-MD-2047
        DRYWALL PRODUCTS       *
        LIABILITY LITIGATION   *       Section L
                               *
Relates to:  All Cases         *       April 26, 2016
                               *
* * * * * * * * * * * * * * * *
```

STATUS CONFERENCE BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Appearances:

| | |
|---|---|
| For the Plaintiffs: | Levin Fishbein Sedran & Berman<br>BY:  ARNOLD LEVIN, ESQ.<br>510 Walnut Street, Suite 500<br>Philadelphia, Pennsylvania 19106 |
| For the Knauf Defendants: | Baker Donelson Bearman<br>  Caldwell & Berkowitz, PC<br>BY:  KERRY J. MILLER, ESQ.<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, Louisiana 70170 |
| For the Taishan, CNBM,<br>and BNBM Defendants: | Phelps Dunbar, LLP<br>BY:  HARRY ROSENBERG, ESQ.<br>365 Canal Street, Suite 2000<br>New Orleans, Louisiana 70130 |
| Official Court Reporter: | Toni Doyle Tusa, CCR, FCRR<br>500 Poydras Street, HB-275<br>New Orleans, Louisiana 70130<br>(504) 589-7778 |

Proceedings recorded by mechanical stenography using computer-aided transcription software.

**PROCEEDINGS**

**(April 26, 2016)**

**THE COURT:**  Be seated, please.  Good morning, ladies and gentlemen.

Call the case.

**THE DEPUTY CLERK:**  MDL No. 2047, *In re Chinese-Manufactured Drywall Products Liability Litigation*.

**THE COURT:**  Liaison lead counsel, make your appearances for the record.

**MR. LEVIN:**  Arnold Levin, sir, for Russ Herman, who is liaison counsel and not with us today.

**MR. ROSENBERG:**  Good morning, Your Honor.  Harry Rosenberg, liaison counsel for Taishan, CNBM, and BNBM entities.

**MR. MILLER:**  Good morning, Judge Fallon.  Kerry Miller, liaison counsel for Knauf and the defense steering committee.

**THE COURT:**  We are here today for our monthly meeting.  I talked to the lead liaison counsel a moment ago about the agenda.  There's not a great deal on it, but I will take it in the order proposed.

**MR. LEVIN:**  To be very brief, Your Honor, you have several motions under advisement, Rule 12 motions, BNBM, CNBM, and various motions with regard to the contempt order.  Knauf has filed a petition or motion to extinguish certain claims.

08:31

1  There's one litigant that intends to appeal her award and wants
2  a new trial.  We have a new date for the June hearing.
3           **THE COURT:**  The next meeting is May 25 and the
4  following is June 29.  The 25th meeting is at 2:00 and the 29th
5  meeting is starting at 9:00.  I'll meet with lead liaison
6  counsel in advance of those for half an hour.
7                Harry, do you have anything that you need to
8  bring to the Court's attention?
9           **MR. ROSENBERG:**  No, Your Honor.  I believe Mr. Levin
10 covered the waterfront just now.  The schedule for today is
11 very abbreviated, Your Honor.
12          **THE COURT:**  Also, next time when you all prepare the
13 agenda, let's prepare it with that in mind.  I know we have
14 certain things on the agenda that are no longer an issue, as
15 you brought to my attention.  If you can clean that up and
16 bring the ones that you need to talk about, that would be the
17 way of doing it.
18          **MR. ROSENBERG:**  Yes, Judge Fallon.  I have committed
19 to work with Mr. Davis and other PSC members, as well as
20 Mr. Miller, to achieve that goal.
21          **THE COURT:**  Okay.  Fine.  Thank you.
22                Anything from the Attorney General, State of
23 Louisiana?
24          **UNIDENTIFIED SPEAKER:**  No, Your Honor.
25          **THE COURT:**  That's it, then?  Thank you very much.  I

08:33  1  appreciate it.
2  **THE DEPUTY CLERK:** All rise.
3  (Proceedings adjourned.)
4  * * *
5  **CERTIFICATE**
6  I, Toni Doyle Tusa, CCR, FCRR, Official Court
7  Reporter for the United States District Court, Eastern District
8  of Louisiana, certify that the foregoing is a true and correct
9  transcript, to the best of my ability and understanding, from
10  the record of proceedings in the above-entitled matter.
11
12
13                                            *s/ Toni Doyle Tusa*
                                              Toni Doyle Tusa, CCR, FCRR
14                                            Official Court Reporter
15
16
17
18
19
20
21
22
23
24
25

MR. LEVIN: [2]  2/9 2/21
MR. MILLER: [1]  2/14
MR. ROSENBERG: [3]  2/11 3/8 3/17
THE COURT: [7]
THE DEPUTY CLERK: [2]  2/5 4/1
UNIDENTIFIED SPEAKER: [1]  3/23

### 0
09-MD-2047 [1]  1/4

### 1
12 [1]  2/23
19106 [1]  1/14

### 2
2000 [1]  1/19
201 [1]  1/17
2016 [2]  1/6 2/2
2047 [2]  1/4 2/6
25 [1]  3/3
25th [1]  3/4
26 [2]  1/6 2/2
275 [1]  1/21
29 [1]  3/4
29th [1]  3/4
2:00 and [1]  3/4

### 3
3600 [1]  1/17
365 [1]  1/19

### 5
500 [2]  1/14 1/21
504 [1]  1/22
510 [1]  1/14
589-7778 [1]  1/22

### 7
70130 [2]  1/20 1/22
70170 [1]  1/17
7778 [1]  1/22

### 9
9:00 [1]  3/5

### A
abbreviated [1]  3/11
ability [1]  4/9
about [2]  2/20 3/16
above [1]  4/10
above-entitled [1]  4/10
achieve [1]  3/20
adjourned [1]  4/3
advance [1]  3/6
advisement [1]  2/23
agenda [3]  2/20 3/13 3/14
ago [1]  2/19
aided [1]  1/25
all [3]  1/6 3/12 4/2
Also [1]  3/12
anything [2]  3/7 3/22
appeal [1]  3/1
appearances [2]  1/11 2/9
appreciate [1]  4/1
April [2]  1/6 2/2
are [2]  2/18 3/14
ARNOLD [2]  1/13 2/10
as [3]  3/14 3/19 3/19
at [2]  3/4 3/5
attention [2]  3/8 3/15
Attorney [1]  3/22
Avenue [1]  1/17
award [1]  3/1

### B
Baker [1]  1/15
be [3]  2/3 2/22 3/16
Bearman [1]  1/15
BEFORE [1]  1/9
believe [1]  3/9
Berkowitz [1]  1/16
Berman [1]  1/13
best [1]  4/9
BNBM [3]  1/19 2/13 2/23
brief [1]  2/22
bring [2]  3/8 3/16
brought [1]  3/15
but [1]  2/20

### C
Caldwell [1]  1/16
Call [1]  2/5
can [1]  3/15
Canal [1]  1/19
case [1]  2/5
Cases [1]  1/6
CCR [3]  1/21 4/6 4/13
certain [2]  2/25 3/14
CERTIFICATE [1]  4/5
certify [1]  4/8
Charles [1]  1/17
CHINESE [2]  1/4 2/6
CHINESE-MANUFACTURED [1]  1/4
claims [1]  2/25
clean [1]  3/15
CNBM [3]  1/18 2/13 2/23
committed [1]  3/18
committee [1]  2/17
computer [1]  1/25
computer-aided [1]  1/25
CONFERENCE [1]  1/9
contempt [1]  2/24
correct [1]  4/8
counsel [6]
COURT [5]
Court's [1]  3/8
covered [1]  3/10

### D
date [1]  3/2
Davis [1]  3/19
deal [1]  2/20
Defendants [2]  1/15 1/19
defense [1]  2/16
DISTRICT [5]
do [1]  3/7
doing [1]  3/17
Donelson [1]  1/15
Doyle [4]  1/21 4/6 4/13 4/13
DRYWALL [2]  1/4 2/7
Dunbar [1]  1/18

### E
EASTERN [2]  1/2 4/7
ELDON [1]  1/9
entities [1]  2/14
entitled [1]  4/10
ESQ [3]  1/13 1/16 1/19
extinguish [1]  2/25

### F
FALLON [3]  1/9 2/15 3/18
FCRR [3]  1/21 4/6 4/13
filed [1]  2/25
Fine [1]  3/21
Fishbein [1]  1/13
following [1]  3/4
foregoing [1]  4/8

### G
General [1]  3/22
gentlemen [1]  2/4
goal [1]  3/20
Good [3]  2/3 2/12 2/15
great [1]  2/20

### H
half [1]  3/6
HARRY [3]  1/19 2/12 3/7
has [1]  2/25
have [5]
HB [1]  1/21
HB-275 [1]  1/21
hearing [1]  3/2
her [1]  3/1
here [1]  2/18
Herman [1]  2/10
Honor [5]
HONORABLE [1]  1/9
hour [1]  3/6

### I
I'll [1]  3/5
If [1]  3/15
in [6]
In re Chinese [1]  2/6
intends [1]  3/1
is [7]
issue [1]  3/14
it [6]

### J
JUDGE [3]  1/10 2/15 3/18
June [2]  3/2 3/4
June 29 [1]  3/4
just [1]  3/10

### K
KERRY [2]  1/16 2/15
Knauf [3]  1/15 2/16 2/24
know [1]  3/13

### L
ladies [1]  2/3
lead [3]  2/8 2/19 3/5
let's [1]  3/13
Levin [4]  1/13 1/13 2/10 3/9
LIABILITY [2]  1/5 2/7
liaison [6]
litigant [1]  3/1
LITIGATION [2]  1/5 2/7
LLP [1]  1/18
longer [1]  3/14
LOUISIANA [6]

### M
make [1]  2/8
MANUFACTURED [2]  1/4 2/7
matter [1]  4/10
May [1]  3/3

## M

May 25 [1]  3/3
MD [1]  1/4
MDL [1]  2/6
mechanical [1]  1/25
meet [1]  3/5
meeting [4]  2/19 3/3 3/4 3/5
members [1]  3/19
MILLER [3]  1/16 2/16 3/20
mind [1]  3/13
moment [1]  2/19
monthly [1]  2/18
morning [3]  2/3 2/12 2/15
motion [1]  2/25
motions [3]  2/23 2/23 2/24
Mr. [3]  3/9 3/19 3/20
Mr. Davis [1]  3/19
Mr. Levin [1]  3/9
Mr. Miller [1]  3/20
much [1]  3/25
my [2]  3/15 4/9

## N

need [2]  3/7 3/16
new [5]
next [2]  3/3 3/12
no [4]  2/6 3/9 3/14 3/24
not [2]  2/11 2/20
now [1]  3/10

## O

Official [3]  1/21 4/6 4/14
Okay [1]  3/21
on [2]  2/20 3/14
one [1]  3/1
ones [1]  3/16
or [1]  2/25
order [2]  2/21 2/24
Orleans [3]  1/17 1/20 1/22
other [1]  3/19
our [1]  2/18

## P

PC [1]  1/16
Pennsylvania [1]  1/14
petition [1]  2/25
Phelps [1]  1/18
Philadelphia [1]  1/14
Plaintiffs [1]  1/13
please [1]  2/3
Poydras [1]  1/21
prepare [2]  3/12 3/13
proceedings [4]  1/25 2/1 4/3 4/10
PRODUCTS [2]  1/4 2/7
proposed [1]  2/21
PSC [1]  3/19

## R

re [2]  1/4 2/6
record [2]  2/9 4/10
recorded [1]  1/25
regard [1]  2/24
Relates [1]  1/6
Reporter [3]  1/21 4/7 4/14
rise [1]  4/2
ROSENBERG [2]  1/19 2/13
Rule [1]  2/23
Russ [1]  2/10

## S

schedule [1]  3/10
seated [1]  2/3
Section [1]  1/5
Sedran [1]  1/13
several [1]  2/23
sir [1]  2/10
software [1]  1/25
St [1]  1/17
starting [1]  3/5
State [1]  3/22
STATES [3]  1/1 1/10 4/7
STATUS [1]  1/9
steering [1]  2/16
stenography [1]  1/25
Street [3]  1/14 1/19 1/21
Suite [3]  1/14 1/17 1/19

## T

Taishan [2]  1/18 2/13
take [1]  2/21
talk [1]  3/16
talked [1]  2/19
Thank [2]  3/21 3/25
that [9]
That's [1]  3/25
then [1]  3/25
There's [2]  2/20 3/1
things [1]  3/14
those [1]  3/6
time [1]  3/12
today [3]  2/11 2/18 3/10
Toni [4]  1/21 4/6 4/13 4/13
transcript [1]  4/9
transcription [1]  1/25
trial [1]  3/2
true [1]  4/8
Tusa [4]  1/21 4/6 4/13 4/13

## U

under [1]  2/23
understanding [1]  4/9
UNITED [3]  1/1 1/10 4/7
up [1]  3/15
us [1]  2/11
using [1]  1/25

## V

various [1]  2/24
very [3]  2/22 3/11 3/25

## W

Walnut [1]  1/14
wants [1]  3/1
waterfront [1]  3/10
way [1]  3/17
we [3]  2/18 3/2 3/13
well [1]  3/19
when [1]  3/12
who [1]  2/10
will [1]  2/20
work [1]  3/19
would [1]  3/16

## Y

Yes [1]  3/18
you [9]
your [6]
Your Honor [4]  2/12 3/9 3/11 3/24