# Exhibit A

| MDL Name & Number | WITHHELD FOR FEES ($) | WITHHELD FOR COSTS ($) | TOTAL WITHHELD – FEES PLUS EXPENSES (%) | Total Recovery ($) | Total Attorney Fees ($) | Total Attorney Fees to Common Benefit Counsel | Notes |
|---|---|---|---|---|---|---|---|
| MDL 926: In Re Silicone Gel Breast Implants Prods. Liab. Litig. | | | 4 | 4.25 billion | | | Court originally set withholding at 5% for early signers and 6% for late signers; court subsequently reduced to 4% and rebated one-third of prior 6% assessment. See Order 13. |
| MDL 1203: Fen-Phen | | | 6 [federal] 4 [state] | 6.44 billion | | 434 million | Court reduced initial withholdings of 9 and 6 percent to comport with typical withholdings in MDLs. |
| MDL 1348: Rezulin | | | 6 [federal] 4 [state] | | | | 6% federal 4% state case withholding of gross monetary recovery for fees and expenses. |
| MDL 1355: Propulsid | | | 6 [federal] 4 [state] | | | | 6% in federal 4% state case withholding of gross monetary recovery for fees and expenses. |

| MDL | | | | | | | Notes |
|---|---|---|---|---|---|---|---|
| MDL 1396: In Re St. Jude Medical Inc., Silzone Heart Valves Prods. Liab. Litig. | | | | 6 | | | 6% of the gross monetary recovery to be set aside for common benefit fees and expenses. |
| MDL 1407: In Re Phenylpropanolamine (PPA) Prods. Liab. Litig. | | | | 4 [federal] 3 [state] | | 15.5 million | 4% federal 3% state case withholding of gross monetary recovery for fees and expenses. |
| MDL 1431: In Re Baycol Prods. Liab. Litig. | 4 | 2 | | 6 | 1.143 billion | | 6% holdback with 4% for attorney fees and 2% for expenses. |
| MDL 1596: In Re Zyprexa Prods. Liab. Litig. | 1 | 1 | | 2 | 1.45 billion | | 1% of the gross monetary recovery assessed for common benefit attorney fees. |
| MDL 1657: Vioxx | | | | 6.25 | 4.85 billion | 1.55 billion | 350 million | 22.9% of total attorney fees in MDL were allocated to class and common benefit counsel |
| MDL 1699: Bextra/Celebrex | 2 | 2 | | 4 | 894 million | | 2% of gross monetary recovery assessed for common benefit attorney fees. See PTO 8. |
| MDL 1708: In Re Guidant Corp. Implantable Defibrillators Prods. Liab. Litig. | 2 | 2 | | 4 | 195 million | | 4% total holdback with 2% for attorney fees and 2% for expenses. |

| MDL | | | | | | | Notes |
|---|---|---|---|---|---|---|---|
| MDL 1785: In Re Bausch & Lomb Contact Lens Solution Prods. Liab. Litig. | 4 | 2 | 6 | | | | 6% holdback with 4% for attorney fees and 2% for expenses. |
| MDL 1871: Avandia | | | 7 | 2.0 billion | | 143.75 million | 7% withholding of gross monetary recovery for fees and expenses |
| MDL 2004: In Re Mento Corp. Obtape Transobturator Sling Prod. Liab. Litig. | 3 | 2 | 5 | | | | "A total assessment of five percent (5%) of Gross Monetary Recovery shall apply to all Covered Claims ("the Assessment"). Of that amount, three percent (3%) shall be deducted from the attorneys' fees and two percent (2%) from the client's shares of the Gross Monetary Recovery." |
| MDL 2187: In Re C.R. Bard, Inc., Pelvic Repair System Prod. Liab. Lit. | | | 5 | | | | 5% of the gross monetary recovery to be set aside for common benefit fees and expenses. See PTO 84. |
| MDL 2197: In Re Depuy Orthopaedics, Inc. ASR Hip Implant Prods. Liab. Litig. | 3 | 1 | 4 | 4 billion | | | 3% of gross monetary recovery for common benefit attorney fees. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MDL 2325: American Medical Systems, Inc., Pelvic Repair Syustem Prods. Liab. Litig. | | | 5 | | | | 5% of the gross monetary recovery to be set aside for common benefit fees and expenses.  See PTO 77. |
| MDL 2326: Boston Scientific Corp. Pelvic Repair System Prod. Liab. Lit. | | | 5 | | | | 5% of the gross monetary recovery to be set aside for common benefit fees and expenses.  See PTO 52. |
| MDL 2327: Ethicon, Inc., Pelvic Repair System Prod. Liab. Lit. | | | 5 | | | | 5% of the gross monetary recovery to be set aside for common benefit fees and expenses.  See PTO 62. |
| MDL 2329: In Re Wright Medical Technology, Inc. | 3.5 | 3.5 | 7 | | | | 3.5% of the gross monetary recovery "for legal fees provided by attorneys acting at the direction of the PCLC for the common benefit of all plaintiffs in MDL 2329."  See CMO 4. |
| MDL 2342: In Re Zoloft (Sertraline Hydrochloride) Prods. Liab. Litig. | | | 5 | | | | 5% of the gross monetary recovery to be set aside for common benefit fees and expenses.  See PTO 29. |
| MDL 2385:  In Re Pradaxa (Dabigatran Etexilate) Prod. Liab. Lit. | 4 | 2 | 6 | 650 million | | | 6% holdback with 4% for attorney fees and 2% for expenses.  See CMO 16. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MDL 2387: In Re Coloplast Corp. Pelvic Support Systems. Prod. Liab. Lit. | | | 5 | | | | 5% of the gross monetary recovery to be set aside for common benefit fees and expenses. See PTO 32. |
| MDL 2391: Biomet Hips | | | 5 | 56 million | | | 6% initial set aside reduced by order of court to 5% of gross monetary recovery for common benefit fees and expenses. See Doc. 2945. |
| MDL 2440: In Re Cook Medical, Inc., Pelvic Repair System Products Liab. Lit. | | | 5 | | | | 5% of the gross monetary recovery to be set aside for common benefit fees and expenses. See PTO 12. |
| MDL 2441: Stryker Rejuvenate and ABGII Hip Implant Prod. Liab. Litig. | 3 | 1 | 4 | 1 billion | | | 4% total holdback with 3% for attorney fees and 1% for expenses. See PTO 18. |
| MDL 2511: In Re Neomedic Pelvic Repair System Prod. Liab. Lit. | | | 5 | | | | 5% of the gross monetary recovery to be set aside for common benefit fees and expenses. See PTO 21. |
| | | | | | | | |
| Average: | | | 4.79 | | | | |