# Exhibit B

Total Recovery In All CDW Settlements:            $1,120,313,305.90
Total Attorneys' Fees Generated:                  $233,078,270.33
Total Expenses Paid to PSC to date:               $40,096,906.98
Remaining Attorneys' Fees in Common Fund:         $192,981,363.35
Average MDL Set Aside (Fees plus Expenses):       4.79%
Johnson Factor Enhancement Percentage:            0.00%
Starting Benchmark for Percentage of Fund Method: 25%

**Percentage of Total Recovery Method Formula**

[(Total Recovery) X (Average MDL Set Aside Percentage + Johnson Factor Enhancement Percentage] – (Total Expenses Paid to PSC to date) = Net Common Benefit Fee Payable From Remainder of Common Fund

[($1,120,313,305.90) X (4.79% + 0.00%)] - $40,096,906.98 = **$13,566,100.37**

**Percentage of Fund Method Formula**

[(Total Attorney's Fees Generated) X (Starting Benchmark + Johnson Factor Enhancement Percentage)] – (Total Expenses Paid to PSC to date) = Net Common Benefit Fee Payable From Remainder of Common Fund

[($233,078,270.33) X (25% + 0%)] - $40,096,906.98 = **$18,172,660.60**