UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF FILING

Please take notice of the filing into the record of the Motion to Fix Damages Under Default Judgement Order which was filed in the Circuit Court for the City of Norfolk, Virginia on August 18, 2016 [attached hereto as Exhibit "A"]. The matter is before the Honorable Mary Jane Hall.

Dated: August 26, 2016              Respectfully Submitted,

                                                        BY: /s/ Russ M. Herman
                                                        Russ M. Herman (La Bar No. 6819)
                                                        Leonard A. Davis (La Bar No. 14190)
                                                        Stephen J. Herman (La Bar No. 23129)
                                                        Madelyn O. Breerwood (La Bar No. 35538)
                                                        Herman, Herman & Katz, LLC
                                                        820 O'Keefe Avenue
                                                        New Orleans, LA 70113
                                                        Phone: (504) 581-4892
                                                        Fax: (504) 561-6024
                                                        ldavis@hhklawfirm.com

                                                        *Plaintiffs' Liaison Counsel MDL 2047*

1

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of August, 2016.

Respectfully Submitted,


BY: /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*