# EXHIBIT A

# AMENDED MEMORANDUM OF UNDERSTANDING

This Amended Memorandum of Understanding ("MOU") is entered into between the various Homebuilders identified on Exhibit A attached hereto ("Various Homebuilders") and the Chinese Drywall MDL 2047 Fee Committee ("FC"), Plaintiffs' Lead Counsel, and Plaintiffs' Liaison Counsel (collectively, the "Parties"). This MOU is intended to memorialize the agreement between the Parties regarding the entitlement of Various Homebuilders to a return of the remaining portion of the 32% attorneys' fees set asides from the Banner Settlement Agreement and Global Settlement Agreement associated with the Various Homebuilders' homes.

Under the Banner Settlement, 32% of the Banner Gross Settlement Amount was set aside for an award of attorneys' fees ("Banner Attorneys' Fees Set Aside"). *See* Banner Settlement, as amended, Paragraph 14.7 [Rec. Doc. No. 10033]; *see also* Second Amended Banner Allocation Plan, Paragraph 3 [Rec. Doc. No. 16527-1]. The Banner Attorneys' Fees Set Aside fund is intended to compensate both common benefit attorneys ("CB") and individually retained counsel ("IR"). It was contemplated that after the Court determined the amount of the aggregate fee award, "the Court shall establish the allocation between the common benefit fee and individual counsels' fee." PTO 28 [Rec. Doc. No. 17379].

For the Affected Properties "repaired by builders that have actively pursued this litigation" (*i.e.*, "Active Builders"), the maximum allowable award of common benefit attorneys' fees in Banner is 10%. A dispute arose between the Parties as to whether the common benefit fees for Active Builders should be less than 10%, if any at all. Nevertheless, pursuant to the terms of this MOU, the Parties agree that Active Builders are entitled to a return of the remaining portion of the Banner Attorneys' Fee Set Aside applicable to their homes in the amount of 22%

1

(*i.e.*, 32% set-aside minus 10% maximum allowed for common benefit attorneys equals 22%) as reflected on the attached Allocation Report.[1]

A dispute existed as to whether all other Builders (*i.e.*, non-Active Builders) are entitled to a return of the portion of the Attorneys' Fees Set Aside applicable to their homes that does not constitute the award to common benefit attorneys (*i.e.*, 32% set-aside minus the percentage allowed for common benefit attorneys equals the set aside portion to be returned to non-Active Builders). Nevertheless, pursuant to the terms of this MOU, the Parties agree that non-Active Builders are entitled to a return of the remaining portion of the Banner Attorneys' Fee Set Aside applicable to their homes in the amount of 13% (*i.e.*, 32% set-aside minus 19% to compensate common benefit counsel plus individually retained counsel) as reflected on the attached Allocation Report.

Under the Global Settlement, 32% of the Gross Settlement Amount was set aside for an award of attorneys' fees ("Global Attorneys' Fees Set Aside"). *See* Global Settlement, as amended, Paragraph 16.6 [Rec. Doc. No. 15695]; Second Amended Global Allocation Plan, Paragraph 4 [Rec. Doc. No. 16528-1]. However, similar to the Banner Settlement, the Parties disputed whether Active Builders are entitled to a return of 22% or more of their attorneys' fees set aside under the Global Settlement, and whether non-Active Builders were entitled to a return of any of their attorneys' fees set aside under the Global Settlement. *Id.*

To resolve these disputes and the allocation process attending to any of the Various Homebuilders' entitlement to a return of their respective attorneys' fees set asides from the Banner and Global settlements, the Parties have agreed that the proposed method of calculating

---

[1] Attached hereto as Exhibit B. In addition to the amounts set forth in attached Exhibit B, LWH, LLC, Taylor Morrison, Inc., and The Ryland Group, Inc. shall be permitted to file a motion requesting that Judge Fallon determine them to be "Active Builders" at the appropriate time. In the interim, those entities shall receive the payments described in attached Exhibit B.

the amount and distribution of their respective attorneys' fees set aside portions reflected in the Allocation Report (Exhibit B) shall apply and be implemented.

The proposed amount of attorneys' fees set aside portions to be returned to the Various Homebuilders set forth in the Allocation Report (Exhibit B) are based on the recommendation that the Court shall grant the FC's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) [Rec. Doc. 20293], which seeks an award of common benefit fees representing a split of available funds of ~59.37% / ~40.63% as between CB and IR. In the event the Court awards common benefit fees representing a different split of available funds as between CB and IR, the actual set aside portions to be returned to Various Homebuilders will be calculated by utilizing the same methodology set forth in the Allocation Report, but will be based on the actual percentages of the split of available funds as between CB and IR. To be clear, the total attorneys' fees set aside portions to which Active Builders and non-Active Builders are entitled shall remain unchanged as reflected in the Allocation Report, despite the split as between CB and IR ultimately awarded by Judge Fallon. In other words, the Various Homebuilders will receive no less than the dollar amounts reflected on the attached Allocation Report, regardless of the split between CB and IR that is ultimately awarded by Judge Fallon.

In addition, the Various Homebuilders agree collectively to compensate Co-Class Counsel, Dorothy Wimberly (who played a vital role as Local Liaison Counsel for the Homebuilders), for her professional services rendered in connection with her role as Co-Class Counsel in the Banner and Global Settlements. Such compensation shall be deducted from the attorneys' fees set aside portions to which each of the Various Homebuilders is entitled, at an assessment of 0.75% of each of the Various Homebuilders' total settlement recoveries under the

3

Banner Settlement and Global Settlement.[2]  The FC, Plaintiffs' Steering Committee (PSC), and Class Counsel shall have no further obligation to compensate Ms. Wimberly for her Co-Class Counsel services, and she agrees to seek compensation only from the 0.75% assessments described in this paragraph.

Plaintiffs' Lead Counsel and Plaintiffs' Liaison Counsel, on behalf of the PSC, agree not to pursue the Motion for Additional Common Benefit Assessments [Rec.Doc.No. 17831] ("Motion") against the Various Homebuilders, pursuant to which the PSC sought "additional common benefit assessments from those other Chinese Drywall cases and claims that were not participating in any of the various Class Action Settlement Agreements previously addressed in the Global Fee Petition,"[3] Motion at 1, including any common benefit assessments associated with those claims described in the Major Homebuilders Settlement Agreement.  The PSC further waives any additional right it may have now or in the future to seek any additional fees or costs from the Various Homebuilders in connection with any Chinese Drywall litigation or settlements.  Reciprocally, except as otherwise provided herein, the Various Homebuilders waive any right they may have now or in the future to seek any additional fees or costs from the PSC in connection with any Chinese Drywall litigation or settlements.

This MOU may be executed in counterparts by facsimile signature and each such counterpart shall be effective as part of a fully executed original.

---

[2] The assessment that will be deducted from each of the Various Homebuilder's attorneys' fees set aside portion to compensate Co-Class Counsel is reflected on Exhibit B.  This assessment has been calculated by adding each of the Various Homebuilder's total recoveries under the Banner and Global Settlements (after Brown Greer eventually distributes the ~3% hold backs), dividing that total by .68, and then multiplying that number by 0.75%.

[3] The Class Action Settlement Agreements previously addressed in the Global Fee Petition are Banner, InEx, Knauf, L&W, Global and the Virginia Class Settlements.

4

IN WITNESS WHEREOF, the Parties have duly executed this MOU, by their respective

counsel as set forth below, as of August 26, 2016.

Dorothy Wimberly
*Co-Class Counsel*
*With Authority For the Various Homebuilders*
E-mail: dwimberly@stonepigman.com

Hilarie Bass
*Homebuilders' Liaison Counsel*
*With Authority For the Various Homebuilders*
E-mail: bassh@gtlaw.com

Russ Herman
*Plaintiffs' Liaison Counsel*
*Class Counsel*
*Co-Chair/Secretary of the Fee Committee*
E-mail: rherman@hhklawfirm.com

Arnold Levin
*Plaintiffs' Lead Counsel*
*Class Counsel*
*Chair of the Fee Committee*
E-mail: alevin@lfsblaw.com

5

Exhibit "A"

## Various Homebuilders

Ashton Tampa Residential, LLC
Aubuchon Homes, Inc.
BBC Brownstones I, LLC
BBL-Florida, LLC
Beazer Homes Corp.
Boynton Beach Associates XVI, LLLP
D.R. Horton, Inc.
Everette Avenue Townhomes, LLC
Florida Home Partnership, Inc.
G.L. Homes of Davie Associates II, Ltd.
G.L. Homes of Davie Associates III, Ltd.
G.L. Homes of Sunset Lakes Associates, Ltd.
GH Vero Beach Development LLC
Hillsborough County Associates II, LLLP
KB Home Orlando LLC
K. Hovnanian First Homes, LLC
K. Hovnanian T & C Homes of Florida, LLC
K. Hovnanian Windward Homes, LLC
Lennar Corporation
LWH, LLC
M.D.C. Holdings, Inc.
Meadows of Estero-Bonita Springs Ltd. Partnership
M/I Homes of Tampa, LLC
Meritage Homes Corporation
Miramar Associates IV, LLLP
Peninsula II Developers, Inc.
Prime Homes at Portofino Falls, Ltd.
Rottlund Homes of Florida, Inc.
Standard Pacific Corp.
Standard Pacific of South Florida, general partnership
Standard Pacific of Tampa GP, Inc.
Taylor Morrison, Inc.
The Ryland Group, Inc.
Toll Bros., Inc.

6

# EXHIBIT B

## Chinese Drywall  MDL 2047

Allocation report using February 28,2016 balances
~59.37% / 40.63% split [1]

|  | Pages |
|---|---|
| **Monies available for Attorney Fees** | 1 |
| **Calculation of funds based on ~59.37%/ ~40.63% split in aggregate award between Common Benefit Attorneys and Individual Retained Attorneys using only Banner Settlement amounts [1]** | 2 |
| **Calculation of funds based on  ~59.37%/ ~40.63% split in aggregate award between Common Benefit Attorneys and Individual Retained Attorneys using Banner and Global  Settlement amounts combined [1]** | 3 |
| **Claim Payment Amounts from BANNER settlement - Non-Active Builders in common benefit litigation** | 4 |
| **Claim Payment Amounts from BANNER settlement - Active Builders in common benefit litigation** | 5 |
| **Claim Payment Amounts from BANNER and GLOBAL settlements - Non-Active Builders in common benefit litigation** | 6 |
| **Claim Payment Amounts from BANNER and GLOBAL settlements - Active Builders in common benefit litigation** | 7 |
| **Total Claim Payment Amounts with  Other Loss Fund Payments Attributable to Banner and Global Settlements** | 8 |

[1] **The actual refunds to Homebuilders will be determined by the actual percentage amounts allocated to CB attorneys and IR attorneys in the Court's order**

revised  8-23-2016

## Chinese Drywall  MDL 2047
## Monies available for Attorney Fees

|  |  | 2/28/2016 |
|---|---|---|
| **QSF Attorney accounts** |  |  |
| Qualified Settlement Combined Attorney Fund | $ | 181,196,758.20 |
| Knauf deposit of additional settlement | $ | 13,592,762.95 |
|  |  |  |
| Funds held by PSC |  |  |
| PSC Knauf checking   12/31/14 | $ | 1,374,531.18 |
| PSC (ICS) account | $ | 2,000,000.00 |
| PSC (Federated) account | $ | 1,000,174.81 |
| Funds from  Knauf advance | $ | 175,299.07 |
| **Funds held by PSC** | $ | 4,550,005.06 |
|  |  |  |
| Subtotal | $ | 199,339,526.21 |
|  |  |  |
| Stipend | $ | (328,424.99) |
| Held Costs as of 12/2014 | $ | (3,842,737.87) |
| Unpaid Cash Assessments | $ | (2,187,000.00) |
| Set asides before Fee allocation | $ | (6,358,162.86) |

**Funds available for distribution for attorney fees for common benefit and individual retained attorneys**    $ 192,981,363.35

**Voluntary contributions held by Clerk of Court for common benefit attorneys only**    $ 3,332,058.26

**North River Litigation Fees and Costs for PSC counsel involved in NR preparations and trial**    $ 2,400,000.00

**p1 of 8**

# Chinese Drywall  MDL 2047

**Calculation of funds based on Fee award amounting to 10.65% of Class Settlement Recovery, representing ~59.37% / ~40.63% Split of Available Funds between Common Benefit Attorneys and Individual Retained Attorneys [1]**

**Builder Refund based on Banner payments only (reference p4 of 6)**

|  | Common Benefit | Individual Retained |  |
|---|---|---|---|
| Split of Available Funds (~59.37%/~40.63%) [1] | 59.37% | 40.63% |  |
| CB & IR funds | $ 114,581,308.82 | $ 78,400,054.53 | $ 192,981,363.35 |
| Active Builders (Greenberg Traurig): 9.0% from Common Benefit Fund plus 13% from Individual Retained Fund | ($559,297.53) | $ (807,874.21) |  |
| .75% adjustment for Co-class Counsel Fees | ($19,739.91) | $ (28,513.21) |  |
| All Non-Active Builders (not including Greenberg Traurig): 0% from Common Benefit Fund and 13.0% from Individual Retained Fund[2] |  | ($854,448.81) |  |
| .75% adjustment for Co-class Counsel Fees |  | ($52,313.19) |  |
| Subtotal | $ 114,002,271.37 | $ 76,656,905.11 | $ 190,659,176.48 |
| Voluntary Contributions [3] | $ 3,332,058.26 |  |  |
| Available for Common Benefit [4] | $ 117,334,329.63 |  |  |

2. Per p5. Used only Greenberg Traurig as an Active Litigating Builder Firm.  All other builders entitled to refund of non-common benefit % only.

3  Voluntary Funds are added in after the alternate percentage allocations.

4  North River Funds not included here but will be allocated separately by Court.

**p2 of 8**

# Chinese Drywall  MDL 2047

**Calculation of funds based on Fee award amounting to 10.65% of Class Settlement Recovery, representing ~59.37% / ~40.63% Split of Available Funds between Common Benefit Attorneys and Individual Retained Attorneys [1]**

**Builder Refund based on Banner and Global  payments combined   (reference p5 of 6)**

| | Common Benefit | Individual Retained | |
|---|---|---|---|
| Split of Available Funds (~59.37%/~40.63%) [1] | 59.37% | 40.63% | |
| CB & IR funds | $    114,581,308.82 | $    78,400,054.53 | $ 192,981,363.35 |
| Active Builders (Greenberg Traurig): 9.0% from Common Benefit Fund plus 13% from Individual Retained Fund | ($1,069,891.79) | $    (1,545,399.26) | |
| .75% adjustment for Co-class Counsel Fees | ($37,760.89) | $    (54,543.50) | |
| All Non-Active Builders (not including Greenberg Traurig): 0% from Common Benefit Fund and 13% from Individual Retained Fund[2] | | ($1,768,901.49) | |
| | | ($108,300.09) | |
| Subtotal | $    113,473,656.14 | $    74,922,910.19 | $ 188,396,566.33 |
| Voluntary Contributions [3] | $    3,332,058.26 | | |
| Available for Common Benefit [4] | $    116,805,714.40 | | |

2. Per p7. Used only Greenberg Traurig as an Active Litigating Builder Firm.  All other builders entitled to refund of non-common benefit % only.

3  Voluntary Funds are added in after the alternate percentage allocations.

4  North River Funds not included here but will be allocated separately by Court.

**p3 of 8**

*Chinese Drywall*     *CLAIM PAYMENT AMOUNTS FROM BANNER SETTLEMENT*

Assume ~59.37/~40.63 split between CB and Individual Retained attorneys [1]

| Row | BUILDER  Non-Active | BUILDER'S LAW FIRM | Banner Claim Payment Amount | Banner Other Loss Fund (Loss Fund payment times 4.54%) | Claim Payment with 32% Attorney Fees Imputed | Individual Retained Share of Refund 40.63% x 32%(13%) | .75% x Claim Payment w 32% inputted for Co-class counsel fees | Adjusted Refund for 13% after .75% adjustment |
|---|---|---|---|---|---|---|---|---|
| 1 | K. Hovnanian First Homes, LLC | Bilzin Sumberg | $12,468.06 | | $18,335.38 | $2,383.60 | | |
| 2 | K. Hovnanian T & C Homes of Florida, LLC | Bilzin Sumberg | $101,814.57 | | $149,727.31 | $19,464.55 | | |
| 3 | K. Hovnanian Windward Homes, LLC | Bilzin Sumberg | $0.00 | | $0.00 | $0.00 | | |
| | | **Bilzin Sumberg Total** | **$114,282.63** | | **$168,062.69** | **$21,848.15** | **$1,260.47** | **$20,587.68** |
| 4 | Aubuchon Homes, Inc. | BOYLE, GENTILE & LEONARD PA | $0.00 | | $0.00 | $0.00 | | |
| | | **BOYLE, GENTILE & LEONARD PA Total** | **$0.00** | | **$0.00** | **$0.00** | | |
| 5 | Ashton Tampa Residential, LLC | Carlton Fields  Ashton Tampa | $0.00 | | $0.00 | $0.00 | | |
| 6 | Florida Home Partnership, Inc. | Carlton Fields florida Home P'ship | $39,408.93 | | $57,954.31 | $7,534.06 | | |
| 7 | KB Home Orlando LLC | Carlton Fields KB Home of Orlando | $410,792.58 | | $604,106.74 | $78,533.88 | | |
| 8 | M/I Homes of Tampa, LLC | Carlton Fields MI Homes of Tampa | $139,150.44 | | $204,633.00 | $26,602.29 | | |
| | | **Carlton Fields Total** | **$589,351.95** | | **$866,694.04** | **$112,670.23** | **$6,500.21** | **$106,170.02** |
| 9 | Prime Homes at Portofino Falls, Ltd. | Geoffrey C. Bennett, P.A | $71,206.05 | $1,589.00 | $107,051.54 | $13,916.70 | | |
| | | **Geoffrey C. Bennett, P.A. / Colson Hicks Eidson, P.A** | **$71,206.05** | **$1,589.00** | **$107,051.54** | **$13,916.70** | **$802.89** | **$13,113.81** |
| 10 | Standard Pacific Corp. | HILL WARD HENDERSON PA | $49,349.52 | | $72,572.82 | $9,434.47 | | |
| 11 | Standard Pacific of South Florida, general partnership | HILL WARD HENDERSON PA | $786,580.74 | | $1,156,736.38 | $150,375.73 | | |
| 12 | Standard Pacific of Tampa GP, Inc. | HILL WARD HENDERSON PA | $16,320.15 | | $24,000.22 | $3,120.03 | | |
| | | **HILL WARD HENDERSON PA Total** | **$852,250.41** | | **$1,253,309.43** | **$162,930.23** | **$9,399.82** | **$153,530.40** |
| 13 | BBC Brownstones I, LLC | Holland & Knight LLP | $0.00 | | $0.00 | $0.00 | | |
| | | **Holland & Knight LLP Total** | **$0.00** | | **$0.00** | **$0.00** | | |
| 14 | Beazer Homes Corp. | King & Spalding LLP | $185,108.22 | | $272,217.97 | $35,388.34 | | |
| | | **King & Spalding LLP Total** | **$185,108.22** | | **$272,217.97** | **$35,388.34** | **$2,041.63** | **$33,346.70** |
| 15 | Everette Avenue Townhomes, LLC | Mills Paskert Divers | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 16 | Rottlund Homes of Florida, Inc. | Mills Paskert Divers | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | | **Mills Paskert Divers Total** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | |
| 17 | Peninsula II Developers, Inc. | Pillsbury Winthrop Shaw Pittman, LLP | $1,758,079.62 | $40,406.00 | $2,644,831.79 | $343,828.13 | | |
| | | **Pillsbury Winthrop Shaw Pittman, LLP Total** | **$1,758,079.62** | **$40,406.00** | **$2,644,831.79** | **$343,828.13** | **$19,836.24** | **$323,991.89** |
| 18 | LWH, LLC | Sivyer Barlow & Watson, P.A. | $12,836.34 | | $18,876.97 | $2,454.01 | | |
| 19 | Taylor Morrison, Inc. | Sivyer Barlow & Watson, P.A. | $514,718.82 | | $756,939.44 | $98,402.13 | | |
| 20 | The Ryland Group, Inc. | Sivyer Barlow & Watson, P.A. | $174,068.73 | | $255,983.43 | $33,277.85 | | |
| | | **Sivyer Barlow & Watson, P.A. Total** | **$701,623.89** | | **$1,031,799.84** | **$134,133.98** | **$7,738.50** | **$126,395.48** |
| 21 | D.R. Horton, Inc. | Taylor, Porter, Brooks & Phillips LLP | $255,696.21 | | $376,023.84 | $48,883.10 | | |
| | | **Taylor, Porter, Brooks & Phillips LLP Total** | **$255,696.21** | | **$376,023.84** | **$48,883.10** | **$2,820.18** | **$46,062.92** |
| 22 | BBL-florida LLC | Mills Paskert, Divers | $173,468.79 | | $255,101.16 | $33,163.15 | | |
| | | **BBL-florida LLC** | **$173,468.79** | **$3,274.92** | **$255,101.16** | **$33,163.15** | **$1,913.26** | **$31,249.89** |
| Total | | **Grand Total** | **$4,701,067.77** | **$45,269.92** | **$6,975,092.31** | **$906,762.00** | **$52,313.19** | **$854,448.81** |
| | Total of Banner and Other Loss Fund | | | $4,746,337.69 | | | | |

**p4 of 8**

* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims

***Chinese Drywall***          ***CLAIM PAYMENT AMOUNTS FROM BANNER SETTLEMENT***          Assume ~59.37%/ ~40.63 split between CB and Individual Retained attorneys [1]

| Row | BUILDER  Active | BUILDER'S LAW FIRM | Banner Claim Payment Amount | Banner Other Loss Fund (Loss Fund payment times 4.54%) | Claim Payment with 32% Attorney Fees Imputed | 22% Refund Amount | Common Benefit Share of Refund 32% x 59.37%=19.0 % - 10% (9.0%) for Active Litigating Builders | Individual Retained Share of Refund 40.63% x 32% = 13% | .75% x Claim Payment w 32% inputted for Co-class counsel fees allocated to 9% refund & 13% refund prorata | Adjusted Refund 9% after prorata portion of .75% adjustment | Adjusted refund for 13% after prorata portion of .75% adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Boynton Beach Associates XVI, LLLP | Greenberg Traurig | $199,382.04 | | $293,208.88 | $64,505.95 | $26,388.80 | $38,117.15 | $2,199.07 | $25,489.18 | $36,817.71 |
| 2 | G.L. Homes of Davie Associates II, Lt | Greenberg Traurig | $51,018.66 | | $75,027.44 | $16,506.04 | $6,752.47 | $9,753.57 | $562.71 | $6,522.27 | $9,421.06 |
| 3 | G.L. Homes of Davie Associates III, L | Greenberg Traurig | $131,559.12 | | $193,469.29 | $42,563.24 | $17,412.24 | $25,151.01 | $1,451.02 | $16,818.64 | $24,293.59 |
| 4 | G.L. Homes of Sunset Lakes Associate | Greenberg Traurig | $26,091.45 | | $38,369.78 | $8,441.35 | $3,453.28 | $4,988.07 | $287.77 | $3,335.55 | $4,818.02 |
| 5 | GH Vero Beach Development LLC | Greenberg Traurig | $141,523.47 | | $208,122.75 | $45,787.01 | $18,731.05 | $27,055.96 | $1,560.92 | $18,092.49 | $26,133.60 |
| 6 | Hillsborough County Associates II, LL | Greenberg Traurig | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | Lennar Corporation | Greenberg Traurig | $3,048,862.41 | | $4,483,621.19 | $986,396.66 | $403,525.91 | $582,870.75 | $33,627.16 | $389,769.34 | $563,000.16 |
| 8 | M.D.C. Holdings, Inc. | Greenberg Traurig | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | Meritage Homes Corporation | Greenberg Traurig | $223,198.47 | | $328,233.04 | $72,211.27 | $29,540.97 | $42,670.30 | $2,461.75 | $28,533.90 | $41,215.63 |
| 10 | Miramar Associates IV, LLLP | Greenberg Traurig | $167,650.56 | | $246,544.94 | $54,239.89 | $22,189.04 | $32,050.84 | $1,849.09 | $21,432.60 | $30,958.20 |
| 11 | Toll Bros., Inc. | Greenberg Traurig | $385,663.41 | | $567,152.07 | $124,773.46 | $51,043.69 | $73,729.77 | $4,253.64 | $49,303.56 | $71,216.25 |
| | | **Greenberg Traurig Total** | $4,374,949.59 | | $6,433,749.40 | $1,415,424.87 | $579,037.45 | $836,387.42 | $48,253.12 | $559,297.53 | $807,874.21 |

**p5 of 8**                                                                                          $1,415,424.87                                                    $1,415,424.87

\* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims

**Chinese Drywall**     *Claim Payment Amounts from Banner and Global Settlements*

| Builder  Non-active | Builder's Law Firm | Total Banner (reference p8 of 8) | Total Global (reference p8 of 8) | Total  (reference p8 of 8) | Claim Payment with 32% Attorney Fees Imputed | Individual Retained Share of Refund 40.63% x 32%(13%) | .75% x Claim Payment w 32% inputted for Co-class counsel fees | Adjusted refund for 13% after .75% adjustment |
|---|---|---|---|---|---|---|---|---|
| K. Hovnanian First Homes, LLC | Bilzin Sumberg | $12,468.06 | $0.00 | $12,468.06 | $ 18,335.38 | $2,383.60 | | |
| K. Hovnanian T & C Homes of Florida, LLC | Bilzin Sumberg | $101,814.57 | $0.00 | $101,814.57 | $ 149,727.31 | $19,464.55 | | |
| K. Hovnanian Windward Homes, LLC | Bilzin Sumberg | $0.00 | $6,018.25 | $6,018.25 | $ 8,850.37 | $1,150.55 | | |
| | **Bilzin Sumberg** | **$114,282.63** | **$6,018.25** | **$120,300.88** | **$176,913.06** | **$22,998.70** | **$1,326.85** | $21,671.85 |
| Aubuchon Homes, Inc. | BOYLE, GENTILE & LEONARD PA | $0.00 | $16,521.12 | $16,521.12 | $ 24,295.76 | $3,158.45 | | |
| | **BOYLE, GENTILE & LEONARD PA** | **$0.00** | **$16,521.12** | **$16,521.12** | **$24,295.76** | **$3,158.45** | **$182.22** | $2,976.23 |
| Ashton Tampa Residential, LLC | Carlton Fields - Ashton Tampa Residential, LLC | $0.00 | $205,084.32 | $205,084.32 | $ 301,594.59 | $39,207.30 | | |
| Florida Home Partnership, Inc. | Carlton Fields - Florida Home Partnership, Inc. | $39,408.93 | $12,605.55 | $52,014.48 | $ 76,491.88 | $9,943.94 | | |
| KB Home Orlando LLC | Carlton Fields - KB Home Orlando | $410,792.58 | $2,454,226.16 | $2,865,018.74 | $ 4,213,262.85 | $547,724.17 | | |
| M/I Homes of Tampa, LLC | Carlton Fields - M/I Homes of Tampa | $139,150.44 | $119,551.80 | $258,702.24 | $ 380,444.47 | $49,457.78 | | |
| | **Carlton Fields** | **$589,351.95** | **$2,791,467.83** | **$3,380,819.78** | **$4,971,793.79** | **$646,333.19** | **$37,288.45** | $609,044.74 |
| Prime Homes at Portofino Falls, Ltd. | Geoffrey C. Bennett, P.A. | $72,795.05 | $24,865.85 | $97,660.90 | $ 143,618.97 | $18,670.47 | | |
| | **Geoffrey C. Bennett, P.A.** | **$72,795.05** | **$24,865.85** | **$97,660.90** | **$143,618.97** | **$18,670.47** | **$1,077.14** | $17,593.32 |
| Standard Pacific Corp. | HILL WARD HENDERSON PA | $49,349.52 | $15,785.20 | $65,134.72 | $ 95,786.35 | $12,452.23 | | |
| Standard Pacific of South Florida, general partnership | HILL WARD HENDERSON PA | $786,580.74 | $251,599.90 | $1,038,180.64 | $ 1,526,736.24 | $198,475.71 | | |
| Standard Pacific of Tampa GP, Inc. | HILL WARD HENDERSON PA | $16,320.15 | $5,220.25 | $21,540.40 | $ 31,677.06 | $4,118.02 | | |
| | **HILL WARD HENDERSON PA** | **$852,250.41** | **$272,605.35** | **$1,124,855.76** | **$1,654,199.65** | **$215,045.95** | **$12,406.50** | $202,639.46 |
| BBC Brownstones I, LLC | Holland & Knight LLP | $0.00 | $30,223.20 | $30,223.20 | $ 44,445.88 | $5,777.96 | | |
| | **Holland & Knight LLP** | **$0.00** | **$30,223.20** | **$30,223.20** | **$44,445.88** | **$5,777.96** | **$333.34** | $5,444.62 |
| Beazer Homes Corp. | King & Spalding LLP | $185,108.22 | $207,889.70 | $392,997.92 | $ 577,938.12 | $75,131.96 | | |
| | **King & Spalding LLP** | **$185,108.22** | **$207,889.70** | **$392,997.92** | **$577,938.12** | **$75,131.96** | **$4,334.54** | $70,797.42 |
| Everette Avenue Townhomes, LLC | Mills Paskert Divers | $0.00 | $135,308.58 | $135,308.58 | $ 198,983.21 | $25,867.82 | | |
| Rottlund Homes of Florida, Inc. | Mills Paskert Divers | $0.00 | $45,084.80 | $45,084.80 | $ 66,301.18 | $8,619.15 | | |
| | **Mills Paskert Divers** | **$0.00** | **$180,393.38** | **$180,393.38** | **$265,284.38** | **$34,486.97** | **$1,989.63** | $32,497.34 |
| Peninsula II Developers, Inc. | Pillsbury Winthrop Shaw Pittman, LLP | $1,798,485.62 | $53,573.80 | $1,852,059.42 | $ 2,723,616.79 | $354,070.18 | | |
| | **Pillsbury Winthrop Shaw Pittman, LLP** | **$1,798,485.62** | **$53,573.80** | **$1,852,059.42** | **$2,723,616.79** | **$354,070.18** | **$20,427.13** | $333,643.06 |
| LWH, LLC | Sivyer Barlow & Watson, P.A. | $12,836.34 | $4,105.90 | $16,942.24 | $ 24,915.06 | $3,238.96 | | |
| Taylor Morrison, Inc. | Sivyer Barlow & Watson, P.A. | $514,718.82 | $371,014.02 | $885,732.84 | $ 1,302,548.29 | $169,331.28 | | |
| The Ryland Group, Inc. | Sivyer Barlow & Watson, P.A. | $174,068.73 | $168,238.35 | $342,307.08 | $ 503,392.76 | $65,441.06 | | |
| | **Sivyer Barlow & Watson, P.A.** | **$701,623.89** | **$543,358.27** | **$1,244,982.16** | **$1,830,856.12** | **$238,011.30** | **$13,731.42** | $224,279.87 |
| D.R. Horton, Inc. | Taylor, Porter, Brooks & Phillips LLP | $255,696.21 | $155,724.06 | $411,420.27 | $ 605,029.81 | $78,653.88 | | |
| | **Taylor, Porter, Brooks & Phillips LLP** | **$255,696.21** | **$155,724.06** | **$411,420.27** | **$605,029.81** | **$78,653.88** | **$4,537.72** | $74,116.15 |
| BBL-florida LLC | Mills Paskert Divers | $176,743.71 | $59,793.09 | **$236,536.80** | $ 347,848.23 | $45,220.27 | | |
| Meadows of Estero-Bonita springs ltd P'ship. | Mills Paskert Divers | $0.00 | $730,436.67 | **$730,436.67** | $ 1,074,171.58 | $139,642.31 | | |
| | **Mills Paskert Divers** | **$176,743.71** | **$790,229.77** | **$966,973.47** | **$1,422,019.81** | **$184,862.58** | **$10,665.15** | $174,197.43 |
| **Total** | **Total** | $4,746,337.69 | $5,072,870.58 | $9,819,208.26 | $14,440,012.15 | $1,877,201.58 | **$108,300.09** | **$1,768,901.49** |

p6 of 8

.

* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims

*Chines Claim Payment Amounts from Banner and Global Settlements -  Active*

| Builder's Law Firm | Total Banner  (reference p8 of 8) | Total Global (reference p8 of 8) | Total Banner (reference p8 of 8) | Total Global (reference p8 of 8) | Total (reference p8 of 8) | Claim Payment with 32% Attorney Fees Imputed | Common Benefit Share of Refund 32% x 59.37%=19.% - 10% (9%) for Active Litigating Builders | Individual Retained Share of Refund 40.63% x 32%(13%) | .75% x Claim Payment w 32% inputted for Co-class counsel fees | Adjusted Refund for 9% after prorata portion of .75% adjustment | Adjusted refund for 13% after prorata portion of .75% adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Boynton Beach Associates XVI, LLL | Greenberg Traurig | $199,382.04 | $195,688.60 | $395,070.64 | $580,986.24 | $52,288.76 | $ 75,528.21 | $4,357.40 | $50,506.19 | $72,953.39 |
| 2 | G.L. Homes of Davie Associates II, I | Greenberg Traurig | $51,018.66 | $36,263.40 | $87,282.06 | $128,355.97 | $11,552.04 | $ 16,686.28 | $962.67 | $11,158.22 | $16,117.43 |
| 3 | G.L. Homes of Davie Associates III, | Greenberg Traurig | $131,559.12 | $57,836.00 | $189,395.12 | $278,522.24 | $25,067.00 | $ 36,207.89 | $2,088.92 | $24,212.44 | $34,973.53 |
| 4 | G.L. Homes of Sunset Lakes Associa | Greenberg Traurig | $26,091.45 | $8,345.75 | $34,437.20 | $50,642.94 | $4,557.86 | $ 6,583.58 | $379.82 | $4,402.48 | $6,359.14 |
| 5 | GH Vero Beach Development LLC | Greenberg Traurig | $141,523.47 | $45,268.45 | $186,791.92 | $274,694.00 | $24,722.46 | $ 35,710.22 | $2,060.21 | $23,879.65 | $34,492.83 |
| 6 | Hillsborough County Associates II, L | Greenberg Traurig | $0.00 | $42,758.55 | $42,758.55 | $62,880.22 | $5,659.22 | $ 8,174.43 | $471.60 | $5,466.29 | $7,895.75 |
| 7 | Lennar Corporation | Greenberg Traurig | $3,048,862.41 | $2,900,473.61 | $5,949,336.02 | $8,749,023.56 | $787,412.12 | $ 1,137,373.06 | $65,617.68 | $760,568.53 | $1,098,598.98 |
| 8 | M.D.C. Holdings, Inc. | Greenberg Traurig | $0.00 | $10,842.35 | $10,842.35 | $15,944.63 | $1,435.02 | $ 2,072.80 | $119.58 | $1,386.10 | $2,002.14 |
| 9 | Meritage Homes Corporation | Greenberg Traurig | $223,198.47 | $182,330.65 | $405,529.12 | $596,366.35 | $53,672.97 | $ 77,527.63 | $4,472.75 | $51,843.21 | $74,884.64 |
| 10 | Miramar Associates IV, LLLP | Greenberg Traurig | $167,650.56 | $198,482.55 | $366,133.11 | $538,431.04 | $48,458.79 | $ 69,996.04 | $4,038.23 | $46,806.79 | $67,609.81 |
| 11 | Toll Bros., Inc. | Greenberg Traurig | $385,663.41 | $315,691.87 | $701,355.28 | $1,031,404.82 | $92,826.43 | $ 134,082.63 | $7,735.54 | $89,661.90 | $129,511.63 |
| | | **Greenberg Traurig** | **$4,374,949.59** | **$3,993,981.78** | **$8,368,931.37** | **$12,307,252.01** | **$1,107,652.68** | **$1,599,942.76** | **$92,304.39** | **$1,069,891.79** | **$1,545,399.26** |
| | p7 of 8 | | | | | | | $2,707,595.44 | | | $2,707,595.44 |

\* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims

*Chinese Drywall  -  Total Claim Payment Amounts to Builders, Including Proportionate Amounts of Other Loss Fund Payments Attributable to Banner and Global Settlements*

| Row | Builder | Builder's Law Firm | Banner | Global | Other Loss | Banner Other Loss (Other Loss Total x 4.54%) | Global Other Loss (Other Loss Total x 5.97%) | Total Banner | Total Global | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ashton Tampa Residential, LLC | Carlton Fields - Ashton Tampa Residential, LLC | | $205,084.32 | $0.00 | $0.00 | $0.00 | $0.00 | $205,084.32 | $205,084.32 |
| 2 | Aubuchon Homes, Inc. | BOYLE, GENTILE & LEONARD PA | | $16,521.12 | $0.00 | $0.00 | $0.00 | $0.00 | $16,521.12 | $16,521.12 |
| 3 | BBC Brownstones I, LLC | Holland & Knight LLP | | $30,223.20 | $0.00 | $0.00 | $0.00 | $0.00 | $30,223.20 | $30,223.20 |
| 4 | Beazer Homes Corp. | King & Spalding LLP | $185,108.22 | $207,889.70 | $0.00 | $0.00 | $0.00 | $185,108.22 | $207,889.70 | $392,997.92 |
| 5 | Boynton Beach Associates XVI, LLLP | GL Homes of Florida Corporation | $199,382.04 | $195,688.60 | $0.00 | $0.00 | $0.00 | $199,382.04 | $195,688.60 | $395,070.64 |
| 6 | D.R. Horton, Inc. | Taylor, Porter, Brooks & Phillips LLP | $255,696.21 | $155,724.06 | $0.00 | $0.00 | $0.00 | $255,696.21 | $155,724.06 | $411,420.27 |
| 7 | Everette Avenue Townhomes, LLC | Mills Paskert Divers | | $123,070.08 | $205,000.00 | $0.00 | $12,238.50 | $0.00 | $135,308.58 | $135,308.58 |
| 8 | Florida Home Partnership, Inc. | Carlton Fields - Florida Home Partnership, Inc. | $39,408.93 | $12,605.55 | $0.00 | $0.00 | $0.00 | $39,408.93 | $12,605.55 | $52,014.48 |
| 9 | G.L. Homes of Davie Associates II, Ltd. | GL Homes of Florida Corporation | $51,018.66 | $36,263.40 | $0.00 | $0.00 | $0.00 | $51,018.66 | $36,263.40 | $87,282.06 |
| 10 | G.L. Homes of Davie Associates III, Ltd. | GL Homes of Florida Corporation | $131,559.12 | $57,836.00 | $0.00 | $0.00 | $0.00 | $131,559.12 | $57,836.00 | $189,395.12 |
| 11 | G.L. Homes of Sunset Lakes Associates, Ltd. | GL Homes of Florida Corporation | $26,091.45 | $8,345.75 | $0.00 | $0.00 | $0.00 | $26,091.45 | $8,345.75 | $34,437.20 |
| 12 | GH Vero Beach Development LLC | Greenberg Traurig | $141,523.47 | $45,268.45 | $0.00 | $0.00 | $0.00 | $141,523.47 | $45,268.45 | $186,791.92 |
| 13 | Hillsborough County Associates II, LLLP | GL Homes of Florida Corporation | | $42,758.55 | $0.00 | $0.00 | $0.00 | $0.00 | $42,758.55 | $42,758.55 |
| 14 | K. Hovnanian First Homes, LLC | Bilzin Sumberg | $12,468.06 | | $0.00 | $0.00 | $0.00 | $12,468.06 | $0.00 | $12,468.06 |
| 15 | K. Hovnanian T & C Homes of Florida, LLC | Bilzin Sumberg | $101,814.57 | | $0.00 | $0.00 | $0.00 | $101,814.57 | $0.00 | $101,814.57 |
| 16 | K. Hovnanian Windward Homes, LLC | Bilzin Sumberg | | $6,018.25 | $0.00 | $0.00 | $0.00 | $0.00 | $6,018.25 | $6,018.25 |
| 17 | KB Home Orlando LLC | Carlton Fields - KB Home Orlando | $410,792.58 | $2,454,226.16 | $0.00 | $0.00 | $0.00 | $410,792.58 | $2,454,226.16 | $2,865,018.74 |
| 18 | Lennar Corporation | Greenberg Traurig | $3,048,862.41 | $2,900,473.61 | $0.00 | $0.00 | $0.00 | $3,048,862.41 | $2,900,473.61 | $5,949,336.02 |
| 19 | LWH, LLC | Sivyer Barlow & Watson, P.A. | $12,836.34 | $4,105.90 | $0.00 | $0.00 | $0.00 | $12,836.34 | $4,105.90 | $16,942.24 |
| 20 | M.D.C. Holdings, Inc. | Greenberg Traurig | | $10,842.35 | $0.00 | $0.00 | $0.00 | $0.00 | $10,842.35 | $10,842.35 |
| 21 | M/I Homes of Tampa, LLC | Carlton Fields - M/I Homes of Tampa | $139,150.44 | $119,551.80 | $0.00 | $0.00 | $0.00 | $139,150.44 | $119,551.80 | $258,702.24 |
| 22 | Meritage Homes Corporation | Greenberg Traurig | $223,198.47 | $182,330.65 | $0.00 | $0.00 | $0.00 | $223,198.47 | $182,330.65 | $405,529.12 |
| 23 | Miramar Associates IV, LLLP | GL Homes of Florida Corporation | $167,650.56 | $198,482.55 | $0.00 | $0.00 | $0.00 | $167,650.56 | $198,482.55 | $366,133.11 |
| 24 | Peninsula II Developers, Inc. | Pillsbury Winthrop Shaw Pittman, LLP | $1,758,079.62 | $440.80 | $890,000.00 | $40,406.00 | $53,133.00 | $1,798,485.62 | $53,573.80 | $1,852,059.42 |
| 25 | Prime Homes at Portofino Falls, Ltd. | Geoffrey C. Bennett, P.A. | $71,206.05 | $22,776.35 | $35,000.00 | $1,589.00 | $2,089.50 | $72,795.05 | $24,865.85 | $97,660.90 |
| 26 | Rottlund Homes of Florida, Inc. | Mills Paskert Divers | | $42,696.80 | $40,000.00 | $0.00 | $2,388.00 | $0.00 | $45,084.80 | $45,084.80 |
| 27 | Standard Pacific Corp. | HILL WARD HENDERSON PA | $49,349.52 | $15,785.20 | $0.00 | $0.00 | $0.00 | $49,349.52 | $15,785.20 | $65,134.72 |
| 28 | Standard Pacific of South Florida, general partnership | HILL WARD HENDERSON PA | $786,580.74 | $251,599.90 | $0.00 | $0.00 | $0.00 | $786,580.74 | $251,599.90 | $1,038,180.64 |
| 29 | Standard Pacific of Tampa GP, Inc. | HILL WARD HENDERSON PA | $16,320.15 | $5,220.25 | $0.00 | $0.00 | $0.00 | $16,320.15 | $5,220.25 | $21,540.40 |
| 30 | Taylor Morrison, Inc. | Sivyer Barlow & Watson, P.A. | $514,718.82 | $371,014.02 | $0.00 | $0.00 | $0.00 | $514,718.82 | $371,014.02 | $885,732.84 |
| 31 | The Ryland Group, Inc. | Sivyer Barlow & Watson, P.A. | $174,068.73 | $168,238.35 | $0.00 | $0.00 | $0.00 | $174,068.73 | $168,238.35 | $342,307.08 |
| 32 | Toll Bros., Inc. | Greenberg Traurig | $385,663.41 | $315,691.87 | $0.00 | $0.00 | $0.00 | $385,663.41 | $315,691.87 | $701,355.28 |
| 33 | BBL-Florida, LLC | Mills Paskert Divers | $173,468.79 | $55,486.65 | $72,134.72 | $3,274.92 | $4,306.44 | $176,743.71 | $59,793.09 | $236,536.80 |
| 34 | Meadows of Estero-Bonita Springs Ltd P'ship | Mills Paskert Divers | $0.00 | $709,841.96 | $344,970.08 | $0.00 | $20,594.71 | $0.00 | $730,436.67 | $730,436.67 |
| 35 | Total | N/A | $9,076,017.36 | $8,972,102.20 | $1,587,104.80 | $45,269.92 | $94,750.16 | $9,121,287.28 | $9,066,852.36 | $18,188,139.63 |

p8 of 8                                    p 8 of 8

\* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims