UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                            MDL NO. 2047

                                                                      SECTION: L

                                                                      JUDGE FALLON
                                                                      MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Before the Court is the Fee Committee's Motion to Approve the Amended Memorandum of Understanding ("MOU") Regarding all Homebuilder Claims for Reimbursement of Counsel Fees.  After due consideration, the Court agrees that the resolution of the disputes embodied in the MOU between the Various Homebuilders identified on Exhibit A to the MOU, the Fee Committee, Plaintiffs' Lead Counsel and Plaintiffs' Liaison Counsel (collectively, the "parties") is fair, reasonable and adequate.  The Court will afford due consideration of the MOU when it addresses the pending Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F).

Because some of the Various Homebuilders represented by Neal Sivyer, Esquire may consider themselves an "Active Builder" subject to a greater return of the remaining portion of the Banner Attorneys' Fee Set Aside, the Court hereby sets the following briefing schedule to address the matter:

1.  Motion and brief of objecting homebuilders, with supporting bills, payments and time records due September 9, 2016; and

2.  Response of Fee Committee due September 23, 2016.

Upon receipt of the submissions, the Court may refer the matter to Mr. Balhoff for a recommendation.

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge