1

```
                   UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF LOUISIANA


IN RE:  CHINESE-MANUFACTURED  *       09-MD-2047
        DRYWALL PRODUCTS       *
        LIABILITY LITIGATION   *       Section L
                               *
Relates to:  All Cases         *       May 5, 2016
                               *
  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *


                     HEARING BEFORE THE
                 HONORABLE ELDON E. FALLON
                 UNITED STATES DISTRICT JUDGE
```

<u>Appearances</u>:

David Durkee, Esq.

Hugh Lambert, Esq.

Jacqueline Cucci, Pro Se

Gary Fredericks, Pro Se

Michael Ryan, Esq.

Salvadore Christina, Esq.

D. Adele Owen, Esq.

Kasie Braswell, Esq.

Patrick Montoya, Esq.

Brandy Hamilton, Esq.

Donald Reichert, Esq.

Holly Werkema, Esq.

Victor Diaz, Esq.

Domenico Belitti, Pro Se

<u>Appearances</u>:

Leonard A. Davis, Esq.

Rene Marino, Esq.

Dan Balhoff, Esq.

Jake Woody, Esq.


Official Court Reporter:          Toni Doyle Tusa, CCR, FCRR
                                  500 Poydras Street, HB-275
                                  New Orleans, Louisiana 70130
                                  (504) 589-7778



Proceedings recorded by mechanical stenography using
computer-aided transcription software.

09:05

**PROCEEDINGS**

**(May 5, 2016)**

1  **THE COURT:**  Be seated, please.

2          Good morning, ladies and gentlemen.  I notice we
3  have a number of people in the courtroom here today as well as
4  a number on the phone.  Let me begin by saying some background
5  about this particular litigation.

6          As we all know, the present litigation arises
7  from alleged property damage and also some personal injuries
8  alleged to have been sustained as a result of the presence of
9  Chinese-manufactured drywall in homes and other buildings in a
10  number of states, particularly the Gulf Coast states and the
11  Eastern Seaboard.

12          This all started somewhere between 2005 and
13  2008.  Storms visited our country, Katrina and Rita and others,
14  as well as we had a housing boom, particularly in the Florida
15  area.  As a result, we ran out of drywall in this country.  We
16  call it sheetrock or drywall.  We are probably the biggest
17  manufacturer of this building material in the world, but we ran
18  out because of the demands that were placed on it.  As a
19  result, builders and distributors of that product had to look
20  elsewhere, and they looked to China.

21          There are two groups of manufacturers that were
22  operating in China.  One was a German-based company, which had
23  a wholly owned Chinese subsidiary known as Knauf.  The Knauf

09:10

1    subsidiary was a Chinese entity.  Knauf, through its Chinese

2    entity, manufactured drywall.  There were also some Chinese

3    independent entities.

4              First, with the Knauf entity, Knauf is a

5    worldwide corporation based in Germany with various

6    subsidiaries throughout the world.  They distribute and

7    manufacture building equipment.  One of the pieces of equipment

8    that they manufacture is drywall.  They have facilities in

9    China.  Their facilities in China manufactured drywall and sent

10   it into the United States.

11             The mines from which they got the basic element

12   of drywall, which is gypsum -- probably, I think it's fair to

13   say, unbeknown to anyone -- contained a large amount of sulfur.

14   The gypsum was placed in drywall, and that's the hard material

15   in between the cardboard that makes up drywall.  That gypsum

16   contained a large amount of sulfur.  That presented problems

17   particularly in the South, with the humidity, and also on the

18   East Coast and other places.

19             The significance of that is that the two primary

20   metals of all builders -- throughout the world, I might say --

21   are silver and copper.  Copper is in the downspouts.  Copper is

22   in the refrigerant.  They use copper for various purposes in

23   building.  Silver is significant because silver is the contact

24   points of all switches.

25             Those two metals are used by builders because

they do not rust, but unfortunately those two metals are very sensitive to sulfur.  When they are exposed to sulfur, they become ineffective and they don't work.  So refrigerants started malfunctioning, ground wires started malfunctioning, smoke alarms didn't go off, and various things happened in the buildings.  In addition, sulfur puts out an odor of rotten eggs, people describe it as, and even worse.  That created problems; not only uncomfortable problems, but in some cases it caused physical injuries.

In any event, thousands of suits were filed throughout the country, primarily in the Gulf Coast and Eastern Seaboard area.  About 30 states were involved in the litigation, thousands of claimants.  Unlike most of these types of cases, there were thousands of defendants.

The cases were sent to this Court, consolidated in this Court for discovery purposes, and discovery rapidly proceeded.  Then we had several bellwether trials to see what the issues were.

The trials established basically that liability was present because the product was defective.  A manufacturer of a defective product is liable whether or not they knew that the material was problematic.  It doesn't matter.  If you manufacture something and what you manufacture is defective, you are liable.

Not so with builders, not so with contractors,

09:14

1    not so with installers, not so with distributors; there's an
2    element of negligence that has to be proved with regard to
3    those defendants.  From the standpoint of a manufacturer, it's
4    what we call strict liability.

5            So Knauf was liable because they manufactured a
6    defective material.  The question is:  Liable for what?  And
7    how do you determine it?  Well, the bellwether trials gave us
8    some idea as to what needed to be done from the standpoint of
9    structural repairs.

10           Initially the defendant took the position that
11   they only needed to provide a dehumidifier in the room.  We
12   took evidence on that.  Eventually that proved to be
13   ineffective, so a protocol was developed as to what needed to
14   be done, and it was evidence-based.  All the wiring had to be
15   taken out the house, all the drywall obviously, cleaned, and
16   things of that sort, but a detailed protocol was devised from
17   six or seven cases that were tried.  Then Knauf agreed to put
18   that protocol in action and to repair homes using that
19   protocol.

20           Oftentimes when you theoretically develop
21   something, in practice it doesn't work or it's not enough or it
22   needs to be tweaked.  Well, 50 or 100 homes were restored with
23   that protocol, and that needed to be corrected and so that was
24   done, and another 100 or 200 homes.  In any event, it got to
25   the point where the protocol was working, it was proper, and

09:17

1   repairs and remediation was being done.

2           Then the parties went into discussions whether

3   or not this protocol could be monetized and then enlarged, so

4   to speak, into a potential settlement.  After a year or two or

5   three, whatever it was, the parties came up with a settlement

6   program, presented it to the Court, presented it to the

7   plaintiffs, and it was agreed upon and put in writing.

8           The settlement program provided for a certain

9   remediation protocol, and it also provided that certain things

10  were not included in that remediation protocol.  It recognized

11  that there were some injuries that were being claimed and what

12  needed to be done to prove those injuries according to the

13  settlement program.

14          Fortunately, to some extent, it wasn't the type

15  of injury that asbestos visited upon our nation.  Asbestosis is

16  caused by exposure to asbestos.  There was no single injury

17  that was created by this exposure, but there were some issues

18  that were presented.  The parties tried to design a program

19  that took into consideration those injuries and also what was

20  required to prove those injuries in accordance with the

21  program.

22          The settlement documents were written and the

23  settlement documents were exposed to the people.  They were

24  placed online.  They were placed on the Court website.  They

25  were sent to individuals to take a look at.  It was resolved in

09:19

1    that way.

2                The settlement program also provided a means of

3    evaluating the injuries and the damages and giving an

4    individual claimant an opportunity to present evidence to the

5    special master and to go through a series of appeals and

6    reconsiderations.  Eventually the opportunity was presented for

7    those individuals to come to court.

8                We are here today for the last aspect of this

9    program, where the people who have objected to their awards

10   present their argument to the Court.  They have to understand,

11   however, that the program is designed so that the Court doesn't

12   review any new material.  I'm cabined, so to speak, restricted

13   by the record in the case, the documents that have been

14   presented in the case.  There are various levels of appeal, and

15   this is the final level.

16               At this time I will call upon the settlement

17   administrator to give us some background as to that program.

18        **MR. WOODY:**  Good morning, Your Honor.  My name is

19   Jake Woody from BrownGreer.  I'm the settlement administrator.

20   I can give you some background on why we are here today and how

21   the program has led us to this point.

22               At the conclusion of the claims submission

23   deadline, we received 7,987 other loss claims.  Other loss

24   claims are claims that deal with losses other than remediation

25   and repair of affected property, things like bodily injury,

09:21

1    alternative living expenses, lost rent, foreclosure/short sale,

2    and miscellaneous claims.

3           We reviewed those 7,987 claims and made offers

4    to eligible claimants.  Our review of those claims consisted of

5    reviewing the materials submitted to ensure that they had

6    complied with all of the documentary requirements set forth in

7    the Knauf settlement agreement, which sets out for each claim

8    type a different set of rules as to what kind of documents need

9    to be submitted.

10          At the conclusion of our review, we worked with

11   the parties and the Court to draft and issue PTO 29, which sets

12   out the procedure under which we can make offers on eligible

13   claims.  PTO 29 authorized us to make set offers that differ

14   per claim type.  We did that.  PTO 29 also sets forth a

15   procedure for claimants that are dissatisfied with this offer

16   to request that the special master review their claim.

17          Of all the offers we made, 727 claimants

18   requested special master review.  Those claims were reviewed by

19   Special Master Dan Balhoff, who is here with us today.  PTO 29

20   set forth the procedure for his review.  Part of that procedure

21   was that he could make an offer based on his review of the

22   documents, and claimants could accept that offer or request

23   reconsideration from the special master.

24          Of the 727 requests, 366 of those requested

25   reconsideration.  Special Master Dan Balhoff reviewed those

09:23

1    reconsideration requests and issued determinations based on the

2    materials submitted in support of those reconsideration

3    requests.  Of those 366, 64 claimants have now appealed to the

4    Court.  The other 302 claimants have accepted their offer.

5              The appeal right comes from Section 4.6.8 of the

6    Knauf settlement agreement, which I will read into the record

7    with your permission:

8              "Unless otherwise final and binding pursuant to

9    the relevant sections below, decisions of the special master

10   with respect to the other loss fund may be appealed by

11   settlement class counsel, the Knauf defendants, or an affected

12   class member within 15 days of service of the special master's

13   decision by filing an objection with the Court, but only after

14   settlement class counsel, the Knauf defendants, and, if

15   applicable, an affected class member's counsel meet and confer

16   in an attempt to resolve such issue.  Unless the Court orders

17   otherwise, appeals will be based on the record and briefing

18   before the special master without further evidentiary

19   submissions, briefing, or argument.  Any party may, at its own

20   expense, request that proceedings before the special master be

21   transcribed.  The Court's decision on any objections will be

22   final, with no further appeals permitted."

23             The 64 claimants who are here today have

24   appealed pursuant to this section.  The Court's order on the

25   appeals today is final, without any further review.

09:24

1          I want to also mention that the 727 claimants

2    who requested special master review have not yet been paid

3    because the payment amount is a pro rata share of the

4    settlement funds, and we cannot determine the pro rata share

5    until all the claims are resolved.  These final 64 claims are

6    the last claims that we need resolved so we can perform the

7    pro rata calculations and issue payment to all the claimants

8    who have received an offer from the special master.

9          **THE COURT:**  Now, we are talking here today about the

10   other loss fund.

11         **MR. WOODY:**  Yes, sir.

12         **THE COURT:**  In addition to the other loss fund, the

13   settlement program provided for remediation of the homes.  The

14   homes were totally remediated in accordance with the

15   evidence-based program that was designed.

16         **MR. WOODY:**  Homes that contained KPT Chinese drywall

17   for the most part have been remediated through separate

18   portions of the settlement agreement.  Remediation consists of

19   a full removal of the KPT Chinese drywall and replacement not

20   only of the drywall, but of affected appliances and things of

21   that nature to place the home in a condition that it would have

22   been had there never been KPT drywall in the property.

23         In addition to that, homes that do not contain

24   KPT drywall but contain another type of Chinese drywall were

25   eligible to submit claims against the three different

09:26

1   settlement funds -- the Global, Banner, InEx settlement

2   funds -- for repair and relocation damages.  This is not a full

3   remediation but is instead a monetary payment based on the

4   square footage of the home and the settlement eligibility.

5   That, again, is a different set of settlement agreements not at

6   issue today.  Those payments have been made, for the most part,

7   over the last few years and are largely complete.

8            Claimants who are eligible for either

9   remediation or Global, Banner, InEx repair and relocations

10  could, in addition, submit these other loss claims that we are

11  here today on.  Many of the claimants who have appealed and who

12  have not appealed also received other benefits through either

13  the remediation program or through the Global, Banner, InEx

14  repair and relocation program.

15           **THE COURT:**  That's the point I felt we ought to

16  emphasize.  The total program took into consideration the

17  complete remediation of the home; and in addition to that, some

18  other damages; and then in addition to that, other loss funds.

19  The other loss fund aspect of the settlement program is what we

20  are here today to deal with.

21           **MR. WOODY:**  Yes, sir.

22           **THE COURT:**  I think the way of doing this is to take

23  them up in alphabetical order, first the bodily injury claims.

24  I start with the Bourgeois claims.  We have five Bourgeois

25  claims, represented by attorney J.E. Cullens.  Is anybody here?

09:28

1       Excuse me before I do that.

2            MR. DAVIS:   Your Honor, Leonard Davis on behalf of

3    plaintiffs' liaison counsel.  I just wanted to add a few

4    comments to what's already been presented to the Court.

5            As the Court is well aware, the Knauf settlement

6    program was initially confected after years of discussions and

7    after what we have called the TIP program.

8            The Knauf program is one of multiple

9    settlements.  It's an integral part.  There's Banner, there's

10   InEx, there's Global, and there are five interrelated

11   settlements that go into the resolution that was ultimately

12   dealt with here.  It is a global resolution that dealt with

13   matters, although the plaintiffs' steering committee continues

14   to pursue claims against Taishan.  That is still ongoing.  I

15   did want to make a few comments, Your Honor, along the lines of

16   what you have heard.

17           The settlement program was an attempt to resolve

18   globally someone's claims.  There are a couple components to

19   it.  One is, in fact, as you spoke about, the remediation that

20   took place, which was an uncapped fund.  So claimants in the

21   program had the opportunity to come in and get their property

22   resolved and remediated.

23           In addition to that, there was the other loss

24   component, which dealt with the items that you spoke about:

25   alternative living, short sale, foreclosure, bodily injury,

09:29

1    miscellaneous.  Thousands and thousands of properties have gone

2    through the program.  We are at the tail end here, and this is

3    the end.

4                The ones that are remaining today -- which I

5    believe, if my math is correct, are less than 1 percent of

6    what's in the program -- are the final matters to go through

7    the process.  They have, in fact, appealed.

8                These individuals have had an opportunity to

9    present their claims, whatever they may be -- bodily injury or

10   foreclosure or whatever -- and they have presented those claims

11   to the special master, and it has worked its way up through the

12   program, which is laid out to give people the opportunity to

13   have their claim presented and to have the evidence to support

14   their claim presented and reviewed by multiple individuals

15   going up the ladder to appeals.  Your Honor, this is the last

16   of those appeals.  This is the final stopping place because the

17   program has laid out there are no appeals.

18               The other point that I want to make is that

19   attorneys' fees were also dealt with and they are separate.

20   Claimants are not paying attorneys' fees.  That was negotiated

21   in the settlement.

22               So the issues that are before the Court are the

23   final issues, and the 7,987 who came into the program are

24   waiting for this day so that they too can be paid.  This will

25   enable everyone to have a final resolution of whatever their

09:31

1    claim is on the matters.  I just wanted to add those comments,

2    Your Honor.

3            **THE COURT:**  Thank you.

4                 We will take the Bourgeois matters.  Anybody

5    either on the phone or in person?  Mr. Cullens, are you there?

6    Hello?  Anybody for Bourgeois?

7                 The next person is Jackie Cucci, C-U-C-C-I.

8    Anybody for Ms. Cucci?

9                 The next one is Nicole Dabalsa, D-A-B-A-L-S-A.

10           **MR. DURKEE:**  Yes, Your Honor.  This is David Durkee

11   on behalf of Nicole Dabalsa.

12           **THE COURT:**  Yes, David.  Do you want to tell us what

13   your position is?

14           **MR. DURKEE:**  I do, Your Honor.  At this point we have

15   presented, I believe, substantial competent evidence that

16   should be considered by the Court.  I think at this point her

17   final determination for her personal injury claim has been

18   awarded as zero.

19                We believe the evidence that's been proffered in

20   support of this claim has not been laid properly and basically,

21   based on the omnibus responses, has really not been considered

22   based on the case law cited and the federal standards of

23   evidence.

24                We did present competent evidence from a

25   board-certified pediatrician, the pediatrician that knew this

09:33

1   child from birth.  She was hospitalized as a result of

2   respiratory complaints on multiple occasions.

3          We are not claiming permanent injury.  This is

4   not something that we are claiming that -- although I do think,

5   in this particular case, there may be some actual permanent

6   effects, we are not claiming that.  We are claiming the time

7   period that she lived in the home her health was dramatically

8   different than when she moved out of the home.

9          The father was wealthy enough to fix the home,

10  so he did get the family out of the home.  So the pediatrician

11  not only had the ability to see the patient prior to moving

12  into the home, he was able to see the patient while living in

13  the home, and then he was able to understand her medical

14  complaints and symptomatology after moving out of the home.

15         I believe the records we submitted, the medical

16  records that we submitted and the affidavit from the

17  board-certified pediatrician here in South Florida, as I said,

18  that treated the patient both before moving in the home, during

19  the time in the home, and after the home allows him to form a

20  competent basis for him to say that she did suffer from

21  temporary severe respiratory and other types of problems while

22  she was living in the home.

23         Now, there is one other aspect of this

24  particular claim that I would like to get into.  However, I do

25  believe that that portion of that would be confidential, and I

09:35

1    don't know how to address that in open court today.

2            THE COURT:  Why don't you do that in writing and send

3    it to me.

4            MR. DURKEE:  Very good, Your Honor.  I will follow

5    the protocol for confidentiality that your district requires,

6    and I will submit that confidentially to you to consider.

7            THE COURT:  Thank you very much.  From that

8    standpoint, the special master indicated that the problem that

9    he had with it was that the medical opinion or expression

10   didn't have any basis for the specific injuries claimed by the

11   individual; that there was no evidence that the type of

12   injuries that she was claiming was directly related to exposure

13   to Chinese drywall.  That at least was the basis of it, but I

14   will review the material again.  I'm going to be doing this on

15   an expedited basis because everybody else is waiting, of

16   course, with these other loss fund claims, and nobody gets paid

17   until everybody's has been decided.

18           MR. DAVIS:  Your Honor, is there a time frame for

19   submission?

20           MR. DURKEE:  Your Honor, I will have all that

21   submitted to -- I will send it overnight for Monday delivery.

22   I will make sure anything else that I ask you to be consider

23   will be delivered on Monday of next week.

24           THE COURT:  Thank you very much.

25               Patrick Dennis.  Mr. Hugh Lambert.

09:36

1            **MR. LAMBERT:**  Thank you, Your Honor.  Your Honor,

2    first of all, I am well aware, as are my clients, that the

3    Court has done an outstanding job, along with Dan Balhoff, the

4    special master, and the committee set up to handle this massive

5    mass tort.  It's been, I think, the Court's priority -- and

6    rightfully -- that in order to remove people from continued

7    exposure in these environments that the priority needed to be

8    the property damage claim, which could be resolved with issues

9    tried in bellwether scenarios, so that these remediations could

10   take place in literally thousands and thousands of homes as

11   quickly as possible to eliminate the continued exposure.

12           I would like to first introduce just for a

13   second my clients.  Here is Mr. Donohoe [sic].  He is a doctor.

14   He resides here in New Orleans and was exposed in Slidell to

15   the Chinese drywall.  He was Special Forces, a Green Beret.  He

16   has a prior clean medical history.  He is an individual whose

17   exposure is much like was just indicated, his symptoms

18   temporally related to living in the Chinese drywall.

19           I think that's my point right now, is that we

20   are here at the end of this process.  Individual personal

21   injury claims couldn't possibly have been addressed in the

22   manner that accomplished what I believe the Court outstandingly

23   accomplished in getting a handle around the property damage

24   issues, getting people away from this toxic environment,

25   stopping the progression of damages as quickly as possible.  It

1    was done in a bellwether manner.  It was done, I think,

2    tremendously expeditiously.

3         The settlement agreements that were confected by

4    the hard work of the committees, both from plaintiff and

5    defendant, got a handle around the damages that were available

6    and associated to this sulfur gas, which, as Your Honor points

7    out, came from the mining operations, we believe.  Without

8    handling those property damage claims first, it would have been

9    impossible to get to this stage.

10        This stage is the stage where individuals have

11    medical exposure, and we all know that individuals are

12    different.  There are some individuals in particular, just

13    because they are children or because they are young or because

14    they are old or many, many different sort of -- just genes in

15    general.  So it makes sense when you look at a standard

16    distribution or any other scientific analysis or statistical

17    analysis that there are just a few.  Those few have specific

18    sorts of instances that make them qualified to share, from a

19    medical standpoint, in a bodily injury claim.

20        That doesn't mean that everybody that would have

21    been in that house at that particular moment and during that

22    particular time would suffer the same consequence.  It simply

23    means that there is a very small percentage of human beings

24    that would have a physical condition that would be affected by

25    this Chinese drywall.

09:41

1          Now, it's important, I think, in the case of

2    Mr. Donohoe that we look at -- I don't want to go there just

3    yet.  I need to mention one or two other points.

4          The special master's award -- with all due

5    respect, Dan Balhoff, you know I think the world of him.  He

6    has done one magnificent job.  I have been in many matters that

7    he has handled as special master.  He is careful and he does

8    everything as properly as he possibly can.  At this stage there

9    needs to be individual attention paid to these claims; not a

10   $1,000 award across the board to get it over with, but

11   specifically look at the issues involving these people and

12   their conditions.

13          Each of our -- and I have three.  I want to

14   introduce the other two right quick, Your Honor.  It might make

15   more sense, if Your Honor please.

16          **THE COURT:**  Yes.  You have Dennis, Donohoe, and

17   Tim Holleman.

18          **MR. LAMBERT:**  Tim Holleman is here.  Tim is a lawyer,

19   Gulfport, Mississippi.  His father --

20          **THE COURT:**  I remember his dad well.

21          **MR. LAMBERT:**  Exactly.

22          Then next to him is Tina Donohoe and her

23   husband, Patrick.

24          **THE COURT:**  First, I appreciate all of y'all being

25   here.  I know it's difficult time-wise, but I appreciate your

09:43

1    presence.

2            MR. LAMBERT:  Your Honor, in general, let me just

3    skip through this.  I think the issue before Your Honor at this

4    point is 702 and *Daubert*.  I think that it's important to point

5    out that in all three of these cases, we have submitted not

6    excerpts from medical records but specific reports.  The

7    specific reports are designed to satisfy both general and

8    specific causation from a *Daubert* standpoint.

9            I know Your Honor is familiar with this, but I

10   will just say it for the record.  Of course, *Daubert* is a

11   necessary tool that's been used in federal court in the

12   gate-keeping capacity to prevent junk science from interfering

13   with justice and having jurors struggle with unsupported junk

14   science that could confuse the issue and lead to injustice, but

15   that's not what we have here.

16           Here we have physicians who are trained in

17   chemistry, basically, before they ever get to be physicians,

18   not to mention whatever particular specialty they have.  In our

19   case we have an eye surgeon, we have a general surgeon, we have

20   another physician who have looked at these issues from a

21   chemistry standpoint.

22           As Your Honor points out and as other experts --

23   who, if Your Honor feels the necessity for a further inquiry

24   into this *Daubert* issue, will testify that the specifics go

25   right back to what was referenced in the very first place, and

09:45

1  that is reduced sulfur compounds.  It's well within a

2  physician's tool chest or wheelhouse or whatever phrase we use

3  to look at the chemistry involved in the exposure of these

4  gasses which, with moisture, react.

5          In one case we have a lung reaction, and that's

6  Dr. Donohoe [sic].  In his situation the gasses reacted in his

7  lungs and created the irritation that led to hospitalization,

8  that led to repeated procedures, and caused him all of the

9  symptoms that his physician, Dr. Frank Wilklow, W-I-L-K-L-O-W,

10  said specifically -- and, again, Mr. Balhoff may have missed

11  this, but he said specifically not only what was quoted in the

12  papers submitted by the special master, where he says (as

13  read):  "In my opinion, to a reasonable medical probability,

14  exposure to this Chinese-manufactured drywall can cause chronic

15  health conditions" -- he said that.

16          He said the next paragraph, which was left out

17  of Mr. Balhoff's report, and that is (as read):  "Due to this

18  opinion and the temporal connection between Dr. Dennis' other

19  inexplicable health problems and his exposure to the toxic

20  compounds emitted by the KPT Knauf Chinese drywall in his home,

21  it is a reasonable medical probability that the KPT drywall to

22  which Dr. Dennis was exposed has substantially caused his

23  health issues."  That's specific causation.

24          Going on to the issue of Tim Holleman, Tim lives

25  in Mobile.  He lived in a house for a couple of years not

09:47

1    knowing that there was Chinese drywall.  He had Lasik surgery.

2    His surgeon submitted a report which clearly links the failed

3    recovery of Tim Holleman's Lasik surgery to his exposure to

4    Chinese drywall reduced sulfur gasses.

5              The reasons are understandable.  You have a

6    moisture -- like Dr. Dennis, moist lungs -- reactive sulfur

7    compounds, moist eyeballs, recovering from Lasik surgery, where

8    the doctor has performed these procedures over and over again

9    in many, many people.  No medical contraindications for

10   Tim Holleman, and his tear ducts are damaged.  They can't

11   create the amount of tears necessary.

12             He has dry eyes.  Then he wakes up with gook in

13   his eyes from other parts of his body trying to deal with his

14   reaction.  He has to go in for a second surgery because of

15   that.  As soon as he moves out of the house, things drastically

16   change and get better.

17             In that situation the surgeon, Dr. Benefield,

18   B-E-N-F-I-E-L-D, in his report states that there is an

19   undoubted connection between the exposure to Chinese drywall.

20   He said (as read):  "Unfortunately, Mr. Holleman returned to

21   his home after the second procedure not knowing there was

22   Chinese drywall and again experienced similar irritation, which

23   again affected the healing process after the second surgery.

24   Based upon reasonable medical probabilities, in my opinion this

25   also caused the redevelopment of a haze.  After the Chinese

09:50

1  drywall was discovered, he moved, fortunately, which

2  substantially improved his eye irritation in both eyes.  While

3  the haze has improved, it still presents, and he has a 1.0

4  Doppler of . . ." whatever.  He has a problem.  Specific

5  causation, again, very unusual circumstance.

6              Other people may have been able to tolerate,

7  even with Lasik surgery, a recovery even in those bad

8  conditions, but he didn't.  His doctor said that it was caused

9  by the relationship with the reduced sulfur gasses, which we

10 know to be a fact.

11             Now, the next is a bit more sensitive.  I'm not

12 going to go into detail, but it is Tina Donohoe.  She lived for

13 a long period of time in a Chinese drywall home, two years.

14 Hers was Mary Kate Court in Montz, Louisiana.  She had a

15 surgical condition which her doctor, who is a general surgeon,

16 submitted a report, which was an exhibit in the matter

17 submitted to Dan Balhoff, and he rules out all kinds of other

18 medical causes for the condition that she suffered.

19             In closing, he says -- and this is Dr. Daniel

20 Bohi, B-O-H-I, a general surgeon (as read):  "Given the

21 clinical circumstances, it is my belief that the environmental

22 exposure to Chinese drywall contributed to the multiple

23 perirectal" -- I don't want to foul it up -- "abscesses and

24 developed wounds healing in Ms. Donohoe, which required her to

25 undergo multiple surgeries.  If you have any further questions,

09:53   1   please do not hesitate to contact me."

2                The point is there is general and specific

3   causation set forth in each of these medical reports submitted

4   by physicians which truly shouldn't be excluded on a *Daubert*

5   challenge.  They are very well-qualified to testify about the

6   chemistry involved and about the resulting effects of the

7   exposure of these reduced sulfur gasses on the moist

8   environments, on these three individuals who were specifically

9   susceptible to this type of injury.

10                Your Honor, there have been submissions, and I

11   won't go into detail.  I'm sure you have them.  You read

12   everything, so I'm sure you have read that too.  They have to

13   do with the damage calculations for each of these individuals.

14                For Dr. Donohoe [sic], his claim is not only a

15   personal injury claim but collateral claims because of the fact

16   that his illness interfered with him taking his boards as a

17   medical doctor.  He lost his position as an emergency room

18   physician.  Those damages are set forth in our papers as well.

19                Our request, Your Honor, is that we be allowed

20   to rely upon what we have submitted and that Your Honor and/or

21   the special master reconsider these individuals' claims who

22   have specific instances of susceptibility which we believe

23   qualifies them, from a *Daubert* standpoint and from a medical

24   standpoint, to a recovery.  Thank you, Your Honor.

25                **THE COURT:**  Thank you very much.

09:55

1          Anything from Dan Balhoff?

2          Before you start, let me say that Mr. Lambert

3   has done a great service to all the people in the litigation.

4   He has been there from the very beginning.  His scientific

5   background was very helpful in establishing a protocol for

6   repair and remediation of a lot of the homes.  I appreciate his

7   service.  I know he was very instrumental in working up this

8   whole program.  He did a great job on it.

9          **MR. LAMBERT:**  Thank you, Your Honor.

10          **THE COURT:**  I will take some of the comments that he

11   made, but let me hear from -- thank you very much.

12          **MR. LAMBERT:**  Thank you.

13          **THE SPECIAL MASTER:**  Your Honor, I concur in

14   Your Honor's comments about Mr. Lambert.  That's in part the

15   reason I stand right now.

16          Dan Balhoff, I'm the special master.  I did

17   review everything.  I took all of this in consideration with

18   respect to not only bodily injury, but all the cases.

19          Right now I would like to address the bodily

20   injury, just to bring focus as we move forward, because I think

21   Mr. Lambert's comments probably represent a lot of the thoughts

22   that we are going to hear from the bodily injury claimants.  I

23   just have a few thoughts, again, to try to bring focus as we

24   move forward.

25          Every class settlement -- and I think Mr. Davis

made this point -- involves give and take.  There are times in
a class settlement, in the remedies, where the burden of proof
becomes easier than it would at trial because presumptions are
made, and there are times that the burden of proof might become
harder, but the class settlements set the rules.  We, who
administer the class settlements, are bound by those rules.

With respect to bodily injury, the rule was not
as if we were writing on a clean sheet of paper and what we
believe and what we don't believe.  The rule really was
twofold.

Element one was:  Did a doctor say more probably
than not that this person had some injury that was caused by
Chinese drywall exposure?  That's the first element.  The
second is even beyond that, even if you have that doctor's
opinion:  Can you satisfy what we call the *Daubert* standard in
court?

I know a lot of the folks listening are not
lawyers, but what that says is:  If the doctor says Chinese
drywall causes your problem, is there medical literature that
has been peer-reviewed, reviewed by other people in the field,
that says this, in fact, could cause your problem?

There are many, many doctors that believe,
honestly, that Chinese drywall or some other chemical might
cause a problem.  There can be a dispute in the field about
whether that's true or not.  What federal courts require

09:58

1  typically, under the *Daubert* case from the U.S. Supreme Court,

2  is that the methodology of the doctors be peer-reviewed such

3  that the Court can have confidence that Chinese drywall caused

4  this problem.

5         Now, that is a general rule that federal courts

6  follow.  Moreover, in this case it was actually specifically

7  stated and adopted, folded into the settlement agreement.  The

8  settlement agreement gave direction to the claims administrator

9  and myself that we had to follow that.

10        So in every one of these cases, I think what we

11  see over and over and over again -- including some of the cases

12  that have accepted the offer of $1,000.  In every one of these

13  cases, you will have a doctor say more probably than not

14  Chinese drywall caused this problem.  But what you don't have

15  is *Daubert*-type evidence, where there's a peer-reviewed record

16  that said Chinese drywall, in fact, could cause this kind of a

17  problem.

18        The problem is at this point not whether I

19  believe the doctor or not, not whether the doctor is qualified

20  or not.  It could be the best doctor in the world.  *Daubert* is

21  not about qualification.  It's about something more.  As the

22  Court knows and as I'm trying to convey to everyone that is

23  listening to my voice right now, *Daubert* requires a report that

24  I just didn't see.

25        So the only reason I stand up right now is not

1    so much in response to what Mr. Lambert says, because I think

2    he well-framed the issue for many people that are going to get

3    up from now on.  So the question isn't -- and, again, this is

4    the last thing I will say.  You can say -- and it's true in

5    many cases -- a doctor said or several doctors said my problem

6    was caused by Chinese drywall.  You need more under the

7    settlement agreement.  Otherwise, we can't just give you the

8    kind of award that you are looking for.

9            The reason that we gave the $1,000 initially is

10   that it's kind of a common denominator, irritation sort of an

11   award for people who are exposed to Chinese drywall.  But to

12   say that this problem is different than the other problem is

13   different than this person's problem and, therefore, I deserve

14   more, you have to prove it under the settlement agreement.

15           **THE COURT:**  Okay.

16           **THE SPECIAL MASTER:**  Thank you, Your Honor.

17           **THE COURT:**  Just to reinforce that, the problem to

18   some extent, in ferreting out the personal injuries, is that

19   it's not a defined injury.  As I said, with asbestosis there is

20   no question.  The literature is legion that asbestosis is a

21   disease caused by exposure to asbestos.  It is a disease and

22   it's related directly to asbestos.  A lot of science has gone

23   into it.  A lot of writing has gone into it.

24           There are also some indications sometimes where

25   there's no question that the taking of a drug can cause a heart

10:02

1    attack.  People have gone into that, experimented with it,

2    proved it beyond a reasonable doubt, and the issue in the case

3    is whether this person's heart attack was caused by ingestion

4    of this drug or that drug or something of that sort.

5         The difficulty in a case of this sort is that

6    the medical literature is oftentimes lacking in discussing what

7    exposure to something is, such as exposure to Chinese drywall,

8    where the exposure can be limited or extended.  Different

9    people come at it from different ages, smokers and nonsmokers,

10   and the question is whether or not something else really caused

11   it and this irritated it or something of that sort.

12        Mr. Lambert, you wanted to say something?

13        **MR. LAMBERT:**  Yes, please, Your Honor.

14        Again, I have to start by saying that I not only

15   respect the settlement agreement and all that went into it, but

16   I don't envy at all Mr. Balhoff's position in terms of trying

17   to respond, as a special master, to these specific instances.

18   Your Honor is far more adept and capable of figuring out how to

19   evaluate the claims of these individuals and whether or not

20   they passed *Daubert*.

21        In my view, the reports that we have submitted

22   definitely do that.  As I pointed out in the beginning, my

23   thought of *Daubert* is not that it is supposed to be used to

24   prevent a physician, for example in this case, from testimony

25   being considered because there's not a specific reference to a

reactive sulfur gas causing tissue damage, though I think there may be in some of our reports.

As far as how to evaluate it goes, my suggestion would be something along the lines of what sort of medical expenses did these people incur in terms of their complications with their exposure to Chinese drywall.  I'm sure Your Honor can think of a lot of ways since you have, over the past several years, dealt with literally thousands, if not tens of thousands of issues that are complicated this way.

It seems to me like if *Daubert* is interpreted as preventing a doctor from testifying that his client or his patient is damaged by what has been described to me by other experts as a basic chemical reaction of reactive gasses to a wet surface, not just silver and copper but also human beings -- we know the irritant was there.  We know some people felt it more than others.  Some smelled it; some didn't.

So the idea is there must be a way to fairly evaluate these few claims that are left -- I think I heard 64 -- so that there could be a distribution of what is a capped fund so there's no threat to the settlement in this case, and there shouldn't be, but in a way to distribute what remains amongst those 64 people in a fair way.  I'm sure Your Honor will figure that out.

                THE COURT:  Fine.  Thanks very much.

                MR. LAMBERT:  Thank you, Your Honor.

10:06

 1              THE COURT:  The next one is Diaz, Jaesiel and Luis.
 2    Anybody?
 3              MS. CUCCI:  Good morning.  My name is --
 4              THE COURT:  Hello?  Wait one moment.  What is your
 5    name, ma'am?
 6              MS. CUCCI:  Jacqueline Cucci.
 7              THE COURT:  Ms. Cucci, do you want to tell us your
 8    situation.
 9              MS. CUCCI:  Okay, Your Honor.  I'm appearing *pro se*
10    on this matter.  I am here appealing the decision made by the
11    special masters regarding my bodily injury claim.  They
12    rewarded me zero, Your Honor, and I don't agree with this
13    decision.  If I may, I would like to briefly explain why.
14              I have complied with all the requirements in the
15    settlement agreement.  All the required documentation has been
16    uploaded to the settlement administrator's website.
17    Your Honor, I have provided an expert report pursuant to
18    Federal Rule of Civil Procedure 26(a)(2).  I have provided
19    medical records documenting my bodily injury as it relates to
20    the Chinese drywall.  I have submitted certification attesting
21    that I have provided all medical and pharmacy records as
22    required in the settlement agreement.
23              I have a doctor, Dr. Kaye Kilburn, who
24    substantially related the Chinese drywall to my bodily
25    injuries.  Specifically, he rendered an opinion that the

10:08

1   evidence supports the Chinese drywall as the cause of my

2   symptoms and manifestations.  Additionally, he diagnosed

3   chemical encephalopathy, intolerance to chemicals, autonomic

4   dysfunction, peripheral neuropathy due to exposure of toxic

5   chemicals found in Chinese drywall.

6            Your Honor, since I have lived in that house

7   with Chinese drywall, I suffer from debilitating headaches due

8   to the brain lesions from all the nosebleeds I suffered.  I

9   have no sense of smell.  I will have to take medication for

10  asthma for the rest of my life.  The only way that they could

11  fix my lesions would be to have stem cell surgery, and my lungs

12  will never be the same.

13           I provided the documents that support these

14  facts.  So, in fairness, I ask Your Honor to award me an award

15  based off the documentation I have provided and based off the

16  serious illness I have suffered and continue to suffer.  My

17  medical bills and expenses alone have exceeded over $2,000.

18  That does not include the expert fee that I paid to Dr. Kilburn

19  in the amount of $1,500, and that does not include the future

20  medical bills that have been recommended and that I will need.

21  It does not include the pain and suffering that I have suffered

22  from the Chinese drywall.

23           I appreciate your time, Your Honor, and I thank

24  you for hearing me this morning.

25           **THE COURT:**  Thank you, Ms. Cucci.  I'm sorry for your

10:10

1    malady, and I wish you well.

2              **MS. CUCCI:**  Thank you.

3              **THE COURT:**  Anybody for Mr. Diaz?

4                   Dailyn Martinez?

5                   Elouise Fredericks?

6              **MR. FREDERICKS:**  Your Honor, this is Gary Fredericks

7    on the phone, representing Elouise Fredericks.

8              **THE COURT:**  Okay, Mr. Fredericks.

9              **MR. FREDERICKS:**  Yes.  Okay.  I will go forward.

10             **THE COURT:**  Okay.

11             **MR. FREDERICKS:**  Your Honor, I want the Court and you

12   to seriously review the extended medical records regarding my

13   mother's illness.  We cannot appear in court today.

14                  My mother is diagnosed with cancer.  She almost

15   died twice, in the medical records.  The history of the medical

16   records show that she was in excellent health prior to the

17   Chinese drywall.  When she moved out of the home, her health

18   condition improved.

19                  You can follow the records, the extended

20   records, over 100 to 200 pages of medical prescriptions,

21   assessments, hospital visits.  On two occasions my mother was

22   sent to the emergency room comatose and as a result of this

23   exposure.

24                  The second time she was recommended, due to the

25   substantial illness, to try stem cell surgery.  Her condition

1    did not even allow her to sustain that, which is recorded in

2    documentation.  She went into a second comatose state for over

3    three weeks.  Again, the second time she almost died.

4              Prior to the Chinese drywall, my mother was in

5    excellent health as an educator.  As a result of the condition

6    and the toxic environmental exposure, she has received a

7    reduced quality of life.  It's a matter of medical records that

8    her life expectancy has been reduced.

9              We have sent in documentation from

10   board-certified physicians, government research, physicians'

11   research, EPA medical research in cases of exposure to the

12   sulfur gasses.  We have asked extensively, on behalf of my

13   mother, what additional information is required for the special

14   masters, without a clear response.  We have extensively

15   submitted her complete health history prior to the Chinese

16   drywall, her encounter with her cancer on both occasions when

17   she was hospitalized, and medical research, which is extended

18   records for your review and evaluation.

19             Additionally, you can follow the medical records

20   to see after the second time when she was comatose and

21   hospitalized, when the doctor recommended, due to exposure,

22   that she move out of the household, her blood counts

23   drastically increased.

24             In the records it shows that she has medical

25   bills from the exposure and from the hospitalizations and the

10:14

1    treatment, over a half million dollars in fees.  She has been

2    treated for asthma, headaches, extensive pain shots, and

3    currently she has a reduced mobility and quality of life as a

4    result from the circumstances, exposure to this Chinese

5    drywall.  I would ask the Court to seriously consider all of

6    the extended documentation which we have provided.

7                    Your Honor, if there is something additional

8    that we are missing, please give us the opportunity to provide

9    you with that information so that we can give it clarity and

10   action regarding this claim.  Thank you.

11              **THE COURT:**  Okay, Mr. Fredericks.  Thank you very

12   much.

13                    The problem that I'm faced with is that the

14   medical literature doesn't support a connection between any

15   exposure and cancer.  It's not one of those things that is

16   tested, written about.  There's no question your mother has

17   cancer.  I see that in the records, and it's very large.  I'm

18   troubled that she is in such pain and discomfort, no question

19   about that.

20                    The problem that I'm having -- and I will look

21   at it again for you because I know you feel strongly about it,

22   and I take that into consideration.  But you also have to

23   recognize that the study in this area and the literature in

24   this area and the writing in this area hasn't been able to

25   define a relationship between cancer and exposure to sulfur

1   gasses.  I will look at the material again with your comments

2   in mind, and I appreciate your patience.

3           **MR. FREDERICKS:**  Yes, sir.  Your Honor, if I may, in

4   closing, also make note that the experts in this field are

5   willing to testify to causation contributing to this illness or

6   associated with the Chinese drywall.

7           **THE COURT:**  Thanks so much.

8               Mr. Fredericks on behalf of Emmanuel Bentley?

9               Mr. Cullens for David Holder?  Jill Holder?

10              I received extensive writing from Mr. Cullens.

11  It was very helpful in understanding his position.  I will take

12  all of that into consideration.

13          **MR. FREDERICKS:**  The last thing, sir, in those

14  records, also I'm representing the minor child, Emmanuel

15  Bentley.  So I don't know if you want to do that separate, when

16  you called upon that name, or discuss that.

17          **THE COURT:**  Yes.  Right.  I did, but I understand

18  your position.  It's the same as what you just told me.

19          **MR. FREDERICKS:**  Yes, sir.

20          **THE COURT:**  Thank you very much.

21          **MR. FREDERICKS:**  Thank you, Your Honor.

22          **THE COURT:**  It was very articulately presented,

23  Mr. Fredericks.  I appreciate it.

24              Evelyn Howard?

25          **MR. RYAN:**  Good morning, Judge.  This is Mike Ryan

 1    from Fort Lauderdale.

 2              THE COURT:  Yes, Mike.

 3              MR. RYAN:  Judge, I have three on your agenda today.

 4    If the Court would oblige me, I would like to first begin with

 5    a bit of an introduction that applies to all three so I don't

 6    have to repeat myself.  Then I will work toward Ms. Howard's

 7    claim, if that's okay with the Court.

 8              THE COURT:  Certainly.  Go ahead, Mike.

 9              MR. RYAN:  Judge, I represent hundreds of homeowners

10    who were devastated by the Chinese drywall storm, and very few

11    of those actually filed bodily injury claims.  As prior counsel

12    have indicated -- I think Mr. Lambert had indicated that it is

13    true that some people were affected more gravely than others.

14    The ones here this morning are those who have put forward

15    substantial records and, as Mr. Durkee said, I believe

16    substantial competent evidence of the direct link in causation

17    between Chinese drywall and their particular symptomatology and

18    complaints.

19              I will give you a sense, from a personal level,

20    where I come from.  I spent a lot of time in these homes.  In

21    the early stages, when I was meeting with four, five clients a

22    day in neighborhoods that Your Honor is familiar with,

23    eventually I stopped going into homes myself because -- I was a

24    runner at the time, but I started to feel lung compromised.  I

25    started to have nosebleeds at night.  I just simply refused to

1    go further.  Now, fortunately I don't carry any of the burdens,

2    to my knowledge, of that, but I appreciate the comments and

3    symptomatology that these folks have complained about

4    throughout all of the arguments that you hear.

5              One of the challenges we have -- and Your Honor

6    has already noted this in terms of some disease processes.  The

7    situation for these folks is that they all presumptively were

8    eligible.  They took an appeal because they felt theirs was

9    more substantial than the $1,000 recognized, and in response

10   the special master has come back and said they have not met the

11   expert report or *Daubert* standard.

12             If we are to be honest about this, it's highly

13   unlikely any claimant could meet *Daubert*.  As Your Honor has

14   noted, there's no real epidemiology, there's no medical trials,

15   there's no literature dose-response that teases out at what

16   level some people may have reactions, but all the claimants

17   have had similar complaints.  Through the process of the claims

18   being submitted, there was a recognition that all of these

19   people met at least the first hurdle and they established a

20   link.

21             In the case of Ms. Howard -- and she has

22   provided substantial records.  I'm in a bit of a position like

23   Mr. Durkee.  I hesitate to go into some of this publicly.  What

24   was submitted certainly -- we would be happy to provide the

25   additional records under seal if that process for Mr. Durkee is

10:21   1   also acceptable for these clients.

2                  In short, there's a substantial medical record

3   that outlines persistent coughing, bronchitis, recurrent

4   headaches, irritated eyes, respiratory difficulties, and even

5   developing COPD, which is not a long extension from the

6   respiratory impacts that we all recognize were occurring and

7   have been complained of continuously.

8                  Now, in the case of Ms. Howard, long before we

9   knew there was going to be a claims process and long before her

10  home was remediated, her physician actually wrote a letter --

11  and it's part of the record -- that her exposure to the Chinese

12  drywall will exacerbate any of her underlying conditions.  He

13  was direct in it in that he referred to the toxins in the

14  drywall.  As a result she moved forward in the remediation

15  program.  She tried to move out.

16                  So in this situation -- and the others are

17  similar, with substantial records -- there was an absolute

18  timely link in 2009 between this symptomatology and a physician

19  who related it and, frankly, issued a medical order that she

20  not be exposed any further to it.  So we believe that this is

21  one that does merit additional consideration.  We do not

22  believe that this is, frankly, any different than the claims

23  that have been determined eligible and, frankly, paid to this

24  point.

25                  And having had the opportunity across at least

10:22

1    my client base to review, the suggestion that this presentation
2    is less substantial than what has already been determined to be
3    eligible and met the minimum standards of having substantial
4    competent evidence and having met at least the physician report
5    element, this should not be excluded and provided zero.  We can
6    discuss or even debate the level of compensation that may be
7    required, but none of these are in that category where there
8    should be no consideration.
9              That's all I have on Ms. Howard, Your Honor.
10              THE COURT:  Thank you.  Do you have anything on
11    Philomin Josephson and Laurel Ruggiano?
12              MR. RYAN:  Yes.  Yes, Judge.  Consistent with your
13    agenda, I'm happy to move to those now.
14              THE COURT:  Yes.
15              MR. RYAN:  Judge, I will go to Ruggiano because I
16    think this is one of the classic cases of an inconsistent
17    treatment across the analysis both preappeal and now.
18    Ms. Ruggiano has a substantial medical record base here.  She
19    has been seen by three separate pulmonologists.  There's
20    substantial compromise of lung function, and the records bear
21    that out.
22              Importantly, there's no prior history, and all
23    of the physicians have indicated there's no prior history.  In
24    fact, consistently through the records there's references to
25    the Chinese drywall.

1          In the end, Ms. Ruggiano submitted not only the

2     outline of what impact this has had financially, but she

3     submitted an affidavit of her treating physician.  It's

4     important because I believe it undermines the complete attack

5     that's occurred across at least my client base.  Because it's

6     been blacked out as to the other claimants, I assume that there

7     are similar arguments that they haven't met the *Daubert*

8     standard.

9          In this case the doctor provided sworn testimony

10    through the affidavit that Ms. Ruggiano's symptoms were caused

11    by her exposure to Chinese drywall and makes reference to the

12    fact that he reviewed her medical records, he reviewed what

13    relevant medical literature there was, and gave an opinion to a

14    reasonable degree of medical probability that her respiratory

15    problems and her persistent coughing, her compromise, was

16    substantially caused by the presence and exposure of Chinese

17    drywall.

18          If this cannot meet, then none can meet.  If

19    this is not worthy of consideration as opposed to zero, then

20    none of the claims that probably were submitted were ever --

21    and I take great risk in saying this, but then none of the

22    claims probably met.

23          We believe based on not only the records that

24    are provided -- and I have some additional records we would

25    like to submit -- that this is one, given the financial impact,

the medical testimony, the substantial medical records that are spontaneous, the lack of prior history, and the consistency with the types of symptomatology Your Honor has heard about since 2009 on a monthly basis almost as to what these folks would be exposed to, she is absolutely entitled to an award. Zero is not appropriate.  If we are to arc towards consistency in meting justice across these bodily injury claims, she clearly has met and exceeded what others have submitted, and has put for a strong, competent, substantial medical basis for that.

THE COURT:  All right.

MR. RYAN:  With respect to Ms. Josephson, again, this is, like Ms. Howard, a woman who is senior.  She is 66 now. Since 2009 she has been seen by a team of doctors.  The medical records are filled with references to Chinese drywall going back into 2009, not created at a time when there was a claim. This was part of the treatment process.

What the medical records show are the classic ailments, albeit not a medical marker.  We don't have that type of situation like you see in asbestos or other types of exposure cases where you get a particular marker, but it's the continuum of ailments that Your Honor has seen:  respiratory, cough, irritation, sinus headaches, watery eyes -- with, again, no history of pulmonary compromise -- and a developed chemical sensitivity.  The pulmonologist in the records gave a

differential diagnosis that related to Chinese drywall, and these were in the records that were provided.

She has been seen by:  a general practitioner; an allergist who put her through a battery of tests as they were trying to understand why it is that Ms. Josephson was now having the new onset of problems that she did not have before; by cardiologists; by pulmonologists.

As we put forward, she has $28,000 of in- and out-of-pocket expenses.  This is not something that was manufactured.  To use a bad pun, it was not manufactured by Ms. Josephson.  This was an attempt by her physicians across that continuum trying to understand why it was that Ms. Josephson had suddenly developed these complaints and the persistent complaints.  In this case and Ms. Ruggiano and Ms. Howard, each of these are absolutely based upon medical evidence.  But more importantly, they have shown they were pursuing a medical mystery not for a claim, but to try to get better.

The doctors along the way have been indicating that this was due to Chinese drywall as they begin, in their differential diagnosis, to exclude allergies and other things. Again, Ms. Josephson presented as somebody who had substantial competent evidence.  In her case and Ms. Ruggiano's, they both have demanded $100,000.  They have shown out-of-pocket expenses.  And we believe they have established as well as

10:29

1    anybody can given, as Your Honor noted earlier, there's no
2    clinical trials that have been done, it would be inhumane to go
3    back and try to expose, the epidemiology hasn't been
4    developed -- for whatever reason, there hasn't been academic
5    interest in doing so.  But they should not be held to that
6    standard when we know, across the spectrum of claimants, they
7    have met at least the minimum and many times exceeded it.

8         Thank you, Your Honor, for allowing me to attend
9    by phone for these three and taking the time to hear all of
10   these appeals.

11        **THE COURT:**  Thank you very much for your comments.

12        As all of you know, on the phone as well as in
13   the courtroom, the problem in a case of this sort is that a
14   witness has to not only say something, give their opinion on
15   it, but their opinion has to be based on something.  Everybody
16   can have an opinion about anything.  It has to be based on some
17   literature, some scientific test, some document, some
18   experiment, something other than "in my opinion, this caused
19   this."  More is required, and particularly in a settlement
20   program where the specific terms are that this is required.

21        I had some reports from various doctors saying
22   "this could," "this might," and some of them say "this is," but
23   the difficulty is oftentimes in saying, "Well, what do you base
24   that on," they base it on, "Well, they didn't have it before.
25   Now they have it.  They were exposed.  Therefore, it was caused

10:31

1   by it."

2          That is a little more difficult to prove in that

3   type situation.  It's like the person who says, "I'm going

4   fishing," and it rains.  When he doesn't say, "I'm going

5   fishing," it doesn't rain.  So he thinks saying, "I'm going

6   fishing," causes the rain.  There's no question he said it.

7   There's no question it rained.  The question is:  Was it caused

8   by it?  And if it was, what's his documentation of it?  That's

9   where I'm struggling, to try to help the individuals, to see

10   what I can do to assist them, but I'm confined to a great

11   extent by evidence and by the requirements of the rules.

12          Mr. Elvin Sterling.

13      **MR. CHRISTINA:**  Yes, Your Honor.  Salvadore Christina

14   with the Becnel Law Firm, Your Honor, for Mr. Sterling.

15          Your Honor, Mr. Sterling is pretty much in the

16   same boat as everyone else we have heard from this morning.

17   Just to keep it kind of short for you, the one thing I would

18   like to point out is the letter his doctor wrote on his behalf,

19   in which he says based on his knowledge of his client's medical

20   history as well as his exposure to Chinese drywall and the

21   research that he conducted, he believes that his respiratory

22   symptoms were caused by the Chinese drywall.

23          The side effect of his medical conditions, the

24   other effect that it had was he is divorced, and he has

25   visitation with his child every other weekend.  His doctor goes

10:33

1    on to further advise him not to bring the child in the house.

2    So not only is his health affected by this, he is not able to

3    spend time with his son and do the things that you are just

4    going to lose out on based on the Chinese drywall being in the

5    home.  We would ask that Your Honor review the documents we

6    have already turned in to you and grant your award.

7            THE COURT:  I certainly will do that.  Just a word.

8    The Becnel firm has been very helpful in this matter, and

9    particularly Mr. Christina.  He has been very helpful and

10   worked very hard in this case.  You need to know the Court

11   appreciates what he has done for his clients.

12           MR. CHRISTINA:  Thank you, Your Honor.

13           THE COURT:  Ms. Waguespack?  Anything from

14   Ms. Waguespack?

15           MS. OWEN:  Good morning, Your Honor.

16           THE COURT:  Good morning.

17           MS. OWEN:  Adele Owen on behalf of Nicole Waguespack

18   and Jacques Waguespack.

19           Ms. Waguespack, as you know, has some pulmonary

20   problems.  The big long word for the diagnosis is

21   lymphangioleiomyomatosis.  The short version, for the court

22   reporter, is LAM, L-A-M.

23           That particular pulmonary condition, Your Honor,

24   was not caused itself by the exposure to the sulfur compound.

25   It was a latent condition that was diagnosed subsequent to

1    Ms. Waguespack being exposed to these sulfur compounds.

2                  2009, that was when the initial diagnosis was

3    made, because she had been having problems for the three years

4    prior.  They had moved into the house in 2006.  2009, this

5    disease is discovered because she is having all these pulmonary

6    problems, and they recommended that she move out of the house.

7    They have a baseline spirometric analysis, which they have

8    followed ever since then, and it has currently stabilized.

9                  What these compounds did is, when mixed with

10   water in the human body, turned into -- well, for example,

11   hydrogen sulfide will turn into sulfuric acid.  I don't think

12   there's any big squabble about that chemistry.  I think that's

13   fairly well-known.

14                  So there's a baseline that establishes where she

15   was in 2009 when she was in the home, was asked to vacate for

16   her health, and they did.  They have monitored it.  It has now

17   come down.  She is not ever going to be 100 percent because of

18   the underlying problem, but it is stable at this point in time.

19             **THE COURT:**  How old is she?

20             **MS. OWEN:**  She is 41 today.

21                  Now, back in 2009, this company Rimkus went to

22   the home and they checked the indoor air.  They monitored to

23   see what was actually in the air, were there off-gassing of

24   these sulfur contaminants, and there absolutely was.  That's

25   documented.  The report is in the record.  In fact, that report

10:36

1   and the medical records we have submitted under seal to

2   Your Honor for further review.

3          I really can't do a better job than Mr. Lambert

4   did on the general and specific causation and setting that out,

5   but the Rimkus report in this case, in the Waguespack

6   situation, sets forth the fact that the contaminants are in the

7   house.  It sets forth three years of wires, air conditioner

8   coils, doorknobs, every piece of metal in the house,

9   Your Honor, is basically destroyed by these off-gassing sulfur

10  compounds in the presence of moisture.

11         If for three years that's what these compounds,

12  in the presence of moisture, will do to metal, I don't think

13  that it is a big leap to understand what that will do to a

14  person's lungs, especially a person with an underlying latent

15  medical condition, had never been diagnosed.  She had never had

16  these problems.  She has lived in this house for three years,

17  and now she can hardly breathe by the time she gets to the

18  doctor.

19         I understand the *Daubert* situation.  I

20  understand that that's a part of the settlement agreement.  For

21  these specific cases that we are talking about today, certainly

22  for Ms. Waguespack, I don't think it's a huge leap for the

23  Court to see that if these compounds -- in the presence of

24  moisture, what they will do to metal, that they will in some

25  people cause these sorts of pulmonary problems like

1    Ms. Waguespack has experienced.  So I don't think that the

2    hurdle, at least in her case, is something that we haven't

3    shown.

4                    There's four experts in the medical records that

5    we have submitted.  One is a critical care pulmonologist in

6    Baton Rouge.  There's a toxicologist.  They have talked about

7    all the things that I'm telling Your Honor this morning.  They

8    have set those things out in the medical records.

9                    The claims were timely done.  The diagnosis was

10   contemporary with the medical treatment, which was before the

11   execution date.  All of those things have been met.  So we have

12   a situation, I think, that you have got the timeline.  All of

13   the things dovetail.  I believe that this case certainly

14   warrants further consideration for an additional allocation --

15   well, certainly upwards from the zero allocation that we have

16   currently -- and we would ask that Your Honor take those things

17   into consideration and increase the award to Ms. Waguespack.

18   Thank you.

19             **THE COURT:**  Thanks for being here.  I appreciate your

20   comments.

21                    That ends the personal injury cases.  The

22   miscellaneous, let's see if we can group those, and maybe the

23   special master can deal with those.

24                    There are 10 claimants dealing with the

25   miscellaneous awards, primarily rent.  There's some

10:39

1    compensation for interest or carrying costs.  Do you want to

2    explain that for us, Jake?

3           **MR. WOODY:**  Yes, sir.  Miscellaneous claims flow from

4    Section 4.7.3.1 of the Knauf agreement that allows the special

5    master and the Court, in their discretion, to consider and

6    allow claims that are not provided for in other parts of the

7    agreement.

8                There are some specific exclusions, including

9    things that are already provided for in other claim types such

10   as lost rent, where there's a lost rent claim type.  There are

11   some things like stigma and things like that that are excluded.

12          **THE COURT:**  Right.  The problem with the

13   miscellaneous claims is that Section 4.7.3.1 specifically

14   excludes many of the items that the people in this category are

15   seeking reconsideration of.  It's just specifically excluded.

16   Sometimes it's excluded because it's already covered under

17   another area of the settlement and taken into consideration

18   there.  Other times it's simply not part of the settlement.

19                The stigma damages is a classic example or the

20   interest that somebody incurred, late charges in paying their

21   mortgage.  They would have had to pay their mortgage whether or

22   not Chinese drywall was there.  So to collect mortgage payments

23   because of Chinese drywall, it was excluded.  That's one of the

24   problems we are having with the miscellaneous claims.

25                Is there anybody who is in the miscellaneous?

10:41

1   Wayne Clarke, Terrance DeMots, Patrick and Kathleen Dennis,

2   Tarek and Andrea Loufty, McBride, Pena, Prime Homes, RMM

3   Investments, Sam Sumner, and Julian Thornton, anybody wants to

4   speak on any of those?

5                    Skip, you have something?

6          **MR. LAMBERT:**  Yes, Your Honor.  Very briefly,

7   Your Honor.  I touched on this in my first comments.  Again,

8   for the record, Hugh Lambert on behalf of Dr. Dennis.

9                    To echo what you just said and to tell you on

10  behalf of my clients, we respect all of the work that's been

11  done by the plaintiffs' steering committee and by the defense

12  in confecting this agreement that Your Honor is referring to.

13  Without it, we couldn't have reached results in this period of

14  time.  It seems like a long time, but it's not when you look at

15  the thousands and thousands of claimants involved.

16                    In the case of Dr. Dennis, the loss basically

17  centers around his inability to complete his boards as a

18  physician and his no longer being able to function as an

19  emergency room physician.  It's all set out in our papers.

20  Those are not things that are excluded under the settlement

21  agreement.  I just refer you and the special master to the

22  papers that we submitted.  Thank you, Your Honor.

23          **THE COURT:**  Thank you very much.

24          **MR. DURKEE:**  Your Honor, this is David Durkee.  I

25  don't know if you want to hear from me at this time.

1    **THE COURT:**  Sure.  Go ahead, David.  You have Pena,

2    is it?

3    **MR. DURKEE:**  That's correct, Your Honor.  I have

4    Mr. Pena.  I also had Mirtha Arias, which I don't know if I

5    heard that name stated, but I believe she was scheduled for

6    this morning also.

7    **THE COURT:**  Go ahead, David.  I have her under

8    foreclosure and short sale, but you can speak on her behalf

9    too.

10    **MR. DURKEE:**  Okay, Your Honor.  It goes along with

11    the same thing.  Mr. Pena, I believe it may be categorized by

12    the special master or the people that considered the evidence

13    as stigma damage, but he had a contract on his home for over a

14    million dollars.  When they went to do the inspection for that

15    sale, which was executed and the only contingency was the

16    inspection, it fell through due to the presence of Chinese

17    drywall.  He then resold the property after remediation and

18    sustained a very significant drop in sale price.

19    We do provide an economic report by an

20    economist.  There are some other miscellaneous damages, but his

21    claim is obviously very significant because he did have cash in

22    hand for over a million dollars because of the sale.  That deal

23    obviously was directly canceled because of the Chinese drywall.

24    I know the provisions and requirements of the

25    settlement.  We are just asking you to make special

10:45

1    consideration on this one and to review the evidence with
2    particularity.  We do believe it falls a little bit different
3    than just stigma damage.  We believe it's more economic in
4    nature and it's more certain in nature.
5                    The only other one I have this morning for you
6    is Ms. Arias.  I know eventually there's going to be a pro rata
7    distribution on this.  I believe her award at this time that we
8    are appealing by the special master is around $80,000 or
9    something to that effect.  It's $80,526.49.
10                   She doesn't believe that that is just because
11   she did put down a total of $143,000 in cash money as a down
12   payment, and that was absolutely paid.  It's in the
13   documentation we provided.  It's cash money that she took out
14   of her pocket and paid for this home.  I don't believe there's
15   any dispute that that amount of money was lost when the short
16   sale went through.
17                   So the fact that the evidence that's been
18   considered so far has awarded her a total of about $80,000 when
19   there's no doubt she lost $143,000 as a result of the down
20   payment on the home, we feel that should be considered
21   differently.
22                   Those are really the only other claims I have,
23   Your Honor.  As a result, may I be excused at this time?
24             THE COURT:  Yes.  Thank you for your work, David.  I
25   appreciate it.

10:46

1       **MR. DURKEE:**  Thank you, Your Honor, for allowing me

2  to attend by phone and to consider these additional claims.

3       **THE COURT:**  Okay.

4       **MS. BRASWELL:**  Kasie Braswell.  I represent McBride

5  Family Properties.  If it's okay, I would like to present mine

6  at this time.

7       **THE COURT:**  Sure.  Go ahead, ma'am.

8       **MS. BRASWELL:**  McBride Family Properties had a total

9  of four condominiums in South Florida and presented lost rent

10  or miscellaneous claims on all four.  Three of the four were

11  awarded lost rents, and the fourth was initially awarded an

12  amount of $2,500.  We asked for reconsideration, and the

13  special master then awarded zero.

14       Based on his explanation of the award, I agree

15  with the fact that we probably cannot recover property taxes

16  and condo fees and whatnot because those are things that they

17  would have had to pay anyway, but we do believe that McBride is

18  entitled to the $7,500 in lost rents that was not awarded.

19       **THE COURT:**  Okay.  You're speaking for the McBride

20  claims?

21       **MS. BRASWELL:**  Yes, Your Honor.

22       **THE COURT:**  Thank you very much.

23       **MS. BRASWELL:**  Thank you.

24       **THE COURT:**  Patrick, do you want to speak now?

25       **MR. MONTOYA:**  Thank you, Judge.  Patrick Montoya on

behalf of Prime Homes.

I would like to thank Mr. Woody and Mr. Balhoff. I think the response that they provided on April 15 gave us a lot of guidance in these claims in terms of if there were any potential deficiencies and understanding what the issues were. Our filings were based on really what the special master let us know he believed was missing, and we have made some supplemental filings as a result.

The upshot of the Prime Homes claim is there were over 100 properties that were developed. This was a very large condominium association development. 91 of those properties had Chinese drywall. We are here today on 19 of those properties and their miscellaneous claims.

What we have done, Judge, and what it essentially boils down to is an area of carrying costs, which you have accurately described. What's interesting about the settlement agreement that Jake put up was that the settlement agreement reads so long as it is not excluded, then it can be considered, as long as it's equitably justified. I think those words are very important not only to the special master but to the Court, especially in a situation like this.

Frankly, anybody who is sitting in this room that's been a victim of Chinese drywall has the equities on their side. So in terms of equitable justification -- and that seemed to be the main basis for denying these costs in the

10:49

1    special master's response -- we would like those to be

2    reconsidered.

3                      We submitted those carrying costs at document

4    entry 20233-3.  There's a spreadsheet.  I apologize for the

5    small type that's there, but those are the carrying costs.

6    Basically what we did, there was $4,476,758 in carrying costs.

7    We divided that number by the 19 properties, coming out with a

8    pro rata basis of $49,195 per property.

9                      There was also mention in the special master's

10   response that stucco replacement was not included.  We agree

11   with that.  The stucco replacement is not part of this carrying

12   cost number.

13                     Finally, there was mention that the HVAC that

14   was replaced, which to my understanding has been compensated in

15   this program in this claim area in the past, we did not submit

16   sufficient documentation.  We have cured that.  We have now

17   submitted that documentation.  That can be found at document

18   entry 20233-4, which is a spreadsheet of all the HVAC

19   replacements and repair.  The exhibit behind that, 20223-5 and

20   -6, is close to 562 pages of recepts.  The total of those HVAC

21   claims for these 19 properties -- and we have limited them only

22   to those 19 properties -- is $56,666.02.

23                     So our request is for the carrying costs in the

24   amount of $49,195 per property, understanding that this HVAC is

25   included in those carrying costs, but we wanted to provide that

10:51

1    specific proof as well.  So at a minimum, given the Court's
2    position on the HVAC replacement, the $56,666.02 should be
3    awarded, and that's spread against the 19 properties, as is
4    demonstrated in this exhibit.
5              If the Court would like us to, within a day I
6    can break it down by property, the amount, and provide that to
7    Mr. Woody.
8              **THE COURT:**  When did we get that?
9              **MR. MONTOYA:**  This was filed on May 3, so two days
10   ago.
11             **THE COURT:**  Okay.
12             **MR. MONTOYA:**  But we had made the claim for the HVAC
13   as part of our initial claim.  Then when the special master's
14   response was filed on April 15, we got the information as soon
15   as we could, understanding that these records are going on four
16   and five years old in many cases.  Thank you for your
17   consideration, Judge.
18             **THE COURT:**  Thanks, Patrick.  Thank you and Ervin for
19   all of the work that you have done in the case.  It's been very
20   helpful.
21             Jake, do you want to respond to that?  Did you
22   have a chance to look at the material that he just filed?
23             **MR. WOODY:**  We have not had a chance to look at that
24   just yet.  We are happy to do that.
25             **THE COURT:**  Why don't you do that, and then we will

10:52

1   talk about it more.

2           **MR. WOODY:**  Yes, sir.

3           **THE COURT:**  Yes, ma'am.

4           **MS. HAMILTON:**  Your Honor, my name is Brandy

5   Hamilton.  I'm from Barrett Law Group in Mississippi, and I'm

6   here today on behalf of my client, Mr. Wayne Clarke.

7           Your Honor, my client, Mr. Clarke, lost his

8   home, like so many others, after Hurricane Katrina.  He took

9   out an SBA loan to repair it and, without his knowledge, used

10  defective Chinese drywall in the repairs.

11          He began renting the property after the repairs

12  were finished in order to earn an income to pay the monthly SBA

13  loan notes.  He took a job in Houston, after he had already

14  retired from 20 years in the military, in order to have

15  additional income to pay for all of these new expenses.

16          When the Chinese drywall was discovered, his

17  tenants moved out, and he was no longer able to rent the

18  property out.  Due to this loss of monthly income, Mr. Clarke

19  began having trouble paying the monthly payments on the SBA

20  loan.  Despite his best effort and his attorney's best efforts,

21  the house went into foreclosure on August 24, 2011.  Because

22  the house went into foreclosure, Mr. Clarke was not eligible

23  for the remediation program.

24          Two claims have been filed for Mr. Clarke for

25  relief from both the remediation fund and other loss fund

1    outlined in the settlement agreement.  Mr. Clarke is eligible

2    for relief that he is seeking in both of the funds and has been

3    denied all relief.

4              The two offers from the special master were so

5    low that Mr. Clarke had no choice but to object because they

6    paled in comparison to the debt that he has from the SBA loan

7    and the inability to pay it because of his inability to rent

8    the home and the resulting foreclosure.

9              Today we are here seeking the fair and

10   appropriate relief my client is entitled to in this case.  But

11   for the Chinese drywall, Mr. Clarke would not be in the

12   situation that he is in today:  a foreclosed home; an SBA loan

13   for almost $185,000 that he cannot afford; his wages are being

14   garnished every week as a result; and his credit is

15   nonexistent.  He can't even afford to finance a vehicle right

16   now if his truck breaks down on the way home back to Texas.

17             My client qualifies specifically for relief

18   under Section 4.3.5.1 in the settlement agreement for

19   foreclosed properties.  In that section it says, to calculate,

20   that you look to Section 4.3.1.1, which lays out the lump-sum

21   settlement.  If you do the math, it's $8.50 per square foot for

22   each square foot that's under air.  His home has 1,670 square

23   foot, so that totals out to be approximately $14,200.

24             This was filed under the miscellaneous claim

25   form because that was the only form that was available to

1    Mr. Clarke at the time.  He was no longer a KPT owner because

2    at that point his home had already gone into foreclosure.  When

3    we contacted the plaintiffs' steering committee, we were

4    informed by them to use this form.  I think that's been a

5    little bit of confusion in his case, and I wanted to take this

6    moment to clarify that.

7                My client also qualifies for relief under the

8    other loss fund, Section 4.7.1.2, the lost use, sales and

9    rentals.  He is eligible under the settlement agreement for

10   three months of rent that was lost.  He was charging the

11   tenants at the time -- we have submitted to the Court

12   substantial evidence to show everything that he is entitled to.

13   So he was renting at the time his home out for $1,300 per

14   month.  Times three is $3,900.  Additionally, he qualifies for

15   relief under Section 4.7.1.3 in the agreement, which is

16   foreclosures, and that is the lost equity agreement.

17               Your Honor, we are just asking today that my

18   client gets the relief that he is entitled to under this

19   agreement and is made whole as much as possible.  But for this

20   drywall that he put into this home, without knowledge of what

21   it would do and the results that would occur, we wouldn't be in

22   this court today.  He would still be renting his home out after

23   Katrina to the tenants.  He would still be getting monthly

24   rent, and he would still be paying on his loan.  Now he has a

25   debt to the U.S. Treasury that's never going away.  He will

10:57

1    never see another tax return.  His wages are garnished.  He did

2    everything he was supposed to do to set himself up for a

3    comfortable retirement after his service in the military.

4              Katrina happened.  A lot of people suffered.  He

5    did the right thing, rebuilt the house, and rented the house

6    out so he could make the income he needed to pay the loan.

7    This drywall has put him in a position where he is financially

8    ruined for the rest of his life.  Your Honor, we just would

9    like the Court to look at the evidence that we have submitted

10   and make my client as whole as possible and grant him the

11   relief he deserves.  Thank you.

12             **THE COURT:**  Thank you for your presentation.

13             The question of the miscellaneous, there's a

14   certain period of time that lost rent is allowed.  That's not

15   part of the law but part of the settlement agreement.  That was

16   a problem under the miscellaneous provisions.

17             Under the foreclosure and short sale, do you

18   want to speak on that?

19             **MR. MARINO:**  Your Honor, Rene Marino on behalf of the

20   Knauf defendants.

21             We do not oppose the appeals to the other loss

22   fund.  What we are opposing -- and we filed a memorandum on

23   that -- is the appeal for the lump-sum payment, which comes

24   from the remediation fund.

25             It's not disputed this was commercial property,

10:58

1   and commercial properties do not get the lump-sum payment under

2   the settlement agreement.  This property also, because it was

3   not inspected by MZA or Benchmark, didn't receive a KPT

4   percentage.  Even if it was eligible for a lump-sum payment, we

5   would not be able to assign a KPT percentage to the property.

6   So for those two reasons, it's not eligible for the lump-sum

7   payment.

8           THE COURT:  Jake, do you want to speak on the issue

9   of the --

10          MR. WOODY:  Yes, sir.  I think I heard three

11  different claims, one for the lump sum that Rene just

12  addressed, one for lost rent, and one for foreclosure/short

13  sale.

14              On the lost rent issue, it sounds like that was

15  filed as part of the miscellaneous claim.  We may, if the Court

16  wants us to, be able to convert this claim to the lost rent

17  category.

18          THE COURT:  I think it was filed timely.  Let's move

19  it over.

20          MR. WOODY:  We will review it as if it was a lost

21  rent claim.  We may need additional documentation.  We'll work

22  with Mr. Clarke's attorney to get that.

23              On the foreclosure/short sale claim, it may be

24  that Mr. Balhoff can speak more to that.  It appears that we

25  reviewed and there were claims for damages like reduction in

1   the tax-assessed value of the home that are simply not part of

2   the framework.

3          **THE COURT:**  It's specifically provided that it's not

4   part.

5                Dan, do you want to speak on any of that?

6          **THE SPECIAL MASTER:**  Your Honor, I don't have those

7   figures in front of me, but you are exactly right.  Those kinds

8   of damages are not part of -- what we try to do is value the

9   equity that was in the house that was lost by each homeowner.

10  There were certain things that were losses but were not the

11  equity in the house that was lost by the homeowner.  So that

12  was the touchstone.

13               The one thing that I did hear -- and I think

14  that if either myself or Mr. Woody -- I don't know if we will

15  be taking a lunch break.  Maybe we can talk afterwards.  Any

16  supplemental information we get, any follow-up we need to do,

17  we want to make it as expeditious as possible.

18               Mr. Davis made the point -- and I think it's

19  true -- for everybody's sake, we need to get this over with as

20  quickly as possible.  So we will be working with counsel in

21  that respect.

22         **THE COURT:**  All right.  That's fine.

23               Anything more on miscellaneous, the ones that I

24  called?

25               Foreclosure/short sale.  Belitti -- we talked

1    about Wayne Clarke already -- Ferguson, and Perdomo, anything

2    on any of those?

3            **MR. MONTOYA:**  Yes, Your Honor.  Ferguson and Perdomo.

4            **THE COURT:**  Yes.

5            **MR. MONTOYA:**  Your Honor, Patrick Montoya again on

6    behalf of Ferguson and Perdomo.

7            I'm just going by the special master's response.

8    We will handle the Ferguson claim first.  The issue there was a

9    finding that she was entitled to $75,000 in compensation and

10   asserted an additional $30,000 in capital improvement expenses,

11   but there wasn't appropriate documentation filed.

12           We have since supplemented that information,

13   once we received the special master's filing.  I will just walk

14   Your Honor through it.  Here's the summary, which is at

15   document entry 20232-5.  We'll make this a little bit larger.

16           Her deposit of $100,000 we have filed at the

17   same document entry, 20232-2.  That's not in dispute from the

18   special master.  What has been provided subsequent to the

19   special master's filing was the additional $61,000 in capital

20   improvements.  Those were listed as custom drapes and blinds, a

21   pool that was installed, kitchen countertops, closets.  The

22   checks and the backup for all that has provided to the Court

23   and to the special master as well.  That was filed on May 3,

24   again after we understood what the special master was seeking

25   in terms of capital improvements.

11:02

1          The only issue that may confuse the special

2    master and the Court is the checks don't say "Monica Ferguson"

3    to these entities.  They are written out of single-purpose

4    entities.  We provided, also with our same filing, the

5    corporate registration showing she is the sole owner of those

6    companies so there's no confusion.  In other words, the upshot

7    of our claim is that she is entitled to $161,786 as her award.

8          **THE COURT:**  Let's make sure that you have those.

9          **MR. WOODY:**  Yes, sir.  I think, just like Prime

10   Homes, those were filed just a day or two ago.  At your

11   direction, we will review that paperwork.

12         **THE COURT:**  Okay.

13         **MR. MONTOYA:**  The next one is the Perdomo claim.  The

14   issue on the Perdomo claim was a deficiency balance, and the

15   special master said the paperwork was not sufficient.

16   Mr. Perdomo purchased the home for $290,000, paid $40,137 in

17   equity or on his mortgage, and then the house was sold in a

18   short sale for $100,000.  He did not receive any of the

19   $100,000 at all.  He continued to pay on his mortgage that was

20   owed, an additional $11,931.  He still owes $71,715.

21         So I have done a very high-tech summary of his

22   losses.  It's the $40,137 that was paid on his mortgage.  The

23   house was foreclosed on.  He has continued to pay in $11,931.

24   He still owes $71,715.  We believe his total loss is $123,783.

25         The issue was the documentation.  On May 3, at

11:04

1    document entry 20229-6, we provided a statement from Regions

2    Bank made out to the Perdomos.  What you will see at the second

3    page of it is the $11,000 -- I mentioned that he had paid the

4    $11,931, the principal that's owed, the $71,715, in addition to

5    the $40,000 I mentioned before.  So that's how I come up with

6    the math on the $123,783 as the total loss.  Again, these were

7    filed on May 3 and have been provided to the special master as

8    well.

9                   THE COURT:  Give him a chance to look at them.

10                  MR. WOODY:  Yes, sir.  We will review these.

11                  MR. MONTOYA:  Thank you, Judge.

12                  THE COURT:  Thanks, Patrick.

13                       Preremediation alternative living expenses.  We

14   have three of those claims:  Ancira, Duplessis, and Grenoune.

15                  MR. CHRISTINA:  Sal Christina, Your Honor, for Chris

16   Ancira.

17                  THE COURT:  Sal.

18                  MR. CHRISTINA:  Salvadore Christina of the Becnel Law

19   Firm for Chris Ancira.

20                       Your Honor, Mr. Ancira, upon discovering Chinese

21   drywall in his house in October of 2008, decided to move out of

22   his home because he had a young child at the time that was two,

23   and his wife was pregnant with their second one.  At the time

24   no one could answer his questions regarding could this hurt the

25   children, what kind of health effect would be in the place, so

11:06

1    he rented a house on Jena Street in New Orleans.  He stayed

2    there from October of 2008 through December of 2009.  At that

3    time he was paying $1,500 a month, which equated to $19,500.

4              After that they decided they were not going to

5    move back into their house in Chinchuba Creek after the

6    remediation would take place, so they decided to purchase a

7    house on General Pershing in New Orleans.  They are asking they

8    be compensated for the payments they made up until the time the

9    remediation started on their house in Chinchuba Creek, which

10   would take them from December of 2009 through April of 2011,

11   when the Knauf remediation program was able to remediate their

12   home.  The payments they were making at that time for that home

13   was $2,517 a month, and they made those payments for 16 months,

14   which would equate to $40,272.  So they are asking for a total

15   ALE award of $59,772.

16             **THE COURT:**  Jake, do you want speak on that one?

17             **MR. WOODY:**  Yes, sir.  According to my notes, it

18   looks like we made an offer of $14,400, which is the capped

19   amount pursuant to PTO 29.  I believe that we may need some

20   additional proof of payment for these other losses.  I'm happy

21   to work with Mr. Christina.

22             **THE COURT:**  Let's work with Sal on that and see if we

23   can resolve it.

24             **MR. WOODY:**  Yes, sir.

25             **THE COURT:**  Duplessis, anybody?

1       **MR. REICHERT:** Yes. Don Reichert from Bruno & Bruno

2 on behalf of Mr. and Mrs. Duplessis. They were here earlier

3 today. Mr. Duplessis had to go home, so Mrs. Duplessis brought

4 him.

5       **THE COURT:** Okay.

6       **MR. REICHERT:** Your Honor, as our objection said,

7 they have submitted numerous documentation supporting their

8 claims. Mr. and Mrs. Duplessis have submitted memos, receipts,

9 which the total has become $80,057.36. They also have a lot of

10 unique circumstances and facts in this case.

11       Mr. and Mrs. Duplessis have been owners of

12 4727 Press Drive for over 40 years. They raised their four

13 children there. They had to move out in September of 2012

14 because of medical conditions that they were experiencing.

15 This was five months prior to the remediation move-out date.

16       Then, unfortunately, they experienced a lot of

17 difficulties with remediation. The remediation program,

18 instead of being three months, ended up being another

19 additional year and a half. So Mr. and Mrs. Duplessis were out

20 of their house over two years regarding this process.

21       When they originally moved out in

22 September 2012, they had to move into another house they owned,

23 which previously was being leased and they were receiving

24 $1,800 a rent per month. So they lost out on this money for

25 the five months that they were out of the house originally.

11:09

1    They also lost out on this money the whole time that they were

2    out of the house through the whole remediation program.

3              They also had additional expenses with Cox,

4    utility, electricity, storage, and this is all of our expenses

5    that we have submitted to the special master.  It's in the

6    record before this Honorable Court.

7              Because of the unique circumstances, because we

8    believe that there's equitable justification in this case, we

9    are asking Your Honor to reconsider this or get the special

10   master to reconsider this and award Mr. and Mrs. Duplessis a

11   higher amount of money than what the award is.

12             **THE COURT:**  Jake, do you know about this one?  Any

13   comments?

14             **MR. WOODY:**  Yes, sir.  Based on my notes about this

15   claimant, it appears that when we reviewed it, it looked like

16   there were claims for two separate properties, one for the

17   affected property and one for the property that they moved

18   into.

19             When that happens, there's sort of a double

20   recovery issue.  You would have been paying one set of expenses

21   no matter what, even if you didn't have Chinese drywall.  So we

22   attempted to figure out what did you pay because you had

23   Chinese drywall.  In this case it would have been most likely

24   the payments for the home or property that you moved into.

25             There may be some confusion about what's what,

11:11

1   and I'm happy to work with counsel to review that and figure

2   out what --

3           **THE COURT:**  Let's do that and see if you all can

4   straighten it out.

5           **MR. REICHERT:**  We would appreciate that because we

6   don't want a double recovery here.

7           **THE COURT:**  Right.  Let's make sure of that.

8           **MR. WOODY:**  We will take care of it.

9           **THE COURT:**  Thank you.

10          Finally, Grenoune.  Anybody on that one?

11          **MS. WERKEMA:**  Yes, Your Honor.  This is Holly Werkema

12  with Baron & Bud.  I'm appearing on behalf of Meir Grenoune.

13          **THE COURT:**  Okay.

14          **MS. WERKEMA:**  I'll try to make this as brief as

15  possible.  I know it's been a long hearing.  This is a

16  preremediation alternative living expense claim.

17          In late 2007, my client and his family were

18  living in the affected property.  His children started

19  experiencing headaches, asthma, respiratory issues, and

20  nosebleeds.  The home smelled strongly of rotten eggs.  They

21  weren't exactly able to figure out what the problem was, but

22  they vacated the property.

23          They already owned a rental property which had a

24  current tenant, and what they did was ask the tenant to vacate

25  so that the family could then move into the rental property.

11:12

1    They eventually had to go through eviction proceedings to get
2    the tenant out so that they were able to relocate to the rental
3    property.

4        From the time that they moved into the rental
5    property until the remediation began, they paid $136,000 in
6    mortgage payments on the rental property while they waited for
7    their affected property to be remediated.  $86,000 of that was
8    paid towards interest on the mortgage, so that would not be
9    going towards the equity that they were gaining in the home by
10   making these mortgage payments.  What the special master has
11   awarded for the final award is $14,400, which is the maximum
12   they were allowed to award under PTO 29.  And that will, of
13   course, be prorated once it's ultimately paid.

14       Now, I understand the settlement administrator
15   and the special master's authority to make determinations on
16   these claims and set the guidelines for the claims process.
17   They have done a fantastic job in this case, as everyone on the
18   phone I'm sure knows, but in this instance I just can't agree
19   with their determination.

20       It doesn't make sense to allow a claimant to
21   receive an award for all of their alternative living expenses
22   if they rented a property and to cap those who moved into a
23   property that they owned at $14,400.  If the reasoning is that
24   they --

25           **UNIDENFIED SPEAKER:**  When will I be able to speak?

11:13

1        **MS. WERKEMA:**  I'm going to continue, Your Honor.

2        **THE COURT:**  Yes, go ahead.

3        **MS. WERKEMA:**  As far as the interest payments that

4  were made on this property, that would not have been being paid

5  towards the equity in the property.  So if their reasoning is

6  that they don't want someone to get sort of a double recovery

7  and that they are recovering under alternative living expenses

8  and also gaining equity in the home, I ask at least the

9  interest payments be allowed that were made for the long period

10  that they were forced to be out of their home.  The $86,000 in

11  interest on the mortgage that was paid for the alternative

12  housing is clearly set forth in the documents that were

13  provided.  It's all shown in document ID 117542.

14              A lot of losses were incurred by everyone that's

15  a claimant in this litigation, and this is only a small part of

16  what these claimants experienced.  They had to take on this

17  additional mortgage payment for the alternative housing while

18  their affected property sat empty.  There's personal property

19  damage, health problems of the children, and ultimately the

20  claimants ended up getting divorced just because of the stress

21  that this Chinese drywall situation put on their marriage.  I

22  just ask the Court to please reconsider the $14,400 award and

23  issue an award that's more fair and reflects the damage they

24  have suffered.

25              **THE COURT:**  Anything on that one, Jake?

11:15

1        **MR. WOODY:**  Yes, sir.  I think there are two issues
2    here.  One is the expenses associated with the property that
3    these people moved into, which Holly spoke about earlier.  I
4    think she is right that we tried to exclude equity that you are
5    earning because you are theoretically going to get that back
6    when you sell the property.  We can look at the interest
7    payments and the documents she gave us.

8              Then there's, I think, a second component to
9    this claim, and that is the income lost on the affected
10   property, rental income lost on the affected property.  That
11   would be covered under the lost rent claim type, which caps it
12   at three months.  I can talk with Holly about the specifics of
13   both of those issues and see if we can resolve this claim.

14       **THE COURT:**  Holly, get with Jake after this
15   conference.

16       **MS. WERKEMA:**  Okay.  Will do, Your Honor.  Thank you
17   for allowing me to speak.

18       **THE COURT:**  We have three left, 1100 Valencia,
19   DeMots, and Doering.

20       **MR. DIAZ:**  Good morning, Your Honor.  Victor Diaz,
21   VM Diaz and Partners, on behalf of the appeal of 1100 Valencia.
22   First of all, Your Honor, it's good to see you again.

23       **THE COURT:**  The same.

24       **MR. DIAZ:**  I stand here before you seven years older,
25   and I'm not sure if I'm seven years wiser.

11:16   1            **THE COURT:**  I'm sure you are.

2            **MR. DIAZ:**   I have represented nearly 200 victims of

3     Chinese drywall since 2009.  184 of them have been processed

4     through the auspices of this Court.  I stand before you on

5     behalf of my last unresolved claim, that of my client

6     1100 Valencia.

7                 We are appealing the special master award of

8     $41,338.98 on a claim of approximately $700,000.  These clients

9     have been part of these proceedings for seven years.  The

10    principals you met personally in Miami, Rodney Barreto and

11    Tito Gomez.  I believe Mr. Gomez is on the line.  He was going

12    to be here in person, but the inclement weather in South

13    Florida prevented him from attending.

14                They started construction in 2006 on a

15    $2 million home in the Coral Gables neighborhood of

16    South Florida.  It's a 6-bedroom, 6-and-1/2-bath home which was

17    put on the market for over $2 million.  They had a contract to

18    purchase the home for $2 million, which is part of the

19    submissions that we submitted for this other loss, use, and

20    sale fund, and during the inspection period the prospective

21    homeowner discovered the presence of Chinese drywall, which was

22    subsequently confirmed to be KPT drywall.

23                From 2007 through 2011, while you went through

24    your benchmark trials, established the remediation protocol,

25    and they were able to have their home remediated, the home was

11:18

1    eventually sold in November of 2011 for $1,889,000, for a lost

2    sale of $110,000.

3            We are here before you appealing two aspects of

4    this submitted claim only, carrying costs on the home of

5    $330,684.86 -- that's $330,684.86 -- and the lost sale of

6    $110,000, which is the differential between $2 million and the

7    eventual sale four years later for $1,889,000.

8            The settlement administrator's omnibus response

9    states only that the claimant may recover only for interest on

10   the loan.  They have awarded, as I stated, only $41,338.98.  I

11   am unable to reconcile the special master's award with either

12   the evidence that was submitted in support of my client's claim

13   or the explicit language of the settlement agreement.

14           We are not claiming anything that is part of the

15   other loss exclusions under Section 4.7.3 of the agreement.  We

16   are not claiming stigma damages.  We are not claiming damage to

17   reputation.  We are not claiming loss of use and enjoyment.  We

18   are not claiming any psychological or emotional injury.  We are

19   not claiming medical monitoring.  We are not claiming injury to

20   reputation.  We are not claiming any credit injury.  We are not

21   claiming any legal or accounting fees.  We are not claiming any

22   loss of investment opportunity, although in this case it was

23   significant.

24           This claim was submitted under Section 4.7.10.2,

25   which states not as the special master states in his response,

1    that a claimant may recover only for paid interest on the loan.

2    It says the claimant may recover for "any economic loss arising

3    from the inability to sell the affected property as a result of

4    property damages caused by KPT," and the losses that we are

5    claiming are directly caused by the inability of these owners

6    to sell the property.

7                    They fall into two categories, the carrying

8    costs on the home during the period of time between the

9    identification of the KPT drywall and the sale of the home in

10   November of 2011 after it was remediated, which includes paid

11   interest of $220,785.39 -- $220,785.39, and that's where I find

12   it hard because even the special master concedes that paid

13   interest is recoverable -- and a lost sale of $110,000.

14                    I do not believe that the special master's

15   report takes into consideration all of the evidence that's been

16   submitted in support of this claim.  At document ID 172688, we

17   have submitted proof of payments for interest from 2007 through

18   2011.  This is money actually paid out by my clients.

19                    Document 172107 has the proof of payments by

20   Mr. Rodney Barreto.  Document 172129 has the proof of payments

21   by Mr. Tito Gomez.  Document 1720195 has the proof of payments

22   by 1100 Valencia.  Document 172722 and document 172095 have the

23   proof of payments on the second loan they had to take out on

24   the property.

25                    The total interest that is supported by the

1    documentation submitted that was paid on the mortgage loans was

2    $220,785.39.  We have submitted the original loan documents in

3    the record.  The original mortgage was document ID 341606.  The

4    first mortgage modification is 341605.  The second mortgage

5    modification is document 351604.  The third mortgage

6    modification is document ID 341603.  The fourth mortgage

7    modification is 341602.

8              We also submitted tax returns reflecting the

9    interest paid, which are documents 172762, -68, -78, and

10   documents 172800, -818, and -826.

11             In addition, although the special master says

12   it's not recoverable -- I don't see it covered by the net

13   exclusion provision of the settlement agreement -- insurance

14   payments were made on this house during the period that it was

15   not able to be sold for $54,811.73, which is at document ID

16   172725.  Property taxes were paid of $46,651.23, which would

17   not have been paid had the home been sold in 2007, when it was

18   under contract, for a total carrying cost of $330,684.86.  The

19   only other part I am claiming is the lost sale of $110,000.

20             As to the deposit that was lost and the

21   preremediation interest, I'm not pressing those on appeal, but

22   I do think that the two components that I have emphasized to

23   the Court, the actual carrying cost of the home of $330,684.86

24   and the lost sale of $110,000, squarely fit within the

25   definition of this fund.  I cannot reconcile nor can my clients

11:24

1    reconcile that with the award of $41,000.

2                    Your Honor, I will close by saying the

3    following.  My clients were originally one of seven opt-outs

4    that I represented in this case.  In November of 2012, at the

5    request of this Court, my clients met with the senior

6    leadership of the PSC to try to persuade them to rescind their

7    opt-out.  Because they were unconvinced that the legalities of

8    this program would fairly compensate them for their injuries,

9    they declined the invitation, but they accepted Your Honor's

10   invitation to participate in a mediation with Judge Farina in

11   Miami, Florida, on March 15, 2013.

12                   During that mediation we went through the

13   settlement administration program.  We went through the

14   particulars of this claim.  We went through the criteria in the

15   then existent language of the settlement agreement.  Based on

16   the trust that they had in Judge Farina, a jurist that they

17   have known over two decades, and based on their confidence in

18   the justice of this Court and the sensitivity that this Court

19   has exhibited towards the victims of Chinese drywall, they were

20   persuaded by the assurances that they received to withdraw

21   their opt-out, dismiss their pending claim in Florida, which

22   was ready to be set for trial, and to submit their claim to the

23   other loss fund, having been assured that their claim would be

24   timely processed and timely paid.

25                   We submitted the claim as soon as the other loss

1   fund became open, seven months after that mediation, on

2   October 13, 2013.  They waited seven months patiently, until

3   October 13, 2013, to submit their claim.  They did it as soon

4   as the fund opened.

5            They then waited 14 months -- and we understand

6   this process has been tedious, and thousands of claims have

7   been processed -- for the settlement administrator to qualify

8   their claim and offer them a $10,000 award.  The very same day

9   as they received that award, it was communicated to them by my

10   office, and they rejected the offer from the settlement

11   administrator and submitted our request for review by the

12   special master.

13            December 3, 2015, the special master submitted

14   its review and reduced the award to zero from $10,000.  Two

15   weeks later we submitted our request for reconsideration.

16   Again, we submitted all of the documentation that had been

17   given to the settlement administrator in December of 2015.  In

18   March of 2016, we received the special master's revised award

19   of $41,338, and two weeks later we filed our objection.

20            We are not seeking one penny of compensation

21   from the delay from March 15, 2013, when they stood before

22   Your Honor and pled their case and Your Honor gave them

23   assurances that if they went this way, that at the end they

24   would be fairly compensated.

25            Since then these losses have accumulated, they

11:28

1    have been out-of-pocket, and the interest between 2013 and 2016

2    and the effort expended in order to get here today will go

3    uncompensated.

4              Your Honor asked them to trust you, so did

5    Judge Farina, and to have confidence in this process.  They

6    remain confident that after this appeal that you will give

7    deliberate consideration to the evidence they have submitted

8    and reconsider this award.

9              Mr. Gomez is on the line.  I don't know if he

10   has anything he wants to add or if the Court wishes to hear

11   from him.

12             THE COURT:  Thank you, Victor.  I appreciate it.

13             Jake, do you want to comment on anything?

14             MR. WOODY:  Yes, sir.  As you can appreciate, this is

15   a fairly complex claim with many payments and mortgage

16   modifications.  We have, as you saw from the timeline, made an

17   offer.  However, I will work with Mr. Balhoff to look at the

18   documents submitted and make a recommendation to Your Honor.

19             THE COURT:  Get with him, Victor and Dan, and see

20   whether we can move in the direction you want.

21             MR. DIAZ:  Thank you, Your Honor.

22             THE COURT:  Thank you very much.

23             Anything from DeMots and Doering?

24             That's it unless I hear from anybody.  Anything?

25             MR. FREDERICKS:  Your Honor, this is Gary Fredericks

11:30

1    I know we talked about the bodily injuries, but I didn't hear
2    the name called Emmanuel Bentley.
3            THE COURT:  Okay, Mr. Fredericks.  Thank you.
4                    Anybody else?  Folks, thank you very much.
5    Court will stand in recess.
6            MR. BELITTI:  Your Honor?
7            THE COURT:  Yes, sir.  I'm sorry.  Who is this?
8            MR. BELITTI:  My name is Domenico Belitti.  Can I
9    speak now?
10           THE COURT:  Yes.  Go ahead, Mr. Belitti.
11           MR. BELLITTI:  The reason why I'm appealing -- I'm a
12   little bit nervous.  This is the first time I have done this.
13   The resolution offer is not sufficient to fully compensate me.
14   I purchased the property back in May 2007 for $265,000.  The
15   total of payments that I made were over $59,000.  A total loss
16   for all the years was over $139,000.
17                   If you could see all the exhibits that I have,
18   all the paperwork that I have there -- because I had to do a
19   short sale.  As you can see, the payment history that I have
20   there proves my good intentions on keeping the property.
21   Obviously, I had to do a short sale due to having Chinese
22   drywall.
23                   I even tried at the end, because I couldn't take
24   it no more, that the realtor recommended me to rent the
25   property.  They stayed there for a few months, and then they

11:32   1    took off on me also.  Because of that, obviously you can see

2    that, you know, I lost a lot of money, not just equity.

3              The special master award, they awarded me one

4    price, and then the pro rata reduction was $41,000.  If you see

5    my paperwork, I lost almost close to $140,000.  I thought maybe

6    in consideration -- I'm appealing so hopefully I can get more.

7              **THE COURT:**  Mr. Belitti, I will ask Jake to respond

8    to that.

9              **MR. WOODY:**  Your Honor, I don't believe that this

10   appeal was on the original list, at least my list.

11             **THE COURT:**  It was on the foreclosure/short sale.

12             Mr. Belitti, we will take a look at your case,

13   and I will get another recommendation from the special master,

14   and I'll rule on it.  Thank you very much.

15             **MR. BELLITTI:**  Thank you, Your Honor.  What's the

16   time frame?

17             **THE COURT:**  Do that in two weeks.  Thank you very

18   much.

19             **THE DEPUTY CLERK:**   Court will stand in recess.

20             (Proceedings adjourned.)

21                              * * *

22

23

24

25

1                          **<u>CERTIFICATE</u>**

2              I, Toni Doyle Tusa, CCR, FCRR, Official Court

3      Reporter for the United States District Court, Eastern District

4      of Louisiana, certify that the foregoing is a true and correct

5      transcript, to the best of my ability and understanding, from

6      the record of proceedings in the above-entitled matter.

7

8

9                                    *s/ Toni Doyle Tusa*
                                     Toni Doyle Tusa, CCR, FCRR
10                                   Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. BELITTI: [2] 82/5 82/7
MR. BELLITTI: [2] 82/10 83/14
MR. CHRISTINA: [4] 46/12 47/11 67/14 67/17
MR. DAVIS: [2] 13/1 17/17
MR. DIAZ: [4] 74/19 74/23 75/1 81/20
MR. DURKEE: [8] 15/9 15/13 17/3 17/19 52/23 53/2 53/9 54/25
MR. FREDERICKS: [8] 34/5 34/8 34/10 37/2 37/12 37/18 37/20 81/24
MR. LAMBERT: [9] 17/25 20/17 20/20 21/1 26/8 26/11 30/12 31/24 52/5
MR. MARINO: [1] 62/18
MR. MONTOYA: [7] 55/24 58/8 58/11 65/2 65/4 66/12 67/10
MR. REICHERT: [3] 68/25 69/5 71/4
MR. RYAN: [6] 37/24 38/2 38/8 41/11 41/14 43/11
MR. WOODY: [18] 8/17 11/10 11/15 12/20 51/2 58/22 59/1 63/9 63/19 66/8 67/9 68/16 68/23 70/13 71/7 73/25 81/13 83/8
MS. BRASWELL: [4] 55/3 55/7 55/20 55/22
MS. CUCCI: [4] 32/2 32/5 32/8 34/1
MS. HAMILTON: [1] 59/3
MS. OWEN: [3] 47/14 47/16 48/19
MS. WERKEMA: [5] 71/10 71/13 72/25 73/2 74/15
THE COURT: [91]
THE DEPUTY CLERK: [1] 83/7
THE SPECIAL MASTER: [3] 26/12 29/15 64/5
UNIDENFIED SPEAKER: [1] 72/24

## $

$1,000 [4] 20/10 28/12 29/9 39/9
$1,300 [1] 61/13
$1,500 [2] 33/19 68/3
$1,800 [1] 69/24
$1,889,000 [2] 76/1 76/7
$10,000 [2] 80/8 80/14
$100,000 [4] 44/24 65/16 66/18 66/19
$11,000 [1] 67/3
$11,931 [3] 66/20 66/23 67/4
$110,000 [5] 76/2 76/6 77/13 78/19 78/24
$123,783 [2] 66/24 67/6
$136,000 [1] 72/5
$139,000 [1] 82/16
$14,200 [1] 60/23
$14,400 [4] 68/18 72/11 72/23 73/22
$140,000 [1] 83/5
$143,000 [2] 54/11 54/19
$161,786 [1] 66/7
$185,000 [1] 60/13
$19,500 [1] 68/3
$2 [4] 75/15 75/17 75/18 76/6
$2 million [4] 75/15 75/17 75/18 76/6
$2,000 [1] 33/17
$2,500 [1] 55/12
$2,517 [1] 68/13
$220,785.39 [3] 77/11 77/11 78/2
$265,000 [1] 82/14
$28,000 [1] 44/8
$290,000 [1] 66/16
$3,900 [1] 61/14
$30,000 [1] 65/10

$330,684.86 [4] 76/5 76/5 78/18 78/23
$4,476,758 [1] 67/6
$40,000 [1] 67/5
$40,137 [2] 66/16 66/22
$40,272 [1] 68/14
$41,000 [2] 79/1 83/4
$41,338 [1] 80/19
$41,338.98 [2] 75/8 76/10
$46,651.23 [1] 78/16
$49,195 [2] 57/8 57/24
$54,811.73 [1] 78/15
$56,666.02 [2] 57/22 58/2
$59,000 [1] 82/15
$59,772 [1] 68/15
$61,000 [1] 65/19
$7,500 [1] 55/18
$700,000 [1] 75/8
$71,715 [3] 66/20 66/24 67/4
$75,000 [1] 65/9
$8.50 [1] 60/21
$80,000 [2] 54/8 54/18
$80,057.36 [1] 69/9
$80,526.49 [1] 54/9
$86,000 [2] 72/7 73/10

## -

-6 [1] 57/20
-68 [1] 78/9
-78 [1] 78/9
-818 [1] 78/10
-826 [1] 78/10

## 0

09-MD-2047 [1] 1/3

## 1

1 percent [1] 14/5
1,670 [1] 60/22
1.0 [1] 24/3
10 [1] 50/24
100 [5] 6/22 6/24 34/20 48/17 56/10
1100 [3] 74/18 74/21 77/22
1100 Valencia [1] 75/6
117542 [1] 73/13
13 [2] 80/2 80/3
14 [1] 80/5
15 [5] 10/12 56/3 58/14 79/11 80/21
16 [1] 68/13
1720195 [1] 77/21
172095 [1] 77/22
172107 [1] 77/19
172129 [1] 77/20
172688 [1] 77/16
172722 [1] 77/22
172725 [1] 78/16
172762 [1] 78/9
172800 [1] 78/10
184 [1] 75/3
19 [5] 56/12 57/7 57/21 57/22 58/3

## 2

20 years [1] 59/14
200 [3] 6/24 34/20 75/2
2005 [1] 3/14
2006 [2] 48/4 75/14
2007 [5] 71/17 75/23 77/17 78/17 82/14
2008 [3] 3/15 67/21 68/2
2009 [11] 40/18 43/4 43/14 43/16 48/2 48/4 48/15 48/21 68/2 68/10 75/3

2011 [6] 59/21 68/10 75/23 76/1 77/10 77/16
2012 [3] 69/13 69/22 79/4
2013 [5] 79/11 80/2 80/3 80/21 81/1
2015 [2] 80/13 80/17
2016 [4] 1/5 3/2 80/18 81/1
20223-5 [1] 57/19
20229-6 [1] 67/1
20232-2 [1] 65/17
20232-5 [1] 65/15
20233-3 [1] 57/4
20233-4 [1] 57/18
2047 [1] 1/3
24 [1] 59/21
26 [1] 32/18
275 [1] 2/7
29 [6] 9/11 9/13 9/14 9/19 68/19 72/12

## 3

30 [1] 5/12
302 [1] 10/4
341602 [1] 78/7
341603 [1] 78/6
341605 [1] 78/4
341606 [1] 78/3
351604 [1] 78/5
366 [2] 9/24 10/3

## 4

4.3.1.1 [1] 60/20
4.3.5.1 [1] 60/18
4.6.8 [1] 10/5
4.7.1.2 [1] 61/8
4.7.1.3 [1] 61/15
4.7.10.2 [1] 76/24
4.7.3 [1] 76/15
4.7.3.1 [2] 51/4 51/13
40 [1] 69/12
41 [1] 48/20
4727 Press [1] 69/12

## 5

50 [1] 6/22
500 [1] 2/7
504 [1] 2/8
562 [1] 57/20
589-7778 [1] 2/8

## 6

6-and-1/2-bath [1] 75/16
6-bedroom [1] 75/16
64 [5] 10/3 10/23 11/5 31/19 31/22
66 [1] 43/13
68 [1] 78/9

## 7

7,987 [3] 8/23 9/3 14/23
70130 [1] 2/7
702 [1] 21/4
727 [3] 9/17 9/24 11/1
7778 [1] 2/8
78 [1] 78/9

## 8

818 [1] 78/10
826 [1] 78/10

## 9

91 [1] 56/11

able [15]  16/12 16/13 24/6 36/24 47/2
52/18 59/17 63/5 63/16 68/11 71/21
72/2 72/25 75/25 78/15
about [31]  3/7 5/12 11/9 13/19 13/24
25/5 25/6 26/14 27/24 28/21 28/21
36/16 36/19 36/21 39/3 39/12 43/3
45/16 48/12 49/21 50/6 54/18 56/16
59/1 65/1 70/12 70/14 70/25 74/3
74/12 82/1
above [1]  84/6
above-entitled [1]  84/6
abscesses [1]  24/23
absolute [1]  40/17
absolutely [4]  43/5 44/15 48/24 54/12
academic [1]  45/4
accept [1]  9/22
acceptable [1]  40/1
accepted [3]  10/4 28/12 79/9
accomplished [2]  18/22 18/23
accordance [2]  7/20 11/14
according [2]  7/12 68/17
accounting [1]  76/21
accumulated [1]  80/25
accurately [1]  56/16
acid [1]  48/11
across [7]  20/10 40/25 41/17 42/5 43/7
44/11 45/6
action [2]  6/18 36/10
actual [2]  16/5 78/23
actually [5]  28/6 38/11 40/10 48/23
77/18
add [3]  13/3 15/1 81/10
addition [9]  5/6 11/12 11/23 12/10
12/17 12/18 13/23 67/4 78/11
additional [16]  35/13 36/7 39/25 40/21
42/24 50/14 55/2 59/15 63/21 65/10
65/19 66/20 68/20 69/19 70/3 73/17
Additionally [3]  33/2 35/19 61/14
address [2]  17/1 26/19
addressed [2]  18/21 63/12
Adele [1]  1/17 47/17
adept [1]  30/18
adjourned [1]  83/20
administer [1]  27/6
administration [1]  79/13
administrator [7]  8/17 8/19 28/8 72/14
80/7 80/11 80/17
administrator's [2]  32/16 76/8
adopted [1]  28/7
advise [1]  47/1
affected [15]  8/25 10/11 10/15 11/20
19/24 23/23 38/13 47/2 70/17 71/18
72/7 73/18 74/9 74/10 77/3
affidavit [3]  16/16 42/3 42/10
afford [2]  60/13 60/15
after [23]  7/4 10/13 13/6 13/7 16/14
16/19 23/21 23/23 23/25 35/20 53/17
59/8 59/11 59/13 61/22 62/3 65/24
68/4 68/5 74/14 77/10 80/1 81/6
afterwards [1]  64/15
again [23]  12/5 17/14 22/10 23/8 23/22
23/23 24/5 26/23 28/11 29/3 30/14
35/3 36/21 37/1 43/12 43/23 44/22
52/7 65/5 65/24 67/6 74/22 80/16
against [3]  11/25 13/14 58/3
agenda [2]  38/3 41/13
ages [1]  30/9
ago [2]  58/10 66/10

agree [4]  32/12 55/14 57/10 72/18
agreed [2]  6/17 7/2
agreement [29]  9/7 10/6 11/18 28/7
28/8 29/7 29/14 30/15 32/15 32/22
49/20 51/4 51/7 52/12 52/21 56/17
56/18 60/1 60/18 61/9 61/15 61/16
61/19 62/15 63/2 76/13 76/15 78/13
79/15
agreements [2]  12/5 19/3
ahead [6]  38/8 53/1 53/7 55/7 73/2
82/10
aided [1]  2/11
ailments [2]  43/19 43/22
air [4]  48/22 48/23 49/7 60/22
alarms [1]  5/5
albeit [1]  43/19
ALE [1]  68/15
all [65]  1/5 3/8 3/14 4/20 4/24 6/14 6/15
9/6 9/17 11/5 11/7 17/20 18/2 19/11
20/4 20/24 21/5 22/8 24/17 26/3 26/17
26/18 30/15 30/16 32/14 32/15 32/21
33/8 36/5 37/12 38/5 39/4 39/7 39/16
39/18 40/6 41/9 41/22 43/11 45/9
45/12 48/5 50/7 50/11 50/12 52/10
52/19 55/10 57/18 58/19 59/15 60/3
64/22 65/22 66/19 70/4 71/3 72/21
73/13 74/22 77/15 80/16 82/16 82/17
82/18
alleged [2]  3/9 3/10
allergies [1]  44/21
allergist [1]  44/4
allocation [2]  50/14 50/15
allow [3]  35/1 51/6 72/20
allowed [4]  25/19 62/14 72/12 73/9
allowing [3]  45/8 55/1 74/17
allows [2]  16/19 51/4
almost [5]  34/14 35/3 43/4 60/13 83/5
alone [1]  33/17
along [5]  13/15 18/3 31/4 44/19 53/10
alphabetical [1]  12/23
already [10]  13/4 39/6 41/2 47/6 51/9
51/16 59/13 61/2 65/1 71/23
also [29]  3/9 4/2 4/17 7/9 7/19 8/2 9/14
11/1 12/12 14/19 23/25 29/24 31/14
36/22 37/4 37/14 40/1 53/4 53/6 57/9
61/7 63/2 66/4 69/9 70/1 70/3 73/8
78/8 83/1
alternative [8]  9/1 13/25 67/13 71/16
72/21 73/7 73/11 73/17
although [4]  13/13 16/4 76/22 78/11
am [4]  18/2 32/10 76/11 78/19
amongst [1]  37/22
amount [11]  4/13 4/16 11/3 23/11
33/19 54/15 55/12 57/24 58/6 68/19
70/11
analysis [4]  19/16 19/17 41/17 48/7
Ancira [4]  67/14 67/16 67/19 67/20
and/or [1]  25/20
Andrea [1]  1/7
another [8]  6/24 11/24 21/20 51/17
62/1 69/18 69/22 83/13
answer [1]  67/7
any [30]  5/10 6/24 8/12 10/19 10/21
10/25 17/10 19/16 24/25 36/14 39/1
39/13 40/12 40/20 40/22 48/12 52/4
54/15 56/4 64/5 64/15 64/16 65/2
66/18 70/12 76/18 76/20 76/21 76/21
77/2
anybody [14]  12/25 15/4 15/6 15/8 32/2
34/3 45/15 51/25 52/3 56/22 68/25

anyhow [1]  3/13
anyone [1]  40/8
anything [13]  17/22 26/1 41/10 45/16
47/13 64/23 65/1 73/25 76/14 81/10
81/13 81/23 81/24
anyway [1]  55/17
apologize [1]  57/4
appeal [8]  8/14 10/5 39/8 62/23 74/21
78/21 81/6 83/10
appealed [6]  10/3 10/10 10/24 12/11
12/12 14/7
appealing [6]  32/10 54/8 75/7 76/3
82/11 83/6
appeals [9]  8/5 10/17 10/22 10/25
14/15 14/16 14/17 45/10 62/21
appear [1]  34/13
Appearances [2]  1/10 2/1
appearing [2]  32/9 71/12
appears [2]  63/24 70/15
appliances [1]  11/20
applicable [1]  10/15
applies [1]  38/5
appreciate [12]  20/24 20/25 26/6 33/23
37/2 37/23 39/2 50/19 54/25 71/5
81/12 81/14
appreciates [1]  47/11
appropriate [3]  43/6 60/10 65/11
approximately [2]  60/23 75/8
April [2]  56/3 58/14 68/10
April 15 [2]  56/3 58/14
arc [1]  43/6
are [134]
area [8]  3/17 5/12 36/23 36/24 36/24
51/17 56/15 57/15
argument [2]  8/10 10/19
arguments [2]  39/4 42/7
Arias [2]  53/4 54/6
arises [1]  3/8
arising [1]  77/2
around [4]  18/23 19/5 52/17 54/8
articulately [1]  37/22
as [131]
asbestos [5]  7/15 7/16 29/21 29/22
43/20
asbestosis [5]  7/15 29/19 29/20
ask [9]  17/22 33/14 36/5 47/5 50/16
71/24 73/8 73/22 83/17
asked [4]  35/12 48/15 55/12 81/4
asking [5]  53/25 61/17 68/7 68/14 70/9
aspect [3]  8/8 12/19 16/23
aspects [1]  76/3
asserted [1]  65/10
assessed [1]  64/1
assessments [1]  34/21
assign [1]  63/5
assist [1]  46/10
associated [3]  19/6 37/6 74/2
association [1]  56/11
assume [1]  42/6
assurances [2]  79/20 80/23
assured [1]  79/23
asthma [3]  33/10 36/2 71/19
at [74]  7/25 8/16 8/22 9/10 10/19 12/5
14/2 15/14 15/16 17/13 18/20 19/15
19/21 20/2 20/8 20/11 21/3 21/20 22/3
27/3 28/18 30/9 30/16 36/21 37/1
38/24 38/25 39/15 39/19 40/25 41/4
42/5 43/16 45/7 48/18 50/2 52/14
52/25 54/7 54/23 55/6 57/3 57/17 58/1
58/22 58/23 61/1 61/2 61/11 61/13

**A**

at... [24]  62/9 65/14 65/16 66/10 66/19
66/25 67/2 67/9 67/22 67/23 68/2
68/12 72/23 73/8 74/6 74/12 77/16
78/15 79/4 80/23 81/17 82/23 83/10
83/12
attack [3]  30/1 30/3 42/4
attempt [3]  10/16 13/17 44/11
attempted [1]  70/22
attend [2]  45/8 55/2
attending [1]  75/13
attention [1]  20/9
attesting [1]  32/20
attorney [2]  12/25 63/22
attorney's [1]  59/20
attorneys [1]  59/20
attorneys' [1]  14/19 14/20
August [1]  59/21
auspices [1]  75/4
authority [1]  72/15
authorized [1]  9/13
autonomic [1]  33/3
available [2]  19/5 60/25
award [29]  20/4 20/10 29/8 29/11
33/14 33/14 43/5 47/6 50/17 54/7
55/14 66/7 68/15 70/10 70/11 72/11
72/12 72/21 73/22 73/23 75/7 76/11
79/1 80/8 80/9 80/14 81/18 81/8 83/3
awarded [10]  15/18 54/18 55/11 55/11
55/13 55/18 58/3 72/11 76/10 83/3
awards [2]  8/9 50/25
aware [2]  13/5 18/2
away [2]  18/24 61/25

**B**

B-E-N-F-I-E-L-D [1]  23/18
B-O-H-I [1]  24/20
back [9]  21/25 39/10 43/16 45/3 48/21
60/16 68/5 74/5 82/14
background [4]  3/6 8/17 8/20 26/5
backup [1]  65/22
bad [2]  24/7 44/10
balance [1]  66/14
Balhoff [2]  2/4 9/19 9/25 18/3 20/5
22/10 24/17 26/1 26/16 56/2 63/24
81/17
Balhoff's [2]  22/17 30/16
Bank [1]  67/2
Banner [4]  12/1 12/9 12/13 13/9
Baron [1]  71/12
Barreto [2]  75/10 77/20
Barrett [1]  59/5
base [5]  41/1 41/18 42/5 45/23 45/24
based [24]  3/24 4/5 6/14 9/21 10/1
10/17 11/15 12/3 15/21 15/22 23/24
33/15 33/15 42/23 44/15 45/15 45/16
46/19 47/4 55/14 56/6 70/14 79/15
79/17
baseline [2]  48/7 48/14
basic [2]  4/11 31/13
basically [6]  5/19 15/20 21/17 49/9
52/16 57/6
basis [8]  16/20 17/10 17/13 17/15 43/4
43/9 56/25 57/8
bath [1]  75/16
Baton [1]  50/6
Baton Rouge [1]  50/6
battery [1]  44/4
be [93]
bear [1]  41/20

became [1]  80/1
because [52]  3/20 4/23 4/25 5/20 6/5
11/3 14/16 17/15 19/13 19/13 19/13
23/14 25/15 26/20 27/3 29/1 30/25
36/21 38/23 39/8 41/15 42/4 42/5 48/3
48/5 48/17 51/16 51/23 53/21 53/22
53/23 54/10 55/16 59/21 60/5 60/7
60/25 61/1 63/2 67/22 69/14 70/7 70/7
70/22 71/5 73/20 74/5 77/12 79/7
82/18 82/23 83/1
Becnel [3]  46/14 47/8 67/18
become [5]  5/3 27/4 69/9
becomes [1]  27/3
bedroom [1]  75/16
been [70]  3/10 8/13 11/2 11/17 11/22
11/22 12/6 13/4 15/17 15/19 15/20
15/21 17/17 18/5 18/21 19/8 19/21
20/6 21/11 24/6 25/10 26/4 27/20
31/12 32/15 33/20 35/8 36/1 36/24
40/7 40/23 41/2 41/19 42/6 43/14 44/3
44/19 45/2 45/3 45/4 47/8 47/9 48/3
49/15 50/11 52/10 54/17 56/23 57/14
58/19 59/24 60/2 61/4 65/18 67/7
69/11 70/20 70/23 71/15 73/4 75/3
75/9 77/15 78/17 78/17 79/23 80/6
80/7 80/16 81/1
before [20]  1/8 10/18 10/20 13/1 14/22
16/18 21/3 21/17 26/2 40/8 40/9 44/6
45/24 50/10 67/5 70/6 74/24 75/4 76/3
80/21
began [3]  59/11 59/19 72/5
begin [3]  3/6 38/4 44/20
beginning [2]  26/4 30/22
behalf [17]  13/2 15/11 35/12 37/8 46/18
47/17 52/8 52/10 53/8 56/1 59/6 62/19
65/6 69/2 71/12 74/21 75/5
behind [1]  57/19
being [14]  7/1 7/11 20/24 30/25 39/18
47/4 48/1 50/19 52/18 60/13 69/18
69/18 69/23 73/4
beings [2]  19/23 31/15
belief [1]  24/21
believe [33]  14/5 15/15 15/19 16/15
16/25 18/22 19/7 25/22 27/9 27/9
27/22 28/19 38/15 40/20 40/22 42/4
42/23 44/25 50/13 53/5 53/11 54/2
54/3 54/7 54/10 54/14 55/17 66/24
68/19 70/8 75/11 77/14 83/9
believed [1]  56/7
believes [1]  46/21
Belitti [6]  1/24 64/25 82/8 82/10 83/7
83/12
bellwether [4]  5/17 6/7 18/9 19/1
below [1]  10/9
benchmark [2]  63/3 75/24
Benefield [1]  23/17
benefits [1]  12/12
Bentley [3]  37/8 37/15 82/2
Beret [1]  18/15
best [4]  28/20 59/20 59/20 84/5
better [3]  23/16 44/18 49/3
between [11]  3/14 4/15 22/18 23/19
36/14 36/25 38/17 40/18 76/6 77/8
81/1
beyond [2]  27/14 30/2
big [3]  47/20 48/12 49/13
biggest [1]  3/18
bills [3]  33/17 33/20 35/25
binding [1]  10/8
birth [1]  16/1

bit [7]  24/11 38/5 39/22 54/2 61/5
63/15 82/1
blacked [1]  42/6
blinds [1]  65/20
blood [1]  35/22
board [4]  15/25 16/17 20/10 35/10
board-certified [3]  15/25 16/17 35/10
boards [2]  25/16 52/17
boat [1]  46/16
bodily [15]  8/25 12/23 13/25 14/9 19/19
26/18 26/19 26/22 27/7 32/11 32/19
32/24 38/11 43/7 82/1
body [2]  23/13 48/10
Bohi [1]  24/20
boils [1]  56/15
boom [1]  3/9
both [10]  16/18 19/4 21/7 24/2 35/6
41/17 44/23 59/25 60/2 74/13
bound [1]  27/6
Bourgeois [4]  12/24 12/24 15/4 15/6
brain [1]  33/8
Brandy [1]  1/20 59/4
Braswell [2]  1/18 55/4
break [2]  58/6 64/15
breaks [1]  60/16
breathe [1]  49/17
brief [1]  71/14
briefing [1]  10/17 10/19
briefly [2]  32/13 52/6
bring [3]  26/20 26/23 47/1
bronchitis [1]  40/3
brought [1]  69/3
BrownGreer [1]  8/19
Bruno [2]  69/1 69/1
Bud [1]  71/12
builders [1]  3/21 4/20 4/25 5/25
building [3]  3/19 4/7 4/23
buildings [2]  3/11 5/6
burden [1]  27/2 27/4
burdens [1]  39/1
but [68]  3/19 5/1 5/8 6/16 7/17 10/13
11/20 11/24 12/3 17/13 20/10 20/25
21/6 21/9 21/14 22/11 24/8 24/12
25/15 26/11 26/18 27/5 27/18 28/14
29/11 30/15 31/14 31/21 36/22 37/17
38/24 39/2 39/16 41/7 42/2 42/21
43/21 44/14 44/17 45/5 45/15 45/22
46/10 48/18 49/5 52/14 53/5 53/8
53/13 53/20 55/17 56/20 57/5 57/25
58/12 60/5 60/10 61/19 62/15 64/7
64/10 65/11 71/21 72/18 75/12 78/21
79/9 82/1

**C**

C-U-C-C-I [1]  15/7
cabined [1]  8/12
calculate [1]  60/19
calculations [2]  11/7 25/13
call [4]  3/18 6/4 8/16 27/15
called [4]  13/7 37/16 64/24 82/2
came [3]  7/5 14/23 19/7
can [42]  8/20 9/12 11/6 14/24 20/8
22/14 27/15 27/24 28/3 29/4 29/25
30/8 31/7 34/19 35/19 36/9 41/5 42/18
45/1 45/16 46/10 49/17 50/22 50/23
53/8 56/18 57/17 58/6 63/24 64/15
68/23 71/3 74/6 74/12 74/13 78/25
81/14 81/20 82/8 82/19 83/1 83/6
can't [5]  23/10 29/7 49/3 60/15 72/18
canceled [1]  53/23

cancer [5]  34/14 35/16 36/15 36/17 36/25
cannot [6]  11/4 34/13 42/18 55/15 60/13 78/25
cap [1]  72/22
capable [1]  30/18
capacity [1]  21/12
capital [3]  65/10 65/19 65/25
capped [2]  31/19 68/18
caps [1]  74/11
cardboard [1]  4/15
cardiologists [1]  44/7
care [2]  50/5 71/8
careful [1]  20/7
carry [1]  39/1
carrying [12]  51/1 56/15 57/3 57/5 57/6 57/11 57/23 57/25 76/4 77/7 78/18 78/23
case [35]  8/13 8/14 15/22 16/5 20/1 21/19 22/5 28/1 28/6 30/2 30/5 30/24 31/20 39/21 40/8 42/9 44/14 44/23 45/13 47/10 49/5 50/2 50/13 52/16 58/19 60/10 61/5 69/10 70/8 70/23 72/17 76/22 79/4 80/22 83/12
cases [17]  1/5 5/8 5/14 5/15 6/17 21/5 26/18 28/10 28/11 28/13 29/5 35/11 41/16 43/21 49/21 50/21 58/16
cash [3]  53/21 54/11 54/13
categories [1]  77/7
categorized [1]  53/11
category [3]  41/7 51/14 63/17
causation [7]  21/8 22/23 24/5 25/3 37/5 38/16 49/4
cause [7]  22/14 27/21 27/24 28/16 29/25 33/1 49/25
caused [22]  5/9 7/16 22/8 22/22 23/25 24/8 27/12 28/3 28/14 29/6 29/21 30/3 30/10 42/10 42/16 45/18 45/25 46/7 46/22 47/24 77/4 77/5
causes [3]  24/18 27/19 46/6
causing [1]  31/1
CCR [3]  2/6 84/2 84/9
cell [2]  33/11 34/25
centers [1]  52/17
certain [5]  7/8 7/9 54/4 62/14 64/10
certainly [6]  38/8 39/24 47/7 49/21 50/13 50/15
CERTIFICATE [1]  84/1
certification [1]  32/20
certified [3]  15/25 16/17 35/10
certify [1]  84/4
challenge [1]  25/5
challenges [1]  39/5
chance [3]  58/22 58/23 67/9
change [1]  23/16
charges [1]  51/20
charging [1]  61/10
checked [1]  48/22
checks [2]  65/22 66/2
chemical [4]  27/23 31/13 33/3 43/24
chemicals [2]  33/3 33/5
chemistry [5]  21/17 21/21 22/3 25/6 48/12
chest [1]  22/2
child [5]  16/1 37/14 46/25 47/1 67/22
children [5]  19/13 67/25 69/13 71/18 73/19
China [4]  3/22 3/24 4/9 4/9

Chinchuba [2]  68/5 68/9
CHINESE [72]  1/3 3/13 3/25 4/1 4/1 4/2 11/16 11/19 11/24 17/13 18/15 18/18 19/25 23/22 22/20 23/1 23/4 23/19 23/22 23/25 24/13 24/22 27/13 27/18 27/23 28/3 28/14 28/16 29/6 29/11 30/7 31/6 32/20 32/24 33/1 33/5 33/7 33/22 34/17 35/4 35/15 36/4 37/6 38/10 38/17 40/11 41/25 42/11 42/16 43/15 44/1 44/20 46/20 46/22 47/4 51/22 51/23 53/16 53/23 56/12 56/23 59/10 59/16 60/11 67/20 70/21 70/23 73/21 75/3 75/21 79/19 82/21
CHINESE-MANUFACTURED [3]  1/3 3/11 22/14
choice [1]  60/5
Chris [2]  67/15 67/19
Christina [6]  1/16 46/13 47/9 67/15 67/18 68/21
chronic [1]  22/14
circumstance [1]  24/5
circumstances [4]  24/21 36/4 69/10 70/7
cited [1]  15/22
Civil [1]  32/18
claim [52]  9/7 9/14 9/16 14/13 14/14 15/1 15/17 15/20 16/24 18/8 19/19 25/14 25/15 32/11 36/10 38/7 43/16 44/17 51/9 51/10 53/21 56/9 57/15 58/12 58/13 60/24 63/15 63/16 63/21 63/23 65/8 66/7 66/13 66/14 71/16 74/9 74/11 74/13 75/5 75/8 76/4 76/12 76/24 77/16 79/14 79/21 79/22 79/23 79/25 80/3 80/8 81/15
claimant [8]  8/4 39/13 70/15 72/20 73/15 76/9 77/1 77/2
claimants [22]  5/13 9/4 9/15 9/17 9/22 10/3 10/4 10/23 11/1 11/7 12/8 12/11 13/20 14/20 26/22 39/16 42/6 45/6 50/24 52/15 73/16 73/20
claimed [2]  7/11 17/10
claiming [17]  16/3 16/4 16/6 16/6 17/12 76/14 76/16 76/16 76/17 76/18 76/19 76/19 76/20 76/21 76/21 77/5 78/19
claims [58]  8/22 8/23 8/24 8/24 9/2 9/3 9/4 9/13 9/18 11/5 11/5 11/6 11/25 12/10 12/23 12/24 12/25 13/14 13/18 14/9 14/10 17/16 18/21 19/8 20/9 25/15 25/21 28/8 30/19 31/18 38/11 39/17 40/9 40/22 42/20 42/22 43/7 50/9 51/3 51/6 51/13 51/24 54/22 55/2 55/10 55/20 56/4 56/13 57/21 59/24 63/11 63/25 67/14 69/8 70/16 72/16 72/16 80/6
clarify [1]  61/6
clarity [1]  36/9
Clarke [3]  52/1 59/6 59/7 59/18 59/22 59/24 60/1 60/5 60/11 61/1 65/1
Clarke's [1]  63/22
class [8]  10/11 10/12 10/14 10/15 26/25 27/2 27/5 27/6
classic [3]  41/16 43/18 51/19
clean [2]  18/16 27/8
cleaned [1]  6/15
clear [1]  35/14
clearly [3]  23/2 43/8 73/12
client [12]  31/11 41/1 42/5 59/6 59/7 60/10 60/17 61/7 61/18 62/10 71/17 75/5
client's [2]  46/19 76/12

clients [11]  18/2 18/13 38/21 40/1 40/1 40/1 41/1 52/16 55/8 77/16 78/25 79/3 79/5
clinical [2]  24/21 45/2
close [3]  57/20 79/2 83/5
closets [1]  65/21
closing [2]  24/19 37/4
Coast [3]  3/12 4/18 5/11
coils [1]  49/8
collateral [1]  25/15
collect [1]  51/22
comatose [3]  34/22 35/2 35/20
come [7]  8/7 13/21 30/9 38/20 39/10 48/17 67/5
comes [2]  10/5 62/23
comfortable [1]  62/3
coming [1]  57/7
comment [1]  81/13
comments [12]  13/4 13/15 15/1 26/10 26/14 26/21 37/1 39/2 45/11 50/20 52/7 70/13
commercial [2]  62/25 63/1
committee [4]  13/13 18/4 52/11 61/3
committees [1]  19/4
common [1]  29/10
communicated [1]  80/9
companies [1]  66/6
company [2]  3/24 48/21
comparison [1]  60/6
compensate [2]  79/8 82/13
compensated [3]  57/14 68/8 80/24
compensation [4]  41/6 51/1 65/9 80/20
competent [7]  15/15 15/24 16/20 38/16 41/4 43/9 44/23
complained [2]  39/3 40/7
complaints [6]  16/2 16/14 38/18 39/17 44/13 44/14
complete [5]  12/7 12/17 35/15 42/4 52/17
complex [1]  81/15
complicated [1]  31/9
complications [1]  31/5
complied [2]  9/6 32/14
component [2]  13/24 74/8
components [2]  13/18 78/22
compound [1]  47/24
compounds [8]  22/1 22/20 23/7 48/1 48/9 49/10 49/11 49/23
compromise [3]  41/20 42/15 43/24
compromised [1]  38/24
computer [1]  2/11
computer-aided [1]  2/11
concedes [1]  77/12
conclusion [2]  8/22 9/10
concur [1]  26/13
condition [10]  11/21 19/24 24/15 24/18 34/18 34/25 35/5 47/23 47/25 49/15
conditioner [1]  49/7
conditions [6]  20/12 22/15 24/8 40/12 46/23 69/14
condo [1]  55/16
condominium [1]  56/11
condominiums [1]  55/9
conducted [1]  46/21
confected [2]  13/6 19/3
confecting [1]  52/12
confer [1]  10/15
conference [1]  74/15
confidence [3]  28/3 79/17 81/5
confident [1]  81/6

confidential [1] 16/25
confidentiality [1] 17/5
confidentially [1] 17/6
confined [1] 46/10
confirmed [1] 75/22
confuse [2] 21/14 66/1
confusion [3] 61/5 66/6 70/25
connection [3] 22/18 23/19 36/14
consequence [1] 19/22
consider [5] 17/6 17/22 36/5 51/5 55/2
consideration [16] 7/19 12/16 26/17
36/22 37/12 40/21 41/8 42/19 50/14
50/17 51/17 54/1 58/17 77/15 81/7
83/6
considered [7] 15/16 15/21 30/25 53/12
54/18 54/20 56/19
consisted [1] 9/4
consistency [2] 43/2 43/6
Consistent [1] 41/12
consistently [1] 41/24
consists [1] 11/18
consolidated [1] 5/15
construction [1] 75/14
contact [2] 4/23 25/1
contacted [1] 61/3
contain [2] 11/23 11/24
contained [3] 4/13 4/16 11/16
contaminants [2] 48/24 49/6
contemporary [1] 50/10
contingency [1] 53/15
continue [2] 33/16 73/1
continued [4] 18/6 18/11 66/19 66/23
continues [1] 13/13
continuously [1] 40/7
continuum [2] 43/22 44/12
contract [3] 53/13 75/17 78/18
contractors [1] 5/25
contraindications [1] 23/9
contributed [1] 24/22
contributing [1] 37/5
convert [1] 63/16
convey [1] 28/22
COPD [1] 40/5
copper [5] 4/21 4/21 4/21 4/22 31/14
Coral [1] 75/15
corporate [1] 66/5
corporation [1] 4/5
correct [3] 14/5 53/3 84/4
corrected [1] 6/23
cost [3] 57/12 78/18 78/23
costs [10] 51/1 56/15 56/25 57/3 57/5
57/6 57/23 57/25 76/4 77/8
cough [1] 43/23
coughing [2] 40/3 42/15
could [20] 7/3 9/21 9/22 12/10 18/8
18/9 21/14 27/21 28/16 28/20 31/19
33/10 39/13 45/22 58/15 62/6 67/24
67/24 71/25 82/17
couldn't [3] 18/21 52/13 82/23
counsel [7] 10/11 10/14 10/15 13/3
38/11 64/20 71/1
countertops [1] 65/21
country [3] 3/15 3/17 5/11
counts [1] 35/22
couple [2] 13/18 22/25
course [3] 17/16 21/10 72/13
court [56] 1/1 2/6 5/15 5/16 7/6 7/24
8/7 8/10 8/11 9/11 10/4 10/13 10/16
13/4 13/5 14/22 15/16 17/1 18/3 18/22
21/11 24/14 27/16 28/1 28/3 28/25
34/11 34/13 36/5 38/4 38/7 47/10
47/21 49/23 51/5 56/21 58/5 61/11
61/22 62/9 63/15 65/22 66/2 70/6
73/22 75/4 78/23 79/5 79/18 79/18
81/10 82/5 83/19 84/2 84/3 84/10
Court's [4] 10/21 10/24 18/5 58/1
courtroom [2] 3/5 45/13
courts [2] 27/25 28/5
covered [3] 51/16 74/11 78/12
Cox [1] 70/3
create [1] 23/11
created [4] 5/7 7/17 22/7 43/16
credit [2] 60/14 76/20
Creek [2] 68/5 68/9
criteria [1] 79/14
critical [1] 50/5
Cucci [6] 1/13 15/7 15/8 32/6 32/7
33/25
Cullens [4] 12/25 15/5 37/9 37/10
cured [1] 57/16
current [1] 71/24
currently [3] 36/3 48/8 50/16
custom [1] 65/20

D

D-A-B-A-L-S-A [1] 15/9
Dabalsa [2] 15/9 15/11
dad [1] 20/20
Dailyn [1] 34/4
damage [11] 3/9 18/8 18/23 19/8 25/13
31/1 53/13 54/3 73/19 73/23 76/16
damaged [2] 23/10 31/12
damages [12] 8/3 12/2 12/18 18/25
19/5 25/18 51/19 53/20 63/25 64/8
76/16 77/4
Dan [10] 2/4 9/19 9/25 18/3 20/5 24/17
26/1 26/16 64/5 81/19
Daniel [1] 24/19
date [2] 50/11 69/15
Daubert [18] 21/4 21/8 21/10 21/24
25/4 25/23 27/15 28/1 28/15 28/20
28/23 30/20 30/23 31/10 39/11 39/13
42/7 49/19
Daubert-type [1] 28/15
David [8] 1/11 15/10 15/12 37/9 52/24
53/1 53/7 54/24
Davis [4] 2/2 13/2 26/25 64/18
day [5] 14/24 38/22 58/5 66/10 80/8
days [2] 10/12 58/9
deadline [1] 8/23
deal [8] 8/24 12/20 23/13 50/23 53/22
dealing [1] 50/24
dealt [5] 13/12 13/12 13/24 14/19 31/8
debate [1] 41/6
debilitating [1] 33/7
debt [2] 60/6 61/25
decades [1] 79/17
December [4] 68/2 68/10 80/13 80/17
December 3 [1] 80/13
decided [4] 17/17 67/21 68/4 68/6
decision [4] 10/13 10/21 32/10 32/13
decisions [1] 10/9
declined [1] 79/9
defective [5] 5/20 5/21 5/23 6/6 59/10
defendant [2] 6/10 19/5
defendants [5] 5/14 6/3 10/11 10/14
62/20
defense [1] 52/11
deficiencies [1] 56/5
deficiency [1] 56/14
define [1] 36/25
defined [1] 29/19
definitely [1] 30/22
definition [1] 78/25
degree [1] 42/14
dehumidifier [1] 6/11
delay [1] 80/21
deliberate [1] 81/7
delivered [1] 17/23
delivery [1] 17/21
demanded [1] 44/24
demands [1] 3/20
demonstrated [1] 58/4
DeMots [3] 52/1 74/19 81/23
denied [1] 60/3
Dennis [7] 17/25 20/16 22/22 23/6 52/1
52/8 52/16
Dennis' [1] 22/18
denominator [1] 29/10
denying [1] 56/25
deposit [2] 65/16 78/20
describe [1] 5/7
described [2] 31/12 56/16
deserve [1] 29/13
deserves [1] 62/11
design [1] 7/18
designed [3] 8/11 11/15 21/7
Despite [1] 59/20
destroyed [1] 49/9
detail [2] 24/12 25/11
detailed [1] 6/16
determination [2] 15/17 72/19
determinations [2] 10/1 72/15
determine [2] 6/7 11/4
determined [2] 40/23 41/2
devastated [1] 38/10
develop [1] 6/20
developed [6] 6/13 24/24 43/24 44/13
45/4 56/10
developing [1] 40/5
development [1] 56/11
devised [1] 6/16
diagnosed [4] 33/2 34/14 47/25 49/15
diagnosis [5] 44/1 44/21 47/20 48/2
50/9
Diaz [5] 1/23 32/1 34/3 74/20 74/21
did [29] 9/14 13/15 15/24 16/10 16/20
26/8 26/16 27/11 31/5 35/1 37/17 44/6
48/9 48/16 49/4 53/21 54/11 57/6
57/15 58/8 58/21 62/1 62/5 64/13
66/18 70/22 71/24 80/3 81/4
didn't [9] 5/5 17/10 24/8 28/24 31/16
45/24 63/3 70/21 82/1
died [2] 34/15 35/3
differ [1] 9/13
different [13] 9/8 11/25 12/5 16/8 19/12
19/14 29/12 29/13 30/8 30/9 40/22
54/2 63/11
differential [3] 44/1 44/21 76/6
differently [1] 54/21
difficult [2] 20/25 46/2
difficulties [2] 40/4 69/17
difficulty [2] 30/5 45/23
direct [2] 38/16 40/13
direction [3] 28/8 66/11 81/20
directly [4] 17/12 29/22 53/23 77/5
discomfort [1] 36/18
discovered [4] 24/1 48/5 59/16 75/21

discovering [1] 67/20
discovery [2] 5/16 5/16
discretion [1] 51/5
discuss [2] 37/16 41/6
discussing [1] 30/6
discussions [2] 7/2 13/6
disease [4] 29/21 29/21 39/6 48/5
dismiss [1] 79/21
dispute [3] 27/24 54/15 65/17
disputed [1] 62/25
dissatisfied [1] 9/15
distribute [2] 4/6 31/21
distribution [3] 19/16 31/19 54/7
distributors [3] 3/21 6/1
district [6] 1/1 1/2 1/9 17/5 84/3 84/3
divided [1] 57/7
divorced [2] 46/24 73/20
do [53] 5/1 6/7 11/23 11/3 15/12 15/14
16/4 16/24 17/2 25/1 25/13 30/22 32/7
37/15 40/21 41/10 45/23 46/10 47/3
47/7 49/3 49/12 49/13 49/24 51/1
53/14 53/19 54/2 55/17 55/24 58/21
58/24 58/25 60/21 61/21 62/2 62/17
62/21 63/1 63/8 64/5 64/8 64/16 68/16
70/12 71/3 74/16 77/14 78/22 81/13
82/18 82/21 83/17
doctor [19] 18/13 23/8 24/8 24/15
25/17 27/11 27/18 28/13 28/19 28/19
28/20 29/5 31/11 32/23 35/21 42/9
46/18 46/25 49/8
doctor's [1] 27/14
doctors [6] 27/22 28/2 29/5 43/14
44/19 45/21
document [17] 45/17 57/3 57/17 65/15
65/17 67/1 73/13 77/16 77/19 77/20
77/21 77/22 77/22 78/3 78/5 78/6
78/15
documentary [1] 9/6
documentation [15] 32/15 33/15 35/2
35/9 36/6 46/8 54/8 57/15 57/16 57/17
63/21 65/11 66/25 69/7 78/1 80/16
documented [1] 48/25
documenting [1] 32/19
documents [13] 7/22 7/23 8/13 9/8 9/22
33/13 47/5 73/12 74/7 78/2 78/9 78/10
81/18
Doering [2] 74/19 81/23
does [5] 20/7 33/18 33/19 33/21 40/21
doesn't [9] 5/22 6/21 8/11 19/20 36/14
46/4 46/5 54/10 72/20
doing [3] 12/22 17/14 45/5
dollars [3] 36/1 53/14 53/22
Domenico [2] 1/24 82/8
Don [1] 69/1
don't [29] 5/3 17/1 17/2 20/2 24/23 27/9
28/14 30/16 32/12 37/15 38/5 39/1
43/19 48/11 49/12 49/22 50/1 52/25
53/4 54/14 58/25 64/6 64/14 66/2 71/6
73/6 78/12 81/9 83/9
Donald [1] 1/21
done [19] 6/8 6/14 6/24 7/1 7/12 18/3
19/1 19/1 20/6 26/3 45/2 47/11 50/9
52/11 56/14 58/19 66/21 72/17 82/12
Donohoe [8] 18/13 20/2 20/16 20/22
22/6 24/12 24/24 25/14
doorknobs [1] 49/8
Doppler [1] 24/4
dose [1] 39/15

dose-response [1] 39/15
double [3] 70/19 77/6 79/8
doubt [2] 30/2 54/19
dovetail [1] 50/13
down [7] 48/17 54/11 54/11 54/19
56/15 58/6 60/16
downspouts [1] 4/21
Doyle [4] 2/6 84/2 84/9 84/9
Dr [2] 22/18 22/22
Dr. [10] 22/6 22/9 23/6 23/17 24/19
25/14 32/23 33/18 52/8 52/16
Dr. Benefield [1] 23/17
Dr. Daniel [1] 24/19
Dr. Dennis [3] 23/6 52/8 52/16
Dr. Donohoe [2] 22/6 25/14
Dr. Frank [1] 22/9
Dr. Kaye [1] 32/23
Dr. Kilburn [1] 33/18
draft [1] 9/11
dramatically [1] 16/7
drapes [1] 65/20
drastically [2] 23/15 35/23
Drive [1] 69/12
drop [1] 53/18
drug [3] 29/25 30/4 30/4
dry [1] 23/12
drywall [86]
ducts [1] 23/10
due [10] 20/4 22/17 33/4 33/7 34/24
35/21 44/20 53/16 59/18 82/21
Duplessis [9] 67/14 68/25 69/2 69/3
69/3 69/8 69/11 69/19 70/10
during [6] 16/18 19/21 75/20 77/8
78/14 79/12
Durkee [6] 1/11 15/10 38/15 39/23
39/25 52/24
dysfunction [1] 33/4

E

each [7] 9/7 20/13 25/3 25/13 44/15
60/22 64/9
earlier [3] 45/1 69/2 74/3
early [1] 38/21
earn [1] 59/12
earning [1] 74/5
easier [1] 27/3
East [1] 4/18
EASTERN [4] 1/2 3/13 5/11 84/3
echo [1] 52/9
economic [3] 53/19 54/3 77/2
economist [1] 53/20
educator [1] 35/5
effect [4] 46/23 46/24 54/9 67/25
effects [2] 16/6 25/6
effort [2] 59/20 81/2
efforts [1] 59/20
eggs [2] 5/7 71/20
either [5] 12/8 12/12 15/5 64/14 76/11
ELDON [1] 1/8
electricity [1] 70/4
element [5] 4/11 6/2 27/11 27/13 41/5
eligibility [1] 12/4
eligible [12] 9/4 9/12 11/25 12/8 39/8
40/23 41/3 59/22 60/1 61/9 63/4 63/6
eliminate [1] 18/11
Elouise [2] 34/5 34/7
else [5] 17/15 17/22 30/10 46/16 82/4
elsewhere [1] 3/22
Elvin [1] 46/12
emergency [2] 25/17 34/22 52/19

emitted [1] 22/20
Emmanuel [5] 37/8 37/8 37/14 62/2
62/2
emotional [1] 76/18
emphasize [1] 12/16
emphasized [1] 78/22
empty [1] 73/18
enable [1] 14/25
encephalopathy [1] 33/3
encounter [1] 35/16
end [6] 14/2 14/3 18/20 42/1 80/23
82/23
ended [2] 69/18 73/20
ends [1] 50/21
enjoyment [1] 76/17
enlarged [1] 7/3
enough [2] 6/21 16/9
ensure [1] 9/5
entities [3] 4/3 66/3 66/4
entitled [8] 43/5 55/18 60/10 61/12
61/18 65/9 66/7 84/6
entity [3] 4/1 4/2 4/4
entry [5] 57/4 57/18 65/15 65/17 67/1
environment [1] 18/24
environmental [2] 24/21 35/6
environments [2] 18/7 25/8
envy [1] 30/16
EPA [1] 35/11
epidemiology [2] 39/14 45/3
equate [1] 68/14
equated [1] 68/3
equipment [2] 4/7 4/7
equitable [2] 56/24 70/8
equitably [1] 56/19
equities [1] 56/23
equity [9] 61/16 64/9 64/11 66/17 72/9
73/5 73/8 74/4 83/2
Ervin [1] 58/18
especially [2] 49/14 56/21
Esq [15] 1/11 1/12 1/15 1/16 1/17 1/18
1/19 1/20 1/21 1/22 1/23 2/2 2/3 2/4
2/5
essentially [1] 56/15
established [4] 5/19 39/19 44/25 75/24
establishes [1] 48/14
establishing [1] 26/5
evaluate [3] 30/19 31/3 31/18
evaluating [1] 8/3
evaluation [1] 35/18
Evelyn [1] 37/24
even [13] 5/7 24/7 24/7 27/14 27/14
35/1 40/4 41/6 60/15 63/4 70/21 77/12
82/23
event [2] 5/10 6/24
eventual [1] 76/7
eventually [6] 6/12 8/6 38/23 54/6 72/1
76/1
ever [2] 41/17 42/20 48/8 48/17
every [6] 26/25 28/10 28/12 46/25 49/8
60/14
everybody [3] 17/15 19/20 45/15
everybody's [2] 17/17 64/19
everyone [5] 14/25 28/22 46/16 72/7
73/14
everything [5] 20/8 25/12 26/17 61/12
62/2
eviction [1] 72/1
evidence [25] 6/12 6/14 8/4 11/15
14/13 15/15 15/19 15/23 15/24 17/11
28/15 33/1 38/16 41/4 44/16 44/23
46/11 53/12 54/1 54/17 61/12 62/9

**E**

evidence... [3]  76/12 77/15 81/7
evidence-based [2]  6/14 11/15
evidentiary [1]  10/18
exacerbate [1]  40/12
exactly [3]  20/21 64/7 71/21
example [3]  30/24 48/10 51/19
exceeded [3]  33/17 43/8 45/7
excellent [2]  34/16 35/5
excerpts [1]  21/6
exclude [2]  44/21 74/4
excluded [8]  25/4 41/5 51/11 51/15
 51/16 51/23 52/20 56/18
excludes [1]  51/14
exclusion [1]  78/13
exclusions [2]  51/8 76/15
Excuse [1]  13/1
excused [1]  54/23
executed [1]  53/15
execution [1]  50/11
exhibit [3]  24/16 57/19 58/4
exhibit behind [1]  57/19
exhibited [1]  79/19
exhibits [1]  82/17
existent [1]  79/15
expectancy [1]  35/8
expedited [1]  17/15
expeditious [1]  64/17
expeditiously [1]  19/2
expended [1]  81/2
expense [2]  10/20 71/16
expenses [14]  9/1 31/5 33/17 44/9
 44/25 59/15 65/10 67/13 70/3 70/4
 70/20 72/21 73/7 74/2
experienced [4]  23/22 50/1 69/16 73/16
experiencing [2]  69/14 71/19
experiment [1]  45/18
experimented [1]  30/1
expert [3]  32/17 33/18 39/11
experts [4]  21/22 31/13 37/4 50/4
explain [2]  32/13 51/2
explanation [1]  55/14
explicit [1]  76/13
expose [1]  45/3
exposed [9]  5/2 7/23 18/14 22/22 29/11
 40/20 43/5 45/25 48/1
exposure [35]  7/16 7/17 17/12 18/7
 18/11 18/17 19/11 22/3 22/14 22/19
 23/3 23/19 24/22 25/7 27/13 29/21
 30/7 30/7 30/8 31/6 33/4 34/23 35/6
 35/11 35/21 35/25 36/4 36/15 36/25
 40/11 42/11 42/16 43/21 46/20 47/24
expression [1]  17/9
extended [5]  30/8 34/12 34/19 35/17
 36/6
extension [1]  40/5
extensive [2]  36/2 37/10
extensively [2]  35/12 35/14
extent [3]  7/14 29/18 46/11
eye [2]  21/19 24/2
eyeballs [1]  23/7
eyes [5]  23/12 23/13 24/2 40/4 43/23

**F**

faced [1]  36/13
facilities [2]  4/8 4/9
fact [12]  13/19 14/7 24/10 25/15 27/21
 28/16 41/24 42/12 48/25 49/6 54/17
 55/15

facts [2]  33/14 69/10
failed [1]  20/3
fair [4]  4/12 31/22 60/9 73/23
fairly [5]  31/17 48/13 79/8 80/24 81/15
fairness [1]  33/14
fall [1]  77/7
FALLON [1]  1/8
falls [1]  54/2
familiar [2]  19/2 38/22
family [5]  16/10 55/5 55/8 71/17 71/25
fantastic [1]  72/17
far [4]  30/18 31/3 54/18 73/3
Farina [3]  79/10 79/16 81/5
father [2]  16/9 20/19
FCRR [3]  2/6 84/2 84/9
federal [5]  15/22 21/11 27/25 28/5
 32/18
fee [1]  33/18
feel [3]  36/21 38/24 54/20
feels [1]  21/23
fees [5]  14/19 14/20 36/1 55/16 76/21
fell [1]  53/16
felt [3]  12/15 31/16 39/8
Ferguson [5]  65/1 65/3 65/6 65/8 66/2
ferreting [1]  29/18
few [9]  12/7 13/3 13/15 19/17 19/17
 26/23 31/18 38/10 82/25
field [3]  27/20 27/24 37/4
figure [4]  31/23 70/22 71/1 71/21
figures [1]  64/7
figuring [1]  30/18
filed [16]  5/10 38/11 58/9 58/14 58/22
 59/24 60/24 62/22 63/15 63/18 65/11
 65/16 65/23 66/10 67/7 80/19
filing [4]  10/13 65/13 65/19 66/4
filings [2]  56/6 56/8
filled [1]  43/15
final [11]  8/15 10/8 10/22 10/25 11/5
 14/6 14/16 14/23 14/25 15/17 72/11
Finally [2]  57/13 71/10
finance [1]  60/15
financial [1]  42/25
financially [2]  42/2 62/7
find [1]  77/11
finding [1]  65/9
fine [2]  31/24 64/22
finished [1]  59/12
firm [3]  46/14 47/8 67/19
first [15]  4/4 12/23 18/2 18/12 19/8
 20/24 21/25 27/13 38/4 39/19 52/7
 65/8 74/22 78/4 82/12
fishing [3]  46/4 46/5 46/6
fit [1]  78/24
five [6]  12/24 13/10 38/21 58/16 69/15
 69/25
fix [2]  16/9 33/11
Florida [7]  3/16 16/17 55/9 75/13 75/16
 79/11 79/21
flow [1]  51/3
focus [2]  26/20 26/23
folded [1]  28/7
folks [5]  27/17 39/3 39/7 43/4 82/4
follow [6]  17/4 28/6 28/9 34/19 35/19
 64/16
follow-up [1]  64/16
followed [1]  48/8
following [1]  79/3
foot [3]  60/21 60/22 60/23
footage [1]  12/4
forced [1]  73/10

forces [1]  18/15
foreclosed [3]  60/12 60/19 66/23
foreclosure [13]  9/1 13/25 14/10 53/8
 59/21 59/22 60/8 61/2 62/17 63/12
 63/23 64/25 83/11
foreclosure/short [5]  9/1 63/12 63/23
 64/25 83/11
foreclosures [1]  61/16
foregoing [1]  84/4
form [4]  16/19 60/25 60/25 61/4
Fort [1]  38/1
Fort Lauderdale [1]  38/1
forth [8]  9/6 9/14 9/20 25/3 25/18 49/6
 49/7 73/12
fortunately [3]  7/14 24/1 39/1
forward [6]  26/20 26/24 34/9 38/14
 40/14 44/8
foul [1]  24/23
found [2]  33/5 57/17
four [8]  38/21 50/4 55/9 55/10 55/10
 58/15 69/12 76/7
fourth [2]  55/11 78/6
frame [2]  17/18 83/16
framed [1]  29/2
framework [1]  64/2
Frank [1]  22/9
frankly [4]  40/19 40/22 40/23 56/22
Fredericks [10]  1/14 34/5 34/6 34/7
 34/8 36/11 37/8 37/23 81/25 82/3
front [1]  64/7
full [2]  11/19 12/2
fully [1]  82/13
function [2]  41/20 52/18
fund [17]  10/10 11/10 11/12 12/19
 13/20 17/16 31/20 59/25 59/25 61/8
 62/22 62/24 75/20 78/25 79/23 80/1
 80/4
funds [5]  11/4 12/1 12/2 12/18 60/2
further [10]  10/18 10/22 10/25 21/23
 24/25 39/1 40/20 47/1 49/2 50/14
future [1]  33/19

**G**

Gables [1]  75/15
gaining [2]  72/9 73/8
garnished [2]  60/14 62/1
Gary [3]  1/14 34/6 81/25
gas [1]  19/6 31/1
gasses [8]  22/4 22/6 23/4 24/9 25/7
 31/13 35/12 37/1
gassing [2]  48/23 49/9
gate [1]  21/12
gate-keeping [1]  21/12
gave [8]  6/7 28/8 29/9 42/13 43/25
 56/3 74/7 80/22
general [11]  19/15 21/2 21/7 21/19
 24/15 24/20 25/2 28/5 44/3 49/4 68/7
genes [1]  19/14
gentlemen [1]  3/4
German [1]  3/24
German-based [1]  3/24
Germany [1]  4/5
get [24]  13/21 16/10 16/24 19/9 20/10
 21/17 23/16 29/2 43/21 44/17 58/8
 63/1 63/22 64/16 64/19 70/9 72/1 73/6
 74/5 74/14 81/2 81/19 83/6 83/13
gets [3]  17/16 49/17 61/18
getting [4]  18/23 18/24 61/23 73/20
give [11]  8/17 8/20 14/12 27/1 29/7
 36/8 36/9 38/19 45/14 67/9 81/6

# G

given [5]  24/20 42/25 45/1 58/1 80/17
giving [1]  8/3
global [5]  12/1 12/9 12/13 13/10 13/12
globally [1]  13/18
go [23]  5/5 8/5 13/11 14/6 20/2 21/24
23/14 24/12 25/11 34/9 38/8 39/1
39/23 41/15 45/2 53/7 55/7 69/3
72/1 73/2 81/2 82/10
goes [3]  31/3 46/25 53/10
going [23]  14/15 17/14 22/24 24/12
26/22 29/2 38/23 40/9 43/15 46/3 46/4
46/5 47/4 48/17 54/6 58/15 61/25 65/7
68/4 72/9 73/1 74/5 75/11
Gomez [4]  75/11 75/11 77/21 81/9
gone [5]  14/1 29/22 29/23 30/1 61/2
good [10]  3/4 8/18 17/4 32/3 37/25
47/15 47/16 74/20 74/22 82/20
gook [1]  23/12
got [5]  4/11 6/24 19/5 50/12 58/14
government [1]  35/10
grant [2]  47/6 62/10
gravely [1]  38/13
great [4]  26/3 26/8 42/21 46/10
Green [1]  18/15
Grenoune [3]  67/14 71/10 71/12
ground [1]  5/4
group [2]  50/22 59/5
groups [1]  3/23
guidance [1]  56/4
guidelines [1]  72/16
Gulf [2]  3/12 5/11
Gulfport [1]  20/19
gypsum [3]  4/12 4/14 4/15

# H

had [56]  3/16 3/21 3/24 5/17 6/14 9/5
11/22 13/21 14/8 16/11 17/9 23/1
24/14 27/12 28/9 38/12 39/17 40/25
42/2 44/13 44/22 45/21 46/24 48/3
48/4 49/15 49/15 49/15 51/21 53/4
53/13 55/8 55/17 56/12 58/12 58/23
59/13 60/5 61/2 67/3 67/22 69/3 69/13
69/22 70/3 70/22 71/23 72/1 73/16
75/17 77/23 78/17 79/16 80/16 82/18
82/21
half [2]  36/1 69/19
Hamilton [2]  1/20 59/5
hand [1]  53/22
handle [4]  18/4 18/23 19/5 65/8
handled [1]  20/7
handling [1]  19/8
happened [2]  5/5 62/4
happens [1]  70/19
happy [5]  39/24 41/13 58/24 68/20 71/1
hard [4]  4/14 19/4 47/10 77/12
harder [1]  27/5
hardly [1]  49/17
has [78]  6/2 8/21 14/11 14/17 15/17
15/20 15/21 17/17 18/3 18/16 20/6
20/7 22/22 23/8 23/12 23/14 24/3 24/3
24/4 26/3 26/4 27/20 29/22 29/23
31/12 32/15 35/6 35/8 35/24 36/1 36/3
36/16 39/6 39/10 39/13 39/21 41/2
41/18 41/19 42/2 43/3 43/8 43/9 43/14
43/22 44/3 44/8 45/14 45/15 45/16
46/24 47/8 47/9 47/11 47/19 48/8
48/16 49/16 50/1 54/18 56/23 57/14
60/2 60/6 60/22 61/24 62/7 65/18

65/22 66/23 69/3 72/10 73/19 77/20
77/2 79/19 80/8 81/10
hasn't [3]  36/24 45/3 45/4
have [193]
haven't [2]  42/7 50/2
having [12]  21/13 36/20 40/25 41/3
41/4 44/6 48/3 48/5 51/24 59/19 79/23
82/21
haze [2]  23/25 24/3
HB [1]  2/7
HB-275 [1]  2/7
he [103]
headaches [5]  33/7 36/2 40/4 43/23
71/19
healing [2]  23/23 24/24
health [12]  16/7 22/15 22/19 22/23
34/16 34/17 35/5 35/15 47/2 48/16
67/25 73/19
hear [9]  26/11 26/22 39/4 45/9 52/25
64/13 81/10 81/24 82/1
heard [6]  13/16 31/18 43/3 46/16 53/5
63/10
hearing [3]  1/8 33/24 71/15
heart [2]  29/25 30/3
held [1]  45/5
Hello [2]  15/6 32/4
help [1]  46/9
helpful [5]  26/5 37/11 47/8 47/9 58/20
her [37]  15/16 15/17 16/7 16/13 20/22
24/15 24/24 34/17 34/25 35/1 35/8
35/15 35/16 35/16 35/22 40/9 40/10
40/11 40/12 42/3 42/11 42/12 42/14
42/15 42/15 44/4 44/11 44/23 48/16
50/2 53/7 53/8 54/7 54/14 54/18 65/16
66/7
here [33]  3/5 8/8 8/20 9/19 10/23 11/9
12/11 12/20 12/25 13/12 14/2 16/17
18/13 18/14 20/18 20/25 21/15
21/16 32/10 38/14 41/18 50/19 56/12
59/6 60/9 69/2 71/6 74/2 74/24 75/12
76/3 81/2
Here's [1]  65/14
Hers [1]  24/14
hesitate [2]  25/1 39/23
high [1]  66/21
high-tech [1]  66/21
higher [1]  70/11
highly [1]  39/12
him [14]  16/19 16/20 20/5 20/22 22/8
25/16 47/1 62/7 62/10 67/9 69/4 75/13
81/11 81/19
himself [1]  62/2
his [79]  9/20 9/21 18/17 20/19 20/20
22/6 22/6 22/9 22/19 22/20 22/22 23/2
23/3 23/10 23/13 23/13 23/13 23/18
23/21 24/2 24/8 25/14 25/16 25/16
25/17 26/4 26/6 31/11 31/17 37/11
46/8 46/18 46/18 46/19 46/19 46/20
46/21 46/23 46/25 46/25 47/2 47/3
47/11 52/17 52/17 52/18 53/13 53/20
55/14 59/7 59/9 59/16 59/20 59/20
60/7 60/13 60/14 60/16 60/22 61/2
61/5 61/13 61/22 61/24 62/1 62/3 62/8
66/17 66/19 66/21 66/22 66/24 67/21
67/22 67/23 67/24 71/17 71/18 76/25
history [9]  18/16 34/15 35/15 41/22
41/23 43/2 43/24 46/20 82/19
Holder [2]  37/9 37/9
Holleman [5]  20/17 20/18 22/24 23/10
23/20

Helleman's [1]  23/3
Holly [5]  1/22 71/11 74/3 74/12 74/14
home [55]  11/21 12/4 12/17 16/7 16/8
16/9 16/10 16/12 16/13 16/14 16/18
16/19 16/19 16/22 22/20 23/21 24/13
34/17 40/10 47/5 48/15 48/22 53/13
54/14 54/20 59/8 60/8 60/12 60/16
60/22 61/2 61/13 61/20 61/22 64/1
66/16 67/22 68/12 68/12 69/3 70/24
71/20 72/9 73/8 73/10 75/15 75/16
75/18 75/25 75/25 76/4 77/8 77/9
78/17 78/23
homeowner [1]  64/9 64/11 75/21
homeowners [1]  38/9
homes [16]  3/11 6/18 6/22 6/24 11/13
11/14 11/16 11/23 18/10 26/6 38/20
38/23 52/2 56/1 56/9 66/10
honest [1]  39/12
honestly [1]  27/23
Honor [100]
Honor's [2]  26/14 79/9
HONORABLE [2]  1/8 70/6
hopefully [1]  83/6
hospital [1]  34/21
hospitalization [1]  22/7
hospitalizations [1]  35/25
hospitalized [3]  16/1 35/17 35/21
house [29]  6/15 19/21 22/25 23/15 33/6
47/1 48/4 48/6 49/7 49/8 49/16 59/21
59/22 62/5 62/5 64/9 64/11 66/17
66/23 67/21 68/1 68/5 68/7 68/9 69/20
69/22 69/25 70/2 78/14
household [1]  35/22
housing [3]  3/16 73/12 73/17
Houston [1]  59/13
how [7]  6/7 8/20 17/1 30/18 31/3 48/19
67/5
Howard [6]  37/24 39/21 40/8 41/9
43/13 44/15
Howard's [1]  38/6
however [3]  8/11 16/24 81/17
huge [1]  49/22
Hugh [3]  1/12 17/25 52/8
human [1]  19/23 31/14 48/10
humidity [1]  4/17
hundreds [1]  38/9
hurdle [2]  39/19 50/2
Hurricane [1]  59/8
hurt [1]  67/24
husband [1]  20/23
HVAC [6]  57/13 57/18 57/20 57/24
58/2 58/12
hydrogen [1]  48/11

# I

I'll [2]  71/14 83/14
I'm [40]  8/12 8/19 17/14 24/11 25/11
25/12 26/16 28/22 31/6 31/22 32/9
33/25 36/13 36/17 36/20 37/14 39/22
41/13 46/3 46/4 46/5 46/9 46/10 50/7
59/5 59/5 65/7 68/20 71/1 71/12 72/18
73/1 74/25 74/25 75/1 78/21 82/7
82/11 82/11 83/6
ID [5]  73/13 77/16 78/3 78/6 78/15
idea [2]  6/8 31/17
identification [1]  77/9
if [51]  5/22 10/14 14/5 20/15 21/23
24/25 27/8 27/14 27/18 31/8 31/10
32/13 36/7 37/3 37/15 38/4 38/7 39/12
39/25 42/18 42/18 45/6 46/8 49/11

I

if... [27]  49/23 50/22 52/25 53/4 55/5
56/4 58/5 60/16 60/21 63/4 63/15
63/20 64/14 64/14 68/22 70/21 71/3
72/22 72/23 73/5 74/13 74/25 80/23
81/9 81/10 82/17 83/4
illness [5]  25/16 33/16 34/13 34/25
37/5
impact [2]  42/2 42/25
impacts [1]  40/6
important [4]  20/1 21/4 42/4 56/20
importantly [2]  41/22 44/16
impossible [1]  19/9
improved [3]  24/2 24/3 34/18
improvement [1]  65/10
improvements [2]  65/20 65/25
in [360]
inability [5]  52/17 60/7 60/7 77/3 77/5
inclement [1]  75/12
include [3]  33/18 33/19 33/21
included [3]  7/10 57/10 57/25
includes [1]  77/10
including [2]  28/11 51/8
income [6]  59/12 59/15 59/18 62/6 74/9
74/10
inconsistent [1]  41/16
increase [1]  50/17
increased [1]  35/23
incur [1]  31/5
incurred [2]  51/20 73/14
independent [1]  4/3
indicated [5]  17/8 18/17 38/12 38/12
41/23
indicating [1]  44/19
indications [1]  29/24
individual [5]  8/4 17/11 18/16 18/20
20/9
individuals [11]  7/25 8/7 14/8 14/14
19/10 19/11 19/12 25/8 25/13 30/19
46/9
individuals' [1]  25/21
indoor [1]  48/22
ineffective [2]  5/3 6/13
InEx [4]  12/1 12/9 12/13 13/10
inexplicable [1]  22/19
information [5]  35/13 36/9 58/14 64/16
65/12
informed [1]  61/4
ingestion [1]  30/3
inhumane [1]  45/2
initial [2]  48/2 58/13
initially [4]  6/10 13/6 29/9 55/11
injuries [13]  3/9 5/9 7/11 7/12 7/19 7/20
8/3 17/10 17/12 29/18 32/25 79/8 82/1
injury [26]  7/15 7/16 8/25 12/23 13/25
14/9 15/17 16/3 18/21 19/19 25/9
25/15 26/18 26/20 26/22 27/7 27/12
29/19 32/11 32/19 38/11 43/7 50/21
76/18 76/19 76/20
injustice [1]  21/14
inquiry [1]  21/23
inspected [1]  63/3
inspection [3]  53/14 53/16 75/20
installed [1]  65/21
installers [1]  6/1
instance [1]  72/18
instances [3]  19/18 25/22 30/17
instead [2]  12/3 69/18
instrumental [1]  26/7

insurance [1]  78/13
integral [1]  13/9
intentions [1]  82/20
interest [17]  45/5 51/1 51/20 72/8 73/3
73/9 73/11 74/6 76/9 77/1 77/11 77/13
77/17 77/25 78/9 78/21 81/1
interesting [1]  56/16
interfered [1]  25/16
interfering [1]  21/12
interpreted [1]  31/10
interrelated [1]  13/10
into [43]  4/10 7/2 7/4 7/19 10/6 12/16
13/11 14/23 16/12 16/24 21/24 24/12
25/11 28/7 29/23 29/23 30/1 30/15
35/2 36/22 37/12 38/23 39/23 43/16
48/4 48/10 48/11 50/17 51/17 59/21
59/22 61/2 61/20 68/5 69/22 70/18
70/24 71/25 72/4 72/22 74/3 77/7
77/15
intolerance [1]  33/3
introduce [2]  18/12 20/14
introduction [1]  38/5
investment [1]  76/22
Investments [1]  52/3
invitation [2]  79/9 79/10
involved [4]  5/12 22/3 25/6 52/15
involves [1]  27/1
involving [1]  20/11
irritant [1]  31/15
irritated [2]  30/11 40/4
irritation [5]  22/7 23/22 24/2 29/10
43/23
is [243]
isn't [1]  29/3
issue [18]  9/11 10/16 11/7 12/6 21/3
21/14 21/24 22/24 29/2 30/2 63/8
63/14 65/8 66/1 66/14 66/25 70/20
73/23
issued [2]  10/1 40/19
issues [14]  5/18 7/17 14/22 14/23 18/8
18/24 20/11 21/20 22/23 31/9 56/5
71/19 74/1 74/13
it [158]
it's [53]  4/12 6/3 6/21 13/9 18/5 20/1
20/25 21/4 22/1 28/21 29/4 29/10
29/19 29/22 35/7 36/15 36/17 37/18
39/12 40/11 42/3 42/5 43/21 46/3
49/22 51/15 51/16 51/16 51/18 52/14
52/19 54/3 54/4 54/9 54/12 54/13 55/5
56/19 58/19 60/21 62/25 63/6 64/3
64/3 64/18 66/22 70/5 71/15 72/13
73/13 74/22 75/16 78/12
items [2]  13/24 51/14
its [4]  4/1 10/19 14/11 80/14
itself [1]  47/24

J

J.E [1]  12/25
Jackie [1]  15/7
Jacqueline [1]  1/13 32/6
Jacques [1]  47/18
Jaesiel [1]  32/1
Jake [12]  2/5 8/19 51/2 56/17 58/21
63/8 68/16 70/12 73/25 74/14 81/13
83/7
Jena [1]  68/1
Jena Street [1]  68/1
Jill [1]  37/9
job [6]  18/3 20/6 26/8 49/3 59/13 72/17
Josephson [6]  41/11 43/12 44/5 44/11

44/13 44/22
JUDGE [13]  9/8 37/23 38/3 38/9 41/12
41/15 55/25 56/14 58/17 67/11 79/10
79/16 81/5
Judge Farina [1]  81/5
Julian [1]  52/3
junk [2]  21/12 21/13
jurist [1]  79/16
jurors [1]  21/13
just [40]  13/3 15/1 18/12 18/17 19/12
19/14 19/17 20/2 21/2 21/10 26/20
26/23 28/24 29/7 29/17 31/14 37/18
38/25 46/17 47/3 47/7 51/15 52/9
52/21 53/25 54/3 54/10 58/22 58/24
61/17 62/8 63/11 65/7 65/13 66/9
66/10 72/18 73/20 73/22 83/2
justice [1]  21/13 43/7 79/18
justification [2]  56/24 70/8
justified [1]  56/19

K

Kasie [2]  1/18 55/4
Kate [1]  24/14
Kathleen [1]  52/1
Katrina [4]  3/15 59/8 61/23 62/4
Kaye [1]  32/23
keep [1]  46/17
keeping [2]  21/12 82/20
Kilburn [2]  32/23 33/18
kind [6]  9/8 28/16 29/8 29/10 46/17
67/25
kinds [2]  24/17 64/7
kitchen [1]  65/21
knew [3]  5/21 15/25 40/9
know [28]  3/8 17/1 19/11 20/5 20/25
21/9 24/10 26/7 27/17 31/15 31/15
36/21 37/15 45/6 45/12 47/10 47/19
52/25 53/4 53/24 54/6 56/7 64/14
70/12 71/15 81/9 82/1 83/2
knowing [2]  23/1 23/21
knowledge [4]  39/2 46/19 59/9 61/20
known [3]  3/25 48/13 79/17
knows [2]  28/22 72/18
KPT [12]  11/16 11/19 11/22 11/24
22/20 22/21 61/1 63/3 63/5 75/22 77/4
77/9

L

L-A-M [1]  47/22
lack [1]  43/2
lacking [1]  30/6
ladder [1]  14/15
ladies [1]  3/4
laid [3]  14/12 14/17 15/20
LAM [1]  47/22
Lambert [9]  1/12 17/25 26/2 26/14 29/1
30/12 38/12 49/3 52/8
Lambert's [1]  26/21
language [2]  76/13 79/15
large [4]  4/13 4/16 36/17 56/11
largely [1]  12/7
larger [1]  65/15
Lasik [4]  23/1 23/23 23/7 24/7
last [8]  8/8 11/6 12/7 14/15 29/4 37/13
75/5
late [2]  51/20 71/17
latent [2]  47/25 49/14

later [3] 76/7 80/15 80/19
Lauderdale [1] 38/1
Laurel [1] 41/11
law [5] 15/22 46/14 59/5 62/15 67/18
lawyer [1] 20/18
lawyers [1] 27/18
lays [1] 60/20
lead [1] 21/14
leadership [1] 79/6
leap [2] 49/13 49/22
leased [1] 69/23
least [9] 17/13 39/19 40/25 41/4 42/5
45/7 50/2 73/8 83/10
led [3] 8/21 22/7 22/8
left [3] 22/16 31/18 74/18
legal [1] 76/21
legalities [1] 79/7
legion [1] 29/20
Leonard [3] 2/2 13/2
lesions [2] 33/8 33/11
less [2] 14/5 41/2
let [5] 3/6 21/2 26/2 26/11 56/6
let's [6] 50/22 63/18 66/8 68/22 71/3
71/7
letter [2] 40/10 46/18
level [4] 8/15 38/19 39/16 41/6
levels [1] 8/14
liability [3] 1/4 5/19 6/4
liable [4] 5/21 5/24 6/5 6/6
liaison [1] 13/3
life [5] 33/10 35/7 35/8 36/3 62/8
like [31] 8/25 16/24 18/12 18/17 23/6
26/19 31/10 32/13 38/4 39/22 42/25
43/13 43/20 46/3 46/18 49/25 51/1
51/11 52/14 55/5 56/2 56/21 57/1 58/5
59/8 62/9 63/14 63/25 66/9 68/18
70/15
likely [1] 70/23
limited [2] 30/8 57/21
line [2] 75/11 81/9
lines [2] 13/15 31/4
link [3] 38/16 39/20 40/18
links [1] 23/2
list [2] 83/10 83/10
listed [1] 65/20
listening [2] 27/17 28/23
literally [2] 18/10 31/8
literature [8] 27/19 29/20 30/6 36/14
36/23 39/15 42/13 45/17
litigation [6] 1/4 3/7 3/8 5/13 26/3 73/15
little [5] 46/2 54/2 61/5 65/15 82/12
lived [5] 16/7 22/25 24/12 33/6 49/16
lives [1] 22/24
living [10] 9/1 13/25 16/12 16/22 18/18
67/13 71/16 71/18 72/21 73/7
loan [11] 59/9 59/13 59/20 60/6 60/12
61/24 62/6 76/10 77/1 77/23 78/2
loans [1] 78/1
long [10] 24/13 40/5 40/8 40/9 47/20
52/14 56/18 56/19 71/15 73/9
longer [3] 52/18 59/17 61/1
look [17] 3/21 7/25 19/15 20/2 20/11
22/3 36/20 37/1 52/14 58/22 58/23
60/20 62/9 67/9 74/6 81/17 83/12
looked [3] 3/22 21/20 70/15
looking [1] 29/8
looks [1] 68/18
lose [1] 47/4

loss [25] 8/23 8/23 10/10 11/10 11/12
12/16 12/18 12/19 13/23 17/18 59/10
59/18 59/25 61/8 62/21 66/24 67/6
75/19 76/15 76/17 76/22 77/2 79/23
79/25 82/15
losses [7] 8/24 64/10 66/22 68/20
73/14 77/4 80/25
lost [33] 9/1 25/17 51/10 51/10 54/15
54/19 55/9 55/11 55/18 59/7 61/8
61/10 61/16 62/14 63/12 63/14 63/16
63/20 64/9 64/11 69/24 70/1 74/9
74/10 74/11 76/1 76/5 77/13 78/19
78/20 78/24 83/2 83/5
lot [13] 26/6 26/21 27/17 29/22 29/23
31/7 38/20 56/4 62/4 69/9 69/16 73/14
83/2
Loufty [1] 52/2
LOUISIANA [4] 1/2 2/7 24/14 84/4
low [1] 60/5
Luis [1] 32/1
lump [6] 60/20 62/23 63/1 63/4 63/6
63/11
lump-sum [5] 60/20 62/23 63/1 63/4
63/6
lunch [1] 64/15
lung [3] 22/5 28/24 41/20
lungs [4] 22/7 23/6 33/11 49/14
lymphangioleiomyomatosis [1] 47/21

# M

ma'am [3] 32/5 55/7 59/3
made [21] 9/3 9/17 12/6 26/11 27/1
27/4 32/10 48/3 56/7 58/12 61/19
64/18 67/2 68/8 68/13 68/18 73/4 73/9
78/14 81/16 82/15
magnificent [1] 20/6
main [1] 56/25
make [20] 9/12 9/13 9/21 13/15 14/18
17/22 19/18 20/14 37/4 53/25 62/6
62/10 64/17 65/15 66/8 71/7 71/14
72/15 72/20 81/18
makes [3] 4/15 19/15 42/11
making [2] 69/14 72/10
malady [1] 34/1
malfunctioning [2] 5/4 5/4
manifestations [1] 33/2
manner [1] 18/22 19/1
manufacture [4] 4/7 4/8 5/23 5/23
manufactured [8] 1/3 3/11 4/2 4/9 6/5
22/14 44/10 44/10
manufacturer [3] 3/19 5/20 6/3
manufacturers [1] 3/23
many [15] 12/11 19/14 19/14 20/6 23/9
23/9 27/22 27/22 29/2 29/5 45/7 51/14
58/16 59/8 81/15
March [3] 79/11 80/18 80/21
March 15 [2] 79/11 80/21
Marino [2] 2/3 62/19
marker [2] 43/19 43/21
market [1] 75/17
marriage [1] 73/21
Martinez [1] 34/4
Mary [1] 24/14
mass [1] 18/5
massive [1] 18/4
master [46] 8/5 9/16 9/18 9/19 9/23
9/25 10/9 10/18 10/20 11/2 11/8 14/11
17/8 18/4 20/7 22/12 25/21 26/16
30/17 39/10 50/23 51/5 52/21 53/12
54/8 55/15 56/16 56/20 60/4 65/18

65/23 65/24 66/2 66/6 66/15 67/2 70/5
70/10 72/16 75/7 76/25 77/12 78/11
80/12 80/13 83/3 83/13
master's [12] 10/12 20/4 57/1 57/9
65/5 67/3 65/13 65/19 72/15 76/11
77/14 80/18
masters [2] 32/11 35/14
material [8] 3/19 4/14 5/22 6/6 8/12
17/14 37/1 58/22
materials [2] 9/5 10/2
math [3] 14/5 60/21 67/6
matter [5] 5/22 24/16 32/10 35/7 47/8
70/21 84/6
matters [5] 13/13 14/6 15/1 15/4 20/6
maximum [1] 72/11
may [29] 1/5 3/2 10/10 10/19 14/9 16/5
22/10 24/6 31/2 32/13 37/3 39/16 41/6
53/11 54/23 58/9 63/15 63/21 63/23
65/23 66/1 66/25 67/7 68/19 70/25
76/9 77/1 77/2 82/14
May 2007 [1] 82/14
May 3 [4] 58/9 65/23 66/25 67/7
maybe [3] 50/22 64/15 83/5
McBride [5] 52/2 55/4 55/8 55/17 55/19
MD [1] 1/3
me [23] 3/6 13/1 17/3 21/2 25/1 26/2
26/11 31/10 31/12 32/12 33/14 33/24
37/18 38/4 45/8 52/25 55/1 64/7 74/17
82/13 82/24 83/1 83/3
mean [1] 19/20
means [2] 8/2 19/23
mechanical [1] 2/11
mediation [3] 79/10 79/12 80/1
medical [56] 16/13 16/15 17/9 18/16
19/11 19/19 21/6 22/13 22/21 23/9
23/24 24/18 25/3 25/17 25/23 27/9
30/6 31/4 32/19 32/21 33/17 33/20
34/12 34/15 34/15 34/20 35/7 35/11
35/17 35/19 35/24 36/14 39/14 40/2
40/19 41/18 42/12 42/13 42/14 43/1
43/1 43/9 43/14 43/18 43/19 44/15
44/17 46/19 46/23 49/1 49/15 50/4
50/8 50/10 69/14 76/19
medication [1] 33/9
meet [4] 10/15 39/13 42/18 42/18
meeting [1] 38/21
Meir [1] 71/12
member [1] 10/12
member's [1] 10/15
memorandum [1] 62/22
memos [1] 69/8
mention [5] 11/1 20/3 21/18 57/9 57/13
mentioned [2] 67/3 67/5
merit [1] 40/21
met [11] 39/10 39/19 41/3 41/4 42/7
42/22 43/8 45/7 50/11 75/10 79/5
metal [3] 49/8 49/12 49/24
metals [3] 4/20 4/25 5/1
methodology [1] 28/2
meting [1] 43/7
Miami [2] 75/10 79/11
Michael [1] 1/15
might [5] 4/20 20/14 27/4 27/23 45/22
Mike [3] 37/25 38/2 38/8
military [1] 59/14 62/3
million [7] 36/1 53/14 53/22 75/15
75/17 75/18 76/6
mind [1] 37/2
mine [1] 55/5
mines [1] 4/11

**M**

minimum [3] 41/3 45/7 58/1
mining [1] 19/7
minor [1] 37/14
Mirtha [1] 53/4
miscellaneous [16] 9/2 14/1 50/22
50/25 51/3 51/13 51/24 51/25 53/20
55/10 56/13 60/24 62/13 62/16 63/15
64/23
missed [1] 22/10
missing [2] 36/8 56/7
Mississippi [2] 20/19 59/5
mixed [1] 48/9
Mobile [1] 22/25
mobility [1] 36/3
modification [4] 78/4 78/5 78/6 78/7
modifications [1] 81/16
moist [3] 23/6 23/7 25/7
moisture [5] 22/4 23/6 49/10 49/12
49/24
moment [3] 19/21 32/4 61/6
Monday [2] 17/21 17/23
monetary [1] 12/3
monetized [1] 7/3
money [8] 54/11 54/13 54/15 69/24
70/1 70/11 77/18 83/2
Monica [1] 66/2
monitored [2] 48/16 48/22
monitoring [1] 76/19
month [4] 61/14 68/3 68/13 69/24
monthly [5] 43/4 59/12 59/18 59/19
61/23
months [10] 61/10 68/13 69/15 69/18
69/25 74/12 80/1 80/2 80/5 82/25
Montoya [1] 1/19 55/25 65/5
Montz [1] 24/14
more [22] 20/15 24/11 27/11 28/13
28/21 29/6 29/14 30/18 31/16 38/13
39/9 44/16 45/19 46/2 54/3 54/4 59/1
63/24 64/23 73/23 82/24 83/6
Moreover [1] 28/6
morning [13] 3/4 8/18 32/3 33/24 37/25
38/14 46/16 47/15 47/16 50/7 53/6
54/5 74/20
mortgage [18] 51/21 51/21 51/22 66/17
66/19 66/22 72/6 72/10 73/11
73/17 78/1 78/3 78/4 78/4 78/5 78/6
81/15
most [4] 5/13 11/17 12/6 70/23
mother [5] 34/14 34/21 35/4 35/13
36/16
mother's [1] 34/13
move [14] 26/20 26/24 35/22 40/15
41/13 48/6 63/18 67/21 68/5 69/13
69/15 69/22 71/25 81/20
move-out [1] 69/15
moved [12] 16/8 24/1 34/17 40/14 48/4
59/17 69/21 70/17 70/24 72/4 72/22
74/3
moves [1] 23/15
moving [3] 16/11 16/14 16/18
Mr [11] 34/8 37/8 39/23 46/12 47/9
59/24 69/8 69/11 69/19 70/10 82/10
Mr. [55] 15/5 17/25 18/13 20/2 22/10
22/17 23/20 26/2 26/14 26/21 26/25
29/1 30/12 30/16 34/3 36/11 37/9
37/10 37/23 38/12 38/15 39/25 46/14
46/15 49/3 53/4 53/11 56/2 56/2 58/7
59/6 59/7 59/18 59/22 60/1 60/5 60/11

61/1 63/22 63/24 64/14 64/18 66/16
67/20 68/21 68/2 69/3 75/11 77/20
77/21 81/9 81/17 82/3 83/7 83/12
Mr. Ancira [1] 67/20
Mr. and [1] 69/2
Mr. Balhoff [4] 22/10 56/2 63/24 81/17
Mr. Balhoff's [2] 22/17 30/16
Mr. Belitti [3] 83/7 83/12
Mr. Christina [1] 68/21
Mr. Clarke [7] 59/7 59/18 59/22 60/1
60/5 60/11 61/1
Mr. Clarke's [1] 63/22
Mr. Cullens [3] 15/5 37/9 37/10
Mr. Davis [2] 26/25 64/18
Mr. Diaz [1] 34/3
Mr. Donohoe [2] 18/13 20/2
Mr. Duplessis [1] 69/3
Mr. Durkee [2] 38/15 39/25
Mr. Fredericks [3] 36/11 37/23 82/3
Mr. Gomez [2] 75/11 81/9
Mr. Holleman [1] 23/20
Mr. Hugh [1] 17/25
Mr. Lambert [6] 26/2 26/14 29/1 30/12
38/12 49/3
Mr. Lambert's [1] 26/21
Mr. Pena [2] 53/4 53/11
Mr. Perdomo [1] 66/16
Mr. Rodney [1] 77/20
Mr. Sterling [2] 46/14 46/15
Mr. Tito [1] 77/21
Mr. Wayne [1] 59/6
Mr. Woody [3] 56/2 58/7 64/14
Mrs [5] 59/3 69/8 69/11 69/19 70/10
Mrs. [1] 69/2
Mrs. Duplessis [1] 69/2
Ms [2] 42/10 43/12
Ms. [26] 15/8 24/24 32/7 33/25 38/6
39/21 40/8 41/9 41/18 42/1 43/13 44/5
44/11 44/13 44/14 44/15 44/22 44/23
47/13 47/14 47/19 48/1 49/22 50/1
50/17 54/6
Ms. Arias [1] 54/6
Ms. Cucci [3] 15/8 32/7 33/25
Ms. Donohoe [1] 24/24
Ms. Howard [5] 39/21 40/8 41/9 43/13
44/15
Ms. Howard's [1] 38/6
Ms. Josephson [2] 44/5 44/11 44/13
44/22
Ms. Ruggiano [3] 41/18 42/1 44/14
Ms. Ruggiano's [1] 44/23
Ms. Waguespack [7] 47/13 47/14
47/19 48/1 49/22 50/1 50/17
much [19] 17/7 17/24 18/17 25/25
26/11 29/1 31/24 36/12 37/7 37/20
45/11 46/15 52/23 55/22 61/19 81/22
82/4 83/14 83/19
multiple [5] 13/8 14/14 16/2 24/22
24/25
must [1] 31/17
my [58] 8/18 14/5 18/2 18/13 18/19
22/13 23/24 24/21 28/23 29/5 30/21
30/22 31/3 32/3 32/11 32/19 32/24
33/1 33/10 33/11 33/11 34/16 34/12
34/14 34/21 35/4 35/12 39/2 41/1 42/5
45/18 52/7 52/10 57/14 59/4 59/6 59/7
60/10 60/17 61/7 61/17 62/10 68/17
70/14 71/17 75/5 75/5 76/12 77/18
78/25 79/3 79/5 80/9 82/8 82/20 83/5
83/10 84/5

myself [4] 28/9 38/6 38/23 64/14
mystery [1] 60/7
MZA [1] 63/3

**N**

name [8] 8/18 32/3 32/5 37/16 53/5
59/4 82/2 82/8
nation [1] 7/15
nature [3] 11/21 54/4 54/4
nearly [1] 75/2
necessary [2] 21/11 23/11
necessity [1] 21/23
need [10] 9/8 11/6 20/3 29/6 33/20
47/10 63/21 64/16 64/19 68/19
needed [7] 6/8 6/11 6/13 6/23 7/12
18/7 62/6
needs [2] 6/22 20/9
negligence [1] 6/2
negotiated [1] 14/20
neighborhood [1] 75/15
neighborhoods [1] 38/22
nervous [1] 82/12
net [1] 78/12
neuropathy [1] 33/4
never [6] 11/22 33/12 49/15 49/15
61/25 62/1
new [7] 2/7 8/12 18/14 44/6 59/15 68/1
68/7
New Orleans [3] 18/14 68/1 68/7
next [8] 15/7 15/9 17/23 20/22 22/16
24/11 32/1 66/13
Nicole [3] 15/9 15/11 47/17
night [1] 38/25
no [30] 7/16 10/22 14/17 17/11 23/9
29/20 29/25 31/20 33/9 36/16 36/18
39/14 39/14 39/15 41/8 41/22 41/23
43/24 45/1 46/6 46/7 52/18 54/19
59/17 60/5 61/1 66/6 67/24 70/21
82/24
nobody [1] 17/16
none [4] 41/7 42/18 42/20 42/21
nonexistent [1] 60/15
nonsmokers [1] 30/9
nor [1] 78/25
nosebleeds [3] 33/8 38/25 71/20
not [131]
note [1] 37/4
noted [3] 39/6 39/14 45/1
notice [1] 3/4
November [3] 76/1 77/10 79/4
November of [1] 76/1
now [28] 10/3 11/9 16/23 18/19 20/1
24/11 26/15 26/19 28/5 28/23 28/25
29/3 39/1 40/8 41/13 41/17 43/13 44/5
45/25 48/16 48/21 49/17 55/24 57/16
60/16 61/24 72/14 82/9
number [6] 3/5 3/6 3/12 57/7 57/12
numerous [1] 69/7

**O**

object [1] 60/5
objected [1] 8/9
objection [3] 10/13 69/6 80/19
objections [1] 10/21
oblige [1] 38/4
obviously [5] 6/15 53/21 53/23 82/21
83/1
occasions [3] 16/2 34/21 35/16
occur [1] 69/7

## O

occurred [1] 42/5
occurring [1] 40/6
October [4] 67/21 68/2 80/2 80/3
October 13 [2] 80/2 80/3
odor [1] 5/6
off [6] 5/5 33/15 33/15 48/23 49/9 83/1
off-gassing [2] 48/23 49/9
offer [11] 9/15 9/21 9/22 10/4 11/8
28/12 68/18 80/8 80/10 81/17 82/13
offers [5] 9/3 9/12 9/13 9/17 60/4
office [1] 80/10
Official [3] 2/6 84/2 84/10
oftentimes [3] 6/20 30/6 45/23
okay [17] 29/15 32/9 34/8 34/9 34/10
36/11 38/7 53/10 55/3 55/5 55/19
58/11 66/12 69/5 71/13 74/16 82/3
old [3] 19/14 48/19 58/16
older [1] 74/24
omnibus [2] 15/21 76/8
on [146]
once [2] 65/13 72/13
one [42] 3/24 4/7 13/8 13/19 15/9
16/23 20/3 20/6 22/5 27/11 28/10
28/12 32/1 32/4 36/15 39/5 40/21
41/16 42/25 46/17 50/5 51/23 54/1
54/5 63/11 63/12 63/12 64/13 66/13
67/23 67/24 68/16 70/12 70/16 70/17
70/20 71/10 73/25 74/2 79/3 80/20
83/3
ones [4] 14/4 38/14 64/23
ongoing [1] 13/14
online [1] 7/24
only [29] 5/8 6/11 10/13 11/20 16/11
22/11 25/14 26/18 28/25 30/14 33/10
42/1 42/23 45/14 47/2 53/15 54/5
54/22 56/20 57/21 60/25 66/1 73/15
76/4 76/9 76/9 76/10 77/1 78/19
onset [1] 44/6
open [2] 17/1 80/1
opened [1] 80/4
operating [1] 3/24
operations [1] 4/22
opinion [11] 17/9 22/13 22/18 23/24
27/15 32/25 42/13 45/14 45/14 45/16
45/18
opportunity [8] 8/4 8/6 13/21 14/8 14/12
36/8 40/25 76/22
oppose [1] 62/21
opposed [1] 42/19
opposing [1] 62/22
opt [3] 79/3 79/7 79/21
opt-out [2] 79/7 79/21
opt-outs [1] 79/3
or [61] 3/18 5/21 6/17 6/21 6/21 6/22
6/24 7/3 7/4 7/4 9/22 10/11 10/19 12/9
12/13 14/9 14/10 15/5 17/9 19/13
19/13 19/14 19/16 19/16 20/3 22/2
22/2 25/20 27/23 27/25 28/19 28/20
29/5 30/4 30/4 30/8 30/10 30/11 30/19
31/11 37/5 37/16 39/11 41/6 43/20
51/1 51/19 51/21 53/12 54/8 55/10
63/3 64/14 66/10 66/17 70/9 70/24
76/13 76/18 76/21 81/10
order [7] 10/24 12/23 18/6 40/19 59/12
59/14 81/2
orders [1] 10/16
original [3] 78/2 78/3 83/10
originally [3] 69/21 69/25 79/3

Orleans [4] 2/7 18/14 68/1 68/7
other [53] 3/11 4/18 8/23 8/23 8/24
10/4 10/10 11/10 11/12 12/10 12/12
12/18 12/18 12/19 13/23 14/18 16/21
16/23 17/16 19/16 20/3 20/14 21/22
22/18 23/13 24/6 24/17 27/20 27/23
29/12 31/12 42/6 43/20 44/21 45/18
46/24 46/25 51/6 51/9 51/18 53/20
54/5 54/22 59/25 61/8 62/21 66/6
68/20 75/9 76/15 78/19 79/23 79/25
others [6] 3/15 31/16 38/13 40/16 43/8
59/8
otherwise [3] 10/8 10/17 29/7
ought [1] 12/15
our [20] 3/15 7/15 9/4 9/10 20/13 21/18
25/18 25/19 31/2 52/19 56/6 57/23
58/13 66/4 66/7 69/6 70/4 80/11 80/15
80/19
out [67] 3/17 3/20 5/6 6/15 9/7 9/12
14/12 14/17 16/8 16/10 16/14 19/7
21/5 21/22 22/16 23/15 24/17 29/18
30/18 30/22 31/23 34/17 35/22 39/15
40/15 41/21 42/6 44/9 44/24 46/18
47/4 48/6 49/4 50/8 52/19 54/13 57/7
59/9 59/17 59/18 60/20 60/23 61/13
61/22 62/6 66/3 67/2 67/21 69/13
69/15 69/19 69/21 69/24 69/25 70/1
70/2 70/22 71/2 71/4 72/1 72/2 73/10
77/18 77/23 79/7 79/21 79/21 81/1
out-of-pocket [3] 44/9 44/24 81/1
outline [1] 42/2
outlined [1] 60/1
outlines [1] 40/3
outs [1] 79/3
outstanding [1] 18/3
outstandingly [1] 18/22
over [23] 12/7 20/10 23/8 23/8 28/11
28/11 28/11 31/7 33/17 34/20 35/2
36/1 53/13 53/22 56/10 63/19 64/19
69/12 69/20 75/17 79/17 82/15 82/16
overnight [1] 17/21
owed [2] 66/20 67/4
Owen [2] 1/17 47/17
owes [2] 66/20 66/24
own [1] 10/19
owned [4] 3/25 69/22 71/23 72/23
owner [2] 61/1 66/5
owners [2] 69/11 77/5

## P

page [1] 67/3
pages [2] 34/20 57/20
paid [25] 11/2 14/24 17/16 20/9 33/18
40/23 54/12 54/14 66/16 66/22 67/3
72/5 72/8 72/13 73/4 73/11 77/1 77/10
77/12 77/18 78/1 78/9 78/16 78/17
79/24
pain [3] 33/21 36/2 36/18
paled [1] 60/6
paper [1] 27/8
papers [4] 22/12 25/18 52/19 52/22
paperwork [4] 66/11 66/15 82/18 83/5
paragraph [1] 22/16
part [22] 9/20 11/17 12/6 13/9 26/14
40/11 43/17 49/20 51/18 57/11 58/13
62/15 62/15 63/15 64/1 64/4 64/8
73/15 75/9 75/18 76/14 78/19
participate [1] 79/10
particular [10] 3/7 16/5 16/24 19/12
19/21 19/22 21/18 38/17 43/21 47/23

particularity [1] 54/2
particularly [3] 3/12 3/16 4/17 45/19
47/9
particulars [1] 79/14
parties [4] 7/2 7/5 7/18 9/11
Partners [1] 74/21
parts [2] 23/13 51/6
party [1] 10/19
passed [1] 30/20
past [2] 31/7 57/15
patience [1] 37/2
patient [4] 16/11 16/12 16/18 31/12
patiently [1] 80/2
Patrick [1] 1/19 17/25 20/23 52/1 55/24
55/25 58/18 65/5 67/12
pay [9] 51/21 55/17 59/12 59/15 60/7
62/6 66/19 66/23 70/22
paying [6] 14/20 51/20 59/19 61/24
68/3 70/20
payment [12] 11/3 11/7 12/3 54/12
54/20 62/23 63/1 63/4 63/7 68/20
73/17 82/19
payments [20] 12/6 51/22 59/19 68/8
68/12 68/13 70/24 72/6 72/10 73/3
73/9 74/7 77/17 77/19 77/20 77/21
77/23 78/14 81/15 82/15
pediatrician [4] 15/25 15/25 16/10
16/17
peer [3] 27/20 28/2 28/15
peer-reviewed [3] 27/20 28/2 28/15
Pena [4] 52/2 53/1 53/4 53/11
pending [1] 79/21
penny [1] 80/20
people [27] 3/5 5/7 7/23 8/9 14/12 18/6
18/24 20/11 23/9 24/6 26/3 27/20 29/2
29/11 30/1 30/9 31/5 31/15 31/22
38/13 39/16 39/19 49/25 51/14 53/12
62/4 74/3
per [6] 9/14 57/8 57/24 60/21 61/13
69/24
percent [2] 14/5 48/17
percentage [3] 19/23 63/4 63/5
Perdomo [5] 65/1 65/3 65/6 66/13
66/14 66/16
Perdomos [1] 67/2
perform [1] 11/6
performed [1] 23/8
period [8] 16/7 24/13 52/13 62/14 73/9
75/20 77/8 78/14
peripheral [1] 33/4
perirectal [1] 24/23
permanent [2] 16/3 16/5
permission [1] 10/7
permitted [1] 10/22
Pershing [1] 68/7
persistent [3] 40/3 42/15 44/14
person [6] 15/5 15/7 27/12 46/3 49/14
75/12
person's [3] 29/13 30/3 49/14
personal [8] 3/9 15/17 18/20 25/15
29/18 38/19 50/21 73/18
personally [1] 75/10
persuade [1] 79/6
persuaded [1] 79/20
pharmacy [1] 32/21
Philomin [1] 41/11
phone [7] 3/6 15/5 34/7 45/9 45/12
55/2 72/18
phrase [1] 22/2
physical [2] 5/9 19/24

# P

physician [10]  21/20 22/9 25/18 30/24 40/10 40/18 41/4 42/3 52/18 52/19
physician's [1]  22/2
physicians [6]  21/16 21/17 25/4 35/10 41/23 44/11
physicians' [1]  35/10
piece [1]  49/8
pieces [1]  4/7
place [7]  11/21 13/20 14/16 18/10 21/25 67/25 68/6
placed [4]  3/20 4/14 7/24 7/24
places [1]  4/18
plaintiff [1]  19/4
plaintiffs [1]  7/7
plaintiffs' [4]  13/3 13/13 52/11 61/3
please [6]  3/3 20/15 25/1 30/13 36/8 73/22
pled [1]  80/22
pocket [4]  44/9 44/24 54/14 81/1
point [17]  6/25 8/21 12/15 14/18 15/14 15/16 18/19 21/4 21/4 25/2 27/1 28/18 40/24 46/18 48/18 61/2 64/18
pointed [1]  30/22
points [4]  4/24 19/6 20/3 21/22
pool [1]  65/21
portion [1]  16/25
portions [1]  11/18
position [9]  6/10 15/13 25/17 30/16 37/11 37/18 39/22 58/2 62/7
possible [7]  18/11 18/25 61/19 62/10 64/17 64/20 71/15
possibly [2]  18/21 20/8
potential [2]  7/4 56/5
Poydras [1]  2/7
practice [1]  6/21
practitioner [1]  44/3
preappeal [1]  41/17
pregnant [1]  67/23
preremediation [3]  67/13 71/16 78/21
prescriptions [1]  34/20
presence [8]  3/10 21/1 42/16 49/10 49/12 49/23 53/16 75/21
present [7]  3/8 5/20 8/4 8/10 14/9 15/24 55/5
presentation [2]  41/1 62/12
presented [14]  4/16 7/6 7/6 7/18 8/6 8/14 13/4 14/10 14/13 14/14 15/15 37/22 44/22 55/9
presents [1]  24/3
Press [1]  69/12
pressing [1]  78/21
presumptions [1]  27/3
presumptively [1]  39/7
pretty [1]  46/15
prevent [2]  21/12 30/24
prevented [1]  75/13
preventing [1]  31/11
previously [1]  69/23
price [2]  53/18 83/4
primarily [2]  5/11 50/25
primary [1]  13/14
Prime [4]  52/2 56/1 56/9 66/9
principal [1]  67/4
principals [1]  75/10
prior [11]  16/11 18/16 34/16 35/4 35/15 38/11 41/22 41/23 43/2 48/4 69/15
priority [2]  18/5 18/7
pro [10]  1/13 1/14 1/24 11/3 11/4 11/7 32/9 54/6 57/8 83/4
pro rata [2]  11/3 11/7
pro se [1]  32/9
probabilities [1]  23/24
probability [3]  22/13 22/21 42/14
probably [8]  3/18 4/12 26/21 27/11 28/13 42/20 42/22 55/15
problem [21]  17/8 24/4 27/19 27/21 27/24 28/4 28/14 28/17 28/18 29/5 29/12 29/12 29/13 29/17 36/13 36/20 45/13 48/18 51/12 62/16 71/21
problematic [1]  5/22
problems [14]  4/16 5/8 5/8 16/21 22/19 42/15 44/6 47/20 48/3 48/6 49/16 49/25 51/24 73/19
procedure [6]  9/12 9/15 9/20 9/20 23/21 32/18
procedures [2]  22/8 23/8
proceeded [1]  5/17
proceedings [7]  2/11 3/1 10/20 72/1 75/9 83/20 84/6
process [11]  14/7 18/20 23/23 39/17 39/25 40/9 43/17 69/20 72/16 80/6 81/5
processed [3]  75/3 79/24 80/7
processes [1]  39/6
product [3]  3/21 5/20 5/21
PRODUCTS [1]  1/4
proffered [1]  15/19
program [36]  7/6 7/8 7/13 7/18 7/21 8/2 8/9 8/11 8/17 8/21 11/13 11/15 12/13 12/14 12/16 12/19 13/6 13/7 13/8 13/17 13/21 14/2 14/6 14/12 14/17 14/23 26/8 40/15 45/20 57/15 59/23 68/11 69/17 70/2 79/8 79/13
progression [1]  18/25
proof [9]  27/2 27/4 58/1 68/20 77/17 77/19 77/20 77/21 77/23
proper [1]  6/25
properly [2]  15/20 20/8
properties [13]  14/1 55/5 55/8 56/10 56/12 56/13 57/7 57/21 57/22 58/3 60/19 63/1 70/16
property [46]  3/9 8/25 11/22 13/21 18/8 18/23 19/8 53/17 55/15 57/8 57/24 58/6 59/11 59/18 62/25 63/2 63/5 70/17 70/17 70/24 71/18 71/22 71/23 71/25 72/3 72/5 72/6 72/7 72/22 72/23 73/4 73/5 73/18 73/18 74/2 74/6 74/10 74/10 77/3 77/4 77/6 77/24 78/16 82/14 82/20 82/25
prorated [1]  72/13
prospective [1]  75/20
protocol [12]  6/13 6/16 6/18 6/19 6/23 6/25 7/3 7/9 7/10 17/5 26/5 75/24
prove [4]  7/12 7/20 29/14 46/2
proved [3]  6/2 6/12 30/2
proves [1]  82/20
provide [6]  6/11 36/8 39/24 53/19 57/25 58/6
provided [26]  7/8 7/9 8/2 11/13 32/17 32/18 32/21 33/13 33/15 36/6 39/22 41/5 42/9 42/24 44/2 51/6 51/9 54/13 56/3 64/3 65/18 65/22 66/4 67/1 67/7 73/13
provision [1]  78/13
provisions [2]  53/24 62/16
PSC [1]  79/6
psychological [1]  76/18
PTO [6]  9/11 9/13 9/14 9/19 68/19 72/12
PTOs [1]  9/11
publicly [1]  39/23
pulmonary [5]  43/24 47/19 47/23 48/5 49/25
pulmonologist [2]  43/25 50/5
pulmonologists [2]  41/19 44/7
pun [1]  44/10
purchase [2]  68/6 75/18
purchased [2]  66/16 82/14
purpose [1]  66/3
purposes [2]  4/22 5/16
pursuant [4]  10/8 10/24 32/17 68/19
pursue [1]  13/14
pursuing [1]  44/17
put [12]  6/17 7/7 38/14 43/9 44/4 44/8 54/11 56/17 61/20 62/7 73/21 75/17
puts [1]  5/6

# Q

qualification [1]  28/21
qualified [3]  19/18 25/5 28/19
qualifies [4]  25/23 60/17 61/7 61/14
qualify [1]  80/7
quality [2]  35/7 36/3
question [11]  6/6 29/3 29/20 29/25 30/10 36/16 36/18 46/6 46/7 46/7 62/13
questions [2]  24/25 67/24
quick [1]  20/14
quickly [3]  18/11 18/25 64/20
quoted [1]  22/11

# R

rain [2]  46/5 46/6
rained [1]  46/7
rains [1]  46/4
raised [1]  69/12
ran [2]  3/17 3/19
rapidly [1]  5/16
rata [6]  11/3 11/4 11/7 54/6 57/8 83/4
RE [1]  1/3
reached [1]  52/13
react [1]  22/4
reacted [1]  22/6
reaction [3]  22/5 23/14 31/13
reactions [1]  39/16
reactive [3]  23/6 31/1 31/13
read [7]  10/6 22/13 22/17 23/20 24/20 25/11 25/12
reads [1]  56/18
ready [1]  79/22
real [1]  39/14
really [6]  15/21 27/9 30/10 49/3 54/22 56/6
realtor [1]  82/24
reason [5]  26/15 28/25 29/9 45/4 82/11
reasonable [5]  22/13 22/21 23/24 30/2 42/14
reasoning [2]  72/23 73/5
reasons [2]  23/5 63/6
rebuilt [1]  62/5
receipts [1]  69/8
receive [3]  63/3 66/18 72/21
received [9]  8/23 11/8 12/12 35/6 37/10 65/13 79/20 80/9 80/18
receiving [1]  69/23
recepts [1]  57/20
recess [2]  82/5 83/19
recognition [1]  39/18

# R

recognize [2] 36/23 40/6
recognized [2] 7/10 39/9
recommendation [2] 81/18 83/13
recommended [5] 33/20 34/24 35/21 48/6 82/24
reconcile [3] 76/11 78/25 79/1
reconsider [5] 25/21 70/9 70/10 73/22 81/8
reconsideration [7] 9/23 9/25 10/1 10/2 51/15 55/12 80/15
reconsiderations [1] 8/6
reconsidered [1] 57/2
record [13] 8/13 10/6 10/17 21/10 28/15 40/2 40/11 41/18 48/25 52/8 70/6 78/3 84/6
recorded [2] 2/11 35/1
records [34] 16/15 16/16 21/6 32/19 32/21 34/12 34/15 34/16 34/19 34/20 35/7 35/18 35/19 35/24 36/17 37/14 38/15 39/22 39/25 40/17 41/20 41/24 42/12 42/23 42/24 43/1 43/15 43/18 43/25 44/2 49/1 50/4 50/8 58/15
recover [4] 55/15 76/9 77/1 77/2
recoverable [2] 77/13 78/12
recovering [2] 23/7 73/7
recovery [6] 23/3 24/7 25/24 70/20 71/6 73/6
recurrent [1] 40/3
redevelopment [1] 23/25
reduced [8] 22/1 23/4 24/9 25/7 35/7 35/8 36/3 80/14
reduction [2] 63/25 83/4
refer [1] 52/21
reference [2] 30/25 42/11
referenced [1] 21/25
references [2] 41/24 43/15
referred [1] 40/13
referring [1] 52/12
reflecting [1] 78/8
reflects [1] 73/23
refrigerant [1] 4/22
refrigerants [1] 5/3
refused [1] 38/25
regard [1] 6/2
regarding [5] 32/11 34/12 36/10 67/24 69/20
Regions [1] 67/1
registration [1] 66/5
Reichert [2] 1/21 69/1
reinforce [1] 29/17
rejected [1] 80/10
related [6] 17/12 18/18 29/22 32/24 40/19 44/1
relates [2] 1/5 32/19
relationship [2] 24/9 36/25
relevant [2] 10/9 42/13
relief [9] 59/25 60/2 60/3 60/10 60/17 61/7 61/15 61/18 62/11
relocate [1] 72/2
relocation [2] 12/2 12/14
relocations [1] 12/9
rely [1] 25/20
remain [1] 81/6
remaining [1] 14/4
remains [1] 31/21
remediate [1] 68/11
remediated [7] 11/14 11/17 13/22 40/10 72/7 75/25 77/10

remediation [26] 7/1 7/9 7/10 8/24 11/13 11/18 12/3 12/9 12/13 12/17 13/19 26/6 40/14 53/17 59/23 59/25 62/24 68/6 68/9 68/11 69/15 69/17 69/17 70/2 72/5 75/24
remediations [1] 18/9
remedies [1] 27/2
remember [1] 20/20
removal [1] 11/19
remove [1] 18/6
rendered [1] 32/25
Rene [3] 2/3 62/19 63/11
rent [17] 9/1 50/25 51/10 51/10 55/9 59/17 60/7 61/10 61/24 62/14 63/12 63/14 63/16 63/21 69/24 74/11 82/24 74/10
rental [6] 71/23 71/25 72/2 72/4 72/6 74/10
rentals [1] 61/9
rented [3] 62/5 68/1 72/22
renting [3] 59/11 61/13 61/22
rents [2] 55/11 55/18
repair [8] 6/18 8/25 12/2 12/9 12/14 26/6 57/19 59/9
repairs [4] 6/9 7/1 59/10 59/11
repeat [1] 38/6
repeated [1] 22/8
replaced [1] 57/14
replacement [4] 11/19 57/10 57/11 58/2
replacements [1] 57/19
report [13] 22/17 23/2 23/18 24/16 28/23 32/17 39/11 41/4 48/25 48/25 49/5 53/19 77/15
reporter [2] 2/6 47/22 84/3 84/10
reports [6] 21/6 21/7 25/3 30/21 31/2 45/21
represent [3] 26/21 38/9 55/4
represented [3] 12/25 75/2 79/4
representing [2] 34/7 37/14
reputation [2] 76/17 76/20
request [8] 9/16 9/22 10/20 25/19 57/23 79/5 80/11 80/15
requested [3] 9/18 9/24 11/2
requests [3] 9/24 10/1 10/3
require [1] 27/25
required [8] 7/20 24/24 32/15 32/22 35/13 41/7 45/19 45/20
requirements [4] 9/6 32/14 46/11 53/24
requires [2] 17/5 28/23
rescind [1] 79/6
research [5] 35/10 35/11 35/11 35/17 46/21
resides [1] 18/14
resold [1] 53/17
resolution [4] 13/11 13/12 14/25 82/13
resolve [4] 10/16 13/17 68/23 74/13
resolved [5] 7/25 11/5 11/6 13/22 18/8
respect [8] 10/10 20/5 26/18 27/7 30/15 43/12 52/10 64/21
respiratory [8] 16/2 16/21 40/4 40/6 42/14 43/22 46/21 71/19
respond [3] 30/17 58/21 83/7
response [11] 29/1 35/14 39/9 39/15 56/3 57/1 57/10 58/14 65/7 76/8 76/25
responses [1] 7/18
rest [2] 33/10 62/8
restored [1] 6/22
restricted [1] 8/12
result [13] 3/10 3/17 3/21 16/1 34/22 35/5 36/4 40/14 54/19 54/23 56/8 60/14 77/3

resulting [3] 25/6 60/8
results [2] 59/3 61/21
retired [1] 59/14
retirement [1] 62/3
return [1] 62/1
returned [1] 23/20
returns [1] 78/8
review [23] 8/12 9/4 9/10 9/16 9/18 9/20 9/21 10/25 11/2 17/14 26/17 34/12 35/18 41/1 47/5 49/2 54/1 63/20 66/11 67/10 71/1 80/11 80/14
reviewed [12] 9/3 9/18 9/25 14/14 27/20 27/20 28/2 28/15 42/12 42/12 63/25 70/15
reviewing [1] 9/5
revised [1] 80/18
rewarded [1] 32/12
right [17] 10/5 18/19 20/14 21/25 26/15 26/19 28/23 28/25 37/17 43/11 51/12 60/15 62/5 64/7 64/22 71/7 74/4
rightfully [1] 18/6
Rimkus [2] 48/21 49/5
risk [1] 42/21
Rita [1] 3/15
RMM [1] 52/2
Rodney [2] 75/10 77/20
room [5] 6/11 25/17 34/22 52/19 56/22
rotten [2] 5/6 71/20
Rouge [1] 50/6
Ruggiano [5] 41/11 41/15 41/18 42/1 44/14
Ruggiano's [1] 42/10 44/23
ruined [1] 62/8
rule [5] 27/7 27/9 28/5 32/18 83/14
rules [5] 9/8 24/17 27/5 27/6 46/11
runner [1] 38/24
rust [1] 5/1
Ryan [2] 1/15 37/25

# S

said [17] 16/17 22/10 22/11 22/15 22/16 23/20 24/8 28/16 29/5 29/5 29/19 38/15 39/10 46/6 52/9 66/15 69/6
sake [1] 64/19
Sal [3] 67/15 67/17 68/22
sale [23] 9/1 13/25 53/8 53/15 53/18 53/22 54/16 62/17 63/13 63/23 64/25 66/18 75/20 76/2 76/5 76/7 77/9 77/13 78/19 78/24 82/19 82/21 83/11
sales [1] 61/8
Salvadore [3] 1/16 46/13 67/18
Sam [1] 52/3
same [9] 19/22 33/12 37/18 46/16 53/11 65/17 66/4 74/23 80/8
sat [1] 73/18
satisfy [2] 21/7 27/15
saw [1] 81/16
say [15] 4/13 4/20 16/20 21/10 26/2 27/11 28/13 29/4 29/4 29/12 30/12 45/14 45/22 46/4 66/2
saying [5] 3/6 30/14 42/21 45/21 45/23 46/5 79/2
says [11] 22/12 24/19 27/18 27/18 27/21 29/1 46/3 46/19 60/19 77/2 78/11
SBA [5] 59/9 59/12 59/19 60/6 60/12
scenarios [1] 18/9
scheduled [1] 53/5
science [3] 21/12 21/14 29/22

S

scientific [3]   19/16 26/4 45/17
se [4]   1/13 1/14 1/24 32/9
Seaboard [2]   3/13 5/12
seal [2]   39/25 49/1
seated [1]   3/3
second [4]   18/13 23/14 23/21 23/23
27/14 34/24 35/2 35/3 35/20 67/2
67/23 74/8 77/23 78/4
section [12]   1/4 10/5 10/24 51/4 51/13
60/18 60/19 60/20 61/8 61/15 76/15
76/24
sections [1]   10/9
see [24]   5/17 16/11 16/12 28/11 28/24
35/20 36/17 43/20 46/9 48/23 49/23
50/22 62/1 67/2 68/22 71/3 74/13
74/22 78/12 81/19 82/17 82/19 83/1
83/4
seeking [5]   51/15 60/2 60/9 65/24
80/20
seemed [1]   56/25
seems [2]   31/10 52/14
seen [4]   41/19 43/14 43/22 44/3
sell [3]   74/6 77/3 77/6
send [2]   17/2 17/21
senior [2]   43/13 79/5
sense [5]   19/15 20/15 33/9 38/19 72/20
sensitive [2]   5/2 24/11
sensitivity [2]   43/25 79/18
sent [5]   4/9 5/15 7/25 34/22 35/9
separate [5]   11/17 14/19 37/15 41/19
70/16
September [2]   69/13 69/22
September 2012 [1]   69/22
series [1]   8/5
serious [1]   33/16
seriously [2]   34/12 36/5
service [4]   10/12 26/3 26/7 62/3
set [16]   9/6 9/8 9/13 9/20 12/5 18/4
25/3 25/18 27/5 50/8 52/19 62/2 70/20
72/16 73/12 79/22
sets [5]   9/7 9/11 9/14 49/6 49/7
setting [1]   49/4
settlement [59]   7/4 7/5 7/8 7/13 7/22
7/23 8/2 8/16 8/19 9/7 10/6 10/11
10/14 11/4 11/13 11/18 12/1 12/1 12/4
12/5 12/19 13/5 13/17 14/21 19/3
26/25 27/2 28/7 28/8 29/7 29/14 30/15
31/20 32/15 32/16 32/22 45/19 49/20
51/17 51/18 52/20 53/25 56/17 56/17
60/1 60/18 60/21 61/9 62/15 63/2
72/14 76/8 76/13 78/13 79/13 79/15
80/7 80/10 80/17
settlements [4]   13/9 13/11 27/5 27/6
seven [6]   6/17 74/24 74/25 75/9 79/3
80/1 80/2
several [5]   5/17 29/5 31/8
severe [1]   16/21
share [3]   11/3 11/4 19/18
she [58]   16/1 16/7 16/8 16/20 16/22
17/12 24/12 24/14 24/18 34/14 34/16
34/17 34/24 35/2 35/3 35/6 35/17
35/20 35/22 35/24 36/1 36/3 36/18
39/21 40/14 40/15 40/19 41/18 42/2
43/5 43/7 43/13 43/14 44/3 44/6 44/8
48/3 48/5 48/6 48/14 48/15 48/17
48/19 48/20 49/15 49/16 49/17 49/17
53/5 54/10 54/11 54/13 54/19 65/9
66/5 66/7 74/4 74/7

sheet [1]   27/8
sheetrock [1]   39/8
short [15]   9/1 13/25 40/2 46/17 47/21
53/8 54/15 62/17 63/12 63/23 64/25
66/18 82/19 82/21 83/11
shots [1]   36/2
should [6]   15/16 41/5 41/8 45/5 54/20
58/2
shouldn't [2]   25/4 31/21
show [3]   34/16 43/18 61/12
showing [1]   66/5
shown [4]   44/16 44/24 50/3 73/13
shows [1]   35/24
sic [3]   18/13 22/6 25/14
side [2]   46/23 56/24
significance [1]   4/19
significant [4]   4/23 53/18 53/21 76/23
silver [4]   4/21 4/23 4/23 31/14
similar [4]   23/22 39/17 40/17 42/7
simply [4]   19/22 38/25 51/18 64/1
since [8]   31/7 33/6 43/4 43/14 48/8
65/12 75/3 80/25
single [2]   7/16 66/3
single-purpose [1]   66/3
sinus [1]   43/23
sir [16]   11/11 12/21 37/3 37/13 37/19
51/3 59/2 63/10 66/9 67/10 68/17
68/24 70/14 74/1 81/14 82/7
sitting [1]   56/22
situation [13]   22/6 23/17 32/8 39/7
40/16 43/20 46/3 49/6 49/19 50/12
56/21 60/12 73/21
six [1]   6/17
skip [2]   21/3 52/5
Slidell [1]   18/14
small [3]   19/23 57/5 73/15
smell [1]   33/9
smelled [2]   31/16 71/20
smoke [1]   5/5
smokers [1]   30/9
so [72]   5/3 5/25 5/25 6/1 6/1 6/5 6/13
6/23 7/3 8/11 8/12 11/6 13/20 14/22
14/24 16/10 16/10 18/9 19/15 25/12
28/10 28/25 29/1 29/3 31/17 31/19
31/20 33/14 34/9 37/7 37/15 38/5
40/16 40/20 45/5 46/5 47/2 48/14 50/1
50/11 51/22 54/17 54/18 56/18 56/24
57/23 58/1 58/9 59/8 60/4 60/23 61/13
62/6 63/6 64/11 64/20 66/6 66/21 67/5
67/25 68/6 68/14 69/3 69/19 70/4
70/21 71/25 72/2 72/8 73/5 81/4 83/6
software [1]   2/11
sold [4]   66/17 76/1 78/15 78/17
sole [1]   66/5
some [43]   3/6 3/9 4/2 5/8 6/8 7/11 7/14
7/17 8/17 8/20 12/17 16/5 19/12 26/10
27/12 27/23 28/11 29/18 29/24 31/2
31/15 31/16 31/16 38/13 39/6 39/16
39/23 42/24 45/16 45/17 45/17 45/17
45/21 45/22 47/19 49/24 50/25 51/8
51/11 53/20 56/7 68/19 70/25
somebody [2]   42/5 51/20
someone [1]   73/6
someone's [1]   13/18
something [18]   5/23 6/21 16/4 28/21
30/4 30/7 30/10 30/11 30/12 31/4 36/7
44/9 45/14 45/15 45/18 50/2 52/5 54/9
sometimes [1]   29/24 51/16
somewhere [1]   3/14
son [1]   41/18

soon [4]   23/15 58/14 79/25 80/3
sorry [2]   53/23 82/7
sort [10]   6/16 19/14 29/10 30/4 30/5
30/11 31/4 45/13 70/19 73/6
sorts [2]   19/18 49/25
sounds [1]   63/14
South [5]   4/17 16/17 55/9 75/12 75/16
South Florida [1]   75/16
speak [13]   7/4 8/12 52/4 53/8 55/24
62/18 63/8 63/24 64/5 68/16 72/25
74/17 82/9
speaking [1]   55/19
special [62]   8/5 9/16 9/18 9/19 9/23
9/25 10/9 10/12 10/18 10/20 11/2 11/8
14/11 17/8 18/4 18/15 20/4 20/7 22/12
25/21 26/16 30/17 32/11 35/13 39/10
50/23 51/4 52/21 53/12 53/25 54/8
55/13 56/6 56/20 57/1 57/9 58/13 60/4
65/7 65/13 65/18 65/19 65/23 65/24
66/1 66/15 67/7 70/5 70/9 72/10 72/15
75/7 76/11 76/25 77/12 77/14 78/11
80/12 80/13 80/18 83/3 83/13
specialty [1]   21/18
specific [16]   17/10 19/17 21/6 21/7
21/8 22/23 24/4 25/2 25/22 30/17
30/25 45/20 49/4 49/21 51/8 58/1
specifically [10]   20/11 22/10 22/11 25/8
28/6 32/25 51/13 51/15 60/17 64/3
specifics [2]   21/24 74/12
spectrum [1]   45/6
spend [1]   47/3
spent [1]   38/20
spirometric [1]   48/7
spoke [3]   13/19 13/24 74/3
spontaneous [1]   43/2
spread [1]   58/3
spreadsheet [2]   57/4 57/18
squabble [1]   48/12
square [4]   12/4 60/21 60/22 60/22
squarely [1]   78/24
stabilized [1]   48/8
stable [1]   48/18
stage [4]   19/9 19/10 19/10 20/8
stages [1]   38/21
stand [6]   26/15 28/25 74/24 75/4 82/5
83/19
standard [5]   19/15 27/15 39/11 42/8
45/6
standards [2]   15/22 41/3
standpoint [8]   6/3 6/8 17/8 19/19 21/8
21/21 25/23 25/24
start [3]   12/24 26/2 30/14
started [8]   3/14 5/4 5/4 38/24 38/25
68/9 71/18 75/14
state [1]   35/2
stated [3]   28/7 53/5 76/10
statement [1]   67/1
states [11]   1/1 1/9 3/12 3/12 4/10 5/12
23/18 76/9 76/25 76/25 84/3
statistical [1]   19/16
stayed [2]   68/1 82/25
steering [3]   13/13 52/11 61/3
stem [2]   33/11 34/25
stenography [1]   2/11
Sterling [3]   46/12 46/14 46/15
stigma [5]   51/11 51/19 53/13 54/3
76/16
still [7]   13/14 24/3 61/22 61/23 61/24
66/20 66/24
stood [1]   80/21

**S**

stopped [1] 38/23
stopping [2] 14/16 18/25
storage [1] 70/4
storm [1] 38/10
Storms [1] 3/15
straighten [1] 71/4
Street [2] 2/7 68/1
stress [1] 73/20
strict [1] 6/4
strong [1] 43/9
strongly [2] 36/21 71/20
structural [1] 6/9
struggle [1] 21/13
struggling [1] 46/9
stucco [2] 57/10 57/11
study [1] 36/23
submission [2] 8/22 17/19
submissions [3] 10/19 25/10 75/19
submit [7] 11/25 12/10 17/6 42/25
57/15 79/22 80/3
submitted [48] 9/5 9/9 10/2 16/15 16/16
17/21 21/5 22/12 23/2 24/16 24/17
25/3 25/20 30/21 32/20 35/15 39/18
39/24 42/1 42/3 42/20 43/8 49/1 50/5
52/22 57/3 57/17 61/11 62/9 69/7 69/8
70/5 75/19 76/4 76/12 76/24 77/16
77/17 78/1 78/2 78/8 79/25 80/11
80/13 80/15 80/16 81/7 81/18
subsequent [2] 47/25 65/18
subsequently [1] 75/22
subsidiaries [1] 4/6
subsidiary [2] 3/25 4/1
substantial [16] 15/15 34/25 38/15
38/16 39/9 39/22 40/2 40/17 41/2 41/3
41/18 41/20 43/1 43/9 44/22 61/12
substantially [4] 22/22 24/2 32/24 42/16
such [5] 10/16 28/2 30/7 36/18 51/9
suddenly [1] 44/13
suffer [4] 16/20 19/22 33/7 33/16
suffered [6] 24/18 33/8 33/16 33/21
62/4 73/24
suffering [1] 33/21
sufficient [3] 57/16 66/15 82/13
suggestion [2] 31/3 41/1
suits [1] 5/10
sulfide [1] 48/11
sulfur [18] 4/13 4/16 5/2 5/2 5/6 19/6
22/1 23/4 23/6 24/9 25/7 31/1 35/12
36/25 47/24 48/1 48/24 49/9
sulfuric [1] 48/11
sum [6] 60/20 62/23 63/1 63/4 63/6
63/11
summary [2] 65/14 66/21
Sumner [1] 52/3
supplemental [2] 56/8 64/16
supplemented [1] 65/12
support [7] 10/2 14/13 15/20 33/13
36/14 76/12 77/16
supported [1] 77/25
supporting [1] 69/7
supports [1] 33/1
supposed [2] 30/23 62/2
Supreme [1] 28/1
sure [12] 17/22 25/11 25/12 31/6 31/22
53/1 55/7 66/8 71/7 72/18 74/25 75/1
surface [1] 31/14
surgeon [6] 21/19 21/19 23/2 23/17
24/15 24/20

surgeries [1] 24/25
surgery [6] 23/7 23/23 23/7 25/14 23/23
24/7 33/11 34/25
surgical [1] 24/15
susceptibility [1] 25/22
susceptible [1] 25/9
sustain [1] 35/1
sustained [2] 3/10 53/18
switches [1] 4/24
sworn [1] 42/9
symptomatology [5] 16/14 38/17 39/3
40/18 43/3
symptoms [5] 18/17 22/9 33/2 42/10
46/22

**T**

tail [1] 14/2
Taishan [1] 13/14
take [19] 7/25 12/22 15/4 18/10 26/10
27/1 33/9 36/22 37/11 42/21 50/16
61/5 68/6 68/10 71/8 73/16 77/23
82/23 83/12
taken [2] 6/15 51/17
takes [1] 77/15
taking [4] 25/16 29/25 45/9 64/15
talk [3] 59/1 64/15 74/12
talked [3] 50/6 64/25 82/1
talking [2] 11/9 49/21
Tarek [1] 52/2
tax [3] 62/1 64/1 78/8
tax-assessed [1] 64/1
taxes [2] 55/15 78/16
team [1] 43/14
tear [1] 23/10
tears [1] 23/11
teases [1] 39/15
tech [1] 66/21
tedious [1] 80/6
tell [3] 15/12 32/7 52/9
telling [1] 50/7
temporal [1] 22/18
temporally [1] 18/18
temporary [1] 54/15
tenant [3] 71/24 71/24 72/2
tenants [3] 59/17 61/11 61/23
tens [1] 31/8
terms [7] 30/16 31/5 39/6 45/20 56/4
56/24 65/25
Terrance [1] 52/1
test [1] 45/17
tested [1] 36/16
testify [3] 21/24 25/5 37/5
testifying [1] 31/11
testimony [3] 30/24 42/9 43/1
tests [1] 44/4
Texas [1] 60/16
than [17] 8/24 14/5 16/8 27/3 27/12
28/13 29/12 29/13 31/16 38/13 39/9
40/22 41/2 45/18 49/3 54/3 70/17
thank [46] 15/3 17/7 17/24 18/1 25/24
25/25 26/9 26/11 26/12 29/16 31/25
33/23 33/25 34/2 36/10 36/11 37/20
37/21 41/10 45/8 45/11 47/12 50/18
52/22 52/23 54/24 55/1 55/22 55/23
55/25 56/2 58/16 58/18 62/11 62/12
67/11 71/9 74/16 81/12 81/21 81/22
82/3 82/4 83/14 83/15 83/17
Thanks [5] 31/24 37/7 50/19 58/18
67/12
that [503]

that's [40] 4/14 12/15 15/19 18/19
21/19 21/22 25/24 26/14 27/13
27/25 38/7 41/9 42/5 46/8 48/12 48/24
49/11 49/20 51/3 52/10 53/3 54/17
56/23 57/5 58/3 60/22 61/4 61/25
62/14 64/22 65/17 67/4 67/5 73/14
73/23 76/5 77/11 77/15 81/24
their [47] 4/9 8/9 8/10 9/16 10/4 13/21
14/9 14/13 14/14 14/25 20/12 31/5
31/6 38/17 44/20 45/14 45/15 51/5
51/20 51/21 56/13 56/24 67/23 68/5
68/9 68/11 69/7 69/12 69/20 72/7
72/19 72/21 73/5 73/10 73/18 73/21
75/25 79/6 79/8 79/17 79/21 79/21
79/22 79/23 80/3 80/8 80/22
theirs [1] 39/8
them [17] 12/23 19/18 25/11 25/23
45/22 46/10 57/21 61/4 67/9 68/10
75/3 79/6 79/8 80/9 80/9 80/22 81/4
then [27] 5/17 6/17 7/2 7/3 12/18 16/13
20/22 23/12 38/6 42/18 42/19 42/21
48/8 53/17 55/13 56/18 58/13 58/25
66/17 69/16 71/25 74/8 79/15 80/5
80/25 82/25 83/4
theoretically [2] 6/20 74/5
there [76] 3/23 4/2 5/14 7/11 7/16 7/17
8/14 11/22 13/10 13/18 13/23 14/17
15/5 16/5 16/23 17/11 17/18 19/12
19/17 19/23 20/2 20/8 23/1 23/18
23/21 25/2 25/10 26/4 27/1 27/4 27/19
27/22 27/24 29/19 29/24 31/1 31/15
31/17 31/19 31/21 36/7 39/18 40/9
40/17 41/7 42/6 42/13 43/16 45/4
48/23 48/24 50/24 51/8 51/10 51/18
51/22 51/25 53/20 56/4 56/9 57/5 57/6
57/9 57/13 63/25 64/10 65/8 65/11
68/2 69/13 70/16 70/25 74/1 82/18
82/20 82/25
there's [36] 6/1 13/9 13/9 13/10 28/15
29/25 30/25 31/20 36/16 39/14 39/14
39/15 40/2 41/19 41/22 41/23 41/24
45/1 46/6 46/7 48/12 48/14 50/4 50/6
50/25 51/10 54/6 54/14 54/19 57/4
62/13 66/6 70/8 70/19 73/18 74/8
therefore [2] 29/13 45/25
these [66] 5/13 11/5 12/10 14/8 17/16
18/7 18/9 20/9 20/11 21/5 21/20 22/3
23/8 25/3 25/7 25/8 25/13 25/21 28/10
28/12 30/17 30/19 31/5 31/18 33/13
38/20 39/3 39/7 39/18 40/1 41/7 43/4
43/7 44/2 44/13 44/15 45/9 45/10 48/1
48/5 48/9 48/24 49/9 49/11 49/16
49/21 49/23 49/25 55/2 56/4 56/25
57/21 58/15 59/15 66/3 67/6 67/10
68/20 72/10 72/16 73/16 74/3 75/8
75/9 77/5 80/25
they [144]
thing [6] 29/4 37/13 46/17 53/11 62/5
64/13
things [20] 5/5 6/16 7/9 8/25 11/20
23/15 36/15 44/21 47/3 50/7 50/8
50/11 50/13 51/9 51/11 51/11 51/11
52/20 55/16 64/10
think [38] 4/12 12/22 15/16 16/4 18/5
18/19 19/1 20/1 20/5 21/3 21/4 26/20
26/25 28/10 29/1 31/1 31/7 31/18
38/12 41/16 48/11 48/12 49/12 49/22
50/1 50/12 56/3 56/19 61/4 63/10
63/18 64/13 64/18 66/9 74/1 74/4 74/8
78/12

**T**

thinks [1] 46/5
third [1] 78/5
this [214]
Thornton [1] 52/3
those [60] 4/25 5/1 6/3 7/12 7/19 7/20 8/7 9/3 9/4 9/18 9/24 9/25 10/2 10/3 12/6 14/10 14/16 15/1 19/8 19/17 24/7 25/18 27/6 31/22 36/15 37/13 38/11 38/14 41/13 50/8 50/11 50/16 50/22 50/23 52/4 52/20 54/22 55/16 56/11 56/13 56/19 57/1 57/3 57/5 57/20 57/22 57/25 63/6 64/6 64/7 65/2 65/20 66/5 66/8 66/10 67/14 68/13 72/22 74/13 78/21
though [1] 31/1
thought [2] 30/23 83/5
thoughts [2] 26/21 26/23
thousands [12] 5/10 5/13 5/14 14/1 14/1 18/10 18/10 31/8 31/9 52/15 52/15 80/6
threat [1] 31/20
three [22] 7/5 11/25 20/13 21/5 25/8 35/3 38/3 38/5 41/19 45/9 48/3 49/7 49/11 49/16 55/10 61/10 61/14 63/10 67/14 69/18 74/12 74/18
through [27] 4/1 8/5 11/17 12/12 12/13 14/2 14/6 14/11 21/3 39/17 41/24 42/10 44/4 53/16 54/16 65/14 68/2 68/10 70/2 72/1 75/4 75/23 75/23 77/17 79/12 79/13 79/14
throughout [4] 4/6 4/20 5/11 39/4
Tim [7] 20/17 20/18 20/18 22/24 22/24 23/3 23/10
Tim Holleman [2] 20/17 23/10
time [38] 8/16 16/6 16/19 17/18 19/22 20/25 24/13 33/23 34/24 35/3 35/20 38/20 38/24 43/16 45/9 47/3 48/18 49/17 52/14 52/14 52/25 54/7 54/23 55/6 61/1 61/11 61/13 62/14 67/22 67/23 68/3 68/8 68/12 70/1 72/4 77/8 82/12 83/16
time-wise [1] 20/25
timeline [1] 50/12 81/16
timely [5] 40/18 50/9 63/18 79/24 79/24
times [5] 27/1 27/4 45/7 51/18 61/14
Tina [2] 20/22 24/12
TIP [1] 13/7
tissue [1] 31/1
Tito [2] 75/11 77/21
Tito Gomez [1] 75/11
today [24] 3/5 8/8 8/20 9/19 10/23 10/25 11/9 12/6 12/11 12/20 14/4 14/17 34/13 38/3 48/20 49/21 56/12 59/6 60/9 60/12 61/17 61/22 69/3 81/2
told [1] 37/18
tolerate [1] 24/6
Toni [4] 2/6 84/2 84/9 84/9
too [3] 14/24 25/12 53/9
took [11] 6/10 6/12 7/19 12/16 13/20 26/17 39/8 54/13 59/8 59/13 83/1
tool [2] 21/11 22/2
tort [1] 18/5
total [13] 12/16 54/11 54/18 55/8 57/20 66/24 67/6 68/14 69/9 77/25 78/18 82/15 82/15
totally [1] 11/14
totals [1] 60/23
touched [1] 52/7

touchstone [1] 64/12
toward [1] 38/6
towards [5] 43/6 72/8 72/9 73/5 79/19
toxic [4] 18/24 22/19 33/4 35/6
toxicologist [1] 50/6
toxins [1] 40/13
trained [1] 21/16
transcribed [1] 10/21
transcript [1] 84/5
transcription [1] 2/11
Treasury [1] 61/25
treated [2] 16/18 36/2
treating [1] 42/3
treatment [4] 36/1 41/17 43/17 50/10
tremendously [1] 19/2
trial [2] 27/3 79/22
trials [6] 5/17 5/19 6/7 39/14 45/2 75/24
tried [6] 6/17 7/18 18/9 40/15 74/4 82/23
trouble [1] 59/19
troubled [1] 36/18
truck [1] 60/16
true [5] 27/25 29/4 38/13 64/19 84/4
truly [1] 25/4
trust [2] 79/16 81/4
try [8] 26/23 34/25 44/17 45/3 46/9 64/8 71/14 79/6
trying [5] 23/13 28/22 30/16 44/5 44/12
turn [1] 48/11
turned [2] 47/6 48/10
Tusa [4] 2/6 84/2 84/9 84/9
tweaked [1] 6/22
twice [1] 34/15
two [25] 3/23 4/19 4/25 5/1 7/4 20/3 20/14 24/13 34/21 58/9 59/24 60/4 63/6 66/10 67/22 69/20 70/16 74/1 76/3 77/7 78/22 79/17 80/14 80/19 83/17
twofold [1] 27/10
type [12] 7/14 9/8 9/14 11/24 17/11 25/9 28/15 43/19 46/3 51/10 57/5 74/11
types [5] 5/13 16/21 43/3 43/20 51/9
typically [1] 28/1

**U**

U.S [1] 61/25
U.S. [1] 28/1
U.S. Supreme Court [1] 28/1
ultimately [3] 13/11 72/13 73/19
unable [1] 76/11
unbeknown [1] 4/13
uncapped [1] 13/20
uncomfortable [1] 5/8
uncompensated [1] 81/3
unconvinced [1] 79/7
under [25] 9/12 28/1 29/6 29/14 39/25 49/1 51/16 52/20 53/7 60/18 60/22 60/24 61/7 61/9 61/15 61/18 62/16 62/17 63/1 72/12 73/7 74/11 76/15 76/24 78/18
undergo [1] 24/25
underlying [3] 40/12 48/18 49/14
undermines [1] 82/4
understand [10] 8/10 16/13 37/17 44/5 44/12 49/13 49/19 49/20 72/14 80/5
understandable [1] 23/5
understanding [6] 37/11 56/5 57/14 57/24 58/15 84/5
understood [1] 65/24

undoubted [1] 23/19
unfortunately [3] 5/1 23/20 69/16
unique [2] 69/10 70/7
UNITED [4] 1/1 1/9 4/10 84/3
United States [1] 4/10
unless [3] 10/8 10/16 81/24
Unlike [1] 5/13
unlikely [1] 39/13
unresolved [1] 75/5
unsupported [1] 21/13
until [5] 11/5 17/17 68/8 72/5 80/2
unusual [1] 24/5
up [18] 4/15 7/5 12/23 14/11 14/15 18/4 23/12 24/23 26/7 28/25 29/3 56/17 62/2 64/16 67/5 68/8 69/18 73/20
uploaded [1] 32/16
upon [8] 7/7 7/15 8/16 23/24 25/20 37/16 44/15 67/20
upshot [2] 56/9 66/6
upwards [1] 50/15
us [14] 6/7 8/17 8/21 9/13 9/19 15/12 32/7 36/8 51/2 56/3 56/6 58/5 63/16 74/7
use [7] 4/22 22/2 44/10 61/4 61/8 75/19 76/17
used [4] 4/25 21/11 30/23 59/9
using [2] 2/11 6/18
utility [1] 70/4

**V**

vacate [2] 48/15 71/24
vacated [1] 71/22
Valencia [4] 74/18 74/21 75/6 77/22
value [2] 64/1 64/8
various [5] 4/5 4/22 5/5 8/14 45/21
vehicle [1] 60/15
version [1] 47/21
very [38] 5/1 17/4 17/7 17/24 19/23 21/25 24/5 25/5 25/25 26/4 26/5 26/7 26/11 31/24 36/11 36/17 37/11 37/20 37/22 38/10 45/11 47/8 47/9 47/10 52/6 52/23 53/18 53/21 55/22 56/10 56/20 58/19 66/21 80/8 81/22 82/4 83/14 83/17
victim [1] 56/23
victims [2] 75/2 79/19
Victor [4] 1/23 74/20 81/12 81/19
view [1] 30/21
visitation [1] 46/25
visited [2] 3/15 7/15
visits [1] 34/21
VM [1] 74/21
VM Diaz [1] 74/21
voice [1] 28/23

**W**

W-I-L-K-L-O-W [1] 22/9
wages [2] 60/13 62/1
Waguespack [10] 47/13 47/14 47/17 47/18 47/19 48/1 49/5 49/22 50/1 50/17
Wait [1] 32/4
waited [3] 72/6 80/2 80/5
waiting [1] 14/24 17/15
wakes [1] 23/12
walk [1] 65/13
want [23] 11/1 13/15 14/18 15/12 20/2 20/13 24/23 32/7 34/11 37/15 51/1 52/25 55/24 58/21 62/18 63/8 64/5

## W

want... [6]  64/17 68/16 71/6 73/6 81/13 81/20
wanted [5]  13/3 15/1 30/12 57/25 61/5
wants [3]  52/3 63/16 81/10
warrants [1]  50/14
was [194]
wasn't [2]  7/14 65/11
water [1]  48/10
watery [1]  43/23
way [11]  8/1 12/22 14/11 31/9 31/17 31/21 31/22 33/10 44/19 60/16 80/23
Wayne [3]  52/1 59/6 65/1
ways [1]  31/7
we [218]
We'll [2]  63/21 65/15
wealthy [1]  16/9
weather [1]  75/12
website [2]  7/24 32/16
week [2]  17/23 60/14
weekend [1]  46/25
weeks [4]  35/3 80/15 80/19 83/17
well [23]  3/5 3/16 6/7 6/22 13/5 18/2 20/20 22/1 25/5 25/18 29/2 34/1 44/25 45/12 45/23 45/24 46/20 48/10 48/13 50/15 58/1 65/23 67/8
well-framed [1]  29/2
well-known [1]  48/13
well-qualified [1]  25/5
went [13]  7/2 30/15 35/2 48/21 53/14 54/16 59/21 59/22 75/23 79/12 79/13 79/14 80/23
were [84]  3/20 3/23 4/2 5/10 5/12 5/14 5/15 5/18 6/17 6/22 7/10 7/11 7/11 7/17 7/18 7/22 7/23 7/23 7/24 7/25 9/18 11/14 11/24 14/19 19/3 19/5 25/8 27/8 38/10 38/13 39/7 40/6 42/10 42/20 42/20 44/2 44/2 44/5 44/16 45/25 46/22 48/23 50/9 55/10 56/4 56/5 56/6 56/10 56/10 59/12 60/4 61/3 63/25 64/10 64/10 64/10 65/20 66/10 67/6 68/4 68/12 69/2 69/14 69/19 69/23 69/25 70/1 70/16 71/17 72/2 72/9 72/12 73/4 73/9 73/10 73/12 73/14 75/25 78/14 78/16 79/3 79/7 79/19 82/15
weren't [1]  71/21
Werkema [2]  1/22 71/11
wet [1]  31/14
what [72]  5/17 5/23 6/4 6/6 6/8 6/13 7/11 7/19 7/9 9/8 12/19 13/7 13/16 15/12 18/22 21/15 21/25 22/11 25/20 27/8 27/9 27/15 27/18 27/25 28/10 28/14 29/1 30/6 31/4 31/12 31/19 31/21 32/4 35/13 37/18 39/15 39/23 41/2 42/2 42/12 43/4 43/8 43/18 45/23 46/10 47/11 48/9 48/23 49/11 49/13 49/24 52/9 56/5 56/6 56/14 56/16 57/6 61/20 62/22 64/8 65/18 65/24 67/2 67/25 70/11 70/21 70/22 70/25 71/2 71/21 71/24 72/10 73/16
what's [6]  13/4 14/6 46/8 56/16 70/25 83/15
whatever [8]  7/5 14/9 14/10 14/25 21/18 22/2 24/4 45/4
whatnot [1]  55/16
wheelhouse [1]  22/2
when [32]  5/2 6/20 16/8 19/15 34/17 35/16 35/20 35/21 37/15 38/21 43/16

45/6 46/4 48/2 48/9 48/15 52/14 53/14 54/15 54/18 58/6 58/15 59/16 61/2 68/11 69/21 70/15 70/19 72/25 74/6 78/17 80/21
where [18]  6/25 8/9 19/10 22/12 23/7 27/2 28/15 29/24 30/8 38/20 41/7 43/21 45/20 46/9 48/14 51/10 62/7 77/11
whether [10]  5/21 7/2 27/25 28/18 28/19 30/3 30/10 30/19 51/21 81/20
which [61]  3/24 4/11 4/12 9/7 9/11 9/12 10/6 13/20 13/24 14/4 14/12 18/8 19/6 22/4 22/16 22/22 23/2 23/22 24/1 24/9 24/15 24/16 24/24 25/4 25/22 35/1 35/17 36/6 40/5 46/19 48/7 50/10 53/4 53/15 56/15 57/14 57/18 60/20 61/15 62/23 65/14 68/3 68/9 68/14 68/18 69/9 69/23 71/23 72/11 74/3 74/11 75/16 75/18 75/21 76/6 76/25 77/10 78/9 78/15 78/16 79/21
while [6]  16/12 16/21 24/2 72/6 73/17 75/23
who [29]  8/9 9/19 10/23 11/2 11/8 12/8 12/11 12/11 14/23 21/16 21/20 21/23 24/15 25/8 25/21 27/5 29/11 32/23 38/10 38/14 40/19 43/13 44/4 44/22 46/3 51/25 56/22 72/22 82/7
whole [5]  26/8 61/19 62/10 70/1 70/2
wholly [1]  3/25
whose [1]  18/16
why [7]  8/20 17/2 32/13 44/5 44/12 58/25 82/11
wife [1]  67/23
Wilklow [1]  22/9
will [59]  8/16 10/6 10/17 10/21 14/24 15/4 17/4 17/6 17/14 17/20 17/21 17/22 17/23 21/10 21/24 26/10 28/13 29/4 31/23 33/9 33/12 33/20 34/9 36/20 37/1 37/11 38/6 38/19 40/12 41/15 41/7 48/11 49/12 49/13 49/24 49/24 58/25 61/25 63/20 64/14 64/20 65/8 65/13 66/11 67/2 67/10 71/8 72/12 72/25 74/16 79/2 81/2 81/6 81/17 82/5 83/7 83/12 83/13 83/19
willing [1]  37/5
wires [2]  5/4 49/7
wiring [1]  6/14
wise [1]  20/25
wiser [1]  74/25
wish [1]  34/1
wishes [1]  81/10
withdraw [1]  79/20
within [4]  10/12 22/1 58/5 78/24
without [7]  10/18 10/25 19/7 35/14 52/13 59/9 61/20
witness [1]  45/14
woman [1]  43/13
won't [1]  25/11
Woody [5]  2/5 8/19 56/2 58/7 64/14
word [2]  47/7 47/20
words [2]  56/20 66/6
work [12]  5/3 6/21 19/4 38/6 52/10 54/24 58/19 63/21 68/21 68/22 71/1 81/17
worked [3]  9/10 14/11 47/10
working [3]  6/25 26/7 64/20
world [5]  3/19 4/6 4/20 20/5 28/20
worldwide [1]  4/5
worse [1]  5/7
worthy [1]  42/19

would [52]  11/21 16/24 16/25 18/12 19/8 19/20 19/22 19/24 19/24 26/19 27/3 31/4 32/13 33/11 36/5 38/4 38/4 39/24 42/24 43/5 45/2 46/17 47/5 50/16 51/21 55/5 55/17 56/2 57/1 58/5 60/11 61/21 61/21 61/22 61/23 61/24 62/8 63/5 67/25 68/6 68/10 68/14 70/20 70/23 71/5 72/8 73/4 74/11 78/16 79/8 79/23 80/24
wouldn't [1]  61/21
wounds [1]  24/24
writing [6]  7/7 17/2 27/8 29/23 36/24 37/10
written [3]  7/22 36/16 66/3
wrote [2]  40/10 46/18

## Y

y'all [1]  20/24
year [2]  7/4 69/19
year and a half [1]  69/19
years [18]  12/7 13/6 22/25 24/13 31/8 48/3 49/7 49/11 49/16 58/16 59/14 61/2 69/20 74/24 74/25 75/9 76/7 82/16
Yes [36]  11/11 12/21 15/10 15/12 20/16 30/13 34/9 37/3 37/17 37/19 38/2 41/12 41/12 41/14 46/13 51/3 52/6 54/24 55/21 59/2 59/3 63/10 65/3 65/4 66/9 67/10 68/17 68/24 69/1 70/14 71/11 73/2 74/1 81/14 82/7 82/10
yet [3]  11/2 20/3 58/24
you [158]
You're [1]  55/19
young [2]  19/13 67/22
your [128]
Your Honor [83]  8/18 13/2 13/15 14/15 15/2 15/10 17/4 17/18 17/20 18/1 18/1 19/6 20/15 21/2 21/3 21/9 21/22 21/23 25/10 25/19 25/20 25/24 26/9 26/13 29/16 30/13 30/18 31/6 31/22 32/9 34/11 36/7 37/3 37/21 38/22 39/5 39/13 41/9 43/3 43/22 45/1 46/14 47/5 47/12 47/15 49/2 49/9 50/7 50/16 52/6 52/7 52/12 52/22 52/24 53/3 54/23 55/21 59/4 59/7 61/17 62/19 64/6 65/3 65/14 67/20 70/9 73/1 74/16 79/2 80/22 80/22 81/4 81/18 81/21 81/25 83/9 83/15
Your Honor's [2]  26/14 79/9

## Z

zero [8]  15/18 32/12 41/5 42/19 43/6 50/15 55/13 80/14