UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE : CHINESE-MANUFACTURED         MDL 2047
DRYWALL PRODUCTS LIABILITY            SECTION: L
LITIGATION

                                                              JUDGE FALLON
All Cases                                                  MAG. JUDGE WILKINSON
*************************************

# ORDER

IT IS HEREBY ORDERED that Objectors' are hereby GRANTED leave to file the attached Response to the Fee Committee and Class Counsel's Response in Opposition to the "Motion for Appointment of Val Exnicios & Jimmy Faircloth as Objectors' Co-liaison Counsel, Without Other Objector Opposition, and Without PSC/FC Objection (Except as to Proposed Fee Compensation Provision)"

THUS DONE AND SIGNED this 30th day of August, 2016 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE