UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILTY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:  ALL CASES | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

**ORDER ON PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE**

Considering Counsel for Plaintiff's Motion to Appear by telephone for oral argument on September 22, 2016 at 9:00 a.m., central time, on Plaintiff's Motion for Reconsideration of Special Mater's Opinion and Decree, (Rec. Doc. 20437), **IT IS ORDERED** that the Motion to Appear by telephone is **GRANTED.**  Counsel may appear by telephone.

New Orleans, Louisiana, this 30th day of August, 2016.

_____
The Honorable Eldon E. Fallon
U.S. District Court Judge