UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

As the Court mentioned in the August 25, 2016 monthly status conference in the above-captioned matter, our next status conference will take place September 22, 2016 at 9:00 a.m. To allow the parties to focus on issues which will be discussed at the September 22, 2016 monthly status conference, the Court finds it appropriate to stay the filing of all pleadings until the next status conference on September 22, 2016. Accordingly,

**IT IS ORDERED** that all pleadings in the above-captioned matter shall be stayed until September 22, 2016 at 9:00 a.m.

New Orleans, Louisiana, this 30th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE

1