UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Appendix H to Fee Committee's Response to the Motion for Leave to File Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Under Seal, filed by the Fee Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Appendix H to the Fee Committee's Response to the Motion for Leave to File Joinder and Adoption of the Oppositions to the Fee Committee's Allocation Motion [Rec. Doc. 20396], be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 30th day of August, 2016.

_____
Eldon E. Fallon
United States District Court Judge