UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>All cases. | JUDGE ELDON FALLON<br>MAG. JUDGE WILKINSON |

**DOYLE LAW FIRM'S MOTION FOR LEAVE TO FILE A REPLY TO AMORIN CLASS COUNSEL'S RESPONSE TO MOTION FOR LEAVE TO AMEND COMPLAINT AND THE FEE COMMITTEE'S FURTHER RESPONSE TO THE DOYLE LAW FIRM'S OBJECTIONS TO THE FEE COMMITTEE'S MOTION TO DETERMINE THE ALLOCATION OF THE GLOBAL FEE AWARD AS BETWEEN COMMON BENEFIT FEES AND INDIVIDUAL COUNSEL'S FEES PURSUANT TO PTO 28(F)**

**COMES NOW**, James V. Doyle of Doyle Law Firm, PC, on behalf of plaintiffs in the action styled *Donna Little, et al. v. Taishan Gypsum Co., Ltd., et al.* to seek leave of court to file a reply (Doc. 20464), previously submitted on August 24, 2016, to the PSC/FC's response (Doc. 20405) to pending motion to amend (Doc. 20299) their complaint. The reply filed by the undersigned will be instructive to this court regarding both the PSC/FC's lack of opposition to the motion, as well as the inadequacy of the PSC/FC's multiple attempts to rebut Doyle Law Firm's specific objections to the PSC/FC's motion to determine the allocation of the global fee award between common benefit counsel and individual contracting counsel in the Knauf-related cases. No adverse party will be affected by the acceptance of this reply as none filed any opposition. In addition, the PSC/FC will benefit from the reply as it provides the court with the holdbacks (fees and expenses) imposed by other MDL courts handling product liability matters

1

(Doc. 20464-1) and the correct calculation of average fees payable to the common benefit counsel in this case should the court adopt either the Percentage of Total Recovery Method or the Percent of Common Fund Method (Doc. 20464-2).

Following the filing of the mentioned reply (Doc. 20464) on August 24, 2015, the Clerk of Court notified the undersigned that leave of court is required for this document.  The deadline for filing this motion for leave expires on September 1, 2016; therefore, the instant motion is properly filed with this court per the notification by Clerk of Court.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned hereby moves this honorable court for an order granting leave of court to file the reply previously submitted (Doc. 20464).

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 205-414-7528
jimmy@doylefirm.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Doyle Law Firm's Motion for Leave to File Reply, etc. has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of September, 2016.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC