UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>All cases. | JUDGE ELDON FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Doyle Law Firm, PC's Motion for Leave to File a Reply to *Amorin* Class Counsel's Response to Motion for Leave to Amend Complaint and the Fee Committee's Further Response to the Doyle Law Firm's Objections to the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) ;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the reply previously submitted by Doyle Law Firm, PC (Doc. 20464) is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2016

_____
Eldon E. Fallon
United States District Court Judge