UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | WILKINSON |

**THIS DOCUMENT RELATES TO:**  ALL CASES

<u>**ORDER**</u>

Due to a conflict in the Parties' schedule, the Court finds it appropriate to reschedule the upcoming September Monthly Status Conference to **September 29, 2016 at 9:00 a.m**. Any interested persons unable to attend in person may listen-in via telephone at **(800)-260-0712**. The access code will be **401882** and the Chairperson will be Judge Fallon. The October monthly status conference will take place on October 20, 2016 at 9:00 a.m. The conference call information for the conference will be available on the Court's MDL website on the calendar page. Accordingly,

**IT IS ORDERED** that the September 22, 2016 Monthly Status Conference is hereby **CONTINUED** to September 29, 2016 at 9:00 a.m.

New Orleans, Louisiana, this 6th day of September, 2016.

UNITED STATES DISTRICT JUDGE