UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Currently pending before the Court is the Fee Committee's Motion to Approve the Amended Memorandum of Understanding. R. Doc. 20467. The Court-appointed Special Master was given authority to appoint liaison counsel and develop a protocol for discovery. Additionally, the Special Master has the power to unseal relevant documents pertaining to Common Benefit Fees. Therefore,

**IT IS ORDERED** that the Fee Committee's Motion to Approve the Amended Memorandum of Understanding, R. Doc. 20467, is **DISMISSED AS MOOT.**

New Orleans, Louisiana, this 2nd day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE

1