UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION L  JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

# ORDER

Currently pending before the Court is a Motion for Appointment of Objector's Co-Liaison Counsel. R. Doc. 20407. The Court-appointed Special Master was given authority to appoint liaison counsel for objections Therefore,

**IT IS ORDERED** that the Motion for Appointment of Objector's Co-Liaison Counsel, R. Doc. 20407, is **DISMISSED AS MOOT.**

New Orleans, Louisiana, this 2nd day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE

1