UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

# ORDER

Currently pending before the Court is a Motion for Joinder and Adoption of the Primary Counsel's Motion. R. Doc. 20420. The Court-appointed Special Master was given authority to establish a protocol for discovery and unseal records regarding common benefit fees Therefore,

**IT IS ORDERED** that the Motion for Joinder and Adoption of the Primary Counsel's Motion, R. Doc. 20420, is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 2nd day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE

1