UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Currently pending before the Court is Primary Counsel's Motion for a Case Management Order. R. Doc. 20394. The Court-appointed Special Master was given authority to appoint liaison counsel and develop a protocol for discovery. Additionally, the Special Master has the power to unseal relevant documents pertaining to Common Benefit Fees. Therefore,

**IT IS ORDERED** that Primary Counsel's Motion for a Case Management Order, R. Doc. 20394, is **DISMISSED AS MOOT.**

New Orleans, Louisiana, this 2nd day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE

1