UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION L  JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has received Plaintiffs' Motions for Attorney Fees Outside the MDL (R. Docs. 20340, 20341), and finds it appropriate to hear oral argument on these motions. Therefore,

**IT IS ORDERED** that the Court will hear oral argument on the Motions following the Monthly Status Conference on October 20, 2016 at 9:00 a.m. in the Courtroom of the Honorable Eldon E. Fallon.

New Orleans, Louisiana, this 9th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE