UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO LIFT STAY AND TO FILE EXHIBIT INITIALLY UNDER SEAL UNTIL THE COURT RULES ON THE PLAINTIFFS' STEERING COMMITTEE'S REQUEST TO FILE A NOTICE OF FILING

The Plaintiffs Steering Committee ("PSC") moves this Court to lift the stay order of August 30, 2016 (Rec. Doc. 20480), in order for the PSC to file into the record a Notice of Filing which is highly relevant to ongoing proceedings taking place before the Court.

By correspondence dated September 9, 2016, Arnold Levin, Lead Counsel, met and conferred with Harry Rosenberg, counsel for BNBM, to request permission to file the a Notice of Filing containing publicly available Chinese documents, which request was denied by Mr. Rosenberg later that date on September 9, 2016.  The Plaintiffs' Steering Committee's Notice of Filing is attached hereto as Exhibit "A" and is being filed UNDER SEAL with this Motion to Lift Stay so that the Court is able to determine the relevance of the entirety of the document so that the Court can make a determination on whether the stay should be lifted and a Notice of Filing be filed with the Court.

WHEREFORE, the PSC prays that this motion be GRANTED and the stay be lifted solely for the purpose that a Notice of Filing can be filed with the Court, and that the Notice of Filing with Exhibit "A" be filed UNDER SEAL, until such time as the Court makes a ruling on the PSC's request to file a Notice of Filing.

Dated: September 13, 2016                    Respectfully Submitted,

BY: /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819) (on the Brief)
Leonard A. Davis (La Bar No. 14190) (on the Brief)
Stephen J. Herman (La Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the Brief)
Fred S. Longer (on the Brief)
Sandra L. Duggan (on the Brief)
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**ON BEHALF OF THE PSC**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of September, 2016.

                              Respectfully Submitted,

                        BY: */s/ Leonard A. Davis*
                              Leonard A. Davis
                              Herman, Herman & Katz, LLC
                              820 O'Keefe Avenue
                              New Orleans, LA 70113
                              Phone: (504) 581-4892
                              Fax: (504) 561-6024
                              ldavis@hhklawfirm.com

                              *Plaintiffs' Liaison Counsel MDL 2047*