UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER LIFTING STAY

Considering the Plaintiffs Steering Committee's ("PSC") Motion to Lift Stay and to File Exhibit Initially Under Seal Until the Court Rules on the Plaintiffs' Steering Committee's Request to File a Notice of Filing;

IT IS ORDERED BY THE COURT that the motion is GRANTED solely to lift stay order of August 30, 2016 (Rec. Doc. 20480), in order for the PSC to file into the record a Notice of Filing. The Court has reviewed the Notice of Filing with the attached exhibit and the PSC is allowed to file the Notice and attached exhibit into the record.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge