UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EXHIBIT "A" TO
### THE PLAINTIFFS' STEERING COMMITTEE'S
### MOTION TO LIFT STAY AND TO FILE EXHIBIT INITIALLY
### UNDER SEAL UNTIL THE COURT RULES ON THE PLAINTIFFS'
### STEERING COMMITTEE'S REQUEST TO FILE A NOTICE OF FILING

# FILED UNDER SEAL