# Exhibit D

LABB Investments

# 11001 GULF REFLECTIONS DR #103

Logi



RIDA

Palm Beach    Broward    Miami Dade    Treasure Coast    Naples    Sarasota

Florida   Fort Myers   Gulf Reflections   N210033025

## GULF REFLECTIONS #103

**Realtor**

11001 GULF                                  0    Tweet 0    Like 0



**ZEV FREIDUS**
**BROKER / PRESIDENT**
561-544-3810
SKYPE: zev.freidus
Contact Zev Freidus

Zev Freidus is the Qualifying Broker for Boca Executive Realty, LLC. After relocating to Boca Raton from New York in 1998, Zev began his real estate career by investing in residential properties in Bo
read more...

### SOLD - SOLD - SOLD

This Condo sold on 2010-10-27 for $40,000

11001 GULF REFLECTIONS DR #103 FORT MYERS FLORIDA

### 11001 GULF REFLECTIONS DR #103 PHOTOS



### 11001 GULF REFLECTIONS DR #103 FORT MYERS FLORIDA

**Bedrooms:** 2             **Size:** 1,500 Sq ft.             **Garage:** 0 Car

Bathrooms: 2 Full, 0 Half        Living Area: 1,500 Sq Ft.        Pool: No

### 11001 GULF REFLECTIONS DR #103

Fort Myers: Gulf Reflections: BANK OWNED 2 bedroom 2 bath condo. Unit is the first floor and has 1 car detached carp Conveniently located close to shopping, beaches and Sanibel Island. Sold as is where is. Please see confidential commen additional photos. All information and property details are deemed reliable but not guaranteed and should be indepeneer transaction based upon it.

### ADDITIONAL DETAILS OF 11001 GULF REFLECTIONS DR #103 FORT MYERS FL

**Community:** Gulf Reflections
**Subdivision:** Gulf Reflections
**Lot:** Zero Lot Line

Gulf Reflections Community Information: Gated,Golf Course. **Restrictions:** No RV,No Motorcycles,No Commercial
**Exterior Features:** Patio,Water Display,Storage
**Interior Features:** Fire Sprinkler,French Doors,Walk-In Closet,Window Coverings
11001 Gulf Reflections Dr #103 Fort Myers, Florida is a 2 Bedroom, 2 Bathroom Condo built in 2007, located in Gulf Reflec feet with a 0 Car Car garage. This Condo has Carpet,Ceramic Tile flooring and a Tile roof. This waterfront Condo in Fort M 11001 Gulf Reflections Dr #103 Fort Myers, Florida was listed for sale with MLS# N210033025 by Homes and Land Broke 04-01 00:00:00 and sold on 2010-10-27 for $40000.
11001 Gulf Reflections Dr #103 Fort Myers, Florida is part of a Homeowners Association, the Monthly homowners fees are For more information about the sale of 11001 Gulf Reflections Dr #103 in Fort Myers, please contact your Boca Executive Gulf Reflections or elsewhere in Lee county.

### 11001 GULF REFLECTIONS DR #103 FORT MYERS FLORIDA 33908





The real estate listing data relating to 11001 Gulf Reflections Dr #103 Fort Myers Florida on the Boca Executive Realty website comes multiple listing service (MLS) in which this real estate Broker participates. The homes in Fort Myers Gulf Reflections displayed may not properties listed with Brokers participating in the cooperative data exchange program. Fort Myers Gulf Reflections homes for sale that with either the listing Broker's name or the MLS name or a logo provided by the MLS. The Detailed listing page about such properties provided is thought to be reliable but is not guaranteed to be accurate. You are advised to verify facts that are important to you. No v herein, or for their use or interpretation by the user. The Florida Association of Realtors and its cooperating MLSs do not create, contr no responsibility for the content of such records. Federal law prohibits discrimination on the basis of race, color, religion, sex, handica financing of housing. Boca Executive Realty is an equal housing opportunity luxury real estate broker specializing in waterfront homes Fort Myers Florida.

Boca Executive Realty 1490 5th Ave S., STE A1-104, Naples, Florida

Sitemap | Privacy Policy | Terms of Use

© Copyright 2005-2014, Boca Executive Realty, LLC the leader in luxury home sales in Florida. Find Boca Executive R