UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**RESPONSE OF DEFENDANT BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY TO THE PSC'S SEPTEMBER 13, 2016 MOTION TO LIFT STAY AND TO FILE EXHIBIT INITIALLY UNDER SEAL UNTIL THE COURT RULES ON THE PSC'S REQUEST TO FILE A NOTICE OF FILING**

Defendant Beijing New Building Materials Public Limited Company ("BNBM PLC") hereby responds to the September 13, 2016 Motion of the PSC to lift the stay of litigation to file with the Court a translation of a publically available document that BNBM PLC recently submitted to the China Securities Regulatory Commission (the "CSRC").

### ARGUMENT

The "Feedback Reply of BNBM PLC to the Notice of the CSRC's One Time Comments on Review of Administrative Licensing Project" is not relevant to this MDL proceeding and there is no reason for it to be filed in this case, much less any reason to lift the mediation stay for that filing. The document is publicly available in Chinese and BNBM PLC produced a translated copy to the PSC.[1] The PSC has provided no explanation as to why the document should also be

---

[1] BNBM PLC has continued to produce translated versions of publicly available documents related to the share exchange transaction, including the Feedback Reply. The PSC has not had to translate such documents. The PSC has notified BNBM PLC that it intends to seek to clutter the record with yet another document related to the share exchange transaction, but unrelated to the matters at issue. BNBM PLC also previously produced this document to the PSC in English translation.

separately filed with the Court, much less why filing this document warrants lifting the stay at this time.

The CSRC Feedback Reply is just BNBM PLC's answers to the CSRC's written questions about the proposed share exchange between BNBM PLC and the minority shareholders of Taishan Gypsum Co., Ltd. ("Taishan"). The PSC and the Court have been aware of the transaction and its structure since at least last November, when the PSC first raised the issue and the parties provided the Court with the core documents for the transaction. As we described last fall, the terms of the transaction do not suggest in any way that Taishan's assets are being dissipated. BNBM PLC, which currently owns 65% of the equity interest in Taishan, will acquire the remaining 35% interest in Taishan from Taishan's minority shareholders, and those minority shareholders will receive an approximately 21% interest in BNBM PLC. No money will be paid; no assets sold; and Taishan will continue as a going concern and its current operating mode will continue.[2] The transaction as structured does not have any effect on the net assets of Taishan. While the PSC asserts the document "bears materially on Taishan's ability to fund any judgment entered in this litigation," the PSC does not explain why, beyond stating that a portion of Taishan's shares have been set aside for the contingent risks associated with the American drywall litigation.[3] But the potential cancellation and repurchase of the "locked-up" shares based on the outcome of litigation contingencies affects nothing but the price paid to the Taishan minority shareholders for their stock. It has nothing to do with a transfer of Taishan assets.

---

[2] *See* Rec Doc. 19740, BNBM PLC's Opposition to the PSC's Emergency Motion for a Rule 16 Conference and for Expedited Consideration, and Cross-Motion for a Protective Order Barring the Discovery Sought by the PSC, November 16, 2015.

[3] Oddly, the PSC quotes the language of the questions issued by the CSRC to BNBM PLC, not BNBM PLC's answers, in making this assertion. *See* Exhibit A to the PSC's motion at page 93.

The answers in the Feedback Reply are consistent with information already provided to the Court and reflect that the terms of the transaction have not materially changed. There is no reason to file this publicly available document in this litigation, much less to file it under seal or to lift the stay to file the document.

Dated: September 16, 2016

        Respectfully submitted,

        **DENTONS US LLP**

        By: */s/ Michael H. Barr*
        Michael H. Barr
        New York Bar No. 1744242
        Justin N. Kattan
        New York Bar No. 3983905
        1221 Avenue of the Americas
        New York, New York 10020-1089
        Telephone: (212) 768-6700
        Facsimile: (212) 768-6800
        michael.barr@dentons.com
        justin.kattan@dentons.com

        Richard L. Fenton
        Illinois Bar No. 3121699
        Leah R. Bruno
        Illinois Bar No. 6269469
        233 South Wacker Drive
        Suite 5900
        Chicago, Illinois 60606-6306
        Telephone: (312) 876-8000
        Facsimile: (312) 876-7934
        richard.fenton@dentons.com
        leah.bruno@dentons.com

C. Michael Moore
Texas Bar No. 14323600
Matt Nickel
Texas Bar No. 24056042
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
mike.moore@dentons.com
matt.nickel@dentons.com

Kenneth J. Pfaehler
D.C. Bar No. 461718
Drew W. Marrocco
D.C. Bar No. 453205
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
kenneth.pfaehler@dentons.com
drew.marrocco@dentons.com

-and-

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Response of Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. to the PSC's September 13, 2016 Motion to Lift Stay and to File Exhibit Initially Under Seal Until the Court Rules on the PSC's Request to File a Notice of Filing** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of September, 2016.

/s/     *Michael H. Barr*

101482618