**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                    **MDL NO. 2047**

                                              **SECTION: L**

                                              **JUDGE FALLON**
                                              **MAG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:
*ALL CASES*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THE PLAINTIFFS' STEERING COMMITTEE'S
MOTION TO LIFT STAY AND TO FILE EXHIBIT INITIALLY
UNDER SEAL UNTIL THE COURT RULES ON THE PLAINTIFFS'
STEERING COMMITTEE'S REQUEST TO FILE A NOTICE OF FILING**

The Plaintiffs Steering Committee ("PSC") moves this Court to lift the stay order of

August 30, 2016 (Rec. Doc. 20480), in order for the PSC to file into the record a Notice of Filing

which is highly relevant to ongoing proceedings taking place before the Court.

By correspondence dated September 15, 2016, Arnold Levin, Lead Counsel, met and

conferred with Harry Rosenberg, counsel for BNBM, to request permission to file a Notice of

Filing containing publicly available Chinese documents.  The Plaintiffs' Steering Committee's

Notice of Filing is attached hereto as Exhibit "A" and is being filed UNDER SEAL with this

Motion to Lift Stay so that the Court is able to determine the relevance of the entirety of the

document so that the Court can make a determination on whether the stay should be lifted and a

Notice of Filing be filed with the Court.

WHEREFORE, the PSC prays that this motion be GRANTED and the stay be lifted

solely for the purpose that a Notice of Filing can be filed with the Court, and that the Notice of

Filing with Exhibit "A" be filed UNDER SEAL, until such time as the Court makes a ruling on

the PSC's request to file a Notice of Filing.

Dated: September 16, 2016                    Respectfully Submitted,

                                                         BY: /s/ Russ M. Herman
                                                     Russ M. Herman (La Bar No. 6819) (on the Brief)
           Leonard A. Davis (La Bar No. 14190) (on the Brief)
           Stephen J. Herman (La Bar No. 23129)
           Herman, Herman & Katz, LLC
           820 O'Keefe Avenue
           New Orleans, LA 70113
           Phone: (504) 581-4892
           Fax: (504) 561-6024
           ldavis@hhklawfirm.com
           *Plaintiffs' Liaison Counsel MDL 2047*

           Arnold Levin (on the Brief)
           Fred S. Longer (on the Brief)
           Sandra L. Duggan (on the Brief)
           Matthew Gaughan
           Levin, Fishbein, Sedran & Berman
           510 Walnut Street, Suite 500
           Philadelphia, PA 19106
           Phone: (215) 592-1500
           Fax: (215) 592-4663
           alevin@lfsblaw.com
           *Plaintiffs' Lead Counsel MDL 2047*


           **ON BEHALF OF THE PSC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of September, 2016.

Respectfully Submitted,

BY:  /s/ Leonard A. Davis

Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*