**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT "A" TO
THE PLAINTIFFS' STEERING COMMITTEE'S
MOTION TO LIFT STAY AND TO FILE EXHIBIT INITIALLY
UNDER SEAL UNTIL THE COURT RULES ON THE PLAINTIFFS'
STEERING COMMITTEE'S REQUEST TO FILE A NOTICE OF FILING**

# FILED UNDER SEAL