UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                               MDL NO. 2047

                                                         SECTION: L

                                                         JUDGE FALLON
                                                         MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE
THE PLAINTIFFS' STEERING COMMITTEE'S
REPLY IN SUPPORT OF ITS MOTIONS TO LIFT STAY
AND TO FILE EXHIBITS INITIALLY UNDER SEAL UNTIL
THE COURT RULES ON THE PLAINTIFFS' STEERING COMMITTEE'S
REQUESTS TO FILE NOTICES OF FILING [REC. DOCS. 20497 AND 20500]**

.       NOW COMES the Plaintiffs' Steering Committee ("PSC") who respectfully submits that on September 13, 2016, it filed a Motion to Lift Stay and to File Exhibit Initially Under Seal Until the Court Rules on the Plaintiffs' Steering Committee's Request to File a Notice of Filing [Rec. Doc. 20497] and on September 16, 2016, Beijing New Building Materials Public Limited Company ("BNBM PLC") filed Response [Rec.Doc. 20499].  The PSC then, on September 16, 2016, filed another Motion to Lift Stay and to File Exhibit Initially Under Seal Until the Court Rules on the Plaintiffs' Steering Committee's Request to File a Notice of Filing [Rec. Doc. 20500].  The PSC respectfully requests leave of court to file the attached Reply in Support of Its Motions to Lift Stay and to File Exhibits Initially Under Seal Until the Court rules on the Plaintiffs' Steering Committee's Requests to File Notices of Filing to provide the Court with further information regarding significant market activity involving the acquisition of Beijing

1

New Buildings Materials Public Limited Company ("BNBM PLC") and Taishan Gypsum Company Limited ("Taishan").

WHEREFORE, the PSC respectfully request that this motion be GRANTED and that the attached Reply in Support of Its Motions to Lift Stay and to File Exhibits Initially Under Seal Until the Court rules on the Plaintiffs' Steering Committee's Requests to File Notices of Filing, relating to the PSC's motions at Rec. Docs. 20497 and 20500, be granted.

Dated: September 19, 2016            Respectfully Submitted,

BY: /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819) (on the Brief)
Leonard A. Davis (La Bar No. 14190) (on the Brief)
Stephen J. Herman (La Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the Brief)
Fred S. Longer (on the Brief)
Sandra L. Duggan (on the Brief)
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**ON BEHALF OF THE PSC**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of September, 2016.

                              Respectfully Submitted,

                        BY:  */s/ Leonard A. Davis*
                               Leonard A. Davis
                               Herman, Herman & Katz, LLC
                               820 O'Keefe Avenue
                               New Orleans, LA 70113
                               Phone: (504) 581-4892
                               Fax: (504) 561-6024
                               ldavis@hhklawfirm.com

                               *Plaintiffs' Liaison Counsel MDL 2047*