UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

.        Considering the Plaintiffs' Steering Committee's Motion for Leave to File the Plaintiffs' Steering Committee's Reply in Support of Its Motions to Lift Stay and to File Exhibits Initially Under Seal Until the Court rules on the Plaintiffs' Steering Committee's Requests to File Notices of Filing [Rec. Docs. 20497 and 20500];

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Reply in Support of Its Motions to Lift Stay and to File Exhibits Initially Under Seal Until the Court rules on the Plaintiffs' Steering Committee's Requests to File Notices of Filing, relating to the Plaintiffs' Steering Committee's motions at Rec. Docs. 20497 and 20500, be and is hereby filed into the record.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge