UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                            MDL NO. 2047

                                                      SECTION: L

                                                      JUDGE FALLON
                                                      MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE PLAINTIFFS' STEERING COMMITTEE'S
REPLY IN  SUPPORT OF ITS MOTIONS TO LIFT STAY
AND TO FILE EXHIBITS INITIALLY UNDER SEAL UNTIL
THE COURT RULES ON THE PLAINTIFFS' STEERING COMMITTEE'S
REQUESTS TO FILE NOTICES OF FILING [REC. DOCS. 20497 AND 20500]**

.       The Plaintiffs' Steering Committee ("PSC") hereby submits this reply in support of its Motion to Lift Stay and to File Exhibit Initially Under Seal Until the Court Rules on the Plaintiffs' Steering Committee's Request to File a Notice of Filing [Rec.Doc.No. 20497], to provide the Court with information regarding significant market activity involving the acquisition of Beijing New Buildings Materials Public Limited Company ("BNBM PLC") and Taishan Gypsum Company Limited ("Taishan").

        BNBM PLC attempts to make light of the fact that the "Feedback Reply of BNBM PLC to the Notice of the CRC's One Time Comments on Review of Administrative Licensing Project" is a publicly available document.  However, as the PSC made clear and BNBM PLC concedes, the publicly available document is only written in Chinese, not English.  The critical point of the PSC's submission is that the English speaking public in the United States would have no idea what the publicly available document says but for the fact of the PSC's filing.

1

Not only that, but since the PSC filed its motion, it has learned through a public submission produced by BNBM PLC on September 8, 2016, that on September 7, 2016, the acquisition of BNBM PLC of Taishan was approved by the China Securities Regulatory Commission. BNBM PLC's response still talks in terms of a future transaction not one that has been finally approved. Thus, on September 16, 2016, the PSC filed its Motion to Lift Stay and to File Exhibit Initially Under Seal Until the Court Rules on the Plaintiffs' Steering Committee's Request to File a Notice of Filing [Rec.Doc.No. 20500] to also provide the Court with the Announcement of Beijing New Building Materials Public Limited Company on Approval upon Review by CSRC Merger, Acquisition and Reorganization Commitment for the Matter of Acquisition of Assets through Issuance of Shares, and the Trade Resumption of the Company's Stocks. BNBM PLC's denial that the acquisition of Taishan's minority shareholders equity interest is not relevant to these proceedings or bears materially on Taishan's ability to fund any judgment entered in this litigation is sophistry.

WHEREFORE, the PSC respectfully request that motions Rec.Doc.Nos. 20497 and 20500 be granted.

Dated: September 19, 2016           Respectfully Submitted,


BY: /s/ Russ M. Herman
    Russ M. Herman (La Bar No. 6819) (on the Brief)
    Leonard A. Davis (La Bar No. 14190) (on the Brief)
    Stephen J. Herman (La Bar No. 23129)
    Herman, Herman & Katz, LLC
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    ldavis@hhklawfirm.com
    *Plaintiffs' Liaison Counsel MDL 2047*

>Arnold Levin (on the Brief)
>Fred S. Longer (on the Brief)
>Sandra L. Duggan (on the Brief)
>Matthew Gaughan
>Levin, Fishbein, Sedran & Berman
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>Phone: (215) 592-1500
>Fax: (215) 592-4663
>alevin@lfsblaw.com
>*Plaintiffs' Lead Counsel MDL 2047*

**ON BEHALF OF THE PSC**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of September, 2016.

>Respectfully Submitted,
>
>BY:  /s/ Leonard A. Davis
>     Leonard A. Davis
>     Herman, Herman & Katz, LLC
>     820 O'Keefe Avenue
>     New Orleans, LA 70113
>     Phone: (504) 581-4892
>     Fax: (504) 561-6024
>     ldavis@hhklawfirm.com
>
>     *Plaintiffs' Liaison Counsel MDL 2047*