UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILTY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to: ALL CASES | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

**COMES NOW** Plaintiff, LABB INVESTMENTS, by and through undersigned counsel, and pursuant to Rule 78.1 of the Rules of the U.S. District Court for the Eastern District of Louisiana, respectfully requests oral argument on Plaintiff's Motion for Reconsideration of Special Master's Opinion and Decree (REC. DOC. 20450), on Thursday, September 29, 2016 at 9:00 a.m., or at a time set by this court so as to more fully address any questions the court may have concerning Plaintiff's Motion for Reconsideration.

Respectfully submitted,

/s/ C. David Durkee, Esq.
ROBERTS & DURKEE, P.A.
OFFICES AT GRAND BAY PLAZA
2665 S. Bayshore Drive, Suite 300
Coconut Grove, FL 33133
Phone: (305) 442-1700
Fax: (305) 442-2559
durkee@rdlawnet.com
*Counsel for Individual Plaintiffs*

Mark Milstein, Esq.
Allison R. Willett, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Phone: (310) 396-9600
Fax: (310) 396-9635
*Counsel for Individual Plaintiffs*

Dated: September 21, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served to all parties by electronically uploading the same to Lexis Nexis File & Serve and was electronically filed with the Clerk of Court of the United Sates Court for the Eastern District on this 21st day of September 2016.

By: */s/ C. David Durkee*
C. David Durkee