UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| | JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:** *ALL CASES* | MAG. JUDGE WILKINSON |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the *Motion for Determination of Active Builder Status* filed by Taylor Morrison, Inc., The Ryland Group, Inc. n/k/a CalAtlantic Group, Inc., and LWH, LLC. is submitted for consideration by the Special Master and the Court, if necessary, at dates to be determined.

Respectfully submitted,

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
nsivyer@sbwlegal.com

*Counsel for Taylor Morrison, Inc., The Ryland Group, Inc., and LWH, LLC.*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2016, the foregoing pleading has been served on the Special Master, Daniel J. Balhoff, Esq., Plaintiffs' Liaison Counsel, Russ Herman, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and on Arnold Levin, Esq. by e-mail, and I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in the MDL 2027 proceeding, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Neal A. Sivyer
Neal A. Sivyer