UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| | JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:** ***ALL CASES*** | MAG. JUDGE WILKINSON |

**TAYLOR MORRISON, INC., THE RYLAND GROUP, INC., AND LWH, LLC'S EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

COME NOW Taylor Morrison, Inc., The Ryland Group, Inc. n/k/a CalAtlantic Group, Inc., and LWH, LLC. (collectively, "Movants"), who respectfully seek leave to file under seal Confidential billing records in support of their Motion for Determination that the Movants are considered "Active Builders" as defined in the Memorandum of Understanding [Rec. Doc. 20381-1]. In support thereof, Movants state:

1. The Movants seek to provide this Court, the Special Master, and Plaintiffs' Lead Counsel and Liaison Counsel the opportunity to review their confidential billing records in connection with their Motion for Determination of Active Builder Status. Movants aver that the records support the activities described in their Motion and clearly show the Active Builder status of undersigned counsel.

2. Taylor Morrison requests this Court's approval to file, under seal, the time records of its counsel identified as Exhibit "J" to the Motion for Determination of Active Builder Status.

3. The Ryland Group, Inc. n/k/a CalAtlantic Group, Inc., requests this Court's approval to file, under seal, the time records of its counsel identified as Exhibit "K" to the Motion for Determination of Active Builder Status.

4. LWH, LLC, requests this Court's approval to file, under seal, the time records of its counsel identified as Exhibit "L" to the Motion for Determination of Active Builder Status.

5. The proposed Exhibits are relevant to the Court's ruling on the Motion for Determination of Active Builder Status to the extent that they will apprise this Court of the extensive work and expense incurred by the Movants in this proceeding. The proposed Exhibits are being filed under seal to prevent them from becoming a matter of public record, from being readily available in the public domain, and to prevent the disclosure of attorney-client and work-product communications and work.

WHEREFORE, Movants' respectfully request that this Court enter an Order granting this Motion for Leave to File Exhibits Under Seal and for such other relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Neal A. Sivyer*
Neal A. Sivyer
Florida Bar No. 373745
**SIVYER BARLOW & WATSON, P.A.**
401 East Jackson Street, Suite 2225
Tampa, Florida 33602
Telephone: (813) 221-4242
Facsimile: (813) 227-8598
nsivyer@sbwlegal.com

*Counsel for Taylor Morrison, Inc., The Ryland Group, Inc., and LWH, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on September ____ 2016, the foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email, and electronically filed with the Clerk of the Court of the U.S. District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in the MDL 2027 proceeding and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

*/s/ Neal A. Sivyer*
Neal A. Sivyer