UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L<br><br>JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:** *ALL CASES* | MAG. JUDGE WILKINSON |

## ORDER

Upon Consideration of the Motion filed by Taylor Morrison, Inc., The Ryland Group, Inc. n/k/a CalAtlantic Group, Inc., and LWH, LLC., for Leave to File Exhibits "J", "K" & "L" to their Motion for Determination of Active Builder Status under Seal;

IT IS ORDERED that Taylor Morrison, Inc., The Ryland Group, Inc. n/k/a CalAtlantic Group, Inc., and LWH, LLC's Motion for Leave to File Exhibits "J", "K" & "L" to their Motion for Determination of Active Builder Status under seal is hereby GRANTED and that the Exhibits are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E. FALLON
United States District Court Judge

1