MINUTE ENTRY
FALLON, J.
SEPTEMBER 29, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:   David Durkee, Esq. (via telephone) for Plaintiff Labb Investments
              Danny Dysart, Esq. for Defendants

---

Plaintiff, Labb Investments' Motion for Reconsideration of Special Master's Opinion and Decree (20450)

After argument – The Opinion of the Special Master is AFFIRMED


JS10:   :13