UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**  ALL CASES

<u>**ORDER**</u>

During the September 29, 2016, Monthly Status Conference, Counsel for Knauf

requested permission to file various administrative motions in this matter. Therefore,

**IT IS ORDERED** that Defendant Knauf shall have permission to file administrative

motions, notwithstanding the Court's Order staying all pleadings in this matter.

New Orleans, Louisiana, this 30th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE