UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has received Plaintiffs' Second Motion to Amend/Correct Class Action Complaint, R. Doc. 20299, the Plaintiff Steering Committee's Response, R. Doc. 20405, and the Plaintiffs' Reply, R. Doc. 20464. The Court finds it appropriate to hear oral argument on these motions. Therefore,

**IT IS ORDERED** that the Court will hear oral argument on the Motions following the Monthly Status Conference on October 20, 2016 at 9:00 a.m. in the Courtroom of the Honorable Eldon E. Fallon.

New Orleans, Louisiana, this 4th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

1