**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 13, 2016**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL NO. 2047
     PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

     The Court has been advised of a scheduling conflict in the oral argument regarding the Plaintiff's Motion to Amend/Correct the Class Action Complaint, R. Doc. 20299. The Court finds it appropriate to continue to oral argument in this matter. Therefore, oral argument regarding Plaintiff's Motion to Amend/Correct the Class Action Complaint, R. Doc. 20299 shall be continued until the November 18, 2016 Drywall Monthly Status Conference.

     **IT IS ORDERED** that the oral argument on Plaintiff's Motion to Amend/Correct the Class Action Complaint, R. Doc. 20299, is hereby **CONTINUED**. The Court will hear argument on this matter following the November 18, 2016 Drywall Monthly Status Conference.

1

JS10(00:00)