UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**AGENDA**
**FOR OCTOBER 20, 2016 STATUS CONFERENCE**

   I.   PRE-TRIAL ORDERS

   II.  STATE/FEDERAL COORDINATION

   III. KNAUF REMEDIATION PROGRAM

   IV.  TAISHAN, BNBM AND CNBM DEFENDANTS

   V.   ATTORNEY'S FEES

   VI.  MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

   VII. STAY ISSUED BY COURT

   VIII. NEXT STATUS CONFERENCE