# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **CHINESE-MANUFACTURED** | * | **MDL 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to: All Cases** | * | |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |
| * * * * * * * * * * * * * * * * * * * | | |

## MOTION TO EXTINGUISH
## THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS

**NOW INTO COURT,** through undersigned counsel, come the Knauf Defendants,[1] who file this Motion to Extinguish the Knauf Defendants' Settlement Obligations.  In light of the ending Knauf Class Settlement Program, the Knauf Defendants seek an order extinguishing any and all settlement claims except its settlement obligations to Settlement Claimants listed on Exhibit A (Remaining Already Remediated Home Claims) or Exhibit B (Remaining Remediation Program Claims).

For the reasons set forth more fully in the attached Memorandum in Support, the Knauf Defendants request that the Court extinguish the Knauf Defendants' settlement obligations.

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.
DANIEL J. DYSART (# 33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone:     504.566.8646
Facsimile:     504.585.6946
Email:          kjmiller@bakerdonelson.com

***Counsel for the Knauf Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6 and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 19th day of October 2016.

/s/ *Kerry J. Miller*
KERRY J. MILLER