UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF THE MOTION TO EXTINGUISH
THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS**

The Knauf Defendants[1] file this Memorandum in Support of their Motion to Extinguish the Knauf Defendants' Settlement Obligations.

**I.  BACKGROUND**

On October 14, 2010, the Knauf Defendants and the MDL Plaintiffs' Steering Committee (the "PSC") in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (the "MDL") entered into a Settlement Agreement for the Demonstration Remediation of Homes with KPT Drywall (the "Demonstration Remediation Agreement") to create a program (the "Program") to remediate homes that contain all or substantially all KPT drywall board ("KPT Chinese Drywall").

On December 11, 2012, the Knauf Defendants and the PSC filed the Third Amended Class Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

("Knauf Class Settlement Agreement"), which, based on the Program created by the Demonstration Remediation Agreement, provides property owners a means for resolving their KPT Chinese Drywall-related claims.  On December 12, 2012, the MDL Court issued an Order allowing submission of the Third Amended Class Settlement Agreement and making the Court's prior Preliminary Approval Order, issued January 10, 2012, applicable to the Third Amended Class Settlement Agreement.  On February 7, 2013, the MDL Court issued an Order granting Final Approval to the Third Amended Class Settlement Agreement, which became final on or about March 11, 2013.

On August 12, 2013, following additional claims that were filed after the December 9, 2011 (the execution date for the Knauf Class Settlement Agreement), the Knauf Defendants and the PSC entered into the Settlement Agreement Regarding Post-December 9, 2011 Claims Against the Knauf Defendants in MDL No. 2047 ("New Claims Agreement"), whereby the Knauf Defendants agreed to accept certain late-filed claims to the Knauf Class Settlement Agreement.  Following the New Claims Settlement Agreement, the Knauf Defendants represented to the Court that it would also accept claims under the Knauf Class Settlement Agreement, pursuant to the New Claims Agreement, if the Knauf Defendants were provided notice of the claim on or before October 25, 2013.  Following the October 25, 2013 deadline, the Knauf Defendants again agreed to consider additional late filed claims identified and submitted to the Knauf Defendants by the pro se curator in November 2014.

Pursuant to the Knauf Class Settlement Agreement, the New Claims Settlement Agreement, and the Knauf Defendants' acceptance of certain late filed claims, class members ("Settlement Claimants") have been permitted to seek remediation or compensation for properties affected by Chinese drywall.

**II.     ARGUMENT**

Pursuant to the Knauf Class Settlement Agreement, the New Claims Settlement Agreement, and the Knauf Defendants' acceptance of certain late filed claims, the Knauf Defendants have spent hundreds of millions of dollars remediating thousands of properties affected by Chinese drywall and owned by Settlement Claimants.  As of the end of August 2016, the Knauf Defendants have remediated or compensated 3,648 Option 1, Option 2, or Option 3 Settlement Claimants as part of the Knauf Class Settlement Agreement's Remediation Program. Furthermore, the Knauf Defendants have reimbursed 367 Settlement Claimants for properties that were self-remediated (Already Remediated Homes).

The Knauf Defendants' and Class Counsel's goal is to wrap up the administration of the Knauf Class Settlement Agreement at the same time the Settlement Administrator finishes dispersing funds for the other aspects of the Knauf Class Settlement Agreement and the Global, Banner, and INEX Settlement Agreements.  Over the course of several previous MDL 2047 status conferences, the Settlement Administrator and the Knauf Defendants have continually and consistently reiterated to the parties and the Court that the administration aspect of the Knauf Class Settlement Agreement and the Global, Banner, and INEX Settlement Agreements is soon ending.  To date, only 17 Already Remediated Home claims remain to be negotiated, settled and/or mediated with the Special Master  (See Exhibit A: All Remaining ARH Claims). Furthermore, there are only 112 Remediation Program properties that have not yet been completed (See attached Exhibit B: All Remaining Remediation Program Claims).

In light of the nearing end of the Knauf Class Settlement Agreement, the low number of remaining claims, and the Settlement Administrator's soon completion of its obligations under the Knauf Class Settlement Agreement, the Knauf Defendants' hereby request an order from this

Court extinguishing any further settlement obligations under the Knauf Class Settlement Agreement except its settlement obligations to Settlement Claimants listed in Exhibit A or Exhibit B.

### III. CONCLUSION

In light of the ending Knauf Class Settlement Program, the Knauf Defendants seek an order extinguishing any and all settlement claims not listed in Exhibit A (Remaining Already Remediated Home Claims) or Exhibit B (Remaining Remediation Program Claims).

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.
DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Telephone:     504.566.8646
Facsimile:      504.585.6946
Email:             kjmiller@bakerdonelson.com

*Counsel for the Knauf Defendants*

### CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 19th day of October 2016.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**