**CHINESE DRYWALL ALREADY REMEDIATED HOMES**
**CLAIMS TO BE NEGOTIATED, SETTLED AND/OR MEDIATED**
**AS OF 8/31/16**

| Claimant Name | Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|
| Asch, Rick and Colleen | 138 St. Clair Drive | St. Simons Island | GA | 31522 | Doyle Law Firm, PC |
| McIntyre, Paul | 15922 Innerarity Point Road | Pensacola | FL | 32507 | Doyle Law Firm, PC |
| Williams, Thomas | 301 Intrepid Drive | Slidell | LA | 70458 | Doyle Law Firm, PC |
| Kubick, Andrew | 2802 21st Street | West Lehigh Acres | FL | 33971 | Doyle Law Firm, PC |
| CDO Investments | 1374 Cathedall Avenue | Northport | FL | 34288 | Doyle Law Firm, PC |
| MCF Enterprises, Inc. | 1933 Wanda | North Lehigh Acres | FL | 33971 | Doyle Law Firm, PC |
| MCF Enterprises, Inc. | 343 Ranchito Avenue | Lehigh Acres | FL | 33974 | Doyle Law Firm, PC |
| MCF Enterprises, Inc. | 3505 9th St | West Lehigh Acres | FL | 33974 | Doyle Law Firm, PC |
| MCF Enterprises, Inc. | 900 Tena Avenue | North Lehigh Acres | FL | 33971 | Doyle Law Firm, PC |
| MCF Enterprises, Inc. | 2511 17 St | SW Lehigh Acres | FL | 33976 | Doyle Law Firm, PC |
| Latiff, Mohamed and Bibi | 1898 SE 23rd Court | Homestead | FL | 33035 | Doyle Law Firm, PC |
| Latiff, Mohamed and Bibi | 1943 SE 22nd Drive | Homestead | FL | 33035 | Doyle Law Firm, PC |
| Bahadur, Doodnauth | 1925 SE 22nd Court | Homestead | FL | 33035 | Doyle Law Firm, PC |
| Asset Portfolio | 1305 E 9th Street | Lehigh Acres | FL | 33972 | Doyle Law Firm, PC |
| Carter, Daniel and Amy | 261 W Robert E. Lee | New Orleans | LA | 70124 | Bruno & Bruno |
| St. Martin, Steven and Janell | 4780 Demontluzin | New Orleans | LA | 70122 | Bruno & Bruno |
| Calico, Michael and Lisa | 4300 Orleans Avenue | New Orleans | LA | 70119 | Becnel Law Firm, LLC |

**EXHIBIT A**