| | | | CHINESE DRYWALL PILOT PROGRAM<br>OPEN CLAIMS<br>AS OF 8/31/16 | | | | |
|---|---|---|---|---|---|---|---|
| Row | Claim ID | Remediation Option | Milestone Completed | Homeowner Name | Affected Property Address | City | State | Zip Code |
| 1. | 111340 | Not Selected | N/A | Couvillion John; Couvillion Ann | 12231 Myers Park Avenue | Baton Rouge | LA | 70810 |
| 2. | 111453 | Not Selected | N/A | Masel David; Masel Elna; Car Jennifer; Villa Edith; Santiago Crintan; Cerz Edwin | 18760 SW 238th Street | Homestead | FL | 33031 |
| 3. | 100424 | Not Selected | N/A | Kerne Dean ; Kerne Drina ; Lopez Jessica | 21458 Pleasant Forest Bend | Porter | TX | 77365 |
| 4. | 100499 | Not Selected | N/A | Spencer Johnny ; Spencer Doris ; Spencer Chelsea ; Spencer Corey | 2216 Waterford Village Blvd. | Missouri City | TX | 77459 |
| 5. | 101371 | Not Selected | N/A | Bennette Lillie ; Bennette, Jr. Joseph | 4800 Congress Drive | New Orleans | LA | 70126 |
| 6. | 107250 | Not Selected | N/A | Barni Guy ; Finkelstein Michael ; Haas Jennifer ; Gunter Sharaan ; Summers Charles | 5223 Bathgate Lane | Houston | TX | 77084 |
| 7. | 100991 | Option 1 | Funded | Pavageau Michelle ; Pavageau Craig ; USDA Rural Development | 105 Historic West Street | Garyville | LA | 70051 |
| 8. | 111903 | Option 1 | Progress Payment #2 (30%) | Eddleman Homes, LLC | 1078 Dunnavant Place | Birmingham | AL | 35242 |
| 9. | 102531 | Option 1 | Progress Payment #2 (30%) | Johnson Paul ; Johnson Caron | 12708 Equestrian Trail | Davie | FL | 33330 |
| 10. | 112164 | Option 1 | Progress Payment #2 (30%) | Faulkner Donald E.; Faulkner Brenda S. | 1276-A Century Oaks Drive (Key West Commons) | Gulfport | MS | 39507 |
| 11. | 112199 | Option 1 | Progress Payment #2 (30%) | DesJardins William ; DesJardins Christina | 1705 White Oak Drive | Ocean Springs | MS | 39564 |
| 12. | 112240 | Option 1 | LSP Issued | Chamberlin (Deceased) Michael ; Chamberlin Lorraine | 275 W Robert E. Lee Blvd. | New Orleans | LA | 70124 |
| 13. | 100890 | Option 1 | Progress Payment #1 (30%) | Fincher Donald P.; Fincher Colleen M. | 277 Penn Mill Lakes Boulevard | Covington | LA | 70435 |
| 14. | 112235 | Option 1 | Progress Payment #1 (30%) | Washington LaTonia | 300 NE 36th Street | Oakland Park | FL | 33334 |
| 15. | 112184 | Option 1 | Progress Payment #1 (30%) | Bell David A.; Bell Margaret Y. | 5439 Marcia Avenue | New Orleans | LA | 70124 |
| 16. | 108841 | Option 1 | Progress Payment #3 (35%) | LeClair Richard R; LeClair Joanne C | 5512 Moss Hill Lane | Rosharon | TX | 77583 |
| 17. | 101462 | Option 1 | Progress Payment #2 (30%) | Peters Ronald ; Peters Inez | 76600 S Fitzmorris Road | Covington | LA | 70435 |
| 18. | 106489 | Option 1 | Progress Payment #3 (35%) | Cordova Robert ; Cordova Kari R | 979 Weatherby Street S | Saraland | AL | 36571 |
| 19. | 100617 | Option 2 | Option 2 Contractor Payment #3 (30%) | Blacklidge Ronald W | 11058 Channel Side Drive | Gulfport | MS | 39503 |
| 20. | 107412 | Option 2 | Option 2 Contractor Payment #3 (30%) | Meister III Robert P. | 1120 12th Avenue North | Naples | FL | 34102 |
| 21. | 107243 | Option 2 | Option 2 Contractor Payment #2 (30%) | Visciglia Giancarlo ; Glauzer Katia | 11402 NW 84th Terrace | Doral | FL | 33178 |
| 22. | 100630 | Option 2 | Option 2 Contractor Payment #1 (30%) | Coleman Jessidra C; Coleman Jacqueline W | 15121 SW 106th Avenue | Miami | FL | 33176 |
| 23. | 109464 | Option 2 | Option 2 Contractor Payment #3 (30%) | Heard Valerie | 18092 Robinwood Drive East | Saucier | MS | 39574 |
| 24. | 100981 | Option 2 | Option 2 Contractor Payment #3 (30%) | Salinas Maria | 1934 SE 23rd Court | Homestead | FL | 33035 |
| 25. | 101350 | Option 2 | Option 2 Contractor Payment #3 (30%) | Denkhaus David G.; Denkhaus Diane ; Denkhaus David M. | 19401 La Serena Drive | Fort Myers | FL | 33967 |
| 26. | 104151 | Option 2 | Option 2 Contractor Payment #2 (30%) | Santamaria Rafael ; Santamaria Marcela | 1974 SE 23rd Court | Homestead | FL | 33035 |
| 27. | 100999 | Option 2 | Option 2 Contractor Payment #1 (30%) | Niemann Jason ; Niemann Renee | 201 Rue Esplanade | Mandeville | LA | 70471 |
| 28. | 111504 | Option 2 | Option 2 Contractor Payment #2 (30%) | Giangrosso John ; Giangrosso Marie | 207 Lestin Drive | Slidell | LA | 70460 |
| 29. | 111114 | Option 2 | Option 2 Contractor Payment #3 (30%) | Thompson Wynethia | 2147 St. Croix Avenue | Baton Rouge | LA | 70810 |
| 30. | 103626 | Option 2 | Option 2 Contractor Payment #3 (30%) | Ervin Ronnie ; Ervin Rodella ; Ervin Camerron ; Ervin February ; Ervin Toria ; Ervin Sharonnie | 2186 SW Devon Avenue | Port St. Lucie | FL | 34953 |
| 31. | 111108 | Option 2 | Option 2 Contractor Payment #3 (30%) | Moore Cydney | 2219 St. Croix Avenue | Baton Rouge | LA | 70810 |
| 32. | 111117 | Option 2 | Option 2 Contractor Payment #3 (30%) | Washington Della | 2229 St. Croix Avenue | Baton Rouge | LA | 70810 |
| 33. | 110849 | Option 2 | Option 2 Contractor Payment #1 (30%) | Dalsin Mike John; Dalsin Julie Ann | 23069 Redfish Lane (Main & Guest Houses) | Cudjoe Key | FL | 33042 |
| 34. | 106875 | Option 2 | Option 2 Contractor Payment #1 (30%) | Jaggers Tracy W.; Jaggers Lorna A. | 2311 Tarrytown Crossing Drive | Conroe | TX | 77304 |
| 35. | 103839 | Option 2 | Option 2 Contractor Payment #3 (30%) | Litus Rodney ; Litus Suze | 2351 SW Freeman Street | Port St Lucie | FL | 34953 |
| 36. | 111857 | Option 2 | Option 2 Contractor Payment #2 (30%) | Duplessis Shalonda | 2500 Guerra Drive | Violet | LA | 70092 |
| 37. | 112237 | Option 2 | Option 2 Contractor Payment #2 (30%) | Suhir Huriya ; Willis Ty | 25226 Oak Villa Drive | Spring | TX | 77389 |
| 38. | 111493 | Option 2 | Option 2 Contractor Payment #3 (30%) | Winstead David | 25451 Turkey Ridge Road | Bush | LA | 70431 |
| 39. | 111608 | Option 2 | Option 2 Contractor Payment #3 (30%) | Anthony Evelyn | 3 Ashley Court | Slidell | LA | 70458 |
| 40. | 102626 | Option 2 | Option 2 Contractor Payment #3 (30%) | Dennis Jack E; Dennis Sabrina ; Gaither Dalton | 301 Highland View Drive | Birmingham | AL | 35242 |
| 41. | 106709 | Option 2 | Option 2 Contractor Payment #3 (30%) | Rost Jim ; JDJ One Stop Site Design, Inc. | 3208 8th Street West | Lehigh Acres | FL | 33971 |
| 42. | 102039 | Option 2 | Option 2 Contractor Payment #3 (30%) | Toran Jr. George | 3213 NE 5th Street #201 | Pompano Beach | FL | 33062 |
| 43. | 100406 | Option 2 | Option 2 Contractor Payment #3 (30%) | Glickman David ; Glickman Joan ; Glickman Brian ; Glickman Ayssa ; Ocean Park | 3236 NE 4th Street | Pompano Beach | FL | 33062 |
| 44. | 111709 | Option 2 | Option 2 Contractor Payment #3 (30%) | Roe Fred ; Roe Laura Preston | 32759 Water View Drive East | Loxley | AL | 36551 |
| 45. | 101951 | Option 2 | Option 2 Contractor Payment #2 (30%) | Sanclemente Leonardo ; Sanclemente Nelly | 3341 NE 4th Street | Homestead | FL | 33033 |
| 46. | 111656 | Option 2 | Option 2 Contractor Payment #3 (30%) | Rodriguez Raymond | 3358 NE 3rd Drive | Homestead | FL | 33033 |
| 47. | 112205 | Option 2 | Option 2 Contractor Payment #3 (30%) | Howell Howard ; Howell Marcia | 3390 62nd Avenue NE | Naples | FL | 34120 |
| 48. | 111801 | Option 2 | Option 2 Contractor Payment #3 (30%) | Broussard Jason | 3620 Hemlock Street | Zachary | LA | 70791 |
| 49. | 111739 | Option 2 | Option 2 Contractor Payment #1 (30%) | Londono Dorlys "Amalia" | 367 NE 36 Terrace | Homestead | FL | 33033 |
| 50. | 107681 | Option 2 | Option 2 Contractor Payment #3 (30%) | Blind John ; Blind Christina | 5135 NW Aljo Circle | Port St. Lucie | FL | 34986 |
| 51. | 100270 | Option 2 | Option 2 Contractor Payment #1 (30%) | Randolph Vincent | 5602 Birch Drive | Fort Pierce | FL | 34982 |
| 52. | 104835 | Option 2 | Option 2 Contractor Payment #3 (30%) | Martin Anthony ; Martin Kim | 6015 SW 28th Street | Miami | FL | 33155 |
| 53. | 111477 | Option 2 | Option 2 Contractor Payment #2 (30%) | DAS Investments LLC  ; Sigler Sr. Dean A | 6255 Arrowhead Lane | Vero Beach | FL | 32967 |
| 54. | 103818 | Option 2 | Option 2 Contractor Payment #3 (30%) | Graham Marlene ; Russell Jay ; Raftis (contact) Dave ; The Sanctuary at Blue Heron, Inc. | 8217 Sanctuary Drive #1 | Naples | FL | 34104 |

EXHIBIT B

| | | CHINESE DRYWALL PILOT PROGRAM<br>OPEN CLAIMS<br>AS OF 8/31/16 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Row | Claim ID | Remediation Option | Milestone Completed | Homeowner Name | Affected Property Address | City | State | Zip Code |
| 55. | 100294 | Option 2 | Option 2 Contractor Payment #3 (30%) | Aguirre Gilberto ; Bojorguez Gabriela ; Aguirre Gilberta ; Aguirre Joanna ; Aguirre Brenda ; Valdez Alberto ; Valdez Juan | 8223 Sugar Cane Drive | Baytown | TX | 77523 |
| 56. | 100171 | Option 2 | Option 2 Contractor Payment #2 (30%) | Ditta Peggy | 8310 Maunalani Place | Diamondhead | MS | 39525 |
| 57. | 111115 | Option 2 | Option 2 Contractor Payment #3 (30%) | Tillison Tameecka | 9380 Pascagoula Drive | Baton Rouge | LA | 70810 |
| 58. | 110044 | Option 2 | Option 2 Contractor Payment #3 (30%) | Minor Monique | 9381 Pascagoula Drive | Baton Rouge | LA | 70810 |
| 59. | 109089 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7043 Ambrosia Lane #201 | Naples | FL | 34119 |
| 60. | 107167 | Option 2 - Prime Homes | Funded | Sar Shalom Yehiel ; SFDIL, LLC ; Prime Homes at Portofino Falls, Ltd. | 7043 Ambrosia Lane #202 | Naples | FL | 34119 |
| 61. | 110151 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7047 Ambrosia Lane (Clubhouse) | Naples | FL | 34119 |
| 62. | 109154 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3301 | Naples | FL | 34119 |
| 63. | 109155 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3302 | Naples | FL | 34119 |
| 64. | 109159 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3306 | Naples | FL | 34119 |
| 65. | 109160 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3307 | Naples | FL | 34119 |
| 66. | 109161 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3308 | Naples | FL | 34118 |
| 67. | 109146 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7060 Venice Way #3102 | Naples | FL | 34119 |
| 68. | 109147 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7060 Venice Way #3103 | Naples | FL | 34119 |
| 69. | 109149 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3201 | Naples | FL | 34119 |
| 70. | 109150 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3202 | Naples | FL | 34119 |
| 71. | 109151 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3203 | Naples | FL | 34119 |
| 72. | 109152 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3204 | Naples | FL | 34119 |
| 73. | 109153 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3206 | Naples | FL | 34119 |
| 74. | 109142 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3001 | Naples | FL | 34119 |
| 75. | 109143 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3002 | Naples | FL | 34119 |
| 76. | 109144 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3003 | Naples | FL | 34119 |
| 77. | 109145 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3004 | Naples | FL | 34119 |
| 78. | 109140 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7069 Venice Way #2803 | Naples | FL | 34119 |
| 79. | 109141 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7070 Venice Way #2901 | Naples | FL | 34119 |
| 80. | 107160 | Option 2 - Prime Homes | Option 2 Contractor Payment #1 (30%) | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls, Ltd. | 7070 Venice Way #2902 | Naples | FL | 34119 |
| 81. | 107161 | Option 2 - Prime Homes | Option 2 Contractor Payment #1 (30%) | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls, Ltd. | 7070 Venice Way #2904 | Naples | FL | 34119 |
| 82. | 107162 | Option 2 - Prime Homes | Option 2 Contractor Payment #1 (30%) | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls, Ltd. | 7070 Venice Way #2905 | Naples | FL | 34119 |
| 83. | 107163 | Option 2 - Prime Homes | Option 2 Contractor Payment #1 (30%) | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls, Ltd. | 7070 Venice Way #2906 | Naples | FL | 34119 |
| 84. | 109136 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2601 | Naples | FL | 34119 |
| 85. | 109137 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2602 | Naples | FL | 34119 |
| 86. | 109138 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2604 | Naples | FL | 34119 |
| 87. | 109139 | Option 2 - Prime Homes | Funded | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2606 | Naples | FL | 34119 |
| 88. | 108506 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Villas at Ocean Club ; Burkholder Bernice ; Kodiak Holding Co LLC | 2046 Beach Blvd. #B-215 | Biloxi | MS | 39531 |
| 89. | 108507 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Kodiak Holding Co LLC | 2046 Beach Blvd. #B-216 | Biloxi | MS | 39531 |
| 90. | 108508 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Kodiak Holding Co LLC | 2046 Beach Blvd. #B-217 | Biloxi | MS | 39531 |
| 91. | 108509 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Villas at Ocean Club ; Burkholder Bernice ; Kodiak Holding Co LLC | 2046 Beach Blvd. #B-218 | Biloxi | MS | 39531 |
| 92. | 108510 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Kodiak Holding Co LLC | 2046 Beach Blvd. #B-219 | Biloxi | MS | 39531 |
| 93. | 108511 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Kodiak Holding Co LLC | 2046 Beach Blvd. #B-220 | Biloxi | MS | 39531 |
| 94. | 106807 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Sawyer Julie ; Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice | 2046 Beach Blvd. #C-307 | Biloxi | MS | 39531 |
| 95. | 108514 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Villas at Ocean Club ; Burkholder Bernice ; Moghal Arshad M.; Moghal Rosmarie | 2046 Beach Blvd. #C-308 | Biloxi | MS | 39531 |
| 96. | 106497 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #3 (30%) | Bettini Ken ; Villas at Ocean Club ; Burkholder Bernice ; Bettini Shirley | 2046 Beach Blvd. #C-309 | Biloxi | MS | 39531 |
| 97. | 108515 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Portland Investment Holdings LLC ; Matlock Stephen L; Matlock Billie R | 2046 Beach Blvd. #C-310 | Biloxi | MS | 39531 |
| 98. | 108516 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #3 (30%) | Villas at Ocean Club ; Burkholder Bernice ; Howell Priscilla | 2046 Beach Blvd. #C-311 | Biloxi | MS | 39531 |
| 99. | 108517 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Burkholder Bernice ; Villas at Ocean Club Holdings Co., LLC ; Mangum Jimmie C. | 2046 Beach Blvd. #C-312 | Biloxi | MS | 39531 |

EXHIBIT B

| | | CHINESE DRYWALL PILOT PROGRAM OPEN CLAIMS AS OF 8/31/16 | | | | | |
|---|---|---|---|---|---|---|---|
| Row | Claim ID | **Remediation Option** | **Milestone Completed** | Homeowner Name | Affected Property Address | City | State | Zip Code |
| **100.** | 108518 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Hubar Jack Sean | 2046 Beach Blvd. #C-313 | Biloxi | MS | 39531 |
| **101.** | 108519 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Villas at Ocean Club ; Burkholder Bernice ; Goss-Veazey Investments LLC | 2046 Beach Blvd. #C-314 | Biloxi | MS | 39531 |
| **102.** | 108522 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Villas at Ocean Club ; Burkholder Bernice ; Melancon Ralph ; Melancon Amelia | 2046 Beach Blvd. #D-101 | Biloxi | MS | 39531 |
| **103.** | 101066 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Noldge Don ; Villas at Ocean Club ; Burkholder Bernice ; Hodges Nick ; NCH Partners | 2046 Beach Blvd. #D-102 | Biloxi | MS | 39531 |
| **104.** | 108523 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #3 (30%) | Villas at Ocean Club ; Burkholder Bernice ; Kreissler Jan | 2046 Beach Blvd. #D-103 | Biloxi | MS | 39531 |
| **105.** | 108524 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Villas at Ocean Club ; Burkholder Bernice ; Fredricks Joan ; Wilkinson Terri L; Wilkinson Richard D | 2046 Beach Blvd. #D-104 | Biloxi | MS | 39531 |
| **106.** | 108525 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Villas at Ocean Club ; Burkholder Bernice ; Timmeman John ; Timmeman Sue ; Timmerman Enterprises II LLC ; Rosemary's on the Gulf, LLC ; Black Kathy | 2046 Beach Blvd. #D-105 | Biloxi | MS | 39531 |
| **107.** | 111078 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Burkholder Bernie ; Villas at Ocean Club ; Luke Connelly | 2046 Beach Blvd. #D-205 | Biloxi | MS | 39531 |
| **108.** | 111079 | Option 2 - Villas at Ocean Club | Option 2 Contractor Payment #1 (30%) | Burkholder Bernie ; Villas at Ocean Club ; LeBlanc Archebelle Cassie ; Huckabee Jerry ; Huckabee Jacque | 2046 Beach Blvd. #D-206 | Biloxi | MS | 39531 |
| **109.** | 100948 | Option 3 | Funded | Tran Lang T; Le Kim Nga ; Le Luyen Van ; Le Hung Van ; Le Linda Thi ; Le Tuyet Nhi ; Le Vinh V | 14813 Nassau Drive | Biloxi | MS | 39532 |
| **110.** | 111336 | Option 3 | N/A | Bowman Marcy W; Bowman William R | 17739 Shady Elm Avenue | Baton Rouge | LA | 70816 |
| **111.** | 111360 | Option 3 | N/A | Quinn Michael S. | 7301 Jade Street | New Orleans | LA | 70124 |
| **112.** | 101827 | Option 3 | N/A | Osceola Doreen ; Willie Terry | 8175 SW 187th Street | Cutler Bay | FL | 33157 |

© 2016 BrownGreer PLC

**EXHIBIT B**