UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047<br>SECTION L |
| This document relates to: All Cases | * * * * | JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations;

IT IS ORDERED that the Motion to Extinguish the Knauf Defendants' Settlement Obligations is GRANTED.

The Knauf Defendants' Settlement Obligations to any Settlement Claimant are extinguished except its settlement obligations to Settlement Claimants listed in Exhibit A or Exhibit B.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE