UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L

: JUDGE FALLON
This Document Relates to All Cases : MAG. JUDGE WILKINSON

## ORDER

On September 25, 2016, the Special Master issued Case Management Order No.1, in order to govern the proceedings before the Special Master.

**IT IS ORDERED** that the Court will enter Special Master Case Management Order No. 1 into the record.

New Orleans, Louisiana, this 19th day of October, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE