MINUTE ENTRY
FALLON, J.
OCTOBER 20, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:  Richard Holston, Esq. for Plaintiffs
Richard Taylor, Esq. Prichard Housing Authority and Taylor Martino, P.C.
Arnold Levin, Esq. for Plaintiffs' Fee Committee
Kerry Miller, Esq. and Danny Dysart, Esq. for Knauf Defendants

1. Motion of Plaintiffs for Award of Attorney's Fees and Litigation Expenses Outside the MDL and Pursuant to A Stand-Alone Settlement Agreement with Knauf     (20340)

After argument – Motion was taken under submission

2. Motion of Prichard Housing Authority and Taylor Martino, P.C., for Payment of Attorneys' Fees and Expenses Pursuant to the Stand-Alone Settlement Agreement with Knauf     (20341)

After argument – Motion was taken under submission

JS10:   :47