UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                            MDL NO. 2047

                                                      SECTION: L

                                                      JUDGE FALLON
                                                      MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## THE FEE COMMITTEE'S MOTION FOR LEAVE TO
## FILE RESPONSIVE MATERIAL DURING PENDING STAY

NOW COMES, the Fee Committee ("FC") who respectfully submits that this Court issued a stay order on August 30, 2016 (Rec. Doc. 20480).  The FC further submits that:

1.

On September 23, 2016, a Motion of Taylor Morrison, Inc., The Ryland Group, Inc., and LWH, LLC, for Determination of Active Builders Status With Incorporated Memorandum [Rec. Doc. 20503] was filed with the Court.  Due to the Court's pending stay, the Fee Committee did not file its Response in Opposition to the Motion of Taylor Morrison, Inc., The Ryland Group, Inc., and LWH, LLC, for Determination of Active Builders Status With Incorporated Memorandum, but provided the response to the Special Master, Dan Balhoff, on October 5, 2016. Taylor Morrison, Inc, The Ryland Group, Inc., and LWH, LLC filed a Reply to Fee Committee's Response in Opposition to Active Builder Motion with the Court on October 14, 2016 [Rec. Doc. 20514].  In order to make the Court's record complete with ALL pleadings regarding the Active Builders Motion [Rec. Doc. 20503], the FC requests leave of Court to file its Response in

1

Opposition to the Motion of Taylor Morrison, Inc., The Ryland Group, Inc., and LWH, LLC, for Determination of Active Builders Status With Incorporated Memorandum (Exhibit "A" attached hereto) into the record.

2.

On August 18, 2016, Gentle, Turner, Sexton & Harbison, LLC and McCallum, Hoaglund, Cook & Irby, LLP (collectively referred to as "Sexton/Hoaglund") filed a Show Cause Response to Settlement Administrator's Motion Regarding Stipend Disputes for Chinese Drywall Settlement Program (Stipend Payments Regarding Properties Containing Lower Case KPT Chinese Drywall [Rec. Doc. 20454]. On August 22, 2016, the Fee Committee filed an Amicus Brief to the Court Regarding Sexton/Hoaglund's Show Cause Response to the Settlement Administrator's Motion Regarding Stipend Disputes for Chinese Drywall Settlement Program [Rec. Doc. 20456]. On August 23, 2016, Collins & Horsley, P.C. filed a Motion for Joinder [Rec. Doc. 20461]. On September 2, 2016, the Fee Committee provided to the Special Master, Dan Balhoff, a Supplemental Amicus Brief to the Court Regarding Sexton/Hoaglund's Show Cause Response to the Settlement Administrator's Motion Regarding Stipend Disputes for Chinese Drywall Settlement Program, but did not file the Supplemental Amicus Brief with the Court due to the pending stay. In order to make the Court's record complete with ALL pleadings regarding the Show Cause Response to Settlement Administrator's Motion Regarding Stipend Disputes for Chinese Drywall Settlement Program (Stipend Payments Regarding Properties Containing Lower Case KPT Chinese Drywall [Rec. Doc. 20454], the FC requests leave of Court to file its Supplemental Amicus Brief to the Court Regarding Sexton/Hoaglund's Show Cause Response to the Settlement Administrator's Motion Regarding Stipend Disputes for Chinese Drywall Settlement Program (Exhibit "B" attached hereto) into the record.

WHEREFORE, the FC prays that this motion be GRANTED and that the following pleadings be filed into the Court record:

1. Exhibit "A" – The Fee Committee's Response in Opposition to the Motion of Taylor Morrison, Inc., The Ryland Group, Inc., and LWH, LLC, for Determination of Active Builders Status With Incorporated Memorandum; and

2. Exhibit "B" – The Fee Committee's Supplemental Amicus Brief to the Court Regarding Sexton/Hoaglund's Show Cause Response to the Settlement Administrator's Motion Regarding Stipend Disputes for Chinese Drywall Settlement Program.

Respectfully submitted,

Dated: October 25, 2016

/s/ Russ M. Herman
Russ M. Herman (Bar No. 6819) (on the brief)
Leonard A. Davis (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-Chair/Secretary Fee Committee*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*Chair Fee Committee*

Gerald E. Meunier (LA Bar No. 9471)
Gainsburgh, Benjamin, David,
 Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Co-Counsel for Plaintiffs and PSC Member*
*Fee Committee Member*

***ON BEHALF OF THE FEE COMMITTEE***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of October, 2016.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*