UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
*ALL CASES*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the Fee Committee's Motion for Leave to File Response Material During Pending Stay;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the stay is hereby lifted only as to the below and the Clerk is to file the attached below listed pleadings into the record:

1. Exhibit "A" – The Fee Committee's Response in Opposition to the Motion of Taylor Morrison, Inc., The Ryland Group, Inc., and LWH, LLC, for Determination of Active Builders Status With Incorporated Memorandum; and

2. Exhibit "B" – The Fee Committee's Supplemental Amicus Brief to the Court Regarding Sexton/Hoaglund's Show Cause Response to the Settlement Administrator's Motion Regarding Stipend Disputes for Chinese Drywall Settlement Program.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge