# Exhibit "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                    MDL NO. 2047

                                                              SECTION: L

                                                              JUDGE FALLON
                                                              MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE FEE COMMITTEE'S SUPPLEMENTAL AMICUS BRIEF TO THE COURT REGARDING SEXTON/HOAGLUND'S SHOW CAUSE RESPONSE TO THE SETTLEMENT ADMINISTRATOR'S MOTION REGARDING STIPEND DISPUTES FOR CHINESE DRYWALL SETTLEMENT PROGRAM**

On August 22, 2016, the Fee Committee ("FC") submitted its Amicus Brief to the Court Regarding Sexton/Hoaglund's Show Cause Response to the Settlement Administrator's Motion Regarding Stipend Disputes for Chinese Drywall Settlement Program [Rec.Doc.No. 20456]. Since the matter was submitted to the Court at the Status Conference of August 25, 2016, the FC received additional information from the Claims Administrator regarding this matter, and therefore submits this supplemental brief.

The FC understands that the law firms of Gentle, Turner, Sexton & Harbison, LLC and McCallum, Hoaglund, Cook & Irby, LLP (collectively referenced to as "Sexton/Hoaglund"), contend that because their clients received compensation through the interrelated settlements without proving that their Lower-Case KPT Chinese Drywall was reactive, that their clients had recovered from Knauf without meeting the obligations of Section 4.9 of the Knauf Settlement Agreement, and, therefore, their clients had non-counterfeit Lower-Case KPT Chinese Drywall.

1

However, none of the Sexton/Hoaglund clients recovered any remediation funds from Knauf. This fact was confirmed recently from the Claims Administrator, Brown Greer, whose email of September 1, 2016 (attached hereto as Exhibit "A") notes that "all ten properties received a payment from the InEx Settlement and two properties also received a payment from the Global Settlement." Thus, Sexton/Hoaglund never established that their clients have reactive KPT Chinese drywall and therefore are deemed to have non-KPT Chinese Drywall under the Settlement Agreement. As such, they are only entitled to a $150.00 stipend award per property.

Respectfully submitted,

Dated: September 2, 2016  /s/ Russ M. Herman_____
Russ M. Herman (Bar No. 6819) (on the brief)
Leonard A. Davis (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-Chair/Secretary Fee Committee*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*Chair Fee Committee*

2

Gerald E. Meunier (LA Bar No. 9471)
Gainsburgh, Benjamin, David,
 Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Co-Counsel for Plaintiffs and PSC Member*
*Fee Committee Member*

***ON BEHALF OF THE FEE COMMITTEE***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of September, 2016.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*

# EXHIBIT A

# Fred Longer

| From: | Jake Woody <jswoody@browngreer.com> |
|---|---|
| Sent: | Thursday, September 01, 2016 9:07 AM |
| To: | Fred Longer |
| Subject: | Lower Case Payments |

Fred, per your request, here is a summary that shows the source of the lower case payments made to McCallum Hoagland. All 10 properties received a payment from the InEx Settlement and two properties also received a payment from the Global Settlement. None of the 10 properties received a payment from Knauf. Please let me know if you have any additional questions.

| Row | Claimant Name | Supplier | Builder | Installer | UASF | Global Payment |
|---|---|---|---|---|---|---|
| 1 | Victor Moore | InEx | HPH Properties, LLC Not Global Participant | Unknown | 2994 | N/A |
| 2 | Booker & Brenda F. Joseph | InEx | Park Homes, LLC / Eddleman Properties, Inc. | Unknown | 3202 | $3,250.03 |
| 3 | Arnold Lee & Rada Ridley | InEx | Park Homes, LLC / Eddleman Properties, Inc. | Unknown | 2300 | $2,334.50 |
| 4 | Liberty Park Joint Venture, LLP | InEx | LifeScape Builders, LLC Not Global Participant | Unknown | 3540 | N/A |
| 5 | Liberty Park Joint Venture, LLP | InEx | LifeScape Builders, LLC Not Global Participant | Unknown | 3375 | N/A |
| 6 | Liberty Park Joint Venture, LLP | InEx | LifeScape Builders, LLC Not Global Participant | Unknown | 3831 | N/A |
| 7 | Liberty Park Joint Venture, LLP | InEx | LifeScape Builders, LLC Not Global Participant | Unknown | 3596 | N/A |
| 8 | S. Jason & Rhonda Nabors | InEx | LifeScape Builders, LLC Not Global Participant | Unknown | 4447 | N/A |
| 9 | Richardson, Cherie & Keith | InEx | HGE Construction, Inc Not Global Participant | Unknown | 2127 | N/A |
| 10 | Madden, Michael P. & Ashley M. | InEx | HPH Properties, LLC Not Global Participant | Unknown | 3270 | N/A |

**Jake Woody**
**BROWNGREER PLC**
250 Rocketts Way
Richmond, VA 23231
Telephone: (804) 521-7234
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1