UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
|   | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |   |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
|   | : |   |
|   | : | JUDGE FALLON |
|   | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has received Defendant Knauf's Motion to Extinguish the Knauf Defendants' Settlement Obligations, R. Doc. 20517. The Defendants seek an order extinguishing any settlement claims other than those obligations to the Settlement Claimants listed in Exhibit A, Remaining Already Remediated Home Claims, or Exhibit B, Remaining Remediation Program Claims. The Defendants' Motion, as well as Exhibits A and B have been posted on the drywall website. The Court orders that any objections to Defendants' Motion be filed by November 9, 2016. The motion will be submitted on November 18, 2016. Therefore,

**IT IS ORDERED** that any objections to the Defendants' Motion, R. Doc. 20517, must be filed by November, 9, 2016..

New Orleans, Louisiana, this 26th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

1