UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Plaintiff's Objection and Request to Modify Special Master Case Management Order (R. Doc. 20518)), **IT IS ORDERED** that the Objections are set for submission, without oral argument, on November 18, 2016.

New Orleans, Louisiana, this 27th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

1