# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*The State of Louisiana v. Knauf Gips KG, et al.,* No. 2:10-CV-0340 (E.D. La.). | |

## CONSENT MOTION TO WITHDRAW AS ADDITIONAL COUNSEL OF RECORD FOR THE STATE OF LOUISIANA

Pursuant to LR 83.2.11, David L. Black, Craig M. J. Allely, and the Law Firm of Perkins Coie, LLP, herby move the Court for an order permitting them to withdraw as counsel of record for the State of Louisiana in the above-captioned matter. Undersigned counsel has consulted with and received the consent of opposing counsel to this Motion.

The State of Louisiana continues to be represented in this matter by counsel of record L. Christopher Styron of the Office of the Louisiana Attorney General, the Honorable Jeff Landry. Mr. Styron's contact information remains as follows:

> L. Christopher Styron, La. Bar #30747
> Assistant Attorney General
> Louisiana Department of Justice
> 1885 N. 3rd St.,
> P.O. Box 94005
> Baton Rouge, LA 70804
> (225) 326-6000

72080-0001/23632863.7

-2-

Respectfully submitted,

s/ David. L. Black
**Perkins Coie, LLP**
David L. Black
Craig M. J. Allely
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
(303) 291-2300


**JEFF LANDRY**
**LOUISIANA ATTORNEY GENERAL**
L. Christopher Styron, BarRoll# 30747
Assistant Attorneys General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6000
Facsimile: (225) 326-6499


COUNSEL FOR THE STATE OF LOUISIANA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Additional Counsel of Record For the State of Louisiana filed on behalf of David L. Black, Esq. Craig M. J. Allely, Esq. and the law firm Perkins Coie LLP, has been served on Plaintiffs' Liaison Counsel, Russ Herman;  Defendants' Liaison Counsel, Kerry Miller; Homebuilders' Liaison Counsel, Dorothy Wimberly;  Insurance Liaison Counsel, Judy Y. Barrasso; and Taishan, BNBM, and CNBM Liaison  Counsel, Harry Rosenberg, all by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing  was electronically filed with the Clerk of Court of the United States District Court for the Eastern  District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing  in accordance with the procedures established in MDL 2047, on this 31st  day of October, 2016.

s/ David L. Black
(Signature of Filing Attorney)