UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE FEE COMMITTEE'S MOTION FOR LEAVE TO FILE ITS ERRATA TO FEE COMMITTEE'S MOTION TO DETERMINE THE ALLOCATION OF THE GLOBAL FEE AWARD AS BETWEEN COMMON BENEFIT FEES AND INDIVIDUAL COUNSEL'S FEES PURSUANT TO PTO 28(F) DURING PENDING STAY**

NOW COMES, the Fee Committee ("FC") who respectfully submits that this Court issued a stay order on August 30, 2016 (Rec. Doc. 20480). The FC requests leave of Court to file its Errata to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fee and Individual Counsel's Fee Pursuant to PTO 28(F).

On June 6, 2016, the Chinese Drywall MDL 2047 Fee Committee ("FC") filed its motion to determine the allocation of the $192,981,363.35 Global Fee Award as between common benefit fees and individual counsel's fees pursuant to PTO 28(F) [Rec. Doc. 20290]. Since that filing, the FC became aware of an error regarding the treatment of the attorneys' fees derived from the Virginia Settlements identified in the "Attorney Fee Reconciliation" prepared by Mr. Philip Garrett, which was attached as Exhibit "2" to the Revised and Updated Affidavit of Philip A. Garrett, C.P.A. Pursuant to Pretrial Order No. 28(F), and accompanied the Fee Allocation motion.

1

The proposed Errata explains and corrects the error regarding the treatment of the attorneys' fees derived from the Virginia settlements.

WHEREFORE, the FC prays that this motion be GRANTED and that The Fee Committee's Errata to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fee and Individual Counsel's Fee Pursuant to PTO 28(F) be filed into the Court record.

Dated: November 1, 2016　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　BY: /s/ Russ M. Herman
　　　　　　　　　　　　　　　　Russ M. Herman (La Bar No. 6819) (on the Brief)
　　　　　　　　　　　　　　　　Leonard A. Davis (La Bar No. 14190) (on the Brief)
　　　　　　　　　　　　　　　　Stephen J. Herman (La Bar No. 23129)
　　　　　　　　　　　　　　　　Herman, Herman & Katz, LLC
　　　　　　　　　　　　　　　　820 O'Keefe Avenue
　　　　　　　　　　　　　　　　New Orleans, LA 70113
　　　　　　　　　　　　　　　　Phone: (504) 581-4892
　　　　　　　　　　　　　　　　Fax: (504) 561-6024
　　　　　　　　　　　　　　　　ldavis@hhklawfirm.com
　　　　　　　　　　　　　　　　*Plaintiffs' Liaison Counsel MDL 2047*

　　　　　　　　　　　　　　　　Arnold Levin (on the Brief)
　　　　　　　　　　　　　　　　Fred S. Longer (on the Brief)
　　　　　　　　　　　　　　　　Sandra L. Duggan (on the Brief)
　　　　　　　　　　　　　　　　Matthew Gaughan
　　　　　　　　　　　　　　　　Levin, Fishbein, Sedran & Berman
　　　　　　　　　　　　　　　　510 Walnut Street, Suite 500
　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　Phone: (215) 592-1500
　　　　　　　　　　　　　　　　Fax: (215) 592-4663
　　　　　　　　　　　　　　　　alevin@lfsblaw.com
　　　　　　　　　　　　　　　　*Plaintiffs' Lead Counsel MDL 2047*

　　　　　　　　　　　　　　　　**ON BEHALF OF THE FC**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of November, 2016.

Respectfully Submitted,

BY: /s/ Leonard A. Davis
      Leonard A. Davis
      Herman, Herman & Katz, LLC
      820 O'Keefe Avenue
      New Orleans, LA 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*