UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER LIFTING STAY

Considering the Fee Committee's Motion for Leave;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the stay is hereby lifted only as to The Fee Committee's Errata to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fee and Individual Counsel's Fee Pursuant to PTO 28(F) and the Clerk is to file the attached pleadings into the record.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge