UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                            MDL NO. 2047

                                                       SECTION: L

                                                       JUDGE FALLON
                                                       MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE FEE COMMITTEE'S MOTION FOR LEAVE TO FILE ITS MOTION TO SUBSTITUTE EXHIBIT TO MOTION TO APPROVE THE AMENDED MEMORANDUM OF UNDERSTANDING REGARDING ALL HOMEBUILDER CLAIMS FOR REIMBURSEMENT OF COUNSEL FEES DURING PENDING STAY**

NOW COMES, the Fee Committee ("FC") who respectfully submits that this Court issued a stay order on August 30, 2016 (Rec. Doc. 20480). The FC requests leave of Court to file its Motion to Substitute Exhibit to Motion to Approve the Amended Memorandum of Understanding Regarding All Homebuilder Claims for Reimbursement of Counsel Fees.

On August 26, 2016, the FC filed a Motion to Approve the Amended Memorandum of Understanding Regarding All Homebuilder Claims for Reimbursement of Counsel Fees [Rec. Doc. 20467]. The FC moves for leave to substitute a corrected Allocation Report prepared by Mr. Philip Garrett for the original Allocation Report that was attached as Exhibit B to the Amended Memorandum of Understanding ("MOU") regarding all Homebuilder claims for reimbursement of counsel fees. The proposed substituted Allocation Report correctly calculates attorneys' fees available for distribution.

1

WHEREFORE, the FC prays that this motion be GRANTED and that The Fee Committee's Motion to Substitute Exhibit to Motion to Approve the Amended Memorandum of Understanding Regarding All Homebuilder Claims for Reimbursement of Counsel Fees be filed into the Court record.

Dated: November 1, 2016　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　BY: /s/ Russ M. Herman
　　　　　　　　　　　　　　　　　　Russ M. Herman (La Bar No. 6819) (on the Brief)
　　　　　　　　　　　　　　　　　　Leonard A. Davis (La Bar No. 14190) (on the Brief)
　　　　　　　　　　　　　　　　　　Stephen J. Herman (La Bar No. 23129)
　　　　　　　　　　　　　　　　　　Herman, Herman & Katz, LLC
　　　　　　　　　　　　　　　　　　820 O'Keefe Avenue
　　　　　　　　　　　　　　　　　　New Orleans, LA 70113
　　　　　　　　　　　　　　　　　　Phone: (504) 581-4892
　　　　　　　　　　　　　　　　　　Fax: (504) 561-6024
　　　　　　　　　　　　　　　　　　ldavis@hhklawfirm.com
　　　　　　　　　　　　　　　　　　*Plaintiffs' Liaison Counsel MDL 2047*

　　　　　　　　　　　　　　　　　　Arnold Levin (on the Brief)
　　　　　　　　　　　　　　　　　　Fred S. Longer (on the Brief)
　　　　　　　　　　　　　　　　　　Sandra L. Duggan (on the Brief)
　　　　　　　　　　　　　　　　　　Matthew Gaughan
　　　　　　　　　　　　　　　　　　Levin, Fishbein, Sedran & Berman
　　　　　　　　　　　　　　　　　　510 Walnut Street, Suite 500
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　Phone: (215) 592-1500
　　　　　　　　　　　　　　　　　　Fax: (215) 592-4663
　　　　　　　　　　　　　　　　　　alevin@lfsblaw.com
　　　　　　　　　　　　　　　　　　*Plaintiffs' Lead Counsel MDL 2047*

　　　　　　　　　　　　　　　　　　**ON BEHALF OF THE FC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of November, 2016.

Respectfully Submitted,

BY: /s/ Leonard A. Davis
    Leonard A. Davis
    Herman, Herman & Katz, LLC
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*