**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THE FEE COMMITTEE'S MOTION TO SUBSTITUTE EXHIBIT TO MOTION TO
APPROVE THE AMENDED MEMORANDUM OF UNDERSTANDING REGARDING
ALL HOMEBUILDER CLAIMS FOR REIMBURSEMENT OF COUNSEL FEES**

The Chinese Drywall MDL 2047 Fee Committee ("FC") moves for leave to substitute a

corrected Allocation Report prepared by Mr. Philip Garrett for the original Allocation Report

that was attached as Exhibit B to the Amended Memorandum of Understanding ("MOU")

regarding all Homebuilder claims for reimbursement of counsel fees (Rec. Doc. 20467-1, Exhibit

B).   The proposed substituted Allocation Report correctly calculates attorneys' fees available for

distribution.

For the reasons set forth in the accompanying memorandum of law (incorporated herein

by reference), the FC's motion should be granted.

1

Respectfully submitted,

Dated: November 1, 2016       /s/ Russ M. Herman_____

Russ M. Herman (Bar No. 6819) (on the brief)
Leonard A. Davis (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-Chair/Secretary Fee Committee*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*Chair Fee Committee*

Gerald E. Meunier (LA Bar No. 9471)
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Co-Counsel for Plaintiffs and PSC Member*
*Fee Committee Member*

***ON BEHALF OF THE FEE COMMITTEE***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of  November, 2016.

<u>/s/ Leonard A. Davis</u>
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                    MDL NO. 2047

                                              SECTION: L

                                              JUDGE FALLON
                                              MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF THE FEE COMMITTEE'S MOTION TO SUBSTITUTE EXHIBIT TO MOTION TO APPROVE THE AMENDED MEMORANDUM OF UNDERSTANDING REGARDING ALL HOMEBUILDER CLAIMS FOR REIMBURSEMENT OF COUNSEL FEES

On August 28, 2016, the Chinese Drywall MDL 2047 Fee Committee ("FC") moved to

obtain Court approval of the Amended Memorandum of Understanding ("MOU") regarding all

Homebuilder claims for reimbursement of counsel fees (Rec. Doc. 20467).  The MOU was

entered into between the Various Homebuilders identified on Exhibit A to the MOU, the FC,

Plaintiffs' Lead Counsel, and Plaintiffs' Liaison Counsel (collectively, the "parties").  The

purpose of the MOU was to resolve the dispute regarding the return of set asides from Banner

and Global to Homebuilders.   By Order dated July 18, 2016 (Rec. Doc. 20410), the matter is

now pending before Special Master Balhoff.  Since that filing, the FC became aware of an error

regarding the treatment of the Virginia Settlements identified in the Allocation Report prepared

by Mr. Philip Garrett that was attached as Exhibit B to the MOU (Rec. Doc. 20467-1, Exhibit B).

The FC now moves for leave to substitute a corrected Allocation Report, which correctly sets

forth the total available attorney's fees from the Knauf/Global/Banner/InEx Settlements, which

are available for distribution as they pertain to the set-asides of attorneys' fees to be returned to Homebuilders.   A copy of the corrected Allocation Report is attached hereto as Exhibit "A".  As set forth in this Allocation Report, the attorneys' fees derived from the Virginia Settlements are irrelevant to the Homebuilder refund issues.  *See also* Errata to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) (filed contemporaneously).

On October 13, 2016, Virginia Class Counsel submitted a letter to Mr. Garrett, which informed the Court-appointed CPA of a calculation error in the amount of fees available for distribution from the Four Virginia-Based Settlements that are described in his Allocation Report.  A copy of the October 13, 2016 letter of Messrs. Levin, Herman and Serpe is attached hereto as Exhibit "B".  The error identified related to the treatment of the allocative share for individually retained counsel's attorneys' fee set aside from the Virginia-based Settlements. This set aside should have been excluded from the total available for distribution from the Global/Banner/InEx/Knauf settlements, but the Allocation Report did not account for the Court's anticipated split between common benefit attorneys and individually retained counsel of the Virginia attorneys' fees.

Because the substitution of the corrected Allocation Report does not impact on the substance of the MOU or the recoveries of the Homebuilders under the terms of the MOU, the FC submits that the substitution should be permitted.  The Homebuilders were apprised of the October 13, 2016 letter and corrected Allocation Report prior to this motion.

Wherefore, for the reasons set forth above, the FC's motion should be granted.

Respectfully submitted,


Dated: November 1, 2016  /s/ Russ M. Herman_____
           Russ M. Herman (Bar No. 6819) (on the brief)
           Leonard A. Davis (Bar No. 14190) (on the brief)
           Stephen J. Herman, Esquire (Bar No. 23129)
           HERMAN, HERMAN & KATZ, L.L.C.
           820 O'Keefe Avenue
           New Orleans, Louisiana 70113
           Phone: (504) 581-4892
           Fax: (504) 561-6024
           LDavis@hhklawfirm.com
           *Plaintiffs' Liaison Counsel MDL 2047*
           *Co-Chair/Secretary Fee Committee*

           Arnold Levin (on the brief)
           Fred S. Longer (on the brief)
           Sandra L. Duggan (on the brief)
           Levin, Fishbein, Sedran & Berman
           510 Walnut Street, Suite 500
           Philadelphia, PA 19106
           Phone:  (215) 592-1500
           Fax:  (215) 592-4663
           Alevin@lfsblaw.com
           *Plaintiffs' Lead Counsel MDL 2047*
           *Chair Fee Committee*

           Gerald E. Meunier (LA Bar No. 9471)
           Gainsburgh, Benjamin, David,
            Meunier & Warshauer, LLC
           2800 Energy Centre
           1100 Poydras Street
           New Orleans, LA 70163-2800
           Phone: (504) 522-2304
           Fax: (504) 528-9973
           gmeunier@gainsben.com
           *Co-Counsel for Plaintiffs and PSC Member*
           *Fee Committee Member*

           ***ON BEHALF OF THE FEE COMMITTEE***

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants'
Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same
to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was
electronically filed with the Clerk of Court of the United States District Court for the Eastern
District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing
in accordance with the procedures established in MDL 2047 on this 1st day of November, 2016.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*

4

# EXHIBIT A

# Chinese Drywall  MDL 2047

Allocation report using February 28,2016 balances
~59.37% / 40.63% split [1]

|                                                                                                                                                                    | Pages |
|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| **Monies available for Attorney Fees**                                                                                                                             | 1     |
| **Calculation of funds based on ~59.37%/ ~40.63% split in aggregate award between Common Benefit Attorneys and Individual Retained Attorneys using only Banner Settlement amounts [1]** | 2     |
| **Calculation of funds based on  ~59.37%/ ~40.63% split in aggregate award between Common Benefit Attorneys and Individual Retained Attorneys using Banner and Global  Settlement amounts combined [1]** | 3     |
| **Claim Payment Amounts from BANNER settlement - Non-Active Builders in common benefit litigation** | 4     |
| **Claim Payment Amounts from BANNER settlement - Active Builders in common benefit litigation** | 5     |
| **Claim Payment Amounts from BANNER and GLOBAL settlements - Non-Active Builders in common benefit litigation** | 6     |
| **Claim Payment Amounts from BANNER and GLOBAL settlements - Active Builders in common benefit litigation** | 7     |
| **Total Claim Payment Amounts with  Other Loss Fund Payments Attributable to Banner and Global Settlements** | 8     |

[1] **The actual refunds to Homebuilders will be determined by the actual percentage
    amounts allocated to CB attorneys and IR attorneys in the Court's order**

revised  10-20-2016

**Chinese Drywall  MDL 2047**
**Monies available for Attorney Fees**
**2/28/2016**

| | | Total | Virginia Attorney Fees | | Attorney Fees |
|---|---|---|---|---|---|
| **QSF Attorney accounts** | | | | | |
| Qualified Settlement Combined Attorney Fund | $ | 181,196,758.20 | $ 5,673,299.05 | $ | 175,523,459.15 |
| Knauf deposit of additional settlement | $ | 13,592,762.95 | | $ | 13,592,762.95 |
| | | | | | |
| Funds held by PSC | | | | | |
| PSC Knauf checking   12/31/14 | $ | 1,374,531.18 | | $ | 1,374,531.18 |
| PSC (ICS) account | $ | 2,000,000.00 | | $ | 2,000,000.00 |
| PSC (Federated) account | $ | 1,000,174.81 | | $ | 1,000,174.81 |
| Funds from  Knauf advance | $ | 175,299.07 | | $ | 175,299.07 |
| **Funds held by PSC** | $ | 4,550,005.06 | | $ | 4,550,005.06 |
| | | | | | |
| Subtotal | $ | 199,339,526.21 | | | |
| | | | | | |
| Stipend | $ | (328,424.99) | | $ | (328,424.99) |
| Held Costs as of 12/2014 | $ | (3,842,737.87) | | $ | (3,842,737.87) |
| Unpaid Cash Assessments | $ | (2,187,000.00) | | $ | (2,187,000.00) |
| Set asides before Fee allocation | $ | (6,358,162.86) | | $ | (6,358,162.86) |
| **Funds available for distribution for attorney fees** **for common benefit and individual retained** **attorneys** | $ | 192,981,363.35 | $ 5,673,299.05 | $ | 187,308,064.30 |
| | | | | | |
| **Voluntary contributions held by Clerk of Court for common** **benefit attorneys only** | $ | 3,332,058.26 | | | |
| | | | | | |
| **North River Litigation Fees and Costs for PSC counsel** **involved in NR preparations and trial** | $ | 2,400,000.00 | | | |

\*

\*  The Virginia attorneys' fees ($5,673,299.05) are separate and apart from the Banner and Global Settlements and, therefore, do not factor into any returns of
set-asides to Homebuilders.

**p1 of 8**

# Chinese Drywall  MDL 2047

**Calculation of funds based on Fee award amounting to 10.65% of Class Settlement Recovery, representing ~59.37% / ~40.63% Split of Available Funds between Common Benefit Attorneys and Individual Retained Attorneys [1]**

**Builder Refund based on Banner payments only (reference p4 of 6)**

| | Common Benefit | Individual Retained | |
|---|---|---|---|
| Split of Available Funds (~59.37%/~40.63%) [1] | 59.37% | 40.63% | |
| CB & IR funds | $  111,204,797.77 | $  76,103,266.53 | $  187,308,064.30 |
| Active Builders (Greenberg Traurig): 9.0% from Common Benefit Fund plus 13% from Individual Retained Fund | ($559,297.53) | $   (807,874.21) | |
| .75% adjustment for Co-class Counsel Fees | ($19,739.91) | $    (28,513.21) | |
| All Non-Active Builders (not including Greenberg Traurig): 0% from Common Benefit Fund and 13.0% from Individual Retained Fund[2] | | ($854,448.81) | |
| .75% adjustment for Co-class Counsel Fees | | ($52,313.19) | |
| Subtotal | $  110,625,760.33 | $  74,360,117.10 | $  184,985,877.43 |
| Voluntary Contributions [3] | $    3,332,058.26 | | |
| Available for Common Benefit [4] | $  113,957,818.59 | | |

1.  Common Benefit and Individual Retained is calculated on Common Benefit Fees exclusive of Virginia Attorney Fees  per p1

2. Per p5. Used only Greenberg Traurig as an Active Litigating Builder Firm.  All other builders entitled to refund of non-common benefit % only.

3  Voluntary Funds are added in after the alternate percentage allocations.

4  North River Funds not included here but will be allocated separately by Court.

**p2 of 8**

# Chinese Drywall  MDL 2047

**Calculation of funds based on Fee award amounting to 10.65% of Class Settlement Recovery, representing ~59.37% / ~40.63% Split of Available Funds between Common Benefit Attorneys and Individual Retained Attorneys [1]**

**Builder Refund based on Banner and Global  payments combined   (reference p5 of 6)**

| | Common Benefit | Individual Retained | |
|---|---|---|---|
| Split of Available Funds (~59.37%/~40.63%) [1] | 59.37% | 40.63% | |
| CB & IR funds | $ 111,204,797.77 | $ 76,103,266.53 | $ 187,308,064.30 |
| Active Builders (Greenberg Traurig): 9.0% from Common Benefit Fund plus 13% from Individual Retained Fund | ($1,069,891.79) | $ (1,545,399.26) | |
| .75% adjustment for Co-class Counsel Fees | ($37,760.89) | $ (54,543.50) | |
| All Non-Active Builders (not including Greenberg Traurig): 0% from Common Benefit Fund and 13% from Individual Retained Fund [2] | | ($1,768,901.49) | |
| | | ($108,300.09) | |
| Subtotal | $ 110,097,145.09 | $ 72,626,122.18 | $ 182,723,267.28 |
| Voluntary Contributions [3] | $ 3,332,058.26 | | |
| Available for Common Benefit [4] | $ 113,429,203.35 | | |

1.  Common Benefit and Individual Retained is calculated on Common Benefit Fees exclusive of Virginia Attorney Fees  per p1

2. Per p7. Used only Greenberg Traurig as an Active Litigating Builder Firm.  All other builders entitled to refund of non-common benefit % only.

3  Voluntary Funds are added in after the alternate percentage allocations.

4  North River Funds not included here but will be allocated separately by Court.

**p3 of 8**

*Chinese Drywall*    *CLAIM PAYMENT AMOUNTS FROM BANNER SETTLEMENT*    Assume ~59.37/~40.63split between CB and Individual Retained attorneys [1]

| Row | BUILDER  Non-Active | BUILDER'S LAW FIRM | Banner Claim Payment Amount | Banner Other Loss Fund (Loss Fund payment times 4.54%) | Claim Payment with 32% Attorney Fees Imputed | Individual Retained Share of Refund 40.63% x 32%(13%) | .75% x Claim Payment w 32% inputted for Co-class counsel fees | Adjusted Refund for 13% after .75% adjustment |
|---|---|---|---|---|---|---|---|---|
| 1 | K. Hovnanian First Homes, LLC | Bilzin Sumberg | $12,468.06 | | $18,335.38 | $2,383.60 | | |
| 2 | K. Hovnanian T & C Homes of Florida, LLC | Bilzin Sumberg | $101,814.57 | | $149,727.31 | $19,464.55 | | |
| 3 | K. Hovnanian Windward Homes, LLC | Bilzin Sumberg | $0.00 | | $0.00 | $0.00 | | |
| | | **Bilzin Sumberg Total** | **$114,282.63** | | **$168,062.69** | **$21,848.15** | **$1,260.47** | **$20,587.68** |
| 4 | Aubuchon Homes, Inc. | BOYLE, GENTILE & LEONARD PA | $0.00 | | $0.00 | $0.00 | | |
| | | **BOYLE, GENTILE & LEONARD PA Total** | **$0.00** | | **$0.00** | **$0.00** | | |
| 5 | Ashton Tampa Residential, LLC | Carlton Fields  Ashton Tampa | $0.00 | | $0.00 | $0.00 | | |
| 6 | Florida Home Partnership, Inc. | Carlton Fields florida Home P'ship | $39,408.93 | | $57,954.31 | $7,534.06 | | |
| 7 | KB Home Orlando LLC | Carlton Fields KB Home of Orlando | $410,792.58 | | $604,106.74 | $78,533.88 | | |
| 8 | M/I Homes of Tampa, LLC | Carlton Fields M/I Homes of Tampa | $139,150.44 | | $204,633.00 | $26,602.29 | | |
| | | **Carlton Fields Total** | **$589,351.95** | | **$866,694.04** | **$112,670.23** | **$6,500.21** | **$106,170.02** |
| 9 | Prime Homes at Portofino Falls, Ltd. | Geoffrey C. Bennett, P.A | $71,206.05 | $1,589.00 | $107,051.54 | $13,916.70 | | |
| | | **Geoffrey C. Bennett, P.A. / Colson Hicks Eidson, P.A** | **$71,206.05** | **$1,589.00** | **$107,051.54** | **$13,916.70** | **$802.89** | **$13,113.81** |
| 10 | Standard Pacific Corp. | HILL WARD HENDERSON PA | $49,349.52 | | $72,572.82 | $9,434.47 | | |
| 11 | Standard Pacific of South Florida, general partnership | HILL WARD HENDERSON PA | $786,580.74 | | $1,156,736.38 | $150,375.73 | | |
| 12 | Standard Pacific of Tampa GP, Inc. | HILL WARD HENDERSON PA | $16,320.15 | | $24,000.22 | $3,120.03 | | |
| | | **HILL WARD HENDERSON PA Total** | **$852,250.41** | | **$1,253,309.43** | **$162,930.23** | **$9,399.82** | **$153,530.40** |
| 13 | BBC Brownstones I, LLC | Holland & Knight LLP | $0.00 | | $0.00 | $0.00 | | |
| | | **Holland & Knight LLP Total** | **$0.00** | | **$0.00** | **$0.00** | | |
| 14 | Beazer Homes Corp. | King & Spalding LLP | $185,108.22 | | $272,217.97 | $35,388.34 | | |
| | | **King & Spalding LLP Total** | **$185,108.22** | | **$272,217.97** | **$35,388.34** | **$2,041.63** | **$33,346.70** |
| 15 | Everette Avenue Townhomes, LLC | Mills Paskert Divers | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 16 | Rottlund Homes of Florida, Inc. | Mills Paskert Divers | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | | **Mills Paskert Divers Total** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | |
| 17 | Peninsula II Developers, Inc. | Pillsbury Winthrop Shaw Pittman, LLP | $1,758,079.62 | $40,406.00 | $2,644,831.79 | $343,828.13 | | |
| | | **Pillsbury Winthrop Shaw Pittman, LLP Total** | **$1,758,079.62** | **$40,406.00** | **$2,644,831.79** | **$343,828.13** | **$19,836.24** | **$323,991.89** |
| 18 | LWH, LLC | Sivyer Barlow & Watson, P.A. | $12,836.34 | | $18,876.97 | $2,454.01 | | |
| 19 | Taylor Morrison, Inc. | Sivyer Barlow & Watson, P.A. | $514,718.82 | | $756,939.44 | $98,402.13 | | |
| 20 | The Ryland Group, Inc. | Sivyer Barlow & Watson, P.A. | $174,068.73 | | $255,983.43 | $33,277.85 | | |
| | | **Sivyer Barlow & Watson, P.A. Total** | **$701,623.89** | | **$1,031,799.84** | **$134,133.98** | **$7,738.50** | **$126,395.48** |
| 21 | D.R. Horton, Inc. | Taylor, Porter, Brooks & Phillips LLP | $255,696.21 | | $376,023.84 | $48,883.10 | | |
| | | **Taylor, Porter, Brooks & Phillips LLP Total** | **$255,696.21** | | **$376,023.84** | **$48,883.10** | **$2,820.18** | **$46,062.92** |
| 22 | BBL-florida LLC | Mills Paskert, Divers | $173,468.79 | | $255,101.16 | $33,163.15 | | |
| | | **BBL-florida LLC** | **$173,468.79** | **$3,274.92** | **$255,101.16** | **$33,163.15** | **$1,913.26** | **$31,249.89** |
| Total | | **Grand Total** | **$4,701,067.77** | **$45,269.92** | **$6,975,092.31** | **$906,762.00** | **$52,313.19** | **$854,448.81** |
| | Total of Banner and Other Loss Fund | | | $4,746,337.69 | | | | |

p4 of 8

* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims

*Chinese Drywall*          *CLAIM PAYMENT AMOUNTS FROM BANNER SETTLEMENT*

| Row | BUILDER  Active | BUILDER'S LAW FIRM | Banner Claim Payment Amount | Banner Other Loss Fund (Loss Fund payment times 4.54%) | Claim Payment with 32% Attorney Fees Imputed | 22% Refund Amount | Common Benefit Share of Refund 32% x 59.37%=19.0 % - 10% (9.0%) for Active Litigating Builders | Individual Retained Share of Refund 40.63% x 32% = 13% | .75% x Claim Payment w 32% inputted for Co-class counsel fees allocated to 9% refund & 13% refund prorata | Adjusted Refund 9% after prorata portion of .75% adjustment | Adjusted refund for 13% after prorata portion of .75% adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Assume ~59.37%/ ~40.63 split between CB and Individual Retained attorneys [1] | | | | |
| 1 | Boynton Beach Associates XVI, LLLP | Greenberg Traurig | $199,382.04 | | $293,208.88 | $64,505.95 | $26,388.80 | $38,117.15 | $2,199.07 | $25,489.18 | $36,817.71 |
| 2 | G.L. Homes of Davie Associates II, Lt | Greenberg Traurig | $51,018.66 | | $75,027.44 | $16,506.04 | $6,752.47 | $9,753.57 | $562.71 | $6,522.27 | $9,421.06 |
| 3 | G.L. Homes of Davie Associates III, L | Greenberg Traurig | $131,559.12 | | $193,469.29 | $42,563.24 | $17,412.24 | $25,151.01 | $1,451.02 | $16,818.64 | $24,293.59 |
| 4 | G.L. Homes of Sunset Lakes Associate | Greenberg Traurig | $26,091.45 | | $38,369.78 | $8,441.35 | $3,453.28 | $4,988.07 | $287.77 | $3,335.55 | $4,818.02 |
| 5 | GH Vero Beach Development LLC | Greenberg Traurig | $141,523.47 | | $208,122.75 | $45,787.01 | $18,731.05 | $27,055.96 | $1,560.92 | $18,092.49 | $26,133.60 |
| 6 | Hillsborough County Associates II, LL | Greenberg Traurig | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | Lennar Corporation | Greenberg Traurig | $3,048,862.41 | | $4,483,621.19 | $986,396.66 | $403,525.91 | $582,870.75 | $33,627.16 | $389,769.34 | $563,000.16 |
| 8 | M.D.C. Holdings, Inc. | Greenberg Traurig | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | Meritage Homes Corporation | Greenberg Traurig | $223,198.47 | | $328,233.04 | $72,211.27 | $29,540.97 | $42,670.30 | $2,461.75 | $28,533.90 | $41,215.63 |
| 10 | Miramar Associates IV, LLLP | Greenberg Traurig | $167,650.56 | | $246,544.94 | $54,239.89 | $22,189.04 | $32,050.84 | $1,849.00 | $21,432.60 | $30,958.20 |
| 11 | Toll Bros., Inc. | Greenberg Traurig | $385,663.41 | | $567,152.07 | $124,773.46 | $51,043.69 | $73,729.77 | $4,253.64 | $49,303.56 | $71,216.25 |
| | | Greenberg Traurig Total | $4,374,949.59 | | $6,433,749.40 | $1,415,424.87 | $579,037.45 | $836,387.42 | $48,253.12 | $559,297.53 | $807,874.21 |
| | p5 of 8 | | | | | $1,415,424.87 | | | | | $1,415,424.87 |

\* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims

*Chinese Drywall*          ***Claim Payment Amounts from Banner and Global Settlements***

| Builder  Non-active | Builder's Law Firm | Total Banner (reference p8 of 8) | Total Global (reference p8 of 8) | Total  (reference p8 of 8) | Claim Payment with 32% Attorney Fees Imputed | Individual Retained Share of Refund 40.63% x 32%(13%) | .75% x Claim Payment w 32% inputted for Co-class counsel fees | Adjusted refund for 13% after .75% adjustment |
|---|---|---|---|---|---|---|---|---|
| K. Hovnanian First Homes, LLC | Bilzin Sumberg | $12,468.06 | $0.00 | $12,468.06 | $   18,335.38 | $2,383.60 | | |
| K. Hovnanian T & C Homes of Florida, LLC | Bilzin Sumberg | $101,814.57 | $0.00 | $101,814.57 | $  149,727.31 | $19,464.55 | | |
| K. Hovnanian Windward Homes, LLC | Bilzin Sumberg | $0.00 | $6,018.25 | $6,018.25 | $     8,850.37 | $1,150.55 | | |
| **Bilzin Sumberg** | | **$114,282.63** | **$6,018.25** | **$120,300.88** | **$176,913.06** | **$22,998.70** | **$1,326.85** | **$21,671.85** |
| Aubuchon Homes, Inc. | BOYLE, GENTILE & LEONARD PA | $0.00 | $16,521.12 | $16,521.12 | $   24,295.76 | $3,158.45 | | |
| **BOYLE, GENTILE & LEONARD PA** | | **$0.00** | **$16,521.12** | **$16,521.12** | **$24,295.76** | **$3,158.45** | **$182.22** | **$2,976.23** |
| Ashton Tampa Residential, LLC | Carlton Fields - Ashton Tampa Residential, LLC | $0.00 | $205,084.32 | $205,084.32 | $  301,594.59 | $39,207.30 | | |
| Florida Home Partnership, Inc. | Carlton Fields - Florida Home Partnership, Inc. | $39,408.93 | $12,605.55 | $52,014.48 | $   76,491.88 | $9,943.94 | | |
| KB Home Orlando LLC | Carlton Fields - KB Home Orlando | $410,792.58 | $2,454,226.16 | $2,865,018.74 | $ 4,213,262.85 | $547,724.17 | | |
| M/I Homes of Tampa, LLC | Carlton Fields - M/I Homes of Tampa | $139,150.44 | $119,551.80 | $258,702.24 | $  380,444.47 | $49,457.78 | | |
| **Carlton Fields** | | **$589,351.95** | **$2,791,467.83** | **$3,380,819.78** | **$4,971,793.79** | **$646,333.19** | **$37,288.45** | **$609,044.74** |
| Prime Homes at Portofino Falls, Ltd. | Geoffrey C. Bennett, P.A. | $72,795.05 | $24,865.85 | $97,660.90 | $  143,618.97 | $18,670.47 | | |
| **Geoffrey C. Bennett, P.A.** | | **$72,795.05** | **$24,865.85** | **$97,660.90** | **$143,618.97** | **$18,670.47** | **$1,077.14** | **$17,593.32** |
| Standard Pacific Corp. | HILL WARD HENDERSON PA | $49,349.52 | $15,785.20 | $65,134.72 | $   95,786.35 | $12,452.23 | | |
| Standard Pacific of South Florida, general partnership | HILL WARD HENDERSON PA | $786,580.74 | $251,599.90 | $1,038,180.64 | $ 1,526,736.24 | $198,475.71 | | |
| Standard Pacific of Tampa GP, Inc. | HILL WARD HENDERSON PA | $16,320.15 | $5,220.25 | $21,540.40 | $   31,677.06 | $4,118.02 | | |
| **HILL WARD HENDERSON PA** | | **$852,250.41** | **$272,605.35** | **$1,124,855.76** | **$1,654,199.65** | **$215,045.95** | **$12,406.50** | **$202,639.46** |
| BBC Brownstones I, LLC | Holland & Knight LLP | $0.00 | $30,223.20 | $30,223.20 | $   44,445.88 | $5,777.96 | | |
| **Holland & Knight LLP** | | **$0.00** | **$30,223.20** | **$30,223.20** | **$44,445.88** | **$5,777.96** | **$333.34** | **$5,444.62** |
| Beazer Homes Corp. | King & Spalding LLP | $185,108.22 | $207,889.70 | $392,997.92 | $  577,938.12 | $75,131.96 | | |
| **King & Spalding LLP** | | **$185,108.22** | **$207,889.70** | **$392,997.92** | **$577,938.12** | **$75,131.96** | **$4,334.54** | **$70,797.42** |
| Everette Avenue Townhomes, LLC | Mills Paskert Divers | $0.00 | $135,308.58 | $135,308.58 | $  198,983.21 | $25,867.82 | | |
| Rottlund Homes of Florida, Inc. | Mills Paskert Divers | $0.00 | $45,084.80 | $45,084.80 | $   66,301.18 | $8,619.15 | | |
| **Mills Paskert Divers** | | **$0.00** | **$180,393.38** | **$180,393.38** | **$265,284.38** | **$34,486.97** | **$1,989.63** | **$32,497.34** |
| Peninsula II Developers, Inc. | Pillsbury Winthrop Shaw Pittman, LLP | $1,798,485.62 | $53,573.80 | $1,852,059.42 | $ 2,723,616.79 | $354,070.18 | | |
| **Pillsbury Winthrop Shaw Pittman, LLP** | | **$1,798,485.62** | **$53,573.80** | **$1,852,059.42** | **$2,723,616.79** | **$354,070.18** | **$20,427.13** | **$333,643.06** |
| LWH, LLC | Sivyer Barlow & Watson, P.A. | $12,836.34 | $4,105.90 | $16,942.24 | $   24,915.06 | $3,238.96 | | |
| Taylor Morrison, Inc. | Sivyer Barlow & Watson, P.A. | $514,718.82 | $371,014.02 | $885,732.84 | $ 1,302,548.29 | $169,331.28 | | |
| The Ryland Group, Inc. | Sivyer Barlow & Watson, P.A. | $174,068.73 | $168,238.35 | $342,307.08 | $  503,392.76 | $65,441.06 | | |
| **Sivyer Barlow & Watson, P.A.** | | **$701,623.89** | **$543,358.27** | **$1,244,982.16** | **$1,830,856.12** | **$238,011.30** | **$13,731.42** | **$224,279.87** |
| D.R. Horton, Inc. | Taylor, Porter, Brooks & Phillips LLP | $255,696.21 | $155,724.06 | $411,420.27 | $  605,029.81 | $78,653.88 | | |
| **Taylor, Porter, Brooks & Phillips LLP** | | **$255,696.21** | **$155,724.06** | **$411,420.27** | **$605,029.81** | **$78,653.88** | **$4,537.72** | **$74,116.15** |
| BBL-florida LLC | Mills Paskert Divers | $176,743.71 | $59,793.09 | $236,536.80 | $  347,848.23 | $45,220.27 | | |
| Meadows of Estero-Bonita springs ltd P'ship. | Mills Paskert Divers | $0.00 | $730,436.67 | $730,436.67 | $ 1,074,171.58 | $139,642.31 | | |
| **Mills Paskert Divers** | | **$176,743.71** | **$790,229.77** | **$966,973.47** | **$1,422,019.81** | **$184,862.58** | **$10,665.15** | **$174,197.43** |
| **Total** | **Total** | **$4,746,337.69** | **$5,072,570.58** | **$9,819,208.26** | **$14,440,012.15** | **$1,877,201.58** | **$108,300.09** | **$1,768,901.49** |

p6 of 8

* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims

*Chines Claim Payment Amounts from Banner and Global Settlements -  Active*

| Builder's Law Firm | Total Banner  (reference p8 of 8) | Total Global (reference p8 of 8) | Total Banner (reference p8 of 8) | Total Global (reference p8 of 8) | Total (reference p8 of 8) | Claim Payment with 32% Attorney Fees Imputed | Common Benefit Share of Refund 32% x 59.37%=19. % - 10% (9%) for Active Litigating Builders | Individual Retained Share of Refund 40.63% x 32%(13%) | .75% x Claim Payment w 32% inputted for Co-class counsel fees | Adjusted Refund for 9% after prorata portion of .75% adjustment | Adjusted refund for 13% after prorata portion of .75% adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Assume ~59.37% / ~40.63% split between CB and Individual Retained attorneys [1] | | | | |
| 1 | Boynton Beach Associates XVI, LLL | Greenberg Traurig | $199,382.04 | $195,688.60 | $395,070.64 | $580,986.24 | $52,288.76 | $ 75,528.21 | $4,357.40 | $50,506.19 | $72,953.39 |
| 2 | G.L. Homes of Davie Associates II, I | Greenberg Traurig | $51,018.66 | $36,263.40 | $87,282.06 | $128,355.97 | $11,552.04 | $ 16,686.28 | $962.67 | $11,158.22 | $16,117.43 |
| 3 | G.L. Homes of Davie Associates III, I | Greenberg Traurig | $131,559.12 | $57,836.00 | $189,395.12 | $278,522.24 | $25,067.00 | $ 36,207.89 | $2,088.92 | $24,212.44 | $34,973.53 |
| 4 | G.L. Homes of Sunset Lakes Associa | Greenberg Traurig | $26,091.45 | $8,345.75 | $34,437.20 | $50,642.94 | $4,557.86 | $ 6,583.58 | $379.82 | $4,402.48 | $6,359.14 |
| 5 | GH Vero Beach Development LLC | Greenberg Traurig | $141,523.47 | $45,268.45 | $186,791.92 | $274,694.00 | $24,722.46 | $ 35,710.22 | $2,060.21 | $23,879.65 | $34,492.83 |
| 6 | Hillsborough County Associates II, L | Greenberg Traurig | $0.00 | $42,758.55 | $42,758.55 | $62,880.22 | $5,659.22 | $ 8,174.43 | $471.60 | $5,466.29 | $7,895.75 |
| 7 | Lennar Corporation | Greenberg Traurig | $3,048,862.41 | $2,900,473.61 | $5,949,336.02 | $8,749,023.56 | $787,412.12 | $ 1,137,373.06 | $65,617.68 | $760,568.53 | $1,098,598.98 |
| 8 | M.D.C. Holdings, Inc. | Greenberg Traurig | $0.00 | $10,842.35 | $10,842.35 | $15,944.63 | $1,435.02 | $ 2,072.80 | $119.58 | $1,386.10 | $2,002.14 |
| 9 | Meritage Homes Corporation | Greenberg Traurig | $223,198.47 | $182,330.65 | $405,529.12 | $596,366.35 | $53,672.97 | $ 77,527.63 | $4,472.75 | $51,843.21 | $74,884.64 |
| 10 | Miramar Associates IV, LLLP | Greenberg Traurig | $167,650.56 | $198,482.55 | $366,133.11 | $538,431.04 | $48,458.79 | $ 69,996.04 | $4,038.23 | $46,806.79 | $67,609.81 |
| 11 | Toll Bros., Inc. | Greenberg Traurig | $385,663.41 | $315,691.87 | $701,355.28 | $1,031,404.82 | $92,826.43 | $ 134,082.63 | $7,735.54 | $89,661.90 | $129,511.63 |
| | | Greenberg Traurig | $4,374,949.59 | $3,993,981.78 | $8,368,931.37 | $12,307,252.01 | $1,107,652.68 | $1,599,942.76 | $92,304.39 | $1,069,891.79 | $1,545,399.26 |
| | p7 of 8 | | | | | | | $2,707,595.44 | | | $2,707,595.44 |

* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims

*Chinese Drywall  -  Total Claim Payment Amounts to Builders, Including Proportionate Amounts of Other Loss Fund Payments Attributable to Banner and Global Settlements*

| Row | Builder | Builder's Law Firm | Banner | Global | Other Loss | Banner Other Loss (Other Loss Total x 4.54%) | Global Other Loss (Other Loss Total x 5.97%) | Total Banner | Total Global | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ashton Tampa Residential, LLC | Carlton Fields - Ashton Tampa Residential, LLC | | $205,084.32 | $0.00 | $0.00 | $0.00 | $0.00 | $205,084.32 | $205,084.32 |
| 2 | Aubuchon Homes, Inc. | BOYLE, GENTILE & LEONARD PA | | $16,521.12 | $0.00 | $0.00 | $0.00 | $0.00 | $16,521.12 | $16,521.12 |
| 3 | BBC Brownstones I, LLC | Holland & Knight LLP | | $30,223.20 | $0.00 | $0.00 | $0.00 | $0.00 | $30,223.20 | $30,223.20 |
| 4 | Beazer Homes Corp. | King & Spalding LLP | $185,108.22 | $207,889.70 | $0.00 | $0.00 | $0.00 | $185,108.22 | $207,889.70 | $392,997.92 |
| 5 | Boynton Beach Associates XVI, LLLP | GL Homes of Florida Corporation | $199,382.04 | $195,688.60 | $0.00 | $0.00 | $0.00 | $199,382.04 | $195,688.60 | $395,070.64 |
| 6 | D.R. Horton, Inc. | Taylor, Porter, Brooks & Phillips LLP | $255,696.21 | $155,724.06 | $0.00 | $0.00 | $0.00 | $255,696.21 | $155,724.06 | $411,420.27 |
| 7 | Everette Avenue Townhomes, LLC | Mills Paskert Divers | | $123,070.08 | $205,000.00 | $0.00 | $12,238.50 | $0.00 | $135,308.58 | $135,308.58 |
| 8 | Florida Home Partnership, Inc. | Carlton Fields - Florida Home Partnership, Inc. | $39,408.93 | $12,605.55 | $0.00 | $0.00 | $0.00 | $39,408.93 | $12,605.55 | $52,014.48 |
| 9 | G.L. Homes of Davie Associates II, Ltd. | GL Homes of Florida Corporation | $51,018.66 | $36,263.40 | $0.00 | $0.00 | $0.00 | $51,018.66 | $36,263.40 | $87,282.06 |
| 10 | G.L. Homes of Davie Associates III, Ltd. | GL Homes of Florida Corporation | $131,559.12 | $57,836.00 | $0.00 | $0.00 | $0.00 | $131,559.12 | $57,836.00 | $189,395.12 |
| 11 | G.L. Homes of Sunset Lakes Associates, Ltd. | GL Homes of Florida Corporation | $26,091.45 | $8,345.75 | $0.00 | $0.00 | $0.00 | $26,091.45 | $8,345.75 | $34,437.20 |
| 12 | GH Vero Beach Development LLC | Greenberg Traurig | $141,523.47 | $45,268.45 | $0.00 | $0.00 | $0.00 | $141,523.47 | $45,268.45 | $186,791.92 |
| 13 | Hillsborough County Associates II, LLLP | GL Homes of Florida Corporation | | $42,758.55 | $0.00 | $0.00 | $0.00 | $0.00 | $42,758.55 | $42,758.55 |
| 14 | K. Hovnanian First Homes, LLC | Bilzin Sumberg | $12,468.06 | | $0.00 | $0.00 | $0.00 | $12,468.06 | $0.00 | $12,468.06 |
| 15 | K. Hovnanian T & C Homes of Florida, LLC | Bilzin Sumberg | $101,814.57 | | $0.00 | $0.00 | $0.00 | $101,814.57 | $0.00 | $101,814.57 |
| 16 | K. Hovnanian Windward Homes, LLC | Bilzin Sumberg | | $6,018.25 | $0.00 | $0.00 | $0.00 | $0.00 | $6,018.25 | $6,018.25 |
| 17 | KB Home Orlando LLC | Carlton Fields - KB Home Orlando | $410,792.58 | $2,454,226.16 | $0.00 | $0.00 | $0.00 | $410,792.58 | $2,454,226.16 | $2,865,018.74 |
| 18 | Lennar Corporation | Greenberg Traurig | $3,048,862.41 | $2,900,473.61 | $0.00 | $0.00 | $0.00 | $3,048,862.41 | $2,900,473.61 | $5,949,336.02 |
| 19 | LWH, LLC | Sivyer Barlow & Watson, P.A. | $12,836.34 | $4,105.90 | $0.00 | $0.00 | $0.00 | $12,836.34 | $4,105.90 | $16,942.24 |
| 20 | M.D.C. Holdings, Inc. | Greenberg Traurig | | $10,842.35 | $0.00 | $0.00 | $0.00 | $0.00 | $10,842.35 | $10,842.35 |
| 21 | M/I Homes of Tampa, LLC | Carlton Fields - M/I Homes of Tampa | $139,150.44 | $119,551.80 | $0.00 | $0.00 | $0.00 | $139,150.44 | $119,551.80 | $258,702.24 |
| 22 | Meritage Homes Corporation | Greenberg Traurig | $223,198.47 | $182,330.65 | $0.00 | $0.00 | $0.00 | $223,198.47 | $182,330.65 | $405,529.12 |
| 23 | Miramar Associates IV, LLLP | GL Homes of Florida Corporation | $167,650.56 | $198,482.55 | $0.00 | $0.00 | $0.00 | $167,650.56 | $198,482.55 | $366,133.11 |
| 24 | Peninsula II Developers, Inc. | Pillsbury Winthrop Shaw Pittman, LLP | $1,758,079.62 | $440.80 | $890,000.00 | $40,406.00 | $53,133.00 | $1,798,485.62 | $53,573.80 | $1,852,059.42 |
| 25 | Prime Homes at Portofino Falls, Ltd. | Geoffrey C. Bennett, P.A. | $71,206.05 | $22,776.35 | $35,000.00 | $1,589.00 | $2,089.50 | $72,795.05 | $24,865.85 | $97,660.90 |
| 26 | Rottlund Homes of Florida, Inc. | Mills Paskert Divers | | $42,696.80 | $40,000.00 | $0.00 | $2,388.00 | $0.00 | $45,084.80 | $45,084.80 |
| 27 | Standard Pacific Corp. | HILL WARD HENDERSON PA | $49,349.52 | $15,785.20 | $0.00 | $0.00 | $0.00 | $49,349.52 | $15,785.20 | $65,134.72 |
| 28 | Standard Pacific of South Florida, general partnership | HILL WARD HENDERSON PA | $786,580.74 | $251,599.90 | $0.00 | $0.00 | $0.00 | $786,580.74 | $251,599.90 | $1,038,180.64 |
| 29 | Standard Pacific of Tampa GP, Inc. | HILL WARD HENDERSON PA | $16,320.15 | $5,220.25 | $0.00 | $0.00 | $0.00 | $16,320.15 | $5,220.25 | $21,540.40 |
| 30 | Taylor Morrison, Inc. | Sivyer Barlow & Watson, P.A. | $514,718.82 | $371,014.02 | $0.00 | $0.00 | $0.00 | $514,718.82 | $371,014.02 | $885,732.84 |
| 31 | The Ryland Group, Inc. | Sivyer Barlow & Watson, P.A. | $174,068.73 | $168,238.35 | $0.00 | $0.00 | $0.00 | $174,068.73 | $168,238.35 | $342,307.08 |
| 32 | Toll Bros., Inc. | Greenberg Traurig | $385,663.41 | $315,691.87 | $0.00 | $0.00 | $0.00 | $385,663.41 | $315,691.87 | $701,355.28 |
| 33 | BBL-Florida, LLC | Mills Paskert Divers | $173,468.79 | $55,486.65 | $72,134.72 | $3,274.92 | $4,306.44 | $176,743.71 | $59,793.09 | $236,536.80 |
| 34 | Meadows of Estero-Bonita Springs Ltd P'ship | Mills Paskert Divers | $0.00 | $709,841.96 | $344,970.08 | $0.00 | $20,594.71 | $0.00 | $730,436.67 | $730,436.67 |
| 35 | **Total** | N/A | **$9,076,017.36** | **$8,972,102.20** | **$1,587,104.80** | **$45,269.92** | **$94,750.16** | **$9,121,287.28** | **$9,066,852.36** | **$18,188,139.63** |

p8 of 8                               p 8 of 8

* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims

# EXHIBIT B

# LEVIN, FISHBEIN, SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
LUKE T. PEPPER
NICOLA F. SERIANNI *

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

\* also admitted in New Jersey
† also admitted in New York

October 13, 2016

**CONFIDENTIAL ATTORNEY WORK PRODUCT**

**VIA EMAIL**

Philip A. Garrett, CPA
600 Northwoods Drive
Abita Springs, LA  70420

Re: *In re Chinese-Manufactured Drywall Prods. Liab. Litig.*, MDL 2047 (E.D. La.)

Dear Mr. Garrett:

This letter is to inform you of a calculation error in the amount of fees available for distribution from the Four Virginia-Based Settlements.  In the attorney fee reconciliation spreadsheet, it was determined that $192,981,363.35 is the amount available for common benefit and individual attorneys' fees.  The Court will determine which portion of the Virginia attorney fees will be allocated for common benefit fee distribution. The remaining Virginia attorneys' fees constitute individual attorneys' fees set aside from the Four Virginia-based Settlements. **However, this set aside for individual attorneys' fees from the Four Virginia-based Settlements should have been excluded from the total available for distribution to from the Global/Banner/InEx/Knauf settlements.** The plain language of the Virginia-based Settlements Court-approved Allocation Plan, the four Virginia settlement agreements themselves, and the Final Approval Order make clear that the individual attorneys' fees from the Four Virginia-based Settlements should *only* be divided among counsel who represented members of the Four Virginia-based Settlement Classes. Thus, the aggregate amount available for individual attorneys' fees should be reduced to exclude the portion of the Virginia-based Settlement fees, which was set aside for private attorneys who represented members of the Virginia-based Settlement Classes.

First, each of the Virginia-based Settlement agreements makes clear that "privately retained attorneys for all *class members*" (defined in the agreements as "Petitioning Attorneys"), along with common benefit counsel and class counsel, shall be entitled to petition the Court for attorneys' fees from those settlement funds. *See, e.g.*, Nationwide Settlement Agreement § 17.8

LEVIN, FISHBEIN, SEDRAN & BERMAN

Philip A. Garrett, CPA
October 13, 2016
Page 2

(Rec. Doc. 15969-5) (emphasis added). The "class members" are defined within each agreement as those who were injured by Chinese Drywall and whose damages were within the legal responsibility of the settling insurance companies (Nationwide, Builders Mutual, Hanover, and State Farm). *See e.g., id.* §1.1.1. Thus, privately retained attorneys for "class members" necessarily can include only attorneys who represented members of the class, as defined.

This reading is consistent with the Court-approved allocation plan, which contemplates that "following the submission of claims forms…the Court will determine the appropriate amount of attorneys' fees and/or common benefit fees awards *for each Affected Property* from the Attorneys' Fees Set Aside." Rec. Doc. 16800-7 at §3. Thus, the allocation plan makes clear that individual attorneys' fee awards will be associated with the specific properties that are the subject of the Virginia-based Settlements – not properties outside of those settlements.

The Court's final approval order approved the fee and cost provisions of both the Settlement Agreements and Allocation Plan – and it did so after members of the class had been notified of the fee and cost provisions of the settlement agreements and had an opportunity to object or opt out. After considering a small number of objections, the Court found that the above settlement and allocation provisions were "fair, reasonable, and adequate." Rec. Doc. 16934 at 18.

Inclusion of the individual attorneys' fees set aside from the Virginia-based settlements in the total fees available for distribution was inconsistent with the Four Virginia-based Settlement Agreements and the Court's order approving those settlements. Additionally, none of the Virginia class members were part of the Knauf, Banner or InEx settlements and were not on the spreadsheet of properties participating in those settlements. Only a very small percentage of the Virginia class members participated in the Global settlement. The privately retained lawyers for Virginia class members will not receive any portion of the individual attorneys' fees from the Global/Banner/InEx/Knauf Settlements based on their representation of Virginia Class members, with only a few exceptions related to the Global settlement (which will be confirmed by BrownGreer). Thus, the private attorneys' fee set aside for the Four Virginia-based Settlements must be removed from the total available to all individual attorneys in this litigation.

In essence, this adjustment will make crystal clear the division of private counsel fees attributable to the Global/Banner/InEx/Knauf settlements and the Virginia settlements. The adjustment is necessitated by the fact that the Global/Banner/InEx/Knauf settlements were administered by Brown Greer and the Virginia settlements were administered by Special Master Garretson.

LEVIN, FISHBEIN, SEDRAN & BERMAN

Philip A. Garrett, CPA
October 13, 2016
Page 3

  Accordingly, we would appreciate your preparation of revised reconciliation correcting this calculation error.

  Thank you for your continued patience and all of your efforts.

       Sincerely,

       ARNOLD LEVIN
       Plaintiffs' Lead Counsel

       RUSS M. HERMAN
       Plaintiffs' Liaison Counsel

       RICHARD J. SERPE
       Virginia Class Counsel

cc: Daniel J. Balhoff, Esquire (via email)
  Jeremy W. Alters, Esquire (via email)
  Russell W. Budd, Esquire (via email)
  Allison Grant, Esquire (via email)
  Theodore J. Leopold, Esquire (via email)
  Gregory S. Weiss, Esquire (via email)
  James V. Doyle, Jr., Esquire (via email)
  David Horsley, Esquire (via email)
  K. Edward Sexton, II, Esquire (via email)
  Eric D. Hoaglund, Esquire (via email)
  John Hawkins, Esquire (via email)
  Paul A. Lea, Jr., Esquire (via email)
  Mark Milstein, Esquire (via email)

LEVIN, FISHBEIN, SEDRAN & BERMAN

Philip A. Garrett, CPA
October 13, 2016
Page 4

cc  David Durkee, Esquire (via email)
    Scott Wm. Weinstein, Esquire (via email)
    Victoria E. Emmerling, Esquire (via email)
    Andrew A. Braun, Esquire (via email)
    Jimmy R. Faircloth, Jr., Esquire (via email)
    Brook L. Villa, Esquire (via email)
    Franklin "Drew" Hoffmann, Esquire (via email)
    Richard H. Taylor, Esquire (via email)
    Val Patrick Exnicios, Esquire (via email)
    William P. Buckley, Esquire (via email)
    R. Tucker Yance, Esquire (via email)
    Dorothy Wimberly, Esquire (via email)
    Hillarie Bass, Esquire (via email)