IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### VIRGINIA CLASS COUNSEL'S MOTION TO LIFT STAY TO FILE VIRGINIA CLASS COUNSEL'S MOTION TO APPROVE STIPEND TO VIRGINIA-BASED SETTLEMENT CLAIMANTS

The Plaintiffs' Liaison Counsel moves this Court to lift the stay order of August 30, 2016 (Rec. Doc. 20480), so that Liaison Counsel may file Virginia Class Counsel's Motion to Approve Stipend to Virginia-Based Settlement Claimants.  The proposed Motion to Reimburse Counsel is relevant to ongoing attorneys' fee proceedings before this Court and Special Master Balhoff.  Its purpose  is intended to assist in bringing to a conclusion proceedings regarding the Virginia-based settlements by bringing their cost stipend into parity with the Knauf-based settlement stipend award of this Court's December 17, 2014 Order (Rec.Doc. 18215).

WHEREFORE, the PSC prays that this motion be GRANTED and the stay be lifted solely for the purpose that Virginia Class Counsel's Motion to Approve Stipend to Virginia-Based Settlement Claimants be filed of record.

1

Dated: November 1, 2016

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Class Counsel for the Four Virginia-Based Settlement Classes*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of November, 2016.

        /s/ Leonard A. Davis
        Leonard A. Davis
        HERMAN, HERMAN & KATZ, LLP
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhklawfirm.com
        Plaintiffs' Liaison Counsel
        MDL 2047

        *Co-counsel for Plaintiffs*