UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has been advised that Plaintiff's Objection and Request to Modify Special Master Case Management Order (R. Doc. 20520) has been resolved. Therefore,

**IT IS ORDERED** that the Objection, R. Doc. 20520, is DISMISSED as moot.

New Orleans, Louisiana, this 3rd day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

1