UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| This Document Relates to All Cases | : : | MAG. JUDGE WILKINSON |

## ORDER

On October 28, 2016, the Special Master issued a Ruling Concerning Objectors' October 7, 2016 Request to Modify Special Master Case Management Order No. 1.

**IT IS ORDERED** that the Court will enter the October 28, 2016 Special Master Ruling into the record.

New Orleans, Louisiana, this 2nd day of November, 2016.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE