UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 09-2047<br><br>SECTION: L |
| This document relates to: | * * | JUDGE: FALLON |
| *Hubbell et al. v. Tallow Creek, LLC et al.*<br>No. 10-2064 | * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT "B"**
**AFFIDAVIT OF FAILURE TO PROSECUTE**

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

Before me, the undersigned notary public, residing in and for the parish and state aforesaid, did come

**KIRK A. PATRICK, III**

who, after being duly sworn, did depose and state:

That he is the attorney of record for the Third-Party Defendant, Graf's Drywall, LLC (the "Third-Party Defendant"), in the above entitled action; that the incidental action was commenced by filing the Third-Party Demand/Complaint on October 7, 2009, as amended thereafter at an unknown date; and that issue was joined by the service of the Third-Party Defendant's answer on March 24, 2010 and answer to Third-Party Plaintiffs' First Supplemental and Amending Demand/Complaint on May 13, 2010.

That seven (7) years have elapsed since the commencement of said action but that the same has never been brought to trial. Further, more than six (6) years have elapsed without a step in furtherance of the prosecution or defense of this claim. Additionally, the Third-Party

Plaintiffs/Complainants have failed to prosecute similar actions in at least five other courts/dockets, to wit:

1) *Theresa Daigle, et al. v. Tallow Creek, LLC, et al.*, No. 2009-17466, 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana;

2) *Grady J. Flattman, et al. v. Tallow Creek, LLC, et al.*, No. 2009-14914, 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana;

3) *Candace Hakenjos, et al. v. Tallow Creek, LLC, et al.*, No. 10-2579, United States District Court for the Eastern District of Louisiana;

4) *Shelly Parr, et al. v. Tallow Creek, LLC, et al.*, No. 10-2737, United States District Court for the Eastern District of Louisiana; and

5) *Southern Homes, LLC, et al. v. INEX, et al.*, No. 2009-06564, Orleans Civil District Court, State of Louisiana.

_____
**Affiant, Kirk A. Patrick, III**
Counsel of Record for Graf's Drywall, LLC

SWORN to and subscribed before me, this ___4th___ day of November, 2016.

_____
ATTORNEY-NOTARY

GRANT T. HERRIN
Notary Public
State of Louisiana
Statewide Jurisdiction
La. Bar Roll No. 35169
My Commission is for Life