UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 09-2047<br>SECTION: L |
| This document relates to: | * * | JUDGE: FALLON |
| *Parr, et al. v. Tallow Creek, LLC et al.*<br>No. 10-2737 | * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## EXHIBIT "A"
## AFFIDAVIT OF FAILURE TO PROSECUTE

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

Before me, the undersigned notary public, residing in and for the parish and state aforesaid, did come

**KIRK A. PATRICK, III**

who, after being duly sworn, did depose and state:

That he is the attorney of record for the Third-Party Defendant, Graf's Drywall, LLC (the "Third-Party Defendant"), in the above entitled action; that the incidental action was commenced by filing the Third-Party Demand/Complaint on August 20, 2010; and that issue was never joined as Third-Party Plaintiff, Graf's Drywall, LLC never filed an answer to the Third-Party Demand, as none can be found by undersigned in the record.

That six (6) years have elapsed since the commencement of said action but that the same has never been brought to trial. Further, more than six (6) years have elapsed without a step in furtherance of the prosecution or defense of this claim. Additionally, the Third-Party

Plaintiffs/Complainants have failed to prosecute similar actions in at least five other courts/dockets, to wit:

1) *Theresa Daigle, et al. v. Tallow Creek, LLC, et al.*, No. 2009-17466, 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana;

2) *Grady J. Flattman, et al. v. Tallow Creek, LLC, et al.*, No. 2009-14914, 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana;

3) *Candace Hakenjos, et al. v. Tallow Creek, L.L.C., et al.*, No. 10-2579, United States District Court for the Eastern District of Louisiana;

4) *Wendy Hubbell, et al. v. Tallow Creek, L.L.C., et al.*, No. 10-2064, United States District Court for the Eastern District of Louisiana; and

5) *Southern Homes, LLC, et al. v. INEX, et al.*, No. 2009-06564, Orleans Civil District Court, State of Louisiana.

_____
**Affiant, Kirk A. Patrick, III**
Counsel of Record for Graf's Drywall, LLC

SWORN to and subscribed before me, this ____4th____ day of November, 2016.

_____
ATTORNEY-NOTARY

GRANT T. HERRIN
Notary Public
State of Louisiana
Statewide Jurisdiction
La. Bar Roll No. 35169
My Commission is for Life