**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**PRICHARD HOUSING AUTHORITY'S AND TAYLOR MARTINO, P.C.'S OBJECTION TO KNAUF'S MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS**

The Prichard Housing Authority ("PHA") and the law firm of Taylor Martino, P.C. ("TM"), file this objection to Knauf's Motion to Extinguish the Knauf Defendants' Settlement Obligations, and in support of the same show unto the Court as follows:

1. On June 28, 2016, PHA and TM filed a Motion for Payment of Attorneys' Fees and Expenses Pursuant to the Stand-Alone Settlement Agreement with Knauf [Doc. 20341]. In the motion, PHA and TM take the position that they entered into a stand-alone, written settlement agreement with Knauf, wherein Knauf agreed to pay TM's attorney fees and expenses outside the ambit of the Plaintiffs' Steering Committee's settlement with Knauf (Doc. 12061-5) and its attorney-fee provisions. The motion seeks to enforce the stand-alone settlement agreement.

2. On October 20, 2016, the Court heard oral argument on the motion to enforce the stand-alone settlement agreement, but the Court has not yet decided the motion and determined whether Knauf is bound by the terms of the stand-alone settlement agreement. Knauf's Motion to Extinguish the Knauf Defendants' Settlement Obligations (Doc. 20517)('the Motion to Extinguish") could be construed to extinguish all of Knauf's settlement obligations, including its obligations under its stand-alone settlement agreement with PHA and TM. Therefore, if the Court granted the motion to

enforce the stand-alone settlement agreement, but granted the Motion to Extinguish without carving out PHA's and TM's stand-alone settlement, Knauf's obligations under the stand-alone settlement could be terminated notwithstanding the Court's granting of the motion.

3. Accordingly, PHA and TM object to the Motion to Extinguish insofar as it applies, or could be construed to apply, to their stand-alone settlement agreement with Knauf. Further, PHA and TM request that the Court, if it grants the Motion to Extinguish, enter an Order excluding their stand-alone settlement with Knauf from the termination of Knauf's settlement obligations.

        Respectfully submitted,

        Attorneys for Plaintiff, Prichard Housing Authority

    By:    /s/ Richard H. Taylor
           RICHARD H. TAYLOR
           TAYLOR MARTINO, P.C.
           51 St. Joseph Street
           Mobile, Alabama 36602
           T: (251) 433-3131
           F: (251) 433-4207
           richardtaylor@taylormartino.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objection has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 7th day of November, 2016.

    By:    /s/ Richard H. Taylor
           RICHARD H. TAYLOR