UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALLPRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**PLAINTIFF'S OBJECTION TO DEFENDANT, KNAUF'S MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS (R. DOC. 20517)**

Comes now the law firm of Reeves and Mestayer, PLLC on behalf of all claimant's listed on Exhibit "A", and files this objection to Knauf's Motion to Extinguish the Knauf Defendants' Settlement obligations, and in support of same show unto the Court as follows:

1. The claimants listed on Exhibit "A to this Objection, continue to have viable existing claims against the Knauf Defendants which have not been fully settled under the Knauf Class Settlement Agreement, Global Banner or INEX Settlement Agreements. Therefore, such claims should not be extinguished.

2. The claimants respectfully object and affirmatively state that the claims listed on Exhibit "A" to this Objection should not be extinguished until a determination by the Court has been made as to the Knauf Defendants settlement obligations as to each of the claimants listed.

Accordingly, Claimants request that the Court enter an Order that the Claimants identified in Exhibit "A" to this objection are not extinguished until further Order of this Court.

/s/ James R. Reeves, Jr.
JAMES R. REEVES, JR. (MS Bar #9519)
Reeves & Mestayer, PLLC
P. O. Drawer 1388
Biloxi, MS 39533
Phone: 228/374-5151
Fax: 228/374-6630
Email: jrr@rmlawcall.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send notice of electronic filing in accordance with the procedure established in MDL 2047 on this 8th day of November, 2016.

/s/ James R. Reeves, Jr.
JAMES R. REEVES, JR.
Reeves & Mestayer, PLLC
P. O. Drawer 1388
Biloxi, MS 39533
Phone: 228/374-5151
Fax: 228/374-6630
Email: jrr@rmlawcall.com