# CLAIMANTS
Objections to Defendants Motion to Extinguish the Knauf Defendants' Settlement Obligations Filed 10-19-16 (R. Doc. 20517)

| Claim # | Owner/Property Name | Address |
|---|---|---|
| 111917 | | 1625 Martin Bluff Road #12 Gautier, MS, 39593, USA |
| 111918 | | 1625 Martin Bluff Road #31 Gautier, MS, 39553, USA |
| 111919 | | 1625 Martin Bluff Road #32 Gautier, MS, 39553, USA |
| 111923 | | 1625 Martin Bluff Road #43 Gautier, MS, 39553, USA |
| 111925 | | 1625 Martin Bluff Road #45 Gautier, MS, 39553, USA |
| 111927 | | 1625 Martin Bluff Road #47 Gautier, MS, 39553, USA |
| 111928 | | 1625 Martin Bluff Road #48 Gautier, MS, 39553, USA |
| 111930 | | 1625 Martin Bluff Road #51 Gautier, MS, 39553, USA |
| 111931 | | 1625 Martin Bluff Road #52 Gautier, MS, 39553, USA |
| 111932 | | 1625 Martin Bluff Road #53 Gautier, MS, 39553, USA |
| 111933 | | 1625 Martin Bluff Road #54 Gautier, MS, 39553, USA |
| 100684 | Antebellum, LLC; Riverbend Condominiums | 1625 Martin Bluff Road #19 Gautier, MS, 39553, USA |
| 112067 | Asset; Riverbend Condominiums | 1625 Martin Bluff Road #67 Gautier, MS, USA |
| 112068 | Cabrera, Michael; Riverbend Condominiums | 1625 Martin Bluff Road #80 Gautier, MS, 39553, USA |
| 100713 | Cigliola, Giuseppe "Carlo"; Riverbend Condominiums | 1625 Martin Bluff Road #27 Gautier, MS, 39553, |
| 111924 | Cooley; Riverbend Condominiums | 1625 Martin Bluff Road #44 Gautier, MS, 39553, USA |
| 112038 | Davis, Charles; Riverbend Condominiums | 1625 Martin Bluff Road #23 Gautier, MS, |
| 112039 | Davis, Charles; Riverbend Condominiums | 1625 Martin Bluff Road #84 Gautier, MS, USA |
| 112069 | Davis, Charles; Riverbend Condominiums | 1625 Martin Bluff Road #22 Gautier, MS, USA |
| 112046 | Delano; Riverbend Condominiums | 1625 Martin Bluff Road #66 Gautier, MS, USA |
| 112041 | DeLano, Barbara; Riverbend Condominiums | 1625 Martin Bluff Road #59 Gautier, MS, USA |
| 112042 | DeLano, Barbara; Riverbend Condominiums | 1625 Martin Bluff Road #60 Gautier, MS, USA |

CLAIMANTS
Objections to Defendants Motion to Extinguish the Knauf Defendants' Settlement Obligations Filed 10-19-16
(R. Doc. 20517)

|    | A | Claim # | B | Owner/Property Name | C | Address |
|----|---|---------|---|---------------------|---|---------|
| 1  |   | Claim # |   | Owner/Property Name |   | Address |
| 24 |   | 112043  |   | DeLano, Barbara; Riverbend Condominiums |   | 1625 Martin Bluff Road #61 Gautier, MS, |
| 25 |   | 112044  |   | DeLano, Barbara; Riverbend Condominiums |   | 1625 Martin Bluff Road #64 Gautier, MS, USA |
| 26 |   | 112045  |   | Delano, Matthew Todd; Riverbend Condominiums |   | 1625 Martin Bluff Road #65 Gautier, MS, 39553, USA |
| 27 |   | 112047  |   | Delano, Matthew Todd; Riverbend Condominiums |   | 1625 Martin Bluff Road #79 Gautier, MS, 39553, USA |
| 28 |   | 100671  |   | Delano, Matthew Todd; Riverbend Condominiums |   | 1625 Martin Bluff Road #10 Gautier, MS, 39553, USA |
| 29 |   | 112071  |   | Delano, Matthew Todd; Riverbend Condominiums |   | 1625 Martin Bluff Road #91 Gautier, MS, 39553, USA |
| 30 |   | 112072  |   | Dobson, Duane; Riverbend Condominiums |   | 1625 Martin Bluff Road #70 Gautier, MS, USA |
| 31 |   | 112073  |   | Dobson, Duane; Riverbend Condominiums |   | 1625 Martin Bluff Road #71 Gautier, MS, USA |
| 32 |   | 111926  |   | Fairly, Joselyn |   | 1625 Martin Bluff Road #46 Gautier, MS, 39553, USA |
| 33 |   | 112048  |   | Fitzpatrick, John; Riverbend Condominiums Brown, Kenneth |   | 1625 Martin Bluff Road #95 Gautier, MS, 39553, USA |
| 34 |   | 112074  |   | Foreman, Kenneth J; Riverbend Condominiums, Foreman, Patsy A |   | 1625 Martin Bluff Road #89 Gautier, MS, 39553, USA |
| 35 |   | 112049  |   | Foreman, Kenneth; Riverbend Condominiums, Foreman, Patsy |   | 1625 Martin Bluff Road #94 Gautier, MS, 39553, USA |
| 36 |   | 100704  |   | Friedlander, Gregory |   | 1625 Martin Bluff Road #6 Gautier, MS, 39501, USA |
| 37 |   | 111731  |   | Friedlander, Gregory |   | 1625 Martin Bluff Road #35 Gautier, MS, 39553, USA |
| 38 |   | 111732  |   | Friedlander, Gregory |   | 1625 Martin Bluff Road #36 Gautier, MS, 39553, USA |
| 39 |   | 111122  |   | Friedlander, Gregory; Riverbend Condominiums |   | 1625 Martin Bluff Road #99 Gautier, MS, 39593, USA |
| 40 |   | 112050  |   | Goellner; Riverbend Condominiums |   | 1625 Martin Bluff Road #87 Gautier, MS, USA |
| 41 |   | 100709  |   | Goff, Michael C; Riverbend Condominiums |   | 1625 Martin Bluff Road #5 Gautier, MS, 39553, USA |
| 42 |   | 111920  |   | Gulf Coast Residential Realty |   | 1625 Martin Bluff Road #37 Gautier, MS, 39553, USA |
| 43 |   | 111921  |   | Gulf Coast Residential Realty |   | 1625 Martin Bluff Road #38 Gautier, MS, 39553, USA |
| 44 |   | 112051  |   | Gulf Coast Residential Realty |   | 1625 Martin Bluff Road #39 Gautier, MS, USA |
| 45 |   | 112058  |   | Gulf Coast Residential Realty |   | 1625 Martin Bluff Road #101 Gautier, MS, USA |

CLAIMANTS
Objections to Defendants Motion to Extinguish the Knauf Defendants' Settlement Obligations Filed 10-19-16
(R. Doc. 20517)

|    | A | B | C |
|---|---|---|---|
| 1 | Claim # | Owner/Property Name | Address |
| 46 | 112059 | Gulf Coast Residential Realty | 1625 Martin Bluff Road #102 Gautier, MS, USA |
| 47 | 111929 | Gulf Coast Residential Realty | 1625 Martin Bluff Road #49 Gautier, MS, 39553, USA |
| 48 | 111916 | Gulf Coast Residential Realty | 1625 Martin Bluff Road #11 Gautier, MS, 39593, USA |
| 49 | 112056 | Gulf Coast Residential Realty | 1625 Martin Bluff Road #85 Gautier, MS, USA |
| 50 | 112057 | Gulf Coast Residential Realty; Riverbend Condominiums | 1625 Martin Bluff Road #96 Gautier, MS, USA |
| 51 | 112075 | Gulf Coast Residential Realty; Riverbend Condominiums | 1625 Martin Bluff Road #9 Gautier, MS, 39593, USA |
| 52 | 112076 | Gulf Coast Residential Realty; Riverbend Condominiums | 1625 Martin Bluff Road #41 Gautier, MS, USA |
| 53 | 112077 | Gulf Coast Residential Realty; Riverbend Condominiums | 1625 Martin Bluff Road #73 Gautier, MS, USA |
| 54 | 112052 | Gulf Coast Residential Realty; Riverbend Condominiums | 1625 Martin Bluff Road #75 Gautier, MS, USA |
| 55 | 112053 | Gulf Coast Residential Realty; Riverbend Condominiums | 1625 Martin Bluff Road #76 Gautier, MS, USA |
| 56 | 112054 | Gulf Coast Residential Realty; Riverbend Condominiums | 1625 Martin Bluff Road #77 Gautier, MS, USA |
| 57 | 112055 | Gulf Coast Residential Realty; Riverbend Condominiums | 1625 Martin Bluff Road #78 Gautier, MS, USA |
| 58 | 112078 | Hermann, Lori A; Riverbend Condominiums | 1625 Martin Bluff Road #98 Gautier, MS, 39553, USA |
| 59 | 112079 | Hope CDA, Riverbend Condominiums; DeLano, Barbara | 1625 Martin Bluff Road #55 Gautier, MS, USA |
| 60 | 111922 | Johnson, Dankin | 1625 Martin Bluff Road #40 Gautier, MS, 39553, USA |
| 61 | 112080 | Ladner, Sabine; Riverbend Condominiums | 1625 Martin Bluff Road #72 Gautier, MS, USA |
| 62 | 112060 | Mondragon, M; Riverbend Condominiums | 1625 Martin Bluff Road #88 Gautier, MS, USA |
| 63 | 112081 | Navas, Jonathon; Riverbend Condominiums | 1625 Martin Bluff Road #93 Gautier, MS, 39553, USA |
| 64 | 100707 | Ng, Lyman; Riverbend Condominiums | 1625 Martin Bluff Road #26 Gautier, MS, 39553, USA |

CLAIMANTS
Objections to Defendants Motion to Extinguish the Knauf Defendants' Settlement Obligations Filed 10-19-16
(R. Doc. 20517)

|    | A        | B                                                                                                 | C                                                        |
|----|----------|---------------------------------------------------------------------------------------------------|----------------------------------------------------------|
| 1  | Claim #  | Owner/Property Name                                                                               | Address                                                  |
| 65 | 112061   | Riverbend Condominiums                                                                            | 1625 Martin Bluff Road #50 Gautier, MS, USA              |
| 66 | 112062   | Riverbend Condominiums                                                                            | 1625 Martin Bluff Road #33 Gautier, MS, USA              |
| 67 | 112084   | Riverbend Condominiums                                                                            | 1625 Martin Bluff Road #24 Gautier, MS, USA              |
| 68 | 112085   | Riverbend Condominiums                                                                            | 1625 Martin Bluff Road #34 Gautier, MS, USA              |
| 69 | 100693   | Riverbend Condominiums; Bush, Billy R                                                             | 1625 Martin Bluff Road #15 Gautier, MS, 39553, USA       |
| 70 | 108662   | Riverbend Condominiums; Cabrera, Michael                                                          | 1625 Martin Bluff Road #81 Gautier, MS, 39553, USA       |
| 71 | 112063   | Riverbend Condominiums; DeLano, Barbara                                                           | 1625 Martin Bluff Road #56 Gautier, MS, USA              |
| 72 | 112040   | Riverbend Condominiums; DeLano, Barbara                                                           | 1625 Martin Bluff Road #58 Gautier, MS, 39553, USA       |
| 73 | 112070   | Riverbend Condominiums; DeLano, Barbara                                                           | 1625 Martin Bluff Road #57 Gautier, MS, USA              |
| 74 | 111730   | Riverbend Condominiums; Diversified Asset Development, LLC                                        | 1625 Martin Bluff Road #20 Gautier, MS, 39553, USA       |
| 75 | 112162   | Riverbend Condominiums; Geppert, Kathryn T.                                                       | 1625 Martin Bluff Road #100 Gautier, MS, 39553, USA      |
| 76 | 100696   | Riverbend Condominiums; KCP Properties, LLC                                                       | 1625 Martin Bluff Road #28 Gautier, MS, 39553, USA       |
| 77 | 106056   | Riverbend Condominiums; Mitchell, Samuel L; Odom, Bonita; Sherrod, Kenneth; Drummond, LeErnest    | 1625 Martin Bluff Road #8 Gautier, MS, 39553, USA        |
| 78 | 112161   | Riverbend Condominiums; Parrett, William D.; Parrett, Cecelia G.                                  | 1625 Martin Bluff Road #62 Gautier, MS, 39553, USA       |
| 79 | 112064   | Riverbend HOA; Riverbend Condominiums,                                                            | 1625 Martin Bluff Road #90 Gautier, MS, USA              |
| 80 | 100690   | Riverbend Homeowners Association                                                                  | 1625 Martin Bluff Road Gautier, MS, 39553, USA           |
| 81 | 112065   | Rodrigies, Argenio; Riverbend Condominiums                                                        | 1625 Martin Bluff Road #86 Gautier, MS, USA              |
| 82 | 112066   | Romero, Manuel; Riverbend Condominiums                                                            | 1625 Martin Bluff Road #92 Gautier, MS, 39553, USA       |
| 83 | 112082   | Snyder, Doug; Riverbend Condominiums                                                              | 1625 Martin Bluff Road #68 Gautier, MS, USA              |
| 84 | 112083   | Snyder, Doug; Riverbend Condominiums                                                              | 1625 Martin Bluff Road #69 Gautier, MS, USA              |
| 85 | 100678   | Antebellum, LLC                                                                                   | 1625 Martin Bluff Road #29 Gautier, MS, 39593, USA       |
| 86 | 104101   | Cabrera, Michael S.; Riverbend Condominiums                                                       | 1625 Martin Bluff Road #17 Gautier, MS, 39553, USA       |

CLAIMANTS
Objections to Defendants Motion to Extinguish the Knauf Defendants' Settlement Obligations Filed 10-19-16
(R. Doc. 20517)

|   | A | B | C |
|---|---|---|---|
| 1 | Claim # | Owner/Property Name | Address |
| 87 | 104104 | Friedlander, Gregory | 1625 Martin Bluff Road #16 Gautier, MS, 39553, USA |
| 88 | 100701 | Friedlander, Gregory | 1625 Martin Bluff Road #30 Gautier, MS, 39553, USA |
| 89 | 100702 | Friedlander, Gregory; Riverbend Condominiums | 1625 Martin Bluff Road #25 Gautier, MS, 39553, USA |
| 90 | 100715 | Goodspeed, Tracy L; Riverbend Condominiums | 1625 Martin Bluff Road #14 Gautier, MS, 39553, |
| 91 | 106018 | Gulf Coast Residential Realty | 1625 Martin Bluff Road #42 Gautier, MS, 39553, USA |
| 92 | 104108 | Gulf Coast Residential Realty; Riverbend Condominiums | 1625 Martin Bluff Road #63 Gautier, MS, 39553, USA |
| 93 | 107089 | Hicks, Julian; Hicks, Christine | 1625 Martin Bluff Road #83 Gautier, MS, 39553, USA |
| 94 | 111862 | McKinney, Charles A.; McKinney, Anna; Riverbend Condominiums | 1625 Martin Bluff Road #21 Gautier, MS, 39553, |
| 95 | 104106 | Nurmi, John A; Riverbend Condominiums; Nurmi, Deborah | 1625 Martin Bluff Road #2 Gautier, MS, 39553, USA |
| 96 | 106054 | Riverbend Condominiums; Cabrera, Michael | 1625 Martin Bluff Road #4 Gautier, MS, 39553, USA |
| 97 | 106057 | Riverbend Condominiums; Hicks, Julian; Hoffman-Hicks, Christine | 1625 Martin Bluff Road #82 Gautier, MS, 39553, USA |
| 98 | 106055 | Riverbend Condominiums; Mitchell, Samuel L; Odom, Bonita; Sherrod, Kenneth; Drummond, LeErnest | 1625 Martin Bluff Road #7 Gautier, MS, 39553, USA |
| 99 | 102342 | Riverbend Condominiums; Protect Your Assets, LLC | 1625 Martin Bluff Road #3 Gautier, MS, 39553, USA |
| 100 | 101617 | Riverbend Condominiums; Young, Alan G | 1625 Martin Bluff Road #13 Gautier, MS, 39553, USA |
| 101 | 106058 | Spence, Robin T; Weekley, Brenda D | 1625 Martin Bluff Road #1 Gautier, MS, 39553, USA |
| 102 | 106707 | Stratton, Chris; Riverbend Condominiums | 1625 Martin Bluff Road #18 Gautier, MS, 39553, USA |
| 103 | 100627 | Rapp, Howard; Rapp, Chari | 249 Gulfside Street Waveland, MS, 39576, USA |
| 104 | 100616 | Rapp, Howard; Rapp, Chari | 300 Gulfside Street Waveland, MS, 39576, USA |
| 105 |  | Cortelyou, Lauren; Daniel Cowart | 32793 Water View Drive East, Loxley, AL  36551 |