UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | JUDGE ELDON FALLON<br>MAG. JUDGE WILKINSON<br>SPECIAL MASTER DAN BALHOFF |

**PLAINTIFFS' OBJECTIONS TO DEFENDANT KNAUF'S MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS (DOC. 20517)**

**COMES NOW** Doyle Law Firm, PC on behalf of all Plaintiffs listed on Exhibit "A," to file this objection to Knauf's Motion to Extinguish the Knauf Defendants' Settlement Obligations. In support of this objection, the undersigned offers the following:

1. Plaintiffs listed on Exhibit "A" continue to possess claims against the Knauf Defendants that have not been fully resolved under the Knauf Settlement Agreement and/or the Global Banner or INEX Settlement Agreements. Until the claims of each listed plaintiff have been fully addressed and resolved according to the terms of the applicable settlement agreements, it is premature for this court to grant the Knauf Defendants' motion to extinguish.

2. Because Plaintiffs' claims have not been fully resolved, all Plaintiffs listed on Exhibit "A" hereto object to Knauf's Motion to Extinguish and respectfully request an order denying the same until a determination has been made by this Court regarding the obligations remaining.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs request and order denying

1

Knauf's Motion to Extinguish regarding the Plaintiffs listed on Exhibit "A" until this Court can evaluate the claims consider Knauf's remaining obligations with regard to each plaintiff under the terms of the various settlement agreements that remain binding.

    DATED:  November 8, 2016.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Email:  jimmy@doylefirm.com

*Attorney for Plaintiffs*