# EXHIBIT A

| Claim # | Plaintiff's Name | Affected Property Address |
|---|---|---|
| 1 | Moses Adedeji & Fola Adedeji | 11803 Honeybear Lane, Saucier, MS, 39574 |
| 2 | David Brady | 1011 Maryanna Road, Calera, AL, 35040 |
| 3 | Lowell Butts & Darrell Steward | 15902 Innerarity Point Road, Pensacola, FL, 32507 |
| 4 | Lowell Butts | 15904 Innerarity Point Road, Pensacola, FL, 32507 |
| 5 | Nora Caswell | 2017 SE 21 Court, Homestead, FL, 33033 |
| 6 | CDO Investments, LLC | 2063 Vancouver Lane, North Port, FL, 34286 |
| 7 | CDO Investments, LLC | 4698 Globe Terrace, North Port, FL, 34286 |
| 8 | CDO Investments, LLC | 1374 Cathedall Avenue, North Port, FL, 34288 |
| 9 | Patrick Chapman | 133 Northwood, Pass Christian, MS, 39571 |
| 10 | Salimah Damani | 2368 Arbor Glenn, Hoover, AL, 35244 |
| 11 | Guilford Dieuvil | 8757 Baystone Cove, Boynton Beach, FL, 33473 |
| 12 | Chad Holmes & Shanna Holmes | 6152 Longmeadow Way, Trussville, AL, 35173 |
| 13 | Brian Huckaby & Paula Huckaby | 4031 Monte Vista Drive, Addis, LA, 70710 |
| 14 | Andrew Kubick | 2802 21st Street West, Lehigh Acres, FL, 33971 |
| 15 | MCF Enterprises, Inc. | 343 Ranchito Avenue, Lehigh Acres, FL, 33974 |
| 16 | MCF Enterprises, Inc. | 3505 9th Street West, Lehigh Acres, FL, 33971 |
| 17 | MCF Enterprises, Inc. | 2511 17th Street SW, Lehigh Acres, FL, 33976 |
| 18 | MCF Enterprises, Inc. | 900 Tena Avenue N, Lehigh Acres, FL, 33971 |
| 19 | Craig Moore | 3025 Chelsea Ridge Trail, Columbiana, AL, 35051 |
| 20 | Nancy Owens | 3759 Village Lane, Birmingham, AL, 35223 |
| 21 | Earl Ponquinette | 2324 Venetia Road, Mobile, AL, 36605 |
| 22 | Olivia Ridley | 3461 Acton Road, Moody, AL, 35004 |
| 23 | Kurt Satchfield | 13354 Laurel Oaks Lane, Gulfport, MS, 39503 |
| 24 | Darrell Steward | 15906 Innerarity Point Road, Pensacola, FL, 32507 |
| 25 | David Winstead | 25451 Turkey Ridge Road, Bush, LA, 70431 |
| 26 | Jinxi Zhu | 15916 Innerarity Point Road, Pensacola, FL, 32507 |
| 27 | Jinxi Zhu | 15938 Innerarity Point Road, Pensacola, FL, 32507 |
| 28 | Jinxi Zhu | 16002 Innerarity Point Road, Pensacola, FL, 32507 |