UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:  All Cases | MDL NO. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. WILKINSON |

**OBJECTION TO MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS**

**MAY IT PLEASE THE COURT:**

Claimant David Calvert (hereinafter "Mr. Calvert"), Claimant Identification No. 112762, and Claimant Patricia Harvey (hereinafter "Ms. Harvey"), Claimant Identification No. 113732, respectfully submit this Objection to Motion to Extinguish the Knauf Defendants' Settlement Obligations, and in support of the same show unto this Honorable Court as follows:

1. On August 16, 2016, this Honorable Court issued an Order (R. Doc. 20449) regarding Ms. Harvey's Motion to Reconsider (R. Doc. 19938) and Mr. Calvert's Motion for Authority to File a Proper Claim Form (R. Doc. 20432).

2. In the August 16, 2016 Order, this Honorable Court ordered "that the Court will take the above motions under advisement while the parties discuss their claims with BrownGreer and collect the proper evidence to support their claims."

3. In the August 16, 2016 Order, this Honorable Court further ordered "that BrownGreer communicate with the above parties and inform them of the required documentation for each claim."

4. In the August 16, 2016 Order, this Honorable Court further ordered "that BrownGreer will then determine the viability of the claims, the proper claim amount, if any, and the amount to be awarded based on the available settlement funds."

5. The above parties are still working with BrownGreer as ordered by this Honorable Court and for this reason no determination has been made by BrownGreer regarding these claims at this time.

6. The Motion to Extinguish the Knauf Defendants' Settlement Obligations could be construed to extinguish *all* of Knauf's settlement obligations, including any amounts that BrownGreer determines should be awarded to Mr. Calvert and/or Ms. Harvey. Therefore, if BrownGreer determines that Mr. Calvert and/or Ms. Harvey should be awarded an amount after this Honorable Court granted the Motion to Extinguish the Knauf Defendants' Settlement Obligations, Knauf's obligations to Mr. Calvert and/or Ms. Harvey could be terminated.

7. Accordingly, Mr. Calvert and Ms. Harvey object to the Motion to Extinguish the Knauf Defendants' Settlement Obligations insofar as it applies, or could be construed to apply, to their claims as discussed above. Further, Mr. Calvert and Ms. Harvey request that this Honorable Court, if it grants the Motion to Extinguish the Knauf Defendants' Settlement Obligations, enter an Order excluding the claims of Mr. Calvert and Ms. Harvey for the reasons explained above.

8. Mr. Calvert and Ms. Harvey's claims should not be extinguished for the reasons explained above, and therefore, the Motion to Extinguish the Knauf Defendants' Settlement Obligations should not apply to Mr. Calvert and Ms. Harvey's claims.

Respectfully submitted:

/s/ Joseph M. Bruno

                                      Joseph M. Bruno, (LA Bar No. 3604)
                                      Bruno & Bruno, LLP
                                      855 Baronne Street
                                      New Orleans, Louisiana  70113
                                      Telephone:  (504) 525-1335
                                      Facsimile:   (504) 561-6775

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Objection has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of November, 2016.

                                                                        /s/ Joseph M. Bruno