UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE PLAINTIFFS' STEERING COMMITTEE'S
RESPONSE TO MOTION TO EXTINGUISH THE
KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS**

On October 10, 2016, the Knauf Defendants filed a Motion to Extinguish Settlement Obligations [Rec. Doc. 20517]. The Plaintiffs' Steering Committee ("PSC") is not presently aware of any outstanding obligations of the Knauf Defendants other than those identified in their motion. Nevertheless, the Knauf Defendants recognize in their motion, and the PSC maintains, that there are ongoing obligations that continue as a result of the Settlement Agreement reached with the Knauf Defendants. Though the Knauf Defendants have fulfilled many of its obligations, it is expected that the terms of the Settlement Agreement will continue to be fulfilled. Throughout the course of this litigation, the PSC has addressed a number of the terms of the settlement and its implementation with counsel for the Knauf Defendants. The Knauf Defendants have advised repeatedly that they will fulfill the obligations undertaken in the Settlement Agreement. One example of such issue is the Knauf Defendants' agreement to satisfy those claimants that may be inactive on the BrownGreer portal, who are enrolled in the Settlement Program, but as of this date, have not yet been funded or processed completely. The PSC is also aware of various filings that

1

have been made in response to the Knauf Defendants' motion. Until such time that these matters are resolved and all of the Knauf Defendants' obligations are completed, the PSC will continue to work with the Knauf Defendants to finalize any obligations that may exist under the Knauf Settlement Agreement. However, the PSC submits that the Court should retain jurisdiction to conclude these matters and, thereafter, upon conclusion, it may then entertain the present motion. At the current time, the motion should either be held in abeyance or denied without prejudice.

Dated: November 9, 2016                           Respectfully Submitted,

BY: /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819)
Leonard A. Davis (La Bar No. 14190)
Stephen J. Herman (La Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**ON BEHALF OF THE PSC**

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of November, 2016.

           Respectfully Submitted,

        BY: /s/ *Leonard A. Davis*
           Leonard A. Davis
           Herman, Herman & Katz, LLC
           820 O'Keefe Avenue
           New Orleans, LA 70113
           Phone: (504) 581-4892
           Fax: (504) 561-6024
           ldavis@hhklawfirm.com

           *Plaintiffs' Liaison Counsel MDL 2047*