UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| **This document relates to all cases** | ) ) ) ) ) | MAG. JUDGE WILKINSON |

## COLSON HICKS EIDSON'S RESPONSE TO MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS (DOC. 20517)

Colson Hicks Eidson hereby files its Response to Motion to Extinguish the Knauf Defendants' Settlement Obligations (Doc. No. 20517) requesting the inclusion of one of its Claimants in Exhibit A. In support thereof, Undersigned Counsel states as follows:

Upon review of the Knauf Defendants' Motion to Extinguish the Knauf Defendants' Settlement Obligations, Undersigned Counsel noticed that one of its Claimants, Villas at Oak Hammock, LLC, was omitted from Exhibit A listing open claims. Undersigned Counsel brought this to the attention of Knauf's Counsel, Mr. Dysart, who was in agreement that Villas at Oak Hammock, LLC should be listed in Exhibit A. Villas at Oak Hammock, LLC's claim is the subject of Doc. Nos. 20247, 20277 and 20281. Villas anticipates filing a motion to lift the stay as it relates to its claim in the near future.

WHEREFORE, Undersigned Counsel, having provided good cause why Villas at Oak Hammock, LLC should be included in the list of open claims and given that Knauf's

1


counsel agreed to the same, requests that Villas at Oak Hammock, LLC be included in the list of open claims, Exhibit A of to Knauf's Motion.

Respectfully Submitted,

/s/ Patrick s. Montoya
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH
Coral Gables, FL   33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of November, 2016.

/s/ Patrick S. Montoya