# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

## ORDER

**THIS DOCUMENT RELATES TO ALL CASES**

The Court has received communications from several litigants explaining they are having difficulty contacting their attorney, Jimmy Doyle. Further, these litigants have expressed that their attorney has failed to respond to their efforts in a timely fashion. Plaintiffs Liaison Counsel is instructed to contact Mr. Doyle to ensure timely communications with litigants.

**IT IS ORDERED** that Plaintiffs Liaison Counsel communicate with Mr. Jimmy Doyle to ensure his office is timely communicating with all litigants.

CC:

Kimberly Blanchard
1349 Franklin Street
Mandeville, LA 70448

James V. Doyle, Jr.
Doyle Law Firm
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209