UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | JUDGE ELDON FALLON<br>MAG. JUDGE WILKINSON |

**DOYLE LAW FIRM, PC'S RESPONSE TO COURT ORDER (DOC. 20544)**

This Court indicated that it has received "several" communications from unidentified litigants indicating that they are having difficulty contacting Doyle Law Firm, PC or that they have not received communications in a timely fashion. The court identified only one litigant in its Order (Doc. 20544) who purportedly made such a claim - a "Kimberly Blanchard" of Mandeville, Louisiana, who is apparently in need of a response from her attorney and who apparently prompted the issuance of this Order.

**Kimberly Blanchard is not a client of Doyle Law Firm, PC**, and according to our records, no "Kimberly Blanchard" of Mandeville, Louisiana, has ever contacted the firm.

As the court has provided no further information regarding other litigants, no action can be taken at this time other than to inform the court that the firm employs multiple receptionists capable of identifying actual firm clients, taking messages from actual firm clients, and forwarding the calls of actual clients to voicemail when an attorney is unavailable. The Doyle Law Firm, PC, makes every attempt to communicate with its clients in a timely fashion and provide updates as necessary to all, including those clients who have Taishan-related claims that

have been pending for up to six (6) years.

With regard to Ms. Blanchard, perhaps the Court can direct Plaintiffs Liaison Counsel to provide this litigant with the identity of her current attorney (and update the court of the same at the next status conference) as Plaintiffs Liaison Counsel has been served with copies of all Taishan and Knauf-related pleadings via CM/ECF and FileAndServeXpress and he should be able to easily access this information now in his possession.

DATED:  November 14, 2016.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Email:  jimmy@doylefirm.com

*Attorney for Plaintiffs*