UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the Knauf Defendants' Motion for Leave to File Reply Memorandum in Support of the Motion to Extinguish Settlement Obligations;

IT IS ORDERED BY THE COURT that the motion is GRANTED; and the attached Reply Memorandum in Support of the Motion to Extinguish the Knauf Defendants' Settlement Obligations and supporting exhibits are filed into the record herein.

New Orleans, Louisiana, this _____ day of November, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE