**SETTLEMENT CLAIMANTS**

| Claimant Name | Type of Claim/ Benefits Sought | Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| Torrance, Matthew and Mary Catherine | Lower KPT Only | 4240 Tupello Street | Baton Rouge | LA | 70808 | Becnel Law Firm |
| Villas at Oak Hammock, LLC | ARH - Motion Pending | 5343 SW 40 Avenue (Lot 14) | Fort Lauderdale | FL | 33314 | Colson Hicks |
| Maillot, Georges and Janice | Remediation | 9 Tupelo Trace | Mandeville | LA | 70471 | Herman, Herman and Katz |
| Calvert, David | Other Loss | 17611 Simpson Road | Prairieville | LA | 70769 | Bruno & Bruno |
| Harvey, Patricia | Other Loss | 3217 Upperline Street | New Orleans | LA | 70125 | Bruno & Bruno |
| Rapp, Howard and Chari | ARH - Motion Pending | 249 Gulfside Street | Waveland | MS | 39576 | Reeves and Mestayer |
| Rapp, Howard and Chari | ARH - Motion Pending | 300 Gulfside Street | Waveland | MS | 39576 | Reeves and Mestayer |
| Cortelyou, Lauren | Remediation - Motion Pending | 32793 Water View Drive East | Loxley | AL | 36551 | Reeves and Mestayer |
| Riverbend Unit 5 Goff, Michael | Lump Sum Payment | 1625 Martin Bluff Road #5 | Gautier | MS | 39553 | Reeves and Mestayer |
| Riverbend Unit 27 Cigliola, Giuseppe | Lump Sum Payment | 1625 Martin Bluff Road #27 | Gautier | MS | 39553 | Reeves and Mestayer |
| Riverbend Unit 92 Romero, Manuel | Lump Sum Payment | 1625 Martin Bluff Road #92 | Gautier | MS | 39553 | Reeves and Mestayer |
| Riverbend Unit 93 Navas, Jonathon | Lump Sum Payment | 1625 Martin Bluff Road #93 | Gautier | MS | 39553 | Reeves and Mestayer |
| Adedeji, Moses and Fola | Lump Sum Payment | 11803 Honeybear Lane | Saucier | MS | 39574 | Doyle Law Firm |
| Brady, David | Other Loss/GBI | 1011 Maryanna Road | Calera | AL | 35040 | Doyle Law Firm |
| Butts, Lowell and Darrell Steward | Lump Sum Payment | 15902 Innerarity Point Road | Pensacola | FL | 32507 | Doyle Law Firm |
| Butts, Lowell | Lump Sum Payment | 15904 Innerarity Point Road | Pensacola | FL | 32507 | Doyle Law Firm |
| Steward, Darrell | Lump Sum Payment | 15906 Innerarity Point Road | Pensacola | FL | 32507 | Doyle Law Firm |
| Nora Caswell | Other Loss/GBI | 2017 SE 21 Court | Homestead | FL | 33033 | Doyle Law Firm |
| CDO Investments, LLC | ARH | 2063 Vancouver Lane | North Port | FL | 34286 | Doyle Law Firm |
| CDO Investments, LLC | ARH | 4698 Globe Terrace | North Port | FL | 34286 | Doyle Law Firm |
| Damani, Salimah | Lump Sum Payment | 2368 Arbor Glenn | Hoover | AL | 35244 | Doyle Law Firm |
| Dieuvil, Guilford | ARH | 8757 Baystone Cove | Boynton Beach | FL | 33473 | Doyle Law Firm |
| Holmes, Chad and Shanna | Lump Sum Payment | 6152 Longmeadow Way | Trussville | AL | 35173 | Doyle Law Firm |
| Huckaby, Brian and Paula | Warranty | 4031 Monte Vista Drive | Addis | LA | 70710 | Doyle Law Firm |
| Moore, Craig and/or Stephanie | Other Loss/GBI | 3025 Chelsea Ridge Trail | Columbiana | AL | 35051 | Doyle Law Firm |
| Owens, Nancy | Other Loss/GBI | 3759 Village Lane | Birmingham | AL | 35223 | Doyle Law Firm |
| Ponquinette, Earl | Other Loss/GBI | 2324 Venetia Road | Mobile | AL | 36605 | Doyle Law Firm |
| Ridley, Olivia | Other Loss/GBI | 3461 Acton Road | Moody | AL | 35004 | Doyle Law Firm |
| Satchfield, Kurt | Other Loss/GBI | 13354 Laurel Oaks Lane | Gulfport | MS | 39503 | Doyle Law Firm |
| Zhu, Jinxi | Lump Sum Payment | 15916 Innerarity Point Road | Pensacola | FL | 32507 | Doyle Law Firm |
| Zhu, Jinxi | Lump Sum Payment | 15938 Innerarity Point Road | Pensacola | FL | 32507 | Doyle Law Firm |
| Zhu, Jinxi | Lump Sum Payment | 16002 Innerarity Point Road | Pensacola | FL | 32507 | Doyle Law Firm |

**EXHIBIT A**