UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to: All Cases | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations;

IT IS ORDERED that the Motion to Extinguish the Knauf Defendants' Settlement Obligations is GRANTED.

The Knauf Defendants' Settlement Obligations to any Settlement Claimant are extinguished except its potential settlement obligations to the following Settlement Claimants:

| No. | Claimant Name | Type of Claim | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 1. | Torrance, Matthew and Mary Catherine | Lower KPT Only | 4240 Tupello Street | Baton Rouge | LA | 70808 |
| 2. | Villas at Oak Hammock, LLC | ARH - Motion Pending | 5343 SW 40 Avenue (Lot 14) | Fort Lauderdale | FL | 33314 |
| 3. | Maillot, Georges and Janice | Remediation | 9 Tupelo Trace | Mandeville | LA | 70471 |
| 4. | Calvert, David | Other Loss | 17611 Simpson Road | Prairieville | LA | 70769 |
| 5. | Harvey, Patricia | Other Loss | 3217 Upperline Street | New Orleans | LA | 70125 |
| 6. | Rapp, Howard and Chari | ARH - Motion Pending | 249 Gulfside Street | Waveland | MS | 39576 |
| 7. | Rapp, Howard and Chari | ARH - Motion Pending | 300 Gulfside Street | Waveland | MS | 39576 |
| 8. | Cortelyou, Lauren | Remediation - Motion Pending | 32793 Water View Drive East | Loxley | AL | 36551 |
| 9. | Riverbend Unit 5 Goff, Michael | Lump Sum Payment | 1625 Martin Bluff Road #5 | Gautier | MS | 39553 |

| No. | Claimant Name | Type of Claim | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 10. | Riverbend Unit 27 Cigliola, Giuseppe | Lump Sum Payment | 1625 Martin Bluff Road #27 | Gautier | MS | 39553 |
| 11. | Riverbend Unit 92 Romero, Manuel | Lump Sum Payment | 1625 Martin Bluff Road #92 | Gautier | MS | 39553 |
| 12. | Riverbend Unit 93 Navas, Jonathon | Lump Sum Payment | 1625 Martin Bluff Road #93 | Gautier | MS | 39553 |
| 13. | Adedeji, Moses and Fola | Lump Sum Payment | 11803 Honeybear Lane | Saucier | MS | 39574 |
| 14. | Brady, David | Other Loss/GBI | 1011 Maryanna Road | Calera | AL | 35040 |
| 15. | Butts, Lowell and Darrell Steward | Lump Sum Payment | 15902 Innerarity Point Road | Pensacola | FL | 32507 |
| 16. | Butts, Lowell | Lump Sum Payment | 15904 Innerarity Point Road | Pensacola | FL | 32507 |
| 17. | Steward, Darrell | Lump Sum Payment | 15906 Innerarity Point Road | Pensacola | FL | 32507 |
| 18. | Nora Caswell | Other Loss/GBI | 2017 SE 21 Court | Homestead | FL | 33033 |
| 19. | CDO Investments, LLC | ARH | 2063 Vancouver Lane | North Port | FL | 34286 |
| 20. | CDO Investments, LLC | ARH | 4698 Globe Terrace | North Port | FL | 34286 |
| 21. | Damani, Salimah | Lump Sum Payment | 2368 Arbor Glenn | Hoover | AL | 35244 |
| 22. | Dieuvil, Guilford | ARH | 8757 Baystone Cove | Boynton Beach | FL | 33473 |
| 23. | Holmes, Chad and Shanna | Lump Sum Payment | 6152 Longmeadow Way | Trussville | AL | 35173 |
| 24. | Huckaby, Brian and Paula | Warranty | 4031 Monte Vista Drive | Addis | LA | 70710 |
| 25. | Moore, Craig and/or Stephanie | Other Loss/GBI | 3025 Chelsea Ridge Trail | Columbiana | AL | 35051 |
| 26. | Owens, Nancy | Other Loss/GBI | 3759 Village Lane | Birmingham | AL | 35223 |
| 27. | Ponquinette, Earl | Other Loss/GBI | 2324 Venetia Road | Mobile | AL | 36605 |
| 28. | Ridley, Olivia | Other Loss/GBI | 3461 Acton Road | Moody | AL | 35004 |
| 29. | Satchfield, Kurt | Other Loss/GBI | 13354 Laurel Oaks Lane | Gulfport | MS | 39503 |
| 30. | Zhu, Jinxi | Lump Sum Payment | 15916 Innerarity Point Road | Pensacola | FL | 32507 |
| 31. | Zhu, Jinxi | Lump Sum Payment | 15938 Innerarity Point Road | Pensacola | FL | 32507 |
| 32. | Zhu, Jinxi | Lump Sum Payment | 16002 Innerarity Point Road | Pensacola | FL | 32507 |
| 33. | Couvillion John ; Couvillion Ann | Remediation | 12231 Myers Park Avenue | Baton Rouge | LA | 70810 |
| 34. | Masel David ; Masel Elna ; Car Jennifer ; Villa Edith ; Santiago Crintan ; Cerz Edwin | Remediation | 18760 SW 238th Street | Homestead | FL | 33031 |

| No. | Claimant Name | Type of Claim | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 35. | Kerne Dean ; Kerne Drina ; Lopez Jessica | Remediation | 21458 Pleasant Forest Bend | Porter | TX | 77365 |
| 36. | Spencer Johnny ; Spencer Doris ; Spencer Chelsea ; Spencer Corey | Remediation | 2216 Waterford Village Blvd. | Missouri City | TX | 77459 |
| 37. | Bennette Lillie ; Bennette, Jr. Joseph | Remediation | 4800 Congress Drive | New Orleans | LA | 70126 |
| 38. | Barni Guy ; Finkelstein Michael ; Haas Jennifer ; Gunter Sharaan ; Summers Charles | Remediation | 5223 Bathgate Lane | Houston | TX | 77084 |
| 39. | Pavageau Michelle ; Pavageau Craig ; USDA Rural Development | Remediation | 105 Historic West Street | Garyville | LA | 70051 |
| 40. | Eddleman Homes, LLC | Remediation | 1078 Dunnavant Place | Birmingham | AL | 35242 |
| 41. | Johnson Paul ; Johnson Caron | Remediation | 12708 Equestrian Trail | Davie | FL | 33330 |
| 42. | Faulkner Donald E.; Faulkner Brenda S. | Remediation | 1276-A Century Oaks Drive (Key West Commons) | Gulfport | MS | 39507 |
| 43. | DesJardins William ; DesJardins Christina | Remediation | 1705 White Oak Drive | Ocean Springs | MS | 39564 |
| 44. | Chamberlin (Deceased) Michael ; Chamberlin Lorraine | Remediation | 275 W Robert E. Lee Blvd. | New Orleans | LA | 70124 |
| 45. | Fincher Donald P.; Fincher Colleen M. | Remediation | 277 Penn Mill Lakes Boulevard | Covington | LA | 70435 |
| 46. | Washington LaTonia | Remediation | 300 NE 36th Street | Oakland Park | FL | 33334 |
| 47. | Bell David A.; Bell Margaret Y. | Remediation | 5439 Marcia Avenue | New Orleans | LA | 70124 |
| 48. | LeClair Richard R; LeClair Joanne C | Remediation | 5512 Moss Hill Lane | Rosharon | TX | 77583 |
| 49. | Peters Ronald ; Peters Inez | Remediation | 76600 S Fitzmorris Road | Covington | LA | 70435 |
| 50. | Cordova Robert ; Cordova Kari R | Remediation | 979 Weatherby Street S | Saraland | AL | 36571 |
| 51. | Blacklidge Ronald W | Remediation | 11058 Channel Side Drive | Gulfport | MS | 39503 |
| 52. | Meister III Robert P. | Remediation | 1120 12th Avenue North | Naples | FL | 34102 |
| 53. | Visciglia Giancarlo ; Glauzer Katia | Remediation | 11402 NW 84th Terrace | Doral | FL | 33178 |
| 54. | Coleman Jessidra C; Coleman Jacqueline W | Remediation | 15121 SW 106th Avenue | Miami | FL | 33176 |
| 55. | Heard Valerie | Remediation | 18092 Robinwood Drive East | Saucier | MS | 39574 |
| 56. | Salinas Maria | Remediation | 1934 SE 23rd Court | Homestead | FL | 33035 |
| 57. | Denkhaus David G.; Denkhaus Diane ; Denkhaus David M. | Remediation | 19401 La Serena Drive | Fort Myers | FL | 33967 |
| 58. | Santamaria Rafael ; | Remediation | 1974 SE 23rd Court | Homestead | FL | 33035 |

| No. | Claimant Name | Type of Claim | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| | Santamaria Marcela | | | | | |
| 59. | Niemann Jason ; Niemann Renee | Remediation | 201 Rue Esplanade | Mandeville | LA | 70471 |
| 60. | Giangrosso John ; Giangrosso Marie | Remediation | 207 Lestin Drive | Slidell | LA | 70460 |
| 61. | Thompson Wynethia | Remediation | 2147 St. Croix Avenue | Baton Rouge | LA | 70810 |
| 62. | Ervin Ronnie ; Ervin Rodella ; Ervin Camerron ; Ervin February ; Ervin Toria ; Ervin Sharonnie | Remediation | 2186 SW Devon Avenue | Port St. Lucie | FL | 34953 |
| 63. | Moore Cydney | Remediation | 2219 St. Croix Avenue | Baton Rouge | LA | 70810 |
| 64. | Washington Della | Remediation | 2229 St. Croix Avenue | Baton Rouge | LA | 70810 |
| 65. | Dalsin Mike John; Dalsin Julie Ann | Remediation | 23069 Redfish Lane (Main & Guest Houses) | Cudjoe Key | FL | 33042 |
| 66. | Jaggers Tracy W.; Jaggers Lorna A. | Remediation | 2311 Tarrytown Crossing Drive | Conroe | TX | 77304 |
| 67. | Litus Rodney ; Litus Suze | Remediation | 2351 SW Freeman Street | Port St Lucie | FL | 34953 |
| 68. | Duplessis Shalonda | Remediation | 2500 Guerra Drive | Violet | LA | 70092 |
| 69. | Suhir Huriya ; Willis Ty | Remediation | 25226 Oak Villa Drive | Spring | TX | 77389 |
| 70. | Winstead David | Remediation | 25451 Turkey Ridge Road | Bush | LA | 70431 |
| 71. | Anthony Evelyn | Remediation | 3 Ashley Court | Slidell | LA | 70458 |
| 72. | Dennis Jack E; Dennis Sabrina ; Gaither Dalton | Remediation | 301 Highland View Drive | Birmingham | AL | 35242 |
| 73. | Rost Jim ; JDJ One Stop Site Design, Inc. | Remediation | 3208 8th Street West | Lehigh Acres | FL | 33971 |
| 74. | Toran Jr. George | Remediation | 3213 NE 5th Street #201 | Pompano Beach | FL | 33062 |
| 75. | Glickman David ; Glickman Joan ; Glickman Brian ; Glickman Ayssa ; Ocean Park | Remediation | 3236 NE 4th Street | Pompano Beach | FL | 33062 |
| 76. | Roe Fred ; Roe Laura Preston | Remediation | 32759 Water View Drive East | Loxley | AL | 36551 |
| 77. | Sanclemente Leonardo ; Sanclemente Nelly | Remediation | 3341 NE 4th Street | Homestead | FL | 33033 |
| 78. | Rodriguez Raymond | Remediation | 3358 NE 3rd Drive | Homestead | FL | 33033 |
| 79. | Howell Howard ; Howell Marcia | Remediation | 3390 62nd Avenue NE | Naples | FL | 34120 |
| 80. | Broussard Jason | Remediation | 3620 Hemlock Street | Zachary | LA | 70791 |
| 81. | Londono Dorlys "Amalia" | Remediation | 367 NE 36 Terrace | Homestead | FL | 33033 |
| 82. | Blind John ; Blind Christina | Remediation | 5135 NW Aljo Circle | Port St. Lucie | FL | 34986 |
| 83. | Randolph Vincent | Remediation | 5602 Birch Drive | Fort Pierce | FL | 34982 |
| 84. | Martin Anthony; Martin | Remediation | 6015 SW 28th Street | Miami | FL | 33155 |

4

| No. | Claimant Name | Type of Claim | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| | Kim | | | | | |
| 85. | DAS Investments LLC; Sigler Sr. Dean | Remediation | 6255 Arrowhead Lane | Vero Beach | FL | 32967 |
| 86. | Graham Marlene ; Russell Jay ; Raftis (contact) Dave ; The Sanctuary at Blue Heron, Inc. | Remediation | 8217 Sanctuary Drive #1 | Naples | FL | 34104 |
| 87. | Aguirre Gilberto ; Bojorguez Gabriela ; Aguirre Gilberta ; Aguirre Joanna ; Aguirre Brenda ; Valdez Alberto ; Valdez Juan | Remediation | 8223 Sugar Cane Drive | Baytown | TX | 77523 |
| 88. | Ditta Peggy | Remediation | 8310 Maunalani Place | Diamondhead | MS | 39525 |
| 89. | Tillison Tameecka | Remediation | 9380 Pascagoula Drive | Baton Rouge | LA | 70810 |
| 90. | Minor Monique | Remediation | 9381 Pascagoula Drive | Baton Rouge | LA | 70810 |
| 91. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7043 Ambrosia Lane #201 | Naples | FL | 34119 |
| 92. | Sar Shalom Yehiel ; SFDIL, LLC; Prime Homes at Portofino Falls, Ltd. | Remediation | 7043 Ambrosia Lane #202 | Naples | FL | 34119 |
| 93. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7047 Ambrosia Lane (Clubhouse) | Naples | FL | 34119 |
| 94. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3301 | Naples | FL | 34119 |
| 95. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3302 | Naples | FL | 34119 |
| 96. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3306 | Naples | FL | 34119 |
| 97. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3307 | Naples | FL | 34119 |
| 98. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3308 | Naples | FL | 34119 |
| 99. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7060 Venice Way #3102 | Naples | FL | 34119 |
| 100. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7060 Venice Way #3103 | Naples | FL | 34119 |
| 101. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3201 | Naples | FL | 34119 |
| 102. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3202 | Naples | FL | 34119 |
| 103. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3203 | Naples | FL | 34119 |
| 104. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3204 | Naples | FL | 34119 |
| 105. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3206 | Naples | FL | 34119 |
| 106. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7065 Venice Way #3001 | Naples | FL | 34119 |
| 107. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7065 Venice Way #3002 | Naples | FL | 34119 |
| 108. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7065 Venice Way #3003 | Naples | FL | 34119 |

| No. | Claimant Name | Type of Claim | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 109. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7065 Venice Way #3004 | Naples | FL | 34119 |
| 110. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7069 Venice Way #2803 | Naples | FL | 34119 |
| 111. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2901 | Naples | FL | 34119 |
| 112. | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2902 | Naples | FL | 34119 |
| 113. | EDM Investment Holdings, LLC; Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2904 | Naples | FL | 34119 |
| 114. | EDM Investment Holdings, LLC; Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2905 | Naples | FL | 34119 |
| 115. | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2906 | Naples | FL | 34119 |
| 116. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7074 Venice Way #2601 | Naples | FL | 34119 |
| 117. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7074 Venice Way #2602 | Naples | FL | 34119 |
| 118. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7074 Venice Way #2604 | Naples | FL | 34119 |
| 119. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7074 Venice Way #2606 | Naples | FL | 34119 |
| 120. | Villas at Ocean Club ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-215 | Biloxi | MS | 39531 |
| 121. | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-216 | Biloxi | MS | 39531 |
| 122. | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-217 | Biloxi | MS | 39531 |
| 123. | Villas at Ocean Club ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-218 | Biloxi | MS | 39531 |
| 124. | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-219 | Biloxi | MS | 39531 |
| 125. | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-220 | Biloxi | MS | 39531 |
| 126. | Sawyer Julie ; Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice | Remediation | 2046 Beach Blvd. #C-307 | Biloxi | MS | 39531 |
| 127. | Villas at Ocean Club ; | Remediation | 2046 Beach Blvd. | Biloxi | MS | 39531 |

| No. | Claimant Name | Type of Claim | Address | City | State | Zip |
|---|---|---|---|---|---|---|
|  | Burkholder Bernice ; Moghal Arshad M.; Moghal Rosmarie |  | #C-308 |  |  |  |
| 128. | Bettini Ken ; Villas at Ocean Club ; Burkholder Bernice ; Bettini Shirley | Remediation | 2046 Beach Blvd. #C-309 | Biloxi | MS | 39531 |
| 129. | Villas at Ocean Club Holdings Co., LLC; Burkholder Bernice ; Portland Investment Holdings LLC ; Matlock Stephen L; Matlock Billie R | Remediation | 2046 Beach Blvd. #C-310 | Biloxi | MS | 39531 |
| 130. | Villas at Ocean Club; Burkholder Bernice Howell Priscilla | Remediation | 2046 Beach Blvd. #C-311 | Biloxi | MS | 39531 |
| 131. | Burkholder Bernice ; Villas at Ocean Club Holdings Co., LLC ; Mangum Jimmie C. | Remediation | 2046 Beach Blvd. #C-312 | Biloxi | MS | 39531 |
| 132. | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Hubar Jack Sean | Remediation | 2046 Beach Blvd. #C-313 | Biloxi | MS | 39531 |
| 133. | Villas at Ocean Club ; Burkholder Bernice ; Goss-Veazey Investments LLC | Remediation | 2046 Beach Blvd. #C-314 | Biloxi | MS | 39531 |
| 134. | Villas at Ocean Club ; Burkholder Bernice ; Melancon Ralph ; Melancon Amelia | Remediation | 2046 Beach Blvd. #D-101 | Biloxi | MS | 39531 |
| 135. | Noldge Don ; Villas at Ocean Club ; Burkholder Bernice ; Hodges Nick ; NCH Partners | Remediation | 2046 Beach Blvd. #D-102 | Biloxi | MS | 39531 |
| 136. | Villas at Ocean Club ; Burkholder Bernice ; Kreissler Jan | Remediation | 2046 Beach Blvd. #D-103 | Biloxi | MS | 39531 |
| 137. | Villas at Ocean Club ; Burkholder Bernice ; Fredricks Joan ; Wilkinson Terri L; Wilkinson Richard D | Remediation | 2046 Beach Blvd. #D-104 | Biloxi | MS | 39531 |
| 138. | Villas at Ocean Club ; Burkholder Bernice ; Timmeman John ; Timmeman Sue ; Timmerman Enterprises II LLC ; Rosemary's on the Gulf, LLC ; Black Kathy | Remediation | 2046 Beach Blvd. #D-105 | Biloxi | MS | 39531 |
| 139. | Burkholder Bernie ; Villas at Ocean Club ; Luke Connelly | Remediation | 2046 Beach Blvd. #D-205 | Biloxi | MS | 39531 |
| 140. | Burkholder Bernie ; Villas at Ocean Club ; LeBlanc | Remediation | 2046 Beach Blvd. #D-206 | Biloxi | MS | 39531 |

| No. | Claimant Name | Type of Claim | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| | Archebelle Cassie ; Huckabee Jerry ; Huckabee Jacque | | | | | |
| 141. | Tran Lang T; Le Kim Nga ; Le Luyen Van ; Le Hung Van ; Le Linda Thi ; Le Tuyet Nhi ; Le Vinh V | Remediation | 14813 Nassau Drive | Biloxi | MS | 39532 |
| 142. | Bowman Marcy W; Bowman William R | Remediation | 17739 Shady Elm Avenue | Baton Rouge | LA | 70816 |
| 143. | Quinn Michael S. | Remediation | 7301 Jade Street | New Orleans | LA | 70124 |
| 144. | Osceola Doreen ; Willie Terry | Remediation | 8175 SW 187th Street | Cutler Bay | FL | 33157 |
| 145. | Asch, Rick and Colleen | ARH | 138 St. Clair Drive | St. Simons Island | GA | 31522 |
| 146. | McIntyre, Paul | ARH | 15922 Innerarity Point Road | Pensacola | FL | 32507 |
| 147. | Williams, Thomas | ARH | 301 Intrepid Drive | Slidell | LA | 70458 |
| 148. | Kubick, Andrew | ARH | 2802 21st Street | West Lehigh Acres | FL | 33971 |
| 149. | CDO Investments | ARH | 1374 Cathedall Avenue | Northport | FL | 34288 |
| 150. | MCF Enterprises, Inc. | ARH | 1933 Wanda Avenue | North Lehigh Acres | FL | 33971 |
| 151. | MCF Enterprises, Inc. | ARH | 343 Ranchito Ave | Lehigh Acres, | FL | 33974 |
| 152. | MCF Enterprises, Inc. | ARH | 3505 9th St | West Lehigh Acres | FL | 33974 |
| 153. | MCF Enterprises, Inc. | ARH | 900 Tena Ave | North Lehigh Acres, | FL | 33971 |
| 154. | MCF Enterprises, Inc. | ARH | 2511 17 St | SW Lehigh Acres | FL | 33976 |
| 155. | Latiff, Mohamed and Bibi | ARH | 1898 SE 23rd Court | Homestead | FL | 33035 |
| 156. | Latiff, Mohamed and Bibi | ARH | 1943 SE 22nd Drive | Homestead | FL | 33035 |
| 157. | Bahadur, Doodnauth | ARH | 1925 SE 22nd Court | Homestead | FL | 33035 |
| 158. | Asset Portfolio | ARH | 1305 E 9th Street | Lehigh Acres | FL | 33972 |
| 159. | Carter, Daniel and Amy | ARH | 261 W Robert E. Lee | New Orleans | LA | 70124 |
| 160. | St. Martin, Steven and Janell | ARH | 4780 Demontluzin Street | New Orleans | LA | 70122 |
| 161. | Calico, Michael and Lisa | ARH | 4300 Orleans Avenue | New Orleans | LA | 70119 |

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE