UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

**AGENDA**
**FOR NOVEMBER 18, 2016 STATUS CONFERENCE**

    I.     PRE-TRIAL ORDERS

    II.    STATE/FEDERAL COORDINATION

    III.   OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

    IV.   PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

    V.    KNAUF REMEDIATION PROGRAM

    VI.   INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

    VII.  TAISHAN, BNBM AND CNBM DEFENDANTS

    VIII. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

    IX.   FREQUENTLY ASKED QUESTIONS

    X.    ATTORNEY'S FEES

    XI.   MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XII.   PHYSICAL EVIDENCE PRESERVATION ORDER

XIII.  ENTRY OF PRELIMINARY DEFAULT

XIV.   STAY ISSUED BY COURT

XV.    OTHER MOTIONS FILED WITH THE COURT

XVI.   NEXT STATUS CONFERENCE