# Exhibit 4

**From:** Jake Woody <jswoody@browngreer.com>
**Date:** June 17, 2016 at 2:32:46 PM CDT
**To:** Eric Hoaglund <ehoaglund@mhcilaw.com>
**Subject: RE: Chinese Drywall PTO 28(F) Notice**

Eric:  As you know, we served as the Claims Administrator for the Chinese Drywall Settlement Program.  In that role, we performed duties as set forth in the settlement agreements and as directed by Judge Fallon. The information in the chart below shows all payments we included in the PTO28F Notice.  These payments are the total benefits issued to homeowners during the Settlement Program.

Please note that this chart does not include Settlement Program payments made to Knauf or Builders.

| Breakdown | Issued | Future Payment | Total |
|---|---|---|---|
| Pilot Program | $549,638,553.11 | $8,795,476.35 | $558,434,029.46 |
| Option 1 | $451,013,439.69 | $3,829,376.79 | $454,842,816.48 |
| Option 2 | $66,592,797.03 | $4,695,105.97 | $71,287,903.00 |
| Option 3 | $32,032,316.39 | $270,993.59 | $32,303,309.98 |
| ARH | $42,398,216.45 | $0.00 | $42,398,216.45 |
| Global | $15,639,861.44 | $329,895.81 | $15,969,757.25 |
| Banner | $6,353,734.18 | $266,702.44 | $6,620,436.62 |
| InEx | $225,755.10 | $26,363.70 | $252,118.80 |
| Other Loss | $19,574,979.35 | $15,464,091.69 | $35,039,071.04 |
| **Total** | **$633,831,099.63** | **$24,882,529.99** | **$658,713,629.62** |

**From:** Eric Hoaglund [mailto:ehoaglund@mhcilaw.com]
**Sent:** Thursday, June 16, 2016 12:12 PM
**To:** Jake Woody
**Subject:** RE: Chinese Drywall PTO 28(F) Notice

Jake,

I have not heard from you on the breakdown of your figure. If I do not hear from you by the end of business on Friday I will need to notice your deposition.  Please let me know dates you are available next week. Thanks,

Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Tel:  (205)824-7767
Fax:  (205)824-7768

www.mhcilaw.com

ATTENTION:  ATTORNEY CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT INFORMATION MAY BE ENCLOSED

This message originates from the law firm of McCallum, Hoaglund, Cook & Irby, LLP.  Its text and attachments may contain legally privileged and confidential information intended solely for the use of the addressee.  If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.  Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited.  All personal messages express solely the views of the sender and not those of McCallum, Hoaglund, Cook & Irby, LLP.  This message may not be copied or distributed without this disclaimer.  If you receive this message in error, please reply to the sender immediately and permanently delete this message.  Thank you.

**From:** Eric Hoaglund
**Sent:** Wednesday, June 08, 2016 9:27 AM
**To:** Jacob S. Woody <jswoody@browngreer.com>
**Subject:** FW: Chinese Drywall PTO 28(F) Notice

In order to oppose the PSC's motion for allocation I will need a breakdown of the 658 million dollar figure below. Can you provide this or do I have to get it through some other means?

Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Tel:  (205)824-7767
Fax:  (205)824-7768
www.mhcilaw.com

ATTENTION:  ATTORNEY CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT INFORMATION MAY BE ENCLOSED

This message originates from the law firm of McCallum, Hoaglund, Cook & Irby, LLP.  Its text and attachments may contain legally privileged and confidential information intended solely for the use of the addressee.  If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.  Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited.  All personal messages express solely the views of the sender and not those of McCallum, Hoaglund, Cook & Irby, LLP.  This message may not be copied or distributed without this disclaimer.  If you receive this message in error, please reply to the sender immediately and permanently delete this message.  Thank you.

**From:** CDWQuestions [mailto:CDWQuestions@browngreer.com]
**Sent:** Tuesday, June 07, 2016 12:04 PM
**To:** Lori Marler <lmarler@mhcilaw.com>; Eric Hoaglund <ehoaglund@mhcilaw.com>
**Cc:** CDWQuestions <CDWQuestions@browngreer.com>
**Subject:** Chinese Drywall PTO 28(F) Notice

## PTO 28(F) NOTICE TO INDIVIDUAL PLAINTIFFS' COUNSEL

Pre-Trial Order No. 28(F) requires BrownGreer, the Court appointed Settlement Administrator, to distribute to each counsel for individual claimants, a listing setting forth the actual recovery amount of each claimant represented by that particular individual plaintiff's counsel, as well as the total amount of recovery paid to all claimants.

## TOTAL AMOUNT OF RECOVERY PAID TO ALL CLAIMANTS

The total amount of recovery paid to all claimants, including the costs of remediation of Affected Properties, the Other Loss Funds and any lump sum payments, paid to the Affected Property owners from Class Settlements to which individually retained counsel are entitled to compensation for attorneys' fees is $658,713,629.62.

## YOUR FIRM'S LISTING SETTING FORTH THE ACTUAL RECOVERY AMOUNT

Attached is a Summary of Claim Payments made by BrownGreer to your firm, as well as a Chinese Drywall Attorney Fee Report. The Chinese Drywall Attorney Fee Report lists each claimant and the amount of recovery identified by the type of payment issued from each Settlement Program. The Summary of Claim Payment form summarizes the information contained in the Chinese Drywall Attorney Fee Report and sets forth the total amount of claim payments made to your law firm. Please note the following:

1. Future Claim Payments – If your firm has any future claim payments identified, these payments have not yet been made, but are anticipated to be made in the near future. There are some claimants, and in particular some in the Other Loss Fund, whose payments have not yet been determined. Once these claims are adjudicated and resolved, the appropriate pro-rata reduction for all claimants can be made pursuant to the Settlement Agreements. At that time the Future Claim Payments that are anticipated will be finalized and adjusted, if necessary, so that these claim payments can be made. This may adjust your firm's total claim payments.

2. Already Remediated Homes – There are some Already Remediated Homes ("ARH") that have not yet been fully and finally resolved by Knauf. Because there are a small number of ARH's, this will slightly impact the total amount of recovery paid to all claimants. The amount will be minimal.

3. We have identified in the Chinese Drywall Attorney Fee Report the amount of cost stipend awarded pursuant to Pre-Trial Order No. 30 for each property. This amount represents a cost recovery and is not included in the actual reimbursement amount of the claimant.

## CALCULATOR

The calculator provided with this Notice sets forth the estimated amount of your firm's individual counsel fee, which is calculated by dividing the Actual Recovery Amount of the Claimants represented by your firm, by the total funds available for distribution to Individual Retained Counsel. The total funds available for distribution to Individual Retained Counsel is based on the funds remaining if the Court grants the petition of the Fee Committee for an award of common benefit fees, as set forth in the Fee Committee's Motion to Determine the Allocation of the Global

Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F).  This motion has not yet been determined by the Court.


Thank you,

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia  23260
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

