MINUTE ENTRY
FALLON, J.
NOVEMBER 18, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON  MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:  Russ Herman, Esq., for Plaintiffs Liaison Counsel
              Danny Dysart, Esq. for Knauf Defendants

---

Motion of Knauf Defendants, to Extinguish Knauf Defendants' Settlement Obligations (Ref. All Cases)   (20517)

After argument – Interested parties shall be contacted and given the opportunity to file objections to said motion. If no objections are received, the motion will be granted on December 21, 2016.


JS10:   :03