# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*The State of Louisiana v. Knauf Gips KG, et al.,* No. 2:10-CV-0340 (E.D. La.). | |

## ORDER

Considering the foregoing Consent Motion to Withdraw as Counsel, and the court finding good grounds exist to grant same, accordingly;

IT IS ORDERED that David L. Black, Craig M. J. Allely, and the Law Firm of Perkins Coie, LLP are hereby withdrawn as counsel of record for The State of Louisiana in these proceedings and that the Clerk of the Court's records be updated to reflect same.

New Orleans, Louisiana, this  21st  day of  November , 2016.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT COURT JUDGE