UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

**IT IS ORDERED** that the stay established in this Court's August 30, 2016 Order, Rec. Doc. No. 20480, is hereby lifted. Accordingly, the parties may once again enter filings in this case.

New Orleans, Louisiana, this 21st day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

1