IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER LIFTING STAY

Considering the Virginia Class Counsel's Motion to Lift Stay to File Virginia Class Counsel's Motion to Approve Stipend to Virginia-Based Settlement Claimants, R. Doc. 20530:

IT IS ORDERED BY THE COURT that the motion is GRANTED solely to lift stay order of August 30, 2016 (Rec. Doc. 20480), as to Virginia Class Counsel's Motion to Approve Stipend to Virginia-Based Settlement Claimants (attached) and the clerk is to file the attached motion into the record.

New Orleans, Louisiana, this  21st  day of   November  , 2016.

_____
Eldon E. Fallon
United States District Court Judge