# EXHIBIT A

Summary of Virginia Settlements and Common Benefit Deposits

| Date | Settling Defendant | Number of Plaintiffs | Gross Settlement Amount | Common Benefit Fees (12%) | Common Benefit Expenses (5% less contract attorney costs) |
|---|---|---|---|---|---|
| 1/8/2013 | Antonieta Torres | 29 | $800,000.00 | $96,000.00 | $12,167.47 |
| 4/19/2013 | Carlos Ramirez | 11 | $800,000.00 | $96,000.00 | $17,056.05 |
| 2/28/2013 | Villa Chavez Corporation | 3 | $325,000.00 | $39,000.00 | $12,776.73 |
| 10/11/2013 | Victor O. Moncada-Reyes | 5 | $194,000.00 | $23,280.00 | $7,249.74 |
| 6/19/2013 | Manuel Development Corp. | 1 | $70,000.00 | $8,400.00 | $2,311.23 |
| 6/5/2013 | Woodall, LLC | 1 | $75,000.00 | $9,000.00 | $2,705.97 |
| 10/25/2013 | Eagle Harbor, LLC/East West Realty, LLC | 1 | $27,500.00 | $3,300.00 | $970.00 |
| 3/19/2014 | Ralph E. Digges | 1 | $61,500.00 | $7,380.00 | $1,926.41 |
| 4/22/2013 | Classic Group, Inc. D/B/A Case Handyman Services | 1 | $17,500.00 | $2,100.00 | $875.00 |
| 10/10/2013 | Deas Construction Company, Inc. | 1 | $57,500.00 | $6,900.00 | $2,875.00 |
| 10/25/2013 | DSG Construction, Inc. | 6 | $198,000.00 | $23,760.00 | $4,950.00 |
| 8/23/2013 | DSG Construction, Inc. | 1 | $50,000.00 | $6,000.00 | $1,112.41 |
| | **TOTAL** | | | **$321,120.00** | **$66,976.01** |