**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | |

**ORDER**

Considering Virginia Class Counsel's Motion to Approve Stipend to Virginia-Based Settlement Claimants:

IT IS ORDERED BY THE COURT that the motion is GRANTED.  The Special Master, Matthew Garretson, is hereby directed to issue stipends from the attorneys' fees and costs funds for the four Virginia-based settlements so that the Virginia privately retained counsel may receive a reasonable cost stipend of $1,000 per property for all properties that were eligible to submit claims in the four Virginia-based Settlements.  For those class member properties that were eligible for stipends from the Global Settlement, the reasonable stipend should be $850.00 per property (after credit for the $150 received from the global settlement stipend).

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge

1