UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER LIFTING STAY

Considering the Fee Committee's Motion for Leave;

IT IS ORDERED that the motion, R. 20529, is GRANTED and the stay is hereby lifted only as to The Fee Committee's Motion to Substitute Exhibit to Motion to Approve the Amended Memorandum of Understanding Regarding All Homebuilder Claims for Reimbursement of Counsel Fees and the Clerk is to file the attached pleadings into the record.

New Orleans, Louisiana, this  21st  day of     November    , 2016.

_____
Eldon E. Fallon
United States District Court Judge