UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                    MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### THE FEE COMMITTEE'S MOTION TO SUBSTITUTE EXHIBIT TO MOTION TO APPROVE THE AMENDED MEMORANDUM OF UNDERSTANDING REGARDING ALL HOMEBUILDER CLAIMS FOR REIMBURSEMENT OF COUNSEL FEES

The Chinese Drywall MDL 2047 Fee Committee ("FC") moves for leave to substitute a corrected Allocation Report prepared by Mr. Philip Garrett for the original Allocation Report that was attached as Exhibit B to the Amended Memorandum of Understanding ("MOU") regarding all Homebuilder claims for reimbursement of counsel fees (Rec. Doc. 20467-1, Exhibit B).  The proposed substituted Allocation Report correctly calculates attorneys' fees available for distribution.

For the reasons set forth in the accompanying memorandum of law (incorporated herein by reference), the FC's motion should be granted.

1

          Respectfully submitted,

Dated: November 1, 2016   /s/ Russ M. Herman_____
          Russ M. Herman (Bar No. 6819) (on the brief)
          Leonard A. Davis (Bar No. 14190) (on the brief)
          Stephen J. Herman, Esquire (Bar No. 23129)
          HERMAN, HERMAN & KATZ, L.L.C.
          820 O'Keefe Avenue
          New Orleans, Louisiana 70113
          Phone: (504) 581-4892
          Fax: (504) 561-6024
          LDavis@hhklawfirm.com
          *Plaintiffs' Liaison Counsel MDL 2047*
          *Co-Chair/Secretary Fee Committee*

          Arnold Levin (on the brief)
          Fred S. Longer (on the brief)
          Sandra L. Duggan (on the brief)
          Levin, Fishbein, Sedran & Berman
          510 Walnut Street, Suite 500
          Philadelphia, PA 19106
          Phone: (215) 592-1500
          Fax: (215) 592-4663
          Alevin@lfsblaw.com
          *Plaintiffs' Lead Counsel MDL 2047*
          *Chair Fee Committee*

          Gerald E. Meunier (LA Bar No. 9471)
          Gainsburgh, Benjamin, David,
           Meunier & Warshauer, LLC
          2800 Energy Centre
          1100 Poydras Street
          New Orleans, LA 70163-2800
          Phone: (504) 522-2304
          Fax: (504) 528-9973
          gmeunier@gainsben.com
          *Co-Counsel for Plaintiffs and PSC Member*
          *Fee Committee Member*

          ***ON BEHALF OF THE FEE COMMITTEE***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of November, 2016.

      /s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*