UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                             MDL NO. 2047

                                                       SECTION: L

                                                       JUDGE FALLON
                                                       MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF THE FEE COMMITTEE'S MOTION TO SUBSTITUTE EXHIBIT TO MOTION TO APPROVE THE AMENDED MEMORANDUM OF UNDERSTANDING REGARDING ALL HOMEBUILDER CLAIMS FOR REIMBURSEMENT OF COUNSEL FEES**

On August 28, 2016, the Chinese Drywall MDL 2047 Fee Committee ("FC") moved to obtain Court approval of the Amended Memorandum of Understanding ("MOU") regarding all Homebuilder claims for reimbursement of counsel fees (Rec. Doc. 20467). The MOU was entered into between the Various Homebuilders identified on Exhibit A to the MOU, the FC, Plaintiffs' Lead Counsel, and Plaintiffs' Liaison Counsel (collectively, the "parties"). The purpose of the MOU was to resolve the dispute regarding the return of set asides from Banner and Global to Homebuilders. By Order dated July 18, 2016 (Rec. Doc. 20410), the matter is now pending before Special Master Balhoff. Since that filing, the FC became aware of an error regarding the treatment of the Virginia Settlements identified in the Allocation Report prepared by Mr. Philip Garrett that was attached as Exhibit B to the MOU (Rec. Doc. 20467-1, Exhibit B). The FC now moves for leave to substitute a corrected Allocation Report, which correctly sets forth the total available attorney's fees from the Knauf/Global/Banner/InEx Settlements, which

1

are available for distribution as they pertain to the set-asides of attorneys' fees to be returned to Homebuilders.  A copy of the corrected Allocation Report is attached hereto as Exhibit "A".  As set forth in this Allocation Report, the attorneys' fees derived from the Virginia Settlements are irrelevant to the Homebuilder refund issues.  *See also* Errata to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) (filed contemporaneously).

On October 13, 2016, Virginia Class Counsel submitted a letter to Mr. Garrett, which informed the Court-appointed CPA of a calculation error in the amount of fees available for distribution from the Four Virginia-Based Settlements that are described in his Allocation Report.  A copy of the October 13, 2016 letter of Messrs. Levin, Herman and Serpe is attached hereto as Exhibit "B".  The error identified related to the treatment of the allocative share for individually retained counsel's attorneys' fee set aside from the Virginia-based Settlements. This set aside should have been excluded from the total available for distribution from the Global/Banner/InEx/Knauf settlements, but the Allocation Report did not account for the Court's anticipated split between common benefit attorneys and individually retained counsel of the Virginia attorneys' fees.

Because the substitution of the corrected Allocation Report does not impact on the substance of the MOU or the recoveries of the Homebuilders under the terms of the MOU, the FC submits that the substitution should be permitted.  The Homebuilders were apprised of the October 13, 2016 letter and corrected Allocation Report prior to this motion.

Wherefore, for the reasons set forth above, the FC's motion should be granted.

Respectfully submitted,

Dated: November 1, 2016 /s/ Russ M. Herman_____
Russ M. Herman (Bar No. 6819) (on the brief)
Leonard A. Davis (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-Chair/Secretary Fee Committee*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*Chair Fee Committee*

Gerald E. Meunier (LA Bar No. 9471)
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Co-Counsel for Plaintiffs and PSC Member*
*Fee Committee Member*

**ON BEHALF OF THE FEE COMMITTEE**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of November, 2016.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*