# EXHIBIT A

## Chinese Drywall  MDL 2047

Allocation report using February 28,2016 balances
~59.37% / 40.63% split [1]

|  | Pages |
|---|---|
| **Monies available for Attorney Fees** | 1 |
| **Calculation of funds based on ~59.37%/ ~40.63% split in aggregate award between Common Benefit Attorneys and Individual Retained Attorneys using only Banner Settlement amounts** [1] | 2 |
| **Calculation of funds based on  ~59.37%/ ~40.63% split in aggregate award between Common Benefit Attorneys and Individual Retained Attorneys using Banner and Global  Settlement amounts combined** [1] | 3 |
| **Claim Payment Amounts from BANNER settlement - Non-Active Builders in common benefit litigation** | 4 |
| **Claim Payment Amounts from BANNER settlement - Active Builders in common benefit litigation** | 5 |
| **Claim Payment Amounts from BANNER and GLOBAL settlements - Non-Active Builders in common benefit litigation** | 6 |
| **Claim Payment Amounts from BANNER and GLOBAL settlements - Active Builders in common benefit litigation** | 7 |
| **Total Claim Payment Amounts with  Other Loss Fund Payments Attributable to Banner and Global Settlements** | 8 |

[1] The actual refunds to Homebuilders will be determined by the actual percentage
     amounts allocated to CB attorneys and IR attorneys in the Court's order

revised  10-20-2016

**Chinese Drywall MDL 2047**
**Monies available for Attorney Fees**
2/28/2016

|  | Total | Virginia Attorney Fees | Attorney Fees |
|---|---:|---:|---:|
| **QSF Attorney accounts** | | | |
| Qualified Settlement Combined Attorney Fund | $ 181,196,758.20 | $ 5,673,299.05 | $ 175,523,459.15 |
| Knauf deposit of additional settlement | $ 13,592,762.95 | | $ 13,592,762.95 |
| | | | |
| Funds held by PSC | | | |
| PSC Knauf checking 12/31/14 | $ 1,374,531.18 | | $ 1,374,531.18 |
| PSC (ICS) account | $ 2,000,000.00 | | $ 2,000,000.00 |
| PSC (Federated) account | $ 1,000,174.81 | | $ 1,000,174.81 |
| Funds from Knauf advance | $ 175,299.07 | | $ 175,299.07 |
| **Funds held by PSC** | $ 4,550,005.06 | | $ 4,550,005.06 |
| | | | |
| Subtotal | $ 199,339,526.21 | | |
| | | | |
| Stipend | $ (328,424.99) | | $ (328,424.99) |
| Held Costs as of 12/2014 | $ (3,842,737.87) | | $ (3,842,737.87) |
| Unpaid Cash Assessments | $ (2,187,000.00) | | $ (2,187,000.00) |
| Set asides before Fee allocation | $ (6,358,162.86) | | $ (6,358,162.86) |
| **Funds available for distribution for attorney fees for common benefit and individual retained attorneys** * | $ 192,981,363.35 | $ 5,673,299.05 | $ 187,308,064.30 |
| | | | |
| **Voluntary contributions held by Clerk of Court for common benefit attorneys only** | $ 3,332,058.26 | | |
| | | | |
| **North River Litigation Fees and Costs for PSC counsel involved in NR preparations and trial** | $ 2,400,000.00 | | |

\* The Virginia attorneys' fees ($5,673,299.05) are separate and apart from the Banner and Global Settlements and, therefore, do not factor into any returns of set-asides to Homebuilders.

p1 of 8

# Chinese Drywall MDL 2047

**Calculation of funds based on Fee award amounting to 10.65% of Class Settlement Recovery, representing ~59.37% / ~40.63% Split of Available Funds between Common Benefit Attorneys and Individual Retained Attorneys [1]**

**Builder Refund based on Banner payments only (reference p4 of 6)**

|  | Common Benefit | Individual Retained |  |
|---|---:|---:|---:|
| Split of Available Funds (~59.37%/~40.63%) [1] | 59.37% | 40.63% |  |
| CB & IR funds | $ 111,204,797.77 | $ 76,103,266.53 | $ 187,308,064.30 |
| Active Builders (Greenberg Traurig): 9.0% from Common Benefit Fund plus 13% from Individual Retained Fund | ($559,297.53) | $ (807,874.21) |  |
| .75% adjustment for Co-class Counsel Fees | ($19,739.91) | $ (28,513.21) |  |
| All Non-Active Builders (not including Greenberg Traurig): 0% from Common Benefit Fund and 13.0% from Individual Retained Fund [2] |  | ($854,448.81) |  |
| .75% adjustment for Co-class Counsel Fees |  | ($52,313.19) |  |
| Subtotal | $ 110,625,760.33 | $ 74,360,117.10 | $ 184,985,877.43 |
| Voluntary Contributions [3] | $ 3,332,058.26 |  |  |
| Available for Common Benefit [4] | $ 113,957,818.59 |  |  |

1. Common Benefit and Individual Retained is calculated on Common Benefit Fees exclusive of Virginia Attorney Fees per p1
2. Per p5. Used only Greenberg Traurig as an Active Litigating Builder Firm. All other builders entitled to refund of non-common benefit % only.
3. Voluntary Funds are added in after the alternate percentage allocations.
4. North River Funds not included here but will be allocated separately by Court.

p2 of 8

## Chinese Drywall MDL 2047

**Calculation of funds based on Fee award amounting to 10.65% of Class Settlement Recovery, representing ~59.37% / ~40.63% Split of Available Funds between Common Benefit Attorneys and Individual Retained Attorneys [1]**

**Builder Refund based on Banner and Global payments combined (reference p5 of 6)**

|  | Common Benefit | Individual Retained |  |
|---|---|---|---|
| Split of Available Funds (~59.37%/~40.63%) [1] | 59.37% | 40.63% |  |
| CB & IR funds | $ 111,204,797.77 | $ 76,103,266.53 | $ 187,308,064.30 |
| Active Builders (Greenberg Traurig): 9.0% from Common Benefit Fund plus 13% from Individual Retained Fund | ($1,069,891.79) | $ (1,545,399.26) |  |
| .75% adjustment for Co-class Counsel Fees | ($37,760.89) | $ (54,543.50) |  |
| All Non-Active Builders (not including Greenberg Traurig): 0% from Common Benefit Fund and 13% from Individual Retained Fund [2] |  | ($1,768,901.49) |  |
|  |  | ($108,300.09) |  |
| Subtotal | $ 110,097,145.09 | $ 72,626,122.18 | $ 182,723,267.28 |
| Voluntary Contributions [3] | $ 3,332,058.26 |  |  |
| Available for Common Benefit [4] | $ 113,429,203.35 |  |  |

1. Common Benefit and Individual Retained is calculated on Common Benefit Fees exclusive of Virginia Attorney Fees per p1
2. Per p7. Used only Greenberg Traurig as an Active Litigating Builder Firm. All other builders entitled to refund of non-common benefit % only.
3. Voluntary Funds are added in after the alternate percentage allocations.
4. North River Funds not included here but will be allocated separately by Court.

**p3 of 8**

**Chinese Drywall** — CLAIM PAYMENT AMOUNTS FROM BANNER SETTLEMENT

Assume ~59.37/~40.63 split between CB and Individual Retained attorneys [1]

| Row | BUILDER  Non-Active | BUILDER'S LAW FIRM | Banner Claim Payment Amount | Banner Other Loss Fund (Loss Fund payment times 4.54%) | Claim Payment with 32% Attorney Fees Imputed | Individual Retained Share of Refund 40.63% x 32%(13%) | .75% x Claim Payment w 32% inputted for Co-class counsel fees | Adjusted Refund for 13% after .75% adjustment |
|---|---|---|---|---|---|---|---|---|
| 1 | K. Hovnanian First Homes, LLC | Bilzin Sumberg | $12,468.06 | | $18,335.38 | $2,383.60 | | |
| 2 | K. Hovnanian T & C Homes of Florida, LLC | Bilzin Sumberg | $101,814.57 | | $149,727.31 | $19,464.55 | | |
| 3 | K. Hovnanian Windward Homes, LLC | Bilzin Sumberg | $0.00 | | $0.00 | $0.00 | | |
| | | **Bilzin Sumberg Total** | **$114,282.63** | | **$168,062.69** | **$21,848.15** | **$1,260.47** | **$20,587.68** |
| 4 | Aubuchon Homes, Inc. | BOYLE, GENTILE & LEONARD PA | $0.00 | | $0.00 | $0.00 | | |
| | | **BOYLE, GENTILE & LEONARD PA Total** | **$0.00** | | **$0.00** | **$0.00** | | |
| 5 | Ashton Tampa Residential, LLC | Carlton Fields  Ashton Tampa | $0.00 | | $0.00 | $0.00 | | |
| 6 | Florida Home Partnership, Inc. | Carlton Fields florida Home P'ship | $39,408.93 | | $57,954.31 | $7,534.06 | | |
| 7 | KB Home Orlando LLC | Carlton Fields KB Home of Orlando | $410,792.58 | | $604,106.74 | $78,533.88 | | |
| 8 | M/I Homes of Tampa, LLC | Carlton Fields MI Homes of Tampa | $139,150.44 | | $204,633.00 | $26,602.29 | | |
| | | **Carlton Fields Total** | **$589,351.95** | | **$866,694.04** | **$112,670.23** | **$6,500.21** | **$106,170.02** |
| 9 | Prime Homes at Portofino Falls, Ltd. | Geoffrey C. Bennett, P.A | $71,206.05 | $1,589.00 | $107,051.54 | $13,916.70 | | |
| | | **Geoffrey C. Bennett, P.A. / Colson Hicks Eidson, P.A** | **$71,206.05** | **$1,589.00** | **$107,051.54** | **$13,916.70** | **$802.89** | **$13,113.81** |
| 10 | Standard Pacific Corp. | HILL WARD HENDERSON PA | $49,349.52 | | $72,572.82 | $9,434.47 | | |
| 11 | Standard Pacific of South Florida, general partnership | HILL WARD HENDERSON PA | $786,580.74 | | $1,156,736.38 | $150,375.73 | | |
| 12 | Standard Pacific of Tampa GP, Inc. | HILL WARD HENDERSON PA | $16,320.15 | | $24,000.22 | $3,120.03 | | |
| | | **HILL WARD HENDERSON PA Total** | **$852,250.41** | | **$1,253,309.43** | **$162,930.23** | **$9,399.82** | **$153,530.40** |
| 13 | BBC Brownstones I, LLC | Holland & Knight LLP | $0.00 | | $0.00 | $0.00 | | |
| | | **Holland & Knight LLP Total** | **$0.00** | | **$0.00** | **$0.00** | | |
| 14 | Beazer Homes Corp. | King & Spalding LLP | $185,108.22 | | $272,217.97 | $35,388.34 | | |
| | | **King & Spalding LLP Total** | **$185,108.22** | | **$272,217.97** | **$35,388.34** | **$2,041.63** | **$33,346.70** |
| 15 | Everette Avenue Townhomes, LLC | Mills Paskert Divers | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 16 | Rottlund Homes of Florida, Inc. | Mills Paskert Divers | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | | **Mills Paskert Divers Total** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | |
| 17 | Peninsula II Developers, Inc. | Pillsbury Winthrop Shaw Pittman, LLP | $1,758,079.62 | $40,406.00 | $2,644,831.79 | $343,828.13 | | |
| | | **Pillsbury Winthrop Shaw Pittman, LLP Total** | **$1,758,079.62** | **$40,406.00** | **$2,644,831.79** | **$343,828.13** | **$19,836.24** | **$323,991.89** |
| 18 | LWH, LLC | Sivyer Barlow & Watson, P.A. | $12,836.34 | | $18,876.97 | $2,454.01 | | |
| 19 | Taylor Morrison, Inc. | Sivyer Barlow & Watson, P.A. | $514,718.82 | | $756,939.44 | $98,402.13 | | |
| 20 | The Ryland Group, Inc. | Sivyer Barlow & Watson, P.A. | $174,068.73 | | $255,983.43 | $33,277.85 | | |
| | | **Sivyer Barlow & Watson, P.A. Total** | **$701,623.89** | | **$1,031,799.84** | **$134,133.98** | **$7,738.50** | **$126,395.48** |
| 21 | D.R. Horton, Inc. | Taylor, Porter, Brooks & Phillips LLP | $255,696.21 | | $376,023.84 | $48,883.10 | | |
| | | **Taylor, Porter, Brooks & Phillips LLP Total** | **$255,696.21** | | **$376,023.84** | **$48,883.10** | **$2,820.18** | **$46,062.92** |
| 22 | BBL-florida LLC | Mills Paskert, Divers | $173,468.79 | | $255,101.16 | $33,163.15 | | |
| | | **BBL-florida LLC** | **$173,468.79** | **$3,274.92** | **$255,101.16** | **$33,163.15** | **$1,913.26** | **$31,249.89** |
| Total | | **Grand Total** | **$4,701,067.77** | **$45,269.92** | **$6,975,092.31** | **$906,762.00** | **$52,313.19** | **$854,448.81** |
| | Total of Banner and Other Loss Fund | | | $4,746,337.69 | | | | |

p4 of 8

* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims

*Chinese Drywall* — **CLAIM PAYMENT AMOUNTS FROM BANNER SETTLEMENT**

| Row | BUILDER Active | BUILDER'S LAW FIRM | Banner Claim Payment Amount | Banner Other Loss Fund (Loss Fund payment times 4.54%) | Claim Payment with 32% Attorney Fees Imputed | 22% Refund Amount | Assume ~59.37%/~40.63 split between CB and Individual Retained attorneys [1] — Common Benefit Share of Refund 32% x 59.37%=19.0% - 10% (9.0%) for Active Litigating Builders | Individual Retained Share of Refund 40.63% x 32% = 13% | .75% x Claim Payment w 32% inputted for Co-class counsel fees allocated to 9% refund & 13% refund prorata | Adjusted Refund 9% after prorata portion of .75% adjustment | Adjusted refund for 13% after prorata portion of .75% adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Boynton Beach Associates XVI, LLLP | Greenberg Traurig | $199,382.04 | | $293,208.88 | $64,505.95 | $26,388.80 | $38,117.15 | $2,199.07 | $25,489.18 | $36,817.71 |
| 2 | G.L. Homes of Davie Associates II, Ltd | Greenberg Traurig | $51,018.66 | | $75,027.44 | $16,506.04 | $6,752.47 | $9,753.57 | $562.71 | $6,522.27 | $9,421.06 |
| 3 | G.L. Homes of Davie Associates III, L | Greenberg Traurig | $131,559.12 | | $193,469.29 | $42,563.24 | $17,412.24 | $25,151.01 | $1,451.02 | $16,818.64 | $24,293.59 |
| 4 | G.L. Homes of Sunset Lakes Associate | Greenberg Traurig | $26,091.45 | | $38,369.78 | $8,441.35 | $3,453.28 | $4,988.07 | $287.77 | $3,335.55 | $4,818.02 |
| 5 | GH Vero Beach Development LLC | Greenberg Traurig | $141,523.47 | | $208,122.75 | $45,787.01 | $18,731.05 | $27,055.96 | $1,560.92 | $18,092.49 | $26,133.60 |
| 6 | Hillsborough County Associates II, LL | Greenberg Traurig | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | Lennar Corporation | Greenberg Traurig | $3,048,862.41 | | $4,483,621.19 | $986,396.66 | $403,525.91 | $582,870.75 | $33,627.16 | $389,769.34 | $563,000.16 |
| 8 | M.D.C. Holdings, Inc. | Greenberg Traurig | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | Meritage Homes Corporation | Greenberg Traurig | $223,198.47 | | $328,233.04 | $72,211.27 | $29,540.97 | $42,670.30 | $2,461.75 | $28,533.90 | $41,215.63 |
| 10 | Miramar Associates IV, LLLP | Greenberg Traurig | $167,650.56 | | $246,544.94 | $54,239.89 | $22,189.04 | $32,050.84 | $1,849.09 | $21,432.60 | $30,958.20 |
| 11 | Toll Bros., Inc. | Greenberg Traurig | $385,663.41 | | $567,152.07 | $124,773.46 | $51,043.69 | $73,729.77 | $4,253.64 | $49,303.56 | $71,216.25 |
| | **Greenberg Traurig Total** | | $4,374,949.59 | | $6,433,749.40 | $1,415,424.87 | $579,037.45 | $836,387.42 | $48,253.12 | $559,297.53 | $807,874.21 |
| **p5 of 8** | | | | | | $1,415,424.87 | | | | | $1,415,424.87 |

* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims

**Chinese Drywall** — *Claim Payment Amounts from Banner and Global Settlements*

Assume ~59.37%/~40.63% split between CB and Individual Retained attorneys [1]

| Builder  Non-active | Builder's Law Firm | Total Banner (reference p8 of 8) | Total Global (reference p8 of 8) | Total (reference p8 of 8) | Claim Payment with 32% Attorney Fees Imputed | Individual Retained Share of Refund 40.63% x 32%(13%) | .75% x Claim Payment w 32% inputted for Co-class counsel fees | Adjusted refund for 13% after .75% adjustment |
|---|---|---|---|---|---|---|---|---|
| K. Hovnanian First Homes, LLC | Bilzin Sumberg | $12,468.06 | $0.00 | $12,468.06 | $ 18,335.38 | $2,383.60 | | |
| K. Hovnanian T & C Homes of Florida, LLC | Bilzin Sumberg | $101,814.57 | $0.00 | $101,814.57 | $ 149,727.31 | $19,464.55 | | |
| K. Hovnanian Windward Homes, LLC | Bilzin Sumberg | $0.00 | $6,018.25 | $6,018.25 | $ 8,850.37 | $1,150.55 | | |
| | **Bilzin Sumberg** | **$114,282.63** | **$6,018.25** | **$120,300.88** | **$176,913.06** | **$22,998.70** | **$1,326.85** | **$21,671.85** |
| Aubuchon Homes, Inc. | BOYLE, GENTILE & LEONARD PA | $0.00 | $16,521.12 | $16,521.12 | $ 24,295.76 | $3,158.45 | | |
| | **BOYLE, GENTILE & LEONARD PA** | **$0.00** | **$16,521.12** | **$16,521.12** | **$24,295.76** | **$3,158.45** | **$182.22** | **$2,976.23** |
| Ashton Tampa Residential, LLC | Carlton Fields - Ashton Tampa Residential, LLC | $0.00 | $205,084.32 | $205,084.32 | $ 301,594.59 | $39,207.30 | | |
| Florida Home Partnership, Inc. | Carlton Fields - Florida Home Partnership, Inc. | $39,408.93 | $12,605.55 | $52,014.48 | $ 76,491.88 | $9,943.94 | | |
| KB Home Orlando LLC | Carlton Fields - KB Home Orlando | $410,792.58 | $2,454,226.16 | $2,865,018.74 | $ 4,213,262.85 | $547,724.17 | | |
| M/I Homes of Tampa, LLC | Carlton Fields - M/I Homes of Tampa | $139,150.44 | $119,551.80 | $258,702.24 | $ 380,444.47 | $49,457.78 | | |
| | **Carlton Fields** | **$589,351.95** | **$2,791,467.83** | **$3,380,819.78** | **$4,971,793.79** | **$646,333.19** | **$37,288.45** | **$609,044.74** |
| Prime Homes at Portofino Falls, Ltd. | Geoffrey C. Bennett, P.A. | $72,795.05 | $24,865.85 | $97,660.90 | $ 143,618.97 | $18,670.47 | | |
| | **Geoffrey C. Bennett, P.A.** | **$72,795.05** | **$24,865.85** | **$97,660.90** | **$143,618.97** | **$18,670.47** | **$1,077.14** | **$17,593.32** |
| Standard Pacific Corp. | HILL WARD HENDERSON PA | $49,349.52 | $15,785.20 | $65,134.72 | $ 95,786.35 | $12,452.23 | | |
| Standard Pacific of South Florida, general partnership | HILL WARD HENDERSON PA | $786,580.74 | $251,599.90 | $1,038,180.64 | $ 1,526,736.24 | $198,475.71 | | |
| Standard Pacific of Tampa GP, Inc. | HILL WARD HENDERSON PA | $16,320.15 | $5,220.25 | $21,540.40 | $ 31,677.06 | $4,118.02 | | |
| | **HILL WARD HENDERSON PA** | **$852,250.41** | **$272,605.35** | **$1,124,855.76** | **$1,654,199.65** | **$215,045.95** | **$12,406.50** | **$202,639.46** |
| BBC Brownstones I, LLC | Holland & Knight LLP | $0.00 | $30,223.20 | $30,223.20 | $ 44,445.88 | $5,777.96 | | |
| | **Holland & Knight LLP** | **$0.00** | **$30,223.20** | **$30,223.20** | **$44,445.88** | **$5,777.96** | **$333.34** | **$5,444.62** |
| Beazer Homes Corp. | King & Spalding LLP | $185,108.22 | $207,889.70 | $392,997.92 | $ 577,938.12 | $75,131.96 | | |
| | **King & Spalding LLP** | **$185,108.22** | **$207,889.70** | **$392,997.92** | **$577,938.12** | **$75,131.96** | **$4,334.54** | **$70,797.42** |
| Everette Avenue Townhomes, LLC | Mills Paskert Divers | $0.00 | $135,308.58 | $135,308.58 | $ 198,983.21 | $25,867.82 | | |
| Rottlund Homes of Florida, Inc. | Mills Paskert Divers | $0.00 | $45,084.80 | $45,084.80 | $ 66,301.18 | $8,619.15 | | |
| | **Mills Paskert Divers** | **$0.00** | **$180,393.38** | **$180,393.38** | **$265,284.38** | **$34,486.97** | **$1,989.63** | **$32,497.34** |
| Peninsula II Developers, Inc. | Pillsbury Winthrop Shaw Pittman, LLP | $1,798,485.62 | $53,573.80 | $1,852,059.42 | $ 2,723,616.79 | $354,070.18 | | |
| | **Pillsbury Winthrop Shaw Pittman, LLP** | **$1,798,485.62** | **$53,573.80** | **$1,852,059.42** | **$2,723,616.79** | **$354,070.18** | **$20,427.13** | **$333,643.06** |
| LWH, LLC | Sivyer Barlow & Watson, P.A. | $12,836.34 | $4,105.90 | $16,942.24 | $ 24,915.06 | $3,238.96 | | |
| Taylor Morrison, Inc. | Sivyer Barlow & Watson, P.A. | $514,718.82 | $371,014.02 | $885,732.84 | $ 1,302,548.29 | $169,331.28 | | |
| The Ryland Group, Inc. | Sivyer Barlow & Watson, P.A. | $174,068.73 | $168,238.35 | $342,307.08 | $ 503,392.76 | $65,441.06 | | |
| | **Sivyer Barlow & Watson, P.A.** | **$701,623.89** | **$543,358.27** | **$1,244,982.16** | **$1,830,856.12** | **$238,011.30** | **$13,731.42** | **$224,279.87** |
| D.R. Horton, Inc. | Taylor, Porter, Brooks & Phillips LLP | $255,696.21 | $155,724.06 | $411,420.27 | $ 605,029.81 | $78,653.88 | | |
| | **Taylor, Porter, Brooks & Phillips LLP** | **$255,696.21** | **$155,724.06** | **$411,420.27** | **$605,029.81** | **$78,653.88** | **$4,537.72** | **$74,116.15** |
| BBL-florida LLC | Mills Paskert Divers | $176,743.71 | $59,793.09 | **$236,536.80** | $ 347,848.23 | $45,220.27 | | |
| Meadows of Estero-Bonita springs ltd P'ship. | Mills Paskert Divers | $0.00 | $730,436.67 | **$730,436.67** | $ 1,074,171.58 | $139,642.31 | | |
| | **Mills Paskert Divers** | **$176,743.71** | **$790,229.77** | **$966,973.47** | **$1,422,019.81** | **$184,862.58** | **$10,665.15** | **$174,197.43** |
| **Total** | **Total** | $4,746,337.69 | $5,072,870.58 | $9,819,208.26 | $14,440,012.15 | $1,877,201.58 | **$108,300.09** | **$1,768,901.49** |

p6 of 8

\* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims

*Chinese Claim Payment Amounts from Banner and Global Settlements - Active*

| Builder's Law Firm | Total Banner (reference p8 of 8) | Total Global (reference p8 of 8) | Total Banner (reference p8 of 8) | Total Global (reference p8 of 8) | Total (reference p8 of 8) | Claim Payment with 32% Attorney Fees Imputed | Common Benefit Share of Refund 32% x 59.37%=19.% - 10% (9%) for Active Litigating Builders | Individual Retained Share of Refund 40.63% x 32%(13%) | .75% x Claim Payment w 32% inputted for Co-class counsel fees | Adjusted Refund for 9% after prorata portion of .75% adjustment | Adjusted refund for 13% after prorata portion of .75% adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Boynton Beach Associates XVI, LLL | Greenberg Traurig | $199,382.04 | $195,688.60 | $395,070.64 | $580,986.24 | $52,288.76 | $ 75,528.21 | $4,357.40 | $50,506.19 | $72,953.39 |
| 2 | G.L. Homes of Davie Associates II, | Greenberg Traurig | $51,018.66 | $36,263.40 | $87,282.06 | $128,355.97 | $11,552.04 | $ 16,686.28 | $962.67 | $11,158.22 | $16,117.43 |
| 3 | G.L. Homes of Davie Associates III, | Greenberg Traurig | $131,559.12 | $57,836.00 | $189,395.12 | $278,522.24 | $25,067.00 | $ 36,207.89 | $2,088.92 | $24,212.44 | $34,973.53 |
| 4 | G.L. Homes of Sunset Lakes Associa | Greenberg Traurig | $26,091.45 | $8,345.75 | $34,437.20 | $50,642.94 | $4,557.86 | $ 6,583.58 | $379.82 | $4,402.48 | $6,359.14 |
| 5 | GH Vero Beach Development LLC | Greenberg Traurig | $141,523.47 | $45,268.45 | $186,791.92 | $274,694.00 | $24,722.46 | $ 35,710.22 | $2,060.21 | $23,879.65 | $34,492.83 |
| 6 | Hillsborough County Associates II, L | Greenberg Traurig | $0.00 | $42,758.55 | $42,758.55 | $62,880.22 | $5,659.22 | $ 8,174.43 | $471.60 | $5,466.29 | $7,895.75 |
| 7 | Lennar Corporation | Greenberg Traurig | $3,048,862.41 | $2,900,473.61 | $5,949,336.02 | $8,749,023.56 | $787,412.12 | $ 1,137,373.06 | $65,617.68 | $760,568.53 | $1,098,598.98 |
| 8 | M.D.C. Holdings, Inc. | Greenberg Traurig | $0.00 | $10,842.35 | $10,842.35 | $15,944.63 | $1,435.02 | $ 2,072.80 | $119.58 | $1,386.10 | $2,002.14 |
| 9 | Meritage Homes Corporation | Greenberg Traurig | $223,198.47 | $182,330.65 | $405,529.12 | $596,366.35 | $53,672.97 | $ 77,527.63 | $4,472.75 | $51,843.21 | $74,884.64 |
| 10 | Miramar Associates IV, LLLP | Greenberg Traurig | $167,650.56 | $198,482.55 | $366,133.11 | $538,431.04 | $48,458.79 | $ 69,996.04 | $4,038.23 | $46,806.79 | $67,609.81 |
| 11 | Toll Bros., Inc. | Greenberg Traurig | $385,663.41 | $315,691.87 | $701,355.28 | $1,031,404.82 | $92,826.43 | $ 134,082.63 | $7,735.54 | $89,661.90 | $129,511.63 |
| | | Greenberg Traurig | **$4,374,949.59** | **$3,993,981.78** | **$8,368,931.37** | **$12,307,252.01** | **$1,107,652.68** | **$1,599,942.76** | **$92,304.39** | **$1,069,891.79** | **$1,545,399.26** |
| | p7 of 8 | | | | | | | $2,707,595.44 | | | $2,707,595.44 |

Assume ~59.37% / ~40.63% split between CB and Individual Retained attorneys [1]

\* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims

*Chinese Drywall  -  Total Claim Payment Amounts to Builders, Including Proportionate Amounts of Other Loss Fund Payments Attributable to Banner and Global Settlements*

| Row | Builder | Builder's Law Firm | Banner | Global | Other Loss | Banner Other Loss (Other Loss Total x 4.54%) | Global Other Loss (Other Loss Total x 5.97%) | Total Banner | Total Global | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ashton Tampa Residential, LLC | Carlton Fields - Ashton Tampa Residential, LLC | | $205,084.32 | $0.00 | $0.00 | $0.00 | $0.00 | $205,084.32 | $205,084.32 |
| 2 | Aubuchon Homes, Inc. | BOYLE, GENTILE & LEONARD PA | | $16,521.12 | $0.00 | $0.00 | $0.00 | $0.00 | $16,521.12 | $16,521.12 |
| 3 | BBC Brownstones I, LLC | Holland & Knight LLP | | $30,223.20 | $0.00 | $0.00 | $0.00 | $0.00 | $30,223.20 | $30,223.20 |
| 4 | Beazer Homes Corp. | King & Spalding LLP | $185,108.22 | $207,889.70 | $0.00 | $0.00 | $0.00 | $185,108.22 | $207,889.70 | $392,997.92 |
| 5 | Boynton Beach Associates XVI, LLLP | GL Homes of Florida Corporation | $199,382.04 | $195,688.60 | $0.00 | $0.00 | $0.00 | $199,382.04 | $195,688.60 | $395,070.64 |
| 6 | D.R. Horton, Inc. | Taylor, Porter, Brooks & Phillips LLP | $255,696.21 | $155,724.06 | $0.00 | $0.00 | $0.00 | $255,696.21 | $155,724.06 | $411,420.27 |
| 7 | Everette Avenue Townhomes, LLC | Mills Paskert Divers | | $123,070.08 | $205,000.00 | $0.00 | $12,238.50 | $0.00 | $135,308.58 | $135,308.58 |
| 8 | Florida Home Partnership, Inc. | Carlton Fields - Florida Home Partnership, Inc. | $39,408.93 | $12,605.55 | $0.00 | $0.00 | $0.00 | $39,408.93 | $12,605.55 | $52,014.48 |
| 9 | G.L. Homes of Davie Associates II, Ltd. | GL Homes of Florida Corporation | $51,018.66 | $36,263.40 | $0.00 | $0.00 | $0.00 | $51,018.66 | $36,263.40 | $87,282.06 |
| 10 | G.L. Homes of Davie Associates III, Ltd. | GL Homes of Florida Corporation | $131,559.12 | $57,836.00 | $0.00 | $0.00 | $0.00 | $131,559.12 | $57,836.00 | $189,395.12 |
| 11 | G.L. Homes of Sunset Lakes Associates, Ltd. | GL Homes of Florida Corporation | $26,091.45 | $8,345.75 | $0.00 | $0.00 | $0.00 | $26,091.45 | $8,345.75 | $34,437.20 |
| 12 | GH Vero Beach Development LLC | Greenberg Traurig | $141,523.47 | $45,268.45 | $0.00 | $0.00 | $0.00 | $141,523.47 | $45,268.45 | $186,791.92 |
| 13 | Hillsborough County Associates II, LLLP | GL Homes of Florida Corporation | | $42,758.55 | $0.00 | $0.00 | $0.00 | $0.00 | $42,758.55 | $42,758.55 |
| 14 | K. Hovnanian First Homes, LLC | Bilzin Sumberg | $12,468.06 | | $0.00 | $0.00 | $0.00 | $12,468.06 | $0.00 | $12,468.06 |
| 15 | K. Hovnanian T & C Homes of Florida, LLC | Bilzin Sumberg | $101,814.57 | | $0.00 | $0.00 | $0.00 | $101,814.57 | $0.00 | $101,814.57 |
| 16 | K. Hovnanian Windward Homes, LLC | Bilzin Sumberg | | $6,018.25 | $0.00 | $0.00 | $0.00 | $0.00 | $6,018.25 | $6,018.25 |
| 17 | KB Home Orlando LLC | Carlton Fields - KB Home Orlando | $410,792.58 | $2,454,226.16 | $0.00 | $0.00 | $0.00 | $410,792.58 | $2,454,226.16 | $2,865,018.74 |
| 18 | Lennar Corporation | Greenberg Traurig | $3,048,862.41 | $2,900,473.61 | $0.00 | $0.00 | $0.00 | $3,048,862.41 | $2,900,473.61 | $5,949,336.02 |
| 19 | LWH, LLC | Sivyer Barlow & Watson, P.A. | $12,836.34 | $4,105.90 | $0.00 | $0.00 | $0.00 | $12,836.34 | $4,105.90 | $16,942.24 |
| 20 | M.D.C. Holdings, Inc. | Greenberg Traurig | | $10,842.35 | $0.00 | $0.00 | $0.00 | $0.00 | $10,842.35 | $10,842.35 |
| 21 | M/I Homes of Tampa, LLC | Carlton Fields - M/I Homes of Tampa | $139,150.44 | $119,551.80 | $0.00 | $0.00 | $0.00 | $139,150.44 | $119,551.80 | $258,702.24 |
| 22 | Meritage Homes Corporation | Greenberg Traurig | $223,198.47 | $182,330.65 | $0.00 | $0.00 | $0.00 | $223,198.47 | $182,330.65 | $405,529.12 |
| 23 | Miramar Associates IV, LLLP | GL Homes of Florida Corporation | $167,650.56 | $198,482.55 | $0.00 | $0.00 | $0.00 | $167,650.56 | $198,482.55 | $366,133.11 |
| 24 | Peninsula II Developers, Inc. | Pillsbury Winthrop Shaw Pittman, LLP | $1,758,079.62 | $440.80 | $890,000.00 | $40,406.00 | $53,133.00 | $1,798,485.62 | $53,573.80 | $1,852,059.42 |
| 25 | Prime Homes at Portofino Falls, Ltd. | Geoffrey C. Bennett, P.A. | $71,206.05 | $22,776.35 | $35,000.00 | $1,589.00 | $2,089.50 | $72,795.05 | $24,865.85 | $97,660.90 |
| 26 | Rottlund Homes of Florida, Inc. | Mills Paskert Divers | | $42,696.80 | $40,000.00 | $2,388.00 | $0.00 | $45,084.80 | $0.00 | $45,084.80 |
| 27 | Standard Pacific Corp. | HILL WARD HENDERSON PA | $49,349.52 | $15,785.20 | $0.00 | $0.00 | $0.00 | $49,349.52 | $15,785.20 | $65,134.72 |
| 28 | Standard Pacific of South Florida, general partnership | HILL WARD HENDERSON PA | $786,580.74 | $251,599.90 | $0.00 | $0.00 | $0.00 | $786,580.74 | $251,599.90 | $1,038,180.64 |
| 29 | Standard Pacific of Tampa GP, Inc. | HILL WARD HENDERSON PA | $16,320.15 | $5,220.25 | $0.00 | $0.00 | $0.00 | $16,320.15 | $5,220.25 | $21,540.40 |
| 30 | Taylor Morrison, Inc. | Sivyer Barlow & Watson, P.A. | $514,718.82 | $371,014.02 | $0.00 | $0.00 | $0.00 | $514,718.82 | $371,014.02 | $885,732.84 |
| 31 | The Ryland Group, Inc. | Sivyer Barlow & Watson, P.A. | $174,068.73 | $168,238.35 | $0.00 | $0.00 | $0.00 | $174,068.73 | $168,238.35 | $342,307.08 |
| 32 | Toll Bros., Inc. | Greenberg Traurig | $385,663.41 | $315,691.87 | $0.00 | $0.00 | $0.00 | $385,663.41 | $315,691.87 | $701,355.28 |
| 33 | BBL-Florida, LLC | Mills Paskert Divers | $173,468.79 | $55,486.65 | $72,134.72 | $3,274.92 | $4,306.44 | $176,743.71 | $59,793.09 | $236,536.80 |
| 34 | Meadows of Estero-Bonita Springs Ltd P'ship | Mills Paskert Divers | $0.00 | $709,841.96 | $344,970.08 | $0.00 | $20,594.71 | $0.00 | $730,436.67 | $730,436.67 |
| 35 | Total | N/A | $9,076,017.36 | $8,972,102.20 | $1,587,104.80 | $45,269.92 | $94,750.16 | $9,121,287.28 | $9,066,852.36 | $18,188,139.63 |
| | p8 of 8 | p 8 of 8 | | | | | | | | |

* Actual payment amounts may increase based on distribution of 3% holdbacks by BG to allow for unknown claims