UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER LIFTING STAY

Considering the Fee Committee's Motion for Leave;

IT IS ORDERED that the motion, R. Doc. 20528 is GRANTED and the stay is hereby lifted only as to The Fee Committee's Errata to Fee Committee's Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fee and Individual Counsel's Fee Pursuant to PTO 28(F) and the Clerk is to file the attached pleadings into the record.

New Orleans, Louisiana, this 21st day of November, 2016.

Eldon E. Fallon
United States District Court Judge