UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                              MDL NO. 2047

                                                        SECTION: L

                                                        JUDGE FALLON
                                                        MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ERRATA TO FEE COMMITTEE'S MOTION TO DETERMINE THE ALLOCATION
OF THE GLOBAL FEE AWARD AS BETWEEN COMMON BENEFIT FEES
AND INDIVIDUAL COUNSEL'S FEES PURSUANT TO PTO 28(F)**

On June 6, 2016, the Chinese Drywall MDL 2047 Fee Committee ("FC") filed its motion to determine the allocation of the $192,981,363.35 Global Fee Award as between common benefit fees and individual counsel's fees pursuant to PTO 28(F) (Rec. Doc. 20290).  In that motion, the FC sought an award of common benefit fees for the Plaintiffs' Steering Committee ("PSC") and other common benefit counsel working at the PSC's direction, which amounted to 10.65% of the aggregate value of the Knauf, Global, Banner, InEx, and Virginia class settlements, or $119,313,367.08, based on an analysis of the *Johnson* factors (Rec. Doc. 20290-4 at 17, 52-53, 64-65).  If granted, this award would represent a split of the available funds of ~59.37% / ~40.63% as between common benefit counsel and individually retained attorneys (*id.* at 56-57).  After deductions for the voluntary contributions for common benefit fees ($3,332,058.26) and the attorneys' fees set aside from North River ($1,400,000.00), the net amount requested for common benefit fees was $114,581,308.82 (*id*. at 56), which left $78,400,054.53 remaining for individually retained counsel (*id*.).

1

Since that filing, the FC became aware of an error regarding the treatment of the attorneys' fees derived from the Virginia Settlements identified in the "Attorney Fee Reconciliation" prepared by Mr. Philip Garrett, which was attached as Exhibit "2" to the Revised and Updated Affidavit of Philip A. Garrett, C.P.A. Pursuant to Pretrial Order No. 28(F) ¶16 (hereafter "Garrett Affid.") (Rec. Doc. 20290-5), and accompanied the Fee Allocation motion. Through this Errata, the FC explains how this error diminishes the amount of fees previously attributed to *all* individually retained counsel who are part of the Knauf interrelated settlements (Knauf, Global, Banner, and InEx) by the amount of fees that are actually attributable *only* to the Virginia individually retained counsel who are not recipients of the fees generated by the Knauf interrelated settlements.

On October 13, 2016, Virginia Class Counsel submitted a letter to Mr. Garrett, which informed the Court-appointed CPA of a calculation error in the amount of fees available for distribution from the Four Virginia-Based Settlements that are described in his Reconciliation. A copy of the October 13, 2016 letter of Messrs. Levin, Herman and Serpe is attached hereto as Exhibit "A". The error identified therein related to the treatment of the allocative share for individually retained counsel's attorneys' fee set aside from the Virginia-based Settlements. This set aside should have been excluded from the total available for distribution from the Global/Banner/InEx/Knauf settlements, but the Reconciliation did not account for the Court's anticipated split between common benefit attorneys and individually retained counsel of the Virginia attorneys' fees. Accordingly, Mr. Garrett has provided the FC with a revised Chinese Drywall Attorney Fee Reconciliation, which segregates the Virginia Attorneys' fees. (Attached hereto as Exhibit "B").

2

Mr. Garrett's original Reconciliation lumped together the funds available for the Global/Banner/InEx/Knauf settlements together with the Virginia Settlements, which explains his "Funds Available for Common Benefit and Individual Retained Attorneys as of 2/29/16" line-item of $192,981,363.35. This figure remains accurate. However, because it does not address the exclusive entitlement of the allocative share available only for Virginia Individually retained counsel, when the FC employed it to calculate the common benefit award of $114,581,308.92 and the individually retained counsel fees award of $78,400,054.53, the FC unwittingly failed to segregate from the total fees remaining for private attorneys the amount of fees only attributable for Virginia private attorneys, *i.e.,* $2,304,608.57. *See* Fee Allocation Memorandum at 56.

The FC must correct this oversight. As set forth in the accompanying chart entitled, "Attorneys' Fees Available for Distribution in Common Benefit Counsel (CB) and Individually Retained Attorneys (IR) [attached hereto as Exhibit "C"], the attorneys' fees from the Virginia Settlement funds constitute 2.94% of the total fees Available and the attorneys' fees from the Knauf/Global/Banner/InEx Settlement funds constitute 97.06% of the total fees available. Using these percentages, and still assuming the requested common benefit fee allocation split of ~59.37%/~40.63% for the requested net award of $114,581,308.82, the net Common Benefit fees attributable to the K/G/B/I Settlement Funds is $111,212,6818.34 ($114,581,308.82 x 97.06%), and the net Common Benefit fees attributable to the Virginia Settlement Funds is $3,368,690.48 ($114,581,308.82 x 2.94%). Thus, the amount of fees remaining for Individually Retained Counsel with respect to the Knauf/Global/Banner/InEx Settlement funds is reduced to $76,095445.96 ($187,30,064.30 - $111,212,618.34). Accounting for this previously overlooked treatment of the attorneys' fees attributable to the Individually Retained Counsel of the

3

approximately 280 Virginia property owners, now makes plain that they are entitled to receive $2,304,608.57, while the remaining Individually Retained Counsel in the Knauf interrelated settlements will receive $76,095,445.96.

This calculation error only impacts the amount of fees available to individually retained counsel. It has no impact on the FC's methodology or the recommendation for the outcome of the attorney's fees allocation between common benefit attorneys and individually retained counsel.

                              Respectfully submitted,

Dated: November 1, 2016        /s/ Russ M. Herman_____
Russ M. Herman (Bar No. 6819) (on the brief)
Leonard A. Davis (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-Chair/Secretary Fee Committee*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*Chair Fee Committee*

4

Gerald E. Meunier (LA Bar No. 9471)
Gainsburgh, Benjamin, David,
 Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Co-Counsel for Plaintiffs and PSC Member*
*Fee Committee Member*

***ON BEHALF OF THE FEE COMMITTEE***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of November, 2016.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*