# EXHIBIT B

# Chinese Drywall
## Attorney Fee reconciliation

|  | Original | Virginia Attorney Fees | Attorney Fees |  |
|---|---|---|---|---|
| Banner Attorney Fund | $ 18,986,103.44 |  | $ 18,986,103.44 |  |
| Global Attorney Fund | $ 25,519,345.68 |  | $ 25,519,345.68 |  |
| Inex Attorney Fund | $ 2,960,000.00 |  | $ 2,960,000.00 |  |
| Knauf Attorney Fund | $ 160,000,000.00 |  | $ 160,000,000.00 |  |
| Builders Mutual | $ 629,000.00 | $ 629,000.00 |  |  |
| Nationwide | $ 3,650,000.00 | $ 3,650,000.00 |  |  |
| Porter Blaine | $ 1,060,000.00 | $ 1,060,000.00 |  |  |
| Tobin Trading | $ 949,000.00 | $ 949,000.00 |  |  |
| Total 11/30/2013 | $ 213,753,449.12 | $ 6,288,000.00 | $ 207,465,449.12 |  |
| Interest | $ 83,711.98 | $ 1,591.62 | $ 82,120.36 |  |
| QSF charges | $ (24,658.00) | $ (1,181.60) | $ (23,476.40) |  |
| Advance to PSC | $ (17,435,000.00) |  | $ (17,435,000.00) |  |
| Set aside for Taishan | $ (10,000,000.00) |  | $ (10,000,000.00) |  |
| Stipend payments | $ (4,565,633.93) |  | $ (4,565,633.93) |  |
| Reduction of fees and distributed to claimants | $ (348,000.00) | $ (348,000.00) |  |  |
| Garrettson Fees | $ (267,110.97) | $ (267,110.97) |  |  |
| Current total 2/29/2016 | $ 181,196,758.20 | $ 5,673,299.05 | $ 175,523,459.15 | $ 181,196,758.20 |
|  |  |  |  |  |
| Additional Knauf settlement |  |  | $ 13,592,762.95 |  |
|  |  |  |  |  |
| **Monies to be paid** |  |  |  |  |
| Stipend | $ (328,424.99) |  |  |  |
| Held costs 12/31/2014 | $ (3,842,737.87) |  |  |  |
| Unreimbursed cash assessments | $ (2,187,000.00) |  |  |  |
|  | $ (6,358,162.86) |  | $ (6,358,162.86) |  |
|  |  |  |  |  |
| Funds remaining from Knauf Advance |  |  |  |  |
| PSC checking | $ 1,374,531.18 |  |  |  |
| PSC (ICS) account | $ 2,000,000.00 |  |  |  |
| PSC (Federated) account | $ 1,000,174.81 |  |  |  |
| PSC (Esquire) Knauf advance | $ 175,299.07 |  |  |  |
|  | $ 4,550,005.06 |  | $ 4,550,005.06 |  |
|  |  |  |  |  |
| **Funds available for Common Benefit and Individual Retained attorneys** |  | $ 5,673,299.05 | $ 187,308,064.30 |  |
|  |  |  |  |  |
| Specific purpose Attorney Funds |  |  |  |  |
| North River |  |  | $ 2,400,000.00 |  |
| Voluntary Contributions |  |  | $ 3,332,058.26 |  |