# EXHIBIT C

## Attorneys' Fees Available for Distribution to
## Common Benefit Counsel (CB) and Individually Retained Attorneys (IR)

| | |
|---|---:|
| Attorneys' fees from Knauf/Global/Banner/InEx Settlements (representing 97.06% of total fees available) | $187,308,064.30 |
| Attorneys' fees from Virginia Settlements (representing 2.94% of total fees available) | + $5,673,299.05 |
| Global Fee Award – Total Available for Distribution | = $192,981,363.35 |
| | |
| FC Common Benefit Fee Allocation Request (representing 10.65% of Settlement value and CB vs. IR split of ~59.37%/~40.63%) | $119,313,367.08 |
| Deduction for Voluntary Payments into Court Registry (all CB) | -   $3,332,058.26 |
| Deduction for North River fees (to be allocated separately by Court) | -   $1,400,000.00 |
| Net Fees Requested for CB | = $114,581,308.82 |
| | |
| Amount of CB Net Fees attributable to K/G/B/I Settlement funds ($114,581,308.82 x 97.06%) | $111,212,618.34 |
| Amount of CB Net Fees attributable to Va. Settlement funds ($114,581,308.82 x 2.94%) | $3,368,690.48 |
| | |
| Amount of fees remaining for IR from K/G/B/I Settlement funds ($187,308,064.30 - $111,212,618.34) | = $76,095,445.96 |
| Amount of fees remaining for IR from Va. Settlement funds $5,673,299.05 - $3,368,690.48) | = $2,304,608.57 |