UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L<br><br>JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*ALL CASES* | MAG. JUDGE WILKINSON |

### ORDER

Upon Consideration of the Motion filed by Taylor Morrison, Inc., The Ryland Group, Inc. n/k/a CalAtlantic Group, Inc., and LWH, LLC., for Leave to File Exhibits "J", "K" & "L" to their Motion for Determination of Active Builder Status under Seal;

IT IS ORDERED that Taylor Morrison, Inc., The Ryland Group, Inc. n/k/a CalAtlantic Group, Inc., and LWH, LLC's Motion for Leave to File Exhibits "J", "K" & "L" to their Motion for Determination of Active Builder Status under seal, R. 20505 is hereby GRANTED and that the Exhibits are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this  21st  day of      November      , 2016.

_____
ELDON E. FALLON
United States District Court Judge

1