UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Neeraj Kapur. Based on the correspondence, it appears that Mr. and Mrs. Kapur somewhat recently discovered defective drywall in a home they own in Florida. They apparently have an attorney whose name is Justin R. Infurna. The Court instructs Plaintiffs Liaison Counsel Lenny Davis to please contact the Kapur's attorney and advise him of the current status of this matter so he may take appropriate action.

**IT IS ORDERED** that the attached correspondence be entered into the record.

New Orleans, Louisiana, this 21st day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

Cc:
Neeraj Kapur
71 Ulleswater Road
Southgate
London, N14 7BN
United Kingdom

1

Justin R. Infurna
The Infurna Law Firm P.A.
121 South Orange Street
Orlando, FL 32801

Kerry Miller
Baker Donelson Bearman Caldwell & Berkowitz (New Orleans)
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170