

Re: Drywall claim
Neeraj Kapur
to:

11/20/2016 04:31 PM
Hide Details
From: Neeraj Kapur <navroh@hotmail.com>
To:

Hello,

Thank you for your email.
As you know we sent Hanna the previous clerk the document which we filed.

I am enclosing the exchanges with Knauf as you suggested.

As you may know we contacted the drywall company Knauf's lawyers Baker Donelsen (Kerry Miller) who were unhelpful .We also emailed Knauf's head office in Germany

Emails to Knauf counsel in USA and Germany are below. **Please see below Appendix A and B**

**Knauf's head office lawyers in Germany advised they would pass our email to their US lawyers who never reverted to us again.**

We are in a difficult position as we naturally advised the tenant at our property about the Kross inspection report which showed Chinese dry wall and Knauf markings on the dry wall and the tenants decided to leave the property at the end of August 2016 because of this issue thus we are left paying mortgage fees as well as electrical, water, lawn and pool care costs when we are not receiving any income.

Therefore, as these costs are mounting up we are left with the choice of selling the property at a loss.

We spoke to a property expert to try to organise a report on the loss that would be incurred in a short sale. As we bought the property for $397000 when the drywall was already installed and in situ one would naturally not have bought the property at all had we known of this issue in those circumstances at all.

Thus the property inspector indicated that the date of purchase and the date of value for the "as-if" no Chinese drywall should be the purchase date
which would be compared against the "as-is" with the drywall taken into consideration

In addition to this as the Knauf team have neither reverted after their head office in Germany advised they would contact them nor have they arranged to come to inspect the property and the dry wall at all. Therefore, if we were forced into doing a short sale Knauf could claim that the house did not have Knauf drywall even if
we were to sell the property "AS IS" and disclose what we know about the property and if we were to ask.any potential Buyer to assign any rights to proceed from a lawsuit/settlement against any other parties and/or to agree that any money won as a result of the mitigation cost or damages caused by the Chinese drywall are assigned to us as the Sellers.

The other option we have is doing the remediation works ourselves (for which we do not have the funds) while we wait for the litigation to proceed.This is not an option because of the cost.

It appears that the Knauf entities appear to try to draw some distinction from each other but according to **Appendix C** below they are very closely linked

Kind regards,

Deepak and Neeraj Kapur

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

PLEASE SEE BELOW

**Appendix A**
**To Knauf Germany**

**An:** Vicedom, Eileen; Schanow, Jörg
**Betreff:** Fwd: from mr and Mrs Kapur re Judge Fallons court order re 313 James Circle Drywall Report (16002180_08) showing Knauf Tianjin drywall and Chinese dry wall

Hello,
I was calling you to confirm you received my email below with the inspection report and the judges order.
Please can you advise that you have and how to proceed
Kind regards
Neeraj and Deepak Kapur
447917223202


xxxxxxxxxxxxxxxxxxxx

Dear Joerg and Eileen,
We are enclosing Judge Fallons order about our situation in a separate email.
We live in England and have just found out about Knauf Tianjin drywall in our property
Please find enclosed the inspection report which we have recently received showing defective Knauf Tianjin dry wall.
We have been I touch with with Mr Miller prior to receiving judge Fallons order but have not heard anything positive about the matter.
We are in a difficult position as we are in England and you are in Germany......
Please can you assist.
Kind regards und vielen dank,
Neeraj and Deepak Kapur
xxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**Email from Knauf Germany**

 **From:** Schanow, Jörg < Schanow.Joerg@knauf.de >
**To:** Neeraj Kapur < navroh@hotmail.com >, "Vicedom, Eileen" < Vicedom.Eileen@knauf.de >
**Subject:** AW: from mr and Mrs Kapur re Judge Fallons court order re 313 James Circle Drywall Report (16002180_08) showing Knauf Tianjin drywall and Chinese dry wall
Dear Mr and Mrs Kapur,
This is to confirm receipt of your email. We will transfer your email to our lawyers in the US. Please understand that we are not in a position to settle your case outside the global class action procedures in the US.
Yours sincerely,
Gebr. Knauf Verwaltungsgesellschaft KG
Jörg Schanow
General Counsel
Tel. +49 9323 31-1091  Fax +49 9323 31-470
Gebr. Knauf Verwaltungsgesellschaft KG, Am Bahnhof 7, 97346 Iphofen, Germany
headquarters: Iphofen, register of companies: Würzburg HRA 2771
More about Knauf please find under www.knauf.de.
üSAVE PAPER – THINK BEFORE YOU PRINT
**Von:** Neeraj Kapur [ navroh@hotmail.com ]


Appendix B

to Knauf  lawyer in USA

Dear Mr Miller,

Both my wife and myself have now contacted your offices on the 13th and 14th June 2016 and have left three messages. On each occasion we were told some one would call us back. Despite that we have not had a call back over the last three days.

My wife, Neeraj Kapur and I are resident in the UK at 71, Ulleswater Road, Southgate, London, N14 7BN. United Kingdom. This is our address for correspondence purposes
My contact telephone numbers are: Mobile +447973 724 598; Landline +44208 882 6212. My wife's number is +447917223202.
Our email addresses are as follows: deepakkapur@yahoo.co.uk and navroh@hotmail.com
In September 2006 my wife and I bought property 313 James Circle, Lake Alfred, Florida, 33850. This was purchased from Meritage Homes. That property has been let for a number of years after purchase and we continued to reside in the UK.
As a result of a visiting electrician who came to fix some electrical sockets we were told there was soot visible, we commissioned a report in October 2015 and that report from Lakeland Laboratories identified an issue of high sulphur content from a sample from behind the refrigerator
Over the subsequent months we have made extensive inquiries and sought legal advice. The whole process has been rather confusing and conflicting but what we have done is commissioned a report on whether or not the property suffers from Chinese Drywall. It has now been confirmed by Kross Inspectors, by Drywall Inspection Report dated 9th June 2016 that it does suffer from

Chinese Drywall and the manufacturer label referred to in the report is Knauf Plasterboard (Tianjin) Co Ltd (KPT).
The first we ever became aware of the issue of Chinese Drywall was when we got the report from Lakeland Laboratories in October 2015. Up to then at no stage had we been alerted to any such issues surrounding the property.
Thus throughout we have been oblivious to what we now know to be MDL No. 2047.
We have been told that remediation costs can be anything varying initially $40 up to approximately $80 per square foot. It may be you have a better idea than us. initially we had thought we had been told the original figure as being per meter but now have been corrected to the figures being in relation to the foot.The property is some 3500 square feet.
Having discovered more in relation to MDL No. 2047 and having obtained the details from the Court's website we did send emails to the Plaintiff's Liaison Counsel, Russ Herman of Herman, Herman & Katz LLP and also to Brown Greer PLC, c/o Chinese Drywall Settlement Administrator.
We have heard back from the administrator at Brown Greer PLC advising us that the deadline for registering and filing claims in the Chinese Drywall Settlement Program expired on the 10/25/13 and that claims cannot be accepted after the deadline without the Court's approval. We have also been advised to contact Knauf Plasterboard Tianjin's Attorneys and we are told that is yourselves.
My wife spoke with Lenny Davis, of the Plaintiff's Liaison Counsel at Herman, Herman & Katz LLP. He too advised contacting Knauf Plasterboard Tianjin's Attorneys.
We were hoping to have resolved the matter without having to resort to Court proceedings. I am still hoping you will return our calls. Failing this I will have no alternative but to resort to dealing with yourselves through an attorney.
I do hope to hear from you by return to discuss the best way forward.
Our address for correspondence purposes is 71, Ulleswater Road, Southgate, London, N14 7BN. UK.
Our contact telephone numbers are: Mobile +447973 724 598 (DKK); Landline +44208 882 6212. My wife's number is +447917223202 (NK).
Our email addresses are as follows: deepakkkapur@yahoo.co.uk and navroh@hotmail.com
I do look forward to hearing from you.
Deepak K. Kapur
Neeraj Kapur

We can send

1. Copy Insurance declaration page
2. Copy floor plan
3. Copy Warranty Deed
4. Kross Report with photographs
5. Appraisal dated 19th September 2006

6) Letter from Greenberg Traurig re Meritage
Please also find attached **Order of The Hon. Eldon E. Fallon dated 14th June 2016** following the documents that we had sent to the Court as we had advised you on the phone (also attached).
Kind regards,
Deepak K. Kapur.
Neeraj Kapur


----- Forwarded Message -----
**From:** "Miller, Kerry" <kjmiller@bakerdonelson.com>
**To:** Deepak Kapur < deepakkkapur@yahoo.co.uk >
**Cc:** "Dysart, Danny" < ddysart@bakerdonelson.com >
**Sent:** Wednesday, 15 June 2016, 21:30
**Subject:** Re: MDL 2047: URGENT From Mr and Mrs Kapur: Ref: 313 James Circle, Lake Alfred, Florida, 33850
Mr and Mrs Kapur – As Brown Greer has informed you, the deadline to file a settlement claim against Knauf has expired.  Thus, there is nothing I can do.
You may want to contact Meritage Homes. At some point, it was conducting a repair program for homes it originally constructed that contain reactive Chinese drywall.
Best Regards,
Kerry
Kerry J. Miller
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

On Jun 15, 2016, at 3:13 PM, Deepak Kapur < deepakkkapur@yahoo.co.uk > wrote:


Mr Kerry J Miller
Knauf Counsel
Baker, Donelson, Bearman, Caldwell & Berkowitz PLC


As you may be aware Knauf has been in trouble with the EU for other matters too.
See below.
Kind regards,
Neeraj Kapur
07917223202