# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Special Master Case Management Order No. 2

1. Philip Garrett's deposition will take place on December 14, 2016. It will begin at 8:00 a.m. It will take place at Herman, Herman & Katz in New Orleans. The Objectors will have 6 hours, and can split those 6 hours in any way they choose. They can also choose to reserve any portion of the 6 hours for questioning after the Fee Committee finishes its questioning. The Fee Committee will have 2 hours, and can split those 2 hours in any way it chooses. The Special Master will attend. There will be breaks at times and lengths of the Special Master's discretion.

2. The costs associated with Philip Garrett's document production, deposition preparation, and attendance at any deposition shall be paid for out of the fund currently set aside for attorneys' fees. The Special Master will make a determination at a later date whether those costs ultimately will be assessed against the fund as a whole, or in some alternative fashion.

3. Russ Herman's deposition will take place on January 24, 2017. It will begin at 8:00 a.m. It will take place at Herman, Herman & Katz in New Orleans. The Objectors will have 6.5

hours, and can split those 6 hours in any way they choose. They can also choose to reserve any portion of the 6.5 hours for questioning after the Fee Committee finishes its questioning. The Fee Committee will have 1.5 hours, and can split those 1.5 hours in any way it chooses. The Special Master will attend. There will be breaks at times and lengths of the Special Master's discretion.

4. Sandra Duggan's deposition will take place on January 25, 2017. It will begin at 8:00 a.m. It will take place at Herman, Herman & Katz in New Orleans. The Objectors will have 6.5 hours, and can split those 6 hours in any way they choose. They can also choose to reserve any portion of the 6.5 hours for questioning after the Fee Committee finishes its questioning. The Fee Committee will have 1.5 hours, and can split those 1.5 hours in any way it chooses. The Special Master will attend. There will be breaks at times and lengths of the Special Master's discretion.

5. Arnold Levin's deposition will take place on January 26, 2017. It will begin at 8:00 a.m. It will take place at Herman, Herman & Katz in New Orleans. The Objectors will have 6.5 hours, and can split those 6 hours in any way they choose. They can also choose to reserve any portion of the 6.5 hours for questioning after the Fee Committee finishes its questioning. The Fee Committee will have 1.5 hours, and can split those 1.5 hours in any way it chooses. The Special Master will attend. There will be breaks at times and lengths of the Special Master's discretion.

6. The Objectors will circulate notices of the above-referenced depositions at their earliest convenience. The Objectors will be responsible for arranging for a court reporter, although they are encouraged to utilize a reporting service that is familiar with this litigation.

7. The Objectors and the Fee Committee will each circulate a list of deposition topics two weeks before the respective depositions.

8. The Objectors and the Fee Committee are encouraged to circulate exhibits they wish to use in advance of each deposition (especially Philip Garrett's deposition). If a questioner uses an exhibit at a deposition after failing to circulate the exhibit, the deponent will be given sufficient time to review and reflect upon the exhibit, and possibly to consult with counsel concerning the exhibit. Any time used be the deponent in reviewing exhibits will be counted against the questioner's allotted time.

9. Any objector or member of the Fee Committee may attend any deposition in person or participate by telephone. Objectors attending in person shall notify Co-Liaison Counsel at least 7 days in advance of the deposition, following which Co-Liaison shall provide the Fee Committee a list of attendee-objectors 5 days in advance of the deposition. If the number of persons who want to attend exceeds the space limitations for the deposition, the parties will notify the Special Master so that he can take further action.

10. Any request for review of this Case Management Order or of the Special Master's Ruling Concerning Objectors' October 7, 2016 Request to Modify Special Master Case Management Order No. 1 shall be filed no later than 12:00 p.m. CST on November 18, 2016. If such a request for review is filed, anyone who would like to file a response shall contact the Special Master no later than 12:00 CST on November 21, 2016. The Special Master will at that time allow a reasonable time to file a response.

Baton Rouge, Louisiana, this 14th day of November, 2016

            <u>/s/ Daniel J. Balhoff</u>
            DANIEL J. BALHOFF
            SPECIAL MASTER