UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

During the December 18, 2016 Monthly Status Conference, the Court indicated it would move forward in issuing a decision regarding the evidence presented at the June 9, 2015 damages hearing. Defense liaison counsel requested permission to submit supplemental briefing on this issue. Therefore,

**IT IS ORDERED** that Defendants may submit supplemental motions regarding the evidence presented at the June 9, 2015 property damage hearing. Defendants' motions shall be filed by Friday, December 9, 2016. Plaintiffs' responses shall be filed by Friday, December 23, 2016.

_____
UNITED STATES DISTRICT JUDGE

1