UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION: L |
| This document relates to:  ALL CASES | * * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |

# O R D E R

Considering the Motion for Leave to Exceed Page Limitation filed by the Fee Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Fee Committee's Response in Opposition to Primary Counsel's Objection to Special Master's Ruling Concerning Objectors' Request to Modify Special Master CMO No. 1 and Request for Expedited Consideration be and is hereby filed into the record.

New Orleans, Louisiana, this 29th day of November, 2016.

_____
Eldon E. Fallon
United States District Court Judge