# EXHIBIT C

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
******************************************************************


IN RE:  CHINESE-MANUFACTURED          Docket No. 09-MD-2047
DRYWALL PRODUCTS LIABILITY            New Orleans, Louisiana
                                      Friday, November 18, 2016


******************************************************************

        TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
           HEARD BEFORE THE HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFF:                    HERMAN, HERMAN & KATZ
                                      BY:  RUSS HERMAN, ESQ.
                                      820 O'Keefe Avenue
                                      New Orleans, LA 70130

                                      LEVIN, FISHBEIN, SEDRAN & BERMAN
                                      BY:  ARNOLD LEVIN, ESQ.
                                      510 Walnut Street, Suite 500
                                      Philadelphia, PA 19106

FOR THE KNAUF DEFENDANTS:             BAKER DONELSON
                                      BY:  KERRY J. MILER, ESQ.
                                      201 St. Charles Ave., Suite 3600
                                      New Orleans, LA 70163-3700

FOR THE TAISHAN DEFENDANTS:           PHELPS DUNBAR
                                      BY:  HARRY ROSENBERG, ESQ.
                                      365 Canal St., Suite 2000
                                      New Orleans, LA 70130

Also Present:                         Jake Woody, BrownGreer
                                      Daniel J. Balhoff, Special Master

Official Court Reporter:              Karen A. Ibos, CCR, RPR, CRR
                                      500 Poydras Street, Room HB-406
                                      New Orleans, Louisiana 70130
                                      (504) 589-7776

   Proceedings recorded by mechanical stenography, transcript
produced by computer.
```

<u>P R O C E E D I N G S</u>

(FRIDAY, NOVEMBER 18, 2016)

(STATUS CONFERENCE PROCEEDINGS)

(OPEN COURT.)

THE COURT: Be seated, please. Good morning, ladies and gentlemen. Let's call the case.

THE DEPUTY CLERK: MDL-2047, *in re: Chinese Drywall Products Liability Litigation*.

THE COURT: Counsel make their appearance for the record, please.

MR. HERMAN: Good morning, Judge Fallon, Russ Herman for the Plaintiff Legal Committee.

MR. ROSENBERG: Good morning, your Honor. Harry Rosenberg as liaison counsel for CNBM, BNBM, and Taishan.

MR. MILLER: Good morning, Judge, Kerry Miller for Knauf and the Defense Steering Committee.

THE COURT: We're here today for our monthly status conference. I've had the opportunity to meet with lead and liaison counsel a moment ago to discuss the agenda with them. I'll take it in the order that they presented. Russ.

MR. HERMAN: May it please the Court, there are no issues in I - IX of the agenda, the usual agenda. When we get to item No. 10, it says attorney's fees. Mr. Balhoff is here as Special Master to report to the Court.

```
09:11:28   1              THE COURT:  All right.
09:11:30   2              MR. BALHOFF:  Your Honor, Dan Balhoff, Special Master.
09:11:37   3   With respect to the attorney's fee issue, since the last status
09:11:42   4   conference I've had a number of discussions with counsel for both
09:11:46   5   parties, including a lengthy telephone status conference last
09:11:52   6   Friday.  We have entered CMO-1 as amended, as well as CMO-2.  I've
09:12:01   7   entered a ruling.
09:12:02   8              It is my understanding -- well, let me put it this way.
09:12:06   9   There is a deadline of I believe noon today for people to file
09:12:11  10   requests for review to the Court of the most recent CMO and the
09:12:16  11   most recent ruling.  And it is my understanding that request for
09:12:22  12   review may be filed.
09:12:24  13              If, in fact, requests for review are filed, it is my
09:12:28  14   understanding that the Fee Committee wants to file a response.  And
09:12:36  15   I will inform the Court's law clerk as soon as I know what an
09:12:41  16   appropriate deadline for that would be.
09:12:43  17              THE COURT:  Okay. All right.  Fine.  Arnold, do you have
09:12:49  18   anything?
09:12:49  19              MR. LEVIN:  Excuse me, your Honor, Arnold Levin.  We
09:12:52  20   would like to respond because of the Thanksgiving holiday by the
09:12:55  21   Tuesday after Thanksgiving.
09:12:56  22              THE COURT:  That's fine.  By way of background, let me
09:12:59  23   just say that this case is a little unusual in that the settlement
09:13:03  24   agreement worked out with Knauf included not only a total, complete
09:13:10  25   remediation of the buildings involved and other damages, but it
```

09:13:17   1   also included payment of attorney's fees.  So the attorney's fees
09:13:22   2   that are available, the pot that is available must first be divided
09:13:28   3   between the contract lawyers and the common benefit lawyers.
09:13:34   4             In order to do that, what I have done is to, as I usually
09:13:40   5   do in these cases, appoint immediately a CPA.  That CPA has been on
09:13:47   6   board from Day 1 of this litigation.  And I also put out orders
09:13:53   7   saying that anybody doing any common benefit work has to report
09:13:57   8   periodically on a monthly basis contemporaneously with the work,
09:14:06   9   the work they've done, the time they've put in, and the nature of
09:14:08  10   the work.
09:14:09  11             That report of the CPA gets screened by attorneys who
09:14:14  12   look at that material that's retained by the CPA to see whether or
09:14:24  13   not it's at least consistent with practice.  I say, generally, I
09:14:30  14   would be concerned and they would be concerned if somebody put in
09:14:35  15   20 hours taking a deposition.  That usually is not done, so they
09:14:40  16   would kick that back and it would be reworked by the party who
09:14:44  17   submitted it.
09:14:44  18             In any event, the CPA does that.  I meet with the CPA on
09:14:49  19   a monthly basis to review those records that the CPA has compiled
09:14:54  20   and has received from the parties.  And then I question and keep in
09:15:02  21   touch with what's being done and who is doing it.  At this stage of
09:15:06  22   the litigation now the Fee Committee, Fee Allocation Committee has
09:15:14  23   made certain recommendations as to the split, then I put that out
09:15:21  24   for everybody to look at.  And if there's objections to it, then I
09:15:25  25   appoint a Special Master to meet with the objectors and put some

```
09:15:30   1   structure and some discovery that may result; and then the Special
09:15:41   2   Master presides over the discovery, listens to the discovery,
09:15:46   3   depositions are taken, documents are submitted, and then the
09:15:49   4   Special Master will report to me as to what the Special Master
09:15:52   5   feels the split ought to be.
09:15:55   6            So I have the insider's view, the outsider view of the
09:15:59   7   Special Master, detailed reports from the CPA, and then I look over
09:16:04   8   it and I will eventually make the decision as to how that split
09:16:09   9   should be and how it should be paid out.  That's what we're doing
09:16:14  10   now, we're in the middle of that process.
09:16:17  11            Okay.  Next item, Russ.
09:16:20  12            MR. HERMAN:  Your Honor, may it please the Court, I've
09:16:23  13   talked with Jake Woody regarding BrownGreer.  He has no report to
09:16:30  14   make, but he may want to address the Court.
09:16:33  15            THE COURT:  Jake, you're about finished with your aspect
09:16:37  16   of the case?
09:16:38  17            MR. WOODY:  Yes, sir, we are about finished.  The only
09:16:41  18   item that I wanted to mention was that we do have a number of
09:16:44  19   people who have not claimed their payments or who have received a
09:16:47  20   check and haven't cashed and the check may be void at this point.
09:16:50  21   If anybody has a check that needs to be reissued, they can contact
09:16:54  22   us and we can take care of that.
09:16:55  23            And at some point in the near future we will be sending a
09:16:58  24   list out of people who have, are eligible for payment but have not
09:17:02  25   yet returned the necessary documents.
```

```
09:17:04   1              THE COURT:  Would you get with the liaison counsel for
09:17:08   2   the plaintiffs, give them a list of who have not cashed their
09:17:12   3   checks and the attorneys for those individuals, and maybe they can
09:17:15   4   be of assistance to you to contact the attorneys and make sure that
09:17:18   5   that's done.
09:17:19   6              MR. WOODY:  Yes, sir.
09:17:20   7              MR. HERMAN:  May it please the Court, we would be happy
09:17:24   8   to do that.  The only thing I would request is that if any of those
09:17:29   9   folks are pro se, we would be given Court approval to make those
09:17:33  10   contacts.
09:17:34  11              THE COURT:  Yes, you have it.  Okay.  I'll grant that.
09:17:39  12              MR. HERMAN:  Thank you, your Honor.
09:17:41  13              On matters set for hearing, I, frankly -- I wouldn't
09:17:48  14   recognize Mr. Doyle if he's here.  He had a motion on the calendar
09:17:52  15   today which we understood --
09:17:54  16              THE COURT:  Mr. Doyle has called several times and
09:17:56  17   indicated that he is going to withdraw that motion, that pleading,
09:18:01  18   so I assume that that's his position.
09:18:04  19              MR. HERMAN:  The other matter, your Honor, I believe that
09:18:07  20   Knauf, Mr. Kerry Miller here, or Mr. Dysart, will address their
09:18:14  21   motion.
09:18:15  22              THE COURT:  Okay.  Danny.
09:18:16  23              MR. DYSART:  Good morning, your Honor, Danny Dysart on
09:18:19  24   behalf of the Knauf defendants.  We had filed this motion to
09:18:21  25   extinguish back before the last status conference.  Following that
```

09:18:25  1   you issued an order for any objections be filed before
09:18:29  2   November 9th.  Between that time we received several specific
09:18:32  3   objections and one response from the PSC.  All of the specific
09:18:36  4   objections have either been -- have been resolved.  Those claims
09:18:39  5   have either been added to the list or plaintiff's counsel was in
09:18:42  6   agreement that they should be on the list.
09:18:44  7         So we filed a reply memorandum on Wednesday of this week
09:18:48  8   which submitted a revised proposed order which included all of
09:18:55  9   those specific claims that have been added to the list.
09:18:57 10         At this time we would move to have that motion granted,
09:18:59 11   and what it would do is actually define the universe of remediation
09:19:05 12   claims and ARH claims left to either be resolved, mediated, or
09:19:09 13   extinguished.  It is not to extinguish any ongoing Knauf settlement
09:19:16 14   obligations to claimants that are already in the program and are
09:19:19 15   currently in the remediation or currently in negotiation with
09:19:22 16   Knauf.
09:19:22 17         THE COURT:  Okay.  Anything from the PSC on that?
09:19:25 18         MR. HERMAN:  May it please the Court, your Honor, we
09:19:29 19   understand the motion.  Nevertheless, we continue to get
09:19:37 20   information from individuals about recent alleged discoveries of
09:19:44 21   Chinese Drywall.  I say alleged because we don't necessarily get
09:19:48 22   the inspection reports, we only get in most cases a notice.  We
09:19:53 23   think at this point it's premature.  Certainly Knauf is entitled to
09:20:01 24   closure, we don't doubt that.
09:20:04 25         But your Honor scheduled a December status conference and

```
09:20:10   1   I believe a January status conference, and we would ask that that
09:20:16   2   motion be continued to the January status conference and give us an
09:20:23   3   opportunity to further relate to these individual claimants, or in
09:20:31   4   some cases attorneys for claimants, and confer with Mr. Dysart and
09:20:36   5   Mr. Miller in the meantime.
09:20:39   6              THE COURT:  Okay.  I understand the issue.  We've been
09:20:43   7   doing this now for almost ten years, five years at least, and
09:20:48   8   anybody who has a claim should have come into the claim.  What I'll
09:20:52   9   do is I am going to grant the order, but I will not grant it until
09:20:58  10   December the 21st.  So I'll approve it on December 21st.  In the
09:21:07  11   meantime, contact anybody, give them an opportunity to object to it
09:21:14  12   prior to that.  Hearing no objections, then I'll sign the order on
09:21:18  13   December 21st.  Okay.  Thank you.
09:21:22  14              Anything else on this?
09:21:25  15              MR. HERMAN:  May it please the Court -- Harry?
09:21:27  16              MR. ROSENBERG:  No, go ahead.
09:21:29  17              MR. HERMAN:  I was just going to indicate that your Honor
09:21:31  18   has already established December 21st as a status conference and
09:21:38  19   January 23rd at two o'clock.
09:21:40  20              THE COURT:  December 21st will be at 8:30, we'll start
09:21:44  21   the meeting at nine o'clock.  And January 23rd, I'll meet with
09:21:49  22   liaison and lead counsel at 1:30 and we'll start the meeting at
09:21:53  23   two o'clock on the 23rd.
09:21:56  24              Okay.  All right folks.  Thank you very much.  Happy
09:21:59  25   Thanksgiving to all of you.  The Court will stand in recess.
```

```
09:22:03   1              THE DEPUTY CLERK:  All rise.
09:22:05   2              THE COURT:  Let me say before I do leave that discussions
09:22:10   3   or they're still proceeding regarding various aspects of the case,
09:22:15   4   but that I am going to be issuing an order now to lift the stay
09:22:20   5   order on the pleadings.  I've stayed everything but it's now time
09:22:25   6   for me to begin the process again.  So I am going to lift the
09:22:31   7   order.
09:22:31   8              MR. HERMAN:  Your Honor, may it please the Court, I have
09:22:35   9   one inquiry as to that.  I apologize.  The stay is lifted, the PSC
09:22:44  10   can then proceed with both the sanctions and contempt issues that
09:22:48  11   are pending?
09:22:49  12              THE COURT:  Yes.  Anything that can be filed can be
09:22:51  13   filed.
09:22:51  14              MR. HERMAN:  Thank you, your Honor.
09:22:52  15              THE COURT:  Harry, do you have a question?
09:22:54  16              MR. ROSENBERG:  Your Honor, just one other housekeeping
09:22:56  17   matter which is that we confirmed with your Honor that the Court
09:22:59  18   would allow the defendants an opportunity to supplement briefing
09:23:02  19   regarding damages, and then of course allow the PSC to do the same.
09:23:06  20              THE COURT:  Right, right.  Let's do that.
09:23:09  21              MR. ROSENBERG:  Thank you, Judge.
09:23:10  22              THE COURT:  The Court will stand in recess.
09:23:12  23           (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)
          24
          25                             * * * * *
```

## REPORTER'S CERTIFICATE

I, Karen A. Ibos, CCR, Official Court Reporter, United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

/s/ Karen A. Ibos
Karen A. Ibos, CCR, RPR, CRR, RMR
Official Court Reporter