# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE A REPLY TO THE FEE COMMITTEE'S RESPONSE IN OPPOSITION TO PRIMARY COUNSEL'S OBJECTION TO SPECIAL MASTER'S RULING CONCERNING OBJECTORS' REQUEST TO MODIFY SPECIAL MASTER CMO NO. 1 AND REQUEST FOR EXPEDITED CONSIDERATION

NOW COMES Primary Counsel who respectfully move that they be granted leave of court to file a Reply to *the Fee Committee's Response in Opposition to Primary Counsel's Objection to Special Master's Ruling Concerning Objectors' October 7, 2016 Request to Modify Special Master Case Management Order No. 1* [Rec. Doc. 20575-2]. Primary Counsel respectfully suggest that a Reply Memorandum will assist the Court in ruling on the objection and request that the Court enter the attached proposed order.

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH, MELTON & SOBEL, LLC** | **LISKA, EXNICIOS & NUNGESSER** |
| By:    /s/ *Jimmy R. Faircloth, Jr.*<br>Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)<br>jfaircloth@fairclothlaw.com<br>301 Main Street, Suite 920<br>Baton Rouge, LA 70801<br>Phone: (225) 343-9535<br>Fax: (225) 343-9538 | By:    /s/ *Val Patrick Exnicios*<br>Val Patrick Exnicios, Esq. (Objectors' Co-Liaison Counsel)<br>vpexnicios@exnicioslaw.com<br>1515 Poydras Street,<br>14th Floor, Ste. 1400<br>New Orleans, LA. 70112<br>Phone: (504) 410-9611<br>Fax: (504) 410-9937 |

*Objectors' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion for Leave to File a Reply to the Fee Committee's Response in Opposition to Primary Counsel's Objection to Special Master's Ruling Concerning Objectors' Request to Modify Special Master CMO No. 1 and Request for Expedited Consideration* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of December, 2016.

          /s/ *Jimmy R. Faircloth, Jr.*
          OF COUNSEL