UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Considering the *Motion for Leave to File a Reply to the Fee Committee's Response in Opposition to Primary Counsel's Objection to Special Master's Ruling Concerning Objectors' Request to Modify Special Master CMO No. 1 and Request for Expedited Consideration*;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Primary Counsel are granted leave to file a Reply to the Fee Committee's Response in Opposition to Primary Counsel's Objection to Special Master's Ruling Concerning Objectors' Request to Modify Special Master CMO No. 1 and Request for Expedited Consideration on or before the _____ day of _____, 201____.

New Orleans, Louisiana, this _____ day of _____, 201____.

 

_____
Eldon E. Fallon
United States District Court Judge