# EXHIBIT A

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-253-8869
www.alston.com

Michael P. Kenny      Direct Dial: 404-881-7179      Email: mike.kenny@alston.com

May 1, 2015

VIA EMAIL

Russ M. Herman, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113
RHERMAN@hhklawfirm.com

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut St, Ste 500
Philadelphia, PA 19106
ALevin@LFSBLaw.com

Gerald E. Meunier, Esq.
Gainsburgh, Benjamin, David, Meunier &
   Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
gmeunier@gainsben.com

Re:    *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047, Case No. 2:09-md-02047-EEF-JCW

Dear Counsel:

This letter requires immediate action and addresses serious deficiencies in your damages discovery—discovery which has been compelled by Court order. Given the impending deadline for filing opposition papers to the Motion for Class damages, we request a response by 5:00 p.m. CDT today.

By letter dated April 2, 2015, Taishan requested updated Plaintiffs' Profile Forms for each claimant in the class, including claimant's remediation status and experience, settlement status with any other defendant in this MDL, and ownership status with respect to the subject property. When you refused to fulfill this request, we filed a Motion to Compel on April 6, 2015 (Rec. No. 18598), seeking "complete and updated plaintiff profile forms for each class member."

The Court convened a discovery conference on April 7, and that same day, the PSC filed a Response to our Motion to Compel (Rec. No. 18612, ("Response")). Your filed Response stated that "The PSC is in the process of seeking on an expedited basis (by April 15, 2015) updated relevant ownership information from all claimants alleging

May 1, 2015
Page 2

damages caused by Taishan's drywall." (Response at 2.) You attached as Exhibit C to your Response a form captioned "Important Taishan Notice (must be completed by April 15, 2015)." (A copy of Exhibit C to your Response is enclosed herewith). During the discovery conference, Mr. Levin reported to the Court as follows:

> But if they look at our profile form, we're giving them the square footage of the property, we're making sure that it's a current owner, because the class is defined as current owners -- it's owners.
>
> * * *
>
> We have sent this form out to all of the plaintiffs and asked them to complete it in a very short period of time, no longer than a week, and we should have it -- we ought to wait and see what they get.

The Court held that the information sought was discoverable, and granted the Motion to Compel with the exception of "Knauf proprietary information at this time." (Minute Entry from April 7, 2015 Proceedings, Rec. No. 18688.)

In the Courthouse on the morning of April 17, 2015, prior to the Status Conference, Russ Herman informed counsel that the PSC had 3,200 updated plaintiffs' profile forms ready to deliver to Defendants. This representation was repeated on the record, when Mr. Herman invited Jacob Woody of BrownGreer to report to the Court as to the updated plaintiff profile forms. Mr. Woody reported as follows:

> Mr. Herman asked me to comment briefly on the supplemental profile forms that we have been collecting. Last week, we made available on our portal an online form for claimants to fill out a supplemental form if they have Taishan drywall. We did that. The form asked for a variety of information, including square footage.
>
> *We've collected to date 3,201 of those forms.* . . . Mr. Herman has asked me to produce that data to all of the defendants here today, and *I will do that as soon as I can, probably today, or Monday at the latest.*

(Official Transcript of April 17, 2015 Status Conf. at 18 (emphasis added).)

But we did not get 3,201 forms on April 17, nor by the following Monday. Taishan's counsel inquired of Mr. Woody as to the status of the production on multiple occasions in the following weeks.

May 1, 2015
Page 3

    At the Court's discovery conference yesterday, we raised with the Court the issue that we had not received the promised plaintiffs' profile forms. Mr. Meunier and Mr. Herman explained that the PSC had been in communications with its members about the production. Mr. Levin reported the PSC would "probably" produce the forms later in the day.

    Nearly one month to the day after our first letter, and weeks after the PSC's representations to the Court of an imminent production, **we have not received any updated Plaintiff Profile Forms from the PSC**. Instead, yesterday at 4:53 p.m. EDT, we received an email from Mr. Woody transmitting an Excel spreadsheet as an attachment. Mr. Woody represented that the spreadsheet "contains all information we have received regarding Taishan Supplemental Evidence Forms to date." On its face, the spreadsheet reflects several alarming elements, including:

- That the information contained therein is not verified in any way, but rather is "signed" only by legal representatives from the PSC, sometimes "signing" for hundreds of claimants each;

- That more than 1,100 of the claimants no longer own the subject property;

- That multiple claimants are claiming for the same property;

- That certain claimants have unknown or unclear claim information, including a notation that says "Square footage unknown;" "Manufacturer of drywall is unknown;" and "We have been unable to get in contact with this client. We are completing this form to the best of our ability with the information we have;"

Most importantly, there is absolutely no evidentiary basis for this compilation of representations – no supporting plaintiff profile forms or information has been provided.

    Please produce today the plaintiff profile forms and supporting documentation that has been requested and compelled.

                                  Sincerely,

                                  Michael P. Kenny/wep
                                  Michael P. Kenny

cc: Bernard Taylor – Bernard.Taylor@alston.com
      Christina Hull Eikhoff – Christy.Eikhoff@alston.com
      Alan Weinberger – aweinberger@hanrylaw.com
      Harry Rosenberg – harry.rosenberg@phelps.com

May 1, 2015
Page 4

        C. Michael Moore – mike.moore@dentons.com
        Richard L. Fenton – richard.fenton@dentons.com
        Leah R. Bruno – leah.bruno@dentons.com
        Michael H. Barr – michael.barr@dentons.com
        Justin N. Kattan – justin.kattan@dentons.com
        L. Christopher Vejnoska – cvejnoska@orrick.com
        James L. Stengel – jstengel@orrick.com