# EXHIBIT B

| From: | Denise Martin <dmartin@gainsben.com> on behalf of Gerald E. Meunier <gmeunier@gainsben.com> |
|---|---|
| Sent: | Thursday, June 4, 2015 5:27 PM |
| To: | .SF.Fenton, Richard; aweinberger@hanrylaw.com; Taylor, Bernard; Eikhoff, Christy Hull; Venderbush, David; Ewell (Tim) E. Eagan, Jr. (eeagan@gordonarata.com); gene.besen@dentons.com; Harry Rosenberg (harry.rosenberg@phelps.com); Leah Bruno; Kenny, Mike; michael.barr@dentons.com; mike.moore@dentons.com; 'Stengel, James L.'; Vejnoska, Christopher |
| Cc: | Chris Seeger; Scott George; Richard S. Lewis; Palmer Lambert; Kristen Ward Broz |
| Subject: | RE: Chinese Drywall - Jake Woody |
| Attachments: | BROWNGREER-#481401-v1-June_4_memorandum.pdf; BROWNGREER-#479871-v9-Revised_Exhibit_10.XLSX |

Dear Counsel,

As you know, Jake Woody was asked by the parties participating in his deposition to revise the Taishan class list by removing Knauf remediation properties. He also has received further information on properties dismissed from the case, as well as properties with now-verifiable square footage. We asked Jake to prepare another file memo reflecting these refinements of the data. His memo of this date, and the revised list (Exhibit10) to which it refers, are attached.

Sincerely,
Jerry



Gerald E. Meunier

gmeunier@gainsben.com

2800 Energy Centre, 1100 Poydras St., New Orleans, LA 70163
T: 504.522.2304 | F: 504.528.9973 | www.gainsben.com

## MEMORANDUM

**TO:**      FILE

**FROM:**      Jake Woody

**DATE:**      June 4, 2015

**RE:**      June 4, 2015 Revisions to Exhibit 10

---

On June 4, 2015 BrownGreer revised Exhibit 10 as follows:

1) We removed 127 properties that we determined had 100% KPT drywall, based on inspections performed by Benchmark or MZA.

2) We removed 46 properties because the PSC informed us that the cases related to those properties had been dismissed, that the properties contained Knauf drywall, and/or that the property owners would not pursue claims against Taishan.

3) We verified square footage for 55 properties that were previously unverified. The PSC provided us with objective square footage documentation for these properties. We reviewed this documentation using the same protocols and procedures that we used to verify square footage during Global, Banner, InEx reviews. I then added these documents to the FTP site we use to produce documents.

The total number of properties on Exhibit 10 changed from 2,888 to 2,715 because we removed 127 KPT properties and 47 dismissed or abandoned claims from the list.

The total number of properties with unverified square footage changed from 131 to 28 because we verified square footage for 55 properties and removed 48 unverified properties from the list entirely.

## IN RE:  CHINESE-MANUFACTURED
## DRYWALL PRODUCTS LIABILITY LITIGATION
Taishan Class Square Footage and Damages Summary
ALL PROPERTIES
As of June 4, 2015

| | State | Number of Properties with Verified Square Footage by State | Average Square Footages by State | Number of Properties with Unverified Square Footage by State | Square Footage Used for Each Unverified Property by State | Total Damages by State |
|---|---|---|---|---|---|---|
| 1. | Alabama | 260 | 2,195 | 2 | 2,195 | $59,252,254 |
| 2. | Arizona | 1 | 2,195 | 0 | N/A | $207,820 |
| 3. | Florida | 1,504 | 2,124 | 6 | 2,124 | $334,424,593 |
| 4. | Georgia | 19 | 3,875 | 0 | N/A | $7,299,679 |
| 5. | Iowa | 2 | 2,227 | 0 | N/A | $486,142 |
| 6. | Louisiana | 570 | 1,885 | 17 | 1,885 | $113,338,775 |
| 7. | Missouri | 1 | 1,236 | 1 | 2,069 | $401,437 |
| 8. | Mississippi | 193 | 1,654 | 2 | 1,654 | $31,100,323 |
| 9. | North Carolina | 9 | 2,159 | 0 | N/A | $1,831,319 |
| 10. | New Jersey | 1 | N/A | 0 | N/A | $225,835 |
| 11. | Ohio | 1 | N/A | 0 | N/A | $189,037 |
| 12. | South Carolina | 2 | 1,301 | 0 | N/A | $248,005 |
| 13. | Tennessee | 4 | 1,635 | 0 | N/A | $651,061 |
| 14. | Texas | 9 | 2,190 | 0 | N/A | $1,962,349 |
| 15. | Virginia | 109 | 2,426 | 0 | N/A | $27,248,184 |
| 16. | Wisconsin | 1 | N/A | 0 | N/A | $153,219 |
| 17. | Number of Properties with Verified Square Footage | 2,686 | | | | |
| 18. | Square Footage Verfied for these Properties | 5,556,880 | | | | |
| 19. | Average Square Footage of All Properties with Verifed Square Footage (line 18 divided by line 17) | 2,069 | | | | |
| 20. | Number of Properties with Unverified Square Footage | | | 28 | | |
| 21. | Estimated Square Footage for these Properties | | | 54,257 | | |
| 22. | Total Number of Properties | 2,714 | | | | |
| 23. | Total Square Footage of All Properties | | | 5,611,138 | | |
| 24. | **Total Damages** | | | | | **$579,020,032** |