# EXHIBIT C

Alston & Bird LLP

| | |
|---|---|
| **From:** | Denise Martin <dmartin@gainsben.com> on behalf of Gerald E. Meunier <gmeunier@gainsben.com> |
| **Sent:** | Monday, June 8, 2015 6:47 PM |
| **To:** | .SF.Fenton, Richard; aweinberger@hanrylaw.com; Taylor, Bernard; Eikhoff, Christy Hull; Venderbush, David; Ewell (Tim) E. Eagan, Jr. (eeagan@gordonarata.com); gene.besen@dentons.com; Harry Rosenberg (harry.rosenberg@phelps.com); Leah Bruno; Kenny, Mike; michael.barr@dentons.com; mike.moore@dentons.com; 'Stengel, James L.'; Vejnoska, Christopher |
| **Cc:** | Christopher Seeger; Scott George; Richard S. Lewis; Kristen Ward Broz; Jeff Grand (jgrand@seegerweiss.com); Palmer Lambert; Lenny Davis; Fred Longer |
| **Subject:** | CDW - Inglis - Updated Ex 2a, 2b, 10 (6/8/10) |
| **Attachments:** | 2015-06-08 Ex 2a, 2b, 10.xlsx |

Counsel,

At the Inglis deposition, you raised a question about the Cost works location factors.  Mr. Inglis did further research and determined that the RS Means Cost works software was incorrect.  Mr. Inglis has therefore corrected exhibit 2a,2b,10,  which is attached.

Jerry



1

**IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY LITIGATION**

Taishan Class Square Footage and Damages Summary
ALL PROPERTIES
As of June 8, 2015

|  | State | Number of Properties with Verified Square Footage by State | Average Square Footage by State | Number of Properties with Unverified Square Footage by State | Square Footage Used for Each Unverified Property by State | Total Damages by State |
|---|---|---|---|---|---|---|
| 1. | Alabama | 260 | 2,195 | 2 | 2,195 | $50,338,657 |
| 2. | Arizona | 1 | 2,000 | 0 | N/A | $182,165 |
| 3. | Florida | 1,504 | 2,124 | 6 | 2,124 | $288,346,956 |
| 4. | Georgia | 19 | 3,875 | 0 | N/A | $6,217,862 |
| 5. | Iowa | 2 | 2,227 | 0 | N/A | $424,633 |
| 6. | Louisiana | 570 | 1,885 | 17 | 1,885 | $98,041,780 |
| 7. | Missouri | 0 | 0 | 1 | 2,069 | $223,930 |
| 8. | Mississippi | 194 | 1,652 | 2 | 1,652 | $26,842,908 |
| 9. | North Carolina | 9 | 2,159 | 0 | N/A | $1,642,162 |
| 10. | New Jersey | 1 | N/A | 0 | N/A | $202,960 |
| 11. | Ohio | 1 | N/A | 0 | N/A | $174,266 |
| 12. | South Carolina | 2 | 1,301 | 0 | N/A | $223,132 |
| 13. | Tennessee | 4 | 1,635 | 0 | N/A | $542,577 |
| 14. | Texas | 9 | 2,190 | 0 | N/A | $1,702,109 |
| 15. | Virginia | 109 | 2,426 | 0 | N/A | $26,799,363 |
| 16. | Wisconsin | 1 | N/A | 0 | N/A | $141,655 |
| 17. | Number of Properties with Verified Square Footage | 2,686 | | | | |
| 18. | Square Footage Verfied for these Properties | 5,558,251 | | | | |
| 19. | Average Square Footage of All Properties with Verifed Square Footage (line 18 divided by line 17) | | 2,069 | | | |
| 20. | Number of Properties with Unverified Square Footage | | | 28 | | |
| 21. | Estimated Square Footage for these Properties | | | 54,257 | | |
| 22. | Total Number of Properties | 2,714 | | | | |
| 23. | Total Square Footage of All Properties | | | 5,612,509 | | |
| 24. | **Total Damages** | | | | | **$502,047,116** |