# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Gross v. Knauf Gips KG,* 2:09-cv-6690<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1672<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1395<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1673<br>*Amorin v. SASAC,* 2:14-cv-1727<br>*State of Louisiana v. Knauf,* 2:10-cv-340<br>*Abner v. Taishan Gypsum,* 2:11-cv-3094<br>*Posey v. BNBM Co.,* 2:09-cv-6531<br>*Morris v. BNBM Co.,* 2:09-cv-6530<br>*Germano v. Taishan Gypsum,* 2:09-cv-6687<br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* 2:10-cv-361 | |

## PLAINTIFFS' STEERING COMMITTEE'S SUPPLEMENT TO OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Madelyn O. Breerwood
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA  19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
ALevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

(Additional Counsel on Signature Page)

I.     **INTRODUCTION**

In the Plaintiffs' Steering Committee's ("PSC") Omnibus Response in Opposition to Defendants' Motions to Dismiss (Rec.Doc. 20036), the PSC previously established the cascading levels of ownership and control between and amongst the parent companies of Taishan Gypsum Co., Ltd. ("Taishan"). As demonstrated therein, Taishan's parent, Beijing New Building Materials Public Limited Company ("BNBM" or "BNBM PLC"), and its relative, Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") (collectively, the "BNBM Entities"), are ultimately controlled by China National Building Material Group Corporation ("CNBM Group"), which controlled the "CNBM Business Group" of subsidiary companies, including China National Building Material Co., Ltd. ("CNBM"), CNBM USA Corp. ("CNBM USA"), CNBMIT Co. Ltd. ("CNBMIT"), and United Suntech Craft, Inc. ("United Suntech") (collectively with CNBM Group, the "CNBM Entities"), and Taishan. Since the filing of the PSC's Omnibus Response on January 22, 2016, several significant events have transpired resulting in BNBM ascending from "Controlling Shareholder" of Taishan to outright owner of Taishan. Such open and complete control of Taishan merely formalizes and confirms the *de facto* control that BNBMPLC held over Taishan throughout the relevant time period.

II.    **SUPPLEMENTAL ARGUMENT**

   A. **BNBM's Ownership and Control of Taishan.**

The PSC previously established as incontrovertible fact that on March 19, 2005, BNBM acquired 42% of Taishan Gypsum's total shares – giving BNBM operative and voting control of Taishan's Board of Directors as the "Controlling Shareholder." Omnibus Response at 74-75. Thereafter, on August 28, 2006, "under the direction" of CNBM Group and CNBM executives,

1

BNBM:/ a) increased its equity interest in Taishan from 42% to 65%, and b) secured rights over an additional 16% of Taishan by loaning 50 million RMB to a co-shareholder of Taishan – giving BNBM practical control over 81% of Taishan's shares. *Id.* at 75. The remaining 19% of Taishan's minority shares were split between Taishan's Chairman and General Manager JIA Tongchun (who was also Deputy General Manager and Director of BNBM from 2005-2012), and the investment company Shandong Taihe Building Material Company, Ltd., f/k/a Taian Anxin Investment & Trade Co., Ltd., of which Mr. JIA was the majority shareholder and legal representative. *Id*.

On October 13, 2015, CNBM announced its intention to have BNBM acquire Taishan Gypsum's minority shareholders pursuant to which "<u>BNBM will directly and indirectly hold 100% equity interest in Taishan Gypsum</u>." *Id.* at 21.

### B. BNBM PLC's POST-BRIEFING ACQUISTION OF TAISHAN

After the PSC's Omnibus Response was filed, CNBM confirmed in its Annual Report of March 25, 2016 at 73 that BNBM entered into a "Framework Agreement" regarding "the Acquisition of Assets through Share Issuance by Beijing New Building Material Public Limited Company with Taishan Gypsum (a 65%-owned, directly and indirectly, subsidiary of BNBM) Minority Shareholders in relation to the acquisition of the 35% Equity Interest in Taishan Gypsum held by Taishan Gypsum Minority Shareholders collectively through a private issuance of BNBM shares to Taishan Gypsum Minority Shareholders."[1] The intent of the Framework Agreement was that BNBM would directly and indirectly hold 100% equity interest in Taishan. *Id.* In its March 28, 2016, Announcement of Annual Results for the Year Ended 31 December 2015,[2] CNBM

---

[1] CNBM Annual Report is attached hereto as Exhibit "A".

[2] Announcement of Annual Results For the Year Ended 31 December 2015, attached hereto as Exhibit "B".

restated the basic Framework Agreement by which BNBM would issue shares to acquire the remaining minority shareholders' interest. *Id* at 59. In so doing, CNBM Group's "shareholding in BNBM will decrease from approximately 45.20% to approximately 35.84%," *Id.*

Separately, BNBM PLC was actively engaged in executing the Framework Agreement. On January 15, 2016, the company issued its Public Announcement of Resolutions of the 14th Extraordinary Meeting of the 5th Board of Supervisors, the company voted to approve a proposal on the issuance of shares to purchase the assets and related party transaction involving Taishan.[3] In a January 2016 Report by BNBM PLC's independent financial advisor, Morgan Stanley Huaxin Securities, BNBM PLC warranted that "CNBMPLC holds 639.06587mn shares in the Company, accounting for 45.20% of the company's total share capital. So it is the controlling shareholder of the Company."[4]

On February 4, 2016 BNBM PLC issued a Public Announcement of Beijing New Building Material Public Limited Company on the Progress of Material Assets Reorganization.[5] This

---

[3] *See* Public Announcement of Resolutions of the 14th Extraordinary Meeting of the 5th Board of Supervisors [BNBMPLC0008332-8339], attached hereto as Exhibit "C".

[4] *See* Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction (draft) (Revised Version) at page 46 [BNBMPLC0008713-9063], attached hereto as Exhibit "D". The report also states that "CNBM Group holds direct and indirect 44.11% stake in CNBMPLC, controlling shareholder of the Company. So it is the actual controller of the company." *Id.* at 49.

[5] *See* Public Announcement of Beijing New Building Material Public Limited Company on the Progress of Material Assets Reorganization [BNBMPLC0009067-9068], attached hereto as Exhibit "E". In the following month, BNBM PLC repeated the content of its February 4, 2016 public announcement. *See* Public Announcement of Beijing New Building Material Public Limited Company on the Progress of Material Assets Reorganization [BNBMPLC0009072-9073], attached hereto as Exhibit "F". The same public announcement was repeated in April. *See* Public Announcement of Beijing New Building Material Public Limited Company on the Progress of Material Assets Reorganization [BNBMPLC0009077-9078], attached hereto as Exhibit "G". *See also* Public Announcement of Beijing New Building Material Public Limited Company on the Progress of Material Assets Reorganization [BNBMPLC0009108-9109], attached hereto as Exhibit "H".

announcement advised of the January 15, 2016 15th extraordinary meeting of its 5th Board of Directors and the 16th extraordinary meeting of its 5th Board of Directors.

On April 5, 2016, BNBM PLC issued its Public Announcement on Undertakings Made by Directors and Officers of the Company to Effectively Implement the Measures Taken by the Company to Make up for Immediate Return Diluted by material Assets Reorganization, wherein the Board of Directors pledged their fealty to the company.[6] On the same day, BNBM PLC issued its Public Announcement of Resolutions of the 1st Extraordinary Meeting of the 6th Board of Directors.[7] Therein, BNBM PLC recognized that acquiring Taishan "would be conducive to the thickening of the Company's earnings per share and conducive to the protection of the shareholder interests." *Id.* at 1.

On April 15, 2016, BNBM PLC issued its Public Announcement on Reminding the Holding of the 2nd Extraordinary Shareholders' Meeting in 2016.[8] Therein, notice of the 2nd Extraordinary Shareholder Meeting of April 21, 2016 was provided. Following that meeting, BNBM PLC issued its Public Announcement on Resolutions of the 2nd Extraordinary Shareholders' Meeting in 2016.[9] Therein, the outcome of the deliberations and voting of the proposals were pronounced for the approximately two dozen matters presented.

---

[6]*See* Public Announcement on Undertakings Made by Directors and Officers of the Company to Effectively Implement the Measures Taken by the Company to Make up for Immediate Return Diluted by material Assets Reorganization [BNBMPLC0009081-9082], attached hereto as Exhibit "I".

[7]*See* Public Announcement of Resolutions of the 1st Extraordinary Meeting of the 6th Board of Directors [BNBMPLC0009087-9090], attached hereto as Exhibit "J".

[8]*See* Public Announcement on Reminding the Holding of the 2nd Extraordinary Shareholders' Meeting in 2016 [BNBMPLC0009123-9132], attached hereto as Exhibit "K".

[9]*See* Public Announcement on Resolutions of the 2nd Extraordinary Shareholders' Meeting in 2016 [BNBMPLC0009145-9153], attached hereto as Exhibit "L".

On April 18, 2016, BNBM PLC issued its Public Announcement of Beijing New Building Materials Public Limited Company on Receipt of CSRC Notice on Acceptance of Administrative Approval Application.[10]

On June 3, 2016, BNBM PLC issued its Public Announcement of Beijing New Building Materials Public Limited Company on Receipt of CSRC Notice on First Feedback on Examination of Administrative Approval Items.[11] The China Securities Regulatory Commission ("CSRC") expressed a number of concerns regarding the proposed acquisition of Taishan by BNBM PLC. The CSRC requested that BNBM PLC respond to the feedback request within thirty working days.

BNBM PLC recognized that it would not be able to meets its reporting obligation deadline and requested an extension of time. On July 12, 2016, BNBM PLC issued its Public Announcement of Beijing New Building Materials Public Limited Company on Applying for Late Submission of Reply to CSRC Notice on First Feedback on Examination of Administrative Approval Items, wherein it described seeking no more than a thirty working day extension.[12]

On July 27, 2016, BNBM PLC announced the results its Board of Directors meeting through the Public Announcement of Resolution of the 3rd Extraordinary Meeting of the 6th Board

---

[10]*See* Public Announcement of Beijing New Building Materials Public Limited Company on Receipt of CSRC Notice on Acceptance of Administrative Approval Application. [BNBMPLC0009155], attached hereto as Exhibit "M".

[11]*See* Public Announcement of Beijing New Building Materials Public Limited Company on Receipt of CSRC Notice on First Feedback on Examination of Administrative Approval Items [BNBMPLC0009176-9183], attached hereto as Exhibit "N".

[12]*See* Public Announcement of Beijing New Building Materials Public Limited Company on Applying for Late Submission of Reply to CSRC Notice on First Feedback on Examination of Administrative Approval Items [BNBMPLC0009186-9187], attached hereto as Exhibit "O".

of Directors of Beijing New Building Materials Public Limited Company.[13]  Therein, the company announced the voting which reallocated the property shares of nine limited partnerships in anticipation of acquisition of Taishan,  As a consequence, the total number of counterparties to the transaction after pass-through was 194, which included Mr. JIA and other natural persons.

In July 2016, Morgan Stanley again issued a revised Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction (draft) (Revised Version).[14]  Among the significant revisions, Morgan Stanley pointed out:  1) 2015 profit distribution and the price and quantity of shares issued in the transaction and the number of shares locked up by the counterparties; 2) the total capital and equity structure in BNBM PLC and the shareholder rations of controlling shareholder CNBM PLC and social public shareholders after closing of the acquisition; and 3) an updated audited pro forma earnings per share of BNBM PLC.  *Id.* at 9.  With respect to this litigation, Morgan Stanley attempted to assuage shareholders by reporting:

> BNBMPLC was aware that due to the continuous positive defenses between BNBMPLC and Taishan during the proceedings, the Steering Committee of plaintiffs submitted an instrument to the court, requesting a reduction of the group's remediation compensation to about USD$350 million.  In addition, the Steering Committee of plaintiffs had initiatively moved to vacate the claims made by a good number of individual plaintiffs in the pending class action because the Steering Committee of plaintiffs could by no means produce evidence to show the gypsum boards produced by Taishan have been installed in the houses of these individual

---

[13]*See* Public Announcement of Resolution of the 3rd Extraordinary Meeting of the 6th Board of Directors of Beijing New Building Materials Public Limited Company [BNBMPLC0009232-9245], attached hereto as Exhibit "P".

[14]*See* Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction (draft) (Revised Version)[BNBMPLC0009673-10059], attached hereto as Exhibit "Q".

6

> plaintiffs. BNBMPLC received a notice from CNBM Group, the actual controller of the Company, which said that the Federal District Court for the Eastern District of Louisiana issued an order on March 9, 2016 (American time) to revoke the lawsuit filed by the plaintiffs against CNBM Group. The case is in process. Currently BNBMPLC and Taishan can neither identify the number of plaintiffs and properties involved in the case nor accurately predict any possible result of judgment. BNBMPLC and Taishan have engaged both the domestic and foreign law firms to conduct research and assessment in relation to responding strategies and potential impacts on BNBMPLC and Taishan. At present, it is difficult to ascertain accurately the potential economic loss to BNBMPLC and Taishan and influence on the profits for the term brought by the litigation.

*Id.* at 62.

On August 12, 2016, Beijing New Building Materials Public Limited Company Public Announcement of Resolutions of the 3rd Extraordinary Meeting of Shareholders in 2016.[15] The announcement stated that, "no proposal was added, modified or vetoed at this Shareholders' Meeting."

On August 24, 2016, BNBM PLC announced that it was responding to the CSRCs comments in Beijing New Building Materials Public Limited Company Announcement in Relation to Feedback Reply to the Notice Regarding CSRC's Comments on Matters Subject to Administrative Approval.[16] The actual Feedback Reply was separately produced. *See* Notice of Filing of Feedback Reply of Beijing New Building Materials Public Limited Company to the Notice of China Securities Regulatory Commission's One-time Comments on Review of

---

[15]*See* Beijing New Building Materials Public Limited Company Public Announcement of Resolutions of the 3rd Extraordinary Meeting of Shareholders in 2016 [BNBMPLC0010063-10064], attached hereto as Exhibit "R".

[16]*See* Beijing New Building Materials Public Limited Company Announcement in Relation to Feedback Reply to the Notice Regarding CSRC's Comments on Matters Subject to Administrative Approval [BNBMPLC0010067], attached hereto as Exhibit "S".

Administrative Licensing Project.[17]  Specifically, the Feedback Reply clarifies that 99,071,875 shares issued for asset purchase were "locked-up" to "make compensation for the contingent risks" this litigation poses to Taishan.  Feedback Reply at 93-94.  The issue price of these shares was RMB 11.20/share.[18]  To incentivize the parties to resolve this litigation, a sleight of hand was employed:  if no contingency is met within 36 months, "BNBMPLC will repurchase and cancel the locked-up portion of shares at a price of RMB 1 per share and assume the contingent risk or loss; if no contingent risk arises upon expiration of the 36-month period, BNBMPLC will also repurchase and cancel the locked-up portion of shares at a price of RMB1 per share." *Id*. at 3.

The significance of this provision is not lost on the plaintiffs and should not be lost on this Court.  In the past, Taishan contemptuously defied this Court's authority (along with its parent companies profiting during the contempt period), challenged this Court's jurisdiction over the defendants, and otherwise denied any liability or product defect despite allowing adverse findings of same to become entrenched through their defaults.  Taishan's history of walking away from these proceedings is echoed in the Feedback Reply's lock-up provision, which should serve as a reminder to all involved that Taishan and its parent companies may yet again absent themselves from the litigation if they are not satisfied with Plaintiffs' reaction to the 3 year limited term they unilaterally applied to these proceedings.

---

[17]*See* Feedback Reply of Beijing New Building Materials Public Limited Company to the Notice of China Securities Regulatory Commission's One-time Comments on Review of Administrative Licensing Project. [BNBMPLC 0010239 – BNBMPLC 0010423], attached hereto as Exhibit "T'".

[18]At the current rate of exchange 11.20 Chinese Yuan equals $1.63.  This corresponds to a value of locked-up shares of $161,487,156.25.

8

Shortly after the submission of the Feedback Reply, on September 7, 2016, the CSRC issued its conditional approval of the acquisition. This conditional approval was made public by BNBM PLC in its Announcement of Beijing New Building Materials Public Limited Company Regarding Approval for the Company's Issuance of Shares to Purchase Assets by The Review Committee on Merger, Acquisition and Restructuring of China Securities Regulatory Commission and Resumption of Trading of Company's Shares.[19]

Thereafter, on October 13, 2016, the company voted on how to implement the plan once finally approved. *See* Public Announcement of Resolutions of the 11th Extraordinary Meeting of the 5th Board of Directors.[20]

The CSRC's conditional approval was later fully endorsed by the CSRC whose approvals were publicly disclosed by BNBM PLC on October 19, 2016. *See* Announcement of Beijing New Building Materials Public Limited Company Regarding Approval for the Company's Issuance of Shares to Purchase Assets and Related Party Transactions by China Securities Regulatory Commission.[21]

Upon receiving approval of the acquisition from the CSRC, BNBM PLC, along with its Controlling Shareholder, CNBM Group, "timely carried out the work related to the transfer of the

---

[19] *See* Announcement of Beijing New Building Materials Public Limited Company Regarding Approval for the Company's Issuance of Shares to Purchase Assets by The Review Committee on Merger, Acquisition and Restructuring of China Securities Regulatory Commission and Resumption of Trading of Company's Shares [BNBMPLC0010071], attached hereto as Exhibit "U".

[20] *See* Public Announcement of Resolutions of the 11th Extraordinary Meeting of the 5th Board of Directors [BNBMPLC0009203-9213], attached hereto as Exhibit "V".

[21] *See* Announcement of Beijing New Building Materials Public Limited Company Regarding Approval for the Company's Issuance of Shares to Purchase Assets and Related Party Transactions by China Securities Regulatory Commission [BNBMPLC0010427-10428], attached hereto as Exhibit "W".

underlying assets." *See* Public Announcement Regarding Completion of Transfer of Underlying Assets of Asset Acquisition by Stock Issue and Related-party Transaction.[22]  As a consequence, the acquisition of Taishan by BNBM PLC was accomplished, and complete and total control of the company became a fait accompli.

## III.     CONCLUSION

The old adage -- the more things change, the more things remain the same – aptly applies to BNBM's relation with Taishan.  Since entering its appearance in this litigation, BNBM has steadfastly denied any control over its subsidiary such that it would be subject to this Court's jurisdiction based upon the wrongs of its alto ego, Taishan.  But just as BNBM has denied the truth about its ironfisted control over Taishan from the inception of this litigation, its actions, most recently demonstrated in the outright acquisition of the company, speak volumes towards the opposite conclusion.  Undeniably, BNBM now owns Taishan, but it is equally undeniable that it has always controlled the company too.  The proof is in the pudding.

---

[22] *See* Public Announcement Regarding Completion of Transfer of Underlying Assets of Asset Acquisition by Stock Issue and Related-party Transaction [BNBMPLC0010439-10444], attached hereto as Exhibit "X".

For the reasons set forth above, each of the separate motions presented by the Defendants should be denied.

Dated: December 12, 2016          Respectfully Submitted,

BY: /s/ Russ M. Herman_____
Russ M. Herman (La Bar No. 6819) (on the Brief)
Leonard A. Davis (La Bar No. 14190) (on the Brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the Brief)
Fred S. Longer (on the Brief)
Sandra L. Duggan (on the Brief)
Matthew Gaughan (on the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

# PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Scott George
Diogenes P. Kekatos
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
 Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of December, 2016.

    Respectfully Submitted,

    BY:  */s/ Leonard A. Davis*
        Leonard A. Davis
        Herman, Herman & Katz, LLC
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        ldavis@hhklawfirm.com

        *Plaintiffs' Liaison Counsel MDL 2047*