# EXHIBIT C

| Stock Abbreviation: | Stock Code: | Public Announcement |
|---|---|---|
| BNBMPLC | 000786 | No.: 2016-003 |

## Beijing New Building Materials Public Limited Company
## Public Announcement of Resolutions of the 14th Extraordinary Meeting of the 5th Board of Supervisors

**The Company and all the members of its Board of Supervisors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

The 14th Extraordinary Meeting of the 5th Board of Supervisors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the "Company") was held in the Conference Hall, 15F Building 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, the notice of which was sent on January 11, 2016 by e-mail. Three supervisors who were supposed to attend the meeting were all present. The meeting was presided over by Mr. Cao Jianglin, Chairman of the Board of Supervisors. The process was in consistent with the relevant provisions of the Company Law and the Articles of the Associations of the Company. The meeting deliberated and adopted the following resolutions:

### I. The Proposal about the Company's Plan on this Issuance of Shares to Purchase the Assets & Related-party Transaction was considered and adopted.

1. The overall plan on the present transaction

The Company intends to issue shares to buy 35% shares of Taishan Gypsum Co. Ltd. (hereinafter "Taishan Gypsum" or "Target Company") (hereinafter "Underlying Asset"), which were in total held by Guo Tai Min An Investment Co., Ltd. (hereinafter the "GTMA"), 35 natural persons including Jia Tongchun and 10 limited partnerships including Tai'an Heda Investment Center (Limited Partnership) (hereinafter "Heda Investment") (collectively the "Counterparties").

Upon completion of this transaction, the Company will have 100% shares of Taishan Gypsum.

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

2. Plan on the share issuance for asset purchase

(1) Method of present transaction, Counterparties and Underlying Asset

The Company intends to buy 35% shares of Taishan Gypsum from the GTMA, 35 natural persons including Jia Tongchun and 10 limited partnerships including Heda Investment by way of issuance of shares.

The Target Company's registered capital is RMB155,625,000 and it has issued 155,625,000 shares totally. Its ownership structure is as follows:

1

| No. | Name of shareholders | Number of shares held (in 10,000 shares) | Percentage of ownership (%) |
|---|---|---|---|
| 1 | Beijing New Building Materials Public Limited Company | 6,536.250 | 42.00 |
| 2 | Beijing Donglian Investment Co., Ltd | 3,579.375 | 23.00 |
| 3 | Guo Tai Min An Investment Co., Ltd. | 2,490.000 | 16.00 |
| 4 | 35 natural persons including Jia Tongchun | 2,562.275 | 16.46 |
| 5 | 10 limited partnerships including Tai'an Heda Investment Center (Limited Partnership) | 394.600 | 2.54 |
|   | Total | 15,562.500 | 100.00 |

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

(2) Pricing basis, transaction price and method of payment

In the transaction, the Underlying Asset was appraised as of April 30, 2015, and the final price of the Underlying Asset held by Counterparties should be subject to the results stated in the Asset Appraisal Report issued by an appraisal agency with qualifications for engaging in securities and future business and approved by/filed with competent organs.

ZhongHe Appraisal Co., Ltd. (hereinafter "ZhongHe Appraisal") conducted the appraisal of the Underlying Asset and issued the Asset Appraisal Report (Zhong He Ping Bao Zi (2015) No. BJV2028 (hereinafter the "Asset Appraisal Report") on September 25, 2015. According to the Asset Appraisal Report, ZhongHe Appraisal evaluated the shareholders' rights and interests in the 35% shares of Taishan Gypsum by income approach as of April 30, 2015, the base date, and determined the assessed value of the Underlying Asset was RMB 4,195,499,000. Competent organs approved the filing of the Asset Appraisal Report issued by ZhongHe Appraisal on January 8, 2016. As of April 30, 2015, the base date of evaluation, the assessed value of the Target Company was RMB11,987,140,000, and hence for 35% shares of the Target Company to be transferred, the transaction price of the Underlying Asset should be RMB4,195,499,000.

Upon completion of this transaction, the GTMA, 35 natural persons including Jia Tongchun and 10 limited partnerships including Heda Investment will become shareholders of the Company. The Company will directly hold 77% shares of the Target Company and indirectly hold 23% shares of the Target Company through Beijing Donglian Investment Co., Ltd., a wholly-owned subsidiary of the Company, hence totally holding 100% shares of the Target Company.

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

(3) Type and par value of shares to be issued

In this transaction, the Company will issue common shares (A-share) for RMB1 par value per share.

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

(4) Method of issuance

This issuance will be made in the form of non-public offering to specific shareholders.

BNBMPLC0008333

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

(5) Issuance objects and method of subscription

    a. Issuance objects: shareholders of Taishan Gypsum including the GTMA, 35 natural persons including Jia Tongchun and 10 limited partnerships including Heda Investment.

    b. Method of subscription: subscription by the GTMA, 35 natural persons including Jia Tongchun and 10 limited partnerships including Heda Investment with the shares of Taishan Gypsum they hold respectively.

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

(6) Pricing reference date, pricing principle and issuance price

The pricing reference date with respect to this issuance for asset acquisition is the date of public announcement of the resolutions of the Board of Directors of the Company on proposals related to this transaction, that is, October 14, 2015.

Since the date of suspension of Company stock (on April 10, 2015), Shanghai composite index and Shenzhen composite index have suffered sharp decrease. Considering that the Company stock avoided the effect of recent substantial fall of the A-share market and there was a large uncertainty in stock markets in future, the Company decided to issue shares at the price equal to the amount of 90% of the average trading price in 120 trading days prior to the date of public announcement of the Board of Directors of the Company on this issuance for asset purchase, that was, RMB23.15 per share.

The average price in 120 trading days prior to the price reference date was calculated as follows: the average price in 120 trading days prior to the date of said public announcement = total transaction amount of Company stock traded in 120 trading days prior to the said pubic announcement / total number of Company stock traded in 120 trading days prior to the said pubic announcement.

On April 16, 2015, the general meeting of shareholders of the Company of 2014 adopted the Profit Distribution Plan 2014, deciding to pay cash dividends of RMB4.25 (including tax) for every 10 share, adding up to a total distributed profit of RMB300,471,088.30, on the basis of total number of 706,990,796 shares as at December 31, 2014; at the same time, the Company would also distribute 10 shares for every 10 shares to all shareholders with the capital reserve, adding up to 706,990,796 shares. Such share distribution was completed on June 11, 2015, and the number of total shares of the Company was adjusted to 1,413,981,592. Upon adjustment after implementation of the profit distribution plan 2014, the price of stocks to be issued was adjusted to RMB11.37/share.

In the event that the Company implements any plan including payment of cash dividend or distribution of bonus shares or shares converted from capital reserve during the date of pricing reference date to the issuance date, the said issuance price will be adjusted in accordance with the relevant provisions of China Securities Regulatory Commission (CSRC) and Shenzhen Stock Exchange. The specific adjustment method shall be subject to the resolutions of the general meeting of shareholders of the Company.

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

(7) Number of shares to be issued

Calculated on the basis of the transaction price of Underlying Asset and issuance

BNBMPLC0008334

price, the number of shares to be issued to Counterparties shall be 368,997,273. Such number of shares shall be calculated as follows: the number of shares to be issued = the transaction price Counterparties accepted for transfer of their shares in Taishan Gypsum by way of share issuance by the Company / the issuance price. The number of shares to be issued shall be an integral.

The number of shares to be issued to Counterparties respectively is as follows:

| No. | Name of counterparty | Consideration for shares (in RMB10,000) | Number of shares to be issued |
|---|---|---|---|
| 1 | Guo Tai Min An Investment Co., Ltd. | 191,794.24 | 168,684,468 |
| 2 | Jia Tongchun | 136,210.50 | 119,798,150 |
| 3 | Tai'an Heda Investment Center (Limited Partnership) | 8,827.16 | 7,763,550 |
| 4 | Ren Xulian | 8,472.84 | 7,451,924 |
| 5 | Xue Yuli | 5,391.81 | 4,742,134 |
| 6 | Cao Zhiqiang | 5,160.73 | 4,538,899 |
| 7 | Zhu Tenggao | 4,621.55 | 4,064,686 |
| 8 | Lu Wenyang | 3,081.03 | 2,709,791 |
| 9 | Zhang Yanxiu | 3,081.03 | 2,709,791 |
| 10 | Wan Guangjin | 3,081.03 | 2,709,791 |
| 11 | Ren Xue | 3,081.03 | 2,709,791 |
| 12 | Tai'an Xinyi Investment Center (Limited Partnership) | 2,526.45 | 2,222,028 |
| 13 | Tai'an Wanji Investment Center (Limited Partnership) | 2,480.23 | 2,181,381 |
| 14 | Tai'an Hongchao Investment Center (Limited Partnership) | 2,441.72 | 2,147,509 |
| 15 | Tai'an Haozhan Investment Center (Limited Partnership) | 2,395.50 | 2,106,862 |
| 16 | Tai'an Changyuan Investment Center (Limited Partnership) | 2,372.39 | 2,086,539 |
| 17 | Tai'an Jinxiu Investment Center (Limited Partnership) | 2,356.99 | 2,072,990 |
| 18 | Tai'an Xinghe Investment Center (Limited Partnership) | 2,349.29 | 2,066,215 |
| 19 | Mi Weimin | 2,349.29 | 2,066,215 |
| 20 | Zhang Jianchun | 2,349.29 | 2,066,215 |
| 21 | Tai'an Shunchang Investment Center (Limited Partnership) | 2,333.88 | 2,052,666 |
| 22 | Tai'an Fanye Investment Center (Limited Partnership) | 2,310.77 | 2,032,343 |
| 23 | Zhu Jinghua | 2,310.77 | 2,032,343 |
| 24 | Li Zuoyi | 2,310.77 | 2,032,343 |
| 25 | Yang Zhengbo | 2,310.77 | 2,032,343 |
| 26 | Qian Kai | 1,540.52 | 1,354,895 |
| 27 | Fu Tinghuan | 1,540.52 | 1,354,895 |
| 28 | Meng Zhaoyuan | 1,540.52 | 1,354,895 |
| 29 | Qin Qingwen | 1,155.39 | 1,016,172 |
| 30 | Hao Kuiyan | 1,155.39 | 1,016,172 |
| 31 | Duan Zhentao | 770.26 | 677,448 |
| 32 | Meng Fanrong | 616.21 | 541,958 |
| 33 | Bi Zhong | 539.18 | 474,213 |
| 34 | Kang Zhiguo | 454.45 | 399,694 |

4

| No. | Name of counterparty | Consideration for shares (in RMB10,000) | Number of shares to be issued |
|---|---|---|---|
| 35 | Wang Lifeng | 385.13 | 338,724 |
| 36 | Yue Rongliang | 385.13 | 338,724 |
| 37 | Huang Rongquan | 385.13 | 338,724 |
| 38 | Yuan Chuanqiu | 385.13 | 338,724 |
| 39 | Xu Fuyin | 385.13 | 338,724 |
| 40 | Zhang Guangmiao | 385.13 | 338,724 |
| 41 | Xu Guogang | 338.91 | 298,077 |
| 42 | Chen Xinyang | 338.91 | 298,077 |
| 43 | Li Xiuhua | 331.21 | 291,303 |
| 44 | Liu Mei | 323.51 | 284,528 |
| 45 | Zhang Jijun | 308.10 | 270,979 |
| 46 | Fang Donghua | 285.00 | 250,656 |
| | **Total** | **419,549.90** | **368,997,273** |

The final number of shares shall be subject to number approved by the CSRC. In consideration of a compensation arrangement made between the Company and Counterparties for contingent risks in connection with the Underlying Asset, Counterparties agreed that part of the shares they obtained would be subject to a lock-up period.

In the event that the Company implements any plan including payment of cash dividend, distribution of bonus shares or capitalization from capital reserves during the date of pricing reference date to the issuance date, the number of shares to be issued and the number of shares subject to a lock-up period will be adjusted in accordance with the relevant provisions of the Shenzhen Stock Exchange. The specific adjustment method shall be subject to the resolutions of the general meeting of shareholders of the Company.

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

(8) Listing venue

The shares to be issued for asset acquisition will be listed in the Shenzhen Securities Exchange.

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

(9) Lock-up period of the shares to be issued

The shares which would be issued by the Company and subscribed by counterparties are not permitted to be transferred for 36 months from the closing date of offering. Within the lock-up period, the shares obtained by Counterparties as a result of offering of bonus shares or capitalization from capital reserves shall also be subject to the provisions on lock-up period. Some of the shares held by Counterparties will be locked up until the agreed conditions are triggered, when the Company will repurchase such shares at the price of RMB1 in total for cancellation. Upon expiry of the lock-up period, the Company shall give assistances and convenience to Counterparties in relevant procedures. Where the GTMA, 35 natural persons including Jia Tongchun or 10 limited partnerships including Heda Investment desire to sell certain number of shares they obtained in this transaction, they shall observe the relevant provisions of laws, regulations, rules and normative documents including the Company Law, the Securities Law and the Listing Rules of the

BNBMPLC0008336

Shenzhen Stock Exchange, as well as the Articles of Association of the Company and other agreements and commitments.

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

(10) Attribution of the profit or loss of the Underlying Asset during the appraisal base date and the delivery date

a. The profits of the Target Company generated during the appraisal base date and the delivery date (hereafter the "Transitional Period") shall be owned by the Company.

b. The losses of the Target Company generated during the Transitional Period shall be borne by the minority shareholders of Taishan Gypsum on a pro-rata basis.

c. After delivery of the Underlying Asset, the firm that is responsible for auditing the annual report of the Company will conduct a special audit on Taishan Gypsum to determine the P&L of the Underlying Asset generated during the Transitional Period. Where the delivery date falls any day before or on the fifth day of the month, the audit base day shall be the last day of the prior month; where the delivery date falls any day after the fifth day of the month, the audit base day shall be the last day of the month. In case of any losses, Counterparties shall pay the amount equal to the portion of losses they shall assume respectively to the Company in cash within five business days from the date of the said audit report.

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

(11) Employee resettlement

This transaction does not involve the issue of employee resettlement.

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

(12) Arrangement of the cumulative undistributed profit of the listed company

The cumulative undistributed profit of the listed company before conclusion of this transaction shall be shared by the existing and new shareholders of the company after the transaction on a pro-rata basis.

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

(13) Contractual obligations and default liabilities in connection with the ownership transfer of related assets

   a. Contractual obligations in connection with the ownership transfer of Underlying Asset

   Considering Counterparties include directors and officers of Taishan Gypsum, including Jia Tongchun, Chairman and General Manager of Taishan Gypsum, in order to comply with the relevant restrictive provisions in Article 141 of the Company Law and facilitate smooth and effective conduct of the transaction, shareholders of Taishan Gypsum agreed to change Taishan Gypsum to be a limited liability company and then deliver the Underlying Asset to the Company.

   The Underlying Asset shall be delivered within one month after the effective date of this transaction. Counterparties shall be responsible for the registration procedures for transfer of the Underlying Asset with the relevant Industrial and Commercial Bureau and the Company shall give assistances. From the delivery date, all rights and obligations in connection with the Underlying Asset shall be owned by the

BNBMPLC0008337

Company.

b. Default liabilities in connection with this share issuance for asset acquisition

In the event that either party fails to perform any of its/his obligations under the Framework Agreement on Share Issuance for Asset Purchase and supplemental agreements thereof or makes any false or substantially false representations or warranties, which cause losses to the other party, the default party shall assume all compensation liabilities. Where either party fails to perform those agreements due to force majeure, neither party shall be liable for the other party.

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

(14) Valid term of resolutions

The resolutions on this share issuance for asset purchase shall become effective on the date when the general meeting of shareholders of the Company approves this transaction and continue to be effective for twelve months. If the Company obtains the approval document from the CSRC within the said valid term, such term shall be automatically extended until completion of this offering.

This part of the said Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

This Proposal is subject to consideration and vote at the general meeting of shareholders of the Company. This transaction is subject to approval by the competent organs and the CSRC.

**II. The Proposal about the Report on Beijing New Building Materials Public Limited Company Issuing Shares for Asset Purchase & Related-party Transaction (draft) (revision) and its Summary was considered and adopted**

For details of this Proposal, please see the Report on Beijing New Building Materials Public Limited Company Issuing Shares for Asset Purchase & Related-party Transaction (draft) (revision) and its Summary released by the Company on http://www.cninfo.com.cn on January 19, 2016.

This Proposal shall be submitted to the general meeting of shareholders of the Company for consideration.

This Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

**III. The Proposal about the Signing of the Conditional Supplemental Agreement on Share Issuance for Asset Purchase was considered and adopted**

This Proposal shall be submitted to the general meeting of shareholders of the Company for consideration.

This Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

**V. The Proposal about the Independence of the Appraisal Agency of the Transaction, Reasonableness of Appraisal Hypotheses, Relevancy between Appraisal Methods and Appraisal Purpose as well as Fairness of Appraised Price was considered and adopted**

This Proposal shall be submitted to the general meeting of shareholders of the Company for consideration.

BNBMPLC0008338

This Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

**V. The Proposal about the Basis for the Pricing of the Transaction and the Description of its Fairness and Reasonableness was considered and adopted**

This Proposal shall be submitted to the general meeting of shareholders of the Company for consideration.

This Proposal was adopted by 3 votes in favor, 0 votes against and 0 abstentions.

Announcement is hereby given.

Beijing New Building Materials Public Limited Company

Board of Supervisors

January 15, 2016

8

BNBMPLC0008339