# EXHIBIT G

**Stock Name: BNBM    Stock Code: 000786    Announcement No.: 2016-030**

Public Announcement of
Beijing New Building Material Public Limited Company
on the Progress of Material Assets Reorganization

**The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.**

On October 13, 2015, Beijing New Building Material Public Limited Company (the "Company") held the 11th extraordinary meeting of its fifth Board of Directors, which deliberated and passed "Proposal on <Proposal on Beijing New Building Material Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction>" ("Reorganization Proposal") and other relevant proposals. Relevant announcements were published on "Securities Times", "China Securities Journal", "Shanghai Securities News", "Securities Daily" and CNINFO (http://www.cninfo.com.cn) on October 14, 2015. On October 23, 2015, the Company implemented the contents of "Letter of Inquiry on Reorganization of Beijing New Building Material Public Limited Company" (XuKeLeiChongZuWenXunHan [2015] No.30) issued by Shenzhen Stock Exchange and submitted "Beijing New Building Material Public Limited Company's Reply to the Letter of Inquiry on Reorganization from Shenzhen Stock Exchange", and meanwhile conducted supplemental disclosure of "Reorganization Proposal" (for details, see the relevant announcements published by the Company on Securities Times, China Securities Journal, Shanghai Securities Journal, Securities Daily and CNINFO on October 26, 2015). The Company's stock was resumed on October 26, 2015. The progress on the Company's current acquisition of assets by issuing shares is now announced as follows:

**I. Progress of Material Assets Reorganization**

On January 15, 2016, the Company held the 15th extraordinary meeting of its 5th Board of Directors, which deliberated and adopted the Proposal on the Draft Report on Beijing New Building Material Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction and Its Abstract (hereinafter "Reorganization Report") and other relevant proposals. Relevant announcements were published on "Securities Times", "China Securities Journal", "Shanghai Securities News", "Securities Daily" and CNINFO (http://www.cninfo.com.cn) on January 19, 2016.

On January 25, 2016, the Company held the 16th extraordinary meeting of its 5th Board of Directors, which considered and adopted the Proposal on Signing Supplemental Agreement II for Acquiring Assets by Issuing Shares, and meanwhile the Company made modifications to and supplemental disclosures of the Reorganization Report according to the feedback from Shenzhen Stock Exchange. Furthermore, relevant announcements were published on "Securities Times", "China Securities Journal", "Shanghai Securities News", "Securities Daily" and CNINFO (http://www.cninfo.com.cn) on January 26, 2016.

Recently, the Company and intermediary agencies engaged by it have been actively

BNBMPLC0009077

promoting the work related to this acquisition of assets by issuing shares. As of the date of this public announcement, the Company is going through the approval formalities with relevant authorities with respect to the Company's issuing shares to acquire assets. After the approval formalities are finished, the Company will issue shareholders meeting notice to deliberate relevant matters regarding the Company's issuing shares to acquire assets, and will fulfill subsequent formalities according to relevant laws and regulations.

**II. Special Tips on Matters Concerning Material Assets Reorganization**

1. The section entitled "Potential Major Risks" in "Draft Report on Beijing New Building Material Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction (Revised Version)" published by the Company on CNINFO on January 26, 2016 made special explanations on risk factors relating to this acquisition of assets by issuing shares. Investors are advised to read carefully the contents concerning risk disclosure in the Report and pay attention to investment risks.

2. By the date of disclosure of this Announcement, the Board of Directors of the Company has not identified any matter that may result in cancellation, termination of or other material change to this material assets reorganization plan by the Board of Directors of the Company or counterparties involved in the current material assets reorganization.

3. In accordance with relevant provisions of "Administrative Measures for Material Assets Reorganization of Listed Companies" and work memoranda of Shenzhen Stock Exchange on information disclosure by listed companies, the Company will release a public announcement on progress of material assets reorganization every 30 days before its issuance of a notice of Shareholders' Meeting to deliberate this acquisition of assets by issuing shares. The Company's designated media for information disclosure are "Securities Times", "China Securities Journal", Shanghai Securities Journal, Securities Daily and CNINFO (http://www.cninfo.com.cn). Relevant information concerning the Company will be published on the foregoing designated media, and investors are advised to pay attention to investment risks.

Announcement is hereby given.

Board of Directors of Beijing New Building Material Public Limited Company

April 1, 2016

BNBMPLC0009078