# EXHIBIT I

| Stock Abbreviation: | Stock Code: | Public Announcement No.: |
|---|---|---|
| BNBMPLC | 000786 | 2016-033 |

**Public Announcement on Undertakings Made by Directors and Officers of the Company to Effectively Implement the Measures Taken by the Company to Make up for Immediate Return Diluted by Material Assets Reorganization**

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

Beijing New Building Materials Public Limited Company (hereinafter the "Company") intends to issue shares to acquire 35% of shares in Taishan Gypsum Co., Ltd. held by the minority shareholders in the aggregate. Therefore, all the directors and officers of the Company hereby make the following undertakings in accordance with the requirements of Several Opinions of the State Council on Further Promoting the Sound Development of the Capital Market (Guo Fa [2014] No.17), Opinions of the General Office of the State Council on Further Enhancing the Protection of Legitimate Interests of Medium and Small Investors in the Capital Market (Guo Ban Fa [2013] No.110) and Guiding Opinions on Matters Relating to the Dilution of Immediate Returns in Initial Public Offering, Refinancing and Material Assets Reorganization (CSRC Notice [2015] No.31) and other norms:

1. I undertake to perform my duties loyally and diligently and protect the legitimate interests of the Company and all the shareholders.

2. I undertake not to channel interests to other entities or individuals without compensation or on unfair terms, or damage the interests of the Company by other means.

3. I undertake to restrict the official consumption of directors and officers of the Company.

4. I undertake not to employ company assets to engage in investment or consumption activities unrelated to the performance of duties.

5. I undertake that within the scope of my duties and powers, I will go all out to link the compensation system developed by the Board of Directors or Remuneration and Appraisal Committee to the implementation of the measures taken by the Company to make up for immediate return, and vote for relevant proposals considered by the Board of Directors and shareholders' meeting of the Company (if I have voting right).

6. If the Company intends to provide equity incentives, I undertake that within the scope of my duties and powers, I will spare no efforts to link the exercise conditions of equity incentives announced by the Company to the implementation of the measures taken by the Company to make up for immediate return, and will vote for relevant proposals considered by the Board of Directors and shareholders' meeting of the Company (if I have voting right).

7. I undertake that, from the date of issuance of this undertaking till the completion of this asset acquisition performed by the Company through stock issue, if CSRC issues new regulatory rules on measures and undertakings to make up for diluted immediate return and the foregoing undertakings cannot meet such rules of CSRC, I will make undertakings in accordance with the latest rules of CSRC. As one of the relevant subjects responsible for the measures to make up for diluted immediate return, if I violate any of the foregoing undertakings or refuse to perform any of them,

1

BNBMPLC0009081

2

I agree that CSRC and Shenzhen Stock Exchange and other securities regulatory authorities will impose relevant punishment or administrative measures on me according to relevant regulations and rules designated or issued by them.

The announcement ends here.

Board of Directors of Beijing New Building Materials Public Limited Company

April 5, 2016

BNBMPLC0009082