# EXHIBIT J

| Stock Abbreviation: | Stock Code: | Public Announcement No.: |
|---|---|---|
| BNBMPLC | 000786 | 2016-031 |

## Beijing New Building Materials Public Limited Company

### Public announcement on Resolutions of the 1st Extraordinary Meeting of the 6th Board of Directors

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

The 1st extraordinary meeting of the 6th Board of Directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) was held in the morning on April 5, 2016 and the meeting notice was issued by email on March 31, 2016. At this meeting, the voting is made by fax (including direct service and e-mail). All of 9 directors participated in the voting, which is in accordance with the provisions of relevant laws and regulations and regulatory documents. After deliberation, the following resolutions were adopted:

I. The Proposal about the Risk Prompt on the Immediate Return Dilution of the Company's Material Asset Reorganization and the Company's Actions was deliberated and adopted

The Company intends to issue shares to buy 35% of shares of Taishan Gypsum Co., Ltd. held by minority shareholders in total of Taishan Gypsum Co., Ltd. According to the Some Opinions of State Council on Further Promoting the Healthy Development of the Capital Market (GUO FA[2014] No.17), the Opinions of the General Office of the State Council on Further Strengthening the Legitimate Interests Protection Work of Medium and Small Investors in Capital Market (GUO BAN FA [2013] No.110), the Guidance Opinions about Related Matters to Starting, Refinancing and Major Asset Restructuring Dilution Immediate Return (CSRC Announcement [2015] No.31) and other regulatory requirements, the board of directors of the Company conscientiously analyzed this major asset restructuring and deemed that this major asset restructuring would be conducive to the thickening of the Company's earnings per share and conducive to the protection of the shareholder' interests. In the year when the transaction was completed, if the performance of the Company and the placed-in assets had no major fluctuations with the same period of the previous year and there was no major non-recurring gains and losses, it was expected that this major asset restructuring had no diluted immediate return. In addition, in order to prevent the future possible risk of diluted immediate return, the Company proposed specific measures to deal with.

See the Announcement on the Proposal about the Risk Prompt on the Immediate Return Dilution of the Company's Material Asset Reorganization and the Company's Actions published on the Securities Daily, Securities Times, Shanghai Securities News, China Securities Journal and cninfo website (URL: http://www.cninfo.com.cn)on April 6, 2016 for the details of this proposal.

This proposal is to be submitted to the shareholders' meeting for deliberation.

This proposal is adopted with 9 votes of consent, 0 vote of objection and 0 vote of abstention.

1

BNBMPLC0009087

II. The Commitment by the Company's Directors and Officers on the Effective Implementation of the Actions Taken to Restore the Diluted Immediate Return in respect of the Company's Material Asset Reorganization was deliberated and adopted. See the Announcement on the Commitment by the Company's Directors and Officers on the Effective Implementation of the Actions Taken to Restore the Diluted Immediate Return in respect of the Company's Material Asset Reorganization published on the Securities Daily, Securities Times, Shanghai Securities News, China Securities Journal and cninfo website (URL: http://www.cninfo.com.cn)on April 6, 2016 for the details of this proposal.

This proposal is to be submitted to the shareholders' meeting for deliberation.

This proposal is adopted with 9 votes of consent, 0 vote of objection and 0 vote of abstention.

III. The Proposal about the Convening of the 2nd Extraordinary Shareholders' Meeting in 2016 was deliberated and adopted

It is consented to hold the 2nd Extraordinary shareholders' meeting in 2016 and the details are as follows:

1. Session No.: the 2nd extraordinary shareholders' meeting in 2016

2. Convener: Board of Directors of the Company

3. Date and time of on-the-spot meeting: 14:30 pm on April 21, 2016

4. Place of on-the-spot meeting: Meeting Room, 6F, Building 2, Guohai Square, No.17 Fuxing Road, Haidian District, Beijing

5. Attendees:

   (1) All the shareholders of the Company registered with Shenzhen Branch of China Securities Depository and Clearing Co., Ltd. on April 14, 2016 by the time when the Shenzhen Stock Exchange was closed;

   (2) The Company's directors, supervisors and officers;

   (3) Attorneys employed by the Company.

6. Way of voting: in combination of open ballot and online voting

7. Matters deliberated at the meeting:

   (1) Proposal on Company Conforming to the Conditions of Purchasing the Assets through Private Offering (adopted at the 11th extraordinary meeting of the 5th Board of Directors on deliberation)

   (2) Proposal about the Company's Plan on the Present Issuance of Shares to Purchase the Assets & Related-party Transaction (adopted at the 15th extraordinary meeting of the 5th Board of Directors on deliberation)

   (3) Proposal about the Report on Beijing New Building Materials Public Limited Company Issuing Shares for Asset Purchase & Related-party Transaction (draft) (revision) and its Summary (adopted at the 15th and 16th extraordinary meetings of the 5th Board of Directors on deliberation)

   (4) Proposal about the Transaction Conforming to Article 43 of the Administrative Measures for the Material Asset Reorganizations of Listed Companies (adopted at the 11th extraordinary meeting of the 5th Board of Directors on deliberation)

   (5) Proposal about the Transaction Conforming to Article 4 of the Provisions about

2

BNBMPLC0009088

Certain Questions on Standardizing the Material Asset Reorganizations of Listed Companies (adopted at the 11th extraordinary meeting of the 5th Board of Directors on deliberation)

(6) Proposal about the Transaction Constituting a Related-party Transaction (adopted at the 11th extraordinary meeting of the 5th Board of Directors on deliberation)

(7) Proposal about the Signing of the Conditional Framework Agreement on Share Issuance for Asset Purchase and Related Agreements (adopted at the 11th extraordinary meeting of the 5th Board of Directors on deliberation)

(8) Proposal about the Signing of the Conditional Supplemental Agreement on Share Issuance for Asset Purchase (adopted at the 15th extraordinary meeting of the 5th Board of Directors on deliberation)

(9) Proposal about the Signing of the Supplemental Agreement II on Share Issuance for Asset Purchase (adopted at the 16th extraordinary meeting of the 5th Board of Directors on deliberation)

(10) Proposal about the Independence of the Appraisal Agency of the Transaction, Reasonableness of Appraisal Hypotheses, Relevancy between Appraisal Methods and Appraisal Purpose as well as Fairness of Appraised Price (adopted at the 15th extraordinary meeting of the 5th Board of Directors on deliberation)

(11) Proposal about Approving the Audit Report and Asset Appraisal Report on the Transaction (adopted at the 15th extraordinary meeting of the 5th Board of Directors on deliberation)

(12) Proposal about the Basis for the Pricing of the Transaction and the Description of its Fairness and Reasonableness (adopted at the 15th extraordinary meeting of the 5th Board of Directors on deliberation)

(13) Proposal about Applying to the Shareholders' Meeting to Authorize the Board of Directors to Handle the Matters Related to the Share Issuance for Asset Purchase (adopted at the 11th extraordinary meeting of the 5th Board of Directors on deliberation)

(14) Proposal about the Risk Prompt on the Immediate Return Dilution of the Company's Material Asset Reorganization and the Company's Actions (adopted at the 1st extraordinary meeting of the 6th Board of Directors on deliberation)

(15) Proposal about the Commitment by the Company's Directors and Officers on the Effective Implementation of the Actions Taken to Restore the Diluted Immediate Return in respect of the Company's Material Asset Reorganization (adopted at the 1st extraordinary meeting of the 6th Board of Directors on deliberation)

See the Notice of Convening the 2nd Extraordinary Shareholders' Meeting in 2016 published on the Securities Daily, Securities Times, Shanghai Securities News, China Securities Journal and cninfo website (URL: http://www.cninfo.com.cn) on April 6, 2016 for the detailed information on other matters related to the shareholders' meeting.

This proposal is adopted with 9 votes of consent, 0 vote of objection and 0 vote of abstention.

Announcement is hereby given.

BNBMPLC0009089

4

Board of directors of Beijing New Building Materials Public Limited Company

April 5, 2016

BNBMPLC0009090