# EXHIBIT K

| Stock Abbreviation: | Stock Code: | Public Announcement No.: |
|---|---|---|
| BNBMPLC | 000786 | 2016-038 |

### Beijing New Building Materials Public Limited Company

### Public announcement on Reminding the Holding of the 2nd Extraordinary Shareholders' Meeting in 2016

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

The Board of Directors of Beijing New Building Materials Public Limited Company (the **"Company") published the Notice on Holding the 2nd Extraordinary Shareholders' Meeting in** 2016 at China Securities Journal, Securities Times, Shanghai Securities News, Securities Daily and www.cninfo.com.cn **on April 6, 2016. This shareholders' meeting will provide** the online voting platforms for the shareholders of the Company through the trading system of Shenzhen Stock Exchange and the Internet system of Shenzhen Stock Exchange. In accordance with the related regulations of Shenzhen Stock Exchange, the notice on holding **this shareholders' meeting is announced again below:**

**I. Basic information on the meeting**

(I) Time of meeting

Time of site meeting: 14:30 pm, April 21, 2016 (Thursday)

Time of online voting:

1. The time for voting through the Shenzhen Stock Exchange trading system is 9:30 am to 11:30 am and 13:00 pm to15:00 pm on April 21, 2016;

2. The specific time for shareholders to vote through the Shenzhen Stock Exchange online voting system is: any time between 15:00 pm, April 20, 2016 – 15:00, pm April 21, 2016 15:00.

(II) Equity registration date: April 14, 2016

(III) Place of site meeting: 6F Meeting Room, Building 2, Guohai Square, No. 17 Fuxing Road, Haidian District, Beijing

(IV) Meeting convener: the board of directors

(V) Way of convening

This general meeting of shareholders is held by the way in combination of meeting site voting and online voting. The Company will provide shareholders with an online voting platform through the Shenzhen Stock Exchange trading system and the online voting system and the shareholders can exercise their voting rights through the above system in the online voting time.

(VI) Voting rules In voting the combination of site voting and online voting is adopted. For the same voting right, only one way can be selected from site voting, stock exchange system voting and online voting, and no repeated voting is allowed. In case of repeated voting for the same voting right, the first voting result shall prevail.

(VII) Attendees of meeting

**1. The Company's shareholders registered with** Shenzhen Branch of China Securities Depository and Clearing Co., Ltd. by 15:00 pm on April 14, 2016 when the Shenzhen Stock Exchange was closed;shareholders unable to attend the general meeting of shareholders in person may authorize others to attend the meeting on their behalf (the authorized persons do **not have to be the Company's shareholders), or participate in the online voting within the**

1

online voting.

**2. The Company's directors, supervisors and senior management personnel;**

3. Attorneys employed by the Company.

**II. Matters deliberated on the meeting**

(I) The proposals to be deliberated on this general meeting of shareholders shall be submitted after they are passed by the eleventh interim meeting of the fifth session of the board of directors, the fifteenth interim meeting of the fifth session of the board of directors, the sixteenth interim meeting of the fifth session of the board of directors and the first interim meeting of the sixth session of the board of directors of the Company with legal procedures and complete materials.

(II) The proposals to be deliberated on the general meeting of the shareholders are as follows:

1. Proposal on the Company Conforming to the Conditions of Purchasing the Assets through Private Offering

2. Proposal about the Company's **Plan on this Issuance of Shares to Purchase the Assets &** Related-party Transaction

3. Proposal about the Report on Beijing New Building Materials Public Limited Company Issuing Shares for Asset Purchase & Related-party Transaction (draft) (revision) and its Summary

4. Proposal about the Transaction Conforming to Article 43 of the Administrative Measures for the Material Asset Reorganizations of Listed Companies

5. Proposal about the Transaction Conforming to Article 4 of the Provisions about Certain Questions on Standardizing the Material Asset Reorganizations of Listed Companies

6. Proposal about the Transaction Constituting a Related-party Transaction

7. Proposal about the Signing of the Conditional Framework Agreement on Share Issuance for Asset Purchase and Related Agreements

8. Proposal about the Signing of the Conditional Supplemental Agreement on Share Issuance for Asset Purchase

9. Proposal about the Signing of the Supplemental Agreement II on Share Issuance for Asset Purchase

10. Proposal about the Independence of the Appraisal Agency of the Transaction, Reasonableness of Appraisal Hypotheses, Relevancy between Appraisal Methods and Appraisal Purpose as well as Fairness of Appraised Price

11. Proposal about Approving the Audit Report and Asset Appraisal Report on the Transaction

12. Proposal about the Basis for the Pricing of the Transaction and the Description of its Fairness and Reasonableness

**13. Proposal about Applying to the Shareholders' Meeting to Authorize the Board of Directors** to Handle the Matters Related to the Share Issuance for Asset Purchase

**14. Proposal about the Risk Prompt on the Immediate Return Dilution of the Company's Material Asset Reorganization and the Company's Actions**

**15. Proposal about the Commitment by the Company's Directo**rs and Officers on the Effective Implementation of the Actions Taken to Restore the Diluted Immediate Return in respect of **the Company's Material Asset Reorganization**

(III) The above proposals are major issues affecting the interests of small and medium investors. According to the Rules of the General Meeting of Shareholders of Listing Companies (as amended in 2014) regulations, votes of the medium and small investors will be counted alone and disclosed to the public in a timely manner.

2



BNBMPLC0009124

(IV) Disclosed matters. See the details of the above proposals in the related announcements published on the China Securities News, Securities Times, Shanghai Securities News, Securities Daily and the CNINFO information network (http://www.cninfo.com.cn) on October 14, 2015, January 19, 2016, January 26, 2016 and April 6, 2016.

### III. Registration measures for site general meeting of shareholders

(I) Way of registration: the site registration is made by letter or fax.

(II) Registration time: April 19, 2016 (9:30 am - 11:00 pm, 14:00 pm - 16:00 pm). For registration by letter or fax, the materials must be delivered to the Company before 16:00 pm on April 19, 2016. If the registration formalities are not handled within the specified time, the related party is deemed to give up qualifications to attend the meeting.

(III) Registration place: 15F, Building 2, Guohai Square, No.17 Fuxing Road, Haidian District, Beijing

(IV) Registration formalities 1. For corporate shareholders, the legal representative shall handle the registration formalities with the stock account card of the Shenzhen Stock Exchange, copies of the corporate business license and the ID card; 2. Individual shareholders shall handle the registration formalities with the stock account card of the Shenzhen Stock Exchange, individual ID card and the original of the evidence proving that the individual held the share of BNBM when the market was closed on April 14, 2016, issued by the business office of the securities company;

3. Requirements of documents submitted by the person entrusted to exercise the voting rights in registration and voting: the entrusted agent of the corporate shareholders attending the meeting shall register with the stock account card of the Shenzhen Stock Exchange, copies of the corporate business license, power of attorney and the ID card of the attendee; the entrusted agent of individual shareholders shall register with stock account card of the Shenzhen Stock Exchange, individual ID card, power of attorney, copies of the ID card of the principal and the ID card of the attendee.

(V) Power of Attorney

The Power of Attorney is attached hereto.

### IV. Identity authentication participating in online voting and voting procedures

This general meeting of shareholders shall provide shareholders with an online votingplatform, and shareholders can participate in online voting through the trading system of the Shenzhen Stock Exchange or theonline system (http://wltp.cninfo.com.cn).

(I) Procedures of voting by the trading system

1. The time for online voting in this general meeting of shareholders through the Shenzhen Stock Exchange trading system is 9:30 am to 11:30 am and 13:00 pm to15:00 pm on April 21, 2016. And the voting procedures are conducted in the light of the new shares subscription business of the Shenzhen Stock Exchange.

2. Voting code: 360786; this voting is referred to as BNBM voting for short

3. Specific procedures for shareholders voting

(1) Transaction direction is purchase of shares;

(2) Filling in the "declared price" for this general meeting of shareholder in the item "entrusted price", and each proposal should be declared in the appropriate price.Details are as follows:

①If shareholders vote on all of the above proposals in uniform, all of proposals are expressed as RMB100.00;

②If shareholders vote on the aboveproposals respectively, proposal 1 Proposal about the Company Conforming to the Conditions of Purchasing the Assets through Private Placement will be expressed as RMB1,00, proposal 2 Proposal about **the Company's Plan on the** Present Issuance of Shares to Purchase the Assets & Related-party Transaction will be

3



BNBMPLC0009125

expressed as RMB2.00, voting, and so on.

Details are as shown in the following table:

| No. | Name of proposals | Corresponding entrusted prices |
|---|---|---|
| General proposal | To vote on the following "Proposal 1" to "Proposal 15" in uniform | 100.00 |
| Proposal 1 | Proposal on Company Conforming to the Conditions of Purchasing the Assets through Private Offering | 1.00 |
| Proposal 2 | **Proposal about the Company's Plan on** this Issuance of Shares to Purchase the Assets & Related-party Transaction | 2.00 |
| Sub-proposal 2.1 | Overall plan of the Transaction | 2.01 |
| Sub-proposal 2.2 | Proposal about Issuance of Shares to Buy Assets | |
| Proposal 2.2.1 | Way of Transaction, Transaction Counterparty and Underlying Assets | 2.02 |
| Proposal 2.2.2 | Pricing basis, transaction price and way of payment | 2.03 |
| Proposal 2.2.3 | Type and face value of the shares issued | 2.04 |
| Proposal 2.2.4 | way of issuance | 2.05 |
| Proposal 2.2.5 | Issuance object and way of subscription | 2.06 |
| Proposal 2.2.6 | Pricing benchmark day, pricing principles and issue price | 2.07 |
| Proposal 2.2.7 | Number of shares issued | 2.08 |
| Proposal 2.2.8 | Listing location | 2.09 |
| Proposal 2.2.9 | Lock-up period for the shares issued this time | 2.10 |
| Proposal 2.2.10 | Attribution of the profit and loss of the underlying asset during the period from the assessment date to the date of delivery | 2.11 |
| Proposal 2.2.11 | Personnel placement | 2.12 |
| Proposal 2.2.12 | Accumulated undistributed profits of listed companies | 2.13 |
| Proposal 2.2.13 | Contractual obligations and liabilities for breach of contract in ownership transfer of relevant assets | 2.14 |
| Proposal 2.2.14 | Validity period of resolution | 2.15 |
| Proposal 3 | Proposal about the Report on Beijing New Building Materials Public Limited Company Issuing Shares for Asset Purchase & Related-party Transaction (draft) (revision) and its Summary | 3.00 |
| Proposal 4 | Proposal about the Transaction Conforming to Article 43 of the Administrative Measures for the Material Asset Reorganizations of Listed Companies | 4.00 |
| Proposal 5 | Proposal about the Transaction Conforming to Article 4 of the Provisions about Certain Questions on Standardizing the Material Asset Reorganizations of Listed Companies | 5.00 |
| Proposal 6 | Proposal about the Transaction Constituting a Related-party Transaction | 6.00 |
| Proposal 7 | Proposal about the Signing of the Conditional Framework Agreement on Share Issuance for Asset Purchase and Related | 7.00 |

BNBMPLC0009126

|  | Agreements |  |
|---|---|---|
| Proposal 8 | Proposal about the Signing of the Conditional Supplemental Agreement on Share Issuance for Asset Purchase | 8.00 |
| Proposal 9 | Proposal about the Signing of the Supplemental Agreement II on Share Issuance for Asset Purchase | 9.00 |
| Proposal 10 | Proposal about the Independence of the Appraisal Agency of the Transaction, Reasonableness of Appraisal Hypotheses, Relevancy between Appraisal Methods and Appraisal Purpose as well as Fairness of Appraised Price | 10.00 |
| Proposal 11 | Proposal about Approving the Audit Report and Asset Appraisal Report on the Transaction | 11.00 |
| Proposal 12 | Proposal about the Basis for the Pricing of the Transaction and the Description of its Fairness and Reasonableness | 12.00 |
| Proposal 13 | Proposal about Applying to **the Shareholders' Meeting to Authorize** the Board of Directors to Handle the Matters Related to the Share Issuance for Asset Purchase | 13.00 |
| Proposal 14 | Proposal about the Risk Prompt on the Immediate Return Dilution of **the Company's Material Asset Reorganization and the Company's** Actions | 14.00 |
| Proposal 15 | **Proposal about the Commitment by the Company's Directors and** Officers on the Effective Implementation of the Actions Taken to **Restore the Diluted Immediate Return in respect of the Company's** Material Asset Reorganization | 15.00 |

Notes: To be convenient for shareholders to make unified voting for all the proposalsin the **general meeting of shareholders in the trading system, the Company adds a "general proposal" with a corresponding declaration price of RMB100.00; shareholders' voting on the** "general proposal" is deemed to express the same opinion for all the proposals to be deliberated in the general meeting of shareholders. If shareholders vote on both the general proposal and the sub-proposals, the first voting shall prevail.

(3) Filling in the voting opinions in the item "shares entrusted", 1 share means consent, 2 shares means opposition, and 3 shares means abstention. The corresponding relationship between the number of shares entrusted and the voting opinions is as follows:

| Shares Entrusted | Voting Opinions |
|---|---|
| 1 share | Consent |
| 2 shares | Objection |
| 3 shares | Abstention |

(4) Confirming that the voting entrustment is completed.

(5) Voting for the same issue can be declared for just one time and cannot be revoked.

(II) Adopting the online voting identity authentication and voting procedures

1. Specific processes for shareholders to obtain the identity authentication

Accordance to the provisions of the Shenzhen Stock Exchange Investor Network Service Identity Authentication Guidelines (revised in September 2014), shareholders may complete identity authentication by means of service password or digital certificate.

(1) Completing identity authentication by service password

Visiting the password serve areas of the Shenzhen stock exchange website

5

BNBMPLC0009127

(http://www.szse.cn)or the online voting system（http://wltp.cninfo.com.cn）to fill in relevant information and set the service password. If the registration is successful, the system will return a check number, for which the validity period is seven days. Shareholders may activate the service password through the Shenzhen stock exchange trading system in the light of the new shares subscription operations, and the service password can be activated five minutes after the declaration.

Shareholders forgetting the service password may report the loss with the Shenzhen stock exchange trading system, and the method of loss reporting is similar to the activation method. The service password declared to be lost will be cancelled officially 5 minutes after the declaration, after which shareholders can apply for a new one.

Shareholders having a number of Shenzhen securities accounts shall apply for service passwords for different accounts respectively.

(2) Process of handling identity authentication by means of digital certificate. The digital certificate may be applied for with the Shenzhen Securities Digital Certificate Authentication Center. See the specific operation on the website of the Shenzhen Securities Digital Certificate Authentication Center (http://ca.szse.cn).

Shareholders having more than one security accounts can register several accounts on one digital certificate.

2.Shareholders may vote in the online voting system by visiting the website http://wltp.cninfo.com.cn on the strength of the service password or digital certificate obtained.

3.The specific time for shareholders to vote through the Shenzhen Stock Exchange online voting system is: any time between 15:00, April 20, 2016 –15:00, April 21, 2016 15:00.

(III) Counting rules

1. If a shareholder votes on any proposalvalidly  for at least one time on the general meeting of shareholders through the online voting system, the shareholder is deemedto have attended the general meeting of shareholders and the shares held by the shareholder is included in the total number of voting rights held by the shareholders attending the general meeting of **shareholders. A shareholder's attending the general meeting of shareholders without voting** on other proposals is deemed as a waiver.

**2. Shareholders' vo**ting on the general proposal is deemed to express the same opinion for all the proposals.

3. If shareholders vote on both the general proposal and the sub-proposal for the same proposal, the first valid voting shall prevail. If the shareholders vote on the sub-proposal first and then the general proposal, the voting opinions for the sub-proposal shall prevail, and the voting opinions for the general proposal shall prevail over the opinions for other proposals that have not been voted on; if shareholders vote on the general proposal first and then the sub-proposal, the voting opinions for the general proposal shall prevail.

4.If the same shareholder votes repeatedly through any two or more of the Shenzhen stock exchange trading system, the online voting system and the on-site auxiliary voting system, the result of the first valid voting shall prevail.

5.On the trading day subsequent to the end of the general meeting of shareholders, the shareholders can query the results of their votes through membership. The vote opinions on the general proposal and the query results for the online voting are displayed as voting results of the proposals.

**V. Other**

1.Contact information：

Contact person: CaiJingye

Telephone number: 010-68138782

Fax: 010-68138822



BNBMPLC0009128

Email: cjy@bnbm.com.cn

2.Meeting expenses: session of this general meeting of the shareholders will be half a day,and the attendees shall bear all of their own expenses.

3.Handling of abnormalities in theonline voting system: if the online voting system suffers abnormalities during the online voting period, the progress of this general meeting of shareholders will be conducted by the notice of the day.

**VI. Reference documents**

1. Resolutions of the Eleventh Interim Meeting of the Fifth Session of the Board of Directors

2. Resolutions of the Fifteenth Interim Meeting of the Fifth Session of the Board of Directors

3.Resolutions of the Sixteenth Interim Meeting of the Fifth Session of the Board of Directors

4. Resolutions of the First Interim Meeting of the Sixth Session of the Board of Directors

Appendix：**Power of Attorney of the 2nd Extraordinary Shareholders' Meeting in 2016**

Beijing New Building Materials Public Limited Company

Board of directors

April 15, 2016

**Appendix:**

## Beijing New Building Materials Public Limited Company
## Power of Attorney of the 2nd Extraordinary Shareholders' Meeting in 2016

I (the Company), a shareholder of Beijing New Building Materials Public Limited Company, hereby entrust Mr.(Ms.)_____ to attend the 2nd **extraordinary shareholders' meeting in** 2016 of Beijing New Building Materials Public Limited Company on behalf of me (the Company) and to vote in the following voting instructions on behalf of me (the Company).

**Voting instructions:**

| No. | Proposals | Voting opinion | | |
|---|---|---|---|---|
| | | Consent | Objection | Abstention |
| 1 | Proposal about the Company Conforming to the Conditions of Purchasing the Assets through Private Placement | | | |
| 2 | Proposal **about the Company's Plan on the** Present Issuance of Shares to Purchase the Assets & Related-party Transaction | | | |
| 2.1 | Overall plan of the Transaction | | | |
| 2.2 | Proposal about Issuance of Shares to Buy Assets | | | |
| 2.2.1 | Way of Transaction, Transaction Counterparty and Underlying Assets | | | |
| 2.2.2 | Pricing basis, transaction price and way of payment | | | |
| 2.2.3 | Type and face value of the shares issued | | | |
| 2.2.4 | way of issuance | | | |
| 2.2.5 | Issuance object and way of subscription | | | |
| 2.2.6 | Pricing benchmark day, pricing principles and issue price | | | |
| 2.2.7 | Number of shares issued | | | |
| 2.2.8 | Listing location | | | |
| 2.2.9 | Lock-up period for the shares issued this time | | | |
| 2.2.10 | Attribution of the profit and loss of the underlying asset during the period from the assessment date to the date of delivery | | | |
| 2.2.11 | Personnel placement | | | |
| 2.2.12 | Accumulated undistributed profits of listed companies | | | |
| 2.2.13 | Contractual obligations and liabilities for breach of contract in ownership transfer of relevant assets | | | |
| 2.2.14 | Validity period of resolution | | | |
| 3 | Proposal about the Report on Beijing New Building Materials Public Limited Company Issuing Shares for Asset Purchase & Related-party Transaction (draft) (revision) and its | | | |

BNBMPLC0009130

| | Summary | | | |
|---|---|---|---|---|
| 4 | Proposal about the Transaction Conforming to Article 43 of the Administrative Measures for the Material Asset Reorganizations of Listed Companies | | | |
| 5 | Proposal about the Transaction Conforming to Article 4 of the Provisions about Certain Questions on Standardizing the Material Asset Reorganizations of Listed Companies | | | |
| 6 | Proposal about the Transaction Constituting a Related-party Transaction | | | |
| 7 | Proposal about the Signing of the Conditional Framework Agreement on Share Issuance for Asset Purchase and Related Agreements | | | |
| 8 | Proposal about the Signing of the Conditional Supplemental Agreement on Share Issuance for Asset Purchase | | | |
| 9 | Proposal about the Signing of the Supplemental Agreement II on Share Issuance for Asset Purchase | | | |
| 10 | Proposal about the Independence of the Appraisal Agency of the Transaction, Reasonableness of Appraisal Hypotheses, Relevancy between Appraisal Methods and Appraisal Purpose as well as Fairness of Appraised Price | | | |
| 11 | Proposal about Approving the Audit Report and Asset Appraisal Report on the Transaction | | | |
| 12 | Proposal about the Basis for the Pricing of the Transaction and the Description of its Fairness and Reasonableness | | | |
| 13 | **Proposal about Applying to the Shareholders'** Meeting to Authorize the Board of Directors to Handle the Matters Related to the Share Issuance for Asset Purchase | | | |
| 14 | Proposal about the Risk Prompt on the **Immediate Return Dilution of the Company's** Material Asset Reorganization and the **Company's Actions** | | | |
| 15 | Proposal about the Commitment by the **Company's** Directors and Officers on the Effective Implementation of the Actions Taken to Restore the Diluted Immediate Return in respect **of the Company's Material Asset Reorganization** | | | |
| **Principal's** signature (seal): | **Principal's ID card No.:** | | | |
| **Principal's** shareholder account: | Number of shares held by the principal: | | | |
| **Trustee's** signature | **Trustee's ID card No.:** | | | |

9

BNBMPLC0009131

| (seal): | | | | |
|---|---|---|---|---|
| Entrustment date: | Term of entrustment: until this general meeting of shareholders end | | | |

**Remarks:**

1. Choose any one in the right column "consent", "objection", "abstention" and tick it.

2. If the principal does not make a specific indication for the voting on the mattersdeliberated or has more than one authorization instructions for the same matter, it shall be deemed that the trustee has the right to vote on his/her own.

3. If this power of attorney is made by corporate shareholders, it shall be signed or sealed by the legal representative or authorized person of the legal entity, and shall be affixed with the official seal of the unit.

4.Clippings, copies or self-made one in the above format of this power of attorney are all effective.

5.The term of validity of this power of attorney: from the date when this power of attorney is signed to the end of the general meeting of shareholders.

BNBMPLC0009132