# EXHIBIT L

| Stock Abbreviation: | Stock Code: | Public Announcement No.: |
|---|---|---|
| BNBMPLC | 000786 | 2016-039 |

## Beijing New Building Materials Public Limited Company

### Public announcement on Resolutions of the 2rd Extraordinary Shareholders' Meeting in 2016

The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.

**Special Notes:**

1. No proposal is added, modified or vetoed at this Shareholders' Meeting;

2. This Shareholders' Meeting was held by means of on-the-spot voting and online voting.

**I. Holding and Attendances of the Meeting**

(I) Time of holding

(1) Holding time of on-the-spot meeting: 14:30PM, April 21, 2016 (Thursday)

(2) Time of online voting

① The time of voting via the trading system of Shenzhen Stock Exchange is 9:30-11:30AM, 13:00-15:00PM, April 21, 2016.

②The time of voting via the Internet voting system of Shenzhen Stock Exchange is any time between 15:00PM, April 20, 2016 and 15:00PM, April 21, 2016.

(II) Meeting venue: 6F Meeting Room, Building 2, Guohai Plaza, No.17 Fuxing Road, Haidian District, Beijing

(III) Way of holding: this Shareholders' Meeting was held by means of on-the-spot voting meeting and online voting. The Company provides the online voting platforms to its shareholders through the trading system and Internet voting system of Shenzhen Stock Exchange. The Company's shareholders may exercise their voting rights through the said systems within the online voting time frames.

(IV) Meeting convener: the Board of Directors of the Company

(V) Meeting presider: Mr. Wang Bing, the Board Chairman of the Company

(VI) Attendances

Attendances by shareholders and shareholders' proxies: 46 shareholders and shareholders' proxies attended this Shareholders' Meeting, representing 675,776,923 shares, which account for 47.79% of the total shares of the Company. 8 shareholders and shareholders' proxies attended the on-the-spot meeting, representing 639,772,239 shares, which account for 45.25% of the total shares of the Company; 38 shareholders voted online, representing 36,004,684 shares, which account for 2.55% of the total shares of the Company.

In addition, the certain directors, supervisors and officers of the Company, the lawyer engaged by the Company and other related persons attended this meeting or attended this meeting as non-voting delegates.

BNBMPLC0009145

**The convening and holding of this Shareholders'** Meeting conform to the requirements of the Company Law, the Stock Listing Regulations of Shenzhen Stock Exchange as well as the Articles of Association.

**II. Deliberation and Voting of the Proposals**

This meeting deliberated and adopted the following proposals through on-the-spot open voting and online voting:

(I) Deliberated and adopted the Proposal on Company Conforming to the Conditions of Purchasing the Assets through Private Offering

General voting situation: affirmative votes cover 674,135,575 shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

**(II) Deliberated and adopted the Proposal about the Company's Plan on the Present** Issuance of Shares to Purchase the Assets & Related-party Transaction

1. The overall plan on the present transaction

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

2. Plan on the share issuance for asset purchase

(1) Method of present transaction, counter party and target assets

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(2) Pricing basis, transaction price and method of payment

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative

BNBMPLC0009146

votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(3) Type and par value of shares to be issued

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(4) Method of issuance

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(5) Issuance objects and method of subscription

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(6) Pricing reference date, pricing principle and issuance price

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small

BNBMPLC0009147

shareholders present at the meeting.

(7) Number of shares to be issued

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(8) Listing venue

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(9) Lock-up period of the shares to be issued

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(10) Attribution of the profit or loss of the target assets during the appraisal reference date and closing date

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(11) Personnel placement

General voting situation: affirmative votes cover 674,119,675 shares, accounting for

BNBMPLC0009148

99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(12) Arrangement of the cumulative undistributed profit of listed company

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(13) Contractual obligations and defaulting liability in connection with the ownership transfer of related assets

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(14) Valid term of resolution

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(III) Deliberated and adopted the Proposal about the Report on Beijing New Building Materials Public Limited Company Issuing Shares for Asset Purchase & Related-party Transaction (draft) (revision) and its Summary

General voting situation: affirmative votes cover 674,135,575 shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 0 shares.

BNBMPLC0009149

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

(IV) Deliberated and adopted the Proposal about the Transaction Conforming to Article 43 of the Administrative Measures for the Material Asset Reorganizations of Listed Companies

General voting situation: affirmative votes cover 674,135,575 shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

(V) Deliberated and adopted the Proposal about the Transaction Conforming to Article 4 of the Provisions about Certain Questions on Standardizing the Material Asset Reorganizations of Listed Companies

General voting situation: affirmative votes cover 674,105,075 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,641,348 shares; abstaining from voting covers 30,500 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,039,205 shares, accounting for 95.45% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 30,500 shares, accounting for 0.08% of the shared held by the medium and small shareholders present at the meeting.

(VI) Deliberated and adopted the Proposal about the Transaction Constituting a Related-party Transaction

General voting situation: affirmative votes cover 674,135,575 shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

(VII) Deliberated and adopted the Proposal about the Signing of the Conditional Framework Agreement on Share Issuance for Asset Purchase and Related Agreements

General voting situation: affirmative votes cover 674,135,575 shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small

BNBMPLC0009150

shareholders present at the meeting; abstaining from voting covers 0 shares.

(VIII) Deliberated and adopted the Proposal about the Signing of the Conditional Supplemental Agreement on Share Issuance for Asset Purchase

General voting situation: affirmative votes cover 674,135,575 shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

(IX) Deliberated and adopted the Proposal about the Signing of the Supplemental Agreement II on Share Issuance for Asset Purchase

General voting situation: affirmative votes cover 674,105,075 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,671,848 shares; abstaining from voting covers 0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,039,205 shares, accounting for 95.45% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,671,848 shares, accounting for 4.55%of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

(X) Deliberated and adopted the Proposal about the Independence of the Appraisal Agency of the Transaction, Reasonableness of Appraisal Hypotheses, Relevancy between Appraisal Methods and Appraisal Purpose as well as Fairness of Appraised Price

General voting situation: affirmative votes cover 674,135,575 shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

(XI) Deliberated and adopted the Proposal about Approving the Audit Report and Asset Appraisal Report on the Transaction

General voting situation: affirmative votes cover 674,135,575 shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

(XII) Deliberated and adopted the Proposal about the Basis for the Pricing of the Transaction and the Description of its Fairness and Reasonableness

General voting situation: affirmative votes cover 674,123,575 shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 12,000 shares.

BNBMPLC0009151

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,057,705 shares, accounting for 95.50% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 12,000 shares, accounting for 0.03% of the shared held by the medium and small shareholders present at the meeting.

(XIII) Deliberated and adopted the Proposal about **Applying to the Shareholders'** Meeting to Authorize the Board of Directors to Handle the Matters Related to the Share Issuance for Asset Purchase

General voting situation: affirmative votes cover 674,123,575 shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 12,000 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,057,705 shares, accounting for 95.50% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 12,000 shares, accounting for 0.03% of the shared held by the medium and small shareholders present at the meeting.

(XIV) Deliberated and adopted the Proposal about the Risk Prompt on the Immediate Return D**ilution of the Company's Material Asset Reorganization and the Company's** Actions

General voting situation: affirmative votes cover 674,123,575 shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 12,000 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,057,705 shares, accounting for 95.50% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 12,000 shares, accounting for 0.03% of the shared held by the medium and small shareholders present at the meeting.

(XV) Deliberated and adopted the Proposal about the Commitment by the **Company's Directors and Officers on the Effective Implementation of the** Actions **Taken to Restore the Diluted Immediate Return in respect of the Company's Material** Asset Reorganization

General voting situation: affirmative votes cover 674,135,575 shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

### III. Legal Opinion Issued by the Lawyer

1. Name of law firm: Beijing Jiayuan Law Firm

2. Lawyers: Zhang Meina, Li Xin Jun

BNBMPLC0009152

3. **Conclusive opinion: the convening and holding procedures of this Shareholders'** Meeting conform to the requirements of related laws, regulations and the Articles of Association. The qualifications of the persons attending this meeting and the convener of this meeting were lawful and valid. The voting procedures of this meeting conform to the requirements of related laws, regulations and the Articles of Association and the voting result is lawful and valid.

**IV. Documents for Inspection**

1. Resolutions of the 2nd **extraordinary shareholders' meeting in 2016;**

2. Legal Opinion about the 2nd **extraordinary shareholders' meeting of** Beijing New Building Materials Public Limited Company in 2016 issued by Beijing Jiayuan Law Firm

Beijing New Building Materials Public Limited Company

April 21, 2016

9

BNBMPLC0009153