# EXHIBIT M

| Stock Abbreviation: | Stock Code: | Public Announcement No.: |
|---|---|---|
| BNBMPLC | 000786 | 2016-043 |

## Public Announcement of Beijing New Building Materials Public Limited Company on Receipt of CSRC Notice on Acceptance of Administrative Approval Application

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

Beijing New Building Materials Public Limited Company (hereinafter the "Company") received CSRC Notice on Acceptance of Administrative Approval Application (No.160887) issued by China Securities Regulatory Commission (hereinafter "CSRC") on April 28, 2016. CSRC has lawfully reviewed the administrative approval application submitted by the Company for Approval of Asset Acquisition by Beijing New Building Materials Public Limited Company through share issuance and held that the application materials are complete and meet the legal form, so it has decided to accept such administrative approval application.

As the asset acquisition by the Company through share issuance is still pending approval by CSRC, it is still uncertain whether this matter will be approved by CSRC. The Company will timely perform its obligation to make information disclosure of the progress of CSRC's examination and approval of this matter. Investors are advised to stay alert to investment risks.

The announcement ends here.

Board of Directors of Beijing New Building Materials Public Limited Company

April 28, 2016

BNBMPLC0009155