# EXHIBIT O

| Stock Abbreviation:<br>BNBMPLC | Stock Code:<br>000786 | Public Announcement No.:<br>2016-048 |
|---|---|---|

### Public Announcement of Beijing New Building Materials Public Limited Company on Applying for Late Submission of Reply to CSRC Notice on First Feedback on Examination of Administrative Approval Items

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

**Beijing New Building Materials Public Limited Company (hereinafter the "Company")** has received CSRC Notice on First Feedback on Examination of Administrative **Approval Items (No.160887) (hereinafter "Feedback") issued by China Securities Regulatory Commission (hereinafter "CSRC") on June 3, 2016. CSRC has lawfully** reviewed the administrative approbal application submitted by the Company for Approval of Asset Acquisition by Beijing New Building Materials Public Limited Company by Stock Issue and required the Company to make written explanation on relevant issues and submit a written reply to the competent administrative approval application acceptance department under CSRC within 30 working days.

After receiving the Feedback, the Company has actively organized relevant intermediary agencies to study and discuss relevant issues raised in the Feedback and has taken appropriate measures to solves each problem arising. This reply involves a heavy workload and some matters needs further implementation and improvement; at the same time, the valid period of the financial data in the application documents has expired; therefore, in order to improve the timeliness and completeness of information disclosure, the Company is organizing independent financial adviser and other intermediary agencies to update the financial data and relevant information involved in the application documents. For this reason, the Company expects to be unable to complete the reply to the Feedback and the disclosure work by the due date of reply (July 15, 2016).

In view of the foregoing reasons, the Company, as required by the Feedback, applies to CSRC to submit a written reply to the Feedback on the application materials for material assets reorganization within no more than 30 working days from July 15, 2016. Upon completion of the replay and update, the Company will submit a written reply to the Feedback and relevant materials to CSRC as soon as possible.

As the asset acquisition by the Company by stock issue and the related-party transaction are still pending approval by CSRC, it is still uncertain whether we can obtain the approval. The Board of Directors of the Company will timely perform its **obligation to make information disclosure based on the progress of CSRC's** examination of this matter.

Investors are advised to make decisions rationally and prudently and stay alert to investment risks.

The announcement ends here.

BNBMPLC0009186

2

Board of Directors of Beijing New Building Materials Public Limited Company

July 12, 2016

BNBMPLC0009187