# EXHIBIT P

| Stock Abbreviation: | Stock Code: | Public Announcement No.: |
|---|---|---|
| BNBMPLC | 000786 | 2016-049 |

## Public Announcement on Resolution of the 3rd Extraordinary Meeting of the 6th Board of Directors of Beijing New Building Materials Public Limited Company

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

The 3rd extraordinary meeting of the 6th Board of Secretary of Beijing New Building Materials Public Limited Company (hereinafter referred to as the "Company") was held on the morning of July 27, 2016, the meeting notice was sent by email on July 22, 2016, and votes were cast by fax for this meeting (including direct delivery and email).All the 9 directors attended the voting, and this conformed to the provisions of applicable laws and regulations and normative documents. The meeting considered and voted through the following proposals:

### I. Proposal on the Company's Acquisition of Assets by Stock Issue and Adjustments of Capital Contributors of Certain Counterparties in the Related Party Transaction Scheme

In order to promote this reorganization smoothly, subject to the consideration and approval at partners meetings respectively held by 9 partnerships on June 24, 2016, including Tai'an Changyuan Investment Center (LP), Tai'an Wanji Investment Center (LP), Tai'an Xinyi Investment Center (LP), Tai'an Haozhan Investment Center (LP), Tai'an Fanye Investment Center (LP), Tai'an Jinxiu Investment Center (LP), Tai'an Xinghe Investment Center (LP), Tai'an Hongchao Investment Center (LP) and Tai'an Shunchang Investment Center (LP), 7 natural person counterparties to this transaction, namely, Jia Tongchun, Ren Xulian, Zhang Jianchun, Cao Zhiqiang, Zhu Tenggao, Zhang Yanxiu and Wan Guangjin were respectively assigned property shares of such limited partnerships and signed Partnership Property Share Transfer Agreement.Up to now, the business change registration procedures of the foregoing 9 limited partnerships are under way. In addition, there are no other changes to the foregoing 9 limited partnerships.

Following the completion of the abovementioned changes, the total number of counterparties to this transaction after pass-through is 194, including 193 natural persons including Jia Tongchun and State-owned Assets Supervision and Administration Commission of Tai'an Municipal People's Government, meeting the relevant provision that the offering objects should not exceed 200 in principle.

Following are the partners and capital contributions of the abovementioned 9 partnerships before and after such change, including Tai'an Changyuan Investment Center (LP), Tai'an Wanji Investment Center (LP), Tai'an Xinyi Investment Center (LP), Tai'an Haozhan Investment Center (LP), Tai'an Fanye Investment Center (LP), Tai'an Jinxiu Investment Center (LP), Tai'an Xinghe Investment Center (LP), Tai'an Hongchao Investment Center (LP), and Tai'an Shunchang Investment Center (LP):

1

BNBMPLC0009232



1. Tai'an Changyuan Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Song Wei | 1.50 | Song Wei | 1.50 |
| 2 | Kong Gang | 1.20 | Kong Gang | 1.20 |
| 3 | Hou Chuandong | 1.20 | Hou Chuandong | 1.20 |
| 4 | Jing Mei | 1.20 | Jing Mei | 1.20 |
| 5 | Shang Kai | 1.20 | Shang Kai | 1.20 |
| 6 | Tan Zhongfu | 1.10 | Tan Zhongfu | 1.10 |
| 7 | Wang Zhenyong | 1.10 | Wang Zhenyong | 1.10 |
| 8 | Zhao Yuhong | 1.10 | Zhao Yuhong | 1.10 |
| 9 | Yan Limei | 1.10 | Yan Limei | 1.10 |
| 10 | Zhao Deping | 1.10 | Zhao Deping | 1.10 |
| 11 | Guo Feng | 1.10 | Guo Feng | 1.10 |
| 12 | Zhang Kexin | 1.10 | Zhang Kexin | 1.10 |
| 13 | Gao Liguo | 1.10 | Gao Liguo | 1.10 |
| 14 | Chen Dong | 1.10 | Chen Dong | 1.10 |
| 15 | Liu Anjing | 1.10 | Liu Anjing | 1.10 |
| 16 | Kong Qingguo | 1.10 | Kong Qingguo | 1.10 |
| 17 | Li Qing | 1.00 | Zhou Guangqiang | 1.00 |
| 18 | Zhou Guangqiang | 1.00 | Shi Jian | 1.00 |
| 19 | Shi Jian | 1.00 | Wang Zhenbo | 1.00 |
| 20 | Wang Zhenbo | 1.00 | Gao Xianxiao | 1.00 |
| 21 | Gao Xianxiao | 1.00 | Wang Guoshun | 1.00 |
| 22 | Wang Guoshun | 1.00 | Liu Dong | 1.00 |
| 23 | Liu Dong | 1.00 | Zhou Hongxia | 1.00 |
| 24 | Zhou Hongxia | 1.00 | Zhang Yawei | 1.00 |
| 25 | Ma Chuanwei | 1.00 | Jia Tongchun | 4.40 |
| 26 | Zhang Yawei | 1.00 | —— | —— |
| 27 | Zhang Yuancui | 0.10 | —— | —— |
| 28 | Zhang Xingfeng | 0.10 | —— | —— |
| 29 | Song Yanhui | 0.10 | —— | —— |
| 30 | Li Na | 0.10 | —— | —— |
| 31 | Wang Jiande | 0.10 | —— | —— |
| 32 | Sun Jianwei | 0.10 | —— | —— |
| 33 | Li Yunqing | 0.10 | —— | —— |
| 34 | Zhang Rongmei | 0.10 | —— | —— |
| 35 | Shi Jun | 0.10 | —— | —— |
| 36 | Gao Chuanke | 0.10 | —— | —— |
| 37 | Zhang Youfu | 0.10 | —— | —— |

BNBMPLC0009233

| 38 | Xu Fengling | 0.10 | — | — |
| 39 | Yu Wenhou | 0.10 | — | — |
| 40 | Zhao Huiming | 0.10 | — | — |
| 41 | Li Hongwei | 0.10 | — | — |
| 42 | Li Yan | 0.10 | — | — |
| 43 | Guo Yujun | 0.10 | — | — |
| 44 | Liu Chuanlin | 0.10 | — | — |
| 45 | Song Qihong | 0.10 | — | — |
| 46 | Zhou Chuanming | 0.10 | — | — |
| 47 | Yin Xunchao | 0.10 | — | — |
| 48 | Li Xia | 0.10 | — | — |
| 49 | Zhang Hongshui | 0.10 | — | — |
| 50 | Yang Zhongfu | 0.10 | — | — |
| | Total | 30.80 | — | 30.80 |

2. Tai'an Wanji Investment Center (LP)

| Serial No. | Before Change | | After Change | |
| --- | --- | --- | --- | --- |
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Yi Yingdong | 1.10 | Yi Yingdong | 1.10 |
| 2 | Han Yanfeng | 1.00 | Zi Yuli | 1.00 |
| 3 | Zi Yuli | 1.00 | Li Peitian | 1.00 |
| 4 | Mi Xiaoling | 1.00 | Xue Fazhang | 1.00 |
| 5 | Li Peitian | 1.00 | Sun Zhaoshan | 1.00 |
| 6 | Xue Fazhang | 1.00 | Zhang Chunyong | 1.00 |
| 7 | Zhang Xiangpei | 1.00 | Yu Zhenquan | 1.00 |
| 8 | Sun Zhaoshan | 1.00 | Deng Lin | 1.00 |
| 9 | Bai Jianguang | 1.00 | Yang Dongyun | 1.00 |
| 10 | Zhang Chunyong | 1.00 | Gao Xingtao | 1.00 |
| 11 | Yang Xingshan | 1.00 | Wang Huanqin | 1.00 |
| 12 | Yu Zhenquan | 1.00 | Hao Qiuju | 1.00 |
| 13 | Deng Lin | 1.00 | Liu Wanjun | 1.00 |
| 14 | Ni Shujun | 1.00 | Zhang Dongmei | 1.00 |
| 15 | Yang Dongyun | 1.00 | Li Zhen | 1.00 |
| 16 | Gao Xingtao | 1.00 | Zheng Xianyun | 1.00 |
| 17 | Wang Huanqin | 1.00 | Luo Xiangfeng | 1.00 |
| 18 | Hao Qiuju | 1.00 | Wu Chengwei | 1.00 |
| 19 | Liu Wanjun | 1.00 | Xue Chengban | 1.00 |
| 20 | Zhang Dongmei | 1.00 | Jia Tongchun | 7.70 |
| 21 | Li Zhen | 1.00 | Zhang Yanxiu | 2.70 |
| 22 | Zheng | 1.00 | Wan Guangjin | 2.70 |

3

BNBMPLC0009234

cninf
巨潮资讯
www.cninfo.com.cn
中国证监会指定的信息披露平台

|     |                  |       |     |       |
|-----|------------------|-------|-----|-------|
|     | Xianyun          |       |     |       |
| 23  | Luo Xiangfeng    | 1.00  | —   | —     |
| 24  | Wu Dianjin       | 1.00  | —   | —     |
| 25  | Wu Chengwei      | 1.00  | —   | —     |
| 26  | Xue Chengban     | 1.00  | —   | —     |
| 27  | Li Hongfeng      | 0.50  | —   | —     |
| 28  | Yu Cuixia        | 0.50  | —   | —     |
| 29  | Li Peng          | 0.50  | —   | —     |
| 30  | Sun Shanqiang    | 0.50  | —   | —     |
| 31  | Geng Jingxiang   | 0.40  | —   | —     |
| 32  | Huo Jun          | 0.40  | —   | —     |
| 33  | Wang Huiliang    | 0.40  | —   | —     |
| 34  | Li Yunquan       | 0.20  | —   | —     |
| 35  | Liu Zhaorui      | 0.20  | —   | —     |
| 36  | Liu Renliang     | 0.20  | —   | —     |
| 37  | Zhao Jingqi      | 0.20  | —   | —     |
| 38  | Zhang Min        | 0.20  | —   | —     |
| 39  | Yang Changzhong  | 0.20  | —   | —     |
| 40  | Song Hongguo     | 0.20  | —   | —     |
| 41  | Zhu Xiaorong     | 0.20  | —   | —     |
| 42  | Liu Yulan        | 0.20  | —   | —     |
| 43  | Li Qing          | 0.20  | —   | —     |
| 44  | Liu Yongwei      | 0.20  | —   | —     |
| 45  | Li Yan           | 0.20  | —   | —     |
| 46  | Li Yingming      | 0.10  | —   | —     |
| 47  | Fu Bo            | 0.10  | —   | —     |
| 48  | Zhang Zongjie    | 0.10  | —   | —     |
| 49  | Yue Maohua       | 0.10  | —   | —     |
| 50  | Fang Zhenmei     | 0.10  | —   | —     |
|     | Total            | 32.20 | —   | 32.20 |

3. Tai'an Xinyi Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Lu Baoju | 1.00 | Lu Baoju | 1.00 |
| 2 | Feng Jinhong | 2.10 | Feng Jinhong | 2.10 |
| 3 | Ren Ling | 1.00 | Ren Ling | 1.00 |

4

BNBMPLC0009235

| | | | | |
|---|---|---|---|---|
| 4 | Bai Manpo | 1.00 | Bai Manpo | 1.00 |
| 5 | Xuan Zhenjun | 1.00 | Gao Qiang | 1.00 |
| 6 | Gao Qiang | 1.00 | Li Qunling | 1.00 |
| 7 | Li Qunling | 1.00 | Jiao Fangping | 0.80 |
| 8 | Liu Ming | 0.90 | Wang Guoyong | 0.30 |
| 9 | Xu Zaijun | 0.90 | Jia Tongchun | 24.60 |
| 10 | Zhang Ping | 0.90 | —— | —— |
| 11 | Wang Guiting | 0.90 | —— | —— |
| 12 | Li Qiuzhi | 0.90 | —— | —— |
| 13 | Zhang Li | 0.90 | —— | —— |
| 14 | Wang Guoli | 0.90 | —— | —— |
| 15 | Zhou Yanhua | 0.90 | —— | —— |
| 16 | Cheng Ming | 0.90 | —— | —— |
| 17 | Wang Li | 0.90 | —— | —— |
| 18 | Liang Guangping | 0.90 | —— | —— |
| 19 | Sun Xingrong | 0.90 | —— | —— |
| 20 | Li Jin | 0.90 | —— | —— |
| 21 | Hou Baozhen | 0.90 | —— | —— |
| 22 | Yu Dong | 0.90 | —— | —— |
| 23 | Yin Chengjian | 0.90 | —— | —— |
| 24 | Jiao Fangping | 0.80 | —— | —— |
| 25 | Shao Lidong | 0.80 | —— | —— |
| 26 | Guo Juan | 0.80 | —— | —— |
| 27 | Cheng Tongyong | 0.80 | —— | —— |
| 28 | Li Laiwu | 0.30 | —— | —— |
| 29 | Li Lei | 0.30 | —— | —— |
| 30 | Ma Xiuli | 0.30 | —— | —— |
| 31 | Wang Xubo | 0.30 | —— | —— |
| 32 | Wang Guoyong | 0.30 | —— | —— |
| 33 | Song Yu | 0.30 | —— | —— |
| 34 | Chen Kai | 0.30 | —— | —— |
| 35 | Wu Chao | 0.30 | —— | —— |
| 36 | Dong Kang | 0.30 | —— | —— |
| 37 | Jin Ming | 0.30 | —— | —— |

BNBMPLC0009236

cninf
巨潮资讯
www.cninfo.com.cn
中国证监会指定信息披露网站

| 38 | Ai Guangdian | 0.20 | — | — |
|---|---|---|---|---|
| 39 | Cheng Liping | 0.20 | — | — |
| 40 | Li Aiqin | 0.20 | — | — |
| 41 | Yang Honghua | 0.30 | — | — |
| 42 | Zhu Shibao | 0.30 | — | — |
| 43 | Liu Hong | 0.30 | — | — |
| 44 | Xu Haiyan | 0.30 | — | — |
| 45 | Guo Baowei | 0.30 | — | — |
| 46 | Liu Jiming | 0.40 | — | — |
| 47 | Liu Rushun | 0.40 | — | — |
| 48 | Song Lijuan | 0.40 | — | — |
| 49 | Shang Taisheng | 0.40 | — | — |
| 50 | Mi Sihai | 0.40 | — | — |
| | Total | 32.80 | — | 32.80 |

4. Tai'an Haozhan Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Yue Zengmin | 0.90 | Yue Zengmin | 0.90 |
| 2 | Hou Dongming | 0.80 | Xiao Wen | 0.70 |
| 3 | Zhou Ying | 0.80 | Jia Tongchun | 29.50 |
| 4 | Li Xin | 0.80 | — | — |
| 5 | Chen Aibin | 0.70 | — | — |
| 6 | Wang Yong | 0.70 | — | — |
| 7 | Shao Jun | 0.70 | — | — |
| 8 | Yang Ping | 0.70 | — | — |
| 9 | Ai Xiantong | 0.70 | — | — |
| 10 | Xiao Wen | 0.70 | — | — |
| 11 | Sun Hongxia | 0.70 | — | — |
| 12 | Kong Li | 0.70 | — | — |
| 13 | Li Guomin | 0.70 | — | — |
| 14 | Han Xiaoyun | 0.60 | — | — |
| 15 | Zhang Yun | 0.60 | — | — |
| 16 | Gao Xiuyun | 0.60 | — | — |
| 17 | Wang Feng | 0.60 | — | — |
| 18 | Kong Yupeng | 0.60 | — | — |
| 19 | Li Peiyu | 0.60 | — | — |
| 20 | Qiu Guiju | 0.60 | — | — |
| 21 | Zhang Yu | 0.60 | — | — |

BNBMPLC0009237

cninfo
巨潮资讯
www.cninfo.com.cn
中国证监会指定的信息披露网站

| | | | | |
|---|---|---|---|---|
| 22 | Wang Zhongxing | 0.60 | — | — |
| 23 | Zhang Rongyong | 0.60 | — | — |
| 24 | Li Guangyuan | 0.60 | — | — |
| 25 | Zhou Changdian | 0.60 | — | — |
| 26 | Zhao Bingzhong | 0.60 | — | — |
| 27 | Zhu Yuanhua | 0.60 | — | — |
| 28 | Yang Jiyuan | 0.60 | — | — |
| 29 | Zhao Peng | 0.60 | — | — |
| 30 | Wu Chunzhu | 0.60 | — | — |
| 31 | Zhang Qun | 0.60 | — | — |
| 32 | Li Yanzhong | 0.60 | — | — |
| 33 | Yang Wenyong | 0.60 | — | — |
| 34 | Wei Qingxiang | 0.60 | — | — |
| 35 | Song Jinrong | 0.60 | — | — |
| 36 | Liu Canling | 0.60 | — | — |
| 37 | Li Faqi | 0.60 | — | — |
| 38 | Zang Chuanli | 0.60 | — | — |
| 39 | Li Zhengwen | 0.60 | — | — |
| 40 | Li Xingjian | 0.60 | — | — |
| 41 | Li Dongbao | 0.60 | — | — |
| 42 | Wang Baoyong | 0.60 | — | — |
| 43 | Tian Tian | 0.60 | — | — |
| 44 | Qi Guihua | 0.50 | — | — |
| 45 | Sun Ping | 0.50 | — | — |
| 46 | Xiao Fengling | 0.50 | — | — |
| 47 | Hou Zhiyong | 0.50 | — | — |
| 48 | Zhang Weijian | 0.50 | — | — |
| 49 | Wang Li | 0.50 | — | — |
| 50 | Li Qiang | 0.50 | — | — |
| | Total | 31.10 | — | 31.10 |

5. Tai'an Fanye Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Zong Bo | 0.90 | Zong Bo | 0.90 |
| 2 | Chen Luyang | 2.80 | Chen Luyang | 2.80 |
| 3 | Zhang Xiuqing | 2.30 | Zhang Xiuqing | 2.30 |
| 4 | Xia Jilai | 1.00 | Xia Jilai | 1.00 |
| 5 | Wang Ling | 1.00 | Wang Ling | 1.00 |
| 6 | Song Bin | 0.50 | Jia Tongchun | 22.00 |

7

BNBMPLC0009238

cninf
巨潮资讯
www.cninfo.com.cn
中国证监会指定信息披露网站

| | | | | |
|---|---|---|---|---|
| 7 | Zhang Hong | 0.50 | — | — |
| 8 | Cheng Weifeng | 0.50 | — | — |
| 9 | Ma Shouhua | 0.50 | — | — |
| 10 | Zhang Li | 0.50 | — | — |
| 11 | Zhang Jifu | 0.50 | — | — |
| 12 | Jiao Yufeng | 0.50 | — | — |
| 13 | Song Mei | 0.50 | — | — |
| 14 | Ma Guangliang | 0.50 | — | — |
| 15 | Han Xiuying | 0.50 | — | — |
| 16 | Zhang Jiyong | 0.50 | — | — |
| 17 | Cheng Tao | 0.50 | — | — |
| 18 | Zhao Xiaofen | 0.50 | — | — |
| 19 | Li Xiangrong | 0.50 | — | — |
| 20 | Hong Tao | 0.50 | — | — |
| 21 | Chen Hongxiang | 0.50 | — | — |
| 22 | Zhai Shutao | 0.50 | — | — |
| 23 | Shi Aizhen | 0.50 | — | — |
| 24 | Gao Qinli | 0.50 | — | — |
| 25 | Gao Hong | 0.50 | — | — |
| 26 | Chen Bin | 0.50 | — | — |
| 27 | Hou Yuqiang | 0.50 | — | — |
| 28 | Wang Zhiyuan | 0.50 | — | — |
| 29 | Wang Zhongzhao | 0.50 | — | — |
| 30 | Gao Haibin | 0.50 | — | — |
| 31 | Ji Shoudong | 0.50 | — | — |
| 32 | Wang Cuiping | 0.50 | — | — |
| 33 | Gao He | 0.50 | — | — |
| 34 | Tian Min | 0.50 | — | — |
| 35 | Guo Hongling | 0.50 | — | — |
| 36 | Gao Caihong | 0.50 | — | — |
| 37 | Dong Chuanhai | 0.50 | — | — |
| 38 | Yang Xuewen | 0.50 | — | — |
| 39 | Lv Wei | 0.50 | — | — |
| 40 | Zhang Jianzheng | 0.50 | — | — |
| 41 | Mi Shoutian | 0.50 | — | — |
| 42 | Li Jian | 0.50 | — | — |
| 43 | Wang Yanqing | 0.50 | — | — |
| 44 | Gao Jianwen | 0.50 | — | — |
| 45 | Gong Yanming | 0.50 | — | — |
| 46 | Hou Lijuan | 0.50 | — | — |
| 47 | Song Qizhong | 0.50 | — | — |
| 48 | Liu Houjun | 0.50 | — | — |
| 49 | Bai Xueyou | 0.50 | — | — |
| | Total | 30.00 | — | 30.00 |

BNBMPLC0009239

6. Tai'an Jinxiu Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Peng Shiliang | 0.80 | Peng Shiliang | 0.80 |
| 2 | Ai Lijie | 1.20 | Ai Lijie | 1.20 |
| 3 | Liu Yuanying | 1.20 | Liu Yuanying | 1.20 |
| 4 | Yang Shengjun | 1.20 | Yang Shengjun | 1.20 |
| 5 | Wang Zhenmao | 1.00 | Wang Zhenmao | 1.00 |
| 6 | Ji Weidong | 1.00 | Ji Weidong | 1.00 |
| 7 | Wang Yejing | 1.00 | Wang Yejing | 1.00 |
| 8 | Li Weiwei | 1.00 | Zhang Xi'an | 1.00 |
| 9 | Chen Shijun | 1.00 | Jia Tongchun | 6.20 |
| 10 | Yan Wenhong | 1.00 | Ren Xulian | 5.50 |
| 11 | Zhang Xi'an | 1.00 | Cao Zhiqiang | 4.50 |
| 12 | Zhang Zhu | 0.50 | Zhu Tenggao | 4.00 |
| 13 | Wu Fuhong | 0.50 | Zhang Jianchun | 2.00 |
| 14 | Liu Qingtai | 0.50 | —— | —— |
| 15 | Hou Yudong | 0.50 | —— | —— |
| 16 | Li Haiquan | 0.50 | —— | —— |
| 17 | Bai Chuntai | 0.50 | —— | —— |
| 18 | Fang Jixiang | 0.50 | —— | —— |
| 19 | Jia Fafu | 0.50 | —— | —— |
| 20 | Li Yong | 0.50 | —— | —— |
| 21 | Zhang Meifeng | 0.50 | —— | —— |
| 22 | Li Jun | 0.50 | —— | —— |
| 23 | Wang Guangwu | 0.50 | —— | —— |
| 24 | Li Shitao | 0.50 | —— | —— |
| 25 | Li Daoliang | 0.50 | —— | —— |
| 26 | Li Dongmei | 0.50 | —— | —— |
| 27 | Su Liying | 0.50 | —— | —— |
| 28 | Chen Yunhai | 0.50 | —— | —— |
| 29 | Hu Bin | 0.50 | —— | —— |
| 30 | Zhao Wen | 0.50 | —— | —— |
| 31 | Yan Daiqiu | 0.50 | —— | —— |
| 32 | Xie Junchao | 0.50 | —— | —— |
| 33 | Liang Guangmei | 0.50 | —— | —— |
| 34 | Li Xinmin | 0.50 | —— | —— |
| 35 | Yan Qiang | 0.50 | —— | —— |
| 36 | Li Rongsheng | 0.50 | —— | —— |
| 37 | Yan Yunli | 0.50 | —— | —— |
| 38 | Wang Xiaofeng | 0.50 | —— | —— |
| 39 | Wang Peng | 0.50 | —— | —— |

BNBMPLC0009240

| | | | | |
|---|---|---|---|---|
| 40 | Yang Xiaoyan | 0.50 | —— | —— |
| 41 | Wu Feng | 0.50 | —— | —— |
| 42 | Zhang Wei | 0.50 | —— | —— |
| 43 | Wu Lei | 0.50 | —— | —— |
| 44 | Li Xiuping | 0.50 | —— | —— |
| 45 | Zhang Limei | 0.50 | —— | —— |
| 46 | Shi Wei | 0.50 | —— | —— |
| 47 | Xu Huanyun | 0.50 | —— | —— |
| 48 | Wang Juan | 0.40 | —— | —— |
| 49 | Li Yijun | 0.40 | —— | —— |
| 50 | Wang Fang | 0.40 | —— | —— |
| | Total | 30.60 | —— | 30.60 |

7. Tai'an Xinghe Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Zhu Cui'ai | 0.80 | Zhu Cui'ai | 0.80 |
| 2 | Li Yunzhong | 2.00 | Li Yunzhong | 2.00 |
| 3 | Meng Xianzhen | 1.00 | Jia Guangjiao | 1.00 |
| 4 | Jia Guangjiao | 1.00 | Gao Yanqiu | 1.00 |
| 5 | Gao Yanqiu | 1.00 | Wang Duncheng | 1.00 |
| 6 | Wang Baozhen | 1.00 | Zhou Chengmei | 1.00 |
| 7 | Jiang Xiangdi | 1.00 | Yu Xiaohua | 1.00 |
| 8 | Wang Duncheng | 1.00 | Li Jing | 1.00 |
| 9 | Wei Xia | 1.00 | Sun Yong'an | 1.00 |
| 10 | Wang Yong | 1.00 | Zhao Bingsheng | 1.00 |
| 11 | Xue Qin | 1.00 | Jia Tongchun | 19.70 |
| 12 | Zhou Chengmei | 1.00 | —— | —— |
| 13 | Yu Xiaohua | 1.00 | —— | —— |
| 14 | Cheng Na | 1.00 | —— | —— |
| 15 | Li Jing | 1.00 | —— | —— |
| 16 | Ren Honglei | 1.00 | —— | —— |
| 17 | Sun Yong'an | 1.00 | —— | —— |
| 18 | Dang Zhaofang | 1.00 | —— | —— |
| 19 | Zhao Bingsheng | 1.00 | —— | —— |
| 20 | Liu Jing | 0.40 | —— | —— |
| 21 | Wang Qingyang | 0.40 | —— | —— |
| 22 | Wu Guoliang | 0.40 | —— | —— |
| 23 | Zheng Xianqun | 0.40 | —— | —— |
| 24 | Fang Lixin | 0.40 | —— | —— |
| 25 | He Jinxiang | 0.40 | —— | —— |

10

| | | | | | |
|---|---|---|---|---|---|
| 26 | Li Na | 0.40 | — | | — |
| 27 | Zhang Yang | 0.40 | — | | — |
| 28 | Sun Qiyou | 0.40 | — | | — |
| 29 | Li Yu'an | 0.40 | — | | — |
| 30 | Chen Aiguo | 0.40 | — | | — |
| 31 | Qiao Yutian | 0.40 | — | | — |
| 32 | Zhang Lili | 0.40 | — | | — |
| 33 | Bi Chanjuan | 0.40 | — | | — |
| 34 | Pei Dunhe | 0.30 | — | | — |
| 35 | Li Kaibao | 0.30 | — | | — |
| 36 | Zhang Yong | 0.30 | — | | — |
| 37 | Cao Guangshun | 0.30 | — | | — |
| 38 | Li Wenguang | 0.30 | — | | — |
| 39 | Yang Mingdong | 0.30 | — | | — |
| 40 | Liu Zhen | 0.30 | — | | — |
| 41 | Chen Yuxue | 0.30 | — | | — |
| 42 | Wu Maolin | 0.30 | — | | — |
| 43 | Zhao Liyuan | 0.30 | — | | — |
| 44 | Cao Minli | 0.30 | — | | — |
| 45 | Pei Hui | 0.30 | — | | — |
| 46 | Wang Guiwei | 0.30 | — | | — |
| 47 | Sun Dong | 0.30 | — | | — |
| 48 | Xie Fuyong | 0.30 | — | | — |
| 49 | Pei Yanbo | 0.30 | — | | — |
| 50 | Zheng Yingchun | 0.30 | — | | — |
| | Total | 30.50 | — | | 30.50 |

8. Tai'an Hongchao Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Yang Pufeng | 0.50 | Yang Pufeng | 0.50 |
| 2 | Zhou Chuanxiang | 3.80 | Zhou Chuanxiang | 3.80 |
| 3 | Wu Xiuzhen | 3.50 | Wu Xiuzhen | 3.50 |
| 4 | Li Guifeng | 1.80 | Li Guifeng | 1.80 |
| 5 | Zhu Mingju | 1.70 | Zhu Mingju | 1.70 |
| 6 | Liu Xuequan | 1.70 | Liu Xuequan | 1.70 |
| 7 | Peng Ling | 1.00 | Peng Ling | 1.00 |
| 8 | Ren Chongjun | 1.00 | Ren Chongjun | 1.00 |
| 9 | Zhu Fangxia | 1.00 | Zhu Fangxia | 1.00 |
| 10 | Chen Ronghui | 1.00 | Chen Ronghui | 1.00 |
| 11 | Zhen Xianliang | 1.00 | Dong Zejian | 1.00 |
| 12 | Dong Zejian | 1.00 | Xue Fadong | 1.00 |

11

BNBMPLC0009242



| | | | | |
|---|---|---|---|---|
| 13 | Zhang Fusheng | 1.00 | Hou Lihang | 1.00 |
| 14 | Xue Fadong | 1.00 | Wang Shuju | 1.00 |
| 15 | Hou Lihang | 1.00 | Deng Qingzheng | 1.00 |
| 16 | Wang Shuju | 1.00 | Liu Xuewei | 1.00 |
| 17 | Wang Guiping | 1.00 | Jia Tongchun | 8.70 |
| 18 | Wang Haiyan | 1.00 | —— | —— |
| 19 | Deng Qingzheng | 1.00 | —— | —— |
| 20 | Liu Xuewei | 1.00 | —— | —— |
| 21 | Zheng Yunying | 1.00 | —— | —— |
| 22 | Jiao Wenbo | 0.50 | —— | —— |
| 23 | Zhou Xin | 0.20 | —— | —— |
| 24 | Zhang Yuanbin | 0.20 | —— | —— |
| 25 | Gao Jiayong | 0.20 | —— | —— |
| 26 | Hou Jianhua | 0.20 | —— | —— |
| 27 | Yang Li | 0.20 | —— | —— |
| 28 | Pei Feiyan | 0.20 | —— | —— |
| 29 | Yang Guangli | 0.20 | —— | —— |
| 30 | Wang Lijuan | 0.20 | —— | —— |
| 31 | Sun Zhaoqin | 0.20 | —— | —— |
| 32 | Yu Hua | 0.20 | —— | —— |
| 33 | Jiang Bo | 0.20 | —— | —— |
| 34 | Yan Haixia | 0.20 | —— | —— |
| 35 | Fang Jibing | 0.20 | —— | —— |
| 36 | Li Hongqiu | 0.20 | —— | —— |
| 37 | Yang Fulai | 0.20 | —— | —— |
| 38 | Wang Hong | 0.20 | —— | —— |
| | Total | 31.70 | —— | 31.70 |

9. Tai'an Shunchang Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Pei Qingyong | 0.50 | Pei Qingyong | 0.50 |
| 2 | Zhang Min | 1.80 | Zhang Min | 1.80 |
| 3 | Li Lihong | 1.80 | Li Lihong | 1.80 |
| 4 | Song Weidong | 1.60 | Song Weidong | 1.60 |
| 5 | Wu Naigang | 1.50 | Wu Naigang | 1.50 |
| 6 | Liu Xiumin | 1.50 | Liu Xiumin | 1.50 |
| 7 | Liu Wei | 1.50 | Liu Wei | 1.50 |
| 8 | Liu Na | 1.50 | Liu Na | 1.50 |
| 9 | Chen Zhongjian | 1.50 | Chen Zhongjian | 1.50 |
| 10 | Gao Xia | 1.40 | Gao Xia | 1.40 |
| 11 | Pei Junrong | 1.40 | Pei Junrong | 1.40 |
| 12 | Liu Saren | 1.40 | Liu Saren | 1.40 |

12

BNBMPLC0009243



| | | | | |
|---|---|---|---|---|
| 13 | Li Meng | 1.40 | Li Meng | 1.40 |
| 14 | Wu Wei | 1.30 | Wu Wei | 1.30 |
| 15 | Yang Dechang | 1.30 | Yang Dechang | 1.30 |
| 16 | Huang Yuhong | 1.30 | Huang Yuhong | 1.30 |
| 17 | Wang Gang | 1.20 | Wang Gang | 1.20 |
| 18 | Liu Qingjun | 1.00 | Liu Qingjun | 1.00 |
| 19 | Song Qiyou | 1.00 | Song Qiyou | 1.00 |
| 20 | Hou Yanyu | 1.00 | Hou Yanyu | 1.00 |
| 21 | Fu Wei | 0.40 | Jia Tongchun | 3.40 |
| 22 | Liu Qingbo | 0.40 | —— | —— |
| 23 | Wang Shuguang | 0.20 | —— | —— |
| 24 | Chen Lei | 0.20 | —— | —— |
| 25 | Liu Xiaohuan | 0.20 | —— | —— |
| 26 | Yang Zisheng | 0.20 | —— | —— |
| 27 | Zhou Aimin | 0.20 | —— | —— |
| 28 | Zhou Ming | 0.20 | —— | —— |
| 29 | Zhang Jifa | 0.20 | —— | —— |
| 30 | Li Gongwei | 0.20 | —— | —— |
| 31 | Su Wuxing | 0.20 | —— | —— |
| 32 | Bai Zonghua | 0.20 | —— | —— |
| 33 | Cai Wei | 0.20 | —— | —— |
| 34 | Ren Zhengying | 0.20 | —— | —— |
| 35 | Hu Cuixia | 0.20 | —— | —— |
| | Total | 30.30 | —— | 30.30 |

On July 22, 2016, among the counterparties to this transaction, 35 natural persons including Jia Tongchun and 10 limited partnerships, namely, Tai'an Heda Investment Center (LP), Tai'an Changyuan Investment Center (LP), Tai'an Wanji Investment Center (LP), Tai'an Xinyi Investment Center (LP), Tai'an Haozhan Investment Center (LP), Tai'an Fanye Investment Center (LP), Tai'an Jinxiu Investment Center (LP), Tai'an Xinghe Investment Center (LP), Tai'an Hongchao Investment Center (LP), and Tai'an Shunchang Investment Center (LP) signed an Acting-in-Concert Agreement, agreeing that they will act in concert at the shareholders meeting of the Company following the consummation of this transaction.

Except for the foregoing adjustments, other aspects of this transaction scheme will remain unchanged.

The foregoing adjustments are adjustments of property shares of limited partners within some limited partnerships as counterparties, and the new limited partners are counterparties to this Transaction, so the number of counterparties does not increase; the foregoing adjustments do not involve changes to the counterparties, object and price of this transaction, nor do such adjustments constitute significant adjustments to the transaction scheme.

This proposal remains to be considered and deliberated at the shareholders meeting.

This proposal has been adopted with 9 concurring votes, 0 dissenting vote and 0 abstention vote.

13

BNBMPLC0009244



## II. Proposal on Holding the 3rd Extraordinary General Meeting in 2016

The board meeting approved the holding of the 3rd extraordinary general meeting in 2016, with the detailed matters listed below:

1. Meeting number: the 3rd extraordinary meeting in 2016

2. Meeting convener: Board of Directors

3. Date and time of on-site meeting: 14:30 on August 12, 2016

4. Place of on-site meeting: Meeting Room on 6/F, Building 2#, Guohai Square, 17 Fuxing Road, Haidian District, Beijing

5. Attendees:

(1) All the shareholders of the Company registered with CSDC Shenzhen Branch by the closing time on the afternoon of August 5, 2016;

(2) Directors, supervisors and senior executives of the Company;

(3) Lawyers retained by the Company.

6. Voting methods of the meeting: on-site open vote combined with online voting

7. Matters to be considered at the meeting: Proposal on the Company's Acquisition of Assets by Stock Issue and Adjustments of Capital Contributors of Certain Counterparties in the Related Party Transaction Scheme

For details about other matters related to the general meeting, please refer to the Notice on Holding the 3rd Extraordinary General Meeting in 2016 published on Securities Daily, Securities Times, Shanghai Securities Journal, China Securities Journal and CNINFO (http://www.cninfo.com.cn).

This proposal has been adopted with 9 concurring votes, 0 dissenting vote and 0 abstention vote.

The announcement are here published.

Board of Directors of<br>
Beijing New Building Materials Public Limited Company<br>
July 27, 2016

BNBMPLC0009245

