# EXHIBIT Q

Stock abbreviation:      Stock code:      Listing Venue:
BNBMPLC      000786      Shenzhen Stock Exchange

# BNBM 北新建材

## Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction (draft) (Revised Version)

| Counterparties | | | | | |
|---|---|---|---|---|---|
| Tai'an Guotai Min'an Investment Group Co., Ltd. | | | | | |
| Tai'an Heda Investment Center (LP) | | Tai'an Changyuan Investment Center (LP) | | | |
| Tai'an Xinyi Investment Center (LP) | | Tai'an Jinxiu Investment Center (LP) | | | |
| Tai'an Wanji Investment Center (LP) | | Tai'an Xinghe Investment Center (LP) | | | |
| Tai'an Hongchao Investment Center (LP) | | Tai'an Shunchang Investment Center (LP) | | | |
| Tai'an Haozhan Investment Center (LP) | | Tai'an Fanye Investment Center (LP) | | | |
| Jia Tongchun | Ren Xulian | Xue Yuli | Cao Zhiqiang | Zhu Tenggao | Lv Wenyang |
| Zhang Yanxiu | Wan Guangjin | Ren Xue | Mi Weimin | Zhang Jianchun | Zhu Jinghua |
| Li Zuoyi | Yang Zhengbo | Qian Kai | Fu Tinghuan | Meng Zhaoyuan | Qin Qingwen |
| Hao Kuiyan | Duan Zhentao | Meng Fanrong | Bi Zhong | Kang Zhiguo | Wang Lifeng |
| Yue Rongliang | Huang Rongquan | Yuan Chuanqiu | Xu Fuyin | Zhang Guang Miao | Xu Guogang |
| Chen Xinyang | Li Xiuhua | Liu Mei | Zhang Jijun | Fang Donghua | |

## Independent Financial Advisor

摩根士丹利华鑫证券
MORGAN STANLEY HUAXIN SECURITIES

July 2016


cninf
巨潮资讯
www.cninfo.com.cn
中国证监会指定信息披露媒体

BNBMPLC0009673

# Table of Contents

**Table of Contents** .................................................................................................2

**Definitions** .............................................................................................................6

**Statements** ..........................................................................................................12
    I. Statement by the Company .............................................................................12
    II. Statement by the Counterparties ...................................................................12
    III. Statement by Securities Service Agency ......................................................13

**Tips on Major Issues** ..........................................................................................14
    I. Overview of transaction plan .........................................................................14
    II. Appraisal and Consideration of the Target Assets in this Transaction..........14
    III. Price, number and lock-up period of shares issued.....................................15
    IV. This Transaction constitutes major asset restructuring ...............................17
    V. This Transaction constitutes no back door listing.........................................17
    VI. This Transaction constitutes a related-party transaction .............................18
    VII. Decision-making and approval procedures for this Transaction..................20
    IX. Important undertakings of the parties related to this Transaction................21
    X. Arrangement for protecting legitimate interests of investors .......................30
    XI. Reminder on information disclosure .............................................................32

**Potential Major Risks**..........................................................................................33
    I. Risk of possibly cancelling or terminating this Transaction............................33
    II. Approval risks of this Transaction .................................................................33
    III. Restructuring & integration risks ..................................................................33
    IV. Industry & business risks.............................................................................34
    V. Downside risks of performance of Target Company ....................................35
    VI. Litigation risks ............................................................................................35
    VII. Risks of failing to promise performance for this Transaction......................35
    VIII. Risks of increasing appraised value of the Target Assets.........................36

**Chapter 1 Background and Purpose of This Transaction**.................................37
    I. Background of this Transaction ......................................................................37
    II. Purpose of this Transaction ..........................................................................37

**Chapter 2 Overview of this Transaction** .............................................................39
    I. Specific plan for this Transaction....................................................................39
    II. Decision-making and approval procedures for this Transaction ...................46
    III. Impact of this restructuring on the Listed Company.....................................47

**Chapter 3 Basic Information about Listed Company** .........................................49
    I. Basic information about Listed Company ........................................................49
    II. Development history and changes in share capital ........................................50
    III. Changes in controlling stake and major assets restructuring over the past 3
        years .........................................................................................................52
    IV. Controlling shareholder & actual controller...................................................52
    V. Overview of principal business.......................................................................54
    VI. Major subsidiaries of the Company ..............................................................55
    VII. Key financials of the listed company over the past 3 years.........................60
    VIII. Administrative penalties, significant litigations and arbitrations of company
        and its management ..................................................................................60

**Chapter 4 Basic Information about the Counterparties**.....................................64

BNBMPLC0009674

I. General information about Counterparties.....................................................64

II. Detailed information about the Counterparties ..............................................65

III. Setting of Counterparties does not violate relevant provisions of Article 3 of Revised Summary of FAQs of Listed Company Regulation Laws & Regulations ..............................................................................148

IV. Notes to associated relationship between Counterparties & listed company ...........................................................................................149

V. Recommendation of directors, supervisors and senior management to listed company by Counterparties.....................................................149

VI. Notes to administrative penalties, criminal punishments imposed or major civil litigations or arbitrations in relation to economic disputes involving Counterparties and their key management over the past 5 years ............150

VII. Notes to integrity of Counterparties & their key management over the past 5 years ................................................................................150

**Chapter 5 Overview of the Target Assets of the Transaction ..........................151**

I. Taishan Profile..............................................................................151

II. History of Taishan........................................................................151

III. Regulation of Shareholdings by Taishan Employees ..................................159

IV. Appraisal or Valuation Related to Equity Transactions, Capital Increases or Restructuring Carried out by Taishan Over the Last Three Years............167

V. Shareholding Structure and Control Relationship of Taishan......................168

VI. Organizational structure & personnel structure of Taishan.........................174

VII. Major accounting data and financial indicators of Taishan ........................175

VIII. Primary assets, external guarantees and major liabilities of Taishan.......177

IX. Development of Principal business of Taishan over the Past 3 Years .......240

X. Accounting policies and related accounting treatments in the reporting period ...........................................................................................252

XI. Notes to Taishan's acquisition and sale of major assets, pending litigations, non-operational fundoccupancy and guarantees for related parties, etc..255

XII. Project initiation, environmental protection, industry access, land use, planning, construction permit and other matters to be submitted for approval.......................................................................................255

XIII. Transfer of creditor's rights and liabilities .................................................255

**Chapter 6 Issuance of Shares..................................................................257**

I. Particulars of this issuance of shares ............................................................257

II. Change in main financial indicators before and after the Issue ...................263

III. Change in equity structure before and after the Issue ................................264

**Chapter 7 Appraisal of the Target Assets........................................................265**

I. Appraisal of Taishan.....................................................................265

II. Pricing basis of this Transaction and analysis on reasonableness of pricing ...........................................................................................294

III. Opinions issued by the Board of Directors on the independence of appraisal (including appraisal) institution, reasonableness of appraisal assumptions, relevancy of appraisal approach to appraisal purpose and fairness of appraised value ........................................................................298

IV. Opinions issued by independent directors on the independence of appraisal (including appraisal) institution, reasonableness of appraisal assumptions, relevancy of appraisal approach to appraisal purpose and fairness of appraised value ........................................................................299

**Chapter 8 Major Contracts Related to this Transaction ...................................301**

BNBMPLC0009675

I. Framework Agreement ...................................................................301
II. Supplementary Agreement ...........................................................303
III. Supplementary Agreement II .......................................................306

**Chapter 9 Compliance Analysis for the Transaction .......................308**
I. The transaction complies with the provisions of Article 11 of the Measures for
   the Administration of Restructuring of Material Assets of Listed Companies
   ......................................................................................................308
II. The transaction complies with the provisions of Article 43 of the Measures for
   the Administration of Restructuring of Material Assets of Listed Companies
   ......................................................................................................312
III. None of the circumstances where a listed company is not allowed to make a
   non-public offering of its shares as specified in Article 39 of the Measures
   for the Administration of Issuance of Securities by Listed Companies apply
   to the Company ...........................................................................315
IV. Opinion of the Independent Financial Adviser and the Legal Adviser .......315

**Chapter 10 Discussion and Analysis of the Management................317**
I Analysis on financial status and operating results of the listed company prior to
   this Transaction ...........................................................................317
II. Characteristics and operation of the industry in relation to the Target Assets
   ......................................................................................................320
III. Core competitiveness of the Target Assets .................................326
IV. Analysis on financial status and profitability of the Target Assets .............328
V. Analysis on impacts on the listed company from this Transaction .............341
VI. Analysis on impacts on future prospects of the listed company from this
   Transaction...................................................................................343

**Chapter 11 Financial Accounting Information ...................................347**
I. Consolidated financial statements of the Target Company for the most recent
   three years ...................................................................................347
II. Pro forma financial statements of BNBMPLC for the most recent two years
   ......................................................................................................350

**Chapter 12 Horizontal Competition and Related-Party Transaction ..............353**
I. Impacts on horizontal competition from this Transaction...............................353
II. Impacts on related transactions from this Transaction .................................353

**Chapter 13 Potential Risks................................................................354**
I. Risks of possibly canceling or terminating this Transaction..........................354
III. Restructuring & integration risks..................................................354
IV. Industry & business risks.............................................................354
V. Downside risks of performance of Target Assets ........................................356
VI. Litigation risk ...............................................................................356
VII. Risks of failing to promise performance for this Transaction ....................356
VIII. Risks of increasing appraised value of the Target Assets ........................356

**Chapter 14 Other Important Issues ...................................................358**
I. Will the Company's funds and capitals be occupied by actual controller or
   other related party and will the Company provide a guarantee for actual
   controller or other related party upon completion of this Transaction .......358
II. Impacts of this Transaction on liability structure of the listed company .......358
III. Major assets transactions of the Company over the past 12 months .........358
IV. Impacts of this Transaction on governing mechanism of the listed company
   ......................................................................................................358

BNBMPLC0009676

V. The Company's profit distribution policy & corresponding arrangement .....359
VI. Verification of stock sales & purchase........................................................361
VII. Notes on abnormal fluctuation of stock price before the Company's stock suspension ................................................................................................364
VIII. Relevant entities and securities service institutions of this transaction were not involved in any circumstance excluding them from participation in material asset reorganization of any listed company subject to Article 13 of "Interim Provisions on Strengthening the Supervision of Abnormal Stock Transactions related to the Material Asset Reorganization of Listed Companies" .................................................................................................365
IX. Arrangements for protecting the rights and interests of minority investors .365
X. Opinions of independent directors and agencies ........................................367

**Chapter 15 Agencies and Responsible Staffs..................................................371**
I. Independent financial advisor .......................................................................371
II. Legal counsel ..............................................................................................371
III. Audit institution ..........................................................................................371
IV. Asset appraisal institution...........................................................................371

**Chapter 16 Documents and Venues for Reference...........................................373**
I. Documents for reference ..............................................................................373
II. Venues for reference ...................................................................................373

**Chapter 17 Statements of the Company and Parties Concerned ...................374**
Statement of all the supervisors of BNBMPLC ................................................376
Statement of all the senior executives of BNBMPLC.......................................377
Statement of the Target Company...................................................................378
Statement of the Counterparties......................................................................379
Statement of the Counterparties......................................................................380
Statement of the Counterparties......................................................................382
Statement of Independent Financial Advisor ...................................................383
Statement of Legal Counsel ............................................................................384
Statement Of Audit Agency .............................................................................385
Statement of Asset Appraisal Agency .............................................................386

BNBMPLC0009677

# Definitions

For the purpose of this Report, unless the context otherwise requires, the following terms shall have the meanings as ascribed to them below:

| ABBREVIATIONS | | |
|---|---|---|
| BNBMPLC, the Company, Company, Listed Company | means | Beijing New Building Materials Public Limited Company |
| Controlling Shareholder, CNBMPLC | means | China National Building Material Company Limited |
| Actual Controller, CNBM Group | means | China National Building Materials Group Corporation |
| Taishan, Target Company | means | Taishan Gypsum Co., Ltd., controlled subsidiary whose 65% equity is held by Company |
| Subject of Transaction, Target Assets | means | 35% equity of Taishan |
| Counterparties | means | 10 limited partnerships including Tai'an Guotai Min'an Investment Group Co., Ltd. and Tai'an Heda Investment Center (LP) as well as 35 natural persons including Jia Tongchun, which altogether holds 35% equity of Taishan |
| Guotai Min'an Investment | means | Tai'an Guotai Min'an Investment Group Co., Ltd., a shareholder of Taishan |
| Heda Investment | means | Tai'an Heda Investment Center (LP), a shareholder of Taishan |
| 10 limited partnerships including Heda Investment | means | Heda Investment, Tai'an Xinyi Investment Center (LP), Tai'an Wanji Investment Center (LP), Tai'an Hongchao Investment Center (LP), Tai'an Haozhan Investment Center (LP), Tai'an Changyuan Investment Center (LP), Tai'an Jinxiu Investment Center (LP), Tai'an Xinghe Investment Center (LP), Tai'an Shunchang Investment Center (LP) and Tai'an Fanye Investment Center (LP), totaling 10 limited partnerships, all being shareholders of Taishan |
| 35 natural persons including Jia Tongchun | means | Jia Tongchun and Ren Xulian, Xue Yuli, Cao Zhiqiang, Zhu Tenggao, Lu Wenyang, Zhang Yanxiu, Wan Guangjin, Ren Xue, Mi Weimin, Zhang Jianchun, Zhu Jinghua, Li Zuoyi, Yang Zhengbo, Qian Kai, Fu Tinghuan, Meng Zhaoyuan, Qin Qingwen, Hao Kuiyan, Duan Zhentao, Meng Fanrong, Bi Zhong, Kang Zhiguo, Wang Lifeng, Yue Rongliang, Huang Rongquan, Yuan Chuanqiu, Xu Fuyin, Zhang Guangmiao, Xu Guogang, Chen Xinyang, Li Xiuhua, Liu Mei, Zhang Jijun, Fang Donghua, totaling 35 natural persons, all being shareholders of Taishan |
| This Issue, this Transaction, this Restructuring, this Major Asset Restructuring | means | BNBMPLC's plan to acquire the 35% equity of Taishan held by Taishan's minority shareholders through share issue |
| Restructuring Report, this Report | means | Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related Party Transaction (Draft) (revised version) |

BNBMPLC0009678

| | | |
|---|---|---|
| Framework Agreement | means | Framework Agreement on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares |
| Supplemental Agreement | means | Supplemental Agreement on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares |
| Supplemental Agreement II | means | Supplemental Agreement on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares |
| Appraisal Reports | mean | Asset Appraisal Reports on Beijing New Building Materials Public Limited Company Acquiring the Certain Equity of Taishan Gypsum Co., Ltd. (ZhongHePingBaoZi (2015) No.BJV2028 and ZhongHePingBaoZi (2016) No.BJV2025) issued by Zhonghe Appraiser. |
| Auditor's Reports | mean | Auditor's Reports on Taishan Gypsum Co., Ltd.(TianZhiYeZi (2015) No.11147 and TianZhiYeZi (2016) No.9523-1) issued by Baker Tilly CPA. |
| Audit Reference Date | means | December 31, 2015 |
| Appraisal Reference Date | means | April 30, 2015 |
| Pricing Reference Date | means | announcement date of the resolutions of the eleventh extraordinary meeting of the fifth Board of Directors of BNBMPLC |
| Most Recent Three Years, Reporting Periods | means | 2013, 2014 and 2015 |
| End of Reporting Period | means | Dec. 31, 2013, Dec. 31, 2014 and Dec. 31, 2015 |
| Most Recent  Two Years | means | 2014 and 2015 |
| Most Recent Year | means | 2015 |
| Saint-Gobain | means | Saint-Gobain Group and its subsidiaries |
| Boral | means | Lafarge Boral Gypsum Asia and its subsidiaries |
| Knauf | means | Knauf Group and its subsidiaries |
| CSRC | means | China Securities Regulatory Commission |
| MOF | means | Ministry of Finance of the People's Republic of China |
| MOHURD | means | Ministry of Housing and Urban-Rural Development of the People's Republic of China |
| MIIT | means | Ministry of Industry and Information Technology of the People's Republic of China |
| MOEP | means | Ministry of Environmental Protection of the People's Republic of China |
| NDRC | means | National Development and Reform Commission of the People's Republic of China |
| Shareholders' Meeting | means | Shareholders' Meeting of Beijing New Building Materials Public Limited Company |
| Board of Directors | means | Board of Directors of Beijing New Building Materials Public Limited Company |
| SZSE | means | Shenzhen Stock Exchange |
| Independent financial advisor, Morgan Stanley Huaxin Securities | means | Morgan Stanley Huaxin Securities Co., Ltd. |
| Counsel, Grandfield | means | Beijing Grandfield Law Offices |
| Baker Tilly CPA | means | Baker Tilly China Certified Public Accountants (Special General Partnership) |
| Zhonghe Appraiser | means | Zhonghe Asset Appraisal Co., Ltd. |
| Company Law | means | Company Law of the People's Republic of China (2013  Revision) |
| Securities Law | means | Securities Law of the People's Republic of China (2014  Revision) |
| Administrative Measures | means | Administrative Measures for the Issuance of Securities by Listed Companies (2008 Revision) |

BNBMPLC0009679

| Restructuring Measures | means | Measures for the Material Asset Restructurings of Listed Companies (2014 Revision) |
|---|---|---|
| Listing Rules | means | Rules Governing the Listing of Shares on Shenzhen Stock Exchange (2014 Revision) |
| Articles of Association | means | Articles of Association of Beijing New Building Materials Public Limited Company |
| Articles of Association of Taishan | means | Articles of Association of Taishan Gypsum Co., Ltd. |
| RMB | means | RMB yuan |

**TERMS**

| Gypsum | means | A monoclinic mineral whose main chemical composition is calcium sulfate (CaSO4) |
|---|---|---|
| Gypsum board | means | A material made using building gypsum as main material. It is a lightweight building material with high strength, low thickness, high process ability and good sound insulation, thermal insulation and fire resistance and is one of new, lightweight panels under prioritized development nowadays |
| Covering paper | means | Paperboard covered on both sides of gypsum core and firmly joined to gypsum core during production of gypsum board to increase the strength and toughness of gypsum board and facilitate construction |
| New building materials | means | New types of building materials that differ from traditional building materials like brick, tile, mortar, gravel and stone and have excellent properties including light weight, high strength, thermal insulation, energy saving, soil saving and decoration. The use of new building materials may greatly improve house functions, reduce structure weight, set the stage for popularization of lightweight building structures, push forward the modernization of building construction technology, and significantly accelerate house construction |
| Industrial by-product gypsum | means | A by-product or waste slag that is generated due to chemical reaction during industrial production and whose main chemical composition is calcium sulfate, also known as chemical gypsum or industrial waste gypsum. It mainly includes desulfurization gypsum, etc. |
| Green building | means | Any building that maximizes the saving of resources (energy, land, water, material), protects the environment, reduces pollution, provides people with healthy, applicable and efficient service space and exists in harmony with the nature within its lifecycle |

For the purpose of this Report, any minor difference between any aggregate number and the grand sum of all relevant sub-entry values is attributable to rounding treatment.

BNBMPLC0009680

# Revision Notes

Our company has submitted to your committee the *Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction* (Draft) (Revised Version) on April 22, 2016. As of the day of execution of this Report, Zhonghe Appraisers have performed supplementary appraisal, and Tianzhi Accountants have carried out supplementary auditing, of the target company, and BNBMPLC has completed the 2015 profit distribution on May 13, 2016. Now, the Company makes amendments and supplemental disclosures to the Restructuring Report according to China Securities Regulatory Commission's requirements. The main amendments are as follows:

1. The Company further discloses the contents about 2015 profit distribution and the price and quantity of shares issued in this Transaction and the number of shares locked up by the counterparties in "Tips on Major Issues", "Chapter 2 Overview of This Transaction - I. Specific plan for this Transaction", "Chapter 6 Issuance of Shares - I. Particulars of this issuance of shares", "Chapter 7 Appraisal of the Target Assets - II. Pricing basis of this Transaction and analysis on reasonableness of pricing", and "Chapter 9 Compliance Analysis for the Transaction - I. The transaction complies with the provisions of Article 11 of the Measures for the Administration of Restructuring of Material Assets of Listed Companies" of this Report;

2. The Company updates and discloses the contents about the total capital and equity structure of BNBMPLC and the shareholding ratios of controlling shareholder CNBMPLC and social public shareholders after closing of this transaction in "Tips on Major Issues", "Chapter 2 Overview of This Transaction - III. Impact of this restructuring on the Listed Company - (2) Impact on the shareholding structure of the Listed Company", "Chapter 6 Issuance of Shares - I. Particulars of this issuance of shares and III. Change in equity structure before and after the Issue", and "Chapter 9 Compliance Analysis for the Transaction - I. The transaction complies with the provisions of Article 11 of the Measures for the Administration of Restructuring of Material Assets of Listed Companies" of this Report;

3. The Company updates and discloses the contents about the audited pro forma earnings per share of BNBMPLC in "Tips on Major Issues", "Chapter 10 Discussion and Analysis of the Management" - V. Analysis on impacts on the listed company from the proposed transaction", and "Chapter 14 Other Important Issues - IX. Arrangements for protecting the rights and interests of minority investors" of this Report;

4. The Company updates and discloses the contents about the registered address of BNBMPLC in "Chapter 3 Basic Information about Listed Company - I. Basic information about Listed Company" of this Report;

5. The Company updates and discloses the contents about the progress of gypsum board proceeding in the U.S. in "Chapter 3 Basic Information about Listed Company - VIII. Administrative penalties, significant litigations and arbitrations of company and its management" of this Report;

6. The Company updates and discloses the contents about the information about subsidiaries immediately subordinate to Tai'an Guotai Min'an Investment Group Co., Ltd. and the domiciles of Jia Tongchun's related party Shandong Taihe Building Materials Co.,

BNBMPLC0009681



Ltd. in "Chapter 4 Basic Information about Counterparties - II. Detailed information about the Counterparties" of this Report;

7. The Company updates and discloses the contents about the main financial data of the Subsidiaries of Taishan Gypsum for the recent one year in "Chapter 5 Overview of the Target Assets of the Transaction - V. Shareholding Structure and Control Relationship of Taishan Gypsum" -

(III) Information on the Subsidiaries of Taishan Gypsum of this Report;

8. The Company updates and discloses the contents about the latest personnel structure of Taishan Gypsum in "Chapter 5 Overview of the Target Assets of the Transaction - VI. Organizational structure & personnel structure of Taishan" of this Report;

9. The Company further discloses the audited financial data and indicators of Taishan Gypsum for the most recent year and as at the end of the same year in "Chapter 5 Overview of the Target Assets of the Transaction - VII. Major accounting data and financial indicators of Taishan Gypsum and VIII. Primary assets, external guarantees and major liabilities of Taishan Gypsum" of this Report;

10. The Company updates and discloses the contents about the major assets and guarantees of Taishan Gypsum in "Chapter 5 Overview of the Target Assets of the Transaction - VIII. Primary assets, external guarantees and major liabilities of Taishan Gypsum" of this Report" of this Report;

11. The Company updates and discloses the contents about the production and sales of major products of Taishan Gypsum and its main raw materials and energies and their supply in recent one year in "Chapter 5 Overview of the Target Assets of the Transaction - IX. Development of Principal business of Taishan Gypsum over the Past 3 Years - (V) Production and sales of major products and (VI) Main raw materials and energy and supply" of this Report;

12. The Company further discloses the relevant content of supplementary appraisal by Zhonghe Appraisers in "Tips on Major Issues" and "Chapter 7 Appraisal of the Target Assets - I. Appraisal of Taishan Gypsum - (VIII) Description of supplementary appraisal of the Target Company" of this Report;

13. The Company further discloses contents about the analysis on the financial data and financial indicators of Taishan Gypsum for the most recent year in "Chapter 10 Discussion and Analysis of the Management - IV. Analysis on financial status and profitability of the Target Assets" and "Chapter 11 Financial Accounting Information - I. Consolidated financial statements of the Target Company for the most recent two years" of this Report;

14. The Company further discloses the contents about the audited pro forma consolidated financial statements of BNBMPLC for the most recent year in "Chapter 11 Financial Accounting Information - II. Pro forma financial statements of BNBMPLC for the most recent two years" of this Report;

15. The Company further discloses the contents about the adjustment to some counterparty contributors in "Chapter 2 Overview of this Transaction", "Chapter 4 Basic Information about Counterparties - II. Detailed information about the Counterparties" and "Chapter 5 Overview of the Target Assets of the Transaction" of this Report;

BNBMPLC0009682



16. The Company further discloses the information about the execution of Agreement of Persons Acting in Concert by 35 natural persons (including Jia Tongchun) and 10 limited partnerships in "Tips on Major Issues", "Chapter 4 Basic Information about Counterparties - I. General information about Counterparties and IV. Notes to associated relationship between Counterparties & listed company" of this Report;

17. Additionally disclosed the statements of the 3rd interim meeting of the 6th Board of Directors held by company and general meetings to be held in "Tips on Major Issues", "Potential Major Risks" and "Chapter 2 Overview of this Transaction - II. Decision-making and approval procedures for this Transaction" of this Report.

BNBMPLC0009683

# Statements

### I. Statement by the Company

The Company and all of its directors, supervisors and senior executives warrant that the contents of this Report are true, accurate and complete and they will be jointly and severally liable for any misrepresentation, misleading statement or material omission existing in this Report and its summary.

The matters stated in this Report do not represent any substantial judgment, confirmation or approval by CSRC and/or SZSE with respect to matters concerning this Transaction. The effectiveness and consummation of the matters concerning this Transaction described in this Report is subject to CSRC's approval.

All shareholders and other public investors are advised to carefully read all information disclosure documents concerning this Transaction and make prudent investment decisions. The Company will timely disclosure relevant information with the progress of this Transaction, to which all shareholders and other investors are expected to pay attention.

After completion of this Transaction, any change in the Company's operations and earnings shall be the sole responsibility of the Company; any and all investment risks incurred by this Transaction shall be the sole responsibility of investors. If investors have any doubt on this Report, they shall consult their own stock brokers, lawyers, professional accountants or other professional consultants.

## II. Statement by the Counterparties

The Counterparties of this Transaction, namely 10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun, has presented the following written letter of commitment:

"The Company/the Partnership/I will timely provide BNBMPLC with information relating to this Transaction, and warrant the truthfulness, accuracy and completeness of all information provided. In case that the provided information contains any misrepresentation, misleading statement or omission and thus incurs any loss to BNBMPLC or investors, the Company/the Partnership/I will bear legal liability according to law.

The Company/the Partnership/I warrant that all information provided to all intermediary organs engaged in this Transaction is true, accurate and complete, and warrant that the information provided contains no misrepresentation, misleading statement or omission; all provided materials are true, accurate, complete original written materials or replications, and such replications or duplicates are consistent with original materials or original documents; signatures and stamps in all documents are true and do not contain any misrepresentation, misleading statement or omission; any explanations, confirmations and commitments issued by the Company/the Partnership/I for this Transaction are true, accurate and complete and do not contain any misrepresentation, misleading statement or omission.

The Company/the Partnership/I agree to bear legal liability for truthfulness, accuracy and completeness of any information provided by the Company/the Partnership/I. The Company/the Partnership/I undertake to  bear the liability for losses suffered by any party to this Transaction or /and intermediary organs engaged by that party due to any misrepresentation, misleading statement or omission existing in information and

BNBMPLC0009684



commitments provided.

If this Transaction is filed for investigation by judicial authority or CSRC due to the allegation that information provided or disclosed contains any misrepresentation, misleading statement or omission, the Company/the Partnership/I and any related party may not transfer their equity holding of BNBMPLC before a clear conclusion is made concerning the investigation of the case."

### III. Statement by Securities Service Agency

Morgan Stanley Huaxin Securities undertakes: if the application documents for this restructuring contains false records, misleading statements or material omissions and we failed to perform our duty of care and diligence, we will bear the joint and several liability for compensation.

Grandfield Law Offices undertakes: if we failed to perform our duty of care and diligence so that the said application documents made and issued by us for this Project contain false records, misleading statements or material omissions, thus resulting in losses to the investors, we and the Listed Company will bear the joint and several liability for compensation.

Baker Tilly CPA undertakes: if the auditor's report and review report issued by us contain false records, misleading statements or material omissions and we failed to perform our duty of care and diligence, we will bear the joint and several liability for compensation.

Zhonghe Appraiser undertakes: if the application documents for this restructuring contains false records, misleading statements or material omissions and we failed to perform our duty of care and diligence, we will bear the joint and several liability for compensation.

BNBMPLC0009685



# Tips on Major Issues

The Company reminds investors to carefully read the full text of this Report and pay particular attention to the following matters:

**I. Overview of transaction plan**

The Company plans to purchase the 35% equity of Taishan jointly held by a total of 46 Counterparties, inc luding Guotai Min'an Investment, Jia Tongchun and his pesons acting in concert, through issue of shares.

On June 24, 2016, upon consideration and approval by the 9 partnerships, namely Tai'an Changyuan Investment Center (LP), Tai'an Wanji Investment Center (LP), Tai'an Xinyi Investment Center (LP), Tai'an Haozhan Investment Center (LP), Tai'an Fanye Investment Center (LP), Tai'an Jinxiu Investment Center (LP), Tai'an Xinghe Investment Center (LP), Tai'an Hongchao Investment Center (LP), and Tai'an Changyuan Investment Center (LP), at their respective partner meeting, the 7 natural person counterparties, namely Jia Tongchun, Ren Xulian, Zhang Jianchun, Cao Zhiqiang, Zhu Tenggao, Zhang Yanxiu, and Wan Guangjin, will be respectively transferred certain shares of property of partial limited partners of such limited partnerships and have signed the Agreement for the Transfer of Shares of Property of Partnerships. Up to now, the business registration formalities for the change of partners of the foregoing 9 limited partnerships are underway. In addition, no other changes have happened to any of the foregoing 9 limited partnerships. On July 22, 2016, the 35 natural persons including Jia Tongchun and 10 limited partnerships including Heda Investment jointly signed the Agreement of Persons Acting in Concert, whereby they agree to become persons acting in concert in this Transaction and the shareholders acting in concert of the listed company after future restructuring.

The content of the plan for this Transaction, except for the foregoing adjustments, shall remain unchanged.

The foregoing adjustments have been made to the shares of property of inner limited partners of partial limited partnerships of counterparties and all the newly added limited partners are counterparties of this Transaction. No counterparties have been added to this Transaction during the adjustments; the foregoing adjustments involve no changes to the counterparties, target assets and price of this Transaction and constitute no major adjustments to the original plan for this Transaction.

Before this Transaction, the Company has already held the 65% equity of Taishan, which is a controlled subsidiary of the Company. After completion of this Transaction, Taishan will become a wholly-owned subsidiary of the Company.

## II. Appraisal and Consideration of the Target Assets in this Transaction

The Appraisal Reference Date of the Target Assets of this Transaction is April 30, 2015. The appraisal agency appraises the Target Company with the income approach and asset-based approach and takes the appraisal result based on the income approach as the final appraisal conclusion of the value of the shareholders' equity of the Target Company.

According to the ZhongHePingBaoZi (2015) No.BJV2028 Appraisal Report issued by

BNBMPLC0009686



Zhonghe Appraiser, as of the Appraisal Reference Date, the total equity value of all the shareholders of Taishan as a going concern after appraisal with the income approach, i.e. the appraised value of 100% shares, is RMB11,987,140,000. As at the Appraisal Reference Date, the consolidated shareholder's equity of Taishan's 100% equity attributed to parent company is  RMB3,239,090,500, appreciation of appraised value is RMB8,748,049,500, and the appreciation rate is 270.08%. Based on the foregoing appraised value and through friendly negotiation between parties of the transaction, the transaction price of the Target Assets, namely 35% equity of Taishan, is fixed at RMB4,195,499,000.

As at the date of execution of this Report, the Target Company appraisal report issued by Zhonghe Appraisers with April 30, 2015 as the base date of assets evaluation is beyond the one-year effective period of assets evaluation. Zhonghe Appraisers performed a supplementary appraisal of the Target Company at the supplementary base date of December 31, 2015. According to the Appraisal Report (ZhongHePingBaoZi (2016) No.BJV2025) issued by Zhonghe Appraisers, the total value of shareholders' equity of Taishan Gypsum in on-going operation, i.e. assessed value of 100% of Taishan Gypsum's shares, upon appraisal with income method, is RMB1,283,092.00 as at December 31, 2015. As at the base date of assets evaluation, the shareholders' equity attributable to parent company among the audited consolidated part of 100% of Taishan Gypsum's shares is RMB391,256.63, representing an appraisal appreciation of RMB891,835.37 and an appreciation rate of 227.94%.

### III. Price, number and lock-up period of shares issued

### (I) Issue price

### 1. Determination of issue price

The Pricing Reference Date of the share issue involved in this Transaction is the announcement date of the resolution of the eleventh extraordinary meeting of the fifth Board of Directors of BNBMPLC.

In accordance with relevant provisions of Restructuring Measures, the price of shares issued by Listed Company may not be below 90% of market reference price; market reference price is one of 20-day,60-day or 120-day moving average price of company share before the announcement date of the board resolution on purchase of assets via this Share Issue. X-day moving average price of company share before announcement date of board resolution = total trading value of company share within X trading days before announcement date of the resolution/total trading quantity of company share within X trading days before announcement date of the resolution.

The 20-day,60-day and 120-day moving average price of company share before announcement date of board resolution is RMB31.73/share, RMB28.30/share and RMB25.72 /share respectively. Through consultation among all parties to the transaction and overall consideration of the interests of all shareholders of Listed Company, the issue price of share in this Issue by BNBMPLC to purchase assets is determined at 90% of120-day moving average price of company share before announcement date of board resolution, i.e., RMB23.15/share.

On April 16, 2015, the Company's 2014 Annual Shareholders' Meeting deliberated and adopted "2014 Profit Distribution Plan", under which the Company would, on the basis of its total capital of 706,990,796 shares by the end of 2014, distribute cash dividend of

BNBMPLC0009687



RMB4.25 (tax inclusive) per 10 shares to all shareholders, total profit distribution being RMB300,471,088.30; meanwhile give all shareholders 10 shares per 10 original shares through conversion of capital reserve into share capital, thus adding 706,990,796 shares to the Company's share capital. On June 11, 2015, the implementation of foregoing profit distribution was completed, thus increasing the Company's total capital to 1,413,981,592 shares. As a result, after ex-dividend and ex-right treatment in accordance relevant rules of CSRC and SZSE, the issue price of shares in this Share Issue for purchase of assets is adjusted to RMB11.37/share.

On April 11, 2016, the 2015 Preliminary Plan for Profit Distribution was considered and approved at the 2015 general meeting of the Company. According to the Plan, the Company distributed a total profit of RMB247,446,778.60 to all shareholders, i.e. RMB1.75 (including tax) cash dividend for every 10 shares, based on a total capital of 1,413,981,592 shares as at the end of 2015. The above distribution plan was accomplished on May 13, 2016. The issue price of the shares involved in the acquisition of assets by issuing shares is adjusted to 11.20 Yuan/share after the ex-dividend and ex-warrant process in accordance with the relevant rules of China Securities Regulatory Commission and Shenzhen Stock Exchange.

## 2. Adjustment of issue price

In addition to the Company's said cash dividend distribution for 2015 as well as cash dividend distribution and conversion of capital reserve into share capital for 2014, within the period between Pricing Reference Date of this Issue and the Issue Date, if the Company implements other ex-right and ex-dividend matters such as cash dividend payout, bonus issue and conversion of capital reserve into share capital, the foregoing issue price will be adjusted in accordance with relevant provisions of CSRC and SZSE and the adjustment  method is subject to the resolution of the Company's Shareholders' Meeting.

## (II) Numbre of shares to be issued

If calculated according to the total consideration and issue price of this Transaction, the number of shares to be issued in this Transaction shares will be 374,598,125 shares, which will be 20.70% of total share capital of Listed Company after issuance.

In this Transaction, the formula for calculating the issue quantity of shares that BNBMPLC plans to issue to Guotai Min'an Investment, Jia Tongchun and his persons acting in concert for purchase of assets is: share consideration of each issue target ÷ share issue price. The quantity of shares issued shall be an integral number and be accurate to the ones place.

Through calculation in accordance with the foregoing calculation formula, the Company needs to issue 171,244,857  shares and 203,353,268 shares to Guotai Min'an Investment, Jia Tongchun and his persons acting in concert respectively. The ultimate number of sharess to be issued is subject to final verification and approval by CSRC.

During the period between the Pricing Reference Date of this Issue and the Issue Date, if the Company implements ex-right, ex-dividend matters including cash dividend payout, bonus issue and capital reserve conversion into share capital, issue quantity and lock-up quantity will be adjusted accordingly in accordance with the relevant regulations of Shenzhen Stock Exchange and specific adjustment method is subject to the resolution of the Company's Shareholders' Meeting.

BNBMPLC0009688

**(III) Share lock-up period**

The lock-up period of the shares of Listed Company acquired by the Counterparties in this Transaction is 36 months from the listing date of new shares in this Issue. The Counterparties agree to compensate for contingent risk of the Target Assets and lock up 99,071,875 shares of Listed Company obtained by it. Within 36 months from the listing of the new shares in this issue, if BNBMPLC's annual report auditor confirms that the contingent risk has occurred or the actual loss has occurred, then BNBMPLC shall repurchase and cancel the locked shares at the price of RMB1 and bear the contingent risk. If the contingent risk does not occur within 36 months after the said listing date, BNBMPLC shall repurchase and cancel the locked shares at the price of RMB1.

After the listing of shares in this Issue, other requirements of securities regulator on share lock-up shall be also observed. After end of this Issue, the new shares obtained by Counterparties due to the Company's issuance of additional shares as dividends and conversion of capital reserve into share capital shall be also subject to the foregoing arrangement on lock-up period.

**IV. This Transaction constitutes major asset restructuring**

In this Transaction, the consideration of the 35% equity of Taishan bought by the Listed Company is RMB4,195,499,000. The ratios of the total assets, net assets and operating revenue of the Target Assets for the most recent year to the corresponding indicators in the audited consolidated financial report of the Listed Company for the most recent accounting year are shown below:

Unit: RMB10,000

| Item | 35% equity of Taishan | BNBMPLC | Ratio (%) |
|---|---|---|---|
| The higher of total assets or transaction volume | 419,549.90 | 1,360,436.83 | 30.84 |
| Operating revenue | 190,448.49 | 755,117.88 | 25.22 |
| The higher of net assets or transaction volume | 419,549.90 | 780,104.98 | 53.78 |

Note: In the foregoing calculations, the ratios are calculated using the higher of the corresponding total assets, net assets and appraised value; in accordance with CSRC's regulations, net assets is owner's equity attributable to parent company.

Based on calculation results in the above table, the transaction amount of the Target Assets exceeds 50% of Listed Company's audited' equity attributable to parent company's owners for the most recent year. Therefore, this Transaction constitutes an act of major asset restructuring as prescribed in Restructuring Measures. In addition, since this Transaction belongs to the circumstance of issuing shares to buy assets as defined in Restructuring Measures, this Transaction shall be submitted to CSRC's Merger and Restructuring Examination Committee for examination.

**V. This Transaction constitutes no back door listing**

As at the signing date of this Report, CNBMPLC directly holds 45.20% equity of the Company and is the Company's controlling shareholder; CNBM Group directly and indirectly holds 44.27% equity of CNBMPLC and is the Company's actual controller.

According to appraised value of this Transaction, after completion of the transaction, CNBMPLC will hold the 35.73% equity of the Company and remain the Company's

17

BNBMPLC0009689



controlling shareholder, and CNBM Group will remain the Company's actual controller. Therefore, the Company's controlling shareholder and actual controller will not change before and after this Transaction. This Transaction will not result in change of control of the Company and does not fall within the scope of back door listing as described in Article 13 of Restructuring Measures.

**VI. This Transaction constitutes a related-party transaction**

According to the appraised value and of this Transaction and current issue price, after completion of this Transaction, Guotai Min'an Investment will hold the 9.57% equity of Listed Company and Jia Tongchun and his persons acting in concert will hold the 11.37% equity of Listed Company. Both of them will become a shareholder with more than 5% equity holding. In accordance with relevant provisions of laws, regulations and normative documents like Company Law, Securities Law and Listing Rules, this Transaction constitutes a related-party transaction.

VII. The Impact of this Transaction on the Company

**(I) Impact of this Transaction on principal business**

Before this Transaction, Taishan is already a controlled subsidiary of the Company and is included in the Company's consolidation scope and a major contributor to the Company's profits. After completion of this Transaction, Taishan will become a wholly-owned subsidiary of the Company, and operating results of Taishan corresponding to its 35% minority interest will completely go to the Company. This will increase the size of net profits attributable to BNBMPLC's shareholders, enrich the EPS (earnings per share), improve the rate of return for shareholders, and further boost the Company's profitability. This Transaction will be of great importance to the Company in the latter's efforts to expand operational size, give prominence to its principal business, enhance its position in gypsum board industry, improve industrial and regional deployment, optimize brand positioning, integrate corporate resources, strengthen its risk resistance capacity, boost its core competences and sustainable development capability, and create more value for its shareholders. This Transaction will not change the Company's business scope.

**(II) Impact on equity structure of Listed Company**

Change in the Company's equity structure before and after completion of this Transaction is shown below (based on the shareholding structure as of December 31, 2015):

| Shareholder's name | Before this Transaction | | After this Transaction | |
|---|---|---|---|---|
| | Number of shares held (10000) | Shareholding percentage (%) | Number of shares held (10000) | Shareholding percentage (%) |
| CNBMPLC | 63,906.59 | 45.20 | 63,906.59 | 35.73 |
| Guotai Minan Investment | - | - | 17,124.49 | 9.57 |
| Jia Tongchun and his pesons acting in concert | | | 20,335.32 | 11.37 |
| Other shareholders | 77,491.57 | 54.80 | 77,491.57 | 43.33 |
| **Total** | **141,398.16** | **100.00** | **178,857.97** | **100.00** |

BNBMPLC0009690

| Name of shareholder | Before this Transaction | | After this Transaction | |
|---|---|---|---|---|
| | Shares held ( ten thousand shares) | Shareholding ratio (%) | Shares held (ten thousand shares) | Shareholding ratio |
| CNBMPLC | 63,906.59 | 45.20 | 63,906.59 | 35.84 |
| Guotai Min'an Investment | - | - | 16,868.45 | 9.46 |
| 10 limited partnerships including Heda Investment | - | - | 2,673.21 | 1.50 |
| 35 natural persons including Jia Tongchun | - | - | 17,358.07 | 9.74 |
| Other shareholders | 77,491.57 | 54.80 | 77,491.57 | 43.46 |
| Total | 141,398.16 | 100.00 | 178,297.89 | 100.00 |

## (III) Impact on major financial indicators of Listed Company

This Transaction involves Listed Company acquiring the minority interest of Taishan, a controlled subsidiary of Listed Company, and there will no significant change in the scope of consolidated financial statement of Listed Company, amount and structure of assets, amount and structure of liabilities, operating revenue, and costs and expenses included in the aforesaid scope of consolidated financial statement before and after this Transaction. Before and after this Transaction, change will generally occur to such items as equity attributable to parent company's owners and net profits attributable to parent company's owners.

Unit: RMB10,000

| Item | 2015 | | | |
|---|---|---|---|---|
| | Before transaction (Unaudited) | After transaction (Pro forma) | Change before and after the transaction | Percentage of change before and after the transaction (%) |
| Net profit attributable to shareholders of listed company (RMB10,000) | 89,687.62 | 120,830.93 | 31,143.31 | 34.72 |
| Basic EPS (yuan/share) | 0.63 | 0.68 | 0.05 | 7.94 |
| Basic EPS after extraordinary items | 0.60 | 0.65 | 0.05 | 8.33 |
| Weighted average ROE (%) | 11.95 | 13.32 | 1.37 | - |
| Item | Dec. 31, 2014 | | | |
| | Before transaction (Unaudited) | After transaction (Pro forma) | Change before and after the transaction | Percentage of change before and after the transaction (%) |
| Net profit attributable to shareholders of listed company (RMB10,000) | 110,545.16 | 146,262.85 | 35,717.69 | 32.31 |
| Basic EPS | 0.91 | 0.92 | 0.01 | 1.10 |

BNBMPLC0009691



| (yuan/share) | | | | |
|---|---|---|---|---|
| Basic EPS after extraordinary items | 0.80 | 0.82 | 0.02 | 2.50 |
| Weighted average ROE (%) | 21.24 | 27.17 | 5.93 | - |

If this Transaction is carried out, there will be change in the composition of Listed Company's equity and net profit attributable to parent company's owners, and Taishan's net assets and operating results will be wholly included in owner's equity and net profits attributable to parent company's shareholders, thus increasing the size of owners' equity and net profits attributable to parent company's shareholders, improving the EPS, boosting the rate of return for shareholders, and creating greater value for all shareholders of Listed Company.

## VIII. Decision-making and approval procedures for this Transaction

### (I) Approval procedures executed for this Transaction

As at the signing date of this Report, the following authorizations and approvals have been obtained for this Transaction:

1. On September 26, 2015, the Shareholders' Meeting of Taishan deliberated and adopted the proposal concerning this Transaction;

2. The 11th, 15th and 16th extraordinary meetings of the fifth Board of Directors and the 1st extraordinary meeting of the sixth Board of Directors of the Company deliberated and adopted the proposal concerning this Transaction on October 13, 2015, January 15, 2016, January 25, 2016 and April 5, 2016 respectively;

3. On November 18, 2015, the People's Government of Tai'an City approved the scheme of this Transaction;

4. On January 7, 2016, the "Appraisal Report" was approved by competent authority of Tai'an City;

5. On January 8, 2016, the "Appraisal Report" was filed with and confirmed by CNBM Group.

6. On March 31, 2016, the proposal of this Transaction was approved by the competent authority;

7. On April 21, 2016, the 2nd extraordinary general meeting of the Company in 2016 considered and approved the proposal concerning this Transaction;

8. On July 27, 2016, the third extraordinary meeting of the sixth Boad of Directors of the Cmpany considered and approved the proposals on adjusting the contributors of the certain counterparties in the proposal of this Transaction.

### (II) Approval procedures to be executed for this Transaction

As adjustments have been made to the contributors of some counterparties in the plan, approval of the general meeting is required for the implementation of this Transaction. In addition, the approval of China Securities Regulatory Commission is also required for the

BNBMPLC0009692

