implementation of this Transaction.  The availability and timing of such approvals are uncertain. Investors must be cautious about investment risks.

## IX. Important undertakings of the parties related to this Transaction

| No. | Promised items | Content of promises | Promiser |
|-----|----------------|---------------------|----------|
| 1 | Commitment on truthfulness, accuracy, completeness and timeliness of materials provided | The Company/the Partnership/I will timely provide BNBMPLC with information relating to this Transaction, and warrant the truthfulness, accuracy and completeness of all information provided. In case that the provided information contains any misrepresentation, misleading statement or omission and thus incurs any loss to BNBMPLC or investors, the Company/the Partnership/I will bear legal liability according to law. The Company/the Partnership/I warrant that all information provided to all intermediary organs engaged in this Transaction is true, accurate and complete, and warrant that the information provided contains no misrepresentation, misleading statement or omission; all provided materials are true, accurate, complete original written materials or replications, and such replications or duplicates are consistent with original materials or original documents; signatures and stamps in all documents are true and do not contain any misrepresentation, misleading statement or omission; any explanations, confirmations and commitments issued by the Company/the Partnership/I for this Transaction are true, accurate and complete and do not contain any misrepresentation, misleading statement or omission. The Company/the Partnership/I agree to bear legal liability for truthfulness, accuracy and completeness of any information provided by the Company/the Partnership/I. The Company/the Partnership/I undertake to  bear the liability for losses suffered by any party to this Transaction or /and intermediary organs engaged by that party due to any misrepresentation, misleading statement or omission existing in | Counterparties |

BNBMPLC0009693

| No. | Promised items | Content of promises | Promiser |
|---|---|---|---|
| | | information and commitments provided. If this Transaction is filed for investigation by judicial authority or CSRC due to the allegation that information provided or disclosed contains any misrepresentation, misleading statement or omission, the Company/the Partnership/I and any related party may not transfer their equity holding of BNBMPLC before a clear conclusion is made concerning the investigation of the case. | |
| 2 | Commitment on prevention of horizontal competition | The Company/the Partnership/I undertake not to be engaged in any business that is competitive with Listed Company's existing principal businesses of gypsum board and light-gauge steel joist. Apart from Listed Company , the Company/the Partnership/I have not engaged in, or will, in the future, not cause other enterprise to engage in at any place and in any manner any business that is competitive with Listed Company's foregoing existing principal businesses after completion of this Transaction. If any wholly-owned or controlled subsidiary of the Company/the Partnership/I will, in the future, be engaged in any business that is competitive with Listed Company's foregoing existing principal businesses after completion of this Transaction, the Company/the Partnership/I will avoid horizontal competition by stopping the operation of relevant competitive business or by transferring relevant competitive business to any unrelated third party. | Counterparties |
| 3 | Commitment on reduction of related-party transaction | There is no obviously unfair related-party transaction between the Company/the Partnership/I and Listed Company. The Company/the Partnership/I undertake that after completion of this Transaction, any enterprise under control of the Company/the Partnership/I and its subsidiary enterprise will do their utmost to avoid or reduce related-party transaction(s) with Listed Company and any of its subsidiary enterprises. For any unavoidable or justified related-party transaction, such enterprise will sign a standardized related-party transaction agreement with Listed Company according to law, and go | Counterparties |

BNBMPLC0009694

| No. | Promised items | Content of promises | Promiser |
|---|---|---|---|
| | | through approval procedures according to the provisions of relevant laws, regulations, ordinances, listing rules and other normative documents and articles of association of Listed Company; the price of related-party transaction shall be determined based on the price of the same or similar transaction with any unrelated, independent third party to ensure the fairness of related-party transaction price; undertake to perform the obligation of information disclosure on related-party transactions according to the provisions of relevant laws, regulations, and articles of association of Listed Company. The Company/the Partnership/I undertake not to use related-party transactions to illegal transfer the funds and profits of Listed Company, or use related-party transaction to impair the interests of unrelated shareholders. | |
| 4 | Commitment on maintaining the independence of Listed Company | The Company/the Partnership/I undertake that after completion of this Transaction Listed Company shall remain fully separate from the Company/the Partnership/I and any other enterprise under control of the Company/the Partnership/I in terms of personnel, assets, finance, organization and business to maintain the independence of Listed Company on business, assets, personnel, finance and organization. | Counterparties |
| | | BNBMPLC's personnel independence, assets independence integrity, financial independence, organizational independence, and business independence shall be guaranteed. Detailed requirements are shown below:<br><br>(I) Warranting Listed Company's personnel independence<br><br>1. Warrant that Listed Company's general manager, deputy general manager and other senior executives work full-time at Listed Company and receive remuneration from Listed Company and do not hold concurrent posts other than directorship at the promiser and its related party, and Listed Company's personnel independence shall be maintained;<br><br>2. Warrant that Listed Company has a complete, independent labor and personnel management system, which | Controlling shareholder CNBMPLC, actual controller CNBM Group |

BNBMPLC0009695

| No. | Promised items | Content of promises | Promiser |
|-----|----------------|---------------------|----------|
| | | is independent of the promiser; | |
| | | 3. Warrant that the promiser will nominate candidates for such posts as director, supervisor, manager and other senior executives of Listed Company through legal procedures, and not interfere with Listed Company's Board of Directors and Shareholders' Meeting in exercising their authority and making decisions on appointment and removal of personnel. | |
| | | (II) Warranting Listed Company's assets independence and integrity | |
| | | 1. Warrant that Listed Company has a business system related to operations and relevant independent, integral assets; | |
| | | 2. Warrant that Listed Company do not have any funds or assets occupied by the promiser or any other enterprise under control of the promiser. | |
| | | (III) Warranting Listed Company's financial independence | |
| | | 1. Warrant that Listed Company sets up an independent financial department and an independent financial calculation system, and has a standardized, independent financial accounting system; | |
| | | 2. Warrant that Listed Company opens independent accounts at banks and do not share bank accounts with any other enterprise under control of the promiser; | |
| | | 3. Warrant that Listed Company's financial personnel do not work part-time at any other enterprise under control of the promiser; | |
| | | 4. Warrant that Listed Company pay taxes independently according to law; | |
| | | 5. Warrant that Listed Company can make financial decisions independently, and that the promiser will not intervene in use of funds by Listed Company. | |
| | | (IV) Warranting Listed Company's organizational independence | |
| | | 1. Warrant that Listed Company establishes a sound joint-stock company corporate governance structure and has an independent, complete organizational framework; | |
| | | 2. Warrant that Shareholders' Meeting, | |

BNBMPLC0009696

| No. | Promised items | Content of promises | Promiser |
|-----|---------------|---------------------|----------|
| | | Board of Directors, independent directors, Board of Supervisors, general manager and other officers of Listed Company exercise their powers and functions independently according to laws, regulations and articles of association. | |
| | | (V) Warranting Listed Company's business independence | |
| | | 1. Warrant that Listed Company has the assets, personnel, qualifications and abilities to conduct operating activities independently and possesses the capability to continue market-oriented operations through independence and self-reliance; | |
| | | 2. Warrant that the promiser will not intervene in Listed Company's business activities except when it exercises the rights as a shareholder of Listed Company; | |
| | | 3. Warrant that the promiser and any other enterprise under its control avoid engaging in any business that is substantially competitive with the business of Listed Company; | |
| | | 4. Warrant that best efforts are made to reduce related-party transactions between any other enterprise under control of the promiser and Listed Company; in case of necessary and unavoidable related-party transaction, undertake to play fair according to market-oriented principle and fair price, and to go through transaction procedures and obligation of information disclosure in compliance with the provisions of relevant laws, regulations and normative documents. | |
| 5 | Commitment on lock-up period of shares | The shares of Listed Company obtained by the Company/the Partnership/I by reason of this Transaction shall not be transferred in any manner whatsoever within 36 months of the listing date of such shares. Additional shares held by the Company/the Partnership/I due to grant of bonus shares or conversion into share capital by Listed Company shall be subject to the foregoing lock-up period. | Counterparties |
| 6 | Commitment on Locking-up of | The Company/the Partnership/I undertake that if the information | Our company and its directors, supervisors, |

BNBMPLC0009697

| No. | Promised items | Content of promises | Promiser |
|-----|----------------|---------------------|----------|
| | Shares during Investigation | provided or disclosed by the Company/the Partnership/I is suspected to contain misrepresentations, misleading statements or major omissions, resulting in the Company/the Partnership/I being investigated by any judicial organ or China Securities Regulatory Commission, the Company/the Partnership/I will suspend the transfer of our/my shares in the listed company before conclusion of the investigation. | senior officers and counterparties |
| 7 | Letter of Commitment on Ownership of Target Assets | 1. The Company/the Partnership/I have fulfilled the full-amount capital contribution obligation as stipulated in the Articles of Association of the Target Company; our company enjoys effective right to possess, utilize, gain benefit from, and dispose of the shares of the Target Company;<br><br>2. The shares held by the Company/the Partnership/I in the Target Company have not been pledged, mortgaged or otherwise used as guarantee or involved with third-party rights and interests or other restrictive circumstances, nor been frozen, sealed up or auctioned by any court or other competent authority;<br><br>3. The equity assets held by the Company/the Partnership/I in the Target Company have clear ownership without any ownership disputes or other legal disputes, posing no legal barriers in ownership registration or transfer.<br><br>The Company/the Partnership/I warrant that the above statements contain no misrepresentations, misleading statements or major omissions. | Counterparties |

BNBMPLC0009698

| No. | Promised items | Content of promises | Promiser |
|---|---|---|---|
| 8 | Commitment on the Authenticity, Accuracy, Integrity and Timeliness of Materials Provided | The Company and all of its directors warrant that the application documents for acquisition of assets by issuing shares and materials provided for this purpose are true, accurate, complete and timely without any any misrepresentation, misleading statement or omission, and they will be jointly and severally liable for the authenticity, accuracy and integrity of these documents and materials. | The Company and all of its directors |
| 9 | Commitments about the uncertificated lands and housing properties for the Target Company | Actively cooperate with Taishan and its subsidiaries in obtaining the certificates for uncertificated lands and housing properties and ensure that this matter will not affect the normal production and operation of Taishan and its subsidiaries. If Taishan and its subsidiaries suffer from any economic loss due to the adverse impact of such flaw of property right on their normal production and operation, Taishan's minority shareholders shall make full compensation to Taishan according to their shareholding ratios in Taishan as at the Appraisal Reference Date (i.e. April 30, 2015)." | Counterparty |
| 10 | Commitment on legality of BNBMPLC | The Company is not involved in any of the following circumstances:<br><br>1. Application documents for this Issue contain misrepresentations, misleading statements or material omissions;<br><br>2. The interests of the Company are seriously impaired by controlling shareholder and actual controller and such impairment has not been eliminated;<br><br>3. The Company and its subsidiaries provide external guarantee(s) in violation of relevant regulations and such violation has not been eliminated;<br><br>4. Issue securities publicly or in a disguised form without verification and approval of statutory authorities within the most recent 36 months, or relevant illegal acts occurred 36 months ago but such acts have continued so far; within the most recent 36 months, receive administrative punishment due to | The Company |

BNBMPLC0009699

| No. | Promised items | Content of promises | Promiser |
|---|---|---|---|
| | | violation of industry and commerce, taxation, land, environmental protection, customs and other laws and administrative regulations, and such violation is rather serious; within the most recent 36 months, issue an issuing application to CSRC and be under investigation by judicial authority for suspected crime or under investigation by CSRC for suspected violation of laws/regulations, but no definite conclusion is drawn;<br><br>5. The certified public accounts issue an audit report with qualified opinion, adverse opinion or disclaimer of opinion with respect to financial statements for the most recent year/period;<br><br>6. Within the most recent three years, commit any major illegal act that impairs legitimate interests of investors and social public interest;<br><br>7. Within the most recent three years, receive administrative punishment from CSRC or be investigated by judicial authority for criminal liability according to law;<br><br>8. Other circumstances that seriously impair legitimate interests of investors and social public interest. | |
| 12 | Commitment on Practical Implementation of Measures for Offsetting the Diluted Immediate Return with This Major Assets Restructuring | 1. I undertake to loyally and diligently perform my duties to safeguard the lawful rights and interests of the Company and all of its shareholders;<br><br>2. I undertake not to convey interests to other entities or individuals for free or for unfair conditions, nor to impair the interests of the Company in any other form;<br><br>3. I undertake to impose restrictions on the position-related consumption behaviors of the directors and senior officers of the Company;<br><br>4. I undertake not to capitalize on the Company's assets for the purpose of engaging in investment and consumption activities unrelated to the | All directors and senior officers of the Company |

BNBMPLC0009700

| No. | Promised items | Content of promises | Promiser |
|-----|----------------|---------------------|----------|
| | | performance of my duties; | |
| | | 5. I undertake to spare no efforts to link the salary system formulated by the Board of Directors or Remuneration and Appraisal Committee of the Company with the implementation of return offsetting measures of the Company and vote (if I have the voting right) in favor of the relevant proposals considered by the Board of Directors and general meeting of the Company, in my capacity and authority; | |
| | | 6. If the Company plan to implement equity incentive, I undertake to spare no efforts to link the equity inventive vesting conditions to be published by the Company with the implementation of return offsetting measures of the Company and vote (if I have the voting right) in favor of the relevant proposals considered by the Board of Directors and general meeting of the Company, in my capacity and authority; | |
| | | 7. I undertake to make commitments according to the latest regulations of China Securities Regulatory Commission if China Securities Regulatory Commission has issued other new supervision regulations regarding the measures for offsetting the diluted immediate return and related commitments during the period from the date of this Commitment to the completion of acquisition of assets by issuing shares and the above commitments fail to comply with the regulations of China Securities Regulatory Commission. If I, one of the subjects responsible for the | |

BNBMPLC0009701

| No. | Promised items | Content of promises | Promiser |
|-----|----------------|---------------------|----------|
|  |  | measures for offsetting diluted immediate return, violate or refuse to perform the above commitments, I agree to accept any punishment or management measures enforced against me in accordance with the relevant rules and regulations designated or published by China Securities Regulatory Commission, Shenzhen Stock Exchange and other stock supervision authorities. |  |

## X. Arrangement for protecting legitimate interests of investors

In order to protect legitimate interests of investors especially minority investors, this Transaction will adopt the following arrangements and measures:

### (I) Strictly performing the obligation of information disclosure by listed companies

Since this Transaction is an important event of Listed Company, the Company has practically performed the obligation of information disclosure according to the requirements of Company Law, Securities Law, Restructuring Measures, Administrative Measures for Information Disclosure by Listed Companies, and Notice on Standardizing Information Disclosure by Listed Company and the Acts of All Relevant Parties, and will continue to perform its obligation of information disclosure strictly. To protect legitimate interests of investors and prevent stock price fluctuation due to this Transaction, both sides of the transaction took strict confidentiality measures at the very start of planning this Transaction, timely applied to SZSE for stock suspension and disclosed significant information affecting stock price. After disclosure of this Report, the Company will continue to disclose the progress of the Company's restructuring timely and accurately according to the requirements of relevant regulations.

### (II) Ensure fair pricing of this Transaction

For this Transaction, Listed Company has retained accounting firm and asset appraisal agency with securities practice qualifications for audit and appraisal of transaction assets to ensure a fair, impartial and reasonable price of transaction assets. Independent directors of Listed Company will express their independent opinions on the fairness of the appraised value of assets involved in this Transaction. The independent financial adviser and Grandfield Law Offices retained by Listed Company will examine the regulatory compliance and risks of the implementation process of this Transaction, transfer of assets and relevant subsequent matters, issue clear opinions and make sure that this restructuring will be impartial and fair, comply with relevant laws and regulations and not impair the interest of the shareholders of Listed Company.

### (III) Strictly implementing related-party transaction and other approval procedures

This Transaction constitutes a related-party transaction. When this Report was submitted to the Board of Directors for deliberation, independent directors stated their independent opinions on this issue and the independent financial adviser offered its independent financial advisory report.

BNBMPLC0009702

**(IV) Attribution of gain or loss during transition period of this Restructuring**

The profit created by Target Company within the period between the reference date and the date of assets delivery (i.e., transition period) will go to BNBMPLC; the losses suffered by Target Company within the transition period shall be borne by minority shareholders of Taishan according to their shareholding ratios of Taishan.

After delivery of Target Assets, BNBMPLC's annual report audit institution will conduct a special audit on Taishan to determine the gain or loss incurred to Target Assets during the period from the reference date to the delivery date. If the delivery date is on or before the 15th day (inclusive) of current month, the base date of audit of the gain or loss during the period will be the end of the previous month; if the delivery date is after the 15th day of current month, the base date of audit of the gain or loss during the period will be the end of current month. If loss is incurred, Taishan's minority shareholders shall, within 5 workdays of the issue date of the report of the foregoing special audit, pay BNBMPLC in cash the amount of the portion of loss attributable to such shareholders.

**(V) Online voting**

The Board of Directors of the Company has, prior to the convening of the Shareholders' Meeting aimed at deliberating this restructuring plan, make a suggestive announcement, reminding all shareholders to attend the extraordinary Shareholders' Meeting for deliberation of a plan on this Restructuring. The Company has adopted the combination of field voting and online voting and fully protect the interest of minority shareholders' exercising their voting rights in strict accordance with the stipulations of "Several Provisions on Strengthening the Protection of Shareholders' Interest of Public Shares".

**(VI) Arrangement for making up current EPS diluted as a result of the major asset restructuring**

According to the pro forma consolidated financial statements of the Listed Company for the recent two years reviewed by Baker Tilly CPA, suppose the proposed acquisition of assets by issuing shares is completed on January 1, 2014, changes in net profit attributable to owners of parent company and EPS of BNBMPLC for 2014 and 2015 before and after this Transaction are as follows:

| Item | 2015 | | 2014 | |
|---|---|---|---|---|
| | Before transaction (audited) | After transaction (pro forma) | Before transaction (audited) | After transaction (pro forma) |
| Net profit attributable to shareholders of parent company (RMB10,000) | 89,687.62 | 120,830.93 | 110,545.16 | 146,262.85 |
| Net profit attributable to shareholders of parent company after extraordinary items(RMB10,000) | 85,461.18 | 116,965.14 | 96,989.85 | 130,831.38 |
| Basic EPS (RMB/share) | 0.63 | 0.68 | 0.91 | 0.92 |
| Basic EPS after | 0.60 | 0.65 | 0.80 | 0.82 |

BNBMPLC0009703


| extraordinary items(RMB/share) | | | | |
|---|---|---|---|---|

Upon completion of this Transaction, BNBMPLC's net profit attributable to owners of parent company and EPS both increased slightly. It is expected that this Transaction will not dilute immediate return of the listed company.

**(7) Strict implementation of profit distribution policy of the listed company**

Upon completion of the proposed restructuring, the listed company will continue to implement sustainable, stable and positive profit distribution policy according to applicable laws, regulations and stipulations of the Articles of Association, and improve operational performance and profit distribution policy continuously as well as safeguard the interests of all shareholders.

**XI. Reminder on information disclosure**

The Company reminds investors to browse this Report and the document issued by the intermediary at http://www.cninfo.com.cn.

BNBMPLC0009704

# Potential Major Risks

While evaluating this Transaction contemplated by the Company, investors shall, in addition to other contents of this Report and relevant documents disclosed along with this Report, carefully pay particular attention to the following risk factors:

## I. Risk of possibly cancelling or terminating this Transaction

Because the plan of this Transaction involves a number of preconditions, the implementation of this Report will be subject to various factors. Matters that may possibly result in the cancellation or restart of this Transaction include, without limitation: risk of insider trading. Although the Company has established security measures according to relevant provisions, in the course of this Transaction, the possibility exists that this Transaction may be suspended, terminated  or cancelled due to the Company's suspected insider trading resulting from abnormal fluctuations of stock price or abnormal trading;

## II. Approval risks of this Transaction

This Transaction has been deliberated and adopted at the 11th and 15th extraordinary meetings of the 5th Board of Directors of BNBMPLC, but the implementation of this Transaction is subject to at least the following conditions:

This Transaction has been considered and approved at the 11th interim meeting of the 5th Board of Directors, 15th interim meeting of the 5th Board of Directors, 16th interim meeting of the 5th Board of Directors, 1th interim meeting of the 6th Board of Directors and the 2nd interim general meeting 2016 of BNBMPLC. The implementation of this Transaction shall not be completed without the approval of China Securities Regulatory Commission and the fulfillment of other relevant conditions.

As adjustments have been made to the contributors of some counterparties in the plan, approval of the general meeting is required for the implementation of this Transaction. In addition, the approval of China Securities Regulatory Commission is also required for the implementation of this Transaction. The above approvals constitute the pre-condition of this Transaction. The availability and timing of such approvals are uncertain. Therefore, there are approval risks as to the final successful implementation of the plan for this Transaction. Investors must be cautious about investment risks.

## III. Restructuring & integration risks

Through this Transaction, Taishan will become a wholly-owned subsidiary of BNBMPLC. There is uncertainty about how relevant assets and personnel will develop via the Company's platform in the future and whether there will be expected synergistic effect with the Company's existing business sectors. Therefore, there is a risk of business integration for this Transaction of the Company.

Additionally, after completion of this Transaction, the Company will have an expanded business scope and size, greater difficulty in assets management, heightened requirements for excellent talented persons, and meet higher requirements on such aspects as institutional setup, internal control, fund management and personnel arrangement. If the Company fails to establish an effective communication & coordination

BNBMPLC0009705



mechanism, develop an efficient management model and organizational structure and strengthen an excellent talent cultivation and incentive mechanism, the Company may possibly see lower management efficiency, higher operating cost and insignificant synergy of resources integration after restructuring. The effect of restructuring might be below expectation.

## IV. Industry & business risks

### (I) Risk of price fluctuation of raw materials and fuel

For the Company and Target Company, main raw materials required for their production are industrial by-product gypsum and covering paper, and main fuel is coal. During 2013~2015, the ratio of the Company's combined cost of raw materials, fuel and power to its operating cost is 84.50%, 84.28% and 82.56% respectively, and change in the prices of raw materials and fuel impacts directly on the Company's economic benefit. In recent years, the Company has tried to stabilize its production cost through measures like building factories at original places of raw materials and establishing a sound cost control system. In the future, if the prices of raw materials and fuel change remarkably, this will directly lead to the fluctuations of procurement cost, thus posing certain risk to continued, stable growth of the Company's profitability.

### (II) Risk of intensifying industry competition

Gypsum board, which is the principal business of the Company and Target Company as well, is a fully competitive industry, and the currently fierce competition pattern is mainly composed of the Company, only a few foreign enterprises represented by Saint-Gobain, Boral and Knauf, and numerous Chinese small and medium-sized enterprises. Thanks to market restructuring and integration over recent years, especially the "Catalogue for Guiding Industrial Restructuring (2011 Version) (2013 Revision) designates 10 million $m^2$/a or lower gypsum board production lines as elimination category and designates 30 million $m^2$/a or lower gypsum board production lines as restriction category; as a result, a number of small manufacturers with limited production scale, backward technical force, low product class and without proprietary brands have been eliminated. As a result, market concentration and industry entry barriers are heightened and competition order is gradually regulated. Heightened industry concentration also intensifies competition among major enterprises in the industry on resources, technology, brand and talent, thus putting certain pressure on the Company's efforts to increase its market sales and market share continually.

Over recent years, the Company's "Long Pai" gypsum board aimed at high-end market and its "Taishan" gypsum board aimed at mid- and low-end market have altogether enjoyed nearly 50% of domestic market. The competitors for "Long Pai" gypsum board are the foregoing foreign enterprises with world-class production equipment, technology research & development and product quality; the competitors for "Tai Shan" gypsum board are generally numerous domestic small and medium-sized gypsum board manufacturers with low selling prices of products and strong regionality. The Company now has obvious size and technical advantages. However, with the popularization and development of gypsum board industry trending towards green, environmental protection and energy efficiency, the structure of this industry is expected to be further deepened and adjusted. With increasingly fierce competition in the gypsum board industry, the Company is likely to face a risk of increasing pressure from industry competition in the future.

### (III) Risk of fluctuations of real estate industry

BNBMPLC0009706

The development of building materials industry where the Company and Target Company operate is closely related to the operating conditions of macro-economy and is subject to macro-economic factors like size of fixed asset investment and progress of urbanization.

The products of the Company and Target Company are both chiefly aimed at public decoration market and residential housing market, and are primarily applied on real estate projects such as landmark buildings, hotels, office buildings, commercial properties and residences. Therefore, national real estate policies and the development of real estate industry exert certain influence on the Company's production operation. Since 2010, the Chinese government has successively launched a slew of measures on such aspects as land, taxation and purchase restriction to regulate the real estate industry. After the country released the real estate industry regulation policy, the growth rate of real estate industry fell slightly. If the investment size and growth rate of the real estate industry fluctuate largely in the future, such fluctuation will impact the Company's operating performance to some extent.

### V. Downside risks of performance of Target Company

Business development of Target Company is subject to macro-economic and industrial factors. Although Target Company will endeavor to strengthen management and improve efficiency to cope with the impact of adverse factors brought by macro-economic and industrial downturn, there is a possibility that the weak profitability or downside performance of the Target Assets may adversely impact the Company. Therefore, Target Assets of this Transaction has a downside risk of performance.

### VI. Litigation risks

Since 2009, a number of US home owners and home construction companies and others filed multiple lawsuits against dozens of Chinese manufacturers of gypsum board including BNBMPLC and Taishan on the ground of quality defects with the gypsum boards, requiring relevant enterprises to compensate for their alleged losses arising from quality problems of the gypsum boards.

Since 2010, BNBMPLC engaged a renowned US law firm to provide legal consulting services with respect to issues concerning US gypsum board litigation; Taishan engaged both domestic and foreign law firms to represent Taishan for response and defense in the gypsum board litigation in order to protect Taishan's rights and interests. Given the progress of the litigation, BNBMPLC also engaged domestic and foreign law firms in 2015 to represent BNBMPLC for response and defense in the gypsum board litigation in order to protect BNBMPLC's rights and interests.

So far, the litigation involving BNBMPLC and Taishan is still pending. As a result, BNBMPLC and Taishan are unable to determine the number of plaintiffs and properties involved in thelitigation, and it is also difficult to accurately predict possible results of judgments. Both BNBMPLC and Taishan have engaged both domestic and foreign law firms to study and assess responding strategies for the cases and the impacts on BNBMPLC and Taishan. At present, it is difficult to ascertain accurately the potential economic loss to BNBMPLC and Taishan and influence on the profits for the term brought by the litigation.. Therefore,  investors should pay attention to the investment risk..

### VII. Risks of failing to promise performance for this Transaction

This Transaction is about acquiring the shares held by minority shareholders of a

BNBMPLC0009707



controlled subsidiary of Listed Company.  It is confirmed through friendly consultation that both parties to this Transaction do not make the matter of compensating for performance commitment a condition for this Transaction during negotiation on this restructuring issue, and investors are advised to pay attention to the risk of the Counterparties failing to make promise for performance compensation.

**VIII. Risks of increasing appraised value of the Target Assets**

As of the base date of the appraisal, the shareholders' equity attributable to parent company measured on the scale of audited and consolidated 100% stake of Taishan, the Target Company involved in this Transaction is RMB3.2390905bn, with appraised value of RMB11.98714bn, estimated appreciation of RMB8.7480495bn, and estimated appreciation rate of 270.08%. Due to the substantial increase, investors are advised to notice the risk of increasing appraised value of the Target Assets in this Transaction.

BNBMPLC0009708

# Chapter 1 Background and Purpose of This Transaction

**I. Background of this Transaction**

**(I) Accelerated urbanization construction and new countryside construction provide broad market space for gypsum board**

As a large developing country, China is now at the rapid development stage of urbanization, industrialization and marketization and is quickly pushing forward with industrial structural adjustment, development of new industries and urbanization construction. China's urbanization rate has reached 56.10% by the end of 2015 and is expected to exceed 60% by 2020. Meanwhile, Chinese rural economy now shifts from "food and clothing" pattern at the end of the 20th century to "well-off" pattern at the beginning of the 21st century, and the rural housing construction will evolve into "well-off housing" characterized by complete functions, perfect facilities and beautiful environment. The urbanization construction and new countryside construction provide opportunities and broad market space for a new round of continued, rapid development for the new building materials industry, thus providing good fundamental support for the development of the Company.

**(II) Partition materials and wall decoration are key areas of gypsum board market expansion in the future**

Gypsum board is one of the important building and decoration materials, and has such benefits as fire resistance, sound insulation, earthquake resistance, energy saving and low cost when compared with traditional building materials. This building material meets the requirements of green building, helps improve housing functions to satisfy dwelling and office requirements, and is consistent with the national economic development direction of energy efficiency and environmental protection.

In accordance with the "Twelfth Five-Year Development Plan of the New Building Materials Industry" by the MIIT, new wall materials including gypsum board and composite insulation board have been included in development priorities of new building material products; meanwhile, NDRC points out in "Guiding Opinions on the Innovation of Wall Materials during the Twelfth Five-Year Plan Period": "Encourage new wall materials to develop in the direction of light weight, high strength and composite materials, and lay stress on promoting the production and application of multifunctional, composite, integrated new wall materials characterized by energy saving, thermal insulation, high strength, fire resistance, waste utilization and environmental protection. Vigorously develop new wall material products using main materials including coal gangue, fly ash and desulfurization gypsum." This means that the use of gypsum board for wall construction and wall decoration in future will receive strong policy support and have broad market prospect.

**II. Purpose of this Transaction**

**(I) Further straighten out the Company's property relations and strengthen concerted development of the Company's businesses**

With the acquisition of minority interest through this Transaction, Listed Company will turn Taishan into a wholly-owned subsidiary of Listed Company. This will further enhance Listed Company's decision-making efficiency, intensify technical exchange and market synergy between Taishan and Listed Company, boost Listed Company's overall

BNBMPLC0009709



management efficiency, realize more effective deployment of the Company's resources, and promote joint development of Listed Company and its subsidiaries.

**(II) Facilitate the Company's strategic layout and consolidate its leadership in the industry**

As the world's largest gypsum board industrial group, the Company has been a leader in the gypsum board industry. The Company's "Long Pai" gypsum board positioned for high-end market together with its "Tai Shan" gypsum board positioned for mid-and low-end market have obtained nearly 50% share of the domestic market; in the meanwhile, the Company has improved its industrial deployment by setting up production based in almost 30 major cities across China. Upon completion of this Transaction, Taishan will become a wholly-owned subsidiary of the Company. This will further perfect the Company's strategic deployment, increase the Company's market share and core competences, consolidate the competitiveness of core products and industry leadership, and drive the sales of the Company's other products to realize overall performance growth with gypsum board as a pillar.

**(III) Help expand the size of Listed Company's profits and boost Listed Company's sustainable profitability**

Listed Company owns 65% equity of Taishan before this Transaction. After completion of this Transaction, the net profits of Listed Company attributable to parent company will improve accordingly. This will be in the interest of Listed Company's medium and small shareholders.

BNBMPLC0009710

# Chapter 2 Overview of this Transaction

## I. Specific plan for this Transaction

For the purpose of this Transaction, BNBMPLC intends to buy 35% stake in Taishan, its controlled subsidiary, by means of issuing shares. According to the ZhongHePingBaoZi (2015) No.BJV2028 Appraisal Report issued by Zhonghe Appraiser, as of the Appraisal Reference Date, the total equity value of all the shareholders of Taishan as a going concern after appraisal with the income approach, i.e. the appraised value of 100% shares, is RMB11,987,140,000. Based on the said appraised value and after friendly negotiation between the parties to the transaction, it is determined that the transaction price of the Target Assets, i.e. 35% shares of Taishan, is RMB4,195,499,000. The profits of BNBMPLC and the Target Assets, industry market, asset quality, contingent risks and other factors have been fully considered for this Transaction and fair and reasonable arrangements have been made, which will increase the EPS of BNBMPLC.

Upon completion of this Transaction, BNBMPLC will hold direct and indirect 100% stake in Taishan. The consideration paid to Counterparties and the number of shares issued in this Transaction are shown in the following table:

| No. | Counterparties | Consideration (RMB10,000) | Number of shares issued (share) |
|---|---|---|---|
| 1 | Tai'an Guotaimin'an Investment Group Co., Ltd. | 191,794.24 | 171,244,857 |
| 2 | Jia Tongchun | 136,210.50 | 121,616,516 |
| 3 | Tai'an Heda Investment Center(LP) | 8,827.16 | 7,881,390 |
| 4 | Ren Xulian | 8,472.84 | 7,565,034 |
| 5 | Xue Yuli | 5,391.81 | 4,814,113 |
| 6 | Cao Zhiqiang | 5,160.73 | 4,607,793 |
| 7 | Zhu Tenggao | 4,621.55 | 4,126,382 |
| 8 | Lv Wenyang | 3,081.03 | 2,750,921 |
| 9 | Zhang Yanxiu | 3,081.03 | 2,750,921 |
| 10 | Wan Guangjin | 3,081.03 | 2,750,921 |
| 11 | Ren Xue | 3,081.03 | 2,750,921 |
| 12 | Tai'an Xinyi Investment Center(LP) | 2,526.45 | 2,255,756 |
| 13 | Tai'an Wanji Investment Center (LP) | 2,480.23 | 2,214,492 |
| 14 | Tai'an Hongchao Investment Center (LP) | 2,441.72 | 2,180,105 |
| 15 | Tai'an Haozhan Investment Center (LP) | 2,395.50 | 2,138,841 |
| 16 | Tai'an Changyuan Investment Center (LP) | 2,372.39 | 2,118,210 |
| 17 | Tai'an Jinxiu Investment Center (LP) | 2,356.99 | 2,104,455 |
| 18 | Tai'an Xinghe Investment Center (LP) | 2,349.29 | 2,097,578 |
| 19 | Mi Weimin | 2,349.29 | 2,097,578 |
| 20 | Zhang Jianchun | 2,349.29 | 2,097,578 |
| 21 | Tai'an Shunchang Investment Center (LP) | 2,333.88 | 2,083,823 |
| 22 | Tai'an Fanye Investment Center (LP) | 2,310.77 | 2,063,191 |
| 23 | Zhu Jinghua | 2,310.77 | 2,063,191 |

BNBMPLC0009711

| 24 | Li Zuoyi | 2,310.77 | 2,063,191 |
| 25 | Yang Zhengbo | 2,310.77 | 2,063,191 |
| 26 | Qian Kai | 1,540.52 | 1,375,461 |
| 27 | Fu Tinghuan | 1,540.52 | 1,375,461 |
| 28 | Meng Zhaoyuan | 1,540.52 | 1,375,461 |
| 29 | Qin Qingwen | 1,155.39 | 1,031,596 |
| 30 | Hao Kuiyan | 1,155.39 | 1,031,596 |
| 31 | Duan Zhentao | 770.26 | 687,730 |
| 32 | Meng Fanrong | 616.21 | 550,184 |
| 33 | Bi Zhong | 539.18 | 481,411 |
| 34 | Kang Zhiguo | 454.45 | 405,761 |
| 35 | Wang Lifeng | 385.13 | 343,865 |
| 36 | Yue Rongliang | 385.13 | 343,865 |
| 37 | Huang Rongquan | 385.13 | 343,865 |
| 38 | Yuan Chuanqiu | 385.13 | 343,865 |
| 39 | Xu Fuyin | 385.13 | 343,865 |
| 40 | Zhang Guangmiao | 385.13 | 343,865 |
| 41 | Xu Guogang | 338.91 | 302,601 |
| 42 | Chen Xinyang | 338.91 | 302,601 |
| 43 | Li Xiuhua | 331.21 | 295,724 |
| 44 | Liu Mei | 323.51 | 288,847 |
| 45 | Zhang Jijun | 308.10 | 275,092 |
| 46 | Fang Donghua | 285.00 | 254,460 |
| **Total** | | **419,549.90** | **374,598,125** |

**(I) Type and par value of shares issued.**

The shares issued this time are domestic listed RMB-denominatedordinaryshares (A shares), with a par value of RMB1.00.

**(II) Issue method, issue objects and subscribing method**.

Private placement to specific objects will be adopted for this Issue. The issue objects are 10 limited partnerships (including Guotaimin'an Investment, Heda Investment, etc.) as well as 35 natural persons (including Jia Tongchun, etc.) holding 35 shares of Taishan. These shareholders will subscribe with their respective total shares in Taishan.

On June 24, 2016, upon consideration and approval by the 9 partnerships, namely Tai'an Changyuan Investment Center (LP), Tai'an Wanji Investment Center (LP), Tai'an Xinyi Investment Center (LP), Tai'an Haozhan Investment Center (LP), Tai'an Fanye Investment Center (LP), Tai'an Jinxiu Investment Center (LP), Tai'an Xinghe Investment Center (LP), Tai'an Hongchao Investment Center (LP), and Tai'an Changyuan Investment Center (LP), at their respective partner meeting, the 7 natural person counterparties, namely Jia Tongchun, Ren Xulian, Zhang Jianchun, Cao Zhiqiang, Zhu Tenggao, Zhang Yanxiu, and

BNBMPLC0009712

Wan Guangjin, will be respectively transferred certain shares of property of partial limited partners of such limited partnerships and have signed the Agreement for the Transfer of Shares of Property of Partnerships. Up to now, the business registration formalities for the change of partners of the foregoing 9 limited partnerships are underway. In addition, no other changes have happened to any of the foregoing 9 limited partnerships.

On July 22, 2016, the 35 natural persons including Jia Tongchun and 10 limited partnerships including Heda Investment jointly signed the Agreement of Persons Acting in Concert, whereby they agree to become persons acting in concert in this Transaction and the shareholders acting in concert of the listed company after future restructuring.

**(III) Pricing principle of share issue and issue price**

In accordance with the Restructuring Measures, the issue price of listed company shall be no less than 90% of the market reference price. The market reference price shall be one of the Company's average stock trade prices 20 trading days,60 trading days or 120 trading days prior to announcement of the resolution of the Board of Directors in relation to purchase of assets by means of issuing share. Formula of the aforementioned average stock trade prices is: the Company's average stock trade price several trading days prior to the date of announcing the Board's resolution=the Company's total amount of shares traded several trading days prior to the resolution announcement date/the Company's share turnover several trading days prior to the resolution announcement date. If we calculate in accordance with the aforesaid formula, the Company's average stock trade prices 20 trading days,60 trading days and 120 trading days prior to the date of announcing the Board's resolution in relation to purchase of assets by means of issuing shares are RMB31.73/share, RMB28.3/share and RMB25.72/share respectively. Through consultation between parties to the transaction, the issue price of shares issued for the purpose of purchasing assets is 90% of the average stock trade price 120 trading days prior to Pricing Reference Date, i.e., RMB23.15/share, which is in line the relevant provisions of the Restructuring Measures.

It is laid down in the profit distribution plan considered and adopted during BNBMPLC's general meeting of shareholders for 2014 on April 16, 2015 that, profit of RMB300.4710883mn shall be allocated totally based on distribution of cash dividend of RMB4.25 (tax included) per 10 shares, with the total number of shares as of December 31, 2014, i.e.,706.990796mn shares as the base figure, while capital reserve shall be converted to share capital, i.e., every 10 shares of all shareholders shall be increased by 10 shares and the total share capital shall be increased by 706.990796mn shares. The interest distribution shares registration date is June 10, 2015, and the ex-dividend date is June 11, 2015.

On April 11, 2016, the 2015 Plan for Profit Distribution was considered and approved at the 2015 general meeting of the Company. According to the Plan, the Company distributed a total profit of RMB247,446,778.60 to all shareholders, i.e. RMB1.75 (including tax) cash dividend for every 10 shares, based on a total capital of 1,413,981,592 shares as at the end of 2015. The date of equity registration for this distribution May 12, 2016 and the ex-warrant and ex-dividend date is May 13, 2016. As at the date of execution of this Report, the above distribution plan had been accomplished.

According to this profit distribution plan and relevant requirements of the CSRC and the Shenzhen Stock Exchange, the issue price of shares issued for the purpose of purchasing assets shall be given ex-dividend and ex-right status twice in accordance with the following formula. The calculation result shall be carried over, accurate to a cent.

BNBMPLC0009713

