**(II) Capital Increases or Restructuring Carried out by Taishan over the Last Three Years**

Taishan hasn't carried out any capital increases or restructuring over the last three years.

**V. Shareholding Structure and Control Relationship of Taishan**

**(I) Taishan's Shareholding Structure**

As of the signing date of this Report, Taishan's shareholding structure is as follows:



**(II) Taishan's Shareholders**

**1. Profile of Taishan's controlling shareholder**

**(1) Profile of BNBMPLC**

See "Chapter 3 Profile of the Listed Company" of this Report for a profile of BNBMPLC.

**(2) BNBMPLC's shareholding structure**

BNBMPLC's controlling shareholder is CNBMPLC and its actual controller is CNBM Group. For information relating to CNBMPLC, please see "(II) Profile of the Controlling Shareholder" of "IV. Controlling Shareholder and Actual Controller" of "Chapter 3 Profile of the Listed Company" of this Report; for information relating to CNBM Group, please see "(III) Profile of the Actual Controller" of "IV. Controlling Shareholder and Actual Controller" of "Chapter 3 Profile of the Listed Company" of this Report.

**2. Profile of other corporate shareholders and employee shareholders of Taishan**

For a profile of other corporate shareholders and employee shareholders of Taishan, please see "Chapter 4 Profile of the Counterparties" of this Report.

BNBMPLC0009840



## (III) Information on the Subsidiaries of Taishan Gypsum

As of April 30, 2016, Taishan Gypsum has 45 wholly owned and proprietary subsidiaries and 1 equity participation subsidiary. In recent two years, there is no subsidiary of Taishan Gypsum whose total assets, operating revenue, net assets or net profit account for more than 20% of the consolidated total assets, operating revenue, net assets or net profit of Taishan Gypsum.

### 1. Basic information on subsidiaries

| No. | Company Name | Establishment Date | Registered Capital (RMB10,000) | Registration Place | Shareholding (%) | Principal business | Dec. 31, 2015/2015 (RMB10,000) | | | Dec. 31, 2014/2014 (RMB10,000) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total Assets | Equity attributable to owners of parent company | Net profit attributable to owners of parent company | Total Assets | Equity attributable to owners of parent company | Net profit attributable to owners of parent company |
| 1 | Taishan Gypsum(Pizhou) Co. Ltd. | 2002/4/25 | 1,000.00 | Pizhou City, Jiangsu Province | 100.00 | Manufacturing and sale of gypsum boards | 5,577.61 | 4,733.87 | 2,628.06 | 5,933.50 | 5,105.81 | 3,137.43 |
| 2 | Taian Jindun Building Materials Co., Ltd. | 2003/8/14 | 500.00 | Tai'An City, Shandong Province | 100.00 | Manufacturing and sale of building material products | 22,137.56 | 16,252.41 | 2,553.79 | 22,225.40 | 13,698.62 | 2,520.27 |
| 3 | Hubei Taishan Building Materials Co., Ltd. | 2003/8/28 | 1,500.00 | Jingmen City, Hubei Province | 100.00 | Manufacturing and sale of gypsum boards | 16,193.24 | 8,477.19 | 5,692.37 | 16,614.46 | 11,784.82 | 5,600.24 |
| 4 | Taishan Gypsum (Weifang) Co. Ltd. | 2004/8/7 | 1,000.00 | Anqiu City, Shandong Province | 100.00 | Manufacturing and sale of gypsum boards | 9,764.01 | 4,157.39 | 951.77 | 8,971.53 | 3,205.62 | 1,096.46 |
| 5 | Taishan Gypsum (Chongqing) Co. Ltd. | 2005/9/29 | 2,875.00 | Jiangjin City, Chongqing | 100.00 | Manufacturing and sale of gypsum boards | 12,132.63 | 8,538.88 | 2,944.77 | 11,314.21 | 8,594.11 | 3,635.70 |
| 6 | Taishan Gypsum (Hengshui) Co. Ltd. | 2005/11/15 | 500.00 | Hengshui City, Hebei Province | 100.00 | Manufacturing and sale of gypsum boards and gypsum powder | 6,573.37 | 386.69 | -631.83 | 6,791.96 | 1,018.52 | -63.48 |
| 7 | Taishan Gypsum (Yunnan) Co. Ltd. | 2006/1/10 | 1,000.00 | Yimen County, Yunan Province | 100.00 | Manufacturing and sale of gypsum boards | 13,009.26 | 8,385.39 | 4,162.11 | 15,433.13 | 10,223.28 | 4,111.15 |
| 8 | Tai'an   Taishan | 2006/2/16 | 2,000.00 | Tai'An City, | 100.00 | Manufacturing | 2,641.79 | 2,609.78 | 271.02 | 2,370.70 | 2,338.76 | -128.43 |

169

BNBMPLC0009841

| No. | Company | Date | Registered Capital | Location | Ownership | Business Scope | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ...Gypsum board Co. Ltd. | | | Shandong Province | | ...and of gypsum boards | | | | | | |
| 9 | Taishan Gypsum (Shaanxi) Co. Ltd. | 2006/7/20 | 2,000.00 | Weinan City, Shaanxi Province | 100.00 | Manufacturing and sale of gypsum boards | 14,418.07 | 9,332.07 | 3,634.85 | 18,525.06 | 13,697.22 | 4,576.86 |
| 10 | Fuxin Taishan Building Materials Co., Ltd. | 2006/9/27 | 2,000.00 | Fuxin City, Liaoning Province | 100.00 | Manufacturing and sale of gypsum boards | 11,820.66 | 6,798.02 | 2,249.78 | 14,728.33 | 12,548.24 | 2,703.08 |
| 11 | Taishan Gypsum (Wenzhou) Co. Ltd. | 2006/10/13 | 770.00 | Yueqing City, Zhejiang Province | 100.00 | Manufacturing and sale of gypsum boards | 8,781.53 | 1,903.80 | 506.87 | 8,664.65 | 2,896.92 | 1,552.00 |
| 12 | Taishan Gypsum (Henan) Co. Ltd. | 2007/07/12 | 3,000.00 | Yanshi City, Henan Province | 100.00 | Manufacturing and sale of gypsum boards | 27,426.49 | 20,526.50 | 5,758.37 | 28,287.14 | 23,768.13 | 8,576.52 |
| 13 | Taishan Gypsum (Baotou) Co. Ltd. | 2008/03/04 | 500.00 | Baotou City, Inner Mongolia | 100.00 | Manufacturing and sale of gypsum boards | 10,234.56 | 4,664.83 | 2,281.36 | 10,463.07 | 4,383.47 | 2,706.22 |
| 14 | Taishan Gypsum (Tongling) Co. Ltd. | 2008/04/07 | 1,000.00 | Tongling City, Anhui Province | 100.00 | Manufacturing and sale of gypsum boards | 15,202.21 | 9,017.17 | 890.76 | 15,130.35 | 8,126.41 | 2,019.49 |
| 15 | Taishan Gypsum (Jiangxi) Co. Ltd. | 2009/03/16 | 1,500.00 | Fengcheng City, Jiangxi Province | 100.00 | Manufacturing and sale of gypsum boards | 12,300.87 | 4,214.33 | 1,245.06 | 11,125.45 | 4,469.27 | 1,797.66 |
| 16 | Taishan Gypsum (Guangdong) Co. Ltd. | 2009/05/15 | 3,000.00 | Boluo County, Guangdong Province | 100.00 | Manufacturing and sale of gypsum boards | 22,875.48 | 10,298.87 | 1,344.21 | 24,510.70 | 8,954.66 | 1,805.15 |
| 17 | Taishan Gypsum (Yinchuan) Co. Ltd. | 2009/05/15 | 2,400.00 | Yinchuan City, Ningxia | 100.00 | Manufacturing and sale of gypsum boards | 13,691.40 | 8,778.13 | 3,935.02 | 14,745.12 | 11,343.11 | 3,662.75 |
| 18 | Weierda (Liaoning) Environmental Protection Materials Co., Ltd. | 2009/09/02 | 2,000.00 | Fushun City, Liaoning Province | 100.00 | Manufacturing and sale of gypsum boards | 15,911.07 | 2,187.77 | -528.08 | 13,766.89 | 2,715.85 | 930.00 |
| 19 | Taishan Gypsum (Nantong) Co. Ltd. | 2009/11/09 | 10,000.00 | Nantong City, Jiangsu Province | 100.00 | Manufacturing and sale of gypsum boards | 26,806.68 | 18,052.67 | 5,756.64 | 27,974.73 | 19,796.03 | 3,749.26 |
| 20 | Taishan Gypsum (Sichuan) Co. Ltd. | 2010/04/20 | 3,000.00 | Shifang City, Sichuan Province | 100.00 | Manufacturing and sale of gypsum boards | 25,173.25 | 15,060.89 | 5,054.11 | 21,442.84 | 15,006.78 | 6,541.80 |

BNBMPLC0009842

| No. | Company | Date | Capital | Location | Ownership % | Business scope | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 21 | Taishan Gypsum (Liaoning) Co. Ltd. | 2010/11/17 | 3,000.00 | Suizhong County, Liaoning Province | 100.00 | Manufacturing and sale of gypsum boards | 29,736.75 | 12,973.06 | 4,590.10 | 30,355.02 | 8,382.97 | 4,606.59 |
| 22 | Taishan Gypsum (Hubei) Co. Ltd. | 2010/12/10 | 3,000.00 | Wuxue City, Hubei Province | 100.00 | Manufacturing and sale of gypsum boards | 26,500.84 | 14,857.60 | 4,263.69 | 23,871.68 | 10,593.91 | 5,037.77 |
| 23 | Taishan Gypsum (Chaohu) Co. Ltd. | 2011/03/24 | 3,000.00 | Chaohu City, Anhui Province | 100.00 | Manufacturing and sale of gypsum boards | 20,546.93 | 9,559.19 | 3,092.84 | 22,601.78 | 6,466.35 | 3,018.77 |
| 24 | Taishan Gypsum (Liaocheng) Co. Ltd. | 2011/07/08 | 3,000.00 | Liaocheng City, Shandong Province | 100.00 | Manufacturing and sale of gypsum boards | 16,075.59 | 8,757.42 | 4,485.96 | 16,483.10 | 7,271.46 | 3,796.20 |
| 25 | Taishan Gypsum (Jilin) Co. Ltd. | 2012/07/27 | 3,000.00 | Siping City, Jilin Province | 100.00 | Manufacturing and sale of gypsum boards | 2,983.75 | 2,983.75 | 12.89 | 2,970.86 | 2,970.86 | -116.17 |
| 26 | Taishan Gypsum (Xuancheng) Co. Ltd. | 2012/10/11 | 1,000.00 | Xuancheng City, Anhui Province | 100.00 | Manufacturing and sale of gypsum boards | 15,111.34 | 6,751.95 | 3,780.92 | 15,848.62 | 2,971.03 | 2,040.24 |
| 27 | Taishan Gypsum (Suqian) Co. Ltd. | 2013/04/02 | 1,000.00 | Suqian City, Jiangsu Province | 100.00 | Manufacturing and sale of gypsum boards | 7,413.26 | -297.22 | -1,108.47 | 7,356.52 | 811.25 | -125.45 |
| 28 | Taishan Gypsum (Gansu) Co. Ltd. | 2013/08/22 | 3,000.00 | Baiyin City, Gansu Province | 100.00 | Manufacturing and sale of gypsum boards | 6,160.18 | 2,720.34 | -247.18 | 3,398.66 | 2,967.52 | -47.58 |
| 29 | Taishan Gypsum (Longyan) Cement Retarder Co. Ltd. | 2013/09/22 | 1,000.00 | Longyan City, Fujian Province | 100.00 | Manufacturing and sale of cement retarder | 2,336.39 | 1,897.53 | 408.54 | 3,833.77 | 2,988.98 | 1,785.36 |
| 30 | Taishan Gypsum (Guangxi) Co. Ltd. | 2014/01/10 | 3,000.00 | Laibin City, Guangxi | 100.00 | Manufacturing and sale of gypsum boards | 20,104.07 | 3,205.53 | 291.91 | 9,570.87 | 2,913.63 | -86.37 |
| 31 | Taishan Gypsum (Xiangyang) Co. Ltd. | 2014/04/09 | 5,000.00 | Xiangyang City, Hubei Province | 100.00 | Manufacturing and sale of gypsum boards | 12,881.76 | 4,754.51 | -181.82 | 3,558.24 | 2,521.33 | -63.67 |
| 32 | Taishan Gypsum (Xuancheng) Cement Retarder Co. Ltd. | 2014/04/11 | 500.00 | Xuancheng City, Anhui Province | 100.00 | Manufacturing and sale ofphosphorus gypsum cement retarder | 2,555.21 | 233.35 | -257.48 | 1,830.70 | 490.83 | -9.17 |
| 33 | Taishan Gypsum (Dongying) Co. Ltd. | 2014/08/19 | 3,000.00 | Lijin County, Shandong Province | 100.00 | Manufacturing and sale of gypsum | 9,383.21 | 2,802.37 | -186.31 | 1,557.25 | 1,298.68 | -11.32 |

171

BNBMPLC0009843

| No. | Company | Date | Capital | Location | % | Business | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | Taian Tailun Paper Co. Ltd. | 2014/12/17 | 3,000.00 | TaiAn City, Shandong Province | 100.00 | Manufacturing and sale ofgypsum boards | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 35 | Taishan Gypsum (Yibin) Co. Ltd. | 2015/03/16 | 3,000.00 | Yibin City, Sichuan Province | 100.00 | Manufacturing and sale of gypsum boards | 821.21 | 820.68 | -29.32 | - | - | - |
| 36 | Guizhou Huangguan New Building Materials Co., Ltd. | 2011/08/18 | 10,000.00 | Jinsha County, Guizhou Province | 89.00 | Manufacturing and sale of gypsum boards | 21,125.60 | 10,108.87 | 1,192.35 | - | - | - |
| 37 | Taishan Gypsum (Jiyuan) Co. Ltd. | 2013/08/02 | 3,000.00 | Jiyuan City, Henan Province | 85.00 | Manufacturing and sale of gypsum boards | 15,110.37 | 4,436.45 | 1,510.24 | 8,553.52 | 2,926.21 | -76.88 |
| 38 | Qinhuangdao Taishan Building Materials Co., Ltd. | 2002/4/30 | 1,500.00 | Qinhuangdao City, Hebei Province | 70.00 | Manufacturing and sale of gypsum boards | 5,683.57 | 3,541.67 | 1,012.94 | 7,212.30 | 4,113.18 | 1,584.45 |
| 39 | Taishan Gypsum (Jiangyin) Co. Ltd. | 2004/4/21 | 4,800.00 | Jiangyin City, Jiangsu Province | 70.00 | Manufacturing and sale of gypsum boards | 52,364.22 | 50,170.20 | 5,444.09 | 46,477.51 | 44,726.11 | 4,336.77 |
| 40 | Taishan Gypsum (Pingshan) Co. Ltd. | 2006/6/16 | 2,000.00 | Pingshan County, Hebei Province | 70.00 | Manufacturing and sale of gypsum boards | 8,694.65 | 5,861.71 | 2,803.04 | 12,134.10 | 5,971.35 | 2,912.68 |
| 41 | Taishan Gypsum (Xiangtan) Co. Ltd. | 2007/01/30 | 1,200.00 | Xiangtan City, Hunan Province | 70.00 | Manufacturing and sale of gypsum boards | 9,200.62 | 3,739.53 | 1,797.50 | 10,057.86 | 5,066.36 | 1,773.62 |
| 42 | Taishan Gypsum (Weihai) Co. Ltd. | 2012/11/28 | 2,000.00 | Rushan City, Shandong Province | 70.00 | Manufacturing and sale of gypsum boards | 17,268.16 | 7,278.95 | 5,002.76 | 16,066.62 | 4,761.91 | 2,769.53 |
| 43 | Guizhou Taifu Gypsum Co. Ltd. | 2009/11/24 | 5,000.00 | Fquan City, Guizhou Province | 60.00 | Manufacturing and sale of gypsum boards | 13,323.57 | 12,615.87 | 1,520.42 | 12,174.72 | 11,095.44 | 2,164.39 |
| 44 | Taishan Gypsum (Fujian) Co. Ltd. | 2012/06/20 | 5,000.00 | Longyan City, Fujian Province | 60.00 | Manufacturing and sale of gypsum boards | 19,936.56 | 6,779.20 | 1,198.23 | 15,773.71 | 5,580.97 | -368.93 |
| 45 | Taishan Gypsum Chongqing Qijiang Co., Ltd. | 2015/08/04 | 3,000.00 | Qijiang District, Chongqing | 100.00 | Manufacturing and sale of gypsum boards | 20.01 | 0.00 | 0.00 | - | - | - |

172

BNBMPLC0009844

## 2. Basic information on equity participation subsidiary

| No. | Company Name | Establishment Date | Registered Capital (RMB10,000) | Registration Place | Shareholding (%) | Principal business | Dec.. 31, 2015/ 2015 (RMB10,000) | | | Dec. 31, 2014/2014 (RMB10,000) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total Assets | Equity attributable to owners of parent company | Net profit attributable to owners of parent company | Total Assets | Equity attributable to owners of parent company | Net profit attributable to owners of parent company |
| 1 | Xinjiang Tianshan Building Materials Plaster Products Co., Ltd. | 2002/12/3 | 2,000.00 | Urumchi City, Xinjiang | 25.00 | Manufacturing and sale of gypsum boards | 1,537.71 | -287.36 | -200.27 | 1,818.83 | -87.09 | -178.04 |

173

BNBMPLC0009845

## VI. Organizational structure & personnel structure of Taishan

(I) Organizational structure of Taishan



### (II) Personnel structure of Taishan

As of March 31, 2016, the personnel structure of Taishan is listed in below tables:

### 1. Personnel technical structure

| Item | Number | % of total staff number |
|---|---|---|
| Production staff | 6,010 | 76.17% |
| Technical Staff | 650 | 8.24% |
| Sales staff | 550 | 6.97% |
| Management staff | 500 | 6.33% |
| Financial staff | 180 | 2.29% |
| **Total** | 7,890 | 100.00% |

### 2. Personnel educational background structure

| Item | Number | % of total staff number |
|---|---|---|
| University and above (university included) | 800 | 10.14% |
| Junior colleague and below (Junior colleague included) | 7,090 | 89.86% |

BNBMPLC0009846

| | | |
|---|--:|--:|
| **Total** | 7,890 | 100.00% |

### 3. Personnel age structure

| Item | Number | % of total staff number |
|---|--:|--:|
| 41 years and older | 760 | 9.63% |
| 31-40 years | 3,400 | 43.09% |
| 20-30 years | 3,730 | 47.28% |
| **Total** | 7,890 | 100.00% |

### VII. Major accounting data and financial indicators of Taishan

According to the Auditor's Reports on Taishan Gypsum Co., Ltd.(TianZhiYeZi (2015) No.11147, TianZhiYeZi (2015) No.11147-1 and TianZhiYeZi (2016) No.9523-1) issued by Baker Tilly CPA, the consolidated financials of Taishan during report period are as follows:

### (I) Balance sheet

Unit: RMB10,000

| Item | December 31, 2015 | December 31, 2014 | December 31, 2013 |
|---|--:|--:|--:|
| Total assets | 764,586.96 | 711,364.81 | 599,476.27 |
| Total liabilities | 348,908.80 | 337,394.19 | 279,199.62 |
| Owner's equity attributable to owners of parent company | 391,256.63 | 352,275.75 | 300,182.67 |
| Total owner's equity | 415,678.16 | 373,970.62 | 320,276.65 |

### (II) Profit statement

Unit: RMB10,000

| Item | 2015 | 2014 | 2013 |
|---|--:|--:|--:|
| Operating income | 544,138.54 | 582,110.43 | 518,840.98 |
| Operating cost | 382,525.49 | 417,181.24 | 361,040.56 |
| Operating profit | 105,757.52 | 111,860.60 | 110,509.20 |
| Total profit | 105,618.00 | 118,435.35 | 114,081.01 |
| Net profit | 91,718.21 | 104,705.34 | 100,438.13 |
| Net profit attributable to shareholders of parent company | 88,980.88 | 102,050.54 | 97,856.93 |
| Net profit attributable to shareholders of parent company after deduction of non-recurring gains and losses | 90,011.33 | 96,673.86 | 94,835.35 |

BNBMPLC0009847

## (III) Key financials

Unit: %

| Item | December 31, 2015 | December 31, 2014 | December 31, 2013 |
|------|-------------------|-------------------|-------------------|
| Liability/asset ratio | 45.63 | 47.43 | 46.57 |
| Gross profit margin | 29.70 | 28.33 | 30.41 |
| Weighted average ROE | 23.93 | 31.28 | 36.75 |
| Fully diluted ROE | 22.74 | 28.97 | 32.60 |

## (IV) Extraordinary items

Unit: RMB10,000

| Item | 2015 | 2014 | 2013 |
|------|------|------|------|
| Gains and losses from disposal of non-current assets, including write-off part of drawn impairment of assets | -43.11 | -286.90 | -756.29 |
| Government subsidies included into current gains and losses, except for those closely related to the Company's business, compliant with national policies and regulations, and granted continuously according to a certain standard quota or amount | 5,568.49 | 6,936.29 | 4,385.36 |
| Earnings generated from that investment costs incurred by enterprise to obtain subsidiary, associate and joint venture are less than fair value of identifiable net assets of the invested entity at the time of investment | 3,408.04 | - | - |
| Gains and losses from changes in fair value that are generated from financial assets measured at fair value with changes included into current gains and losses and financial liabilities measured at fair value with changes included into current gains and loss, and return on investment generated from disposal of financial assets measured at fair value with changes included into current gains and losses, financial liabilities measured at fair value with changes included into current gains and loss and available-for-sale financial assets in addition to effective hedging related business related to normal operation of company | 66.42 | 160.27 | 104.30 |
| Other non-operating income and expenditure in addition to the items | -9,072.94 | -74.65 | -57.26 |

BNBMPLC0009848

| Item | 2015 | 2014 | 2013 |
|------|------|------|------|
| above | | | |
| **Total of extraordinary items** | -73.10 | **6,735.02** | **3,676.11** |
| Less: amount affected by income tax | 959.28 | 1,357.35 | 713.36 |
| **Total of extraordinary items after income tax impact** | **-1,032.38** | **5,377.67** | **2,962.76** |

Within the reporting periods, Taishan's extraordinary items are mainly government grants, i.e. RMB43,853,600, RMB69,362,900 and RMB55,684,900 respectively. In 2005, Taishan's purchase of Guizhou Crown New Building Materials Co., Ltd. generates an income of RMB34,080,400 and other non-operating expenses are mainly lawyer's costs, settlement expenses and other costs paid in connection with the US litigation (RMB91,722,200 in total). In addition, within the reporting periods, the amounts of Taishan's other extraordinary items are smaller, thus having no substantial effect on its profits

### (V) Profit distribution over the past 3 years

On April 10, 2015, Taisha held the general meeting of shareholders for 2014, passing the Profit Distribution Proposal of the Company for 2014 by voting. According to the resolution of the shareholders' meeting, cash dividends of RMB500mn shall be allocated to all shareholders.

On May 13, 2014, Taishan held the general meeting of shareholders for 2013, passing the Profit Distribution Proposal of the Company for 2013 by voting. According to the resolution of the shareholders' meeting, cash dividends of RMB500mn shall be allocated to all shareholders.

On April 23, 2013, Taishan held the general meeting of shareholders for 2012, passing the Profit Distribution Proposal of the Company for 2012 by voting. According to the resolution of the shareholders' meeting, cash dividends of RMB300mn shall be allocated to all shareholders.

### VIII. Primary assets, external guarantees and major liabilities of Taishan

### (I) Major Assets

Within the reporting period, the major assets of Taishan are as follows:

Unit: RMB10,000

| Item | December 31, 2015 | December 31, 2014 | December 31, 2013 |
|------|------|------|------|
| **Current assets** | | | |
| Monetary funds | 50,901.97 | 70,638.85 | 54,504.24 |
| Notes receivable | 211.35 | 288.00 | 351.04 |
| Accounts receivable | 4,788.73 | 2,390.91 | 4,599.75 |
| Prepayments | 21,871.07 | 28,117.82 | 32,254.83 |
| Other receivables | 2,313.76 | 2,303.35 | 2,018.13 |
| Inventories | 100,848.01 | 111,758.51 | 88,883.11 |
| Other current assets | 23,000.00 | - | - |
| **Total current assets** | 203,934.88 | **215,497.43** | **182,611.10** |

BNBMPLC0009849



| Non-current assets | | | |
|---|---|---|---|
| Long-term equity investments | - | - | 38.33 |
| Fixed assets | 442,974.75 | 366,897.50 | 333,478.41 |
| Construction in progress | 44,177.68 | 72,708.40 | 45,375.79 |
| Intangible assets | 71,594.94 | 54,141.12 | 36,381.50 |
| Goodwill | 370.66 | 370.66 | 334.22 |
| Long-term deferred expenses | 1,095.83 | 1,097.24 | 681.67 |
| Deferred income tax assets | 438.21 | 652.47 | 575.25 |
| **Total non-current assets** | 560,652.07 | **495,867.38** | **416,865.17** |
| **Total assets** | **764,586.96** | **711,364.81** | **599,476.27** |

BNBMPLC0009850



# 1. Houses and buildings

As of December 31, 2015, the book value of the houses and buildings of Taishan is RMB1,750,819,000.

## (1) Houses and buildings with house ownership certificate/property ownership certificate

As of April 30, 2016, Taishan and its subsidiaries have had 128 houses and buildings with house ownership certificate/property ownership certificate, whose floor area totals 833,212.17m², specifically including:

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
| 1 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2009) No.D-0193 | Tai Fang Quan Zheng Tai Zi No.166289 | Building 1#, Building 2#, Building 3#, Building 4#, Building 5# at Beixiyao Village in Tai'an City | Non-residential | 11,390.38 | Mortgaged |
| 2 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2009) No.D-0193 | Tai Fang Quan Zheng Tai Zi No.166290 | Building 6 #, Building 7#, Building 8# at Beixiyao Village in Tai'an City | Non-residential | 1,546.64 | Mortgaged |
| 3 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2009) No.D-0194 | Tai Fang Quan Zheng Tai Zi No.166301 | Building 11#, Building 12#, Building 13# at Houzhou Village in Tai'an City | Non-residential | 1,520.27 | Mortgaged |
| 4 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2009) No.D-0194 | Tai Fang Quan Zheng Tai Zi No.166302 | Tai'an CityHouzhou Village Building 10#, Building 6# Building 7# Building 8#, Building 9# | Non-residential | 1,517.76 | Mortgaged |
| 5 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2009) No.D-0194 | Tai Fang Quan Zheng Tai Zi No.166303 | Tai'an CityHouzhou Village Building 1#, Building 2#, Building 3#, Building 4#, Building 5# | Non-residential | 18,155.41 | Mortgaged |
| 6 | Taishan Gypsum Co. | Tai Tu Guo Yong (2010) No.T0411 | Tai Fang Quan Zheng Tai Zi | North No.265, Easter Section of Taishan | Non-residential | 5,730.57 | Mortgaged |

BNBMPLC0009851

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
| 7 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2009) No.T-0371 | Tai Fang Quan Zheng Tai Zi No.162058 | Building 1#, Building 2# at Section C, Western Side of Haoli Mountain, Tai'an City Street, Tai'an City | Non-residential | 2,669.77 | Mortgaged |
| 8 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2014) Zi No.T-1074 | Tai Fang Quan Zheng Tai Zi No.255367 | No.21, Eastern Row of Commodity Wholesale Market, Taishan Trade Center, Tai'an City | Non-residential | 68.18 | None |
| 9 | Taishan Gypsum Co. Ltd. | Lu Guo Tu Zi Guo Yong (2012) No.1404220266 | Lu Fang Quan Zheng Gu Fen Zhi Zi No.00194 | Yanlizhuang Village, Shihui Township, Lucheng City | Factory building | 19,316.00 | None |
| 10 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266056 | Qin Huang Dao Shi Fang Chang ZhengQin FangZi No.000088310 | No.1-502, Building 9#, Section C, Oriental Pearl Community, Haigang District | Residence | 78.13 | None |
| 11 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266057 | Qin Huang Dao Shi Fang Chang ZhengQin Fang Zi No.000088311 | No.2-102, Building 9#, Section C, Oriental Pearl Community, Haigang District | Residence | 78.13 | None |
| 12 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266058 | Qin Huang Dao Shi Fang Chang Zheng. Qin Fang Zi No.000088308 | No.1-401, Building 9#, Section C, Oriental Pearl Community, Haigang District | Residence | 70.76 | None |
| 13 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266059 | Qin Huang Dao Shi Fang Chang Zheng.Qin Fang Zi No.000088332 | No.2-302, Building 9#, Section C, Oriental Pearl Community, Haigang District | Residence | 78.13 | None |
| 14 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266060 | Qin Huang Dao Shi Fang Chang ZhengQin Fang Zi No.000088337 | No.1-302, Building 9#, Section C, Oriental Pearl Community, Haigang District | Residence | 78.13 | None |
| 15 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266061 | Qin Huang Dao Shi Fang Chang Zheng.Qin Fang Zi No.000088314 | No.1-102, Building 9#, Section C, Oriental Pearl Community, Haigang District | Residence | 78.13 | None |

180

BNBMPLC0009852

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
| 16 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266062 | Qin Huang Dao Shi Fang Chang Zheng Qin Fang Zi No.000088336 | No.1-202, Building 9#, Section C, Oriental Pearl Community, Haigang District | Residence | 78.13 | None |
| 17 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266063 | Qin Huang Dao Shi Fang Chang Zheng Qin Fang Zi No.000088339 | No.3-501, Building 10#, Section C, Oriental Pearl Community, Haigang District | Residential | 90.38 | None |
| 18 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266064 | Qin Huang Dao Shi Fang Chang Zheng Qin Fang Zi No.000088305 | No.1-101, Building 9#, Section C, Oriental Pearl Community, Haigang District | Residential | 70.76 | None |
| 19 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266065 | Qin Huang Dao Shi Fang Chang Zheng Qin Fang Zi No.000088306 | No.2-502, Building 9#, Section C, Oriental Pearl Community, Haigang District | Residential | 78.13 | None |
| 20 | Hubei Taishan Building Materials Co., Ltd. | Jing Guo Yong (2004) No.0104500256 | Jing Men Shi Fang Quan Zheng Duo Dao Qu Zi No.10004700 | Duodao High Technology Development Area | Factory building/Dormitory/Residential | 21,960.00 | None |
| 21 | Hubei Taishan Building Materials Co., Ltd. | Jing Guo Yong (2004) No.0104500256 | Jing Men Shi Fang Quan Zheng Duo Dao Qu Zi No.10004701 | Duodao High Technology Development Area | Office occupancy/Factory building | 3,420.51 | None |
| 22 | Hubei Taishan Building Materials Co., Ltd. | Jing Guo Yong (2004) No.0104500256 | Jing Men Shi Fang Quan Zheng Kai Fa Qu Zi No.10010754 | Production Workshop, Product Warehouse (of Taishan Building Materials), No.19, Yingchun Avenue, High Technology Development Area | Industrial, Warehousing | 10,914.60 | None |
| 23 | Hubei Taishan | Jing Guo Yong (2004) | Jing Men Shi Fang Quan Zheng Kai | 3 domitory buildings (of Taishan Building | Dormitory | 3,953.04 | None |

181

BNBMPLC0009853

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
| | Building Materials Co., Ltd. | No.01040500256 | Fa Qu Zi No.10010914 | Materials), No.19, Yingchun Avenue, High Technology Development Area | | | |
| 24 | Hubei Taishan Building Materials Co., Ltd. | Jing Guo Yong (2004) No.01040500256 | Jing Men Shi Fang Quan Zheng Kai Fa Qu Zi No.10010915 | 3 factory buildings (of Taishan Building Materials), No.19, Yingchun Avenue, High Technology Development Area | Industrial | 8,716.38 | None |
| 25 | Hubei Taishan Building Materials Co., Ltd. | Jing Guo Yong (2004) No.01040500256 | Jing Men Shi Fang Quan Zheng Kai Fa Qu Zi No.10010916 | 1 dormitory building (of Taishan Building Materials), No.19, Yingchun Avenue, High Technology Development Area | Dormitory | 3,924.48 | None |
| 26 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2010) No.030 | An Qiu Fang Quan Zheng Xin An Zi No.0063926 | West 1#, Xuejiazhuang Village, Anqiu Economic and Technological Development Zone | Production Workshop | 19,903.97 | None |
| 27 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2010) No.030 | An Qiu Fang Quan Zheng Xin An Zi No.0063927 | West 2#, Xuejiazhuang Village, Anqiu Economic and Technological Development Zone | Office | 1,756.83 | None |
| 28 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2010) No.030 | An Qiu Fang Quan Zheng Xin An Zi No.0063928 | West 3#, Xuejiazhuang Village, Anqiu Economic and Technological Development Zone | Dormitory | 546 | None |
| 29 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2010) No.030 | An Qiu Fang Quan Zheng Xin An Zi No.0063941 | West 6#, Xuejiazhuang Village, Anqiu Economic and Technological Development Zone | Garage | 28 | None |
| 30 | Taishan | An Guo Yong | An Qiu Fang Quan | West 7#, | Janitor's room | 48.68 | None |

182

BNBMPLC0009854

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
|  | Gypsum (Weifang) Co. Ltd. | (2010) No.030 | Zheng Xin An Zi No.0063942 | Xuejiazhuang Village, Anqiu Economic and Technological Development Zone |  |  |  |
| 31 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2010) No.030 | An Qiu Fang Quan Zheng Xin An Zi No.0063943 | West 8#, Xuejiazhuang Village, Anqiu Economic and Technological Development Zone | Janitor's room | 39.99 | None |
| 32 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2010) No.030 | An Qiu Fang Quan Zheng Xin An Zi No.0063944 | West 9#, Xuejiazhuang Village, Anqiu Economic and Technological Development Zone | Workshop | 1,246.16 | None |
| 33 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2010) No.030 | An Qiu Fang Quan Zheng Xin An Zi No.0063945 | West 10#, Xuejiazhuang Village, Anqiu Economic and Technological Development Zone | Workshop | 1,450.13 | None |
| 34 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2010) No.030 | An Qiu Fang Quan Zheng Xin An Zi No.0063946 | West 11#, Xuejiazhuang Village, Anqiu Economic and Technological Development Zone | Water pump house | 125.24 | None |
| 35 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2010) No.030 | An Qiu Fang Quan Zheng Xin An Zi No.0063947 | West 12#, Xuejiazhuang Village, Anqiu Economic and Technological Development Zone | Phosphogypsum shed | 1,609.25 | None |
| 36 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2010) No.030 | An Qiu Fang Quan Zheng Xin An Zi No.0063948 | West 4#, Xuejiazhuang Village, Anqiu Economic and Technological Development Zone | Dormitory | 546 | None |
| 37 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2010) No.030 | An Qiu Fang Quan Zheng Xin An Zi No.0063949 | West 5#, Xuejiazhuang Village, Anqiu Economic and | Kitchen | 75.6 | None |

183

BNBMPLC0009855

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
|  | Co. Ltd. |  |  | Technological Development Zone |  |  | None |
| 38 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2010) No.030 | An Qiu Fang Quan Zheng Cheng Qu Zi No.0093400 | 13#, Anqiu Economic and Technological Development Zone | Dormitory building | 1142.78 | None |
| 39 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2010) No.030 | An Qiu Fang Quan Zheng Cheng Qu Zi No.0093401 | 14#, Anqiu Economic and Technological Development Zone | Dormitory building | 4078.14 | None |
| 40 | Taishan Gypsum (Jiangyin) Co. Ltd. | Cheng Tu Guo Yong (2010) No.19459 | Cheng Fang Quan Zheng Jiang Yin Zi No.fsg0009730 | 9 Yishan Road, Shengang Town, Jiangyin City | Non-residential | 21,358.78 | None |
| 41 | Taishan Gypsum (Jiangyin) Co. Ltd. | Cheng Tu Guo Yong (2009) No.29914 | Cheng Fang Quan Zheng Jiang Yin Zi No.fsg0006471 | 9 Yishan Road, Shengang Town, Jiangyin City | Non-residential | 19,722.02 | None |
| 42 | Fuxin Taishan Building Materials Co., Ltd. | Fu Xin Guo Yong (2007) Zi No.20 | Fu Fang Quan Zheng Hai Zhou Qu Zi No.001-13-97 | Northern Section, Pingxi Industrial Park, Haizhou District | Dormitory | 4,432.63 | None |
| 43 | Fuxin Taishan Building Materials | Fu Xin Guo Yong (2007)Zi No.20 | Fu Fang Quan Zheng Hai Zhou Qu Zi No.001-13-98 | Northern Section, Pingxi Industrial Park, Haizhou District | Factory building | 15,571.43 | None |
| 44 | Fuxin Taishan Building Materials | Fu Xin Guo Yong (2007)Zi No.20 | Fu Fang Quan Zheng Hai Zhou Qu Zi No.001-13-99 | Northern Section, Pingxi Industrial Park, Haizhou District | Office building | 906.5 | None |
| 45 | Taishan Gypsum (Henan) Co. Ltd. | Yan Guo Yong (2010) No.080038 | Yan Shi Shi Fang Quan Zheng (2010) Zi No.00032288 | Building 6#, Shouyangshan Industrial Park, North Side of Beihuan Road, Shouyangshan Town | Industrial | 3,744.00 | None |

184

BNBMPLC0009856

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
| 46 | Taishan Gypsum (Henan) Co. Ltd. | Yan Guo Yong (2010) No.080038 | Yan Shi Shi Fang Quan Zheng (2010) Zi No.00032289 | Building 1#, Shouyangshan Industrial Park, North Side of Beihuan Road, Shouyangshan Town | Office building | 1,087.08 | None |
| 47 | Taishan Gypsum (Henan) Co. Ltd. | Yan Guo Yong (2010) No.080038 | Yan Shi Shi Fang Quan Zheng (2010) Zi No.00032290 | Building 5#, Shouyangshan Industrial Park, North Side of Beihuan Road, Shouyangshan Town | Industrial | 16,800.00 | None |
| 48 | Taishan Gypsum (Henan) Co. Ltd. | Yan Guo Yong (2010) No.080038 | Yan Shi Shi Fang Quan Zheng (2010) Zi No.00032291 | Shouyangshan Industrial Park, North Side of Beihuan Road, Shouyangshan Town Building 2# | Other | 928.06 | None |
| 49 | Taishan Gypsum (Henan) Co. Ltd. | Yan Guo Yong (2010) No.080038 | Yan Shi Shi Fang Quan Zheng (2010) Zi No.00032292 | Shouyangshan Industrial Park, North Side of Beihuan Road, Shouyangshan Town Building 3# | Independent residence | 5,430.06 | None |
| 50 | Taishan Gypsum (Henan) Co. Ltd. | Yan Guo Yong (2010) No.080038 | Yan Shi Shi Fang Quan Zheng (2012) Zi No.00037919 | Building 9#, Shouyangshan Industrial Park, North Side of Beihuan Road, Shouyangshan Town | Industrial warehousing | 9,406.62 | None |
| 51 | Taishan Gypsum (Henan) Co. Ltd. | Yan Guo Yong (2010) No.080038 | Yan Shi Shi Fang Quan Zheng (2012) Zi No.00037920 | Shouyangshan Industrial Park, North Side of Beihuan Road, Shouyangshan Town Building 7# | Industrial warehousing | 5,430.12 | None |
| 52 | Taishan Gypsum (Henan) Co. Ltd. | Yan Guo Yong (2010) No.080038 | Yan Shi Shi Fang Quan Zheng (2012) Zi No.00037922 | Shouyangshan Industrial Park, North Side of Beihuan Road, Shouyangshan Town Building 8# | Industrial | 4,100.30 | None |
| 53 | Taishan | Tong Guo Yong | Fang Di Quan | Factory Building 2# | Factory building | 3,877.47 | Mortgaged |

185

BNBMPLC0009857

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
|  | Gypsum (Tongling) Co. Ltd. | (2008) No.426 | Zheng Tong Fang (2014) Zi No.02082 | (of Taishan Gypsum), Tongling Jinqiao Industry Zone |  |  | Mortgaged |
| 54 | Taishan Gypsum (Tongling) Co. Ltd. | Tong Guo Yong (2008) No.426 | Fang Di Quan Zheng Tong Fang (2014) Zi No.02083 | Factory Building 1# (of Taishan Gypsum), Tongling Jinqiao Industry Zone | Factory building | 17,013.60 | Mortgaged |
| 55 | Taishan Gypsum (Tongling) Co. Ltd. | Tong Guo Yong (2008) No.426 | Fang Di Quan Zheng Tong Fang (2014) Zi No.02084 | Technology Building #1 (of Taishan Gypsum), Tongling Jinqiao Industry Zone | Science and technology | 4,139.22 | Mortgaged |
| 56 | Taishan Gypsum (Tongling) Co. Ltd. | Tong Guo Yong (2008) No.426 | Fang Di Quan Zheng Tong Fang (2014) Zi No.02085 | Technology Building #2 (of Taishan Gypsum), Tongling Jinqiao Industry Zone | Science and technology | 3,900.72 | Mortgaged |
| 57 | Taishan Gypsum (Tongling) Co. Ltd. | Tong Guo Yong (2008) No.426 | Fang Di Quan Zheng Tong Fang (2014) Zi No.02482 | Canteen,1–2F Office Building (of Taishan Gypsum), Tongling Jinqiao Industry Zone | Canteen | 465.32 | Mortgaged |
| 58 | Taishan Gypsum (Tongling) Co. Ltd. | Tong Guo Yong (2008) No.426 | Fang Di Quan Zheng Tong Fang (2014) Zi No.02483 | 1–3F Office Building (of Taishan Gypsum), Tongling Jinqiao Industry Zone | Office | 1,304.25 | Mortgaged |
| 59 | Taishan Gypsum (Tongling) Co. Ltd. | Tong Guo Yong (2008) No.426 | Fang Di Quan Zheng Tong Fang (2015) Zi No.08886 | high-end gypsum board expanded workshop (of Taishan Gypsum), Tongling Jinqiao Industry Zone | Workshop | 5,065.30 | None |
| 60 | Taishan Gypsum (Tongling) Co. Ltd. | Tong Guo Yong (2008) No.426 | Fang Di Quan Zheng Tong Fang (2015) Zi No.08887 | High-end gypsum board factory building (of Taishan Gypsum), Tongling Jinqiao Industry Zone | Factory building | 9,351.50 | None |
| 61 | Taishan Gypsum (Baotou) Co. | Tu Guo Yong (2015)Zi No.034 | Meng Fang Quan Zheng Nei Meng Gu Zi Zhi Qu Zi | Goumen Town Industrial Park, Tuyou Banner, Baotou City, | Industrial | 1,207.21 | None |

BNBMPLC0009858

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
| | Ltd. | | No.187010903220 | Inner Mongolia Autonomous Region | | | |
| 62 | Taishan Gypsum (Baotou) Co. Ltd. | Tu Guo Yong (2015)Zi No.034 | Meng Fang Quan Zheng Nei Meng Gu Zi Zhi Qu Zi No.187010903221 | Goumen Town Industrial Park, Tuyou Banner, Baotou City, Inner Mongolia Autonomous Region | Industrial | 14,198.08 | None |
| 63 | Taishan Gypsum (Baotou) Co. Ltd. | Tu Guo Yong (2015)Zi No.034 | Meng Fang Quan Zheng Nei Meng Gu Zi Zhi Qu Zi No.187010903222 | Goumen Town Industrial Park, Tuyou Banner, Baotou City, Inner Mongolia Autonomous Region | Residential | 5,439.65 | None |
| 64 | Taishan Gypsum (Baotou) Co. Ltd. | Tu Guo Yong (2015)Zi No.034 | Meng Fang Quan Zheng Nei Meng Gu Zi Zhi Qu Zi No.187010903223 | Goumen Town Industrial Park, Tuyou Banner, Baotou City, Inner Mongolia Autonomous Region | Office | 1,026.56 | None |
| 65 | Taishan Gypsum (Yinchuan) Co. Ltd. | Yin Guo Yong (2009) No.08321 | Fang Quan Zheng Xi Xia Qu Zi No.2009015287 | Plate-making workshop and Pulverization workshop,221 Jiaming Street, Yinchuan Economic and Technological Development Area, Xixia District | Workshop | 5,092.92 | None |
| 66 | Taishan Gypsum (Yinchuan) Co. Ltd. | Yin Guo Yong (2010) No.04416 | Fang Quan Zheng Xi Xia Qu Zi No.2012060054 | Production Workshop,101 West Jimin Road, Xixia District | Workshop | 19,004.71 | None |
| 67 | Taishan Gypsum (Yinchuan) Co. Ltd. | Yin Guo Yong (2010) No.04416 | Fang Quan Zheng Xi Xia Qu Zi No.2012060055 | Staff Apartment Building,101 West Jimin Road, Xixia District | Apartment | 5,480.94 | None |
| 68 | Taishan Gypsum (Yinchuan) | Yin Guo Yong (2010) No.04416 | Fang Quan Zheng Xi Xia Qu Zi No.2012060056 | 101 West Jimin Road, Xixia District, Employee Canteen | Canteen | 513.92 | None |

187

BNBMPLC0009859

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
| 69 | Taishan Gypsum (Yinchuan) Co. Ltd. | Yin Guo Yong (2010) No.04116 | Fang Quan Zheng Xi Xia Qu Zi No.2012060057 | 101 West Jimin Road, Xixia District Office building | Office | 947.49 | None |
| 70 | Taishan Gypsum (Shaanxi) Co. Ltd. | Wei Lin Guo Yong (2009) No.068 | Wei Fang Quan Zheng Deng You Zi No.230374-1 | 1#,2#,3#, Weibei Industrial Park | Office | 12,594.12 | |
| 71 | Taishan Gypsum (Shaanxi) Co. Ltd. | Wei Lin Guo Yong (2009) No.068 | Wei Fang Quan Zheng Deng You Zi No.230374-2 | 4#,5#, Weibei Industrial Park | Other | 4,595.00 | None |
| 72 | Taishan Gypsum (Shaanxi) Co. Ltd. | Wei Lin Guo Yong (2009) No.068 | Wei Fang Quan Zheng Deng You Zi No.230710 | 6F (Factory building), Taishan Gypsum (Shaanxi) Co. Ltd., Weinan Economic and Technological Development Zone | — | 14,899.81 | None |
| 73 | Taishan Gypsum (Yunan) Co. Ltd. | Yi Liu Guo Yong (2009) No.Bian 19 | Yi Fang Quan Zheng Yi Men Xian Zi No.0020297 | Sanjia Village, Liujie Town, Yimen County | Complex building | 27,284.80 | Mortgaged |
| 74 | Taishan Gypsum (Sichuan) Co. Ltd. | Shi Guo Yong (2016) No.00189 | Shi Fang Quan Zheng Jing Kai Qu Zi No.C0010097 1-1 | Canteen of Taishan Gypsum (Sichuan) Co. Ltd.,20 Lantian Avenue, Shifang Economic Development Zone (Northern Section) | Canteen | 582.9 | None |
| 75 | Taishan Gypsum (Sichuan) Co. Ltd. | Shi Guo Yong (2016) No.00189 | Shi Fang Quan Zheng Jing Kai Qu Zi No.C0010100 1-1 | Shift Workers' Building #1 of Taishan Gypsum (Sichuan) Co. Ltd.,20 Lantian Avenue, Shifang Economic Development Zone | Residential | 3,727.13 | None |

188

BNBMPLC0009860