| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
| | | | | (Northern Section) | | | |
| 76 | Taishan Gypsum (Sichuan) Co. Ltd. | Shi Guo Yong (2016) No.00189 | Shi Fang Quan Zheng Jing Kai Qu Zi No.C0010112 1-1 | Shift Workers' Building #2 of Taishan Gypsum (Sichuan) Co. Ltd.,20 Lantian Avenue, Shifang Economic Development Zone (Northern Section) | Residential | 3,892.58 | None |
| 77 | Taishan Gypsum (Sichuan) Co. Ltd. | Shi Guo Yong (2016) No.00189 | Shi Fang Quan Zheng Jing Kai Qu Zi No.C0010134 1-1 | Office building of Taishan Gypsum (Sichuan) Co. Ltd.,20 Lantian Avenue, Shifang Economic Development Zone (Northern Section) | Office | 892.21 | None |
| 78 | Taishan Gypsum (Sichuan) Co. Ltd. | Shi Guo Yong (2016) No.00189 | Shi Fang Quan Zheng Jing Kai Qu Zi No.C0010135 1-1 | Factory building of Taishan Gypsum (Sichuan) Co. Ltd.,20 Lantian Avenue, Shifang Economic Development Zone (Northern Section) | Production building | 26,145.83 | None |
| 79 | Taishan Gypsum (Hubei) Co. Ltd. | Wu Xue Guo Yong (2012) No.030605263 | Wu Xue Shi Fang Quan Zheng Wu Ban Zi No.000040276 | (Office Building) to the East of Wuhan Road, Lanzhou Community, Tianzheng District, Wuxue City | Office occupancy | 1,404.36 | None |
| 80 | Taishan Gypsum (Hubei) Co. Ltd. | Wu Xue Guo Yong (2012) No.030605263 | Wu Xue Shi Fang Quan Zheng Wu Ban Zi No.000040277 | (Staff Canteen) to the East of Wuhan Road, Lanzhou Community, Tianzheng District, Wuxue City | Complex building | 790.5 | None |
| 81 | Taishan Gypsum (Hubei) Co. Ltd. | Wu Xue Guo Yong (2012) No.030605263 | Wu Xue Shi Fang Quan Zheng Wu Ban Zi No.000040278 | (Workshops #1, #2) to the East of Wuhan Road, Lanzhou Community, Tianzheng District, Wuxue City | Industrial building | 35,280.00 | None |

189

BNBMPLC0009861

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
| 82 | Taishan Gypsum (Hubei) Co. Ltd. | Wu Xue Guo Yong (2012) No.030605263 | Wu Xue Shi Fang Quan Zheng Wu Ban Zi No.000040279 | (Dormitory) to the East of Wuhan Road, Lanzhou Community, Tianzheng District, Wuxue City | Residential occupancy | 6,452.76 | None |
| 83 | Taishan Gypsum (Liaocheng) Co. Ltd. | Guan Guo Yong (2011) No.1054 | Guan Fang Quan Zheng Guan Xian Zi No.0012474 | Building 2 #, Plot 543503, Sannainaimiao Village, Dingyuanzhai Township, Guan County, to the south of National Highway #309, Guan County | Industrial building | 2,656.89 | None |
| 84 | Taishan Gypsum (Liaocheng) Co. Ltd. | Guan Guo Yong (2011) No.1054 | Guan Fang Quan Zheng Guan Xian Zi No.0012475 | Building #1, Plot 543503, Sannainaimiao Village, Dingyuanzhai Township, Guan County, to the south of National Highway #309, Guan County | Industrial building | 4,431.36 | None |
| 85 | Taishan Gypsum (Liaocheng) Co. Ltd. | Guan Guo Yong (2011) No.1054 | Guan Fang Quan Zheng Guan Xian Zi No.0012476 | Building #3, Plot 543503, Sannainaimiao Village, Dingyuanzhai Township, Guan County, to the south of National Highway #309, Guan County | Industrial building | 1,650.06 | None |
| 86 | Taishan Gypsum (Liaocheng) Co. Ltd. | Guan Guo Yong (2011) No.1054 | Guan Fang Quan Zheng Guan Xian Zi No.0012477 | Building #4, Plot 543503, Sannainaimiao Village, Dingyuanzhai Township, Guan County, to the south of National Highway #309, Guan County | Industrial building | 28,752.65 | None |
| 87 | Taishan Gypsum (Chongqing) | 203 Fang Di Chang 2010 Zi No.10283 | 203 Fang Di Chang 2015 Zi No.18387 | Factory building #2, Ancillary 3#,65 Road Junction, Luohuang | Industrial building | 7,814.22 | None |

BNBMPLC0009862

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
| | Co. Ltd. | | | Town, Jiangjin District | | | |
| 88 | Taishan Gypsum (Chongqing) Co. Ltd. | 203 Fang Di Zheng 2010 Zi No.10284 | 203 Fang Di Zheng 2015 Zi No.18395 | Dormitory building #3, Ancillary 3#,65 Road Junction, Luohuang Town, Jiangjin District | Other building | 2,465.60 | None |
| 89 | Taishan Gypsum (Chongqing) Co. Ltd. | 203 Fang Di Zheng 2010 Zi No.10285 | 203 Fang Di Zheng 2015 Zi No.18386 | Office building #1, Ancillary 3#,65 Road Junction, Luohuang Town, Jiangjin District | Office occupancy | 1,684.43 | None |
| 90 | Taishan Gypsum (Chongqing) Co. Ltd. | 203 Fang Di Zheng 2015 Zi No.18348 | 203 Fang Di Zheng 2015 Zi No.18348 | Ancillary 3# Shift Workers' Building,65 Road Junction, Luohuang, Jiangjin District, Chongqing Municipality | Other building | 3,062.13 | None |
| 91 | Taishan Gypsum (Chongqing) Co. Ltd. | 203 Fang Di Zheng 2015 Zi No.18358 | 203 Fang Di Zheng 2015 Zi No.18358 | Ancillary 3#,65 Road Junction, Luohuang, Jiangjin District, Chongqing Municipality | Industrial building | 5,871.18 | None |
| 92 | Taishan Gypsum (Weihai) Co. Ltd. | Ru Guo Yong (2014) No.0154 | Ru Shan Fang Quan Zheng Xia Chu Zi No.201506918 | Building #7-7, Jintai Road, Xiachu Town | Workshop | 19,628.25 | None |
| 93 | Taishan Gypsum (Weihai) Co. Ltd. | Ru Guo Yong (2014) No.0155 | Ru Shan Fang Quan Zheng Xia Chu Zi No.201506919 | Building #7-1, Jintai Road, Xiachu Town | Office | 726.34 | None |
| 94 | Taishan Gypsum (Weihai) Co. Ltd. | Ru Guo Yong (2014) No.0155 | Ru Shan Fang Quan Zheng Xia Chu Zi No.201506920 | Building #7-2, Jintai Road, Xiachu Town | Canteen | 569.25 | None |
| 95 | Taishan Gypsum (Weihai) Co. Ltd. | Ru Guo Yong (2014) No.0155 | Ru Shan Fang Quan Zheng Xia Chu Zi No.201506923 | Building #7-3, Jintai Road, Xiachu Town | Shift Workers' Building | 4,977.38 | None |
| 96 | Taishan | Feng Guo Yong | Feng Fang Quan | 1F, Building #5, No.5 | Workshop | 19,004.71 | None |

191

BNBMPLC0009863

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
| | Gypsum (Jiangxi) Co. Ltd. | (2009) No.A0045 | Zheng Gong Ye Yuan Zi No.2015003672 | Xiaoying Road, Fengcheng Industrial Park | | | None |
| 97 | Taishan Gypsum (Jiangxi) Co. Ltd. | Feng Guo Yong (2009) No.A0045 | Feng Fang Quan Zheng Gong Ye Yuan Zi No.2015003673 | ~6 F, Building # 4, No.5 Xiaoying Road, Fengcheng Industrial Park | Dormitory building | 3,141.11 | None |
| 98 | Taishan Gypsum (Jiangxi) Co. Ltd. | Feng Guo Yong (2009) No.A0045 | Feng Fang Quan Zheng Gong Ye Yuan Zi No.2015003674 | ~5 F, Building #3, No.5 Xiaoying Road, Fengcheng Industrial Park | Dormitory building | 2,618.32 | None |
| 99 | Taishan Gypsum (Jiangxi) Co. Ltd. | Feng Guo Yong (2009) No.A0045 | Feng Fang Quan Zheng Gong Ye Yuan Zi No.2015003675 | 1~ 2 F, Building #1, No.5 Xiaoying Road, Fengcheng Industrial Park | Office building | 806.56 | None |
| 100 | Taishan Gypsum (Jiangxi) Co. Ltd. | Feng Guo Yong (2009) No.A0045 | Feng Fang Quan Zheng Gong Ye Yuan Zi No.2015003676 | Fengcheng Industrial Park Xiaoying Road 5 2 Building #,1~ 2 F | Canteen | 506.22 | None |
| 101 | Taishan Gypsum (Chaohu) Co. Ltd. | Chao Guo Yong (2012) No.002250 | Fang Di Quan Zheng Chao Hu Shi Zi No.356266 | Office Building, Sanfen Village Industrial Park, Tongyang Town, Chaohu City | Office building | 1,396.52 | None |
| 102 | Taishan Gypsum (Chaohu) Co. Ltd. | Chao Guo Yong (2012) No.002250 | Fang Di Quan Zheng Chao Hu Shi Zi No.356267 | Plate-making workshop #1, Sanfen Village Industrial Park, Tongyang Town, Chaohu City | Production building | 29,720.87 | None |
| 103 | Taishan Gypsum (Chaohu) Co. Ltd. | Chao Guo Yong (2012) No.002250 | Fang Di Quan Zheng Chao Hu Shi Zi No.356268 | Dormitory building, Sanfen Village Industrial Park, Tongyang Town, Chaohu City | Dormitory building | 4,209.48 | None |
| 104 | Taishan Gypsum (Chaohu) Co. Ltd. | Chao Guo Yong (2012) No.002250 | Fang Di Quan Zheng Chao Hu Shi Zi No.356269 | Plate-making workshop #2, Sanfen Village Industrial Park, Tongyang Town, | Production building | 3,722.63 | None |

BNBMPLC0009864

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
| | | | | Chaohu City | | | |
| 105 | Taishan Gypsum (Chaohu) Co. Ltd. | Chao Guo Yong (2012) No.002250 | Fang Di Quan Zheng Chao Hu Shi Zi No.356270 | Complex Building, Sanfen Village Industrial Park, Tongyang Town, Chaohu City | Complex Building | 2,583.36 | None |
| 106 | Taishan Gypsum (Guangdong) Co. Ltd. | Bo Fu Guo Yong (2009) No.90929 | Yue Fang Di Quan Zheng Bo Luo Zi No.1100004297 | Muyuling Section of Lidong Village Committee, Yuanzhou Town, Boluo County | Industrial | 2,877.36 | None |
| 107 | Taishan Gypsum (Guangdong) Co. Ltd. | Bo Fu Guo Yong (2009) No.90929 | Yue Fang Di Quan Zheng Bo Luo Zi No.1100004295 | Muyuling Section of Lidong Village Committee, Yuanzhou Town, Boluo County | Industrial | 2,695.74 | None |
| 108 | Taishan Gypsum (Guangdong) Co. Ltd. | Bo Fu Guo Yong (2009) No.90929 | Yue Fang Di Quan Zheng Bo Luo Zi No.1100004298 | Muyuling Section of Lidong Village Committee, Yuanzhou Town, Boluo County | Industrial | 821.60 | None |
| 109 | Taishan Gypsum (Guangdong) Co. Ltd. | Bo Fu Guo Yong (2009) No.90929 | Yue Fang Di Quan Zheng Bo Luo Zi No.1100004296 | Muyuling Section of Lidong Village Committee, Yuanzhou Town, Boluo County | Industrial | 476.00 | None |
| 110 | Taishan Gypsum (Guangdong) Co. Ltd. | Bo Fu Guo Yong (2009) No.90929 | Yue Fang Di Quan Zheng Bo Luo Zi No.1100004294 | Muyuling Section of Lidong Village Committee, Yuanzhou Town, Boluo County | Industrial | 19,563.00 | None |
| 111 | Taishan Gypsum (Xuancheng) Co. Ltd. | Xuan Guo Yong (2014) No.2275 | Xuan Fang Di Quan Zheng Xuan Zhou Zi No.0230594 | Office Building, Xuanzhou Economic Development Zone (Northern Section) | Office | 888.60 | None |
| 112 | Taishan Gypsum (Xuancheng) Co. Ltd. | Xuan Guo Yong (2014) No.2275 | Xuan Fang Di Quan Zheng Xuan Zhou Zi No.0230595 | Dormitory Building 2#, Xuanzhou Economic Development Zone (Northern Section) | Dormitory | 3,026.18 | None |
| 113 | Taishan Gypsum (Xuancheng) | Xuan Guo Yong (2014) No.2275 | Xuan Fang Di Quan Zheng Xuan Zhou Zi No.0230596 | Workshop 1#, Xuanzhou Economic Development Zone | Workshop | 29,349.03 | None |

BNBMPLC0009865

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
| | Co. Ltd. | | | (Northern Section) | | | |
| 114 | Taishan Gypsum (Xuancheng) Co. Ltd. | Xuan Guo Yong (2014) No.2275 | Xuan Fang Di Quan Zheng Xuan Zhou Zi No.00230597 | Canteen, Xuanzhou Economic Development Zone (Northern Section) | Canteen | 572.30 | None |
| 115 | Taishan Gypsum (Xuancheng) Co. Ltd. | Xuan Guo Yong (2014) No.2275 | Xuan Fang Di Quan Zheng Xuan Zhou Zi No.00230598 | Dormitory Building1#, Xuanzhou Economic Development Zone (Northern Section) | Dormitory | 3,109.23 | None |
| 116 | Taishan Gypsum (Nantong) Co. Ltd. | Hai Guo Yong (2010) No.420123 | Hai Zheng Fang Quan Zheng Zi No.151013293 | Internal Building 2#,288 Shenzhen Town, Binjiang Sub-district | Office building | 1,155.66 | None |
| 117 | Taishan Gypsum (Nantong) Co. Ltd. | Hai Guo Yong (2010) No.420123 | Hai Zheng Fang Quan Zheng Zi No.151013295 | Internal Building #6,288 Shenzhen Town, Binjiang Sub-district | Workshop | 33,185.77 | None |
| 118 | Taishan Gypsum (Nantong) Co. Ltd. | Hai Guo Yong (2010) No.420123 | Hai Zheng Fang Quan Zheng Zi No.151013291 | Internal Building #5,288 Shenzhen Town, Binjiang Sub-district | Shift Workers' Building | 3,905.88 | None |
| 119 | Taishan Gypsum (Nantong) Co. Ltd. | Hai Guo Yong (2010) No.420123 | Hai Zheng Fang Quan Zheng Zi No.151013290 | Internal Building # 4, 288 Shenzhen Town, Binjiang Sub-district | Shift Workers' Building | 3,905.88 | None |
| 120 | Taishan Gypsum (Nantong) Co. Ltd. | Hai Guo Yong (2010) No.420123 | Hai Zheng Fang Quan Zheng Zi No.151013294 | Internal Building #3,288 Shenzhen Town, Binjiang Sub-district | Canteen | 650.37 | None |
| 121 | Taishan Gypsum (Nantong) Co. Ltd. | Hai Guo Yong (2010) No.420123 | Hai Zheng Fang Quan Zheng Zi No.151013292 | Internal Building #1,288 Shenzhen Town, Binjiang Sub-district | Laboratory building | 3,304.60 | None |
| 122 | Guizhou Crown New Building | Jin Guo (2015) No.00191 | Jin Fang Quan Zheng Jin Fu Fang Zi No.03015867 | Jinhua Community, Xiluo Sub-district, Jinsha County | Office and industrial building | 31,292.96 | None |

194

BNBMPLC0009866

| No. | Property owner | Land use right certificate number | Property ownership certificate number | Location | Planned use/house design use | Floor area (m²) | Mortgage status |
|---|---|---|---|---|---|---|---|
| | Material Co., Ltd. | | | | | | |
| 123 | Taishan Gypsum (Liaoning) Co. Ltd. | Sui Dong Guo Yong (201) No.14516012 | Sui Zhong Xian Fang Quan Zheng Sui Zi No.SY00029950 | Office building, No.330 Dazhao Village, Qiansuo Town, Dongdaihe New District, Liaoning | Office | 1,274.04 | None |
| 124 | Taishan Gypsum (Liaoning) Co. Ltd. | Sui Dong Guo Yong (201) No.14516012 | Sui Zhong Xian Fang Quan Zheng Sui Zi No.SY00029952 | Canteen, No.330 Dazhao Village, Qiansuo Town, Dongdaihe New District, Liaoning | Canteen | 982.70 | None |
| 125 | Taishan Gypsum (Liaoning) Co. Ltd. | Sui Dong Guo Yong (201) No.14516012 | Sui Zhong Xian Fang Quan Zheng Sui Zi No.SY00029956 | Work Shift Building 1#, No.330 Dazhao Village, Qiansuo Town, Dongdaihe New District, Liaoning | Dormitory | 4,393.68 | None |
| 126 | Taishan Gypsum (Liaoning) Co. Ltd. | Sui Dong Guo Yong (201) No.14516012 | Sui Zhong Xian Fang Quan Zheng Sui Zi No.SY00029955 | Work Shift Building 2#, No.330 Dazhao Village, Qiansuo Town, Dongdaihe New District, Liaoning | Dormitory | 4,394.04 | None |
| 127 | Taishan Gypsum (Liaoning) Co. Ltd. | Sui Dong Guo Yong (201) No.14516012 | Sui Zhong Xian Fang Quan Zheng Sui Zi No.SY00029957 | Gypsum Board Workshop 1#, Section, No.330 Dazhao Village, Qiansuo Town, Dongdaihe New District, Liaoning | Factory building | 3,804.00 | None |
| 128 | Taishan Gypsum (Liaoning) Co. Ltd. | Sui Dong Guo Yong (201) No.14516012 | Sui Zhong Xian Fang Quan Zheng Sui Zi No.SY00029949 | Gypsum Board Workshop 2#, Section, No.330 Dazhao Village, Qiansuo Town, Dongdaihe New District, Liaoning | Factory building | 31,856.00 | None |
| | | | | **Total** | | 833,212.17 | |

195

BNBMPLC0009867



## (2) Houses and buildings without house ownership certificate/property ownership certificate

As of April 30, 2016, Taishan has a total of 224 houses and buildings without house ownership certificate/property ownership certificate, with a total construction area of 592,112.82m2. According to Taishan's written statement, the reason for the failure to obtain house ownership certificate/property ownership certificate for uncertificated houses and buildings is that the documents or procedures for applying for house ownership certificate/property ownership certificate are incomplete or the certification conditions are not ripe according to current regulations. Taishan is now actively applying for relevant certificates. In order to guarantee the interest of Listed Company, both sides to the transaction have made the following promises with respect to flaw assets of Taishan and its subsidiaries including land and housing properties not yet certificated as at the Appraisal Reference Date: "actively coordinate and cooperate in the handling of certificates for unregistered or uncertificated land and properties of Taishan and its subsidiaries and make sure that such issue will not affect normal production and operation of Taishan and its subsidiaries. If Taishan and its subsidiaries suffer from any economic loss due to the adverse impact of such flaw of property right on their normal production and operation, Taishan's minority shareholders shall make full compensation to Taishan according to their shareholding ratios in Taishan as at the Appraisal Reference Date  (i.e. April 30, 2015)." As of the Appraisal Reference Date, the estimated subsequent expenses (including related taxes and fees) for the handling of house ownership certificate/property ownership certificates for the flaw assets including uncertificated properties are about RMB1.134 million.

① There are 118 houses and buildings constructed on own land, whose floor area totals 369,269.84m². Those buildings are specified below:

| No. | House user | Name of building | Structure | Date of completion | Floor area (m2) |
|---|---|---|---|---|---|
| 1 | Taishan Gypsum Co. Ltd. | Pulverization workshop | Framed bent | 2002/9/30 | 540.00 |
| 2 | Taishan Gypsum Co. Ltd. | 35KV substation of Factory 1# | Brick-concrete | 2001/9/1 | 410.00 |
| 3 | Taishan Gypsum Co. Ltd. | Comprehensive workshop | Brick-concrete | 2006/3/30 | 193.52 |
| 4 | Taishan Gypsum Co. Ltd. | Ancillary building for paper section | Frame | 2006/3/30 | 1,300.00 |
| 5 | Taishan Gypsum Co. Ltd. | South office building of Paper Mill | Brick-concrete | 2006/3/30 | 1,205.00 |
| 6 | Taishan Gypsum Co. Ltd. | Pulp workshop | Frame | 2006/3/30 | 4,181.00 |
| 7 | Taishan Gypsum Co. Ltd. | Papermaking workshop of Paper Mill | Framed bent | 2006/3/30 | 3,240.00 |
| 8 | Taishan Gypsum Co. Ltd. | Northern office and dormitory of Paper Mill | Brick-concrete | 2006/3/30 | 1,106.00 |
| 9 | Taishan Gypsum Co. Ltd. | Two-wire distribution room | Brick-concrete | 2011/12/19 | 216.00 |
| 10 | Taishan Gypsum Co. Ltd. | Chemical storage | Steel structure | 2012/4/30 | 1,768.55 |
| 11 | Taishan Gypsum Co. Ltd. | Finished products warehouse #1 | Steel structure | 2012/4/30 | 5,967.00 |

196

BNBMPLC0009868

| No. | Company | Building | Structure | Date | Value |
|---|---|---|---|---|---|
| 12 | Taishan Gypsum Co. Ltd. | Finished products warehouse #2 | Steel structure | 2012/4/30 | 4,116.00 |
| 13 | Taishan Gypsum Co. Ltd. | Papermaking workshop | Framed bent | 2012/4/30 | 15,567.00 |
| 14 | Taishan Gypsum Co. Ltd. | Pulp workshop | Framed bent | 2012/4/30 | 10,110.75 |
| 15 | Taishan Gypsum Co. Ltd. | Canteen | Steel structure | 2012/4/30 | 360.00 |
| 16 | Taishan Gypsum Co. Ltd. | Main thermal power plant | Frame | 2012/7/1 | 4,975.00 |
| 17 | Taishan Gypsum Co. Ltd. | Chemical water workshop | Steel structure | 2012/7/1 | 635.20 |
| 18 | Taishan Gypsum Co. Ltd. | 35kv power substation | Frame | 2012/7/1 | 1,006.50 |
| 19 | Taishan Gypsum Co. Ltd. | Air compressor room | Brick-concrete | 2012/7/1 | 128.06 |
| 20 | Taishan Gypsum Co. Ltd. | Distribution room at water source | Brick-concrete | 2013/11/19 | 137.68 |
| 21 | Taishan Gypsum Co. Ltd. | Preparation workshop for Paper Mill | Framed bent | 2006/3/30 | 1,440.00 |
| 22 | Taishan Gypsum Co. Ltd. | Finished products warehouse for Paper Mill | Steel structure | 2006/3/30 | 11,784.00 |
| 23 | Taishan Gypsum Co. Ltd. | Raw material warehouse (Dongqiangeng) | Steel structure | 2011/12/30 | 2,690.27 |
| 24 | Taishan Gypsum Co. Ltd. | Finished products warehouse | Steel structure | 2011/12/30 | 2,468.40 |
| 25 | Taishan Gypsum Co. Ltd. | Sludge pressure filter room for Paper Mill (Phase 1) | Steel structure | 2014/12/31 | 330.00 |
| 26 | Taishan Gypsum Co. Ltd. | Office building | Brick-concrete | 2001/09 | 900.00 |
| 27 | Taishan Gypsum Co. Ltd. | Dormitory | Brick-concrete | 2001/09 | 2,000.00 |
| 28 | Taishan Gypsum Co. Ltd. | Canteen | Brick-concrete | 2013/9/1 | 301.68 |
| 29 | Taishan Gypsum Co. Ltd. | Blending building | Frame | 2013/9/1 | 161.29 |
| 30 | Taishan Gypsum Co. Ltd. | Gypsum powder workshop | Steel structure | 2013/9/1 | 625.00 |
| 31 | Taishan Gypsum Co. Ltd. | Combined workshop | Steel structure | 1998/10/27 | 1,092.34 |
| 32 | Fuxin Taishan Gypsum Building Materials Co., Ltd. | Canteen | Brick-concrete | 2008/8/1 | 435.85 |
| 33 | Fuxin Taishan Gypsum Building Materials Co., Ltd. | Ancillary building for workshop | Brick-concrete | 2008/8/1 | 1,171.97 |
| 34 | Fuxin Taishan Gypsum Building Materials Co., Ltd. | Gypsum board warehouse | Steel structure | 2014/12/25 | 8,664.00 |
| 35 | Fuxin Taishan Gypsum Building Materials Co., Ltd. | Auxiliary building for plate-making workshop | Steel structure | 2008/8/1 | 1,930.77 |
| 36 | Taishan Gypsum (Liaoning) Co. Ltd. | Office of ancillary building (company gate) | Brick-concrete | 2013/9/1 | 432.48 |
| 37 | Taishan Gypsum (Liaoning) Co. Ltd. | Gypsum powder workshop | Reinforced concrete | 2014/12/31 | 1,495.00 |

197

BNBMPLC0009869

| No. | Company | Building/Room | Structure | Date | Value |
|---|---|---|---|---|---|
| 38 | Taishan Gypsum (Liaoning) Co. Ltd. | Decorative panel workshop | Reinforced concrete | 2014/12/31 | 5,600.00 |
| 39 | Taishan Gypsum (Henan) Co. Ltd. | Ancillary building for workshop | Steel structure | 2010/5/31 | 2,334.88 |
| 40 | Taishan Gypsum (Henan) Co. Ltd. | Sawing work room | Steel structure | 2014/6/27 | 248.56 |
| 41 | Taishan Gypsum (Henan) Co. Ltd. | Steel structure store room | Steel structure | 2014/6/27 | 600.00 |
| 42 | Taishan Gypsum (Henan) Co. Ltd. | Steel-structure finished goods warehouse | Steel structure | 2012/10/1 | 3,840.00 |
| 43 | Taishan Gypsum (Henan) Co. Ltd. | High voltage distribution room | Brick-concrete | 2014/6/27 | 38.84 |
| 44 | Taishan Gypsum (Baotou) Co. Ltd. | Plate-making distribution room | Reinforced concrete | 2009/9/30 | 125.84 |
| 45 | Taishan Gypsum (Baotou) Co. Ltd. | Plate-making shift changing room | Brick-concrete | 2009/9/30 | 324.89 |
| 46 | Taishan Gypsum (Baotou) Co. Ltd. | Cornstarch workshop | Brick-concrete | 2009/9/30 | 393.59 |
| 47 | Taishan Gypsum (Baotou) Co. Ltd. | Power-making distribution room | Brick-concrete | 2009/9/30 | 75.58 |
| 48 | Taishan Gypsum (Baotou) Co. Ltd. | TCL workshop | Brick-concrete | 2011/12/31 | 162.00 |
| 49 | Taishan Gypsum (Jiangyin) Co. Ltd. | Keel workshop | Steel structure | 2006/12/31 | 5,448.18 |
| 50 | Taishan Gypsum (Jiangyin) Co. Ltd. | Staff dormitory | Brick-concrete | 2013/2/16 | 2,297.68 |
| 51 | Taishan Gypsum (Jiangyin) Co. Ltd. | Machine repair room | Brick-concrete | 2009/9/30 | 960.00 |
| 52 | Taishan Gypsum (Chongqing) Co. Ltd. | Ancillary building for plate-making workshop | Brick-concrete | 2007/5/1 | 1,061.90 |
| 53 | Taishan Gypsum (Chongqing) Co. Ltd. | Staff Canteen | Brick-concrete | 2011/3/1 | 488.48 |
| 54 | Taishan Gypsum (Chongqing) Co. Ltd. | Line-2 finished products warehouse | Steel structure | 2011/3/1 | 3,072.00 |
| 55 | Taishan Gypsum (Sichuan) Co. Ltd. | Decorative gypsum board workshop | Steel structure | 2013/6/30 | 5,238.74 |
| 56 | Taishan Gypsum (Sichuan) Co. Ltd. | Ultrafine powder workshop | Steel structure | 2011/12/31 | 311.28 |
| 57 | Taishan Gypsum (Sichuan) Co. Ltd. | Distribution room | Steel structure | 2011/12/31 | 72.59 |
| 58 | Hubei TaishanBuilding Materials Co., Ltd. | Blending building | Mixed | 2005/11/30 | 528.12 |
| 59 | Hubei TaishanBuilding Materials Co., Ltd. | Canteen | Mixed | 2005/11/30 | 266.34 |
| 60 | Hubei TaishanBuilding Materials Co., Ltd. | New pulverization workshop | Steel structure | 2011/7/31 | 3,750.00 |
| 61 | Hubei TaishanBuilding Materials Co., Ltd. | Canteen | Color plate | 2011/7/31 | 324.00 |
| 62 | Hubei TaishanBuilding Materials Co., Ltd. | Pulverization workshop | Steel structure | 2012/10/1 | 230.00 |
| 63 | Taishan Gypsum (Jiangxi) Co. Ltd. | Ancillary building | Brick-concrete | 2010/8/1 | 1,530.00 |
| 64 | Taishan Gypsum (Jiangxi) Co. Ltd. | Blending building | Steel structure | 2010/8/1 | 320.00 |
| 65 | Taishan Gypsum (Yinchuan) Co. Ltd. | Ancillary building for | Steel structure | 2012/12/1 | 1,200.00 |

198

BNBMPLC0009870

| No. | Company | Building | Structure | Date | Area |
|---|---|---|---|---|---|
| 66 | Taishan Gypsum (Yinchuan) Co. Ltd. | Pulverization workshop | Steel structure | 2012/12/1 | 480.00 |
| 67 | Taishan Gypsum (Shaanxi) Co. Ltd. | New canteen | Brick-concrete | 2012/4/1 | 81.00 |
| 68 | Taishan Gypsum (Shaanxi) Co. Ltd. | Line-2 plate-making ancillary building | Brick-concrete | 2012/4/1 | 637.60 |
| 69 | Taishan Gypsum (Shaanxi) Co. Ltd. | Power-making distribution room | Brick-concrete | 2012/4/1 | 102.60 |
| 70 | Taishan Gypsum (Guangdong) Co. Ltd. | Keel workshop | Steel structure | 2014/4/30 | 4,785.00 |
| 71 | Taishan Gypsum (Guangdong) Co. Ltd. | Laminated board workshop | Steel structure | 2015/4/30 | 6,480.00 |
| 72 | Taishan Gypsum (Guangdong) Co. Ltd. | New machine repair room | Brick-concrete | 2012/4/1 | 120.00 |
| 73 | Taishan Gypsum (Guangdong) Co. Ltd. | Distribution room | Brick-concrete | 2011/7/1 | 268.00 |
| 74 | Taishan Gypsum (Guangdong) Co. Ltd. | Blending building | Brick-concrete | 2011/7/1 | 150.00 |
| 75 | Taishan Gypsum (Guangdong) Co. Ltd. | Overclothes workshop | Steel structure | 2011/7/1 | 257.56 |
| 76 | Taishan Gypsum (Guangdong) Co. Ltd. | Plate-making workshop | Steel structure | 2011-7-1 | 4,197.00 |
| 77 | Taishan Gypsum (Tongling) Co. Ltd. | Blending building | Steel structure | 2010/6/1 | 430.40 |
| 78 | Taishan Gypsum (Tongling) Co. Ltd. | Ancillary building for workshop | Steel structure | 2010/6/1 | 669.44 |
| 79 | Taishan Gypsum (Chaohu) Co. Ltd. | Ancillary building for workshop | Brick-concrete | 2013/11/1 | 2,167.20 |
| 80 | Taishan Gypsum (Chaohu) Co. Ltd. | Ultrafine powder workshop | Steel structure | 2013/11/1 | 511.20 |
| 81 | Taishan Gypsum (Chaohu) Co. Ltd. | Plate-making Blending building | Steel structure | 2013/11/1 | 880.00 |
| 82 | Taishan Gypsum (Xuancheng) Co. Ltd. | Keel workshop | Steel structure | 2014/10/1 | 5,200.00 |
| 83 | Taishan Gypsum (Weihai) Co. Ltd. | Finished products warehouse | Steel structure | 2014/6/30 | 9,408.00 |
| 84 | Taishan Gypsum (Weihai) Co. Ltd. | Warehouse | Steel structure | 2014/6/30 | 240 |
| 85 | Taishan Gypsum (Weihai) Co. Ltd. | Aux. building of workshop | Brick-concrete | 2014/6/30 | 1,499.53 |
| 86 | Taishan Gypsum (Weihai) Co. Ltd. | Washing workshop | Steel structure | 2014/6/30 | 574.14 |
| 87 | Taishan Gypsum (Nantong) Co. Ltd. | Bathhouse | Brick-concrete | 2011/9/30 | 267.26 |
| 88 | Taishan Gypsum Co. Ltd. | Veneer board workshop | Steel structure | 2015/9/30 | 4,800.00 |
| 89 | Taishan Gypsum Co. Ltd. | Filter press room | Steel structure | 2015/12/29 | 320.00 |
| 90 | Taishan Gypsum Co. Ltd. | Biogas power generation room | Steel structure | 2015/12/29 | 184.00 |
| 91 | Taishan Gypsum Co. Ltd. | Pulping workshop | Steel structure | 2015/12/31 | 2,784.31 |
| 92 | Taishan Gypsum (Weihai) Co. Ltd. | Decorating plate workshop | Steel structure | 2015/5/31 | 9724.25 |
| 93 | Taishan Gypsum (Fujian) Co. Ltd. | Gypsum board factory | Steel structure | 2015/6/30 | 1,108.00 |

199

BNBMPLC0009871

| | | building | | | |
|---|---|---|---|---|---|
| 94 | Taishan Gypsum (Fujian) Co. Ltd. | Gypsum board factory canteen | Brick-concrete | 2015/6/30 | 705.00 |
| 95 | Taishan Gypsum (Fujian) Co. Ltd. | Plate making workshop | Steel structure | 2015/6/30 | 22,786.00 |
| 96 | Taishan Gypsum (Fujian) Co. Ltd. | Veneer board workshop | Steel structure | 2015/6/30 | 4,344.00 |
| 97 | Taishan Gypsum (Fujian) Co. Ltd. | Dormitory building | Brick-concrete | 2015/6/30 | 6,999.00 |
| 98 | Taishan Gypsum (Fujian) Co. Ltd. | Canteen | Brick-concrete | 2015/6/30 | 450.00 |
| 99 | Taishan Gypsum (Fujian) Co. Ltd. | Retarder factory office building | Brick-concrete | 2015/6/30 | 728.00 |
| 100 | Taishan Gypsum (Fujian) Co. Ltd. | Retarder production shop | Steel structure | 2015/6/30 | 16,277.00 |
| 101 | Taishan Gypsum (Fujian) Co. Ltd. | Retarder storage shop | Steel structure | 2015/6/30 | 11,837.00 |
| 102 | Taishan Gypsum (Fujian) Co. Ltd. | Overhaul shop | Steel structure | 2015/6/30 | 4,680.00 |
| 103 | Taishan Gypsum (Jiyuan) Co. Ltd. | Canteen | Brick-concrete | 2015/7/30 | 883.74 |
| 104 | Taishan Gypsum (Jiyuan) Co. Ltd. | Office building | Brick-concrete | 2015/7/30 | 3,220.47 |
| 105 | Taishan Gypsum (Jiyuan) Co. Ltd. | Joint workshop | Steel structure | 2015/7/30 | 30,528.00 |
| 106 | Taishan Gypsum (Jiyuan) Co. Ltd. | Work shift building | Brick-concrete | 2015/7/30 | 4,205.06 |
| 107 | Taishan Gypsum (Guangxi) Co. Ltd. | 1 # dormitory building | Brick-concrete | 2015/11/1 | 3,089.00 |
| 108 | Taishan Gypsum (Guangxi) Co. Ltd. | 2 # dormitory building | Brick-concrete | 2015/11/1 | 4,048.74 |
| 109 | Taishan Gypsum (Guangxi) Co. Ltd. | Office building | Reinforced concrete | 2015/11/1 | 1,205.80 |
| 110 | Taishan Gypsum (Guangxi) Co. Ltd. | Staff canteen | Reinforced concrete | 2015/11/1 | 938.54 |
| 111 | Taishan Gypsum (Guangxi) Co. Ltd. | Plate making workshop | Reinforced concrete | 2015/11/1 | 33,776.00 |
| 112 | Taishan Gypsum (Guangxi) Co. Ltd. | Aux. building of workshop | Brick-concrete | 2015/11/30 | 1,456.00 |
| 113 | Taishan Gypsum (Yinchuan) Co. Ltd. | Veneer board workshop | Steel structure | 2015/12/31 | 4,500.00 |
| 114 | Taishan Gypsum (Chaohu) Co. Ltd. | Washing workshop | Steel structure | 2015/9/1 | 533.20 |
| 115 | Taishan Gypsum (Chaohu) Co. Ltd. | Keel workshop | 钢构 | 2015/10/1 | 10,599.00 |
| 116 | Taishan Gypsum (Tongling) Co. Ltd. | Gypsum purification workshop | Steel structure | 2015/6/1 | 464.00 |
| 117 | Taishan Gypsum (Weifang) Co. Ltd. | Decorating plate workshop | Steel structure | 2015/12/31 | 1,000.00 |
| 118 | Taishan Gypsum (Hubei) Co. Ltd. | Decorating plate workshop | Steel structure | 2015/9/30 | 5,760.00 |

② There are a total of 92 houses and buildings constructed on leased land, with total floor area of 176,546.20m². Those buildings are specified below:

200

BNBMPLC0009872

| No. | House user | Name of building | Structure | Date of completion | Floor area (m²) |
|---|---|---|---|---|---|
| 1 | Taishan Gypsum Co. Ltd. | Integrated workshop | Framed bent | 2002/9/30 | 6,191.49 |
| 2 | Taishan Gypsum Co. Ltd. | Thermal power station | Frame | 2002/9/30 | 1,400.00 |
| 3 | Taishan Gypsum Co. Ltd. | Transformer room | Brick-concrete | 2002/9/30 | 77.76 |
| 4 | Taishan Gypsum Co. Ltd. | Air compressor room | Brick-concrete | 2002/9/30 | 81.60 |
| 5 | Taishan Gypsum Co. Ltd. | Powder-making office | Brick-concrete | 2002/9/30 | 245.00 |
| 6 | Taishan Gypsum Co. Ltd. | Power substation | Brick-concrete | 2002/9/30 | 25.20 |
| 7 | Taishan Gypsum Co. Ltd. | Power substation | Brick-concrete | 2002/9/30 | 22.80 |
| 8 | Taishan Gypsum Co. Ltd. | Plate-making integrated workshop | Framed bent | 2001/9/30 | 7,112.40 |
| 9 | Taishan Gypsum Co. Ltd. | Blending building | Frame | 2001/9/30 | 196.56 |
| 10 | Taishan Gypsum Co. Ltd. | Distribution room | Brick-concrete | 2001/9/30 | 181.45 |
| 11 | Taishan Gypsum Co. Ltd. | Coating workshop | Brick-concrete | 2001/9/30 | 620.00 |
| 12 | Taishan Gypsum Co. Ltd. | Line-202 power substation | Brick-concrete | 2002/11/1 | 120.00 |
| 13 | Taishan Gypsum Co. Ltd. | Production workshop for No.2 Factory | Steel structure | 2006/6/22 | 4,923.00 |
| 14 | Taishan Gypsum Co. Ltd. | Plastic workshop | Steel structure | 2009/12/23 | 1,295.40 |
| 15 | Taishan Gypsum Co. Ltd. | Dormitory building for No.2 Factory | Brick-concrete | 2013/11/19 | 2,940.00 |
| 16 | Taishan Gypsum Co. Ltd. | Health clinic for No.2 Factory | Brick-concrete | 2013/11/19 | 126.30 |
| 17 | Taishan Gypsum Co. Ltd. | Finished products warehouse for keel workshop | Steel structure | 2013/11/19 | 1,211.25 |
| 18 | Taishan Gypsum Co. Ltd. | New finished products warehouseCornstarch workshop | Steel structure | 2013/11/19 | 1,444.43 |
| 19 | Taishan Gypsum Co. Ltd. | New Laminated board workshop (lengthened) | Steel structure | 2013/11/19 | 1,432.19 |
| 20 | Taishan Gypsum Co. Ltd. | Finished products warehouse | Steel structure | 2013/11/19 | 356.59 |
| 21 | Taishan Gypsum Co. Ltd. | Lengthened steel structure | Steel structure | 2014/4/30 | 947.00 |

201

BNBMPLC0009873

| No. | House user | Name of building | Structure | Date of completion | Floor area (m²) |
|---|---|---|---|---|---|
| 22 | Taishan Gypsum Co. Ltd. | Long-span steel structure workshop | Steel structure | 2014/4/30 | 945.00 |
| 23 | Taishan Gypsum Co. Ltd. | PVC steel structure workshop | Steel structure | 2014/4/30 | 460.00 |
| 24 | Taishan Gypsum Co. Ltd. | Raw material warehouse | Steel structure | 2014/4/30 | 209.00 |
| 25 | Taishan Gypsum Co. Ltd. | Water reducer workshop | Steel structure | 2014/7/31 | 3,500.00 |
| 26 | Taishan Jindun Building Materials Co., Ltd. | Keel warehouse | Steel structure | 2009/12/28 | 647.70 |
| 27 | Taishan Jindun Building Materials Co., Ltd. | Keel warehouse | Steel frame | 2005/9/1 | 300.00 |
| 28 | Taishan Jindun Building Materials Co., Ltd. | Steel structureworkshop | Steel structure | 2010/12/31 | 1,800.00 |
| 29 | Taishan Gypsum (Wenzhou) Co. Ltd. | Plate-making workshop | Steel structure | 2008/9/30 | 16,682.00 |
| 30 | Taishan Gypsum (Wenzhou) Co. Ltd. | Air compressor room | Steel structure | 2008/9/30 | 95.00 |
| 31 | Taishan Gypsum (Wenzhou) Co. Ltd. | Distribution room | Steel structure | 2008/9/30 | 586.00 |
| 32 | Taishan Gypsum (Wenzhou) Co. Ltd. | Office building | Steel structure | 2008/9/30 | 1,073.00 |
| 33 | Taishan Gypsum (Wenzhou) Co. Ltd. | Canteen | Steel structure | 2008/9/30 | 180.00 |
| 34 | Qinhuangdao Taishan Building Materials Co., Ltd. | WarehouseFactory building | Steel structure | 2004/7/8 | 875.20 |
| 35 | Qinhuangdao Taishan Building Materials Co., Ltd. | Cornstarch workshop | Brick-concrete | 2005/8/10 | 209.42 |
| 36 | Qinhuangdao Taishan Building Materials Co., Ltd. | Plate-making workshop | Steel structure | 2003/6/26 | 8,455.00 |
| 37 | Qinhuangdao Taishan Building Materials Co., Ltd. | Oil furnace room | Brick-concrete | 2003/6/26 | 1,064.05 |
| 38 | Qinhuangdao Taishan Building Materials Co., Ltd. | Complex Building | Frame | 2003/6/26 | 2,303.00 |
| 39 | Qinhuangdao Taishan Building Materials Co., Ltd. | Distribution room | Brick-concrete | 2003/6/26 | 373.34 |
| 40 | Qinhuangdao Taishan Building Materials Co., Ltd. | Air compressor room | Brick-concrete | 2003/6/26 | 86.32 |
| 41 | Qinhuangdao Taishan Building Materials Co., Ltd. | Oil furnace and airflow drying workshop | Steel structure | 2010/9/1 | 943.61 |

202

BNBMPLC0009874

| No. | House user | Name of building | Structure | Date of completion | Floor area (m²) |
|---|---|---|---|---|---|
| 42 | Taishan Gypsum (Hengshui) Co. Ltd. | Pulverization workshop | Light gauge steel | 2006/9/30 | 666.96 |
| 43 | Taishan Gypsum (Hengshui) Co. Ltd. | Air compressor room | Brick-concrete | 2006/9/30 | 10.78 |
| 44 | Taishan Gypsum (Hengshui) Co. Ltd. | Power-making distribution room | Brick-concrete | 2006/9/30 | 38.64 |
| 45 | Taishan Gypsum (Hengshui) Co. Ltd. | Office building | Brick-concrete | 2006/9/30 | 901.90 |
| 46 | Taishan Gypsum (Hengshui) Co. Ltd. | Dormitory building | Brick-concrete | 2006/9/30 | 1,167.20 |
| 47 | Taishan Gypsum (Hengshui) Co. Ltd. | Plate-making workshop | Light gauge steel | 2010/3/1 | 5,856.00 |
| 48 | Taishan Gypsum (Hengshui) Co. Ltd. | Staff Dormitory building | Brick-concrete | 2010/3/1 | 2,208.00 |
| 49 | Taishan Gypsum (Hengshui) Co. Ltd. | Transformer room | Brick-concrete | 2010/3/1 | 38.00 |
| 50 | Taishan Gypsum (Pingshan) Co. Ltd. | Office building | Reinforced concrete | 2008/8/31 | 1,268.36 |
| 51 | Taishan Gypsum (Pingshan) Co. Ltd. | Dormitory building | Reinforced concrete | 2008/8/31 | 3,015.00 |
| 52 | Taishan Gypsum (Pingshan) Co. Ltd. | Canteen | Brick-concrete | 2008/8/31 | 431.95 |
| 53 | Taishan Gypsum (Pingshan) Co. Ltd. | Plate-making integrated workshop | Steel structure | 2008/8/31 | 16,380.00 |
| 54 | Taishan Gypsum (Pingshan) Co. Ltd. | Preparation workshop | Steel structure | 2008/8/31 | 486.40 |
| 55 | Taishan Gypsum (Pingshan) Co. Ltd. | Bungalow of workshop | Brick-concrete | 2008/8/31 | 582.92 |
| 56 | Taishan Gypsum (Pingshan) Co. Ltd. | Eastern bungalow of workshop | Brick-concrete | 2008/12/1 | 166.40 |
| 57 | Taishan Gypsum (Pingshan) Co. Ltd. | Pulverization workshop | Steel structure | 2008/8/31 | 2,664.00 |
| 58 | Taishan Gypsum (Pingshan) Co. Ltd. | Singles' dormitory | Brick-concrete | 2013/12/31 | 151.20 |
| 59 | Taishan Gypsum (Pingshan) Co. Ltd. | Singles' dormitory | Brick-concrete | 2013/12/31 | 288.00 |
| 60 | Taishan Gypsum (Pizhou) Co. Ltd. | Office building | Mixed | 1998-01 | 450.00 |
| 61 | Taishan Gypsum (Pizhou) Co. Ltd. | Dormitory building for unmarried employees | Mixed | 2003-09 | 1,132.50 |
| 62 | Taishan Gypsum (Pizhou) Co. Ltd. | Dormitory building for married employees | Mixed | 2003-09 | 621.00 |
| 63 | Taishan Gypsum (Pizhou) Co. Ltd. | Pulverization workshop | Steel structure | 2003-09 | 440.00 |

203

BNBMPLC0009875

| No. | House user | Name of building | Structure | Date of completion | Floor area (m²) |
|---|---|---|---|---|---|
| 64 | Taishan Gypsum (Pizhou) Co. Ltd. | Plate-making workshop | Steel structure | 2003-09 | 7,350.00 |
| 65 | Taishan Gypsum (Pizhou) Co. Ltd. | Boiler room | Steel structure | 2003-09 | 286.00 |
| 66 | Taishan Gypsum (Pizhou) Co. Ltd. | Dormitory building | Mixed | 2007-08 | 736.00 |
| 67 | Taishan Gypsum (Suqian) Co. Ltd. | Office space | Brick-concrete | 2015/1/1 | 387.90 |
| 68 | Taishan Gypsum (Suqian) Co. Ltd. | Canteen | Brick-concrete | 2015/1/1 | 442.38 |
| 69 | Taishan Gypsum (Suqian) Co. Ltd. | 1# single-floor Dormitory | Brick-concrete | 2015/1/1 | 427.50 |
| 70 | Taishan Gypsum (Suqian) Co. Ltd. | 2# single-floor Dormitory | Brick-concrete | 2015/1/1 | 427.50 |
| 71 | Taishan Gypsum (Suqian) Co. Ltd. | 3# single-floor Dormitory | Brick-concrete | 2015/1/1 | 427.50 |
| 72 | Taishan Gypsum (Suqian) Co. Ltd. | 4# single-floor Dormitory | Brick-concrete | 2015/1/1 | 427.50 |
| 73 | Taishan Gypsum (Suqian) Co. Ltd. | 1# Dormitory building | Brick-concrete | 2015/1/1 | 485.34 |
| 74 | Taishan Gypsum (Suqian) Co. Ltd. | 2# Dormitory building | Brick-concrete | 2015/1/1 | 485.34 |
| 75 | Taishan Gypsum (Suqian) Co. Ltd. | 3# Dormitory building | Brick-concrete | 2015/1/1 | 485.34 |
| 76 | Taishan Gypsum (Suqian) Co. Ltd. | 4# Dormitory building | Brick-concrete | 2015/1/1 | 485.34 |
| 77 | Taishan Gypsum (Suqian) Co. Ltd. | Plate-making finished products warehouse | Steel structure | 2015/1/1 | 4,061.62 |
| 78 | Taishan Gypsum (Suqian) Co. Ltd. | Decorative panel workshop | Steel structure | 2015/1/1 | 10,796.80 |
| 79 | Taishan Gypsum (Suqian) Co. Ltd. | TCL workshop | Steel structure | 2015/1/1 | 354.15 |
| 80 | Guizhou Taifu Gypsum Co. Ltd. | workshop (single-layer steel sheet) | Steel structure | 2011/7/14 | 14,400.00 |
| 81 | Guizhou Taifu Gypsum Co. Ltd. | Complex Building | Frame | 2011/7/14 | 2,290.00 |
| 82 | Guizhou Taifu Gypsum Co. Ltd. | Canteen | Steel structure | 2011/7/14 | 208.00 |
| 83 | Guizhou Taifu Gypsum Co. Ltd. | Sawing workshop | Steel structure | 2011/7/14 | 512.00 |
| 84 | Guizhou Taifu Gypsum Co. Ltd. | 1 # horizontal distribution room | Steel structure | 2011/7/14 | 32.00 |
| 85 | Guizhou Taifu Gypsum Co. Ltd. | 2# horizontal distribution room | Steel structure | 2011/7/14 | 84.00 |
| 86 | Guizhou Taifu Gypsum Co. Ltd. | Blending building | Steel structure | 2011/7/14 | 506.00 |
| 87 | Guizhou Taifu Gypsum Co. Ltd. | Water scrubbing steel-structure factory building | Steel structure | 2015/3/25 | 450.00 |

204

BNBMPLC0009876

| No. | House user | Name of building | Structure | Date of completion | Floor area (m²) |
|---|---|---|---|---|---|
| 88 | Taishan Gypsum (Xiangtan) Co. Ltd. | Office building | Mixed | 2008/8/31 | 891.00 |
| 89 | Taishan Gypsum (Xiangtan) Co. Ltd | Plate-making workshop Steel structure | Steel structure | 2008/8/31 | 15,250.00 |
| 90 | Taishan Gypsum (Xiangtan) Co. Ltd | Auxiliary factory building | Color plate | 2008/8/31 | 1,642.80 |
| 91 | Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd. | Office building | Frame | 2015/10/1 | 358.92 |
| 92 | Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd. | Washing workshop | Steel structure | 2015/10/31 | 1,152.00 |
| Total | | | | | 176,689.78 |

③There are a total of 14 houses and buildings constructed on land actually occupied but without land use right certificate, whose total floor area is 46,296.78m². Those buildings are specified below:

| No. | House user | Name of building | Structure | Date of completion | Floor area (m²) |
|---|---|---|---|---|---|
| 1 | Taishan Gypsum Co. Ltd. | Plate-making workshop | Steel structure | 2003/12/1 | 21,840.00 |
| 2 | Taishan Gypsum Co. Ltd. | Air compressor room | Brick-concrete | 2003/12/1 | 156.00 |
| 3 | Taishan Gypsum Co. Ltd. | workshopOffice | Brick-concrete | 2003/12/1 | 665.28 |
| 4 | Taishan Gypsum Co. Ltd. | plate-making Blending building | Frame | 2003/12/1 | 650.00 |
| 5 | Taishan Gypsum Co. Ltd. | Pulverization workshop | Steel structure | 2003/12/1 | 1,100.00 |
| 6 | Taishan Gypsum Co. Ltd. | Oil furnace workshop | Steel structure | 2003/12/1 | 1,200.00 |
| 7 | Taishan Gypsum Co. Ltd. | Canteen | Brick-concrete | 2003/12/1 | 150.00 |
| 8 | Taishan Gypsum Co. Ltd. | Office of Industrial Park | Brick-concrete | 2003/12/1 | 549.00 |
| 9 | Taishan Gypsum Co. Ltd. | 35KV substation for Industrial Park | Brick-concrete | 2003/12/1 | 205.00 |
| 10 | Taishan Gypsum Co. Ltd. | Fryingworkshop for Industrial Park | Brick-concrete | 2006/12/26 | 396.50 |
| 11 | Taishan Gypsum Co. Ltd. | Dispatching building | Brick-concrete | 2009/12/31 | 1,345.00 |
| 12 | Taishan Gypsum Co. Ltd. | R&D building | Frame | 2009/12/31 | 9,220.00 |
| 13 | Taishan Gypsum Co. Ltd. | New finished products warehouse | Steel structure | 2014/5/31 | 7,600.00 |
| 14 | Taishan Gypsum Co. Ltd. | New office building | Frame | 2014/5/31 | 1,220.00 |
| Total | | | | | 46,296.78 |

BNBMPLC0009877

## (3) Leased house building

As of April 30, 2016, Taishan's subsidiaries and branch companies have leased a total of 3 houses and buildings, whose total loor area is 28,108.24 m². Those buildings are specified below:

| No. | Lessor | Lessee | Location | Usage of building | Lease term | Floor area (m2) |
|---|---|---|---|---|---|---|
| 1 | Jiangsu Luling Chemical Group Co., Ltd. | Taishan Gypsum (Suqian) Co. Ltd. | West of Jinshajiang Road and East of Yuhe Dam, Suyu Economic Development Area | Factory building | 2013 / 3 / 1 ~2033/ 3 / 1 | 13,789.80 |
| 2 | Jiangsu Pizhou Gypsum Board Factory | Taishan Gypsum (Pizhou) Co. Ltd. | South of Xuzhou Grade-1 Highway | Factory building | 2002/ 7 / 1 ~2022 /6/30 | 12,215.76 |
| 3 | Lucheng Cement Factory | Taishan Gypsum Co. Ltd. | Xiaonangang, outside of Ximen, Lucheng City | Factory building | 2016/1/1 ~ 2020/ 12 / 31 | 2,102.68 |
| | Total | | | | | 28,108.24 |

## 2. Major machinery equipment

Main production equipments with original value of at lease RMB5.00mn owned by Taishan and its subsidiaries as at December 31, 2015 are listed below:

Unit: RMB10000

| Name of asset | Equipment type | Original value | Qty. | Net value | Newness rate |
|---|---|---|---|---|---|
| Paper machine | Machinery equipment | 5,986.85 | 1.00 | 4,906.73 | 81.96% |
| Multi-wire, multi-dryer paper machine | Machinery equipment | 3,825.33 | 1.00 | 1,856.88 | 48.54% |
| Dryer | Machinery equipment | 3,459.02 | 1.00 | 2,153.72 | 62.26% |
| Drum pulper | Machinery equipment | 3,012.93 | 1.00 | 3,012.93 | 100.00% |
| Dryer | Machinery equipment | 1,726.64 | 1.00 | 1,451.50 | 84.07% |
| Power supply system | Machinery equipment | 1,694.96 | 1.00 | 1,482.50 | 87.47% |
| Dryer | Machinery equipment | 1,654.97 | 1.00 | 1,540.30 | 93.07% |
| Transmission and quality control  system of ABB paper machine | Machinery equipment | 1,594.31 | 1.00 | 1,285.78 | 80.65% |
| Dryer | Machinery equipment | 1,575.88 | 1.00 | 1,129.97 | 71.70% |

BNBMPLC0009878

| Dryer | Machinery equipment | 1,527.30 | 1.00 | 759.98 | 49.76% |
| Hot blast stove | Machinery equipment | 1,503.36 | 1.00 | 1,338.45 | 89.03% |
| Plate-making line | Machinery equipment | 1,494.95 | 1.00 | 1,000.41 | 66.92% |
| Dryer | Machinery equipment | 1,463.02 | 1.00 | 1,302.15 | 89.00% |
| Dryer | Machinery equipment | 1,461.07 | 1.00 | 1,120.49 | 76.69% |
| Dryer | Machinery equipment | 1,437.83 | 1.00 | 1,107.38 | 77.02% |
| Dryer | Machinery equipment | 1,366.22 | 1.00 | 847.23 | 62.01% |
| Hot blast stove | Machinery equipment | 1,363.38 | 1.00 | 1,227.53 | 90.04% |
| Hot blast stove | Machinery equipment | 1,357.16 | 1.00 | 1,132.26 | 83.43% |
| DCS control system | Machinery equipment | 1,351.32 | 1.00 | 1,089.82 | 80.65% |
| Anaerobic reactor | Machinery equipment | 1,332.60 | 1.00 | 1,332.60 | 100.00% |
| Dryer | Machinery equipment | 1,318.53 | 1.00 | 935.79 | 70.97% |
| Dryer | Machinery equipment | 1,299.27 | 1.00 | 1,135.29 | 87.38% |
| Hot blast stove | Machinery equipment | 1,284.20 | 2.00 | 1,126.89 | 87.75% |
| Power supply system | Machinery equipment | 1,242.76 | 1.00 | 1,106.24 | 89.01% |
| Dryer | Machinery equipment | 1,217.15 | 1.00 | 1,051.20 | 86.37% |
| Hot blast stove | Machinery equipment | 1,207.16 | 2.00 | 916.45 | 75.92% |
| Hot blast stove | Machinery equipment | 1,203.21 | 1.00 | 862.87 | 71.71% |
| Dryer | Machinery equipment | 1,164.00 | 1.00 | 892.67 | 76.69% |
| Power supply system | Machinery equipment | 1,156.46 | 1.00 | 708.87 | 61.30% |
| Hot blast stove | Machinery equipment | 1,109.02 | 1.00 | 717.12 | 64.66% |
| Dryer | Machinery equipment | 1,094.12 | 1.00 | 574.41 | 52.50% |
| Hot blast stove | Machinery equipment | 1,066.45 | 1.00 | 948.75 | 88.96% |
| Dryer | Machinery equipment | 1,066.32 | 1.00 | 666.28 | 62.48% |
| Hot blast stove | Machinery equipment | 1,056.24 | 1.00 | 1,028.59 | 97.38% |
| Dryer | Machinery equipment | 1,033.80 | 1.00 | 501.82 | 48.54% |
| Dryer | Machinery equipment | 1,018.75 | 1.00 | 605.21 | 59.41% |
| Hot blast stove | Machinery equipment | 1,016.75 | 1.00 | 782.10 | 76.92% |
| Hot blast stove | Machinery equipment | 1,013.00 | 1.00 | 776.87 | 76.69% |
| Dryer | Machinery equipment | 996.07 | 1.00 | 702.79 | 70.56% |
| Dryer | Machinery equipment | 972.63 | 1.00 | 946.97 | 97.36% |
| Dryer | Machinery equipment | 959.25 | 1.00 | 745.57 | 77.72% |
| Dryer | Machinery equipment | 952.66 | 1.00 | 931.71 | 97.80% |
| Hot blast stove | Machinery equipment | 951.43 | 1.00 | 832.12 | 87.46% |

207

BNBMPLC0009879

| | | | | | |
|---|---|---|---|---|---|
| Return fan | Machinery equipment | 939.40 | 1.00 | 575.82 | 61.30% |
| Hot blast stove | Machinery equipment | 894.46 | 1.00 | 571.32 | 63.87% |
| Dryer | Machinery equipment | 881.72 | 1.00 | 777.02 | 88.13% |
| Dryer | Machinery equipment | 877.07 | 1.00 | 738.20 | 84.17% |
| Hot blast stove | Machinery equipment | 876.00 | 1.00 | 766.16 | 87.46% |
| Dryer | Machinery equipment | 870.93 | 1.00 | 814.88 | 93.56% |
| Back pressure turbine | Machinery equipment | 861.54 | 1.00 | 706.18 | 81.97% |
| Dryer | Machinery equipment | 846.41 | 1.00 | 824.07 | 97.36% |
| Boiler | Machinery equipment | 844.91 | 1.00 | 692.56 | 81.97% |
| Boiler | Machinery equipment | 844.91 | 1.00 | 692.56 | 81.97% |
| Dryer | Machinery equipment | 836.67 | 1.00 | 778.07 | 93.00% |
| Hot blast stove | Machinery equipment | 834.47 | 1.00 | 794.55 | 95.22% |
| Dryer | Machinery equipment | 831.55 | 1.00 | 634.06 | 76.25% |
| Hot blast stove | Machinery equipment | 827.82 | 1.00 | 770.85 | 93.12% |
| Production line system | Machinery equipment | 827.45 | 1.00 | 634.57 | 76.69% |
| Dryer | Machinery equipment | 815.31 | 1.00 | 170.61 | 20.93% |
| Hot blast stove | Machinery equipment | 813.12 | 1.00 | 655.77 | 80.65% |
| Dryer | Machinery equipment | 809.59 | 1.00 | 652.92 | 80.65% |
| Wet-type gypsum board modified starch line | Machinery equipment | 797.54 | 1.00 | 646.71 | 81.09% |
| Hot blast stove | Machinery equipment | 786.62 | 1.00 | 497.06 | 63.19% |
| Hot blast stove | Machinery equipment | 774.66 | 1.00 | 709.93 | 91.64% |
| Powder making equipment | Machinery equipment | 769.88 | 1.00 | 485.46 | 63.06% |
| Dryer | Machinery equipment | 766.64 | 1.00 | 416.48 | 54.33% |
| Headbox | Machinery equipment | 762.44 | 1.00 | 614.90 | 80.65% |
| Headbox | Machinery equipment | 762.44 | 1.00 | 614.90 | 80.65% |
| Headbox | Machinery equipment | 762.44 | 1.00 | 614.90 | 80.65% |
| Headbox | Machinery equipment | 762.44 | 1.00 | 614.90 | 80.65% |
| Fluidized bed furnace | Machinery equipment | 759.05 | 1.00 | 479.28 | 63.14% |
| Dryer | Machinery equipment | 747.54 | 1.00 | 572.02 | 76.52% |
| Dryer | Machinery equipment | 745.00 | 1.00 | 281.57 | 37.79% |
| Hot blast stove | Machinery equipment | 741.65 | 1.00 | 574.37 | 77.44% |
| Plate-making line | Machinery equipment | 728.65 | 1.00 | 229.11 | 31.44% |
| 2# line Dryer | Machinery equipment | 719.94 | 1.00 | 552.12 | 76.69% |
| Gypsum conveying system | Machinery equipment | 712.11 | 1.00 | 674.53 | 94.72% |

BNBMPLC0009880

| | | | | | |
|---|---|---|---|---|---|
| Pressing equipment | Machinery equipment | 709.07 | 1.00 | 709.07 | 100.00% |
| 3800mm rewinding machine | Machinery equipment | 694.26 | 1.00 | 559.91 | 80.65% |
| Power supply system | Machinery equipment | 688.09 | 1.00 | 638.09 | 92.73% |
| Dryer | Machinery equipment | 684.49 | 1.00 | 681.47 | 99.56% |
| Dryer | Machinery equipment | 677.71 | 1.00 | 522.88 | 77.15% |
| Power supply system | Machinery equipment | 676.41 | 1.00 | 601.92 | 88.99% |
| Hot blast stove | Machinery equipment | 674.03 | 1.00 | 600.40 | 89.08% |
| Hot blast stove | Machinery equipment | 666.50 | 1.00 | 560.97 | 84.17% |
| Power supply system | Machinery equipment | 662.13 | 1.00 | 551.47 | 83.29% |
| Hot blast stove | Machinery equipment | 661.79 | 1.00 | 529.18 | 79.96% |
| 2 # equipment | Machinery equipment | 650.50 | 1.00 | 568.93 | 87.46% |
| Power supply system | Machinery equipment | 649.66 | 1.00 | 523.94 | 80.65% |
| Hot blast stove | Machinery equipment | 645.39 | 1.00 | 501.63 | 77.73% |
| Hot blast stove | Machinery equipment | 643.14 | 1.00 | 591.84 | 92.02% |
| Wet-end equipment | Machinery equipment | 640.87 | 1.00 | 596.47 | 93.07% |
| Hot blast stove | Machinery equipment | 631.54 | 1.00 | 617.65 | 97.80% |
| Hot blast stove | Machinery equipment | 629.56 | 1.00 | 626.79 | 99.56% |
| Hot blast stove | Machinery equipment | 624.83 | 1.00 | 550.63 | 88.12% |
| Electrostatic dust collector | Machinery equipment | 610.05 | 1.00 | 373.28 | 61.19% |
| Hot blast stove | Machinery equipment | 609.55 | 1.00 | 351.71 | 57.70% |
| Hot blast stove | Machinery equipment | 607.48 | 1.00 | 319.28 | 52.56% |
| Airflow drying, desulfurized gypsum system | Machinery equipment | 606.11 | 1.00 | 454.16 | 74.93% |
| Hot blast stove | Machinery equipment | 605.20 | 1.00 | 405.57 | 67.01% |
| Electrostatic dust collection | Machinery equipment | 575.39 | 1.00 | 479.22 | 83.29% |
| 21 m2 borosilicate glass electric melter and glass primary tube line | Machinery equipment | 549.71 | 1.00 | 473.75 | 86.18% |
| Power supply system | Machinery equipment | 548.73 | 1.00 | 510.71 | 93.07% |
| Slurry tank | Machinery equipment | 539.72 | 1.00 | 435.27 | 80.65% |
| Slurry tank | Machinery equipment | 539.72 | 1.00 | 435.27 | 80.65% |
| Slurry tank | Machinery equipment | 539.72 | 1.00 | 435.27 | 80.65% |
| Slurry tank | Machinery equipment | 539.72 | 1.00 | 435.27 | 80.65% |
| Wet-end system | Machinery equipment | 536.21 | 1.00 | 378.20 | 70.53% |
| High pressure diaphragm automatic filter press | Machinery equipment | 533.74 | 1.00 | 505.57 | 94.72% |
| Hot blast stove system | Machinery equipment | 528.33 | 1.00 | 409.82 | 77.57% |
| Heat exchanger | Machinery equipment | 525.89 | 1.00 | 481.95 | 91.64% |

209

BNBMPLC0009881