| Branch power installation system | Machinery equipment | 510.84 | 1.00 | 391.76 | 76.69% |
|---|---|---|---|---|---|
| Hot blast stove | Machinery equipment | 509.75 | 1.00 | 267.62 | 52.50% |
| High-concentration cleaner | Machinery equipment | 503.96 | 1.00 | 503.96 | 100.00% |
| Hot blast stove | Machinery equipment | 501.57 | 1.00 | 383.80 | 76.52% |
| Blending system | Machinery equipment | 500.07 | 1.00 | 486.88 | 97.36% |

According to the materials provide by Taishan, Auditor's Report and the Maximum-value Mortgage Contract (2002 Tai Zui Gao Di Zi No.6883601502) between Taishan and Bank of China Taian Branch, as of December 31, 2015, the total book value of the machinery equipment of Taishan is RMB2,558,391,500. A portion of machinery equipment has been mortgaged to Bank of China Taian Sub-branch and the mortgaged value of collaterals is RMB102,700,503.59 and mortgage registration authority is Taian Administration for Industry and Commerce Daiyue Branch; a portion of machinery equipment has been mortgaged to China Construction Bank Qingnian Road Sub-branch and the mortgaged value of collaterals is RMB27,395,000 and mortgage registration authority is Taian Administration for Industry and Commerce Daiyue Branch.

## 3. Land use right

As of December 31, 2015, the book value of Taishan's land use right is RMB715,773,400 .

## (1) Land plots with State-owned land use right certificate/property ownership certificate

As of April 30, 2016, Taishan and its subsidiaries have obtained State-owned land use right certificate/property ownership certificate for 68 land plots, whose total area is 4,423,652.00 m2. Those land plots are specified below:

| No. | Holder of land use right | Land certificate/property ownership certificate number | Location | Area (m²) | Nature | Land category (usage) | Expiry date | Mortgage status |
|---|---|---|---|---|---|---|---|---|
| 1 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2016) No.T-0033 | East of East Rongliao Road | 6,160.00 | Conversion of land use right into shares | Residential | 2073/10/8 | None |
| 2 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2009) No.D-0193 | Dawenkou Town, Daiyue District | 29,446.00 | Conversion of land use right into shares | Industrial | 2053/11/21 | Mortgaged |

BNBMPLC0009882

| No. | Holder of land use right | Land certificate/property ownership certificate number | Location | Area (m²) | Nature | Land category (usage) | Expiry date | Mortgage status |
|---|---|---|---|---|---|---|---|---|
| 3 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2009) No.D-0194 | HouZhoujiayuan Village, Dawenkou Town, Daiyue District | 44,857.00 | Conversion of land use right into shares | Industrial | 2053/11/21 | Mortgaged |
| 4 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2010) No.T0411 | North of Easter Section of Taishan Street | 2,967.31 | Conversion of land use right into shares | Business service | 2043/10/8 | Mortgaged |
| 5 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2009) No.T-0371 | West of Haolishan, Urban District of Tai'an City | 743 | Transfer | Business service | 2042/10/25 | Mortgaged |
| 6 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2010) No.D-0207 | Dawenkou Town, Daiyue District | 152,103.00 | Transfer | Industrial | 2060/6/30 | Mortgaged |
| 7 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2010) No.D-0208 | Dawenkou Town, Daiyue District | 104,411.00 | Transfer | Industrial | 2060/6/30 | Mortgaged |
| 8 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong No.(2014) Zi No.T-1074 | #21 Eastern Row, Commodity Wholesale Market, Taishan Trade Center, | 39.80 | Transfer | Business service | 2046/7/31 | None |
| 9 | Taishan Gypsum Co. Ltd. | LuGuoTuZiGuoYong (2012) No.1404220266 | Yanlizhuang Village, Shihui Township | 94,010.00 | Transfer | Industrial land | 2062/6/7 | None |
| 10 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266056 | No.1-502, Building 9#, Section C, Oriental Pearl Community, Haigang District | — | Transfer | Urban residential land | 2075/12/28 | None |
| 11 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002- | No.2-102, Building 9#, | — | Transfer | Urban residential | 2075/12/28 | None |

211

BNBMPLC0009883

| No. | Holder of land use right | Land certificate/property ownership certificate number | Location | Area (m²) | Nature | Land category (usage) | Expiry date | Mortgage status |
|---|---|---|---|---|---|---|---|---|
|  |  | 266057 | Section C, Oriental Pearl Community, Haigang District |  |  | land |  |  |
| 12 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266058 | No.1-401, Building 9#, Section C, Oriental Pearl Community, Haigang District | — | Transfer | Urban residential land | 2075/12/28 | None |
| 13 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266059 | No.2-302, Building 9#, Section C, Oriental Pearl Community, Haigang District | — | Transfer | Urban residential land | 2075/12/28 | None |
| 14 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266060 | No.1-302, Building 9#, Section C, Oriental Pearl Community, Haigang District | — | Transfer | Urban residentialland | 2075/12/28 | None |
| 15 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266061 | No.1-102, Building 9#, Section C, Oriental Pearl Community, Haigang District | — | Transfer | Urban residential land | 2075/12/28 | None |
| 16 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266062 | No.1-202, Building 9#, Section C, Oriental Pearl Community, Haigang District | — | Transfer | Urban residential land | 2075/12/28 | None |
| 17 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266063 | No.3-501, Building 9#, Section C, Oriental Pearl | — | Transfer | Urban residential land | 2075/12/28 | None |

212

BNBMPLC0009884

| No. | Holder of land use right | Land certificate/property ownership certificate number | Location | Area (m²) | Nature | Land category (usage) | Expiry date | Mortgage status |
|---|---|---|---|---|---|---|---|---|
| 18 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266064 | No.1-101, Building 9#, Section C, Oriental Pearl Community, Haigang District | — | Transfer | Urban residential land | 2075/12/28 | None |
| 19 | Taishan Gypsum Co. Ltd. | Qin Ji Guo Yong (2014) No.002-266065 | No.2-502, Building 9#, Section C, Oriental Pearl Community, Haigang District | — | Transfer | Urban residential land | 2075/12/28 | None |
| 20 | Taishan Gypsum Co. Ltd. | Tai Tu Guo Yong (2015) No.D-0197 | Dawenkou Town, Daiyue District | 65,392.00 | Transfer | Warehousing land | 2065/7/2 | None |
| 21 | Hubei Taishan Building Materials Co., Ltd. | Jing Guo Yong (2004) No.0104050256 | Jiaotong Village, Duodao District | 138,866.49 | Transfer | Industrial land | 2054/3/3 | None |
| 22 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2010) No.030 | Anqiu Economic and Technological Development Zone | 45,813.00 | Transfer | Industrial | 2055/11/4 | None |
| 23 | Taishan Gypsum (Weifang) Co. Ltd. | An Guo Yong (2015) No.00006 | North of Western Section of Lianhuashan Road | 19,518.00 | Transfer | Industrial land | 2063/9/21 | None |
| 24 | Taishan Gypsum (Jiangyin) Co. Ltd. | Cheng Tu Guo Yong (2010) No.19459 | 9 Yishan Road, Shengang Town, Jiangyin City | 63,097.00 | Transfer | Industrial | 2054/10/19 | None |
| 25 | Taishan Gypsum (Jiangyin) Co. Ltd. | Cheng Tu Guo Yong (2009) No.25914 | 9 Yishan Road, Shengang | 43,328.00 | Transfer | Industrial | 2056/8/11 | None |

213

BNBMPLC0009885

| No. | Holder of land use right | Land certificate/property ownership certificate number | Location | Area (m²) | Nature | Land category (usage) | Expiry date | Mortgage status |
|---|---|---|---|---|---|---|---|---|
| | | | Town, Jiangyin City | | | | | |
| 26 | Fuxin Taishan Building Materials Co., Ltd. | Fu Xin Guo Yong (2007)Zi No.0020 | North of Meicheng Road, Pingxi, Haizhou District, Fuxin City | 140.923 | Transfer | Industrial | 2056/12/18 | None |
| 27 | Taishan Gypsum (Henan) Co. Ltd. | Yan Guo Yong (2010) No.080038 | Shouyang Industrial Park, Yanshi City | 133,282.85 | Transfer | Industrial | 2058/6/8 | None |
| 28 | Taishan Gypsum (Tongling) Co. Ltd. | Tong Guo Yong (2008) No.426 | Xianjin Village, Shun'an Town | 144,011.71 | Transfer | Industrial | 2058/4/20 | Mortgaged |
| 29 | Taishan Gypsum (Baotou) Co. Ltd. | Tu Guo Yong (2008)Zi No.260 | South of National Highway 110, Goumen Town, Tuyou Banner | 107,548.35 | Transfer | Industrial | 2058/10/27 | None |
| 30 | Taishan Gypsum (Yinchuan) Co. Ltd. | Yin Guo Yong (2009) No.0321 | South of West Jimin Road and East of Jiaming Street, Yinchuan Economic and Technological Zone, Xixia District | 29,186.71 | Transfer | Industrial land | 2054/5/18 | None |
| 31 | Taishan Gypsum (Yinchuan) Co. Ltd. | Yin Guo Yong (2010) No.04116 | North of Jimin Road and West of Jiaming Street, Xixia District | 84,024.79 | Transfer | Industrial land | 2060/3/18 | None |
| 32 | Taishan Gypsum (Shaanxi) Co. Ltd. | Wei Lin Guo Yong (2009) No.068 | Xinshi Town, Linwei District | 100,553.30 | Transfer | Industrial land | 2056/6 | None |
| 33 | Taishan Gypsum (Yunnan) Co. Ltd. | Yi Liu Guo Yong (2009) No.Bian 19 | Sanjia Village, Liujie Town | 77,932.00 | Transfer | Industrial | 2058/8/29 | Mortgaged |
| 34 | Taishan Gypsum | Shi Guo Yong | Shifang City | 132,828.89 | Transfer | Industrial land | 2061/1/7 | None |

214

BNBMPLC0009886

| No. | Holder of land use right | Land certificate/property ownership certificate number | Location | Area (m²) | Nature | Land category (usage) | Expiry date | Mortgage status |
|---|---|---|---|---|---|---|---|---|
| | (Sichuan) Co. Ltd. | (2016) No.00189 | Economic Development Zone, intersection of Lantuan Avenue and Youyi road | | | | | |
| 35 | Taishan Gypsum (Sichuan) Co. Ltd. | Shi Guo Yong (2015) No.03694 | Youyi Road, Shifang Economic Development Zone, Shichuan | 59,402.60 | Transfer | Industrial land | 2065/6/30 | None |
| 36 | Taishan Gypsum (Hubei) Co. Ltd. | Wu Xue Guo Yong (2012) No.030605263 | East of Wuhan Highway, Lanzhou Community, Tianzheng District, Wuxue City | 197,072.70 | Transfer | Industrial | 2062/8/24 | Mortgaged |
| 37 | Taishan Gypsum (Liaocheng) Co. Ltd. | Guan Guo Yong (2011) No.1054 | South of National Highway 309 | 148,740.30 | Transfer | Industrial land | 2061/8/22 | None |
| 38 | Taishan Gypsum (Chongqing) Co. Ltd. | 203 Fang Di Chang 2015 Zi No.18387 | 2# Industrial Building, Aux. 3#,65 Road Intersection, Luohuang Town, Jiangjin District | 15,367.00 | Transfer | Industrial land | 2055/11/3 | None |
| 39 | Taishan Gypsum (Chongqing) Co. Ltd. | 203 Fang Di Zheng 2015 Zi No.18395 | 3# Dormitory Building, Aux. 3#,65 Road Intersection, Luohuang Town, Jiangjin District | 645.00 | Transfer | Industrial land | 2055/11/3 | None |
| 40 | Taishan Gypsum (Chongqing) Co. Ltd. | 203 Fang Di Zheng 2010 Zi No.18376 | 1# Office Building, Aux. 3#,65 Road Intersection, Luohuang Town, | 494.00 | Transfer | Industrial land | 2055/11/3 | None |

215

BNBMPLC0009887

| No. | Holder of land use right | Land certificate/property ownership certificate number | Location | Area (m²) | Nature | Land category (usage) | Expiry date | Mortgage status |
|---|---|---|---|---|---|---|---|---|
| | | | Jiangjin District | | | | | |
| 41 | Taishan Gypsum (Chongqing) Co. Ltd. | 203 Fang Di Zheng 2015 Zi No.18348 | Shift workers' Building, Aux. 3#,65 Road Intersection, Luohuang Town, Jiangjin District | 5,907.00 | Transfer | Industrial land | 2055/11/3 | None |
| 42 | Taishan Gypsum (Chongqing) Co. Ltd. | 203 Fang Di Zheng 2015 Zi No.18358 | Aux. 3#,65 Road Intersection, Luohuang Town, Jiangjin District | 580.00 | Transfer | Industrial land | 2055/11/3 | None |
| 43 | Taishan Gypsum (Nantong) Co. Ltd. | Hai Guo Yong (2010) No.420156 | East, Xinhe, Gangli, Haimen City | 21,113.00 | Transfer | Industrial land | 2060/8/3 | None |
| 44 | Taishan Gypsum (Nantong) Co. Ltd. | Hai Guo Yong (2010) No.420123 | South of Daye Road, Haimen Port | 118,038.00 | Transfer | Industrial land | 2060/3/16 | None |
| 45 | Taishan Gypsum (Nantong) Co. Ltd. | Hai Guo Yong (2014) No.420017 | East of Planned Diegang Road and South of Taishan Gypsum Company, Development Zone | 33,783.00 | Transfer | Industrial land | 2064/7/3 | None |
| 46 | Taishan Gypsum (Jiangxi) Co. Ltd. | Feng Guo Yong (2009) No.A0045 | Jiangxi Fengcheng Industrial Park | 82,733.60 | Transfer | Industrial | 2056/8/30 | None |
| 47 | Taishan Gypsum (Guangdong) Co. Ltd. | Bo Fu Guo Yong (2009) No.190928 | Muyuling Section, Lidong Village Committee, Yuanzhou Town | 30,363.00 | Transfer | Industrial land | 2059/12/10 | None |
| 48 | Taishan Gypsum (Guangdong) Co. Ltd. | Bo Fu Guo Yong (2009) No.190929 | Muyuling Section, Lidong Village Committee, Yuanzhou Town | 84,981.00 | Transfer | Industrial land | 2059/12/10 | None |
| 49 | Taishan Gypsum | Chao Guo Yong | Sanfen Village, | 156,684.00 | Listed | Industrial land | 2062/5/29 | None |

216

BNBMPLC0009888

| No. | Holder of land use right | Land certificate/property ownership certificate number | Location | Area (m²) | Nature | Land category (usage) | Expiry date | Mortgage status |
|---|---|---|---|---|---|---|---|---|
| | (Chaohu) Co. Ltd. | (2012) No.002250 | Wufenjiang Village, Tongyang Town | | transfer | | | None |
| 50 | Taishan Gypsum (Fujian) Co. Ltd. | Shang Hang Xian Guo Yong (2013) No.1555 | Jiaoyang Industrial Par | 66,450.30 | Transfer | Manufacturing of cement, lime and gypsum | 2063/5/28 | None |
| 51 | Taishan Gypsum (Fujian) Co. Ltd. | Shang Hang Xian Guo Yong (2013) No.1802 | Jiaoyang Industrial Park | 80,277.00 | Transfer | Manufacturing of cement and gypsum products | 2063/5/28 | None |
| 52 | Taishan Gypsum (Fujian) Co. Ltd. | Shang Hang Xian Guo Yong (2014) No.0024 | Jiaoyang Industrial Park | 32,383.00 | Transfer | Industrial land – manufacturing of cement and gypsum products | 2063/11/25 | None |
| 53 | Taishan Gypsum (Liaoning) Co. Ltd. | Sui Dong Guo Yong (2014) No.14516012 | South of Binhai Road and North of Suizhong Power Plant, Dongdaihe New District, Liaoning Province | 220,000.00 | Transfer | Industrial | 2063/11/24 | None |
| 54 | Wei'erda (Liaoning) Environmental Materials Co., Ltd. | Fu Shun Guo Yong (2010) No.0189 | Pingshan Street, Dongzhou District | 51,824.00 | Transfer | Industrial land | 2060/6/24 | None |
| 55 | Taishan Gypsum (Xuancheng) Co. Ltd. | Xuan Guo Yong (2014) No.2275 | Xuanzhou Economic Development Zone | 136,769.00 | Transfer | Industrial | 2064/1/1 | None |
| 56 | Taishan Gypsum (Gansu) Co. Ltd. | Bai Guo Yong (2014) No.119 | East of Yanhuang Channel, Baiyin District | 126,669.80 | Transfer | Industrial land | 2064/9/18 | None |
| 57 | Taishan Gypsum (Jiyuan) Co. Ltd. | Ji Guo Yong (2014) No.120 | East of Keliu Road, Siii Town | 131,847.00 | Transfer | Industrial land | 2064/9/1 | None |
| 58 | Taishan Gypsum (Weihai) Co. Ltd. | Ru Guo Yong (2014) No.0154 | Northwest of Shijiatuan Village, | 33,115.00 | Transfer | Industrial | 2064/6/16 | None |

217

BNBMPLC0009889

| No. | Holder of land use right | Land certificate/property ownership certificate number | Location | Area (m²) | Nature | Land category (usage) | Expiry date | Mortgage status |
|---|---|---|---|---|---|---|---|---|
| | | | Xiachu Town | | | | | |
| 59 | Taishan Gypsum (Weihai) Co. Ltd. | Ru Guo Yong (2014) No.0155 | Northwest of Shijiatuan Village, Xiachu Town | 6,735.00 | Transfer | Industrial | 2064/6/16 | None |
| 60 | Taishan Gypsum (Xiangyang) Co. Ltd. | Xiang Yang Guo Yong (2014) No.20141101224 | Zengnao Village, Yujiahu, Xiangcheng District | 55,639.60 | Transfer | Industrial land | 2064/0910 | None |
| 61 | Taishan Gypsum (Dongying) Co. Ltd. | Li Guo Yong (2015) No.0515 | West of Lizhan Road and North of Daming River, Mingjie Township | 153,803.82 | Transfer | Industrial land | 2065/7/7 | None |
| 62 | Taishan Gypsum (Yibin) Co. Ltd. | Gong Guo Yong (2015) No.1213 | Yujia Village, Xunchang Town, Gong County | 72,816.00 | Transfer | Industrial land | 2065/7/8 | None |
| 63 | Guizhou Crown New Building Materials Co. Ltd. | Jin Guo (2015) No.00191 | Jinhua Community, Xiluo Sub-district, Jinsha County | 82,713.76 | Transfer | Industrial land | 2062/9/23 | None |
| 64 | Taishan Gypsum (Xiagnyang) Co. Ltd. | Xiang Yang Guo Yong (2015) No.20150800741 | Zengnao Village, Yujiahu, Xiangcheng District | 51,065.40 | Transfer | Industrial land | 2065/7/28 | None |
| 65 | Taishan Gypsum (Xiagnyang) Co. Ltd. | Xiang Yang Guo Yong (2015) No.20150800742 | Zengnao Village, Yujiahu, Xiangcheng District | 84,007.50 | Transfer | Industrial land | 2065/7/28 | None |
| 66 | Taishan Gypsum (Hubei) Co. Ltd. | Wu Xue Guo Yong [2015] No.030605265 | Lanzhou Community, Tianzhen Office | 61,613.25 | Transfer | Industrial | 2064/07/05 | None |
| 67 | Taishan Gypsum (Jiangxi) Co. Ltd. | Feng Guo Yong (2015) No.A0137 | Within the scope of industrial park (land plot Z-92) | 37,434.00 | Transfer | Industrial land | 2065/7/1 | None |
| 68 | Taishan Gypsum (Guangxi) Co. Ltd. | Lai Guo Yong (2016) No.0401090411 | Southwest Corner, intersection of | 178,388.06 | Transfer | Industrial land | 2065/11/10 | None |

218

BNBMPLC0009890

| No. | Holder of land use right | Land certificate/property ownership certificate number | Location | Area (m²) | Nature | Land category (usage) | Expiry date | Mortgage status |
|---|---|---|---|---|---|---|---|---|
| | | | Qianjin Road and Jianye Road, Fenghuang Industry PARK, Laibin | | | | | |
| Total | | | | 4,423,652.00 | | | | |

Note: for No.10-19 land plots, there is no use right area and their shared areas are 3.31 square meters,12.06 square meters,13.31 square meters, 13.31 square meters,13.31 square meters,13.31 square meters,15.2 square meters,12.06 square meters and 13.31 square meters respectively; for No.38-42 land plots, according to real estate right certificates, the area in Column 5 is land use right area, the common land use right area is 69,344.11 square meters (exclusively used by Taishan Gypsum (Chongqing) Co., Ltd. and the total land area is calculated according to the common use area.

## (2) Land plots actually occupied but without land use right certificate

As at the signing date of this Report, Taishan and its subsidiaries have actually occupied 2 land plots without land use right, whose total floor area is 213,493.40m². According to Taishan's written statement, the reason for the failure to obtain the land use right certificate for uncertificated houses and buildings is that the documents or procedures for applying for land use right certificate are incomplete or the certification conditions are not ripe and Taishan is now actively applying for relevant certificates. In order to guarantee the interest of Listed Company, both sides to the transaction have made the following promises with respect to flaw assets of Taishan and its subsidiaries including land and housing properties not yet certificated as at the Appraisal Reference Date: will actively coordinate and cooperate in the handling of uncertificated or unregistered or uncertificated land and properties of Taishan and its subsidiaries, and make sure that such matter will not affect normal production and operation of Taishan and its subsidiaries. If Taishan and its subsidiaries suffer from any economic loss due to the adverse impact of such flaw of property right on their normal production and operation, Taishan's minority shareholders shall make full compensation to Taishan according to their shareholding ratios of Taishan as at the Appraisal Reference Date (i.e., April 30, 2015)." As of the Appraisal Reference Date, the estimated subsequent expenses (including land grant fee, other expenses and related taxes and fees) to be incurred for the obtaining of the land use right certificates are about RMB80.1948.

Land plots actually occupied by Taishan and its subsidiaries without land use right are specified below:

| No. | Land occupier | Location | Area | Land status or progress of applying for land certificate |
|---|---|---|---|---|

BNBMPLC0009891

| | | | (m2) | |
|---|---|---|---|---|
| 1 | Taishan Gypsum Co. Ltd. | Beixiyao Village | 128,006.40 | Purcahsed by government as land reserve |
| 2 | Taishan Gypsum (Weihai) Co. Ltd. | West of Shijiatuan Village, East of Rizhaozhuang Village | 85,487.00 | Land user permit obtained |
| | Total | | 213,493.40 | |

## (3) Lands requiring transfer procedures

The use right holder indicated in the Jia Guo Tu Zi Guo Yong (2003) No1.2352 Land Use Right Certificate is Xuzhou Fasite Building Materials Co., Ltd. This company was formerly a controlled subsidiary of Taishan and cancelled on November 23,2012. According to this company's liquidation report, the shareholders of Xuzhou Fasite Building Materials Co., Ltd. agreed that this land plot was owned by Taishan. Taishan needs to handle the procedures of transferring such land use right to Taishan.

## (4) Leased land plots

As of April 30, 2016, Taishan and subsidiaries have leased 11 land plots, whose total area is about 387,316.84m2. Those land plots include:

① Leased land with transfer of land use right

As of April 30, 2016, Taishan's subsidiaries have leased a total of 5 land plots with transfer of land use right, whose total area is 264,591.19m2. Those land plots are specified below:

| No. | Lessee | Lessor | Location | Nature | Usage | leased Area (m2) | Lease term |
|---|---|---|---|---|---|---|---|
| 1 | Qinhuangdao Taishan Building Materials Co., Ltd. | Qinhuangdao Huaying Phosphoric Acid Co., Ltd. | Within the premises of Huaying Phosphoric Acid Co., Ltd., Eastern Section of Gangcheng Street, Qinhuangdao City | Transfer | Industrial | 37,120.85 | 2003/ 8/1~2032/ 4 / 18 |
| 2 | Taishan Gypsum (Hengshui) Co. Ltd. | Hebei Hengfeng Power Generation Co., Ltd. | West Renmin Road, Hengshui City, Hebei Province | Transfer | Industrial | 43,335.55 | 2016 / 1 /1 ~ 2018 / 12 /31 |
| 3 | Taishan Gypsum (Wenzhou) Co. Ltd. | Zhengjiang Zheneng Wenzhou Power Generation Co., Ltd. | East of Phase-3 Power Generator Set, North of Rotten Stone Powder Factory, Zhengjiang Zheneng Wenzhou Power Generation Co., Ltd. | Transfer | Land for public facilities | 54,200.80 | 2008/ 1 /1 ~ 2036 /6 / 30 |

220

BNBMPLC0009892

| No. | Lessee | Lessor | Location | Capital contribution in the form of land use right | Industrial land | Leased Area (m2) | Lease term |
|---|---|---|---|---|---|---|---|
| 5 | Guizhou Taifu Gypsum Co. Ltd. | Wengfu Group Co., Ltd. | Machangping Office, Fuquan City | | | 43,666.89 | 2009 / 9 / 23 ~ 2039/ 9/ 22 |
| 4 | Taishan Gypsum (Pingshan) Co. Ltd. | Shijiazhuang Hua'ao Electric Power Co., Ltd. | Adjacent to Hebei Yineng New Environmental Materials Co., Ltd. and East of Pingshan Jicheng | Transfer | Slag yard | 86,267.10 | 2006 / 7 / 1 /~2036 /6 /16 |
| | | Total | | | | 264,591.19 | |

② Leased collective land

As of April 30, 2016, Taishan has contracted for lease of 5 collective land plots, whose total area is 69,389.65m2. Those land plots are specified below:

| No. | Lessee | Lessor | Location | Leased Area (m2) | Lease term |
|---|---|---|---|---|---|
| 1 | Taishan Gypsum Co. Ltd. | Villagers' Committee of Beixiyao Village, Dawenkou Town, Daiyue District, Tai'an City | Beixiyao Village, Dawenkou Town, Daiyue District, Tai'an City | 13,620.07 | 2010 / 1 / 1 ~2030 /12 / 31 |
| 2 | Taishan Gypsum Co. Ltd. | Villagers' Committee of Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Tai'an City | Qianzhoujiayuan Village , Dawenkou Town, Daiyue District, Tai'an City | 27,105.47 | 2010 /1 1 ~2030/ 12 /31 |
| 3 | Taishan Gypsum Co. Ltd. | Villagers' Committee of Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Tai'an City | Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Tai'an City | 1,940.01 | 2010 / 1 / 1 ~2030 /12/31 |
| 4 | Taishan Gypsum (Henan) Co. Ltd. | People's Government of Shouyangshan Town, Yanshi City | Plant boundary: east to Yunzha Road of CR Power Plant, south to center line of Beihuan Road, west to center line of Shoumang Road | 20,000.10 | 2009 ~2039 |
| 5 | Taishan Gypsum (Guangdong) Co. Ltd. | People's Government of Yuanzhou Town, Boluo County | Junction of Fuyuan Road and North Huancheng Road, Yuanzhou Town, Boluo County | 6,724.00 | 2009/12 / 10 ~2059/ 12 / 10 |
| | | Total | | 69,389.65 | |

③Leased allocated land

As of April 30, 2016, Taishan and its subsidiaries have contracted for lease of 1 allocated land plot, whose total area is 53,336.00m2. The

221

BNBMPLC0009893

land plot is specified below:

| No. | Lessee | Lessor | Location | Leased area (m2) | Lease term |
|-----|--------|--------|----------|------------------|------------|
| 1 | Xiangtan Taishan Building Materials Co., Ltd. | Hunan Xiangtan Power Generation Co., Ltd. | Xiangxing Village, Shuangma Town | 53,336.00 | 2007/3/20 ~ 2027/12/31 |

## 4. Trademarks

As of April 30, 2016, Taishan and its subsidiaries own 81 trademarks, as shown below:

(1) According to the Trade Registration Certificates and the Change Certificates for Registered Trademarks issied by the Trademark Office of the State Administration for Industry and Commerce of the People's Republic of China ("Trademark Office"), Taishan owns the following registered trademarks:

| No. | Trademark pattern | Registration number | Category | Commodity/service items | Expiry date of exclusive right to use trademark |
|-----|-------------------|---------------------|----------|-------------------------|------------------------------------------------|
| 1 | | 1063238 | 19 | Gypsum board | 2017/7/27 |
| 2 | | 1407694 | 19 | Gypsum, alabaster, gypsum powder, calcined gypsum, plastering gypsum powder, gypsum board, fiber gypsum board, bricks | 2020/6/13 |
| 3 | 泰山牌山 | 5124977 | 19 | Gypsum board, gypsum powder, gypsum | 2019/6/20 |
| 4 | 稳当当 | 6022557 | 19 | Laminated board, building mortar, gypsum board , calcined gypsum, nonmetallic building materials, nonmetallic ceiling, nonmetallic plates, nonmetallic building coating materials, nonmetallic inserts for building, non-metal building | 2020/1/13 |
| 5 | 岱宗 | 7144547 | 19 | Gypsum boardLaminated board, building mortar, calcined gypsum, gypsum board | 2020/12/6 |
| 6 | 百世吉 | 7389960 | 19 | Laminated board, building mortar, calcined gypsum , gypsum board, nonmetallic inserts for building, nonmetallic building materials, nonmetallic plates, rock wool products (for building), non-metal building, nonmetallic building coating materials | 2020/8/20 |
| 7 | | 649888 | 19 | Gypsum board | 2023/7/13 |
| 8 | | 1345313 | 19 | Gypsum board, gypsum powder | 2019/12/20 |

222

BNBMPLC0009894

| No. | Logo | Reg. No. | Class | Goods | Date |
|---|---|---|---|---|---|
| 9 |  | 1584728 | 19 | Gypsum board | 2021/6/13 |
| 10 | 泰山王 | 1811194 | 19 | Gypsum, gypsum board | 2022/7/20 |
| 11 |  | 1932001 | 19 | Gypsum, gypsum board | 2022/9/27 |
| 12 |  | 1932004 | 19 | Gypsum, gypsum board | 2022/9/27 |
| 13 | Taihe | 3335589 | 19 | Gypsum board, gypsum powder, calcined gypsum, gypsum | 2024/4/27 |
| 14 |  | 3400510 | 19 | Gypsum board, gypsum, calcined gypsum | 2024/9/13 |
| 15 |  | 3594832 | 6 | Metal building materials, metal frames for building, metal beams, metal racks for building | 2025/1/13 |
| 16 |  | 3627450 | 17 | Adhesive tapes not for stationery, medical or household purposes | 2025/4/20 |
| 17 |  | 3646291 | 2 | Daub (oil putty, putty), daub (putty), gypsum putty | 2025/6/6 |
| 18 |  | 3831272 | 19 | Alabaster, calcined gypsum, gypsum, gypsum board | 2026/4/13 |
| 19 |  | 4326280 | 19 | Gypsum board, nonmetallic bricks/tiles | 2018/2/6 |
| 20 |  | 4013100 | 19 | Gypsum board | 2016/12/13 |
| 21 | 石膏 | 5037069 | 19 | Gypsum board, alabaster, gypsum, calcined gypsum | 2019/10/27 |
| 22 | THBM 泰和建材 | 5124978 | 19 | Gypsum board, gypsum, gypsum powder | 2020/11/6 |
| 23 |  | 5340872 | 19 | Nonmetallic building coating materials, coatings (building materials) | 2020/1/13 |

223

BNBMPLC0009895

| # | 泰和泰山 | | | | |
|---|---|---|---|---|---|
| 24 | | 5503457 | 19 | Gypsum, gypsum board | 2020/8/27 |
| 25 | | 5503458 | 19 | Gypsum, gypsum board | 2020/8/27 |
| 26 | | 5581271 | 6 | Metal racks for building, metal building materials, metal building components, metal frames for building, light gauge steel joists for building, metal fittings for building | 2019/6/27 |
| 27 | 石 承 指 | 5594949 | 6 | Metal racks for building, metal building materials, metal building components, metal frames for building, Light gauge steel joist for building, metal fittings for building | 2019/7/6 |
| 28 | 九洲泰和 | 5818345 | 19 | Gypsum board . gypsum, calcined gypsum , nonmetallic building materials, nonmetallic building coating materials | 2019/11/27 |
| 29 | 太山石 | 5932413 | 19 | Calcined gypsum , Gypsum, gypsum board, coatings (building materials), nonmetallic building materials | 2021/2/20 |
| 30 | Tai Shan Wang | 5945436 | 19 | gypsum board . gypsum, calcined gypsum, nonmetallic building materials, nonmetallic building coating materials | 2020/7/20 |
| 31 | 红河泰山 | 5818338 | 19 | Gypsum , calcined gypsum, alabaster, gypsum board , nonmetallic building coating materials | 2019/11/27 |
| 32 | 泰和泰新 | 5915984 | 16 | Paper, kraft paper, cement bag, cardboard, wrapping paper, self-adhesive paper, white board | 2019/12/6 |
| 33 | | 5995529 | 19 | Calcined gypsum, gypsum board, non-metal building | 2020/8/27 |
| 34 | | 5995528 | 17 | Sealants, sealants for joints, adhesive tapes not for stationery, medical or household purposes, insulating glass fiber fabric | 2020/7/06 |
| 35 | 泰新泰山 | 6047650 | 19 | Non-metal building | 2020/2/20 |
| 36 | 泰和泰新 | 6047651 | 19 | Laminated board , building mortar, calcined gypsum, gypsum board, nonmetallic inserts for building, nonmetallic ceiling, nonmetallic building materials, nonmetallic plates, non-metal building, nonmetallic building coating materials, | 2020/1/20 |
| 37 | 泰和泰山 | 6047652 | 19 | Laminated board , building mortar, nonmetallic building coating materials | 2020/10/20 |
| 38 | 泰山泰和 | 6047653 | 19 | Laminated board , building mortar, calcined gypsum , nonmetallic inserts for building, nonmetallic ceiling, nonmetallic building materials, nonmetallic plates, nonmetallic building coating materials | 2020/1/20 |

224

BNBMPLC0009896

| # | Logo | Reg. No. | Class | Goods/Services | Date |
|---|------|----------|-------|----------------|------|
| 39 | 泰山 | 6648160 | 19 | Calcined gypsum, gypsum, gypsum board | 2020/10/20 |
| 40 | | 6648161 | 19 | Calcined gypsum, gypsum, gypsum board, nonmetallic strips, nonmetallic inserts for building, nonmetallic ceiling, nonmetallic partitions for building, nonmetallic building materials, rock wool products (for building), nonmetallic building | 2020/3/27 |
| 41 | 泰山石膏 | 7053315 | 17 | Insulating glass fiber fabric | 2021/2/20 |
| 42 | 石膏泰山 | 7053318 | 17 | Sealants, sealants for joints, adhesive tapes not for stationery, household or medical purposes, insulating glass fiber fabric | 2020/12/13 |
| 43 | 石膏泰山 | 7053354 | 19 | Calcined gypsum, gypsum board, non-metal building | 2020/11/27 |
| 44 | 泰山石膏 | 7053363 | 19 | Gypsum board, calcined gypsum | 2020/12/20 |
| 45 | | 7053401 | 19 | Laminated board, non-metal building, nonmetallic building coating materials | 2020/7/6 |
| 46 | | 7198932 | 6 | Metal supports for building, metal building components, metal fittings for building, metal partition (building), metal building materials, metal frames for building, metal sheets for building, nail | 2020/9/13 |
| 47 | 大前门 | 7389204 | 19 | Calcined gypsum, gypsum board | 2021/4/20 |
| 48 | 康乃尔 Knauer | 7389974 | 19 | Laminated board, building mortar, nonmetallic inserts for building, nonmetallic building materials, nonmetallic plates, rock wool products (for building), non-metal building, nonmetallic building coating materials | 2020/12/27 |
| 49 | | 8480309 | 6 | Metal strips, metal supports, metal grids, metal building, metal racks for building, metal supports for building, metal building components, metal fittings for building, metal beams, metal building materials, metal frames for building, metal washers, metal bolts, nail, hardware (small) | 2021/7/27 |
| 50 | | 8482630 | 19 | Gypsum board, gypsum, non-metallic pipeline; nonmetallic fire-resistant building materials; coatings (building materials); waterproof rolls; ceramic tiles; marble; building glass; timber | 2022/7/6 |
| 51 | 给力 | 8847075 | 19 | Laminated board , building mortar, alabaster, calcined gypsum, gypsum, gypsum board , nonmetal wall bricks for building, nonmetallic inserts for building, nonmetallic ceiling, nonmetallic building materials, nonmetallic plates, rock wool products (for building) , non-metal building, coatings (building materials) , nonmetallic building coating materials, stone, concrete or marble artwork | 2021/12/20 |
| 52 | 给力 | 8847076 | 6 | Hardware (small) | 2022/6/27 |
| 53 | | 8482688 | 19 | Gypsum board, gypsum, non-metallic pipeline, nonmetallic fire-resistant building materials, coatings (building materials), waterproof rolls, ceramic tiles, marble, building glass, timber | 2022/7/13 |

225

| | | | | Goods/Services | |
|---|---|---|---|---|---|
| 54 | | 8480307 | 19 | Building mortar, nonmetallic inserts for building, nonmetallic ceiling, nonmetallic building materials, nonmetallic plates, rock wool products (for building), coatings (building materials), nonmetallic building coating materials | 2024/6/13 |
| 55 | 泰山王 | 8480310 | 6 | Metal grids, metal building, metal racks for building, metal supports for building, metal beams, metal building materials, metal frames components, metal fittings for building, metal beams, metal building materials, metal frames for building | 2024/11/6 |
| 56 | 泰山王 | 8480311 | 6 | metal grids, metal building, metal racks for building, metal supports for building, metal building components, metal fittings for building, metal beams, metal building materials, metal frames for building | 2024/11/6 |
| 57 | | 8669452 | 19 | building mortar, alabaster, calcined gypsum, gypsum, gypsum board, non-metal building, stone, concrete or marble artwork | 2022/5/06 |
| 58 | Knaler | 8669453 | 19 | alabaster, calcined gypsum, gypsum, gypsum board, nonmetallic ceiling, coatings (building materials), stone, concrete or marble artwork | 2024/6/27 |
| 59 | 给力 | 8847074 | 17 | Sealants, sealants for joints, adhesive tapes not for stationery, household or medical purposes, regenerated cellulose slices for non-wrapping purpose, plastic fiber (fiber) for non-textile purpose, plastic strips, dampproof building materials, fiberglass insulating boards and tubes, insulating glass fiber fabric | 2021/12/20 |
| 60 | 给力 | 8847077 | 11 | Electric water heater, solar cooker, solar water heater, solar thermal collector | 2021/11/27 |
| 61 | 给力 | 8847078 | 16 | Paper, paper tape, white board, case board, kraft liner, kraft paper, cardboard tube, adhesive fiber paper for wrapping, plastic film for wrapping, wood-pulp board (stationery), stationery and household adhesive tapes | 2021/11/27 |
| 62 | | 11746606 | 6 | Metal strips, metal supports, metal grids, metal building, metal racks for building, metal supports for building, metal fittings for building, metal beams, metal building materials, metal frames for building, metal washers, nail, hardware | 2024/4/27 |
| 63 | | 11746607 | 19 | Alabaster, calcined gypsum, gypsum, gypsum board, nonmetallic wall bricks for building, nonmetallic building materials, rock wool products (for building), coatings (building materials), stone, concrete or marble artwork | 2024/4/27 |
| 64 | | 11746608 | 17 | Sealants, adhesive tapes not for stationery, medical or household purposes, regenerated fiber slices for non-wrapping use, plastic fiber for non-textile purposes, plastic strips, building dampproof materials, fiberglass insulating boards and tubes, insulating glass fiber fabric, | 2024/4/27 |
| 65 | | 12353606 | 1 | Agglomerant for concrete, coagulant for concrete, concrete aeration chemicals | 2024/9/13 |
| 66 | | 14121302 | 19 | Alabaster, granular gypsum, alcined gypsum, gypsum used for delayed coagulation added in concrete | 2025/5/6 |
| 67 | | 14122106 | 19 | Alabaster, granular gypsum, alcined gypsum, gypsum used for delayed coagulation added in concrete | 2025/5/6 |
| 68 | | 3646301 | 19 | 1906 non-metallic wall brick; 1912 coating (building materials); non-metallic building coating materials; | 2025/9/20 |

226

BNBMPLC0009898

| No. | Trademark pattern | Trademark number | Category | Commodity/service items | Expiry date of exclusive right to use trademark |
|---|---|---|---|---|---|
| | | | | 1903 stucco gypsum; gypsum block; gypsum board; gypsum powder; caulking gypsum | |
| 69 | | 5818339 | 19 | 1903 plasterboard; gypsum; calcined gypsum; alabaster | 2020/7/6 |

(2) According to the Trademark Registration Certificates issued by the Trademark Registration Office of the Intellectual Property Department of Hong Kong Special Administrative Region, Taishan owns the following trademarks:

| No. | Trademark pattern | Trademark number | Category | Commodity/service items | Expiry date of exclusive right to use trademark |
|---|---|---|---|---|---|
| 1 | 泰山 | 302513501 | 17 | Sealants, pipe gaskets, sealants for joints, plastic fiber for non-textile use, plastic regenerated fiber for non-wrapping use, nonmetallic joints for pipeline, plastic film for non-wrapping use, fiberglass insulating boards and tubes, asbestos boards, asbestos slates, thermally non-conductive materials for thermal insulation, insulating materials for boiler, asbestos felt, asbestos paper, asbestos cloth, asbestos wrapping materials, dampproof building materials, insulating glass fiber fabric, insulating materials, mineral wool (insulator), waterproof package | 2013/2/1 |

(3) According to the Trademark Registration Certificates issued by the Trademark Office, Taishan's subsidiaries own the following registered trademarks:

| No. | Trademark pattern | Company name | Registration number | Category | Commodity/service items | Expiry date of exclusive right to use trademark |
|---|---|---|---|---|---|---|
| 1 | | Tai'an Jindun Building Materials Co., Ltd. | 9118300 | 17 | Plastic strips | 2022/7/13 |
| 2 | | Tai'an Jindun Building Materials Co., Ltd. | 9022465 | 6 | Metal fittings for building, metal frames for building, metal racks for building, metal supports for building, metal grids, metal building materials, metal building components, metal building, metal beams, | 2023/5/13 |
| 3 | | Tai'an Jindun Building Materials Co., Ltd. | 9118297 | 16 | Cardboard tube | 2022/8/27 |
| 4 | | Tai'an Jindun Building Materials Co., Ltd. | 9118298 | 16 | Cardboard tube | 2022/8/27 |

227

| No. | | Company | Patent number | Type | Patent name | Date |
|---|---|---|---|---|---|---|
| 5 | 泰山 | Tai'an Jindun Building Materials Co., Ltd. | 9022466 | 6 | Metal fittings for building, metal frames for building, metal racks for building, metal supports for building, building grids, metal building materials, metal building components, metal building, metal beams | 2023/5/13 |
| 6 | 稳久泰山 | Tai'an Jindun Building Materials Co., Ltd. | 9118299 | 19 | Alabaster, calcined gypsum, gypsum, gypsum board | 2022/7/13 |
| 7 | | Qinhuangdao Taishan Building Materials Co., Ltd. | 3579098 | 19 | Gypsum board | 2025/8/20 |
| 8 | | Guizhou Crown New Building Materials Co., Ltd. | 13909608 | 19 | Gypsum; calcined gypsum; alabaster; gypsum board; non-metallic floor tile; slab; ceramic tile; non-metallic bricks; lime; layer (building materials); | 2025/3/6 |
| 9 | 倍来尔 bailaier | Guizhou Crown New Building Materials Co., Ltd. | 13909607 | 19 | Slab; lime; gypsum; calcined gypsum; alabaster; gypsum board; non-metallic floor tile; ceramic tile; non-metallic bricks; coating (building materials); | 2025/3/6 |
| 10 | 汉孚 | Guizhou Crown New Building Materials Co., Ltd. | 13909609 | 19 | Slab; lime; gypsum; calcined gypsum; alabaster; gypsum board; non-metallic floor tile; ceramic tile; non-metallic bricks; coating (building materials); | 2025/3/6 |
| 11 | 漢冠 | Guizhou Crown New Building Materials Co., Ltd. | 12056815 | 19 | Slab; lime; gypsum; gypsum board; calcined gypsum; alabaster; ceramic tile; non-metallic floor tile; non-metallic bricks; coating (building materials); | 2024/7/6 |

228

## 5. Patents

According to certificates of patent for inventions, certificates of utility model patent and patent certificates of design patents issued by State Intellectual Property Office of the People's Republic of China ("State Intellectual Property Office") and the Certificates issued by State Intellectual Property Office on December 1, 2015 and December 22, 2015 respectively, Taishan has owned the following 213 patents:

| No. | Patent number | Patent type | Patent name | Patent application date |
|---|---|---|---|---|
| 1 | ZL200510044487.4 | Patent for | A kind of building gypsum powder and its preparation method | 2005.8.29 |

BNBMPLC0009900

| No. | Patent No. | Type | Title | Date |
|---|---|---|---|---|
| 2 | ZL200610043684.9 | Patent for invention | A method of utilizing waste heat of wet steam removed by gypsum board dryer | 2006.4.22 |
| 3 | ZL200910016319.2 | Patent for invention | A process of producing gypsum board with phosphogypsum, desulfurized gypsum and natural gypsum | 2009.6.6 |
| 4 | ZL200910018607.1 | Patent for invention | A kind of fireproof decorative gypsum board and its production method | 2009.8.31 |
| 5 | ZL201010154522.9 | Patent for invention | A production process of low basis weight, high strength, ordinary gypsum board covering paper | 2010.4.26 |
| 6 | ZL201010154529.0 | Patent for invention | A production process of low basis weight, high strength fireproof gypsum board covering paper | 2010.4.26 |
| 7 | ZL200910018608.6 | Patent for invention | A kind of sound absorbing decorative gypsum board and its production method | 2009.8.31 |
| 8 | ZL201010154534.1 | Patent for invention | A production process of low basis weight, high strength waterproof gypsum board covering paper | 2010.4.26 |
| 9 | ZL201010273705.2 | Patent for invention | A kind of 50 million m² large gypsum board production process | 2010.8.31 |
| 10 | ZL201210016840.1 | Patent for invention | A production process of paper adhesive tape for gypsum board | 2012.5.29 |
| 11 | ZL201410059431.5 | Patent for invention | Automatic packing system of large gypsum board production line | 2014.2.21 |
| 12 | ZL200620161914.7 | Utility model | An electric jacking device for the base frame of gypsum board line | 2006.12.28 |
| 13 | ZL200620161915.1 | Utility model | A special tube bundle dryer for industrial byproduct gypsum | 2006.12.28 |
| 14 | ZL200620161917.0 | Utility model | A building gypsum cooling device | 2006.12.28 |
| 15 | ZL200620161883.5 | Utility model | A device for preparing gypsum board coagulant | 2006.12.30 |
| 16 | ZL200720159701.5 | Utility model | A gas drying system for gypsum board | 2007.12.29 |
| 17 | ZL200720159600.8 | Utility model | A quick calciner for building gypsum powder | 2007.12.29 |
| 18 | ZL200720159702.X | Utility model | A device for utilizing waste heat from gypsum board organic heat carrier heating furnace | 2007.12.29 |
| 19 | ZL200720159703.4 | Utility model | A paper unwinding machine for gypsum board line | 2007.12.29 |
| 20 | ZL200820172128.6 | Utility model | Centralized heating system for gypsum board and building gypsum line | 2008.9.23 |
| 21 | ZL200920023633.9 | Utility model | A new dry plate system for gypsum board | 2009.3.11 |
| 22 | ZL200920023634.3 | Utility model | Automatic control system for building gypsum one-step calcination | 2009.3.11 |

229

BNBMPLC0009901

| 23 | ZL200920019861.9 | Utility model | A gypsum board composite dynamic foaming device | 2009.3.25 |
|----|------------------|---------------|--------------------------------------------------|-----------|
| 24 | ZL200920026418.4 | Utility model | A new gypsum board cutter | 2009.6.1 |
| 25 | ZL200920225392.6 | Utility model | A kind of fireproof decorative gypsum board | 2009.8.31 |
| 26 | ZL200920225393.0 | Utility model | A kind of sound absorbing decorative gypsum board | 2009.8.31 |
| 27 | ZL201020169238.4 | Utility model | Gypsum powder pneumatic feeding device | 2010.4.26 |
| 28 | ZL201020199559.9 | Utility model | A device for automatic returned transportation of rejected gypsum board | 2010.5.13 |
| 29 | ZL201020199537.2 | Utility model | A secure supporting mechanism for lifting platform of gypsum board line | 2010.5.13 |
| 30 | ZL201020199550.8 | Utility model | New gypsum board horizontal feeding & delivery device | 2010.5.13 |
| 31 | ZL201020199563.5 | Utility model | Two-stage distributor for gypsum board | 2010.5.13 |
| 32 | ZL201020199572.4 | Utility model | Air distribution device for gypsum board dryer | 2010.5.13 |
| 33 | ZL201020200811.X | Utility model | Gypsum board edge-sawing clamping device | 2010.5.21 |
| 34 | ZL201020209822.8 | Utility model | Turning plate laminate improving device | 2010.5.21 |
| 35 | ZL201020209825.1 | Utility model | Hemmer for board molding machine | 2010.5.21 |
| 36 | ZL201020228278.1 | Utility model | A kind of anti-static gypsum wallboard | 2010.6.9 |
| 37 | ZL201020228268.8 | Utility model | A kind of anti-static gypsum floor system | 2010.6.9 |
| 38 | ZL201020231538.0 | Utility model | A kind of belt deviation correcting device | 2010.6.7 |
| 39 | ZL201020231525.3 | Utility model | A kind of gypsum board discharging machine | 2010.6.7 |
| 40 | ZL201020231557.3 | Utility model | A kind of belt tensioner | 2010.6.7 |
| 41 | ZL201020231513.0 | Utility model | A kind of gypsum board lifting transition device | 2010.6.7 |
| 42 | ZL201020230269.6 | Utility model | Gypsum board discharge locating rack | 2010.6.8 |
| 43 | ZL201020230280.2 | Utility model | A new gypsum board approach roller | 2010.6.8 |
| 44 | ZL201020249194.6 | Utility model | A kind of clip type light gauge steel joist | 2010.6.25 |
| 45 | ZL201120091260.6 | Utility model | A device for embossing decorative gypsum board line | 2011.3.31 |
| 46 | ZL201120091277.1 | Utility model | A device for PVC-veneer decorative gypsum board line | 2011.3.31 |
| 47 | ZL201220244731.7 | Utility model | A drying device for coating production of gypsum board edge-sealing adhesive tapes | 2012.5.29 |
| 48 | ZL201220247733.6 | Utility model | A heat source reusing device for drying of gypsum board edge-sealing adhesive tapes | 2012.5.29 |

230

BNBMPLC0009902