| 49 | ZL201220486966.7 | Utility model | Low-temmperature power generating system for wet air in gypsum board line | 2012.9.24 |
| 50 | ZL201320424558.3 | Utility model | A kind of external heat-exchanging fluidized bed hot blast stove with a back-burn device as gypsum board drying system | 2013.7.17 |
| 51 | ZL201320424825.7 | Utility model | A kind of inbuilt heat-exchanging fluidized bed heat blast stove as gypsum board drying system | 2013.7.17 |
| 52 | ZL201320424589.9 | Utility model | A kind of external heat-exchanging fluidized bed hot blast stove as gypsum board drying system | 2013.7.17 |
| 53 | ZL201320424913.7 | Utility model | A kind of inbuilt heat-exchanging circulating fluidized hot blast stove with a back-burn device as gypsum board drying system | 2013.7.17 |
| 54 | ZL201320442307.8 | Utility model | A new transmission mechanism with taper sleeve | 2013.7.24 |
| 55 | ZL201320442631.X | Utility model | A new gypsum board  aligning device | 2013.7.24 |
| 56 | ZL201320486652.1 | Utility model | An anti-condensation device for bag type dust collector | 2013.8.12 |
| 57 | ZL201320486654.0 | Utility model | Air flow baffle for electric precipitator | 2013.8.12 |
| 58 | ZL201320504940.5 | Utility model | Gypsum board buffer-type flapper mechanism | 2013.8.19 |
| 59 | ZL201320504941.X | Utility model | Exhaust and noise abatement device for vacuum pump | 2013.8.19 |
| 60 | ZL201320504965.5 | Utility model | A kind of device for drying paper-making sludge to make fuel | 2013.8.19 |
| 61 | ZL201320515053.8 | Utility model | A new vertical-side device for gypsum board line | 2013.8.22 |
| 62 | ZL201320514879.2 | Utility model | A new lever device | 2013.8.22 |
| 63 | ZL201420075314.3 | Utility model | A kind of dust collection system for trimming dust from sawing-cutting section of gypsum board | 2014.2.21 |
| 64 | ZL201420075321.3 | Utility model | Industrial byproduct gypsum metering, discharging and feeding devices | 2014.2.21 |
| 65 | ZL201420075311.X | Utility model | Chimney-tower integrated desulfurization system for gypsum board hot blast stove | 2014.2.21 |
| 66 | ZL201420075563.2 | Utility model | A kind of automatic paper-receiving system for high-speed gypsum board line | 2014.2.21 |
| 67 | ZL201420075618.X | Utility model | A kind of gypsum powder unattended overflow control system | 2014.2.21 |
| 68 | ZL201420075304.X | Utility model | A kind of automatic board-throwing system for gypsum board transportation | 2014.2.21 |
| 69 | ZL201420075633.4 | Utility model | Segmented adjustable accurate cutter for gypsum board | 2014.2.21 |
| 70 | ZL201420075590.X | Utility model | A kind of flyash collection device | 2014.2.21 |
| 71 | ZL201420075642.3 | Utility model | A kind of workpiece location adjusting device | 2014.2.21 |

BNBMPLC0009903

| | | | | |
|---|---|---|---|---|
| 72 | ZL201420075313.9 | Utility model | 60 million m2/a large gypsum board line | 2014.2.21 |
| 73 | ZL201420075312.4 | Utility model | A kind of bellow expansion joint with spiral guiding inner sleeve | 2014.2.21 |
| 74 | ZL201420075628.3 | Utility model | Centralized heating system for gypsum board integrated hot blast stove | 2014.2.21 |
| 75 | ZL201420075630.0 | Utility model | A kind of three-bearing adhesive tape cutting mechanism | 2014.2.21 |
| 76 | ZL201420075562.8 | Utility model | Flue gas reusing system for gypsum board hot blast stove | 2014.2.21 |
| 77 | ZL201420075303.5 | Utility model | A kind of exhaust heat recovery system for drying and steam-removing filler of gypsum board | 2014.2.21 |
| 78 | ZL201420075305.4 | Utility model | A new automatic cleaning device for belt conveyor | 2014.2.21 |
| 79 | ZL201420075453.6 | Utility model | A kind of gypsum board steady conveyance monitoring system | 2014.2.21 |
| 80 | ZL201420144529.6 | Utility model | A kind of floating roller tension control system for gypsum board paper-returning machine | 2014.3.28 |
| 81 | ZL201420216059.X | Utility model | An efficient device for checking the sealing pneumatic tire for vacuum roller of paper-making machine | 2014.4.30 |
| 82 | ZL201420321940.6 | Utility model | Anti-scour funnel cap for fluidized bed hot blast stove | 2014.6.17 |
| 83 | ZL201420322337.X | Utility model | Coal sizing screen for fluidized bed furnace | 2014.6.17 |
| 84 | ZL201420342643.X | Utility model | A kind of continuous board pushing and dividing device for decorative gypsum board | 2014.6.26 |
| 85 | ZL201420342795.X | Utility model | A kind of laminate lifting device | 2014.6.26 |
| 86 | ZL201420343278.4 | Utility model | A kind of board pushing and dividing device for decorative gypsum board | 2014.6.26 |
| 87 | ZL201420414750.9 | Utility model | High-speed trademark stamping device for light gauge steel joists | 2014.7.26 |
| 88 | ZL201420414751.3 | Utility model | High-speed light gauge steel joist cutting device | 2014.7.26 |
| 89 | ZL201420468490.3 | Utility model | Automatic baling system for light gauge steel joists | 2014.8.20 |
| 90 | ZL201420527411.1 | Utility model | A kind of gypsum board high-speed dividing device | 2014.9.15 |
| 91 | ZL201420527461.X | Utility model | Retarder bin-level monitoring device | 2014.9.15 |
| 92 | ZL201420527616.X | Utility model | A device for preventing dust during retarder feeding | 2014.9.15 |
| 93 | ZL201420527460.5 | Utility model | A kind of industrial gypsum rationing device with belt pawl | 2014.9.15 |
| 94 | ZL201420597563.9 | Utility model | A kind of modified mortar device for phosphogypsum purification | 2014.10.16 |
| 95 | ZL201420597797.3 | Utility model | A kind of automatic control system for phosphogypsum purification devcie | 2014.10.16 |

BNBMPLC0009904

| 96 | ZL201420597907.6 | Utility model | A kind of quick, even dewatering device for belt filter | 2014.10.16 |
| 97 | ZL201420598003.5 | Utility model | A kind of automatic control system for phosphogypsum purification process | 2014.10.16 |
| 98 | ZL201420598010.5 | Utility model | A kind of rotary stacking device for phosphogypsum production | 2014.10.16 |
| 99 | ZL201420598037.4 | Utility model | A kind of industrial gypsum dispersing device for preparing retarder | 2014.10.16 |
| 100 | ZL201420641003.9 | Utility model | Phosphogypsum retarder drying & calcining device | 2014.10.31 |
| 101 | ZL201420641282.9 | Utility model | Special mixing system for phosphogypsum retarder | 2014.10.31 |
| 102 | ZL201520108547.3 | Utility model | A kind of industrial differential squeezing and crushing device | 2015.2.15 |
| 103 | ZL201520108510.0 | Utility model | A kind of device used to fix aluminum foil on the back of decorating board | 2015.2.15 |
| 104 | ZL201520404286.X | Utility model | A device for removing the organics in the phosphor gypsum | 2015.6.12 |
| 105 | ZL201520404497.3 | Utility model | Phosphor gypsum neutralizing, purifying and treating system | 2015.6.12 |
| 106 | ZL201520617479.3 | Utility model | A limit adjustable device for the operation of gypsum board | 2015.8.17 |
| 107 | ZL201520617529.8 | Utility model | A kind of thickness monitoring and automatic adjusting system for board molding machine | 2015.8.17 |
| 108 | ZL201520617530.0 | Utility model | A kind of online monitoring system for the damage of the gypsum board surface | 2015.8.17 |
| 109 | ZL201520617538.7 | Utility model | A kind of device for automatically adjusting the length of gypsum board | 2015.8.17 |
| 110 | ZL201520617551.2 | Utility model | New-type powder rotary distributor | 2015.8.17 |
| 111 | ZL201520617563.5 | Utility model | A kind of split-type mixing plate | 2015.8.17 |
| 112 | ZL201520617574.3 | Utility model | A pushing device for decorative gypsum board | 2015.8.17 |
| 113 | ZL201520617615.9 | Utility model | A kind of gypsum board foaming device | 2015.8.17 |
| 114 | ZL201520617618.2 | Utility model | Single-arm locating rack for gypsum board stacking | 2015.8.17 |
| 115 | ZL201520617631.8 | Utility model | Split-type sieve plate for mixer | 2015.8.17 |
| 116 | ZL201520617643.0 | Utility model | A kind of gypsum board mixer scraper | 2015.8.17 |
| 117 | ZL201520617649.8 | Utility model | A kind of automatic control system for powder flow | 2015.8.17 |
| 118 | ZL201520617717.0 | Utility model | Fluidized bed furnace | 2015.8.17 |
| 119 | ZL201520617826.2 | Utility model | A multi-tier sheet aligning device | 2015.8.17 |
| 120 | ZL201520617855.9 | Utility model | A kind of new-type coarse powder separating device | 2015.8.17 |
| 121 | ZL201520617856.3 | Utility model | Pneumatic lifting palletizing machine | 2015.8.17 |

233

BNBMPLC0009905

| | | | | |
|---|---|---|---|---|
| 122 | ZL201520617913.8 | Utility model | Self-adaptive inclined-type lifting platform for gypsum board | 2015.8.17 |
| 123 | ZL201520630221.7 | Utility model | A kind of automatic cleaning device for sedimentation tank | 2015.8.20 |
| 124 | ZL201520630271.5 | Utility model | Automatic preparing and foaming equipment | 2015.8.20 |
| 125 | ZL201520630281.9 | Utility model | Automatic packing system for light steel keels | 2015.8.20 |
| 126 | ZL201520630562.4 | Utility model | Gypsum board forming machine | 2015.8.20 |
| 127 | ZL201520675412.5 | Utility model | Automatic packing system of decorative gypsum board | 2015.9.2 |
| 128 | ZL201520675428.6 | Utility model | A kind of fuel filling device for gypsum board hot blast stove | 2015.9.2 |
| 129 | ZL201520675512.8 | Utility model | New-type paper-surface gypsum board discharging machine | 2015.9.2 |
| 130 | ZL201520675573.4 | Utility model | Winding & packing system for large gypsum board production line | 2015.9.2 |
| 131 | ZL201520675783.3 | Utility model | Pre-feeding and stabilizing system for gypsum calcining furnace | 2015.9.2 |
| 132 | ZL201520681139.7 | Utility model | Air transfer, chute blowing inner circulation system for building gypsum | 2015.9.6 |
| 133 | ZL201520681193.1 | Utility model | Light steel keel conveying device | 2015.9.6 |
| 134 | ZL201520681213.5 | Utility model | Gypsum calcining furnace dehumidification system for heat transfer oil | 2015.9.6 |
| 135 | ZL201520681269.0 | Utility model | A kind of new-type heat exchanger for hot blast stove | 2015.9.6 |
| 136 | ZL201520681380.X | Utility model | Combined hammer head for hammer-type dryer | 2015.9.6 |
| 137 | ZL201520681467.7 | Utility model | Grinding and recover device for the angular materials of perforated gypsum board | 2015.9.6 |
| 138 | ZL201130042243.9 | Appearance design | PVC decorative gypsum board (Chun Yu) | 2011.3.14 |
| 139 | ZL201130042260.2 | Appearance design | PVC decorative gypsum board  (Kang Nai Xin) | 2011.3.14 |
| 140 | ZL201130042265.5 | Appearance design | PVC decorative gypsum board (Yu Jin Xiang) | 2011.3.14 |
| 141 | ZL201130042271.0 | Appearance design | Embossing decorative gypsum board  (Bai He Hua) | 2011.3.14 |
| 142 | ZL201230016608.5 | Appearance design | Gypsum board edge-sealing tape (Xiang Bo Bo) | 2012.1.19 |
| 143 | ZL201230016653.0 | Appearance design | Gypsum board edge-sealing tape (Wen Dang Dang) | 2012.1.19 |
| 144 | ZL201230078456.1 | Appearance design | Gypsum board edge-sealing tape (Tai Shan) | 2012.3.28 |

234

BNBMPLC0009906

| 145 | ZL201210355839.8 | Patent for invention | Wet-air low temperature power generation process for gypsum board line | 2012.9.24 |
| 146 | ZL201230537711.4 | Appearance design | Cover of decorative gypsum board (Tai Shan) | 2012.11.7 |
| 147 | ZL201330621406.8 | Appearance design | Coated board (Chun Can) | 2013.12.13 |
| 148 | ZL201330621508.X | Appearance design | Coated board (Liu Xing Yu) | 2013.12.13 |
| 149 | ZL201330621177.X | Appearance design | Coated board (996) | 2013.12.13 |
| 150 | ZL201330621548.4 | Appearance design | Coated board (997) | 2013.12.13 |
| 151 | ZL201430070859.0 | Appearance design | Coated board (Fei Zuan) | 2014.3.31 |
| 152 | ZL201430070887.2 | Appearance design | Coated board (Zi Zhu) | 2014.3.31 |
| 153 | ZL201430070890.4 | Appearance design | Coated board (Xing Wang) | 2014.3.31 |
| 154 | ZL201430074703.X | Appearance design | Edge banding tape | 2014.4.2 |
| 155 | ZL201410196741.1 | Patent for invention | Remote Internet monitoring system for gypsum plaster board production line data | 2014.5.12 |
| 156 | ZL201410236728.4 | Patent for invention | A color painting decorative plaster board and its production method | 2014.5.30 |
| 157 | ZL201520108546.9 | Utility model | Unloading crusher applicable to groove belt conveyor head | 2015.2.15 |
| 158 | ZL201520675638.5 | Utility model | Gypsum board pulverizer | 2015.9.2 |
| 159 | ZL201520681466.2 | Utility model | Decorative plate plying-up sweeping edge cleaning device | 2015.9.6 |
| 160 | ZL201520693522.4 | Utility model | Gypsum pneumatic disturbance homogenizing apparatus | 2015.9.9 |
| 161 | ZL201520704895.7 | Utility model | Gypsum board production line waste steam heat exchange waste heat recovery device | 2015.9.14 |
| 162 | ZL201520689007.9 | Utility model | Large cycle homogenized dispensing equipment for gypsum board production line overflow | 2015.9.8 |
| 163 | ZL201520693273.9 | Utility model | A three-proofing decorative gypsum board | 2015.9.9 |
| 164 | ZL201520689093.3 | Utility model | Gypsum plaster board hot-blast stove cogeneration system | 2015.9.8 |

235

BNBMPLC0009907

| | | | |
|---|---|---|---|
| 165 | ZL201520703963.8 | Utility model | Lightgage steel stud automatic rotating engaging device | 2015.9.14 |
| 166 | ZL201520813675.8 | Utility model | A new compressed air heat exchanger device | 2015.10.21 |
| 167 | ZL201530364947.6 | Appearance design | Decorative veneer gypsum board (Silkworm) | 2015.9.21 |
| 168 | ZL201530364756.x | Appearance design | Decorative veneer gypsum board (Box) | 2015.9.21 |
| 169 | ZL201530364761.0 | Appearance design | Decorative veneer gypsum board (Bubble) | 2015.9.21 |
| 170 | ZL201530364754.0 | Appearance design | Veneer decorative gypsum board (Snow flying) | 2015.9.21 |
| 171 | ZL201530393316.7 | Appearance design | Coated sheet (Tiffany diamond) | 2015.10.12 |
| 172 | ZL201520813632.X | Utility model | A new large-dip belt conveyor feed back handling device | 2015.10.21 |
| 173 | ZL201520813661.6 | Utility model | New air lock unloader | 2015.10.21 |
| 174 | ZL201520813711.0 | Utility model | A new efficient cyclone dust collector | 2015.10.21 |
| 175 | ZL201520813689.X | Utility model | A combined rotary dryer lifting device | 2015.10.21 |
| 176 | ZL201520897998.X | Utility model | Mixer stirring plate adjusting device | 2015.11.12 |
| 177 | ZL201520850605.X | Utility model | Gypsum powder milling loading automatic rapping control system | 2015.10.30 |
| 178 | ZL201520848396.5 | Utility model | A gypsum board drying external moisture sprinkler heat exchange control system | 2015.10.30 |
| 179 | ZL201520898096.8 | Utility model | A composite blade for modified mixer of phosphogypsum retarder | 2015.11.12 |
| 180 | ZL201520897983.3 | Utility model | A large hot-blast stove isobaric bellows with reinforced composite insulation structure | 2015.11.12 |
| 181 | ZL201520857518.7 | Utility model | A new gypsum board scrap crusher | 2015.10.30 |
| 182 | ZL201520897982.9 | Utility model | A decorative plate trace coating device | 2015.11.12 |
| 183 | ZL201520897984.8 | Utility model | A new rotary screw conveyor | 2015.11.12 |
| 184 | ZL201520848843.7 | Utility model | A distribution control system for gypsum plaster board production | 2015.10.30 |
| 185 | ZL201520954153.X | Utility model | Keel flip discharge device | 2015.11.26 |
| 186 | ZL201520913232.6 | Utility model | Continuous and uniform gypsum board fine foaming machine | 2015.11.17 |
| 187 | ZL201520952813.0 | Utility model | Horizontal strip uncoiler | 2015.11.26 |
| 188 | ZL201520849522.9 | Utility model | A gypsum powder automatic feeding control system | 2015.10.30 |

BNBMPLC0009908

| | | | |
|---|---|---|---|
| 189 | ZL201520952890.6 | Utility model | A safety support lifting platform | 2015.11.26 |
| 190 | ZL201520954602.0 | Utility model | A gypsum board dryer moisture removal waste heat utilization device | 2015.11.26 |
| 191 | ZL201520936123.6 | Utility model | A phosphorus gypsum retarder modified paddle mixer | 2015.11.23 |
| 192 | ZL201520822254.6 | Utility model | Quick change-over lightgage steel stud device | 2015.9.7 |
| 193 | ZL201520897997.5 | Utility model | A laboratory gypsum plaster board drying device | 2015.11.12 |
| 194 | ZL201520898023.9 | Utility model | A large fluidized bed hot-blast stove door | 2015.11.12 |
| 195 | ZL201520898094.9 | Utility model | Online replaceable final trimming device | 2015.11.12 |
| 196 | ZL201520898152.8 | Utility model | A calcined gypsum powder feeding system | 2015.11.12 |
| 197 | ZL201520936254.4 | Utility model | A phosphorus gypsum retarder mixer spiral assembly | 2015.11.23 |
| 198 | ZL201520953164.6 | Utility model | Plasterboard overall raw materials automated cutting device | 2015.11.26 |
| 199 | ZL201520848375.3 | Utility model | An edge sealing tape cutting knife automatic tracking control system | 2015.10.30 |
| 200 | ZL201520813739.4 | Utility model | An air chute automation system for construction gypsum production | 2015.10.21 |
| 201 | ZL201520877840.6 | Utility model | A brickwork for circulating fluidized bed combustion furnace | 2015.11.6 |
| 202 | ZL201520899185.4 | Utility model | A laboratory building gypsum calcining plant | 2015.11.12 |
| 203 | ZL201520878046.3 | Utility model | A hot-blast stove furnace injected calcium desulfurization system | 2015.11.6 |
| 204 | ZL201520936096.2 | Utility model | A conveyor mixing reamer | 2015.11.23 |
| 205 | ZL201520877839.3 | Utility model | A hot-blast stove insulation wall | 2015.11.6 |
| 206 | ZL201520878444.5 | Utility model | Hot-blast stove stoichiometric automatic coal loading system | 2015.11.6 |
| 207 | ZL201530333834.X | Appearance design | Gypsum plaster board edge sealing (Daizong) | 2015.9.1` |
| 208 | ZL201530333853.2 | Appearance design | Gypsum plaster board edge sealing (Horse) | 2015.9.1 |
| 209 | ZL201530333845.8 | Appearance design | Gypsum plaster board edge sealing (Taishan King) | 2015.9.1 |
| 210 | ZL201530337435.0 | Appearance design | Gypsum plaster board edge sealing (Five Star) | 2015.9.1 |
| 211 | ZL201530333825.0 | Appearance design | Gypsum plaster board edge sealing (Shield) | 2015.9.1 |
| 212 | ZL201530337675.0 | Appearance | Gypsum plaster board edge sealing (Cornell) | 2015.9.1 |

237

BNBMPLC0009909

| 213 | ZL201210536506.5 | Patent for invention | A phosphogypsum pretreatment method for gypsum plaster board production | 2012.12.13 |
|---|---|---|---|---|
| | | design | | |

Note: No.157,172,173 and 174 patents are shared by Taishan and its wholly owned subsidiary Taishan Gypsum (Longyan) Cement Retarder Co., Ltd; No.176,177 and 178 patents are shared by Taishan and its wholly owned subsidiary Taishan Gypsum (Hubei) Co., Ltd

238

BNBMPLC0009910

## (II) External guarantees

As at December 31, 2015, the guarantees provided by Taishan for its controlled subsidiaries as at December 31, 2015 are specified below:

| No. | Guarantor | Secured party | Guarantee limit (RMB10,000) | Amount guaranteed (RMB10,000) | Period of guarantee |
|---|---|---|---|---|---|
| 1 | Taishan | Taishan Gypsum (Liaoning) Co. Ltd. | 3,000 | 0 | 2015.4.7-2016.4.7 |
| 2 | Taishan | Taishan Gypsum (Chaohu) Co. Ltd. | 3,000 | 3,000 | 2015.6.8-2016.6.7 |
| 3 | Taishan | Taishan Gypsum (Tongling) Co. Ltd. | 3,000 | 3,000 | 2015.7.15-2016.7.14 |
| 4 | Taishan | Taishan Gypsum (Shaanxi) Co. Ltd. | 3,000 | 3,000 | 2015.7.15-2016.7.14 |
| 5 | Taishan | Taishan Gypsum (Henan) Co. Ltd. | 3,000 | 3,000 | 2015.7.24-2016.7.24 |
| 6 | Taishan | Taishan Gypsum (Pingshan) Co. Ltd. | 3,000 | 0 | 2015.7.27-2016.7.26 |
| 7 | Taishan | Taishan Gypsum (Gansun) Co. Ltd. | 6,000 | 3,028.90 | 2015.8.17-2019.12.31 |
| 8 | Taishan | Taishan Gypsum (Henan) Co. Ltd. | 2,500 | 2,500 | 2015.8.26-2016.8.12 |
| 9 | Taishan | Taishan Gypsum (Pingshan) Co. Ltd. | 2,000 | 2,000 | 2015.12.04-2016.12.03 |
| 10 | Taishan | Fuxin Taishan Building Materials Co., Ltd. | 2,000 | 2,000 | 2015.9.25-2016.9.24 |
| 11 | Taishan | Taishan Gypsum (Weihai) Co. Ltd. | 2,300 | 2,000 | 2015.11.12-2016.11.12 |

## (III) Composition of primary liabilities

Within the reporting period, Taishan's primary liabilities include:

Unit: RMB10000

| Item | December 31, 2015 | December 31, 2014 | December 31, 2013 |
|---|---|---|---|
| **Current liabilities** | | | |
| Short-term borrowings | 168,714.30 | 216,200.00 | 186,822.00 |
| Notes payable | 53,741.60 | 36,180.93 | 6,173.01 |
| Accounts payble | 39,139.41 | 46,464.07 | 38,609.34 |
| Advance receipts | 1,212.51 | 1,213.34 | 1,870.71 |
| Remuneration payable to employees | 2,685.94 | 2,107.98 | 1,652.52 |
| Taxes and ees payable | 1,407.55 | -1,075.98 | 1,961.12 |
| Interest payable | 2,415.12 | 353.03 | 764.14 |
| Dividends payable | | - | 32.25 |
| Other payables | 8,712.81 | 8,407.34 | 7,809.64 |
| Non-current liabilities due within one year | 2,044.30 | 8,830.00 | 7,665.00 |
| **Total current liabilities** | **280,073.54** | **318,680.71** | **253,359.72** |
| **Non-current liabilities** | | | |
| Long-term borrowings | 2,746.40 | 4,005.00 | 14,385.00 |
| Bonds payable | 50,000.00 | - | - |
| Long-term payables | 1,098.41 | 1,963.76 | 1,223.57 |

BNBMPLC0009911

| | | | |
|---|---|---|---|
| Deferred income | 14,818.84 | 12,571.87 | 10,029.44 |
| Deferred income tax liabilities | 171.61 | 172.86 | 201.88 |
| **Total non-current liabilities** | **68,835.26** | **18,713.49** | **25,839.89** |
| **Total liabilities** | **348,908.80** | **337,394.19** | **279,199.62** |

## IX. Development of Principal business of Taishan over the Past 3 Years

### (I) Industry situation of Taishan Gypsum

1. According to the Industry Classification Guidelines for Listed Companies (Revision 2012) issued by China Securities Regulatory Commission, Taishan Gypsum falls into the sub-industry "C30 non-metallic mineral product industry" under "C manufacturing industry". In accordance with the National Economy Industry Classification and Code (GB/T4754-2011) formulated by the National Bureau of Statistics, Taishan Gypsum is in the sub-industry "C3024 light building materials manufacturing" under "C30 non-metallic mineral product industry".

Based on the practical application, the principal business of Taishan Gypsum is the production and sale of new building materials, such as gypsum boards and light steel keels. The main products are gypsum boards and light steel keels. With the rapid development of China's economy, the acceleration of urbanization and the growth of social fixed asset investment, the new building materials industry is growing rapidly. According to Wind Information, from 2006 to October 2015, the main operating income of enterprises above designated sizes in the new building materials manufacturing industry in China was increased from 113.12 billion yuan to 638.154 billion yuan, with the total profit increasing from 7.122 billion yuan to 44.177 billion yuan.

### 2. Industry authorities and regulatory system

The competent authorities of the new building materials industry include:

| NO. | Department | Regulatory content |
|---|---|---|
| 1 | NDRC | Formulate industrial policies, put forward the medium and long-term industrial development guidance suggestions, and carry out project approval |
| 2 | MOHURD | Develop the policies on construction industry and other related industries, guide the national urban planning, town planning, urban survey and municipal engineering measurement, and organize the development of national standards for the implementation phase of construction projects. |
| 3 | MIIT | Formulate industrial planning and industrial policies and organize the implementation, and guide the formulation of industrial and technical regulations and industry standards. |
| 4 | MOEP | Supervision and management of environmental pollution prevention and control, and appraisal and approval of environmental impact of projects |

### 3. Main laws and regulations and industrial policies

As of the signing date of this Report, the main laws and regulations and policies related to the new building materials industry, including:

BNBMPLC0009912



| NO. | Name | Major related content |
|---|---|---|
| 1 | State Council: State New Town Planning (2014-2020) | (1) With the development of Western China and in-depth advance of rise of central China, and with the industrial transfer speed-up of the eastern coastal areas, in the Midwest region where resources and environment carrying capacity is stronger, accelerating the process of urbanization and fostering the formation of a new growth pole is conducive to the promotion of economic growth and echelon expansion of market space from east to west, and from south to and promotes more reasonable, more coordinated regional development of population and economic layout; <br><br>(2) Urbanization develops in the healthy and orderly manner, the resident population urbanization rate reaches about 60%, household population urbanization rate reaches 45%, the gap between household population urbanization rate and the resident population urbanization rate is reduced by about 2 percentage, trying to achieve that about 100 million of agricultural transfer population and other resident population settle in towns. |
| 2 | State Council: Guidance Suggestions of the State Council on Resolution of the Serious Overcapacity Contradiction (GF[2013] No.41) | Expanding effective domestic demand. Adapt to the demand for in-depth promotion of industrialization, urbanization, information technology and agricultural modernization, tap the domestic market potential, and digest some excess capacity. Promote the application of steel in the construction field, improve the use ratio of steel structure in public buildings and governmentally invested construction field, and advocate the light steel structure integrated housing and other earthquake-type construction in earthquake-prone areas and other natural disaster areas; promote the building materials to the countryside, and steadily expand the market demands for steel, cement, aluminum and plate glass. |
| 3 | State Council: Green Building Action Programme (GBF [2013] No.1) | (1) Based on local conditions and local materials, in combination with the local climate characteristics and natural resources, develop safe, durable, energy saving, environmentally friendly and convenient green building materials; <br><br>(2) The Ministry of Housing and Urban Construction and other departments shall speed up the establishment of a standard system to promote the design, construction and parts production, and other sectors of building industrialization, promote the standardization of structural members, components and parts, enrich the types of standard parts and improve versatility and substitutability. Advocate the prefabricated concrete, steel and other building system suitable for industrial production, accelerate the development of prefabrication and assembly technology of construction engineering, and improve the integrated level of construction industrialization technology. Support the construction of industrial bases integrating the design, production and construction and carry out industrial building demonstration pilots. |
| 4 | NDRC: Guidance Catalog of Industry Structure Adjustment (2011 edition) (Amendment) (2013) | (1) Restricted: "5. Gypsum gypsum board production line of less than 30million sq m/year" of "VIII. Building materials" ; <br><br>(2) Eliminated: "9. Gypsum gypsum board production line of less than 10million sq m/year" of "IX. Building materials" ; |
| 5 | Ministry of Finance, Ministry of Housing and Urban Construction: "Implementing Suggestions on Accelerating the Promotion of Green | (1) Effectively improve the proportion of green buildings in new buildings, by 2020, green buildings to account for 30% of new buildings, with the energy resource consumption level in building construction and use close to or reaching the level of developed countries at this stage; |

BNBMPLC0009913

| NO. | Name | Major related content |
|---|---|---|
|  | Building Development (CJ [2012]No.167) | (2) By 2014, the public service buildings invested by the governments and affordable housing of the municipalities, cities with independent planning and the provincial capital cities will fully implement the green building standards, and by 2015, the new green building area strives to be more than 1 billion square meters;<br><br>(3) Encourage the affordable housing to be constructed in accordance with the green building standards. |
| 6 | MIIT: 12th Five-Year Development Plan for the New Building Materials Industry | (1) The annual new urban and rural area of construction in China is 2-3 billion square meters, existing buildings is approximately 43 billion square meters, and a huge amount of new construction and renovation of existing buildings provide a broad market space for the development of the new building materials;<br><br>(2) During the "12th Five-Year" period, the energy consumption of wall materials per unit of product is reduced by 10%, the proportion of new wall materials is increased to 65% in 2015 from 55% in 2010, wherein the proportion of building boards (including all kinds of metal sandwich panels, walls, gypsum boards, calcium silicate boards, other types of wall boards) in wall materials is increased to more than 20% from I7.4%;<br><br>(3) It is estimated that the demand for gypsum gypsum board in Chian is 3 billion square meters. |
| 7 | MIIT:  12th Five-Year Development Plan for the Building Materials Industry | In combination with green buildings, building energy efficiency, urban renewal, comfortable housing project, new rural construction, disaster prevention and mitigation and post-disaster reconstruction and other special work, focus on energy-saving doors and windows, energy-saving walls, energy-saving roofing systems, produce, promote and use low-emissivity coated hollow / vacuum glass products and other building energy-saving glass, exterior wall fire insulation materials, fire-retarder heat insulation and waterproofing materials, energy-saving light wall materials, environmentally friendly  decoration materials and other green building materials and products, as well as new seismic energy-saving houses. |
| 8 | NDRC: Guidance Suggestions Renovation of Wall Materials in 12th Five-Year Period (FGHZ [2011] No.2437) | Encourage new wall materials to develop towards lightweight, high strength and composition, and focus on the application of multi-functional composite new energy-saving wall materials integrating insulation, high-strength fire prevention and environmental protection. Make efforts to develop the new wall materials products for which the major raw materials are coal gangue, fly ash and flue gas desulfurization gypsum. |
| 9 | State Council: the Notification of the State Council on Comprehensive Working Plan of 12th Five Year Plan for Energy-saving and Emission Reduction (GF ([2011) No.26) | Promoting the comprehensive utilization of resources. Strengthen the comprehensive utilization of co-associated mineral resources and tailings to build green mines. Promote the comprehensive utilization of coal gangue, fly ash, industrial by-product gypsum, smelting and chemical waste, construction and road waste, as well as crop straw, and resource utilization of forestry waste, and vigorously develop utilization of waste from new building materials. Waste is digested locally to reduce the transfer. By 2015, the comprehensive utilization of industrial solid waste will reach72% or more. |

**(II) Use of main products, consumer groups and changes in the reporting period**

BNBMPLC0009914



Main products of Taishan Gypsum are gypsum boards and light steel keels and currently at the sage of batch production; consumer groups include both the individual customers and enterprises customers and engineering customers such as real estate companies and construction companies, without significant changes in the reporting period. As one of the new lightweight sheets given priority in development, gypsum boards are featured by light weight, high strength, thinner thickness, convenient processing, acoustical insulation and fire protection and other excellent properties, are extensively used as inner walls, wall sheathing, ceilings, sound-absorbing panels, ground base plates and a variety of decorative plates in construction and decoration of residential and industrial buildings, hotels, guesthouses, sports venues, office buildings and other buildings in commercial and public construction areas.  Light steel keel is a kind of building material used to support the modeling and fixed structure, usually for use with gypsum boards, can be used as a ceiling and partition, and widely used in hotels, terminals, passenger stations, railway stations, theaters, shopping malls, factories, office buildings, renovation of old buildings, interior decoration and roof.

**(III) The process flow chart of the main products**

The process flow chart of gypsum board products of Taishan Gypsum is as follows:

| Clinker preparation → | Stock metering and mixing → | Forming delivery → | Drying and stacking |
|---|---|---|---|
| Industrial by-product gypsum | Stock metering | Paste the upper and lower protective paper | Screening |
| Calcined | Mixing and stirring after adding dry feed additives, wet feed additives, water and coagulant | Solidification | Final trimming |
| Hemihydrate gypsum | | Disconnection | Edge |
| Cooling storage | | Drying | Stacking |

The production procedure of the gypsum board mainly includes:

Step 1: clinker preparation: the main raw material of gypsum board is industrial by-product gypsum generated by the power plant, whose main component is $CaSO_4 \cdot 2H_2O$, and after calcination in the rotary kiln, building gypsum mainly containing beta hemihydrate gypsum is obtained, and the calcined gypsum, after cooling, is stored in a large bin for standby application.

Step 2: stock metering and mixing: the dry feed additives, such as modified starch, retarder or water reducing agent, together with wet feed additives such as pulp and water, after a quantitative measure, are mixed into a raw material slurry, and then all accessories including hemihydrate gypsum, coagulant, foaming agent, raw material slurry and water are blended to form qualified gypsum slurry.

Step 3: forming and delivery: the gypsum slurry in the mixer falls onto the covering paper under the vibration platform, enters into the molding machine, in the molding machine and is extruded into a gypsum board of required specifications, the upper and lower covering papers are glued around the edges through edge adhesive, initial setting is completed on the solidification belt and final setting completed on the conveying roller, a required length

BNBMPLC0009915



is cut on a fixed length cutting machine, after steering by the horizontal machine, two gypsum boards leave the horizontal machine simultaneously, then after the spacing between two plates reaches the requirement by using an approach roller, and they go into the dryer for drying after distribution by the distributor.

Step 4: drying and stacking: the boiler provides steam as the heat source, steam is converted by the heat exchanger into a hot wind and sent by the fan into the dryer to complete the drying task, then sent to the horizontal system via the discharging machine to complete fixed length edge cutting edge and full automatic tipping of gypsum plate, conveyed into the automatic stacker for stacking through the finished conveyer and after the completion of the stacking, by a forklift, shipped to the packing zone for inspection and packaging.

The process flow chart of light steel keel products of Taishan Gypsum is as follows:

| Hot galvanized steel band→ | Rolling, molding → | Packaging → | Warehousing |

## (IV) Principal business model, profit model and settlement model

### 1. Procurement mode

The main raw materials of Taishan Gypsum are purchased in the procurement mode of unified management by the Supply Department and by combining centralized procurement with decentralized procurement. Supply Department of Taishan Gypsum, as the competent department, performs unified management, all the procurement plans must be reported to the Supply Department, covering paper, other large equipment and other materials are procured in the mode of centralized procurement, and coal, gypsum, and spare parts are first approved by the Supply Department and then procured by the branches and subsidiaries in the decentralized manner.

### 2. Production mode

The production of all production units of Taishan Gypsum is managed by the deputy general manager in charge of production in the unified manner, the management department of the enterprise shall prepare the monthly and annual production plans, which are to be distributed after signed by the general manager. Each unit shall, according to the delivered annual plan and monthly operating plan, organize production. Taishan Gypsum shall regularly hold a routine meeting of production, carry the factory production index benchmarking, including yield, quality, consumption, safety, etc., and quantify and honor the monthly production consumption index appraisal and quality feedback punishment into the monthly assessment.

### 3. Sales mode

Taishan Gypsum uses the full channel sales mode, the sales channels including building materials market dealers, OEM production, specific application substrate and strategic cooperation projects.

### (1) Distributors

BNBMPLC0009916



Taishan Gypsum marketing system uses the distributor distribution mode, and in the same kind of product, such distributors are entitled exclusive dealing. Through the flattened distribution system, Taishan Gypsum promote products through local dealer resources and advantages, and at the same time, Taishan Gypsum sets up offices around the country to help dealers to carry out public relations, service and sales, actively performing various marketing activities, and striving for the big customers, large projects and large orders.

In recent years, Taishan Gypsum continues to deepen the sales channels construction, adheres to the channel sink, promotes the construction of the county-level markets, develops local dealers, enriches the channel types, increases number of channels, enhances the quality of channels, and in the regions where the market is not mature and channels are not developed, carries out "Taishan One Faimly" and other key promotion activities, greatly enhancing the Taishan Gypsum product coverage and popularity, having laid a good foundation for the development of the local market.

**(2) OEM production**

Taishan Gypsum has signed commissioned processing contracts with Zhejiang Shenghua Yunfeng New Material Co., Ltd., Qiannianzhou New Sales Company, Dehua Tubaobao Decorative New Material Co., Ltd. and other dozens of companies. After production completion, Taishan directly sells the products to these companies.

**(3) Substrate**

For customers, produces substrates for decorative plates and packaging protective plates for special purpose. After production completion, Taishan directly sells the products to these customers.

**(4) Strategic cooperation**

Signs strategic cooperation contracts with some large decoration companies and the national chain customers, and at the beginning of project, designates use of Taishan series gypsum board system.

**4. Settlement mode**

Taishan Gypsum product sale is featured by multiple varieties and smaller batches, and thus, for all supply contracts signed separately with the project customers or building materials supermarkets, the settlement principle of first payment and then delivery settlement, which principle is also adopted for all new customers and foreign trade customers. For old customers with a long time of cooperation, Taishan Gypsum sets a credit limit for them, and takes the settlement principle of circular delivery but the monthly balance not exceeding the credit limit for the customer.

**(V) Production and sales of major products**

**1. Production capacity, yield and sales**

During the reporting period, production capacity, yield and sales of Taishan Gypsum are as follows:

Unit: 100mn square meters

| Item | 2015 | 2014 | 2013 |
|------|------|------|------|

BNBMPLC0009917

| Capacity | 15.82 | 11.75 | 10.08 |
| Yield | 12.43 | 11.94 | 10.45 |
| Sales | 12.19 | 12.02 | 10.26 |
| Capacity utilization (%) | 78.57 | 101.62 | 103.67 |

In 2013 and 2014, the capacity utilizations of Taishan Gypsum gypsum boards were 103.67% and 101.62% respectively, and sales-output ratios reached 98.18% and 100.67% respectively, all having maintained a high level. In 2015, Taishan expanded the capacity of gypsum boards. Because Taishan adopted the production mode of fixing production according to sales, the capacity utilization ratio for 2015 was lower. However, the sales-output ratio for 2015 still recorded a higher level of 98.07%.

During the reporting period, the production capacity, yield and sales of light steel keel products of Taishan Gypsum as follows:

Unit: 10000 tons

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|
| Capacity | 10.00 | 5.00 | 3.80 |
| Yield | 4.88 | 3.81 | 2.96 |
| Sales | 4.90 | 3.89 | 2.92 |
| Capacity utilization (%) | 48.80 | 76.20 | 77.89 |
| Sales-output ratio (%) | 100.41 | 102.10 | 98.65 |

In 2013 and 2014, the capacity utilizations of Taishan Gypsum light steel keel were 77.89% and 76.20% respectively, and sales-output ratios reached 98.65% and 102.10% respectively, maintaining a higher level. In 2015, the reason for the lower utilization rate of Taishan's light steel keel capacity is that Taishan expanded its light steel keel capacity in 2H2015 and the capacity utilization rate for 2015 is lower. However, because Taishan normally determined its production on the basis of sales, it sales-output ratio maintained a level equivalent to recent two years.

## 2. Sales income and sales unit price of major products

Within the reporting period, gypsum boards and light steel keels of Taishan Gypsum realized the total operating revenue of 5074.3945 million yuan,5678.2857 million yuan and 5202.5096 million yuan respectively, accounting for 97.80%,97.55% and 95.61% of the annual operating revenue respectively, the operating revenue scale of gypsum boards and light steel keels and the proportion in total operating revenue increasing year by year.

During the reporting period, operating revenue of Taishan Gypsum is as follows:

Unit: RMB10,000

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|
| Gypsum board | 502,893.16 | 550,901.51 | 492,780.00 |
| Light steel keel | 17,357.80 | 16,927.06 | 14,659.45 |

BNBMPLC0009918

| Other | 23,887.58 | 14,281.85 | 11,401.53 |
| Total operating revenue | 544,138.54 | 582,110.43 | 518,840.98 |

During the reporting period, the average selling prices (ASPs) of the main products of Taishan Gypsum are as follows:

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|
| Gypsum board (yuan / sq m) | 4.12 | 4.58 | 4.80 |
| Light steel keel (yuan /ton) | 3,545.31 | 4,352.47 | 5,018.42 |

During the reporting period, the sales unit price of major product of Taishan Gypsum showed a slight downward trend and was consistent with the industry condition, mainly because the products of Taishan Gypsum were priced in the manner of cost plus, and in the reporting period, while the purchase prices of raw materials, fuel and power necessary for production of gypsum board and light steel keel were declining, Taishan Gypsum correspondingly reduced the sales price of gypsum board and light steel keel, in order to ensure that Taishan Gypsum is still in the domination position in market competition while making profits.

### 3. Sales of Taishan Gypsum to top five big customers

Taishan Gypsum has no significant dependence on a single customer, and during the reporting period, the sale of Taishan Gypsum to top five big customers is as follows:

#### (1) 2015

| Name of customer | Sales revenue (RMB10,000) | Ratio in total operating income (%) |
|---|---|---|
| Wuhan Dongxihu Renhe Partition Ceiling Business Department | 2,577.41 | 0.47 |
| Erdao District Xincai Ceiling Materials Sales Agency | 2,263.63 | 0.42 |
| Chongqing Shapingbai District Yongao Building Materials Department | 2,256.67 | 0.41 |
| Gushi County Chengxin Plate Lock Salesroom | 2,203.36 | 0.40 |
| Shihao Wood Industry Firm, Building Materials South Zone, Zhengzhou East | 2,201.29 | 0.40 |
| **Total** | **11,502.36** | **2.10** |

#### (2) 2014

| Name of customer | Sales revenue (RMB10,000) | Ratio in total operating income (%) |
|---|---|---|
| Wuhan Dongxihu Renhe Partition Ceiling Business Department | 3,908.58 | 0.67 |

BNBMPLC0009919

| | | |
|---|---|---|
| Gushi County Chengxin Plate Lock Salesroom | 2,669.22 | 0.46 |
| Chengdu Jiaoyang Trade Co., Ltd. | 2,297.66 | 0.39 |
| Shenyang Northeast Decoration City Luqi Changqing Decorative Materials Firm | 2,166.89 | 0.37 |
| Chentianzhang Building Materials Firm Wuchang District, Wuhan City, | 2,041.18 | 0.35 |
| **Total** | **13,083.53** | **2.24** |

### (3) 2013

| Name of customer | Sales revenue (RMB10,000) | Ratio in total operating income (%) |
|---|---|---|
| Wuhan Dongxihu Renhe Partition Ceiling Business Department | 3,745.13 | 0.72 |
| Chengdu Jiaoyang Trade Co., Ltd. | 2,672.45 | 0.52 |
| Gushi County Chengxin Plate Lock Salesroom | 2,276.11 | 0.44 |
| Shihao Wood Industry Firm, Building Materials South Zone, Zhengzhou East | 2,071.41 | 0.40 |
| Yunnan Xinzeheng Trading Co., Ltd. | 1,675.10 | 0.32 |
| **Total** | **12,440. 20** | **2.40** |

During the reporting period, top five customers of Taishan Gypsum or their shareholders have not directly or indirectly held the shares of Taishan Gypsum, appointed staff as directors or senior management personnel of Taishan Gypsum, and the directors or senior management personnel of the top five customers have not been dispatched by, controlled by or associated to Taishan Gypsum.

### (VI) Main raw materials and energy and supply

#### Raw materials and energy supply

The main raw materials for gypsum board production include gypsum, covering paper, etc., the main raw materials for production of light steel keel are band steel, and fuel and power are mainly coal and electricity. In the last three years, Taishan Gypsum did not suffer from insufficient supply of and other difficulties in raw materials, fuel and power.

### 2. Changes in price of main raw material

During the reporting period, the trend of changes in prices of major raw materials and fuel of Taishan Gypsum is as follows:

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|
| Industrial by-product gypsum (yuan / ton) | 53.33 | 65.78 | 57.73 |

BNBMPLC0009920

| | | | |
|---|---|---|---|
| Covering paper (yuan /ton) | 2,621.21 | 2,925.24 | 2,997.93 |
| Coal (yuan / ton) | 472.38 | 605.72 | 676.01 |
| Electricity (yuan / kWh) | 0.72 | 0.72 | 0.76 |
| Band steel (yuan / ton) | 2,696.11 | 3,501.84 | 3,967.44 |

**3. Operating cost structure**

Unit:%

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|
| Raw materials | 61.13 | 59.22 | 59.35 |
| Fuel and power | 22.62 | 25.33 | 26.75 |
| Labor cost | 7.69 | 7.40 | 6.94 |
| Other | 8.56 | 8.05 | 6.96 |
| **Total** | **100.00** | **100.00** | **100.00** |

**4. Purchase from top five suppliers by Taishan Gypsum**

During the reporting period, purchase from top five suppliers by Taishan Gypsum is as follows:

**(1) 2015**

| Name of customer | Purchase amount (RMB10,000) | Ratio in total operating cost (%) |
|---|---|---|
| Shanxi Qiangwei Paper Co., Ltd. | 49,311.15 | 12.89 |
| State Grid Shandong Province Electric Power Company | 14,717.68 | 3.85 |
| Tianyuyuan International Trade Group Co., Ltd. | 12,420.91 | 3.25 |
| Qingdao Yijia Huayi Import & Export Co., Ltd. | 11,049.63 | 2.89 |
| Jiangyin Liyuan Coal Limited | 10,131.57 | 2.65 |
| **Total** | **97,630.94** | **25.53** |

**(2) 2014**

| Name of customer | Purchase amount (RMB10,000) | Ratio in total operating cost (%) |
|---|---|---|
| Shanxi Qiangwei Paper Co., Ltd. | 38,237.77 | 9.17 |

BNBMPLC0009921

| Name of customer | Purchase amount (RMB10,000) | Ratio in total operating cost (%) |
|---|---|---|
| State Grid Shandong Province Power Company | 13,288.87 | 3.19 |
| Jiangyin Liyuan Coal Limited | 12,372.68 | 2.97 |
| Qingdao Yijia Huayi Import and Export Co., Ltd. | 10,052.37 | 2.41 |
| Shandong Bohui Paper Co., Ltd. | 6,699.56 | 1.61 |
| **Total** | **80,651.25** | **19.35** |

(3) 2013

| Name of customer | Purchase amount (RMB10,000) | Ratio in total operating cost (%) |
|---|---|---|
| Shanxi Qiangwei Paper Co., Ltd. | 29,723.46 | 8.23 |
| Taiyuan Qixingwei Paper Industry Co., Ltd. | 14,394.81 | 3.99 |
| Shandong Power Company Tai'an Power Supply Company | 11,171.15 | 3.09 |
| Jiangyin Litai Energy Materials Co., Ltd. | 9,505.19 | 2.63 |
| Zaozhuang Haoshen Paper Co. Ltd. | 6,529.19 | 1.81 |
| **Total** | **71,323.80** | **19.75** |

During the reporting period, top five suppliers of Taishan Gypsum or their shareholders have not directly or indirectly held the shares of Taishan Gypsum, appointed staff as directors or senior management personnel of Taishan Gypsum, and the directors or senior management personnel of the top five suppliers have not been dispatched by, controlled by or associated to Taishan Gypsum.

## (VII) Safety production and environmental protection

### 1. Safety production

Taishan Gypsum has developed more comprehensive safety measures and production operation procedures, promulgated series safety management systems including the "Safety Production Safety Responsibility System", "Reward and Punishment System for Safety Production", "Ssytem for Withdrawal and Use of Production Inputs and Safety Production Costs", "System for Safety Management of Special Equipment", "Vehicle Safety Management System", "System for Approval of Dangerous Operations", "Emergency Rescue System", " Safety Education and Training System" , "Construction Project Safety Management System", "Safety Inspection and Risk Management System", defined the safety responsibilities of Taishan Gypsum in all production sectors, in light of different jobs and functional departments, developed appropriate safety production systems, set up safety production safeguards and carried out regular safety training for employees.

In accordance with the "Notice of Administrative Penalty Decision" dated June 12, 2015

BNBMPLC0009922



and the "Administrative Penalty Decision" dated June 12, 2015 from the Administration of Work Safety of Wuxue City, "4.06" work safety accident occurred in Taishan Gypsum (Hubei) Co., Ltd. and killed one person. Subject to Article 109.1 of "Work Safety Law", this accident was an ordinary accident and a fine of RMB200,000 was meted out. On December 14, 2015, according to a certificate issued by the Administration of Work Safety of Wuxue City, Taishan Gypsum (Hubei) Co., Ltd. "has always abided by laws and regulations on work safety administration since January 1,2013. Except that it was forced to pay a fine due to the '4.06' safety accident that violated work safety related laws and regulations (such accident belonged to ordinary violation of laws and regulations), the Company has not been involved in any other circumstance violating laws and regulations on work safety administration or any other violation of laws, or any major safety accident. So far, it has been punished by work safety administrative department or been prosecuted for legal responsibility".

According to the certificates issued by the regulatory body and instructions provided by Taishan Gypsum, during the reporting period, Taishan Gypsum and subordinated companies have not been subjected to other safety punishments other than the said safety punishments.

## 2. Environmental protection

In construction and operation, Taishan Gypsum is in strict compliance with national regulations on environmental protection, and all its production equipment and infrastructure construction are in line with requirements for environmental protection.

According to the instructions provided by Taishan Gypsum, during the reporting period, Taishan Gypsum and its subordinated companies have not been subjected to environmental protection punishments.

## (VIII) Control of product quality

Taishan Gypsum has established perfect product quality control standards and measures including the "Quality Management Regulations", "Implementing Specifications for Quality Supervision and Sampling of Gypsum Gypsum board", "Internal Control Standard for "Taishan" Series Gypsum Gypsum board" and "Internal Control Standard for Decorative Gypsum Gypsum board Substrate, and ensure product quality from production, sampling, packaging and other aspects; Taishan Gypsum has established "Customer Satisfaction Survey Management Measures", "Measures for Management of Customer Complaints", defined product after-sale service quality complaints and service complaints procedures, and continued to pay attention to customer satisfaction.

According to the certificates issued by the regulatory body and instructions provided by Taishan Gypsum, during the reporting period, Taishan Gypsum and its subordinated companies have not been subjected to significant quality disputes.

## (IX) Key technical personnel

Taishan's key technical personnel include 4 persons, namely Jia Tongchun, Cao Zhiqiang, Gao Jiaming and Sun Shankun. Within the reporting period, the foregoing key technical personnel had been working at Taishan without any change. As at the signing date of this report, basic information on Taishan's key technical personnel is specified below:

## 1.Jia Tongchun

BNBMPLC0009923