Jia Tongchun, male, Han ethnicity, born in February 1960, a native of Laiwu, Shandong, junior college degree, professor level senior engineer, now works as chairman and general manager of Taishan. From July 1981 to February 1987, he successively worked as technician, workshop manager and technical section chief of Shandong Xinwei Cement Plant; from February 1987 to April 1996, he successively worked as deputy chief and chief of technical section of Building Materials Industry Bureau of Tai'an City, and deputy director of Building Materials Industry Bureau of Tai'an City; from April 1996 to February 1999, he concurrently served as deputy director of Building Materials Industry Bureau of Tai'an City and general manager of Taishan Fiberglass Inc.; from February 1999 to present, he serves as chairman and general manager of Taishan.

## 2. Cao Zhiqiang

Cao Zhiqiang, male, Han ethnicity, born in September 1959, a native of Rushan, Shandong, junior college degree, researcher of engineering technology application, now serves as chief engineer of Taishan and manager of Taishan's Technical Development Center. From December 1977 to May 1993, he successively worked as technician and measuring office director of Shandong Laiwu Sulfuric Acid Plant; from May 1993 to October 2003, he worked as deputy director of Tai'an Stone General Factory and head of Taishan's Technical Development Center; from October 2003 to present, he works as chief engineer of Taishan and manager of Taishan's Technical Development Center..

## 3. Gao Jiaming

Gao Jiaming, male, Han, born in July 1974, a native of Tai'an, Shandong, on-the-job postgraduate student, senior professor, now works as deputy chief engineer of Taishan and deputy manager of Taishan's Technical Development Center. From December 1995 to August 1998, he worked as technician in Construction Preparation Section of Tai'an Longhua Gypsum Board Factory; from August 1998  to March 1999, he worked as technician in Thermoelectric Workshop of No.1 Branch Factory of Shandong Taihe Group; from March 1999 to September 2000, he worked as technician in Taishan's Technical Development Center; from September 2000 to May 2008, he worked as deputy director of Taishan's Technical Development Center; from June 2008 to present, he works as deputy chief engineer of Taishan and deputy manager of Taishan's Technical Development Center.

## 4. Sun Shankun

Sun Shankun, male, Han, born in October 1964, a native of Tai'an, Shandong, graduate of secondary technical school, senior engineer, now works as deputy chief engineer of Taishan and deputy manager of Taishan's Technical Development Center. From December 1985 to September 1992, he worked as technician in Electromechanical Section of Tai'an Daweikou Gypsum Mine; from October 1992 to December 1999, he worked as technician in Electromechanical Section of Taishan Plasterboard General Factory; from January 2000 to August 2004, he worked as deputy head of Taishan's Technical Development Center; from August 2004 to present, he works as deputy chief engineer of Taishan and deputy manager of Taishan's Technical Development Center.

## X. Accounting policies and related accounting treatments in the reporting period

## (I) Revenue recognition principle and measurement method

## 1. Sale of goods

BNBMPLC0009924

Revenue from sale of goods is recognized when all of the following conditions are simultaneously met: (1) major risks and returns on title to the goods are transferred to the buyer; (2) continuous management right generally linked to title is no longer retained, and no effective control is exerted over the goods sold; (3) the amount of revenue can be reliably measured; (4) related economic interest is likely to flow into the enterprise; (5) associated costs already incurred or to be incurred can be reliably measured.

## 2. Provision of service

The result of the transaction of providing service can be reliably estimated on the balance sheet date (the following conditions shall be simultaneously met: the amount of revenue can be reliably measured; related economic interest is likely to flow into the enterprise; the completion progress of the transaction can be reliably determined; costs already incurred or to be incurred during the transaction can be reliably measured), the percentage-of-completion method is employed to recognize the revenue from provision of service and the completion progress of the transaction of providing service is determined according to the measurement of work already completed. Where the result of the transaction of providing service cannot be reliably estimated on the balance sheet date, if service cost already incurred is expected to be reimbursed, the revenue from provision of service is recognized according to the amount of service cost already incurred and the service cost is carried over according to the same amount; if the service cost already incurred is not expected to be reimbursed, the service cost already incurred is recorded in current profit and loss and is not recognized as service revenue.

## 3. Alienation of right to use assets

Revenue from alienation of right to use assets is recognized when related economic interest is likely to flow into the enterprise and the amount of revenue can be reliably measured. Interest revenue is calculated and determined according to the time of others' use of Taishan's monetary funds and the effective interest rate; royalty revenue is calculated and determined according to the fee charging period and method as prescribed in relevant contract or agreement.

## 4. Construction contracts

(1) If the results of a construction contract can be reliably estimated on the balance sheet date, contract revenue and contract expense are recognized according to the percentage-of-completion method, Where the result of a construction contract cannot be reliably estimated on the balance sheet date, if contract cost is recoverable, contract revenue is recognized according to the actually recoverable contract cost and the contract cost is recognized as contract expense in the period when such cost is incurred; if contract cost is unrecoverable, such contract cost shall be recognized as contract expense upon incurrence and shall not be recognized as contract revenue.

(2) The result of a fixed-price contract can be reliably estimated when all of the following conditions are simultaneously met: the total contract revenue can be reliably measured; economic interest related to the contract is likely to flow into the enterprise; contract cost actually incurred can be clearly distinguished and reliably measured; completion progress of contract and the cost to be incurred for completion of contract can be reliably measured. The result of a cost-plus contract can be reliably estimated when all of the following conditions are simultaneously met:  economic interest related to the contract is likely to flow into the enterprise; and contract cost actually incurred can be clearly distinguished and reliably measured.

BNBMPLC0009925

(3) The method to determine completion progress of contract is the proportion of cumulative contract cost actually incurred in the expected total cost of contract.

(4) On the balance sheet date, if the expected total cost of contract exceeds the total contract revenue, the expected loss is recognized as period expense. For a construction contract under implementation, provision for impairment of inventory is allocated according to the difference between the two items; for a construction contract pending implementation, estimated liability is recognized according to the difference between the two items.

### (II) Major accounting policies or accounting estimates did not materially differ from those of listed company and other industry participants

Taishan's accounting policies and accounting estimated did not materially differ from those of listed company and other industry participants.

### (III) Basis for preparation of financial statements

### 1. Preparation basis

Taishan's financial statements were prepared on the basis of going-concern assumption, in accordance with actually incurred transactions and relevant provisions of accounting standard for business enterprises most recently promulgated or revised by the Ministry of Finance, and based on major accounting policies and accounting estimates prescribed in financial statements.

### 2. Going concern

With the reporting period and within at least 12 months starting from the end of the reporting period, the Company conducts its production operations steadily with a reasonable asset-liability structure and a going-concern ability and does not encounter any major risk materially impacting its going-concern ability.

### (IV)Consolidation principle, consolidation scope and relevant change

### 1. Consolidation principle

The consolidation scope of consolidated financial statements is determined based on control and includes financial statements of parent company and all subsidiary companies. A subsidiary company means an enterprise or entity controlled by the parent company.

### 2. Consolidation scope and relevant change

Within the reporting period, Taishan's business combinations not under common control are shown below:

| Name of combined party | Time point of equity acquisition | Equity ratio acquired (%) | Method of equity acquisition | Determination basis of acquisition date |
|---|---|---|---|---|
| Guizhou Huangguan New Building Materials Co., Ltd. | April 30, 2015 | 89.00 | Business combination not under common control | Acquisition of right of control over the combined party |

BNBMPLC0009926



| Wilda (Liaoning) Environmental Protection Materials Co., Ltd. | April 30, 2014 | 100.00 | Business combination not under common control | Acquisition of right of control over the combined party |

For the scope of consolidated financial statements and the particulars of relevant companies, refer to "(III) Subordinate Enterprises of Taishan" under "V. Taishan's Ownership Structure and Control Relationships" of this Chapter.

### XI. Notes to Taishan's acquisition and sale of major assets, pending litigations, non-operational fundoccupancy and guarantees for related parties, etc.

(1) Acquisition or sale of major assets over the past 12 months

Over the past 12 months, Taishan has had no acquisition or sale of major assets.

(2) Non-operating fund occupancy

As of the signing date of this Report, Taishan has had no non-operating funds occupied by main shareholders and other related parties.

As of the signing date of this Report, Taishan has had no non-operating funds occupied by main shareholders, Counterparties and their related parties.

(3) Guarantees for related parties

As of the signing date of this Report, Taishan has not guaranteed for enterprises or natural persons other than controlled subsidiaries.

(4) Pending litigations and arbitrations

Taishan has not been involved in pending or anticpated major litigations and arbitrations rather than US gypsum board litigation. Please refer to "VIII Administrative penalties, significant litigation and arbitration against the Company and its management" of Chapter 3 Basic Information about Listed Company for basic information and progress of the US gypsum board litigation.

(5) Administrative penalties, enforcement of judicial authority and investigation of the CSRC on suspicion of illegal activities and irregularities

According to the statement provided by Taishan, during the reporting period, except for the safety penalities as disclosed in "1. Production Safety" of "(VII) Production Safety and Environmental Protection" in "IX. Principal Business of Taishan in Most Recent Three Years" of this chapter, Taishan and its subordinated companieos were not subject to administrative penalties of regulatory authority, enforcement of judicial authority and not under investigation of the CSRC on suspicion of illegal activities and irregularities.

### XII. Project initiation, environmental protection, industry access, land use, planning, construction permit and other matters to be submitted for approval

The Target Assets of this Transaction is 35% equity of Taishan, which does not involve project initiation, environmental protection, industry access, land use, planning, construction permit and other matters to be submitted for approval.

### XIII. Transfer of creditor's rights and liabilities

BNBMPLC0009927

This Transaction is in relation to acquisition of 35% equity of Taishan, which does not involve processing of creditor's rights and liabilities. The creditor's rights enjoyed and liabilities borne by Taishan originally shall still be enjoyed and borne by Taishan after delivery date.

BNBMPLC0009928

# Chapter 6 Issuance of Shares

**I. Particulars of this issuance of shares**

**(I) Pricing principle, selection basis and issue price**

**1. Pricing principle**

In accordance with the Restructuring Measures, the issue price of listed company shall be no less than 90% of the market reference price. The market reference price shall be one of the Company's average stock trade prices 20 trading days,60 trading days or 120 trading days prior to announcement of the resolution of the Board of Directors in relation to purchase of assets by means of issuing share. The Company's average stock trade price several trading days prior to the date of announcing the Board's resolution=the Company's total amount of shares traded several trading days prior to the resolution announcement date/the Company's share turnover several trading days prior to the resolution announcement date.

**2. Selection basis**

Since date of stock suspension (April 10, 2015) of the Company, the Shanghai Composite Index and Shenzhen Component Index have declined substantially. As the Company avoided the recent A-share market downtown due to stock suspension, future stock market will be of high uncertainty. Therefore, in accordance with relevant regulations of the CSRC and through friendly consultation of parties to the transaction, The Company selected 90% of average stock trade price 120 trading days prior to the Pricing Reference Date as the issue price of shares issued for the purpose of purchasing assets.

**3. Issue price**

The Pricing Reference Date for issue of shares involved in this Transaction is the date of announcing resolution of the 11th extraordinary meeting of the 5th Board of Directors of BNBMPLC, i.e., October 14, 2015. The Company selected 90% of average stock trade price 120 trading days prior to the Pricing Reference Date, i.e., RMB23.15/share, as the issue price of shares issued for the purpose of purchasing assets.

As the implementation of the Company's profit distribution plan for 2014 (distribute cash of RMB4.25 per 10 shares and increase every 10 shares by 10 shares) and the profit distribution plan for 2015 (distribute RMB1.75 per 10 shares) had ended,  the issue price of shares issued for the purpose of purchasing assets has been adjusted accordingly (ex-right and ex-dividend). The adjusted issue price is RMB11.20/share. The final issue price shall still be approved by the CSRC.

If the Company goes ex-dividend during the period between the Pricing Reference Date and Issue Date, such as to allocate cash dividend and bonus shares, as well as convert capital reserve into share capital, etc., the issue price will be given ex-dividend status according to relevant regulations of the CSRC and the Shenzhen Stock Exchange. Also, the number of shares issued will be adjusted based on the issue price. The specific adjustment method shall be considered and approved by the general meeting of shareholders of the Company.

BNBMPLC0009929



**(II) Type and par value of shares issued**

The shares issued this time are domestic listed RMB-denominatedordinaryshares (A shares), with par value of RMB1.

**(III) Issue method, issue objects and subscribing method**

Non-public offering to specific objects will be adopted this time. The issue objects are shareholders of Taishan with 35% stake, i.e.,10 limited partnerships including Guotaimin'an Investment and Heda Investment as well as 35 natural persons including Jia Tongchun. These shareholders will subscribe with their respective shares in Taishan.

On June 24, 2016, upon consideration and approval by the 9 partnerships, namely Tai'an Changyuan Investment Center (LP), Tai'an Wanji Investment Center (LP), Tai'an Xinyi Investment Center (LP), Tai'an Haozhan Investment Center (LP), Tai'an Fanye Investment Center (LP), Tai'an Jinxiu Investment Center (LP), Tai'an Xinghe Investment Center (LP), Tai'an Hongchao Investment Center (LP), and Tai'an Changyuan Investment Center (LP), at their respective partner meeting, the 7 natural person counterparties, namely Jia Tongchun, Ren Xulian, Zhang Jianchun, Cao Zhiqiang, Zhu Tenggao, Zhang Yanxiu, and Wan Guangjin, will be respectively transferred certain shares of property of partial limited partners of such limited partnerships and have signed the Agreement for the Transfer of Shares of Property of Partnerships. Up to now, the business registration formalities for the change of partners of the foregoing 9 limited partnerships are underway. In addition, no other changes have happened to any of the foregoing 9 limited partnerships.

On July 22, 2016, the 35 natural persons including Jia Tongchun and 10 limited partnerships including Heda Investment jointly signed the Agreement of Persons Acting in Concert, whereby they agree to become persons acting in concert in this Transaction and the shareholders acting in concert of the listed company after future restructuring.

**(IV) Pricing principle and issue price of shares issued**

In accordance with the Restructuring Measures, the issue price of listed company shall be no less than 90% of the market reference price. The market reference price shall be one of the Company's average stock trade prices 20 trading days,60 trading days or 120 trading days prior to announcement of the resolution of the Board of Directors in relation to purchase of assets by means of issuing share. Formula of the aforementioned average stock trade prices is: the Company's average stock trade price several trading days prior to the date of announcing the Board's resolution=the Company's total amount of shares traded several trading days prior to the resolution announcement date/the Company's share turnover several trading days prior to the resolution announcement date. If we calculate in accordance with the aforesaid formula, the Company's average stock trade prices 20 trading days,60 trading days and 120 trading days prior to the date of announcing the Board's resolution in relation to purchase of assets by means of issuing shares are RMB31.73/share, RMB28.3/share and RMB25.72/share respectively. Through consultation between parties to the transaction, the issue price of shares issued for the purpose of purchasing assets is 90% of the average stock trade price 120 trading days prior to Pricing Reference Date, i.e., RMB23.15/share, which is in line the relevant provisions of the Restructuring Measures.

It is laid down in the profit distribution plan considered and adopted during BNBMPLC's general meeting of shareholders for 2014 on April 16, 2015 that, profit of RMB300,471,088.30mn shall be allocated totally based on distribution of cash dividend of

BNBMPLC0009930



RMB4.25 (tax included) per 10 shares, with the total number of shares as of December 31, 2014, i.e.,706,990,796mn shares as the base figure, while capital reserve shall be converted to share capital, i.e., every 10 shares of all shareholders shall be increased by 10 shares and the total share capital shall be increased by 706,990,796mn shares. The interest distribution shares registration date is June 10, 2015, and the ex-dividend date is June 11, 2015.

On April 11, 2016, the 2015 Plan for Profit Distribution was considered and approved at the 2015 general meeting of the Company. According to the Plan, the Company distributed a total profit of RMB247,446,778.60 to all shareholders, i.e. RMB1.75 (including tax) cash dividend for every 10 shares, based on a total capital of 1,413,981,592 shares as at the end of 2015. The date of equity registration for this distribution May 12, 2016 and the ex-warrant and ex-dividend date is May 13, 2016. As at the date of execution of this Report, the above distribution plan had been accomplished.

According to this profit distribution plan and relevant requirements of the CSRC and the Shenzhen Stock Exchange, the issue price of shares issued for the purpose of purchasing assets shall be given ex-dividend and ex-right status twice in accordance with the following formula. The calculation result shall be carried over, accurate to fen.

Distribute stock dividend or convert capital reserve into share capital: $P1=P0/(1+n)$;

Share placement: $P1=(P0+A\times k)/(1+k)$;

The 2 items above are performed simultaneously: $P1=(P0+A\times k)/(1+n+k)$;

Distribute cash dividend: $P1=P0-D$;

The 3 items above are performed simultaneously: $P1=(P0-D+A\times k)/(1+n+k)$.

Among them:

P0 is the valid issue price before adjustment, i.e.,90% of the average stock trade price 120 trading days prior to Pricing Reference Date, RMB23.15/share;

n is share dividend distribution rate or conversion rate, i.e.,100%;

k is placement rate and A is placement price; they are not involved in the adjustment this time;

D is cash dividend distributed per share for 2014 and 2015;

P1 Is the valid issue price after adjustment.

The adjusted issue price is RMB11.20/share if calculated according to the formula above, which is the issue price determined in the restructuring plan of the Company.

The final issue price shall still be approved by the CSRC. If the Company goes ex-dividend during the period between the Pricing Reference Date and Issue Date, such as to allocate cash dividend and bonus shares, as well as convert capital reserve into share capital, etc., the issue price will be given ex-dividend status according to relevant regulations of the CSRC and the Shenzhen Stock Exchange. Also, the number of shares issued will be adjusted based on the issue price. The specific adjustment method shall be considered and approved by the general meeting of shareholders of the Company.

BNBMPLC0009931



**(V) Number of shares to be issued**

According to the results of consultation between parties to the transaction, the consideration of the Target Assets of this Transaction, i.e. RMB4.19549bn, will be paid to Counterparties by means of issuing shares. The number of shares issued shall be an integer, accurate to the unit's place. The number of shares to be issued for the purpose of purchasing assets will be 374,598,125. Details are as follows:

| No. | Name | Consideration (RMB10,000) | Number of shares BNBMPLC intends to issue (10,000 shares) |
|---|---|---|---|
| 1 | Tai'an Guotaimin'an Investment Group Co., Ltd. | 191,794.24 | 171,244,857 |
| 2 | Jia Tongchun | 136,210.50 | 121,616,516 |
| 3 | Tai'an Heda Investment Center (LP) | 8,827.16 | 7,881,390 |
| 4 | Ren Xulian | 8,472.84 | 7,565,034 |
| 5 | Xue Yuli | 5,391.81 | 4,814,113 |
| 6 | Cao Zhiqiang | 5,160.73 | 4,607,793 |
| 7 | Zhu Tenggao | 4,621.55 | 4,126,382 |
| 8 | Lv Wenyang | 3,081.03 | 2,750,921 |
| 9 | Zhang Yanxiu | 3,081.03 | 2,750,921 |
| 10 | Wan Guangjin | 3,081.03 | 2,750,921 |
| 11 | Ren Xue | 3,081.03 | 2,750,921 |
| 12 | Tai'an Xinyi Investment Center (LP) | 2,526.45 | 2,255,756 |
| 13 | Tai'an Wanji Investment Center (LP) | 2,480.23 | 2,214,492 |
| 14 | Tai'an Hongchao Investment Center (LP) | 2,441.72 | 2,180,105 |
| 15 | Tai'an Haozhan Investment Center (LP) | 2,395.50 | 2,138,841 |
| 16 | Tai'an Changyuan Investment Center (LP) | 2,372.39 | 2,118,210 |
| 17 | Tai'an Jinxiu Investment Center (LP) | 2,356.99 | 2,104,455 |
| 18 | Tai'an Xinghe Investment Center (LP) | 2,349.29 | 2,097,578 |
| 19 | Mi Weimin | 2,349.29 | 2,097,578 |
| 20 | Zhang Jianchun | 2,349.29 | 2,097,578 |
| 21 | Tai'an Shunchang Investment Center (LP) | 2,333.88 | 2,083,823 |
| 22 | Tai'an Fanye Investment Center (LP) | 2,310.77 | 2,063,191 |
| 23 | Zhu Jinghua | 2,310.77 | 2,063,191 |
| 24 | Li Zuoyi | 2,310.77 | 2,063,191 |
| 25 | Yang Zhengbo | 2,310.77 | 2,063,191 |
| 26 | Qian Kai | 1,540.52 | 1,375,461 |
| 27 | Fu Tinghuan | 1,540.52 | 1,375,461 |

BNBMPLC0009932

| No. | Name | Consideration (RMB10,000) | Number of shares BNBMPLC intends to issue (10,000 shares) |
|---|---|---|---|
| 28 | Meng Zhaoyuan | 1,540.52 | 1,375,461 |
| 29 | Qin Qingwen | 1,155.39 | 1,031,596 |
| 30 | Hao Kuiyan | 1,155.39 | 1,031,596 |
| 31 | Duan Zhentao | 770.26 | 687,730 |
| 32 | Meng Fanrong | 616.21 | 550,184 |
| 33 | Bi Zhong | 539.18 | 481,411 |
| 34 | Kang Zhiguo | 454.45 | 405,761 |
| 35 | Wang Lifeng | 385.13 | 343,865 |
| 36 | Yue Rongliang | 385.13 | 343,865 |
| 37 | Huang Rongquan | 385.13 | 343,865 |
| 38 | Yuan Chuanqiu | 385.13 | 343,865 |
| 39 | Xu Fuyin | 385.13 | 343,865 |
| 40 | Zhang Guangmiao | 385.13 | 343,865 |
| 41 | Xu Guogang | 338.91 | 302,601 |
| 42 | Chen Xinyang | 338.91 | 302,601 |
| 43 | Li Xiuhua | 331.21 | 295,724 |
| 44 | Liu Mei | 323.51 | 288,847 |
| 45 | Zhang Jijun | 308.10 | 275,092 |
| 46 | Fang Donghua | 285.00 | 254,460 |
| **Total** | | **419,549.90** | **374,598,125** |

Parties to the transaction performed comprehensive assessment of the Target Assets in terms of profitability, synergy value, contingent risks and other factors, determined the price of the Target Assets, and arranged for compensation for contingent risks. Counterparties agree to lock the obtained 99,071,875 shares of the listed company obtained by them, so as to protect the interest of the listed company and shareholders. **Within 36 months of the date when new shares involved in this Issue are listed, if BNBMPLC's annual report auditor confirms the occurrence of contingent risk or actual loss, BNBMPLC will repurchase and cancel such locked shares at the price of RMB1 and bear contingent risk or loss. If contingent risk does not occur 36 months of the date when new shares involved in this Issue are listed, BNBMPLC will also repurchase and cancel such locked shares at the price of RMB1.**

If BNBMPLC goes ex-dividend during the period between the Pricing Reference Date and Issue Date, such as to allocate cash dividends and bonus shares, as well as convert capital reserve into share capital, etc., the number of shares issued will be adjusted according to relevant regulations of the Shenzhen Stock Exchange. The specific adjustment method shall be considered and approved by the general meeting of shareholders of the Company. The number of shares issued shall be finally approved by CSRC.

According to the appraised value of the Target Assets of this Transaction and issue price, we estimate the total number of shares held by BNBMPLC to be 1,788,579,717 shares upon completion of this Transaction, and shares held by the public to be 774,915,722, accounting for approximately 43.33% of the total shares of the Company, which reaches over 10%. Therefore, share issue will not lead to a failure of the listed company to comply with share listing conditions.

BNBMPLC0009933

**(VI) Listing venue**

The Company intends to list the shares issued for the purpose of purchasing assets on the Shenzhen Stock Exchange.

**(VII) Lock-up period of shares in this Issue**

The lock-up period of shares of the listed company obtained by Counterparties in this Transaction shall be 36 months of the date when new shares involved in this Issue are listed.Counterparties agree to compensate for contingent risk of the Target Assets and lock the obtained 99,071,875 shares of the listed company obtained by them. **Within 36 months of the date when new shares involved in this Issue are listed, if BNBMPLC's annual report auditor confirms the occurrence of contingent risk or actual loss, BNBMPLC will repurchase and cancel such locked shares at the price of RMB1 and bear contingent risk or loss. If contingent risk does not occur 36 months of the date when new shares involved in this Issue are listed, BNBMPLC will also repurchase and cancel such locked shares at the price of RMB1.**

The details of shares of Counterparties repurchased and cancelled are shown below:

| No. | Counterparties | Number of shares of Counterparties repurchased and cancelled (share) |
|---|---|---|
| 1 | Tai'an Guotaimin'an Investment Group Co., Ltd. | 45,290,000 |
| 2 | Jia Tongchun | 32,164,540 |
| 3 | Tai'an Heda Investment Center (LP) | 2,084,431 |
| 4 | Ren Xulian | 2,000,763 |
| 5 | Xue Yuli | 1,273,213 |
| 6 | Cao Zhiqiang | 1,218,647 |
| 7 | Zhu Tenggao | 1,091,325 |
| 8 | Lv Wenyang | 727,550 |
| 9 | Zhang Yanxiu | 727,550 |
| 10 | Wan Guangjin | 727,550 |
| 11 | Ren Xue | 727,550 |
| 12 | Tai'an Xinyi Investment Center (LP) | 596,591 |
| 13 | Tai'an Wanji Investment Center (LP) | 585,678 |
| 14 | Tai'an Hongchao Investment Center (LP) | 576,583 |
| 15 | Tai'an Haozhan Investment Center (LP) | 565,670 |
| 16 | Tai'an Changyuan Investment Center (LP) | 560,214 |
| 17 | Tai'an Jinxiu Investment Center (LP) | 556,576 |
| 18 | Tai'an Xinghe Investment Center (LP) | 554,757 |
| 19 | Mi Weimin | 554,757 |
| 20 | Zhang Jianchun | 554,757 |
| 21 | Tai'an Shunchang Investment Center (LP) | 551,119 |
| 22 | Tai'an Fanye Investment Center (LP) | 545,663 |
| 23 | Zhu Jinghua | 545,663 |
| 24 | Li Zuoyi | 545,663 |
| 25 | Yang Zhengbo | 545,663 |
| 26 | Qian Kai | 363,775 |
| 27 | Fu Tinghuan | 363,775 |
| 28 | Meng Zhaoyuan | 363,775 |

BNBMPLC0009934

| 29 | Qin Qingwen | 272,831 |
| 30 | Hao Kuiyan | 272,831 |
| 31 | Duan Zhentao | 181,888 |
| 32 | Meng Fanrong | 145,510 |
| 33 | Bi Zhong | 127,321 |
| 34 | Kang Zhiguo | 107,314 |
| 35 | Wang Lifeng | 90,944 |
| 36 | Yue Rongliang | 90,944 |
| 37 | Huang Rongquan | 90,944 |
| 38 | Yuan Chuanqiu | 90,944 |
| 39 | Xu Fuyin | 90,944 |
| 40 | Zhang Guangmiao | 90,944 |
| 41 | Xu Guogang | 80,030 |
| 42 | Chen Xinyang | 80,030 |
| 43 | Li Xiuhua | 78,212 |
| 44 | Liu Mei | 76,393 |
| 45 | Zhang Jijun | 72,755 |
| 46 | Fang Donghua | 67,298 |
| | **Total** | **99,071,875** |

After listing for transaction, shares involved in this Issue shall also comply with other requirements of the securities regulatory authority on locking of shares.  After completion of this Issue, new shares obtained by Counterparties due to the Company's distribution of bonus shares and conversion into share capital shall comply with the foregoing arrangement on lock-up period.

**(VIII) Ownership of gains and losses of the Target Assets during the period between Appraisal Reference Date and delivery date.**

During the period between Appraisal Reference Date and Closing Date (i.e., transitional period), the target company's profit arising during the transitional period shall belong to BNBMPLC. During the transitional period, the target company's loss shall be borne by minority shareholders of Taishan in proportion to their stake in Taishan.

After delivery of the Target Assets, the agency that audits annual reports of BNBMPLC shall conduct a special audit on Taishan to determine profit and loss arising from the Target Assets during the period between base date and delivery date. If the delivery date falls prior to the 15th day (inclusive) of the month, the base date of profit audit during the period will be the end of last month. If the delivery date falls after the 15th day of the month, the base date of profit audit will be the end of the month. If there is a loss, minority shareholders of Taishan shall pay in cash for the loss borne by them respectively to BNBMPLC within 5 working days after the date of issuing the aforesaid special auditor's report

**II. Change in main financial indicators before and after the Issue**

This Transaction is in relation to acquisition of minority interests of the controlled subsidiary Taishan by the listed company. The listed company's consolidated financial statements, and the amount and structure of assets, amount and structure of liabilities, operating revenue and costs as well as expenses included into the consolidated financial statements will not have significant change after this Transaction compared with before. The main changes after this Transaction will be total shareholders' equity attributable to

BNBMPLC0009935

parent company, net profit attributable to shareholders of parent company, etc.

If this Transaction can be performed smoothly, structures of net assets and net profit of the listed company will change. Taishan's net assets and operating results will all be included into owner' equity and net profit attributable to shareholders of listed company, so as to increase the size of owner' equity and net profit attributable to shareholders of listed company, thicken earnings per share attributable to shareholders of listed company, maximize returns to shareholders and create more value for all the shareholders of the listed company.

### III. Change in equity structure before and after the Issue

Change in the Company's equity structure before and after completion of this Transaction is shown below (based on the shareholding structure on December 31, 2015):

| Name of shareholder | Before this Transaction | | After this Transaction | |
| --- | --- | --- | --- | --- |
| | Number of shares (10,000 shares) | Shareholding proportion (%) | Number of shares (10,000 shares) | Shareholding proportion (%) |
| CNBMPLC | 63,906.59 | 45.20 | 63,906.59 | 35.73 |
| Guotai Minan Investment | - | - | 17,124.49 | 9.57 |
| Jia Tongchun and his persons acting in concert | | | 20,335.32 | 11.37 |
| Other shareholders | 77,491.57 | 54.80 | 77,491.57 | 43.33 |
| Total | 141,398.16 | 100.00 | 178,857.97 | 100.00 |

BNBMPLC0009936

# Chapter 7 Appraisal of the Target Assets

## I. Appraisal of Taishan

## (I) Description of this appraisal and pricing

### 1. Appraised value and price of object of transaction

The Appraisal Reference Date of the target company of this Transaction is April 30, 2015. The appraisal agency appraised the target company using the income approach and asset-based approach, and used the appraisal results based on income approach as the final appraisal conclusion of the shareholder's equity value of the target company.

In accordance with "Appraisal Report" (ZhongHePingBaoZi (2015) No.BJV2028) issued by Zhonghe appraisers, as at the base date of appraisal, the total shareholder's equity value of Taishan appraised using the equity approach under the going-concern precondition, i.e., appraised value of 100% equity, is RMB11,987,140,000. As at the Appraisal Reference Date, the consolidated shareholder's equity of Taishan's 100% equity attributable to parent company is  RMB3,239,090,500, appreciation of appraised value is  RMB8,748,049,500, and the appreciation rate is 270.08%. Based on the foregoing appraised value and through friendly negotiation between parties of the transaction, the transaction price of the Target Assets, namely 35% equity of Taishan, is fixed at RMB4,195,499,000.

### 2. Overview of the object of appraisal and its long-term equity investments

As at the Appraisal Reference Date, Taishan has 45 long-term investees including 44 wholly-owned or controlled subsidiaries and 1 joint stock companies.

Taishan's shareholding ratio of its long-term investees and products manufactured by such investees are summarized below:

| No. | Full name of investee | Principal place of business | Business nature | Shareholding ratio (%) | State of operation |
|---|---|---|---|---|---|
| 1 | Taishan Gypsum (Pizhou) Co. Ltd. | Pizhou, Jiangsu | Manufacture and sales of gypsum board | 100 | Going concern |
| 2 | Qinhuangdao Taishan Building Materials Co., Ltd. | Qinhuangdao, Hebei | Manufacture and sales of gypsum board | 70 | Going concern |
| 3 | Hubei Taishan Building Materials Co., Ltd. | Jingmen, Hubei | Manufacture and sales of gypsum board | 100 | Going concern |
| 4 | Taishan Gypsum (Weifang) Co., Ltd. | Anqiu, Shandong | Manufacture and sales of gypsum board | 100 | Going concern |
| 5 | Taishan Gypsum (Jiangyin) Co., Ltd. | Jiangyin, Jiangsu | Manufacture and sales of gypsum | 70 | Going concern |

BNBMPLC0009937



| No. | Full name of investee | Principal place of business | Business nature | Shareholding ratio (%) | State of operation |
|---|---|---|---|---|---|
|  |  |  | board |  |  |
| 6 | Taishan Gypsum (Chongqing) Co., Ltd. | Jiangjin, Chongqing | Manufacture and sales of gypsum board | 100 | Going concern |
| 7 | Taishan Gypsum (Hengshui) Co., Ltd. | Hengshui, Hebei | Manufacture and sales of gypsum board and gypsum powder | 100 | Going concern |
| 8 | Tai'an Taishan Gypsum board Co., Ltd. | Tai'an, Shandong | Manufacture and sales of gypsum board | 100 | Stop of production |
| 9 | Fuxin Taishan Building Materials Co., Ltd. | Fuxin, Liaoning | Manufacture and sales of gypsum board | 100 | Going concern |
| 10 | Taishan Gypsum (Wenzhou) Co., Ltd. | Yueqing, Zhejiang | Manufacture and sales of gypsum board | 100 | Going concern |
| 11 | Taishan Gypsum (Pingshan) Co., Ltd. | Pingshan County, Hebei | Manufacture and sales of gypsum board | 70 | Going concern |
| 12 | Taishan Gypsum (Henan) Co., Ltd. | Yanshi, Henan | Manufacture and sales of gypsum board | 100 | Going concern |
| 13 | Taishan Gypsum (Xiangtan) Co., Ltd. | Xiangtan, Hunan | Manufacture and sales of gypsum board | 70 | Going concern |
| 14 | Taishan Gypsum (Tongling) Co., Ltd. | Tongling, Anhui | Manufacture and sales of gypsum board | 100 | Going concern |
| 15 | Taishan Gypsum (Baotou) Co., Ltd. | Baotou, Inner Mongolia | Manufacture and sales of gypsum board | 100 | Going concern |
| 16 | Taishan Gypsum (Nantong) Co., Ltd. | Nantong, Jiangsu | Manufacture and sales of gypsum board | 100 | Going concern |
| 17 | Taishan Gypsum (Jiangxi) Co., Ltd. | Fengcheng, Jiangxi | Manufacture and sales of gypsum board | 100 | Going concern |
| 18 | Taishan Gypsum (Guangdong) Co., Ltd. | Boluo County, Guangdong | Manufacture and sales of gypsum board | 100 | Going concern |
| 19 | Guizhou Taifu | Fuquan, | Manufacture | 60 | Going |

BNBMPLC0009938

| No. | Full name of investee | Principal place of business | Business nature | Shareholding ratio (%) | State of operation |
|---|---|---|---|---|---|
| | Gypsum Co., Ltd. | Guizhou | and sales of gypsum board | | concern |
| 20 | Taishan Gypsum (Yinchuan) Co., Ltd. | Yinchuan, Ningxia | Manufacture and sales of gypsum board | 100 | Going concern |
| 21 | Taishan Gypsum (Shaanxi) Co., Ltd. | Weinan, Shaanxi | Manufacture and sales of gypsum board | 100 | Going concern |
| 22 | Taishan Gypsum (Yunnan) Co., Ltd. | Yimen County, Yunnan | Manufacture and sales of gypsum board | 100 | Going concern |
| 23 | Taishan Gypsum (Sichuan) Co., Ltd. | Shifang, Sichuan | Manufacture and sales of gypsum board | 100 | Going concern |
| 24 | Taishan Gypsum (Liaoning) Co., Ltd. | Suizhong County, Liaoning | Manufacture and sales of gypsum board | 100 | Going concern |
| 25 | Taishan Gypsum (Hubei) Co., Ltd. | Wuxue, Hubei | Manufacture and sales of gypsum board | 100 | Going concern |
| 26 | Taishan Gypsum (Chaohu) Co., Ltd. | Chaohu, Anhui | Manufacture and sales of gypsum board | 100 | Going concern |
| 27 | Taishan Gypsum (Liaocheng) Co., Ltd. | Liaocheng, Shandong | Manufacture and sales of gypsum board | 100 | Going concern |
| 28 | Tai'an Jindun Building Materials Co., Ltd. | Tai'an, Shandong | Manufacture and sales of building material products | 100 | Going concern |
| 29 | Taishan Gypsum (Fujian) Co., Ltd. | Longyan, Fujian | Manufacture and sales of gypsum board | 60 | Going concern |
| 30 | Taishan Gypsum (Weihai) Co., Ltd. | Rushan, Shandong | Manufacture and sales of gypsum board | 70 | Going concern |
| 31 | Taishan Gypsum (Jilin) Co., Ltd. | Siping, Jilin | Manufacture and sales of gypsum board | 100 | Under construction |
| 32 | Taishan Gypsum (Xuancheng) Co., Ltd. | Xuancheng, Anhui | Manufacture and sales of gypsum board | 100 | Going concern |

BNBMPLC0009939

| No. | Full name of investee | Principal place of business | Business nature | Shareholding ratio (%) | State of operation |
|-----|------|------|------|------|------|
| 33 | Taishan Gypsum (Suqian) Co., Ltd. | Suqian, Jiangsu | Manufacture and sales of gypsum board | 100 | Going concern |
| 34 | Taishan Gypsum (Jiyuan) Co., Ltd. | Jiyuan, Henan | Manufacture and sales of gypsum board | 85 | Going concern |
| 35 | Taishan Gypsum (Gansu) Co., Ltd. | Bayin, Gansu | Manufacture and sales of gypsum board | 100 | Under construction |
| 36 | Taishan Gypsum (Longyan) Cement Retarder Co., Ltd. | Longyan, Fujian | Manufacture and sales of cement retarder | 100 | Going concern |
| 37 | Taishan Gypsum (Guangxi) Co., Ltd. | Laibin, Guangxi | Manufacture and sales of gypsum board | 100 | Under construction |
| 38 | Taishan Gypsum (Xiangyang) Co., Ltd. | Xiangyang, Hubei | Manufacture and sales of gypsum board | 100 | Under construction |
| 39 | Taishan (Xuancheng) Cement Retarder Co., Ltd. | Xuancheng, Anhui | Manufacture and sales of cement retarder | 100 | Going concern |
| 40 | Welda (Liaoning) Environmental Materials Co., Ltd. | Fushun, Liaoning | Manufacture and sales of gypsum board | 100 | Under transformation after acquisition |
| 41 | Taishan Gypsum (Dongying) Co., Ltd. | Lijin County, Shandong | Manufacture and sales of gypsum board | 100 | Under construction |
| 42 | Tai'an Tailun Paper Co., Ltd. | Tai'an, Shandong | Manufacture and sales of covering paper | 100 | Newly established, not yet operational |
| 43 | Xinjiang Tianshan Building Gypsum Products Co., Ltd. | Xinjiang | Manufacture and sales of gypsum board | 25 | Going concern |
| 44 | Guizhou Huangguan New Building Materials Co., Ltd. | Jinsha County, Guizhou | Manufacture and sales of gypsum board | 89 | Acquired on April 30 |
| 45 | Taishan Gypsum (Yibin) Co., Ltd. | Yibin, Sichuan | Manufacture and sales of gypsum board | 100 | Newly established, not yet operational |

## 3. Selection of appraisal methods

BNBMPLC0009940



As required in assets appraisal standards, three methods including income approach, market approach and asset-based approach are employed to appraise enterprise value. Income approach is an appraisal method that determines the value of the object of appraisal by capitalizing or discounting expected return. Market approach is an appraisal method that determines the value of the object of appraisal by comparing the object of appraisal with the comparable listed company or comparable trade case. Asset-based approach is an appraisal method that reasonably appraises the value of all on-balance-sheet and off-balance-sheet assets and liabilities of the enterprise under appraisal on the basis of balance sheet of such enterprise on the Appraisal Reference Date.

In accordance with the requirement of "Assets Appraisal Standards – Basic Standards", certified public valuers shall, during performance of enterprise value appraisal, properly select one or more assets appraisal methods on relevant conditions like purpose of appraisal, type of value and availability of information.

Since there are currently no trade cases of enterprises similar to the enterprise under appraisal or relevant cases and data available for reference in open market within China, the market approach is not recommended for this appraisal.

Because data necessary for analysis on historical status of the object of appraisal and forecast on future returns and risks of the object of appraisal are collectible and the operational conditions for conduct of appraisal using the income approach are in place, the income approach may be adopted for this appraisal.

Because all assets and liabilities of the enterprise under appraisal can be reasonably identified according to accounting policies, business operations and similar circumstances, appropriate and specific appraisal methods can be chosen based on the characteristics of all assets and liabilities during appraisal and the operational conditions for conduct of those appraisal methods are in place, the asset-based approach may be adopted for this appraisal.

To sum up, in light of the purpose of this appraisal, characteristics of the object of appraisal and applicable conditions of appraisal methods, this appraisal adopts the income approach and asset-based approach.

## (II) Appraisal assumptions

### 1. General assumptions

(1) There will be no significant change between current laws, regulations, systems, social, political and economic policies to be observed by Taishan in future operations and present situation;

(2) Taishan will continue as a going concern and keep its operating mode consistent with present situation;

(3) There will no significant change to national current tax base and rate, preferential tax policies, bank credit rate and other policy-based charges;

(4) There will be no significant adverse impact caused by other unforeseeable force-majeure factors.

### 2. Specific assumptions

BNBMPLC0009941



(1) Taishan's technical team and its senior executives will keep relatively stable without serious loss of core professionals in all relevant years;

(2) Existing and future operators of all operating entities of Taishan will be responsible and dutiful, and company management can steadily carry out the Company's development plans and maintain a good operating momentum;

(3) Future operators of Taishan will observe relevant national laws and regulations and commit no major violations that may affect the Company's development and income realization;

(4) Accounting policies adopted in historical financial data furnished by Taishan shall in all material aspects be basically consistent with accounting policies and accounting methods adopted during earnings forecast;

(5) The parent company of Taishan and Taishan Gypsum (Hubei) Co., Ltd. within the scope of appraisal are high technology enterprises as at the Appraisal Reference Date. This appraisal assumes that the foregoing two enterprises will pass the high technology enterprise certification and enjoy relevant preferential policies after expiry of existing high technology certification;

(6) The operation mode of the entities under appraisal will remain unchanged and the lease agreement of any enterprise operating via lease will be renewed under main clauses of original agreement after expiry of such lease agreement;

(7) Trademarks used by entities under appraisal can be renewed for sustainable use after expiry of such trademarks; for patent technologies under appraisal within the period of legal protection, relevant enterprises can timely maintain such patent technologies and pay annual fees as required.

If future actualities differ from the foregoing appraisal assumptions and such different will affect the appraisal conclusion, the users of this report shall during use of this report fully consider the impact of appraisal assumptions on this appraisal conclusion.

**(III) Appraisal using income approach**

**1. Selection of specific methods and models**

This report adopts the income approach to appraise Taishan's total shareholder's equity, and employs the model of FCFF (free cash flow to firm) to appraise cash flows in accordance with  future business model, capital structure, use of assets and development trend of future earnings of the enterprise under appraisal. The fundamental formula of income approach is:

Total shareholder's equity value ＝ enterprise value – interest-bearing liabilities

Enterprise value ＝ value of operating assets + value of redundant assets + value of non-operating assets + value of long-term equity investments

Interest-bearing liabilities are liabilities on the account books of the appraised enterprise as at the base date of appraisal for which interest shall be paid, and include short-term loans, interest-bearing notes payable, long-term loans and long-term bonds due within one year.

**(1) Calculation formula of value of operating assets:**

BNBMPLC0009942



$$P = [\sum_{i=1}^{n} Ri(1+r)^{-i} + R_{n+1} / r(1+r)^n]$$

Among which: P—— value of the enterprise's operating assets on the Appraisal Reference Date

Ri—— expected free net cash of the enterprise in the future year i

r —— discount rate, which depends on weighted average capital cost

i —— year of earnings forecast

n —— period of earnings forecast

Ri in the above formula is calculated according to the following formula:

Expected free cash flow = principal business revenue – principal business cost – selling expense – management expense – financial expense – income tax + financial expense ×(1- income tax rate) + depreciation and amortization – capital expenditure - additional working capital

**(2) Determination of value of redundant assets**

Redundant assets refer to assets that are not directly related to the enterprise's operating income and are in excess of assets required for the enterprise's business operation, and the appraised value of redundant assets is determined using the cost approach.

**(3) Determination of value of non-operating assets**

Non-operating assets are assets not directly related to the enterprise's normal operating income and include assets not generating earnings and assets irrelevant to appraisal of forecast earnings. Type-1 assets do not generate profits, while type-2 assets generate profits that are not considered in earnings forecast. The appraised value of non-operating assets is generally determined using the cost approach.

**(4) Determination of value of long-term equity investments**

The value of long-term equity investments is the value of such investments appraised.

**(5) Selection of discount rate**

The selection of discount rate adopts the weighted average cost of capital ("WACC") valuation model. The WACC model can be expressed in the following mathematical formula:

$$WACC = ke \times [E \div (D+E)] + kd \times (1-t) \times [D \div (D+E)]$$

Among which: ke: cost of equity capital

E: market value of equity capital

D: market value of debt capital

kd: cost of debt capital

BNBMPLC0009943



t: income tax rate

The calculation of cost of equity capital adopts the capital asset pricing model ("CAPM"). The CAPM model is a method generally used to estimate the cost of equity capital. The CAPM model can be expressed in the following mathematical formula:

$$E[Re] = Rf1 + \beta \ (E[Rm] - Rf2) + Alpha$$

Among which:

E[Re]: Expected rate of return on equity, namely cost of equity capital

Rf1: Expected rate of return on long-term treasury bonds

β: Beta coefficient

E[Rm]: Expected rate of return on market

Rf2: Expected rate of return on long-term market

Alpha: special risk premium

(E[Rm] -Rf2): excess risk rate of return on equity market, also known as ERP

**2. Forecasting process of Taishan's free cash flow and selection of discount rate**

Expected free cash flow = principal business revenue – principal business cost – selling expense – management expense – financial expenses – income tax + financial expenses ×(1- income tax rate) + depreciation and amortization – capital expenditure - additional working capital

**(1) Business revenue**

Taishan's business revenue includes sales revenue of products like gypsum board and decorative gypsum board, royalties collected from some of its subsidiaries, other operating revenue, and VAT refund upon levy. The business revenue of Taishan as parent company within forecast periods is shown below:

Unit: RMB10,000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Business revenue | 107,474.39 | 139,645.73 | 145,484.68 | 147,074.29 | 147,276.79 | 147,291.79 |

**(2) Business costs**

Taishan's business cost includes business cost of products like gypsum board and decorative gypsum board and the costs corresponding to other business revenue.

Material consumption per unit product and unit price of materials during forecast periods are forecast and direct material costs are thus forecast by taking into account such factors as material consumption indexes and unit prices of materials in prior years, modifications (if any) of production lines and production processes, and material price trends. Annual pay rise in forecast years and direct labor costs are forecast by taking into account direct

BNBMPLC0009944