labor costs in prior years. Depreciations are forecast by taking into account original book value of fixed assets and depreciation policy, and the consumption of spare parts and service outsourcing costs in forecast years are forecast by taking into account the consumption of spare parts and service outsourcing costs in prior years.

The business cost of Taishan as parent company within forecast periods is shown below:

Unit: RMB10,000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Business cost | 79,003.70 | 106,703.53 | 109,700.55 | 110,515.03 | 110,717.04 | 110,929.15 |

## (3) Business tax and surtax

Business tax and surtax mainly includes urban construction tax, educational surcharge and local educational surcharge, and tax base is VAT payable. The amount of VAT forecast for each year within the forecast period multiplied by the surcharge rate of urban construction tax, educational surcharge and local educational surcharge is used as the forecast value of business tax and surtax.

The specific forecast business tax and surtax values of Taishan as parent company are shown below:

Unit: RMB10,000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Total: business tax and surtax | 1,121.24 | 1,418.37 | 1,503.48 | 1,541.61 | 1,553.05 | 1,553.90 |

## (4) Selling expenses

Selling expense mainly includes employee compensation, travel expense, office expense, communication expense, depreciation expense, advertising expense and transportation expense. Selling expense is forecast based on historical data. Employee compensation will rise proportionally year by year within the forecast period, and travel expense and transportation expense are forecast according to the proportion of travel expense in sale revenue in prior years.

The selling expense of Taishan as parent company in the forecast period is shown below:

Unit: RMB10,000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Selling expense | 1,197.25 | 1,820.47 | 1,926.47 | 1,991.38 | 2,047.45 | 2,106.31 |

## (5) Management expenses

Management expense mainly includes employee compensation, service outsourcing expense, repair expense, office expense, travel expense, depreciation expense, retainer fees of intermediary institutions, business reception, and research and development expense. Management expense is forecast based on data of prior years. Employee

BNBMPLC0009945

compensation will rise proportionally year by year within the forecast period, while research and development expense is forecast according to 3% of business revenue. Other expense items are estimated based on historical data.

The management expense of Taishan as parent company in the forecast period is shown below:

Unit: RMB10,000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|------|---------------|------|------|------|------|------|
| Management expense | 10,445.83 | 13,374.79 | 13,858.61 | 14,230.38 | 14,576.75 | 14,934.50 |

### (6) Financial expense

Financial expense is forecast by taking into account loan balance and loan rate at the time point of the Appraisal Reference Date. The financial expense of Taishan as parent company in the forecast period is shown below:

Unit: RMB10,000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|------|---------------|------|------|------|------|------|
| Financial expense | 7,660.13 | 11,490.19 | 11,490.19 | 11,490.19 | 11,490.19 | 11,490.19 |

### (7) Capital expenditure

The capital expenditure of Taishan as parent company in the forecast period is forecast by taking into account Taishan's transformation & renovation plan and its list of constructions in process. The forecast result is shown below:

Unit: RMB10,000

| Book value of constructions in process | Total investment | Capital expenditure | |
|------|------|------|------|
| | | May-Dec. 2015 | 2018 |
| 13,012.77 | 20,591.70 | 7,578.93 | 200 |

Depreciation and amortization will be all used for update-oriented capital expenditure from 2021 on.

### (8) Depreciation and amortization

Depreciation and amortization of Taishan as parent company in the forecast period is forecast in accordance with original book value of fixed assets and intangible assets and depreciation and amortization policy. The forecast result is shown below:

Unit: RMB10,000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|------|---------------|------|------|------|------|------|
| Depreciation and amortization | 3,785.93 | 6,106.77 | 6,106.77 | 6,106.77 | 6,106.77 | 6,106.77 |

### (9) Working capital

BNBMPLC0009946



Taishan carries out the operation management model characterized by centralized purchase and sales, so Taishan's consolidated statements are used to calculate the proportion of working capital in principal business revenue. The calculation of the working capital of Taishan as parent company and its subsidiaries all adopts such data. After calculation, the proportion of working capital in principal business revenue is 20.86%. The detailed proportion calculation process is shown below:

Unit: RMB

| Item | Book value | Adjusted value | Amount after adjustment | Remarks |
|---|---|---|---|---|
| Minimum cash holding | 1,147,508,039.05 | 562,424,875.32 | 585,083,163.73 | |
| Notes receivable | 8,587,266.66 | - | 8,587,266.66 | |
| Accounts receivable | 122,292,491.38 | - | 122,292,491.38 | |
| Prepayments | 376,695,973.71 | 136,496,701.26 | 240,199,272.45 | Adjustment of prepayments for land, equipment and projects |
| Other receivables | 26,037,476.83 | 6,320,995.95 | 19,716,480.88 | |
| Inventory | 1,136,814,935.36 | - | 1,136,814,935.36 | |
| Total assets | 2,817,936,182.99 | 705,242,572.53 | 2,112,693,610.46 | |
| Notes payable | 626,913,012.23 | 306,761,773.05 | 320,151,239.18 | Among others, notes payable to Jindun Building Materials Co., Ltd., a subsidiary of Taishan, have been discounted by the said subsidiary. From the angle of consolidation, this row is equivalent to bank loans. |
| Accounts payable | 581,027,040.40 | 168,328,719.20 | 412,698,321.20 | Adjustment of project price payable |
| Advance receipts | 24,824,655.07 | - | 24,824,655.07 | |
| Payroll payable | 26,211,651.12 | - | 26,211,651.12 | |
| Tax payable | -14,623,815.82 | -60,676,587.58 | 46,052,771.76 | Adjustment of VAT pending deduction |
| Other payables | 90,866,717.77 | 22,529,979.92 | 68,336,737.85 | Adjustment of other payables relating to operations |
| Total liabilities | 1,335,219,260.77 | | 898,275,376.18 | |
| Working capital | - | | 1,214,418,234.28 | |

The predicted corresponding business revenue is RMB5,821,104,263.96, and the proportion of working capital in business revenue is
=1,214,418,234.28÷5,821,104,263.96=20.86%.

Business revenue chosen for estimation of working capital of Taishan as parent company is business revenue from external sales and does not include business revenue from sales to subsidiaries. The forecast working capital of Taishan as parent company is shown below:

Unit: RMB10,000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Working capital | 10,099.05 | 9,538.86 | 10,561.12 | 10,774.78 | 10,774.78 | 10,774.78 |
| Additional working capital | - | -560.19 | 1,022.25 | 213.66 | - | - |

## (10) Non-operating assets

The amount of non-operating assets shall be the balance of appraised value of all titles of current assets (inventory adopts book value, and capital expenditure (if included in

BNBMPLC0009947



prepayments) shall be deleted) plus the aggregate amount of deferred income tax assets and non-operating fixed assets minus appraised value of liabilities excluding interest-bearing liabilities and working capital required for current period. The calculation process is specified below:

Non-operating assets = total assets – total liabilities – working capital required for current period

=315,409.39-189,310.94-10,099.05 = 115,999.40 (ten thousand yuan)

**(11) Interest-bearing liabilities**

The amount of interest-bearing liabilities of Taishan as parent company at the time point of the Appraisal Reference Date is RMB2,245,350,000.

**(12) Long-term equity investments**

Taishan has 45 long-term investees including 34 wholly-owned subsidiaries,10 controlled subsidiaries and 1 joint stock company. All subsidiaries other than Tai'an Taishan Gypsum board Co., Ltd. (to be deregistered) (appraised using the asset-based approach), Taishan Gypsum (Jilin) Co., Ltd. (ceased project) (appraised using the asset-based approach), Tai'an Tailun Paper Co., Ltd. (newly established with capital contribution not yet made) (not appraised) and Taishan Gypsum (Yibin) Co., Ltd. (newly established with capital contribution not yet made) (not appraised) are appraised using the asset-based approach and income approach respectively, and the appropriate appraisal results are finally selected as the appraisal conclusion of long-term investments.

Controlled subsidiaries are appraised using asset-based approach and income approach respectively, and the appropriate appraisal results are finally chosen as the appraised value of 100% equity value of controlled subsidiaries and the balance of the appraised value of 100% equity value minus minority interest value is the appraised value of controlling long-term investment. If the articles of association stipulate dividend distribution based on shareholding ratio, appraised value of minority interest = 100% shareholder's equity value of long-term investee appraised × proportion of minority interest. If the articles of association stipulate dividend distribution based on fixed rate of return, appraised value of minority interest = amount of annual fixed return / discount rate, and the discount rate adopts 5.15%, which is the interest rate of long-term loans due within 5 or more years on the reporting date. The appraisal results of long-term investees are specified below:

BNBMPLC0009948

Unit: RMB10,000

| No. | Name of investee | Shareholding ratio (%) | Total shareholder's equity value | | | | Definitive result | Minority interest | Value of long-term equity investment |
|---|---|---|---|---|---|---|---|---|---|
| | | | Appraised value under asset-based approach | Appraised value under income approach | Final appraisal result | | | | |
| 1 | Taishan Gypsum (Weifang) Co., Ltd. | 100 | 3,511.88 | 16,571.76 | 16,571.76 | Income approach | | 16,571.76 |
| 2 | Taishan Gypsum (Pizhou) Co., Ltd. | 100 | 6,383.30 | 29,000.66 | 29,000.66 | Income approach | | 29,000.66 |
| 3 | Taishan Gypsum (Jiangyin) Co., Ltd. | 70 | 51,103.58 | 85,755.37 | 85,755.37 | Income approach | 25,726.61 | 60,028.76 |
| 4 | Taishan Gypsum (Hengshui) Co., Ltd. | 100 | 1,397.13 | 929.09 | 929.09 | Income approach | | 929.09 |
| 5 | Taishan Gypsum (Pingshan) Co., Ltd. | 70 | 4,803.89 | 23,966.35 | 23,966.35 | Income approach | 2,330.10 | 21,636.25 |
| 6 | Qinhuangdao Taishan Building Materials Co., Ltd. | 70 | 5,312.22 | 16,271.63 | 16,271.63 | Income approach | 4,543.69 | 11,727.94 |
| 7 | Fuxin Taishan Building Materials Co., Ltd. | 100 | 15,475.45 | 29,874.87 | 29,874.87 | Income approach | | 29,874.87 |
| 8 | Taishan Gypsum (Xiangtan) Co., Ltd. | 70 | 3,300.91 | 13,938.92 | 13,938.92 | Income approach | 5,825.24 | 8,113.68 |
| 9 | Taishan Gypsum (Wenzhou) Co., Ltd. | 100 | 2,244.63 | 16,288.23 | 16,288.23 | Income approach | | 16,288.23 |
| 10 | Taishan Gypsum (Chongqing) Co., Ltd. | 100 | 11,618.61 | 28,392.59 | 28,392.59 | Income approach | | 28,392.59 |
| 11 | Taishan Gypsum (Baotou) Co., Ltd. | 100 | 5,706.91 | 26,166.23 | 26,166.23 | Income approach | | 26,166.23 |
| 12 | Taishan Gypsum (Henan) Co., Ltd. | 100 | 26,887.64 | 97,331.15 | 97,331.15 | Income approach | | 97,331.15 |
| 13 | Taishan Gypsum (Tongling) Co., Ltd. | 100 | 11,119.04 | 18,070.57 | 18,070.57 | Income approach | | 18,070.57 |
| 14 | Hubei Taishan Building Materials Co., Ltd. | 100 | 16,519.42 | 49,971.81 | 49,971.81 | Income approach | | 49,971.81 |

BNBMPLC0009949

| No. | Company | % | | | | Approach | | |
|---|---|---|---|---|---|---|---|---|
| 15 | Tai'an Taishan Gypsum board Co., Ltd. | 100 | 2,262.48 | N/A | 2,262.48 | Cost approach | | 2,262.48 |
| 16 | Taishan Gypsum (Jiangxi) Co., Ltd. | 100 | 7,321.06 | 13,933.27 | 13,933.27 | Income approach | | 13,933.27 |
| 17 | Taishan Gypsum (Yinchuan) Co., Ltd. | 100 | 12,661.83 | 31,325.92 | 31,325.92 | Income approach | | 31,325.92 |
| 18 | Taishan Gypsum (Guangdong) Co., Ltd. | 100 | 8,958.69 | 24,826.71 | 24,826.71 | Income approach | | 24,826.71 |
| 19 | Taishan Gypsum (Shaanxi) Co., Ltd. | 100 | 16,847.88 | 55,181.16 | 55,181.16 | Income approach | | 55,181.16 |
| 20 | Taishan Gypsum (Yunnan) Co., Ltd. | 100 | 13,900.38 | 53,900.68 | 53,900.68 | Income approach | | 53,900.68 |
| 21 | Tai'an Jindun Building Materials Co., Ltd. | 100 | 23,097.51 | 57,999.13 | 57,999.13 | Income approach | | 57,999.13 |
| 22 | Taishan Gypsum (Nantong) Co., Ltd. | 70 | 22,805.34 | 48,931.89 | 48,931.89 | Income approach | 14,679.57 | 34,252.32 |
| 23 | Guizhou Taifu Gypsum Co., Ltd. | 60 | 10,930.76 | 37,535.30 | 37,535.30 | Income approach | 2,000.00 | 35,535.30 |
| 24 | Taishan Gypsum (Sichuan) Co., Ltd. | 100 | 18,243.06 | 68,935.89 | 68,935.89 | Income approach | | 68,935.89 |
| 25 | Taishan Gypsum (Liaoning) Co., Ltd. | 100 | 11,968.80 | 27,787.67 | 27,787.67 | Income approach | | 27,787.67 |
| 26 | Taishan Gypsum (Hubei) Co., Ltd. | 100 | 14,721.64 | 36,388.80 | 36,388.80 | Income approach | | 36,388.80 |
| 27 | Taishan Gypsum (Chaohu) Co., Ltd. | 100 | 9,128.27 | 13,116.99 | 13,116.99 | Income approach | | 13,116.99 |
| 28 | Taishan Gypsum (Liaocheng) Co., Ltd. | 100 | 8,648.87 | 34,767.09 | 34,767.09 | Income approach | | 34,767.09 |
| 29 | Taishan Gypsum (Fujian) Co., Ltd. | 60 | 6,464.60 | 21,043.38 | 21,043.38 | Income approach | 2,000.00 | 19,043.38 |
| 30 | Taishan Gypsum (Gansu) Co., Ltd. | 100 | 3,003.77 | 18,650.82 | 18,650.82 | Income approach | | 18,650.82 |
| 31 | Taishan Gypsum (Jilin) Co., Ltd. | 100 | 3,098.86 | N/A | 3,098.86 | Cost approach | | 3,098.86 |
| 32 | Taishan Gypsum (Xuancheng) Co., | 100 | 4,660.32 | 40,007.24 | 40,007.24 | Income approach | | 40,007.24 |

BNBMPLC0009950

| # | Company | % | | | | Method | | |
|---|---|---|---|---|---|---|---|---|
| | Ld. | | | | | | | |
| 33 | Taishan Gypsum (Weihai) Co., Ltd. | 70 | 5,940.87 | 24,749.91 | 24,749.91 | Income approach | 9,708.74 | 15,041.17 |
| 34 | Taishan Gypsum (Suqian) Co., Ltd. | 100 | -650.64 | 4,555.48 | 4,555.48 | Income approach | | 4,555.48 |
| 35 | Taishan Gypsum (Jiyuan) Co., Ltd. | 85 | 3,756.31 | 20,623.75 | 20,623.75 | Income approach | 1,941.75 | 18,682.00 |
| 36 | Taishan Gypsum (Longyan) Cement Retarder Co., Ltd. | 100 | 3,131.63 | 17,769.70 | 17,769.70 | Income approach | | 17,769.70 |
| 37 | Taishan Gypsum (Guangxi) Co., Ltd. | 100 | 2,867.81 | 8,340.99 | 8,340.99 | Income approach | | 8,340.99 |
| 38 | Taishan Gypsum (Xiangyang) Co., Ltd. | 100 | 3,201.60 | 17,965.58 | 17,965.58 | Income approach | | 17,965.58 |
| 39 | Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd. | 100 | 491.89 | 807.19 | 807.19 | Income approach | | 807.19 |
| 40 | Welda (Liaoning) Environmental Materials Co., Ltd. | 100 | 2,371.88 | 22,993.08 | 22,993.08 | Income approach | | 22,993.08 |
| 41 | Taishan Gypsum (Dongying) Co., Ltd. | 100 | 2,433.94 | 14,196.73 | 14,196.73 | Income approach | | 14,196.73 |
| 42 | Tai'an Tailun Paper Co., Ltd. | 100 | - | - | - | | | - |
| 43 | Xinjiang Tianshan Building Gypsum Products Co., Ltd. | 25 | -148.29 | - | - | Book value of net assets | | - |
| 44 | Guizhou Huangguan New Building Materials Co., Ltd | 89 | 7,598.96 | 16,096.44 | 16,096.44 | Income approach | 1,080.78 | 15,015.67 |
| 45 | Taishan Gypsum (Yibin) Co., Ltd. | 100 | | - | - | | | - |
| | Total | | 395,104.69 | 1,190,321.39 | | | 69,836.47 | 1,120,484.89 |

BNBMPLC0009951

**(13) Income tax policy**

Taishan's income tax rate is 15%. According to relevant provisions of "Law of the People's Republic of China on Enterprise Income Tax", any revenue obtained by an enterprise from production of products in line with national industry policy through comprehensive resources utilization may be written down during calculation of taxable income. The sales revenue of gypsum board and decorative gypsum board shall be recorded at 90% of original value in the amount of taxable income.

**(14) Selection of discount rate**

The selection of discount rate adopts the weighted average cost of capital ("WACC") valuation model. The WACC model can be expressed in the following mathematical formula:

$$WACC=ke\times[E\div(D+E)]+kd\times(1-t)\times[D\div(D+E)]$$

Among which:

ke: cost of equity capital

E: market value of equity capital

D: market value of debt capital

kd: cost of debt capital

t: income tax rate

The calculation of cost of equity capital adopts the capital asset pricing model ("CAPM"). CAPM is a prevailing method used for estimating the cost of equity capital. The CAPM model can be expressed in the following mathematical formula:

$$E[Re] = Rf1 + \beta (E[Rm] - Rf2) + Alpha$$

Among which: E[Re]: expected rate of return on equity, namely cost of equity capital;

Rf1: expected rate of return on long-term treasury bonds;

$\beta$: Beta coefficient;

E[Rm]: expected rate of return on market;

Rf2: expected rate of return on long-term market;

Alpha: special risk premium;

(E[Rm] -Rf2): excess risk rate of return on equity market, also known as ERP.

A. Calculation of the cost of equity capital using CAPM model.

CAPM model is internationally applied method to estimate the cost of investors' equity capital.

BNBMPLC0009952

During CAPM analysis, the following steps are taken:

1) Determination of expected rate of return on long-term treasury bonds (Rf1). Data adopted for this appraisal is the average value of annual yield to maturity of long-term treasury bonds of more than 10 years between the Appraisal Reference Date and the maturity date, and the said figure takes 4.20% through summarized calculation (Source: windin).

2) Determination of ERP, i.e., excess risk rate of return on equity market (E[Rm] -Rf2). Generally speaking, the excess risk rate of return on equity market is equity risk premium, which is the ratio of the amount of risk compensation obtained by an investor to the amount of risk investment made by that investor. The foregoing rate of return exceeds the rate of return on risk-free securities investment. At present, public data on securities market are generally adopted to research the risk return rate in China.

① Determination of expected rate of return on market (E[Rm]):

In this appraisal, with the help of Windin's data system, the geometric mean approach is adopted to analyze and calculate the investment return on constituent stocks of CSI 300 Index, thus calculating the average market risk return rate in different years.

② Determination of risk-free return rate (Rf2) in the years of 1999-2014:

This appraisal uses the average value of the yield to maturity of medium and long term treasury bonds of more than 10 years between the end of 1999-2014 and the maturity date as expected rate of return on long-term market.

③ Geometric mean method is used to calculate the annual risk premium between December 31,1999 and December 31, 2014, i.e., E[Rm] - Rf2. The mean value of 6.31% is used as expected return on equity capital.

3) Determination of risk coefficient β of comparable companies relative to stock market. Information about listed companies related to the industry that the enterprise is engaged in was collected and companies dealing with similar principal business to the assessed entities were selected as the comparable companies. Risk coefficient β of each comparable company calculated and collected by using weekly index for a period of 36 months prior to Appraisal Reference Date relative to CSI 300 Index were checked and obtained. Average of un-leaved β of comparable companies was worked out as un-leaved β of the assessed enterprise. Conversion formula for leaved and un-leaved risk coefficients is as follows:

Un-leaved β=leaved β÷[1+(1-t)D/E]

4) Determination of special risk premium Alpha allows for risk premium of the following factors:

Determination of special risk premium, i.e., individual risk premium. Individual risks are specific risks of enterprise relative to peer companies. They are mainly: ① operational phase of enterprise; ② previous operating conditions; ③ development phase of main products; ④ business and products and regional distribution of enterprise; ⑤ internal management and control mechanism of company; ⑥ experience and qualifications of officers; ⑦ dependence on major customers and suppliers; ⑧ financial risk; ⑨ scale risk. Based on the considerations above, the individual risk premium in this appraisal is

BNBMPLC0009953

determined as 1%.

Based on the analysis and calculation above, the expected return on equity used for this appraisal, i.e., cost of equity capital, is determined at 10.73%.

B. Calculation of weighted average cost of capital using the WACC model

The WACC model can be expressed in the following formula:

$$WACC = ke \times [E \div (D+E)] + kd \times (1-t) \times [D \div (D+E)]$$

In the process of WACC analysis, Zhonghe Appraisers take the following steps:

1) Cost of equity capital (ke) uses the result of calculation using the CAPM model.

2) Average capital structure of the industry is selected as target capital structure of the appraised enterprise.

3) Cost of debt capital (kd) adopts the weighted borrowing rate of Taishan Gypsum Co., Ltd.

4) Income tax rate (t) adopts the effective income tax rate of the appraised enterprise.

Based on the analysis and calculation above, Zhonghe Appraisers determine the return on investment capital used for this appraisal, i.e. weighted average cost of capital as 10.35%.

**(15) Calculation of appraised value**

After the above analysis and estimation, the going-concern value of total shareholder's equity value of Taishan as at April 30, 2015 appraised using the income approach is RMB11,987,140,000.

**3. Revenue, cost and profit of Taishan and its subsidiaries within the forecast period**

The forecast on Taishan's consolidated indexes including revenue, cost and profit between May-Dec. 2015 and 2020 is detailed below:

Unit: RMB10,000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Principal business revenue | 405,343.96 | 645,637.74 | 737,869.22 | 806,234.63 | 857,679.74 | 864,688.04 |
| Principal business cost | 283,325.35 | 454,861.54 | 517,057.05 | 565,390.70 | 604,549.61 | 612,701.37 |
| Cost income ratio of principal business | 69.90% | 70.45% | 70.07% | 70.13% | 70.49% | 70.86% |
| Principal business tax and surtax | 2,829.26 | 4,962.18 | 6,057.16 | 7,334.14 | 7,934.72 | 7,964.72 |
| Tax and surtax rate | 0.70% | 0.77% | 0.82% | 0.91% | 0.93% | 0.92% |
| Selling expense | 10,038.35 | 17,328.59 | 19,193.90 | 20,538.16 | 21,633.56 | 22,160.89 |
| Selling expense rate | 2.48% | 2.68% | 2.60% | 2.55% | 2.52% | 2.56% |
| Management expense | 20,466.12 | 31,359.64 | 33,631.85 | 35,099.24 | 36,434.00 | 37,290.39 |
| Management expense rate | 5.05% | 4.86% | 4.56% | 4.35% | 4.25% | 4.31% |
| Financial expense | 9,262.34 | 13,893.51 | 13,893.51 | 13,893.51 | 13,893.51 | 13,893.51 |
| Financial expense rate | 2.29% | 2.15% | 1.88% | 1.72% | 1.62% | 1.61% |
| Total profit | 79,422.54 | 123,232.28 | 148,035.77 | 163,978.87 | 173,234.33 | 170,677.17 |
| Income tax | 9,517.86 | 15,207.08 | 18,776.23 | 20,797.86 | 22,419.64 | 21,881.01 |
| Net profit | 69,904.68 | 108,025.21 | 129,259.54 | 143,181.01 | 150,814.69 | 148,796.16 |
| Minority interest | 2,201.31 | 3,078.63 | 3,157.28 | 3,199.53 | 3,207.09 | 3,214.07 |

BNBMPLC0009954

| Profit attributable to owners of parent company | 67,703.37 | 104,946.57 | 126,102.26 | 139,981.48 | 147,607.60 | 145,582.09 |
|---|---|---|---|---|---|---|

## 4. Conclusion of appraisal using the income approach

As at the Appraisal Reference Date, i.e., April 30, 2015, under the premises of going concern, the book value of total assets of Taishan as parent company is RMB5,126,778,900, the book value of total liabilities is RMB4,144,534,300, and the book value of total shareholder's equity is RMB982,244,600; under the consolidated caliber, the book value of total assets is RMB8,112,989,200, the book value of total liabilities is RMB4,639,528,100, and total shareholder's equity is RMB3,473,461,000, including RMB3,239,090,500 of shareholder's equity attributable to parent company; through appraisal using the income approach, the appraised value of total shareholder's equity of Taishan is RMB11,987,140,000, the amount of appreciation compared with total shareholder's equity under the parent-company caliber is RMB11,004,895,400, and the appreciation rate is 1,120.38%; the amount of appreciation compared with shareholder's equity attributable to parent company under the consolidated caliber is RMB8,748,049,500, and the appreciation rate is 270.08%.

## (IV) Appraisal using the asset-based approach

## 1. Appraisal methods of assets and liabilities of various types

## (1) Current assets:

For the purpose of this appraisal, current assets are divided into the following types, which are appraised using different appraisal methods:

1) Current assets under the monetary category: This category of current assets includes cash, bank deposits and other monetary capital, and is verified through cash count and verification of bank statements and confirmations. The appraised value of monetary assets is determined according to verified value;

2) Current assets under the category of physical goods: This category of current assets mainly includes the inventory of raw materials and finished products. For raw materials, the appraised value is determined at the price exclusive of tax on the Appraisal Reference Date; for self-produced finished products for sale, the appraised value is determined at the balance of market selling price minus sales tax and income tax that may be levied during sales and part of net profit; for purchased goods, the appraised value is determined at the verified book value;

3) Current assets under the category of payables and prepayments: This category of current assets includes notes receivable, accounts receivable, other receivables and prepayments; for receivable current assets, the appraised value is determined at the recoverable amount of each sum based on verification of book balance; for prepayments, the appraised value is determined in accordance with recoverable goods or services as well as assets or rights that may possibly occur;

4) Financial assets held for trading: Financial assets held for trading belongs to "Yun Tong Cai Fu · Ri Zeng Li" guaranteed income finance product bought by the appraised entity from the Bank of Communications. During appraisal, the appraised value is determined at the cost of initial investment plus the income within the investment period based on verification of book value.

BNBMPLC0009955



**(2) Non-current assets:**

A. Long-term equity investments

1) Wholly-owned subsidiaries: In respect of four companies that fail to meet the conditions of appraisal using the income approach, i.e., Taishan Gypsum board Co., Ltd., Taishan Gypsum (Jilin) Co., Ltd., Tai'an Tailun Paper Co., Ltd. and Taishan Gypsum (Yibin) Co., Ltd., the appraised value is determined by using the asset-based approach; for 30 wholly-owned subsidiaries that meet the conditions of appraisal using the income approach, the result of appraisal using the income approach is finally chosen as the appraised value after overall appraisal of long-term investees using the income approach and the asset-based approach respectively;

2) Controlled subsidiaries: On the basis of analysis after overall appraisal of long-term investees using the income approach and asset-based approach respectively, the result of appraisal using the income approach is finally chosen as total shareholder's equity value of the appraised entity, and the balance of total shareholder's equity value of the appraised entity minus the equity attributable to minority shareholders is the appraised value of long-term investment.

Among others, the equity attributable to minority shareholders is determined according to the following principles:

If it is agreed that annual profit distribution is based on equity ratio, the minority interest is determined at the appraised total shareholder's equity multiplied by minority interest ratio;

If it is agreed that annual profit distribution is based on fixed dividend model, the equity of minority shareholders is determined through discount of annual fixed dividend.

3) The joint stock company under appraisal is the investment in Xinjiang Tianshan Building Gypsum Products Co., Ltd. During appraisal, the appraised value is determined at the net assets of Xinjiang Tianshan Building Gypsum Products Co., Ltd. in accounting statements of that company on the Appraisal Reference Date multiplied by shareholding ratio.

B. Equipments

The replacement cost method is employed for appraisal.

Appraised value = replacement value × newness rate

1) Determination of replacement value of equipments

① For machinery equipment, if there is a transaction of machinery equipment in recent period, Zhonghe Appraisers determine the replacement value of such equipment based on the transaction price in the most recent transaction and with consideration of corresponding transportation expense and installation & commissioning expense. For any equipment without transaction completed recently, if such equipment is now available on market, Zhonghe Appraisers determines the replacement value by directly inquiring about equipment price from manufacturers and considering relevant expenses;

② Transport vehicles

The replacement value of transport vehicles is determined based on current market price of vehicles of the same type on the Appraisal Reference Date and with consideration of

BNBMPLC0009956



corresponding expenses including purchase tax, license fee and handling charge.

③ Electronic devices: Zhonghe Appraisers generally determine the replacement value of electronic devices by consulting related quotation data for current period.

2) Determination of equipment newness rate

① Machinery equipment

The newness rate of equipment is determined through weighted averaging of service life method and site investigation method, and the calculation formula is shown below:

Newness rate = newness rate under service life method ×40% + newness rate under site investigation method ×60%

Among which:

Newness rate under service life method = (economic life – serviced life) /economic life ×100%

Newness rate under site investigation method: Appraisers determines the newness rate under site investigation method by inspecting equipment on the spot and completing the technical investigation form and the scoring sheet.

② Vehicles

In accordance with "Notice on Several Provisions concerning Adjustment of Motor Vehicle Scrapping Standards", the newness rate of vehicles of different types shall be calculated using the service life method and mileage method respectively and the lower of the two calculation results shall be used as theoretical newness rate. In special cases, Appraisers shall revise the theoretical newness rate based on field appraisal of vehicles and use the revised theoretical newness rate as the comprehensive newness rate of vehicles.

The calculation formula for newness rate determined using the service life method:

Newness rate determined under service life method = (economic life – serviced life)/economic life ×100%

The calculation formula for newness rate determined using the mileage method:

Newness rate determined under mileage method =(stipulated driving distance – travelled distance)/stipulated driving distance ×100%

③ Electronic devices

Newness rate = (economic life – serviced life) / economic life ×100%

C. House buildings

The appraisal method is determined in accordance with the purpose and characteristics of house buildings under appraisal. House buildings obtained under the self-construction model are appraised using the replacement cost method; house buildings that can be acquired through market approach and for which local transactions of similar real estate are quite active are appraised using the market comparison approach.

BNBMPLC0009957



1) Replacement cost method

Appraised value = replacement value × comprehensive newness rate

① Determination of replacement value

Replacement value = comprehensive cost of construction and installation work + upfront fee and other expenses + cost of capital

Among which: comprehensive cost of construction and installation work means building expense that the project owner directly inputs in engineering construction and pays to the contractor.

Comprehensive cost of construction and installation work＝ cost of construction work + cost of decoration work + cost of installation work

Appraisers categorize buildings under appraisal by their purposes, select representative buildings among buildings of the same purpose and construction, and determine the comprehensive cost of construction and installation work of such buildings by taking into account collected design, budget & final account, contracts and other materials reflecting the engineering quantity of those buildings based on budget quota and building cost information on construction works in the locality of house buildings.

For other house buildings, their comprehensive cost of construction and installation work is estimated by analogy and through different adjustment based on the cost of construction and installation work of representative buildings of the same purpose and construction calculated by Appraisers or on the cost of construction and installation work of similar projects collected by Appraisers and with reference to data and parameters frequently used for appraisal of house buildings.

Upfront fee and other expenses refer to other expenses that shall be incurred by engineering construction and paid to entities other than engineering contractor or government departments. Those expenses are determined in accordance with expense items and standards stipulated by national and local relevant competent departments, fee charging of professional services and the characteristics of construction projects under appraisal. For appraised house buildings for which the procedure of application for construction of construction projects has not been completed as at the Appraisal Reference Date, administrative charges payable for the purpose of application for construction are not taken into consideration during appraisal, but the fees for professional services including survey and design as well as construction unit management expense are taken into consideration according to the construction requirements of house buildings under appraisal and the standards effective on the Appraisal Reference Date.

The cost of capital is calculated by determining a reasonable construction period according to construction scale of the appraised construction project and selecting the interest rate of loans with corresponding terms effective on the Appraisal Reference Date under the assumption that construction funds are evenly inputted.

② Determination of comprehensive newness rate

The results of integrated age limit method and scoring method are determined according to the following formula:

BNBMPLC0009958



Comprehensive newness rate = newness rate under scoring method ×60%+ newness rate under age limit method ×40%

Among which: newness rate under age limit method = remaining service life ÷ (serviced life + remaining service life) ×100%

Remaining service life is determined in accordance with the nationally prescribed economic life of house buildings and their use & maintenance status.

Newness rate under scoring method is determined in accordance with the scoring standard for newness rate of house buildings and the results of field survey on structure, decoration and equipment/fitment of house buildings under appraisal.

Newness rate under scoring method = newness score of structure part ×G + newness score of decoration part ×S+ newness score of equipment/fitment part ×B

G, S and B are cost weight of structure, decoration and equipment/fitment part respectively.

The scoring standard for newness rate of house buildings under appraisal is determined in accordance with the nationally or locally promulgated appraisal standards for damage grade and newness degree of houses as well as design and use requirements of relevant house buildings.

Note: For house buildings on leased land, the considerations include the possibility that the entity under appraisal can renew the lease under the same conditions upon expiration of the lease and do not include the impact of lease term on newness rate.

2) Market comparison method

Market comparison method is a method of determining the price of a real estate under appraisal on the Appraisal Reference Date by comparing the real estate under appraisal with actual transaction of similar real estate in recent period on substitution principle and through correction of such factors as transaction, transaction date, region and individual factors on the basis of transaction price in the foregoing case.

Appraised value of appraisal object = price of comparable real estate × correction coefficient of transaction × correction coefficient of transaction date × correction coefficient of regional factor × correction coefficient of individual factors

D. Construction in process

Construction in process includes equipment installation work in process and civil work in process. During appraisal, Appraisers first learn about recent changes in purchase price of equipments and changes in local construction quota. Because constructions in process occur recently and there is little change in purchase price of equipments, construction quota or prices of building materials, appraised value is determined based on verification of book value plus the cost of capital that may be incurred within the reasonable construction period.

E. Intangible assets

1) Appraisal of land use right

For appraisal of land use right, different appraisal methods including market comparison

BNBMPLC0009959



method, land datum value method and cost approaching method may be adopted depending on the availability of appraisal data on site and the nature and purpose of land. All those appraisal methods are described below:

Market comparison method:

Market comparison method is a method of determining the price of the land under appraisal on the date of appraisal by comparing the appraised land with the case of similar land in the same supply-demand circle in recent period on the substitution principle and correcting differences on the transaction, transaction date, individual factors and regional factor of the appraised land on the basis of known price of comparable land.

The basic formula is shown below:

$P＝PB×A×B×C×D×E$

P— price of land under appraisal;

PB— price of comparable land;

A— transaction indicator of land under appraisal/transaction indicator of comparison case;

B— land price indicator of land under appraisal on the date of appraisal/land price indicator of comparison case on the transaction date;

C— regional factor condition indicator of land under appraisal / regional factor condition indicator of comparison case;

D— individual factor condition indicator of land under appraisal / individual factor condition indicator of comparison case;

E— year or period correction indicator of land under appraisal / year or period correction indicator of land in comparison case

Land datum value method:

Benchmark land price represents average price level of land at different levels. Land parcels in the same area differ due to different location conditions, so the price of a particular land may be obtained using the land datum value method. The basic calculation formula is shown below:

Price of land parcel $＝$ benchmark land price $×(1±\sum$ correction coefficient of each factor) × purpose correction coefficient × land use right year/period correction coefficient × plot ratio correction coefficient × date correction coefficient ± land basic services correction

Cost approaching method:

Cost approaching method is a method of appraising land price on the basis of land acquisition fee and land development expense plus profit and interest incurred during land acquisition and development and land incremental value, plus necessary individual factor correction and year/period correction.

Its basic calculation formula is:

BNBMPLC0009960



Land price＝[land acquisition fee + land development expense + taxes + interest + profit + land incremental value]× year/period correction coefficient ×[1± individual factor correction coefficient]

The final appraisal result of land under appraisal is obtained by determining normal market price of the land according to the foregoing two methods and taking into account deed tax that may be incurred during transfer of land title.

2) Intangible assets like office software are appraised using the market approach.

3) Intellectual property rights and trademarks used in production operations are appraised using the income approach.

① The calculation formula for appraisal of intellectual property rights using the income approach is shown below:

$$P = \sum_{i=0.33}^{n} Ri \times \eta \times (1+r)^{-n}$$

Among which:

P—— appraised value of intellectual property rights;

Ri—— sales revenue;

η—— share rate of sales revenue;

n—— number of years for income calculation;

R—— discount rate, adjusted and determined under CAPM model;

i —— the i-th year.

② Calculation formula for appraisal of trademark use right using the income approach:

$$P = \sum_{i=0.33}^{n} Ri(1+r)^{-n} + R_{n+1}/r(1+r)^{n}$$

Among which:

P—— value of ownership of trademark;

Ri—— expected net profit of ownership of trademark of the enterprise in the future year i;

Rn+1—— expected net profit of ownership of trademark of the enterprise during its steady development period;

r —— discount rate, adjusted and determined under CAPM model;

n —— number of years of forecast;

I —— the year for income calculation.

F. Long-term deferred expenses

BNBMPLC0009961

Long-term deferred expenses refer to all expenses that are already disbursed by the enterprise but are amortized over a period of more than 1 year (exclusive), such as improvement expense of leased fixed assets and long-term lease rental. If book value belongs to amortized value, the verified book value is used as the appraised value during appraisal;

G．Deferred income tax assets

Deferred income tax assets belong to provision for impairment and deferred income of assets like accounts receivable and other receivables. With respect to the impact of the inconsistency between financial treatment and taxation requirement on income tax, the appraised value is adjusted and determined in light of increase/decrease in influencing factors before and after appraisal.

**(3) Liabilities:**

The appraised value is determined in accordance with the items and amount of liabilities that the enterprise shall actually bear.

**2. Conclusion of appraisal using the asset-based approach**

Subject to appraisal using the asset-based approach, as at April 30, 2015, namely Appraisal Reference Date, under the going-concern premise, in respect of total assets of Taishan Gypsum Co., Ltd., the book value is RMB5,126,778,900, the appraised value is RMB15,850,659,500, the amount of appreciation is RMB10,723,880,600, and the appreciation rate is 209.17%; in respect of Taishan's total liabilities, the book value is RMB4,144,534,300, the appraised value is RMB4,138,459,400, the amount of appreciation is -RMB6,074,900 and the appreciation rate is -0.15%; in respect of Taishan's total shareholder's equity, the book value is RMB982,244,600, the appraised value is RMB11,712,200,100, the amount of appreciation is RMB10,729,955,500, and the appreciation rate is 1,092.39%. The appraisal is summarized below:

Unit: RMB10,000

| | Item | Book value | Appraised value | Increase/decrease | Appreciation rate% |
|---|---|---|---|---|---|
| | | A | B | C=B-A | D=C/A×100 |
| 1 | Current assets | 302,095.16 | 304,449.74 | 2,354.58 | 0.78 |
| 2 | Non-current assets | 210,582.74 | 1,280,616.21 | 1,070,033.47 | 508.13 |
| 3 | Including: Financial assets available for sale | - | - | - | |
| 4 | Held-to-maturity investments | - | - | - | |
| 5 | Long-term receivables | - | - | - | |
| 6 | Long-term equity investments | 102,627.72 | 1,120,484.89 | 1,017,857.17 | 991.80 |
| 7 | Investment real estate | - | - | - | |
| 8 | Fixed assets | 85,155.79 | 102,571.06 | 17,415.27 | 20.45 |
| 9 | Construction in process | 13,012.77 | 13,252.28 | 239.51 | 1.84 |
| 10 | Engineering materials | - | - | - | |
| 11 | Liquidation of fixed assets | - | - | - | |
| 12 | Productive biological assets | - | - | - | |
| 13 | Oil and gas assets | - | - | - | |
| 14 | Intangible assets | 9,343.47 | 44,097.29 | 34,753.82 | 371.96 |
| 15 | Development expenditure | - | - | - | |
| 16 | Goodwill | - | - | - | |
| 17 | Long-term deferred expenses | - | - | - | |
| 18 | Deferred income tax assets | 442.99 | 210.68 | -232.31 | -52.44 |
| 19 | Other non-current assets | - | - | - | |

BNBMPLC0009962



| 20 | Total assets | 512,677.89 | 1,585,065.95 | 1,072,388.06 | 209.17 |
|---|---|---|---|---|---|
| 21 | Current liabilities | 360,567.24 | 360,567.24 | - | 0.00 |
| 22 | Non-current liabilities | 53,886.20 | 53,278.70 | -607.50 | -1.13 |
| 23 | Total liabilities | 414,453.43 | 413,845.94 | -607.49 | -0.15 |
| 24 | Net assets (owners' equity) | 98,224.46 | 1,171,220.01 | 1,072,995.55 | 1,092.39 |

## (V) Selection of final appraisal results

Total shareholder's equity value appraised with asset-based approach is RMB11,712,200,100, while total shareholder's equity value appraised with income approach is RMB11,987,140,000. The difference between the foregoing two figures is RMB274,939,900.

The conclusion of this appraisal adopts the result of appraisal using the income approach. In other words, the appraisal result of total shareholder's equity value of Taishan is RMB11,987,140,000.

## (VI) Main reasons for appreciation of appraised value

Taishan's 100% equity is audited in its consolidated statements as at April 30, 2015, the Appraisal Reference Date. Taishan's shareholder's equity attributable to parent company is  RMB3,239,090,500, and the appraised value is RMB11,987,140,000. The amount of appreciation is RMB8,748,049,500, and the appreciation rate is 270.08%. The main reasons for such appreciation of appraisal are listed below:

## 1. Taishan is one of the leading enterprises in China's gypsum board industry

As an enterprise focusing on production of gypsum board, Taishan has more than 40 branch and subsidiary companies across China and a high share of gypsum board market. Gypsum board products from Taishan sell well throughout China thanks to their excellent quality and reputation, and Taishan's gypsum board production and sales have continually grown at a high rate. Taishan is a truly leading enterprise in Chinese gypsum board industry. Built upon its market position, brand advantage and technical advantage achieved after its years' operation, Taishan will continue to maintain its market leadership and good profitability.

## 2. Taishan has a stronger comprehensive profitability

In 2013, 2014 and 2015, Taishan's comprehensive gross margins are 30.41%,28.33% and 29.70% respectively, indicating a stable growth of comprehensive gross profit margin. Compared with other listed companies in the new building materials industry, Taishan's gross operating margin is approximate to average gross margin of comparable companies, which signals Taishan's stronger comprehensive profitability.

## 3. Taishan has a production and sales network covering the whole country

Taishan's marketing network has now penetrated into major cities and county-level cities in developed regions across China. Taishan has effectively controlled terminal markets through its intensive sales network of exclusive distributors, flat management and focus on all-round, deep cooperation with real estate developers, public building decoration companies and home decoration companies. With 40+ branches & subsidiaries located in 23 provinces/autonomous regions including Shandong and Shanxi and a sales network covering the entire country, Taishan has established stable customer resources and diverse sales channels. Taishan's rich product mix, sound sales platform and strong technical support team are all important sources of its core competitiveness.

BNBMPLC0009963

**4. Taishan has an excellent management team and operation management system**

Taishan's core management team remains stable, and core members of this team have over 10 years' professional knowledge and management experience in the gypsum board industry on average and have a profound understanding of downstream terminal market demands and development trends. Meanwhile, Taishan has developed excellent corporate culture, employee cultivation mechanism and innovation incentive mechanism, which provides internal impetus for its continual development.

In addition, Taishan attaches great importance to management models by comprehensively carrying out management integration and management innovation, intensifying target management, delicacy management and benchmarking management, and increases operating efficiency and reduces operating costs by enhancing management levels. In such links as procurement and production, Taishan vigorously implements the cost saving plan by establishing the internal operation control system characterized by overall benchmarking and performance focus, employing such methods as scientific analysis, level-by-level distribution and process monitoring and sparing no efforts to guarantee the implementation of cost plans. Since 2010, Taishan has realized the reduction of coal consumption and paper consumption per unit product and demonstrated a remarkable cost control effect, thus further boosting its market competitiveness.

**(VII) Explanations on special events in this litigation**

1. Major pending litigations:

Since 2009, several US homeowners, housing construction companies and others have filed multiple lawsuits against quite a few enterprises, including at least dozens of Chinese gypsum board manufacturers, such as BNBMPLC and its subsidiary Taishan, on the grounds that the gypsum boards have quality problems, in order to claim compensation for various losses incurred due to quality problems of the gypsum boards. As of the Appraisal Reference Date, due to the failure of Taishan to appear in the debtor examination meeting held by the United States District Court for the Eastern District of Louisiana, the US local court concluded that Taishan committed contempt of court, and ordered that Taishan shall pay the plaintiffs' attorneys attorney fee of USD$15,000 and pay a penalty of USD$40,000 for its contempt of court, and that Taishan and any of its affiliate or subsidiaries shall be prohibited from conducting any commercial activities in the US until or unless Taishan participate in the judicial procedure. If Taishan violates the injunction, it must pay further penalty in the amount of 25% of the annual profit of Taishan or its affiliates for the year of violation of the foregoing injunction.

The latest developments on the US litigation against Chinese gypsum boards as of March 8, 2015 are as follows:

(1) Taishan has decided to pay the plaintiffs' attorneys USD$15,000 and pay a penalty of USD$40,000 for the contempt of court (Taishan has paid the US court a penalty of USD$40,000 for the contempt of court). And Taishan has agreed to pay compensation of USD$2,758,356.52 as required by the default judgment made by the US court at an early stage of the litigation and the interest calculated from May 2010. However, as Taishan declared, the fact that Taishan's agreed to pay the foregoing amount did not mean Taishan's recognition of the content of the default judgment in the litigation and the only purpose of taking such measure is to apply for revocation of contempt order and participate in response and defense concerning the gypsum board litigation after

BNBMPLC0009964

revocation of contempt order.

(2) Taishan has engaged foreign law firms to represent Taishan for response and defense in relation to the gypsum board litigation in order to protect Taishan's rights and interests.

Taishan has engaged both domestic and foreign law firms to study and evaluate the responding strategies to this litigation and the impact of this litigation on Taishan, and it is now impossible to accurately estimate possible economic losses and impacts that this litigation may likely incur to Taishan. Taishan will timely disclose relevant information in line with the progress of the litigation.

Since it is presently impossible to estimate the amount and period of compensation that may be incurred by the said litigation, this appraisal fails to consider the impact of the litigation on appraised value of shareholder's equity of Taishan Gypsum Co., Ltd.

2. In accordance with "Notice on Value-added Tax Policy for Resource Comprehensive Utilization and Other Types of Products" (CaiShui (2008) No.156) jointly issued by the Ministry of Finance and State Administration of Taxation, "specific building material products whose producer's goods contain at least 30% of waste slag may be exempt from VAT, and specific building material products refer to brick (excluding sintered common brick), building block, ceramisite, wallboard, tubular products, concrete, mortar, road manhole cover, road railings, fireproof materials, refractory materials, thermal insulation materials, mineral/rock wool". The said document also stipulates that "the policy of 50% VAT levy-refund shall apply to the sales of the following self-produced goods including some of new walling material products. For specific scope of application, refer to Annex 1 "Catalogue of New Walling Materials Entitled to Preferential VAT Policy" to this Notice".

In accordance with "Notice on Value-added Tax Policy for Resource Comprehensive Utilization and Other Types of Products" (CaiShui (2008) No.156), the preferential policy of VAT exemption and the preferential policy of 50% VAT levy-refund shall both apply to gypsum board and decorative board products of Taishan Gypsum Co., Ltd. In line with customers' billing requirements, Taishan Gypsum Co., Ltd. as parent company and its subsidiaries select the VAT exemption policy for some of their products and select the 50% VAT levy-refund policy for the rest of their products. During determination of replacement cost of equipments for this appraisal using the asset-based approach, for enterprises entitled to the preferential VAT exemption policy on the Appraisal Reference Date, the VAT-inclusive price of their equipments shall be based on the replacement cost of such equipments. For enterprises entitled to the preferential 50% VAT levy-refund policy on the Appraisal Reference Date, the VAT-exclusive price of their equipments shall be based on the replacement cost of such equipments.

In June 2015, the Ministry of Finance and State Administration of Taxation jointly issued the Notice on "Catalogue of Resource Comprehensive Utilization Products and Services Entitled to VAT Preference" (CaiShui (2015) No.78), which shall take effect as from July 1, 2015, and meanwhile abolished "Notice on Value-added Tax Policy for Resource Comprehensive Utilization and Other Types of Products" (CaiShui (2008) No.156). In accordance with the Notice on "Catalogue of Resource Comprehensive Utilization Products and Services Entitled to VAT Preference" (CaiShui (2015) No.78), gypsum board and decorative board produced by Taishan Gypsum Co., Ltd. shall only enjoy the preferential policy of 70% VAT levy-refund as from July 1, 2015. During this appraisal using the income approach, the impact of this tax policy on appraised value of equity of Taishan Gypsum Co., Ltd. has been taken into consideration.

BNBMPLC0009965