3. For the following two land use right certificates within the scope of appraisal, the obligees contained in those certificates are not the entities under appraisal and the relevant change procedure shall be gone through:

| Numbering of land use right certificate | Name of land parcel | Holder of land use right |
|---|---|---|
| TaiTuGuoYong (2003) No.0342 [1] | Residential land at Taishan Street | Shandong Taihe Dongxin Co., Ltd. |
| JiaGuoTuZiGuoYong (2003) Zi No.2352 | Land for factory use in Xuzhou | Shanghai Fasite Building Materials Co., Ltd. |

Note 1: as of the issue date of this Report, this land has been renamed. The number of changed land right certificate is Tai Tu Guo Yong (2016) No.T-0033 and the land use right owner indicated in this certificate is Taishan Gypsum Co., Ltd.

**4. Events after the Appraisal Reference Date:**

After the Appraisal Reference Date, the People's Republic of China successively revised downward the RMB deposit/loan rates on May 11, June 25 and August 29, 2015 respectively. The appraisal using the asset-based approach fails to take into consideration the impact of interest rate adjustment on asset value.

**(VIII) Description of the supplemental appraisal of the Target Company [5]**

As at the date of execution of this Report, the Target Company appraisal report issued by Zhonghe Appraisers with April 30, 2015 as the base date of assets evaluation is beyond the one-year effective period of assets evaluation. Zhonghe Appraisers performed a supplementary appraisal of the Target Company at the supplementary base date of December 31, 2015. According to the Appraisal Report (ZhongHePingBaoZi (2016) No.BJV2025) issued by Zhonghe Appraisers, the total value of shareholders' equity of Taishan Gypsum in on-going operation, i.e. assessed value of 100% of Taishan Gypsum's shares, upon appraisal with income method, is RMB1,283,092.00 as at December 31, 2015. As at the base date of assets evaluation, the shareholders' equity attributable to parent company among the audited consolidated part of 100% of Taishan Gypsum's shares is RMB391,256.63, representing an appraisal appreciation of RMB891,835.37 and an appreciation rate of 227.94%.

**II. Pricing basis of this Transaction and analysis on reasonableness of pricing**

**(I) Pricing of shares in this Issue and pricing basis**

The Pricing Reference Date for issue of shares involved in this Transaction is the date of announcing resolution of the 11th extraordinary meeting of the 5th Board of Directors of BNBMPLC, i.e., October 14, 2015.

Since the date of stock suspension (April 10, 2015) of the Company, the Shanghai Composite Index and Shenzhen Component Index have declined substantially. As the Company avoided the recent A-share market downtown due to stock suspension, future stock market will be of high uncertainty. Therefore, in accordance with relevant regulations of the CSRC and through friendly consultation of parties to the transaction, The Company

---

[5] Supplemental appraisal is only used for verification. As per communications with BNBM Group, this appraisal does not need to be filed. The same as below.

BNBMPLC0009966



selected 90% of average stock trade price 120 trading days prior to the Pricing Reference Date, i.e., RMB23.15/share, as the issue price of shares issued for the purpose of purchasing assets. As the implementation of the Company's profit distribution plan for 2014 (distribute cash of RMB4.25 per 10 shares and increase every 10 shares by 10 shares) ended on June 11, 2015 and the profit distribution plan for 2015 (distribute cash of RMB1.75 per 10 shares) has ended on May 13, 2016, the issue price of shares issued for the purpose of purchasing assets has been adjusted accordingly. The adjusted issue price is RMB11.20/share. The final issue price shall still be approved by the CSRC.

If the Company goes ex-dividend during the period between the Pricing Reference Date and Issue Date, such as to allocate cash dividends and bonus shares, as well as convert capital reserve into share capital, etc., the issue price will be given ex-dividend status according to relevant regulations of the CSRC and the Shenzhen Stock Exchange. Also, the number of shares issued will be adjusted based on the issue price. The specific adjustment method shall be considered and approved by the general meeting of shareholders of the Company.

The pricing principle of shares issued for the purpose of purchasing assets by the reorganized listed company is in line with the stipulation of Article 45 of the Restructuring Measures, namely, "the issue price of listed company shall be no less than 90% of the market reference price. The market reference price shall be one of the Company's average stock trade prices 20 trading days,60 trading days or 120 trading days prior to announcement of the resolution of the Board of Directors in relation to purchase of assets by means of issuing share".

**(II) Pricing basis of the Target Assets and analysis on reasonableness of pricing**

**1. Pricing basis of the Target Assets**

The Target Assets of this Transaction is 35% equity of Taishan. Zhonghe Appraisers adopt the asset-based approach and income approach for appraisal of Taishan's total shareholder's equity value and selects the result of appraisal using the income approach as the final appraisal conclusion. According to the appraisal conclusion stated in the "Appraisal Report" (ZhongHePingBaoZi (2015) No.BJV2028) issued by Zhonghe Appraisers, as at the Appraisal Reference Date, i.e., April 30, 2015, the appraised value of total shareholder's equity of Taishan is RMB11,987,140,000, the amount of appreciation compared with total shareholder's equity of parent company is RMB11,004,895,400, and the appreciation rate is 1,120.38%; the amount of shareholder's equity attributable to parent company in consolidated caliber is RMB8,748,049,500, and the appreciation rate is 270.08%.

This Transaction uses the conclusion of appraisal using the income approach as pricing basis, and the appraised value of Taishan's 100% equity is RMB11,987,140,000. Through negotiation by both parties of this Transaction, the transaction price for this acquisition of Taishan's 35% equity by listed company is 4,195,499,000.

**2. Analysis on reasonableness of pricing of the Target Assets**

Zhonghe Appraisers use the income approach and asset-based approach to appraise the total shareholder's equity value of Taishan. The appraised value of Taishan's total shareholder's equity is RMB11,987,140,000, the amount of appreciation compared with shareholder's equity attributable to parent company in consolidated caliber is RMB8,748,049,500, and the appreciation rate is 270.08%; the appraised value obtained

BNBMPLC0009967

through appraisal using the asset-based approach is RMB11,712,200,100, the amount of appreciation compared with the book value of total shareholder's equity is RMB10,729,955,500, and the appreciation rate is 1,092.39%. The difference between the appraisal results using those two appraisal approaches is RMB274,939,900.

Under the asset-based approach, which is based on going concern and uses the replacement of all production factors as prerequisite of assumption, the appraised value of total shareholder's equity is obtained by summing up the value of all factor assets of the enterprise which are appraised and estimated using appropriate methods depending on specific circumstances of such assets and then deducting the appraised value of relevant liabilities, and such appraised value reflects the replacement value of the enterprise based on existing assets. In contrast, the income approach emphasizes the anticipated profitability of the enterprise's overall assets. The appraisal result under the income approach is the quantification and present value of the anticipated profitability of the enterprise's overall assets, and the income approach is a method of calculating appraised value on the basis of forecast on the enterprise's future earnings. The income approach not only considers the impact of multiple factors (such as, whether various assets are reasonably and fully utilized and combined in the enterprise, or whether they are duly brought into play) on the enterprise's total equity value, but also considers the impact of factors that could not be considered under the asset-based approach (such as, various preferential policies, operating qualifications, industry competitiveness, company management levels, human resources and synergy of elements) on the enterprise's total equity value.

Taishan carries out the all-round unified management model featuring unified technology development, unified brand, unified procurement, unified sales, unified fund action and unified assets management for enterprises within the group, and intangible assets obtained by Taishan through long-term operations (e.g., R&D prowess, customer resources, industry experience, talent team and product technologies) are important components of shareholder's equity value of Taishan Gypsum Co., Ltd. Since the purpose of this approach is equity acquisition and lies in the acquisition of the target company's profitability, the income approach reflects Taishan Gypsum Co., Ltd.'s total shareholder's equity value more objectively and fully than the asset-based approach does.

**(1) Analysis on fairness of the transaction price in combination with the PE level of comparable listed companies**

1) PE and PB of this Transaction price

In this Transaction, according to the income-approach appraisal result issued by Zhonghe Appraisers, the appraised value of Taishan's 100% equity is RMB11,987,140,000, and the transaction price of the Target Assets in this Transaction after negotiation and agreement by both parties of this Transaction is RMB4,195,499,000. On the basis of the book value of 2014 annual net profit and audited net assets on December 31, 2014 and April 30, 2015, the price earnings ratio (PE) and price to book value ratio (PB) of this Transaction price are as follows:

| Item | Amount (ten thousand yuan) | Corresponding P/E (x) |
|---|---|---|
| Net profit attributable to owners of parent company for 2014 | 102,050.54 | 11.75 |
| Item | Amount (ten | Corresponding |

BNBMPLC0009968

| | thousand yuan) | P/B (x) |
|---|---|---|
| Owners' equity attributable to parent company as at December 31, 2014 | 352,275.75 | 3.40 |
| Owners' equity attributable to parent company as at April 30, 2015 | 323,909.05 | 3.70 |

2) Analysis on reasonableness of pricing through comparison with PE and PB of comparable listed companies in the same industry

In accordance with CSRC's "Guidance on Industry Classification of Listed Companies" (2012 Revision), the industry in which Taishan operates is "C30 nonmetallic mineral product industry". As at the Appraisal Reference Date, i.e., April 30, 2015, the valuation of comparable listed companies in the same industry is shown below:

| Stock name | Stock code | P/E (x) | P/B (x) |
|---|---|---|---|
| BNBMPLC | 000786.SZ | 20.68 | 3.65 |
| Weixing NBM | 002372.SZ | 24.93 | 4.42 |
| Oriental Yuhong | 002271.SZ | 27.43 | 5.21 |
| Fangxing Science & Technology | 600552.SH | 86.11 | 5.44 |
| Conch Profile | 000619.SZ | 46.42 | 2.12 |
| **Average (note)** | | **41.11** | **4.17** |
| **Mean value** | | **27.43** | **4.42** |

Note: P/E ratio is calculated according to the closing price on April 30, 2015 and the basic earnings per share for 2014, while P/B ratio is calculated according to the closing price on April 30, 2015 and the net asset value per share on March 31, 2015. Note: Fangxing Science & Technology has been renamed as Triumph Science & Technology.

As shown in the above table, by April 30, 2015, the average P/E ratio of comparable listed companies in the industry is 41.11x and the mean value of P/E ratio is 27.43x. In fact, the P/E ratio of the transaction price of Taishan's 35% equity in this Transaction corresponding to net profit attributable to parent company for 2014 is 11.75x, which is considerably below the average valuation level of listed companies in the same industry.

By April 30, 2015, the average P/B ratio of comparable listed companies in the same industry is 4.17x and the mean value of P/B ratio is 4.42x. In fact, the P/B ratio of the transaction price of Taishan's 35% equity in this Transaction corresponding to the audited net asset on the Appraisal Reference Date is 3.70x, which is below the average valuation level of listed companies in the same industry.

Therefore, the pricing of this Transaction meets the industry pricing rule and fully considers the interests of listed company and minority shareholders. The transaction price is reasonable and fair.

**(2) Analysis on reasonableness of pricing from the perspective of the impact of this Issue on listed company's profitability and sustainable development capability**

Upon completion of this Transaction, Taishan will become a wholly owned subsidiary of the Company. The operating results corresponding to 35% minority interest will all go to BNBMPLC, so as to increase the size of net profit attributable to shareholders of BNBMPLC, thicken earnings per share attributable to shareholders of BNBMPLC, maximize returns to shareholders and further enhance the Company's profitability. This

BNBMPLC0009969



Transaction will be of great significance for the Company to expand the operation scale, highlight the principal business, realize bigger and stronger gypsum board industry, improve the geographical distribution of the industry, optimize brand positioning, integrate corporate resources, enhance the ability to resist risks, improve the core competitiveness and the ability to develop sustainably as well as increase shareholder value. This Transaction will not change the business scope of the Company. For details, refer to "Chapter 10 Management Discussion and Analysis" of this Report.

Therefore, from the perspective of the impact of this Transaction on listed company's profitability and sustainable development capability, the pricing of the Target Assets in this Transaction is reasonable.

All in all, the pricing of relevant asset in this Transaction meets the pricing requirements of laws and regulations including "Administrative Measures" and "Restructuring Measures" on major asset restructuring and acquisition of assets by issuing shares. Such pricing is fair and reasonable and fully protects the interests of the Company's original shareholders especially minority shareholders.

**III. Opinions issued by the Board of Directors on the independence of appraisal (including appraisal) institution, reasonableness of appraisal assumptions, relevancy of appraisal approach to appraisal purpose and fairness of appraised value**

The Board of Directors of the Company holds that:  "1. Zhonghe Asset Appraisal Co., Ltd., which is retained by the Company for this Transaction to undertake the appraisal of this Transaction, ("Zhonghe Appraiser") has the appraisal qualification certificate and securities business qualification, and has signed the relevant agreement. This procedure of retaining the appraisal institution complies with relevant laws and regulations. Except participation in appraisal of this Transaction, the appraisal institution is not otherwise related to the Company and all relevant parties in this Transaction. Therefore, the appraisal institution is independent.

2. Appraisal assumptions and restrictions set by the appraisal institution and appraisal personnel for this Transaction implement and observe the practices or rules prevailing on market in accordance with relevant national regulations and stipulations, and correspond to the actual conditions of the appraisal object. Appraisal assumptions are reasonable.

3. During appraisal, depending on appraisal purpose and actual characteristics of the Target Assets, Zhonghe Appraiser implemented necessary appraisal procedures and applied appraisal approaches in line with actual conditions of assets under appraisal in accordance with the requirements of relevant national regulations and industry standards and on the principles of independence, objectiveness, impartiality and scientificity. Appraisal conclusion is reasonable, and appraisal approaches are relevant to appraisal purpose.

4. Major appraisal parameters adopted by Zhonghe Appraiser during appraisal of the Target Assets, such as appraisal value analysis principles, calculation models, adopted discount rate and earnings distribution within forecast period meet the actual conditions of the Target Assets and are reasonable. Major appraisal bases like expected earnings or cash flows in future years as well as appraisal conclusion are reasonable.

5. The transaction price of the Target Assets in this Transaction is based on the appraised value of the Target Assets as determined in the asset appraisal report issued by Zhonghe

BNBMPLC0009970



Appraiser and is determined through negotiation by all parties involved in the transaction. Transaction price is fair."

All in all, the appraisal institution retained by the Company for this Transaction is independent, appraisal assumptions are reasonable, appraisal approaches are relevant to and consistent with appraisal purpose, appraisal conclusion contained in the asset appraisal report is reasonable, and the appraised price is fair.

**IV. Opinions issued by independent directors on the independence of appraisal (including appraisal) institution, reasonableness of appraisal assumptions, relevancy of appraisal approach to appraisal purpose and fairness of appraised value**

The Company's independent directors hold that: "In accordance with "Company Law", "Securities Law", "Stock Listing Rules of Shenzhen Stock Exchange", "Administrative Measures for Major Asset Restructuring of Listed Companies", "Provisions on Several Issues concerning Regulating Major Asset Restructuring of Listed Companies", "Business Process Guide for Listed Companies No.10 —— Major Asset Restructuring" and other relevant laws, regulations and normative documents as well as the stipulations of "Articles of Association", we, independent directors of the Company, has carefully reviewed the independence of the appraisal institution retained for this restructuring transaction, reasonableness of appraisal assumptions, relevancy of appraisal approaches to appraisal purpose and the fairness of appraisal price and now issues the following independent opinions:

1. Zhonghe Asset Appraisal Co., Ltd., which is retained by the Company for this Transaction to undertake the appraisal of this Transaction, ("Zhonghe Appraiser") has the appraisal qualification certificate and securities business qualification, and has signed the relevant agreement. This procedure of retaining the appraisal institution complies with relevant laws and regulations. Except participation in appraisal of this Transaction, the appraisal institution is not otherwise related to the Company and all relevant parties in this Transaction. Therefore, the appraisal institution is independent.

2. Appraisal assumptions and restrictions set by the appraisal institution and appraisal personnel for this Transaction implement and observe the practices or rules prevailing on market in accordance with relevant national regulations and stipulations, and correspond to the actual conditions of the appraisal object. Appraisal assumptions are reasonable.

3. During appraisal, depending on appraisal purpose and actual characteristics of the Target Assets, Zhonghe Appraiser implemented necessary appraisal procedures and applied appraisal approaches in line with actual conditions of assets under appraisal in accordance with the requirements of relevant national regulations and industry standards and on the principles of independence, objectiveness, impartiality and scientificity. Appraisal conclusion is reasonable, and appraisal approaches are relevant to appraisal purpose.

4. Major appraisal parameters adopted by Zhonghe Appraiser during appraisal of the Target Assets, such as appraisal value analysis principles, calculation models, adopted discount rate and earnings distribution within forecast period meet the actual conditions of the Target Assets and are reasonable. Major appraisal bases like expected earnings or cash flows in future years as well as appraisal conclusion are reasonable.

5. The transaction price of the Target Assets in this Transaction is based on the appraised

BNBMPLC0009971

value of the Target Assets as determined in the asset appraisal report issued by Zhonghe Appraiser and is determined through negotiation by all parties involved in the transaction. Transaction price is fair. "

All in all, the pricing of the asset involved in this Transaction is fair and does not impair lawful rights and interests of listed company and its shareholders or violate any relevant provision in any way.

BNBMPLC0009972

# Chapter 8 Major Contracts Related to this Transaction

BNBMPLC signed the Framework Agreement and related agreements with 10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun on October 13, 2015, the Supplementary Agreement on January 15, 2016 and the Supplementary Agreement II on January 25, 2016. The main content of these agreements is as follows:

## I. Framework Agreement

### (I) Parties to the Agreement

Party A: Beijing New Building Materials Public Limited Company

Party B: Tai'an Guotai Min'an Investment Group Co., Ltd.

Party C: 35 natural persons including Jia Tongchun

Party D: 10 limited partnerships including Tai'an Heda Investment Center (LP)

### (II) Subject matter of the transaction

The Target Asset purchased via the issue of shares by BNBMPLC is the 35% of the shares in the Target Company collectively held by the minority shareholders of Taishan Gypsum.

### (III) Purchase Price of the Target Asset and the Pricing Basis

1. In the transaction, the value of the Target Asset held by the minority shareholders of Taishan Gypsum as shown in the Asset Valuation Report issued by a valuation body qualified to engage in securities and futures-related business and approved by/filed with the competent authority shall be final.

2. For the purpose of the transaction, the base audit date and the base reference date for the Target Company have been determined as April 30, 2015.

3. The appraised value and purchase price of the Target Asset are 4.1955 billion yuan. Calculated based on the issue price of 11.37 yuan/share, the number of shares to be subscribed for by the minority shareholders of Taishan Gypsum with the Target Asset is 36.89972 million. The asset valuation results have yet to be approved by/filed with the competent authority and the valuation results approved/filed shall be final. The number of shares issued shall be adjusted by the Board of Directors of BNBMPLC according to the valuation results approved/filed with the competent authority upon authorization by the general meeting of shareholders. The number of shares issued approved by the China Securities Regulatory Commission shall be final.

4. For the purpose of the transaction, the accounting policies and accounting estimates applied to the Target Company in the auditing process should be consistent with the accounting policies and accounting estimates applied to BNBMPLC as a listed company.

### (IV) Subscription Method

BNBMPLC0009973



BNBMPLC intends to pay the purchase price to the minority shareholders of Taishan Gypsum by issuing shares.

### (V) Asset Delivery or Transfer Schedule

1. The parties to this Agreement agree that the Target Asset shall be delivered within one month from the date of entry into force of this Agreement. The minority shareholders of Taishan Gypsum shall be responsible for handling the registration formalities for transferring the Target Asset to BNBMPLC; BNBMPLC shall cooperate. From the date of delivery onwards, all the rights and obligations associated with the Target Asset shall be enjoyed and borne by BNBMPLC.

2. The parties agree that within one month after the delivery of the Target Asset, BNBMPLC shall complete the issue of shares to 10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun and complete the formalities for registering the additional shares under the name of 10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun at the Shenzhen Branch of China Securities Depository and Clearing Company Limited. From the date of completion of the formalities for registration of the additional shares onwards, all the rights and obligations associated with such shares shall be enjoyed and borne by 10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun.

3. Taishan Gypsum undertakes that before completion of the delivery of the Target Asset, the asset position, financial position, business model or product mix of the Target Company or the assets or technology it uses will not undergo any material adverse change for any reason attributable to the minority shareholders of Taishan Gypsum.

### (VI) Attribution of Gains and Losses Arising from the Subject Matter of the Transaction from the Base Pricing Date to the Date of Delivery

1. Profits generated by the Target Company during the transition period shall be enjoyed by BNBMPLC.

2. Losses incurred by the Target Company during the transition period shall be borne by the minority shareholders of Taishan Gypsum in proportion to their shareholdings in Taishan Gypsum.

After the delivery of the Target Asset, the body that audits the annual statements of BNBMPLC will perform a special audit on Taishan Gypsum to determine the gain or loss generated during the period from the base date to the date of delivery. If the date of delivery is the 15th of the current month or earlier, the base audit date for the gain or loss generated during the period shall the last day of the previous month; if the date of delivery is later than the 15th of the current month, the base audit date for the gain or loss generated during the period shall the last day of the current month. In the case of a loss, the minority shareholders of Taishan Gypsum shall pay an amount equivalent to the loss it shall bear to Party A in cash within five working days from the date of issue of the aforesaid special audit report.

### (VII) Lock-Up Period

10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun undertake that: the shares of BNBMPLC they have acquired through the transaction shall not be transferred within 36 months from the date of

BNBMPLC0009974



completion of issuance.

During the lock-up period, the additional shares of the Company acquired by 10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun through the Company granting bonus shares or converting capital reserves into capital stock shall also be subject to the above lock-up period.

After the expiry of the lock-up period, the Company shall facilitate and assist with the formalities for unlocking the shares. Any reduction in the number of shares of the Company acquired by 10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun through the transaction after the expiry of the lock-up period shall be subject to the Company Law, the Securities Law, the Stock Listing Rules of the Shenzhen Stock Exchange and other laws, regulations, rules and regulatory documents and the relevant provisions of Party A's Articles of Association.

## (VIII) Conditions for Entry into Force of this Agreement

The agreement shall be established on the date when it is signed by relevant natural persons and signed and stamped with the official seal by the legal representatives (managing partners) or authorized representatives of relevant non-natural persons and enter into force on the date when the last of the following conditions is fulfilled:

1. The general meeting of shareholders of Taishan Gypsum approves the transaction;

2. The Board of Directors and the general meeting of shareholders of BNBMPLC approve the transaction respectively;

3. The transaction is approved by the competent authority;

4. The transaction is officially approved by the China Securities Regulatory Commission.

## (IX) Liability for Breach of Contract

1. If any party breaches any of its obligations under this Agreement or any representation or undertaking made by any party is false or grossly erroneous, thereby causing loss to other parties, it shall bear all the liability for compensation.

2. After the entry into force of this Agreement, the parties shall, based on the principle of good faith, actively facilitate the delivery of the Target Asset and the payment of consideration.

3. If the core personnel among the minority shareholders Taishan Gypsum fail to fulfill their commitment to avoiding related party transactions or horizontal competition pursuant to this Agreement, they shall forfeit as and for liquidated damages 30% of the shares of BNBMPLC they have directly or indirectly acquired as consideration through the transaction or pay an equivalent amount of cash as liquidated damages, and immediately cease the breach in accordance with this Agreement.

4. If performance of this Agreement is rendered impossible by force majeure, no party shall be liable to other parties for breach of contract.

## II. Supplementary Agreement

BNBMPLC0009975



According to the valuation results for the Target Asset, the parties to the transaction signed a supplementary agreement to adjust part of the restructuring plan; the reminder of the plan remains unchanged. Major adjustments to the restructuring plan are as follows:

**(I) Purchase Price for the Transaction**

ZhongHe Appraisal issued an Asset Valuation Report on September 25, 2015. The valuation conclusion was developed based on the income approach. As at the base reference date April 30, 2015, the appraised value of 100% shareholders' equity in Taishan Gypsum is 11.98714 billion yuan. China National Building Materials Group Corporation filed the Asset Valuation Report issued by ZhongHe Appraisal on January 8, 2016. According to the valuation results filed by China National Building Materials Group Corporation, the parties to this Agreement agree that the purchase price of the Target Asset is 4.195499 billion yuan.

**(II) Method of Payment for the Transaction**

BNBMPLC will pay the purchase price of the Target Asset to the minority shareholders of Taishan Gypsum by issuing shares. The number of shares issued should be an integer and rounded to the nearest whole number. The total number of shares issued for purchasing the Asset is 368,997,273. The number of shares each shareholder of Taishan Gypsum can acquire is as follows:

| No. | Counterparties | Purchase Price (10,000 yuan) | Number of Shares Issued |
|---|---|---|---|
| 1 | Tai'an Guotai Min'an Investment Group Co., Ltd. | 191,794.24 | 168,684,468 |
| 2 | Jia Tongchun | 136,210.50 | 119,798,150 |
| 3 | Tai'an Heda Investment Center (LP) | 8,827.16 | 7,763,550 |
| 4 | Ren Xulian | 8,472.84 | 7,451,924 |
| 5 | Xue Yuli | 5,391.81 | 4,742,134 |
| 6 | Cao Zhiqiang | 5,160.73 | 4,538,899 |
| 7 | Zhu Tenggao | 4,621.55 | 4,064,686 |
| 8 | Lu Wenyang | 3,081.03 | 2,709,791 |
| 9 | Zhang Yanxiu | 3,081.03 | 2,709,791 |
| 10 | Wan Guangjin | 3,081.03 | 2,709,791 |
| 11 | Ren Xue | 3,081.03 | 2,709,791 |
| 12 | Tai'an Xinyi Investment Center (LP) | 2,526.45 | 2,222,028 |
| 13 | Tai'an Wanji Investment Center (LP) | 2,480.23 | 2,181,381 |
| 14 | Tai'an Hongchao Investment Center (LP) | 2,441.72 | 2,147,509 |
| 15 | Tai'an Haozhan Investment Center (LP) | 2,395.50 | 2,106,862 |
| 16 | Tai'an Changyuan Investment Center (LP) | 2,372.39 | 2,086,539 |
| 17 | Tai'an Jinxiu Investment Center (LP) | 2,356.99 | 2,072,990 |
| 18 | Tai'an Xinghe Investment Center (LP) | 2,349.29 | 2,066,215 |

BNBMPLC0009976

| 19 | Mi Weimin | 2,349.29 | 2,066,215 |
|---|---|---|---|
| 20 | Zhang Jianchun | 2,349.29 | 2,066,215 |
| 21 | Tai'an Shunchang Investment Center (LP) | 2,333.88 | 2,052,666 |
| 22 | Tai'an Fanye Investment Center (LP) | 2,310.77 | 2,032,343 |
| 23 | Zhu Jinghua | 2,310.77 | 2,032,343 |
| 24 | Li Zuoyi | 2,310.77 | 2,032,343 |
| 25 | Yang Zhengbo | 2,310.77 | 2,032,343 |
| 26 | Qian Kai | 1,540.52 | 1,354,895 |
| 27 | Fu Tinghuan | 1,540.52 | 1,354,895 |
| 28 | Meng Zhaoyuan | 1,540.52 | 1,354,895 |
| 29 | Qin Qingwen | 1,155.39 | 1,016,172 |
| 30 | Hao Kuiyan | 1,155.39 | 1,016,172 |
| 31 | Duan Zhentao | 770.26 | 677,448 |
| 32 | Meng Fanrong | 616.21 | 541,958 |
| 33 | Bi Zhong | 539.18 | 474,213 |
| 34 | Kang Zhiguo | 454.45 | 399,694 |
| 35 | Wang Lifeng | 385.13 | 338,724 |
| 36 | Yue Rongliang | 385.13 | 338,724 |
| 37 | Huang Rongquan | 385.13 | 338,724 |
| 38 | Yuan Chuanqiu | 385.13 | 338,724 |
| 39 | Xu Fuyin | 385.13 | 338,724 |
| 40 | Zhang Guangmiao | 385.13 | 338,724 |
| 41 | Xu Guogang | 338.91 | 298,077 |
| 42 | Chen Xinyang | 338.91 | 298,077 |
| 43 | Li Xiuhua | 331.21 | 291,303 |
| 44 | Liu Mei | 323.51 | 284,528 |
| 45 | Zhang Jijun | 308.10 | 270,979 |
| 46 | Fang Donghua | 285.00 | 250,656 |
| **Total** | | **419,549.90** | **368,997,273** |

During the period from the base pricing date to the date of issue, if BNBMPLC pays out cash dividends, grants bonus shares or converts capital reserves into capital stock, resulting in the stock going ex-rights or ex-dividend, the number of shares issued shall be adjusted according to the relevant regulations of the Shenzhen Stock Exchange. The specific adjustment shall be decided upon at the general meeting of shareholders of BNBMPLC.

The number of shares issued approved by the China Securities Regulatory Commission

BNBMPLC0009977

shall be final.

**III. Supplementary Agreement II**

**The parties to the transaction agreed on a plan to compensate for contingent risks associated with the Target Asset and signed the Supplementary Agreement II. The main content is as follows:**

**The minority shareholders of Taishan Gypsum agree: to compensate for contingent risks associated with the Target Asset and lock up the 97,590,590 shares of the Listed Company they have acquired. Within 36 months after the date of listing of the additional shares, if the body that audits the annual statements of Party A confirms the realization of a contingent risk or the occurrence of a loss, Party A shall repurchase the locked-up shares at one yuan per share and cancel the shares, and bear the contingent risk or loss. If no contingent risk is realized within 36 months after the date of listing of the additional shares, Party A shall also repurchase the locked-up shares at one yuan per share and cancel the shares.**

**The shares repurchased and cancelled by the Counterparties are as follows:**

| No. | Counterparties | Number of Shares Repurchased and Cancelled |
|---|---|---|
| 1 | Tai'an Guotai Min'an Investment Group Co., Ltd. | 44,612,841 |
| 2 | Jia Tongchun | 31,683,628 |
| 3 | Tai'an Heda Investment Center (LP) | 2,053,266 |
| 4 | Ren Xulian | 1,970,848 |
| 5 | Xue Yuli | 1,254,176 |
| 6 | Cao Zhiqiang | 1,200,426 |
| 7 | Zhu Tenggao | 1,075,008 |
| 8 | Lu Wenyang | 716,672 |
| 9 | Zhang Yanxiu | 716,672 |
| 10 | Wan Guangjin | 716,672 |
| 11 | Ren Xue | 716,672 |
| 12 | Tai'an Xinyi Investment Center (LP) | 587,671 |
| 13 | Tai'an Wanji Investment Center (LP) | 576,921 |
| 14 | Tai'an Hongchao Investment Center (LP) | 567,963 |
| 15 | Tai'an Haozhan Investment Center (LP) | 557,213 |
| 16 | Tai'an Changyuan Investment Center (LP) | 551,838 |
| 17 | Tai'an Jinxiu Investment Center (LP) | 548,254 |
| 18 | Tai'an Xinghe Investment Center (LP) | 546,463 |
| 19 | Mi Weimin | 546,463 |
| 20 | Zhang Jianchun | 546,463 |
| 21 | Tai'an Shunchang Investment Center (LP) | 542,879 |
| 22 | Tai'an Fanye Investment Center (LP) | 537,504 |
| 23 | Zhu Jinghua | 537,504 |
| 24 | Li Zuoyi | 537,504 |
| 25 | Yang Zhengbo | 537,504 |

BNBMPLC0009978

| 26 | Qian Kai | 358,336 |
|---|---|---|
| 27 | Fu Tinghuan | 358,336 |
| 28 | Meng Zhaoyuan | 358,336 |
| 29 | Qin Qingwen | 268,752 |
| 30 | Hao Kuiyan | 268,752 |
| 31 | Duan Zhentao | 179,168 |
| 32 | Meng Fanrong | 143,334 |
| 33 | Bi Zhong | 125,418 |
| 34 | Kang Zhiguo | 105,709 |
| 35 | Wang Lifeng | 89,584 |
| 36 | Yue Rongliang | 89,584 |
| 37 | Huang Rongquan | 89,584 |
| 38 | Yuan Chuanqiu | 89,584 |
| 39 | Xu Fuyin | 89,584 |
| 40 | Zhang Guangmiao | 89,584 |
| 41 | Xu Guogang | 78,834 |
| 42 | Chen Xinyang | 78,834 |
| 43 | Li Xiuhua | 77,042 |
| 44 | Liu Mei | 75,251 |
| 45 | Zhang Jijun | 71,667 |
| 46 | Fang Donghua | 66,292 |
| **Total** | | **97,590,590** |

BNBMPLC0009979

# Chapter 9 Compliance Analysis for the Transaction

## I. The transaction complies with the provisions of Article 11 of the Measures for the Administration of Restructuring of Material Assets of Listed Companies

### (I) Comply with the national industrial policy and the provisions of relevant environmental protection, land management and antitrust laws and administrative regulations

### 1. The transaction complies with the national industrial policy

The primary business activities of the Target Company in the transaction Taishan Gypsum are the manufacture and sale of gypsum boards, which belong to the lightweight building materials industry. According to the Guidelines for the Industry Classification of Listed Companies  (revised in 2012) promulgated by the China Securities Regulatory Commission, the Company belongs to the sub-industry "C30 Non-metallic Mineral Products" under "C Manufacturing". According to the Industrial Classification and Codes for National Economic Activities (GB/T4754-2011) developed by the National Bureau of Statistics, the Company belongs to the sub-industry "C3024 Manufacturing of Lightweight Building Materials" under "C30 Non-metallic Mineral Products", which is a new industry encouraged by the state.

### 2. The transaction complies with the provisions of relevant environmental protection laws and administrative regulations

The Target Asset involved in the transaction does not violate any national law or regulation related to environmental protection.

### 3. The transaction does not involve issues related to land management

Upon inspection, it is found that Taishan Gypsum is mainly engaged in the manufacture and sale of gypsum boards, studs and other new building materials; Taishan Gypsum possesses land but has not yet obtained a land use right certificate, which constitutes an irregularity, but the relevant local authority and Taishan Gypsum have issued a certificate/statement, confirming that the aforesaid irregularity will not affect the normal production and operation of Taishan Gypsum or Taishan Gypsum has never been punished and held accountable by relevant authorities; in addition, Taishan Gypsum complies with the national industrial policy and the provisions of relevant environmental protection, land management and antitrust laws and administrative regulations as required in Article 11 (1) of the Measures for the Administration of Restructuring of Material Assets of Listed Companies.

### 4. The transaction does not violate any antitrust law or regulation

According to the Anti-Monopoly Law of the People's Republic of China and other relevant regulations, the transaction does not constitute a monopoly.

In summary, the transaction complies with the national industrial policy and the provisions of relevant environmental protection, land management and antitrust laws and administrative regulations.

### (II) The transaction will not result in the Listed Company not meeting the listing

BNBMPLC0009980

**requirements**

According to the Securities Law, the Listing Rules and other relevant regulations, circumstances under which a listed company no longer meets the listing requirements due to a change in its shareholding structure refer to "where the total amount of capital stock of the Company does not exceed 400 million yuan, the public holds less than 25% of the shares of company; where the total amount of capital stock of the Company exceeds 400 million yuan, the public holds less than 10% of the shares of company. The public does not include: (1) Shareholders who hold more than 10% of the shares of the Listed Company and persons acting in concert with them; (2) directors, supervisors and senior managers of the Listed Company."

Calculated based on the appraised value and issue price of the Target Asset, the total number of shares of BNBMPLC after completion of the transaction is expected to be 1,788,579,717,774,915,722 of which are expected to be held by the public, representing about 43.33% (more than 10%) of the shares of the Listed Company. Therefore, the transaction will not result in the Listed Company not meeting the listing requirements

In summary, the transaction will not result in the Listed Company not meeting the listing requirements due to a change in its shareholding structure.

**(III) The Asset involved in the transaction is fairly priced, so the transaction does not prejudice the legitimate rights and interests of the Listed Company and its shareholders**

In the transaction, the Company hired a valuation body qualified to engage in securities and futures-related business to perform a valuation of the Target Asset and used the asset valuation results filled with the competent authority as the pricing basis. Neither the valuation body nor the valuer had any actual or expected interest-based relationship or conflict with the Company or the Counterparties, so they were fully independent. The valuation report issued by them conforms to the principles of objectivity, impartiality, independence and scientificity.

The transaction was carried out according to the law. A professional body was hired upon proposal of the Board of Directors of the Company to issue audit, valuation, legal, independent financial adviser's and other relevant reports. Related party transactions involved in the transaction were handled in accordance with the principles of openness, fairness and impartiality and relevant procedures were performed legally to fully protect all shareholders. The transaction process didn't prejudice the interests of the Company or any shareholder.

The independent directors of the Company paid attention to the background of the transaction, the purchase price and the post-restructuring prospects of the Company, approved the transaction plan before it was submitted to be Board of Directors to be vote on, and at the same time issued an independent opinion on the transaction and recognized the fairness of the transaction.

The base pricing date for the issue of shares for purchasing the Asset is the date of announcement of the resolution of the 11th extraordinary meeting of the fifth Board of Directors of BNBMPLC. The issue price of the shares issued for purchasing the Asset shall not be lower than 90% of the average price paid for the Company's A-shares 120 days before the base pricing date– namely, not lower than 23.15 yuan/share. The final issue price has yet to be approved by the CSRC. During the period from the base pricing

BNBMPLC0009981

date to the date of issue, if BNBMPLC pays out cash dividends, grants bonus shares or converts capital reserves into capital stock, resulting in the stock going ex-rights or ex-dividend, the issue price of the shares issued for purchasing the Asset will be recalculated and adjusted accordingly.

On April 16, 2015, the Company's Annual General Meeting of Shareholders 2014 examined and approved the 2014 profit distribution plan. The Company intended to pay a cash dividend of 4.25 yuan (including tax) to all shareholders for every 10 shares of the Company's capital stock at the end of 2014 that was composed of a total of 706,990,796 shares and issue 10 additional shares to all shareholders for every 10 shares of the capital stock by creating a total of 706,990,796 additional shares through conversion its capital reserves. On June 11, 2015, the aforesaid profit distribution plan was implemented, increasing the size of the Company's capital stock to 1,413,981,592 shares. Therefore, after the stock was given ex-dividend and ex-rights status in accordance with the relevant rules of the China Securities Regulatory Commission and the Shenzhen Stock Exchange, the issue price of the shares issued for purchasing the Asset was adjusted to 11.37 yuan/share.

On April 11, 2016, the 2015 Preliminary Plan for Profit Distribution was considered and approved at the 2015 general meeting of the Company. According to the Plan, the Company distributed a total profit of RMB247,446,778.60 to all shareholders, i.e. RMB1.75 (including tax) cash dividend for every 10 shares, based on a total capital of 1,413,981,592 shares as at the end of 2015. The above distribution plan was accomplished on May 13, 2016. The issue price of the shares involved in the acquisition of assets by issuing shares is adjusted to 11.20 Yuan/share after the ex-dividend and ex-warrant process in accordance with the relevant rules of China Securities Regulatory Commission and Shenzhen Stock Exchange.

Because the drywall lawsuit filed against the Target Company in the United States is still pending, it is still impossible to accurately estimate the economic loss that the case might cause to the Target Company and its impact on the profits of the current period, so the impact of the drywall lawsuit filed in the United States on the appraised value of the Target Company was not taken into account in the transaction. The appraised value of the Target Company was determined on the basis of fully considering the future production and operation conditions of the Target Company; all the relevant parameters and assumptions involved in the appraised value are in line with industry and market logic; the Target Asset in the transaction is fairly priced. Although the appraised value of the Target Company does not reflect the impact of the drywall lawsuit filed in the United States, taking into full consideration possible continent risks and the impact on Taishan Gypsum, the Counterparties agrees to compensate for contingent risks associated with the Target Asset to fully and effectively protect the legitimate rights and interests of the Company and its shareholders. The Company's arrangements for the drywall lawsuit filed in the United States comply with the relevant provisions of Article 11 of the Measures for the Administration of Restructuring of Material Assets of Listed Companies and do not constitute a substantial obstacle to the transaction.

In summary, the Asset involved in the transaction is fairly priced, so the transaction does not prejudice the legitimate rights and interests of the Listed Company and its shareholders.

**(IV) The ownership of the Asset involved in the transaction is clear, there are no legal obstacles to the transfer of the Asset, and the handling of relevant creditor's rights and debts is legal**

BNBMPLC0009982



The Asset involved in the transaction is a 35% stake in the Taishan Gypsum. According to the Letter of Undertaking Concerning the Ownership of the Target Asset issued by the Counterparties, the Counterparties has fulfilled the obligation of making capital contributions in full as stipulated in the Target Company's Articles of Association and has the right to possess, use, profit from and dispose of the shares of the Target Company; the ownership of the shares held by the Counterparties in the Target Company is clear; the shares are neither encumbered by mortgage, pledge or other security interest or by any third party rights, or otherwise restricted nor frozen, seized or put up for auction by any court or other competent authority. The Target Company in the transaction Taishan Gypsum is currently a limited liability company. The Target Asset is comprised of shares held by some of the directors, supervisors and senior managers of Taishan Gypsum. In order to comply with the relevant restrictive provisions of Article 141 of the Company Law, relevant arrangements have been made. There are no legal obstacles to the implementation of the relevant arrangements.

The transaction is the acquisition of a 35% stake in Taishan Gypsum does not involve the handling of creditor's rights and debts. The creditor's rights and debts originally enjoyed and borne by Taishan Gypsum will stick be enjoyed and borne by Taishan Gypsum after the date of delivery.

In summary, the ownership of the Asset involved in the transaction is clear; there are no legal obstacles to the transfer of the Asset; the formalities for ownership transfer are expected to be completed within the agreed period.

**(V) The transaction is conducive to enhancing the Listed Company's ability to continue as a going concern and will not lead to a situation where the Listed Company's assets are composed primarily of cash or the Listed Company has no specific business operations after restructuring**

Prior to the transaction, Taishan Gypsum was already an important majority-owned subsidiary of BNBMPLC, contributed significantly to the Company's profits and was a leading enterprise in the gypsum board industry. After completion of the transaction, Taishan Gypsum will become a wholly owned subsidiary of BNBMPLC and the operating results corresponding to the 35% minority stake in Taishan Gypsum will be fully attributable to BNBMPLC, thereby increasing the amount of net profit attributable to the shareholders of BNBMPLC, boosting earnings per share for the shareholders of BNBMPLC, raising the level of returns to shareholders and at the same time further enhancing the profitability of the Company. The Company and Taishan Gypsum will complement each other strategically, brand-wise and geographically to increase the overall synergy between them and achieve a win-win outcome in terms of "volume" and "profit".

In summary, the transaction is conducive to enhancing the Listed Company's ability to continue as a going concern and will not lead to a situation where the Listed Company's assets are composed primarily of cash or the Listed Company has no specific business operations after restructuring.

**(VI) The transaction is conducive to the Listed Company remaining independent of the actual controller and any party related thereto in business operations, assets, finance, personnel and organizations, in keeping with the China Securities Regulatory Commission's regulations on the independence of listed companies**

Prior to the transaction, the Company already established a standardized corporate

BNBMPLC0009983



governance structure and a management system for independent operation in accordance with the provisions of relevant laws and regulations to make itself independent in  business operations, assets, finance, personnel and organizations. The transaction will not affect CNBMPLC' position as the controlling shareholder and CNBM Group's position as the actual controller and the Company's actual controller will not be replaced, so the existing corporate governance structure will not be adversely affected. In addition, in order to ensure that the independence of the Listed Company is not affected, both controlling shareholder CNBMPLC and actual controller CNBM Group have issued a Letter of Undertaking to Ensure the Independence of the Listed Company.

After completion of the transaction, the Company will continue to be independent of the actual controller and any party related thereto in business operations, assets, finance, personnel and organization, in keeping with the China Securities Regulatory Commission's regulations on the independence of listed companies.

In summary, the transaction is conducive to the Listed Company remaining independent of the actual controller and any party related thereto in business operations, assets, finance, personnel and organizations, in keeping with the China Securities Regulatory Commission's regulations on the independence of listed companies and the provisions of Article 11 (6) of the Measures for the Administration of Restructuring of Material Assets of Listed Companies.

**(VII) The transaction is conducive the Listed Company forming or to maintaining a sound and effective corporate governance structure**

Prior to the transaction, the Company already established a relatively sound corporate governance structure. The transaction will not result any significant change to the Company's corporate governance structure. After completion of the transaction, the Company will further improve the construction and implementation of the Company's various systems and maintain a sound and effective corporate governance structure pursuant to the Company Law, the Securities Law, the Code of Corporate Governance for Listed Companies in China, the Listing Rules and other laws and regulations.

In summary, the transaction is conducive the Company forming or to maintaining a sound and effective corporate governance structure

**II. The transaction complies with the provisions of Article 43 of the Measures for the Administration of Restructuring of Material Assets of Listed Companies**

**(I) the transaction is conducive to improving the quality of the Listed Company's assets, improving its financial position and enhancing its ability to sustain profitability and will help the Listed Company reduce related party transactions, avoid horizontal competition and strengthen its independence**

**1. Improving the quality of the Listed Company's assets, improving its financial position and enhancing its ability to sustain profitability**

Prior to the transaction, Taishan Gypsum was already an important majority-owned subsidiary of BNBMPLC, contributed significantly to the Company's profits and was a leading enterprise in the gypsum board industry. After completion of the transaction, Taishan Gypsum will become a wholly owned subsidiary of BNBMPLC and the operating results corresponding to the 35% minority stake in Taishan Gypsum will be fully attributable to BNBMPLC, thereby increasing the amount of net profit attributable to the

BNBMPLC0009984



shareholders of BNBMPLC, boosting earnings per share for the shareholders of BNBMPLC, raising the level of returns to shareholders, further enhancing the profitability of the Company and improving the quality of assets. Meanwhile, the Company and Taishan Gypsum will complement each other strategically, brand-wise and geographically to increase the overall synergy between them and achieve a  win-win outcome in terms of "volume" and "profit" and enhance its ability to sustain profitability.

## 2. Reducing related party transactions

Prior to the transaction, Taishan Gypsum was already a majority-owned subsidiary of BNBMPLC. The Asset purchased via the issue of shares by BNBMPLC is a minority stake in the majority-owned subsidiary of the Listed Company, so the transaction will not have any impact on the Company's ongoing related party transactions. In addition, the Company has developed regulations for related party transactions in accordance with the Company Law, the Securities Law and the relevant requirements of the China Securities Regulatory Commission, including regulations regarding principles for related party transactions, related parties and related party relationships, decision-making procedures for related party transactions and the disclosure of related party transactions and has been strictly enforcing these regulations. Routine related party transactions are conducted in accordance with market principles. Meanwhile, the Company's board of supervisors and independent directors can timely and fully express their opinions on related party transactions  according to the provisions of relevant laws and regulations and the Company's Articles of Association to meet their due diligence obligations and earnestly perform their supervisory duties.

After completion of the transaction, the Listed Company will continue to standardize related party transactions in accordance with the provisions of the Articles of Association and relevant laws and regulations and based on the principles of equality and mutual benefit, and disclose information in accordance with relevant laws, regulations and regulatory rules to ensure the rationality, fairness and legality of pricing for related party transactions and safeguard the legitimate rights and interests of the minority shareholders of the Listed Company.

## 3. Avoiding horizontal competition and strengthening independence

Prior to the transaction, BNBMPLC already established a standardized corporate governance structure and a management system for independent operation in accordance with the provisions of relevant laws and regulations to make itself independent of the actual controller and any party related thereto  in  business operations, assets, finance, personnel and organizations. In addition, Taishan Gypsum was already a majority-owned subsidiary of BNBMPLC and the transaction will not result in the replacement of in the actual controller of the Listed Company. As of the signing date of this Report, the actual controller of the Listed Company is still CNBM Group. There are no indications that CNBM Group is engaging in, possessing or controlling any business operation similar to that of the Listed Company or target company, and no horizontal competition has been found.

In summary, there are no indications that the Counterparties to the transaction or any enterprise controlled by it is engaging in, possessing or controlling any business operation similar to that of the Listed Company, and there no horizontal competition. In addition, in order to avoid horizontal competition that may arise in future and reduce related party transactions, the Counterparties has issued the Letter of Undertaking to Avoid Horizontal Competition, Reduce Related Party Transactions and Maintain the Independence of the Listed Company; the controlling shareholder and actual controller has issued the Letter of

BNBMPLC0009985

Undertaking to Ensure the Independence of the Listed Company, and issued the  Letter of Undertaking to Avoid Horizontal Competition with Beijing New Building Materials Public Limited Company and the  Letter of Undertaking to Reduce and Avoid Related Party Transactions with Beijing New Building Materials Public Limited Company and made a public announcement thereof in May 2014.

**(II) A certified public accountant has issued an  auditor's report containing an unqualified opinion on the Listed Company's financial statements for the most recent year or period; where an auditor's report containing a qualified opinion, an adverse opinion or a disclaimer of opinion has been issued, it is required that the certified public accountant perform a special inspection to confirm that the material adverse effect of the matters referred to in the qualified opinion, adverse opinion or disclaimer of opinion has been eliminated or will be eliminated through the transaction**

Baker Tilly CPA has audited BNBMPLC's financial reports for 2014 and 2015 and issued standard unqualified auditor's reports (Tian Zhi Ye Zi [2015] No.6057 and Tian Zhi Ye Zi (2016) No.7645).

**(III) Neither the Listed Company nor any of its incumbent directors or senior managers is under investigation by the judicial organ for any suspected crime or is under investigation by the China Securities Regulatory Commission for a suspected violation of any law or regulation, except where suspected criminal act or law or regulation-breaking act has stopped for at least three years and the transaction plan will help eliminate the possible adverse consequences of the act without jeopardizing efforts to hold the offender accountable.**

According to the Letter of Undertaking Concerning Qualifications and by searching for public information, we found that neither the Listed Company nor any of its incumbent directors or senior managers was investigated by the judicial organ for any suspected crime or investigated by the China Securities Regulatory Commission for a suspected violation of any law or regulation during the reporting period.

**(IV) The Asset purchased via the issue of shares by the Listed Company should be an operating asset whose ownership is clear and the formalities for ownership transfer can be completed within the agreed period**

The Asset involved in the transaction is a 35% stake in the Taishan Gypsum. According to the Letter of Undertaking Concerning the Ownership of the Target Asset issued by the Counterparties, the registered capital for the Target Asset has been fully paid up, the shareholders have fulfilled the obligation of making capital contributions as stipulated in the Target Company's Articles of Association and has a legal right to possess, use, profit from and dispose of the shares of the Target Company; the ownership of the shares held by the shareholders in the Target Company is clear; there are no ownership disputes or any other legal disputes; the shares are neither encumbered by mortgage, pledge or other security interest or by any third party rights, or otherwise restricted nor frozen, seized or put up for auction by any court or other competent authority; the transaction is the acquisition of a 35% stake in Taishan Gypsum does not involve the handling of creditor's rights and debts. The creditor's rights and debts originally enjoyed and borne by Taishan Gypsum will stick be enjoyed and borne by Taishan Gypsum after the date of delivery.

In summary, the ownership of the Asset involved in the transaction is clear; there are no legal obstacles to the transfer of the Asset; the formalities for ownership transfer are

BNBMPLC0009986


cninf
www.cninfo.com.cn