expected to be completed within the agreed period; the handling of relevant creditor's rights and debts is legal.

**III. None of the circumstances where a listed company is not allowed to make a non-public offering of its shares as specified in Article 39 of the Measures for the Administration of Issuance of Securities by Listed Companies apply to the Company**

None of the circumstances specified in Article 39 of the Measures for the Administration of Issuance of Securities by Listed Companies apply to the Listed Company:

1. The application documents for the transaction do not contain any false records, misleading statements or major omissions;

2. The controlling shareholder or actual controller hasn't caused any serious damage to the rights and interests of the Listed Company or such serious damage has been remedied;

3. Neither the Listed Company nor any of its subsidiaries has provided any external guarantee or the Listed Company or subsidiary has been relieved of its obligations under such guarantee;

4. None of its incumbent directors or senior managers has been subject to administrative punishment by the China Securities Regulatory Commission within the past 36 months or has been publicly censured by the stock exchange within the past 12 months;

5. Neither the Listed Company nor any of its incumbent directors or senior managers is under investigation by the judicial organ for any suspected crime or is under investigation by the China Securities Regulatory Commission for a suspected violation of any law or regulation;

6. No auditor's report containing an unqualified opinion on the Listed Company's financial statements for the most recent year or period has been issued by a certified public accountant;

7. There are no other circumstances where the legitimate rights and interests of investors or the public interest has been seriously damaged.

In summary, none of the circumstances where a listed company is not allowed to make a non-public offering of its shares as specified in Article 39 of the Measures for the Administration of Issuance of Securities by Listed Companies apply to the Company.

**IV. Opinion of the Independent Financial Adviser and the Legal Adviser**

Independent financial adviser Morgan Stanley Huaxin Securities is of the opinion that the transaction plan complies with the provisions of the Measures for the Administration of Restructuring of Material Assets of Listed Companies and other laws, regulations and regulatory documents.

Legal adviser lawyer Guo Feng is of the opinion that the transaction complies with the principles and substantive conditions for restructuring of material assets of listed companies and listed companies' acquisition of assets through the issuance of shares set out in the Measures for the Administration of Restructuring of Material Assets of Listed Companies.

BNBMPLC0009987



BNBMPLC0009988

# Chapter 10 Discussion and Analysis of the Management

The Board of Directors of the Company finished the analysis and discussion as set out in this Chapter, based on the financial reports of the Listed Company and the Target Company for 2013, 2014 and 2015 audited by Baker Tilly CPA as well as the pro forma consolidated financial reports of the Company for 2014 and 2015 reviewed by Baker Tilly CPA. Investors may also refer to Chapter XI Financial Information of this report and the above-mentioned financial reports when reading this chapter. Unless otherwise specified, the financials used for analysis in this chapter are data from the consolidated statements or results of calculation based on the consolidated reports.

**I Analysis on financial status and operating results of the listed company prior to this Transaction**

**(I) Analysis on financial status of the listed company prior to this Transaction**

**1. Analysis on asset structure and its changes**

Unit: RMB10,000

| Item | December 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount (RMB10000) | Percentage (%) | Amount (RMB10000) | Percentage (%) | Amount (RMB10000) | Percentage (%) |
| **Current assets** | | | | | | |
| Cash | 54,780.12 | 4.03 | 126,947.69 | 9.49 | 76,693.17 | 7.24 |
| Trading financial assets | 131,076.04 | 9.63 | 117,832.48 | 8.81 | - | - |
| Notes receivable | 10,754.94 | 0.79 | 11,969.54 | 0.90 | 10,568.07 | 1.00 |
| Accounts receivable | 18,833.96 | 1.38 | 23,281.24 | 1.74 | 24,940.53 | 2.36 |
| Prepayments | 34,234.69 | 2.52 | 54,928.18 | 4.11 | 51,860.14 | 4.90 |
| Other receivables | 3,624.81 | 0.27 | 5,027.49 | 0.38 | 4,652.35 | 0.44 |
| Inventory | 137,675.71 | 10.12 | 162,935.04 | 12.18 | 143,695.21 | 13.57 |
| Other current assets | 37,002.00 | 2.72 | - | - | - | - |
| **Total current assets** | **427,982.26** | **31.46** | **502,921.66** | **37.61** | **312,409.48** | **29.50** |
| **Non-current assets** | | | | | | |
| Available-for-sale financial assets | 19,803.81 | 1.46 | 1,819.06 | 0.14 | 2,061.89 | 0.19 |
| long-term equity investment | 12,293.03 | 0.90 | 12,008.87 | 0.90 | 11,719.24 | 1.11 |
| Investment real estate | 4,360.96 | 0.32 | 4,473.68 | 0.33 | 4,586.39 | 0.43 |
| Fixed assets | 651,759.89 | 47.91 | 586,624.84 | 43.87 | 563,208.43 | 53.19 |
| Construction in progress | 92,863.35 | 6.83 | 111,107.37 | 8.31 | 64,285.40 | 6.07 |
| Intangible assets | 145,517.00 | 10.70 | 111,876.61 | 8.37 | 94,032.89 | 8.88 |
| Goodwill | 2,888.97 | 0.21 | 2,888.97 | 0.22 | 2,852.53 | 0.27 |
| Long-term | 1,323.36 | 0.10 | 1,097.24 | 0.08 | 681.67 | 0.06 |

BNBMPLC0009989

| Item | December 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount (RMB10000) | Percentage (%) | Amount (RMB10000) | Percentage (%) | Amount (RMB10000) | Percentage (%) |
| deferred expenses | | | | | | |
| Deferred income tax assets | 1,525.80 | 0.11 | 2,050.27 | 0.15 | 2,332.64 | 0.22 |
| Other non-current assets | 118.41 | 0.01 | 387.75 | 0.03 | 722.13 | 0.07 |
| **Total non-current assets** | **932,454.57** | **68.54** | **834,334.65** | **62.39** | **746,483.21** | **70.50** |
| **Total assets** | **1,360,436.83** | **100.00** | **1,337,256.31** | **100.00** | **1,058,892.69** | **100.00** |

The issuer is an enterprise of new building materials which is a capital-intensive industry. Due to long operation cycle, it has a relatively larger size of assets. Non-current assets account for a higher percentage. During the reporting periods, the Company's non-current assets accounted for about 67.14% on average, in line with the characteristics of the industry.

The Company's current assets mainly include cash, accounts receivable, prepayments and inventory, and non-current assets mainly include fixed assets, construction in progress and intangible assets. During the reporting periods, the issuer's assets maintained sustained growth. In 2014, the Company' assets increased more significantly, mainly because it completed non-public offering in 2014. During the reporting periods, the Company had a stable asset structure, and no material change occurred.

## 2. Analysis on liability structure and its changes

| Item | December 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount (RMB10000) | Percentage (%) | Amount (RMB10000) | Percentage (%) | Amount (RMB10000) | Percentage (%) |
| Current liabilities | | | | | | |
| Short-term borrowing | 168,714.30 | 38.85 | 216,200.00 | 44.60 | 277,872.00 | 53.88 |
| Notes payable | 56,110.36 | 12.92 | 39,599.15 | 8.17 | 26,478.59 | 5.13 |
| Accounts payable | 59,085.42 | 13.60 | 75,657.26 | 15.61 | 75,678.46 | 14.67 |
| Advance receipts | 6,940.64 | 1.60 | 6,585.71 | 1.36 | 8,823.36 | 1.71 |
| Employee benefits payable | 5,145.66 | 1.18 | 4,452.40 | 0.92 | 3,895.10 | 0.76 |
| Taxes payable | 2,550.33 | 0.59 | -2,628.08 | -0.54 | 209.43 | 0.04 |
| Interest payable | 2,738.12 | 0.63 | 3,155.53 | 0.65 | 1,968.89 | 0.38 |
| Dividend payable | 33.75 | 0.01 | 33.75 | 0.01 | 32.25 | 0.01 |
| Other payables | 11,713.54 | 2.70 | 11,084.45 | 2.29 | 40,438.73 | 7.84 |
| Non-current liabilities due within one year | 2,044.30 | 0.47 | 16,390.00 | 3.38 | 7,665.00 | 1.49 |
| Other current liabilities | 10,000.00 | 2.30 | 60,000.00 | 12.38 | - | 0.00 |
| **Total current liabilities** | **325,076.41** | **74.85** | **430,530.17** | **88.82** | **443,061.80** | **85.91** |
| **Non-current liabilities** | | | | | | |
| Long-term borrowing | 10,306.40 | 2.37 | 4,005.00 | 0.83 | 21,945.00 | 4.26 |
| Bonds payable | 50,000.00 | 11.51 | - | - | - | - |
| Long-term payables | 1,098.41 | 0.25 | 1,963.76 | 0.41 | 1,223.57 | 0.24 |
| Special payables | 612.63 | 0.14 | 603.59 | 0.12 | 760.18 | 0.15 |
| Deferred income tax liabilities | 727.81 | 0.17 | 327.01 | 0.07 | 231.16 | 0.04 |
| Deferred income-non-current liabilities | 46,472.85 | 10.70 | 47,311.63 | 9.76 | 48,498.79 | 9.40 |
| **Total non-current liabilities** | **109,218.10** | **25.15** | **54,211.00** | **11.18** | **72,658.71** | **14.09** |
| **Total liabilities** | **434,294.51** | **100.00** | **484,741.17** | **100.00** | **515,720.51** | **100.00** |

At the end of each reporting period, the Company's total liabilities decreased continuously.

BNBMPLC0009990

Total liabilities decreased in late 2014 compared with late 2013, mainly because the Company completed non-public offering in 2014 and used the raised funds to repay the bank loans. The Company's liabilities are mostly current liabilities and at the end of each reporting period, they accounted for 85.91%,88.82% and 74.85% of the total assets respectively. As of December 31, 2015, current liabilities accounted for a lower percentage, mainly because the Company adjusted the liability structure and increased the proportions of long-term borrowings and bonds.

## 3. Analysis on debt paying ability

| Item | December 31, 2015 | December 31, 2014 | December 31, 2013 |
|---|---|---|---|
| Current ratio (x) | 1.32 | 1.17 | 0.71 |
| Quick ratio (x) | 0.89 | 0.79 | 0.38 |
| Asset-liability ratio (%) | 31.92 | 36.25 | 48.70 |

Notes: (1) Current ratio = current assets/current liabilities

(2) Quick ratio = (Current assets-Inventory)/current liabilities

(3) Asset-liability ratio = total liabilities/total assets

The Company had lower current ratio and quick ratio, mainly because with size of principal business increasing, more funds were needed in routine business activities. To save costs, the Company improved the application of short-term borrowing. The Company completed non-public offering in 2014 and used part of the raised funds to repay bank loans. The current ratio and quick ratio (%) both improved. During the reporting periods, the Company had a relatively stable debt paying ability. Asset-liability ratio in consolidated financial statements remained at a low level and exhibited a continuous decline. Its long-term debt paying ability is good.

## (II) The Company's operating results prior to this Transaction

Unit: RMB10,000

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|
| Operating revenue | 755,117.88 | 829,503.22 | 749,008.28 |
| Operating cost | 519,097.14 | 581,488.17 | 526,319.99 |
| Operating margin | 236,020.74 | 248,015.05 | 222,688.29 |
| Return on investment | 9,321.51 | 811.90 | 486.42 |
| Business profit | 144,392.09 | 148,854.17 | 133,593.00 |
| Total profit | 140,727.67 | 166,266.72 | 143,984.93 |
| Net profit | 121,578.10 | 146,912.66 | 125,806.36 |
| Net profit attributable to owners of parent company | 89,687.62 | 110,545.16 | 90,550.98 |
| Net profit attributable to owners of parent company after deducting non-current gains and losses | 85,461.18 | 96,989.85 | 81,803.42 |

## 1. Analysis on overall profitability

The Company promotes industrial layout of gypsum boards in China. New gypsum board production lines of the Company and subordinated companies have been built and put into operation in succession. Production capacity has increased rapidly, leading to improved efficiency and capacity of supplying products to regional markets. Secondary, with furthering of the industrial layout, the Company has expanded the sales channels in county-level markets vigorously, and marched up to the construction of a new countryside

BNBMPLC0009991

and affordable housing. In 2014, the Company's operating revenue increased by RMB804.9494mn compared with last period, i.e.,10.75%; in 2015, because the Company's financial performance was affected by the decrease of the selling unit prices of gypsum board products, its operating revenue decreased by RMB743.8534 or 8.97% YoY.

## 2. Analysis on composition of operating revenue.

The Company is mainly engaged in the production and sale of gypsum boards, studs and other new building materials. Gypsum boards and studs accounted for 92.51%、92.60% and 92.14% of operating revenue in 2013, 2014 and 2015 respectively, which is the main source of the Company's operating revenue..

Unit: RMB10,000

| Item | 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Gypsum board | 643,400.56 | 85.21 | 707,094.52 | 85.24 | 634,639.20 | 84.73 |
| Stud | 52,296.35 | 6.93 | 61,012.65 | 7.36 | 58,272.33 | 7.78 |
| Other products | 30,534.30 | 4.04 | 45,358.47 | 5.47 | 40,375.18 | 5.39 |
| Project and labor | 5,849.02 | 0.77 | 6,920.79 | 0.83 | 7,375.98 | 0.98 |
| VAT subsidy income | 19,020.24 | 2.52 | 3,700.84 | 0.45 | 3,327.54 | 0.44 |
| Income from other business | 4,017.43 | 0.53 | 5,415.96 | 0.65 | 5,018.05 | 0.67 |
| **Operating revenue** | **755,117.88** | **100.00** | **829,503.22** | **100.00** | **749,008.28** | **100.00** |

## 3. Analysis on profitability index

| Item | December 31, 2015 | December 31, 2014 | December 31, 2013 |
|---|---|---|---|
| Gross margin (%) | 31.26 | 29.90 | 29.73 |
| Net profit margin (%) | 16.10 | 17.71 | 16.80 |
| Cost income ratio (%) | 12.79 | 11.91 | 11.65 |
| Basic EPS (RMB/share) | 0.63 | 0.91 | 0.79 |
| Weighted average return on net assets (%) | 11.95 | 21.24 | 23.82 |

During the report period, the Company's gross profit margin witnessed continuous growth due to strong cost control. The Company's expense ratio somewhat increased in 2015 due to impact from litigation in the U.S., income drop and other relevant issues. The Company's return on equity in 2015 declined compared to that in 2014, mainly because of the significant increase in the Company's base value of net assets due to the fact that the Company's performance in 2015 suffered a slight decrease and the non-public offering of shares was completed in the second half of 2014.

## II. Characteristics and operation of the industry in relation to the Target Assets

## (I) Developments of the industry

BNBMPLC0009992

## 1. Industry overview

The Target Company Taishan operates in the gypsum board industry, a sub-sector of lightweight building materials industry. The principal business of the Target Company is production and sale of gypsum boards. Departments in charge of the gypsum board industry are mainly the National Development and Reform Commission, Ministry of Housing and Urban-rural Development and Ministry of Industry and Information Technology. Refer to (I) Situation of the industry where Taishan operates in IX. Development of principal business of Taishan over the past 3 years in Chapter V Profile of the Subject Matter of the Transaction hereunder for details of departments in charge of the industry in relation to the Target Assets and main regulatory policies.

Gypsum boards are a type of building panel with gypsum as the main raw material which an appropriate amount of auxiliary materials is added to form the core material and stuck firmly together with protective paper. Gypsum board has such advantages as light weight, fire protection, thermal insulation, sound insulation, easy to use in construction and surface decoration, etc., and can be an alternative to limited wood and clay bricks. Besides, the gypsum board production can assimilate massively solid wastes, i.e., industrial by-product gypsum, discharged by coal-fired power plants, and achieve 100% recycling and utilization of industrial wastes. The industrial wastewater can also be fully used in production after treatment. So gypsum board is an energy-saving and environmental-friendly green product.

## 2. Future development trends of the industry

In the future, downstream demand of China's gypsum board industry still has large room to grow, driven by three factors:

### (1) There is large room for gypsum board to grow in commercial real estate field.

The commercial real estate is the major consumption market of the Company's gypsum board products. With accelerated promotion of China's new urbanization process, commercial real estate will be upgraded in tier-1 cities, and China's commercial real estate market will start a new round of smart growth. Besides, the demand for gypsum boards in process of old commercial real estate reconstruction and second decoration will increase continuously as well. Normally, the maintenance cycle for commercial housing is 8-10 years, after which, decoration will be needed, while public buildings should be decorated every 5 years. With an increasing number of office buildings and commercial housing in China which have begun to enter the reconstruction and maintenance period at present, the second decoration of China's existing commercial real estate will develop a huge demand for gypsum boards.

### (2) The demand for gypsum boards will increase continuously in new housing construction and existing housing reconstruction.

From a perspective of market structure, in US and other developed countries,80% of gypsum boards are used in housing, while in China,70% are used in hotels, guesthouses, stadiums, office buildings as well as other commercial and public buildings. With guidance of energy-saving policy and change in consumer habit in the future, the housing market will become a main growth point of gypsum board. In addition to commercial housing, affordable housing is also an important demand point of gypsum board. In April 2014, the Ministry of Housing and Urban-rural Development issued the Notice on Doing a Good Job of Housing Security in 2014 issued, requesting all cities shall ensure construction of over 6mn housing will commence and that of over 4.8mn housing will be completed basically

BNBMPLC0009993



according to China's urban affordable housing project for 2014. The accelerated development and construction of affordable housing will also bring a new business growth point to the gypsum board industry. In addition, the demand for gypsum boards will increase continuously due to enhanced awareness of environmental-friendly consumption, housing reconstruction and second decoration. Now China has existing houses of about 40bn square meters. Suppose decoration is needed every 10 years, houses of about 4bn square meters will need to be re-decorated each year in China, which shows a huge demand for gypsum boards in market.

**(3) There is great potential for consumption of gypsum boards as a type of partition decoration material.**

In China, gypsum boards are widely used in ceiling decoration, but seldom in partition decoration. Currently, the main wall material used in China is clay brick. As environmental protection requirements are strengthened continuously, there is great room to improve penetration of gypsum boards in partition market. Compared with traditional building materials, gypsum boards have such advantages as environmental protection, fire protection, sound insulation, quake protection, energy saving and economical efficiency, etc. Replacing clay bricks with gypsum boards can help to protect farmland and save energy. Gypsum boards can be used in decoration of public buildings or homes. In 2000,2005 and 2009, China released three lists of cities banned from using solid clay bricks in succession, and introduced a series of policies to promote application and popularity of new wall materials. The 12th Five Year Plan for Development of New Building Material Industry issued by the Ministry of Industry and Information Technology listed gypsum boards as a key decorative and building material and pointed out efforts shall be made to increase percentage of gypsum boards and other building panels in wall materials from 7.4% of 2010 to 20% or below. Support from industrial policy will facilitate substitution of new wall materials represented by gypsum board for traditional clay bricks and other wall materials with high energy consumption. It is expected that with increase in policy support, consumption upgrading, enhancement of environmental consciousness and rise in labor costs, promotion of gypsum boards from public building decoration to home decoration and from ceiling decoration to partition decoration will increase the consumption of gypsum boards further.

**(4) New urbanization and new rural construction will promote continuous growth in gypsum board consumption.**

The CPC Central Committee and the State Council put forward the new urbanization and construction of a new countryside, as major drivers to future economic and social development, shoulders the important task of expanding domestic demand. New urbanization and construction of a new countryside provide a new opportunity for the new building material industry to develop sustainably and rapidly and broad market space, definitely leading to robust demand for gypsum boards. According to the 12th Five Year Plan for Development of New Building Material Industry issued by the Ministry of Industry and Information Technology, during the 12th Five Year Plan period, new buildings covering an area of 2bn-3bn square meters are built in China's urban and rural areas each year, and existing buildings cover an area of 43bn square meters. With huge volume of incremental construction and increasingly highlighted demand for decoration and renovation of existing buildings, gypsum board consumption is expected to increase continuously. With improvement in urbanization ratio and purchasing power of residents, the demand of housing market for gypsum boards will grow accordingly.

**(II) Competition lanscape**

BNBMPLC0009994

Currently, the main participants in the domestic gypsum board market can be divided into three groups. The high-end group includes BNBMPLC and three world famous enterprises, i.e., Knauf, Saint-Gobain and Boral. As of December 31, 2015, the annual production capacity of BNBMPLC has reached 2bn square meters, ranking first in the world. The annual output of single equipment that represents the advancement of production process has been able to reach 50mn square meters. BNBMPLC has realized the industrial layout of gypsum boards of 2.5bn square meters in China, occupying firmly a leading position in the industry. According to the materials provided by the Company, the total output of such three world famous enterprises as Knauf, Saint-Gobain and Boral is about 330mn square meters, and their annual output of single equipment in China is up to 25mn square meters. The production equipment, technology research and product quality of enterprises at the first level have all reached international standards, and they are the main participants in China's gypsum board market. In the medium group are private enterprises with annual output of single equipment of less than 10mn square meters. Such enterprises are mainly distributed in Linyi of Shandong, Jinzhou of Hebei, Changde of Hunan and etc., totaling over 20. In the low-end group are numerous small-scale private enterprises whose product quality and environmental standards cannot reach the relevant national standards.

In 2015, BNBMPLC's market share further increased in China's gypsum board market. As a pioneer in China's gypsum board industry, BNBMPLC has an obvious advantage in brand influence, coverage rate of key projects, factory and channel distribution, etc. compared with competitors. BNBMPLC's "Dragon" and "Taishan" gypsum boards covering high-end and low-end market respectively can satisfy consumer demand at different levels. With BNBMPLC's advantage in scale, brand and technologies being highlighted further, market concentration will continue to improve in the future.

**(III) Technical standards and operation features of the industry**

**1. Technical standards of the industry.**

In terms of raw material, gypsum, the main raw material of gypsum boards, can be divided into natural gypsum and industrial by-product gypsum (such as desulfurization gypsum and etc.). Before 2007, the gypsum boards in China mainly used natural gypsum as raw material and gypsum board production was mainly concentrated in Shandong, Hebei, Henan, Shanxi, Ningxia and other places with abundant natural gypsum resources. After fire power plants started desulfurization substantively nationwide in 2007, the supply and utilization ratio of industrial by-product gypsum began to increase rapidly. So far, the application technology of industrial by-product gypsum has become a widely-used technology in the industry.

In terms of equipment and technology, large and high-speed equipment can achieve fast production, stable product quality, lower unit energy consumption and higher production efficiency. Single-equipment output has become the major index for measuring enterprises' production and technical level. According to the Guidance Catalogue of Industrial Structure Adjustment (2011) (revised) issued by the NDRC, gypsum board production line with a production capacity of less than 30mn square meters/year is listed as the restricted project; that with a production capacity of less than 10mn square meters/year is listed as the eliminated project, indicating small-scale production lines have been strictly restricted by national industrial policy. In addition, waste heat recovery of drying kiln, gypsum calcination and energy saving technology and other energy saving and consumption reducing technologies have become the important standards for measuring enterprises' technical advancement gradually.

BNBMPLC0009995

**2. Operation features of the industry**

The reasonable transportation radius of gypsum boards is 300-500 kilometers. As industrial by-product gypsum is currently the main raw material of gypsum boards, gypsum board production has a more obvious regional feature, i.e., it is mainly concentrated near to large fire power plants that can produce industrial by-product gypsum and come closer to market in cities. Therefore, the strategy and reasonableness of capacity allocation of gypsum board enterprises have become one of the key factors for development.

Gypsum boards are mainly used for decoration of public buildings or home decoration. Due to impacts of the Spring Festival holidays and climate, gypsum boards are sold seasonally. Normally the first quarter of a year is the low season, while the third quarter is the peak season.

**(IV) Positive and negative factors that affect the development of the industry**

**1. Positive factors**

**(1) Acceleration of urbanization process and construction of a new countryside**

China, as a big developing country, is currently in the rapid development period aimed at urbanization, industrialization and marketization. Industrial restructuring, new industrial development and urbanization are all advancing and developing rapidly. As of late 2014, China's urbanization rate has exceeded 50%. It is expected that by 2020, China's urbanization rate will exceed 60%. Besides, the economic life in China's rural areas has changed from "subsistence" in late 20th century to "well-off" in early 21st century. Rural housing construction will also develop towards "well-off housing" featuring full functions, complete facilities and beautiful environment. Urbanization and construction of a new countryside has provided a new opportunity for sustained and rapid development of new building material industry and broad market space.

**(2) Further room available to develop in partition material and wall decoration.**

Gypsum board is one of the important building and decorative materials. Compared with traditional building materials, it meets the requirements of green buildings due to such advantages as fire protection, sound insulation, quake protection, energy saving and economical efficiency, etc. Not only it can improve housing functions to meet the specific demand for residence and office, but also it echoes the national economic development featuring energy saving and environmental protection. Therefore, it has a trend for it to replace traditional wall materials step by step. There will be obvious room for it to grow in the future. From a perspective of downstream application, gypsum boards are widely used as an interior ceiling and partition material. Currently, gypsum boards used as ceiling material in China account for about 70% of total sales volume. Still, they have not been widely used for wall construction and decoration.

In developed countries, about 80% of gypsum boards are used for lightweight wall construction. With sustained development of China's economy and enhancement in people's awareness of energy saving and environmental protection, gypsum board downstream market will expand to the field of partition construction and wall decoration step by step. According to the 12th Five Year Plan for Development of New Building Material Industry issued by the Ministry of Industry and Information Technology, gypsum board, composite insulation board and other new wall materials have been identified as

BNBMPLC0009996



key new building materials to be developed at the highest priority. Besides, the NDRC also pointed out in the Guiding Opinions on Wall Material Innovation of the 12th Five Year Plan that ""new wall materials shall be encouraged to develop in the direction of light weight, high strength and compositing technology; priorities shall be given to the production and application of multi-functional and integrated new wall materials characterized by energy saving, heat preservation, high strength, fire protection and environmental protection; efforts shall be made to develop new wall materials and products with coal gangue, fly ash and desulfurization gypsum as main raw materials, " which means great policy support will be given to the application of gypsum boards in wall construction and decoration and is a positive factor for future development of the industry.

## 2. Negative factors

### (1) Raw material and energy price fluctuations

The main raw materials needed in gypsum board production are industrial by-product gypsum and protective paper; coal is used as the main fuel.

Raw materials, fuel and power account for a high percentage of operating costs of gypsum board manufacturers. Raw material and fuel price fluctuations have direct impacts on economic benefits of manufacturers in the industry. In recent years, some companies engaged in this industry have tries their best to maintain stable production costs by building factories close to sources of raw materials, establishing sophisticated cost control system and taking other measures. However over the past three years, operating costs of gypsum board manufacturers have changed significantly due to price fluctuations in major raw material markets. If raw material and fuel prices change significantly in the future, purchasing costs will fluctuate directly so as to produce negative impacts on sustained and steady growth in profitability of enterprises in the industry.

### (2) Intensification of industry competition

The gypsum board industry is very competitive. The current competition pattern is primarily constituted by BNBMPLC, the Target Company, a few foreign companies, including Saint-Gobain, Boral and Knauf, as well as numerous small-scale enterprises both home and abroad jointly. The market competition is fierce. Through market integration and restructuring over the past few years, especially the introduction of Guidance Catalogue of Industrial Structure Adjustment (2011) (revised), in which, gypsum board production line with a production capacity of less than 30mn square meters/year is listed as the restricted project; that with a production capacity of less than 10mn square meters/year is listed as the eliminated project, a group of small-scale manufacturers have been eliminated due to small production size, backward technology, low-grade products and lack of independent brands, market concentration and barriers to entry have been improved, and competition order has been perfected. The improvement in industry concentration has also intensified the competition among advantageous enterprises in the industry in resources, technologies, brands and talents, etc. to some extent, so that enterprises are faced with some pressure in improving market sales and market share continuously. With promotion and development of gypsum board industry towards greening, environmental protection and energy saving, it is expected that the industrial structure will be deepened and adjusted further; the competition in gypsum board industry will become fiercer; and enterprises will be faced with the negative factor that pressure from industry competition will increase significantly.

### (3) Volatility real estate industry

BNBMPLC0009997



The development of the gypsum board industry is closely related with macroeconomic performance and subject to combined impacts from size of fixed asset investment, urbanization and macro-economy.

Gypsum board products are mainly sold in public decoration market and private housing market and applied in landmark buildings, hotels, office buildings, commercial real estate, housing and other real estate projects. National policy aimed at real estate industry and development of the real estate industry produce certain impacts on production and operation of companies in the industry. Since 2010, the Chinese government has introduced a series of measures for land, taxation and purchase limitation to regulate the real estate industry. After the introduction of regulatory policy for the real estate industry by the government, growth in real estate industry slowed down to some extent. If size and growth of investment in real estate industry fluctuate in the future, some negative impacts will be produced on the operating performance of the whole industry.

## (V) Barriers to entry

### 1. Policy barriers

According to the Guidance Catalogue of Industrial Structure Adjustment (2011) (revised) issued by the NDRC, gypsum board production line with a production capacity of less than 30mn square meters/year is listed as the restricted project; that with a production capacity of less than 10mn square meters/year is listed as the eliminated project. The raised access has disqualified small-scale and workshop-style gypsum board factories from entry, producing certain impacts on entry of new enterprises.

### 2. Resource barriers

Gypsum board production has a regional monopoly property. Large-scale fire power plants that burn coal with high sulfur content and are located close to city center or urban cluster are quality resources for gypsum board production, and they are quite rare. After a large-scale gypsum board enterprise occupies a regional market, it means it has established the barriers to upstream resources and marketing network. Due to limited resources and capacity of regional markets, few large-scale gypsum board factories get involved in regional competition.

### 3. Market barriers

China's gypsum board industry is highly concentrated. Five major brands in the industry, i.e., Dragon, Taishan, Knauf, Saint-Gobain and Boral grasp a total market share of about 60%. Also after years of development, Dragon, Taishan and other advantageous gypsum board brands have been given high market visibility in the high-end market and low-end market respectively. It is not easy for enterprises that have just entered the industry to break the existing competition pattern.

## III. Core competitiveness of the Target Assets

### (I) Leading position in the leading industry

Taishan is an enterprise specializing in gypsum board production with an annual gypsum board production capacity of 1.582bn square meters and over 40 branches and subsidiaries operating throughout China. The gypsum board products manufactured by Taishan are sold across the country by virtue of superior quality and reputation. Taishan has maintained high growth in production and sales of gypsum boards continuously. It is a

BNBMPLC0009998



leader in China's gypsum board industry worthy of the name. Taishan attaches importance to environmental protection by using industrial by-product gypsum as raw material, not only saving mineral resources, but also reducing ecological damage in the process of mining and transportation. Taishan finds a new way to dispose of the wastes produced from flue gas desulfurization of power plants, while opening up a new source of raw materials for gypsum board enterprises, which has promoted significant changes in gypsum board production pattern in China. The market position achieved by Taishan through years of operation is an important manifestation of its core competitiveness and source of excellent profitability.

## (II) Excellent brand value

Taishan, sticking to the tenet that "quality and reputation are our cornerstone", attaches great importance to corporate brand development. Through many years of development, the gypsum board product made by Taishan has passed the authentication of ISO9001 Quality Assurance System. With "harmonious innovation and contribution to society" as business philosophy, it has also pass the authentication of ISO14001 Environmental Management System, and has become "Double Green Star" enterprise advocated by the SEPA. "Taishan", the flagship brand of the Company is a famous Chinese trademark. Its gypsum board series products have won such honorary titles as "China Environmental Labeling Product", "Famous Chinese Brand of Green Building Material" and "Selected Part and Product for National Comfortable Housing Demonstration Project", etc.

By virtue of industry influence and excellent brand quality accumulated for many years, Taishan has been awarded the certificates of Honest Enterprise in Tax Payment of Shandong Province, Credible Enterprise to Banks Rated AAA, Advanced Enterprise in Quality Control of Shandong Province, Hi-tech Enterprise of Shandong Province, Model Enterprise in Comprehensive Utilization of Resources of Shandong Province, Outstanding Enterprise in Environmental Protection of Shandong Province, Model Unit of Customer Satisfaction of Shandong Province, Contract-abiding and Trustworthy Enterprise of Shandong Province, Advanced Unit in Energy Saving of Shandong Province and National Hi-tech Enterprise.

## (III) Production and sales network covering the whole country

Taishan has been sticking to the "channel-oriented" marketing philosophy. Its marketing network has expanded to major cities nationwide and county-level cities in developed regions. Through an intensive sales network made up by exclusive franchise dealers and flat management, and comprehensive and in-depth cooperation with real estate developers, public building decorating companies and home decorating companies, Taishan has achieved effective control over terminal market. It has over 40 subsidiaries and branches operating in 23 provinces (autonomous regions), including Shandong and Shanxi so that it can manage sales more conveniently. Furthermore, the Company has built by itself production factories nationwide and a strong logistics and distribution system that can achieve timely delivery of products. The sales network covers large and medium cities across the country, with over 200 sales offices where full-time after-sale service teams can provide great technical support to construction relying on professional construction instructions. Taishan has rich product portfolios, a perfect marketing platform and a strong technical support team, which are also important contributors to its core competitiveness.

## (IV) Scientific and reasonable cost control

BNBMPLC0009999

Attaching great importance to management model, Taishan has comprehensively promoted management integration and management innovation, and strengthened goal management, refined management and benchmarking management to realize cost effective management.  By improving management level and reducing corporate costs, it has vigorously promoted the execution of cost saving plan in the purchasing and production processes, it has built an internal operation control system featuring comprehensive benchmarking and focused on performance. By means of scientific analysis, disintegration level by level and process monitoring, etc., Taishan has tried its best to ensure execution of the cost saving plan. Since 2010, it has achieved a reduction in unit consumption of coal and paper, exhibiting a significant effect of cost control and further improving its competitiveness in the market.

At the same time, according to the competition of gypsum boards in regional markets and changes in raw material costs, Taishan has adopted a market-oriented strategy to stabilize price and insure value as planned and carried out assessment and control over such indicators as labor productivity, sales volume, average unit price, unit gross margin and etc. at the level of production base, area and region to reflect comprehensively sales quality of each area and region as well as operation quality of each production base. It has effectively promoted the improvement in operation quality and controlled unit cost based on "promote competition and improvement with benchmarking" to ensure an invincible position of the Company in a highly competitive environment.

### (V) A senior management team with rich industry knowledge and management experience

The core staffs of Taishan have over a decade of expertise and management experience in gypsum board industry on average. Through unremitting efforts, they have integrated and allocated Taishan's business and resources across the country with a lower capital expenditure and less interruption to business, while seizing market opportunities, developing reasonable business strategies and new markets through innovative thinking and international perspective. Taishan has established good corporate culture, staff training mechanism and incentives for innovation, giving intrinsic motivation for its continued development.

### IV. Analysis on financial status and profitability of the Target Assets

### (I) Analysis on financial status

### 1. Composition of assets

Composite of assets of Taishan at the end of each reporting period is shown in the following table:

Unit: RMB10,000

| Item | December 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| **Current assets** | | | | | | |
| Cash | 50,901.97 | 6.66 | 70,638.85 | 9.93 | 54,504.24 | 9.09 |
| Trading financial assets | 211.35 | 0.03 | 288.00 | 0.04 | 351.04 | 0.06 |
| Notes receivable | 4,788.73 | 0.63 | 2,390.91 | 0.34 | 4,599.75 | 0.77 |
| Accounts receivable | 21,871.07 | 2.86 | 28,117.82 | 3.95 | 32,254.83 | 5.38 |

BNBMPLC0010000

| Item | December 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Prepayments | 2,313.76 | 0.30 | 2,303.35 | 0.32 | 2,018.13 | 0.34 |
| Other receivables | 100,848.01 | 13.19 | 111,758.51 | 15.71 | 88,883.11 | 14.83 |
| Inventory | 23,000.00 | 3.01 | - | - | - | - |
| **Total current assets** | **203,934.88** | **26.67** | **215,497.43** | **30.29** | **182,611.10** | **30.46** |
| **Non-current assets** | | | | | | |
| Long-term equity investment | - | - | - | - | 38.33 | 0.01 |
| Fixed assets | 442,974.75 | 57.94 | 366,897.50 | 51.58 | 333,478.41 | 55.63 |
| Construction in progress | 44,177.68 | 5.78 | 72,708.40 | 10.22 | 45,375.79 | 7.57 |
| Intangible assets | 71,594.94 | 9.36 | 54,141.12 | 7.61 | 36,381.50 | 6.07 |
| Goodwill | 370.66 | 0.05 | 370.66 | 0.05 | 334.22 | 0.06 |
| Long-term deferred expenses | 1,095.83 | 0.14 | 1,097.24 | 0.15 | 681.67 | 0.11 |
| Deferred income tax assets | 438.21 | 0.06 | 652.47 | 0.09 | 575.25 | 0.10 |
| **Non-Total current assets** | **560,652.07** | **73.33** | **495,867.38** | **69.71** | **416,865.17** | **69.54** |
| **Total assets** | **764,586.96** | **100.00** | **711,364.81** | **100.00** | **599,476.27** | **100.00** |

At the end of each reporting period, total assets of Taishan maintained steady growth. The total assets at end-2015 and end-2014 increased by RMB532.2215 (or 7.48%) and RMB1118.8854 (or 18.66%) YoY. Main titles are fixed assets and intangible assets. The main reason is that Taishan actively grasped the opportunity to expand the market share and enlarged the layout of production bases through acquisitions, new constructions, etc. Within the reporting periods, Taishan's assets are mostly non-current assets that remain stable, which is consistent with industry practice.

### (1) Monetary funds

The monetary funds of Taishan at the end of each reporting period are shown in the following table:

Unit: RMB10,000

| Item | December 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Cash | 16.39 | 0.03 | 20.08 | 0.03 | 30.34 | 0.06 |
| Bank deposits | 23,370.96 | 45.91 | 49,530.18 | 70.12 | 49,805.89 | 91.38 |
| Other monetary funds | 27,514.62 | 54.05 | 21,088.58 | 29.85 | 4,668.01 | 8.56 |
| **Total** | **50,901.97** | **100.00** | **70,638.85** | **100.00** | **54,504.24** | **100.00** |

At the end of each reporting period, the ratios of Taishan's balances of monetary funds to total assets are 9.09%, 9.93% and 6.66% respectively (mainly bank deposits). Taishan's monetary funds at end-2015 decreased by RMB197.3688, i.e. 27.94%, compared with end-2014, which is due to the fact that the Target Company repaid short-term bank loans at end-2015 in a centralized way. Taishan's monetary funds at end-2014 increased by RMB161.3461mn, i.e.,29.60%, compared with end-2013, mainly due to improved operating performance of Taishan and maintenance of strong accounts receivable management

BNBMPLC0010001

capacity by Taishan.

**(2) Accounts receivable**

Aging of book balance of accounts receivable of Taishan at the end of each reporting period is shown in the following table:

Unit: RMB10,000

| Item | December 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Within one year (inclusive) | 4,677.92 | 91.54 | 2,328.55 | 88.41 | 4,498.12 | 94.18 |
| 1-2 years (inclusive) | 129.74 | 2.54 | 3.70 | 0.14 | 23.74 | 0.50 |
| 2-3 years (inclusive) | 3.70 | 0.07 | 23.30 | 0.88 | 78.95 | 1.65 |
| 3-4 years (inclusive) | 23.30 | 0.46 | 68.07 | 2.58 | 95.56 | 2.00 |
| 4-5 years (inclusive) | 66.60 | 1.30 | 75.72 | 2.87 | 13.47 | 0.28 |
| Over 5 years | 209.26 | 4.09 | 134.59 | 5.11 | 66.03 | 1.38 |
| **Total** | **5,110.53** | **100.00** | **2,633.93** | **100.00** | **4,775.87** | **100.00** |

At the end of each reporting period, Taishan's accounts receivable balance accounted for a low percentage of total assets, and its balance of accounts receivable within one year accounted for about 90% on average. Due to good quality of assets, the risk of bad debts is low. At end-2015, the balance of Taishan's accounts receivable increased by RMB23.766mn compared with end-2014, which is due to the fact that the Target Company developed new clients and the sales volume of gypsum boards increased.

**(3) Inventories**

Book value of Taishan's inventory at the end of each reporting period is shown in the following table:

Unit: RMB10,000

| Item | December 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Raw materials | 71,113.68 | 70.52 | 84,862.06 | 75.93 | 58,512.65 | 65.83 |
| Goods in transit | 224.79 | 0.22 | 73.33 | 0.07 | 46.15 | 0.05 |
| Self-made semi-finished products | 0.21 | 0.00 | 346.63 | 0.31 | 346.64 | 0.39 |
| Finished products | 29,509.32 | 29.26 | 26,476.49 | 23.69 | 29,915.38 | 33.66 |
| Turnover materials | - | - | - | - | 62.29 | 0.07 |
| Goods in process | **100,848.01** | **100.00** | **111,758.51** | **100.00** | **88,883.11** | **100.00** |
| **Total** | **98,686.55** | **100.00** | **111,758.51** | **100.00** | **88,883.11** | **100.00** |

At the end of each reporting period, book value of Taishan's inventory accounted for a stable percentage of total assets, i.e., about 15%. Inventory was mostly raw materials, i.e., industrial by-product gypsum and protective paper purchased by the Company. At end-

BNBMPLC0010002

2014, the book value of Taishan's inventories increased by RMB28.754mn, i.e.,25.74% compared with late 2013, mainly due to the increase in raw material reserve and goods in stock as a result of continuous production and sales expansion of the Target Company.

**(4) Fixed assets**

Book value of Taishan's fixed assets at the end of each reporting period is shown in the following table:

Unit: RMB10,000

| Item | December 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Houses and buildings | 175,081.90 | 39.52 | 141,571.00 | 38.59 | 124,397.28 | 37.30 |
| Machinery and equipment | 255,839.15 | 57.75 | 213,934.31 | 58.31 | 197,729.99 | 59.29 |
| Transportation equipment | 7,772.05 | 1.75 | 7,483.47 | 2.04 | 6,666.63 | 2.00 |
| Electronic equipment and others | 4,281.64 | 0.97 | 3,908.71 | 1.07 | 4,684.50 | 1.40 |
| **Total** | **442,974.75** | **100.00** | **366,897.50** | **100.00** | **333,478.41** | **100.00** |

Taishan is a production-oriented enterprise. Book value of fixed assets accounts for a large percentage of total assets, which is in line with the characteristics of gypsum board industry. Taishan's fixed assets mainly include houses and buildings, machinery and equipment and etc. At the end of each reporting period, book value of Taishan's fixed assets increased year by year. Its fixed assets at end-2015 increased by RMB760.7725, i.e.,20.74%, compared with end-2014; its fixed assets at emd-2014 increased by RMB334.1909mn, i.e.,10.02%, compared with end-2013, mainly because the Target Company started the construction of national gypsum board industry base and construction in progress was carried forward into fixed assets gradually.

**(5) Intangible assets**

Book value of Taishan's intangible assets at the end of each reporting period is shown in the following table:

Unit: RMB10,000

| Item | December 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Land use right | 71,577.34 | 99.98 | 54,128.49 | 99.98 | 36,366.14 | 99.96 |
| Non-patented and proprietary technology | 8.85 | 0.01 | 10.94 | 0.02 | 13.02 | 0.04 |
| Software use right | 7.91 | 0.01 | 0.46 | 0.00 | 0.70 | 0.00 |
| Trademark right | 0.83 | 0.00 | 1.24 | 0.00 | 1.64 | 0.00 |
| **Total** | **71,594.94** | **100.00** | **54,141.12** | **100.00** | **36,381.50** | **100.00** |

At end-2015, intangible assets of the Target Company increased by RMB174.5382mn, i.e.,32.24% compared with end-2014. At end-2014, the Company's intangible assets increased by RMB177.5962mn, i.e.,48.81% compared with end-2013. Mainly because Taishan promoted the construction of national gypsum board production base and more lands were purchased, intangible assets, including land use right increased.

BNBMPLC0010003

## 2. Composition of liabilities

Composition of Taishan's liabilities at the end of each reporting period is shown in the following table:

Unit: RMB10,000

| Item | December 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| **Current liabilities** | | | | | | |
| Short-term borrowing | 168,714.30 | 48.35 | 216,200.00 | 64.08 | 186,822.00 | 66.91 |
| Notes payable | 53,741.60 | 15.40 | 36,180.93 | 10.72 | 6,173.01 | 2.21 |
| Accounts payable | 39,139.41 | 11.22 | 46,464.07 | 13.77 | 38,609.34 | 13.83 |
| Advance receipts | 1,212.51 | 0.35 | 1,213.34 | 0.36 | 1,870.71 | 0.67 |
| Employee benefits payable | 2,685.94 | 0.77 | 2,107.98 | 0.62 | 1,652.52 | 0.59 |
| Taxes payable | 1,407.55 | 0.40 | -1,075.98 | -0.32 | 1,961.12 | 0.70 |
| Interest payable | 2,415.12 | 0.69 | 353.03 | 0.10 | 764.14 | 0.27 |
| Dividend payable | - | - | - | - | 32.25 | 0.01 |
| Other payables | 8,712.81 | 2.50 | 8,407.34 | 2.49 | 7,809.64 | 2.80 |
| Current liabilities due within one year | 2,044.30 | 0.59 | 8,830.00 | 2.62 | 7,665.00 | 2.75 |
| **Total current liabilities** | **280,073.54** | **80.27** | **318,680.71** | **94.45** | **253,359.72** | **90.75** |
| **Non-current liabilities** | | | | | | |
| Long-term borrowing | 2,746.40 | 0.79 | 4,005.00 | 1.19 | 14,385.00 | 5.15 |
| Bonds payable | 50,000.00 | 14.33 | - | - | - | - |
| Long-term payables | 1,098.41 | 0.31 | 1,963.76 | 0.58 | 1,223.57 | 0.44 |
| Deferred income | 14,818.84 | 4.25 | 12,571.87 | 3.73 | 10,029.44 | 3.59 |
| Deferred income tax liabilities | 171.61 | 0.05 | 172.86 | 0.05 | 201.88 | 0.07 |
| **Total non-current liabilities** | **68,835.26** | **19.73** | **18,713.49** | **5.55** | **25,839.89** | **9.25** |
| **Total liabilities** | **348,908.80** | **100.00** | **337,394.19** | **100.00** | **279,199.62** | **100.00** |

At the end of each reporting period, Taishan's total liabilities increased year by year, consistent with the sustained growth trend of assets. Its total liabilities at-end 2015 increased by RMB115.1461mn, i.e.,3.41%, compared with end-2014; its total liabilities at-end 2014 increased by RMB581.9457mn, i.e.,20.84%, compared with end-2013. The Target Company's liabilities are mostly current liabilities. Current liabilities mainly include short-term borrowings, etc. At the end of each reporting period, th ratios of the Target Company's current liabilities to total liabilities are 90.75%,94.45% and 80.27% respectively. In January and March 2015, the Target Company issued 3Y bonds 15 Taishan PPN001 and 15 Taishan PPN002 respectively with total price of RMB500mn.

## (1) Short-term borrowings

BNBMPLC0010004

Composition of Taishan's short-term borrowing at the end of each reporting period is shown in the following table:

Unit: RMB10,000

| Item | December 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Credit loan | 56,400.00 | 33.43 | 82,200.00 | 38.02 | 71,292.00 | 38.16 |
| Mortgage loan | 14,600.00 | 8.65 | 15,600.00 | 7.22 | 20,700.00 | 11.08 |
| Guaranteed loan | 97,714.30 | 57.92 | 112,900.00 | 52.22 | 91,830.00 | 49.15 |
| Pawn loan | - | - | 5,500.00 | 2.54 | 3,000.00 | 1.61 |
| **Total** | **168,714.30** | **100.00** | **216,200.00** | **100.00** | **186,822.00** | **100.00** |

At the end of each reporting period, Taishan's short-term borrowing accounted for a large percentage of total liabilities, i.e.,66.91%,64.08% and 48.35% respectively. The Target Company's balance of short-term borrowings at end-2015 decreased by RMB474.85mn compared with end-2014, because the Target Company issued bonds to repay short-term borrowing and adjusted debt structure. In end-2014, balance of short-term borrowings increased by RMB293.78mn, i.e., up 15.73%, compared with late 2013. Short-term borrowings increased because the Target Company's size of principal business expanded and funds needed for daily business activities increased.

**(2) Notes payable**

Notes payable of Taishan at the end of each reporting period increased year by year and all of them were bankers' acceptance. Notes payable in end-2015 increased by RMB175.6067mn, i.e., up 48.54%, compared with end-2014; notes payable in end-2014 increased by RMB300.0792mn, i.e., up 486.11%, compared with end-2013, mainly because: (1) the Target Company used more bankers' acceptance in settlement of raw materials purchase to reduce cost of capital; (2) expansion of principal business of the Target Company and increase in purchase volume of production materials have caused an increase in notes payable accordingly.

**(3) Accounts payable**

Book value of accounts payable of Taishan at the end of each reporting period is shown in the following table:

Unit: RMB10,000

| Item | December 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Within one year (inclusive) | 36,555.27 | 93.40 | 43,834.16 | 94.34 | 36,635.30 | 94.89 |
| 1-2 years (inclusive) | 1,687.35 | 4.31 | 1,962.28 | 4.22 | 1,110.04 | 2.88 |
| 2-3 years (inclusive) | 482.81 | 1.23 | 254.46 | 0.55 | 531.25 | 1.38 |
| Over 3 years | 413.97 | 1.06 | 413.17 | 0.89 | 332.75 | 0.86 |
| **Total** | **39,139.41** | **100.00** | **46,464.07** | **100.00** | **38,609.34** | **100.00** |

Taishan's accounts payable are mainly outstanding payments, including purchase prices and project payments from daily business activities. The accounts payable at end-2015 decreased by RMB73.2466mn (down     15.76%) compared with end-2014, due to the fact

BNBMPLC0010005

that the balance of accounts payable decreased because in 2015, more payments for goods were made through acceptance drafts; The accounts payable at end-2014 increased by RMB78.5473mn (up   20.34%) compared with end-2013, mainly because (1) the Target Company's gypsum board production lines were put into operation successively, gypsum board production scale expanded and purchase of production materials increased; (2) the Target Company tried hard to extend payment for purchase by virtue of a good business reputation.

At the end of each reporting period, Taishan's accounts payable due within one year accounted for 94.89%,94.34% and 93.40% respectively. Accounts payable with aging of over one year that are mainly final payments for project and payments for equipment to related parties, etc., accounted for a low percentage.

**(4) Long-term borrowing**

Taishan's long-term borrowing at the end of each reporting period is shown in the following table:

Unit: RMB10,000

| Item | December 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Guaranteed loan | 2,746.40 | 100.00 | 4,005.00 | 100.00 | 12,835.00 | 89.22 |
| Mortgage loan | - | - | - | - | 1,550.00 | 10.78 |
| **Total** | **2,746.40** | **100.00** | **4,005.00** | **100.00** | **14,385.00** | **100.00** |

At the end of each reporting period, Taishan's long-term borrowings accounted for lower percentages, i.e.,5.15%,1.19% and 0.79% respectively. As of end-2015, long-term borrowings of the Target Company decreased by RMB12.586mn compared with end-2014, i.e.,31.43%, and as of end-2014, long-term borrowings of the Target Company decreased by RMB103.8mn, i.e.,72.16%, compared with end-2013, mainly because (1) long-term borrowing of the Target Company due within one year was transferred to non-current liabilities due within one year; (2) in 2015, the Company issued RMB500mn PPN, thus lowering its requirement for long-term borrowiings.

**3. Analysis on debt paying ability**

**(1) Main indicators of debt paying ability**

The main indicators of debt paying ability of Taishan are shown in the following table:

| Item | December 31, 2015 | December 31, 2014 | December 31, 2013 |
|---|---|---|---|
| Asset-liability ratio (%) | 45.63 | 47.43 | 46.57 |
| Current ratio (x) | 0.73 | 0.68 | 0.72 |
| Quick ratio (x) | 0.37 | 0.33 | 0.37 |
| **Item** | **2015** | **2014** | **2013** |
| Profit before depreciation and amortization of interest and taxes (RMB10,000) | 140,650.75 | 149,255.47 | 140,239.66 |
| Interest coverage ratio (x) | 9.76 | 11.41 | 12.62 |

Notes: current ratio=current assets/current liabilities;

quick ratio=(current assets-inventory)/current liabilities; asset-liability ratio =total

BNBMPLC0010006



liabilities/total assets;

Profit before depreciation and amortization of interest and taxes=total profit + interest expense + depreciation + amortization;

interest coverage ratio=(total profit + interest expense)/interest expense.

At the end of each reporting period, the current ratio and quick ratio of Taishan were relatively low, mainly because with expansion of principal business, funds needed for daily business activities increased. To save cost of capital, the Target Company increased the application of short-term borrowing. In general, the current ratio and quick ratio of the Target Company are relatively stable.

The asset-liability ratio of Taishan has always been maintained at around 50%, and it has good long-term solvency. Interest coverage ratio of the Target Company is stable and relatively high, indicating it has sustained and stable interest paying ability and debt repayment is perfectly guaranteed.

**(2) Comparative analysis on comparable listed companies in the industry**

As of December 31, 2015, the comparison between Taishan and comparable A-share listed companies in the industry by main indicators of debt paying ability is shown in the following table:

| Security code | Security abbreviation | Asset-liability ratio (%) | Current ratio (x) | Quick ratio (x) |
|---|---|---|---|---|
| BNBMPLC | 000786.SZ | 31.92 | 1.32 | 0.89 |
| Weixing Building Materials | 002372.SZ | 17.50 | 3.67 | 2.84 |
| Oriental Yuhong | 002271.SZ | 33.13 | 2.02 | 1.69 |
| Faxing Science & Technology | 600552.SH | 48.58 | 1.33 | 0.98 |
| Conch Profiles | 000619.SZ | 32.13 | 6.17 | 4.88 |
| **Average of comparable listed companies** | | **32.65** | **2.90** | **2.26** |
| **Taishan** | | **45.63** | **0.73** | **0.37** |

Note: Fangxing Science & Technology has been renamed as Triumph Science & Technology.

At the end of each reporting period, the current ratio and quick ratio of Taishan remained basically stable, but were both lower than the industry average, mainly because in recent years, with rapid construction and operation of gypsum board industry base of the Target Company, and production and sales of gypsum boards and other products expanded step by step, short-term borrowing and other current liabilities of the Target Company have increased more rapidly than its current assets. The asset-liability ratio of the Target Company was higher than industry average, mainly because with continuous business expansion of the Target Company, it has greater demand for funds. The Target Company mainly replies on bank loans to satisfy the demand for funds used for business expansion. In addition, given the higher ROE of the Target Company, appropriate increase of asset-liability ratio and financial lever can bring higher returns to shareholders.

**4. Analysis on capital turnover ability**

BNBMPLC0010007


cninf
www.cninfo.com.cn