**(1) Main indicators of asset turnover ability**

Main indicators of asset turnover ability of Taishan are shown in the following table:

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|
| Turnover rate of accounts receivable | 151.58 | 166.54 | 109.62 |
| Turnover rate of inventory | 3.60 | 4.16 | 4.55 |

Notes: turnover rate of accounts receivable=operating revenue/((net accounts receivable at the beginning of period + net accounts receivable at the end of period)/2);

turnover rate of inventory=operating cost/((net inventory at the beginning of period + net inventory at the end of period)/2).

At the end of each reporting period, turnover rate of accounts receivable of Taishan remained at a relatively high level, mainly because the Target Company has improved its bargaining power in sales and most of the deals were settled in cash. The Target Company's turnover rate of inventory was relatively stable during the reporting reports and consistent with business operation.

**(2) Comparative analysis on comparable listed companies in the industry**

As of December 31, 2015, the comparison between Taishan and comparable A-share listed companies in the industry by main indicators of asset turnover ability is shown in the following table:

| Security code | Security abbreviation | Turnover rate of accounts receivable (once) | Turnover rate inventory (once) |
|---|---|---|---|
| BNBMPLC | 000786.SZ | 35.86 | 3.45 |
| Weixing Building Materials | 002372.SZ | 16.91 | 3.92 |
| Oriental Yuhong | 002271.SZ | 2.93 | 4.98 |
| Faxing Science & Technology | 600552.SH | 1.94 | 1.90 |
| Conch Profiles | 000619.SZ | 37.78 | 5.48 |
| **Average of comparable listed companies** | | **19.08** | **3.95** |
| **Taishan** | | **151.58** | **3.60** |

Note: Fangxing Science & Technology has been renamed as Triumph Science & Technology.

At the end of each reporting period, the Target Company's turnover rate of accounts receivable was far higher than industry average, mainly because the Target Company has focused on small-and medium-scale customers, improved its bargaining power in sales, settled most of the business in cash, had strong ability to collect payments and had low balance of accounts receivables. Taishan's turnover rate of inventory was basically flat with industry average.

**(II) Analysis on profitability**

Taishan's profitability for the reporting periods is shown in the following table:

BNBMPLC0010008


Unit: RMB10,000

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|
| Operating revenue | 544,138.54 | 582,110.43 | 518,840.98 |
| Operating cost | 382,525.49 | 417,181.24 | 361,040.56 |
| Operating margin | 161,613.05 | 164,929.19 | 157,800.42 |
| Business profit | 105,757.52 | 111,860.60 | 110,509.20 |
| Total profit | 105,618.00 | 118,435.35 | 114,081.01 |
| Net profit | 91,718.21 | 104,705.34 | 100,438.13 |
| Net profit attributable to shareholders of parent company | 88,980.88 | 102,050.54 | 97,856.93 |

## 1. Analysis on operating revenue

Composition of operating revenue of Taishan during the reporting reports is shown in the following table:

Unit: RMB10,000

| Item | 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Revenue from principal business | 542,806.52 | 99.76 | 580,622.42 | 99.74 | 517,302.65 | 99.70 |
| Income from other business | 1,332.02 | 0.24 | 1,488.00 | 0.26 | 1,538.34 | 0.30 |
| Total | **544,138.54** | **100.00** | **582,110.43** | **100.00** | **518,840.98** | **100.00** |

Composition of operating revenue of Taishan by product is shown in the following table:

Unit: RMB10,000

| Item | 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Gypsum board | 502,893.16 | 92.42 | 550,901.51 | 94.64 | 492,780.00 | 94.98 |
| Light steel stud | 17,357.80 | 3.19 | 16,927.06 | 2.91 | 14,659.45 | 2.83 |
| Others | 23,887.58 | 4.39 | 14,281.85 | 2.45 | 11,401.53 | 2.20 |
| **Total** | **544,138.54** | **100.00** | **582,110.43** | **100.00** | **518,840.98** | **100.00** |

During the reporting periods, Taishan was engaged primarily in the production and sale of gypsum boards and light steel studs. Its revenue from principal business accounted for nearly 100% of operating revenue. The Target Company's operating revenue for 2015 decreased by RMB379.7189mn, i.e.,6.52% compared with 2014, mainly because the Target Company lowered the selling prices of gypsum boards for 2015 due to cost reduction and tax preference for 2H2015. The Target Company's operating revenue for 2014 increased by RMB632.6944mn, i.e.,12.19% compared with 2013, mainly because the newly-built gypsum board production lines of the Target Company were put into operation in succession and production capacity increased rapidly, leading to improved efficiency and capacity of supplying products to regional markets.

## 2. Analysis on operating cost

During the reporting periods, operating cost of Taishan and its percentage in operating revenue are shown in detail in the following table:

Unit: RMB10,000

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|

BNBMPLC0010009

|  | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
|---|---|---|---|---|---|---|
| Cost of principal business | 381,722.22 | 70.15 | 416,602.44 | 71.57 | 359,944.27 | 69.37 |
| Cost of other business | 803.27 | 0.15 | 578.80 | 0.10 | 1,096.29 | 0.21 |
| **Total** | **382,525.49** | **70.30** | **417,181.24** | **71.67** | **361,040.56** | **69.59** |

Composition of operating cost of Taishan during the reporting periods is shown in detail in the following table:

Unit: %

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|
| Raw material | 61.13 | 59.22 | 59.35 |
| Fuel and power | 22.62 | 25.33 | 26.75 |
| Labor cost | 7.69 | 7.40 | 6.94 |
| Others | 8.56 | 8.05 | 6.96 |
| **Total** | **100.00** | **100.00** | **100.00** |

The operating cost of the issuer is mainly composed of cost for the production of gypsum boards, light steel joists and other main products (mainly including raw materials, fuel and power). The Target Company's operating cost in 2015 declined RMB34,655.75 and a percentage point of 8.31% compared to that in 2014; The Target Company's operating cost in 2014 increased RMB56,140.68 and a percentage point of 15.55% compared to that in 2013. The Company's operating cost will vary mainly with the changes in its business scale and in the sales of gypsum boards, light steel joists and other main products of the Company. The trend of cost variation will generally remain consistent with the operating income. Meanwhile, the Company's unit cost is also declining year by year due the continuous drop in fuel and power price in recent years and the decrease of the proportion of fuel and power cost to the total cost. During the report period, the proportion of the Target Company's operating cost to its operating income was 69.59%, 71.67% and 70.30% respectively, maintaining a basically stable level and showing that the Company has had an effective control over cost.

## 3. Analysis on gross margin

During the reporting periods, composition of gross margin of principal business of Taishan is shown in the following table:

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|
| Principal business | 29.68% | 28.25% | 30.42% |
| Other business | 39.70% | 61.10% | 28.74% |
| **Comprehensive gross margin** | **29.70%** | **28.33%** | **30.41%** |

Taishan's operating margin mainly comes from gypsum boards and light steel studs, etc. During the reporting periods, the Target Company's comprehensive gross margin stabilized at around 30%. The gross margin is mainly affected by prices of raw materials for gypsum board production, i.e., industrial by-product gypsum, protective paper and fuel.

BNBMPLC0010010

As the Target Company has a strong ability to control cost and with rapid release of production capacity over the past few years, its advantage in cost control has been exhibited gradually.

Comparison between Taishan and comparable listed companies by main indicators of profitability in 2015 is shown in the following table:

| Security code | Security abbreviation | Gross margin (%) |
|---|---|---|
| BNBMPLC | 000786.SZ | 31.26 |
| Weixing Building Materials | 002372.SZ | 43.82 |
| Oriental Yuhong | 002271.SZ | 40.76 |
| Faxing Science & Technology | 600552.SH | 20.92 |
| Conch Profiles | 000619.SZ | 15.72 |
| Average of comparable listed companies | | 30.50 |
| Taishan | | 29.70 |

Note: Fangxing Science & Technology has been renamed as Triumph Science & Technology.

The principal business of the Target Company is production and sale of new building materials, including gypsum boards and light steel studs. As of the signing date of this report, there have been no listed companies dedicated to gypsum board business domestically, except the Company. Compared with other listed companies in the new building material industry, the gross margin of the Target Company is basically flat with the average gross margin of comparable companies.

## 4. Analysis on periodic expense

During the reporting periods, percentage of Taishan's periodic expense in operating revenue is shown in the following table:

Unit: RMB10,000

| Item | 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Sales expenses | 13,598.62 | 2.50 | 14,269.27 | 2.45 | 13,781.23 | 2.66 |
| Administrative expenses | 28,311.51 | 5.20 | 27,328.64 | 4.69 | 23,479.99 | 4.53 |
| Financial expenses | 11,357.92 | 2.09 | 10,820.46 | 1.86 | 9,435.55 | 1.82 |
| Total | 53,268.04 | 9.79 | 52,418.37 | 9.00 | 46,696.77 | 9.00 |

During the reporting periods, with business expansion, Taishan's sales revenue increased continuously. Periodic expense increased accordingly, but cost income ratio remained stable basically and accounted for a low percentage of operating revenue. During the reporting periods, three kinds of expense of the Target Company accounted for 9.00%,9.00% and  9.79% of operating revenue respectively, indicating good control of the Target Company over such three kinds of expense.

## 5. Other subjects affecting net profit

During the reporting periods, other subjects that affect Taishan's net profit and percentages of such subjects in operating revenue are shown in detail in the following table:

Unit: RMB10,000

BNBMPLC0010011



| Item | 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Asset impairment loss | 128.17 | 0.02 | 166.48 | 0.03 | 19.19 | 0.00 |
| Return on investment | 66.42 | 0.01 | 71.99 | 0.01 | 20.47 | 0.00 |
| Non-operating revenue | 9,270.77 | 1.70 | 7,203.26 | 1.24 | 4,780.25 | 0.92 |
| Non-operating expenses | 9,410.30 | 1.73 | 628.51 | 0.11 | 1,208.44 | 0.23 |

Other subjects that affect the Target Company's net profit were mainly non-operating revenue and expense which accounted for a low percentage of operating revenue, without significant impacts on the Company's profitability. Non-operating revenue was mainly government subsidy.

In 2015, the Target Company's non-operating expense increased substantially compared with 2014, mainly due to the Target Company's expenses related to US gypsum board lawsuit.

## 6. Income tax

During the reporting periods, Taishan's income tax expenses are shown in the following table:

Unit: RMB10,000

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|
| Current income tax calculated according to tax law and relevant regulations | 13,686.78 | 13,843.66 | 13,499.79 |
| Deferred income tax | 213.01 | -113.65 | 143.09 |
| **Total** | **13,899.79** | **13,730.01** | **13,642.88** |

Taishan's income tax rates vary according to different locations of subsidiaries, of which, some can enjoy the preferential tax rate of 15%, while some other can the preferential policy of recording in taxable income at the reduce rate of 90%.

## 7. Non-recurring gains and losses

Unit: RMB10,000

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|
| Gains and losses from disposal of non-current assets, including the write-off part with an asset impairment provision | -43.11 | -286.90 | -756.29 |
| Government subsidies recorded in current gains and losses, except those in close relation to the Company's normal operation and business, in line with national policies and continuously enjoyed according to a fixed amount or quantity | 5,568.49 | 6,936.29 | 4,385.36 |
| Revenue generated from that the investment cost incurred by enterprise to acquire subsidiary, associate enterprise and joint venture is less than fair value of net | 3,408.04 | - | - |

BNBMPLC0010012

| | | | |
|---|---|---|---|
| identifiable assets of the invested entities that should be owned at the time of the acquiring investment | | | |
| Gains and losses from changes in fair value generated by holding financial assets measured at fair value with changes recorded in current losses and gains and financial liabilities measured at fair value with changes recorded in current losses and gains, as well as return on investment generated by disposing financial assets measured at fair value with changes recorded in current losses and gains, financial liabilities measured at fair value with changes recorded in current losses and gains and available-for-sale financial assets, in addition to effective hedging business in relation to the Company's normal operation and business | 66.42 | 160.27 | 104.30 |
| Other non-operating revenue and expenses in addition to the above mentioned items | -9,072.94 | -74.65 | -57.26 |
| **Total non-recurring gains and losses** | **-73.10** | **6,735.02** | **3,676.11** |
| Less: amount affected by income tax | 959.28 | 1,357.35 | 713.36 |
| **Total non-recurring gains and losses after deducting the amount affected by income tax** | **-1,032.38** | **5,377.67** | **2,962.76** |

Within the reporting periods, Taishan's non-recurring gains and losses after income tax impact were RMB29.6276mn, RMB53.7767mn and -RMB10.3238mn respectively, most of which were government grants obtained by the Target Company and US litigation costs for the periods. In 2015, revenue of RMB34.0804mn was generated due to acquisition of Guizhou Crown New Building Material Co., Ltd. by the Target Company. Other non-operating expenses of the Target Company were mainly the expenses in relation to US gypsum board lawsuit. In addition to that, the amount of other non-recurring gains and losses of Taishan was relatively small, with no substantial impact on profitability.

### V. Analysis on impacts on the listed company from this Transaction

### (I) Analysis on impacts on principal business and future profitability of the listed company from this Transaction

Taishan, engaged in production and sale of new building materials, including gypsum boards and light steel studs, etc., is a leading enterprise in new building material industry. Taishan has an annual gypsum board production capacity of 1.582bn square meters. Its leading product "Taishan" gypsum board series and system product are famous in markets as a new type of lightweight bundling material, with an extremely high market share. Prior to completion of this Transaction, Taishan is the subsidiary owned by the Company and its financial statements are included into the Company's consolidated financial statements. It is an important source of profit for the Company. After completion of this Transaction, Taishan will become the wholly-owned subsidiary of BNBMPLC and the operating performance that 35% minority stake of Taishan corresponds to will be totally attributable to BNBMPLC, which will greatly strengthen the Company's principal business, expand the Company's operation scale and help to achieve bigger and stronger gypsum board industry.

In addition, "Taishan" gypsum board product of Taishan is mainly positioned for medium- and low-end markets, while "Dragon" gypsum board product of BNBMPLC is positioned for high-end markets. Upon completion of this Transaction, the Company's product structure

BNBMPLC0010013

will be improved in terms of regional and brand coverage on an overall basis. Besides, this Transaction can help to better utilize and expand sales channels of "Dragon" and "Taishan" gypsum board products, reduce internal competition, integrate corporate resources and improve market shares and the Company's future profitability more effectively, so as to consolidate the Company's position in the industry, improve core competitiveness and ability to develop sustainably and enhanced ability to resist risks.

**(II) Analysis on impacts on financial status of the listed company from this Transaction**

Prior to completion of this Transaction, BNBMPLC holds 65% equity of Taishan, a subsidiary owned by the listed company whose financial statements are included into the consolidated financial statements. Upon completion of this Transaction, BNBMPLC will hold 100% equity of Taishan. Therefore, following this Transaction, size and structure of total assets as well as size and structure of liabilities will not change in consolidated financial statements of BNBMPLC, and this Transaction will not affect solvency of the listed company.

According to the pro forma financial statements of the Listed Company reviewed by Baker Tilly CPA, as of December 31, 2014 and December 31, 2015, the listed company's net assets attributable to shareholders of parent company have increased by around 20%, i.e., RMB1407.9652mn and RMB1719.3982mn respectively.

Unit: RMB10,000

| Item | Before completion (audited) | After completion (pro forma) | Variation | Varying percentage (%) |
|---|---|---|---|---|
| **December 31, 2015** | | | | |
| Net assets attributable to shareholders of parent company | 780,104.98 | 952,044.80 | 171,939.82 | 22.04 |
| **December 31, 2014** | | | | |
| Item | Before completion (audited) | After completion (pro forma) | Variation | Varying percentage (%) |
| Net assets attributable to shareholders of parent company | 720,823.86 | 861,620.38 | 140,796.52 | 19.53 |

**(III) Analysis on impacts on profitability of the listed company**

This Transaction is in relation to the listed company's acquisition of minority stake of a subsidiary owned by it. After completion of this Transaction, operating revenue, gross margin, net profit and other financial indicators measured at a consolidated scale will not change. After completion of this Transaction, BNBMPLC's net profit attributable to shareholders of parent company increased by RMB311.4331 mn, i.e.,34.72%; basic EPS increased from RMB0.63/share to RMB0.68/share; weighted average return on net assets increased from 11.95% to 13.32% in 2015.

Unit: RMB10,000

| Item | Before completion (audited) | After completion (pro forma) | Variation | Varying percentage (%) |
|---|---|---|---|---|
| **2015** | | | | |

BNBMPLC0010014

| Net profit attributable to shareholders of listed company | 89,687.62 | 120,830.93 | 31,143.31 | 34.72 |
| Basic EPS | 0.63 | 0.68 | 0.05 | 7.94 |
| Basic EPS after deducting non-recurring gains and losses | 0.60 | 0.65 | 0.05 | 8.33 |
| Weighted average ROE (%) | 11.95 | 13.32 | 1.37 | - |

| | 2014 | | | |
| Item | Before completion (audited) | After completion (pro forma) | Variation | Varying percentage (%) |
| --- | --- | --- | --- | --- |
| Net profit attributable to shareholders of listed company | 110,545.16 | 146,262.85 | 35,717.69 | 32.31 |
| Basic EPS | 0.91 | 0.92 | 0.01 | 1.10 |
| Basic EPS after deducting non-recurring gains and losses | 0.80 | 0.82 | 0.02 | 2.50 |
| Weighted average ROE (%) | 21.24 | 27.17 | 5.93 | - |

## (IV) Analysis on impacts on equity structure of the Company from this Transaction

In this Transaction, BNBMPLC will issue 374,598,125 shares to Taishan to acquire 35% equity of Taishan held by the Counterparties. Upon completion of this Transaction, the Company's share capital will increase to 1,788,579,717 shares. The number of shares held by the controlling shareholder CNBMPLC will remain the same, while its shareholding ratio will decrease to 35.73% from 45.20%. This Transaction will cause any change to the controlling shareholder and its control right.

## VI. Analysis on impacts on future prospects of the listed company from this Transaction

## (I) Integration plans of the listed company for business, assets, finance, personnel and organization and etc. upon completion of this Transaction

## 1. Integration of corporate culture

Prior to completion of this Transaction, Taishan is a subsidiary owned by the Company, with significant synergies with the listed company. With completion of this Transaction, Taishan will become the wholly-owned subsidiary of the listed company, which will more effectively strengthen the communication between the two companies, promote further combination and upgrading of corporate culture of the Company and the Target Company.

## 2. Integration of corporate governance structure

Prior to completion of this Transaction, the Company has established and improved the basic framework of the relevant corporate governance structure, developed and implemented related rules of procedure or work rules according to laws, rules and regulations, including the Company Law, Securities Law, Guidelines for Governance .of Listed Companies. Upon completion of this Transaction, the role of Taishan will change to the wholly-owned subsidiary of the Company from the subsidiary owned by the Company.

BNBMPLC0010015



The synergies produced by the acquisition will expand the scale of the business of the Company. However, the Company's business structure and governance structure will not change.

Upon completion of this Transaction, the Company will continue to maintain its compliant and efficient corporate governance structure, perfect internal administration and control system, standardize the operation, improve the governance and safeguard the interests of shareholders and investors according to laws, rules and regulations, including the Company Law, Securities Law, Guidelines for Governance .of Listed Companies.

### 3. Integration of business operations

Upon completion of this Transaction, internal competition will be reduced and integration of internal resources of the Company will be promoted. This Transaction can enhance the ability of the Company to market the main product and also ensure "Dragon" and "Taishan" brands are perfectly complementary to each other in terms of customer group and regional sales to achieve the purpose that "Dragon brand leads the increase of profit and Taishan helps to achieve the increase of volume". The Company and the Target Company will focus on effect of coordinated development in product marketing channels, customer resources and maintenance, development of new areas by virtue of their advantages consolidation of the existing sales areas, sharing of customer resources and improvement in comprehensive customer service capacities.

### 4. Personnel adjustment and placement

Upon completion of this Transaction, in addition to the aforesaid related arrangements for Taishan, this Transaction will not affect the labor contracts signed between the personnel of the Target Company and the Target Company or subsidiaries of the Target Company. The original labor relationship will continue to be valid.

In addition, to ensure sustained and stable production and operation of the Target Company, core personnel of the Target Company cannot resign without consent from BNBMPLC from the delivery date of the Target Assets until they reach the age for retirement prescribed by the national law after this Transaction is completed.

### (II) 2-year development plan

### 1. Focus on the principal business to achieve bigger and stronger gypsum board industry

In the next two years, the Company will continue to develop new building materials characterized by energy and land saving, greening and environmental protection; further perfect the layout of gypsum board industry for the purpose of snatching a larger market share, make the principal business bigger and stronger continuously and consolidate the leading position in the industry.

### (1) Comprehensively improve marketing capabilities

In the future, with gypsum board as the main product, the Company will continue to promote customer-oriented business and regional integration and provide package solutions characterized by energy conservative and environmental friendly green buildings as well as services and support for full range of products and business. At the same time, the Company will give full play to the advantage of channel sharing, make respective advantages of main product and emerging products complementary to each other, achieve

BNBMPLC0010016



comprehensive restructuring of principal gypsum board business, accelerate the expansion in housing wall market, improve its ability to market directly and control terminal markets, strengthen efforts to develop retail and home decoration markets, maintenance market and small and micro clients.

**(2) Perfect channel distribution and develop new markets**

The Company has built product demonstration centers in various places to perfect channel distribution. In terms of development of new channels, it gives full play to brand influence and synergies and complete channel penetration rapidly. Through this Transaction, the Company will further optimize sales channels, promote sales volume and stabilize sales prices by adopting the differentiation policy, so that  the Company can develop its gypsum board product on an all-around basis, achieve a larger sales volume and greater efficiency, and improve sales revenue.

**(3) Strengthen the independent innovation of core technologies to further reduce costs and consolidate market position**

The Company has been attaching great importance to technological innovation, reduction of investment cost and unit consumption of products, cost saving, cost effectiveness, research and development of core technologies and products with competitive advantages and profitability improvement. In the future, the Company will focus on the development of the products and technologies in the following fields: develop vigorously manufacturing process and technologies for gypsum boards with industrial by-product gypsum as raw material, and develop energy saving and emission reduction technologies as well as lightweight board manufacturing technologies at the highest priority; develop vigorously manufacturing process and technologies for mineral wool acoustic panels with blast furnace slag as raw material; develop vigorously manufacturing process and technologies for external fiber reinforced cement wall panels with industrial waste and fly ash as raw material.

**2. Develop profit growth points of new business proactively**

In addition to gypsum board and stud, the Company has also achieved development to varying extents paint, exterior insulation board and other business. In the future, the Company will develop new business based on consolidation of principal business of gypsum board and stud to develop new profit growth points.

**(III) Analysis on other impacts on the Company from this Transaction**

**1. Impacts on future capital expenditure of the listed company from this Transaction**

Currently, the listed company has no plan for increasing future capital expenditure for the Target Company upon completion of this Transaction. This Transaction will not affect future capital expenditure plan of the listed company. Upon completion of this Transaction, Taishan will become the wholly-owned subsidiary of the listed company, and its future capital expenditure plan will be included into the listed company's future annual development plan for overall consideration.

**2. Personnel placement plan involved in this Transaction**

This Transaction does not involve any personnel placement plan.

**3. Impacts on the listed company from costs of this Transaction**

BNBMPLC0010017



The costs arising from this Transaction are mainly transaction taxes and fees for agency. The transaction taxes will be borne by the respective responsible parties pursuant to applicable laws, rules and regulations. The fees for agency and etc. will be determined according to the charge level in the market. The above-mentioned costs of this Transaction will not produce significant impacts on the listed company.

BNBMPLC0010018

cninf
巨潮资讯
www.cninfo.com.cn

# Chapter 11 Financial Accounting Information

## I. Consolidated financial statements of the Target Company for the most recent three years

Baker Tilly has audited the financial statements and notes prepared by Taishan, and issued the Audit Report TZYZ [2015] No.11147-1 and Audit Report TZYZ [2016] No.9523-1. Baker Tilly holds the view that: the financial statements have been prepared by Taishan according to the Accounting Standard for Business Enterprises in all material respects, and they fairly represented the financial status and consolidated financial status of Taishan as at December 31, 2015, December 31, 2014 and December 31, 2013, and operating results and cash flow as well as consolidated operating results and consolidated cash flow of Taishan for the years then ended.

### (I) Taishan's balance sheets as at the end of each period

Unit: RMB10,000

| Item | Dec. 31, 2015 | Dec. 31, 2014 | Dec. 31, 2013 |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Monetary funds | 50,901.97 | 70,638.85 | 54,504.24 |
| Notes receivable | 211.35 | 288.00 | 351.04 |
| Accounts receivable | 4,788.73 | 2,390.91 | 4,599.75 |
| Advances to suppliers | 21,871.07 | 28,117.82 | 32,254.83 |
| Other receivables | 2,313.76 | 2,303.35 | 2,018.13 |
| Inventories | 100,848.01 | 111,758.51 | 88,883.11 |
| Other current assets | 23,000.00 | - | - |
| **Total current assets** | **203,934.88** | **215,497.43** | **182,611.10** |
| NON-CURRENT ASSETS | | | |
| Long-term equity investments | - | - | 38.33 |
| Fixed assets | 442,974.75 | 366,897.50 | 333,478.41 |
| Construction in progress | 44,177.68 | 72,708.40 | 45,375.79 |
| Intangible assets | 71,594.94 | 54,141.12 | 36,381.50 |
| Goodwill | 370.66 | 370.66 | 334.22 |
| Long-term deferred expenses | 1,095.83 | 1,097.24 | 681.67 |
| Deferred income tax assets | 438.21 | 652.47 | 575.25 |
| **Total non-current assets** | **560,652.07** | **495,867.38** | **416,865.17** |
| **Total assets** | **764,586.96** | **711,364.81** | **599,476.27** |
| CURRENT LIABILITIES | | | |
| Short-term borrowings | 168,714.30 | 216,200.00 | 186,822.00 |
| Notes payable | 53,741.60 | 36,180.93 | 6,173.01 |
| Accounts payable | 39,139.41 | 46,464.07 | 38,609.34 |
| Advances from customers | 1,212.51 | 1,213.34 | 1,870.71 |
| Compensation payable to employees | 2,685.94 | 2,107.98 | 1,652.52 |
| Taxes and fees payable | 1,407.55 | -1,075.98 | 1,961.12 |
| Interest payable | 2,415.12 | 353.03 | 764.14 |
| Dividends payable | - | - | 32.25 |
| Other payables | 8,712.81 | 8,407.34 | 7,809.64 |
| Non-current liabilities maturing within one year | 2,044.30 | 8,830.00 | 7,665.00 |
| **Total current liabilities** | **280,073.54** | **318,680.71** | **253,359.72** |

BNBMPLC0010019

| NON-CURRENT LIABILITIES | | | |
|---|---|---|---|
| Long-term borrowings | 2,746.40 | 4,005.00 | 14,385.00 |
| Bonds payable | 50,000.00 | - | - |
| Long-term payables | 1,098.41 | 1,963.76 | 1,223.57 |
| Deferred income | 14,818.84 | 12,571.87 | 10,029.44 |
| Deferred income tax liabilities | 171.61 | 172.86 | 201.88 |
| **Total non-current liabilities** | **68,835.26** | **18,713.49** | **25,839.89** |
| **Total liabilities** | **348,908.80** | **337,394.19** | **279,199.62** |
| OWNERS' EQUITY | | | |
| Share capital | 15,562.50 | 15,562.50 | 15,562.50 |
| Capital reserve | 8,251.48 | 8,251.48 | 8,208.95 |
| Surplus reserve | 34,898.22 | 25,318.75 | 23,260.81 |
| Undistributed profit | 332,544.43 | 303,143.02 | 253,150.41 |
| **Total equity attributable to owners of parent company** | **391,256.63** | **352,275.75** | **300,182.67** |
| Minority interest | 24,421.53 | 21,694.87 | 20,093.98 |
| **Total owners' equity** | **415,678.16** | **373,970.62** | **320,276.65** |
| **Total Liabilities and Owners' Equity** | **764,586.96** | **711,364.81** | **599,476.27** |

## (II) Taishan's profit statements for the reporting periods

Unit: RMB10,000

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|
| **I. Total operating revenue** | **544,138.54** | **582,110.43** | **518,840.98** |
| Including: operating income | 544,138.54 | 582,110.43 | 518,840.98 |
| **II. Total operating cost** | **438,447.44** | **470,321.82** | **408,352.25** |
| Including: operating cost | 382,525.49 | 417,181.24 | 361,040.56 |
| Business tax and surcharge | 2,525.73 | 555.73 | 595.74 |
| Selling expenses | 13,598.62 | 14,269.27 | 13,781.23 |
| Management expenses | 28,311.51 | 27,328.64 | 23,479.99 |
| Financial expenses | 11,357.92 | 10,820.46 | 9,435.55 |
| Asset impairment loss | 128.17 | 166.48 | 19.19 |
| Investment income | 66.42 | 71.99 | 20.47 |
| Including: income from investments in associates and joint ventures | - | -38.33 | -83.83 |
| **III. Operating profit (losses expressed with a "-" symbol)** | **105,757.52** | **111,860.60** | **110,509.20** |
| Add: non-operating income | 9,270.77 | 7,203.26 | 4,780.25 |
| Including: gains from disposal of non-current assets | 0.00 | 5.12 | 243.18 |
| Less: non-operating expenditure | 9,410.30 | 628.51 | 1,208.44 |
| Including: losses from disposal of non-current assets | 43.11 | 292.01 | 999.47 |
| **IV. Total profit (total loss expressed with a "-" symbol)** | **105,618.00** | **118,435.35** | **114,081.01** |
| Less: income tax expenses | 13,899.79 | 13,730.01 | 13,642.88 |
| **V. Net profit (net loss expressed with a "-" symbol)** | **91,718.21** | **104,705.34** | **100,438.13** |
| Including: net profit realized by the merged party before merger | - | - | - |
| Net profit attributable to owners of parent company | 88,980.88 | 102,050.54 | 97,856.93 |

BNBMPLC0010020

| | | | |
|---|---|---|---|
| Minority interest income | 2,737.33 | 2,654.80 | 2,581.20 |
| **VI. After-tax amount of other comprehensive income** | - | **-** | **-** |
| After-tax amount of other comprehensive income attributable to owners of parent company | - | - | - |
| After-tax amount of other comprehensive income attributable to minority shareholders | - | - | - |
| **VII. Total comprehensive income** | **91,718.21** | **104,705.34** | **100,438.13** |
| Total comprehensive income attributable to owners of parent company | 88,980.88 | 102,050.54 | 97,856.93 |
| Total comprehensive income attributable to minority shareholders | 2,737.33 | 2,654.80 | 2,581.20 |
| **VIII. Earnings per share** | | | |
| (1) Basic earnings per share | 5.72 | 6.56 | 6.29 |
| (2) Diluted earnings per share | 5.72 | 6.56 | 6.29 |

## (III) Taishan's cash flow statements for the reporting periods

Unit: RMB10,000

| Item | 2015 | 2014 | 2013 |
|---|---|---|---|
| **I. Cash flows from operating activities：** | | | |
| Cash received from the sale of goods and the rendering of services | 591,173.02 | 595,118.43 | 528,591.27 |
| Tax refunds received | 9,402.48 | 934.07 | 1,148.16 |
| Other cash received relating to operating activities | 15,209.53 | 22,544.38 | 30,845.88 |
| **Subtotal of cash inflows** | **615,785.02** | **618,596.89** | **560,585.30** |
| Cash paid for goods purchased and labor services received | 355,829.43 | 380,192.26 | 357,190.80 |
| Cash paid to employees and for employees | 51,277.62 | 47,285.18 | 39,486.27 |
| Payments of all types of taxes | 39,263.15 | 22,837.31 | 17,890.82 |
| Other cash paid relating to operating activities | 23,703.18 | 21,601.55 | 34,452.18 |
| **Subtotal of cash outflows** | **470,073.38** | **471,916.31** | **449,020.07** |
| **Net cash flows from operating activities** | **145,711.64** | **146,680.58** | **111,565.23** |
| **II. Cash flows from investing activities** | | | |
| Cash received from return of investments | 10,000.00 | 30,000.00 | 21,634.69 |
| Cash received from returns on investments | 66.42 | 160.27 | 104.37 |
| Net cash received from disposal of fixed assets, intangible assets and other long-term assets | - | 34.18 | 665.79 |
| Net cash received from the disposal of subsidiaries and other business entities | - | - | - |
| Other cash received relating to investing activities | - | - | - |
| **Subtotal of cash inflows** | **10,066.42** | **30,194.45** | **22,404.85** |
| Cash paid for the purchase and construction of fixed assets, intangible assets and other long term assets | 67,617.89 | 83,331.01 | 74,629.85 |
| Cash paid for investments | 33,000.00 | 30,000.00 | 20,500.00 |
| Net cash paid for the acquisition of subsidiaries and other business entities | 4,364.52 | 1,217.70 | - |
| Other cash paid relating to investing activities | - | - | - |
| **Subtotal of cash outflows** | **104,982.41** | **114,548.71** | **95,129.85** |
| **Net cash flows from investing activities** | **-94,915.99** | **-84,354.25** | **-72,725.00** |
| **III. Cash flows from financing activities** | | | |

BNBMPLC0010021

| | | | |
|---|---|---|---|
| Cash received by absorbing investments | - | - | 450.00 |
| Including: cash received by subsidiaries by absorbing investments from minority shareholders | - | - | 450.00 |
| Cash received from borrowings | 303,300.00 | 339,908.00 | 281,936.80 |
| Other cash received relating to financing activities | - | - | - |
| **Subtotal of cash inflows** | **303,300.00** | **339,908.00** | **282,386.80** |
| Cash paid for repayments of debts | 311,830.00 | 322,245.00 | 269,296.65 |
| Cash paid for distribution of dividends or profits, or cash payments for interests | 61,986.59 | 63,838.94 | 41,462.71 |
| Including: dividends and profits paid by subsidiaries to minority shareholders | 995.53 | 991.77 | 695.90 |
| Other cash payments relating to financing activities | 1,897.12 | 9,998.65 | 2,402.20 |
| **Subtotal of cash outflows** | **375,713.71** | **396,082.58** | **313,161.56** |
| **Net cash flows from financing activities** | **-72,413.71** | **-56,174.58** | **-30,774.76** |
| **IV. Effect of exchange rate change upon cash** | **-15.94** | **-15.79** | **-24.69** |
| **V. Net increase in cash and cash equivalents** | **-21,633.99** | **6,135.96** | **8,040.78** |
| Add: cash and cash equivalents at beginning of period | 58,238.00 | 52,102.04 | 44,061.27 |
| **VI. Cash and cash equivalents at end of period** | **36,604.01** | **58,238.00** | **52,102.04** |

## II. Pro forma financial statements of BNBMPLC for the most recent two years

Baker Tilly has audited the pro forma financial statements and notes prepared by BNBPLC for 2014 and 2015 according to asset and business structures upon completion of the proposed asset restructuring, and issued the Review Report TAYZ No.[2016]7645-4. Baker Tilly holds the view that: "during our review, we have not noticed any matter that enables us to believe the financial statements were not prepared according to the Accounting Standard for Business Enterprises and the basis of preparation in note 3 of the pro forma consolidated financial statements and fail to fairly represent the financial status and operating results of the reviewed unit in all material respects." The reviewed pro forma financial statements of BNBMPLC for 2014 and 2015 are as follows:

## (I) Pro forma balance sheets of BNBMPLC for the most recent two years

Unit: RMB10,000

| Item | Dec. 31, 2015 | Dec. 31, 2014 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Monetary funds | 54,780.12 | 126,947.69 |
| Financial assets measured at fair value whose variation is included into current profit or loss | 131,076.04 | 117,832.48 |
| Notes receivable | 10,754.94 | 11,969.54 |
| Accounts receivable | 18,833.96 | 23,281.24 |
| Advances to suppliers | 34,234.69 | 54,928.18 |
| Other receivables | 38,624.81 | 22,527.49 |
| Inventories | 137,675.71 | 162,935.04 |
| Other current assets | 37,002.00 | |
| **Total current assets** | **462,982.26** | **520,421.66** |
| NON-CURRENT ASSETS | | |
| Financial assets available for sale | 19,803.81 | 1,819.06 |

BNBMPLC0010022

| | | |
|---|---:|---:|
| Long-term equity investment | 12,293.03 | 12,008.87 |
| Investment real estate | 4,360.96 | 4,473.68 |
| Fixed assets | 651,759.89 | 586,624.84 |
| Construction in progress | 92,863.35 | 111,107.37 |
| Disposal of fixed assets | - | - |
| Intangible assets | 145,517.00 | 111,876.61 |
| Goodwill | 2,888.97 | 2,888.97 |
| Long-term deferred expenses | 1,323.36 | 1,097.24 |
| Deferred income tax assets | 1,525.80 | 2,050.27 |
| Other non-current assets | 118.41 | 387.75 |
| **Total non-current assets** | **932,454.57** | **834,334.65** |
| **Total assets** | **1,395,436.83** | **1,354,756.31** |
| CURRENT LIABILITIES | | |
| Short-term borrowings | 168,714.30 | 216,200.00 |
| Notes payable | 56,110.36 | 39,599.15 |
| Accounts payable | 59,085.42 | 75,657.26 |
| Advances from customers | 6,940.64 | 6,585.71 |
| Compensation payable to employees | 5,145.66 | 4,452.40 |
| Taxes and fees payable | 2,550.33 | -2,628.08 |
| Interest payable | 2,738.12 | 3,155.53 |
| Dividend payable | 33.75 | 33.75 |
| Other payables | 11,713.54 | 11,084.45 |
| Non-current liabilities maturing within one year | 2,044.30 | 16,390.00 |
| Other current liabilities | 10,000.00 | 60,000.00 |
| **Total current liabilities** | **325,076.41** | **430,530.17** |
| NON-CURRENT LIABILITIES | | |
| Long-term borrowings | 10,306.40 | 4,005.00 |
| Bonds payable | 50,000.00 | - |
| Long-term payables | 1,098.41 | 1,963.76 |
| Long-term compensation payable to employees | - | - |
| Special payables | 612.63 | 603.59 |
| Estimated liabilities | - | - |
| Deferred income | 46,472.85 | 47,311.63 |
| Deferred income tax liabilities | 727.81 | 327.01 |
| Other non-current liabilities | - | - |
| **Total non-current liabilities** | **109,218.10** | **54,211.00** |
| **Total liabilities** | **434,294.51** | **484,741.17** |
| Owners' equity | | |
| Total equity attributable to owners of parent company | 952,044.80 | 861,620.38 |
| Minority interest | 9,097.51 | 8,394.76 |
| **Total owners' equity** | **961,142.32** | **870,015.14** |
| **Total Liabilities and Owners' Equity** | **1,395,436.83** | **1,354,756.31** |

## (II) Pro forma income statements of BNBMPLC for the most recent two years

Unit: RMB10,000

| Item | 2015 | 2014 |
|---|---:|---:|
| **I. Total operating revenue** | **755,117.88** | 829,503.22 |
| Including: operating income | 755,117.88 | 829,503.22 |

BNBMPLC0010023

| | | |
|---|---|---|
| **II. Total operating cost** | **620,290.87** | 682,293.43 |
| Including: operating cost | 519,097.14 | 581,488.17 |
| Business tax and surcharge | 4,008.07 | 1,776.34 |
| Selling expenses | 28,191.12 | 29,342.56 |
| Management expenses | 55,311.08 | 51,757.58 |
| Financial expenses | 13,053.28 | 17,671.27 |
| Asset impairment loss | 630.17 | 257.50 |
| Add: gains from changes in fair value (losses expressed with a "-" | 243.56 | 832.48 |
| Investment income | 9,321.51 | 811.90 |
| Including: income from investments in associates and joint ventures | 585.59 | 515.70 |
| **III. Operating profit (losses expressed with a "-" symbol)** | **144,392.09** | 148,854.17 |
| Add: non-operating income | 12,853.71 | 18,313.28 |
| Including: gains from disposal of non-current assets | 8.36 | 14.62 |
| Less: non-operating expenditure | 16,518.13 | 900.73 |
| Including: losses from disposal of non-current assets | 225.32 | 346.44 |
| **IV. Total profit (total loss expressed with a "-" symbol)** | **140,727.67** | 166,266.72 |
| Less: income tax expenses | 19,149.57 | 19,354.07 |
| **V. Net profit (net loss expressed with a "-" symbol)** | **121,578.10** | 146,912.66 |
| Including: net profit realized by the merged party before merger | **–** | - |
| Net profit attributable to owners of parent company | 120,830.93 | 146,262.85 |
| Minority interest income | 747.17 | 649.81 |
| **VI. After-tax amount of other comprehensive income** | **–** | - |
| After-tax amount of other comprehensive income attributable to owners | **–** | - |
| After-tax amount of other comprehensive income attributable to minority | **–** | - |
| **VII. Total comprehensive income** | **121,578.10** | 146,912.66 |
| Total comprehensive income attributable to owners of parent company | 120,830.93 | 146,262.85 |
| Total comprehensive income attributable to minority shareholders | 747.17 | 649.81 |
| **VIII. Earnings per share** | | |
| (1) Basic earnings per share | 0.68 | 0.92 |
| (2) Diluted earnings per share | 0.68 | 0.92 |

BNBMPLC0010024

# Chapter 12 Horizontal Competition and Related-Party Transaction

## I. Impacts on horizontal competition from this Transaction

Prior to completion of this Transaction, no horizontal competition has existed between the Company and the actual controller, and its related enterprises. After completion of this Transaction, no horizontal competition will exist between the Company and the actual controller, and its related enterprises, either. To further avoid horizontal competition, the Counterparties have made a promise that "we, as a company/partnership or I, as an individual, promise that we/I will not deal with the business throwing us/I in competition with the listed company in its existing principal business of gypsum board and light steel studs. Except the listed company, we, as a company/partnership or I, as an individual, do not and will not deal with the business constituting competition with the listed company in the above existing principal business after completion of this Transaction through other enterprises in any place and in any manner. If the wholly-owned and holding enterprises invested by we, as a company/partnership or I, as an individual in the future deal with the business constituting competition with the listed company in the above existing principal business after completion of this Transaction, we, as a company/partnership or I, as an individual, will stop dealing with the competitive business or transfer the competitive business to a third party with no associated relationship to avoid horizontal competition."

## II. Impacts on related transactions from this Transaction

Prior to completion of this Transaction, Taishan' financial statements have been included into the consolidated financial statements of the Company. Taishan's associated transactions have been reflected in the consolidated statements of the Company. After execution of this Transaction, Taishan will become the wholly-owned subsidiary of the Company. The holding position of CNBMPLC, the controlling shareholder of BNBMPLC, will not change. In case of any related transaction after completion of this Transaction, disclosure obligation will be fulfilled continuously based on the principle of openness, fairness and justice, as well as requirements of the CSRC, Shenzhen Stock Exchange and other applicable laws and regulations, without prejudice to the interests of the listed company and all the shareholders.

During the reporting periods, lending and borrowing business occurred between some enterprises controlled by the Counterparties and the Target Company. The amounts were not big; the loans have been repaid and interest has been paid as agreed. According to the Promise on Reducing Related Transactions issued by the Counterparties, after completion of this Transaction, the Counterparties will strictly standardize related transactions with the listed company and the Target Company. Therefore, this Transaction will not increase related transaction with the listed company.

BNBMPLC0010025

# Chapter 13 Potential Risks

## I. Risks of possibly canceling or terminating this Transaction

Since the trading plan must meet various prerequisites, it will be subject to impacts from various factors in its execution, which may lead to cancellation of this Transaction or re-addressing of some issues, including but not limited to: risk of insider trading. Though the Company has developed confidentiality measures pursuant to relevant regulations, there is still a possibility that the Company may be involved in insider trading due to abnormal fluctuations or abnormal trading of its stock so that this Transaction will be suspended, terminated or cancellation.

## II. Approval risks of this Transaction

This Transaction has been considered and approved at the 11th interim meeting of the 5th Board of Directors, 15th interim meeting of the 5th Board of Directors, 16th interim meeting of the 5th Board of Directors, 1th interim meeting of the 6th Board of Directors and the 2nd interim general meeting 2016 of BNBMPLC. The implementation of this Transaction shall not be completed without the approval of China Securities Regulatory Commission and the fulfillment of other relevant conditions.

As adjustments have been made to the contributors of some counterparties in the plan, approval of the general meeting is required for the implementation of this Transaction. In addition, the approval of China Securities Regulatory Commission is also required for the implementation of this Transaction. The above approvals constitute the pre-condition of this Transaction. The availability and timing of such approvals are uncertain. Therefore, there are approval risks as to the final successful implementation of the plan for this Transaction. Investors must be cautious about investment risks.

## III. Restructuring & integration risks

Through this Transaction, Taishan will become a wholly-owned subsidiary of BNBMPLC. It is uncertain to some extent how related assets and personnel will develop through the Company's platform, and whether an expected synergistic effect will be created with the existing business segment of the Company. Therefore, the Company will be at restructuring and business integration risks.

In addition, with further expansion of the Company's business and scale upon completion of this Transaction, assets management will be more difficult; demand for excellent talents will increase further; the Company will have to meet higher requirements for organizational structure, internal control, capital management and personnel placements, etc. The Company's failure to establish effective communication and coordination systems, develop highly efficient management model and organizational structure, improve training and incentive mechanism for excellent talents will possibly lead to reduced management efficiency and rising operating costs. And it will be difficult to realize the synergies of resources integration, resulting in lower-than-expected results of restructuring.

## IV. Industry & business risks

## (1) Risks of raw material and fuel price fluctuations

BNBMPLC0010026



The main raw materials needed by the Company and Target Company for their production are industrial by-product gypsum and covering paper; the main fuel is coal. During 2013-2015, the Company's total raw materials, fuels and power accounted for 84.50%,84.28% and  82.56% of its operating costs respectively. Price fluctuations of raw materials and fuels had direct impacts on the Company's economic benefits. In recent years, the Company has tried to maintain stability of production costs by building plants close to feedstocks and establishing consummate cost control system. Large changes in prices of raw materials and fuels in the future will directly cause fluctuations of procurement costs directly, bringing certain risks to the sustained and steady growth of the Company's profitability.

## (2) Risks of fierce industrial competition

The main gypsum board business of the Company and the Target Company is related to a perfectly competitive industry. The current competition mainly involves the Company and a handful foreign-funded enterprises, such as Saint-Gobain, Boral, Knauf as well as a number of domestic medium-and large-sized enterprises.  The market competition is fierce. Through market integration and restructuring over the past few years, especially the introduction of the Catalogue for the Guidance of Industrial Structure Adjustment (2011 edition) (revised), less than 10mn square meters /year of gypsum board production lines have been identified as the eliminative category and less than 30mn square meters/year of gypsum board production lines have been identified as the restrictive category, leading to the elimination of a group of small-sized manufacturers characterized by a small production scale,  backward techniques, low-quality products and lack of independent brands, improved market concentration, higher industry barriers and standardized competition order. To some extent, the improvement in market concentration has strengthened the competition among dominant enterprises in terms of resources, techniques, brands and talents, etc., so that the Company has to face certain pressure on sustained enhancement in marketing and market share.

In recent years, the Company's "Dragon Brand" gypsum board positioned in high-end market and "Taishan Brand" gypsum board positioned in low-end market have accounted for nearly 50% of the domestic market together. Competitors of the "Dragon Brand" gypsum board are the aforementioned foreign-funded enterprises with the international standard of production equipment, technology R&D and product quality, while those of "Taishan Brand" gypsum board are mainly a huge number of domestic medium- and small-sized gypsum board and building material enterprises characterized by low-price products and strong regional feature. At present, the Company has an obvious advantage in scale and techniques. But with promotion and development of gypsum board industry towards greenness, environmental protection and energy saving, etc., it is expected that the industrial structure will be adjusted further and competition of gypsum board industry will become increasingly fierce. In the future, the Company may face the risks relating to increased pressure due to industry competition.

## (3) Risks of real estate industry volatility

The building material industry that the Company and the Target Company are engaged in develops in close association with macroeconomics and subject to complex impacts from macroeconomic factors, such as scale of fixed assets investment and urbanization process.

Products of the Company and the Target Company mainly target public decoration market and housing construction market, and are applied in such real estate projects as landmark

BNBMPLC0010027



buildings, hotels, office buildings, commercial properties and houses. National policy introduced in real estate industry and development of the real estate industry produce certain impacts on the Company's production and operation. Since 2010, the Chinese government has rolled out a series of initiatives in relation to land, taxation and restricted purchase to regulate the real estate industry. After introduction of regulatory real estate policies, growth of the real estate industry has declined to some extent. If the real estate industry fluctuates greatly in terms of scale of investment and growth rate in the future, the Company's business performance will be affected to some extent.

**V. Downside risks of performance of Target Assets**

Business of the Target Company is subject to impacts from macroeconomics and industry factors. Despite the Target Company will strive to strengthen its management and improve its efficiency to cope with impacts from negative factors brought about by macroeconomic and industrial downturn, there may still be such impacts on the Company as caused by poor profitability of the assets to be injected and even decline in performance. Therefore, the Target Assets of this Transaction will face risks of declined performance.

**VI. Litigation risk**

Since 2009, several US homeowners, housing construction companies and others have filed multiple lawsuits against quite a few enterprises, including at least dozens of Chinese gypsum board manufacturers, such as BNBMPLC and its subsidiary Taishan, etc. On the grounds that the gypsum boards have quality problems, they claimed compensation for various alleged losses incurred due to quality problems of the gypsum boards.

Since 2010, BNBMPLC has engaged well-known US law firms for legal advisory services on related issues of the US gypsum board litigations. Taishan engaged bothdomestic and foreign law firms to represent Taishan for response and defense in the gypsum board litigation in order to protect Taishan's rights and interests. Given litigation process, BNBMPLC also engaged both domestic and foreign law firms to represent BNBMPLC for response and defense in the gypsum board litigation in order to protect BNBMPLC's rights and interests.

So far, the litigation  involving BNBMPLC and Taishan are still pending. As a result, BNBMPLC and Taishan are unable to determine the number of plaintiffs and properties involved in the litigation, and it is difficult to forecast possible results of judgments accurately. BNBMPLC and Taishan have engaged both domestic and foreign lawyers to study and assess responding strategies for this case and impacts on BNBMPLC and Taishan. At present, it is difficult to ascertain accurately the potential economic loss to BNBMPLC and Taishan and influence on the profits for the term brought by the litigation. Therefore, may the investor pay attention to the investment risk..

**VII. Risks of failing to promise performance for this Transaction**

This Transaction is about acquiring the shares held by minority shareholders of a controlled subsidiary of Listed Company.  It is confirmed through friendly consultation that both parties to this Transaction do not make the matter of compensating for performance commitment a condition for this Transaction during negotiation on this restructuring issue, and investors are advised to pay attention to the risk of the Counterparties failing to make promise for performance compensation.

**VIII. Risks of increasing appraised value of the Target Assets**

BNBMPLC0010028