As of the base date of the appraisal, the shareholders' equity attributable to parent company measured on the scale of audited and consolidated 100% stake of Taishan, the Target Company involved in this Transaction is RMB3.2390905bn, with appraised value of RMB11.98714bn, estimated appreciation of RMB8.7480495bn, and estimated appreciation rate of 270.08%. Due to the substantial increase, investors are advised to notice the risk of increasing appraised value of the Target Assets in this Transaction.

BNBMPLC0010029

# Chapter 14 Other Important Issues

**I. Will the Company's funds and capitals be occupied by actual controller or other related party and will the Company provide a guarantee for actual controller or other related party upon completion of this Transaction**

As of the siging date of this Report, the Company's funds and capitals have not been occupied by actual controller or other related party or the Company has not provided a guarantee for actual controller or other related party. Upon completion of this Transaction, the Company will neither increase the funds occupied by related party, nor provide a guarantee for related party.

**II. Impacts of this Transaction on liability structure of the listed company**

Prior to this Transaction, Taishan has already been a controlled subsidiary of the listed company and included into the consolidated statement of the listed company. This Transaction is in relation to acquisition of minority interests of the controlled subsidiary Taishan by the listed company. The listed company's consolidated financial statements, and the amount and structure of assets, amount and structure of liabilities, operating revenue and costs as well as expenses included into the consolidated financial statements will not have significant change after this Transaction compared with before.

**III. Major assets transactions of the Company over the past 12 months**

The Company had no significant asset transactions over the past 12 months.

**IV. Impacts of this Transaction on governing mechanism of the listed company**

**(1) Basic governing mechanism of the Company upon completion of the transaction**

Prior to this Transaction, the Company has established and improved the basic corporate governance structure, developed and complied with related rules of procedure or work rules strictly in accordance with laws, rules and regulations, such has the Company Law, Securities Law and Guidelines for Governance of Listed Companies, etc.

Upon completion of this Transaction, the Company will continue to maintain compliant and highly efficient corporate governance structure, perfect internal management and control system, standardize corporate operation, improve corporate governance and protect interests of shareholders and investors.

(2) Measures to improve the corporate governance structure

After this Transaction is completed, Taishan will change from the Company's controlled subsidiary to a wholly-owned subsidiary. Synergies generated by the acquisition will expand business scale of the Company. However the Company's business structure and governance structure will not change.

The Company will continue to perfect corporate governance structure, standardize corporate operation and management, enhance operating efficiency and profitability further in accordance with laws, rules and regulations; such has the Company Law, Securities Law and Guidelines for Governance of Listed Companies, etc.

BNBMPLC0010030



## V. The Company's profit distribution policy & corresponding arrangement

The Company's basic principles, detailed policies and review process for profit distribution are as follows:

### (1) Basic principles for the Company's profit distribution policy

A. The Company takes into full account return to investors and allocates dividends to shareholders according to the predetermined percentage relative to profit available for distribution of the parent company for the year on a yearly basis;

B. The Company maintains the continuity and stability of its profit distribution policy, while taking into account the long-term interests of the Company, overall interests of all shareholders and sustainable development of the Company.

C. The Company distributes profit with a preference to cash dividends. Profit shall be distributed through cash dividends if related conditions are satisfied. If profit is distributed through stock dividends, truly rational factors, such as corporate growth and dilution of net assets per share, shall be satisfied.

### (2) Detailed profit distribution policy of the Company

A. Form of distribution of profit: the Company distributes profit in cash, stock or a combination of cash and stock. If the conditions allow, the Company may conduct interim profit distribution.

B. Specific conditions, percentage and interval for distributing cash dividends: except in special circumstances, when the Company's earnings for a year and cumulated undistributed profits are positive, dividends shall be distributed in cash. Profits distributed in cash each year shall be no less than 20% of profits available for distribution of parent company for the same year; or the profits distributed in cash cumulatively over the past 3 years shall be no less than 30% of average annual profits available for distribution over the past 3 years. The special circumstances are: a. audit institution does not issue unqualified auditor's report based on the Company's financial statements for the year; b. the Company's net operating cash flow recorded for the year is less than the amount of cash dividends determined according to the predetermined percentage; c. the Company has important investment plans or has significant cash outlays, etc. (the cumulative amount of investment plans and cash outlays for the year exceeds 30% of the audited net assets of the Company for the last year, except for fund-raising projects). When the aforementioned requirements for distribution of cash dividends are met, the Company shall, in principle, distribute cash dividends once a year. The Board of Directors of the Company may suggest the Company conduct interim cash dividend distribution according to the Company's profitability and demand for funds. Unless proved and agreed by the Board of Directors, and commented by independent directors independently as well as passed by the Board of Supervisors, the interval between 2 distributions of cash dividends shall be no less than 6 months in principle.

C. With regard to differentiated cash dividend policy, the Board of Directors of the listed company shall synthetically consider such factors as industry characteristics, development stage, its own business model, profitability and arrangements for major capital expenditure if there is any, distinguish the following circumstances and develop differentiated cash dividend policy according to procedures specified in this chapter: a. when the Company is at a mature stage with no major capital expenditure, to distribute the profits, the cash

BNBMPLC0010031

dividends shall account for at least 80% of the profits to be distributed; b. when the Company is at a mature stage with major capital expenditure, to distribute the profits, the cash dividends shall account for at least 40% of the profits to be distributed; c. when the Company is at a growth stage with major capital expenditure, to distribute the profits, the cash dividends shall account for at least 20% of the profits to be distributed. When the development stage of the Company cannot be identified easily, but it has major capital expenditure, the provisions of the preceding paragraph can be referred.

D. Specific conditions for allocating stock dividends by the Company:  if the Company operates well and the Board of Directors holds that when the Company's stock price is inconsistent with its share capital and distributing stock dividends will be in favor of the interests of all shareholders of the Company, stock dividend allocation plan can be proposed if the conditions for distributing cash dividends above are satisfied.

### (3) Process to review profit distribution plan of the Company

A. The Company's profit distribution plan is formulated by the Board of Directors and submitted to general meeting of shareholders for review after a special resolution is developed from it. While the profit distribution plan is reviewed, the Company shall provide online voting to shareholders.

B. When the Company formulates a detailed plan for cash dividends, the Board of Directors shall study and demonstrate carefully opportunities, conditions, lowest percentage, adjustment conditions and decision-making process as well as requirements in relation to cash dividends. Independent directors shall express their opinions clearly. Independent directors may solicit opinions from minority shareholders, raise dividend proposal and submit it directly to the Board of Directors for approval. Before the detailed plan for cash dividends is considered at the general meeting of shareholders, the Company shall proactively communicate and exchange views with shareholders, especially minority shareholders through various channels, listen to their opinions and appeals, reply to minority shareholders regarding their issues of concern in a timely manner.

C. When the Company does not distribute cash dividends due to the special circumstances specified in preceding sub-paragraph B of paragraph (2), the Board of Directors shall present a special statement in relation to specific reasons for distributing no cash dividends, exact purpose of the Company's retained earnings and expected return on investment, etc. The statement shall be submitted to the general meeting of shareholders for review after being commented by independent directors, and be disclosed through the media designated by the Company.

### (4) Execution and changes of the Company's profit distribution plan

A. Execution of the Company's profit distribution plan: after a decision is made on the profit distribution plan at the general meeting of shareholders, the Board of Directors shall finish distributing dividends (or shares) within 2 months after the meeting.

B. Changes of the Company's profit distribution policy: in case force majeure events occur, such as war, natural disasters, etc., or the Company's external business environment is changed with substantial impacts on the Company's production and operation, or the Company's own operating conditions are changed substantially, the Company may adjust the profit distribution plan. The Board of Directors shall specially discuss about the Company's adjustment of the profit distribution policy, demonstrate in detail reasons for

BNBMPLC0010032

adjustment and prepare a written feasibility report. The report will be submitted to independent directors for review and then be passed at the general meeting of shareholders as a special resolution. When changes of the profit distribution plan are reviewed, the Company shall provide online voting to shareholders.

## VI. Verification of stock sales & purchase

In accordance with Rules No.26 on Contents and Format of Information Disclosure by Companies Publicly Issuing Securities – Major Assets Restructuring of Listed Companies (revised in 2014) ([2014] No.54 Circular of the CSRC), Notice on Standardizing Information Disclosure of Listed Companies and Behaviors of Parties Concerned (ZJGSZ [2007] No.128 Document of the CSRC) and relevant requirements of the Shenzhen Stock Exchange, the Company, controlling shareholder, actual control, Counterparties and their respective directors, supervisors, senior officers, professional agencies, other legal persons and natural persons aware of this Transaction, and the direct relatives of the aforementioned parties (spouses, parents, sons and daughters over age of 18, hereinafter collectively referred to as "Parties within Scope of Self-examination" ) conducted self-examination as to whether they bought or sold the Company's shares within 6 months berfore the date that the Company suspended stock trading (April 10, 2015) up to and including January 15, 2016 and issued self-examination reports.

According to the self-examination reports of the parties concerned and inquires provided by China Securities Depository and Clearing Corporation Limited, Shenzhen Branch, purchase and sale of the listed company's shares by Parties within Scope of Self-examination during the period between October 10, 2014 and April 9, 2015 are as follows:

| Name of trader | Association | Date of transaction | Nature of transaction | No.of shares traded (share) |
|---|---|---|---|---|
| Wang Lifeng | The Counterparty is director of Taishan. | Oct. 10, 2014 | Buy | 100 |
| | | Oct. 14, 2014 | Buy | 100 |
| | | Oct. 16, 2014 | Buy | 100 |
| | | Oct. 17, 2014 | Buy | 200 |
| | | Oct. 21, 2014 | Sell | 500 |
| | | Oct. 22, 2014 | Sell | 300 |
| | | Dec. 5, 2014 | Buy | 100 |
| | | Dec. 8, 2014 | Buy | 200 |
| | | Dec. 9, 2014 | Sell | 300 |
| Shi Meiling | The Counterparty is the spouse of Cao Zhiqiang, chief engineer of Taishan. | Nov. 3, 2014 | Sell | 500 |
| | | Dec. 8, 2014 | Buy | 100 |
| | | Dec. 18, 2014 | Buy | 300 |
| | | Dec. 19, 2014 | Buy | 600 |
| | | Dec. 23, 2014 | Buy | 300 |
| | | Dec. 26, 2014 | Sell | 300 |
| | | Jan. 5, 2015 | Sell | 200 |
| | | Jan. 12, 2015 | Buy | 200 |
| | | Feb. 16, 2015 | Sell | 500 |
| | | Mar. 2, 2015 | Sell | 300 |
| | | Mar. 3, 2015 | Sell | 200 |

BNBMPLC0010033

| Name of trader | Association | Date of transaction | Nature of transaction | No.of shares traded (share) |
|---|---|---|---|---|
| Peng Chunmei | The Counterparty is the spouse of Yang Zhengbo. | Dec. 31, 2014 | Buy | 1,000 |
| | | Jan. 5, 2015 | Sell | 1,000 |
| | | Jan. 12, 2015 | Buy | 1,800 |
| | | Jan. 21, 2015 | Sell | 1,800 |
| Song Wei | The Counterparty is the spouse of Song Wei, managing partner of Tai'an Changyuan Investment Center (LP). | Dec. 8, 2014 | Buy | 200 |
| | | Dec. 18, 2014 | Buy | 300 |
| | | Dec. 19, 2014 | Buy | 600 |
| | | Dec. 26, 2014 | Sell | 200 |
| | | Feb. 16, 2015 | Sell | 500 |
| | | Mar. 2, 2015 | Sell | 300 |
| | | Mar. 3, 2015 | Sell | 200 |
| Liu Qinwei | The Counterparty is the spouse of Song Wei, managing partner of Tai'an Changyuan Investment Center (LP). | Feb. 13, 2015 | Buy | 300 |
| | | Feb. 16, 2015 | Sell | 300 |
| | | Feb. 16, 2015 | Buy | 100 |
| | | Feb. 17, 2015 | Sell | 100 |
| Sun Li | The Counterparty is the spouse of Pei Qingyong, managing partner of Tai'an Shunchang Investment Center (LP). | Dec. 29, 2014 | Sell | 100 |
| | | Feb. 2, 2015 | Buy | 100 |
| | | Mar. 5, 2015 | Buy | 100 |
| | | Mar. 9, 2015 | Sell | 100 |
| | | Mar. 10, 2015 | Sell | 100 |
| | | Mar. 19, 2015 | Buy | 100 |
| | | Mar. 26, 2015 | Sell | 100 |
| | | Apr. 9, 2015 | Buy | 100 |
| Liu Jinzhi | The Counterparty is the spouse of Xiao Jiaxiang, vice president of controlling shareholder BNBMPLC. | Oct. 22, 2014 | Sell | 10,000 |
| Peng Weifei | The Counterparty is the daughter of Peng Xuefeng, external director of actual controller CNBM Group.T | Feb. 25, 2015 | Buy | 3,000 |
| | | Feb. 26, 2015 | Buy | 2,000 |
| | | Feb. 27, 2015 | Sell | 1,000 |
| | | Feb. 27, 2015 | Buy | 1,000 |
| | | Mar. 2, 2015 | Sell | 2,000 |
| | | Mar. 3, 2015 | Sell | 3,000 |

With respect to the said buying and selling of BNBMPLC shares, the foregoing personnel make the following statement: My act of trading BNBMPLC shares between 6 month prior to Application by BNBMPLC's Board of Directors for stock suspension for the purpose of this transaction (i.e., from October 10, 2014 to April 9, 2015) and the signing date of these Notes is an operation based on my own judgment of stock transaction on secondary market. I have not known the negotiation content of this transaction and associated information, and my buying and selling of BNBMPLC shares is an investment decision based on publicly available information on market and my own judgment and is not a transaction involving use of inside information. I hereby warrant that I will neither buy nor sell BNBMPLC shares between the issuing date of this statement and the completion date of this transaction.

BNBMPLC0010034

Based on self-inspection reports of all parties and inquiry records issued by China Securities Depository and Clearing Co., Ltd. Shenzhen Branch, the buying and selling of listed company's shares by personnel within the self-inspection scope during the period between April 10, 2015 and January 15, 2016 is specified below:

| Trader's name | Association relationship | Trading date | Trading nature | Number of shares traded (shares) |
|---|---|---|---|---|
| Sun Aiju | Mother of Ren Xue, a counterparty | November 2, 2015 | Buy | 100 |
| | | November 11, 2015 | Sell | 100 |
| | | November 16, 2015 | Buy | 200 |
| | | November 18, 2015 | Sell | 200 |
| Li Zuoyi | Counterparty | November 5, 2015 | Buy | 2,000 |
| | | November 12, 2015 | Sell | 2,000 |
| | | December 24, 2015 | Buy | 2,400 |
| | | January 8, 2016 | Sell | 1,200 |
| | | January 11, 2016 | Sell | 1,200 |
| | | January 12, 2016 | Buy | 2,400 |
| Liu Qinwei | Spouse of Song Wei, executive partner of Tai'an Changyuan Investment Center (limited partnership) | November 11, 2015 | Buy | 400 |
| | | November 12, 2015 | Sell | 400 |

With respect to the said buying and selling of BNBMPLC shares, the foregoing personnel make the following statement:

Sun Aiju makes the following statement with respect to the buying and selling of BNBMPLC shares: 1. My act of trading BNBMPLC shares between 6 month prior to Application by BNBMPLC's Board of Directors for stock suspension for the purpose of this transaction (i.e., from October 10, 2014 to April 9, 2015) and the signing date of these Notes is an operation based on my own judgment of stock transaction on secondary market. I have not known the negotiation content of this transaction and associated information, and my buying and selling of BNBMPLC shares is an investment decision based on publicly available information on market and my own judgment and is not a transaction involving use of inside information. The relevant trading act is an operation error due to my failure to understand reorganization laws and regulations. 2. The proceeds of my foregoing trading act of BNBMPLC shares total RMB89, and I agrees to turn in and have already turned in to BNBMPLC. 3. I hereby warrant that I will neither buy nor sell BNBMPLC shares between the issuing date of this statement and the completion date of this transaction. If I violate the following warranty, BNBMPLC may take back my proceeds and mete out punishments depending on the severity of such violation. If BNBMPLC suffers certain loss, it may prosecute my legal responsibility according to law.

Li Zuoyi makes the following statement with respect to the buying and selling of BNBMPLC shares: 1. My stock account has been always managed by my spouse Lu Aiyun for me and on my behalf. The trading by my stock account of BNBMPLC shares between 6 month prior to Application by BNBMPLC's Board of Directors for stock suspension for the

BNBMPLC0010035

purpose of this transaction (i.e., from October 10, 2014 to April 9, 2015) and the signing date of these Notes is an operation by her based on her own judgment of stock transaction on secondary market. She has not known the negotiation content of this transaction and associated information, and her buying and selling of BNBMPLC shares is an investment decision based on publicly available information on market and her own judgment and is not a transaction involving use of inside information. The relevant trading act is an operation error due to my and her failure to understand reorganization laws and regulations. 2. I sold a total of 4,400 BNBMPLC shares and made a loss totaling RMB7,296 and did not receive any proceeds. 3. I hereby warrant that I will neither buy nor sell BNBMPLC shares between the issuing date of this statement and the completion date of this transaction. If I violate the following warranty, BNBMPLC may take back my proceeds and mete out punishments depending on the severity of such violation. If BNBMPLC suffers certain loss, it may prosecute my legal responsibility according to law. After the completion of this reorganization, if the selling of 2,400 shares held by me as at the signing date of these Notes generates any proceeds, I agrees to turn in all such proceeds to BNBMPLC within 3 workdays of such selling.

Liu Qinwei makes the following statement with respect to the buying and selling of BNBMPLC shares: 1. My act of trading BNBMPLC shares between 6 month prior to Application by BNBMPLC's Board of Directors for stock suspension for the purpose of this transaction (i.e., from October 10, 2014 to April 9, 2015) and the signing date of these Notes is an operation based on my own judgment of stock transaction on secondary market. I have not known the negotiation content of this transaction and associated information, and my buying and selling of BNBMPLC shares is an investment decision based on publicly available information on market and my own judgment and is not a transaction involving use of inside information. The relevant trading act is an operation error due to my failure to understand reorganization laws and regulations. 2. My foregoing trading of BNBMPLC shares made a loss totaling RMB607 and generated no proceeds. 3. I hereby warrant that I will neither buy nor sell BNBMPLC shares between the issuing date of this statement and the completion date of this transaction. If I violate the following warranty, BNBMPLC may take back my proceeds and mete out punishments depending on the severity of such violation. If BNBMPLC suffers certain loss, it may prosecute my legal responsibility according to law.

## VII. Notes on abnormal fluctuation of stock price before the Company's stock suspension

For the purpose of planning significant matters, the Company applied to Shenzhen Stock Exchange for stock suspension expected to begin as from market opening on April 10, 2015. Subject to relevant stipulations of Article 5 of the "Notice on Regulating Listed Companies' Information Disclosure and Acts of Related Parties" (ZhengJianGongSiZi [2007]No.128), the calculation process of cumulative increase/decrease within 20 trading days prior to the Company's stock suspension is specified below:

| Item | 21st trading day before the Company's stock suspension (March 11, 2015) | 1st trading day before the Company's stock suspension (April 9, 2015) | Increase rate |
|---|---|---|---|
| Closing price of Company's stock (yuan/share) | 25.85 | 37.59 | 45.42% |
| Closing price of SSE 500 Index | 5,562.44 | 7,007.88 | 25.99% |

BNBMPLC0010036

| (399802.SZ) | | | |
|---|---|---|---|
| Closing price of Building Materials Index (886008.SI) | 4,746.33 | 6,093.71 | 28.39% |
| Increase rate after eliminating the impact of market index | 19.43% | | |
| Increase rate after eliminating the impact of the same industry sector | 17.03% | | |

To sum up, after elimination of the impact of market index and the same industry sector, the cumulative increase rate of BNBMPLC's stock price before this stock suspension did not exceed 20%, and such change does not constitute an abnormal fluctuation.

**VIII. Relevant entities and securities service institutions of this transaction were not involved in any circumstance excluding them from participation in material asset reorganization of any listed company subject to Article 13 of "Interim Provisions on Strengthening the Supervision of Abnormal Stock Transactions related to the Material Asset Reorganization of Listed Companies"**

None of BNBMPLC, Counterparties, Taishan and securities service institutions for this transaction, namely Morgan Stanley Huaxin Securities, Grandfield Law Offices, Baker Tilly China and Zhonghe Appraisal Co., Ltd. was involved in any circumstance as prescribed in Article 13 of "Interim Provisions on Strengthening the Supervision of Abnormal Stock Transactions related to the Material Asset Reorganization of Listed Companies" that excludes any of them from participation in any material asset reorganization of any listed company "due to such issues as being investigated due to suspected involvement in inside trading related to material asset reorganization or being otherwise investigated, or being given administrative punishment by China Securities Regulatory Commission or being prosecuted by judicial authority for criminal responsibility".

**IX. Arrangements for protecting the rights and interests of minority investors**

The following measures have been taken to protect the legitimate rights and interests of minority investors in designing and operation of this Transaction:

**(I) Strict compliance with the disclosure obligations for corporate information of the listed company**

This Transaction is the major event of the listed company. The Company has faithfully fulfilled the disclosure obligations as per requirements of the Company Law, Securities Law, Restructuring Measures, Measures for the Administration of Information Disclosure by Listed Companies, and Notice on Standardizing Information Disclosure by Listed Company and Behaviors of Related Parties, and will continue to fulfill the aforesaid obligations strictly. To protect legitimate rights and interests of investors and avoid stock price volatility as a result of this Transaction, parties to the transaction have taken strict security measures when starting to plan this Transaction, applying for suspension to Shenzhen Stock Exchange and disclosing material information that would affect stock price. After disclosure of this report, the Company will continue to disclose the progress in its restructuring timely and accurately pursuant to applicable laws and regulations.

**(II) Ensuring equitable and fair pricing for this Transaction**

The listed company has retained the accounting firm and asset appraisal institution with

BNBMPLC0010037



securities business qualifications to audit and appraise this Transaction, to ensure equitable, fair and reasonable pricing of the Target Assets. Independent directors of the listed company have offered independent opinions on fairness of the pricing of the assets involved in this Transaction. The independent financial advisor and legal counsel retained by the listed company will verify and examine compliance and risks of execution process of this Transaction, transfer of ownership of the assets and related subsequent matters, and offer clear opinions to ensure equitableness, fairness, legitimacy and compliance of the proposed restructuring, without prejudice to the interests of shareholders of the listed company.

**(III) Strict compliance with approval process for related-party transactions**

This Transaction is a related-party transaction. When the report was submitted to the Board of Directors for deliberations, independent directors offered independent opinions on this matter. The independent financial advisor provided an independent financial advisor's report.

**(IV) Ownership of profit and loss during the transition period of the proposed restructuring**

The profit of the Target Company generated during the period between the base date of asset appraisal and asset delivery date (i.e., the transition period) shall belong to BNBMPLC. The loss incurred by the Target Company during the transition period shall be borne by minority shareholders of Taishan according to their shareholding ratios.

After delivery of the Target Assets, the agent responsible for auditing annual reports of BNBMPLC will conduct special audit of Taishan to determine the profit generated and loss incurred during the period between the base date and delivery date of the Target Assets. If the delivery date falls prior to the 15th day (inclusive) of a month, the base date of profit and loss audit during the period will be the end of last month. If the delivery date falls after the 15th day of a month, the base date of profit and loss audit will be the end of the month. If there is a loss, minority shareholders of Taishan shall pay in cash for the loss borne by them respectively to BNBMPLC within 5 working days after the date of issuing the aforesaid special auditor's report

**(V) Online voting**

The Board of Directors of the Company has, prior to the convening of the Shareholders' Meeting aimed at deliberating this restructuring plan, made a suggestive announcement, reminding all shareholders to attend the extraordinary Shareholders' Meeting for deliberation of a plan on this Restructuring. The Company has adopted the combination of field voting and online voting and fully protect the interest of minority shareholders' exercising their voting rights in strict accordance with the stipulations of "Several Provisions on Strengthening the Protection of Shareholders' Interest of Public Shares".

**(VI) Arrangement for making up current EPS diluted as a result of the major asset restructuring**

According to the pro forma consolidated financial statements of the listed company reviewed by Baker Tilly, suppose the proposed acquisition of assets by issuing shares is completed on January 1, 2014, changes in net profit attributable to owners of parent company and EPS of BNBMPLC for 2014 and 2015 before and after this Transaction are as follows:

BNBMPLC0010038



| Item | 2015 | | 2014 | |
|---|---|---|---|---|
| | Before transaction (audited) | After transaction (pro forma) | Before transaction (audited) | After transaction (pro forma) |
| Net profit attributable to shareholders of parent company (RMB10,000) | 89,687.62 | 120,830.93 | 110,545.16 | 146,262.85 |
| Net profit attributable to shareholders of parent company after extraordinary items(RMB10,000) | 85,461.18 | 116,965.14 | 96,989.85 | 130,831.38 |
| Basic EPS (RMB/share) | 0.63 | **0.68** | 0.91 | **0.92** |
| Basic EPS after extraordinary items(RMB/share) | 0.60 | **0.65** | 0.80 | **0.82** |

Upon completion of this Transaction, BNBMPLC's net profit attributable to owners of parent company and EPS both increased slightly. It is expected that this Transaction will not dilute immediate return of the listed company.

### (7) Strict implementation of profit distribution policy of the listed company

Upon completion of the proposed restructuring, the listed company will continue to implement sustainable, stable and positive profit distribution policy according to applicable laws, regulations and stipulations of the Articles of Association, and improve operational performance and profit distribution policy continuously as well as safeguard the interests of all shareholders.

### X. Opinions of independent directors and agencies

### (I) Opinions of independent directors.

As independent directors, we have read documents in relation to this Transaction carefully. In accordance with the Guiding Opinions on Establishing Independent Director System by Listed Companies, Measures for the Administration of Major asset restructuring by Listed Companies, Stipulations on Several Issues on Standardizing Major asset restructuring of Listed Companies, Rules Governing the Listing of Stocks on Shenzhen Stock Exchange, normative documents and stipulations of the Articles of Association, we reviewed the matters in relation to the transaction of the Company carefully. Based on our independent judgment, we hereby offer our independent opinions on the matters in relation to this Transaction as follows:

1. The Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction (Draft) deliberated at the 15th extraordinary meeting of the 5th Board of Directors of the Company and the summary, as well as other related proposals have been recognized by us before being submitted to this shareholders' meeting for deliberations.

2. Determination of the issue price of the Company in this Transaction complies with applicable laws, regulations, and normative documents, such as the Measures for the Administration of Major Asset Restructuring by Listed Companies.

BNBMPLC0010039



3. The Company has signed an engagement agreement with appraisal institution Zhonghe Asset Appraisal Co., Ltd. The institution has securities business qualifications and appraisal certificate, and professional qualifications for appraisal, so it is capable of appraising this Transaction. Zhonghe Asset Appraisal Co., Ltd.  and the appraisers assigned by it neither have no associated relationship other than business relationship with related parties involved in this Transaction, nor have actual and expected interests or conflicts. So they are independent.

The prerequisites of assumption for this Transaction were established according to applicable laws and regulations and in line with general market practices and norms as well as actual conditions of the target of appraisal.  No facts contrary to the prerequisites of assumption for this Transaction have been found and the prerequisites of assumption for this Transaction are reasonable.

Necessary appraisal process was adopted for the proposed appraisal based on the principle of independence, objectiveness, scientificity and justice, etc. The results of the appraisal have reflected objectively and fairly the actual status of the Target Assets on base date of asset appraisal April 30, 2015, and the methods for appraising the assets are suitable, which indicates the results of the appraisal are fair. The assets to be acquired in this Transaction are priced according to the appraised value. With a fair and reasonable trading price, it will not damage the interests of the Company and minority shareholders. The issue price involved in this Transaction is RMB11.20/share. The determination of the issue price complies with relevant stipulations of laws and regulations, such as the Measures for the Administration of Major Asset Restructuring by Listed Companies. Pricing of the shares involved in this Transaction has followed market pricing theory. The price is fair and reasonable, without prejudice to the legitimate rights and interests of the Company and all shareholders.

4. The Counterparties involved in the proposed acquisition of assets by issuing shares are Tai'an Guotai Min'an Investment Group Co., Ltd.,35 natural persons, including Jia Tongchun as well as 10 limited partnerships, including Tai'an Heda Investment Center (LP). After verification, Tai'an Guotai Min'an Investment Group Co., Ltd. and Jia Tongchun shall be deemed related parties of the Company. This Transaction is the transaction between the Company and the shareholders holding potentially over 5% equity.  So it is a related-party transaction. We hold the view that, the deliberation process of this Transaction complies with applicable laws, regulations and articles of association of the Company, and the voting process complies with laws. The Framework Agreement on Acquisition of Assets by Issuing Shares and supplementary agreement as well las other matters signed between the Company and the Counterparties comply with applicable laws, regulations and policies of China, without prejudice to the interests of minority shareholders.

5. The Company's proposed acquisition of assets by issuing shares can help to further improve the Company's capacities in market competition, market expansion, control of resources and subsequent development, increase the Company's earnings, and strengthen anti-risk capability and capacity for sustainable development of the listed company. We hold the view that this Transaction is in the interests of the Company and all shareholders basically.

6. Contents of the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction (Draft) are true, accurate and complete. The report has disclosed in details the legal procedures to be followed in the proposed acquisition of assets by issuing shares, and fully disclosed the

BNBMPLC0010040

risks arising thereupon.

7. We agree upon the overall arrangements of the Board of Directors of the Company for this Transaction.

8. This Transaction is in the interests of the Company and all shareholders. All independent directors agree the Board of Directors to submit the proposals in relation to this Transaction to shareholders' meeting for deliberations.

### (II) Opinions of the independent financial advisor

Morgan Stanley Huaxin Securities, as the independent financial advisor of BNBMPLC, holds the view that this Transaction of BNBMPLC has complied with the Company Law, Securities Law and other applicable laws, regulations and stipulations of the association of articles of the Company, and disclosure obligations have been fulfilled to reflect the principle of openness, fairness and justice, which is in line with the overall and long-term interests of BNBMPLC and all shareholders and conductive to long-term development of BNBMPLC, after conducting a due diligence, checking carefully the Report  on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction and disclosure documents, and fully communicating with BNBMPLC and the law firm, audit and appraisal institutions retained by BNBMPLC according to laws, regulations and regulations as well as requirements of the CSRC, such as the Company Law, Securities Law, Restructuring Measures, Measures for the Administration of Business of Financial Advisor's for Listed Companies (ZJHL No.54), Business Guidelines and Listing Rules.

### (III) Opinions of legal counsels

Legal counsels from Grandfield Law Offices hold the view that:

1)  Taishan and some of its subsidiaries have obtained the property ownership certificates for part of the properties and land, etc. used by them, which will not affect the normal production and operation activities of Taishan and for which, Taishan will be punished and held accountable, as stated in writing by relevant authorities and competent government departments. In addition, this Transaction of the applicant complies with relevant stipulations of laws, regulations and normative documents, such as the Company Law, Securities Law, Measures for the Administration of Restructuring, and Measures for the Administration of Issuance.

2) The applicant is a listed company on Shenzhen Stock Exchange, Legally established and validly existing and with the qualification for the proposed acquisition of assets by issuing shares. The Counterparties are shareholders of Taishan, with the qualifications for participating into the proposed acquisition of assets by issuing shares.

3) The internal approval process followed by the applicant for this Transaction is legitimate and valid.

4) The Framework Agreement on Acquisition of Assets by Issuing Shares and relevant agreements represent the true meanings of all parties concerned and do not violate the applicable laws and regulations. Such agreements have legally binding force on parties to the agreements after entry into force.

5) The Target Assets to be acquired in this Transaction has clear ownership. There will be no legal obstacles for the transfer of the Target Assets.

BNBMPLC0010041



6) The disclosure of information completed by the applicant for this Transaction complies with applicable laws, regulations, rules and normative documents. The circumstances that the applicant fails to disclose the documents and agreements or arrangements that should have been disclosed do not exist.

7) This Transaction is still subject to the approval by the CSRC.

BNBMPLC0010042

# Chapter 15 Agencies and Responsible Staffs

## I. Independent financial advisor

Name: Morgan Stanley Huaxin Securities Co., Ltd.

Legal representative: Wang Wenxue

Domicile: 75T30,75/F, Shanghai World Financial Center, No 100, Century Avenue, Pudong, Shanghai

Telephone: 021-20336000

Fax: 021-20336040

Responsible staffs: Geng Lisheng, Zhou Lei, Liu Ji'ning, Lei Diya, Li Ziqin, Song Daichen

## II. Legal counsel

Name: Grandfield Law Offices

Head: Zhang Liguo

Domicile: 7/F, News Tower, Jianguomennei Avenue, Dongcheng District, Beijing

Telephone: 010-66090088/88004488

Fax: 010-66090016

Responsible counsel: Sun Dongsong, Mao Guoquan

## III. Audit institution

Name: Baker Tilly China Certified Public Accountants (SGP)

Head: Chen Yonghong

Domicile: Building 12, Foreign Cultural and Creative Garden, No.19, Chegongzhuang West Road, Haidian District, Beijing

Telephone: 010-88827799

Fax: 010-88018737

Responsible CPA: Zhou Baiming, Mo Wei

## IV. Asset appraisal institution

Name: Zhonghe Asset Appraisal Co., Ltd.

Legal representative: Yang Zhiming

Domicile: 13/F, Fuhua Building A, No.8, Chaoyangmen North Avenue, Dongcheng District, Beijing

Telephone: 010-58383601

BNBMPLC0010043



Fax: 010-65547182

Responsible certified appraiser: Li Zhanjun, Guo Pengfei, Feng Daoxiang

BNBMPLC0010044

# Chapter 16 Documents and Venues for Reference

## I. Documents for reference

1. Board resolutions of BNBMPLC regarding the proposed major asset restructuring

2. Independent opinions of independent directors on the proposed major asset restructuring

3. Agreements in relation to the proposed major asset restructuring

4. Auditor's report on the Target Company

5. Asset Appraisal Report on the Target Company and appraisal introduction

6. Pro forma auditor's report of BNBMPLC

7. Independent financial advisor's report provided by Morgan Stanley Huaxin Securities

8. Legal opinion provided by Grandfield Law Offices

## II. Venues for reference

Investors can access the documents for reference at the following venues:

Beijing New Building Materials Public Limited Company
Office address: 15/F, Tower 2, Guohai Plaza, No.17, Fuxing Road, Haidian District, Beijing
Legal representative: Wang Bing

Contact person: Zhang Xiao

Telephone: 010-68138786

Fax: 010-68138822

BNBMPLC0010045



# Chapter 17 Statements of the Company and Parties Concerned

BNBMPLC0010046

## Statement of the Company and all the directors

The Company and all members of the Board of Directors promise the report and summary, as well as application document provided by the Company for this Transaction are truthful, accurate and complete, with no misrepresentations, misleading statements or major omissions, and we will bear individual and joint liabilities for truthfulness, accuracy and completeness.

Signatures of all the directors:

| | | |
|---|---|---|
| Wang Bin | Chen Yu | Yang Yanjun |
| Chang Zhangli | Chen Xuean | Pei Hongyan |
| Chen Shaoming | Gu Xiujuan | Zhu Yan |

Beijing New Building Materials Public Limited Company

Date:

BNBMPLC0010047



## Statement of all the supervisors of BNBMPLC

The Company and all members of the Board of Supervisors promise the report and summary, as well as application document provided by the Company for this Transaction are truthful, accurate and complete, with no misrepresentations, misleading statements or major omissions, and we will bear individual and joint liabilities for truthfulness, accuracy and completeness.

Signatures of all the supervisors:


| Cao | Hu Jinyu | Qi |
| Jianglin | | Yingchen |


Beijing New Building Materials Public Limited Company

Date:

BNBMPLC0010048

## Statement of all the senior executives of BNBMPLC

The Company and all the senior executives promise the report and summary, as well as application document provided by the Company for this Transaction are truthful, accurate and complete, with no misrepresentations, misleading statements or major omissions, and we will bear individual and joint liabilities for truthfulness, accuracy and completeness.

Signatures of all the senior executives:

| | | |
|---|---|---|
| Chen Yu | Yang Yenjun | Wu Fade |

| | | |
|---|---|---|
| Zou Yunxiang | Shi Keping | Guan Li |

Beijing New Building Materials Public Limited Company

Date:

BNBMPLC0010049

## Statement of the Target Company

The Company promises the report and summary, as well as citations in other related documents have been reviewed by the Company, confirms related documents will not contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness.

Signature of the legal representative:

Jia Tongchun

Taishan Gypsum Co., Ltd.

Date:

BNBMPLC0010050

## Statement of the Counterparties

The Company promises the report and summary, as well as citations in other related documents have been reviewed by the Company, confirms related documents will not contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness.

Signature of the legal representative:

Han Feng

Tai'an Guotai Min'an Investment Group Co., Ltd.

Date:

BNBMPLC0010051

## Statement of the Counterparties

I promise the report and summary, as well as citations in other related documents have been reviewed by me, confirm related documents will not contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness.

Signatures of declarants:

| | | |
|---|---|---|
| Jia Tongchun: _____ | Ren Xulian: _____ | Xue Yuli: _____ |
| Cao Zhiqiang: _____ | Zhu Tenggao: _____ | Lv Wenyang: _____ |
| Zhang Yanxiu: _____ | Wan Guangjin: _____ | Ren Xue: _____ |
| Mi Weimin: _____ | Zhang Jianchun: _____ | Zhu Jinhua: _____ |
| Li Zuoyi: _____ | Yang Zhengbo: _____ | Qian Kai: _____ |
| Fu Tinghuan: _____ | Meng Zhaoyuan: _____ | Qin Qingwen: _____ |
| Hao Kuiyan: _____ | Duan Zhentao: _____ | Meng Fanrong: _____ |
| Bi Zhong: _____ | Kang Zhiguo: _____ | Wang Lifeng: _____ |
| Yue Rongliang: _____ | Huang Rongquan: _____ | Yuan Chuanqiu: _____ |
| Xu Fuyin: _____ | Zhang Guangmiao: _____ | Xu Guogang: _____ |
| Chen Xinyang: _____ | Li Xiuhua: _____ | Liu Mei: _____ |

BNBMPLC0010052

Zhang
Jijun: _____

Fang
Donghua: _____

Date: _____

BNBMPLC0010053

## Statement of the Counterparties

We, as a limited partnership, promise the report and summary as well as citations about us in other related documents have been reviewed by us, confirm the report will not contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness.

Signatures of declarants:

| | |
|---|---|
| Tai'an Heda Investment Center (LP) Executive partner | Tai'an Changyuan Investment Center (l Executive partner |
| Li Jing | Song Wei |

| | |
|---|---|
| Tai'an Xinyi Investment Center (LP) Executive partner | Tai'an Jinxiu Investment Center (LP) Executive partner |
| Lu Baoju | Peng Shiliang |

| | |
|---|---|
| Tai'an Wanji Investment Center (LP) Executive partner | Tai'an XingheInvestment Center (LP) Executive partner |
| Yi Yingdong | Zhu Cuiai |

| | |
|---|---|
| Tai'an Hongchao Investment Center Executive partner | Tai'an Shunchang Investment Center Executive partner |
| Yang Pufeng | Pei Qingyong |

| | |
|---|---|
| Tai'an Haozhan Investment Center Executive partner | Tai'an Fanye Investment Center (LP) Executive partner |
| Yue Zengmin | Zong Bo |

Date:

BNBMPLC0010054



## Statement of Independent Financial Advisor

We agree Beijing New Building Materials Public Limited Company to cite the contents of the independent financial advisor's report provided by us to the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction.

We have reviewed the citations in the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction. We confirm the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction will not become to contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness.  If the application document for the proposed restructuring contains misrepresentations, misleading statements or major omissions, we will bear joint and several liabilities for our negligence in work.

Signature of the legal representative:

_____

Wang Wenxue

Signature of project sponsor:

_____    _____

Zhou Lei                                                      Liu
                                                                     Ji'ning

Signature of project sponsor:

_____

Li Ziqin

Morgan Stanley Huaxin Securities Co., Ltd.

Date:

BNBMPLC0010055



## Statement of Legal Counsel

We agree Beijing New Building Materials Public Limited Company to cite the contents of the legal opinion provided by us to the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction.

We have reviewed the citations in the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction. We confirm the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction will not contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness.

The legal opinion and other application document prepared and provided by us for the project do not contains misrepresentations, misleading statements or major omissions. If the aforesaid application document prepared and provided by us for the project becomes to contain misrepresentations, misleading statements or major omissions due to our negligence in work, leading to loss to investors, we will bear joint and several liabilities with the listed company.

Responsible counsel:

Sun Dongsong                                    Sun            Mao
                                                Dongsong       Guoquan

Lead of the law firm:

                                                Zhang
                                                Liguo

Grandfield Law Offices

Date:

BNBMPLC0010056



## Statement Of Audit Agency

We agree Beijing New Building Materials Public Limited Company to cite the contents of the auditor's report and review report provided by us to the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction.

We have reviewed the contents cited from the auditor's report and review report in the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction. We confirm the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction will not become to contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness.  If the auditor's report and review report provided by us contain misrepresentations, misleading statements or major omissions and there is any negligence in our work, we will bear joint and several liabilities.

Head:
_____
Chen Yonghong

Responsible CPA:
_____     _____
Zhou Baiming                                              Mo
                                                                  Wei

Baker Tilly China Certified Public Accountants (GSP)

Date:

385

BNBMPLC0010057

# Statement of Asset Appraisal Agency

We agree Beijing New Building Materials Public Limited Company to cite the contents of the appraisal report provided by us to the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction.

We have reviewed the citations in the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction. We confirm the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction will not become to contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness. If the application document for the proposed restructuring contains misrepresentations, misleading statements or major omissions due to our negligence in work, we will bear joint and several liabilities.

Legal representative/authorized representative:

_____

Feng Daoxiang

Responsible certified appriasers:

_____        _____   _____

Li Zhanjun                                                                  Guo                Feng
                                                                                     Pengfei           Daoxiang

Zhonghe Asset Appraisal Co., Ltd.

Date:

BNBMPLC0010058

(This page is the chop page of the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction. We confirm the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction)

Beijing New Building Materials Public Limited Company

Date:

BNBMPLC0010059