# EXHIBIT R

**Stock Abbreviation: BNBMPLC**       **Stock Code: 000786**       **Public Announcement No.: 2016-054**

**Beijing New Building Materials Public Limited Company**

**Public Announcement of Resolutions of the 3rd Extraordinary Meeting of Shareholders in 2016**

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

**Special Note:**

1. No proposal was added, modified or vetoed at this Shareholders' Meeting; and

2. This Shareholders' Meeting was held in forms of both physical meeting and online voting.


**I. Holding and Attendances of the Meeting**

1. Time of holding

   (1) Holding time of the physical meeting: 14:30PM, August 12, 2016 (Friday)

   (2) Time of online voting

   a.   The time of voting via the trading system of Shenzhen Stock Exchange was 9:30-11:30AM, 13:00-15:00PM, August 12, 2016;

   b.   The time of voting via the Internet voting system of Shenzhen Stock Exchange was any time between 15:00PM, August 11, 2016 and 15:00PM, August 12, 2016.

2. Meeting venue: 6F Meeting Room, Building 2, Guohai Plaza, No.17 Fuxing Road, Haidian District, Beijing

3. Way of holding: this Shareholders' Meeting was held in forms of both physical meeting and online voting. The Company provides the online voting platforms to its shareholders through the trading system and Internet voting system of Shenzhen Stock Exchange. The Company's shareholders may exercise their voting rights through the said systems within the online voting time frames.

4. Meeting convener: the Board of Directors of the Company

5. Meeting presider: Mr. Wang Bing, the Board Chairman of the Company

6. Attendances

Attendances by shareholders and shareholders' authorized representatives: 15 shareholders and shareholders' authorized representatives attended this Shareholders' Meeting, representing 648,183,708 shares, which account for 45.84% of the total shares of the Company. Eight shareholders and shareholders' authorized representatives attended the physical meeting, representing 646,986,779 shares, which account for 45.76% of the total shares of the Company; seven shareholders voted online, representing 1,196,929 shares, which account for 0.08% of the total shares of the Company.

In addition, certain directors, supervisors and officers of the Company, lawyers engaged by the Company and other related persons attended this meeting or attended this meeting as non-voting delegates.

The convening and holding of this Shareholders' Meeting conform to the requirements of the Company Law, the Listing Rules of the Shenzhen Stock Exchange as well as the Articles of Association of the Company.

BNBMPLC0010063



## II. Deliberation and Voting of Proposals

This meeting deliberated and adopted the Proposal about Issuance of Shares for Asset Purchase and Adjustment of Some Counterparties' Contributors in the Related-party Transaction through on-the-spot open voting and online voting:

General voting situation: affirmative votes cover 647,993,042 shares, accounting for 99.9706% of the shares held by all the shareholders present at the meeting; dissenting votes cover 179,666 shares, accounting for 0.0277% of the shares held by all the shareholders present at the meeting; and abstaining from voting covers 11,000 shares, accounting for 0.0017% of the shares held by all the shareholders present at the meeting.

Wherein, general voting situation of minority shareholders: affirmative votes cover 8,927,172 shares, accounting for 97.9089% of the shared held by the minority shareholders present at the meeting; dissenting votes cover 179,666 shares, accounting for 1.9705% of the shared held by the minority shareholders present at the meeting; and abstaining from voting covers 11,000 shares, accounting for 0.1206% of the shared held by the minority shareholders present at the meeting.

## III. Legal Opinion Issued by Lawyers

1. Name of law firm: Beijing Jia Yuan Law Offices

2. Lawyers: Yan Guozhe and Ren Baohua

3. Conclusive opinion: the convening, holding and voting procedures of the Shareholders' Meeting are consistent with applicable laws and regulations as well as the Articles of Association, the qualifications of attendees and convener are legal and valid, and the voting results are legal and valid.

## IV. Documents for Inspection

1. The Resolutions of the 3rd Extraordinary Meeting of Shareholders 2016

2. The Legal Opinion on the 3rd Extraordinary Shareholders' Meeting of Beijing New Building Materials Public Limited Company in 2016 issued by Beijing Jia Yuan Law Offices

Beijing New Building Materials Public Limited Company

August 12, 2016

BNBMPLC0010064

