# EXHIBIT S

| Stock Abbreviation:<br>BNBMPLC | Stock Code: 000786 | Public Announcement<br>No.: 2016-061 |
|---|---|---|

**Beijing New Building Materials Public Limited Company**

**Announcement in Relation to Feedback Reply to the Notice Regarding CSRC's Comments on Matters Subject to Administrative Approval**

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

Beijing New Building Materials Public Limited Company (hereinafter the "Company") received the Notice Regarding CSRC's One-time Comments on Review of Administrative Licensing Project (No. 160887) issued by the China Securities Regulatory Commission (hereinafter the "CSRC") on June 3, 2016 (hereinafter the "Comments"). For details, please see the announcement released by the Company on the Securities Daily, the Securities Times, the Shanghai Securities News, the China Securities Journal and the http://www.cninfo.com.cn on June 4, 2016.

The Company and relevant intermediaries provided their responses to the Comments in accordance with the requirements of the Comments after discussions and analysis. Such feedback responses are hereby disclosed to the public pursuant to relevant provisions. For details, please see the Feedback Reply of Beijing New Building Materials Public Limited Company to Comments in Relation to Issuance of Shares for Asset Purchase and Related-party Transaction, as published, together with this Announcement, on the www.cninfo.com.cn. The Company will submit the documents concerning such feedback responses to the CSRC within two business days after the said disclosure.

The issuance of shares to purchase the assets and related-party transaction are subject to the approval of the CSRC. The Board of Directors of the Company will duly perform its obligation of information disclosure according to the review progress by the CSRC. It is still uncertain whether the CSRC will grant an approval or not. Investors are advised to be aware of investment risks.

Board of Directors

Beijing New Building Materials Public Limited Company

August 24, 2016

BNBMPLC0010067

