| S/N | House user | Name of building | Floor area (m$^2$) | Progress of housing ownership certificate | Estimated term for obtaining housing ownership certificate |
|---|---|---|---|---|---|
| 60 | Taishan Gypsum (Sichuan) Co., Ltd. | Ultrafine powder workshop | 311.28 | Project Planning Permit is being handled. | 2016.12 |
| 61 | Hubei Taishan Building Materials Co., Ltd. | Blending building | 528.12 | Project Planning Permit is being handled. | 2017.3 |
| 62 | Hubei Taishan Building Materials Co., Ltd. | Canteen | 266.34 | Project Planning Permit is being handled. | 2017.3 |
| 63 | Hubei Taishan Building Materials Co., Ltd. | New pulverization workshop | 3,750.00 | Project Planning Permit is being handled. | 2017.3 |
| 64 | Hubei Taishan Building Materials Co., Ltd. | Canteen | 324.00 | Project Planning Permit is being handled. | 2017.3 |
| 65 | Hubei Taishan Building Materials Co., Ltd. | Pulverization workshop | 230.00 | Project Planning Permit is being handled. | 2017.3 |
| 66 | Taishan Gypsum (Jiangxi) Co., Ltd. | Aux. building | 1,530.00 | Project Planning Permit is being handled. | 2017.2 |
| 67 | Taishan Gypsum (Jiangxi) Co., Ltd. | Blending building | 320.00 | Project Planning Permit is being handled. | 2017.2 |
| 68 | Taishan Gypsum (Yinchuan) Co., Ltd. | Aux. building of workshop | 1,200.00 | Project Planning Permit is being handled. | 2016.12 |
| 69 | Taishan Gypsum (Yinchuan) Co., Ltd. | Pulverization workshop | 480.00 | Project Planning Permit is being handled. | 2016.12 |
| 70 | Taishan Gypsum (Yinchuan) Co., Ltd. | Veneer panel workshop | 4,500.00 | Project Planning Permit is being handled. | 2016.12 |
| 71 | Taishan Gypsum (Shaanxi) Co., Ltd. | New canteen | 81.00 | Project Planning Permit is being handled. | 2017.5 |
| 72 | Taishan Gypsum (Shaanxi) Co., Ltd. | Line 2 board making aux. building | 637.60 | Project Planning Permit is being handled. | 2017.5 |
| 73 | Taishan Gypsum (Shaanxi) Co., Ltd. | Pulverization distribution room | 102.60 | Project Planning Permit is being handled. | 2017.5 |
| 74 | Taishan Gypsum (Guangdong) Co., Ltd. | Stud workshop | 4,785.00 | Project Planning Permit is being handled. | 2016.12 |
| 75 | Taishan Gypsum (Guangdong) Co., Ltd. | Veneer board workshop | 6,480.00 | Project Planning Permit is being handled. | 2016.12 |
| 76 | Taishan Gypsum (Guangdong) Co., Ltd. | New machine repair room | 120.00 | Project Planning Permit is being handled. | 2016.12 |
| 77 | Taishan Gypsum (Guangdong) Co., Ltd. | Distribution room | 268.00 | Project Planning Permit is being handled. | 2016.12 |
| 78 | Taishan Gypsum (Guangdong) Co., Ltd. | Blending building | 150.00 | Project Planning Permit is being handled. | 2016.12 |
| 79 | Taishan Gypsum (Guangdong) Co., Ltd. | Overall workshop | 257.56 | Project Planning Permit is being handled. | 2016.12 |
| 80 | Taishan Gypsum (Guangdong) Co., Ltd. | Board making workshop | 4,197.00 | Project Planning Permit is being handled. | 2016.12 |
| 81 | Taishan Gypsum (Chaohu) Co., Ltd. | Aux. building of workshop | 2,167.20 | Project Planning Permit is being handled. | 2017.2 |

BNBMPLC0010362

| S/N | House user | Name of building | Floor area (m$^2$) | Progress of housing ownership certificate | Estimated term for obtaining housing ownership certificate |
|---|---|---|---|---|---|
| 82 | Taishan Gypsum (Chaohu) Co., Ltd. | Ultrafine powder workshop | 511.20 | Project Planning Permit is being handled. | 2017.2 |
| 83 | Taishan Gypsum (Chaohu) Co., Ltd. | Washing workshop | 533.20 | Project Planning Permit is being handled. | 2017.2 |
| 84 | Taishan Gypsum (Chaohu) Co., Ltd. | Stud workshop | 10,599.00 | Project Planning Permit is being handled. | 2017.2 |
| 85 | Taishan Gypsum (Xuancheng) Co., Ltd. | Stud workshop | 5,200.00 | Project Planning Permit is being handled. | 2017.6 |
| 86 | Taishan Gypsum (Weihai) Co., Ltd. | Finished product warehouse | 9,408.00 | Project Planning Permit is being handled. | 2017.5 |
| 87 | Taishan Gypsum (Weihai) Co., Ltd. | Warehouse | 240 | Project Planning Permit is being handled. | 2017.5 |
| 88 | Taishan Gypsum (Weihai) Co., Ltd. | Aux. building of workshop | 1,499.53 | Project Planning Permit is being handled. | 2017.5 |
| 89 | Taishan Gypsum (Weihai) Co., Ltd. | Washing workshop | 574.14 | Project Planning Permit is being handled. | 2017.5 |
| 90 | Taishan Gypsum (Weihai) Co., Ltd. | Decorative board workshop | 9,724.25 | Project Planning Permit is being handled. | 2017.5 |
| 91 | Taishan Gypsum (Fujian) Co., Ltd. | Dormitory building of living quarters | 6,999.00 | Project Planning Permit is being handled. | 2017.6 |
| 92 | Taishan Gypsum (Fujian) Co., Ltd. | Cateen of living quarters | 450.00 | Project Planning Permit is being handled. | 2017.6 |
| 93 | Taishan Gypsum (Fujian) Co., Ltd. | Office building of retarder factory | 728.00 | Project Planning Permit is being handled. | 2017.6 |
| 94 | Taishan Gypsum (Fujian) Co., Ltd. | Machine repair workshop | 4,680.00 | Project Planning Permit is being handled. | 2017.6 |
| 95 | Taishan Gypsum (Jiyuan) Co., Ltd. | Canteen | 883.74 | Project Construction Permit is being handled. | 2016.12 |
| 96 | Taishan Gypsum (Jiyuan) Co., Ltd. | Office building | 3,220.47 | Project Construction Permit is being handled. | 2016.12 |
| 97 | Taishan Gypsum (Jiyuan) Co., Ltd. | Combined workshop | 30,528.00 | Project Construction Permit is being handled. | 2016.12 |
| 98 | Taishan Gypsum (Jiyuan) Co., Ltd. | Work shift building | 4,205.06 | Project Construction Permit is being handled. | 2016.12 |
| 99 | Taishan Gypsum (Guangxi) Co., Ltd. | Aux. building of workshop | 1,456.00 | Project Planning Permit is being handled. | 2017.6 |
| 100 | Taishan Gypsum (Weifang) Co., Ltd. | Decorating plate workshop | 1,000.00 | Already completed | Already completed |
| 101 | Taishan Gypsum (Hubei) Co., Ltd. | Decorating plate workshop | 5,760.00 | Project Planning Permit is being handled. | 2016.12 |
| | **Total** | | **266,371.07** | | |

With regard to the aforesaid buildings, as at the date on which the feedback reply is signed, relevant units or competent government departments have produced the following certificates:

Item 1-29 buildings are constructed by Taishan on its own lands in Taian City. According to the Certificate produced by Taian Real Estate Administrative Bureau, the housing ownership certificate of the aforesaid buildings will be granted to Taishan within fifteen (15) working days after relevant formalities are completed, which shall not influence the normal operation of Taishan.

BNBMPLC0010363

Item 30-35 buildings are constructed by Taishan on its own lands in Lucheng City. According to the Certificate produced by Lucheng Real Estate Management Service Center, the aforesaid buildings are not equipped with the essential conditions of registration currently, and after Taishan supplements relevant formalities, it shall carry out timely acceptance by law and issue certificates to Taishan within twenty (20) working days; at present, the municipal government does not entrust our unit to levy or remove those buildings of Taishan within five (5) years. According to the Certificate produced by Department of Housing and Urban-Rural Development of Lucheng City, the aforesaid buildings comply with the planning content specified in the Contract for State-Owned Construction Land Use Right Assignment having electronic monitoring number being 1404812012B00076. At present, the municipal government has no demolition plan for such block.

Item 36-39 buildings are constructed by Fuxin Taishan Building Material Co., Ltd. on its own lands. According to the Certificate produced by Fuxin Department of Land and Resources Haizhou Branch, those buildings haven't gone through the property ownership certificate, and Fuxin Taishan Building Material Co., Ltd. is required to perfect relevant establishment formalities according to the urban planning as soon as possible; such matter shall neither impose any administrative punishment and relevant liabilities on Fuxin Taishan Building Material Co., Ltd., nor influence its normal operation. According to the Certificate produced by Fuxin Haizhou Housing Expropriation Office, the aforesaid buildings comply with relevant planning requirements of Fuxin City on the whole. Up to now, this parcel bears no demolition or reconstruction plan. The aforesaid matters shall not influence the normal operation of Fuxin Taishan Building Material Co., Ltd..

Item 40-42 buildings are constructed by Taishan Gypsum (Liaoning) Co., Ltd. on own land. According to the Certificate produced by Suining Real Estate Management Office, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Liaoning) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Liaoning) Co., Ltd. within ten (10) working days. Such matter shall impose no administrative punishment or liabilities on Taishan Gypsum (Liaoning) Co., Ltd.. According to the Certificate produced by Liaoning Daihe New Area Planning Bureau, the aforesaid buildings comply with relevant planning requirements of Daihe New Area on the whole, rather than be listed into the demolition objects planned or involved in any administrative punishment or major violation behaviors. The aforesaid matters shall not influence the normal operation of Taishan Gypsum (Liaoning) Co., Ltd..

Item 43-47 buildings are constructed by Taishan Gypsum (Henan) Co., Ltd. on own land. According to the Certificate produced by Yanshi Real Estate Administrative Bureau, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Henan) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Henan) Co., Ltd. as soon as possible; the aforesaid buildings shall not be removed according to law, which shall neither influence the normal production and operation of Taishan Gypsum (Henan) Co., Ltd., nor impose any punishment and liabilities on Taishan Gypsum (Henan) Co., Ltd..

126

BNBMPLC0010364

Item 48-52 buildings are constructed by Taishan Gypsum (Baotou) Co., Ltd. on own land. According to the Certificate produced by Tumd Right Banner Department of Housing and Urban-Rural Development, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Baotou) Co., Ltd. is required to perfect relevant legal prepositive formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Baotou) Co., Ltd. within seven (7) working days; as to the handling of property ownership certificate of the aforesaid buildings, Taishan Gypsum (Baotou) Co., Ltd. shall not suffer any punishment or liabilities therefore; in the meantime, it has no plan to remove or levy the aforesaid buildings within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Baotou) Co., Ltd..

Item 53-55 buildings are constructed by Taishan Gypsum (Jiangyin) Co., Ltd. on own land. According to the Certificate produced by Jiangyin Real Estate Administrative Bureau, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Jiangyin) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Jiangyin) Co., Ltd. within twenty (20) working days; as to such matter, Taishan Gypsum (Jiangyin) Co., Ltd. shall not suffer any punishment or liabilities therefore; in the meantime, it has no plan to remove or levy the aforesaid buildings within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Jiangyin) Co., Ltd.. According to the Certificate produced by Jiangyin Harbor Economic and Development Zone Planning and Construction Bureau, the aforesaid buildings constructed by Taishan Gypsum (Jiangyin) Co., Ltd. comply with relevant planning requirements of Jiangyin on the whole, rather than be listed into the demolition objects planned or involved in any administrative punishment or major violation behaviors.

Item 56-58 buildings are constructed by Taishan Gypsum (Chongqing) Co., Ltd. on own land. According to the Certificate produced by Chongqing Jiangjin Land and Resources Bureau, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Chongqing) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Chongqing) Co., Ltd. within thirty (30) working days; as to such matter, Taishan Gypsum (Chongqing) Co., Ltd. shall not suffer any punishment or liabilities therefore; in the meantime, it has no plan to remove or levy the aforesaid buildings within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Chongqing) Co., Ltd.. According to the Certificate produced by Luohuang Industrial Park of Chongqing Jiangjin Planning Bureau, the aforesaid buildings comply with relevant planning requirements of Chongqing on the whole, rather than be listed into the demolition objects planned or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Chongqing) Co., Ltd. shall suffer no influences.

Item 59-60 buildings are constructed by Taishan Gypsum (Sichuan) Co., Ltd. on own land. According to the Certificate produced by Shifang Department of Housing and Urban-Rural Development, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Sichuan) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Sichuan) Co., Ltd. within fifteen (15) working days; as to the aforesaid

BNBMPLC0010365

buildings having not acquired certificate, it shall not impose punishment on or investigate any liabilities of Taishan Gypsum (Sichuan) Co., Ltd.; in the meantime, it has no plan to remove or levy the aforesaid buildings within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Sichuan) Co., Ltd..

Item 66-67 buildings are constructed by Taishan Gypsum (Jiangxi) Co., Ltd. on own land. According to the Certificate produced by Fengcheng Real Estate Administrative Bureau, those buildings are going through planning, establishment and other formalities; after relevant formalities are completed, it shall handle the property ownership certificate according to the Housing Registration Methods as well as other relevant laws and provisions, and not influence the normal production and operation of Taishan Gypsum (Jiangxi) Co., Ltd.. According to the Certificate produced by Fengcheng Department of Urban-Rural Construction, the aforesaid buildings comply with relevant planning requirements of Fengcheng on the whole, rather than be listed into the demolition objects planned or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Jiangxi) Co., Ltd. shall suffer no influences.

Item 68-70 buildings are constructed by Taishan Gypsum (Yinchuan) Co., Ltd. on own land. According to the Certificate produced by Yinchuan Housing Security Bureau, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Yinchuan) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Yinchuan) Co., Ltd. within seven (7) working days; as to such matter, Taishan Gypsum (Yinchuan) Co., Ltd. shall not suffer any punishment or liabilities therefore; in the meantime, it has no plan to remove or levy the aforesaid buildings within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Yinchuan) Co., Ltd.. According to the Certificate produced by Yinchuan Planning Bureau, the aforesaid buildings comply with relevant planning requirements of Yinchuan on the whole, rather than be listed into the demolition objects planned or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Yinchuan) Co., Ltd. shall suffer no influences.

Item 71-73 buildings are constructed by Taishan Gypsum (Shaanxi) Co., Ltd. on own land. According to the Certificate produced by Department of Housing and Urban-Rural Development in Weinan Economic and Development Zone, the aforesaid buildings comply with relevant planning requirements of Weinan City on the whole, rather than be listed into the demolition objects planned or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Shaanxi) Co., Ltd. shall suffer no influences.

Item 74-80 buildings are constructed by Taishan Gypsum (Guangdong) Co., Ltd. on own land. According to the Real Estate Mapping Reports of Boluo County produced by Yuanzhou Real Estate Administrative Bureau of Boluo Real Estate Administrative Bureau, the total area of buildings failing to acquire certificate is 13,560.2 square meters. According to the Certificate produced by Boluo Real Estate Administrative Bureau, the aforesaid buildings are going through planning, establishment and other formalities; after relevant formalities are completed, it shall handle the property ownership certificate according to the Housing Registration Methods as well as other relevant laws and provisions, and not influence the normal production and operation of Taishan Gypsum (Guangdong) Co., Ltd.. According to the Certificate produced by Boluo Department of Housing and Urban-Rural

BNBMPLC0010366

Development, the aforesaid buildings are going through planning and other relevant formalities, rather than be listed into the demolition objects planned. The normal operation of Taishan Gypsum (Guangdong) Co., Ltd. shall suffer no influences.

Item 81-84 buildings are constructed by Taishan Gypsum (Chaohu) Co., Ltd. on own land. According to the Certificate produced by Chaohu Bureau of Land and Resources, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Chaohu) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Chaohu) Co., Ltd. within fifteen (15) working days, instead of imposing punishment on or investigating any liability of Taishan Gypsum (Chaohu) Co., Ltd.; in the meantime, it has no plan to remove or levy the aforesaid buildings within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Chaohu) Co., Ltd.. According to the Certificate produced by Chaohu Housing Expropriation Office, the aforesaid buildings comply with relevant planning requirements of Chaohu City rather than be listed into the demolition objects or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Chaohu) Co., Ltd. shall suffer no influences.

Item 85 building is constructed by Taishan Gypsum (Xuancheng) Co., Ltd. on own land. According to the Certificate produced by Xuancheng Bureau of Land Resources Xuanzhou Economic and Development Zone Branch, the building is not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Xuancheng) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Xuancheng) Co., Ltd. within fifteen (15) working days, instead of imposing punishment on or investigating any liability of Taishan Gypsum (Xuancheng) Co., Ltd.; in the meantime, it has no plan to remove or levy the aforesaid building within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Xuancheng) Co., Ltd.. According to the Certificate produced by Xuanzhou Economic and Development Zone Planning Branch, the aforesaid building complies with relevant planning requirements proposed by the management committee of Xuanzhou Economic and Development Zone rather than be listed into the demolition objects. The normal operation of Taishan Gypsum (Xuancheng) Co., Ltd. shall suffer no influences.

Item 86-90 buildings are constructed by Taishan Gypsum (Weihai) Co., Ltd. on own land. According to the Certificate produced by Rushan Housing Security and Real Estate Management Bureau, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Weihai) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Weihai) Co., Ltd. within thirty (30) working days, instead of imposing punishment on or investigating any liability of Taishan Gypsum (Weihai) Co., Ltd.; in the meantime, it has no plan to remove or levy the aforesaid buildings within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Weihai) Co., Ltd.. According to the Certificate produced by Rushan Urban & Rural Planning Bureau, the aforesaid buildings comply with relevant planning requirements of Rushan City rather than be listed into the demolition objects or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Weihai) Co., Ltd. shall suffer no influences.

BNBMPLC0010367

Item 91-94 buildings are constructed by Taishan Gypsum (Fujian) Co., Ltd. on own land. According to the Certificate produced by Shanghang Department of Housing and Urban-Rural Development, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Fujian) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Fujian) Co., Ltd. within legal working days; except for Item 92 building which shall make up the approval formalities of planning as soon as possible, other buildings comply with relevant planning requirements of Shanghang County on the whole, and shall not be removed or levied within five (5) years. The normal operation of Taishan Gypsum (Fujian) Co., Ltd. shall suffer no influences.

Item 95-98 buildings are constructed by Taishan Gypsum (Jiyuan) Co., Ltd. on own land. According to the Certificate produced by Jiyuan Real Estate Trading Center, as per relevant regulations, after the construction procedures of the project are completed and the registration application is proposed, it shall handle the property ownership registration of the project and grant the property ownership certificate within twenty (20) working days.

Item 99 building is constructed by Taishan Gypsum (Guangxi) Co., Ltd. on own land. According to the Certificate produced by Laibin Real Estate Administrative Bureau, the building is not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Guangxi) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Guangxi) Co., Ltd. within thirty (30) working days, instead of imposing punishment on or investigating any liability of Taishan Gypsum (Guangxi) Co., Ltd.; in the meantime, it has no plan to remove the aforesaid building within three (3) years, which shall not influence the normal operation of Taishan Gypsum (Guangxi) Co., Ltd.. According to the Certificate produced by Laibin Commission of Housing and Urban-Rural Development, the aforesaid building complies with relevant planning requirements of Laibin City rather than be listed into the demolition objects or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Guangxi) Co., Ltd. shall suffer no influences.

Item 100 building is constructed by Taishan Gypsum (Huaifang) Co., Ltd. on own land. On July 19, 2016, Taishan Gypsum (Huaifang) Co., Ltd. acquired the Real Estate Ownership Certificate (Lu (2016) AnQiuShiBuDongChanQuan No. 000271) from Anqiu Bureau of Land and Resources having location at Anqiu Economic and Technological Development Zone and area being 960 square meters.

Item 101 building is constructed by Taishan Gypsum (Hubei) Co., Ltd. on own land. According to the Certificate produced by Wuxue Real Estate Administrative Bureau, the building is not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Hubei) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Hubei) Co., Ltd. within three (3) working days, instead of imposing punishment on or investigating any liability of Taishan Gypsum (Hubei) Co., Ltd.; in the meantime, it has no plan to remove or levy the aforesaid building within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Hubei) Co., Ltd.. According to the Certificate produced by Wuxue Urban & Rural Planning Bureau, the aforesaid building is within the scope of the land certificate

BNBMPLC0010368

(Serial No.: WuXueGuoYong (2012) No. 030605263), and complies with the planning requirements of Wuxue Tianzhen Chemical Park on the whole, rather than be listed into the demolition objects or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Hubei) Co., Ltd. shall suffer no influences.

According to the written illustration made by Taishan, the expenses on handling the warrant of aforesaid buildings shall be undertaken by Taishan and its subsidiaries, and the handling of warrant suffers no legal obstacle.

② As of June 30, 2016, Taishan Gypsum has a total of 14 houses and buildings constructed on land actually occupied but without land use right certificate, whose total floor area is 46,296.78 square meters (accounting for 3.25%). Those buildings are specified below:

| S/N | House user | Name of building | Floor area (m$^2$) | Progress of housing ownership certificate | Estimated term for obtaining housing ownership certificate |
|---|---|---|---|---|---|
| 1 | Taishan Gypsum | Board making workshop | 21,840.00 | Land certificate is being handled. | 2017.6 |
| 2 | Taishan Gypsum | Air compressor room | 156.00 | Land certificate is being handled. | 2017.6 |
| 3 | Taishan Gypsum | Workshop Office | 665.28 | Land certificate is being handled. | 2017.6 |
| 4 | Taishan Gypsum | board making Blending building | 650.00 | Land certificate is being handled. | 2017.6 |
| 5 | Taishan Gypsum | Pulverization workshop | 1,100.00 | Land certificate is being handled. | 2017.6 |
| 6 | Taishan Gypsum | Oil furnace workshop | 1,200.00 | Land certificate is being handled. | 2017.6 |
| 7 | Taishan Gypsum | Canteen | 150.00 | Land certificate is being handled. | 2017.6 |
| 8 | Taishan Gypsum | Office of Industrial Park | 549.00 | Land certificate is being handled. | 2017.6 |
| 9 | Taishan Gypsum | 35KV substation for Industrial Park | 205.00 | Land certificate is being handled. | 2017.6 |
| 10 | Taishan Gypsum | Frying workshop for Industrial Park | 396.50 | Land certificate is being handled. | 2017.6 |
| 11 | Taishan Gypsum | Dispatching building | 1,345.00 | Land certificate is being handled. | 2017.6 |
| 12 | Taishan Gypsum | R&D building | 9,220.00 | Land certificate is being handled. | 2017.6 |
| 13 | Taishan Gypsum | New finished products warehouse | 7,600.00 | Land certificate is being handled. | 2017.6 |
| 14 | Taishan Gypsum | New office building | 1,220.00 | Land certificate is being handled. | 2017.6 |
| **Total** | | | **46,296.78** | | |

131

BNBMPLC0010369

Those buildings are constructed on the parcel having area being 128,006.40 square meters located at Xiyao Village, Dawenkou Town which Taishan has not acquired the land use right certificate. Currently, this parcel has been purchased and stored.

As to those buildings, according to the Certificate produced by Taian Real Estate Administrative Bureau, after relevant formalities are completed, it shall grant the property ownership certificate to Taishan within fifteen (15) working days, which shall not influence the normal operation of Taishan.

According to the written illustration made by Taishan, the expenses on handling the warrant of those buildings shall be undertaken by Taishan, and the handling suffers no legal obstacle.

③ As of June 30, 2016, Taishan Gypsum and its subsidiaries have 92 houses and buildings on the leased lands, with a total floor area of 176,546.20 square meters (12.39%). The details of these houses and buildings are as follows:

| S/N | House user | Name of building | Floor area (m$^2$) | Estimated term for obtaining housing ownership certificate | Nature of leased land |
|-----|-----------|------------------|--------------------|-----------------------------------------------------------|-----------------------|
| 1 | Taishan Gypsum | Combined workshop | 6,191.49 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 2 | Taishan Gypsum | Thermal power station | 1,400.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 3 | Taishan Gypsum | Transformer room | 77.76 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 4 | Taishan Gypsum | Air compressor room | 81.60 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 5 | Taishan Gypsum | Powder-making office | 245.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 6 | Taishan Gypsum | Power substation | 25.20 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 7 | Taishan Gypsum | Power substation | 22.80 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 8 | Taishan Gypsum | Board making Combined workshop | 7,112.40 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 9 | Taishan Gypsum | Blending building | 196.56 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 10 | Taishan Gypsum | Distribution room | 181.45 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 11 | Taishan Gypsum | Coating workshop | 620.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |

BNBMPLC0010370

| S/N | House user | Name of building | Floor area (m$^2$) | Estimated term for obtaining housing ownership certificate | Nature of leased land |
|---|---|---|---|---|---|
| 12 | Taishan Gypsum | Line-202 power substation | 120.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 13 | Taishan Gypsum | Production workshop for No.2 Factory | 4,923.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 14 | Taishan Gypsum | Plastic workshop | 1,295.40 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 15 | Taishan Gypsum | Dormitory building for No.2 Factory | 2,940.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 16 | Taishan Gypsum | Health clinic for No.2 Factory | 126.30 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 17 | Taishan Gypsum | Finished products warehouse for stud workshop | 1,211.25 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 18 | Taishan Gypsum | New finished products warehouse Cornstarch workshop | 1,444.43 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 19 | Taishan Gypsum | New Laminated board workshop (lengthened) | 1,432.19 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 20 | Taishan Gypsum | Finished products warehouse | 356.59 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 21 | Taishan Gypsum | Lengthened steel structure workshop | 947.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 22 | Taishan Gypsum | Long-span steel structure workshop | 945.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 23 | Taishan Gypsum | PVC steel structure workshop | 460.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 24 | Taishan Gypsum | Raw material warehouse | 209.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 25 | Taishan Gypsum | Water reducer workshop | 3,500.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 26 | Taishan Jindun Building Materials Co., Ltd. | Stud warehouse | 647.70 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 27 | Taishan Jindun Building Materials Co., Ltd. | Stud warehouse | 300.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 28 | Taishan Jindun Building Materials Co., Ltd. | Steel structure workshop | 1,800.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |

BNBMPLC0010371

| S/N | House user | Name of building | Floor area (m$^2$) | Estimated term for obtaining housing ownership certificate | Nature of leased land |
|---|---|---|---|---|---|
| 29 | Taishan Gypsum (Wenzhou) Co. Ltd. | Board making workshop | 16,682.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 30 | Taishan Gypsum (Wenzhou) Co. Ltd. | Air compressor room | 95.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 31 | Taishan Gypsum (Wenzhou) Co. Ltd. | Distribution room | 586.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 32 | Taishan Gypsum (Wenzhou) Co. Ltd. | Office building | 1,073.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 33 | Taishan Gypsum (Wenzhou) Co. Ltd. | Canteen | 180.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 34 | Qinhuangdao Taishan Building Materials Co., Ltd. | Warehouse Factory building | 875.20 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 35 | Qinhuangdao Taishan Building Materials Co., Ltd. | Cornstarch workshop | 209.42 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 36 | Qinhuangdao Taishan Building Materials Co., Ltd. | Board making workshop | 8,455.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 37 | Qinhuangdao Taishan Building Materials Co., Ltd. | Oil furnace room | 1,064.05 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 38 | Qinhuangdao Taishan Building Materials Co., Ltd. | Complex Building | 2,303.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 39 | Qinhuangdao Taishan Building Materials Co., Ltd. | Distribution room | 373.34 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 40 | Qinhuangdao Taishan Building Materials Co., Ltd. | Air compressor room | 86.32 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 41 | Qinhuangdao Taishan Building Materials Co., Ltd. | Oil furnace and airflow drying workshop | 943.61 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 42 | Taishan Gypsum (Hengshui) Co. Ltd. | Pulverization workshop | 666.96 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 43 | Taishan Gypsum (Hengshui) Co. Ltd. | Air compressor room | 10.78 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 44 | Taishan Gypsum (Hengshui) Co. Ltd. | Power-making distribution room | 38.64 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 45 | Taishan Gypsum (Hengshui) Co. Ltd. | Office building | 901.90 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |

BNBMPLC0010372

| S/N | House user | Name of building | Floor area (m$^2$) | Estimated term for obtaining housing ownership certificate | Nature of leased land |
|---|---|---|---|---|---|
| 46 | Taishan Gypsum (Hengshui) Co. Ltd. | Dormitory building | 1,167.20 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 47 | Taishan Gypsum (Hengshui) Co. Ltd. | Board making workshop | 5,856.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 48 | Taishan Gypsum (Hengshui) Co. Ltd. | Staff Dormitory building | 2,208.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 49 | Taishan Gypsum (Hengshui) Co. Ltd. | Transformer room | 38.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 50 | Taishan Gypsum (Pingshan) Co. Ltd. | Office building | 1,268.36 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 51 | Taishan Gypsum (Pingshan) Co. Ltd. | Dormitory building | 3,015.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 52 | Taishan Gypsum (Pingshan) Co. Ltd. | Canteen | 431.95 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 53 | Taishan Gypsum (Pingshan) Co. Ltd. | Board making Combined workshop | 16,380.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 54 | Taishan Gypsum (Pingshan) Co. Ltd. | Preparation workshop | 486.40 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 55 | Taishan Gypsum (Pingshan) Co. Ltd. | Bungalow of workshop | 582.92 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 56 | Taishan Gypsum (Pingshan) Co. Ltd. | Eastern bungalow of workshop | 166.40 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 57 | Taishan Gypsum (Pingshan) Co. Ltd. | Pulverization workshop | 2,664.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 58 | Taishan Gypsum (Pingshan) Co. Ltd. | Singles' dormitory | 151.20 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 59 | Taishan Gypsum (Pingshan) Co. Ltd. | Singles' dormitory | 288.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 60 | Taishan Gypsum (Pizhou) Co. Ltd. | Office building | 450.00 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |
| 61 | Taishan Gypsum (Pizhou) Co. Ltd. | Dormitory building for unmarried employees | 1,132.50 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |
| 62 | Taishan Gypsum (Pizhou) Co. Ltd. | Dormitory building for married employees | 621.00 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |

BNBMPLC0010373

| S/N | House user | Name of building | Floor area (m$^2$) | Estimated term for obtaining housing ownership certificate | Nature of leased land |
|---|---|---|---|---|---|
| 63 | Taishan Gypsum (Pizhou) Co. Ltd. | Pulverization workshop | 440.00 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |
| 64 | Taishan Gypsum (Pizhou) Co. Ltd. | Board making workshop | 7,350.00 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |
| 65 | Taishan Gypsum (Pizhou) Co. Ltd. | Boiler room | 286.00 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |
| 66 | Taishan Gypsum (Pizhou) Co. Ltd. | Dormitory building | 736.00 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |
| 67 | Taishan Gypsum (Suqian) Co. Ltd. | Office space | 387.90 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 68 | Taishan Gypsum (Suqian) Co. Ltd. | Canteen | 442.38 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 69 | Taishan Gypsum (Suqian) Co. Ltd. | 1# single-floor Dormitory | 427.50 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 70 | Taishan Gypsum (Suqian) Co. Ltd. | 2# single-floor Dormitory | 427.50 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 71 | Taishan Gypsum (Suqian) Co. Ltd. | 3# single-floor Dormitory | 427.50 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 72 | Taishan Gypsum (Suqian) Co. Ltd. | 4# single-floor Dormitory | 427.50 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 73 | Taishan Gypsum (Suqian) Co. Ltd. | 1# Dormitory building | 485.34 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 74 | Taishan Gypsum (Suqian) Co. Ltd. | 2# Dormitory building | 485.34 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 75 | Taishan Gypsum (Suqian) Co. Ltd. | 3# Dormitory building | 485.34 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 76 | Taishan Gypsum (Suqian) Co. Ltd. | 4# Dormitory building | 485.34 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 77 | Taishan Gypsum (Suqian) Co. Ltd. | Board making finished products warehouse | 4,061.62 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 78 | Taishan Gypsum (Suqian) Co. Ltd. | Decorative panel workshop | 10,796.80 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 79 | Taishan Gypsum (Suqian) Co. Ltd. | TCL workshop | 354.15 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |

136

BNBMPLC0010374

| S/N | House user | Name of building | Floor area (m²) | Estimated term for obtaining housing ownership certificate | Nature of leased land |
|---|---|---|---|---|---|
| 80 | Guizhou Taifu Gypsum Co. Ltd. | workshop (single-layer steel sheet) | 14,400.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 81 | Guizhou Taifu Gypsum Co. Ltd. | Complex Building | 2,290.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 82 | Guizhou Taifu Gypsum Co. Ltd. | Canteen | 208.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 83 | Guizhou Taifu Gypsum Co. Ltd. | Sawing workshop | 512.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 84 | Guizhou Taifu Gypsum Co. Ltd. | 1 # horizontal distribution room | 32.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 85 | Guizhou Taifu Gypsum Co. Ltd. | 2# horizontal distribution room | 84.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 86 | Guizhou Taifu Gypsum Co. Ltd. | Blending building | 506.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 87 | Guizhou Taifu Gypsum Co. Ltd. | Water scrubbing steel-structure factory building | 450.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 88 | Taishan Gypsum (Xiangtan) Co. Ltd. | Office building | 891.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 89 | Taishan Gypsum (Xiangtan) Co. Ltd | Board making workshop Steel structure | 15,250.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 90 | Taishan Gypsum (Xiangtan) Co. Ltd | Auxiliary factory building | 1,642.80 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |
| 91 | Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd. | Office building | 358.92 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 92 | Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd. | Washing workshop | 1,152.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| **Total** | | | **176,546.20** | | |

With regard to the aforesaid buildings, as at the date on which this feedback reply is signed, relevant units or competent government sectors and the lessor have produced the following evidence:

Item 1-25 buildings are independently constructed by Taishan on leased land. The village committee in Xiyao Village, Dawenkou Town, Daiyue District, Taian City, that in Zhoujia Village, Dawenkou Town, Daiyue District, Taian City, and that in Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City produce the Certificate to prove the aforesaid matters, indicate that they are complete know the aforesaid matters and bear no

BNBMPLC0010375

dispute or potential dispute with Taishan, and guarantee that the normal production and operation of Taishan shall not suffer any influence therefore. Otherwise, they are willing to bear corresponding compensation liabilities. According to the Certificate produced by the construction committee in Dawenkou Town, Daiyue District, Taian City, the aforesaid buildings confirm with the general planning of Taian City and the overall utilization planning of Dawenkou Town, and comply with relevant laws and regulations, rather than be listed into the demolition objects or involved in any administrative punishment or major violation behaviors. Except for the aforesaid circumstance, Taishan is exempted from any circumstances within jurisdiction as violating laws and provisions, or being punished by competent departments or having its liabilities investigated.

Item 26-28 buildings are independently constructed by Taian Jindun Building Materials Co., Ltd. on the state-owned land for sale rented from Taishan. According to the Certificate produced by the construction committee in Dawenkou Town, Daiyue District, Taian City, the aforesaid buildings witness no planning of demolition or expropriation at present.

Item 29-33 buildings are independently constructed by Taishan Gypsum (Wenzhou) Co., Ltd. on leased land. According to the Certificate produced by Yueqing Department of Housing and Urban-Rural Development, those buildings are not equipped with the essential conditions of handling property ownership certificate currently; it shall not impose any punishment on or investigate relevant liabilities of Taishan Gypsum (Wenzhou) Co., Ltd., which is not involved in any administrative punishment or major violation behaviors; the aforesaid buildings comply with relevant planning requirements of Yueqing City on the whole instead of being listed into the demolition objects; there has no plan to remove or levy the aforesaid buildings within five (5) years, and the normal operation of Taishan Gypsum (Wenzhou) Co., Ltd. shall suffer no influences.

Item 34-41 buildings are independently constructed by Qinhuangdao Taishan Building Materials Co., Ltd. on leased land. According to the Certificate produced by Qinhuangdao Housing Security and Real Estate Management Bureau, those buildings are not equipped with the essential conditions of handling property ownership certificate currently; it shall not impose any punishment on or investigate relevant liabilities of Qinhuangdao Taishan Building Materials Co., Ltd. for such matter; there has no plan to remove or levy the aforesaid buildings within five (5) years, and the normal operation of Qinhuangdao Taishan Building Materials Co., Ltd. shall suffer no influences. According to the Certificate produced by Qinhuangdao Planning Bureau, the aforesaid buildings comply with the planning requirements of Qinhuangdao on the whole, rather than be listed into the demolition objects or involved in any administrative punishment or major violation behaviors. The normal operation of Qinhuangdao Taishan Building Materials Co., Ltd. shall suffer no influences.

Items 42-49 buildings are independently constructed by Taishan Gypsum (Hengshui) Co., Ltd. on leased land. According to the Certificate produced by Hengshui Yaocheng Department of Housing and Urban-Rural Development, the aforesaid buildings constructed by Taishan Gypsum (Hengshui) Co., Ltd. are not equipped with the essential conditions of handling property ownership certificate currently; there has no plan to remove or levy the aforesaid buildings temporarily, and the normal operation of Taishan Gypsum (Hengshui) Co., Ltd. shall suffer no influences. According to the Certificate produced by Hengshui Urban & Rural Planning Bureau, the aforesaid buildings are indicated as located at independent industrial and mineral points as per the Overall Planning in Zhaojiaquan Village, Taocheng District, Hengshui City, and shown as Class-II industrial land in the

138

BNBMPLC0010376

planning map of town village. Upon consulting relevant departments, it is ascertained that such region has not been listed into the demolition plan recently.

Items 50-59 buildings are independently constructed by Taishan Gypsum (Pingshan) Co., Ltd. on leased land. According to the Certificate produced by Pingshan Housing Expropriation Office, the aforesaid buildings are not equipped with the essential conditions of handling property ownership certificate currently; it shall not impose any punishment on or investigate any liability of Taishan Gypsum (Pingshan) Co., Ltd.; there has no plan to remove or levy the aforesaid buildings within five (5) years, and the normal operation of Taishan Gypsum (Pingshan) Co., Ltd. shall suffer no influences. According to the Certificate produced by Pingshan Department of Housing and Urban-Rural Development, the aforesaid buildings comply with the planning requirements of Pingshan on the whole, rather than be listed into the demolition objects. The normal operation of Taishan Gypsum (Pingshan) Co., Ltd. shall suffer no influences.

Items 60-66 buildings are independently constructed by Taishan Gypsum (Pizhou) Co., Ltd. on leased land. According to the Certificate produced by Pizhou Real Estate Service Center, the aforesaid buildings shall not be removed in the future three (3) years, and the normal operation of Taishan Gypsum (Pizhou) Co., Ltd. shall suffer no influence at present. According to the Certificate produced by Pizhou Planning Bureau, it does not impose any punishment on or investigate any liability of Taishan Gypsum (Pizhou) Co., Ltd. for its independent construction of buildings on allocated land; the buildings without certificate used by Taishan Gypsum (Pizhou) Co., Ltd. shall not be removed in the future three (3) years as planned, and the normal operation of Taishan Gypsum (Pizhou) Co., Ltd. shall suffer no influences.

Items 67-79 buildings are independently constructed by Taishan Gypsum (Suqian) Co., Ltd. on leased land. According to the Certificate produced by the Construction Planning Bureau in Suqian Hi-Tech Industry Development Zone, Jiangsu, the aforesaid buildings are not equipped with the essential conditions of handling property ownership certificate currently; it shall not impose any punishment on or investigate any liability of Taishan Gypsum (Suqian) Co., Ltd.; the aforesaid buildings, instead of being listed into the demolition objects, shall not be removed or levied within five (5) years, and the normal operation of Taishan Gypsum (Suqian) Co., Ltd. shall suffer no influences.

Items 80-87 buildings are independently constructed by Guizhou Taifu Gypsum Co., Ltd. on leased land. According to the Certificate produced by Fuquan Department of Housing and Urban-Rural Development, the aforesaid buildings are not equipped with the essential conditions of handling property ownership certificate currently, yet not listed into the planned demolition objects; it shall not impose any punishment on or investigate any liability of Taishan Gypsum (Suqian) Co., Ltd. as it does not involve in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Suqian) Co., Ltd. shall suffer no influences.

Item 88-90 buildings are independently constructed by Taishan Gypsum (Xiangtan) Co., Ltd. on leased land. According to the Certificate produced by the Construction Bureau in Xiangtan Hi-Tech Industry Development Zone, the aforesaid buildings are not equipped with the essential conditions of handling property ownership certificate currently; it shall not impose any punishment on or investigate any liability of Taishan Gypsum (Xiangtan) Co., Ltd.; the aforesaid buildings shall not be removed or levied within five (5) years, and the

BNBMPLC0010377

normal operation of Taishan Gypsum (Xiangtan) Co., Ltd. shall suffer no influences. According to the Certificate produced by the Land Expropriation and Housing Removal Administrative Office in Xiangtan High-Tech Zone, the aforesaid buildings comply with the planning requirements of Xiangtan on the whole, rather than be listed into the demolition objects or involved in any administrative punishment or major violation behaviors.

Item 91-92 buildings are independently constructed by Taishan Gypsum (Xuancheng) Co., Ltd. on leased land. According to the Certificate produced by Anhui Xuanzhou Economic Development Zone Management Committee Construction Bureau, the aforesaid buildings are not equipped with the essential conditions of handling property ownership certificate currently; it shall not impose any punishment on or investigate any liability of Taishan Gypsum (Xuancheng) Co., Ltd.; the aforesaid buildings comply with relevant planning requirements of Xuancheng City on the whole instead of being involved in any administrative punishment or major violation behaviors, and do not be listed into the demolition objects; the aforesaid buildings shall not be removed or levied in the future five (5) years as planned, and the normal operation of Taishan Gypsum (Xuancheng) Co., Ltd. shall suffer no influences. According to the Certificate produced by Anhui Sierte Fertilizer Industry Co., Ltd., it completely knows this matter, bears no dispute or potential dispute with Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd., and guarantees that the normal production and operation of Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd. shall suffer no influences. Otherwise, it is willing to undertake corresponding compensation liabilities.

According to the written illustration made by Taishan, as the aforesaid buildings are constructed on others' land and not equipped with the essential conditions of handling property ownership certificate currently, the handling of property ownership certificate suffers legal obstacle.

### 3. Solutions for Legal Obstacle Existing in Certificate Handling or Risks of Handling Delay

(1) As to the parcels Taishan and its subsidiaries fail to obtain the land use right certificate, the Counterparty commits that: if Taishan and Taishan Gypsum (Weihai) Co., Ltd. fail to obtain the state-owned land use right of such parcels via bid, auction and listing according to law, the state-owned land use right of such parcels shall be obtained by negotiating with land use right holders via transfer, in which circumstance all the fees arising thereof shall be undertaken by the Counterparty as per the shares of Taishan held by it prior to the completion of this Transaction.

(2) As to the buildings Taishan and its subsidiaries establish on own lands yet fail to obtain the property ownership certificate, the Counterparty commits that: if Taishan and its subsidiaries fail to complete the establishment formalities and acquire the property ownership certificate of such buildings by law as schedules, further influencing the normal production and operation of Taishan and its subsidiaries or making them suffer any economic losses, in which circumstance the Counterparty shall offer sufficient compensation to Taishan as per the shares of Taishan held by it prior to the completion of this Transaction.

(3) As to the buildings established on the parcels actually used by Taishan yet failing to acquire the land use right certificate, the Counterparty commits that: if Taishan fails to

140

BNBMPLC0010378

complete the establishment formalities and acquire the property ownership certificate of such buildings by law as schedules, further influencing the normal production and operation of Taishan or making Taishan suffer any economic losses, in which circumstance the Counterparty shall offer sufficient compensation to Taishan as per the shares of Taishan held by it prior to the completion of this Transaction.

(4) As to the buildings constructed by Taishan and its subsidiaries on leased land, the Counterparty commits that: it shall actively cooperate with Taishan and its subsidiaries to carry out normal production and operation, and ensure them exempt from any punishment or relevant liabilities investigated. Should the normal use or normal production and operation of Taishan and its subsidiaries suffer any influence for any requisitions on title, Taishan shall be enabled to acquire the state-owned land use right of such leased land or rent other buildings with clear ownership for production and operation, in which circumstance if Taishan and its subsidiaries suffer any economic losses, the Counterparty shall offer sufficient compensation to Taishan as per the shares of Taishan held by it prior to the completion of this Transaction.

### (II) Supplemental Disclosure

In "Article 8 – Information on Taishan's Main Asset Ownership, External Security and Primary Liabilities" of "Chapter 5 – Basic Information on the Subject of Transaction" of Restructuring Report, the Listed Company has made supplemental disclosure for the aforesaid content.

### (III) Verification Opinions of Agents

### 1. Independent Financial Adviser's Opinions

Upon verification, the Independent Financial Adviser holds that, "the Issuer had disclosed those matters by June 30, 2016 as proportion of the area of the properties for which no certificate has been obtained, the progress of certificate application, expected date of completion, way of assumption of relevant expenses, and such disclosure is authentic in content; (2) the transfer formalities of the two parcels Taishan and its subsidiaries fail to obtain the warrant are in the handling process. After Taishan and Taishan Gypsum (Weihai) Co., Ltd. perform the bid, auction and listing process of such parcels according to law, and pay sufficient transfer fee as well as relevant taxes, the handling of such parcels' warrant confronts with no legal obstacle; (3) the warrant of buildings constructed by Taishan and its subsidiaries on own land is in the handling process. Upon performing the establishment formalities according to law, the handling of such buildings' warrant confronts with no legal obstacle; (4) the warrant of buildings constructed by Taishan on parcels failing to acquire land use right certificate is in the handling process. After Taishan acquires the state-owned land use right certificate of those parcels and performs the establishment formalities, the handling of such buildings' warrant confronts with no legal obstacle; (5) the buildings constructed by Taishan and its subsidiaries on leased land are not equipped with the conditions of handling property ownership certificate, whose handling suffers legal obstacle. As at the date on which the audit opinions are executed, such circumstance does not influence the normal use of such buildings as well as production and operation; (6) the Counterparty has proposed solutions for the legal obstacle of certificate handling or the risk of delayed handling, and made corresponding commitment, which is the presentation of its true meaning, legitimate and effective".

BNBMPLC0010379

### 2.  Lawyer's Opinions

Upon verification, the Lawyer holds that, "(1) the Applicant had disclosed those matters by June 30, 2016 as proportion of the area of the properties for which no certificate has been obtained, the progress of certificate application, expected date of completion, way of assumption of relevant expenses, and such disclosure is authentic in content; (2) the transfer formalities of the two parcels Taishan and its subsidiaries fail to obtain the warrant are in the handling process. After Taishan and Taishan Gypsum (Weihai) Co., Ltd. perform the bid, auction and listing process of such parcels according to law, the handling of such parcels' warrant confronts with no legal obstacle; (3) the warrant of buildings constructed by Taishan and its subsidiaries on own land is in the handling process. Upon performing the establishment formalities according to law, the handling of such buildings' warrant confronts with no legal obstacle; (4) the warrant of buildings constructed by Taishan on parcels failing to acquire land use right certificate is in the handling process. After Taishan acquires the state-owned land use right certificate of those parcels and performs the establishment formalities, the handling of such buildings' warrant confronts with no legal obstacle; (5) the buildings constructed by Taishan and its subsidiaries on leased land are not equipped with the conditions of handling property ownership certificate, whose handling suffers legal obstacle. As at the date on which the supplemental legal opinion is executed, such circumstance does not influence the normal use of such buildings as well as production and operation; (6) the Counterparty has proposed solutions for the legal obstacle of certificate handling or the risk of delayed handling, and made corresponding commitment, which is the presentation of its true meaning, legitimate and effective"

### II.  Perform relevant undertakings in accordance with Guidelines No.4 for the Supervision of Listed Companies – Undertakings and Their Performance by Actual Controllers, Shareholders, Affiliates, Acquirers of Listed Companies and the Listed Companies Themselves.

### (I)  Reply to the Aforesaid Problems

As to the lands and properties Taishan and its subsidiaries had not acquired warrant by June 30, 2016 or bearing other ownership defects, the Counterparty makes the following commitments, "it shall actively cooperate with Taishan and its subsidiaries to handle warrant of lands and properties failing to be registered or acquire certificate, and ensure that such matter will exert no influence on the normal production and operation of Taishan and its subsidiaries. If Taishan and its subsidiaries have their normal production and operation witness any adverse influences in the future operation as a result of such ownership defects, and further suffer any economic losses (including but not limited to the fine and overdue fine government departments impose on relevant companies therefore as well as the failure to perform normal production and operation and losses suffered by relevant companies for handling the aforesaid problems and perfecting relevant land and property problems), the minority shareholders of Taishan shall offer sufficient compensation to Taishan as per their shareholding ratio of Taishan prior to June 30, 2016 within thirty (30) days after Beijing New Building Materials Public Limited Company determines the actual losses suffered by relevant companies therefore according to law".

### (II) Supplemental Disclosure

In "Article 8 – Information on Taishan's Main Asset Ownership, External Security and

142

Primary Liabilities" of "Chapter 5 – Basic Information on the Subject of Transaction" of Restructuring Report, the Listed Company has made supplemental disclosure for the aforesaid content.

### (III) Verification Opinions of Agents

#### 1. Independent Financial Adviser's Opinions

Upon verification, the Independent Financial Adviser holds that, "the aforesaid commitments, in conformity with the requirements specified in the Guidelines No.4 for the Supervision of Listed Companies – Undertakings and Their Performance by Actual Controllers, Shareholders, Affiliates, Acquirers of Listed Companies and the Listed Companies Themselves, are the presentation of the Counterparty's true meaning, legitimate and effective".

#### 2. Lawyer's Opinions

Upon verification, the Lawyer holds that, "the aforesaid commitments, in conformity with the requirements specified in the Guidelines No.4 for the Supervision of Listed Companies – Undertakings and Their Performance by Actual Controllers, Shareholders, Affiliates, Acquirers of Listed Companies and the Listed Companies Themselves, are the presentation of the Counterparty's true meaning, legitimate and effective".

**III. Additionally disclose how to divide the ownership of buildings built on leased land, whether the ownership is clear, the nature of the leased land, whether these buildings thereon violate relevant laws and regulations on land and housing construction, if so, please explain the legal risks that exist and the legal liabilities that should be assumed.**

### (I)  Reply to the Aforesaid Problems

As to the information on buildings constructed by Taishan and its subsidiaries on leased land, see "Buildings Constructed by Taishan and Its Subsidiaries on Leased Land" of "Buildings Failing to Acquire Housing/Property Ownership Certificate" of Problem 8 in this feedback opinions for the detailed information.

### (II) Supplemental Disclosure

In "Article 8 – Information on Taishan's Main Asset Ownership, External Security and Primary Liabilities" of "Chapter 5 – Basic Information on the Subject of Transaction" of Restructuring Report, the Listed Company has made supplemental disclosure for the aforesaid content.

### (III) Verification Opinions of Agents

#### 1. Independent Financial Adviser's Opinions

Upon verification, the Independent Financial Adviser holds that, "the buildings constructed by Taishan and its subsidiaries on leased land shall be possessed by Taishan

BNBMPLC0010381

and its subsidiaries, for which there exist no dispute between Taishan and its subsidiaries and the lessor; the construction of those buildings fails to obtain the establishment formalities according to law, which violates relevant laws and provisions concerning land and property construction, and bears the risk of being removed according to law. However, such circumstance shall not influence the normal use of those buildings by Taishan and its subsidiaries. In addition, the Counterparty has proposed solutions and committed that, if Taishan and its subsidiaries have their normal production and operation witness any adverse influence and further suffer any economic losses therefore, it shall offer sufficient compensation to Taishan as per its shareholding ratio of Taishan prior to June 30, 2016. Therefore, such circumstance does not constitute significant barriers for this Transaction".

### 2. Lawyer's Opinions

Upon verification, the Lawyer holds that, "the buildings constructed by Taishan and its subsidiaries on leased land shall be possessed by Taishan and its subsidiaries, for which there exist no dispute between Taishan and its subsidiaries and the lessor; the construction of those buildings fails to obtain the establishment formalities according to law, which violates relevant laws and provisions concerning land and property construction, and bears the risk of being removed according to law. However, such circumstance shall not influence the normal use of those buildings by Taishan and its subsidiaries. In addition, the Counterparty has proposed solutions and committed that, if Taishan and its subsidiaries have their normal production and operation witness any adverse influence and further suffer any economic losses therefore, it shall offer sufficient compensation to Taishan as per its shareholding ratio of Taishan prior to June 30, 2016. Therefore, such circumstance does not constitute significant barriers for this Transaction".

### IV. Additionally disclose whether Taishan Gypsum has used leased collective land to carry out project construction; if so, please make supplemental disclosure of the compliance of relevant project construction procedures.

### (I) Reply to the Aforesaid Problems

According to the materials and confirmation provided by Taishan, as at the date on which the feedback opinion is executed, Taishan has constructed plants, warehouses and etc. on the collective land leased from Beixiyao Village, Dawenkou Town, Daiyue District, Taian City, Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City, and Houzhoujiayuan Village, Dawenkou Town, Daiyue District, and the construction of the aforesaid projects has not gone through relevant formalities according to law.

### (II) Supplemental Disclosure

In "Article 8 – Information on Taishan's Main Asset Ownership, External Security and Primary Liabilities" of "Chapter 5 – Basic Information on the Subject of Transaction" of Restructuring Report, the Listed Company has made supplemental disclosure for the aforesaid content.

BNBMPLC0010382

### (III) Verification Opinions of Agents

#### 1.  Independent Financial Adviser's Opinions

Upon verification, the Independent Financial Adviser holds that, "Although Taishan fails to obtain relevant formalities according to law as carrying out projects on collective land and there bears defect, yet such circumstance shall not influence the normal use of relevant projects constructed. In addition, the Counterparty has committed that it shall bear any economic losses suffered by Taishan and its subsidiaries if their normal production and operation is influenced, and offer sufficient compensation to Taishan as per its shareholding ratio of Taishan as at June 30, 2016. Therefore, such circumstance shall not constitute significant barriers for this Transaction".

#### 2.  Lawyer's Opinions

Upon verification, the Lawyer holds that, "Although Taishan fails to obtain relevant formalities according to law as carrying out projects on collective land and there bears defect, yet such circumstance shall not influence the normal use of relevant projects constructed. In addition, the Counterparty has committed that it shall bear any economic losses suffered by Taishan and its subsidiaries if their normal production and operation is influenced, and offer sufficient compensation to Taishan as per its shareholding ratio of Taishan as at June 30, 2016. Therefore, such circumstance shall not constitute significant barriers for this Transaction".

### V. Additionally disclose whether the practice of evaluating the land-use right in terms of shares complies with relevant provisions of Company Law, Land Administration Law, etc.

#### (I) Reply to the Aforesaid Problems

According to the Approval on Relevant Matters of Agreeing Shandong Taihe Dongxin Co., Ltd. to Buy out the State-owned Assets of Shandong Taihe Taishan Plasterboard General Factory (Group) in A Lump Sum (TaiGuoZiQi (2002) No. 25) produced by Taian State-owned Assets Administration Bureau on October 31, 2002, the approval on the lump-sum purchase of Shandong Taihe Group's state-owned assets by Taishan is as follows: the state-owned net assets of Shandong Taihe Group upon evaluation being 84.9029 million Yuan and the newly-increased state-owned assets from the Appraisal Reference Date to June 30, 2002 being 6.141 million Yuan amount to 91.0439 million Yuan in total; upon deducting the non-operating assets stripped being 23.89 million Yuan, the expenses on relevant personnel withdrawn and retained being 21.2174 million Yuan as well as 23.904 million Yuan for Guotai Minan Investment to purchase 24.9 million shares of Taishan held by Shandong Taihe Group at the unit price of 0.96 Yuan, the balance being 22.0329 million Yuan shall be purchased by Taishan in the model of bearing debt. Upon cancelling other debts being 2.0081 million Yuan verified, the balance of Shandong Taihe Group's state-owned assets is 20.0248 million Yuan. According to the document having serial number being TaiZhengFa (2002) No. 30, Taishan can enjoy the preferential policy of 20% off if buying out the state-owned assets of Shandong Taihe Group in a lump sum, for which Taishan shall pay 16.01984 million Yuan eventually.

145

BNBMPLC0010383

According to the Land Appraisal Report of Restructuring Project of Shandong Taihe Taishan Plasterboard General Factory (Group) (LuHengJia (2001) No. 058, hereinafter referred to as the "Land Appraisal Report") produced by Shandong Zhengheng Real Estate Appraisal Co., Ltd. as well as the Agreement on Assets Disposal executed by Taian State-owned Assets Operation Co., Ltd., Taishan and Shandong Taihe Group, the state-owned assets Shandong Taihe Group transferred to Taishan include the following four state-owned allocated lands in the name of Shandong Taihe Group, whose concrete situations are as follows:

| S/N | Land certificate number | Location | Use of land | Registered area in land certificate (square meter) | Area transferred to Taihe Dongxin (square meter) |
|-----|-------------------------|----------|-------------|----------------------------------------------------|--------------------------------------------------|
| 1 | Dai Yue Guo Yong (2001) Zi No.0343 | Beixiyao Village, Wenkou Town | Industrial | 29,446.00 | 29,446.00 |
| 2 | Dai Yue Guo Yong (2001) Zi No.0345 | Houzhoujiahyuan Village, Wenkou Town | Industrial | 44,856.70 | 44,856.70 |
| 3 | Tai Tu Guo Yong (2001) Zi No.0367 | North of Taishan Street | Commercial | 3,590.92 | 3,590.92 |
| 4 | Tai Tu Guo Yong (2001) Zi No.0368 | North of Taishan Street | Residential | 12,318.49 | 6,159.25 |

According to the Land Appraisal Report, the transfer price of the four state-owned lands is evaluated and priced according to the price of state-owned allocated land use right under normal market conditions.

On February 17, 2005, Taian Bureau of Land and Resources and Taishan executed the Agreement on Withdrawal of Land Use Right for the purpose of taking back the use right of the land located at the eastern section of Taishan Street, having purpose being business services industry and area being 623.59 square meters; in September 2007, the name of Taishan was altered to "Taishan Gypsum Co., Ltd." from "Shandong Taihe Dongxin Co., Ltd.". As at the date on which the feedback opinion is executed, the basic information on the use right of the aforesaid 4 parcels is as follows:

| S/N | Land certificate number | Location | Area (m$^2$) | Nature | Land category (usage) | Expiry date |
|-----|-------------------------|----------|--------------|--------|-----------------------|-------------|
| 1 | Tai Tu Guo Yong (2009) No.D-0193 | Dawenkou Town, Daiyue District | 29,446.00 | Conversion of land use right into shares | Industrial | 2053/11/21 |
| 2 | Tai Tu Guo Yong (2009) No.D-0194 | HouZhoujiayuan Village, Dawenkou Town, Daiyue District | 44,857.00 | Conversion of land use right into shares | Industrial | 2053/11/21 |
| 3 | Tai Tu Guo Yong (2010) No.T0411 | North of Easter Section of Taishan Street | 2,967.31 | Conversion of land use right into shares | Business service | 2043/10/8 |
| 4 | Tai Tu Guo Yong (2016) No.T-0033 | East of East Rongliao Road | 6,160.00 | Conversion of land use right into shares | Residential | 2073/10/8 |

BNBMPLC0010384

Based on the explanation produced by Taishan, the aforesaid 4 parcels are net assets of Shandong Taihe Group (therein: land is evaluated as a part of net assets as per the remising price at that moment) purchased by Taishan at the fair price evaluated. According to the principle of substance over form, the 4 parcels shall be allotted land actually. The aforesaid explanation made by Taishan is confirmed by Taian Bureau of Land and Resources.

### (II) Supplemental Disclosure

In "Article 8 – Information on Taishan's Main Asset Ownership, External Security and Primary Liabilities" of "Chapter 5 – Basic Information on the Subject of Transaction" of Restructuring Report, the Listed Company has made supplemental disclosure for the aforesaid content.

### (III) Verification Opinions of Agents

#### 1. Independent Financial Adviser's Opinions

Upon verification, the Independent Financial Adviser holds that, "Taishan purchased the use right of the 4 state-owned allocated parcels originally used by Shandong Taihe Group at the price of state-owned granted land evaluated, paid off the grant fees of the 4 parcels and accepted the use right of the 4 state-owned parcels by law. Although the nature of the 4 parcels' use right is registered as evaluation in terms of shares, it is transfer actually; Taishan is exempted from the circumstance where it becomes a shareholder by evaluating the land use right in terms of shares".

#### 2. Lawyer's Opinions

Upon verification, the Lawyer holds that, "Taishan purchased the use right of the 4 state-owned allocated parcels originally used by Shandong Taihe Group at the price of state-owned granted land evaluated, paid off the grant fees of the 4 parcels and accepted the use right of the 4 state-owned parcels by law. Although the nature of the 4 parcels' use right is registered as evaluation in terms of shares, it is transfer actually; Taishan is exempted from the circumstance where it becomes a shareholder by evaluating the land use right in terms of shares".

### VI. Additionally disclose the effect of the foregoing matters on this Transaction and the Listed Company following completion of this Transaction, and whether this Transaction meets Articles 11(I) and (IV) and Article 43.1(I) and (IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies.

#### (I) Reply to the Aforesaid Problems

The Listed Company has produced the supplemental disclosure and explanation for the necessity of this Transaction. Taishan is a holding subsidiary of the Issuer. In addition, the Counterparty has committed that it shall undertake any economic losses suffered by Taishan and its subsidiaries as their normal production and operation is influenced by the aforesaid matters, and offer sufficient compensation to Taishan as per its shareholding ratio of Taishan as at June 30, 2016. Therefore, the aforesaid matters shall not exert material adverse effect on this Transaction and the Listed Company upon this Transaction. This

BNBMPLC0010385

Transaction complies with Articles 11(I) and (IV) and Article 43.1(I) and (IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies.

### (II) Supplemental Disclosure

In "Article 8 – Information on Taishan's Main Asset Ownership, External Security and Primary Liabilities" of "Chapter 5 – Basic Information on the Subject of Transaction" of Restructuring Report, the Listed Company has made supplemental disclosure for the aforesaid content.

### (III) Verification Opinions of Agents

#### 1. Independent Financial Adviser's Opinions

Upon verification, the Independent Financial Adviser holds that, "the Issuer has produced the supplemental disclosure and explanation for the necessity of this Transaction. Taishan is a holding subsidiary of the Issuer. In addition, the Counterparty has committed that it shall undertake any economic losses suffered by Taishan and its subsidiaries as their normal production and operation is influenced by the aforesaid matters, and offer sufficient compensation to Taishan as per its shareholding ratio of Taishan as at June 30, 2016. Therefore, the aforesaid matters shall not exert material adverse effect on this Transaction and the Listed Company upon this Transaction. This Transaction complies with Articles 11(I) and (IV) and Article 43.1(I) and (IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies".

#### 2. Lawyer's Opinions

Upon verification, the Lawyer holds that, "the Applicant has produced the supplemental disclosure and explanation for the necessity of this Transaction. Taishan is a holding subsidiary of the Applicant. In addition, the Counterparty has committed that it shall undertake any economic losses suffered by Taishan and its subsidiaries as their normal production and operation is influenced by the aforesaid matters, and offer sufficient compensation to Taishan as per its shareholding ratio of Taishan as at June 30, 2016. Therefore, the aforesaid matters shall not exert material adverse effect on this Transaction and the Listed Company upon this Transaction. This Transaction complies with Articles 11(I) and (IV) and Article 43.1(I) and (IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies".

BNBMPLC0010386

**QUESTION 9: as indicated on the application materials, the subsidiaries and branches of Taishan Gypsum leased 3 buildings with a total area of 28,108.24 square meters; Taishan Gypsum and its subsidiaries leased and used 11 parcels of land with a total area of 387,316.84 square meters, wherein, they leased 5 parcels of collective land with a total area of 69,389.65 square meters and 1 parcel of granted land with an area of 53,336.00 square meters. You are expected to make supplemental disclosure of: 1) the foregoing leased premises and purpose of land, whether there is any risk of default or renewal failure, as well as the effect on the production and operation stability of Taishan Gypsum.2) whether the act of leasing collective land and granted land complies with Land Administration Law and relevant regulations, and whether it is necessary to go through relevant procedures. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. For the foregoing leased buildings and land purposes, whether there is any risk of default or renewal failure, as well as the effect of such risk on the production and operation stability of Taishan.**

1. Based on explanations furnished by Taishan, the purposes of house buildings leased by Taishan's subsidiaries and branch companies are listed below:

| S/N | Lessor | Lessee | Location | Lease term | Use of building |
|-----|--------|--------|----------|-----------|----------------|
| 1 | Jiangsu Luling Chemical Group Co., Ltd. | Taishan Gypsum (Suqian) Co. Ltd. | West of Jinshajiang Road and East of Yuhe Dam, Suyu Economic Development Area | 2013 / 3 / 1 ~2033/ 3 / 1 | Used for the production and operation of gypsum board |
| 2 | Jiangsu Pizhou Gypsum Board Factory | Taishan Gypsum (Pizhou) Co. Ltd. | South of Xuzhou Grade-1 Highway | 2002/ 7 / 1 ~2022 /6/30 | Used for the production and operation of gypsum board |
| 3 | Lucheng Cement Factory | Taishan Gypsum Co. Ltd. | Xiaonangang, outside of Ximen, Lucheng City | 2016/1/ 1 ~ 2020/ 12 / 31 | Used for the production and operation of gypsum board |

2. Based on explanations furnished by Taishan, the purposes of land use rights of 11 land parcels leased by Taishan and its subsidiaries and branch companies are listed below:

(1) Lease of granted land

The purposes of land use rights granted or valued as capital that are leased by Taishan's subsidiaires and branch companies are listed below:

149

BNBMPLC0010387

| S/N | Lessee | Lessor | Location | Nature | Lease term | Use of leased land |
|---|---|---|---|---|---|---|
| 1 | Qinhuangdao Taishan Building Materials Co., Ltd. | Qinhuangdao Huaying Phosphoric Acid Co., Ltd. | Within the premises of Huaying Phosphoric Acid Co., Ltd., Eastern Section of Gangcheng Street, Qinhuangdao City | Transfer | 2003/ 8/1~2032/ 4 / 18 | Gypsum board production line construction project |
| 2 | Taishan Gypsum (Hengshui) Co., Ltd. | Hebei Hengfeng Power Generation Co., Ltd. | West Renmin Road, Hengshui City, Hebei Province | Transfer | 2016 / 1 /1 ~ 2018 / 12 /31 | Gypsum board production line construction project |
| 3 | Taishan Gypsum (Wenzhou) Co., Ltd. | Zhengjiang Zheneng Wenzhou Power Generation Co., Ltd. | East of Phase-3 Power Generator Set, North of Rotten Stone Powder Factory, Zhengjiang Zheneng Wenzhou Power Generation Co., Ltd. | Transfer | 2008/ 1 /1 ~ 2036 /6 / 30 | Gypsum board production line construction project |
| 4 | Guizhou Taifu Gypsum Co., Ltd. | Wengfu Group Co., Ltd. | Machangping Office, Fuquan | Provided as capital contribution | 2009/9/23 ~ 2039/9/22 | Gypsum board production line construction project |
| 5 | Taishan Gypsum (Pingshan) Co., Ltd. | Shijiazhuang Hua'ao Electric Power Co., Ltd. | Adjacent to Hebei Yineng New Environmental Materials Co., Ltd. and East of Pingshan Jicheng | Transfer | 2006 / 7 / 1 /~2036 /6 /16 | Gypsum board production line construction project |

(2) Lease of collective land

The purposes of 5 parcels of collective land leased by Taishan and its subsidiaries are listed below:

| S/N | Lessee | Lessor | Location | Lease term | Use of leased land |
|---|---|---|---|---|---|
| 1 | Taishan Gypsum | Villagers' Committee of Beixiyao Village, Dawenkou Town, Daiyue District, Taian City | Beixiyao Village, Dawenkou Town, Daiyue District, Taian City | 2010 / 1 / 1 ~2030 /12 / 31 | Construction of auxiliary facilities, etc for gypsum board production line |
| 2 | Taishan Gypsum | Villagers' Committee of Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City | Qianzhoujiayuan Village , Dawenkou Town, Daiyue District, Taian City | 2010 / 1 / 1 ~2030 /12 / 31 | Construction of auxiliary facilities, etc for gypsum board production line |
| 3 | Taishan Gypsum | Villagers' Committee of Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City | Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City | 2010/1/1 ~2030/12/31 | Construction of auxiliary facilities, etc for gypsum board production line |

BNBMPLC0010388

| S/N | Lessee | Lessor | Location | Lease term | Use of leased land |
|-----|--------|--------|----------|------------|--------------------|
| 4 | Taishan Gypsum (Henan) Co., Ltd. | Plant boundary: east to Yunzha Road of CR Power Plant, south to center line of Beihuan Road, west to center line of Shoumang Road | People's Government of Shouyangshan Town, Yanshi City | 2009 ~2039 | Lease agreement has been terminated |
| 5 | Taishan Gypsum (Guangdong) Co., Ltd. | Junction of Fuyuan Road and North Huancheng Road, Yuanzhou Town, Boluo County | People's Government of Yuanzhou Town, Boluo County | 2009/ 12 / 10 ~2059 / 12 / 10 | Road, leased to and exclusively used by this company |

The particulars of three parcels of collective land leased by Taishan:

On December 30, 2003, Taian Municipal People's Government issued the "Official Written Replies on the 35th Batch of Urban Construction Land in Daiyue District in 2003" (TaiZhengTuZi [2003] No.225), approving the conversion of agricultural land located at Qianzhoujiayuan Village, Dawenkou Town (including 61,696m2 of cultivated land and 976m2 of water area) into construction land and meanwhile approving the use of 868m2 of land for transportation. The foregoing use of land located at Zhoujiayuan Village in front of Dawenkou Town is for collective construction.

On December 30, 2003, Taian Municipal People's Government issued the "Official Written Replies on the 37th Batch of Urban Construction Land in Daiyue District in 2003" (TaiZhengTuZi [2003] No.227), approving the conversion of 75,009m2 of agricultural land (all used as cultivated land) located at Beixiyao Village, Dawenkou Town into construction land and meanwhile approving the use of 3,935m2 of land for human settlement and mining and industrial sites. The foregoing use of land located at Zhoujiayuan Village in front of Dawenkou Town is for collective construction.

On December 30, 2003, Taian Municipal People's Government issued the "Official Written Replies on the 36th Batch of Urban Construction Land in Daiyue District in 2003" (TaiZhengTuZi [2003] No.226), approving the conversion of 61,812m2 of agricultural land located in Houzhoujiayuan Village and Beixiyao Village, Dawenkou Town (all used as cultivated land) into construction land and meanwhile approving the use of 3,935m2 of land for human settlement and mining and industrial sites. The foregoing use of land located at Zhoujiayuan Village in front of Dawenkou Town is for collective construction.

According to explanations given by Taishan and the foregoing approvals, the parcels of collective land leased by Taishan that are located in Beixiyao Village, Houzhoujiayuan Village and Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City are collective construction land.

With respect to collective land leased by Taishan Gypsum (Henan) Co., Ltd., on June 10, 2016, Taishan Gypsum (Henan) Co., Ltd. signed with the People's Government of Yangshan Town, Yanshi City the "Agreement on Taishan Gypsum (Henan) Co., Ltd.'s not Renewing the Lease of 30mu Land", thus terminating the foregoing 4th lease agreement.

(3) Lease of allotted land

151

BNBMPLC0010389

The purpose of allotted land leased by Taishan Gypsum (Xiangtan) Co., Ltd., a subsidiary of Taishan, from Datang Xiangtan Power Generation Co., Ltd. is: for desulfurization gypsum comprehensive utilization project construction, including construction of gypsum board and gypsum products and relevant office & living facilities.

Based on lease agreements and other information furnished by Taishan, inquiries on the National Enterprise Credit Information Network (http://gsxt.saic.gov.cn/) and explanations provided by Taishan and relevant lessors, Taishan and its subsidiaries have signed agreements with relevant lessors with respect to the foregoing building and land leases. Such lease agreements are now being performed and have so far had no risk of default or renewal failure by the signing date of replies to the present feedback opinions. Those agreements will not exert any material, adverse impact on the production and operation stability of Taishan.

**II. whether the foregoing act of leasing collective land and allotted land complies with Land Administration Law and relevant regulations, and whether it is necessary to go through relevant procedures. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

1. The procedures performed for Taishan's lease of collective land

Pursuant to Article 15.2 of "The Law of Land Administration of the People's Republic of China" ("Land Administration Law"), where farmers collectively-owned land is contracted and operated by any unit or individual other than the relevant collective economic organization, consent from at least two thirds (2/3) of members of villager meeting or at least two thirds (2/3) of villager representatives must be obtained and such issue must be submitted to the people's government of the relevant town/township for approval.

Pursuant to Article 48 of "The Law of the People's Republic of China on Land Contract in Rural Areas" ( "Land Contract Law"), where the contract-issuing party awards the contract for rural land to any unit or individual other than the relevant collective economic organization, prior consent from at least two thirds (2/3) of members of villager meeting comprising the relevant collective economic organization or at least two thirds (2/3) of villager representatives must be obtained and such issue shall be submitted to the people's government of the relevant town/township for approval.

With respect to Taishan's lease of collective land from the Villagers' Committee of Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City, on April 13, 2016, Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City held its villagers' congress, which deliberated and adopted the lease agreement signed by and between Taishan and the Villagers' Committee of Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City. On April 22, 2016, the People's Government of Dawenkou Town, Daiyue District, Taian City issued the "Official Written Replies on Lease of Land at Houzhoujiayuan Village to Taishan Gypsum Co., Ltd.", approving in principle the lease of land by the Villagers' Committee of Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City to Taishan.

With respect to Taishan's lease of collective land from the Villagers' Committee of Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City, on April 15, 2016, Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City held its villagers'

BNBMPLC0010390

congress, which deliberated and adopted the lease agreement signed by and between Taishan and the Villagers' Committee of Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City. On April 24, 2016, the People's Government of Dawenkou Town, Daiyue District, Taian City issued the "Official Written Replies on Lease of Land at Qianzhoujiayuan Village to Taishan Gypsum Co., Ltd.", approving in principle the lease of land by the Villagers' Committee of Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City to Taishan.

With respect to Taishan's lease of collective land from the Villagers' Committee of Beixiyao Village, Dawenkou Town, Daiyue District, Taian City, on April 17, 2016, Beixiyao Village, Dawenkou Town, Daiyue District, Taian City held its villagers' congress, which deliberated and adopted the lease agreement signed by and between Taishan and the Villagers' Committee of Beixiyao Village, Dawenkou Town, Daiyue District, Taian City. On April 26, 2016, the People's Government of Dawenkou Town, Daiyue District, Taian City issued the "Official Written Replies on Lease of Land at Qianzhoujiayuan Village to Taishan Gypsum Co., Ltd.", approving in principle the lease of land by the Villagers' Committee of Beixiyao Village, Dawenkou Town, Daiyue District, Taian City to Taishan.

2. Lease of collective land by Taishan Gypsum (Guangdong) Co., Ltd.

On June 22, 2016, the Land and Resources Bureau of Boluo County issued a certificate, proving that the relevant land use procedure is being carried out for 6,724m2 of land within plant buildig of Taishan Gypsum (Guangdong) Co., Ltd. and this issue will not exert any material effect on normal production and operation of Taishan Gypsum (Guangdong) Co., Ltd.

The lease of collective land by Taishan Gypsum (Guangdong) Co., Ltd. fails to perform the procedures required in the "Land Administration Law" and the "Land Contract Law" according to law.

3. Lease of allotted land by Taishan Gypsum (Xiangtan) Co., Ltd.

Pursuant to Article 45 of "Interim Regulations of the People's Republic of China Concerning the Assignment and Transfer of the Right to the Use of the State-owned Land in the Urban Areas", if the following conditions are satisfied, subject to approval of land administration departments and housing adminsitration departments of municipal or county-level people's governments, allotted land use rights and ownership of above-ground structures and other appurtenances can be transferred, leased or mortgaged: (1) land users are companies, enterprises, other economic organizations and individuals; (2) a certificate for use of State-owned land has been obtained; (3) a legitimate ownership certificate of above-ground structures and other appurtenances is made available; (4) where a contract for transfer of land use right is signed subject to Chapter 2 of the present Regulations, land use right transfee fee shall be paid retroactively to the local municipal or county-level people's government or the proceeds from such transfee, lease or mortgage shall be paid in lieu of land use right transfee fee.

**III. Supplemental Disclosure**

The Listed Company has made supplemental disclosure of the foregoing contents in "VIII. Taishan's major asset ownership, external guarantees and primary liabilities" of

153

BNBMPLC0010391

"Chapter 5 Basic Information of the Subject of Transaction" in the "Restructuring Report".

### IV. Verification Opinions of Agents

### 1. Opinions of Independent Financial Adviser

Through verification, the Independent Financial Adviser deems that: "Taishan and its subsidiaries have signed agreements with relevant lessors with respect to the foregoing building and land leases. Such lease agreements are now being performed. As at the signing date of the present verification opinion, those agreements have so far had no risk of default or renewal failure and thus will not have any material, adverse impact on the production and operation stability of Taishan. Except that the legally required procedures have not been performed for Taishan Gypsum (Guangdong) Co., Ltd.'s lease of collective land, for lease of all other parcels of collective land and allotted land by Taishan and its subsidiaries, approvals from relevant entities or competent government departments have been obtained in accordance with Article 15.2 of "Land Administration Law" and Article 48 and other provisions of "Land Contract Law"."

### 2. Lawyer's Opinions

Through verification, the Lawyer deems that: "Taishan and its subsidiaries have signed agreements with relevant lessors with respect to the foregoing building and land leases. Such lease agreements are now being performed. As at the signing date of the present supplemental legal opinion, those agreements have so far had no risk of default or renewal failure and thus will not have any material, adverse impact on the production and operation stability of Taishan. Except that the legally required procedures have not been performed for Taishan Gypsum (Guangdong) Co., Ltd.'s lease of collective land, for lease of all other parcels of collective land and allotted land by Taishan and its subsidiaries, approvals from relevant entities or competent government departments have been obtained in accordance with Article 15.2 of "Land Administration Law" and Article 48 and other provisions of "Land Contract Law".

BNBMPLC0010392

**QUESTION 10: As indicated on the application materials, if the base date of evaluation in this Transaction is April 30, 2015 and the income approach is used for evaluation, the 100% equity of Taishan Gypsum is evaluated at RMB1,198,714.00; and if a supplemental evaluation is performed on the base date of December 31, 2015, the 100% equity of Taishan Gypsum is evaluated at RMB1,283,092.00.You are expected to make supplemental disclosure of: 1) the accomplishment of the consolidated operating revenue and profit of Taishan Gypsum for 2015, and the difference with the result estimated using the income approach on the base date of April 30, 2015 and the reason for such difference.2) If there is any difference between the two forecasts of consolidated revenue and net profit of Taishan Gypsum using the income approach, and if so, please make supplemental disclosure of the reason and rationality. 3) The main reason for the difference between the results of two evaluations using the income approach.4) The reason and rationality for the fact that the three subsidiaries, namely, Taian Taishan Plasterboard Co., Ltd., Taishan Gypsum (Jilin) Co., Ltd. and Xinjiang Tianshan Building Materials Gypsum Products Co., Ltd. are not evaluated using the income approach. The Independent Financial Adviser and appraiser are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. The difference between Taishan's consolidated operating revenue and net profit for 2015 and the result estimated using the income approach on the appraisal reference date of April 30, 2015, and the reason for such difference**

1. According to the Auditor's Report on Taishan Gypsum Co., Ltd.(TianZhiYeZi (2016) No.9523-1) issued by Baker Tilly China Certified Public Accountants (Special General Partnership), the revenue and net profit of Taishan Gypsum in 2015 are as follows:

Unit: RMB10,000

| Item | 2015 |
|---|---|
| **I. Total operating revenue** | 544,138.54 |
| **II. Total operating cost** | 438,447.44 |
| Including: operating cost | 382,525.49 |
| Business tax and surcharge | 2,525.73 |
| Selling expenses | 13,598.62 |
| Management expenses | 28,311.51 |
| Financial expenses | 11,357.92 |
| Asset impairment loss | 128.17 |
| Plus: gains from changes in fair value | - |
| Investment income | 66.42 |
| **III. Operating profit** | 105,757.52 |

BNBMPLC0010393

| | |
|---|---|
| Plus: non-operating income | 9,270.77 |
| Less: non-operating expenses | 9,410.30 |
| **IV. Total profit** | 105,618.00 |
| Less: income tax expenses | 13,899.79 |
| **V. Net profit** | 91,718.21 |

Note: the RMB138,997,900 income tax expenses include RMB136,867,800 income tax expenses for current period and RMB2,130,100 deferred income tax expenses; non-operating income mainly includes income from government grants and non-operating expenditure mainly includes lawyer's costs incurred in connection with US gypsum board litigation.

2. The profit forecast in the present evaluation does not consider the impact of non-operating receipts and expenditures and deferred income tax expenses upon the net profit and the differences between the actual revenue and net profit for 2015 and the forecasted revenue and net profit for 2015 are as follows:

Unit: RMB10,000

| Item | 2015 Actual (A) | 2015 Forecast (B) | Difference (A-B) | Difference ratio (%) |
|---|---|---|---|---|
| **I. Total operating revenue** | 544,138.54 | 563,791.85 | -19,653.31 | -3.61 |
| **II. Operating profit** | 105,757.52 | 105,859.14 | -101.62 | -0.10 |
| **III. Total profit** | 105,757.52 | 105,859.14 | -101.62 | -0.10 |
| Less: income tax expenses | 13,686.78 | 13,443.84 | 242.94 | 1.77 |
| **IV. Net profit** | 92,070.75 | 92,415.30 | -344.56 | -0.37 |

In 2015, Taishan's realized revenue is 3.61% less than its forecast revenue and its realized net profit is 0.37% less than its forecast net profit. The main reason for the fact that the difference ratio between realized net profit and forecast net profit is below the difference ratio between realized revenue and forecast revenue is that actual cost being below forecast cost leads to realized gross margin being above forecast gross margin.

3. Reasons for the difference between Taishan's 2015 realized revenue & net profit and its 2015 forecast revenue and net profit

The main reasons for Taishan's 2015 realized revenue & net profit being below its 2015 forecast revenue and net profit are listed below:

(1) Forecast average selling price of products in 2015 was slightly below their actual averaging selling price

According to "Notice of the Ministry of Finance and the State Administration of Taxation about Policies regarding the Value Added Tax on Products Made through Comprehensive Utilization of Resources and Other Products" (CaiShui [2008] No.156), "specific building

BNBMPLC0010394

material products whose production materials contain at least 30% waste residue are entitled to the preferential policy of exemption from VAT, and specific building material products refer to brick (excluding fired common brick), building blocks, ceramsite, wallboard, tubes & pipes, concrete, mortar, manhole covers, road fences, fireproof materials, refractory materials, thermal insulation materials and mineral or rock wool" ; Meanwhile, the said document stipulates that: "VAT applicable to sales of the following self-produced goods adopts the policy of 50% refund upon collection, which covers some of new wall material products. Detaile scope is specified in the attachment "Catalogue of New Wall Materials Entitled to Preferential VAT Policy" to this notice."

Before April 30, 2015, pursuant to "Notice of the Ministry of Finance and the State Administration of Taxation about Policies regarding the Value Added Tax on Products Made through Comprehensive Utilization of Resources and Other Products" (CaiShui [2008] No.156), gypsum board and decorative board products made by Taishan Gypsum Co., Ltd. are eligible for the preferential policy of exemption from VAT or alternatively for the preferential policy of 50% refund upon VAT collection. Depending on customers' invoicing requirements, some subsidiaries of Taishan Gypsum Co., Ltd. opted for the preferential policy of exemption from VAT, while other subsidiaries opted for the preferential policy of 50% refund upon VAT collection.

In June 2015, the Ministry of Finance and the State Administration of Taxation issued the "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources"(CaiShui [2015] No.78). This paper took effect on July 1, 2015, and meanwhile the "Notice of the Ministry of Finance and the State Administration of Taxation about Policies regarding the Value Added Tax on Products Made through Comprehensive Utilization of Resources and Other Products" (CaiShui [2008] No.156) was abolished. Pursuant to the "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources"(CaiShui [2015] No.78), gypsum board and decorative board products made by Taishan Gypsum Co., Ltd. shall be eligible for the preferential policy of 70% refund upon VAT collection only as from July 1, 2015.

On the appraisal reference date, i.e., April 30, 2015, the appraisal agency forecast the average selling prices of products of all companies during the forecast period with reference to average selling prices of products of all companies in prior years, sales territories and an analysis of future market competition in those territories as well as the "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources"(CaiShui [2015] No.78). The "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources" (CaiShui [2015] No.78) would exert an influence on average selling prices of products of Taishan's subsidiaries enjoying the preferential policy of exemption from VAT as from July 1, 2015. Because Taishan's subsidiaries enjoying the preferential policy of exemption from VAT did not have historical data on selling prices exclusive of VAT on the appraisal reference date, the appraisal agency analyzed and forecast the selling price (exclusive of VAT) of products on and after July 1, 2015 with reference to historical selling prices (inclusive of VAT) of products and the "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources"(CaiShui [2015] No.78). Due to the fact that actual average selling prices of products in 2015 were slightly below forecast average selling prices of products, forecast 2015 revenue was slightly below realized

157

BNBMPLC0010395

revenue.

(2) Technical transformation of production lines of some subsidiaries affected production and sales

For the purpose of cost saving and consumption reduction, Taishan's subsidiaries including Taishan Gypsum (Hengshui) Co., Ltd. and Taishan Gypsum (Suqian) Co., Ltd. conducted technical transformation on their production lines in 2015H2, thus affecting the production and sales of products.

Since 2015 forecast average selling price of products and forecast sales quantity of products exceeded actually realized data, the forecast revenue was slightly above realized revenue. Because actual cost was below forecast cost, 2015 forecast profit was basically the same as realized profit.

**II. Whether there is any difference between the two forecasts of consolidated revenue and net profit of Taishan Gypsum using the income approach, and if so, please make supplemental disclosure of the reason and rationality.**

1. Because of different time points of appraisal reference date, there was a slight difference between the two forecasts of consolidated revenue and net profit of Taishan Gypsum using the income approach. Such difference is specified below:

Unit: RMB10,000

| Item | | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Operating revenue | April 30 reference date (A) | 645,637.74 | 737,869.22 | 806,234.63 | 857,679.74 | 864,688.04 |
| | December 31 reference date (B) | 633,505.12 | 750,376.43 | 808,907.74 | 843,029.44 | 846,146.02 |
| | Difference (A-B) | 12,132.62 | -12,507.21 | -2,673.11 | 14,650.30 | 18,542.02 |
| | Difference ratio | 1.92% | -1.67% | -0.33% | 1.74% | 2.19% |
| Net profit | April 30 reference date (A) | 108,025.21 | 129,259.54 | 143,181.01 | 150,814.69 | 148,796.16 |
| | December 31 reference date (B) | 108,588.14 | 133,436.07 | 145,420.95 | 151,789.18 | 149,621.84 |
| | Difference (A-B) | -562.93 | -4,176.53 | -2,239.94 | -974.49 | -825.68 |
| | Difference ratio | -0.52% | -3.13% | -1.54% | -0.64% | -0.55% |

2. Reason analysis for the difference between revenue forecast on two appraisal reference dates

Taishan's products include ordinary plasterboard, decorative gypsum board, light-gauge steel joist and cement retarder.

Sales revenue of a year within the forecast period = sales quantity of all products in that year within the forecast period × forecast average selling price

BNBMPLC0010396

On the two appraisal reference dates, the appraisal agency predicted the sales quantity of products within the forecast period with reference to the sales volume of all products in prior years, future market capacity, market demand, production line capacity and construction progress and expected full-capacity date of production lines under construction; forecast the average selling prices of the products of all subsidiaries with reference to average selling prices of products of all such subsidiaries, their sales territories and analysis on future market competition in territories as well as the "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources"(CaiShui [2015] No.78). The forecast of future average selling price of products on the appraisal reference date of April 30, 2015 was mainly based on average selling prices in 2013, 2014 and January-April 2015 as well as the "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources"(CaiShui [2015] No.78) , while the forecast of future average selling price of products on the appraisal reference date of Decenber 31, 2015 was mainly based on average selling prices in 2013, 2014, 2015 and July-December 2015; Since the "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources"(CaiShui [2015] No.78) exerted a big impact on selling prices of products of Taishan's subsidiaries opting for the preferential policy of exemption from VAT, the forecast conducted on December 31, 2015 on future selling prices of products of subsidiaries opting for the policy of exemption from VAT prior to July 1, 2015 paid more attention to the data on average selling price in July-December 2015 , the above factors led to the fact that the future average selling price of products forecast on the appraisal reference date of December 31, 2015 was below the future average selling price of products forecast on the appraisal reference date of April 30, 2015.

Because the future average selling prices of products forecast on the appraisal reference date of December 31, 2015 was below the future average selling prices of products forecast on the appraisal reference date of April 30, 2015, 2016, 2019 and 2020 revenue forecast on on the appraisal reference date of December 31, 2015 was below the corresponding data forecast on the appraisal reference date of April 30, 2015. Since the actual commissioning date of some production lines under construction came before the time predicted on the appraisal reference date of April 30, 2015, 2016 and 2017 product sales forecast on the appraisal reference date of December 31, 2015 was greater than the corresponding data forecast on the appraisal reference date of April 30, 2015 and relevant production lines under construction include Guangxi, Fujian and Guizhou Huangguan.

3. Reason analysis for the difference between net profit forecast on two appraisal reference dates

Because net profit forecast is affected by revenue, cost and expense forecast, a slight difference between revenue and total operating cost forecast on the two appraisal reference dates contributed to a slight difference between net profit forecast.

Revenue, total operating cost ratio and net profit forecast on the two appraisal reference dates are shown below:

159

BNBMPLC0010397

Unit: RMB10,000

| Item | | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Operating revenue | April 30 reference date | 645,637.74 | 737,869.22 | 806,234.63 | 857,679.74 | 864,688.04 |
| | December 31 reference date | 633,505.12 | 750,376.43 | 808,907.74 | 843,029.44 | 846,146.02 |
| Total operating cost ratio | April 30 reference date | 80.91% | 79.94% | 79.66% | 79.80% | 80.26% |
| | December 31 reference date | 80.62% | 79.71% | 79.49% | 79.43% | 79.84% |
| Net profit | April 30 reference date | 108,025.21 | 129,259.54 | 143,181.01 | 150,814.69 | 148,796.16 |
| | December 31 reference date | 108,588.14 | 133,436.07 | 145,420.95 | 151,789.18 | 149,621.84 |

(1) The difference between revenue forecast on the two appraisal reference dates led to a difference between net profit forecast

The reasons for the difference between revenue forecast are detailed in the section "reason analysis for the difference between revenue forecast" of this document.

(2) The difference between cost and expense forecast on the two appraisal reference dates led to a difference between net profit forecast

On the appraisal reference date of April 30, 2015, the appraisal agency forecast main business cost, business tax and surcharges, selling expense, management expense and financial expense in forecast years principally based on main business cost, business tax and surcharges, selling expense, management expense and financial expense in 2013, 2014 and January-April, 2015 as well as borrowing balance on April 30, 2015. On the appraisal reference date of December 31, 2015, the appraisal agency forecast main business cost, business tax and surcharges, selling expense, management expense and financial expense in forecast years principally based on main business cost, business tax and surcharges, selling expense, management expense and financial expense in 2013, 2014 and July-December, 2015 as well as borrowing balance on December, 2015. The difference between essential data providing the basis for forecast on the two appraisal reference dates led to a difference between forecast data.

4. The difference between revenue and net profit forecast on the two appraisal reference dates is reasonable

(1) The difference between revenue forecast on the two appraisal reference dates is reasonable

On both appraisal reference dates, the appraisal agency forecast the sales revenue within the forecast period based on historical sales of all products, productive capacity of production lines in production, expected commissioning date of production lines under construction, historical average selling prices of products, market capacity of relevant regions and future market demand analysis. Due to different time points of appraisal reference dates, the difference between revenue forecast on the two appraisal reference

160

BNBMPLC0010398

dates arising from difference of such factors as market environment is reasonable.

(2) The difference between net profit forecast on the two appraisal reference dates is reasonable

On both appraisal reference dates, the appraisal agency forecast the target company's future revenue, cost and expense based on the target company's historical revenue, cost, expense and future market judgment and estimated net profit by deducting cost, expense and income tax from revenue. Due to different time points of appraisal reference dates, the difference between net profit forecast on the two appraisal reference dates arising from difference of such factors as market environment is reasonable.

### III. Main reasons for the difference between the two appraisal results using the income approach

The total equity value of Taishan appraised using the income approach on the appraisal reference date of April 30, 2015 was RMB11,987.14mn , while the total equity value of Taishan appraised using the income approach on the supplemental appraisal reference date of December 31, 2015 was RMB12,830.92mn. The result of the appraisal conducted under the income approach on the appraisal reference date of December 31, 2015 exceeded the result of the appraisal conducted under the income approach on the appraisal reference date of April 30, 2015 by RMB843.78mn. Main reasons for such a difference are listed below:

1. Difference between book value of net assets on the two appraisal reference dates

The audited net assets of Taishan attributable to parent company on April 30, 2015 and December 31, 2015 was RMB3,239,090,500 and RMB3,912,566,300 respectively. The audited net assets of Taishan attributable to parent company on December 31, 2015 exceeded the audited net assets of Taishan attributable to parent company on April 30, 2015 by RMB673,475,800.

2. Slight difference between discount rate on the two appraisal reference dates

The T-bond yield on April 30, 2015 was above the T-bond yield on December 31, 2015, so the risk-free return rate of the discount rate calculated under the income approach on the appraisal reference date of April 30, 2015 was greater than the risk-free return rate of the discount rate calculated under the income approach on the appraisal reference date of December 31, 2015. The difference between discount rate appraised on the two dates was approximately 0.2%.

3. Minor difference between revenue and net profit forecast on the two appraisal reference dates

Due to different time points of appraisal reference date, there was a minor difference between forecast revenue and net profit on the two appraisal reference dates. For specific reasons, refer to the section entitled "whether there is any difference between the two forecasts of consolidated revenue and net profit of Taishan Gypsum using the income approach, and if so, please make supplemental disclosure of the reason and rationality".

161

BNBMPLC0010399

**IV. Reasons and rationality analysis for the failure to adopt the income approach to appraise the three subsidiaries including Taishan Plasterboard Co., Ltd., Taishan Gypsum (Jilin) Co., Ltd. and Xinjiang Tianshan Building Materials Gypsum Products Co., Ltd.**

1. Taishan Plasterboard Co., Ltd. was founded in 2007 and it began to produce and sell plasterboard after founding. In 2008, that company transferred its production line to Taishan Gypsum Co., Ltd. Taihe Branch. After such transfer, Taishan Plasterboard Co., Ltd. had no operational business. Therefore, the income approach was not adopted to appraise Taishan Plasterboard Co., Ltd.

2. Taishan Gypsum (Jilin) Co., Ltd. was founded in 2012. Due to the support from local government below expectation and the completion of acquisition by Taishan of Wilda (Liaoning) Environmental Protection Materials Co., Ltd. in 2014, Taishan planned to stop the construction of Taishan Gypsum (Jilin) Co., Ltd. Therefore, the income approach was not used to appraise Taishan Gypsum (Jilin) Co., Ltd.

3. Taishan held 25% equity of Xinjiang Tianshan Building Materials Gypsum Products Co., Ltd. With such a small shareholding, Taishan could not carry out an overall asset appraisal of that company; that company had suffered loss for the most recent three years and had not distributed any dividend. It was impossible to use the dividend model for an appraisal under the income approach, and the appraisal adopted the method of multiplying net assets on financial statements by the shareholding ratio.

## V. Supplemental Disclosure

The Listed Company made supplemental disclosure on the foregoing contents in "I. Appraisal of Taishan" in "Chapter 7 Appraisal of the Subject of Transaction" of the "Restructuring Report".

## VI. Verification Opinions of Agents

### (I) Opinions of Independent Financial Adviser

Through verification, the Independent Financial Adviser deems that: "there is a slight difference between Taishan's 2015 consolidated revenue and net profit and the corresponding data forecast using the income approach on the appraisal reference date of April 30, 2015; meanwhile, due to different time points of appraisal reference date, there is a minor difference between the two forecasts on Taishan's consolidated revenue and net profit using the income approach. With adequate forecast basis, such difference between forecast results is reasonable; because of such reasons as lack of actual operational business, cessation of construction or equity participation, the income approach does not apply to the appraisal of the three subsidiaries including Taishan Plasterboard Co., Ltd., Taishan Gypsum (Jilin) Co., Ltd. and Xinjiang Tianshan Building Materials Gypsum Products Co., Ltd., and this is quite reasonable."

### (II) Appraiser's Opinions

Through verification, the Appraiser deems that: "there is a slight difference between Taishan's 2015 consolidated revenue and net profit and the corresponding data forecast

BNBMPLC0010400

using the income approach on the appraisal reference date of April 30, 2015; meanwhile, due to different time points of appraisal reference date, there is a minor difference between the two forecasts on Taishan's consolidated revenue and net profit using the income approach. With adequate forecast basis, such difference between forecast results is reasonable; because of such reasons as lack of actual operational business, cessation of construction or equity participation, the income approach does not apply to the appraisal of the three subsidiaries including Taishan Plasterboard Co., Ltd., Taishan Gypsum (Jilin) Co., Ltd. and Xinjiang Tianshan Building Materials Gypsum Products Co., Ltd., and this is quite reasonable."

BNBMPLC0010401

**QUESTION 11: You are expected to make supplemental disclosure of the consumer complaints about quality problems during the reporting period, including the quantity, main content, handling mechanism and results of these complaints. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. Consumer complaints about quality problems during the reporting period, including the quantity, main content, handling mechanism and results of these complaints**

Taishan has established various product quality control standards and measures including "Quality Management Rules", "Implementation Standard for Plasterboard Quality Supervision and Random Inspection", "Internal Control Standard for 'Taishan' Plasterboard Series" and "Internal Control Standard for Basic Materials of Decorative Plasterboard" to ensure product quality at such links as production, random inspection and packing; Taishan has also established "Administrative Measures for Customer Satisfaction Surveys" and "Administrative Measures for Customer Complaints" to define the working procedures of product after-sales quality complaints and service complaints and continually pay attention to customer satisfaction constantly.

Pursuant to "After-sales Product Quality Complaint Handling Procedure, in order to maintain reasonable rights and interests of Taishan and its customers, Taishan established a complete set of customer after-sales product quality complaint mechanism and properly handled the complaints received by Taishan on quality issues within the reporting period. Taishan's handling process for customers' after-sales quality complaints is illustrated below:

BNBMPLC0010402



Complaints received by Taishan concerning quality problems are listed below:

| Item | | Jan.-Jun. 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|
| Total orders | | 158,221 | 329,615 | 323,486 | 302,052 |
| Total orders involving complaint compensation | Total | 11 | 128 | 74 | 81 |
| | Including: paper falling off | 6 | 25 | 23 | 43 |
| | Brittle fracture | 0 | 30 | 1 | 26 |
| | Edge crack | 0 | 24 | 31 | 0 |
| | Foaming | 1 | 13 | 10 | 6 |

165

BNBMPLC0010403

| Item | | Jan.-Jun. 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|
| | Others | 4 | 36 | 9 | 6 |
| Complaint compensation ratio (%) (Total orders involving complaint compensation/total orders) | | 0.01 | 0.04 | 0.02 | 0.03 |
| Amount of compensation (RMB10,000) | | 3.08 | 60.38 | 20.66 | 23.18 |
| Operating revenue (RMB10,000) | | 260,882.25 | 544,138.54 | 582,110.43 | 518,840.98 |
| % of operating revenue | | 0.001 | 0.011 | 0.004 | 0.004 |
| Net profit attributable to owners of parent company | | 42,151.43 | 88,980.88 | 102,050.54 | 97,856.93 |
| % of net profit attributable to owners of parent company | | 0.01 | 0.07 | 0.02 | 0.02 |

Within the reporting period, Taishan's compensation rate of customer complaints was rather low, namely 0.03%, 0.02%, 0.04% and 0.01% respectively, and most of those complaints involved gypsum board products. Main causes of complaints include cracked edge, bubbling, paper falling off and brittle failure. Upon receipt of any customer complaint, Taishan sent sales representatives to examine and confirm the problem mentioned by the customer at the customer's premises. If such problem arose from the customer's less strict construction specification including substandard installation environment, incomplete installation procedure and unsuitable specifications of supporting products, Taishan would offer reasonable explanations to the customer. If it was confirmed that such problem was attributed to Taishan's product quality, Taishan's handling methods mainly included repair, price cut, replacement and compensation. Through Taishan's such efforts, it secured customers' understanding and satisfaction and no major litigation occurred.

Taishan handled quality complaints properly by proceeding from common interest of Taishan and its customers. Therefore, compensation expenses incurred by handling of quality complaints accounted for a small proportion of Taishan's revenue and profit. Within the reporting period, Taishan's compensation amount represented 0.004%, 0.004%, 0.011% and 0.001% of its operating revenue respectively and made up 0.02%, 0.02%, 0.07% and 0.01% of its net profit attributable to shareholders of parent company respectively.

## II. Supplemental Disclosure

The Listed Company has made supplemental disclosure of the foregoing contents in "IX. The development of Taishan's principal business in most recent 3 years" in "Chapter 5 Basic Information of the Subject of Transaction" in the "Restructuring Report".

## III. Verification Opinions of Agents

## (I) Independent Financial Adviser's Opinions

Through verification, the Independent Financial Adviser deems that: "consumer complaints and claims received by Taishan concerning quality problems within the

BNBMPLC0010404

reporting period were in small numbers and small-scale. Taishan has set up a customer after-sales product quality complaint mechanism and is able to handle consumer complaints on quality problems properly. As at the signing date of this verification opinion, Taishan has had no significant pending lawsuit on product quality within China."

### (II) Lawyer's Opinions

Through verification, the Lawyer deems that: "the issuer has already made supplemental disclosure on consumer complaints received by Taishan concerning quality problems within the reporting period, including complaint quantity, main contents, handling mechanism and handling results, and relevant contents are authentic. Taishan has set up a customer after-sales product quality complaint mechanism and is able to handle consumer complaints on quality problems properly. As at the signing date of this verification opinion, Taishan has had no significant pending lawsuit on product quality within China."

BNBMPLC0010405

**QUESTION 12: You are expected to make supplemental disclosure of whether Taishan Gypsum has to obtain relevant qualifications for production and operation. If so, please make supplementation disclosure regarding the acquisition of such qualifications. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. Notes on approvals and procedures required for Taishan's production and operation**

Taishan is a productive enterprise and its main product is plasterboard. The approvals and procedures required from the construction of plasterboard production line to readiness for production are specified below:

| Approvals/procedures required | Detailed description |
| --- | --- |
| Project filing | Prepare a project feasibility study report and conduct project filing at the development and reform commission having jurisdiction in the project site |
| Environmental impact assessment | Prepare and submit an environmental impact assessment report to local environmental protection authority for approval |
| Business registration procedure | If the project undertaker is a newly established enterprise, it is required to apply to local industry & commerce administrative department for a business license for enterprise and obtain the approval of its business scope |
| Land use procedure | Apply to the local land administrative department at the project site for construction land planning license and for land certificate |
| Project planning and construction procedure | Apply to the construction project administrative department at the project site for construction project planning license<br>Apply to the construction administrative department at the project site for construction project construction permit |
| Completion acceptance procedure | After completion of project construction, apply to relevant local authorities for construction project fire protection acceptance, environmental protection acceptance and for construction project completion acceptance filing |
| House registration procedure | After completion of project construction acceptance, apply to relevant local authority for house ownership certificate |

The above are all approval procedures required for production and operation of a gypsum board production enterprise. Because plasterboard is an ordinary building & decoration material and does not fall within the handling scope required in the production permit, Taishan can start its production and operating activities according to the business scope permitted in its business scope and need not obtain any other industry-related special qualifications.

168

BNBMPLC0010406

## II. Supplemental Disclosure

The Listed Company has made supplemental disclosure of the foregoing contents in "IX. The development of Taishan's principal business in most recent 3 years" in "Chapter 5 Basic Information of the Subject of Transaction" in the "Restructuring Report".

## III. Verification Opinions of Agents

### (I) Independent Financial Adviser's Opinions

Through verification, the Independent Financial Adviser deems that: "the issuer has made supplemental disclosure on Taishan's principal business and key product as well as all approvals and procedures required from the construction of gypsum board production line to readiness for production. As an enterprise engaged in production of ordinary building and decoration materials, Taishan conducts production and operating activities within the business scope permitted in its business license and has already obtained all procedures and approvals required for its production and operation without needing any other industry-related special qualifications."

### (II) Lawyer's Opinions

Through verification, the Lawyer deems that: "the issuer has made supplemental disclosure on Taishan's principal business and key product as well as all approvals and procedures required from the construction of gypsum board production line to readiness for production. As an enterprise engaged in production of ordinary building and decoration materials, Taishan conducts production and operating activities within the business scope permitted in its business license and has already obtained all procedures and approvals required for its production and operation without needing any other industry-related special qualifications."

BNBMPLC0010407

**QUESTION 13: as indicated on the application materials, Catalog for Guidance of Industrial Structure Adjustment (2011 Version) (2013 Revision) identifies gypsum board production line with an annual production capacity below 10,000,000 square meters as eliminated class and those with an annual production capacity below 30,000,000 as restricted class. You are expected to make supplemental disclosure of whether products of Taishan Gypsum fall within the foregoing scope, and the effect of the foregoing regulations on the production and operation of Taishan Gypsum. The Independent Financial Adviser is expected to conduct verification and give express opinions.**

**ANSWER:**

**I. The impact of Taishan's gypsum board production lines on its production and operation**

As at December 31, 2015, the particulars of Taishan's gypsum board production lines are shown below:

| Item | Quantity of production lines | Capacity (10,000m2/a) | Capacity percentage (%) |
|---|---|---|---|
| <10 million m2/a | - | - | - |
| 10 million m2/a (inclusive) -30 million m2/a (exclusive) | 8 | 16,200 | 10.24 |
| >30 million m2/a (inclusive) | 36 | 142,000 | 89.76 |
| **Total** | **44** | **158,200** | **100.00** |

As at December 31, 2015, Taishan's gypsum board capacity is 1,582 million m2/a, which does not contain any eliminated-class production line of <10 million m2/a; the total capacity of its 10 million (inclusive) -30 million (exclusive) m2/a (restricted class) production lines is 162 million m2/a, which represents 10.24% of Taishan's total capacity of gypsum board. In accordance with the "Decision of the State Council on Promulgating the <Interim Provisions on Promoting Industrial Structure Adjustment>" (GuoFa [2005] No.40), for restricted-class items, relevant national departments shall, according to the requirements of industrial structure optimization and upgrade and on the principle of survival of the fittest, carry out categorized guidance and allow enterprises to take transformation and upgrade measures within a given period of time, and financial institutions shall continue to offer support based on the principles of credit. Taishan's existing production lines with restricted-class capacity represents a small proportion of its total capacity, and it promises to upgrade restricted-class production lines through technical transformation in the future based on industrial policies and its actual production & operation conditions to further meet relevant requirements of national industry policies.

As at the signing date of this reply to feedback opinion, Taishan's gypsum board production liens meet the requirements of national industry policies and are free of any adverse impact on Taishan's production and operation.

BNBMPLC0010408

## II. Supplemental Disclosure

The Listed Company has made supplemental disclosure of the foregoing contents in "IX. The development of Taishan's principal business in most recent 3 years" in "Chapter 5 Basic Information of the Subject of Transaction" in the "Restructuring Report".

## III. Verification opinions of Independent Financial Adviser

Through verification, the Independent Financial Adviser deems that: "as at the signing date of the present verification opinion, some of Taishan's production lines belong to restricted class. Taishan has promised to upgrade those restricted-class production lines to meet relevant requirements of national industry policies. The above issue does not have a material impact on Taishan's production and operation."

BNBMPLC0010409

**QUESTION 14: as indicated on the application materials, several buildings and certain machinery and equipment have been mortgaged. You are expected to make supplemental disclosure of the effect of the total debt amount corresponding to the foregoing security, the purpose of debt, guarantee term and security matters on this Transaction and the ownership of assets and production and operation of the Listed Company upon completion of this Transaction. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. Total debt amount corresponding to the foregoing guarantees, the purpose of debt, guaranty period, and the effect of those guarantees on this Transaction and on asset ownership and production and operation of the Listed Company upon completion of this Transaction.**

Based on guarantee agreements, loan agreements and other information provided by Taishan, mortgage guarantees provided by Taishan and its subsidiaries using house buildings and machinery equipment as at June 30, 2016 are enumerated below:

1. On December 10, 2012, Taishan signed with Bank of China Taian Branch a "Maximum Mortgage Contract" (numbered 2012 TaiZuiGaoDiZi 6883601502), under which Taishan shall mortgage its own machinery equipment, the maximum amount of debt guaranteed shall be RMB102,700,000 and the guaranty period shall be November 20, 2012 - November 20, 2015. Mortgage registration relating to the guarantee was completed at Daiyue Branch of Taian Industry & Commerce Administration. Loans guaranteed include:

On October 14, 2015, Taishan signed with Bank of China Taian Branch a "Working Capital Loan Contract" (No.: 68836015j1510092), under which Bank of China Taian Branch shall provide Taishan with a loan of RMB30mn intended to buy raw materials, Taishan shall withdraw the loan fund within 30 days beginning on October 13, 2015 and loan term shall not exceed 12 months. According to loan repayment slips, Taishan has repaid such loan.

According to the "Chattel Mortgage Deregistration Certificate" issued by Daiyue District Branch of Taian Industry & Commerce Administration on June 22, 2016, the foregoing mortgage registration has been cancelled.

2. On October 27, 2015, Taishan signed with Taishan signed with Bank of China Taian Branch a "Maximum Mortgage Contract" (No.: 68836015gd1510091), under which Taishan shall mortgage its own house buildings (property ownership certificates numbered: Tai Fang Quan Zheng Zi No.166264, Tai Fang Quan Zheng Zi No.166289, Tai Fang Quan Zheng Zi No.166290, Tai Fang Quan Zheng Zi No.166301, Tai Fang Quan Zheng Zi No.166302, Tai Fang Quan Zheng Zi No.166303) and land use rights (land use right certificates numbered: TaiTuGuoYong (2009) No.T-0371, TaiTuGuoYong (2009) No.D-0193, TaiTuGuoYong (2009) No.D-0194), the maximum amount of debt guaranteed shall be RMB38,000,000 and the guaranty period shall be October 28, 2015 - October 27, 2018. Mortgage registration relating to the guarantee was completed at Daiyue Branch of Taian Industry & Commerce Administration. Loans guaranteed include:

On December 7, 2015, Taishan signed with Bank of China Taian Branch a "Working Capital Loan Contract" (No.: 68836015j1512011), under which Bank of China Taian Branch

172

shall provide Taishan with a loan of RMB38mn intended to buy raw materials and loan term shall not exceed 12 months.

3. On January 23, 2015, Taishan signed with Industrial and Commercial Bank of China Ningyang Sub-branch a "Maximum Mortgage Contract" (numbered 2015 NingYang [Di]Zi 0002), under which Taishan shall offer guarantee with its own house property (property ownership certificate numbered: TaiFangQuanZhengTaiZi No.182058) and land use rights (land use right certificates numbered: TaiTuGuoYong [2010] T-0411, TaiTuGuoYong [2010] D-0207, TaiTuGuoYong [2010] D-0208), the maximum amount of debt guaranteed shall be RMB75,000,000 and the guaranty period shall be January 23, 2015 – January 22, 2018. Mortgage registration relating to the guarantee was completed at Daiyue Branch of Taian Industry & Commerce Administration. Loans guaranteed include:

(1) On January 28, 2015, Taishan signed with Industrial and Commercial Bank of China Ningyang Sub-branch a "Working Capital Loan Contract" (No.: 2015 [NingYang] Zi 0005), under which Industrial and Commercial Bank of China Ningyang Sub-branch shall provide Taishan with a loan of RMB40mn intended to buy raw materials and loan term shall be 12 months of the actual date of loan fund withdrawal. According to bank slips, Taishan has repaid such loan.

(2) On December 25, 2015, Taishan signed with Industrial and Commercial Bank of China Ningyang Sub-branch a "Working Capital Loan Contract" (No.: 2015 [NingYang] Zi 00116), under which Industrial and Commercial Bank of China Ningyang Sub-branch shall provide Taishan with a loan of RMB40mn intended to buy raw materials and loan term shall be 12 months of the actual date of loan fund withdrawal.

(3) On January 27, 2016, Taishan signed with Industrial and Commercial Bank of China Ningyang Sub-branch a "Working Capital Loan Contract" (No.: 2016 [NingYang] Zi 00042), under which Industrial and Commercial Bank of China Ningyang Sub-branch shall provide Taishan with a loan of RMB30mn intended to buy raw materials and loan term shall be 12 months of the actual date of loan fund withdrawal.

4. On February 3, 2016, Taishan signed with China Construction Bank Qingnian Road Sub-branch a "Maximum Mortgage Contract" (numbered 2015-123010-ZG41), under which Taishan shall mortgage its own equipment, the maximum amount of debt guaranteed shall be RMB200mn and the guaranty period shall be February 3, 2016 – February 3, 2021. According to the "Chattel Mortgage Registration Certificate" (registration number: 201600007) issued by Daiyue Branch of Taian Industry & Commerce Administration on February 3, 2016, the mortgage registration of the said equipment has been completed. Loans guaranteed include:

(1) On February 5, 2016, Taishan signed with China Construction Bank Qingnian Road Sub-branch a "RMB Working Capital Loan Contract" (No.: 2015-123010-41), under which China Construction Bank Qingnian Road Sub-branch shall provide Taishan with a loan of RMB36mn intended to buy raw materials and loan term shall be 1 year.

(2) On February 17, 2016, Taishan signed with China Construction Bank Qingnian Road Sub-branch a "RMB Working Capital Loan Contract" (No.: 2016-123010-03), under which China Construction Bank Qingnian Road Sub-branch shall provide Taishan with a loan of RMB30mn intended to buy raw materials and loan term shall be 12 months.

BNBMPLC0010411

(3) On March 18, 2016, Taishan signed with China Construction Bank Qingnian Road Sub-branch a "RMB Working Capital Loan Contract" (No.: 2016-123010-04), under which China Construction Bank Qingnian Road Sub-branch shall provide Taishan with a loan of RMB34mn intended to buy raw materials and loan term shall be 1 year.

(3) On April 8, 2016, Taishan signed with China Construction Bank Qingnian Road Sub-branch a "RMB Working Capital Loan Contract" (No.: 2016-123010-05), under which China Construction Bank Qingnian Road Sub-branch shall provide Taishan with a loan of RMB50mn intended to buy raw materials and loan term shall be 1 year.

5. On December 30, 2014, Taishan Gypsum (Hubei) Co., Ltd. signed with Industrial and Commercial Bank of China Co., Ltd. Wuxue Sub-branch ("ICBC Wuxue Sub-branch") a "Maximum Mortgage Contract" (numbered 0181400010-2014 WuXue [Di] Zi 0017), under which Taishan Gypsum (Hubei) Co., Ltd. shall offer for security its own houses (property ownership certificates numbered: WuXueShiFangQuanZhengWuBanZi No. 000040276-No.000040279) and land use rights (land use right certificates numbered: WuXueGuoYong [2012] No. 030605263), the maximum amount of debt guaranteed shall be RMB50mn and the guaranty period shall be December 30, 2014 – December 30, 2022. According to the "Information Letter on Cancellation of Mortgage Contract" issued by ICBC Wuxue Sub-branch on July 11, 2016, the foregoing mortgage guarantee was cancelled on June 17, 2016. Loans guaranteed include:

On December 30, 2014, Taishan Gypsum (Hubei) Co., Ltd. signed with ICBC Wuxue Sub-branch a "Working Capital Loan Contract" (No.: 0181400010-2014 (WuXue) Zi 0025), under which ICBC Wuxue Sub-branch shall provide Taishan Gypsum (Hubei) Co., Ltd. with a loan of RMB20mn intended to buy raw materials and loan term shall be 1 year. According to bank slips, Taishan Gypsum (Hubei) Co., Ltd. has repaid such loan.

6. On March 16, 2016, Taishan Gypsum (Hubei) Co., Ltd. signed with Wuxue Finance Bureau a "Mortgage Contract" (numbered WuXueNongShangHangWeiZi 2016020), under which Taishan Gypsum (Hubei) Co., Ltd. shall offer for security its land use right (land use right certificate numbered: WuXueGongYong [2015] No.030605265), the debt guaranteed shall be the loan numbered WuXueNongShangHangWeiZi 2016020 and the principal amount of the loan guaranteed shall be RMB6mn. Loans guaranteed include:

On March 21, 2016, Taishan Gypsum (Hubei) Co., Ltd. signed with Wuxue Finance Bureau and Hubei Wuxue Rural Commercial Bank Co., Ltd. a "General Entrusted Loan Contract" (numbered WuXueNongShangHangWeiZi 2016020), under which Wuxue Finance Bureau shall entrust Hubei Wuxue Rural Commercial Bank Co., Ltd. to provide Taishan Gypsum (Hubei) Co., Ltd. with a RMB6mn loan intended to replenish working capital and loan term shall expire on November 30, 2016.

7. On August 29, 2014, Taishan Gypsum (Yunnan) Co., Ltd. signed with Yimen County Rural Credit Cooperative Union Liujie Credit Cooperative ("Yimen Credit Cooperative") a "Maximum Mortgage Contract" (numbered 1406030843140829410000004), under which Taishan Gypsum (Yunnan) Co., Ltd. shall offer for security its own house (property ownership certificate numbered: YiFangQuanZhengYiMenXianZi No. 0020297) and land use right (land use right certificate numbered: YiLiuGuoYong (2009) Bian 19), the maximum amount of debt guaranteed shall be RMB28mn and the guaranty period shall be August 29, 2014 – August 29, 2017. Loans guaranteed include:

BNBMPLC0010412

On August 29, 2014, Taishan Gypsum (Yunnan) Co., Ltd. signed with Yimen County Rural Credit Cooperative Union Liujie Credit Cooperative a "Working Capital Circulation Loan Contract" (numbered: 14060308431408294100000042), under which Yimen County Rural Credit Cooperative Union Liujie Credit Cooperative shall provide Taishan Gypsum (Yunnan) Co., Ltd. with a circulation loan limit of RMB28mn intended to buy covering paper and the term of circulation loan limit shall be 36 months.

(1) According to "Loan Note of Yimen County Rural Credit Cooperative Union" (numbered 0082465), Yimen Credit Cooperative provided Taishan Gypsum (Yunnan) Co., Ltd. with a loan of RMB20mn whose term was July 4, 2015 – July 4, 2016.

(2) According to "Loan Note of Yimen County Rural Credit Cooperative Union" (numbered 0082880), Yimen Credit Cooperative provided Taishan Gypsum (Yunnan) Co., Ltd. with a loan of RMB8mn whose term was July 24, 2015 – July 24, 2016.

Based on rural credit cooperative loan recovery certificates and settlement business applications in Yunnan Province, Taishan Gypsum (Yunnan) Co., Ltd. has repaid the foregoing two loans.

(3) According to "Loan Note of Rural Credit Cooperative in Yunnan Province", Yimen Credit Cooperative provided Taishan Gypsum (Yunnan) Co., Ltd. with a loan of RMB4mn whose term was April 18, 2016 – April 18, 2017.

(4) According to "Loan Note of Rural Credit Cooperative in Yunnan Province", Yimen Credit Cooperative provided Taishan Gypsum (Yunnan) Co., Ltd. with a loan of RMB24mn whose term was April 13, 2016 – April 13, 2017.

8. On December 17, 2015, Taishan Gypsum (Tongling) Co., Ltd. signed with Bank of China Co., Ltd. Anhui Tongling Branch ("Bank of China Tongling Branch") a "Maximum Mortgage Contract" (numbered 2015 WanTongZhongYinSiDiZi 008), under which Taishan Gypsum (Tongling) Co., Ltd. shall offer for security its own houses (property ownership certificates numbered: FangDiQuanZhengTongFang (2014) No.02082-No. 02085, FangDiQuanZhengTongFang (2014) No.02482, FangDiQuanZhengTongFang (2014) No.02483) and land use right (land use right certificate numbered: TongGuoYong (2008) No.426), the maximum amount of debt guaranteed shall be RMB20mn and the guaranty period shall be December 17, 2015 – December 17, 2018. Loans guaranteed include:

On January 8, 2016, Taishan Gypsum (Tongling) Co., Ltd. signed with Bank of China Co., Ltd. Anhui Tongling Branch a "Working Capital Loan Contract" (numbered 2016 WanTongZhongYinSiDaiZi 001), under which Bank of China Tongling Branch shall provide Taishan Gypsum (Tongling) Co., Ltd. with a loan of RMB20mn intended to buy raw materials and loan term shall be 12 months.

## II. Supplemental Disclosure

The Listed Company has made supplemental disclosure of the foregoing contents in "VIII. Taishan's major asset ownership, external guarantees and primary liabilities" of "Chapter 5 Basic Information of the Subject of Transaction" in the "Restructuring Report".

BNBMPLC0010413

### III. Verification Opinions of Agents

### (I) Opinions of Independent Financial Adviser

Through verification, the Independent Financial Adviser deems that: "the contents of the above agreements are authentic, lawful and effective and there is no potential legal impediment against performance of such contracts and agreements by Taishan and its subsidiaries. Based on Taishan's credit report, Taishan's audit report (TianZhiYeZi [2016] No.14056) and inquiries on www.creditchina.gov.cn, Taishan has no record of poor credit. In addition, such guarantees occurred due to Taishan's normal production and operating activities and will not exert any material, adverse impact on this Transaction and asset ownership and production & operation of the Listed Company upon completion of this Transaction."

### (II) Lawyer's Opinions

Through verification, the Lawyer believes that: "the contents of the above agreements are authentic, lawful and effective and there is no potential legal impediment against performance of such contracts and agreements by Taishan and its subsidiaries. Based on Taishan's credit report, Taishan's audit report (TianZhiYeZi [2016] No.14056) and inquiries on www.creditchina.gov.cn, Taishan has no record of poor credit. In addition, such guarantees occurred due to Taishan's normal production and operating activities and will not exert any material, adverse impact on this Transaction and asset ownership and production & operation of the Listed Company upon completion of this Transaction."

BNBMPLC0010414

**QUESTION 15: as indicated on the application materials, the related-party transaction of Taishan Gypsum has been reflected in the consolidated statements of the Company; the enterprises controlled by some counterparties have some borrowings and lendings with the Target Company in small amount and the loans have been repaid and interests paid as agreed. You are expected to make supplemental disclosure of relevant information about the related party transaction in accordance with Articles 37 and 38 of No.26 of Standards on the Contents and Formats of Information Disclosure by Companies Publicly Offering Securities – Material Asset Restructuring of Listed Companies (2014 Revision).The Independent Financial Adviser is expected to conduct verification and give express opinions.**

**ANSWER:**

**I. Basic information**

In 2013 and 2014, Taishan's business growth continued and it made constant production deployments, thus creating a certain gap on working capital. Due to its single financing model, in order to obtain working capital urgently needed for its production and operation, Taishan borrowed some short-term funds from China National Building Material Company Limited, Taihe Building Materials and Taihe Building, and those related-party transactions were necessary. Subject to its articles of association, Taishan held its general manager office meeting to deliberate relevant issues according to Taishan's internal procedure relating to implementation of related-party transaction before carrying out the foregoing fund borrowings, and signed loan agreements with relevant lenders. Relevant procedures were completed; loan rates were determined with reference to the benchmark interest rates published by the People's Bank of China for the same period and were fairly priced.

After completion of this Transaction, there was no horizontal competition between the Listed Company and its actual controller and related enterprises. There were only sporadic related-party transaction among them, which were small-scale transactions conducted in compliance with relevant procedures and priced fairly.

Taishan's fund borrowings and lendings conducted within the reporting period are listed below:

1. 2014

| Borrower | Lender | Borrowing amount (RMB 10,000) | Starting date | Due date | Loan rate |
|----------|--------|-------------------------------|---------------|----------|-----------|
| Taishan | Taihe Building Materials | 300.00 | 2014-01-01 | 2014-04-28 | Benchmark lending rate for the same period |
| Taishan | Taihe Building Materials | 300.00 | 2014-01-01 | 2014-05-08 | |
| Taishan | Taihe Building Materials | 1,000.00 | 2014-01-01 | 2014-05-27 | |
| Taishan | CNBMPLC | 10,000.00 | 2014-09-11 | 2014-09-30 | |

BNBMPLC0010415

2. 2013

| Borrower | Lender | Borrowing amount (RMB 10,000) | Starting date | Due date | Loan rate |
|---|---|---|---|---|---|
| Taishan | CNBMPLC | 10,000.00 | 2013-03-07 | 2013-09-25 | |
| Taishan | CNBMPLC | 10,000.00 | 2013-10-15 | 2013-12-08 | |
| Taishan | CNBMPLC | 8,000.00 | 2013-12-09 | 2013-12-16 | |
| Taishan | CNBMPLC | 6,000.00 | 2013-12-17 | 2013-12-26 | |
| Taishan | CNBMPLC | 1,300.00 | 2013-12-27 | 2013-12-29 | Benchmark lending rate for the same period |
| Taishan | Taian Taihe Building & Decoration Materials Co., Ltd. | 3,000.00 | 2013-03-05 | 2013-03-07 | |
| Taishan | Taian Taihe Building & Decoration Materials Co., Ltd. | 3,000.00 | 2013-09-28 | 2013-11-03 | |

### II. Supplemental Disclosure

The Listed Company has made supplemental disclosure of the foregoing contents in "II. Impact of this Transaction on related-party transaction" of "Chapter 12 Horizontal Competition and Related-Party Transaction" in the "Restructuring Report".

### III. Verification Opinions of Agents

Through verification, the Independent Financial Adviser deems that: "Fund borrowings and lendings that occurred to Taishan within the reporting period have been reflected in detail. All such transactions were necessary and were conducted according to all required procedures and fairly priced. Supplemental disclosure of the foregoing contents has been made in accordance with No.26 of Standards on the Contents and Formats of Information Disclosure by Companies Publicly Offering Securities – Material Asset Restructuring of Listed Companies (2014 Revision)."

178

BNBMPLC0010416

**QUESTION 16: you are expected to make supplemental disclosure of whether the asset appraiser of this reorganization has been investigated or ordered to make rectification by CSRC and its local offices and competent judicial and administrative authorities; if so, please explain relevant situations. The Independent Financial Adviser and the law firm are expected to verify and give express opinions on whether this matter will affect the validity of relevant appraisal documents.**

**ANSWER:**

**I. Disclosure of whether the asset appraiser of this reorganization has been investigated or ordered to make rectification by CSRC and its local offices and competent judicial and administrative authorities**

1. Based on the materials and explanations provided by Zhonghe Appraiser, the particulars of whether Zhonghe Appraiser and the asset appraisers responsible for this Transaction have been investigated or ordered to make rectification by CSRC and its local offices

On April 15, 2016, CSRC reported on the "investigation and handling of audit and appraisal institutions in 2015" and issued a warning letter to Zhonghe Appraiser.

On May 17, 2016, Shenzhen Commissioner's Office of China Securities Regulatory Commission issued a "Notice of Investigation" (ShenZhuanDiaoChaoTongZi No.2016315), thus initiating an investigation against Zhonghe Appraiser, and Feng Daoxiang, one of the appraisers in charge of the project investigated, was also one of the asset appraisers responsible for this Transaction. As at the signing date of the reply to this feedback opinion, there has been no further progress on the said investigation.

On May 19, 2016, Beijing Commerce & Finance Law Office issued a "Legal Opinion", expressing the following opinion with respect to the impact of the investigation conducted by CSRC against Zhonghe Appraiser on Zhonghe Appraiser: "Zhonghe Appraiser has no record of illegal or irregular practice and has not been warned, ordered to make rectification, publicly condemned or punished by the relevant industry association in the most recent three years. Therefore, the investigation by CSRC's audit department does not affect its normal business operation"; and also held that "Zhonghe Appraiser is now being investigated by CSRC's audit department. The investigation has not yet been completed and no final opinion has been issued. And its business operation has not been affected by this issue."

On August 15, 2016, Zhonghe Appraiser issued the "Explanations and Commitments on Whether Zhonghe Appraiser has been Investigated or Ordered to Make Rectification by CSRC and its Local Offices and Competent Judicial and Administrative Authorities", stating that: except the circumstances disclosed above, Zhonghe Appraiser has not been investigated or ordered to make rectification by CSRC and its local offices and competent judicial and administrative authorities.

2. Explanations on appraisal documents issued by Zhonghe Appraiser, appraisal institution responsible for this Transaction, and responsible appraisal personnel

After acceptance of BNBMPLC's commission, Zhonghe Appraiser appraised the

179

BNBMPLC0010417

market value represented by the total equity value of Taishan involved in the equity acquisition contemplated by BNBMPLC on the appraisal reference date of April 30, 2015 in line with necessary appraisal procedures and in accordance with relevant laws, regulations and asset appraisal criteria and principles. On September 25, 2015, Zhonghe Appraiser issued the "Asset Appraisal Report for the Project of Beijing New Building Materials Public Limited Company Proposing to Acquire Certain Equity of Taishan Gypsum Co., Ltd. through Share Issue" (ZhongHePingBaoZi [2015] BJV2028) (hereinafter referred to as "First Appraisal Report"), which was signed by three certified public valuers including Li Zhanjun, Guo Pengfei and Feng Daoxiang. Since the 1-year effective period of the appraisal report on the target company issued by Zhonghe Appraiser using April 30, 2015 as the appraisal reference date has expired, Zhonghe Appraiser conducted a supplemental appraisal on Taishan on the supplemental appraisal reference date of December 31, 2015 and issued the "Asset Appraisal Report for the Project of Beijing New Building Materials Public Limited Company Proposing to Acquire Certain Equity of Taishan Gypsum Co., Ltd. through Share Issue" (ZhongHePingBaoZi (2016) BJV2025) (hereinafter referred to as "Supplemental Appraisal Report") on May 13, 2016, which was signed by certified public valuers Li Zhanjun and Guo Pengfei.

(1) Appraisal reports issued by Zhonghe Appraiser comply with the requirements of relevant regulations

Pursuant to Article 9 of "Standards for Asset Appraisal – Appraisal Reports" and Article 25 of "Directives on Appraisal Report of Enterprise State-owned Assets", appraisal reports shall bear the signature and stamp of at least two (inclusive) certified public valuers. Therefore, the signature of certified public valuers contained in the asset appraisal reports numbered ZhongHePingBaoZi 2015BJV2028 and ZhongHePingBaoZi 2016BJV2025 complies with the requirements of relevant regulations.

(2) Explanations for the difference on signature of certified public valuers between asset appraisal reports numbered ZhongHePingBaoZi 2015BJV2028 and ZhongHePingBaoZi 2016BJV2025

According to explanations submitted by Zhonghe Appraiser, because this Transaction was a major asset restructuring project, during the appraisal work with April 30, 2015 as the appraisal reference date, Zhonghe Appraiser appointed one responsible manager and two partners to manage and execute the Taishan appraisal project depending on Taishan's actualities and project characteristics: Li Zhanjun as the responsible project manager took responsibility for the formulation of initial project plan, overall arrangement for field investigation in the middle, and the formation of appraisal and measurement scheme, and also carried out first-level review on the appraisal report; Guo Pengfei as business partner reviewed such issues as project plan, execution of procedures, reasonableness of valuation and disclosure of special matters; Feng Daoxiang as responsible partner exerted overall control over the appraisal work. Meanwhile, according to Zhonghe Appraiser's internal policy that any major asset restructuring appraisal project shall be signed by responsible manager and responsible partners in the capacity of certified public valuers, the "First Appraisal Report" numbered ZhongHePingBaoZi   2015BJV2028 was signed by responsible manager Li Zhanjun and responsible partners Feng Daoxiang and Guo Pengfei in the capacity of certified public valuers.

During Zhonghe Appraiser's supplemental appraisal on the supplemental appraisal

BNBMPLC0010418

reference date of December 31, 2015, considering the fact that appraisal personnel used to appraise Taishan on the appraisal reference date of April 30, 2015 and were familiar with Taishan's assets, Zhonghe Appraiser designated Li Zhanjun as responsible manager and Guo Pengfei as responsible partner to manage the relevant project, and Feng Daoxiang was no longer involved in this appraisal project as a responsible partner. According to Zhonghe Appraiser's internal policy, the "Supplemental Appraisal Report" was signed by responsible manager Li Zhanjun and responsible partner Guo Pengfei in the capacity of certified public valuer.

Pursuant to Article 9 of "Standards for Asset Appraisal – Appraisal Reports" and Article 25 of "Directives on Appraisal Report of Enterprise State-owned Assets", appraisal reports shall bear the signature and stamp of at least two (inclusive) certified public valuers. Therefore, the number of certified public valuers who signed the "First Appraisal Report" and "Supplemental Appraisal Report" on this Transaction meets the requirements of those regulations.

In accordance with the answer to the question "whether the investigation of an intermediary agency affects the acceptance of application for administrative license on merger, acquisition and restructuring of listed companies" contained in the "Compilation of Revisions to Frequently Asked Questions and Answers on Laws and Regulations concerning Supervision of Listed Companies", where any audit institution or appraisal institution is investigated, such investigation will not affect the acceptance by CSRC of financial reports, appraisal reports and other documents issued by such institution but CSRC will pay close attention to their credit information and practicing status." Based on an explanation provided by Zhonghe Appraisal, as at the signing date of the reply to this feedback opinion, during this Transaction, Feng Daoxiang, one of certified public valuers who signed the "First Appraisal Report", began to undergo an investigation by CSRC with respect to other projects on May 17, 2016. To date, the said investigation has not been completed and no final conclusion has been drawn.

According to the "Business License" (registration number: 11000003805563), "Asset Appraisal Qualification Certificate" (certificate number: 11020179) and "Securities and Futures Related Business Appraisal Qualification Certificate" (certificate number: 0100027013) currently held by Zhonghe Appraiser, Zhonghe Appraiser now validly exists and possesses the qualifications for engagement in securities and futures related business appraisal.

## II. Supplemental Disclosure

The Listed Company has made supplemental disclosure of the foregoing contents in "VIII. Related entities and securities service institution were not involved in any circumstance excluding them from participation in major asset restructuring of any Listed Company pursuant to Article 13 of Interim Provisions on Strengthening Abnormal Transactions of Stocks relating to Major Asset Restructuring of Listed Companies" in "Chapter 14 Other Significant Matters" of the "Restructuring Report".

BNBMPLC0010419

### III. Verification Opinions of Agents

### (I) Opinions of Independent Financial Adviser

Based on Zhonghe Appraiser's explanations and through verification, the Independent Financial Adviser deems that: "Zhonghe Appraiser exists validly and possesses the qualifications for engagement in securities and futures related business appraisal, and the investigation aimed at Zhonghe Appraiser will not affect CSRC's acceptance of appraisal reports issued by Zhonghe Appraiser. For CSRC's investigation against Feng Daoxiang, one of certified public valuers responsible for the "First Appraisal Report" in this Transaction, no final conclusion has been drawn, and Feng Daoxiang was not involved in the preparation of the "Supplemental Appraisal Report". Such issue does not affect the validity of the relevant appraisal document."

### (II) Lawyer's Opinions

Through verification, the Laywer deems that: "Zhonghe Appraiser exists validly and possesses the qualifications for engagement in securities and futures related business appraisal, and the investigation aimed at Zhonghe Appraiser will not affect CSRC's acceptance of appraisal reports issued by Zhonghe Appraiser. For CSRC's investigation against Feng Daoxiang, one of certified public valuers responsible for the "First Appraisal Report" in this Transaction, no final conclusion has been drawn, and Feng Daoxiang was not involved in the preparation of the "Supplemental Appraisal Report". Such issue does not affect the validity of the relevant appraisal document."

BNBMPLC0010420

**QUESTION 17: as indicated on the application materials, through this Transaction, Taishan Gypsum will become a wholly-owned subsidiary of BNBMPLC. It is still uncertain how relevant assets and personnel develop through the platform offered by the Company in the future, and whether they can produce expected synergic effect with the existing business segments of the Company, so this Transaction of the Company is still subject to certain business integration risks. You are expected to make supplemental disclosure of the reason and rationality for the foregoing integration risks on the basis of the Listed Company's control over Taishan Gypsum prior to this Transaction. The Independent Financial Adviser is expected to conduct verification and give express opinions.**

**ANSWER:**

**I. The reason and rationality of the existence of the foregoing business integration risks**

**1. The managements and operations of the Target Company are independent in relation to one another.**

Taishan Gypsum was incorporated on June 24, 1998 and initially jointly sponsored by Shandong Taihe Taishan Plasterboard (Group) General Plant, Taian Huanan (Group) Co., Ltd., Tai'an Dawenkou Construction Installation Engineering Co., Ltd., Shandong Feicheng Lutai New Building Materials General Plant and employee shareholders association of Shandong Taihe Group. Through the capital increase in April 2005 and equity transfer in August 2006, BNBMPLC held 65% shares in Taishan Gypsum, and incorporated Taishan Gypsum into the scope of consolidated financial statements.

Since the acquisition of 65% shares of Taishan Gypsum, BNBMPLC has exercised its shareholder rights according to relevant laws and regulations and exercised the rights at the board of directors of Taishan Gypsum through nominating directors. Taishan Gypsum is an independent legal person. Its operation and management team is responsible for the production and operation of Taishan Gypsum in accordance with the laws and regulations as well as the Articles of Association of Taishan Gypsum.

**2. Existence of difference in products positioning**

The "Dragon" brand drywall of BNBMPLC and "Taishan" drywall of Taishan Gypsum respectively covered high-end and mid-end market to satisfy the product needs of customers at different levels. The difference in aspects such as brand image and market positioning between the foregoing products has resulted in management difference between BNBMPLC and Taishan Gypsum, such as manufacturing and operation, regional deployment and marketing strategies, etc. Therefore, BNBMPLC and Taishan Gypsum still remain independent in relation to one another in areas of manufacturing and marketing, etc.

**3. Future synergy will be furthered step by step and its effect will be shown gradually**

(1)    After this Transaction is completed, the minority shareholder's interest represented by the 35% minority shareholding interest in Taishan Gypsum will

183

BNBMPLC0010421

be incorporated into the scope of the consolidated financial statement of BNBMPLC, and thus the net profit attributable to the shareholders of the Listed Company will be increased;

(2)    After this Transaction is completed, Taishan Gypsum will be a wholly owned subsidiary of BNBMPLC.  According to the corporate governance requirement of a legal person, BNBMPLC will appoint Taishan Gypsum's directors and supervisors.  BNBMPLC may exercise its shareholder right more actively pursuant to the requirement under relevant laws and regulations and further the synergy of the business of BNBMPLC and Taishan Gypsum;

(3)    After this Transaction is completed, BNBMPLC will hold 100% equity in Taishan Gypsum.  The interest of the original shareholders of BNBMPLC and the interest of the minority shareholders of Taishan Gypsum will be highly consistent, which will provide strong assurance for the efficiency of Taishan Gypsum's decision making process;

(4)    To continuously increase the operational performance and shareholder returns of BNBMPLC, BNBMPLC and Taishan Gypsum will consistently cooperate in areas such as procurement of raw materials, R&D in product and technology, and market development and deployment in a step-by-step manner and the synergy effect will be shown gradually.

To sum up, from the perspective of reminding investors to pay attention and fully disclosing risks, the Listed Company incorporates the foregoing integration risks into the risk alert in order to protect the interest of the shareholders of the Listed Company to the greatest extent.

## II. Supplemental Disclosure

The foregoing relevant information has been incorporated as supplemental disclosure in "III. Restructuring and Integration Risks" of "Chapter 13 Risk Factors" in the revised report.

## III. Verification opinions of agent

After verification, the Independent Financial Adviser held that "BNBMPLC has made supplemental disclosure of the reason and rationality of the existence of the integration risks. From the perspective of fully disclosing risks, the relevant integration risks are reasonable."

184

BNBMPLC0010422

(This page is the execution poage of the Feedback Reply of Beijing New Building Materials Public Limited Company to the CSRC's Feedback Notice on Administrative Licensing Project)

Beijing New Building Materials Public Limited Company

Date:

185

BNBMPLC0010423