# EXHIBIT U

Stock Name: BNBMPLC     Stock Code:000786          Announcement No.:2016-063

## Announcement of Beijing New Building Materials Public Limited Company Regarding Approval for the Company's Issuance of Shares to Purchase Assets by The Review Committee on Merger, Acquisition and Restructuring of China Securities Regulatory Commission and Resumption of Trading of Company's Shares

**The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.**

On September 7, 2016, Beijing New Building Materials Public Limited Company (hereinafter the "Company") received a notice from the China Securities Regulatory Commission (hereinafter "CSRC") that upon review by the Review Committee on Merger, Acquisition and Restructuring of Listed Companies of CSRC (hereinafter the "Review Committee") on the 65th working conference in 2016 held by the Review Committee on September 7, 2016, the matter of the Company's issuance of shares to purchase assets and the related-party transaction obtained an conditional approval.

According to relevant laws and regulations including the *Measures for the Administration of the Material Asset Restructurings of Listed Companies* and upon the application by the Company, the trading of the Company's shares (stock name: BNBMPLC, stock code: 000786) will be resumed since the market opening on September 8, 2016 (Thursday).

Currently, the Company has not received the written approval document from CSRC, and the Company will make another public announcement after receiving the official documents regarding the approval from CRSC. May the investor pay attention to the investment risks.

Announcement is hereby given.

Beijing New Building Materials Public Limited Company

Board of Directors

September 7, 2016

BNBMPLC0010071