# EXHIBIT V

| Stock Abbreviation: BNBMPLC | Stock Code: 000786 | Public Announcement No.: 2015-052 |
|---|---|---|

**Beijing New Building Materials Public Limited Company**

**Public Announcement of Resolutions of the 11th Extraordinary Meeting of the 5th Board of Directors**

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

The 11th Extraordinary Shareholders' Meeting of Beijing New Building Materials Public Limited Company (hereinafter referred to as "Company") was held at 6F Meeting Room, Building 2, Guohai Plaza, No. 17 Fuxing Road, Haiding District, Beiing, 15:30 PM, October 13, 2015. The notice for the meeting was given in e-mail on October 8, 2015. This meeting was held by means of on-the-spot voting meeting and telecom voting. All the 9 directors attended the voting, which conformed to the stipulation of relevant laws, regulations and normative documents. The meeting was presided over by the chairman of the board Mr. Wang Bing and the Company's supervisors and senior executives were present at the meeting. Through deliberation, the following resolutions were adopted by voting:

**I. Deliberated and adopted the *Proposal about the Company Conforming to the Conditions of Purchasing the Assets through Private offering***

According to the stipulation of *Company Law of the People's Republic of China, Securities Law of the People's Republic of China, Measures for the Administration of Material Asset Reorganization of Listed Companies, Provisions on Issues Concerning Regulating the Material Asset Reorganizations of Listed Companies* and other laws, regulations and normative documents, in light of the conditions of listed companies of purchasing the assets through private offering, in combination with analysis and appraisal of the Company's actual operating status, through self-inspection, the Company's believed that the Company conforms to the conditions of purchasing the assets through private offering.

The resolution needs to be submitted to the general meeting of shareholders for deliberation.

The resolution was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

**II. Deliberated and adopted the Proposal on the Company's Plan concerning the Present Issuance of Shares for Purchasing the Assets & Related-party Transaction**

(I) The overall plan on the present transaction: The Company intends to issue its shares as consideration for purchasing 35% shares (hereinafter referred to as "target assets:) held by Guotai Min'an Investment Group Co., Ltd. (hereinafter referred to as "Guotai

1

BNBMPLC0009203



Min'an"), 35 natural persons including Jia Tongchun and 10 limited partnership enterprises including Tai'an Heda Investment Center (Limited Partnership) (hereinafter referred to as "counter party").

After the transaction is completed, the Company will hold 100% shares of Taishan Gypsum.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

(II) Plan on the share issuance for asset purchase

1. Method of present transaction, counter party and target assets

The Company intends to issue its shares for purchasing 35% shares of Taishan Gypsum held by Guotai Min'an Investment Group Co., Ltd. (hereinafter referred to as "Guotai Min'an"), 35 natural persons including Jia Tongchun and 10 limited partnership enterprises including Tai'an Heda Investment.

The current registered capital of target company is RMB155.625mn and the total shares are 155.625 million. The equity structure of the target company is as follows:

| No. | Name of Shareholder | Number of Shares Held (10,000 shares) | Shareholding Ratio (%) |
|---|---|---|---|
| 1 | Beijing New Building Materials Public Limited Company | | 42.00 |
| 2 | Beijing Donglian Investment Co., Ltd. | 3,579.375 | 23.00 |
| 3 | Guotai Min'an Investment Group Co., Ltd. | 2,490.000 | 16.00 |
| 4 | 35 natural persons including Jia Tongchun | 2,562.275 | 16.46 |
| 5 | 10 partnership enterprises including Tai'an Heda Investment Center (Limited Partnership) | 394.600 | 2.54 |
| | Total | 15,562.500 | 100.00 |

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

2. Pricing basis, transaction price and method of payment

The transaction will audit and evaluate the target assets with April 30, 2015 as a reference date. The final price of target assets held by the counter party shall be subject to the evaluation result as shown in *Assets Evaluation Report* issued by the evaluation authority which is qualified to engage in business related to securities and futures and approved/filed by competent organization.

The evaluation of the targeted assets for the present transaction has not been finished. Through preliminary estimation, by the evaluation reference date April 30, 2015, the estimated value of the target company is RMB11.9371429bn. To calculate 35% shares of the targeted company to be transferred by various counter parties, the estimated value is RMB4.1955bn. The transaction price of the targeted assets agreed unanimously by parties of the transaction is temporally set at RMB4.1955bn.

The asset evaluation project shall be approved/filed by competent organization and is

2

BNBMPLC0009204



subject to the evaluation result of the approval/filing. The number of issuing can be adjusted accordingly after the Company's board of directors submits to the general meeting of shareholders for authorizing it in line with evaluation result approved/filed by the competent organization.

After the completion of the transaction, Guotai Min'an Investment, 35 natural persons including Jia Tongchun and 10 limited partnership enterprises including Tai'an Heda Investment will be the Company's shareholders; the Company will directly hold 77% shares of the targeted company and indirectly hold 23% shares of the targeted company through wholly-owned subsidiary Beijing Donglian Investment Co., Ltd., holding 100% shares of the targeted company in total.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

3. Type and par value of shares to be issued

The type of shares issued is renminbi common shares (A shares) listed domestically, RMB1 par value for each share.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

4. Method of issuance

The issuance of shares will adopt the method of private offering to specific objects.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

5. Issuance objects and method of subscription

(1) Issuance objects: Guotai Min'an Investment of Taishan Gypsum, 35 natural persons including Jia Tongchun and 10 limited partnership enterprises including Ta'an Heda Investment

(2) Method of subscription: Guotai Min'an Investment of Taishan Gypsum, 35 natural persons including Jia Tongchun and 10 limited partnership enterprises including Ta'an Heda Investment will purchase the shares totally held by Taishan Gypsum.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

6. Pricing reference date, pricing principle and issuance price

The pricing reference date for purchasing the assets by issuing the shares is the announcement date of the board's resolution related to the transaction approved by the Company, i.e., October 14, 2015.

From the date when the Company's shares are suspended (April 10, 2015) to now, Shanghai Composite and SZSE Component Index have shown a sharp decline. As the suspension of the Company's shares has kept away from the remarkable drop, the stock market will have a strong uncertainty in the future. Therefore, the price for issuing the shares has chosen 90% of the average trading price 120 trading days before the announcement date of the board's resolution on purchasing the assets, i.e., RMB23.15 per share.

The calculating formula for average price of stock transaction 120 trading days before the announcement date of the board's resolution: The average transaction price of the Company's shares 120 trading days before the announcement date of the resolution = total transaction amount of the Company's shares 120 trading days before the announcement date of the resolution / total trading volume of the Company's shares 120 trading days before the announcement date of the resolution.

BNBMPLC0009205



On April 16, 2015, the Company's 2014 general meeting of shareholders deliberated and adopted *Preplan for Allocation of Profits in 2014*, with total amount of 706,990,796 shares as a basic number, paying dividend of RMB4.25 (tax inclusive) per 10 shares, with total distributed profit of RMB300,471,088.30. Moreover, 10 shares will be transferred to all the shareholders per 10 shares in capital reserve fund, with total amount of 706,990,796 shares increased by transferring. The above transfer has been finished on June 11, 2015, with the total equity of the Company adjusted into 1,413,981,592 shares. Through relevant adjustment after allocation of profits in 2014 by the Company, the price of the shares issued this time has been adjusted into RMB11.37 per share.

During the period between pricing reference date and issuing date, if the Company implements ex-right and ex-dividend matters such as cash dividend, bonus share and increase by transferring of capital reserve etc., the above issuing price will be adjusted according to the relevant provisions of China Securities Regulatory Commission and Shenzhen Stock Exchange, with specific adjusting way subject to the resolution of the Company's general meeting of shareholders.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

7. Number of shares to be issued

According to the estimation of target assets and calculation of issuing price, the total amount of shares issued to be issued by the Company to the counter party shall not exceed 3.689974 million shares: number of issuing = Transaction price of shares transferred by various counter parties by accepting the new shares issued by the Company ÷ issuing price. The number of shares issued shall be rounded to integral single digits. If the number of shares to be issued is not an integral number, it shall be adjusted to integral number downwards. The number of shares to be issued can be adjusted accordingly after the Company's board of directors submits to the general meeting of shareholders for authorizing it in line with evaluation result approved/filed by the competent organization. The final number of issuing is subject to the number of issuing approved by China Securities Regulatory Commission.

The number of shares issued to the counter parties by the Company is as follows:

| Counter Party | Number of Shares Obtained (10,000 shares) |
|---|---|
| Guotai Min'an Investment Group Co., Ltd. | 16,868.45 |
| 35 natural persons including Jia Tongchun and | 17,358.08 |
| 10 limited partnership enterprises including Tai'an Heda Investment Center (Limited Partnership) | 2,673.21 |

During the period between pricing reference date and issuing date, if the Company implements ex-right and ex-dividend matters such as cash dividend, bonus share and increase by transferring of capital reserve etc., the above issuing price will be adjusted according to the relevant provisions of   stock exchange, with specific adjusting way subject to the resolution of the Company's general meeting of shareholders.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

8. Listing venue

The shares to be issued by the Company for purchasing the assets intend to be listed at Shenzhen Stock Exchange.

4

BNBMPLC0009206



The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

9. Lock-up period of the shares to be issued

The shares subscribed by the counter parties which will be issued by the Company shall not be transferred within 36 months as of the date when the issuing of shares is finished. Within the restricted period, the Company's shares increased by the counter parties arisen from the Company's implementation of bonus share, share increase by transferring of capital reserve etc. shall also comply with the stipulation of the aforesaid restricted period. The partial shares of the Company held by the counter parties will be locked up to the time when the agreed condition is triggered, the Company will repurchase the shares in RMB1 per share for cancellation. After the restricted period expires, the Company shall provide assistance and convenience for going through the share unlocking formalities; when the shares of the Companies obtained by Guotai Min'an, 35 natural persons including Jia Tongchun and 10 limited partnership enterprises including Tai'an Heda Investment are reduced after the restricted period, it is required to comply with relevant provisions of *the Company Law, the Securities Law, Rules of Shenzhen Stock Exchange for Stock Listing*, other laws, regulations, normative documents and articles of association as well as relevant agreements and commitments.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

10. Attribution of the profit or loss of the target assets during the appraisal reference date and closing date

(1) The profit arisen from the target company between evaluation reference date and delivery date (hereinafter referred to as "transition period") will be enjoyed by the Company.

(2) During the transition period, the loss arisen from the target company will be borne by minority shareholders according to the shareholding ratio of Taishan Gypsum.

(3) After the delivery of the target assets, the Company's annual report auditing body will carry out special audit to Taishan Gypsum and identify the profit and loss arisen from assets during the period between reference date and delivery date of target assets. If the delivery date is before 15th of the month (including 15th), the reference date of profit and loss audit during the period shall be the end of last month; if the delivery date is after 15th of the month, the reference date of profit and loss audit during the period shall be the end of the current month. In case of any loss, the count party shall pay the amount of loss to be borne to the Company in cash within five working days on the date that the aforesaid special audit report is issued.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

11. Personnel placement

This transaction involves no problem of personnel placement.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

12. Arrangement of the cumulative undistributed profit of listed company

Before completion of the transaction, the cumulative undistributed profit of listed company will be shared by old and new shareholders after the transaction is finished according to their proportion of shares.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0

BNBMPLC0009207

abstention.

13. Contractual obligations and defaulting liability in connection with the ownership transfer of related assets

(1) The contractual obligations in connection with the ownership transfer of target assets: considering that the counter parties include the board chairman & general manager Jia Tongchun of Taishan Gypsum and other directors and senior executives, for the purpose to comply with relevant restrictive provision of Article 141 in *the Company Law* and push forward the legal and smooth implementation of the transaction, while the target assets are delivered and injected into the Company, Taishan Gypsum agrees to firstly change the organization form of Taishan Gypsum into a limited liability company and then deliver and inject the target assets into the company.

The delivery of the targeted assets shall be completed within 1 month as of the date that the transaction takes effect. The counter party shall be responsible to go through formalities of industrial and commercial registration alteration for transferring the target assets to the Company and the Company shall render its cooperation. All the rights and obligations of the target assets shall be enjoyed and borne by the Company.

(2) Relevant defaulting liability involved for purchasing assets by issuing shares

In case of any loss caused to other parties due to any party in violating the obligations under the Framework Agreement for Purchasing Assets by Issuing Shares or false or serious wrong statement or commitment made by it, the relevant party shall be fully liable for the compensation.

Should the agreement fail to be performed due to force majeure events to either party, no defaulting liability shall be borne by both parties.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

14. Valid term of resolution: The effective period for the resolution on purchasing assets by issuing shares will be 12 months as of the date the transaction is approved by the Company's general meeting of shareholders. Should the Company have obtained the approval document issued by China Securities Regulatory Commission for the issuance within the effective period, the effective valid will be extended to the date of completion for the issuance.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

The resolution needs to be submitted to the general meeting of shareholders for deliberation and voting item by item.

III. Deliberated and adopted the *Proposal about the Transaction Conforming to Article 43 of the Administrative Measures for the Material Asset Reorganizations of Listed Companies*

The Company's board of directors has verified if the transaction conforms to the relevant provision of Article 43 of the *Administrative Measures for the Material Asset Reorganizations of Listed Companies*;

1. The transaction is conducive to raising the quality of the Company's assets, improving the financial situation and strengthening the sustainable earning capacity, reducing related-party transactions, avoiding horizontal competition and enhancing the independence;

2. The financial accounting report of the Company in the most recent year and period has been issued with unqualified audit report by certified public accountant;

6

BNBMPLC0009208



3. There exist no circumstances that the Company and its incumbent directors and senior executives have been put on file for investigation by judicial organs for alleged criminal or registered and investigated by China Securities Regulatory Commission for alleged violation;

4. The assets purchased by the Company through issuance are operating assets with clear ownership, in which ownership transfer formalities can be handled within the agreed period.

Through prudential judgment, the Company's board of directors holds that the transaction conforms to the provision of Article 43 of the *Administrative Measures for the Material Asset Reorganizations of Listed Companies*;

The resolution needs to be submitted to the general meeting of shareholders for deliberation.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

**IV. Deliberated and adopted the *Proposal about the Transaction Conforming to Article 4 of the Provisions about Certain Questions on Standardizing the Material Asset Reorganizations of Listed Companies***

The Company's board of directors has verified if the transaction conforms to the provision of Article 4 in *Provisions on Issues Concerning Regulating the Material Asset Reorganizations of Listed Companies* (CSRC Announcement [2008] No.14):

1. The target assets of the transaction is 35% shares of Taishan Gypsum. It does not involve application matters such as project approval, environmental protection, industry access, land use, planning and construction etc.; for the application matters involved in the transaction, the Company has detailedly disclosed the procedures which need to be adopted by voting or approved in the preplan of purchasing assets by issuing shares and related-party transaction and prompted the key risks which may fail to be approved;

2. The counter party of the transaction has legally owned the complete rights of the target assets and there are no circumstances that the transfer is restricted or prohibited nor circumstances that the contribution of Taishan Gypsum is false or its legal existence is affected;

3. Taishan Gypsum enjoys complete information required for production and operation. The target assets to be purchased for the transaction have no impact upon the integrity of the Company's assets and independence of the Company in personnel, purchase, production, sales and intellectual property right etc.;

4. The transaction is conducive to the Company in improving its financial situation, strengthening the sustainable earning capacity without increasing regular related-party transactions and generating horizontal competition and affecting the Company's independence.

Through self-inspection, the Company's board of directors holds that the transaction conforms to the provision of Article 4 in *Provisions on Issues Concerning Regulating the Material Asset Reorganizations of Listed Companies*.

The resolution needs to be submitted to the general meeting of shareholders for deliberation.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

7

BNBMPLC0009209



**V. Deliberated and adopted the *Proposal about the Transaction Constituting a Related-party Transaction***

Through self-inspection, considering that Guotai Min'an and Jia Tongchun have signed a framework agreement on the purchase of the assets by issuing the shares. Besides, after the framework agreement takes effect, Guotai Min'an and Jia Tongchun will become shareholders holding more than 5% shares of the listed company. According to the relevant provisions of *Rules of Shenzhen Stock Exchange for Stock Listing*, Guotai Min'an and Jia Tongchun shall be regarded as related persons. As the transaction involves a dealing between listed company and potential shareholders with shares more than 5%, it constitutes a related-party transaction.

The resolution needs to be submitted to the general meeting of shareholders for deliberation.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

**VI. Deliberated and adopted the *Proposal about the Preplan of Purchasing Assets by Issuing Shares and Related-Party Transaction***

In accordance with *the Company Law of the People's Republic of China, the Securities Law of the People's Republic of China, Administrative Measures for the Issuance of Securities by Listed Companies, Administrative Measures for the Material Asset Reorganizations of Listed Companies* and other laws, regulations and normative documents, the Company has drawn up *the Preplan of Purchasing Assets by Issuing Shares and Related-Party Transaction for Beijing New Building Materials Public Limited Company*. The Company's independent directors have released their prior approval on the preplan and clearly given their independent opinions of consent. The independent financial advisor Morgan Stanley Huaxin Securities Co., Ltd. has expressed its opinions on the preplan in *Opinions of Morgan Stanley Huaxin Securities Co., Ltd. on Verifying the Preplan of Purchasing Assets by Issuing Shares and Related-Party Transaction for Beijing New Building Materials Public Limited Company as An Independent Advisor*.

For specific contents of the proposal, please see *the Preplan of Purchasing Assets by Issuing Shares and Related-Party Transaction for Beijing New Building Materials Public Limited Company* published in the website of CNIFO (http://www.cninfo.com.cn) on October 14, 2015.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

**VII. Deliberated and adopted the *Proposal about the Execution of the Conditional Supplemental Agreement on Share Issuance for Asset Purchase***

Agreed the Company to sign the Framework Agreement of Purchasing Assets by Issuing Shares attached with entry-into-force condition with the counter party and relevant agreements.

The resolution needs to be submitted to the general meeting of shareholders for deliberation.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

**VIII. Deliberated and adopted the Instructions on the Completeness and Compliance of the Transaction in Performing Legal Procedures and the Effectiveness in Legal Documents Submitted**

8

BNBMPLC0009210



Through self-inspection, the Company's board of directors holds that the the legal procedures performed by the Company's transaction are complete and conform to the stipulation of relevant laws and regulations, departmental rules, normative documents and the articles of association. In the opinion of the Company's board of directors, the legal documents submitted to Shenzhen Stock Exchange are legal and effective. the Company's board of directors and all the directors pledge that the Company has not found any false record, misleading statement or major omission with the legal documents submitted by the Company for the transaction and bear joint and several liabilities for the authenticity, accuracy and integrity of legal documents submitted.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

**IX. Deliberated and adopted the Proposal about Applying to the Shareholders' Meeting to Authorize the Board of Directors to Handle the Matters Related to the Share Issuance for Asset Purchase**

To ensure the smooth implementation of matters concerning the transaction, the Company's board of directors requests the Company's general meeting of shareholders to authorize the board of directors in dealing with the matters related to the transaction, including but not limited to:

1. According to the provisions of laws, regulations and normative documents and resolution of the general meeting of shareholders, formulate and implement the specific proposal of the transaction, including but not limited to matters such as determining or adjusting the price of relevant assets, time of issuance, quantity and price of issuance in line with specific conditions;

2. According to the situation approved/filed by competent organizations such as China Securities Regulatory Commission and market, take full responsibility for handling and deciding specific matters related to the transaction in line with the proposal deliberated and adopted;

3. Revise, replenish, sign, present, submit and implement all the agreements and documents related to the transaction;

4. Adjust the transaction proposal upon the request of examination and approval departments or according to the proposal for the transaction, approve and sign relevant audit reports, evaluation reports and amendment of all the agreements and documents related to the transaction;

5. During the effective period of the resolution made by the general meeting of shareholders, in case of any change with requirements of policies from relevant examination and approval department and regulatory department, authorize the board of directors to adjust specific proposal of the transaction or terminate the transaction within the scope of resolution made by the general meeting of shareholders in line with new policies and actual condition of stock market;

6. After completion of the transaction, revise the relevant clauses of the Company's articles of association and handle relevant industrial and commercial registration alteration formalities;

7. After completion of the transaction, handle the registration and lock-up of shares which are released in the stock exchange in securities registration and settlement authority as well as listing of the shares in Shenzhen Stock Exchange;

8. Handle other matters related to the transaction within the scope permitted by relevant laws, regulations, normative documents and the Company's articles of association;

BNBMPLC0009211



9. The authorization will take effect within 12 months as of the date that it is adopted by the general meeting of shareholders. Should the Company have obtained the approval document issued by China Securities Regulatory Commission for the issuance within the effective period, the effective valid will be extended to the date of completion for the issuance.

The resolution needs to be submitted to the general meeting of shareholders for deliberation.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

### X. Deliberated and adopted *the Proposal on Engaging the Relevant Intermediary of the Transaction*

Agree the Company to engage Morgan Stanley Huaxin Securities Co., Ltd. as an independent financial advisor, ZhongHe Appraisal Co., Ltd. as an asset assessment agency, Baker Tilly China Certified Public Accountants (special general partnership) as an audit agency and Beijing Grandway Law Office as a legal adviser to offer relevant services for the matters related to the transaction.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

### XI. Deliberated and adopted *the Proposal on the Company's Stock Price Fluctuation Not Reaching the Relevant Criteria of Article 5 in the Notice for Regulating the Information Disclosure of Listing Companies and Behaviors of Relevant Parties*

The Company's board of directors has carried out self-inspection over the stock price fluctuation before continuous stock suspension. Apart from influence of broad market factor and industrial plate factor etc., the total price limit within 20 trading days before release of key information sensitive to stock price has not reached the relevant criteria of Article 5 in the Notice for Regulating the Information Disclosure of Listing Companies and Behaviors of Relevant Parties (ZHENG JIAN GONG SI ZI [2007] No. 128).

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

### XII. Deliberated and adopted *the Proposal on Not Convening General Meeting of Shareholders for the Moment*

Agree the Company to hold a meeting of board of directors to deliberate the relevant matters related to the transaction, compile and disclose *the Report of Beijing New Building Materials Public Limited Company on Issuing Shares for Asset Purchase and Related-party Transaction (Draft)* and its summary after the relevant audit and assessment are finished. The audited financial data and asset assessment results involved in the transaction will be disclosed in the *Report of Beijing New Building Materials Public Limited Company on Issuing Shares for Asset Purchase and Related-party Transaction (Draft)*. The general meeting of shareholders will not be held for the moment after the current meeting of board of directors.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

BNBMPLC0009212



Notice is hereby given.

Board of Directors of
Beijing New Building Materials Public Limited Company
October 13, 2015

11

BNBMPLC0009213