# EXHIBIT W

Stock name: BNBMPLC            Stock code:000786            Announcement No.:2016-064

# Announcement of Beijing New Building Materials Public Limited Company Regarding Approval Reply for the Company's Issuance of Shares to Purchase Assets and Related Party Transactions by China Securities Regulatory Commission

The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.

On October 19, 2016, Beijing New Building Materials Public Limited Company (hereinafter the "Company") received a "Reply of Approval for the Company's Issuance of Shares to Companies including Tai'an Guotai Min'an Investment Group Co., Ltd. to Purchase Assets" (Zheng Jian Xu Ke [2016] No.2364) issued by China Securities Regulatory Commission (hereinafter "CSRC"), contents of the Reply are as follows:

I. Approve your Company to issue 171,244,857 shares to Tai'an Guotai Min'an Investment Group Co., Ltd., 121,616,516 shares to Jia Tongchun (贾同春), 7,881,390 shares to Tai'an Heda Investment Center (Limited Partnership), 7,565,034 shares to Ren Xulian (任绪连), 4,814,113 shares to Xue Yuli (薛玉利), 4,607,793 shares to Cao Zhiqiang (曹志强), 4,126,382 shares to Zhu Tenggao (朱腾高), 2,750,921 shares to Lu Wenyang (吕文洋), 2,750,921 shares to Zhang Yanxiu (张彦修), 2,750,921 shares to Wan Guangjin(万广进), 2,750,921 shares to Ren Xue(任雪), 2,255,756 shares to Tai'an Xinyi Investment Center (Limited Partnership), 2,214,492 shares to Tai'an Wanji Investment Center (Limited Partnership), 2,180,105 shares to Tai'an Hongchao Investment Center (Limited Partnership), 2,138,841 shares to Tai'an Haozhan Investment Center (Limited Partnership), 2,118,210 shares to Tai'an Changyuan Investment Center (Limited Partnership), 2,104,455 shares Tai'an Jinxiu Investment Center (Limited Partnership), 2,097,578 shares to Tai'an Xinghe Investment Center (Limited Partnership), 2,097,578 shares to Mi Weimin (米为民), 2,097,578 shares to Zhang Jianchun (张建春), 2,083,823 shares to Tai'an Shunchang Investment Center (Limited Partnership), 2,063,191 shares to Tai'an Fanye Investment Center (Limited Partnership), 2,063,191 shares to Zhu Jinghua (朱经华), 2, 063,191 shares to Li Zuoyi (李作义), 2,063,191 shares to Yang Zhengbo (杨正波), 1,375,461 shares to Qian Kai (钱凯), 1,375,461 shares to Fu Tinghuan (付廷环), 1,375,461 shares to Meng Zhaoyuan (孟兆远), 1,031,596 shares to Qin Qingwen (秦庆文), 1,031,596 shares to Hao Kuiyan (郝奎燕), 687,730 shares to Duan Zhentao (段振涛), 550,184 shares to Meng Fanrong (孟繁荣), 481,411 shares to Bi Zhong (毕忠), 405,761 shares to Kang Zhiguo (康志国), 343,865 shares to Wang Lifeng (王力峰),

343,865 shares to Yue Rongliang (岳荣亮), 343,865 shares to Huang Rongquan (黄荣泉), 343,865 shares to Yuan Chuanqiu (袁传秋), 343,865 shares to Xu Fuyin (徐福银), 343,865 shares to Zhang Guangmiao (张广淼), 302,601 shares to Xu Guogang (徐国刚), 302,601 shares to Chen Xinyang (陈歆阳), 295,724 shares to Li Xiuhua (李秀华), 288,847 shares to Liu Mei (刘美), 275,092 shares to Zhang Jijun (张纪俊) and 254,460 shares to Fang Donghua (房冬华) to purchase relevant assets.

  II. The issuance of shares to purchase assets of the Company shall be strictly subject to the scheme and relevant application documents submitted to the CSRC.

  III. The Company shall perform the obligation of information disclosure timely pursuant to relevant provisions.

  IV. The Company shall handle relevant procedures in relation to the issuance of shares pursuant to relevant provisions.

  V. The Reply shall be valid within 12 months following the issuance date of the Reply.

  VI. If major events or major problems required to be disclosed by laws and regulations occur during the implementation by the Company, the Company shall promptly report to the CSRC.

  The Board of Directors will handle relevant matters in relation to the Company's issuance of shares to purchase assets and related party transactions as soon as possible pursuant to the requirements of laws and regulations and the above Reply, and the authorization of the general meeting of shareholders, and properly handle relevant procedures pursuant to the relevant provisions and requirements of the CSRC, Shenzhen Stock Exchange and China Securities Depository and Clearing Corporation Limited Shenzhen Branch, and perform the obligation of information disclosure in a timely manner according the process of this transaction. The investors should pay attention to the public announcement of the Company and note the investment risks.

  Announcement is hereby given.

Beijing New Building Materials Public Limited Company

Board of Directors

October 19, 2016

BNBMPLC0010428