# EXHIBIT X

Stock Name: BNBM          Stock Code: 000786          Announcement No.: 2016-069

**Beijing New Building Materials Public Limited Company**

**Public Announcement Regarding Completion of Transfer of Underlying Assets of Asset Acquisition by Stock Issue and Related-party Transaction**

The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.

On October 19, 2016, Beijing New Building Materials Public Limited Company (hereinafter referred to as the "Company") received a Reply Regarding the Approval of Acquisition of Assets by Beijing New Building Materials Public Limited Company from Tai'an Guo Tai Min An Investment Group Co., Ltd. et al by Stock Issue (Zheng Jian Xu Ke [2016] No.2364) issued by China Securities Regulatory Commission with respect to asset acquisition by stock issue and related-party transaction (collectively referred to as this "Transaction"), as detailed in the Public Announcement of Beijing New Building Materials Public Limited Company Regarding CSRC's Approval of Its Asset Acquisition by Stock Issue and Related-party Transaction (announcement no.: 2016-064) disclosed by the Company on October 20, 2016.

The Company timely carried out the work related to the transfer of the underlying assets upon receipt of the approval document issued by CSRC. As at the date of this public announcement, we have completed the transfer and delivery procedures and relevant business change registration procedures of the underlying assets in this Transaction and now announce the transfer and delivery details of the underlying assets in this Transaction as follows. Absent special instructions, relevant abbreviations in this public announcement are the same as those used in Report of Beijing New Building Materials Public Limited Company on Asset Acquisition by Stock Issue and Related-party Transaction published on the website of Shenzhen Stock Exchange (www.szse.cn) on October 21, 2016.

**I. Approval and Authorization of this Transaction**

**(I) Approval of this Transaction by the Applicant and its Controlling Shareholder or Actual Controller**

1. The Applicant held the 11th Interim Meeting, the 15th Interim Meeting and the 16th Interim Meeting of the 5th Board of Directors and the 1st Interim Meeting of the 6th Board of Directors on October 13, 2015, January 15, 2016, January 25, 2016 and April 5, 2016 respectively, which considered and adopted relevant proposals on this Transaction; on April 21, 2016, the Applicant held the 2nd extraordinary general meeting which considered and adopted relevant proposals including the scheme of this Transaction.

The Applicant held the 3rd interim meeting of the 6th Board of Directors on July 27, 2016 and the 3rd extraordinary general meeting for 2016 on August 12, 2016, which considered and adopted the Proposal on Adjustment of Contributors to Certain Counterparties in the Company's Scheme of Asset Acquisition by Stock Issue and Related-party Transaction, approving the adjustment of contributors to some partnership counterparties involved in the scheme of this Transaction.

2. On April 21, 2015, CNBM Group held the 25th meeting of the 3rd Board of Directors, which considered and adopted the Proposal on Beijing New Building Materials Public Limited Company's Issuance of Shares to Acquire 35% Shares of Taishan Gypsum Co., Ltd.

3. On September 22, 2015, CNBM Group held the 15th meeting of the 3rd Board of Directors, which considered and adopted the Proposal on Beijing New Building Materials Public Limited Company's Issuance of Shares to Acquire 35% Shares of Taishan Gypsum Co., Ltd., allowing the Applicant to issue 369 million shares to acquire the 35% shares of Taishan Gypsum held in the aggregate by 10 limited

BNBMPLC0010439

partnerships including Guo Tai Min An Investment and Heda Investment and 35 natural persons including Jia Tongchun.

4. On March 31, 2016, the competent state-owned assets regulatory authority gave a Reply Regarding Issues Related to Asset Restructuring of Beijing New Building Materials Public Limited Company (Guo Zi Chan Quan [2016] No.236), approving this transaction scheme of the Applicant.

**(II) Approval and Authorization of this Transaction by Counterparties**

1. Approval of Guo Tai Min An Investment and Its Controlling Shareholder or Actual Controller for this Transaction

(1) On September 21, 2015, Guo Tai Min An Investment held the 6th meeting of the 1st Board of Directors, approving the matters related to the Applicant's acquisition of the 16% shares in Taishan Gypsum held by Guo Tai Min An Investment by means of stock issue.

On January 8, 2016, Guo Tai Min An Investment held the 12th meeting of the 1st Board of Directors, agreeing to sign the Supplemental Agreement of Beijing New Building Materials Public Limited Company on Asset Acquisition by Stock Issue (hereinafter referred to as the "Supplemental Agreement") with the Applicant.

On January 22, 2016, Guo Tai Min An Investment held the 13th meeting of the 1st Board of Directors, agreeing to sign the Supplemental Agreement II of Beijing New Building Materials Public Limited Company on Asset Acquisition by Stock Issue (hereinafter referred to as the "Supplemental Agreement II") with the Applicant, 10 limited partnerships including Heda Investment and 35 natural persons including Jia Tongchun.

(2) On November 18, 2015, Tai'an People's Government gave a Reply Regarding Issues Related to the Listing of Minority Equity of Taishan Gypsum Co., Ltd. (Tai Zheng Zi [2015] No.85), approving Guo Tai Min An Investment to purchase the shares privately placed by BNBMPLC by evaluating the 24.9 million shares in Taishan Gypsum held by it at a price of RMB11.37 per share.

(3) On January 7, 2016, State-owned Assets Supervision and Administration Commission of Tai'an People's Government issued a Reply Regarding Approving Tai'an Guo Tai Min An Investment Group to Participate in Subscription for Privately Placed Shares of Beijing New Building Materials Public Limited Company Using State-owned Equity Held by It in Taishan Gypsum Co., Ltd. (Tai Guo Zi [2016] No.1), allowing Guo Tai Min An Investment to subscribe for the shares privately placed by the Applicant using the 16% state-owned equity in Taishan Gypsum held by it, which is evaluated at a price of RMB11.37 per share.

2. On September 25, 2015, Changyuan Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 308,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Changyuan Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Changyuan Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

3. On September 25, 2015, Wanji Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 322,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Wanji Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Wanji Investment held a partners meeting and made a resolution, agreeing to sign

BNBMPLC0010440

the Supplemental Agreement II with the Applicant.

4. On September 25, 2015, Xinyi Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 328,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Xinyi Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Xinyi Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

5. On September 25, 2015, Haozhan Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 311,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Haozhan Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Haozhan Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

6. On September 25, 2015, Fanye Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 300,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Fanye Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Fanye Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

7. On September 25, 2015, Jinxiu Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 306,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Jiuxiu Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Jiuxiu Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

8. On September 25, 2015, Xinghe Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 305,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Xinghe Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Xinghe Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

9. On September 25, 2015, Hongchao Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 317,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Hongchao Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Hongchao Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

10. On September 25, 2015, Shunchang Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 303,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Shunchang Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Shunchang Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

11. On September 25, 2015, Heda Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 1,146,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Heda Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Heda Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

### (III) Appraisal Filing Details of this Transaction

1. On January 7, 2016, State-owned Assets Supervision and Administration Commission of Tai'an People's Government issued a Reply Regarding Approving the Asset Appraisal Results of Beijing New Building Materials Public Limited Company's Proposal to Acquire Part of Equity in Taishan Gypsum Co., Ltd. by Stock Issue (Tai Guo Zi Ban [2016] No.3), approving the asset appraisal project and results of this Transaction.

2. According to the Registration Form Regarding Appraisal Project Related to Acceptance of Non-state-owned Assets (Z64020160010119) provided by the Applicant, the appraisal results of the underlying assets in this Transaction were filed with CNBM Group on January 8, 2016.

### (IV) Approval of CSRC

On October 14, 2016, CSRC issued a Reply Regarding the Approval of Acquisition of Assets by Beijing New Building Materials Public Limited Company from Tai'an Guo Tai Min An Investment Group Co., Ltd. et al by Stock Issue (Zheng Jian Xu Ke [2016] No.2364), approving the Applicant to issue 171,244,857 shares to Guo Tai Min An Investment, issue 121,616,516 shares to Jia Tongchun, issue 7,881,390 shares to Heda Investment, issue 7,565,034 shares to Ren Xulian, issue 4,814,113 shares to Xue Yuli, issue 4,607,793 shares to Cao Zhiqiang, issue 4,126,382 shares to Zhu Tenggao, issue 2,750,921 shares to Lv Wenyang, issue 2,750,921 shares to Zhang Yanxiu, issue 2,750,921 shares to Wan Guangjin, issue 2,750,921 shares to Ren Xue, issue 2,255,756 shares to Xinyi Investment, issue 2,214,492 shares to Wanji Investment, issue 2,180,105 shares to Hongchao Investment, issue 2,138,841 shares to Haozhan Investment, issue 2,118,210 shares to Changyuan Investment, issue 2,104,455 shares to Jiuxiu Investment, issue 2,097,578 shares to Xinghe Investment, issue 2,097,578 shares to Mi Weimin, issue 2,097,578 shares to Zhang Jianchun, issue 2,083,823 shares to Shunchang Investment, issue 2,063,191 shares to Fanye Investment, issue 2,063,191 shares to Zhu Jinghua, issue 2,063,191 shares to Li Zuoyi, issue 2,063,191 shares to Yang Zhengbo, issue 1,375,461 shares to Qian Kai, issue 1,375,461 shares to Fu Tinghuan, issue 1,375,461 shares to Meng Zhaoyuan, issue 1,031,596 shares to Qin Qingwen, issue 1,031,596 shares to Hao Kuiyan, issue 687,730 shares to Duan Zhentao, issue 550,184 shares to Meng Fanrong, issue 481,411 shares to Bi Zhong, issue 405,761 shares to Kang Zhiguo, issue 343,865 shares to Wang Lifeng, issue 343,865 shares to Yue Rongliang, issue 343,865

shares to Huang Rongquan, issue 343,865 shares to Yuan Chuanqiu, issue 343,865 shares to Xu Fuyin, issue 343,865 shares to Zhang Guangmiao, issue 302,601 shares to Xu Guogang, issue 302,601 shares to Chen Xinyang, issue 295,724 shares to Li Xiuhua, issue 288,847 shares to Li Xiuhua, issue 288,847 shares to Liu Mei, issue 275,092 shares to Zhang Jijun, and issue 254,460 shares to Fang Donghua, all for the purposes of purchasing relevant assets.

**II. Details about Transfer of the Underlying Assets in this Transaction**

According to the Framework Agreement, the Supplemental Agreements and other documents related to this Transaction, the Company intends to issue shares to acquire the 35% shares held in the aggregate by 10 limited partnerships including Guo Tai Min An Investment and Heda Investment as well as 35 natural persons including Jia Tongchun. After the agreements become effective, the corporate form of Taishan Gypsum will be changed to a limited liability company, and the name of Taishan Gypsum will be accordingly changed to "Taishan Gypsum Limited" (subject to business change registration) and then the underlying assets will be delivered and injected into the Company.

According to the Business Change Details issued by Shandong Administration for Industry and Commerce on October 24, 2016 and the Business License issued to Taishan Gypsum on October 24, 2016 (unified social credit code: 91370000720743873W) and based on a search of national enterprise credit information publicity system, Taishan Gypsum completed the business registration procedures for change of its corporate form on October 24, 2016 and was changed into a limited liability company from a joint stock company, with the shareholders and shareholding structure remaining unchanged.

According to the Business Change Details issued by Shandong Administration for Industry and Commerce on October 27, 2016 and the Business License issued to Taishan Gypsum on October 24, 2016 (unified social credit code: 91370000720743873W) and based on a search of national enterprise credit information publicity system, the shares in Taishan Gypsum respectively held by10 limited partnerships including Guo Tai Min An Investment and Heda Investment and the 35 natural persons including Jia Tongchun have been registered under the name of the Applicant through a business change registration.

Upon completion of the foregoing changes, the shareholding structure of Taishan Gypsum is changed to the following:

| Serial No. | Name of Shareholder | Contribution Amount (Yuan) | Shareholding Proportion |
|---|---|---|---|
| 1 | BNBMPLC | 119,831,250 | 77% |
| 2 | Donglian Investment | 35,793,750 | 23% |
|  | Total | 155,625,000 | 100% |

**III. Compliance and Risks of Relevant Subsequent Matters of this Transaction**

According to the approvals and authorizations granted for this transaction scheme and this Transaction, agreements related to this Transaction, commitments involved in this Transaction and various other documents, matters subsequent to this Transaction mainly include the following:

1. Upon completion of the transfer of the underlying assets, the Applicant still needs to issue a total of 374,598,125 shares (hereinafter referred to as "Newly Issued Shares") to the 10 limited partnerships including Guo Tai Min An Investment and Heda Investment and the 35 natural persons including Jia Tongchun, apply to Shenzhen Branch of CSDC to handle share registration and other relevant procedures and apply to Shenzhen Stock Exchange for the listing of the Newly Issued Shares;

2. The Applicant should handle business change registration procedures with the competent business registration administration department with respect to the increase in its registered capital, the amendment to its Articles of Association and other relevant matters.

3. The Applicant and the counterparties should perform the Framework Agreement, other supplemental agreements and other relevant agreements;

4. Relevant promisors should continue to perform various commitments that have not been fulfilled yet.

### IV. Opinions of Intermediaries on the Implementation of this Transaction

(I) Verification opinion of the independent financial advisor – according to the independent financial advisor, as at the date of issuance of this verification opinion, this Transaction has been granted necessary approvals and authorizations and met the statutory conditions for its implementation; relevant business change registration procedures have been completed to facilitate the transfer of the underlying assets in this Transaction under the name of the issuer; there is no significant legal obstacle in handling relevant subsequent matters of this Transaction.

(II) Verification opinion of the legal counsel – according to the legal counsel, as at the date of issuance of this supplemental legal opinion, this Transaction has been granted necessary approvals and authorizations and met the statutory conditions for its implementation; relevant business change registration procedures have been completed to facilitate the transfer of the underlying assets in this Transaction under the name of the Applicant; there is no significant legal obstacle in handling relevant subsequent matters of this Transaction.

### V. Documents for Reference

1. Reply Regarding the Approval of Acquisition of Assets by Beijing New Building Materials Public Limited Company from Tai'an Guo Tai Min An Investment Group Co., Ltd. et al by Stock Issue (Zheng Jian Xu Ke [2016] No.2354) issued by CSRC;

2. Verification Opinion of Independent Financial Advisor of Morgan Stanley Huaxin Securities Company Limited on Completion of Asset Delivery of Beijing New Building Materials Public Limited Company's Issuance of Shares to Acquire Assets and Related-party Transaction issued by Morgan Stanley Huaxin Securities Company Limited as the independent financial advisor;

3. Supplemental Legal Opinion V of Beijing Grandfield Law Offices on Beijing New Building Materials Public Limited Company's Issuance of Shares to Acquire Assets issued by Beijing Grandfield Law Offices as legal counsel.

The announcement ends here.

Beijing New Building Materials Public Limited Company
Board of Directors
November 2, 2016

BNBMPLC0010444