UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the *Motion for Leave to File Reply in Excess of Page Limitation* filed by Primary Counsel;

IT IS ORDERED BY THE COURT that the motion is GRANTED and *Primary Counsel's Reply in Support of Objection to Special Master's Ruling Concerning Objectors' October 7, 2016 Request to Modify Special Master Case Management Order No. 1 and Request for Expedited Consideration* be and is hereby filed into the record.

New Orleans, Louisiana, this  12th  day of ___December___, 2016.

*/s/ Eldon E. Fallon*
Eldon E. Fallon
United States District Court Judge