UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
This Document Relates to All Cases : MAG. JUDGE WILKINSON

## ORDER

On December 12, 2016, the Special Master issued an Order on Motion to Approve Amended Memorandum of Understanding Regarding All Homebuilder Claims for Reimbursement of Counsel Fees.

**IT IS ORDERED** that the Court will enter the December 12, 2016 Special Master Order into the record.

New Orleans, Louisiana, this 13th day of December, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE