Step 2: stock metering and mixing: the dry feed additives, such as modified starch, retarder or water reducing agent, together with wet feed additives such as pulp and water, after a quantitative measure, are mixed into a raw material slurry, and then all accessories including hemihydrate gypsum, coagulant, foaming agent, raw material slurry and water are blended to form qualified gypsum slurry.

Step 3: forming and delivery: the gypsum slurry in the mixer falls onto the covering paper under the vibration platform, enters into the molding machine, in the molding machine and is extruded into a gypsum board of required specifications, the upper and lower covering papers are glued around the edges through edge adhesive, initial setting is completed on the solidification belt and final setting completed on the conveying roller, a required length is cut on a fixed length cutting machine, after steering by the horizontal machine, two gypsum boards leave the horizontal machine simultaneously, then after the spacing between two plates reaches the requirement by using an approach roller, and they go into the dryer for drying after distribution by the distributor.

Step 4: drying and stacking: the boiler provides steam as the heat source, steam is converted by the heat exchanger into a hot wind and sent by the fan into the dryer to complete the drying task, then sent to the horizontal system via the discharging machine to complete fixed length edge cutting edge and full automatic tipping of gypsum plate, conveyed into the automatic stacker for stacking through the finished conveyer and after the completion of the stacking, by a forklift, shipped to the packing zone for inspection and packaging.

The process flow chart of light steel keel products of Taishan Gypsum is as follows:

Hot galvanized steel band→  Rolling, molding →   Packaging →   Warehousing

## (IV) Principal business model, profit model and settlement model

## 1. Procurement mode

The main raw materials of Taishan Gypsum are purchased in the procurement mode of unified management by the Supply Department and by combining centralized procurement with decentralized procurement. Supply Department of Taishan Gypsum, as the competent department, performs unified management, all the procurement plans must be reported to the Supply Department, covering paper, other large equipment and other materials are procured in the mode of centralized procurement, and coal, gypsum, and spare parts are first approved by the Supply Department and then procured by the branches and subsidiaries in the decentralized manner.

## 2. Production mode

The production of all production units of Taishan Gypsum is managed by the deputy general manager in charge of production in the unified manner, the management department of the enterprise shall prepare the monthly and annual production plans, which are to be distributed after signed by the general manager. Each unit shall, according to the delivered annual plan and monthly operating plan, organize production. Taishan Gypsum shall regularly hold a routine meeting of production, carry the factory production index benchmarking, including yield, quality, consumption, safety, etc., and quantify and honor

BNBMPLC0008922

the monthly production consumption index appraisal and quality feedback punishment into the monthly assessment.

## 3. Sales mode

Taishan Gypsum uses the full channel sales mode, the sales channels including building materials market dealers, OEM production, specific application substrate and strategic cooperation projects.

### (1) Distributors

Taishan Gypsum marketing system uses the distributor distribution mode, and in the same kind of product, such distributors are entitled exclusive dealing. Through the flattened distribution system, Taishan Gypsum promote products through local dealer resources and advantages, and at the same time, Taishan Gypsum sets up offices around the country to help dealers to carry out public relations, service and sales, actively performing various marketing activities, and striving for the big customers, large projects and large orders.

In recent years, Taishan Gypsum continues to deepen the sales channels construction, adheres to the channel sink, promotes the construction of the county-level markets, develops local dealers, enriches the channel types, increases number of channels, enhances the quality of channels, and in the regions where the market is not mature and **channels are not developed, carries out "Taishan One Faimly" and other key promotion** activities, greatly enhancing the Taishan Gypsum product coverage and popularity, having laid a good foundation for the development of the local market.

### (2) OEM production

Taishan Gypsum has signed commissioned processing contracts with Zhejiang Shenghua Yunfeng New Material Co., Ltd., Qiannianzhou New Sales Company, Dehua Tubaobao Decorative New Material Co., Ltd. and other dozens of companies. After production completion, Taishan directly sells the products to these companies.

### (3) Substrate

For customers, produces substrates for decorative plates and packaging protective plates for special purpose. After production completion, Taishan directly sells the products to these customers.

### (4) Strategic cooperation

Signs strategic cooperation contracts with some large decoration companies and the national chain customers, and at the beginning of project, designates use of Taishan series gypsum board system.

## 4. Settlement mode

Taishan Gypsum product sale is featured by multiple varieties and smaller batches, and thus, for all supply contracts signed separately with the project customers or building materials supermarkets, the settlement principle of first payment and then delivery settlement, which principle is also adopted for all new customers and foreign trade customers. For old customers with a long time of cooperation, Taishan Gypsum sets a credit limit for them, and takes the settlement principle of circular delivery but the monthly balance not exceeding the credit limit for the customer.

BNBMPLC0008923

**(V) Production and sales of major products**

**1. Production capacity, yield and sales**

During the reporting period, production capacity, yield and sales of Taishan Gypsum are as follows:

Unit: 100mn square meters

| Item | January-October 2015 | 2014 | 2013 |
|------|---------------------|------|------|
| Capacity | 14.20 | 11.75 | 10.08 |
| Yield | 10.09 | 11.94 | 10.45 |
| Sales | 9.99 | 12.02 | 10.26 |
| Capacity utilization (%) | 85.27 | 101.62 | 103.67 |
| Sales rate (%) | 99.01 | 100.67 | 98.18 |

Note:  Capacity utilization of January – October 2015 = (yield in reporting period / 10 × 12) / production capacity

Within the reporting period, the capacity utilization of Taishan Gypsum gypsum boards was103.67%, 101.62% and 85.27%respectively, and sales-output ratio reached 98.18%, 100.67% and 99.01% respectively, all having maintained a high level.

During the reporting period, the production capacity, yield and sales of light steel keel products of Taishan Gypsum as follows:

Unit: 10000 tons

| Item | January-October 2015 | 2014 | 2013 |
|------|---------------------|------|------|
| Capacity | 10.00 | 5.00 | 3.80 |
| Yield | 4.14 | 3.81 | 2.96 |
| Sales | 4.18 | 3.89 | 2.92 |
| Capacity utilization (%) | 49.68 | 76.20 | 77.89 |
| Sales-output ratio (%) | 100.97 | 102.10 | 98.65 |

Note:  Capacity utilization of January – October 2015 = (yield in reporting period /10 × 12) / production capacity

During 2013-1014, the capacity utilization of Taishan Gypsum light steel keel was 77.89% and 76.20% respectively, and sales-output ratio reached 98.65% and 102.10% respectively, maintaining a higher level. During January-October 2015, the reason for the **lower utilization rate of Taishan's light steel keel capacity** is that Taishan expanded its light steel keel capacity in 2H2015 and the capacity utilization rate for 2015 is lower. However, because Taishan normally determined its production on the basis of sales, it sales-output ratio maintained a level equivalent to recent two years.

**2. Sales income and sales unit price of major products**

Within the reporting period, gypsum boards and light steel keels of Taishan Gypsum realized the total operating revenue of 5074.3945 million yuan, 5678.2857 million yuan and

BNBMPLC0008924

1549.2648 million yuan respectively, accounting for 97.80%, 97.55% and 97.78% of the annual operating revenue respectively, the operating revenue scale of gypsum boards and light steel keels and the proportion in total operating revenue increasing year by year.

During the reporting period, operating revenue of Taishan Gypsum is as follows:

Unit: RMB10, 000

| Item | January-October 2015 | 2014 | 2013 |
|---|---|---|---|
| Gypsum board | 419, 179.73 | 550, 901.51 | 492, 780.00 |
| Light steel keel | 14, 980.16 | 16, 927.06 | 14, 659.45 |
| Other | 18, 650.25 | 14, 281.85 | 11, 401.53 |
| Total operating revenue | 452, 810.14 | 582, 110.43 | 518, 840.98 |

During the reporting period, the average selling prices (ASPs) of the main products of Taishan Gypsum are as follows:

| Item | January-October 2015 | 2014 | 2013 |
|---|---|---|---|
| Gypsum board (yuan / sq m) | 4.20 | 4.58 | 4.80 |
| Light steel keel (yuan /ton) | 3, 586.05 | 4, 352.47 | 5, 018.42 |

During the reporting period, the sales unit price of major product of Taishan Gypsum showed a slight downward trend and was consistent with the industry condition, mainly because the products of Taishan Gypsum were priced in the manner of cost plus, and in the reporting period, while the purchase prices of raw materials, fuel and power necessary for production of gypsum board and light steel keel were declining, Taishan Gypsum correspondingly reduced the sales price of gypsum board and light steel keel, in order to ensure that Taishan Gypsum is still in the domination position in market competition while making profits.

### 3. Sales of Taishan Gypsum to top five big customers

Taishan Gypsum has no significant dependence on a single customer, and during the reporting period, the sale of Taishan Gypsum to top five big customers is as follows:

### (1) January-October 2015

| Name of customer | Sales revenue (RMB10, 000) | Ratio in total operating income (%) |
|---|---|---|
| Wuhan Dongxihu Renhe Partition Ceiling Business Department | 2, 335.88 | 0.52 |
| Erdao District Xincai Ceiling Materials Sales Agency | 2, 242.51 | 0.50 |
| Shihao Wood Industry Firm, Building Materials South Zone, Zhengzhou East | 2, 112.12 | 0.47 |

BNBMPLC0008925

| | | |
|---|---|---|
| Chongqing Shapingbai District Yongao Building Materials Department | 2, 080.36 | 0.46 |
| Shenyang Northeast Decoration City Luqi Changqing Decorative Materials Firm | 1, 966.77 | 0.43 |
| **Total** | **10, 737.65** | **2.37** |

**(2) 2014**

| Name of customer | Sales revenue (RMB10, 000) | Ratio in total operating income (%) |
|---|---|---|
| Wuhan Dongxihu Renhe Partition Ceiling Business Department | 3, 908.58 | 0.67 |
| Gushi County Chengxin Plate Lock Salesroom | 2, 669.22 | 0.46 |
| Chengdu Jiaoyang Trade Co., Ltd. | 2, 297.66 | 0.39 |
| Shenyang Northeast Decoration City Luqi Changqing Decorative Materials Firm | 2, 166.89 | 0.37 |
| Chentianzhang Building Materials Firm Wuchang District, Wuhan City, | 2, 041.18 | 0.35 |
| **Total** | **13, 083.53** | **2.24** |

**(3) 2013**

| Name of customer | Sales revenue (RMB10, 000) | Ratio in total operating income (%) |
|---|---|---|
| Wuhan Dongxihu Renhe Partition Ceiling Business Department | 3, 745.13 | 0.72 |
| Chengdu Jiaoyang Trade Co., Ltd. | 2, 672.45 | 0.52 |
| Gushi County Chengxin Plate Lock Salesroom | 2, 276.11 | 0.44 |
| Shihao Wood Industry Firm, Building Materials South Zone, Zhengzhou East | 2, 071.41 | 0.40 |
| Yunnan Xinzeheng Trading Co., Ltd. | 1, 675.10 | 0.32 |
| **Total** | **12, 440. 20** | **2.40** |

During the reporting period, top five customers of Taishan Gypsum or their shareholders have not directly or indirectly held the shares of Taishan Gypsum, appointed staff as directors or senior management personnel of Taishan Gypsum, and the directors or senior management personnel of the top five customers have not been dispatched by, controlled by or associated to Taishan Gypsum.

**(VI) Main raw materials and energy and supply**

**Raw materials and energy supply**

The main raw materials for gypsum board production include gypsum, covering paper, etc.,

BNBMPLC0008926

the main raw materials for production of light steel keel are band steel, and fuel and power are mainly coal and electricity. In the last three years, Taishan Gypsum did not suffer from insufficient supply of and other difficulties in raw materials, fuel and power.

## 2. Changes in price of main raw material

During the reporting period, the trend of changes in prices of major raw materials and fuel of Taishan Gypsum is as follows:

| Item | January-October 2015 | 2014 | 2013 |
|---|---|---|---|
| Industrial by-product gypsum (yuan / ton) | 54.44 | 65.78 | 57.73 |
| Covering paper (yuan /ton) | 2, 653.46 | 2, 925.24 | 2, 997.93 |
| Coal (yuan / ton) | 482.42 | 605.72 | 676.01 |
| Electricity (yuan / kWh) | 0.72 | 0.72 | 0.76 |
| Band steel (yuan / ton) | 2, 743.65 | 3, 501.84 | 3, 967.44 |

## 3. Operating cost structure

Unit:%

| Item | January-October 2015 | 2014 | 2013 |
|---|---|---|---|
| Raw materials | 60.82 | 59.22 | 59.35 |
| Fuel and power | 22.61 | 25.33 | 26.75 |
| Labor cost | 8.55 | 7.40 | 6.94 |
| Other | 8.02 | 8.05 | 6.96 |
| **Total** | **100.00** | **100.00** | **100.00** |

## 4. Purchase from top five suppliers by Taishan Gypsum

During the reporting period, purchase from top five suppliers by Taishan Gypsum is as follows:

### (1) January-October 2015

| Name of customer | Purchase amount (RMB10, 000) | Ratio in total operating cost (%) |
|---|---|---|
| Shanxi Qiangwei Paper Co., Ltd. | 43, 476.26 | 13.57 |
| State Grid Shandong Province Electric Power Company | 12, 147.72 | 3.79 |
| Tianyuyuan International Trade Group Co., Ltd. | 11, 359.56 | 3.55 |

BNBMPLC0008927

| Shandong Bohui Paper Co., Ltd. | 9, 237.89 | 2.88 |
| Jiangyin Liyuan Coal Limited | 8, 975.03 | 2.80 |
| **Total** | **85, 196.47** | **26.60** |

**(2) 2014**

| Name of customer | Purchase amount (RMB10, 000) | Ratio in total operating cost (%) |
|---|---|---|
| Shanxi Qiangwei Paper Co., Ltd. | 38, 237.77 | 9.17 |
| State Grid Shandong Province Power Company | 13, 288.87 | 3.19 |
| Jiangyin Liyuan Coal Limited | 12, 372.68 | 2.97 |
| Qingdao Yijia Huayi Import and Export Co., Ltd. | 10, 052.37 | 2.41 |
| Shandong Bohui Paper Co., Ltd. | 6, 699.56 | 1.61 |
| **Total** | **80, 651.25** | **19.35** |

**(3) 2013**

| Name of customer | Purchase amount (RMB10, 000) | Ratio in total operating cost (%) |
|---|---|---|
| Shanxi Qiangwei Paper Co., Ltd. | 29, 723.46 | 8.23% |
| Taiyuan Qixingwei Paper Industry Co., Ltd. | 14, 394.81 | 3.99% |
| Shandong Power Company Tai'an Power Supply Company | 11, 171.15 | 3.09% |
| Jiangyin Litai Energy Materials Co., Ltd. | 9, 505.19 | 2.63% |
| Zaozhuang Haoshen Paper Co. Ltd. | 6, 529.19 | 1.81% |
| **Total** | **71, 323.80** | **19.75%** |

During the reporting period, top five suppliers of Taishan Gypsum or their shareholders have not directly or indirectly held the shares of Taishan Gypsum, appointed staff as directors or senior management personnel of Taishan Gypsum, and the directors or senior management personnel of the top five suppliers have not been dispatched by, controlled by or associated to Taishan Gypsum.

## (VII) Safety production and environmental protection

### 1. Safety production

Taishan Gypsum has developed more comprehensive safety measures and production

BNBMPLC0008928

operation procedures, promulgated series safety management systems including the **"Safety Production Safety Responsibility System", "Reward and Punishment System for Safety Production", "Ssytem for Withdrawal and Use of Production Inputs and Safety Production Costs", "System for Safety Management of Special Equipment", "Vehicle** Safety M**anagement System", "System for Approval of Dangerous Operations", "Emergency Rescue System", " Safety Education and Training System" , "Construction Project Safety Management System", "Safety Inspection and Risk Management System",** defined the safety responsibilities of Taishan Gypsum in all production sectors, in light of different jobs and functional departments, developed appropriate safety production systems, set up safety production safeguards and carried out regular safety training for employees.

In a**ccordance with the "Notice of Administrative Penalty Decision" dated June 12, 2015 and the "Administrative Penalty Decision" dated June 12, 2015 from the Administration of** Work Safety of Wuxue City, "4.06" **work safety accident occurred in Taishan Gypsum** (Hu**bei) Co., Ltd. and killed one person. Subject to Article 109.1 of "Work Safety Law", this** accident was an ordinary accident and a fine of RMB200, 000 was meted out. On December 14, 2015, according to a certificate issued by the Administration of Work Safety of Wuxue City, Taishan Gypsum (Hubei) Co., Ltd. **"has always abided by laws and** regulations on work safety administration since January 1, 2013. Except that it was forced to pay a fine due to the '4.06' **safety accident that violated work safety related l**aws and regulations (such accident belonged to ordinary violation of laws and regulations), the Company has not been involved in any other circumstance violating laws and regulations on work safety administration or any other violation of laws, or any major safety accident. So far, it has been punished by work safety administrative department or been prosecuted **for legal responsibility".**

According to the certificates issued by the regulatory body and instructions provided by Taishan Gypsum, during the reporting period, Taishan Gypsum and subordinated companies have not been subjected to other safety punishments other than the said safety punishments.

## 2. Environmental protection

In construction and operation, Taishan Gypsum is in strict compliance with national regulations on environmental protection, and all its production equipment and infrastructure construction are in line with requirements for environmental protection.

 According to the instructions provided by Taishan Gypsum, during the reporting period, Taishan Gypsum and its subordinated companies have not been subjected to environmental protection punishments.

## (VIII) Control of product quality

Taishan Gypsum has established perfect product quality control standards and measures **including the "Quality Management Regulations", "Implementing Specifications for Quality Supervision and Sampling of Gypsum Gypsum board", "Internal Control Standard for "Taishan" Series Gypsum Gypsum board" and "Internal Control Standard for Decorative** Gypsum Gypsum board Substrate, and ensure product quality from production, sampling, **packaging and other aspects; Taishan Gypsum has established "Customer Satisfaction Survey Management Measures", "Measures for Management of Customer Complaints",** defined product after-sale service quality complaints and service complaints procedures, and continued to pay attention to customer satisfaction.

BNBMPLC0008929

According to the certificates issued by the regulatory body and instructions provided by Taishan Gypsum, during the reporting period, Taishan Gypsum and its subordinated companies have not been subjected to significant quality disputes.

**(IX) Key technical personnel**

**Taishan's key technical personnel include 4 persons, namely Jia Tongchun, Cao Zhiqiang,** Gao Jiaming and Sun Shankun. Within the reporting period, the foregoing key technical personnel had been working at Taishan without any change. As at the signing date of this **report, basic information on Taishan's key technical personnel is specified below:**

**1.Jia Tongchun**

Jia Tongchun, male, Han ethnicity, born in February 1960, a native of Laiwu, Shandong, junior college degree, professor level senior engineer, now works as chairman and general manager of Taishan. From July 1981 to February 1987, he successively worked as technician, workshop manager and technical section chief of Shandong Xinwei Cement Plant; from February 1987 to April 1996, he successively worked as deputy chief and chief **of technical section of Building Materials Industry Bureau of Tai'an City, and deputy director of Building Materials Industry Bureau of Tai'an City; from April** 1996 to February 1999, he concurrently served as deputy director of Building Materials Industry Bureau of **Tai'an City and general manager of Taishan Fiberglass Inc.; from February** 1999 to present, he serves as chairman and general manager of Taishan.

**2. Cao Zhiqiang**

Cao Zhiqiang, male, Han ethnicity, born in September 1959, a native of Rushan, Shandong, junior college degree, researcher of engineering technology application, now **serves as chief engineer of Taishan and manager of Taishan's Technical Development** Center. From December 1977 to May 1993, he successively worked as technician and measuring office director of Shandong Laiwu Sulfuric Acid Plant; from May 1993 to **October 2003, he worked as deputy director of Tai'an Stone General Factory and head of Taishan's Technical Development Center; from October 2003 to** present, he works as **chief engineer of Taishan and manager of Taishan's Technical Development Center..**

**3. Gao Jiaming**

Gao Jiaming, male, Han, born in July **1974, a native of Tai'an, Shandong, on**-the-job postgraduate student, senior professor, now works as deputy chief engineer of Taishan **and deputy manager of Taishan's Technical Development Center. From December 1995 to August 1998, he worked as technician in Construction Preparation Section of Tai'an** Longhua Gypsum Board Factory; from August 1998  to March 1999, he worked as technician in Thermoelectric Workshop of No.1 Branch Factory of Shandong Taihe Group; from March 1999 to September **2000, he worked as technician in Taishan's Technical** Development Center; from September 2000 to May 2008, he worked as deputy director of **Taishan's Technical Development Center; from June 2008** to present, he works as deputy **chief engineer of Taishan and deputy manager of Taishan's Technical Development** Center.

**4. Sun Shankun**

Sun Shankun, male, Han, born in October 1964, a nati**ve of Tai'an, Shandong, graduate of** secondary technical school, senior engineer, now works as deputy chief engineer of **Taishan and deputy manager of Taishan's Technical Development Center. From**

BNBMPLC0008930

December 1985 to September 1992, he worked as technician in Electromechanical **Section of Tai'an Daweikou Gypsum Mine; from October** 1992 to December 1999, he worked as technician in Electromechanical Section of Taishan Plasterboard General Factory; from January **2000 to August 2004, he worked as deputy head of Taishan**'s Technical Development Center; from August 2004 to present, he works as deputy chief **engineer of Taishan and deputy manager of Taishan's Technical Development Center.**

## X. Accounting policies and related accounting treatments in the reporting period

## (I) Revenue recognition principle and measurement method

## 1. Sale of goods

Revenue from sale of goods is recognized when all of the following conditions are simultaneously met: (1) major risks and returns on title to the goods are transferred to the buyer; (2) continuous management right generally linked to title is no longer retained, and no effective control is exerted over the goods sold; (3) the amount of revenue can be reliably measured; (4) related economic interest is likely to flow into the enterprise; (5) associated costs already incurred or to be incurred can be reliably measured.

## 2. Provision of service

The result of the transaction of providing service can be reliably estimated on the balance sheet date (the following conditions shall be simultaneously met: the amount of revenue can be reliably measured; related economic interest is likely to flow into the enterprise; the completion progress of the transaction can be reliably determined; costs already incurred or to be incurred during the transaction can be reliably measured), the percentage-of-completion method is employed to recognize the revenue from provision of service and the completion progress of the transaction of providing service is determined according to the measurement of work already completed. Where the result of the transaction of providing service cannot be reliably estimated on the balance sheet date, if service cost already incurred is expected to be reimbursed, the revenue from provision of service is recognized according to the amount of service cost already incurred and the service cost is carried over according to the same amount; if the service cost already incurred is not expected to be reimbursed, the service cost already incurred is recorded in current profit and loss and is not recognized as service revenue.

## 3. Alienation of right to use assets

Revenue from alienation of right to use assets is recognized when related economic interest is likely to flow into the enterprise and the amount of revenue can be reliably measured. Inte**rest revenue is calculated and determined according to the time of others' use of Taishan's monetary funds and the effective interest rate; royalty revenue is** calculated and determined according to the fee charging period and method as prescribed in relevant contract or agreement.

## 4. Construction contracts

(1) If the results of a construction contract can be reliably estimated on the balance sheet date, contract revenue and contract expense are recognized according to the percentage-of-completion method, Where the result of a construction contract cannot be reliably estimated on the balance sheet date, if contract cost is recoverable, contract revenue is recognized according to the actually recoverable contract cost and the contract cost is recognized as contract expense in the period when such cost is incurred; if contract cost is

BNBMPLC0008931

unrecoverable, such contract cost shall be recognized as contract expense upon incurrence and shall not be recognized as contract revenue.

(2) The result of a fixed-price contract can be reliably estimated when all of the following conditions are simultaneously met: the total contract revenue can be reliably measured; economic interest related to the contract is likely to flow into the enterprise; contract cost actually incurred can be clearly distinguished and reliably measured; completion progress of contract and the cost to be incurred for completion of contract can be reliably measured. The result of a cost-plus contract can be reliably estimated when all of the following conditions are simultaneously met:  economic interest related to the contract is likely to flow into the enterprise; and contract cost actually incurred can be clearly distinguished and reliably measured.

(3) The method to determine completion progress of contract is the proportion of cumulative contract cost actually incurred in the expected total cost of contract.

(4) On the balance sheet date, if the expected total cost of contract exceeds the total contract revenue, the expected loss is recognized as period expense. For a construction contract under implementation, provision for impairment of inventory is allocated according to the difference between the two items; for a construction contract pending implementation, estimated liability is recognized according to the difference between the two items.

**(II) Major accounting policies or accounting estimates did not materially differ from those of listed company and other industry participants**

Taishan's accounting policies and accounting estimated did not materially differ from those of listed company and other industry participants.

**(III) Basis for preparation of financial statements**

**1. Preparation basis**

Taishan's financial statements were prepared on the basis of going-concern assumption, in accordance with actually incurred transactions and relevant provisions of accounting standard for business enterprises most recently promulgated or revised by the Ministry of Finance, and based on major accounting policies and accounting estimates prescribed in financial statements.

**2. Going concern**

With the reporting period and within at least 12 months starting from the end of the reporting period, the Company conducts its production operations steadily with a reasonable asset-liability structure and a going-concern ability and does not encounter any major risk materially impacting its going-concern ability.

**(IV)Consolidation principle, consolidation scope and relevant change**

**1. Consolidation principle**

The consolidation scope of consolidated financial statements is determined based on control and includes financial statements of parent company and all subsidiary companies. A subsidiary company means an enterprise or entity controlled by the parent company.

BNBMPLC0008932

**2. Consolidation scope and relevant change**

Within the reporting period, Taishan's business combinations not under common control are shown below:

| Name of combined party | Time point of equity acquisition | Equity ratio acquired (%) | Method of equity acquisition | Determination basis of acquisition date |
|---|---|---|---|---|
| Guizhou Huangguan New Building Materials Co., Ltd. | April 30, 2015 | 89.00 | Business combination not under common control | Acquisition of right of control over the combined party |
| Wilda (Liaoning) Environmental Protection Materials Co., Ltd. | April 30, 2014 | 100.00 | Business combination not under common control | Acquisition of right of control over the combined party |

For the scope of consolidated financial statements and the particulars of relevant companies, refer to "(III) Subordinate Enterprises of Taishan" under "V. Taishan's Ownership Structure and Control Relationships" of this Chapter.

**XI. Notes to Taishan's acquisition and sale of major assets, pending litigations, non-operational fundoccupancy and guarantees for related parties, etc.**

(1) Acquisition or sale of major assets over the past 12 months

Over the past 12 months, Taishan has had no acquisition or sale of major assets.

(2) Non-operating fund occupancy

As of the signing date of this Report, Taishan has had no non-operating funds occupied by main shareholders and other related parties.

As of the signing date of this Report, Taishan has had no non-operating funds occupied by main shareholders, Counterparties and their related parties.

(3) Guarantees for related parties

As of the signing date of this Report, Taishan has not guaranteed for enterprises or natural persons other than controlled subsidiaries.

(4) Pending litigations and arbitrations

Taishan has not been involved in pending or anticpated major litigations and arbitrations rather than US gypsum board litigation. Please refer to "VIII Administrative penalties, significant litigation and arbitration against the Company and its management" of Chapter 3 Basic Information about Listed Company for basic information and progress of the US gypsum board litigation.

(5) Administrative penalties, enforcement of judicial authority and investigation of the CSRC on suspicion of illegal activities and irregularities

BNBMPLC0008933

According to the statement provided by Taishan, during the reporting period, except for the **safety penalties as disclosed in "1. Production Safety" of "(VII) Production Safety and Environmental Protection" in "IX. Principal Business of Taishan in Most Rec**ent Three **Years" of this chapter, Taishan and its** subordinated companieos were not subject to administrative penalties of regulatory authority, enforcement of judicial authority and not under investigation of the CSRC on suspicion of illegal activities and irregularities.

## XII. Project initiation, environmental protection, industry access, land use, planning, construction permit and other matters to be submitted for approval

The Target Assets of this Transaction is 35% equity of Taishan, which does not involve project initiation, environmental protection, industry access, land use, planning, construction permit and other matters to be submitted for approval.

## XIII. Transfer of creditor's rights and liabilities

This Transaction is in relation to acquisition of 35% equity of Taishan, which does not **involve processing of creditor's rights and liabilities. The creditor's rights enjoyed and** liabilities borne by Taishan originally shall still be enjoyed and borne by Taishan after delivery date.

BNBMPLC0008934

# Chapter 6 Issuance of Shares

**I. Particulars of this issuance of shares**

**(I) Pricing principle, selection basis and issue price**

**1. Pricing principle**

In accordance with the Restructuring Measures, the issue price of listed company shall be no less than 90% of the market reference price. The market reference price shall be one of **the Company's average stock trade prices 20 trading days, 60 trading days or 120 trading** days prior to announcement of the resolution of the Board of Directors in relation to **purchase of assets by means of issuing share. The Company's average stock trade price several trading days prior to the date of announcing the Board's resolution=the Company's** total amount of shares traded several trading days prior to the resolution announcement **date/the Company's share turnover several trading days prior to the resolution** announcement date.

**2. Selection basis**

Since date of stock suspension (April 10, 2015) of the Company, the Shanghai Composite Index and Shenzhen Component Index have declined substantially. As the Company avoided the recent A-share market downtown due to stock suspension, future stock market will be of high uncertainty. Therefore, in accordance with relevant regulations of the CSRC and through friendly consultation of parties to the transaction, The Company selected 90% of average stock trade price 120 trading days prior to the Pricing Reference Date as the issue price of shares issued for the purpose of purchasing assets.

**3. Issue price**

The Pricing Reference Date for issue of shares involved in this Transaction is the date of announcing resolution of the 11th extraordinary meeting of the 5th Board of Directors of BNBMPLC, i.e., October 14, 2015. The Company selected 90% of average stock trade price 120 trading days prior to the Pricing Reference Date, i.e., RMB23.15/share, as the issue price of shares issued for the purpose of purchasing assets. As the implementation **of the Company's profit distribution plan for 2014 (allocate cash of RMB4.25 per 10** shares and increase every 10 shares by 10 shares) ended on June 11, 2015, the issue price of shares issued for the purpose of purchasing assets has been adjusted accordingly. The adjusted issue price is RMB11.37/share. The final issue price shall still be approved by the general meeting of shareholders of the Company and the CSRC.

If the Company goes ex-dividend during the period between the Pricing Reference Date and Issue Date, such as to allocate cash dividend and bonus shares, as well as convert capital reserve into share capital, etc., the issue price will be given ex-dividend status according to relevant regulations of the CSRC and the Shenzhen Stock Exchange. Also, the number of shares issued will be adjusted based on the issue price. The specific adjustment method shall be considered and approved by the general meeting of shareholders of the Company.

**(II) Type and par value of shares issued**

BNBMPLC0008935

The shares issued this time are domestic listed RMB-denominatedordinaryshares (A shares), with par value of RMB1.

**(III) Issue method, issue objects and subscribing method**

Non-public offering to specific objects will be adopted this time. The issue objects are shareholders of Taishan with 35% stake, i.e., 10 limited partnerships including **Guotaimin'an Investment and** Heda Investment as well as 35 natural persons including Jia **Tongchun. 10 limited partnerships including Guotaimin'an Investment and Heda** Investment as well as 35 natural personsincluding Jia Tongchun will subscribe with their total stake in Taishan respectively.

**(IV) Pricing principle and issue price of shares issued**

In accordance with the Restructuring Measures, the issue price of listed company shall be no less than 90% of the market reference price. The market reference price shall be one of the **Company's average stock trade prices 20 trading days, 60 trading days or 120 trading** days prior to announcement of the resolution of the Board of Directors in relation to purchase of assets by means of issuing share. Formula of the aforementioned average s**tock trade prices is: the Company's average stock trade price several trading days prior to the date of announcing the Board's resolution=the Company's total amount of shares** traded several trading days prior to the resolution announcement date/the Company**'s** share turnover several trading days prior to the resolution announcement date. If we **calculate in accordance with the aforesaid formula, the Company's average stock trade** prices 20 trading days, 60 trading days and 120 trading days prior to the date of **announcing the Board's resolution in relation to purchase of assets by means of issuing** shares are RMB31.73/share, RMB28.3/share and RMB25.72/share respectively. Through consultation between parties to the transaction, the issue price of shares issued for the purpose of purchasing assets is 90% of the average stock trade price 120 trading days prior to Pricing Reference Date, i.e., RMB23.15/share, which is in line the relevant provisions of the Restructuring Measures.

It is laid down in the profit distributi**on plan considered and adopted during BNBMPLC's** general meeting of shareholders for 2014 on April 16, 2015 that, profit of RMB300, 471, 088.30mn shall be allocated totally based on distribution of cash dividend of RMB4.25 (tax included) per 10 shares, with the total number of shares as of December 31, 2014, i.e., 706, 990, 796mn shares as the base figure, while capital reserve shall be converted to share capital, i.e., every 10 shares of all shareholders shall be increased by 10 shares and the total share capital shall be increased by 706, 990, 796mn shares. The interest distribution shares registration date is June 10, 2015, and the ex-dividend date is June 11, 2015. As of the signing date of this Report, the aforesaid profit distribution plan has been fully implemented.

According to this profit distribution plan and relevant requirements of the CSRC and the Shenzhen Stock Exchange, the issue price of shares issued for the purpose of purchasing assets shall be given ex-dividend and ex-right status in accordance with the following formula. The calculation result shall be carried over, accurate to fen.

Distribute stock dividend or convert capital reserve into share capital: $P1=P0/(1+n)$;

Share placement: $P1=(P0+A \times k)/(1+k)$;

The 2 items above are performed simultaneously: $P1=(P0+A \times k)/(1+n+k)$;

BNBMPLC0008936

Distribute cash dividend: $P_1 = P_0 - D$;

The 3 items above are performed simultaneously: $P_1 = (P_0 - D + A \times k)/(1 + n + k)$.

Among them:

$P_0$ is the valid issue price before adjustment, i.e., 90% of the average stock trade price 120 trading days prior to Pricing Reference Date, RMB23.15/share;

$n$ is share dividend distribution rate or conversion rate, i.e., 100%;

$k$ is placement rate and $A$ is placement price; they are not involved in the adjustment this time;

$D$ is cash dividend distributed per share, i.e., RMB 0.425/share;

$P_1$ Is the valid issue price after adjustment.

The adjusted issue price is RMB11.37/share if calculated according to the formula above, which is the issue price determined in the restructuring plan of the Company.

The final issue price shall still be approved by the general meeting of shareholders of the Company and the CSRC. If the Company goes ex-dividend during the period between the Pricing Reference Date and Issue Date, such as to allocate cash dividend and bonus shares, as well as convert capital reserve into share capital, etc., the issue price will be given ex-dividend status according to relevant regulations of the CSRC and the Shenzhen Stock Exchange. Also, the number of shares issued will be adjusted based on the issue price. The specific adjustment method shall be considered and approved by the general meeting of shareholders of the Company.

**(V) Number of shares to be issued**

According to the results of consultation between parties to the transaction, the consideration of the Target Assets of this Transaction, i.e. RMB4.19549b, will be paid to Counterparties by means of issuing shares. The number of shares issued shall be an **integer, accurate to the unit's place. The number of shares to be issued for the purpose of** purchasing assets will be 368, 997, 273. Details are as follows:

| No. | Name | Consideration (RMB10, 000) | Number of shares BNBMPLC intends to issue (10, 000 shares) |
|---|---|---|---|
| 1 | Tai'an Guotaimin'an Investment Group Co., Ltd. | 191, 794.24 | 168, 684, 468 |
| 2 | Jia Tongchun | 136, 210.50 | 119, 798, 150 |
| 3 | Tai'an Heda Investment Center (LP) | 8, 827.16 | 7, 763, 550 |
| 4 | Ren Xulian | 8, 472.84 | 7, 451, 924 |
| 5 | Xue Yuli | 5, 391.81 | 4, 742, 134 |
| 6 | Cao Zhiqiang | 5, 160.73 | 4, 538, 899 |
| 7 | Zhu Tenggao | 4, 621.55 | 4, 064, 686 |
| 8 | Lv Wenyang | 3, 081.03 | 2, 709, 791 |
| 9 | Zhang Yanxiu | 3, 081.03 | 2, 709, 791 |

BNBMPLC0008937

| No. | Name | Consideration (RMB10, 000) | Number of shares BNBMPLC intends to issue (10, 000 shares) |
|---|---|---|---|
| 10 | Wan Guangjin | 3, 081.03 | 2, 709, 791 |
| 11 | Ren Xue | 3, 081.03 | 2, 709, 791 |
| 12 | **Tai'an Xinyi Investment Center** (LP) | 2, 526.45 | 2, 222, 028 |
| 13 | **Tai'an Wanji Investment Center** (LP) | 2, 480.23 | 2, 181, 381 |
| 14 | **Tai'an** Hongchao Investment Center (LP) | 2, 441.72 | 2, 147, 509 |
| 15 | **Tai'an Haozhan Investment** Center (LP) | 2, 395.50 | 2, 106, 862 |
| 16 | **Tai'an Changyuan Investment** Center (LP) | 2, 372.39 | 2, 086, 539 |
| 17 | **Tai'an Jinxiu Investment Center** (LP) | 2, 356.99 | 2, 072, 990 |
| 18 | **Tai'an Xinghe Investment Center** (LP) | 2, 349.29 | 2, 066, 215 |
| 19 | Mi Weimin | 2, 349.29 | 2, 066, 215 |
| 20 | Zhang Jianchun | 2, 349.29 | 2, 066, 215 |
| 21 | **Tai'an Shunchang Investment** Center (LP) | 2, 333.88 | 2, 052, 666 |
| 22 | **Tai'an Fanye Investment Center** (LP) | 2, 310.77 | 2, 032, 343 |
| 23 | Zhu Jinghua | 2, 310.77 | 2, 032, 343 |
| 24 | Li Zuoyi | 2, 310.77 | 2, 032, 343 |
| 25 | Yang Zhengbo | 2, 310.77 | 2, 032, 343 |
| 26 | Qian Kai | 1, 540.52 | 1, 354, 895 |
| 27 | Fu Tinghuan | 1, 540.52 | 1, 354, 895 |
| 28 | Meng Zhaoyuan | 1, 540.52 | 1, 354, 895 |
| 29 | Qin Qingwen | 1, 155.39 | 1, 016, 172 |
| 30 | Hao Kuiyan | 1, 155.39 | 1, 016, 172 |
| 31 | Duan Zhentao | 770.26 | 677, 448 |
| 32 | Meng Fanrong | 616.21 | 541, 958 |
| 33 | Bi Zhong | 539.18 | 474, 213 |
| 34 | Kang Zhiguo | 454.45 | 399, 694 |
| 35 | Wang Lifeng | 385.13 | 338, 724 |
| 36 | Yue Rongliang | 385.13 | 338, 724 |
| 37 | Huang Rongquan | 385.13 | 338, 724 |
| 38 | Yuan Chuanqiu | 385.13 | 338, 724 |
| 39 | Xu Fuyin | 385.13 | 338, 724 |
| 40 | Zhang Guangmiao | 385.13 | 338, 724 |
| 41 | Xu Guogang | 338.91 | 298, 077 |
| 42 | Chen Xinyang | 338.91 | 298, 077 |
| 43 | Li Xiuhua | 331.21 | 291, 303 |
| 44 | Liu Mei | 323.51 | 284, 528 |
| 45 | Zhang Jijun | 308.10 | 270, 979 |
| 46 | Fang Donghua | 285.00 | 250, 656 |

BNBMPLC0008938

| No. | Name | Consideration (RMB10, 000) | Number of shares BNBMPLC intends to issue (10, 000 shares) |
|---|---|---|---|
| | **Total** | **419, 549.90** | **368, 997, 273** |

Parties to the transaction performed comprehensive assessment of the Target Assets in terms of profitability, synergy value, contingent risks and other factors, determined the price of the Target Assets, and arranged for compensation for contingent risks. Counterparties agree to lock the obtained 97.5906mn shares of the listed company obtained by them, so as to protect the interest of the listed company and shareholders. **Within 36 months of the date when new shares involved in this Issue are listed, if BNBMPLC's annual report auditor confirms the occurrence of contingent risk or actual loss, BNBMPLC will repurchase and cancel such locked shares at the price of RMB1 and bear contingent risk or loss. If contingent risk does not occur 36 months of the date when new shares involved in this Issue are listed, BNBMPLC will also repurchase and cancel such locked shares at the price of RMB1.**

If BNBMPLC goes ex-dividend during the period between the Pricing Reference Date and Issue Date, such as to allocate cash dividends and bonus shares, as well as convert capital reserve into share capital, etc., the number of shares issued will be adjusted according to relevant regulations of the Shenzhen Stock Exchange. The specific adjustment method shall be considered and approved by the general meeting of shareholders of the Company. The number of shares issued shall be finally approved by CSRC.

According to the appraised value of the Target Assets of this Transaction and issue price, we estimate the total number of shares held by BNBMPLC to be 1.782979bn shares upon completion of this Transaction, and shares held by the public to be 774.9157mn, accounting for approximately 43.46% of the total shares of the Company, which reaches over 10%. Therefore, share issue will not lead to a failure of the listed company to comply with share listing conditions.

**(VI) Listing venue**

The Company intends to list the shares issued for the purpose of purchasing assets on the Shenzhen Stock Exchange.

**(VII) Lock-up period of shares in this Issue**

The lock-up period of shares of the listed company obtained by Counterparties in this Transaction shall be 36 months of the date when new shares involved in this Issue are listed.Counterparties agree to compensate for contingent risk of the Target Assets and lock the obtained 97.5906mn shares of the listed company obtained by them. **Within 36 months of the date when new shares involved in this Issue are listed, if BNBMPLC's annual report auditor confirms the occurrence of contingent risk or actual loss, BNBMPLC will repurchase and cancel such locked shares at the price of RMB1 and bear contingent risk or loss. If contingent risk does not occur 36 months of the date when new shares involved in this Issue are listed, BNBMPLC will also repurchase and cancel such locked shares at the price of RMB1.**

The details of shares of Counterparties repurchased and cancelled are shown below:

BNBMPLC0008939

| No. | Counterparties | Number of shares of Counterparties repurchased and cancelled (share) |
|---|---|---|
| 1 | **Tai'an Guotaimin'an Investment Group Co., Ltd.** | 44, 612, 841 |
| 2 | Jia Tongchun | 31, 683, 628 |
| 3 | **Tai'an Heda Investment Center (LP)** | 2, 053, 266 |
| 4 | Ren Xulian | 1, 970, 848 |
| 5 | Xue Yuli | 1, 254, 176 |
| 6 | Cao Zhiqiang | 1, 200, 426 |
| 7 | Zhu Tenggao | 1, 075, 008 |
| 8 | Lv Wenyang | 716, 672 |
| 9 | Zhang Yanxiu | 716, 672 |
| 10 | Wan Guangjin | 716, 672 |
| 11 | Ren Xue | 716, 672 |
| 12 | **Tai'an Xinyi Investment Center (LP)** | 587, 671 |
| 13 | **Tai'an Wanji Investment Center (LP)** | 576, 921 |
| 14 | **Tai'an Hongchao Investment Center (LP)** | 567, 963 |
| 15 | **Tai'an Haozhan Investment Center (LP)** | 557, 213 |
| 16 | **Tai'an** Changyuan Investment Center (LP) | 551, 838 |
| 17 | **Tai'an Jinxiu Investment Center (LP)** | 548, 254 |
| 18 | **Tai'an Xinghe Investment Center (LP)** | 546, 463 |
| 19 | Mi Weimin | 546, 463 |
| 20 | Zhang Jianchun | 546, 463 |
| 21 | **Tai'an Shunchang Investment Center (LP)** | 542, 879 |
| 22 | **Tai'an** Fanye Investment Center (LP) | 537, 504 |
| 23 | Zhu Jinghua | 537, 504 |
| 24 | Li Zuoyi | 537, 504 |
| 25 | Yang Zhengbo | 537, 504 |
| 26 | Qian Kai | 358, 336 |
| 27 | Fu Tinghuan | 358, 336 |
| 28 | Meng Zhaoyuan | 358, 336 |
| 29 | Qin Qingwen | 268, 752 |
| 30 | Hao Kuiyan | 268, 752 |
| 31 | Duan Zhentao | 179, 168 |
| 32 | Meng Fanrong | 143, 334 |
| 33 | Bi Zhong | 125, 418 |
| 34 | Kang Zhiguo | 105, 709 |
| 35 | Wang Lifeng | 89, 584 |
| 36 | Yue Rongliang | 89, 584 |
| 37 | Huang Rongquan | 89, 584 |
| 38 | Yuan Chuanqiu | 89, 584 |
| 39 | Xu Fuyin | 89, 584 |
| 40 | Zhang Guangmiao | 89, 584 |
| 41 | Xu Guogang | 78, 834 |
| 42 | Chen Xinyang | 78, 834 |
| 43 | Li Xiuhua | 77, 042 |
| 44 | Liu Mei | 75, 251 |
| 45 | Zhang Jijun | 71, 667 |
| 46 | Fang Donghua | 66, 292 |

BNBMPLC0008940

| Total | 97, 590, 590 |
|---|---|

After listing for transaction, shares involved in this Issue shall also comply with other requirements of the securities regulatory authority on locking of shares.  After completion of this Issue, new shares obtained by Counterparties due to the Company's distribution of bonus shares and conversion into share capital shall comply with the foregoing arrangement on lock-up period.

**(VIII) Ownership of gains and losses of the Target Assets during the period between Appraisal Reference Date and delivery date.**

During the period between Appraisal Reference Date and Closing Date (i.e., transitional period), the target company's profit arising during the transitional period shall belong to BNBMPLC. During the transitional period, the target company's loss shall be borne by minority shareholders of Taishan in proportion to their stake in Taishan.

After delivery of the Target Assets, the agency that audits annual reports of BNBMPLC shall conduct a special audit on Taishan to determine profit and loss arising from the Target Assets during the period between base date and delivery date. If the delivery date falls prior to the 15th day (inclusive) of the month, the base date of profit audit during the period will be the end of last month. If the delivery date falls after the 15th day of the month, the base date of profit audit will be the end of the month. If there is a loss, minority shareholders of Taishan shall pay in cash for the loss borne by them respectively to BNBMPLC within 5 working days after the date of issuing the aforesaid special auditor's report

**II. Change in main financial indicators before and after the Issue**

This Transaction is in relation to acquisition of minority interests of the controlled subsidiary Taishan by the listed company. The listed company's consolidated financial statements, and the amount and structure of assets, amount and structure of liabilities, operating revenue and costs as well as expenses included into the consolidated financial statements will not have significant change after this Transaction compared with before. The main changes after this Transaction will be total shareholders' equity attributable to parent company, net profit attributable to shareholders of parent company, etc.

If this Transaction can be performed smoothly, structures of net assets and net profit of the listed company will change. Taishan's net assets and operating results will all be included into owner' equity and net profit attributable to shareholders of listed company, so as to increase the size of owner' equity and net profit attributable to shareholders of listed company, thicken earnings per share attributable to shareholders of listed company, maximize returns to shareholders and create more value for all the shareholders of the listed company.

**III. Change in equity structure before and after the Issue**

Change in the Company's equity structure before and after completion of this Transaction is shown below:

| Name of shareholder | Before this Transaction | | After this Transaction | |
|---|---|---|---|---|
| | Number of shares (10, 000 shares) | Shareholding proportion (%) | Number of shares (10, 000 shares) | Shareholding proportion (%) |
| CNBMPLC | 63, 906.59 | 45.20 | 63, 906.59 | 35.84 |

229

BNBMPLC0008941

| Name of shareholder | Before this Transaction | | After this Transaction | |
| --- | --- | --- | --- | --- |
| | Number of shares (10, 000 shares) | Shareholding proportion (%) | Number of shares (10, 000 shares) | Shareholding proportion (%) |
| Guotaimin'an Investment | - | - | 16, 868.45 | 9.46 |
| 10 limited partnerships, such as Heda Investment and etc. | - | - | 2, 673.21 | 1.50 |
| 35 natural persons including Jia Tongchun | - | - | 17, 358.07 | 9.74 |
| Other shareholders | 77, 491.57 | 54.80 | 77, 491.57 | 43.46 |
| **Total** | **141, 398.16** | **100.00** | **178, 297.89** | **100.00** |

BNBMPLC0008942

# Chapter 7 Appraisal of the Target Assets

## I. Appraisal of Taishan

## (I) Description of this appraisal and pricing

### 1. Appraised value and price of object of transaction

The Appraisal Reference Date of the target company of this Transaction is April 30, 2015. The appraisal agency appraised the target company using the income approach and asset-based approach, and used the appraisal results based on income approach as the final appraisal conclusion of the shareholder's equity value of the target company.

In accordance with "Appraisal Report" (ZhongHePingBaoZi (2015) No.BJV2028) issued by Zhonghe appraisers, as at the base date of appraisal, the total shareholder's equity value of Taishan appraised using the equity approach under the going-concern precondition, i.e., appraised value of 100% equity, is RMB11, 987, 140, 000. As at the Appraisal Reference Date, the consolidated shareholder's equity of Taishan's 100% equity attributable to parent company is RMB3, 239, 090, 500, appreciation of appraised value is RMB8, 748, 049, 500, and the appreciation rate is 270.08%. Based on the foregoing appraised value and through friendly negotiation between parties of the transaction, the transaction price of the Target Assets, namely 35% equity of Taishan, is fixed at RMB 4, 195, 499, 000.

### 2. Overview of the object of appraisal and its long-term equity investments

As at the Appraisal Reference Date, Taishan has 45 long-term investees including 44 wholly-owned or controlled subsidiaries and 1 joint stock companies.

Taishan's shareholding ratio of its long-term investees and products manufactured by such investees are summarized below:

| No. | Full name of investee | Principal place of business | Business nature | Shareholding ratio (%) | State of operation |
|---|---|---|---|---|---|
| 1 | Taishan Gypsum (Pizhou) Co. Ltd. | Pizhou, Jiangsu | Manufacture and sales of gypsum board | 100 | Going concern |
| 2 | Qinhuangdao Taishan Building Materials Co., Ltd. | Qinhuangdao, Hebei | Manufacture and sales of gypsum board | 70 | Going concern |
| 3 | Hubei Taishan Building Materials Co., Ltd. | Jingmen, Hubei | Manufacture and sales of gypsum board | 100 | Going concern |
| 4 | Taishan Gypsum (Weifang) Co., Ltd. | Anqiu, Shandong | Manufacture and sales of gypsum board | 100 | Going concern |
| 5 | Taishan Gypsum (Jiangyin) Co., Ltd. | Jiangyin, Jiangsu | Manufacture and sales of gypsum | 70 | Going concern |

BNBMPLC0008943

| No. | Full name of investee | Principal place of business | Business nature | Shareholding ratio (%) | State of operation |
|---|---|---|---|---|---|
| | | | board | | |
| 6 | Taishan Gypsum (Chongqing) Co., Ltd. | Jiangjin, Chongqing | Manufacture and sales of gypsum board | 100 | Going concern |
| 7 | Taishan Gypsum (Hengshui) Co., Ltd. | Hengshui, Hebei | Manufacture and sales of gypsum board and gypsum powder | 100 | Going concern |
| 8 | **Tai'an Taishan** Gypsum board Co., Ltd. | **Tai'an,** Shandong | Manufacture and sales of gypsum board | 100 | Stop of production |
| 9 | Fuxin Taishan Building Materials Co., Ltd. | Fuxin, Liaoning | Manufacture and sales of gypsum board | 100 | Going concern |
| 10 | Taishan Gypsum (Wenzhou) Co., Ltd. | Yueqing, Zhejiang | Manufacture and sales of gypsum board | 100 | Going concern |
| 11 | Taishan Gypsum (Pingshan) Co., Ltd. | Pingshan County, Hebei | Manufacture and sales of gypsum board | 70 | Going concern |
| 12 | Taishan Gypsum (Henan) Co., Ltd. | Yanshi, Henan | Manufacture and sales of gypsum board | 100 | Going concern |
| 13 | Taishan Gypsum (Xiangtan) Co., Ltd. | Xiangtan, Hunan | Manufacture and sales of gypsum board | 70 | Going concern |
| 14 | Taishan Gypsum (Tongling) Co., Ltd. | Tongling, Anhui | Manufacture and sales of gypsum board | 100 | Going concern |
| 15 | Taishan Gypsum (Baotou) Co., Ltd. | Baotou, Inner Mongolia | Manufacture and sales of gypsum board | 100 | Going concern |
| 16 | Taishan Gypsum (Nantong) Co., Ltd. | Nantong, Jiangsu | Manufacture and sales of gypsum board | 100 | Going concern |
| 17 | Taishan Gypsum (Jiangxi) Co., Ltd. | Fengcheng, Jiangxi | Manufacture and sales of gypsum board | 100 | Going concern |
| 18 | Taishan Gypsum (Guangdong) Co., Ltd. | Boluo County, Guangdong | Manufacture and sales of gypsum board | 100 | Going concern |
| 19 | Guizhou Taifu | Fuquan, | Manufacture | 60 | Going |

BNBMPLC0008944

| No. | Full name of investee | Principal place of business | Business nature | Shareholding ratio (%) | State of operation |
|---|---|---|---|---|---|
| | Gypsum Co., Ltd. | Guizhou | and sales of gypsum board | | concern |
| 20 | Taishan Gypsum (Yinchuan) Co., Ltd. | Yinchuan, Ningxia | Manufacture and sales of gypsum board | 100 | Going concern |
| 21 | Taishan Gypsum (Shaanxi) Co., Ltd. | Weinan, Shaanxi | Manufacture and sales of gypsum board | 100 | Going concern |
| 22 | Taishan Gypsum (Yunnan) Co., Ltd. | Yimen County, Yunnan | Manufacture and sales of gypsum board | 100 | Going concern |
| 23 | Taishan Gypsum (Sichuan) Co., Ltd. | Shifang, Sichuan | Manufacture and sales of gypsum board | 100 | Going concern |
| 24 | Taishan Gypsum (Liaoning) Co., Ltd. | Suizhong County, Liaoning | Manufacture and sales of gypsum board | 100 | Going concern |
| 25 | Taishan Gypsum (Hubei) Co., Ltd. | Wuxue, Hubei | Manufacture and sales of gypsum board | 100 | Going concern |
| 26 | Taishan Gypsum (Chaohu) Co., Ltd. | Chaohu, Anhui | Manufacture and sales of gypsum board | 100 | Going concern |
| 27 | Taishan Gypsum (Liaocheng) Co., Ltd. | Liaocheng, Shandong | Manufacture and sales of gypsum board | 100 | Going concern |
| 28 | **Tai'an Jindun** Building Materials Co., Ltd. | **Tai'an,** Shandong | Manufacture and sales of building material products | 100 | Going concern |
| 29 | Taishan Gypsum (Fujian) Co., Ltd. | Longyan, Fujian | Manufacture and sales of gypsum board | 60 | Going concern |
| 30 | Taishan Gypsum (Weihai) Co., Ltd. | Rushan, Shandong | Manufacture and sales of gypsum board | 70 | Going concern |
| 31 | Taishan Gypsum (Jilin) Co., Ltd. | Siping, Jilin | Manufacture and sales of gypsum board | 100 | Under construction |
| 32 | Taishan Gypsum (Xuancheng) Co., Ltd. | Xuancheng, Anhui | Manufacture and sales of gypsum board | 100 | Going concern |

BNBMPLC0008945

| No. | Full name of investee | Principal place of business | Business nature | Shareholding ratio (%) | State of operation |
|-----|----------------------|----------------------------|-----------------|------------------------|--------------------|
| 33 | Taishan Gypsum (Suqian) Co., Ltd. | Suqian, Jiangsu | Manufacture and sales of gypsum board | 100 | Going concern |
| 34 | Taishan Gypsum (Jiyuan) Co., Ltd. | Jiyuan, Henan | Manufacture and sales of gypsum board | 85 | Going concern |
| 35 | Taishan Gypsum (Gansu) Co., Ltd. | Bayin, Gansu | Manufacture and sales of gypsum board | 100 | Under construction |
| 36 | Taishan Gypsum (Longyan) Cement Retarder Co., Ltd. | Longyan, Fujian | Manufacture and sales of cement retarder | 100 | Going concern |
| 37 | Taishan Gypsum (Guangxi) Co., Ltd. | Laibin, Guangxi | Manufacture and sales of gypsum board | 100 | Under construction |
| 38 | Taishan Gypsum (Xiangyang) Co., Ltd. | Xiangyang, Hubei | Manufacture and sales of gypsum board | 100 | Under construction |
| 39 | Taishan (Xuancheng) Cement Retarder Co., Ltd. | Xuancheng, Anhui | Manufacture and sales of cement retarder | 100 | Going concern |
| 40 | Welda (Liaoning) Environmental Materials Co., Ltd. | Fushun, Liaoning | Manufacture and sales of gypsum board | 100 | Under transformation after acquisition |
| 41 | Taishan Gypsum (Dongying) Co., Ltd. | Lijin County, Shandong | Manufacture and sales of gypsum board | 100 | Under construction |
| 42 | **Tai'an Tailun** Paper Co., Ltd. | **Tai'an,** Shandong | Manufacture and sales of covering paper | 100 | Newly established, not yet operational |
| 43 | Xinjiang Tianshan Building Gypsum Products Co., Ltd. | Xinjiang | Manufacture and sales of gypsum board | 25 | Going concern |
| 44 | Guizhou Huangguan New Building Materials Co., Ltd. | Jinsha County, Guizhou | Manufacture and sales of gypsum board | 89 | Acquired on April 30 |
| 45 | Taishan Gypsum (Yibin) Co., Ltd. | Yibin, Sichuan | Manufacture and sales of gypsum board | 100 | Newly established, not yet operational |

## 3. Selection of appraisal methods

BNBMPLC0008946

As required in assets appraisal standards, three methods including income approach, market approach and asset-based approach are employed to appraise enterprise value. Income approach is an appraisal method that determines the value of the object of appraisal by capitalizing or discounting expected return. Market approach is an appraisal method that determines the value of the object of appraisal by comparing the object of appraisal with the comparable listed company or comparable trade case. Asset-based approach is an appraisal method that reasonably appraises the value of all on-balance-sheet and off-balance-sheet assets and liabilities of the enterprise under appraisal on the basis of balance sheet of such enterprise on the Appraisal Reference Date.

**In accordance with the requirement of "Assets Appraisal Standards – Basic Standards",** certified public valuers shall, during performance of enterprise value appraisal, properly select one or more assets appraisal methods on relevant conditions like purpose of appraisal, type of value and availability of information.

Since there are currently no trade cases of enterprises similar to the enterprise under appraisal or relevant cases and data available for reference in open market within China, the market approach is not recommended for this appraisal.

Because data necessary for analysis on historical status of the object of appraisal and forecast on future returns and risks of the object of appraisal are collectible and the operational conditions for conduct of appraisal using the income approach are in place, the income approach may be adopted for this appraisal.

Because all assets and liabilities of the enterprise under appraisal can be reasonably identified according to accounting policies, business operations and similar circumstances, appropriate and specific appraisal methods can be chosen based on the characteristics of all assets and liabilities during appraisal and the operational conditions for conduct of those appraisal methods are in place, the asset-based approach may be adopted for this appraisal.

To sum up, in light of the purpose of this appraisal, characteristics of the object of appraisal and applicable conditions of appraisal methods, this appraisal adopts the income approach and asset-based approach.

**(II) Appraisal assumptions**

**1. General assumptions**

(1) There will be no significant change between current laws, regulations, systems, social, political and economic policies to be observed by Taishan in future operations and present situation;

(2) Taishan will continue as a going concern and keep its operating mode consistent with present situation;

(3) There will no significant change to national current tax base and rate, preferential tax policies, bank credit rate and other policy-based charges;

(4) There will be no significant adverse impact caused by other unforeseeable force-majeure factors.

**2. Specific assumptions**

BNBMPLC0008947

(1) **Taishan's technical team and its s**enior executives will keep relatively stable without serious loss of core professionals in all relevant years;

(2) Existing and future operators of all operating entities of Taishan will be responsible and dutiful, and company management can steadily carry **out the Company's development** plans and maintain a good operating momentum;

(3) Future operators of Taishan will observe relevant national laws and regulations and **commit no major violations that may affect the Company's development and income** realization;

(4) Accounting policies adopted in historical financial data furnished by Taishan shall in all material aspects be basically consistent with accounting policies and accounting methods adopted during earnings forecast;

(5) The parent company of Taishan and Taishan Gypsum (Hubei) Co., Ltd. within the scope of appraisal are high technology enterprises as at the Appraisal Reference Date. This appraisal assumes that the foregoing two enterprises will pass the high technology enterprise certification and enjoy relevant preferential policies after expiry of existing high technology certification;

(6) The operation mode of the entities under appraisal will remain unchanged and the lease agreement of any enterprise operating via lease will be renewed under main clauses of original agreement after expiry of such lease agreement;

(7) Trademarks used by entities under appraisal can be renewed for sustainable use after expiry of such trademarks; for patent technologies under appraisal within the period of legal protection, relevant enterprises can timely maintain such patent technologies and pay annual fees as required.

If future actualities differ from the foregoing appraisal assumptions and such different will affect the appraisal conclusion, the users of this report shall during use of this report fully consider the impact of appraisal assumptions on this appraisal conclusion.

**(III) Appraisal using income approach**

**1. Selection of specific methods and models**

**This report adopts the income approach to appraise Taishan's total shareholder's equity,** and employs the model of FCFF (free cash flow to firm) to appraise cash flows in accordance with  future business model, capital structure, use of assets and development trend of future earnings of the enterprise under appraisal. The fundamental formula of income approach is:

**Total shareholder's equity value** = enterprise value **–** interest-bearing liabilities

Enterprise value = value of operating assets + value of redundant assets + value of non-operating assets + value of long-term equity investments

Interest-bearing liabilities are liabilities on the account books of the appraised enterprise as at the base date of appraisal for which interest shall be paid, and include short-term loans, interest-bearing notes payable, long-term loans and long-term bonds due within one year.

**(1) Calculation formula of value of operating assets:**

BNBMPLC0008948

$$P = \left[ \sum_{i=1}^{n} Ri(1+r)^{-i} + R_{n+1} / r(1+r)^{n} \right]$$

Among which: P—— **value of the enterprise's operating assets on the Appraisal Reference** Date

Ri—— expected free net cash of the enterprise in the future year i

r —— discount rate, which depends on weighted average capital cost

i —— year of earnings forecast

n —— period of earnings forecast

Ri in the above formula is calculated according to the following formula:

Expected free cash flow = principal business revenue – principal business cost – selling expense – management expense – financial expense – income tax + financial expense ×(1- income tax rate) + depreciation and amortization – capital expenditure - additional working capital

**(2) Determination of value of redundant assets**

**Redundant assets refer to assets that are not directly related to the enterprise's operating income and are in excess of assets required for the enterprise's business operation, and** the appraised value of redundant assets is determined using the cost approach.

**(3) Determination of value of non-operating assets**

Non-**operating assets are assets not directly related to the enterprise's normal operating** income and include assets not generating earnings and assets irrelevant to appraisal of forecast earnings. Type-1 assets do not generate profits, while type-2 assets generate profits that are not considered in earnings forecast. The appraised value of non-operating assets is generally determined using the cost approach.

**(4) Determination of value of long-term equity investments**

The value of long-term equity investments is the value of such investments appraised.

**(5) Selection of discount rate**

The selection of discount rate adopts the weighted average cost of capital ("WACC") valuation model. The WACC model can be expressed in the following mathematical formula:

$$WACC = ke \times [E \div (D+E)] + kd \times (1-t) \times [D \div (D+E)]$$

Among which: ke: cost of equity capital

E: market value of equity capital

D: market value of debt capital

kd: cost of debt capital

BNBMPLC0008949


t: income tax rate

The calculation of cost of equity capital adopts the capital asset pricing model ("CAPM"). The CAPM model is a method generally used to estimate the cost of equity capital. The CAPM model can be expressed in the following mathematical formula:

$$E[Re] = Rf1 + \beta \ (E[Rm] - Rf2) + Alpha$$

Among which:

E[Re]: Expected rate of return on equity, namely cost of equity capital

Rf1: Expected rate of return on long-term treasury bonds

β: Beta coefficient

E[Rm]: Expected rate of return on market

Rf2: Expected rate of return on long-term market

Alpha: special risk premium

(E[Rm] -Rf2): excess risk rate of return on equity market, also known as ERP

## 2. Forecasting process of Taishan's free cash flow and selection of discount rate

Expected free cash flow = principal business revenue − principal business cost − selling expense − management expense − financial expense − income tax + financial expense ×(1- income tax rate) + depreciation and amortization − capital expenditure - additional working capital

### (1) Business revenue

**Taishan's business revenue includes sales revenue of products like gypsum board and** decorative gypsum board, royalties collected from some of its subsidiaries, other operating revenue, and VAT refund upon levy. The business revenue of Taishan as parent company within forecast periods is shown below:

Unit: RMB 10, 000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Business revenue | 107, 474.39 | 139, 645.73 | 145, 484.68 | 147, 074.29 | 147, 276.79 | 147, 291.79 |

### (2) Business cost

**Taishan's business cost** includes business cost of products like gypsum board and decorative gypsum board and the costs corresponding to other business revenue.

Material consumption per unit product and unit price of materials during forecast periods are forecast and direct material costs are thus forecast by taking into account such factors as material consumption indexes and unit prices of materials in prior years, modifications (if any) of production lines and production processes, and material price trends. Annual pay rise in forecast years and direct labor costs are forecast by taking into account direct

BNBMPLC0008950

labor costs in prior years. Depreciations are forecast by taking into account original book value of fixed assets and depreciation policy, and the consumption of spare parts and service outsourcing costs in forecast years are forecast by taking into account the consumption of spare parts and service outsourcing costs in prior years.

The business cost of Taishan as parent company within forecast periods is shown below:

Unit: RMB 10, 000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|------|------|------|------|------|------|------|
| Business cost | 79, 003.70 | 106, 703.53 | 109, 700.55 | 110, 515.03 | 110, 717.04 | 110, 929.15 |

## (3) Business tax and surtax

Business tax and surtax mainly includes urban construction tax, educational surcharge and local educational surcharge, and tax base is VAT payable. The amount of VAT forecast for each year within the forecast period multiplied by the surcharge rate of urban construction tax, educational surcharge and local educational surcharge is used as the forecast value of business tax and surtax.

The specific forecast business tax and surtax values of Taishan as parent company are shown below:

Unit: RMB 10, 000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|------|------|------|------|------|------|------|
| Total: business tax and surtax | 1, 121.24 | 1, 418.37 | 1, 503.48 | 1, 541.61 | 1, 553.05 | 1, 553.90 |

## (4) Selling expense

Selling expense mainly includes employee compensation, travel expense, office expense, communication expense, depreciation expense, advertising expense and transportation expense. Selling expense is forecast based on historical data. Employee compensation will rise proportionally year by year within the forecast period, and travel expense and transportation expense are forecast according to the proportion of travel expense in sale revenue in prior years.

The selling expense of Taishan as parent company in the forecast period is shown below:

Unit: RMB 10, 000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|------|------|------|------|------|------|------|
| Selling expense | 1, 197.25 | 1, 820.47 | 1, 926.47 | 1, 991.38 | 2, 047.45 | 2, 106.31 |

## (5) Management expense

Management expense mainly includes employee compensation, service outsourcing expense, repair expense, office expense, travel expense, depreciation expense, retainer fees of intermediary institutions, business reception, and research and development expense. Management expense is forecast based on data of prior years. Employee

BNBMPLC0008951

compensation will rise proportionally year by year within the forecast period, while research and development expense is forecast according to 3% of business revenue. Other expense items are estimated based on historical data.

The management expense of Taishan as parent company in the forecast period is shown below:

Unit: RMB 10, 000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Management expense | 10, 445.83 | 13, 374.79 | 13, 858.61 | 14, 230.38 | 14, 576.75 | 14, 934.50 |

## (6) Financial expense

Financial expense is forecast by taking into account loan balance and loan rate at the time point of the Appraisal Reference Date. The financial expense of Taishan as parent company in the forecast period is shown below:

Unit: RMB 10, 000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Financial expense | 7, 660.13 | 11, 490.19 | 11, 490.19 | 11, 490.19 | 11, 490.19 | 11, 490.19 |

## (7) Capital expenditure

The capital expenditure of Taishan as parent company in the forecast period is forecast by **taking into account Taishan's transformation & renovation plan and its list of constructions** in process. The forecast result is shown below:

Unit: RMB 10, 000

| Book value of constructions in process | Total investment | Capital expenditure | |
|---|---|---|---|
| | | **May-Dec. 2015** | **2018** |
| 13, 012.77 | 20, 591.70 | 7, 578.93 | 200 |

Depreciation and amortization will be all used for update-oriented capital expenditure from 2021 on.

## (8) Depreciation and amortization

Depreciation and amortization of Taishan as parent company in the forecast period is forecast in accordance with original book value of fixed assets and intangible assets and depreciation and amortization policy. The forecast result is shown below:

Unit: RMB 10, 000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Depreciation and amortization | 3, 785.93 | 6, 106.77 | 6, 106.77 | 6, 106.77 | 6, 106.77 | 6, 106.77 |

## (9) Working capital

BNBMPLC0008952

Taishan carries out the operation management model characterized by centralized **purchase and sales, so Taishan's consolidated statements are used to calculate the** proportion of working capital in principal business revenue. The calculation of the working capital of Taishan as parent company and its subsidiaries all adopts such data. After calculation, the proportion of working capital in principal business revenue is 20.86%. The detailed proportion calculation process is shown below:

Unit: RMB

| Item | Book value | Adjusted value | Amount after adjustment | Remarks |
|---|---|---|---|---|
| Minimum cash holding | 1, 147, 508, 039.05 | 562, 424, 875.32 | 585, 083, 163.73 | |
| Notes receivable | 8, 587, 266.66 | - | 8, 587, 266.66 | |
| Accounts receivable | 122, 292, 491.38 | - | 122, 292, 491.38 | |
| Prepayments | 376, 695, 973.71 | 136, 496, 701.26 | 240, 199, 272.45 | Adjustment of prepayments for land, equipment and projects |
| Other receivables | 26, 037, 476.83 | 6, 320, 995.95 | 19, 716, 480.88 | |
| Inventory | 1, 136, 814, 935.36 | - | 1, 136, 814, 935.36 | |
| Total assets | 2, 817, 936, 182.99 | 705, 242, 572.53 | 2, 112, 693, 610.46 | |
| Notes payable | 626, 913, 012.23 | 306, 761, 773.05 | 320, 151, 239.18 | Among others, notes payable to Jindun Building Materials Co., Ltd., a subsidiary of Taishan, have been discounted by the said subsidiary. From the angle of consolidation, this row is equivalent to bank loans. |
| Accounts payable | 581, 027, 040.40 | 168, 328, 719.20 | 412, 698, 321.20 | Adjustment of project price payable |
| Advance receipts | 24, 824, 655.07 | - | 24, 824, 655.07 | |
| Payroll payable | 26, 211, 651.12 | - | 26, 211, 651.12 | |
| Tax payable | -14, 623, 815.82 | -60, 676, 587.58 | 46, 052, 771.76 | Adjustment of VAT pending deduction |
| Other payables | 90, 866, 717.77 | 22, 529, 979.92 | 68, 336, 737.85 | Adjustment of other payables relating to operations |
| Total liabilities | 1, 335, 219, 260.77 | | 898, 275, 376.18 | |
| Working capital | - | | 1, 214, 418, 234.28 | |

The predicted corresponding business revenue is RMB5, 821, 104, 263.96, and the proportion of working capital in business revenue is =1, 214, 418, 234.28÷5, 821, 104, 263.96=20.86%.

Business revenue chosen for estimation of working capital of Taishan as parent company is business revenue from external sales and does not include business revenue from sales to subsidiaries. The forecast working capital of Taishan as parent company is shown below:

Unit: RMB 10, 000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Working capital | 10, 099.05 | 9, 538.86 | 10, 561.12 | 10, 774.78 | 10, 774.78 | 10, 774.78 |
| Additional working capital | - | -560.19 | 1, 022.25 | 213.66 | - | - |

## (10) Non-operating assets

The amount of non-operating assets shall be the balance of appraised value of all titles of

241

BNBMPLC0008953

current assets (inventory adopts book value, and capital expenditure (if included in prepayments) shall be deleted) plus the aggregate amount of deferred income tax assets and non-operating fixed assets minus appraised value of liabilities excluding interest-bearing liabilities and working capital required for current period. The calculation process is specified below:

Non-operating assets = total assets − total liabilities − working capital required for current period

=315, 409.39-189, 310.94-10, 099.05 = 115, 999.40 (ten thousand yuan)

**(11) Interest-bearing liabilities**

The amount of interest-bearing liabilities of Taishan as parent company at the time point of the Appraisal Reference Date is RMB2, 245, 350, 000.

**(12) Long-term equity investments**

Taishan has 45 long-term investees including 34 wholly-owned subsidiaries, 10 controlled **subsidiaries and 1 joint stock company. All subsidiaries other than Tai'an Taishan Gy**psum board Co., Ltd. (to be deregistered) (appraised using the asset-based approach), Taishan Gypsum (Jilin) Co., Ltd. (ceased project) (appraised using the asset-based approach), **Tai'an Tailun Paper Co., Ltd. (newly established with capital contribution n**ot yet made) (not appraised) and Taishan Gypsum (Yibin) Co., Ltd. (newly established with capital contribution not yet made) (not appraised) are appraised using the asset-based approach and income approach respectively, and the appropriate appraisal results are finally selected as the appraisal conclusion of long-term investments.

Controlled subsidiaries are appraised using asset-based approach and income approach respectively, and the appropriate appraisal results are finally chosen as the appraised value of 100% equity value of controlled subsidiaries and the balance of the appraised value of 100% equity value minus minority equity value is the appraised value of controlling long-term investment. If the articles of association stipulate dividend distribution based on shareholding ratio, appraised value of minority equity **= 100% shareholder's** equity value of long-term investee appraised × proportion of minority equity. If the articles of association stipulate dividend distribution based on fixed rate of return, appraised value of minority equity = amount of annual fixed return / discount rate, and the discount rate adopts 5.15%, which is the interest rate of long-term loans due within 5 or more years on the reporting date. The appraisal results of long-term investees are specified below:

BNBMPLC0008954

| No. | Name of investee | Shareholding ratio (%) | Total shareholder's equity value | | | Definitive result | Minority equity | Value of long-term equity investment |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Appraised value under asset-based approach | Appraised value under income approach | Final appraisal result | | | |
| 1 | Taishan Gypsum (Weifang) Co., Ltd. | 100 | 3,511.88 | 16,571.76 | 16,571.76 | Income approach | | 16,571.76 |
| 2 | Taishan Gypsum (Pizhou) Co., Ltd. | 100 | 6,383.30 | 29,000.66 | 29,000.66 | Income approach | | 29,000.66 |
| 3 | Taishan Gypsum (Jiangyin) Co., Ltd. | 70 | 51,103.58 | 85,755.37 | 85,755.37 | Income approach | 25,726.61 | 60,028.76 |
| 4 | Taishan Gypsum (Hengshui) Co., Ltd. | 100 | 1,397.13 | 929.09 | 929.09 | Income approach | | 929.09 |
| 5 | Taishan Gypsum (Pingshan) Co., Ltd. | 70 | 4,803.89 | 23,966.35 | 23,966.35 | Income approach | 2,330.10 | 21,636.25 |
| 6 | Qinhuangdao Taishan Building Materials Co., Ltd. | 70 | 5,312.22 | 16,271.63 | 16,271.63 | Income approach | 4,543.69 | 11,727.94 |
| 7 | Fuxin Taishan Building Materials Co., Ltd. | 100 | 15,475.45 | 29,874.87 | 29,874.87 | Income approach | | 29,874.87 |
| 8 | Taishan Gypsum (Xiangtan) Co., Ltd. | 70 | 3,300.91 | 13,938.92 | 13,938.92 | Income approach | 5,825.24 | 8,113.68 |
| 9 | Taishan Gypsum (Wenzhou) Co., Ltd. | 100 | 2,244.63 | 16,288.23 | 16,288.23 | Income approach | | 16,288.23 |
| 10 | Taishan Gypsum (Chongqing) Co., Ltd. | 100 | 11,618.61 | 28,392.59 | 28,392.59 | Income approach | | 28,392.59 |
| 11 | Taishan Gypsum (Baotou) Co., Ltd. | 100 | 5,706.91 | 26,166.23 | 26,166.23 | Income approach | | 26,166.23 |
| 12 | Taishan Gypsum (Henan) Co., Ltd. | 100 | 26,887.64 | 97,331.15 | 97,331.15 | Income approach | | 97,331.15 |
| 13 | Taishan Gypsum (Tongling) Co., Ltd. | 100 | 11,119.04 | 18,070.57 | 18,070.57 | Income approach | | 18,070.57 |
| 14 | Hubei Taishan Building Materials Co., Ltd. | 100 | 16,519.42 | 49,971.81 | 49,971.81 | Income approach | | 49,971.81 |

BNBMPLC0008955

| # | Company | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | **Tai'an Taishan** Gypsum board Co., Ltd. | 100 | 2,262.48 | N/A | 2,262.48 | Cost approach | | 2,262.48 |
| 16 | Taishan Gypsum (Jiangxi) Co., Ltd. | 100 | 7,321.06 | 13,933.27 | 13,933.27 | Income approach | | 13,933.27 |
| 17 | Taishan Gypsum (Yinchuan) Co., Ltd. | 100 | 12,661.83 | 31,325.92 | 31,325.92 | Income approach | | 31,325.92 |
| 18 | Taishan Gypsum (Guangdong) Co., Ltd. | 100 | 8,958.69 | 24,826.71 | 24,826.71 | Income approach | | 24,826.71 |
| 19 | Taishan Gypsum (Shaanxi) Co., Ltd. | 100 | 16,847.88 | 55,181.16 | 55,181.16 | Income approach | | 55,181.16 |
| 20 | Taishan Gypsum (Yunnan) Co., Ltd. | 100 | 13,900.38 | 53,900.68 | 53,900.68 | Income approach | | 53,900.68 |
| 21 | **Tai'an Jindun** Building Materials Co., Ltd. | 100 | 23,097.51 | 57,999.13 | 57,999.13 | Income approach | | 57,999.13 |
| 22 | Taishan Gypsum (Nantong) Co., Ltd. | 70 | 22,805.34 | 48,931.89 | 48,931.89 | Income approach | 14,679.57 | 34,252.32 |
| 23 | Guizhou Taifu Gypsum Co., Ltd. | 60 | 10,930.76 | 37,535.30 | 37,535.30 | Income approach | 2,000.00 | 35,535.30 |
| 24 | Taishan Gypsum (Sichuan) Co., Ltd. | 100 | 18,243.06 | 68,935.89 | 68,935.89 | Income approach | | 68,935.89 |
| 25 | Taishan Gypsum (Liaoning) Co., Ltd. | 100 | 11,968.80 | 27,787.67 | 27,787.67 | Income approach | | 27,787.67 |
| 26 | Taishan Gypsum (Hubei) Co., Ltd. | 100 | 14,721.64 | 36,388.80 | 36,388.80 | Income approach | | 36,388.80 |
| 27 | Taishan Gypsum (Chaohu) Co., Ltd. | 100 | 9,128.27 | 13,116.99 | 13,116.99 | Income approach | | 13,116.99 |
| 28 | Taishan Gypsum (Liaocheng) Co., Ltd. | 100 | 8,648.87 | 34,767.09 | 34,767.09 | Income approach | | 34,767.09 |
| 29 | Taishan Gypsum (Fujian) Co., Ltd. | 60 | 6,464.60 | 21,043.38 | 21,043.38 | Income approach | 2,000.00 | 19,043.38 |
| 30 | Taishan Gypsum (Gansu) Co., Ltd. | 100 | 3,003.77 | 18,650.82 | 18,650.82 | Income approach | | 18,650.82 |
| 31 | Taishan Gypsum (Jilin) Co., Ltd. | 100 | 3,098.86 | N/A | 3,098.86 | Cost approach | | 3,098.86 |
| 32 | Taishan Gypsum (Xuancheng) Co., Ltd. | 100 | 4,660.32 | 40,007.24 | 40,007.24 | Income approach | | 40,007.24 |

BNBMPLC0008956

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 33 | Taishan Gypsum (Weihai) Co., Ltd. | 70 | 5,940.87 | 24,749.91 | 24,749.91 | Income approach | 9,708.74 | 15,041.17 |
| 34 | Taishan Gypsum (Suqian) Co., Ltd. | 100 | -650.64 | 4,555.48 | 4,555.48 | Income approach | | 4,555.48 |
| 35 | Taishan Gypsum (Jiyuan) Co., Ltd. | 85 | 3,756.31 | 20,623.75 | 20,623.75 | Income approach | 1,941.75 | 18,682.00 |
| 36 | Taishan (Longyan) Cement Retarder Co., Ltd. | 100 | 3,131.63 | 17,769.70 | 17,769.70 | Income approach | | 17,769.70 |
| 37 | Taishan Gypsum (Guangxi) Co., Ltd. | 100 | 2,867.81 | 8,340.99 | 8,340.99 | Income approach | | 8,340.99 |
| 38 | Taishan Gypsum (Xiangyang) Co., Ltd. | 100 | 3,201.60 | 17,965.58 | 17,965.58 | Income approach | | 17,965.58 |
| 39 | Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd. | 100 | 491.89 | 807.19 | 807.19 | Income approach | | 807.19 |
| 40 | Weida (Liaoning) Environmental Materials Co., Ltd. | 100 | 2,371.88 | 22,993.08 | 22,993.08 | Income approach | | 22,993.08 |
| 41 | Taishan Gypsum (Dongying) Co., Ltd. | 100 | 2,433.94 | 14,196.73 | 14,196.73 | Income approach | | 14,196.73 |
| 42 | Tai'an Tailun Paper Co., Ltd. | 100 | - | - | - | | | - |
| 43 | Xinjiang Tianshan Building Gypsum Products Co., Ltd. | 25 | -148.29 | - | - | Book value of net assets | | - |
| 44 | Guizhou Huangguan New Building Materials Co., Ltd. | 89 | 7,598.96 | 16,096.44 | 16,096.44 | Income approach | 1,080.78 | 15,015.67 |
| 45 | Taishan Gypsum (Yibin) Co., Ltd. | 100 | - | - | - | | | - |
| | **Total** | | **395,104.69** | **1,190,321.39** | | | **69,836.47** | **1,120,484.89** |

BNBMPLC0008957

**(13) Income tax policy**

**Taishan's income tax rate is 15%. According to relevant provisions of "Law of the People's** Republic of China on Enterprise Income Tax", **any revenue obtained by an enterprise from** production of products in line with national industry policy through comprehensive resources utilization may be written down during calculation of taxable income. The sales revenue of gypsum board and decorative gypsum board shall be recorded at 90% of original value in the amount of taxable income.

**(14) Selection of discount rate**

The selection of discount rate adopts the weighted average cost of capital ("WACC") valuation model. The WACC model can be expressed in the following mathematical formula:

$$WACC = ke \times [E \div (D+E)] + kd \times (1-t) \times [D \div (D+E)]$$

Among which:

ke: cost of equity capital

E: market value of equity capital

D: market value of debt capital

kd: cost of debt capital

t: income tax rate

The calculation of cost of equity capital adopts the capital asset pricing model ("CAPM"). CAPM is a prevailing method used for estimating the cost of equity capital. The CAPM model can be expressed in the following mathematical formula:

$$E[Re] = Rf1 + \beta (E[Rm] - Rf2) + Alpha$$

Among which: E[Re]: expected rate of return on equity, namely cost of equity capital;

Rf1: expected rate of return on long-term treasury bonds;

**β**: Beta coefficient;

E[Rm]: expected rate of return on market;

Rf2: expected rate of return on long-term market;

Alpha: special risk premium;

(E[Rm] -Rf2): excess risk rate of return on equity market, also known as ERP.

A. Calculation of the cost of equity capital using CAPM model.

CAPM **model is internationally applied method to estimate the cost of investors' equity** capital.

BNBMPLC0008958

During CAPM analysis, the following steps are taken:

1) Determination of expected rate of return on long-term treasury bonds (Rf1). Data adopted for this appraisal is the average value of annual yield to maturity of long-term treasury bonds of more than 10 years between the Appraisal Reference Date and the maturity date, and the said figure takes 4.20% through summarized calculation (Source: windin).

2) Determination of ERP, i.e., excess risk rate of return on equity market (E[Rm] -Rf2). Generally speaking, the excess risk rate of return on equity market is equity risk premium, which is the ratio of the amount of risk compensation obtained by an investor to the amount of risk investment made by that investor. The foregoing rate of return exceeds the rate of return on risk-free securities investment. At present, public data on securities market are generally adopted to research the risk return rate in China.

① Determination of expected rate of return on market (E[Rm]):

In this appraisal, with the help of Windin's data system, the geometric mean approach is adopted to analyze and calculate the investment return on constituent stocks of CSI 300 Index, thus calculating the average market risk return rate in different years.

② Determination of risk-free return rate (Rf2) in the years of 1999-2014:

This appraisal uses the average value of the yield to maturity of medium and long term treasury bonds of more than 10 years between the end of 1999-2014 and the maturity date as expected rate of return on long-term market.

③ Geometric mean method is used to calculate the annual risk premium between December 31, 1999 and December 31, 2014, i.e., E[Rm] - Rf2. The mean value of 6.31% is used as expected return on equity capital.

3) Determination of risk coefficient **β** of comparable companies relative to stock market. Information about listed companies related to the industry that the enterprise is engaged in was collected and companies dealing with similar principal business to the assessed entities were selected as the comparable companies. Risk coefficient **β** of each comparable company calculated and collected by using weekly index for a period of 36 months prior to Appraisal Reference Date relative to CSI 300 Index were checked and obtained. Average of un-leaved **β** of comparable companies was worked out as un-leaved **β** of the assessed enterprise. Conversion formula for leaved and un-leaved risk coefficients is as follows:

Un-leaved **β**=leaved **β**÷[1+(1-t)D/E]

4) Determination of special risk premium Alpha allows for risk premium of the following factors:

Determination of special risk premium, i.e., individual risk premium. Individual risks are specific risks of enterprise relative to peer companies. They are mainly: ① operational phase of enterprise; ② previous operating conditions; ③ development phase of main products; ④ business and products and regional distribution of enterprise; ⑤ internal management and control mechanism of company; ⑥ experience and qualifications of officers; ⑦ dependence on major customers and suppliers; ⑧ financial risk; ⑨ scale risk. Based on the considerations above, the individual risk premium in this appraisal is

BNBMPLC0008959

determined as 1%.

Based on the analysis and calculation above, the expected return on equity used for this appraisal, i.e., cost of equity capital, is determined at 10.73%.

B. Calculation of weighted average cost of capital using the WACC model

The WACC model can be expressed in the following formula:

$$WACC = ke \times [E \div (D+E)] + kd \times (1-t) \times [D \div (D+E)]$$

In the process of WACC analysis, Zhonghe Appraisers take the following steps:

1) Cost of equity capital (ke) uses the result of calculation using the CAPM model.

2) Average capital structure of the industry is selected as target capital structure of the appraised enterprise.

3) Cost of debt capital (kd) adopts the weighted borrowing rate of Taishan Gypsum Co., Ltd.

4) Income tax rate (t) adopts the effective income tax rate of the appraised enterprise.

Based on the analysis and calculation above, Zhonghe Appraisers determine the return on investment capital used for this appraisal, i.e. weighted average cost of capital as 10.35%.

**(15) Calculation of appraised value**

After the above analysis and estimation, the going-**concern value of total shareholder's** equity value of Taishan as at April 30, 2015 appraised using the income approach is RMB11, 987, 140, 000.

**3. Revenue, cost and profit of Taishan and its subsidiaries within the forecast period**

**The forecast on Taishan's consolidated indexes including revenue, cost and profit between** May-Dec. 2015 and 2020 is detailed below:

Unit: RMB 10, 000

| Item | May-Dec. 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Principal business revenue | 405, 343.96 | 645, 637.74 | 737, 869.22 | 806, 234.63 | 857, 679.74 | 864, 688.04 |
| Principal business cost | 283, 325.35 | 454, 861.54 | 517, 057.05 | 565, 390.70 | 604, 549.61 | 612, 701.37 |
| Cost income ratio of principal business | 69.90% | 70.45% | 70.07% | 70.13% | 70.49% | 70.86% |
| Principal business tax and surtax | 2, 829.26 | 4, 962.18 | 6, 057.16 | 7, 334.14 | 7, 934.72 | 7, 964.72 |
| Tax and surtax rate | 0.70% | 0.77% | 0.82% | 0.91% | 0.93% | 0.92% |
| Selling expense | 10, 038.35 | 17, 328.59 | 19, 193.90 | 20, 538.16 | 21, 633.56 | 22, 160.89 |
| Selling expense rate | 2.48% | 2.68% | 2.60% | 2.55% | 2.52% | 2.56% |
| Management expense | 20, 466.12 | 31, 359.64 | 33, 631.85 | 35, 099.24 | 36, 434.00 | 37, 290.39 |
| Management | 5.05% | 4.86% | 4.56% | 4.35% | 4.25% | 4.31% |

BNBMPLC0008960

| expense rate | | | | | | |
|---|---|---|---|---|---|---|
| Financial expense | 9, 262.34 | 13, 893.51 | 13, 893.51 | 13, 893.51 | 13, 893.51 | 13, 893.51 |
| Financial expense rate | 2.29% | 2.15% | 1.88% | 1.72% | 1.62% | 1.61% |
| Total profit | 79, 422.54 | 123, 232.28 | 148, 035.77 | 163, 978.87 | 173, 234.33 | 170, 677.17 |
| Income tax | 9, 517.86 | 15, 207.08 | 18, 776.23 | 20, 797.86 | 22, 419.64 | 21, 881.01 |
| Net profit | 69, 904.68 | 108, 025.21 | 129, 259.54 | 143, 181.01 | 150, 814.69 | 148, 796.16 |
| Minority interest | 2, 201.31 | 3, 078.63 | 3, 157.28 | 3, 199.53 | 3, 207.09 | 3, 214.07 |
| Profit attributable to parent company | 67, 703.37 | 104, 946.57 | 126, 102.26 | 139, 981.48 | 147, 607.60 | 145, 582.09 |

## 4. Conclusion of appraisal using the income approach

As at the Appraisal Reference Date, i.e., April 30, 2015, under the premises of going concern, the book value of total assets of Taishan as parent company is RMB 5, 126, 778, 900, the book value of total liabilities is RMB4, 144, 534, 300, and the book value of total shareholder's equity is RMB982, 244, 600; under the consolidated caliber, the book value of total assets is RMB8, 112, 989, 200, the book value of total liabilities is RMB4, 639, 528, 100, and total shareholder's equity is RMB3, 473, 461, 000, including RMB3, 239, 090, 500 of shareholder's equity attributable to parent company; through appraisal using the income approach, the appraised value of total shareholder's equity of Taishan is RMB11, 987, 140, 000, the amount of appreciation compared with total shareholder's equity under the parent-company caliber is RMB11, 004, 895, 400, and the appreciation rate is 1, 120.38%; the amount of appreciation compared with shareholder's equity attributable to parent company under the consolidated caliber is RMB8, 748, 049, 500, and the appreciation rate is 270.08%.

## (IV) Appraisal using the asset-based approach

## 1. Appraisal methods of assets and liabilities of various types

## (1) Current assets:

For the purpose of this appraisal, current assets are divided into the following types, which are appraised using different appraisal methods:

1) Current assets under the monetary category: This category of current assets includes cash, bank deposits and other monetary capital, and is verified through cash count and verification of bank statements and confirmations. The appraised value of monetary assets is determined according to verified value;

2) Current assets under the category of physical goods: This category of current assets mainly includes the inventory of raw materials and finished products. For raw materials, the appraised value is determined at the price exclusive of tax on the Appraisal Reference Date; for self-produced finished products for sale, the appraised value is determined at the balance of market selling price minus sales tax and income tax that may be levied during sales and part of net profit; for purchased goods, the appraised value is determined at the verified book value;

3) Current assets under the category of payables and prepayments: This category of current assets includes notes receivable, accounts receivable, other receivables and prepayments; for receivable current assets, the appraised value is determined at the recoverable amount of each sum based on verification of book balance; for prepayments,

BNBMPLC0008961

the appraised value is determined in accordance with recoverable goods or services as well as assets or rights that may possibly occur;

4) Financial assets held for trading: **Financial assets held for trading belongs to "Yun Tong Cai Fu · Ri Zeng Li" guaranteed income finance product bought by the appraised entity** from the Bank of Communications. During appraisal, the appraised value is determined at the cost of initial investment plus the income within the investment period based on verification of book value.

**(2) Non-current assets:**

A. Long-term equity investments

1) Wholly-owned subsidiaries: In respect of four companies that fail to meet the conditions of appraisal using the income approach, i.e., Taishan Gypsum board Co., Ltd., Taishan **Gypsum (Jilin) Co., Ltd., Tai'an Tailun Paper Co., Ltd. and Taishan Gypsum (Yib**in) Co., Ltd., the appraised value is determined by using the asset-based approach; for 30 wholly-owned subsidiaries that meet the conditions of appraisal using the income approach, the result of appraisal using the income approach is finally chosen as the appraised value after overall appraisal of long-term investees using the income approach and the asset-based approach respectively;

2) Controlled subsidiaries: On the basis of analysis after overall appraisal of long-term investees using the income approach and asset-based approach respectively, the result of **appraisal using the income approach is finally chosen as total shareholder's equity value of the appraised entity, and the balance of total shareholder's equity value of the appraised** entity minus the equity attributable to minority shareholders is the appraised value of long-term investment.

Among others, the equity attributable to minority shareholders is determined according to the following principles:

If it is agreed that annual profit distribution is based on equity ratio, the minority equity is **determined at the appraised total shareholder's equity multiplied by minority equity ratio;**

If it is agreed that annual profit distribution is based on fixed dividend model, the equity of minority shareholders is determined through discount of annual fixed dividend.

3) The joint stock company under appraisal is the investment in Xinjiang Tianshan Building Gypsum Products Co., Ltd. During appraisal, the appraised value is determined at the net assets of Xinjiang Tianshan Building Gypsum Products Co., Ltd. in accounting statements of that company on the Appraisal Reference Date multiplied by shareholding ratio.

B. Equipments

The replacement cost method is employed for appraisal.

Appraised value = replacement value × newness rate

1) Determination of replacement value of equipments

① For machinery equipment, if there is a transaction of machinery equipment in recent period, Zhonghe Appraisers determine the replacement value of such equipment based on the transaction price in the most recent transaction and with consideration of

BNBMPLC0008962

corresponding transportation expense and installation & commissioning expense. For any equipment without transaction completed recently, if such equipment is now available on market, Zhonghe Appraisers determines the replacement value by directly inquiring about equipment price from manufacturers and considering relevant expenses;

② Transport vehicles

The replacement value of transport vehicles is determined based on current market price of vehicles of the same type on the Appraisal Reference Date and with consideration of corresponding expenses including purchase tax, license fee and handling charge.

③ Electronic devices: Zhonghe Appraisers generally determine the replacement value of electronic devices by consulting related quotation data for current period.

2) Determination of equipment newness rate

① Machinery equipment

The newness rate of equipment is determined through weighted averaging of service life method and site investigation method, and the calculation formula is shown below:

Newness rate = newness rate under service life method ×40% + newness rate under site investigation method ×60%

Among which:

Newness rate under service life method = (economic life – serviced life) /economic life ×100%

Newness rate under site investigation method: Appraisers determines the newness rate under site investigation method by inspecting equipment on the spot and completing the technical investigation form and the scoring sheet.

② Vehicles

In **accordance with "Notice on Several Provisions concerning Adjustment of Motor Vehicle Scrapping Standards"**, the newness rate of vehicles of different types shall be calculated using the service life method and mileage method respectively and the lower of the two calculation results shall be used as theoretical neweness rate. In special cases, Appraisers shall revise the theoretical newness rate based on field appraisal of vehicles and use the revised theoretical newness rate as the comprehensive newness rate of vehicles.

The calculation formula for newness rate determined using the service life method:

Newness rate determined under service life method = (economic life – serviced life)/economic life ×100%

The calculation formula for newness rate determined using the mileage method:

Newness rate determined under mileage method =(stipulated driving distance – travelled distance)/stipulated driving distance ×100%

③ Electronic devices

BNBMPLC0008963

Newness rate = (economic life − serviced life) / economic life ×100%

C. House buildings

The appraisal method is determined in accordance with the purpose and characteristics of house buildings under appraisal. House buildings obtained under the self-construction model are appraised using the replacement cost method; house buildings that can be acquired through market approach and for which local transactions of similar real estate are quite active are appraised using the market comparison approach.

1) Replacement cost method

Appraised value ＝ replacement value × comprehensive newness rate

① Determination of replacement value

Replacement value = comprehensive cost of construction and installation work + upfront fee and other expenses + cost of capital

Among which: comprehensive cost of construction and installation work means building expense that the project owner directly inputs in engineering construction and pays to the contractor.

Comprehensive cost of construction and installation work＝ cost of construction work + cost of decoration work + cost of installation work

Appraisers categorize buildings under appraisal by their purposes, select representative buildings among buildings of the same purpose and construction, and determine the comprehensive cost of construction and installation work of such buildings by taking into account collected design, budget & final account, contracts and other materials reflecting the engineering quantity of those buildings based on budget quota and building cost information on construction works in the locality of house buildings.

For other house buildings, their comprehensive cost of construction and installation work is estimated by analogy and through different adjustment based on the cost of construction and installation work of representative buildings of the same purpose and construction calculated by Appraisers or on the cost of construction and installation work of similar projects collected by Appraisers and with reference to data and parameters frequently used for appraisal of house buildings.

Upfront fee and other expenses refer to other expenses that shall be incurred by engineering construction and paid to entities other than engineering contractor or government departments. Those expenses are determined in accordance with expense items and standards stipulated by national and local relevant competent departments, fee charging of professional services and the characteristics of construction projects under appraisal. For appraised house buildings for which the procedure of application for construction of construction projects has not been completed as at the Appraisal Reference Date, administrative charges payable for the purpose of application for construction are not taken into consideration during appraisal, but the fees for professional services including survey and design as well as construction unit management expense are taken into consideration according to the construction requirements of house buildings under appraisal and the standards effective on the Appraisal Reference Date.

BNBMPLC0008964

The cost of capital is calculated by determining a reasonable construction period according to construction scale of the appraised construction project and selecting the interest rate of loans with corresponding terms effective on the Appraisal Reference Date under the assumption that construction funds are evenly inputted.

② Determination of comprehensive newness rate

The results of integrated age limit method and scoring method are determined according to the following formula:

Comprehensive newness rate = newness rate under scoring method ×60%+ newness rate under age limit method ×40%

Among which: newness rate under age limit method = remaining service life ÷ (serviced life + remaining service life) ×100%

Remaining service life is determined in accordance with the nationally prescribed economic life of house buildings and their use & maintenance status.

Newness rate under scoring method is determined in accordance with the scoring standard for newness rate of house buildings and the results of field survey on structure, decoration and equipment/fitment of house buildings under appraisal.

Newness rate under scoring method = newness score of structure part ×G + newness score of decoration part ×S+ newness score of equipment/fitment part ×B

G, S and B are cost weight of structure, decoration and equipment/fitment part respectively.

The scoring standard for newness rate of house buildings under appraisal is determined in accordance with the nationally or locally promulgated appraisal standards for damage grade and newness degree of houses as well as design and use requirements of relevant house buildings.

Note: For house buildings on leased land, the considerations include the possibility that the entity under appraisal can renew the lease under the same conditions upon expiration of the lease and do not include the impact of lease term on newness rate.

2) Market comparison method

Market comparison method is a method of determining the price of a real estate under appraisal on the Appraisal Reference Date by comparing the real estate under appraisal with actual transaction of similar real estate in recent period on substitution principle and through correction of such factors as transaction, transaction date, region and individual factors on the basis of transaction price in the foregoing case.

Appraised value of appraisal object = price of comparable real estate × correction coefficient of transaction × correction coefficient of transaction date × correction coefficient of regional factor × correction coefficient of individual factors

D. Construction in process

Construction in process includes equipment installation work in process and civil work in process. During appraisal, Appraisers first learn about recent changes in purchase price of equipments and changes in local construction quota. Because constructions in process

BNBMPLC0008965

occur recently and there is little change in purchase price of equipments, construction quota or prices of building materials, appraised value is determined based on verification of book value plus the cost of capital that may be incurred within the reasonable construction period.

E. Intangible assets

1) Appraisal of land use right

For appraisal of land use right, different appraisal methods including market comparison method, land datum value method and cost approaching method may be adopted depending on the availability of appraisal data on site and the nature and purpose of land. All those appraisal methods are described below:

Market comparison method:

Market comparison method is a method of determining the price of the land under appraisal on the date of appraisal by comparing the appraised land with the case of similar land in the same supply-demand circle in recent period on the substitution principle and correcting differences on the transaction, transaction date, individual factors and regional factor of the appraised land on the basis of known price of comparable land.

The basic formula is shown below:

$P = PB \times A \times B \times C \times D \times E$

P—— price of land under appraisal;

PB—— price of comparable land;

A—— transaction indicator of land under appraisal/transaction indicator of comparison case;

B—— land price indicator of land under appraisal on the date of appraisal/land price indicator of comparison case on the transaction date;

C—— regional factor condition indicator of land under appraisal / regional factor condition indicator of comparison case;

D—— individual factor condition indicator of land under appraisal / individual factor condition indicator of comparison case;

E—— year or period correction indicator of land under appraisal / year or period correction indicator of land in comparison case

Land datum value method:

Benchmark land price represents average price level of land at different levels. Land parcels in the same area differ due to different location conditions, so the price of a particular land may be obtained using the land datum value method. The basic calculation formula is shown below:

Price of land parcel = benchmark land price $\times (1 \pm \sum$ **correction coefficient of each factor**$) \times$ purpose correction coefficient $\times$ land use right year/period correction coefficient $\times$ plot ratio correction coefficient $\times$ date correction coefficient $\pm$ land basic services correction

BNBMPLC0008966

Cost approaching method:

Cost approaching method is a method of appraising land price on the basis of land acquisition fee and land development expense plus profit and interest incurred during land acquisition and development and land incremental value, plus necessary individual factor correction and year/period correction.

Its basic calculation formula is:

Land price＝[land acquisition fee + land development expense + taxes + interest + profit + land incremental value]× year/period correction coefficient ×[1± individual factor correction coefficient]

The final appraisal result of land under appraisal is obtained by determining normal market price of the land according to the foregoing two methods and taking into account deed tax that may be incurred during transfer of land title.

2) Intangible assets like office software are appraised using the market approach.

3) Intellectual property rights and trademarks used in production operations are appraised using the income approach.

① The calculation formula for appraisal of intellectual property rights using the income approach is shown below:

$$P = \sum_{i=0.33}^{n} Ri \times \eta \times (1+r)^{-n}$$

Among which:

P——— appraised value of intellectual property rights;

Ri——— sales revenue;

η——— share rate of sales revenue;

n——— number of years for income calculation;

R——— discount rate, adjusted and determined under CAPM model;

i ——— the i-th year.

② Calculation formula for appraisal of trademark use right using the income approach:

$$P = \sum_{i=0.33}^{n} Ri(1+r)^{-n} + R_{n+1} / r(1+r)^{n}$$

Among which:

P——— value of ownership of trademark;

Ri——— expected net profit of ownership of trademark of the enterprise in the future year i;

Rn+1——— expected net profit of ownership of trademark of the enterprise during its steady development period;

BNBMPLC0008967

r —— discount rate, adjusted and determined under CAPM model;

n —— number of years of forecast;

I —— the year for income calculation.

F. Long-term deferred expenses

Long-term deferred expenses refer to all expenses that are already disbursed by the enterprise but are amortized over a period of more than 1 year (exclusive), such as improvement expense of leased fixed assets and long-term lease rental. If book value belongs to amortized value, the verified book value is used as the appraised value during appraisal;

G．Deferred income tax assets

Deferred income tax assets belong to provision for impairment and deferred income of assets like accounts receivable and other receivables. With respect to the impact of the inconsistency between financial treatment and taxation requirement on income tax, the appraised value is adjusted and determined in light of increase/decrease in influencing factors before and after appraisal.

**(3) Liabilities:**

The appraised value is determined in accordance with the items and amount of liabilities that the enterprise shall actually bear.

**2. Conclusion of appraisal using the asset-based approach**

Subject to appraisal using the asset-based approach, as at April 30, 2015, namely Appraisal Reference Date, under the going-concern premise, in respect of total assets of Taishan Gypsum Co., Ltd., the book value is RMB5, 126, 778, 900, the appraised value is RMB 15, 850, 659, 500, the amount of appreciation is RMB10, 723, 880, 600, and the appreciation rate is 209.17%; **in respect of Taishan's total liabilities, the book value is** RMB4, 144, 534, 300, the appraised value is RMB4, 138, 459, 400, the amount of appreciation is RMB-6, 074, 900 and the appreciation rate is -0.15%; in respect of **Taishan's total shareholder's equity, the book value is RMB**982, 244, 600, the appraised value is RMB11, 712, 200, 100, the amount of appreciation is RMB10, 729, 955, 500, and the appreciation rate is 1, 092.39%. The appraisal is summarized below:

Unit: RMB 10, 000

| | Item | Book value | Appraised value | Increase/decrease | Appreciation rate% |
|---|---|---|---|---|---|
| | | A | B | C=B-A | D=C/A×100 |
| 1 | Current assets | 302, 095.16 | 304, 449.74 | 2, 354.58 | 0.78 |
| 2 | Non-current assets | 210, 582.74 | 1, 280, 616.21 | 1, 070, 033.47 | 508.13 |
| 3 | Including: Financial assets available for sale | - | - | - | |
| 4 | Held-to-maturity investments | - | - | - | |
| 5 | Long-term receivables | - | - | - | |
| 6 | Long-term equity investments | 102, 627.72 | 1, 120, 484.89 | 1, 017, 857.17 | 991.80 |
| 7 | Investment real estate | - | - | - | |
| 8 | Fixed assets | 85, 155.79 | 102, 571.06 | 17, 415.27 | 20.45 |
| 9 | Construction in process | 13, 012.77 | 13, 252.28 | 239.51 | 1.84 |

BNBMPLC0008968

| 10 | Engineering materials | - | - | - | |
| 11 | Liquidation of fixed assets | - | - | - | |
| 12 | Productive biological assets | - | - | - | |
| 13 | Oil and gas assets | - | - | - | |
| 14 | Intangible assets | 9, 343.47 | 44, 097.29 | 34, 753.82 | 371.96 |
| 15 | Development expenditure | - | - | - | |
| 16 | Goodwill | - | - | - | |
| 17 | Long-term deferred expenses | - | - | - | |
| 18 | Deferred income tax assets | 442.99 | 210.68 | -232.31 | -52.44 |
| 19 | Other non-current assets | - | - | - | |
| 20 | **Total assets** | 512, 677.89 | 1, 585, 065.95 | 1, 072, 388.06 | 209.17 |
| 21 | Current liabilities | 360, 567.24 | 360, 567.24 | - | 0.00 |
| 22 | Non-current liabilities | 53, 886.20 | 53, 278.70 | -607.50 | -1.13 |
| 23 | **Total liabilities** | 414, 453.43 | 413, 845.94 | -607.49 | -0.15 |
| 24 | **Net assets (owners' equity)** | 98, 224.46 | 1, 171, 220.01 | 1, 072, 995.55 | 1, 092.39 |

## (V) Selection of final appraisal results

**Total shareholder's equity value appraised with asset**-based approach is RMB 11, 712, 200, 100, **while total shareholder's equity value appraised with income approach is RMB**11, 987, 140, 000. The difference between the foregoing two figures is RMB274, 939, 900.

The conclusion of this appraisal adopts the result of appraisal using the income approach. **In other words, the appraisal result of total shareholder's equity value of Taishan is RMB**11, 987, 140, 000.

## (VI) Main reasons for appreciation of appraised value

**Taishan's** 100% equity is audited in its consolidated statements as at April 30, 2015, the **Appraisal Reference Date. Taishan's shareholder's equity attributable to parent company** is RMB3, 239, 090, 500, and the appraised value is RMB11, 987, 140, 000. The amount of appreciation is RMB8, 748, 049, 500, and the appreciation rate is 270.08%. The main reasons for such appreciation of appraisal are listed below:

### 1. Taishan is one of the leading enterprises in China's gypsum board industry

As an enterprise focusing on production of gypsum board, Taishan has more than 40 branch and subsidiary companies across China and a high share of gypsum board market. Gypsum board products from Taishan sell well throughout China thanks to their excellent **quality and reputation, and Taishan's** gypsum board production and sales have continually grown at a high rate. Taishan is a truly leading enterprise in Chinese gypsum board industry. Built upon its market position, brand advantage and technical advantage **achieved after its years' operation, T**aishan will continue to maintain its market leadership and good profitability.

### 2. Taishan has a steadily growing performance and a strong comprehensive profitability

**Taishan's business revenue growth rate is 13.74%** and 12.19% in 2013 and 2014 respectively, **which shows a steady performance growth. Taishan's comprehensive gross** profit margin is 26.84%, 30.41%, 28.33% and 29.26% in 2012, 2013, 2014 and Jan.-Oct. 2015 respectively, which indicates a stable growth of comprehensive gross profit margin. Compared with **other listed companies in the new building materials industry, Taishan's**

BNBMPLC0008969

operating margin is approximate to average gross profit margin of comparable companies, **which signals Taishan's strong comprehensive profitability.**

### 3. Taishan has a production and sales network covering the whole country

**Taishan's marketing network has now penetrated into major cities and county**-level cities in developed regions across China. Taishan has effectively controlled terminal markets through its intensive sales network of exclusive distributors, flat management and focus on all-round, deep cooperation with real estate developers, public building decoration companies and home decoration companies. With 40+ branches & subsidiaries located in 23 provinces/autonomous regions including Shandong and Shanxi and a sales network covering the entire country, Taishan has established stable customer resources and **diverse sales channels. Taishan's rich product mix, sound sales platform and strong** technical support team are all important sources of its core competitiveness.

### 4. Taishan has an excellent management team and operation management system

**Taishan's core management team remains stable, and core members of this team have over 10 years' professional knowledge and management experi**ence in the gypsum board industry on average and have a profound understanding of downstream terminal market demands and development trends. Meanwhile, Taishan has developed excellent corporate culture, employee cultivation mechanism and innovation incentive mechanism, which provides internal impetus for its continual development.

In addition, Taishan attaches great importance to management models by comprehensively carrying out management integration and management innovation, intensifying target management, delicacy management and benchmarking management, and increases operating efficiency and reduces operating costs by enhancing management levels. In such links as procurement and production, Taishan vigorously implements the cost saving plan by establishing the internal operation control system characterized by overall benchmarking and performance focus, employing such methods as scientific analysis, level-by-level distribution and process monitoring and sparing no efforts to guarantee the implementation of cost plans. Since 2010, Taishan has realized the reduction of coal consumption and paper consumption per unit product and demonstrated a remarkable cost control effect, thus further boosting its market competitiveness.

### (VII) Explanations on special events in this litigation

1. Major pending litigations:

Since 2009, several US homeowners, housing construction companies and etc. have filed multiple lawsuits against quite a few enterprises, including at least dozens of Chinese gypsum board manufactures, such as BNBMPLC and its subsidiary Taishan, on the grounds that the gypsum boards have quality problem, in order to seek compensation for various losses incurred due to quality problem of the gypsum boards. As at the Appraisal Reference Date, due to the failure of Taishan to appear at the judgment debtor review conducted by the United States District Court for the Eastern District of Louisiana, the US local court concluded that Taishan committed contempt of court, and ordered that Taishan shall pay the plaintif**fs' attorneys USD**15, 000 of attorney fee and pay a penalty of USD40, 000 for its contempt of court and that Taishan and any of the related-party or subsidiaries of Taishan shall be prohibited from engaging in any commercial activity in the United States unless Taishan chooses to attend the judicial procedure. If Taishan violates the

BNBMPLC0008970

injunction, it must pay further penalty in the amount of 25% of the annual profit of Taishan or its related-party in the year of violation of the foregoing injunction.

The latest developments on the US litigation against Chinese gypsum board as at March 8, 2015 are as follows:

(1) **Taishan has decided to pay the plaintiffs' attorneys USD**15, 000 and pay a fine of USD40, 000 for contempt of court (Taishan has paid the US court a fine of USD40, 000 for contempt of court). And Taishan has agreed to pay USD2, 758, 356.52 of compensation as required in the default judgment made by the US court at an early stage of the litigation and the interest calculated from May 2010. However, as Tais**han declared, Taishan's agreeing to pay the foregoing amount does not means Taishan's recognition of the content** of the default judgment in the litigation and the only purpose of taking such measure is to apply for revocation of contempt of court and participate in response and defense concerning the gypsum board litigation after revocation of contempt of court.

(2) Taishan has retained overseas law firms to represent Taishan in response and defense in relation to the gypsum board litigation to safeguard Tai**shan's rights and interests.**

Taishan has retained domestic and overseas lawyers to study and evaluate the strategy of responding to this litigation and the impact of this litigation on Taishan, and it is now impossible to accurately estimate possible economic losses and impacts that this litigation may likely incur to Taishan. Taishan will timely disclose relevant information in line with the progress of the litigation.

Since it is presently impossible to estimate the amount and period of compensation that may be incurred by the said litigation, this appraisal fails to consider the impact of the **litigation on appraised value of shareholder's equity of Taishan Gypsum Co., Ltd.**

2. **In accordance with "Notice on Value**-added Tax Policy for Resource Comprehensive **Utilization and Other Types of Products" (CaiShui** (2008) No.156) jointly issued by the **Ministry of Finance and State Administration of Taxation, "specific building material products whose producer's goods contain at least** 30% of waste slag may be exempt from VAT, and specific building material products refer to brick (excluding sintered common brick), building block, ceramisite, wallboard, tubular products, concrete, mortar, road manhole cover, road railings, fireproof materials, refractory materials, thermal insulation **materials, mineral/rock wool". The said document also stipulates that "the policy of 50%** VAT levy-refund shall apply to the sales of the following self-produced goods including some of new walling material products. For specific scope of application, refer to Annex 1 **"Catalogue of New Walling Materials Entitled to Preferential VAT Policy" to this Notice".**

**In accordance with "Notice on Value**-added Tax Policy for Resource Comprehensive **Utilization and Other Types of Products" (CaiShui (**2008) No.156), the preferential policy of VAT exemption and the preferential policy of 50% VAT levy-refund shall both apply to gypsum board and decorative board products of Taishan Gypsum Co., Ltd. In line with **customers' billing requirements, Taishan Gypsum Co.,** Ltd. as parent company and its subsidiaries select the VAT exemption policy for some of their products and select the 50% VAT levy-refund policy for the rest of their products. During determination of replacement cost of equipments for this appraisal using the asset-based approach, for enterprises entitled to the preferential VAT exemption policy on the Appraisal Reference Date, the VAT-inclusive price of their equipments shall be based on the replacement cost of such equipments. For enterprises entitled to the preferential 50% VAT levy-refund policy on the Appraisal Reference Date, the VAT-exclusive price of their equipments shall be based on

BNBMPLC0008971

the replacement cost of such equipments.

In June 2015, the Ministry of Finance and State Administration of Taxation jointly issued **the Notice on "Catalogue of Resource Comprehensive Utilization Products and Services Entitled to VAT Preference" (CaiShui (2**015) No.78), which shall take effect as from July 1, 2015**, and meanwhile abolished "Notice on Value**-added Tax Policy for Resource **Comprehensive Utilization and Other Types of Products" (CaiShui (**2008) No.156). In **accordance with the Notice on "Catalogue of Resource Comprehensive Utilization Products and Services Entitled to VAT Preference" (CaiShui (2**015) No.78), gypsum board and decorative board produced by Taishan Gypsum Co., Ltd. shall only enjoy the preferential policy of 70% VAT levy-refund as from July 1, 2015. During this appraisal using the income approach, the impact of this tax policy on appraised value of equity of Taishan Gypsum Co., Ltd. has been taken into consideration.

3. For the following two land use right certificates within the scope of appraisal, the obligees contained in those certificates are not the entities under appraisal and the relevant change procedure shall be gone through:

| Numbering of land use right certificate | Name of land parcel | Holder of land use right |
|---|---|---|
| TaiTuGuoYong (2003) No.0342 | Residential land at Taishan Street | Shandong Taihe Dongxin Co., Ltd. |
| JiaGuoTuZiGuoYong (2003) Zi No.2352 | Land for factory use in Xuzhou | Shanghai Fasite Building Materials Co., Ltd. |

**4. Events after the Appraisal Reference Date:**

**After the Appraisal Reference Date, the People's Republic of China successively revised** downward the RMB deposit/loan rates on May 11, June 25 and August 29, 2015 respectively. The appraisal using the asset-based approach fails to take into consideration the impact of interest rate adjustment on asset value.

**II. Pricing basis of this Transaction and analysis on reasonableness of pricing**

**(I) Pricing of shares in this Issue and pricing basis**

The Pricing Reference Date for issue of shares involved in this Transaction is the date of announcing resolution of the 11th extraordinary meeting of the 5th Board of Directors of BNBMPLC, i.e., October 14, 2015.

Since the date of stock suspension (April 10, 2015) of the Company, the Shanghai Composite Index and Shenzhen Component Index have declined substantially. As the Company avoided the recent A-share market downtown due to stock suspension, future stock market will be of high uncertainty. Therefore, in accordance with relevant regulations of the CSRC and through friendly consultation of parties to the transaction, The Company selected 90% of average stock trade price 120 trading days prior to the Pricing Reference Date, i.e., RMB23.15/share, as the issue price of shares issued for the purpose of purchasing assets. **As the implementation of the Company's profit distribution plan** for 2014 (allocate cash of RMB4.25 per 10 shares and increase every 10 shares by 10 shares) ended on June 11, 2015, the issue price of shares issued for the purpose of purchasing assets has been adjusted accordingly. The adjusted issue price is RMB11.37/share. The final issue price shall still be approved by the general meeting of shareholders of the

260

BNBMPLC0008972

Company and the CSRC.

If the Company goes ex-dividend during the period between the Pricing Reference Date and Issue Date, such as to allocate cash dividends and bonus shares, as well as convert capital reserve into share capital, etc., the issue price will be given ex-dividend status according to relevant regulations of the CSRC and the Shenzhen Stock Exchange. Also, the number of shares issued will be adjusted based on the issue price. The specific adjustment method shall be considered and approved by the general meeting of shareholders of the Company.

The pricing principle of shares issued for the purpose of purchasing assets by the reorganized listed company is in line with the stipulation of Article 45 of the Restructuring Measures, namely, "the issue price of listed company shall be no less than 90% of the market reference price. The market reference price shall be one of the Company's average stock trade prices 20 trading days, 60 trading days or 120 trading days prior to announcement of the resolution of the Board of Directors in relation to purchase of assets by means of issuing share".

**(II) Pricing basis of the Target Assets and analysis on reasonableness of pricing**

**1. Pricing basis of the Target Assets**

The Target Assets of this Transaction is 35% equity of Taishan. Zhonghe Appraisers adopt the asset-**based approach and income approach for appraisal of Taishan's total shareholder's equity value and selects the result of appraisal using the income approach** as the final appraisal conclusion. According to the appraisal conclusion stated in the **"Appraisal Report" (ZhongHePingBaoZi (**2015) No.BJV2028) issued by Zhonghe Appraisers, as at the Appraisal Reference Date, i.e., April 30, 2015, the appraised value of **total shareholder's** equity of Taishan is RMB11, 987, 140, 000, the amount of appreciation **compared with total shareholder's equity of parent company is RMB**11, 004, 895, 400, and the appreciation rate is 1, 120.38%**; the amount of shareholder's equity attributable to** parent company in consolidated caliber is RMB8, 748, 049, 500, and the appreciation rate is 270.08%.

This Transaction uses the conclusion of appraisal using the income approach as pricing **basis, and the appraised value of Taishan's** 100% equity is RMB11, 987, 140, 000. Through negotiation by both parties of this Transaction, the transaction price for this **acquisition of Taishan's** 35% equity by listed company is 4, 195, 499, 000.

**2. Analysis on reasonableness of pricing of the Target Assets**

Zhonghe Appraisers use the income approach and asset-based approach to appraise the **total shareholder's equity value of Taishan. The appraised value of Taishan's total shareholder's equity is RMB**11, 987, 140, 000, the amount of appreciation compared with **shareholder's equity attribu**table to parent company in consolidated caliber is RMB8, 748, 049, 500, and the appreciation rate is 270.08%; the appraised value obtained through appraisal using the asset-based approach is RMB11, 712, 200, 100, the amount of appreciation compared with th**e book value of total shareholder's equity is RMB**10, 729, 955, 500, and the appreciation rate is 1, 092.39%. The difference between the appraisal results using those two appraisal approaches is RMB274, 939, 900.

Under the asset-based approach, which is based on going concern and uses the replacement of all production factors as prerequisite of assumption, the appraised value of

261

BNBMPLC0008973

total shareholder's equity is obtained by summing up the value of all factor assets of the enterprise which are appraised and estimated using appropriate methods depending on specific circumstances of such assets and then deducting the appraised value of relevant liabilities, and such appraised value reflects the replacement value of the enterprise based on existing assets. In contrast, the income approach emphasizes the anticipated profitability of the enterprise's overall assets. The appraisal result under the income approach is the quantification and present value of the anticipated profitability of the enterprise's overall assets, and the income approach is a method of calculating appraised value on the basis of forecast on the enterprise's future earnings. The income approach not only considers the impact of multiple factors (such as, whether various assets are reasonably and fully utilized and combined in the enterprise, or whether they are duly brought into play) on the enterprise's total equity value, but also considers the impact of factors that could not be considered under the asset-based approach (such as, various preferential policies, operating qualifications, industry competitiveness, company management levels, human resources and synergy of elements) on the enterprise's total equity value.

Taishan carries out the all-round unified management model featuring unified technology development, unified brand, unified procurement, unified sales, unified fund action and unified assets management for enterprises within the group, and intangible assets obtained by Taishan through long-term operations (e.g., R&D prowess, customer resources, industry experience, talent team and product technologies) are important components of shareholder's equity value of Taishan Gypsum Co., Ltd. Since the purpose of this approach is equity acquisition and lies in the acquisition of the target company's profitability, the income approach reflects Taishan Gypsum Co., Ltd.'s total shareholder's equity value more objectively and fully than the asset-based approach does.

**(1) Analysis on fairness of the transaction price in combination with the PE level of comparable listed companies**

1) PE and PB of this Transaction price

In this Transaction, according to the income-approach appraisal result issued by Zhonghe Appraisers, the appraised value of Taishan's 100% equity is RMB11, 987, 140, 000, and the transaction price of the Target Assets in this Transaction after negotiation and agreement by both parties of this Transaction is RMB4, 195, 499, 000. On the basis of the book value of 2014 annual net profit and audited net assets on December 31, 2014 and April 30, 2015, the price earnings ratio (PE) and price to book value ratio (PB) of this Transaction price are as follows:

| Item | Amount (ten thousand yuan) | Corresponding PE ratio |
|---|---|---|
| Net profit attributable to owners of parent company for 2014 | 102, 050.54 | 11.75 |
| Owners' equity attributable to parent company as at December 31, 2014 | 352, 275.75 | 3.40 |
| Owners' equity attributable to parent company as at April 30, 2015 | 323, 909.05 | 3.70 |

2) Analysis on reasonableness of pricing through comparison with PE and PB of comparable listed companies in the same industry

BNBMPLC0008974

In accordance with CSRC's "Guidance on Industry Classification of Listed Companies" (2012 **Revision), the industry in which Taishan operates is** "C30 nonmetallic mineral product industry". **As at the Appraisal Reference D**ate, i.e., April 30, 2015, the valuation of comparable listed companies in the same industry is shown below:

| Stock name | Stock code | Static PE ratio | PB ratio |
|---|---|---|---|
| BNBMPLC | 000786.SZ | 20.68 | 3.65 |
| Weixing NBM | 002372.SZ | 24.93 | 4.42 |
| Oriental Yuhong | 002271.SZ | 27.43 | 5.21 |
| Fangxing Science & Technology | 600552.SH | 86.11 | 5.44 |
| Conch Profile | 000619.SZ | 46.42 | 2.12 |
| Average (note) | | 41.11 | 4.17 |
| Mean value | | 27.43 | 4.42 |

Note: P/E ratio is calculated according to the closing price on April 30, 2015 and the basic earnings per share for 2014, while P/B ratio is calculated according to the closing price on April 30, 2015 and the net asset value per share for 2015Q1.

As shown in the above table, by April 30, 2015, the average P/E ratio of comparable listed companies in the industry is 41.11x and the mean value of P/E ratio is 27.43x. In fact, the **P/E ratio of the transaction price of Taishan's 35% equity in this Transaction corresponding** to net profit attributable to parent company for 2014 is 11.75x, which is considerably below the average valuation level of listed companies in the same industry.

By April 30, 2015, the average P/B ratio of comparable listed companies in the same industry is 4.17x and the mean value of P/B ratio is 4.42x. In fact, the P/B ratio of the **transaction price of Taishan's 35% equity in this Transaction corresponding to the audited** net asset on the Appraisal Reference Date is 3.70x, which is below the average valuation level of listed companies in the same industry.

Therefore, the pricing of this Transaction meets the industry pricing rule and fully considers the interests of listed company and minority shareholders. The transaction price is reasonable and fair.

**(2) Analysis on reasonableness of pricing from the perspective of the impact of this issue on listed company's profitability and sustainable development capability**

Upon completion of this Transaction, Taishan will become a wholly owned subsidiary of the Company. The operating results corresponding to 35% minority interest will all go to BNBMPLC, so as to increase the size of net profit attributable to shareholders of BNBMPLC, thicken earnings per share attributable to shareholders of BNBMPLC, maximize returns to shareholders and further enhance the Company's profitability. This Transaction will be of great significance for the Company to expand the operation scale, highlight the principal business, realize bigger and stronger gypsum board industry, improve the geographical distribution of the industry, optimize brand positioning, integrate corporate resources, enhance the ability to resist risks, improve the core competitiveness and the ability to develop sustainably as well as increase shareholder value. This Transaction will not change the business scope of the Company. For details, refer to **"Chapter 10 Management Discussion and Analysis" of this Report.**

**Therefore, from the perspective of the impact of this Transaction on listed company's** profitability and sustainable development capability, the pricing of the Target Assets in this

BNBMPLC0008975

Transaction is reasonable.

All in all, the pricing of relevant asset in this Transaction meets the pricing requirements of **laws and regulations including "Administrative Measures" and "Restructuring Measures" on** major asset restructuring and acquisition of assets by issuing shares. Such pricing is fair **and reasonable and fully protects the interests of the Company's original shareholders** especially minority shareholders.

**III. Opinions issued by the Board of Directors on the independence of appraisal (including appraisal) institution, reasonableness of appraisal assumptions, relevancy of appraisal approach to appraisal purpose and fairness of appraised value**

The Board of Directors of the Compan**y holds that: "1. Zhonghe Asset Appraisal Co., Ltd.,** which is retained by the Company for this Transaction to undertake the appraisal of this **Transaction, ("Zhonghe Appraiser") has the appraisal qualification certificate and securities** business qualification, and has signed the relevant agreement. This procedure of retaining the appraisal institution complies with relevant laws and regulations. Except participation in appraisal of this Transaction, the appraisal institution is not otherwise related to the Company and all relevant parties in this Transaction. Therefore, the appraisal institution is independent.

2. Appraisal assumptions and restrictions set by the appraisal institution and appraisal personnel for this Transaction implement and observe the practices or rules prevailing on market in accordance with relevant national regulations and stipulations, and correspond to the actual conditions of the appraisal object. Appraisal assumptions are reasonable.

3. During appraisal, depending on appraisal purpose and actual characteristics of the Target Assets, Zhonghe Appraiser implemented necessary appraisal procedures and applied appraisal approaches in line with actual conditions of assets under appraisal in accordance with the requirements of relevant national regulations and industry standards and on the principles of independence, objectiveness, impartiality and scientificity. Appraisal conclusion is reasonable, and appraisal approaches are relevant to appraisal purpose.

4. Major appraisal parameters adopted by Zhonghe Appraiser during appraisal of the Target Assets, such as appraisal value analysis principles, calculation models, adopted discount rate and earnings distribution within forecast period meet the actual conditions of the Target Assets and are reasonable. Major appraisal bases like expected earnings or cash flows in future years as well as appraisal conclusion are reasonable.

5. The transaction price of the Target Assets in this Transaction is based on the appraised value of the Target Assets as determined in the asset appraisal report issued by Zhonghe Appraiser and is determined through negotiation by all parties involved in the transaction. **Transaction price is fair."**

All in all, the appraisal institution retained by the Company for this Transaction is independent, appraisal assumptions are reasonable, appraisal approaches are relevant to and consistent with appraisal purpose, appraisal conclusion contained in the asset appraisal report is reasonable, and the appraised price is fair.

**IV. Opinions issued by independent directors on the independence of appraisal (including appraisal) institution, reasonableness of appraisal assumptions,**

BNBMPLC0008976

**relevancy of appraisal approach to appraisal purpose and fairness of appraised value**

**The Company's independent directors hold that:  "In accordance with "Company Law", "Securities Law", "Stock Listing Rules of Shenzhen Stock Exchange",  "Administrative Measures for Major Asset Restructuring of Listed Companies", "Provisions on Several** Issues concerning Regulating Maj**or Asset Restructuring of Listed Companies", "Business** Process Guide for Listed Companies No.10 —— **Major Asset Restructuring" and other relevant laws, regulations and normative documents as well as the stipulations of "Articles of Association", we, indepen**dent directors of the Company, has carefully reviewed the independence of the appraisal institution retained for this restructuring transaction, reasonableness of appraisal assumptions, relevancy of appraisal approaches to appraisal purpose and the fairness of appraisal price and now issues the following independent opinions:

1. Zhonghe Asset Appraisal Co., Ltd., which is retained by the Company for this **Transaction to undertake the appraisal of this Transaction, ("Zhonghe Appraiser") has the** appraisal qualification certificate and securities business qualification, and has signed the relevant agreement. This procedure of retaining the appraisal institution complies with relevant laws and regulations. Except participation in appraisal of this Transaction, the appraisal institution is not otherwise related to the Company and all relevant parties in this Transaction. Therefore, the appraisal institution is independent.

2. Appraisal assumptions and restrictions set by the appraisal institution and appraisal personnel for this Transaction implement and observe the practices or rules prevailing on market in accordance with relevant national regulations and stipulations, and correspond to the actual conditions of the appraisal object. Appraisal assumptions are reasonable.

3. During appraisal, depending on appraisal purpose and actual characteristics of the Target Assets, Zhonghe Appraiser implemented necessary appraisal procedures and applied appraisal approaches in line with actual conditions of assets under appraisal in accordance with the requirements of relevant national regulations and industry standards and on the principles of independence, objectiveness, impartiality and scientificity. Appraisal conclusion is reasonable, and appraisal approaches are relevant to appraisal purpose.

4. Major appraisal parameters adopted by Zhonghe Appraiser during appraisal of the Target Assets, such as appraisal value analysis principles, calculation models, adopted discount rate and earnings distribution within forecast period meet the actual conditions of the Target Assets and are reasonable. Major appraisal bases like expected earnings or cash flows in future years as well as appraisal conclusion are reasonable.

5. The transaction price of the Target Assets in this Transaction is based on the appraised value of the Target Assets as determined in the asset appraisal report issued by Zhonghe Appraiser and is determined through negotiation by all parties involved in the transaction. **Transaction price is fair. "**

All in all, the pricing of the asset involved in this Transaction is fair and does not impair lawful rights and interests of listed company and its shareholders or violate any relevant provision in any way.

BNBMPLC0008977

# Chapter 8 Major Contracts Related to the Transaction

BNBMPLC signed the Framework Agreement with 10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun on October 13, 2015, the Supplementary Agreement on January 15, 2016 and the Supplementary Agreement II on January 25, 2016. The main content of these agreements is as follows:

**I. Framework Agreement**

**(I) Parties to the Agreement**

Party A: Beijing New Building Materials Public Limited Company

**Party B: Tai'an Guotai Min'an Investment Group Co., Ltd.**

Party C: 35 natural persons including Jia Tongchun

Party D: 10 limited partnerships including Tai'an Heda Investment Center (LP)

**(II) Subject matter of the transaction**

The Target Asset purchased via the issue of shares by BNBMPLC is the 35% of the shares in the Target Company collectively held by the minority shareholders of Taishan Gypsum.

**(III) Purchase Price of the Target Asset and the Pricing Basis**

1. In the transaction, the value of the Target Asset held by the minority shareholders of Taishan Gypsum as shown in the Asset Valuation Report issued by a valuation body qualified to engage in securities and futures-related business and approved by/filed with the competent authority shall be final.

2. For the purpose of the transaction, the base audit date and the base reference date for the Target Company have been determined as April 30, 2015.

3. The appraised value and purchase price of the Target Asset are 4.1955 billion yuan. Calculated based on the issue price of 11.37 yuan/share, the number of shares to be subscribed for by the minority shareholders of Taishan Gypsum with the Target Asset is 36.89972 million. The asset valuation results have yet to be approved by/filed with the competent authority and the valuation results approved/filed shall be final. The number of shares issued shall be adjusted by the Board of Directors of BNBMPLC according to the valuation results approved by/filed with the competent authority upon authorization by the general meeting of shareholders. The number of shares issued approved by the China Securities Regulatory Commission shall be final.

4. For the purpose of the transaction, the accounting policies and accounting estimates applied to the Target Company in the auditing process should be consistent with the accounting policies and accounting estimates applied to BNBMPLC as a listed company.

**(IV) Subscription Method**

BNBMPLC0008978

BNBMPLC intends to pay the purchase price to the minority shareholders of Taishan Gypsum by issuing shares.

**(V) Asset Delivery or Transfer Schedule**

1. The parties to this Agreement agree that the Target Asset shall be delivered within one month from the date of entry into force of this Agreement. The minority shareholders of Taishan Gypsum shall be responsible for handling the registration formalities for transferring the Target Asset to BNBMPLC; BNBMPLC shall cooperate. From the date of delivery onwards, all the rights and obligations associated with the Target Asset shall be enjoyed and borne by BNBMPLC.

2. The parties agree that within one month after the delivery of the Target Asset, BNBMPLC shall complete the issue of shares to 10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun and complete the formalities for registering the additional shares under the name of 10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun at the Shenzhen Branch of China Securities Depository and Clearing Company Limited. From the date of completion of the formalities for registration of the additional shares onwards, all the rights and obligations associated with such shares shall be enjoyed and borne by 10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun.

3. Taishan Gypsum undertakes that before completion of the delivery of the Target Asset, the asset position, financial position, business model or product mix of the Target Company or the assets or technology it uses will not undergo any material adverse change for any reason attributable to the minority shareholders of Taishan Gypsum.

**(VI) Attribution of Gains and Losses Arising from the Subject Matter of the Transaction from the Base Pricing Date to the Date of Delivery**

1. Profits generated by the Target Company during the transition period shall be enjoyed by BNBMPLC.

2. Losses incurred by the Target Company during the transition period shall be borne by the minority shareholders of Taishan Gypsum in proportion to their shareholdings in Taishan Gypsum.

After the delivery of the Target Asset, the body that audits the annual statements of BNBMPLC will perform a special audit on Taishan Gypsum to determine the gain or loss generated during the period from the base date to the date of delivery. If the date of delivery is the 15th of the current month or earlier, the base audit date for the gain or loss generated during the period shall the last day of the previous month; if the date of delivery is later than the 15th of the current month, the base audit date for the gain or loss generated during the period shall the last day of the current month. In the case of a loss, the minority shareholders of Taishan Gypsum shall pay an amount equivalent to the loss it shall bear to Party A in cash within five working days from the date of issue of the aforesaid special audit report.

**(VII) Lock-Up Period**

10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun undertake that: the shares of BNBMPLC they have acquired through the transaction shall not be transferred within 36 months from the date of

BNBMPLC0008979

completion of issuance.

During the lock-up period, the additional shares of the Company acquired by 10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun through the Company granting bonus shares or converting capital reserves into capital stock shall also be subject to the above lock-up period.

After the expiry of the lock-up period, the Company shall facilitate and assist with the formalities for unlocking the shares. Any reduction in the number of shares of the Company acquired by 10 limited partnerships including Guotai Min'an Investment and Heda Investment and 35 natural persons including Jia Tongchun through the transaction after the expiry of the lock-up period shall be subject to the Company Law, the Securities Law, the Stock Listing Rules of the Shenzhen Stock Exchange and other laws, regulations, rules and regulatory documents and the relevant provisions of Party A's Articles of Association.

## (VIII) Conditions for Entry into Force of this Agreement

The agreement shall be established on the date when it is signed by relevant natural persons and signed and stamped with the official seal by the legal representatives (managing partners) or authorized representatives of relevant non-natural persons and enter into force on the date when the last of the following conditions is fulfilled:

1. The general meeting of shareholders of Taishan Gypsum approves the transaction;

2. The Board of Directors and the general meeting of shareholders of BNBMPLC approve the transaction respectively;

3. The transaction is approved by the competent authority;

4. The transaction is officially approved by the China Securities Regulatory Commission.

## (IX) Liability for Breach of Contract

1. If any party breaches any of its obligations under this Agreement or any representation or undertaking made by any party is false or grossly erroneous, thereby causing loss to other parties, it shall bear all the liability for compensation.

2. After the entry into force of this Agreement, the parties shall, based on the principle of good faith, actively facilitate the delivery of the Target Asset and the payment of consideration.

3. If the core personnel among the minority shareholders Taishan Gypsum fail to fulfill their commitment to avoiding related party transactions or horizontal competition pursuant to this Agreement, they shall forfeit as and for liquidated damages 30% of the shares of BNBMPLC they have directly or indirectly acquired as consideration through the transaction or pay an equivalent amount of cash as liquidated damages, and immediately cease the breach in accordance with this Agreement.

4. If performance of this Agreement is rendered impossible by force majeure, no party shall be liable to other parties for breach of contract.

## II. Supplementary Agreement

BNBMPLC0008980

According to the valuation results for the Target Asset, the parties to the transaction signed a supplementary agreement to adjust part of the restructuring plan; the reminder of the plan remains unchanged. Major adjustments to the restructuring plan are as follows:

**(I) Purchase Price for the Transaction**

ZhongHe Appraisal issued an Asset Valuation Report on September 25, 2015. The valuation conclusion was developed based on the income approach. As at the base reference date April 30, 2015, the appraised value of 100% shareholders' equity in Taishan Gypsum is 11.98714 billion yuan. China National Building Materials Group Corporation filed the Asset Valuation Report issued by ZhongHe Appraisal on January 8, 2016. According to the valuation results filed by China National Building Materials Group Corporation, the parties to this Agreement agree that the purchase price of the Target Asset is 4.195499 billion yuan.

**(II) Method of Payment for the Transaction**

BNBMPLC will pay the purchase price of the Target Asset to the minority shareholders of Taishan Gypsum by issuing shares. The number of shares issued should be an integer and rounded to the nearest whole number. The total number of shares issued for purchasing the Asset is 368, 997, 273. The number of shares each shareholder of Taishan Gypsum can acquire is as follows:

| No. | Counterparties | Purchase Price (10, 000 yuan) | Number of Shares Issued |
|---|---|---|---|
| 1 | Tai'an Guotai Min'an Investment Group Co., Ltd. | 191, 794.24 | 168, 684, 468 |
| 2 | Jia Tongchun | 136, 210.50 | 119, 798, 150 |
| 3 | Tai'an Heda Investment Center (LP) | 8, 827.16 | 7, 763, 550 |
| 4 | Ren Xulian | 8, 472.84 | 7, 451, 924 |
| 5 | Xue Yuli | 5, 391.81 | 4, 742, 134 |
| 6 | Cao Zhiqiang | 5, 160.73 | 4, 538, 899 |
| 7 | Zhu Tenggao | 4, 621.55 | 4, 064, 686 |
| 8 | Lu Wenyang | 3, 081.03 | 2, 709, 791 |
| 9 | Zhang Yanxiu | 3, 081.03 | 2, 709, 791 |
| 10 | Wan Guangjin | 3, 081.03 | 2, 709, 791 |
| 11 | Ren Xue | 3, 081.03 | 2, 709, 791 |
| 12 | Tai'an Xinyi Investment Center (LP) | 2, 526.45 | 2, 222, 028 |
| 13 | Tai'an Wanji Investment Center (LP) | 2, 480.23 | 2, 181, 381 |
| 14 | Tai'an Hongchao Investment Center (LP) | 2, 441.72 | 2, 147, 509 |
| 15 | Tai'an Haozhan Investment Center (LP) | 2, 395.50 | 2, 106, 862 |
| 16 | Tai'an Changyuan Investment Center (LP) | 2, 372.39 | 2, 086, 539 |
| 17 | Tai'an Jinxiu Investment Center (LP) | 2, 356.99 | 2, 072, 990 |
| 18 | Tai'an Xinghe Investment Center (LP) | 2, 349.29 | 2, 066, 215 |

BNBMPLC0008981

| 19 | Mi Weimin | 2, 349.29 | 2, 066, 215 |
|----|-----------|-----------|-------------|
| 20 | Zhang Jianchun | 2, 349.29 | 2, 066, 215 |
| 21 | Tai'an Shunchang Investment Center (LP) | 2, 333.88 | 2, 052, 666 |
| 22 | Tai'an Fanye Investment Center (LP) | 2, 310.77 | 2, 032, 343 |
| 23 | Zhu Jinghua | 2, 310.77 | 2, 032, 343 |
| 24 | Li Zuoyi | 2, 310.77 | 2, 032, 343 |
| 25 | Yang Zhengbo | 2, 310.77 | 2, 032, 343 |
| 26 | Qian Kai | 1, 540.52 | 1, 354, 895 |
| 27 | Fu Tinghuan | 1, 540.52 | 1, 354, 895 |
| 28 | Meng Zhaoyuan | 1, 540.52 | 1, 354, 895 |
| 29 | Qin Qingwen | 1, 155.39 | 1, 016, 172 |
| 30 | Hao Kuiyan | 1, 155.39 | 1, 016, 172 |
| 31 | Duan Zhentao | 770.26 | 677, 448 |
| 32 | Meng Fanrong | 616.21 | 541, 958 |
| 33 | Bi Zhong | 539.18 | 474, 213 |
| 34 | Kang Zhiguo | 454.45 | 399, 694 |
| 35 | Wang Lifeng | 385.13 | 338, 724 |
| 36 | Yue Rongliang | 385.13 | 338, 724 |
| 37 | Huang Rongquan | 385.13 | 338, 724 |
| 38 | Yuan Chuanqiu | 385.13 | 338, 724 |
| 39 | Xu Fuyin | 385.13 | 338, 724 |
| 40 | Zhang Guangmiao | 385.13 | 338, 724 |
| 41 | Xu Guogang | 338.91 | 298, 077 |
| 42 | Chen Xinyang | 338.91 | 298, 077 |
| 43 | Li Xiuhua | 331.21 | 291, 303 |
| 44 | Liu Mei | 323.51 | 284, 528 |
| 45 | Zhang Jijun | 308.10 | 270, 979 |
| 46 | Fang Donghua | 285.00 | 250, 656 |
| | **Total** | **419, 549.90** | **368, 997, 273** |

During the period from the base pricing date to the date of issue, if BNBMPLC pays out cash dividends, grants bonus shares or converts capital reserves into capital stock, resulting in the stock going ex-rights or ex-dividend, the number of shares issued shall be adjusted according to the relevant regulations of the Shenzhen Stock Exchange. The specific adjustment shall be decided upon at the general meeting of shareholders of BNBMPLC.

The number of shares issued approved by the China Securities Regulatory Commission

BNBMPLC0008982

shall be final.

## III. Supplementary Agreement II

**The parties to the transaction agreed on a plan to compensate for contingent risks associated with the Target Asset and signed the Supplementary Agreement II. The main content is as follows:**

**The minority shareholders of Taishan Gypsum agree: to compensate for contingent risks associated with the Target Asset and lock up the 97, 590, 590 shares of the Listed Company they have acquired. Within 36 months after the date of listing of the additional shares, if the body that audits the annual statements of Party A confirms the realization of a contingent risk or the occurrence of a loss, Party A shall repurchase the locked-up shares at one yuan per share and cancel the shares, and bear the contingent risk or loss. If no contingent risk is realized within 36 months after the date of listing of the additional shares, Party A shall also repurchase the locked-up shares at one yuan per share and cancel the shares.**

**The shares repurchased and cancelled by the Counterparties are as follows:**

| No. | Counterparties | Number of Shares Repurchased and Cancelled |
|---|---|---|
| 1 | **Tai'an Guotai Min'an Investment Group Co., Ltd.** | 44, 612, 841 |
| 2 | Jia Tongchun | 31, 683, 628 |
| 3 | Tai'an Heda Investment Center (LP) | 2, 053, 266 |
| 4 | Ren Xulian | 1, 970, 848 |
| 5 | Xue Yuli | 1, 254, 176 |
| 6 | Cao Zhiqiang | 1, 200, 426 |
| 7 | Zhu Tenggao | 1, 075, 008 |
| 8 | Lu Wenyang | 716, 672 |
| 9 | Zhang Yanxiu | 716, 672 |
| 10 | Wan Guangjin | 716, 672 |
| 11 | Ren Xue | 716, 672 |
| 12 | Tai'an Xinyi Investment Center (LP) | 587, 671 |
| 13 | Tai'an Wanji Investment Center (LP) | 576, 921 |
| 14 | Tai'an Hongchao Investment Center (LP) | 567, 963 |
| 15 | Tai'an Haozhan Investment Center (LP) | 557, 213 |
| 16 | **Tai'an Changyuan Investment Center (LP)** | 551, 838 |
| 17 | Tai'an Jinxiu Investment Center (LP) | 548, 254 |
| 18 | **Tai'an Xinghe Investment** Center (LP) | 546, 463 |
| 19 | Mi Weimin | 546, 463 |
| 20 | Zhang Jianchun | 546, 463 |
| 21 | Tai'an Shunchang Investment Center (LP) | 542, 879 |
| 22 | Tai'an Fanye Investment Center (LP) | 537, 504 |
| 23 | Zhu Jinghua | 537, 504 |
| 24 | Li Zuoyi | 537, 504 |
| 25 | Yang Zhengbo | 537, 504 |

BNBMPLC0008983

| 26 | Qian Kai | 358, 336 |
|----|----------|----------|
| 27 | Fu Tinghuan | 358, 336 |
| 28 | Meng Zhaoyuan | 358, 336 |
| 29 | Qin Qingwen | 268, 752 |
| 30 | Hao Kuiyan | 268, 752 |
| 31 | Duan Zhentao | 179, 168 |
| 32 | Meng Fanrong | 143, 334 |
| 33 | Bi Zhong | 125, 418 |
| 34 | Kang Zhiguo | 105, 709 |
| 35 | Wang Lifeng | 89, 584 |
| 36 | Yue Rongliang | 89, 584 |
| 37 | Huang Rongquan | 89, 584 |
| 38 | Yuan Chuanqiu | 89, 584 |
| 39 | Xu Fuyin | 89, 584 |
| 40 | Zhang Guangmiao | 89, 584 |
| 41 | Xu Guogang | 78, 834 |
| 42 | Chen Xinyang | 78, 834 |
| 43 | Li Xiuhua | 77, 042 |
| 44 | Liu Mei | 75, 251 |
| 45 | Zhang Jijun | 71, 667 |
| 46 | Fang Donghua | 66, 292 |
| **Total** | | **97, 590, 590** |

BNBMPLC0008984

# Chapter 9 Compliance Analysis for the Transaction

## I. The transaction complies with the provisions of Article 11 of the Measures for the Administration of Restructuring of Material Assets of Listed Companies

### (I) Comply with the national industrial policy and the provisions of relevant environmental protection, land management and antitrust laws and administrative regulations

#### 1. The transaction complies with the national industrial policy

The primary business activities of the Target Company in the transaction Taishan Gypsum are the manufacture and sale of gypsum boards, which belong to the lightweight building materials industry. According to the Guidelines for the Industry Classification of Listed Companies  (revised in 2012) promulgated by the China Securities Regulatory Commission, the Company belongs to the sub-industry "C30 Non-metallic Mineral Products" under "C Manufacturing". According to the Industrial Classification and Codes for National Economic Activities (GB/T4754-2011) developed by the National Bureau of Statistics, the Company belongs to the sub-industry "C3024 Manufacturing of Lightweight Building Materials" under "C30 Non-metallic Mineral Products", which is a new industry encouraged by the state.

#### 2. The transaction complies with the provisions of relevant environmental protection laws and administrative regulations

The Target Asset involved in the transaction does not violate any national law or regulation related to environmental protection.

#### 3. The transaction does not involve issues related to land management

Upon inspection, it is found that Taishan Gypsum is mainly engaged in the manufacture and sale of gypsum boards, studs and other new building materials; Taishan Gypsum possesses land but has not yet obtained a land use right certificate, which constitutes an irregularity, but the relevant local authority and Taishan Gypsum have issued a certificate/statement, confirming that the aforesaid irregularity will not affect the normal production and operation of Taishan Gypsum or Taishan Gypsum has never been punished and held accountable by relevant authorities; in addition, Taishan Gypsum complies with the national industrial policy and the provisions of relevant environmental protection, land management and antitrust laws and administrative regulations as required in Article 11 (1) of the Measures for the Administration of Restructuring of Material Assets of Listed Companies.

#### 4. The transaction does not violate any antitrust law or regulation

According to the Anti-Monopoly Law of the People's Republic of China and other relevant regulations, the transaction does not constitute a monopoly.

In summary, the transaction complies with the national industrial policy and the provisions of relevant environmental protection, land management and antitrust laws and administrative regulations.

### (II) The transaction will not result in the Listed Company not meeting the listing

BNBMPLC0008985

**requirements**

According to the Securities Law, the Listing Rules and other relevant regulations, circumstances under which a listed company no longer meets the listing requirements due to a change in its shareholding structure refer to "where the total amount of capital stock of the Company does not exceed 400 million yuan, the public holds less than 25% of the shares of company; where the total amount of capital stock of the Company exceeds 400 million yuan, the public holds less than 10% of the shares of company. The public does not include: (1) Shareholders who hold more than 10% of the shares of the Listed Company and persons acting in concert with them; (2) directors, supervisors and senior managers of the Listed Company."

Calculated based on the appraised value and issue price of the Target Asset, the total number of shares of BNBMPLC after completion of the transaction is expected to be 1, 782, 978, 865, 774, 915, 722 of which are expected to be held by the public, representing about 43.46% (more than 10%) of the shares of the Listed Company. Therefore, the transaction will not result in the Listed Company not meeting the listing requirements

In summary, the transaction will not result in the Listed Company not meeting the listing requirements due to a change in its shareholding structure.

**(III) The Asset involved in the transaction is fairly priced, so the transaction does not prejudice the legitimate rights and interests of the Listed Company and its shareholders**

In the transaction, the Company hired a valuation body qualified to engage in securities and futures-related business to perform a valuation of the Target Asset and used the asset valuation results filled with the competent authority as the pricing basis. Neither the valuation body nor the valuer had any actual or expected interest-based relationship or conflict with the Company or the Counterparties, so they were fully independent. The valuation report issued by them conforms to the principles of objectivity, impartiality, independence and scientificity.

The transaction was carried out according to the law. A professional body was hired upon proposal of the Board of Directors of the Company to issue audit, valuation, legal, independent financial adviser's and other relevant reports. Related party transactions involved in the transaction were handled in accordance with the principles of openness, fairness and impartiality and relevant procedures were performed legally to fully protect all shareholders. The transaction process didn't prejudice the interests of the Company or any shareholder.

The independent directors of the Company paid attention to the background of the transaction, the purchase price and the post-restructuring prospects of the Company, approved the transaction plan before it was submitted to be Board of Directors to be vote on, and at the same time issued an independent opinion on the transaction and recognized the fairness of the transaction.

The base pricing date for the issue of shares for purchasing the Asset is the date of announcement of the resolution of the 11th extraordinary meeting of the fifth Board of Directors of BNBMPLC. The issue price of the shares issued for purchasing the Asset shall not be lower than 90% of the average price paid for the Company's A-shares 120 days before the base pricing date— namely, not lower than 23.15 yuan/share. The final issue price has yet to be approved by general meeting of shareholders. During the period

BNBMPLC0008986

from the base pricing date to the date of issue, if BNBMPLC pays out cash dividends, grants bonus shares or converts capital reserves into capital stock, resulting in the stock going ex-rights or ex-dividend, the issue price of the shares issued for purchasing the Asset will be recalculated and adjusted accordingly.

On April 16, 2015, the Company's Annual General Meeting of Shareholders 2014 examined and approved the 2014 profit distribution plan. The Company intended to pay a cash dividend of 4.25 yuan (including tax) to all shareholders for every 10 shares of the Company's capital stock at the end of 2014 that was composed of a total of 706, 990, 796 shares and issue 10 additional shares to all shareholders for every 10 shares of the capital stock by creating a total of 706, 990, 796 additional shares through conversion its capital reserves. On June 11, 2015, the aforesaid profit distribution plan was implemented, increasing the size of the Company's capital stock to 1, 413, 981, 592 shares. Therefore, after the stock was given ex-dividend and ex-rights status in accordance with the relevant rules of the China Securities Regulatory Commission and the Shenzhen Stock Exchange, the issue price of the shares issued for purchasing the Asset was adjusted to 11.37 yuan/share.

Because the drywall lawsuit filed against the Target Company in the United States is still pending, it is still impossible to accurately estimate the economic loss that the case might cause to the Target Company and its impact on the profits of the current period, so the impact of the drywall lawsuit filed in the United States on the appraised value of the Target Company was not taken into account in the transaction. The appraised value of the Target Company was determined on the basis of fully considering the future production and operation conditions of the Target Company; all the relevant parameters and assumptions involved in the appraised value are in line with industry and market logic; the Target Asset in the transaction is fairly priced. Although the appraised value of the Target Company does not reflect the impact of the drywall lawsuit filed in the United States, taking into full consideration possible continent risks and the impact on Taishan Gypsum, the Counterparties agrees to compensate for contingent risks associated with the Target Asset to fully and effectively protect the legitimate rights and interests of the Company and its shareholders. The Company's arrangements for the drywall lawsuit filed in the United States comply with the relevant provisions of Article 11 of the Measures for the Administration of Restructuring of Material Assets of Listed Companies and do not constitute a substantial obstacle to the transaction.

In summary, the Asset involved in the transaction is fairly priced, so the transaction does not prejudice the legitimate rights and interests of the Listed Company and its shareholders.

**(IV) The ownership of the Asset involved in the transaction is clear, there are no legal obstacles to the transfer of the Asset, and the handling of relevant creditor's rights and debts is legal**

The Asset involved in the transaction is a 35% stake in the Taishan Gypsum. According to the Letter of Undertaking Concerning the Ownership of the Target Asset issued by the Counterparties, the Counterparties has fulfilled the obligation of making capital contributions in full as stipulated in the Target Company's Articles of Association and has the right to possess, use, profit from and dispose of the shares of the Target Company; the ownership of the shares held by the Counterparties in the Target Company is clear; the shares are neither encumbered by mortgage, pledge or other security interest or by any third party rights, or otherwise restricted nor frozen, seized or put up for auction by any court or other competent authority. The Target Company in the transaction Taishan

BNBMPLC0008987

Gypsum is currently a limited liability company. The Target Asset is comprised of shares held by some of the directors, supervisors and senior managers of Taishan Gypsum. In order to comply with the relevant restrictive provisions of Article 141 of the Company Law, relevant arrangements have been made. There are no legal obstacles to the implementation of the relevant arrangements.

The transaction is the acquisition of a 35% stake in Taishan Gypsum does not involve the handling of creditor's rights and debts. The creditor's rights and debts originally enjoyed and borne by Taishan Gypsum will stick be enjoyed and borne by Taishan Gypsum after the date of delivery.

In summary, the ownership of the Asset involved in the transaction is clear; there are no legal obstacles to the transfer of the Asset; the formalities for ownership transfer are expected to be completed within the agreed period.

**(V) The transaction is conducive to enhancing the Listed Company's ability to continue as a going concern and will not lead to a situation where the Listed Company's assets are composed primarily of cash or the Listed Company has no specific business operations after restructuring**

Prior to the transaction, Taishan Gypsum was already an important majority-owned subsidiary of BNBMPLC, contributed significantly to the Company's profits and was a leading enterprise in the gypsum board industry. After completion of the transaction, Taishan Gypsum will become a wholly owned subsidiary of BNBMPLC and the operating results corresponding to the 35% minority stake in Taishan Gypsum will be fully attributable to BNBMPLC, thereby increasing the amount of net profit attributable to the shareholders of BNBMPLC, boosting earnings per share for the shareholders of BNBMPLC, raising the level of returns to shareholders and at the same time further enhancing the profitability of the Company. The Company and Taishan Gypsum will complement each other strategically, brand-wise and geographically to increase the overall synergy between them and achieve a win-win outcome in terms of "volume" and "profit".

In summary, the transaction is conducive to enhancing the Listed Company's ability to continue as a going concern and will not lead to a situation where the Listed Company's assets are composed primarily of cash or the Listed Company has no specific business operations after restructuring.

**(VI) The transaction is conducive to the Listed Company remaining independent of the actual controller and any party related thereto in business operations, assets, finance, personnel and organizations, in keeping with the China Securities Regulatory Commission's regulations on the independence of listed companies**

Prior to the transaction, the Company already established a standardized corporate governance structure and a management system for independent operation in accordance with the provisions of relevant laws and regulations to make itself independent in business operations, assets, finance, personnel and organizations. The transaction will not affect CNBMPLC' position as the controlling shareholder and CNBM Group's position as the actual controller and the Company's actual controller will not be replaced, so the existing corporate governance structure will not be adversely affected. In addition, in order to ensure that the independence of the Listed Company is not affected, both controlling shareholder CNBMPLC and actual controller CNBM Group have issued a Letter of Undertaking to Ensure the Independence of the Listed Company.

BNBMPLC0008988

After completion of the transaction, the Company will continue to be independent of the actual controller and any party related thereto in business operations, assets, finance, personnel and organization, in keeping with the China Securities Regulatory Commission's regulations on the independence of listed companies.

In summary, the transaction is conducive to the Listed Company remaining independent of the actual controller and any party related thereto in business operations, assets, finance, personnel and organizations, in keeping with the China Securities Regulatory Commission's regulations on the independence of listed companies and the provisions of Article 11 (6) of the Measures for the Administration of Restructuring of Material Assets of Listed Companies.

**(VII) The transaction is conducive the Listed Company forming or to maintaining a sound and effective corporate governance structure**

Prior to the transaction, the Company already established a relatively sound corporate governance structure. The transaction will not result any significant change to the Company's corporate governance structure. After completion of the transaction, the Company will further improve the construction and implementation of the Company's various systems and maintain a sound and effective corporate governance structure pursuant to the Company Law, the Securities Law, the Code of Corporate Governance for Listed Companies in China, the Listing Rules and other laws and regulations.

In summary, the transaction is conducive the Company forming or to maintaining a sound and effective corporate governance structure

**II. The transaction complies with the provisions of Article 43 of the Measures for the Administration of Restructuring of Material Assets of Listed Companies**

**(I) the transaction is conducive to improving the quality of the Listed Company's assets, improving its financial position and enhancing its ability to sustain profitability and will help the Listed Company reduce related party transactions, avoid horizontal competition and strengthen its independence**

**1. Improving the quality of the Listed Company's assets, improving its financial position and enhancing its ability to sustain profitability**

Prior to the transaction, Taishan Gypsum was already an important majority-owned subsidiary of BNBMPLC, contributed significantly to the Company's profits and was a leading enterprise in the gypsum board industry. After completion of the transaction, Taishan Gypsum will become a wholly owned subsidiary of BNBMPLC and the operating results corresponding to the 35% minority stake in Taishan Gypsum will be fully attributable to BNBMPLC, thereby increasing the amount of net profit attributable to the shareholders of BNBMPLC, boosting earnings per share for the shareholders of BNBMPLC, raising the level of returns to shareholders, further enhancing the profitability of the Company and improving the quality of assets. Meanwhile, the Company and Taishan Gypsum will complement each other strategically, brand-wise and geographically to increase the overall synergy between them and achieve a  win-win outcome in terms of "volume" and "profit" and enhance its ability to sustain profitability.

**2. Reducing related party transactions**

Prior to the transaction, Taishan Gypsum was already a majority-owned subsidiary of BNBMPLC. The Asset purchased via the issue of shares by BNBMPLC is a minority stake

BNBMPLC0008989

in the majority-owned subsidiary of the Listed Company, so the transaction will not have any impact on the Company's ongoing related party transactions. In addition, the Company has developed regulations for related party transactions in accordance with the Company Law, the Securities Law and the relevant requirements of the China Securities Regulatory Commission, including regulations regarding principles for related party transactions, related parties and related party relationships, decision-making procedures for related party transactions and the disclosure of related party transactions and has been strictly enforcing these regulations. Routine related party transactions are conducted in accordance with market principles. Meanwhile, the Company's board of supervisors and independent directors can timely and fully express their opinions on related party transactions according to the provisions of relevant laws and regulations and the Company's Articles of Association to meet their due diligence obligations and earnestly perform their supervisory duties.

After completion of the transaction, the Listed Company will continue to standardize related party transactions in accordance with the provisions of the Articles of Association and relevant laws and regulations and based on the principles of equality and mutual benefit, and disclose information in accordance with relevant laws, regulations and regulatory rules to ensure the rationality, fairness and legality of pricing for related party transactions and safeguard the legitimate rights and interests of the minority shareholders of the Listed Company.

### 3. Avoiding horizontal competition and strengthening independence

Prior to the transaction, BNBMPLC already established a standardized corporate governance structure and a management system for independent operation in accordance with the provisions of relevant laws and regulations to make itself independent of the actual controller and any party related thereto in business operations, assets, finance, personnel and organizations. In addition, Taishan Gypsum was already a majority-owned subsidiary of BNBMPLC and the transaction will not result in the replacement of in the actual controller of the Listed Company. As of the signing date of this Report, the actual controller of the Listed Company is still CNBM Group. There are no indications that CNBM Group is engaging in, possessing or controlling any business operation similar to that of the Listed Company or target company, and no horizontal competition has been found.

In summary, there are no indications that the Counterparties to the transaction or any enterprise controlled by it is engaging in, possessing or controlling any business operation similar to that of the Listed Company, and there no horizontal competition. In addition, in order to avoid horizontal competition that may arise in future and reduce related party transactions, the Counterparties has issued the Letter of Undertaking to Avoid Horizontal Competition, Reduce Related Party Transactions and Maintain the Independence of the Listed Company; the controlling shareholder and actual controller has issued the Letter of Undertaking to Ensure the Independence of the Listed Company, and issued the Letter of Undertaking to Avoid Horizontal Competition with Beijing New Building Materials Public Limited Company and the Letter of Undertaking to Reduce and Avoid Related Party Transactions with Beijing New Building Materials Public Limited Company and made a public announcement thereof in May 2014.

**(II) A certified public accountant has issued an auditor's report containing an unqualified opinion on the Listed Company's financial statements for the most recent year or period; where an auditor's report containing a qualified opinion, an adverse opinion or a disclaimer of opinion has been issued, it is required that the certified public accountant perform a special inspection to confirm that the material**

BNBMPLC0008990

**adverse effect of the matters referred to in the qualified opinion, adverse opinion or disclaimer of opinion has been eliminated or will be eliminated through the transaction**

Baker Tilly China Certified Public Accountants has audited BNBMPLC's financial statements for 2014 and issued a standard unqualified auditor's report (Tian Zhin Ye Zi [2015] No. 6057).

**(3) Neither the Listed Company nor any of its incumbent directors or senior managers is under investigation by the judicial organ for any suspected crime or is under investigation by the China Securities Regulatory Commission for a suspected violation of any law or regulation, except where suspected criminal act or law or regulation-breaking act has stopped for at least three years and the transaction plan will help eliminate the possible adverse consequences of the act without jeopardizing efforts to hold the offender accountable.**

According to the Letter of Undertaking Concerning Qualifications and by searching for public information, we found that neither the Listed Company nor any of its incumbent directors or senior managers was investigated by the judicial organ for any suspected crime or investigated by the China Securities Regulatory Commission for a suspected violation of any law or regulation during the reporting period.

**(IV) The Asset purchased via the issue of shares by the Listed Company should be an operating asset whose ownership is clear and the formalities for ownership transfer can be completed within the agreed period**

The Asset involved in the transaction is a 35% stake in the Taishan Gypsum. According to the Letter of Undertaking Concerning the Ownership of the Target Asset issued by the Counterparties, the registered capital for the Target Asset has been fully paid up, the shareholders have fulfilled the obligation of making capital contributions as stipulated in the Target Company's Articles of Association and has a legal right to possess, use, profit from and dispose of the shares of the Target Company; the ownership of the shares held by the shareholders in the Target Company is clear; there are no ownership disputes or any other legal disputes; the shares are neither encumbered by mortgage, pledge or other security interest or by any third party rights, or otherwise restricted nor frozen, seized or put up for auction by any court or other competent authority; the transaction is the acquisition of a 35% stake in Taishan Gypsum does not involve the handling of creditor's rights and debts. The creditor's rights and debts originally enjoyed and borne by Taishan Gypsum will stick be enjoyed and borne by Taishan Gypsum after the date of delivery.

In summary, the ownership of the Asset involved in the transaction is clear; there are no legal obstacles to the transfer of the Asset; the formalities for ownership transfer are expected to be completed within the agreed period; the handling of relevant creditor's rights and debts is legal.

**III. None of the circumstances where a listed company is not allowed to make a non-public offering of its shares as specified in Article 39 of the Measures for the Administration of Issuance of Securities by Listed Companies apply to the Company**

None of the circumstances specified in Article 39 of the Measures for the Administration of Issuance of Securities by Listed Companies apply to the Listed Company:

1. The application documents for the transaction do not contain any false records,

BNBMPLC0008991

misleading statements or major omissions;

2. The controlling shareholder or actual controller hasn't caused any serious damage to the rights and interests of the Listed Company or such serious damage has been remedied;

3. Neither the Listed Company nor any of its subsidiaries has provided any external guarantee or the Listed Company or subsidiary has been relieved of its obligations under such guarantee;

4. None of its incumbent directors or senior managers has been subject to administrative punishment by the China Securities Regulatory Commission within the past 36 months or has been publicly censured by the stock exchange within the past 12 months;

5. Neither the Listed Company nor any of its incumbent directors or senior managers is under investigation by the judicial organ for any suspected crime or is under investigation by the China Securities Regulatory Commission for a suspected violation of any law or regulation;

6. No auditor's report containing an unqualified opinion on the Listed Company's financial statements for the most recent year or period has been issued by a certified public accountant;

7. There are no other circumstances where the legitimate rights and interests of investors or the public interest has been seriously damaged.

In summary, none of the circumstances where a listed company is not allowed to make a non-public offering of its shares as specified in Article 39 of the Measures for the Administration of Issuance of Securities by Listed Companies apply to the Company.

### IV. Opinion of the Independent Financial Adviser and the Legal Adviser

Independent financial adviser Morgan Stanley Huaxin Securities is of the opinion that the transaction plan complies with the provisions of the Measures for the Administration of Restructuring of Material Assets of Listed Companies and other laws, regulations and regulatory documents.

Legal adviser lawyer Guo Feng is of the opinion that the transaction complies with the principles and substantive conditions for restructuring of material assets of listed companies **and listed companies' acquisition of assets through the issuance of shares set** out in the Measures for the Administration of Restructuring of Material Assets of Listed Companies.

BNBMPLC0008992

# Chapter 10 Discussion and Analysis of the Management

The Board of Directors of the Company finished the analysis and discussion as set out in this chapter, based on the financial reports of the Company for 2013 and 2014 audited by Baker Tilly, unaudited financial statements of the Company for January-October 2015, financial reports of the Target Company for 2013, 2014 and January-October 2015 audited by Baker Tilly and pro forma consolidated financial reports of the Company for 2014 and January-October 2015 reviewed by Baker Tilly. Investors may also refer to Chapter XI Financial Information of this report and the above-mentioned financial reports when reading this chapter. Unless otherwise specified, the financials used for analysis in this chapter are data from the consolidated statements or results of calculation based on the consolidated reports.

**I Analysis on financial status and operating results of the listed company prior to the proposed transaction**

**(I) Analysis on financial status of the listed company prior to the proposed transaction**

**1. Analysis on asset structure and its changes**

Unit: RMB10, 000

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| **Current assets** | | | | | | |
| Cash | 85, 788.19 | 6.21 | 126, 947.69 | 9.49 | 76, 693.17 | 7.24 |
| Trading financial assets | 127, 366.04 | 9.22 | 117, 832.48 | 8.81 | - | - |
| Notes receivable | 6, 367.87 | 0.46 | 11, 969.54 | 0.90 | 10, 568.07 | 1.00 |
| Accounts receivable | 63, 753.95 | 4.62 | 23, 281.24 | 1.74 | 24, 940.53 | 2.36 |
| Prepayments | 30, 077.14 | 2.18 | 54, 928.18 | 4.11 | 51, 860.14 | 4.90 |
| Other receivables | 6, 452.95 | 0.47 | 5, 027.49 | 0.38 | 4, 652.35 | 0.44 |
| Inventory | 146, 475.27 | 10.61 | 162, 935.04 | 12.18 | 143, 695.21 | 13.57 |
| **Total current assets** | **466, 281.42** | **33.76** | **502, 921.66** | **37.61** | **312, 409.48** | **29.50** |
| **Non-current assets** | | | | | | |
| Available-for-sale financial assets | 1, 819.06 | 0.13 | 1, 819.06 | 0.14 | 2, 061.89 | 0.19 |
| long-term equity investment | 11, 803.28 | 0.85 | 12, 008.87 | 0.90 | 11, 719.24 | 1.11 |
| Investment real estate | 4, 379.74 | 0.32 | 4, 473.68 | 0.33 | 4, 586.39 | 0.43 |
| Fixed assets | 631, 082.17 | 45.69 | 586, 624.84 | 43.87 | 563, 208.43 | 53.19 |
| Construction in progress | 115, 658.81 | 8.37 | 111, 107.37 | 8.31 | 64, 285.40 | 6.07 |
| Disposal of fixed assets | 0.99 | 0.00 | - | - | - | - |
| Intangible assets | 144, 103.94 | 10.43 | 111, 876.61 | 8.37 | 94, 032.89 | 8.88 |

BNBMPLC0008993

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Goodwill | 2, 888.97 | 0.21 | 2, 888.97 | 0.22 | 2, 852.53 | 0.27 |
| Long-term deferred expenses | 1, 221.23 | 0.09 | 1, 097.24 | 0.08 | 681.67 | 0.06 |
| Deferred income tax assets | 1, 718.97 | 0.12 | 2, 050.27 | 0.15 | 2, 332.64 | 0.22 |
| Other non-current assets | 157.88 | 0.01 | 387.75 | 0.03 | 722.13 | 0.07 |
| **Total non-current assets** | **914, 835.05** | **66.24** | **834, 334.65** | **62.39** | **746, 483.21** | **70.50** |
| **Total assets** | **1, 381, 116.46** | **100.00** | **1, 337, 256.31** | **100.00** | **1, 058, 892.69** | **100.00** |

The issuer is an enterprise of new building materials which is a capital-intensive industry. Due to long operation cycle, it has a relatively larger size of assets. Non-current assets account for a higher percentage. During the reporting periods, the Company's non-current assets accounted for about 66.38% on average, in line with the characteristics of the industry.

**The Company's current assets mainly include cash, accounts receivable, prepayments and** inventory, and non-current assets mainly include fixed assets, construction in progress and **intangible assets. During the reporting periods, the issuer's assets maintained sustained growth. In 2014, the Company' assets increased more significantly, mainly because it** completed non-public offering in 2014. During the reporting periods, the Company had a stable asset structure, and no material change occurred.

## 2. Analysis on liability structure and its changes

Unit: RMB10, 000

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Current liabilities | | | | | | |
| Short-term borrowing | 205, 414.30 | 42.85 | 216, 200.00 | 44.60 | 277, 872.00 | 53.88 |
| Notes payable | 43, 235.51 | 9.02 | 39, 599.15 | 8.17 | 26, 478.59 | 5.13 |
| Accounts payable | 75, 086.82 | 15.66 | 75, 657.26 | 15.61 | 75, 678.46 | 14.67 |
| Advance receipts | 11, 034.58 | 2.30 | 6, 585.71 | 1.36 | 8, 823.36 | 1.71 |
| Employee benefits payable | 5, 643.39 | 1.18 | 4, 452.40 | 0.92 | 3, 895.10 | 0.76 |
| Taxes payable | 1, 854.99 | 0.39 | -2, 628.08 | -0.54 | 209.43 | 0.04 |
| Interest payable | 2, 616.67 | 0.55 | 3, 155.53 | 0.65 | 1, 968.89 | 0.38 |
| Dividend payable | 324.32 | 0.07 | 33.75 | 0.01 | 32.25 | 0.01 |
| Other payables | 12, 454.81 | 2.60 | 11, 084.45 | 2.29 | 40, 438.73 | 7.84 |
| Non-current liabilities due within one year | 10, 890.00 | 2.27 | 16, 390.00 | 3.38 | 7, 665.00 | 1.49 |
| Other current liabilities | 10, 000.00 | 2.09 | 60, 000.00 | 12.38 | - | 0.00 |
| **Total current liabilities** | **378, 555.40** | **78.97** | **430, 530.17** | **88.82** | **443, 061.80** | **85.91** |
| **Non-current liabilities** | | | | | | |

BNBMPLC0008994

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Long-term borrowing | 3, 125.70 | 0.65 | 4, 005.00 | 0.83 | 21, 945.00 | 4.26 |
| Bonds payable | 50, 000.00 | 10.43 | - | - | - | - |
| Long-term payables | 1, 103.14 | 0.23 | 1, 963.76 | 0.41 | 1, 223.57 | 0.24 |
| Special payables | 573.14 | 0.12 | 603.59 | 0.12 | 760.18 | 0.15 |
| Deferred income tax liabilities | 255.98 | 0.05 | 327.01 | 0.07 | 231.16 | 0.04 |
| Deferred income-non-current liabilities | 45, 723.81 | 9.54 | 47, 311.63 | 9.76 | 48, 498.79 | 9.40 |
| **Total non-current liabilities** | **100, 781.78** | **21.03** | **54, 211.00** | **11.18** | **72, 658.71** | **14.09** |
| **Total liabilities** | **479, 337.18** | **100.00** | **484, 741.17** | **100.00** | **515, 720.51** | **100.00** |

At the end of each reporting period, the Company's total liabilities decreased continuously. Total liabilities decreased in late 2014 compared with late 2013, mainly because the Company completed non-public offering in 2014 and used the raised funds to repay the bank loans. The Company's liabilities are mostly current liabilities that accounted for 85.91%, 88.82% and 78.97% respectively. As of October 31, 2015, current liabilities accounted for a lower percentage, mainly because the Company adjusted the liability structure.

### 3. Analysis on debt paying ability

| Item | October 31, 2015 | December 31, 2014 | December 31, 2013 |
|---|---|---|---|
| Current ratio (x) | 1.23 | 1.17 | 0.71 |
| Quick ratio (x) | 0.84 | 0.79 | 0.38 |
| Asset-liability ratio (%) | 34.71 | 36.25 | 48.70 |

Notes: (1) Current ratio = current assets/current liabilities

(2) Quick ratio = (Current assets-Inventory)/current liabilities

(3) Asset-liability ratio = total liabilities/total assets

The Company had lower current ratio and quick ratio, mainly because with size of principal business increasing, more funds were needed in routine business activities. To save costs, the Company improved the application of short-term borrowing. The Company completed non-public offering in 2014 and used part of the raised funds to repay bank loans. The current ratio and quick ratio (%) both improved. During the reporting periods, the Company had a relatively stable debt paying ability. Asset-liability ratio in consolidated financial statements remained at a low level and exhibited a continuous decline. Its long-term debt paying ability is good.

### (II) The Company's operating results prior to the proposed transaction

Unit: RMB10, 000

| Item | January-October 2015 | 2014 | 2013 |
|---|---|---|---|
| Operating revenue | 626, 009.38 | 829, 503.22 | 749, 008.28 |
| Operating cost | 431, 759.39 | 581, 488.17 | 526, 319.99 |
| Operating margin | 194, 249.99 | 248, 015.05 | 222, 688.29 |

BNBMPLC0008995

| | | | |
|---|---|---|---|
| Return on investment | 5, 005.43 | 811.90 | 486.42 |
| Business profit | 117, 074.99 | 148, 854.17 | 133, 593.00 |
| Total profit | 112, 829.62 | 166, 266.72 | 143, 984.93 |
| Net profit | 96, 483.74 | 146, 912.66 | 125, 806.36 |
| Net profit attributable to owner of parent company | 70, 446.90 | 110, 545.16 | 90, 550.98 |
| Net profit attributable to owner of parent company after deducting non-current gains and losses | 70, 584.69 | 96, 989.85 | 81, 803.42 |

## 1. Analysis on overall profitability

The Company promotes industrial layout of gypsum boards in China. New gypsum board production lines of the Company and subordinated companies have been built and put into operation in succession. Production capacity has increased rapidly, leading to improved efficiency and capacity of supplying products to regional markets. Secondary, with furthering of the industrial layout, the Company has expanded the sales channels in county-level markets vigorously, and marched up to the construction of a new countryside **and affordable housing. In 2014, the Company's operating revenue increased by** RMB804.9494mn compared with last period, i.e., 10.75%.

## 2. Analysis on composition of operating revenue.

The Company is mainly engaged in the production and sale of gypsum boards, studs and other new building materials. Gypsum boards and studs accounted for 92.51% and 92.60% of operating revenue in 2013 and 2014 respectively, which is the main source of the **Company's operating revenue. The Company's revenue remains stable.**

Unit: RMB10, 000

| Item | 2014 | | 2013 | |
|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) |
| Gypsum board | 707, 094.52 | 85.24 | 634, 639.20 | 84.73 |
| Stud | 61, 012.65 | 7.36 | 58, 272.33 | 7.78 |
| Other products | 45, 358.47 | 5.47 | 40, 375.18 | 5.39 |
| Project and labor | 6, 920.79 | 0.83 | 7, 375.98 | 0.98 |
| VAT subsidy income | 3, 700.84 | 0.45 | 3, 327.54 | 0.44 |
| Income from other business | 5, 415.96 | 0.65 | 5, 018.05 | 0.67 |
| Operating revenue | 829, 503.22 | 100.00 | 749, 008.28 | 100.00 |

## 3. Analysis on profitability index

| Item | October 31, 2015 | December 31, 2014 | December 31, 2013 |
|---|---|---|---|
| Gross margin (%) | 31.03 | 29.90 | 29.73 |
| Net profit margin (%) | 15.41 | 17.71 | 16.80 |
| Cost income ratio (%) | 12.45 | 11.91 | 11.65 |
| Basic EPS (RMB/share) | 0.50 | 0.91 | 0.79 |
| Weighted average return on net assets (%) | 9.47 | 21.24 | 23.82 |

**During the reporting periods, the Company's gross margin and net profit margin both** maintained steady growth and increased slightly, and cost income ratio was stable as well,

BNBMPLC0008996

**reflecting the Company's stable profitability and strong ability to control cost.** In 2014, the return on equity decreased slightly compared with 2013, mainly because the Company completed non-public offering in 2014, leading to a substantial increase in net assets.

## II. Characteristics and operation of the industry in relation to the Target Assets

### (I) Developments of the industry

#### 1. Industry overview

The Target Company Taishan operates in the gypsum board industry, a sub-sector of lightweight building materials industry. The principal business of the Target Company is production and sale of gypsum boards. Departments in charge of the gypsum board industry are mainly the National Development and Reform Commission, Ministry of Housing and Urban-rural Development and Ministry of Industry and Information Technology. Refer to (I) Situation of the industry where Taishan operates of IX. Development of principal business of Taishan over the past 3 years **in** Chapter V Profile of the Subject Matter of the Transaction hereunder for details of departments in charge of the industry in relation to the Target Assets and main regulatory policies.

Gypsum boards are a type of building panel with gypsum as the main raw material which an appropriate amount of auxiliary materials is added to form the core material and stuck firmly together with protective paper. Gypsum board has such advantages as light weight, fire protection, thermal insulation, sound insulation, easy to use in construction and surface decoration, etc., and can be an alternative to limited wood and clay bricks. Besides, the gypsum board production can assimilate massively solid wastes, i.e., industrial by-product gypsum, discharged by coal-fired power plants, and achieve 100% recycling and utilization of industrial wastes. The industrial wastewater can also be fully used in production after treatment. So gypsum board is an energy-saving and environmental-friendly green product.

#### 2. Future development trends of the industry

**In the future, downstream demand of China's gypsum board industry still has large room to** grow, driven by three factors:

#### (1) There is large room for gypsum board to grow in commercial real estate field.

**The commercial real estate is the major consumption market of the Company's gypsum board products. With accelerated promotion of China's new urbanization process,** commercial real estate will be upgraded in tier-**1 cities, and China's commercial real estate** market will start a new round of smart growth. Besides, the demand for gypsum boards in process of old commercial real estate reconstruction and second decoration will increase continuously as well. Normally, the maintenance cycle for commercial housing is 8-10 years, after which, decoration will be needed, while public buildings should be decorated every 5 years. With an increasing number of office buildings and commercial housing in China which have begun to enter the reconstruction and maintenance period at present, **the second decoration of China's existing commercial real estate will develop a huge** demand for gypsum boards.

#### (2) The demand for gypsum boards will increase continuously in new housing construction and existing housing reconstruction.

From a perspective of market structure, in US and other developed countries, 80% of gypsum boards are used in housing, while in China, 70% are used in hotels, guesthouses,

BNBMPLC0008997

stadiums, office buildings as well as other commercial and public buildings. With guidance of energy-saving policy and change in consumer habit in the future, the housing market will become a main growth point of gypsum board. In addition to commercial housing, affordable housing is also an important demand point of gypsum board. In April 2014, the Ministry of Housing and Urban-rural Development issued the Notice on Doing a Good Job of Housing Security in 2014 issued, requesting all cities shall ensure construction of over 6mn housing will commence and that of over 4.8mn housing will be completed basically according to China's urban affordable housing project for 2014. The accelerated development and construction of affordable housing will also bring a new business growth point to the gypsum board industry. In addition, the demand for gypsum boards will increase continuously due to enhanced awareness of environmental-friendly consumption, housing reconstruction and second decoration. Now China has existing houses of about 40bn square meters. Suppose decoration is needed every 10 years, houses of about 4bn square meters will need to be re-decorated each year in China, which shows a huge demand for gypsum boards in market.

**(3) There is great potential for consumption of gypsum boards as a type of partition decoration material.**

In China, gypsum boards are widely used in ceiling decoration, but seldom in partition decoration. Currently, the main wall material used in China is clay brick. As environmental protection requirements are strengthened continuously, there is great room to improve penetration of gypsum boards in partition market. Compared with traditional building materials, gypsum boards have such advantages as environmental protection, fire protection, sound insulation, quake protection, energy saving and economical efficiency, etc. Replacing clay bricks with gypsum boards can help to protect farmland and save energy. Gypsum boards can be used in decoration of public buildings or homes. In 2000, 2005 and 2009, China released three lists of cities banned from using solid clay bricks in succession, and introduced a series of policies to promote application and popularity of new wall materials. The 12th Five Year Plan for Development of New Building Material Industry issued by the Ministry of Industry and Information Technology listed gypsum boards as a key decorative and building material and pointed out efforts shall be made to increase percentage of gypsum boards and other building panels in wall materials from 7.4% of 2010 to 20% or below. Support from industrial policy will facilitate substitution of new wall materials represented by gypsum board for traditional clay bricks and other wall materials with high energy consumption. It is expected that with increase in policy support, consumption upgrading, enhancement of environmental consciousness and rise in labor costs, promotion of gypsum boards from public building decoration to home decoration and from ceiling decoration to partition decoration will increase the consumption of gypsum boards further.

**(4) New urbanization and new rural construction will promote continuous growth in gypsum board consumption.**

The CPC Central Committee and the State Council put forward the new urbanization and construction of a new countryside, as major drivers to future economic and social development, shoulders the important task of expanding domestic demand. New urbanization and construction of a new countryside provide a new opportunity for the new building material industry to develop sustainably and rapidly and broad market space, definitely leading to robust demand for gypsum boards. According to the 12th Five Year Plan for Development of New Building Material Industry issued by the Ministry of Industry and Information Technology, during the 12th Five Year Plan period, new buildings covering an area of 2bn-**3bn square meters are built in China's urban and rural areas each year,**

BNBMPLC0008998

and existing buildings cover an area of 43bn square meters. With huge volume of incremental construction and increasingly highlighted demand for decoration and renovation of existing buildings, gypsum board consumption is expected to increase continuously. With improvement in urbanization ratio and purchasing power of residents, the demand of housing market for gypsum boards will grow accordingly.

**(II) Competition pattern**

Currently, the main participants in the domestic gypsum board market can be divided into three groups. The high-end group includes BNBMPLC and three world famous enterprises, i.e., Knauf, Saint-Gobain and Boral. As of October 31, 2015, the annual production capacity of BNBMPLC has reached 1.87bn square meters, ranking first in the world. The annual output of single equipment that represents the advancement of production process has been able to reach 50mn square meters. BNBMPLC has realized the industrial layout of gypsum boards of 2.5bn square meters in China, occupying firmly a leading position in the industry. According to the materials provided by the Company, the total output of such three world famous enterprises as Knauf, Saint-Gobain and Boral is about 330mn square meters, and their annual output of single equipment in China is up to 25mn square meters. The production equipment, technology research and product quality of enterprises at the first level have all reached international standards, and they are the main participants in China's gypsum board market. In the medium group are private enterprises with annual output of single equipment of less than 10mn square meters. Such enterprises are mainly distributed in Linyi of Shandong, Jinzhou of Hebei, Changde of Hunan and etc., totaling over 20. In the low-end group are numerous small-scale private enterprises whose product quality and environmental standards cannot reach the relevant national standards.

In 2014, BNBMPLC grasped a 50% share in China's gypsum board market. As a pioneer in China's gypsum board industry, BNBMPLC has an obvious advantage in brand influence, coverage rate of key projects, factory and channel distribution, etc. compared with competitors. BNBMPLC's "Dragon" and "Taishan" gypsum boards covering high-end and low-end market respectively can satisfy consumer demand at different levels. With BNBMPLC's advantage in scale, brand and technologies being highlighted further, market concentration will continue to improve in the future.

**(III) Technical standards and operation features of the industry**

**1. Technical standards of the industry.**

In terms of raw material, gypsum, the main raw material of gypsum boards, can be divided into natural gypsum and industrial by-product gypsum (such as desulfurization gypsum and etc.). Before 2007, the gypsum boards in China mainly used natural gypsum as raw material and gypsum board production was mainly concentrated in Shandong, Hebei, Henan, Shanxi, Ningxia and other places with abundant natural gypsum resources. After fire power plants started desulfurization substantively nationwide in 2007, the supply and utilization ratio of industrial by-product gypsum began to increase rapidly. So far, the application technology of industrial by-product gypsum has become a widely-used technology in the industry.

In terms of equipment and technology, large and high-speed equipment can achieve fast production, stable product quality, lower unit energy consumption and higher production efficiency. Single-equipment output has become the major index for measuring enterprises' production and technical level. According to the Guidance Catalogue of Industrial Structure Adjustment (2011) (revised) issued by the NDRC, gypsum board production line with a

BNBMPLC0008999

production capacity of less than 30mn square meters/year is listed as the restricted project; that with a production capacity of less than 10mn square meters/year is listed as the eliminated project, indicating small-scale production lines have been strictly restricted by national industrial policy. In addition, waste heat recovery of drying kiln, gypsum calcination and energy saving technology and other energy saving and consumption reducing technologies have become the important **standards for measuring enterprises' technical** advancement gradually.

## 2. Operation features of the industry

The reasonable transportation radius of gypsum boards is 300-500 kilometers. As industrial by-product gypsum is currently the main raw material of gypsum boards, gypsum board production has a more obvious regional feature, i.e., it is mainly concentrated near to large fire power plants that can produce industrial by-product gypsum and come closer to market in cities. Therefore, the strategy and reasonableness of capacity allocation of gypsum board enterprises have become one of the key factors for development.

Gypsum boards are mainly used for decoration of public buildings or home decoration. Due to impacts of the Spring Festival holidays and climate, gypsum boards are sold seasonally. Normally the first quarter of a year is the low season, while the third quarter is the peak season.

## (IV) Positive and negative factors that affect the development of the industry

## 1. Positive factors

## (1) Acceleration of urbanization process and construction of a new countryside

China, as a big developing country, is currently in the rapid development period aimed at urbanization, industrialization and marketization. Industrial restructuring, new industrial development and urbanization are all advancing and developing rapidly. As of late 2014, **China's urbanization rate has exceeded** 50%**. It is expected that by 2020, China's** urbanization rate will exceed 60%. Besides, th**e economic life in China's rural areas has changed from "subsistence" in late 20**[th] **century to "well-off" in early 21**[st] century. Rural **housing construction will also develop towards "well-off housing" featuring full functions,** complete facilities and beautiful environment. Urbanization and construction of a new countryside has provided a new opportunity for sustained and rapid development of new building material industry and broad market space.

## (2) Further room available to develop in partition material and wall decoration.

Gypsum board is one of the important building and decorative materials. Compared with traditional building materials, it meets the requirements of green buildings due to such advantages as fire protection, sound insulation, quake protection, energy saving and economical efficiency, etc. Not only it can improve housing functions to meet the specific demand for residence and office, but also it echoes the national economic development featuring energy saving and environmental protection. Therefore, it has a trend for it to replace traditional wall materials step by step. There will be obvious room for it to grow in the future. From a perspective of downstream application, gypsum boards are widely used as an interior ceiling and partition material. Currently, gypsum boards used as ceiling material in China account for about 70% of total sales volume. Still, they have not been widely used for wall construction and decoration.

BNBMPLC0009000

In developed countries, about 80% of gypsum boards are used for lightweight wall **construction. With sustained development of China's economy and enhancement in people's awareness of energy saving and environmental protection, gypsum board** downstream market will expand to the field of partition construction and wall decoration step by step. According to the 12th Five Year Plan for Development of New Building Material Industry issued by the Ministry of Industry and Information Technology, gypsum board, composite insulation board and other new wall materials have been identified as key new building materials to be developed at the highest priority. Besides, the NDRC also pointed out in the Guiding Opinions on Wall Material Innovation of the 12th Five Year Plan that ""**new wall materials shall be encouraged to develop in the d**irection of light weight, high strength and compositing technology; priorities shall be given to the production and application of multi-functional and integrated new wall materials characterized by energy saving, heat preservation, high strength, fire protection and environmental protection; efforts shall be made to develop new wall materials and products with coal gangue, fly ash and desulfurization gypsum as main raw materials, " which means great policy support will be given to the application of gypsum boards in wall construction and decoration and is a positive factor for future development of the industry.

## 2. Negative factors

### (1) Raw material and energy price fluctuations

The main raw materials needed in gypsum board production are industrial by-product gypsum and protective paper; coal is used as the main fuel.

Raw materials, fuel and power account for a high percentage of operating costs of gypsum board manufacturers. Raw material and fuel price fluctuations have direct impacts on economic benefits of manufacturers in the industry. In recent years, some companies engaged in this industry have tries their best to maintain stable production costs by building factories close to sources of raw materials, establishing sophisticated cost control system and taking other measures. However over the past three years, operating costs of gypsum board manufacturers have changed significantly due to price fluctuations in major raw material markets. If raw material and fuel prices change significantly in the future, purchasing costs will fluctuate directly so as to produce negative impacts on sustained and steady growth in profitability of enterprises in the industry.

### (2) Intensification of industry competition

The gypsum board industry is very competitive. The current competition pattern is primarily constituted by BNBMPLC, the Target Company, a few foreign companies, including Saint-Gobain, Boral and Knauf, as well as numerous small-scale enterprises both home and abroad jointly. The market competition is fierce. Through market integration and restructuring over the past few years, especially the introduction of Guidance Catalogue of Industrial Structure Adjustment (2011) (revised), in which, gypsum board production line with a production capacity of less than 30mn square meters/year is listed as the restricted project; that with a production capacity of less than 10mn square meters/year is listed as the eliminated project, a group of small-scale manufacturers have been eliminated due to small production size, backward technology, low-grade products and lack of independent brands, market concentration and barriers to entry have been improved, and competition order has been perfected. The improvement in industry concentration has also intensified the competition among advantageous enterprises in the industry in resources, technologies, brands and talents, etc. to some extent, so that enterprises are faced with some pressure in improving market sales and market share continuously. With promotion

BNBMPLC0009001

and development of gypsum board industry towards greening, environmental protection and energy saving, it is expected that the industrial structure will be deepened and adjusted further; the competition in gypsum board industry will become fiercer; and enterprises will be faced with the negative factor that pressure from industry competition will increase significantly.

**(3) Volatility real estate industry**

The development of the gypsum board industry is closely related with macroeconomic performance and subject to combined impacts from size of fixed asset investment, urbanization and macro-economy.

Gypsum board products are mainly sold in public decoration market and private housing market and applied in landmark buildings, hotels, office buildings, commercial real estate, housing and other real estate projects. National policy aimed at real estate industry and development of the real estate industry produce certain impacts on production and operation of companies in the industry. Since 2010, the Chinese government has introduced a series of measures for land, taxation and purchase limitation to regulate the real estate industry. After the introduction of regulatory policy for the real estate industry by the government, growth in real estate industry slowed down to some extent. If size and growth of investment in real estate industry fluctuate in the future, some negative impacts will be produced on the operating performance of the whole industry.

**(V) Barriers to entry**

**1. Policy barriers**

According to the Guidance Catalogue of Industrial Structure Adjustment (2011) (revised) issued by the NDRC, gypsum board production line with a production capacity of less than 30mn square meters/year is listed as the restricted project; that with a production capacity of less than 10mn square meters/year is listed as the eliminated project. The raised access has disqualified small-scale and workshop-style gypsum board factories from entry, producing certain impacts on entry of new enterprises.

**2. Resource barriers**

Gypsum board production has a regional monopoly property. Large-scale fire power plants that burn coal with high sulfur content and are located close to city center or urban cluster are quality resources for gypsum board production, and they are quite rare. After a large-scale gypsum board enterprise occupies a regional market, it means it has established the barriers to upstream resources and marketing network. Due to limited resources and capacity of regional markets, few large-scale gypsum board factories get involved in regional competition.

**3. Market barriers**

**China's gypsum board industry is highly concentrated. Five major brands in the industry,** i.e., Dragon, Taishan, Knauf, Saint-Gobain and Boral grasp a total market share of about 60%. Also after years of development, Dragon, Taishan and other advantageous gypsum board brands have been given high market visibility in the high-end market and low-end market respectively. It is not easy for enterprises that have just entered the industry to break the existing competition pattern.

**III. Core competitiveness of the Target Assets**

BNBMPLC0009002

**(I) Leading position in the leading industry**

Taishan is an enterprise specializing in gypsum board production with an annual gypsum board production capacity of 1.4bn square meters and over 40 branches and subsidiaries operating throughout China. The gypsum board products manufactured by Taishan are sold across the country by virtue of superior quality and reputation. Taishan has maintained high growth in production and sales of gypsum boards continuously. It is a **leader in China's gypsum board industry worthy of the name. Taishan attaches importance** to environmental protection by using industrial by-product gypsum as raw material, not only saving mineral resources, but also reducing ecological damage in the process of mining and transportation. Taishan finds a new way to dispose of the wastes produced from flue gas desulfurization of power plants, while opening up a new source of raw materials for gypsum board enterprises, which has promoted significant changes in gypsum board production pattern in China. The market position achieved by Taishan through years of operation is an important manifestation of its core competitiveness and source of excellent profitability.

**(II) Excellent brand value**

**Taishan, sticking to the tenet that "quality and reputation are our cornerstone", attaches** great importance to corporate brand development. Through many years of development, the gypsum board product made by Taishan has passed the authentication of ISO9001 **Quality Assurance System. With "harmonious innovation and contribution to society" as** business philosophy, it has also pass the authentication of ISO14001 Environmental **Management System, and has become "Double Green Star" enterprise advocated by the SEPA. "Taishan", the flagship brand of the Company is a famous Chinese trademark. Its** gypsum board series products **have won such honorary titles as "China Environmental Labeling Product", "Famous Chinese Brand of Green Building Material" and "Selected Part and Product for National Comfortable Housing Demonstration Project", etc.**

By virtue of industry influence and excellent brand quality accumulated for many years, Taishan has been awarded the certificates of Honest Enterprise in Tax Payment of Shandong Province, Credible Enterprise to Banks Rated AAA, Advanced Enterprise in Quality Control of Shandong Province, Hi-tech Enterprise of Shandong Province, Model Enterprise in Comprehensive Utilization of Resources of Shandong Province, Outstanding Enterprise in Environmental Protection of Shandong Province, Model Unit of Customer Satisfaction of Shandong Province, Contract-abiding and Trustworthy Enterprise of Shandong Province, Advanced Unit in Energy Saving of Shandong Province and National Hi-tech Enterprise.

**(III) Production and sales network covering the whole country**

**Taishan has been sticking to the "channel**-oriented**" marketing philosophy. Its marketing** network has expanded to major cities nationwide and county-level cities in developed regions. Through an intensive sales network made up by exclusive franchise dealers and flat management, and comprehensive and in-depth cooperation with real estate developers, public building decorating companies and home decorating companies, Taishan has achieved effective control over terminal market. It has over 40 subsidiaries and branches operating in 23 provinces (autonomous regions), including Shandong and Shanxi so that it can manage sales more conveniently. Furthermore, the Company has built by itself production factories nationwide and a strong logistics and distribution system that can achieve timely delivery of products. The sales network covers large and medium cities across the country, with over 200 sales offices where full-time after-sale service

BNBMPLC0009003

teams can provide great technical support to construction relying on professional construction instructions. Taishan has rich product portfolios, a perfect marketing platform and a strong technical support team, which are also important contributors to its core competitiveness.

## (IV) Scientific and reasonable cost control

Attaching great importance to management model, Taishan has comprehensively promoted management integration and management innovation, and strengthened goal management, refined management and benchmarking management to realize cost effective management.  By improving management level and reducing corporate costs, it has vigorously promoted the execution of cost saving plan in the purchasing and production processes, it has built an internal operation control system featuring comprehensive benchmarking and focused on performance. By means of scientific analysis, disintegration level by level and process monitoring, etc., Taishan has tried its best to ensure execution of the cost saving plan. Since 2010, it has achieved a reduction in unit consumption of coal and paper, exhibiting a significant effect of cost control and further improving its competitiveness in the market.

At the same time, according to the competition of gypsum boards in regional markets and changes in raw material costs, Taishan has adopted a market-oriented strategy to stabilize price and insure value as planned and carried out assessment and control over such indicators as labor productivity, sales volume, average unit price, unit gross margin and etc. at the level of production base, area and region to reflect comprehensively sales quality of each area and region as well as operation quality of each production base. It has effectively promoted the improvement in operation quality and controlled unit cost based on "promote competition and improvement with benchmarking" to ensure an invincible position of the Company in a highly competitive environment.

## (V) A senior management team with rich industry knowledge and management experience

The core staffs of Taishan have over a decade of expertise and management experience in gypsum board industry on average. Through unremitting efforts, they have integrated and allocated Taishan's business and resources across the country with a lower capital expenditure and less interruption to business, while seizing market opportunities, developing reasonable business strategies and new markets through innovative thinking and international perspective. Taishan has established good corporate culture, staff training mechanism and incentives for innovation, giving intrinsic motivation for its continued development.

IV. Analysis on financial status and profitability of the Target Assets

## (I) Analysis on financial status

## 1. Composition of assets

Composite of assets of Taishan at the end of each reporting period is shown in the following table:

Unit: RMB10, 000

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |

BNBMPLC0009004

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| **Current assets** | | | | | | |
| Cash | 72, 171.23 | 9.39 | 70, 638.85 | 9.93 | 54, 504.24 | 9.09 |
| Trading financial assets | - | - | - | - | - | - |
| Notes receivable | 197.51 | 0.03 | 288.00 | 0.04 | 351.04 | 0.06 |
| Accounts receivable | 13, 850.16 | 1.80 | 2, 390.91 | 0.34 | 4, 599.75 | 0.77 |
| Prepayments | 20, 795.05 | 2.71 | 28, 117.82 | 3.95 | 32, 254.83 | 5.38 |
| Other receivables | 3, 358.20 | 0.44 | 2, 303.35 | 0.32 | 2, 018.13 | 0.34 |
| Inventory | 98, 686.55 | 12.84 | 111, 758.51 | 15.71 | 88, 883.11 | 14.83 |
| **Total current assets** | **209, 058.70** | **27.21** | **215, 497.43** | **30.29** | **182, 611.10** | **30.46** |
| **Non-current assets** | | | | | | |
| Long-term equity investment | - | - | - | - | 38.33 | 0.01 |
| Fixed assets | 418, 763.08 | 54.50 | 366, 897.50 | 51.58 | 333, 478.41 | 55.63 |
| Construction in progress | 68, 728.08 | 8.95 | 72, 708.40 | 10.22 | 45, 375.79 | 7.57 |
| Intangible assets | 69, 909.55 | 9.10 | 54, 141.12 | 7.61 | 36, 381.50 | 6.07 |
| Goodwill | 370.66 | 0.05 | 370.66 | 0.05 | 334.22 | 0.06 |
| Long-term deferred expenses | 1, 112.22 | 0.14 | 1, 097.24 | 0.15 | 681.67 | 0.11 |
| Deferred income tax assets | 369.34 | 0.05 | 652.47 | 0.09 | 575.25 | 0.10 |
| **Non-Total current assets** | **559, 252.93** | **72.79** | **495, 867.38** | **69.71** | **416, 865.17** | **69.54** |
| **Total assets** | **768, 311.63** | **100.00** | **711, 364.81** | **100.00** | **599, 476.27** | **100.00** |

At the end of each reporting period, total assets of Taishan maintained steady growth. Total assets increased by 18.66%, i.e., RMB1.1188854bn in late 2014 compared with late **2013. Taishan's assets are mostly non**-current assets that remain stable, which is consistent with industry practice.

**(1) Cash**

Cash of Taishan at the end of each reporting period is shown in the following table:

Unit: RMB10, 000

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Cash | 35.44 | 0.05 | 20.08 | 0.03 | 30.34 | 0.06 |
| Bank savings | 49, 786.45 | 68.98 | 49, 530.18 | 70.12 | 49, 805.89 | 91.38 |
| Other cash | 22, 349.34 | 30.97 | 21, 088.58 | 29.85 | 4, 668.01 | 8.56 |
| **Total** | **72, 171.23** | **100.00** | **70, 638.85** | **100.00** | **54, 504.24** | **100.00** |

**At the end of each reporting period, Taishan's cash balance accounted stably for about 9% of total assets, and was mostly bank savings. At the end of 2014, Taishan's cash increased** by RMB161.3461mn, i.e., 29.60%, mainly due to improved operating performance of Taishan and maintenance of strong accounts receivable management capacity by Taishan.

**(2) Accounts receivable**

BNBMPLC0009005

Aging of book balance of accounts receivable of Taishan at the end of each reporting period is shown in the following table:

Unit: RMB10, 000

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Within one year (inclusive) | 13, 920.08 | 97.84 | 2, 328.55 | 88.41 | 4, 498.12 | 94.18 |
| 1-2 years (inclusive) | 4.48 | 0.03 | 3.70 | 0.14 | 23.74 | 0.50 |
| 2-3 years (inclusive) | 13.60 | 0.10 | 23.30 | 0.88 | 78.95 | 1.65 |
| 3-4 years (inclusive) | 47.91 | 0.34 | 68.07 | 2.58 | 95.56 | 2.00 |
| 4-5 years (inclusive) | 84.95 | 0.60 | 75.72 | 2.87 | 13.47 | 0.28 |
| Over 5 years | 156.39 | 1.10 | 134.59 | 5.11 | 66.03 | 1.38 |
| Total | 14, 227.41 | 100.00 | 2, 633.93 | 100.00 | 4, 775.87 | 100.00 |

**At the end of each reporting period, Taishan's accounts receivable balance accounted for a** low percentage of total assets, and its balance of accounts receivable within one year accounted for over 90% on average. Due to good quality of assets, the risk of bad debts is low.

## (3) Inventory

Book value of Taishan's inventory at the end of each reporting period is shown in the following table:

Unit: RMB10, 000

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Raw materials | 72, 710.68 | 73.68 | 84, 862.06 | 75.93 | 58, 512.65 | 65.83 |
| Goods in transit | 193.04 | 0.20 | 73.33 | 0.07 | 46.15 | 0.05 |
| Self-made semi-finished products | 0.11 | 0.00 | 346.63 | 0.31 | 346.64 | 0.39 |
| Finished products | 25, 745.03 | 26.09 | 26, 476.49 | 23.69 | 29, 915.38 | 33.66 |
| Turnover materials | - | - | - | - | 62.29 | 0.07 |
| Goods in process | 37.70 | 0.04 | - | - | - | - |
| Total | 98, 686.55 | 100.00 | 111, 758.51 | 100.00 | 88, 883.11 | 100.00 |

**At the end of each reporting period, book value of Taishan's inventory accounted for a** stable percentage of total assets, i.e., about 15%. Inventory was mostly raw materials, i.e., industrial by-product gypsum and protective paper purchased by the Company. In late **2014, book value of Taishan's inventory increased by RMB28.754mn, i.e.,** 25.74% compared with late 2013, mainly due to the increase in raw material reserve and goods in stock as a result of continuous production and sales expansion of the Target Company.

## (4) Fixed assets

BNBMPLC0009006

**Book value of Taishan's fixed assets at the end of each repor**ting period is shown in the following table:

Unit: RMB10, 000

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Houses and buildings | 166, 750.75 | 39.82 | 141, 571.00 | 38.59 | 124, 397.28 | 37.30 |
| Machinery and equipment | 240, 438.27 | 57.42 | 213, 934.31 | 58.31 | 197, 729.99 | 59.29 |
| Transportation equipment | 7, 516.34 | 1.79 | 7, 483.47 | 2.04 | 6, 666.63 | 2.00 |
| Electronic equipment and others | 4, 057.72 | 0.97 | 3, 908.71 | 1.07 | 4, 684.50 | 1.40 |
| **Total** | **418, 763.08** | **100.00** | **366, 897.50** | **100.00** | **333, 478.41** | **100.00** |

Taishan is a production-oriented enterprise. Book value of fixed assets accounts for a large percentage of total assets, which is in line with the characteristics of gypsum board **industry. Taishan's fixed assets mainly include houses and buildings, machine**ry and **equipment and etc. At the end of each reporting period, book value of Taishan's fixed** assets increased year by year. Its fixed assets increased by RMB518.6558mn, i.e., 14.14% in late October 2015 compared with 2014, and increased by RMB334.1909mn, i.e., 10.02% in late 2014 compared with late 2013, mainly because the Target Company started the construction of national gypsum board industry base and construction in progress was carried forward into fixed assets gradually.

**(5) Intangible assets**

Book **value of Taishan's intangible assets at the end of each reporting period is shown in** the following table:

Unit: RMB10, 000

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Land use right | 69, 891.21 | 99.97 | 54, 128.49 | 99.98 | 36, 366.14 | 99.96 |
| Non-patented and proprietary technology | 9.20 | 0.01 | 10.94 | 0.02 | 13.02 | 0.04 |
| Software use right | 8.24 | 0.01 | 0.46 | 0.00 | 0.70 | 0.00 |
| Trademark right | 0.90 | 0.00 | 1.24 | 0.00 | 1.64 | 0.00 |
| **Total** | **69, 909.55** | **100.00** | **54, 141.12** | **100.00** | **36, 381.50** | **100.00** |

In late October 2015, intangible assets of the Target Company increased by RMB157.6843mn, i.e., 29.12% **compared with late 2014. In late 2014, the Company's** intangible assets increased by RMB177.5962mn, i.e., 48.81% compared with late 2013. Mainly because Taishan promoted the construction of national gypsum board production base and more lands were purchased, intangible assets, including land use right increased.

**2. Composition of liabilities**

Composition of Taisha**n's liabilities at the end of each reporting period is shown in the** following table:

BNBMPLC0009007

Unit: RMB10, 000

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| **Current liabilities** | | | | | | |
| Short-term borrowing | 190, 414.30 | 51.52 | 216, 200.00 | 64.08 | 186, 822.00 | 66.91 |
| Notes payable | 40, 668.65 | 11.00 | 36, 180.93 | 10.72 | 6, 173.01 | 2.21 |
| Accounts payable | 49, 500.80 | 13.39 | 46, 464.07 | 13.77 | 38, 609.34 | 13.83 |
| Advance receipts | 2, 557.39 | 0.69 | 1, 213.34 | 0.36 | 1, 870.71 | 0.67 |
| Employee benefits payable | 3, 154.29 | 0.85 | 2, 107.98 | 0.62 | 1, 652.52 | 0.59 |
| Taxes payable | 1, 538.81 | 0.42 | -1, 075.98 | -0.32 | 1, 961.12 | 0.70 |
| Interest payable | 1, 993.94 | 0.54 | 353.03 | 0.10 | 764.14 | 0.27 |
| Dividend payable | 324.32 | 0.09 | - | - | 32.25 | 0.01 |
| Other payables | 9, 158.29 | 2.48 | 8, 407.34 | 2.49 | 7, 809.64 | 2.80 |
| Current liabilities due within one year | 3, 330.00 | 0.90 | 8, 830.00 | 2.62 | 7, 665.00 | 2.75 |
| **Total current liabilities** | **302, 640.77** | **81.88** | **318, 680.71** | **94.45** | **253, 359.72** | **90.75** |
| **Non-current liabilities** | | | | | | |
| Long-term borrowing | 3, 125.70 | 0.85 | 4, 005.00 | 1.19 | 14, 385.00 | 5.15 |
| Bonds payable | 50, 000.00 | 13.53 | - | - | - | - |
| Long-term payables | 1, 103.14 | 0.30 | 1, 963.76 | 0.58 | 1, 223.57 | 0.44 |
| Deferred income | 12, 580.03 | 3.40 | 12, 571.87 | 3.73 | 10, 029.44 | 3.59 |
| Deferred income tax liabilities | 171.79 | 0.05 | 172.86 | 0.05 | 201.88 | 0.07 |
| **Total non-current liabilities** | **66, 980.67** | **18.12** | **18, 713.49** | **5.55** | **25, 839.89** | **9.25** |
| **Total liabilities** | **369, 621.44** | **100.00** | **337, 394.19** | **100.00** | **279, 199.62** | **100.00** |

At the end of each reporting period, Taishan's total liabilities increased year by year, consistent with the sustained growth trend of assets. Its total liabilities increased by RMB322.2725mn, i.e., 9.55% in late October 2015 compared with 2014, and increased by RMB581.9457mn, i.e., 20.84% in late 2014 compared with late 2013. The Target Company's liabilities are mostly current liabilities. In October 31, 2015, late 2014 and late 2013, the Target Company's current liabilities accounted for 81.88%, 94.45% and 90.75% of total liabilities respectively. Current liabilities mainly include short-term borrowing and etc. In January and March 2015, the Target Company issued 3Y bonds 15 Taishan PPN001 and 15 Taishan PPN002 respectively with total price of RMB500mn.

**(1) Short-term borrowing**

**Composition of Taishan's short**-term borrowing at the end of each reporting period is shown in the following table:

BNBMPLC0009008

Unit: RMB10, 000

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Credit loan | 73, 400.00 | 38.55 | 82, 200.00 | 38.02 | 71, 292.00 | 38.16 |
| Mortgage loan | 20, 800.00 | 10.92 | 15, 600.00 | 7.22 | 20, 700.00 | 11.08 |
| Guaranteed loan | 96, 214.30 | 50.53 | 112, 900.00 | 52.22 | 91, 830.00 | 49.15 |
| Pawn loan | - | - | 5, 500.00 | 2.54 | 3, 000.00 | 1.61 |
| **Total** | **190, 414.30** | **100.00** | **216, 200.00** | **100.00** | **186, 822.00** | **100.00** |

At the end of each reporting period, Taishan's short-term borrowing accounted for a large percentage of total liabilities, i.e., 66.91%, 64.08% and 51.52% respectively. In late October 2015, the Target Company's balance of short-term borrowing decreased by RMB257.857mn compared with late 2014, because the Target Company issued bonds to repay short-term borrowing and adjusted debt structure. In late 2014, balance of short-term borrowing increased by RMB293.78mn, i.e., 15.73% compared with late 2013. Short-term borrowing increased because the Target Company's size of principal business expanded and funds needed for daily business activities increased.

**(2) Notes payable**

Notes payable of Taishan at the end of each reporting period increased year by year and all of them were bankers' acceptance. Notes payable increased by RMB44.8772mn, i.e., 12.40% in late October 2015, and increased by RMB300.0792mn, i.e., 486.11% in late 2014 compared with late 2013, mainly because: (1) the Target Company used more bankers' acceptance in settlement of raw materials purchase to reduce cost of capital; (2) expansion of principal business of the Target Company and increase in purchase volume of production materials have caused an increase in notes payable accordingly.

**(3) Accounts payable**

Book value of accounts payable of Taishan at the end of each reporting period is shown in the following table:

Unit: RMB10, 000

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Within one year (inclusive) | 44, 238.07 | 89.37 | 43, 834.16 | 94.34 | 36, 635.30 | 94.89 |
| 1-2 years (inclusive) | 4, 056.13 | 8.19 | 1, 962.28 | 4.22 | 1, 110.04 | 2.88 |
| 2-3 years (inclusive) | 625.91 | 1.26 | 254.46 | 0.55 | 531.25 | 1.38 |
| Over 3 years | 580.69 | 1.17 | 413.17 | 0.89 | 332.75 | 0.86 |
| **Total** | **49, 500.80** | **100.00** | **46, 464.07** | **100.00** | **38, 609.34** | **100.00** |

Taishan's accounts payable are mainly outstanding payments, including purchase prices and project payments from daily business activities. At the end of each reporting period, book value of Taishan's accounts payable showed an upward trend year by year. Accounts receivable increased by RMB30.3673mn, i.e., 6.54% in late October 2015 compared with late 2014, and increased by RMB78.5473mn, i.e., 20.34% in late 2014 compared with late 2013, mainly because (1) the Target Company's gypsum board

BNBMPLC0009009

production lines were put into operation successively, gypsum board production scale expanded and purchase of production materials increased; (2) the Target Company tried hard to extend payment for purchase by virtue of a good business reputation.

At the end of each reporting period, Taishan's accounts payable due within one year accounted for 94.89%, 94.34% and 89.37% respectively. Accounts payable with aging of over one year that are mainly final payments for project and payments for equipment to related parties, etc., accounted for a low percentage.

**(4) Long-term borrowing**

Taishan's long-term borrowing at the end of each reporting period is shown in the following table:

Unit: RMB10, 000

| Item | October 31, 2015 | | December 31, 2014 | | December 31, 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Guaranteed loan | 3, 125.70 | 100 | 4, 005.00 | 100 | 12, 835.00 | 89.22 |
| Mortgage loan | - | - | - | - | 1, 550.00 | 10.78 |
| **Total** | **3, 125.70** | **100** | **4, 005.00** | **100** | **14, 385.00** | **100.00** |

At the end of each reporting period, Taishan's long-term borrowing accounted for lower percentages, i.e., 5.15%, 1.19% and 0.85% respectively. As of late October 2015, long-term borrowing of the Target Company increased by RMB8.793mn compared with late 2014, i.e., 21.96%, and decreased by RMB103.8mn, i.e., 72.16% in late 2014 compared with late 2013, mainly because (1) long-term borrowing of the Target Company due within one year was transferred to non-current liabilities due within one year; (2) the Target Company repaid part of the long-term borrowing due to impacts from market interest rates.

**3. Analysis on debt paying ability**

**(1) Main indicators of debt paying ability**

The main indicators of debt paying ability of Taishan are shown in the following table:

| Item | October 31, 2015 | December 31, 2014 | December 31, 2013 |
|---|---|---|---|
| Asset-liability ratio(%) | 48.11 | 47.43 | 46.57 |
| Current ratio (x) | 0.69 | 0.68 | 0.72 |
| Quick ratio (x) | 0.36 | 0.33 | 0.37 |
| **Item** | **January-October 2015** | **2014** | **2013** |
| Profit before depreciation and amortization of interest and taxes (RMB10, 000) | 116, 104.60 | 149, 255.47 | 140, 239.66 |
| Interest coverage ratio (x) | 9.34 | 11.41 | 12.62 |

Notes: current ratio=current assets/current liabilities;

quick ratio=(current assets-inventory)/current liabilities; asset-liability ratio =total liabilities/total assets;

Profit before depreciation and amortization of interest and taxes=total profit + interest expense + depreciation + amortization;

BNBMPLC0009010

interest coverage ratio=(total profit + interest expense)/interest expense.

At the end of each reporting period, the current ratio and quick ratio of Taishan were relatively low, mainly because with expansion of principal business, funds needed for daily business activities increased. To save cost of capital, the Target Company increased the application of short-term borrowing. In general, the current ratio and quick ratio of the Target Company are relatively stable.

The asset-liability ratio of Taishan has always been maintained at around 50%, and it has good long-term solvency. Interest coverage ratio of the Target Company is stable and relatively high, indicating it has sustained and stable interest paying ability and debt repayment is perfectly guaranteed.

**(2) Comparative analysis on comparable listed companies in the industry**

As of December 31, 2014, the comparison between Taishan and comparable A-share listed companies in the industry by main indicators of debt paying ability is shown in the following table:

| Security code | Security abbreviation | Asset-liability ratio (%) | Current ratio (x) | Quick ratio (x) |
|---|---|---|---|---|
| BNBMPLC | 000786.SZ | 36.25 | 1.17 | 0.79 |
| Weixing Building Materials | 002372.SZ | 17.28 | 3.51 | 2.61 |
| Oriental Yuhong | 002271.SZ | 32.66 | 2.27 | 1.87 |
| Faxing Science & Technology | 600552.SH | 28.98 | 2.21 | 1.88 |
| Conch Profiles | 000619.SZ | 35.38 | 5.42 | 3.79 |
| **Average of comparable listed companies** | | **30.11** | **2.92** | **2.19** |
| **Taishan** | | **47.43** | **0.68** | **0.33** |

At the end of each reporting period, the current ratio and quick ratio of Taishan remained basically stable, but were both lower than the industry average, mainly because in recent years, with rapid construction and operation of gypsum board industry base of the Target Company, and production and sales of gypsum boards and other products expanded step by step, short-term borrowing and other current liabilities of the Target Company have increased more rapidly than its current assets. The asset-liability ratio of the Target Company was higher than industry average, mainly because with continuous business expansion of the Target Company, it has greater demand for funds. The Target Company mainly replies on bank loans to satisfy the demand for funds used for business expansion.

**4. Analysis on capital turnover ability**

**(1) Main indicators of asset turnover ability**

Main indicators of asset turnover ability of Taishan are shown in the following table:

| Item | January-October 2015 | 2014 | 2013 |
|---|---|---|---|
| Turnover rate of accounts receivable | 55.76 | 166.54 | 109.62 |
| Turnover rate of inventory | 3.04 | 4.16 | 4.55 |

BNBMPLC0009011

Notes: turnover rate of accounts receivable=operating revenue/((net accounts receivable at the beginning of period + net accounts receivable at the end of period)/2);

turnover rate of inventory=operating cost/((net inventory at the beginning of period + net inventory at the end of period)/2).

At the end of each reporting period, turnover rate of accounts receivable of Taishan remained at a relatively high level, mainly because the Target Company has improved its bargaining power in sales and most of the deals were settled in cash. In late October 2015, **the Target Company's accounts receivable increased as the dates for some customers to** settle their payments were at the end of the year, so that the turnover rate of accounts receivable decreased.

**The Target Company's turnover rate of inventory w**as relatively stable during the reporting reports and consistent with business operation.

**(2) Comparative analysis on comparable listed companies in the industry**

As of December 31, 2014, the comparison between Taishan and comparable A-share listed companies in the industry by main indicators of asset turnover ability is shown in the following table:

| Security code | Security abbreviation | Turnover rate of accounts receivable (once) | Turnover rate inventory (once) |
|---|---|---|---|
| BNBMPLC | 000786.SZ | 34.40 | 3.79 |
| Weixing Building Materials | 002372.SZ | 16.44 | 3.77 |
| Oriental Yuhong | 002271.SZ | 3.63 | 5.77 |
| Faxing Science & Technology | 600552.SH | 2.73 | 3.72 |
| Conch Profiles | 000619.SZ | 71.21 | 5.11 |
| **Average of comparable listed companies** | | 25.68 | 4.43 |
| **Taishan** | | 166.54 | 4.16 |

At the end of each reporting **period, the Target Company's turnover rate of accounts** receivable was far higher than industry average, mainly because the Target Company has focused on small-and medium-scale customers, improved its bargaining power in sales, settled most of the business in cash, had strong ability to collect payments and had low **balance of accounts receivables. Taishan's turnover rate of inventory was basically flat with** industry average.

**(II) Analysis on profitability**

**Taishan's profitability in** January-October 2015, 2014 and 2013 is shown in the following table:

Unit: RMB10, 000

| Item | January-October 2015 | 2014 | 2013 |
|---|---|---|---|
| Operating revenue | 452, 810.14 | 582, 110.43 | 518, 840.98 |
| Operating cost | 320, 313.28 | 417, 181.24 | 361, 040.56 |
| Operating margin | 132, 496.86 | 164, 929.19 | 157, 800.42 |
| Business profit | 87, 520.02 | 111, 860.60 | 110, 509.20 |

BNBMPLC0009012

| | | | |
|---|---|---|---|
| Total profit | 86, 829.58 | 118, 435.35 | 114, 081.01 |
| Net profit | 74, 392.05 | 104, 705.34 | 100, 438.13 |
| Net profit attributable to shareholders of parent company | 71, 698.50 | 102, 050.54 | 97, 856.93 |

## 1. Analysis on operating revenue

Composition of operating revenue of Taishan during the reporting reports is shown in the following table:

Unit: RMB10, 000

| Item | January-October 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Revenue from principal business | 451, 631.00 | 99.74 | 580, 622.42 | 99.74 | 517, 302.65 | 99.70 |
| Income from other business | 1, 179.14 | 0.26 | 1, 488.00 | 0.26 | 1, 538.34 | 0.30 |
| Total | 452, 810.14 | 100.00 | 582, 110.43 | 100.00 | 518, 840.98 | 100.00 |

Composition of operating revenue of Taishan by product is shown in the following table:

Unit: RMB10, 000

| Item | January-October 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Gypsum board | 419, 179.73 | 92.57 | 550, 901.51 | 94.64 | 492, 780.00 | 94.98 |
| Light steel stud | 14, 980.16 | 3.31 | 16, 927.06 | 2.91 | 14, 659.45 | 2.83 |
| Others | 18, 650.25 | 4.12 | 14, 281.85 | 2.45 | 11, 401.53 | 2.20 |
| **Total** | **452, 810.14** | **100.00** | **582, 110.43** | **100.00** | **518, 840.98** | **100.00** |

During the reporting periods, Taishan was engaged primarily in the production and sale of gypsum boards and light steel studs. Its revenue from principal business accounted for **nearly 100% of operating revenue. The Target Company's operating revenue for 20**14 increased by RMB632.6944mn, i.e., 12.19% compared with 2013, mainly because the newly-built gypsum board production lines of the Target Company were put into operation in succession and production capacity increased rapidly, leading to improved efficiency and capacity of supplying products to regional markets.

## 2. Analysis on operating cost

During the reporting periods, operating cost of Taishan and its percentage in operating revenue are shown in detail in the following table:

Unit: RMB10, 000

| Item | January-October 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |

BNBMPLC0009013

| | | | | | |
|---|---|---|---|---|---|
| Cost of principal business | 319, 611.75 | 70.58 | 416, 602.44 | 71.57 | 359, 944.27 | 69.37 |
| Cost of other business | 701.53 | 0.15 | 578.80 | 0.10 | 1, 096.29 | 0.21 |
| **Total** | **320, 313.28** | **70.74** | **417, 181.24** | **71.67** | **361, 040.56** | **69.59** |

Composition of operating cost of Taishan during the reporting periods is shown in detail in the following table:

Unit: %

| Item | January-October 2015 | 2014 | 2013 |
|---|---|---|---|
| Raw material | 60.82 | 59.22 | 59.35 |
| Fuel and power | 22.61 | 25.33 | 26.75 |
| Labor cost | 8.55 | 7.40 | 6.94 |
| Others | 8.02 | 8.05 | 6.96 |
| **Total** | **100.00** | **100.00** | **100.00** |

The operating cost of the issuer was mainly the cost arising from gypsum board and light steel stud production as well as other major products, i.e., raw materials, fuel and power. In 2014, operating cost of the Target Company increased by RMB561.4068mn, i.e., 15.55% compared with 2013, basically consistent with the growth in operating revenue. The operating cost increased mainly because with business expansion, sales volume of the **Target Company's major products gypsum board and stud increased significant**ly, so that **the cost increased accordingly. During the reporting periods, the Target Company's** operating cost accounted for 70.74%, 71.67% and 69.59% of operating revenue respectively. The operating cost remained basically stable, indicating effective cost control of the Target Company.

### 3. Analysis on gross margin

During the reporting periods, composition of gross margin of principal business of Taishan is shown in the following table:

| Item | January-October 2015 | 2014 | 2013 |
|---|---|---|---|
| Principal business | 29.23% | 28.25% | 30.42% |
| Other business | 40.51% | 61.10% | 28.74% |
| **Comprehensive gross margin** | **29.26%** | **28.33%** | **30.41%** |

**Taishan's operating margin mainly comes from gypsum boards and light steel studs, etc. During the reporting periods, the Target Company's comprehensive gross margin** stabilized at around 30%. The gross margin is mainly affected by prices of raw materials for gypsum board production, i.e., industrial by-product gypsum, protective paper and fuel. As the Target Company has a strong ability to control cost and with rapid release of production capacity over the past few years, its advantage in cost control has been exhibited gradually.

BNBMPLC0009014

Comparison between Taishan and comparable listed companies by main indicators of profitability is shown in the following table:

| Security code | Security abbreviation | Gross margin (%) |
|---|---|---|
| BNBMPLC | 000786.SZ | 29.90 |
| Weixing Building Materials | 002372.SZ | 41.06 |
| Oriental Yuhong | 002271.SZ | 35.64 |
| Faxing Science & Technology | 600552.SH | 24.65 |
| Conch Profiles | 000619.SZ | 14.19 |
| **Average of comparable listed companies** | | 29.09 |
| **Taishan** | | 28.33 |

The principal business of the Target Company is production and sale of new building materials, including gypsum boards and light steel studs. As of the signing date of this report, there have been no listed companies dedicated to gypsum board business domestically, except the Company. Compared with other listed companies in the new building material industry, the gross margin of the Target Company is basically flat with the average gross margin of comparable companies.

**4. Analysis on periodic expense**

During the reporting periods, percentage of Taishan's periodic expense in operating revenue is shown in the following table:

Unit: RMB10, 000

| Item | January-October 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Sales expense | 10, 235.34 | 2.26 | 14, 269.27 | 2.45 | 13, 781.23 | 2.66 |
| Administrative expense | 22, 911.19 | 5.06 | 27, 328.64 | 4.69 | 23, 479.99 | 4.53 |
| Financial expense | 9, 822.92 | 2.17 | 10, 820.46 | 1.86 | 9, 435.55 | 1.82 |
| **Total** | **42, 969.45** | **9.49** | **52, 418.37** | **9.00** | **46, 696.77** | **9.00** |

During the reporting periods, with business expansion, Taishan's sales revenue increased continuously. Periodic expense increased accordingly, but cost income ratio remained stable basically and accounted for a low percentage of operating revenue. During the reporting periods, three kinds of expense of the Target Company accounted for 9.00%, 9.00% and 9.49% of operating revenue respectively, indicating good control of the Target Company over such three kinds of expense.

**5. Other subjects affecting net profit**

During the reporting periods, other subjects that affect Taishan's net profit and percentages of such subjects in operating revenue are shown in detail in the following table:

Unit: RMB10, 000

| Item | January-October 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| | Amount | Percentage (%) | Amount | Percentage (%) | Amount | Percentage (%) |
| Asset impairment loss | 171.66 | 0.04 | 166.48 | 0.03 | 19.19 | 0.00 |

BNBMPLC0009015

| | | | | | |
|---|---|---|---|---|---|
| Return on investment | 66.42 | 0.01 | 71.99 | 0.01 | 20.47 | 0.00 |
| Non-operating revenue | 7, 720.33 | 1.70 | 7, 203.26 | 1.24 | 4, 780.25 | 0.92 |
| Non-operating expenses | 8, 410.77 | 1.86 | 628.51 | 0.11 | 1, 208.44 | 0.23 |

**Other subjects that affect the Target Company's net profit were mainly non-**operating revenue and expense which accounted for a low percentage of operating revenue, without significant impacts on the **Company's profitability. Non-**operating revenue was mainly government subsidy.

In January-October 2015, **the Target Company's non-**operating expense increased **substantially compared with 2014, mainly due to the Target Company's expenses related** to US gypsum board lawsuit.

### 6. Income tax

During the reporting periods, Taishan's income tax expenses are shown in the following table:

Unit: RMB10, 000

| Item | January-October 2015 | 2014 | 2013 |
|---|---|---|---|
| Current income tax calculated according to tax law and relevant regulations | 12, 155.47 | 13, 843.66 | 13, 499.79 |
| Deferred income tax | 282.06 | -113.65 | 143.09 |
| **Total** | **12, 437.53** | **13, 730.01** | **13, 642.88** |

**Taishan's income tax rates vary according to different locations of subsidiaries, of which,** some can enjoy the preferential tax rate of 15%, while some other can the preferential policy of recording in taxable income at the reduce rate of 90%.

### 7. Non-recurring gains and losses

Unit: RMB10, 000

| Item | January-October 2015 | 2014 | 2013 |
|---|---|---|---|
| Gains and losses from disposal of non-current assets, including the write-off part with an asset impairment provision | -13.65 | -286.90 | -756.29 |
| Government subsidies recorded in current gains and losses, **except those in close relation to the Company's** normal operation and business, in line with national policies and continuously enjoyed according to a fixed amount or quantity | 4, 043.20 | 6, 936.29 | 4, 385.36 |
| Revenue generated from that the investment cost incurred by enterprise to acquire subsidiary, associate enterprise and joint venture is less than fair value of net identifiable assets of the invested entities that should be owned at the time of the acquiring investment | 3, 408.04 | - | - |

BNBMPLC0009016

| Gains and losses from changes in fair value generated by holding financial assets measured at fair value with changes recorded in current losses and gains and financial liabilities measured at fair value with changes recorded in current losses and gains, as well as return on investment generated by disposing financial assets measured at fair value with changes recorded in current losses and gains, financial liabilities measured at fair value with changes recorded in current losses and gains and available-for-sale financial assets, in addition to **effective hedging business in relation to the Company's** normal operation and business | 66.42 | 160.27 | 104.30 |
|---|---|---|---|
| Other non-operating revenue and expenses in addition to the above mentioned items | -8, 128.03 | -74.65 | -57.26 |
| **Total non-recurring gains and losses** | **-624.02** | **6, 735.02** | **3, 676.11** |
| Less: amount affected by income tax | 732.66 | 1, 357.35 | 713.36 |
| **Total non-recurring gains and losses after deducting the amount affected by income tax** | **-1, 356.68** | **5, 377.67** | **2, 962.76** |

**Taishan's non**-recurring gains and losses were RMB-13.5668mn, RMB53.7767mn and RMB29.6276mn in January-October 2015, 2014 and 2013 respectively, most of which were government subsidiaries obtained by the Target Company in that period. In January-October 2015, revenue of RMB34.0804mn was generated due to acquisition of Guizhou Crown New Building Material Co., Ltd. by the Target Company. Other non-operating expenses of the Target Company were mainly the expenses in relation to US gypsum board lawsuit. In addition to that, the amount of other non-recurring gains and losses of Taishan was relatively small, with no substantial impact on profitability.

**V. Analysis on impacts on the listed company from the proposed transaction**

**(I) Analysis on impacts on principal business and future profitability of the listed company from the proposed transaction**

Taishan, engaged in production and sale of new building materials, including gypsum boards and light steel studs, etc., is a leading enterprise in new building material industry. Taishan has an annual gypsum board production capacity of 1.4bn square meters. Its **leading product "Taishan" gypsum board series and system product are famous in markets** as a new type of lightweight bundling material, with an extremely high market share. Prior to completion of the proposed transaction, Taishan is the subsidiary owned by the **Company and its financial statements are included into the Company's consolidated** financial statements. It is an important source of profit for the Company. After completion of the proposed transaction, Taishan will become the wholly-owned subsidiary of BNBMPLC and the operating performance that 35% minority stake of Taishan corresponds to will be totally attributable to BNBMPLC, which will greatly strengthen the **Company's principal business, expand the Company's operation scale and help to achieve** bigger and stronger gypsum board industry.

In addition, **"Taishan" gypsum board product of Taishan is mainly positioned for medium**-and low-**end markets, while "Dragon" gypsum board product of BNBMPLC is positioned for** high-end markets. Upon completion of **the proposed transaction, the Company's product** structure will be improved in terms of regional and brand coverage on an overall basis.

BNBMPLC0009017

Besides, the proposed transaction can help to better utilize and expand sales channels of **"Dragon" and "Taishan" gypsum** board products, reduce internal competition, integrate **corporate resources and improve market shares and the Company's future profitability more effectively, so as to consolidate the Company's position in the industry, improve core** competitiveness and ability to develop sustainably and enhanced ability to resist risks.

**(II) Analysis on impacts on financial status of the listed company from the proposed transaction**

Prior to completion of the proposed transaction, BNBMPLC holds 65% equity of Taishan, a subsidiary owned by the listed company whose financial statements are included into the consolidated financial statements. Upon completion of the proposed transaction, BNBMPLC will hold 100% equity of Taishan. Therefore, following the proposed transaction, size and structure of total assets as well as size and structure of liabilities will not change in consolidated financial statements of BNBMPLC, and the proposed transaction will not affect solvency of the listed company.

According to the pro forma financial statements of the listed company, as of October 31, 2015 and December 31, 2014, **the listed company's net assets attributable to shareholders** of parent company have increased by around 20%, i.e., RMB1, 658.9098mn and RMB1, 407.9652mn respectively.

Unit: RMB10, 000

| Item | Before completion (unaudited amount) | After completion (pro forma amount) | Variation | Varying percentage (%) |
|------|------|------|------|------|
| **October 31, 2015** | | | | |
| Net assets attributable to shareholders of parent company | 761, 223.66 | 927, 114.64 | 165, 890.98 | 21.79 |
| Item | Before completion (unaudited amount) | Upon completion (pro forma amount) | Variation | Varying percentage (%) |
| **December 31, 2014** | | | | |
| Net assets attributable to shareholders of parent company | 720, 823.86 | 861, 620.38 | 140, 796.52 | 19.53 |

**(III) Analysis on impacts on profitability of the listed company**

**The proposed transaction is in relation to the listed company's acquisition of minority stake** of a subsidiary owned by it. After completion of the proposed transaction, operating revenue, gross margin, net profit and other financial indicators measured at a consolidated **scale will not change. After completion of the proposed transaction, BNBMPLC's net profit** attributable to shareholders of parent company increased by RMB250.9447mn, i.e., 35.62%; basic EPS increased from RMB 0.50/share to RMB 0.54/share; weighted average return on net assets increased from 9.47% to 10.65% in January-October 2015.

Unit: RMB10, 000

| Item | Before completion (unaudited amount) | After completion (pro forma amount) | Variation | Varying percentage (%) |
|------|------|------|------|------|
| | | **October 31, 2015** | | |
| Net profit attributable | 70, 446.90 | 95, 541.37 | 25, 094.47 | 35.62 |

BNBMPLC0009018

| | | | |
|---|---|---|---|
| to shareholders of listed company | | | |
| Basic EPS | 0.50 | 0.54 | 0.04 | 8.00 |
| Basic EPS after deducting non-recurring gains and losses | 0.50 | 0.54 | 0.04 | 8.00 |
| Weighted average ROE (%) | 9.47 | 10.65 | 1.18 | - |

| Item | December 31, 2014 | | | |
| | Before completion (unaudited amount) | After completion (pro forma amount) | Variation | Varying percentage (%) |
|---|---|---|---|---|
| Net profit attributable to shareholders of listed company | 110, 545.16 | 146, 262.85 | 35, 717.69 | 32.31 |
| Basic EPS | 0.91 | 0.92 | 0.01 | 1.10 |
| Basic EPS after deducting non-recurring gains and losses | 0.80 | 0.83 | 0.03 | 3.75 |
| Weighted average ROE (%) | 21.24 | 27.17 | 5.93 | - |

## (IV) Analysis on impacts on equity structure of the Company from the proposed transaction

In the proposed transaction, BNBMPLC will issue 368.997273mn shares to Taishan to acquire 35% equity of Taishan held by the Counterparties. Upon completion of the **proposed transaction, the Company's share capital will increase to 1, 782.978865mn** shares. The number of shares held by the controlling shareholder CNBMPLC will remain the same, while its shareholding ratio will decrease to 35.84% from 45.20%. The proposed transaction will cause any change to the controlling shareholder and its control right.

## VI. Analysis on impacts on future prospects of the listed company from the proposed transaction

### (I) Integration plans of the listed company for business, assets, finance, personnel and organization and etc. upon completion of the proposed transaction

### 1. Integration of corporate culture

Prior to completion of the proposed transaction, Taishan is a subsidiary owned by the Company, with significant synergies with the listed company. With completion of the proposed transaction, Taishan will become the wholly-owned subsidiary of the listed company, which will more effectively strengthen the communication between the two companies, promote further combination and upgrading of corporate culture of the Company and the Target Company.

### 2. Integration of corporate governance structure

Prior to completion of the proposed transaction, the Company has established and improved the basic framework of the relevant corporate governance structure, developed and implemented related rules of procedure or work rules according to laws, rules and regulations, including the Company Law, Securities Law, Guidelines for Governance .of Listed Companies. Upon completion of the proposed transaction, the role of Taishan will

BNBMPLC0009019

change to the wholly-owned subsidiary of the Company from the subsidiary owned by the Company. The synergies produced by the acquisition will expand the scale of the business **of the Company. However, the Company's business structure and governance structure** will not change.

Upon completion of the proposed transaction, the Company will continue to maintain its compliant and efficient corporate governance structure, perfect internal administration and control system, standardize the operation, improve the governance and safeguard the interests of shareholders and investors according to laws, rules and regulations, including the Company Law, Securities Law, Guidelines for Governance .of Listed Companies.

### 3. Integration of business operations

Upon completion of the proposed transaction, internal competition will be reduced and integration of internal resources of the Company will be promoted. The proposed transaction can enhance the ability of the Company to market the main product and also **ensure "Dragon" and "Taishan" brand**s are perfectly complementary to each other in terms **of customer group and regional sales to achieve the purpose that "Dragon brand leads the increase of profit and Taishan helps to achieve the increase of volume". The Company and** the Target Company will focus on effect of coordinated development in product marketing channels, customer resources and maintenance, development of new areas by virtue of their advantages consolidation of the existing sales areas, sharing of customer resources and improvement in comprehensive customer service capacities.

### 4. Personnel adjustment and placement

Upon completion of the proposed transaction, in addition to the aforesaid related arrangements for Taishan, the proposed transaction will not affect the labor contracts signed between the personnel of the Target Company and the Target Company or subsidiaries of the Target Company. The original labor relationship will continue to be valid.

In addition, to ensure sustained and stable production and operation of the Target Company, core personnel of the Target Company cannot resign without consent from BNBMPLC from the delivery date of the Target Assets until they reach the age for retirement prescribed by the national law after the proposed transaction is completed.

### (II) 2-year development plan

### 1. Focus on the principal business to achieve bigger and stronger gypsum board industry

In the next two years, the Company will continue to develop new building materials characterized by energy and land saving, greening and environmental protection; further perfect the layout of gypsum board industry for the purpose of snatching a larger market share, make the principal business bigger and stronger continuously and consolidate the leading position in the industry.

### (1) Comprehensively improve marketing capabilities

In the future, with gypsum board as the main product, the Company will continue to promote customer-oriented business and regional integration and provide package solutions characterized by energy conservative and environmental friendly green buildings as well as services and support for full range of products and business. At the same time, the Company will give full play to the advantage of channel sharing, make respective

BNBMPLC0009020

advantages of main product and emerging products complementary to each other, achieve comprehensive restructuring of principal gypsum board business, accelerate the expansion in housing wall market, improve its ability to market directly and control terminal markets, strengthen efforts to develop retail and home decoration markets, maintenance market and small and micro clients.

**(2) Perfect channel distribution and develop new markets**

The Company has built product demonstration centers in various places to perfect channel distribution. In terms of development of new channels, it gives full play to brand influence and synergies and complete channel penetration rapidly. Through the proposed transaction, the Company will further optimize sales channels, promote sales volume and stabilize sales prices by adopting the differentiation policy, so that the Company can develop its gypsum board product on an all-around basis, achieve a larger sales volume and greater efficiency, and improve sales revenue.

**(3) Strengthen the independent innovation of core technologies to further reduce costs and consolidate market position**

The Company has been attaching great importance to technological innovation, reduction of investment cost and unit consumption of products, cost saving, cost effectiveness, research and development of core technologies and products with competitive advantages and profitability improvement. In the future, the Company will focus on the development of the products and technologies in the following fields: develop vigorously manufacturing process and technologies for gypsum boards with industrial by-product gypsum as raw material, and develop energy saving and emission reduction technologies as well as lightweight board manufacturing technologies at the highest priority; develop vigorously manufacturing process and technologies for mineral wool acoustic panels with blast furnace slag as raw material; develop vigorously manufacturing process and technologies for external fiber reinforced cement wall panels with industrial waste and fly ash as raw material.

**2. Develop profit growth points of new business proactively**

In addition to gypsum board and stud, the Company has also achieved development to varying extents paint, exterior insulation board and other business. In the future, the Company will develop new business based on consolidation of principal business of gypsum board and stud to develop new profit growth points.

**(III) Analysis on other impacts on the Company from the proposed transaction**

**1. Impacts on future capital expenditure of the listed company from the proposed transaction**

Currently, the listed company has no plan for increasing future capital expenditure for the Target Company upon completion of the proposed transaction. The proposed transaction will not affect future capital expenditure plan of the listed company. Upon completion of the proposed transaction, Taishan will become the wholly-owned subsidiary of the listed **company, and its future capital expenditure plan will be included into the listed company's** future annual development plan for overall consideration.

**2. Personnel placement plan involved in the proposed transaction**

The proposed transaction does not involve any personnel placement plan.

BNBMPLC0009021

**3. Impacts on the listed company from costs of the proposed transaction**

The costs arising from the proposed transaction are mainly transaction taxes and fees for agency. The transaction taxes will be borne by the respective responsible parties pursuant to applicable laws, rules and regulations. The fees for agency and etc. will be determined according to the charge level in the market. The above-mentioned costs of the proposed transaction will not produce significant impacts on the listed company.

BNBMPLC0009022

# Chapter 11 Financial Accounting Information

## I. Consolidated financial statements of the Target Company for the most recent two years and one period

Baker Tilly has audited the financial statements and notes prepared by Taishan, and issued the Audit Report TZYZ [2015] No. 11147 and Audit Report TZYZ [2015] No. 11147-1. Baker Tilly holds the view that: the financial statements have been prepared by Taishan according to the Accounting Standard for Business Enterprises in all material respects, and they fairly represented the financial status and consolidated financial status of Taishan as at October 31, 2015, December 31, 2014 and December 31, 2013, and operating results and cash flow as well as consolidated operating results and consolidated cash flow of Taishan for January-October 2015, 2014 and 2013.

### (I) Taishan's balance sheets as at the end of each period

Unit: RMB10, 000

| Item | Oct. 31, 2015 | Dec. 31, 2014 | Dec. 31, 2013 |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Monetary funds | 72, 171.23 | 70, 638.85 | 54, 504.24 |
| Notes receivable | 197.51 | 288.00 | 351.04 |
| Accounts receivable | 13, 850.16 | 2, 390.91 | 4, 599.75 |
| Advances to suppliers | 20, 795.05 | 28, 117.82 | 32, 254.83 |
| Other receivables | 3, 358.20 | 2, 303.35 | 2, 018.13 |
| Inventories | 98, 686.55 | 111, 758.51 | 88, 883.11 |
| **Total current assets** | **209, 058.70** | **215, 497.43** | **182, 611.10** |
| **NON-CURRENT ASSETS** | | | |
| Long-term equity investments | - | - | 38.33 |
| Fixed assets | 418, 763.08 | 366, 897.50 | 333, 478.41 |
| Construction in progress | 68, 728.08 | 72, 708.40 | 45, 375.79 |
| Intangible assets | 69, 909.55 | 54, 141.12 | 36, 381.50 |
| Goodwill | 370.66 | 370.66 | 334.22 |
| Long-term deferred expenses | 1, 112.22 | 1, 097.24 | 681.67 |
| Deferred income tax assets | 369.34 | 652.47 | 575.25 |
| **Total non-current assets** | **559, 252.93** | **495, 867.38** | **416, 865.17** |
| **Total assets** | **768, 311.63** | **711, 364.81** | **599, 476.27** |
| **CURRENT LIABILITIES** | | | |
| Short-term borrowings | 190, 414.30 | 216, 200.00 | 186, 822.00 |
| Notes payable | 40, 668.65 | 36, 180.93 | 6, 173.01 |
| Accounts payable | 49, 500.80 | 46, 464.07 | 38, 609.34 |
| Advances from customers | 2, 557.39 | 1, 213.34 | 1, 870.71 |
| Compensation payable to employees | 3, 154.29 | 2, 107.98 | 1, 652.52 |
| Taxes and fees payable | 1, 538.81 | -1, 075.98 | 1, 961.12 |
| Interest payable | 1, 993.94 | 353.03 | 764.14 |
| Dividends payable | 324.32 | - | 32.25 |
| Other payables | 9, 158.29 | 8, 407.34 | 7, 809.64 |
| Non-current liabilities maturing within one year | 3, 330.00 | 8, 830.00 | 7, 665.00 |
| **Total current liabilities** | **302, 640.77** | **318, 680.71** | **253, 359.72** |
| **NON-CURRENT LIABILITIES** | | | |

BNBMPLC0009023

| | | | |
|---|---|---|---|
| Long-term borrowings | 3, 125.70 | 4, 005.00 | 14, 385.00 |
| Bonds payable | 50, 000.00 | - | - |
| Long-term payables | 1, 103.14 | 1, 963.76 | 1, 223.57 |
| Deferred income | 12, 580.03 | 12, 571.87 | 10, 029.44 |
| Deferred income tax liabilities | 171.79 | 172.86 | 201.88 |
| **Total non-current liabilities** | **66, 980.67** | **18, 713.49** | **25, 839.89** |
| **Total liabilities** | **369, 621.44** | **337, 394.19** | **279, 199.62** |
| OWNERS' EQUITY | | | |
| Share capital | 15, 562.50 | 15, 562.50 | 15, 562.50 |
| Capital reserve | 8, 251.48 | 8, 251.48 | 8, 208.95 |
| Surplus reserve | 34, 898.22 | 25, 318.75 | 23, 260.81 |
| Undistributed profit | 315, 262.04 | 303, 143.02 | 253, 150.41 |
| **Total equity attributable to owners of parent company** | **373, 974.25** | **352, 275.75** | **300, 182.67** |
| Minority interest | 24, 715.94 | 21, 694.87 | 20, 093.98 |
| **Total owners' equity** | **398, 690.18** | **373, 970.62** | **320, 276.65** |
| **Total Liabilities and Owners' Equity** | **768, 311.63** | **711, 364.81** | **599, 476.27** |

## (II) Taishan's profit statements for the reporting periods

Unit: RMB10, 000

| Item | Jan.-Oct. 2015 | 2014 | 2013 |
|---|---|---|---|
| **I. Total operating revenue** | **452, 810.14** | **582, 110.43** | **518, 840.98** |
| Including: operating income | 452, 810.14 | 582, 110.43 | 518, 840.98 |
| **II. Total operating cost** | **365, 356.54** | **470, 321.82** | **408, 352.25** |
| Including: operating cost | 320, 313.28 | 417, 181.24 | 361, 040.56 |
| Business tax and surcharge | 1, 902.14 | 555.73 | 595.74 |
| Selling expenses | 10, 235.34 | 14, 269.27 | 13, 781.23 |
| Management expenses | 22, 911.19 | 27, 328.64 | 23, 479.99 |
| Financial expenses | 9, 822.92 | 10, 820.46 | 9, 435.55 |
| Asset impairment loss | 171.66 | 166.48 | 19.19 |
| Investment income | 66.42 | 71.99 | 20.47 |
| Including: income from investments in associates and joint ventures | - | -38.33 | -83.83 |
| **III. Operating profit (losses expressed with a "-" symbol)** | **87, 520.02** | **111, 860.60** | **110, 509.20** |
| Add: non-operating income | 7, 720.33 | 7, 203.26 | 4, 780.25 |
| Including: gains from disposal of non-current assets | 3.91 | 5.12 | 243.18 |
| Less: non-operating expenditure | 8, 410.77 | 628.51 | 1, 208.44 |
| Including: losses from disposal of non-current assets | 17.56 | 292.01 | 999.47 |
| **IV. Total profit (total loss expressed with a "-" symbol)** | **86, 829.58** | **118, 435.35** | **114, 081.01** |
| Less: income tax expenses | 12, 437.53 | 13, 730.01 | 13, 642.88 |
| **V. Net profit (net loss expressed with a "-" symbol)** | **74, 392.05** | **104, 705.34** | **100, 438.13** |
| Including: net profit realized by the merged party before merger | - | - | - |
| Net profit attributable to owners of parent company | 71, 698.50 | 102, 050.54 | 97, 856.93 |
| Minority interest income | 2, 693.55 | 2, 654.80 | 2, 581.20 |

BNBMPLC0009024

| VI. After-tax amount of other comprehensive income | - | - | - |
|---|---|---|---|
| After-tax amount of other comprehensive income attributable to owners of parent company | - | - | - |
| After-tax amount of other comprehensive income attributable to minority shareholders | - | - | - |
| VII. Total comprehensive income | 74, 392.05 | 104, 705.34 | 100, 438.13 |
| Total comprehensive income attributable to owners of parent company | 71, 698.50 | 102, 050.54 | 97, 856.93 |
| Total comprehensive income attributable to minority shareholders | 2, 693.55 | 2, 654.80 | 2, 581.20 |
| VIII. Earnings per share | | | |
| (1) Basic earnings per share | 4.61 | 6.56 | 6.29 |
| (2) Diluted earnings per share | 4.61 | 6.56 | 6.29 |

## (III) Taishan's cash flow statements for the reporting periods

Unit: RMB10, 000

| Item | Jan.-Oct. 2015 | 2014 | 2013 |
|---|---|---|---|
| I. Cash flows from operating activities： | | | |
| Cash received from the sale of goods and the rendering of services | 482, 158.19 | 595, 118.43 | 528, 591.27 |
| Tax refunds received | 4, 435.14 | 934.07 | 1, 148.16 |
| Other cash received relating to operating activities | 9, 533.93 | 22, 544.38 | 30, 845.88 |
| Subtotal of cash inflows | 496, 127.26 | 618, 596.89 | 560, 585.30 |
| Cash paid for goods purchased and labor services received | 314, 545.25 | 380, 192.26 | 357, 190.80 |
| Cash paid to employees and for employees | 35, 607.82 | 47, 285.18 | 39, 486.27 |
| Payments of all types of taxes | 32, 587.57 | 22, 837.31 | 17, 890.82 |
| Other cash paid relating to operating activities | 20, 411.48 | 21, 601.55 | 34, 452.18 |
| Subtotal of cash outflows | 403, 152.12 | 471, 916.31 | 449, 020.07 |
| Net cash flows from operating activities | 92, 975.15 | 146, 680.58 | 111, 565.23 |
| II. Cash flows from investing activities | - | - | - |
| Cash received from return of investments | 10, 000.00 | 30, 000.00 | 21, 634.69 |
| Cash received from returns on investments | 66.42 | 160.27 | 104.37 |
| Net cash received from disposal of fixed assets, intangible assets and other long-term assets | - | 34.18 | 665.79 |
| Net cash received from the disposal of subsidiaries and other business entities | - | - | - |
| Other cash received relating to investing activities | - | - | - |
| Subtotal of cash inflows | 10, 066.42 | 30, 194.45 | 22, 404.85 |
| Cash paid for the purchase and construction of fixed assets, intangible assets and other long term assets | 41, 692.32 | 83, 331.01 | 74, 629.85 |
| Cash paid for investments | 10, 000.00 | 30, 000.00 | 20, 500.00 |
| Net cash paid for the acquisition of subsidiaries and other business entities | 4, 364.52 | 1, 217.70 | - |
| Other cash paid relating to investing activities | - | - | - |
| Subtotal of cash outflows | 56, 056.84 | 114, 548.71 | 95, 129.85 |
| Net cash flows from investing activities | -45, 990.42 | -84, 354.25 | -72, 725.00 |
| III. Cash flows from financing activities | - | - | - |
| Cash received by absorbing investments | - | - | 450.00 |

BNBMPLC0009025

| | | | |
|---|---|---|---|
| Including: cash received by subsidiaries by absorbing investments from minority shareholders | - | - | 450.00 |
| Cash received from borrowings | 258, 900.00 | 339, 908.00 | 281, 936.80 |
| Other cash received relating to financing activities | - | - | - |
| **Subtotal of cash inflows** | **258, 900.00** | **339, 908.00** | **282, 386.80** |
| Cash paid for repayments of debts | 244, 065.00 | 322, 245.00 | 269, 296.65 |
| Cash paid for distribution of dividends or profits, or cash payments for interests | 60, 273.53 | 63, 838.94 | 41, 462.71 |
| Including: dividends and profits paid by subsidiaries to minority shareholders | 657.34 | 991.77 | 695.90 |
| Other cash payments relating to financing activities | 1, 862.31 | 9, 998.65 | 2, 402.20 |
| **Subtotal of cash outflows** | **306, 200.84** | **396, 082.58** | **313, 161.56** |
| **Net cash flows from financing activities** | **-47, 300.84** | **-56, 174.58** | **-30, 774.76** |
| **IV. Effect of exchange rate change upon cash** | **-13.82** | **-15.79** | **-24.69** |
| **V. Net increase in cash and cash equivalents** | **-329.93** | **6, 135.96** | **8, 040.78** |
| Add: cash and cash equivalents at beginning of period | 58, 238.00 | 52, 102.04 | 44, 061.27 |
| **VI. Cash and cash equivalents at end of period** | **57, 908.07** | **58, 238.00** | **52, 102.04** |

## II. Pro forma financial statements of BNBMPLC for the most recent year and one peirod

Baker Tilly has audited the pro forma financial statements and notes prepared by BNBPLC for 2014 and January-October 2015 according to asset and business structures upon completion of the proposed asset restructuring, and issued the Review Report TAYZ No. 15716. Baker Tilly holds the view that: "during our review, we have not noticed any matter that enables us to believe the financial statements were not prepared according to the Accounting Standard for Business Enterprises and the basis of preparation in note 3 of the pro forma consolidated financial statements and fail to fairly represent the financial status and operating results of the reviewed unit in all material respects." The reviewed pro forma financial statements of BNBMPLC for 2014 and January-October 2015 are as follows:

## (I) Pro forma balance sheets of BNBMPLC for the most recent one year and one period

Unit: RMB10, 000

| Item | Oct. 31, 2015 | Dec. 31, 2014 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Monetary funds | 85, 788.19 | 126, 947.69 |
| Financial assets measured at fair value whose variation is included into current profit or loss | 127, 366.04 | 117, 832.48 |
| Notes receivable | 6, 367.87 | 11, 969.54 |
| Accounts receivable | 63, 753.95 | 23, 281.24 |
| Advances to suppliers | 30, 077.14 | 54, 928.18 |
| Other receivables | 41, 452.95 | 22, 527.49 |
| Inventories | 146, 475.27 | 162, 935.04 |
| **Total current assets** | **501, 281.42** | **520, 421.66** |
| NON-CURRENT ASSETS | - | - |
| Financial assets available for sale | 1, 819.06 | 1, 819.06 |

BNBMPLC0009026

| | | |
|---|---:|---:|
| Long-term equity investment | 11, 803.28 | 12, 008.87 |
| Investment real estate | 4, 379.74 | 4, 473.68 |
| Fixed assets | 631, 082.17 | 586, 624.84 |
| Construction in progress | 115, 658.81 | 111, 107.37 |
| Disposal of fixed assets | 0.99 | - |
| Intangible assets | 144, 103.94 | 111, 876.61 |
| Goodwill | 2, 888.97 | 2, 888.97 |
| Long-term deferred expenses | 1, 221.23 | 1, 097.24 |
| Deferred income tax assets | 1, 718.97 | 2, 050.27 |
| Other non-current assets | 157.88 | 387.75 |
| **Total non-current assets** | **914, 835.05** | **834, 334.65** |
| **Total assets** | **1, 416, 116.46** | **1, 354, 756.31** |
| CURRENT LIABILITIES | | |
| Short-term borrowings | 205, 414.30 | 216, 200.00 |
| Notes payable | 43, 235.51 | 39, 599.15 |
| Accounts payable | 75, 086.82 | 75, 657.26 |
| Advances from customers | 11, 034.58 | 6, 585.71 |
| Compensation payable to employees | 5, 643.39 | 4, 452.40 |
| Taxes and fees payable | 1, 854.99 | -2, 628.08 |
| Interest payable | 2, 616.67 | 3, 155.53 |
| Dividend payable | 324.32 | 33.75 |
| Other payables | 12, 454.81 | 11, 084.45 |
| Non-current liabilities maturing within one year | 10, 890.00 | 16, 390.00 |
| Other current liabilities | 10, 000.00 | 60, 000.00 |
| **Total current liabilities** | **378, 555.40** | **430, 530.17** |
| NON-CURRENT LIABILITIES | - | - |
| Long-term borrowings | 3, 125.70 | 4, 005.00 |
| Bonds payable | 50, 000.00 | - |
| Long-term payables | 1, 103.14 | 1, 963.76 |
| Long-term compensation payable to employees | - | - |
| Special payables | 573.14 | 603.59 |
| Estimated liabilities | - | - |
| Deferred income | 45, 723.81 | 47, 311.63 |
| Deferred income tax liabilities | 255.98 | 327.01 |
| Other non-current liabilities | - | - |
| **Total non-current liabilities** | **100, 781.78** | **54, 211.00** |
| **Total liabilities** | **479, 337.18** | **484, 741.17** |
| **Owners' equity** | | |
| Total equity attributable to owners of parent company | 927, 114.64 | 861, 620.38 |
| Minority interest | 9, 664.64 | 8, 394.76 |
| **Total owners' equity** | **936, 779.28** | **870, 015.14** |
| **Total Liabilities and Owners' Equity** | **1, 416, 116.46** | **1, 354, 756.31** |

## (II) Income statements of BNBMPLC for the most recent one year and one peirod

Unit: RMB10, 000

| Item | Jan.-Oct. 2015 | 2014 |
|---|---:|---:|
| **I. Total operating revenue** | 626, 009.38 | 829, 503.22 |
| Including: operating income | 626, 009.38 | 829, 503.22 |

BNBMPLC0009027

| | | |
|---|---|---|
| **II. Total operating cost** | 513, 473.39 | 682, 293.43 |
| Including: operating cost | 431, 759.39 | 581, 488.17 |
| Business tax and surcharge | 3, 024.02 | 1, 776.34 |
| Selling expenses | 21, 530.84 | 29, 342.56 |
| Management expenses | 44, 941.70 | 51, 757.58 |
| Financial expenses | 11, 474.46 | 17, 671.27 |
| Asset impairment loss | 742.97 | 257.50 |
| Add: gains from changes in fair value (losses expressed with a "-" | -466.43 | 832.48 |
| Investment income | 5, 005.43 | 811.90 |
| Including: income from investments in associates and joint ventures | 95.84 | 515.70 |
| **III. Operating profit (losses expressed with a "-" symbol)** | 117, 074.99 | 148, 854.17 |
| Add: non-operating income | 9, 806.16 | 18, 313.28 |
| Including: gains from disposal of non-current assets | 5.83 | 14.62 |
| Less: non-operating expenditure | 14, 051.53 | 900.73 |
| Including: losses from disposal of non-current assets | 140.98 | 346.44 |
| **IV. Total profit (total loss expressed with a "-" symbol)** | 112, 829.62 | 166, 266.72 |
| Less: income tax expenses | 16, 345.88 | 19, 354.07 |
| **V. Net profit (net loss expressed with a "-" symbol)** | 96, 483.74 | 146, 912.66 |
| Including: net profit realized by the merged party before merger | - | - |
| Net profit attributable to owners of parent company | 95, 541.37 | 146, 262.85 |
| Minority interest income | 942.36 | 649.81 |
| **VI. After-tax amount of other comprehensive income** | - | - |
| After-tax amount of other comprehensive income attributable to owners | - | - |
| After-tax amount of other comprehensive income attributable to minority | - | - |
| **VII. Total comprehensive income** | 96, 483.74 | 146, 912.66 |
| Total comprehensive income attributable to owners of parent company | 95, 541.37 | 146, 262.85 |
| Total comprehensive income attributable to minority shareholders | 942.36 | 649.81 |
| **VIII. Earnings per share** | | |
| (1) Basic earnings per share | 0.54 | 0.92 |
| (2) Diluted earnings per share | 0.54 | 0.92 |

BNBMPLC0009028

# Chapter 12 Horizontal Competition and Related-Party Transaction

## I. Impacts on horizontal competition from the proposed transaction

Prior to completion of the proposed transaction, no horizontal competition has existed between the Company and the actual controller, and its related enterprises. After completion of the proposed transaction, no horizontal competition will exist between the Company and the actual controller, and its related enterprises, either. To further avoid **horizontal competition, the Counterparties have made a promise that "we, as a** company/partnership or I, as an individual, promise that we/I will not deal with the business throwing us/I in competition with the listed company in its existing principal business of gypsum board and light steel studs. Except the listed company, we, as a company/partnership or I, as an individual, do not and will not deal with the business constituting competition with the listed company in the above existing principal business after completion of the proposed transaction through other enterprises in any place and in any manner. If the wholly-owned and holding enterprises invested by we, as a company/partnership or I, as an individual in the future deal with the business constituting competition with the listed company in the above existing principal business after completion of the proposed transaction, we, as a company/partnership or I, as an individual, will stop dealing with the competitive business or transfer the competitive business to a third party with no associated relationship to avoid horizontal **competition."**

## II. Impacts on related transactions from the proposed transaction

**Prior to completion of the proposed transaction, Taishan' financial statements have been included into the consolidated financial statements of the Company. Taishan's** associated transactions have been reflected in the consolidated statements of the Company. After execution of the proposed transaction, Taishan will become the wholly-owned subsidiary of the Company. The holding position of CNBMPLC, the controlling shareholder of BNBMPLC, will not change. In case of any related transaction after completion of the proposed transaction, disclosure obligation will be fulfilled continuously based on the principle of openness, fairness and justice, as well as requirements of the CSRC, Shenzhen Stock Exchange and other applicable laws and regulations, without prejudice to the interests of the listed company and all the shareholders.

During the reporting periods, lending and borrowing business occurred between some enterprises controlled by the Counterparties and the Target Company. The amounts were not big; the loans have been repaid and interest has been paid as agreed. According to the Promise on Reducing Related Transactions issued by the Counterparties, after completion of the proposed transaction, the Counterparties will strictly standardize related transactions with the listed company and the Target Company. Therefore, the proposed transaction will not increase related transaction with the listed company.

BNBMPLC0009029

# Chapter 13 Potential Risks

## I. Risks of possibly canceling or terminating this Transaction

Since the trading plan must meet various prerequisites, it will be subject to impacts from various factors in its execution, which may lead to cancellation of this Transaction or re-addressing of some issues, including but not limited to:

1. Risk of insider trading. Though the Company has developed confidentiality measures pursuant to relevant regulations, there is still a possibility that the Company may be involved in insider trading due to abnormal fluctuations or abnormal trading of its stock so that this Transaction will be suspended, terminated or cancellation.

2. Risk of failing to send notice of general meeting of shareholders in due course.  The Company needs to issue the notice of general meeting of shareholders within 6 months after the date of announcing first consideration of resolution of the Board of Directors in relation to transaction-related issues. There is a risk of canceling this Transaction as a result of failing to issue the notice of general meeting of shareholders within 6 months.

## II. Transaction approval risks

This Transaction has been deliberated and adopted at the 11th and the 15th extraordinary meetings of the 5th Board of Directors of BNBMPLC, but the implementation of this Transaction is subject to multiple conditions, including but not limited to:

1. The Shareholders' Meeting of the Company shall approve proposals concerning this Transaction plan;

2. The CSRC and other competent authorities will rectify or approve this Transaction. As at the signing date of this report, approvals required for this Transaction are still under application. The foregoing approvals are all preconditions for this Transaction, and there is uncertainty about the success of this Transaction and the time of obtaining final approvals. Therefore, the successful implementation of this Transaction plan will be faced with approval risk, and investors are reminded to notice this investment risk.

## III. Restructuring & integration risks

Through this Transaction, Taishan will become a wholly-owned subsidiary of BNBMPLC. It is uncertain to some extent how related assets and personnel will develop through the Company's platform, and whether an expected synergistic effect will be created with the existing business segment of the Company. Therefore, the Company will be at restructuring and business integration risks.

In addition, with further expansion of the Company's business and scale upon completion of this Transaction, assets management will be more difficult; demand for excellent talents will increase further; the Company will have to meet higher requirements for organizational structure, internal control, capital management and personnel placements, etc. The Company's failure to establish effective communication and coordination systems, develop highly efficient management model and organizational structure, improve training and incentive mechanism for excellent talents will possibly lead to reduced management efficiency and rising operating costs. And it will be difficult to realize the synergies of

BNBMPLC0009030

resources integration, resulting in lower-than-expected results of restructuring.

## IV. Industry & business risks

### (1) Risks of raw material and fuel price fluctuations

The main raw materials needed by the Company and Target Company for their production are industrial by-product gypsum and covering paper; the main fuel is coal. Between 2012 **and 2014, the Company's total raw materials, fuels and power accounted for** 85.53%, 84.50% and 84.28% of its operating costs respectively. Price fluctuations of raw materials and fuels had **direct impacts on the Company's economic benefits. In recent years, the** Company has tried to maintain stability of production costs by building plants close to feedstocks and establishing consummate cost control system. Large changes in prices of raw materials and fuels in the future will directly cause fluctuations of procurement costs **directly, bringing certain risks to the sustained and steady growth of the Company's** profitability.

### (2) Risks of fierce industrial competition

The main gypsum board business of the Company and the Target Company is related to a perfectly competitive industry. The current competition mainly involves the Company and a handful foreign-funded enterprises, such as Saint-Gobain, Boral, Knauf as well as a number of domestic medium-and large-sized enterprises.  The market competition is fierce. Through market integration and restructuring over the past few years, especially the introduction of the Catalogue for the Guidance of Industrial Structure Adjustment (2011 edition) (revised), less than 10mn square meters /year of gypsum board production lines have been identified as the eliminative category and less than 30mn square meters/year of gypsum board production lines have been identified as the restrictive category, leading to the elimination of a group of small-sized manufacturers characterized by a small production scale,  backward techniques, low-quality products and lack of independent brands, improved market concentration, higher industry barriers and standardized competition order. To some extent, the improvement in market concentration has strengthened the competition among dominant enterprises in terms of resources, techniques, brands and talents, etc., so that the Company has to face certain pressure on sustained enhancement in marketing and market share.

**In recent years, the Company's "Dragon Brand" gypsum board positioned in high**-end **market and "Taishan Brand" gypsum board positioned in low**-end market have accounted for nearly 50% of the domestic market together. Competitors o**f the "Dragon Brand"** gypsum board are the aforementioned foreign-funded enterprises with the international standard of production equipment, technology R&D and product quality, while those of **"Taishan Brand" gypsum board are mainly a huge number of domest**ic medium- and small-sized gypsum board and building material enterprises characterized by low-price products and strong regional feature. At present, the Company has an obvious advantage in scale and techniques. But with promotion and development of gypsum board industry towards greenness, environmental protection and energy saving, etc., it is expected that the industrial structure will be adjusted further and competition of gypsum board industry will become increasingly fierce. In the future, the Company may face the risks relating to increased pressure due to industry competition.

### (3) Risks of real estate industry volatility

The building material industry that the Company and the Target Company are engaged in

BNBMPLC0009031

develops in close association with macroeconomics and subject to complex impacts from macroeconomic factors, such as scale of fixed assets investment and urbanization process.

Products of the Company and the Target Company mainly target public decoration market and housing construction market, and are applied in such real estate projects as landmark buildings, hotels, office buildings, commercial properties and houses. National policy introduced in real estate industry and development of the real estate industry produce **certain impacts on the Company**'s production and operation. Since 2010, the Chinese government has rolled out a series of initiatives in relation to land, taxation and restricted purchase to regulate the real estate industry. After introduction of regulatory real estate policies, growth of the real estate industry has declined to some extent. If the real estate industry fluctuates greatly in terms of scale of investment and growth rate in the future, the **Company's business performance will be affected to some extent.**

## V. Downside risks of performance of Target Assets

Business of the Target Company is subject to impacts from macroeconomics and industry factors. Despite the Target Company will strive to strengthen its management and improve its efficiency to cope with impacts from negative factors brought about by macroeconomic and industrial downturn, there may still be such impacts on the Company as caused by poor profitability of the assets to be injected and even decline in performance. Therefore, the Target Assets of this Transaction will face risks of declined performance.

## VI. Litigation risk

Since 2009, several US homeowners, housing construction companies and etc. have filed multiple lawsuits against quite a few enterprises, including at least dozens of Chinese gypsum board manufactures, such as BNBMPLC and its subsidiary Taishan, etc. On the grounds that the gypsum boards have quality problem, they seek compensation for various alleged losses incurred due to quality problem of the gypsum boards.

Since 2010, BNBMPLC has retained well-known US law firms for legal advisory services on related issues of the gypsum board litigation in the US. Taishan retained domestic and foreign law firms to raise defenses and challenge on behalf of Taishan in the gypsum board litigation, in order to protect **Taishan's rights and interests. Given litigation process,** BNBMPLC also retained domestic and foreign law firms to raise defenses and challenge **on behalf of BNBMPLC in the gypsum board litigation, in order to protect BNBMPLC's** rights and interests.

So far, the litigations of BNBMPLC and Taishan are still pending. As a result, BNBMPLC and Taishan are unable to determine the number of plaintiffs and properties involved in the litigations, and difficult to forecast possible judgments accurately, either. BNBMPLC and Taishan have retained domestic and foreign lawyers to study and assess defending strategies for this case and impacts on BNBMPLC and Taishan. Currently, it is still unable to accurately estimate the economic losses that may be caused by this case on BNBMPLC and Taishan and impacts on the profit for the current period. Therefore, investors are reminded of related litigation risks.

## VII. Risks of failing to promise performance for this Transaction

This Transaction is about acquiring the shares held by minority shareholders of a controlled subsidiary of Listed Company.  It is confirmed through friendly consultation that

BNBMPLC0009032

both parties to this Transaction do not make the matter of compensating for performance commitment a condition for this Transaction during negotiation on this restructuring issue, and investors are advised to pay attention to the risk of the Counterparties failing to make promise for performance compensation.

## VIII. Risks of increasing appraised value of the Target Assets

As of the base date of the appraisal, the shareholders' equity attributable to parent company measured on the scale of audited and consolidated 100% stake of Taishan, the Target Company involved in this Transaction is RMB3.2390905bn, with appraised value of RMB11.98714bn, estimated appreciation of RMB8.7480495bn, and estimated appreciation rate of 270.08%. Due to the substantial increase, investors are advised to notice the risk of increasing appraised value of the Target Assets in this Transaction.

BNBMPLC0009033

# Chapter 14 Other Important Issues

**I. Will the Company's funds and capitals be occupied by actual controller or other related party and will the Company provide a guarantee for actual controller or other related party upon completion of this Transaction**

As of the siging date of this Report, the Company's funds and capitals have not been occupied by actual controller or other related party or the Company has not provided a guarantee for actual controller or other related party. Upon completion of this Transaction, the Company will neither increase the funds occupied by related party, nor provide a guarantee for related party.

## II. Impacts of this Transaction on liability structure of the listed company

Prior to this Transaction, Taishan has already been a controlled subsidiary of the listed company and included into the consolidated statement of the listed company. This Transaction is in relation to acquisition of minority interests of the controlled subsidiary Taishan by the listed company. The listed company's consolidated financial statements, and the amount and structure of assets, amount and structure of liabilities, operating revenue and costs as well as expenses included into the consolidated financial statements will not have significant change after this Transaction compared with before.

## III. Major assets transactions of the Company over the past 12 months

The Company had no significant asset transactions over the past 12 months.

## IV. Impacts of this Transaction on governing mechanism of the listed company

### (1) Basic governing mechanism of the Company upon completion of the transaction

Prior to this Transaction, the Company has established and improved the basic corporate governance structure, developed and complied with related rules of procedure or work rules strictly in accordance with laws, rules and regulations, such has the Company Law, Securities Law and Guidelines for Governance of Listed Companies, etc.

Upon completion of this Transaction, the Company will continue to maintain compliant and highly efficient corporate governance structure, perfect internal management and control system, standardize corporate operation, improve corporate governance and protect interests of shareholders and investors.

(2) Measures to improve the corporate governance structure

**After this Transaction is completed, Taishan will change from the Company's controlled** subsidiary to a wholly-owned subsidiary. Synergies generated by the acquisition will expand business scale of the Company. However **the Company's business structure and** governance structure will not change.

The Company will continue to perfect corporate governance structure, standardize corporate operation and management, enhance operating efficiency and profitability further in accordance with laws, rules and regulations; such has the Company Law, Securities Law and Guidelines for Governance of Listed Companies, etc.

BNBMPLC0009034

## V. The Company's profit distribution policy & corresponding arrangement

The Company's basic principles, detailed policies and review process for profit distribution are as follows:

### (1) Basic principles for the Company's profit distribution policy

A. The Company takes into full account return to investors and allocates dividends to shareholders according to the predetermined percentage relative to profit available for distribution of the parent company for the year on a yearly basis;

B. The Company maintains the continuity and stability of its profit distribution policy, while taking into account the long-term interests of the Company, overall interests of all shareholders and sustainable development of the Company.

C. The Company distributes profit with a preference to cash dividends. Profit shall be distributed through cash dividends if related conditions are satisfied. If profit is distributed through stock dividends, truly rational factors, such as corporate growth and dilution of net assets per share, shall be satisfied.

### (2) Detailed profit distribution policy of the Company

A. Form of distribution of profit: the Company distributes profit in cash, stock or a combination of cash and stock. If the conditions allow, the Company may conduct interim profit distribution.

B. Specific conditions, percentage and interval for distributing cash dividends: except in special circumstances, when the Company's earnings for a year and cumulated undistributed profits are positive, dividends shall be distributed in cash. Profits distributed in cash each year shall be no less than 20% of profits available for distribution of parent company for the same year; or the profits distributed in cash cumulatively over the past 3 years shall be no less than 30% of average annual profits available for distribution over the past 3 years. The special circumstances are: a. audit institution does not issue unqualified auditor's report based on the Company's financial statements for the year; b. the Company's net operating cash flow recorded for the year is less than the amount of cash dividends determined according to the predetermined percentage; c. the Company has important investment plans or has significant cash outlays, etc. (the cumulative amount of investment plans and cash outlays for the year exceeds 30% of the audited net assets of the Company for the last year, except for fund-raising projects). When the aforementioned requirements for distribution of cash dividends are met, the Company shall, in principle, distribute cash dividends once a year. The Board of Directors of the Company may suggest the Company conduct interim cash dividend distribution according to the Company's profitability and demand for funds. Unless proved and agreed by the Board of Directors, and commented by independent directors independently as well as passed by the Board of Supervisors, the interval between 2 distributions of cash dividends shall be no less than 6 months in principle.

C. With regard to differentiated cash dividend policy, the Board of Directors of the listed company shall synthetically consider such factors as industry characteristics, development stage, its own business model, profitability and arrangements for major capital expenditure if there is any, distinguish the following circumstances and develop differentiated cash dividend policy according to procedures specified in this chapter: a. when the Company is at a mature stage with no major capital expenditure, to distribute the profits, the cash

BNBMPLC0009035

dividends shall account for at least 80% of the profits to be distributed; b. when the Company is at a mature stage with major capital expenditure, to distribute the profits, the cash dividends shall account for at least 40% of the profits to be distributed; c. when the Company is at a growth stage with major capital expenditure, to distribute the profits, the cash dividends shall account for at least 20% of the profits to be distributed. When the development stage of the Company cannot be identified easily, but it has major capital expenditure, the provisions of the preceding paragraph can be referred.

D. Specific conditions for allocating stock dividends by the Company:  if the Company **operates well and the Board of Directors holds that when the Company's stock price is** inconsistent with its share capital and distributing stock dividends will be in favor of the interests of all shareholders of the Company, stock dividend allocation plan can be proposed if the conditions for distributing cash dividends above are satisfied.

**(3) Process to review profit distribution plan of the Company**

**A. The Company's profit distribution plan is formulated by the Board of Directors and** submitted to general meeting of shareholders for review after a special resolution is developed from it. While the profit distribution plan is reviewed, the Company shall provide online voting to shareholders.

B. When the Company formulates a detailed plan for cash dividends, the Board of Directors shall study and demonstrate carefully opportunities, conditions, lowest percentage, adjustment conditions and decision-making process as well as requirements in relation to cash dividends. Independent directors shall express their opinions clearly. Independent directors may solicit opinions from minority shareholders, raise dividend proposal and submit it directly to the Board of Directors for approval. Before the detailed plan for cash dividends is considered at the general meeting of shareholders, the Company shall proactively communicate and exchange views with shareholders, especially minority shareholders through various channels, listen to their opinions and appeals, reply to minority shareholders regarding their issues of concern in a timely manner.

C. When the Company does not distribute cash dividends due to the special circumstances specified in preceding sub-paragraph B of paragraph (2), the Board of Directors shall present a special statement in relation to specific reasons for distributing no **cash dividends, exact purpose of the Company's retained earnings and expected return on** investment, etc. The statement shall be submitted to the general meeting of shareholders for review after being commented by independent directors, and be disclosed through the media designated by the Company.

**(4) Execution and changes of the Company's profit distribution plan**

**A. Execution of the Company's profit distribution plan: after a decision is made on the profit** distribution plan at the general meeting of shareholders, the Board of Directors shall finish distributing dividends (or shares) within 2 months after the meeting.

**B. Changes of the Company's profit distribution policy: in case force majeure events occur,** such as war, **natural disasters, etc., or the Company's external business environment is changed with substantial impacts on the Company's production and operation, or the Company's own operating conditions are changed substantially, the Company may adjust** the profit distribution plan. The Board of Directors shall specially discuss about the **Company's adjustment of the profit distribution policy, demonstrate in detail reasons for**

BNBMPLC0009036

adjustment and prepare a written feasibility report. The report will be submitted to independent directors for review and then be passed at the general meeting of shareholders as a special resolution. When changes of the profit distribution plan are reviewed, the Company shall provide online voting to shareholders.

## VI. Verification of stock sales & purchase

In accordance with Rules No. 26 on Contents and Format of Information Disclosure by Companies Publicly Issuing Securities – Major Assets Restructuring of Listed Companies (revised in 2014) ([2014] No. 54 Circular of the CSRC), Notice on Standardizing Information Disclosure of Listed Companies and Behaviors of Parties Concerned (ZJGSZ [2007] No. 128 Document of the CSRC) and relevant requirements of the Shenzhen Stock Exchange, the Company, controlling shareholder, actual control, Counterparties and their respective directors, supervisors, senior officers, professional agencies, other legal persons and natural persons aware of this Transaction, and the direct relatives of the aforementioned parties (spouses, parents, sons and daughters over age of 18, hereinafter **collectively referred to as "Parties within Scope of Self-examination" ) conducted self-examination as to whether they bought or sold the Company's shares within 6 months** before the date that the Company suspended stock trading (April 10, 2015) up to and including January 15, 2016 and issued self-examination reports.

According to the self-examination reports of the parties concerned and inquires provided by China Securities Depository and Clearing Corporation Limited, Shenzhen Branch, **purchase and sale of the listed company's shares by Parties within Scope of Self-**examination during the period between October 10, 2014 and April 9, 2015 are as follows:

| Name of trader | Association | Date of transaction | Nature of transaction | No. of shares traded (share) |
|---|---|---|---|---|
| Wang Lifeng | The Counterparties is director of Taishan. | Oct. 10, 2014 | Buy | 100 |
| | | Oct. 14, 2014 | Buy | 100 |
| | | Oct. 16, 2014 | Buy | 100 |
| | | Oct. 17, 2014 | Buy | 200 |
| | | Oct. 21, 2014 | Sell | 500 |
| | | Oct. 22, 2014 | Sell | 300 |
| | | Dec. 5, 2014 | Buy | 100 |
| | | Dec. 8, 2014 | Buy | 200 |
| | | Dec. 9, 2014 | Sell | 300 |
| Shi Meiling | The Counterparties is the spouse of Cao Zhiqiang, chief engineer of Taishan. | Nov. 3, 2014 | Sell | 500 |
| | | Dec. 8, 2014 | Buy | 100 |
| | | Dec. 18, 2014 | Buy | 300 |
| | | Dec. 19, 2014 | Buy | 600 |
| | | Dec. 23, 2014 | Buy | 300 |
| | | Dec. 26, 2014 | Sell | 300 |
| | | Jan. 5, 2015 | Sell | 200 |
| | | Jan. 12, 2015 | Buy | 200 |
| | | Feb. 16, 2015 | Sell | 500 |
| | | Mar. 2, 2015 | Sell | 300 |
| | | Mar. 3, 2015 | Sell | 200 |

BNBMPLC0009037

| Name of trader | Association | Date of transaction | Nature of transaction | No. of shares traded (share) |
|---|---|---|---|---|
| Peng Chunmei | The Counterparties is the spouse of Yang Zhengbo. | Dec. 31, 2014 | Buy | 1, 000 |
| | | Jan. 5, 2015 | Sell | 1, 000 |
| | | Jan. 12, 2015 | Buy | 1, 800 |
| | | Jan. 21, 2015 | Sell | 1, 800 |
| Song Wei | The Counterparties is the spouse of Song Wei, **managing partner of Tai'an** Changyuan Investment Center (LP). | Dec. 8, 2014 | Buy | 200 |
| | | Dec. 18, 2014 | Buy | 300 |
| | | Dec. 19, 2014 | Buy | 600 |
| | | Dec. 26, 2014 | Sell | 200 |
| | | Feb. 16, 2015 | Sell | 500 |
| | | Mar. 2, 2015 | Sell | 300 |
| | | Mar. 3, 2015 | Sell | 200 |
| Liu Qinwei | The Counterparties is the spouse of Song Wei, **managing partner of Tai'an** Changyuan Investment Center (LP). | Feb. 13, 2015 | Buy | 300 |
| | | Feb. 16, 2015 | Sell | 300 |
| | | Feb. 16, 2015 | Buy | 100 |
| | | Feb. 17, 2015 | Sell | 100 |
| Sun Li | The Counterparties is the spouse of Pei Qingyong, **managing partner of Tai'an** Shunchang Investment Center (LP). | Dec. 29, 2014 | Sell | 100 |
| | | Feb. 2, 2015 | Buy | 100 |
| | | Mar. 5, 2015 | Buy | 100 |
| | | Mar. 9, 2015 | Sell | 100 |
| | | Mar. 10, 2015 | Sell | 100 |
| | | Mar. 19, 2015 | Buy | 100 |
| | | Mar. 26, 2015 | Sell | 100 |
| | | Apr. 9, 2015 | Buy | 100 |
| Liu Jinzhi | The Counterparties is the spouse of Xiao Jiaxiang, vice president of controlling shareholder BNBMPLC. | Oct. 22, 2014 | Sell | 10, 000 |
| Peng Weifei | The Counterparties is the daughter of Peng Xuefeng, external director of actual controller CNBM Group.T | Feb. 25, 2015 | Buy | 3, 000 |
| | | Feb. 26, 2015 | Buy | 2, 000 |
| | | Feb. 27, 2015 | Sell | 1, 000 |
| | | Feb. 27, 2015 | Buy | 1, 000 |
| | | Mar. 2, 2015 | Sell | 2, 000 |
| | | Mar. 3, 2015 | Sell | 3, 000 |

With respect to the said buying and selling of BNBMPLC shares, the foregoing personnel make the following statement: My act of trading BNBMPLC shares between 6 month prior to Application by **BNBMPLC's Board of Directors** for stock suspension for the purpose of this transaction (i.e., from October 10, 2014 to April 9, 2015) and the signing date of these Notes is an operation based on my own judgment of stock transaction on secondary market. I have not known the negotiation content of this transaction and associated information, and my buying and selling of BNBMPLC shares is an investment decision based on publicly available information on market and my own judgment and is not a transaction involving use of inside information. I hereby warrant that I will neither buy nor sell BNBMPLC shares between the issuing date of this statement and the completion date of this transaction.

BNBMPLC0009038

Based on self-inspection reports of all parties and inquiry records issued by China Securities Depository and Clearing Co., Ltd. Shenzhen Branch, the buying and selling of listed company's shares by personnel within the self-inspection scope during the period between April 10, 2015 and January 15, 2016 is specified below:

| Trader's name | Association relationship | Trading date | Trading nature | Number of shares traded (shares) |
|---|---|---|---|---|
| Sun Aiju | Mother of Ren Xue, a counterparty | November 2, 2015 | Buy | 100 |
| | | November 11, 2015 | Sell | 100 |
| | | November 16, 2015 | Buy | 200 |
| | | November 18, 2015 | Sell | 200 |
| Li Zuoyi | Counterparty | November 5, 2015 | Buy | 2, 000 |
| | | November 12, 2015 | Sell | 2, 000 |
| | | December 24, 2015 | Buy | 2, 400 |
| | | January 8, 2016 | Sell | 1, 200 |
| | | January 11, 2016 | Sell | 1, 200 |
| | | January 12, 2016 | Buy | 2, 400 |
| Liu Qinwei | Spouse of Song Wei, executive partner of Tai'an Changyuan Investment Center (limited partnership) | November 11, 2015 | Buy | 400 |
| | | November 12, 2015 | Sell | 400 |

With respect to the said buying and selling of BNBMPLC shares, the foregoing personnel make the following statement:

Sun Aiju makes the following statement with respect to the buying and selling of BNBMPLC shares: 1. My act of trading BNBMPLC shares between 6 month prior to **Application by BNBMPLC's Board of Directors for stock suspension for the purpose of this** transaction (i.e., from October 10, 2014 to April 9, 2015) and the signing date of these Notes is an operation based on my own judgment of stock transaction on secondary market. I have not known the negotiation content of this transaction and associated information, and my buying and selling of BNBMPLC shares is an investment decision based on publicly available information on market and my own judgment and is not a transaction involving use of inside information. The relevant trading act is an operation error due to my failure to understand reorganization laws and regulations. 2. The proceeds of my foregoing trading act of BNBMPLC shares total RMB89, and I agrees to turn in and have already turned in to BNBMPLC. 3. I hereby warrant that I will neither buy nor sell BNBMPLC shares between the issuing date of this statement and the completion date of this transaction. If I violate the following warranty, BNBMPLC may take back my proceeds and mete out punishments depending on the severity of such violation. If BNBMPLC suffers certain loss, it may prosecute my legal responsibility according to law.

Li Zuoyi makes the following statement with respect to the buying and selling of BNBMPLC shares: 1. My stock account has been always managed by my spouse Lu Aiyun for me and on my behalf. The trading by my stock account of BNBMPLC shares between 6 month **prior to Application by BNBMPLC's Board of Directors for stock suspension for the**

BNBMPLC0009039

purpose of this transaction (i.e., from October 10, 2014 to April 9, 2015) and the signing date of these Notes is an operation by her based on her own judgment of stock transaction on secondary market. She has not known the negotiation content of this transaction and associated information, and her buying and selling of BNBMPLC shares is an investment decision based on publicly available information on market and her own judgment and is not a transaction involving use of inside information. The relevant trading act is an operation error due to my and her failure to understand reorganization laws and regulations. 2. I sold a total of 4, 400 BNBMPLC shares and made a loss totaling RMB7, 296 and did not receive any proceeds. 3. I hereby warrant that I will neither buy nor sell BNBMPLC shares between the issuing date of this statement and the completion date of this transaction. If I violate the following warranty, BNBMPLC may take back my proceeds and mete out punishments depending on the severity of such violation. If BNBMPLC suffers certain loss, it may prosecute my legal responsibility according to law. After the completion of this reorganization, if the selling of 2, 400 shares held by me as at the signing date of these Notes generates any proceeds, I agrees to turn in all such proceeds to BNBMPLC within 3 workdays of such selling.

Liu Qinwei makes the following statement with respect to the buying and selling of BNBMPLC shares: 1. My act of trading BNBMPLC shares between 6 month prior to **Application by BNBMPLC's Board of Directors for stock suspension for the purpose of this** transaction (i.e., from October 10, 2014 to April 9, 2015) and the signing date of these Notes is an operation based on my own judgment of stock transaction on secondary market. I have not known the negotiation content of this transaction and associated information, and my buying and selling of BNBMPLC shares is an investment decision based on publicly available information on market and my own judgment and is not a transaction involving use of inside information. The relevant trading act is an operation error due to my failure to understand reorganization laws and regulations. 2. My foregoing trading of BNBMPLC shares made a loss totaling RMB607 and generated no proceeds. 3. I hereby warrant that I will neither buy nor sell BNBMPLC shares between the issuing date of this statement and the completion date of this transaction. If I violate the following warranty, BNBMPLC may take back my proceeds and mete out punishments depending on the severity of such violation. If BNBMPLC suffers certain loss, it may prosecute my legal responsibility according to law.

## VII. Notes on abnormal fluctuation of stock price before the Company's stock suspension

For the purpose of planning significant matters, the Company applied to Shenzhen Stock Exchange for stock suspension expected to begin as from market opening on April 10, **2015. Subject to relevant stipulations of Article 5 of the "Notice on Regulating Listed Companies' Information Disclosure and Acts of Related Parties" (ZhengJianGongSiZi** [2007]No.128), the calculation process of cumulative increase/decrease within 20 trading **days prior to the Company's stock suspension is specified below:**

| Item | 21st trading day before the Company's stock suspension (March 11, 2015) | 1st trading day before the Company's stock suspension (April 9, 2015) | Increase rate |
|---|---|---|---|
| Closing price of Company's stock | 25.85 | 37.59 | 45.42% |
| Closing price of SSE 500 Index (399802.SZ) | 5, 562.44 | 7, 007.88 | 25.99% |

328

BNBMPLC0009040

| Closing price of Building Materials Index (886008.SI) | 4, 746.33 | 6, 093.71 | 28.39% |
| --- | --- | --- | --- |
| Increase rate after eliminating the impact of market index | 19.43% | | |
| Increase rate after eliminating the impact of the same industry sector | 17.03% | | |

To sum up, after elimination of the impact of market index and the same industry sector, the cumulative increase rate of BNBMPLC's stock price before this stock suspension did not exceed 20%, and such change does not constitute an abnormal fluctuation.

**VIII. Relevant entities and securities service institutions of this transaction were not involved in any circumstance excluding them from participation in material asset reorganization of any listed company subject to Article 13 of "Interim Provisions on Strengthening the Supervision of Abnormal Stock Transactions related to the Material Asset Reorganization of Listed Companies"**

None of BNBMPLC, Counterparties, Taishan and securities service institutions for this transaction, namely Morgan Stanley Huaxin Securities, Grandfield Law Offices, Baker Tilly China and Zhonghe Appraisal Co., Ltd. was involved in any circumstance as prescribed in Article 13 of "Interim Provisions on Strengthening the Supervision of Abnormal Stock Transactions related to the Material Asset Reorganization of Listed Companies" that excludes any of them from participation in any material asset reorganization of any listed company "due to such issues as being investigated due to suspected involvement in inside trading related to material asset reorganization or being otherwise investigated, or being given administrative punishment by China Securities Regulatory Commission or being prosecuted by judicial authority for criminal responsibility".

**IX. Arrangements for protecting the rights and interests of minority investors**

The following measures have been taken to protect the legitimate rights and interests of minority investors in designing and operation of the proposed transaction:

**(I) Strict compliance with the disclosure obligations for corporate information of the listed company**

The proposed transaction is the major event of the listed company. The Company has faithfully fulfilled the disclosure obligations as per requirements of the Company Law, Securities Law, Restructuring Measures, Measures for the Administration of Information Disclosure by Listed Companies, and Notice on Standardizing Information Disclosure by Listed Company and Behaviors of Related Parties, and will continue to fulfill the aforesaid obligations strictly. To protect legitimate rights and interests of investors and avoid stock price volatility as a result of the proposed transaction, parties to the transaction have taken strict security measures when starting to plan the proposed transaction, applying for suspension to Shenzhen Stock Exchange and disclosing material information that would affect stock price. After disclosure of this report, the Company will continue to disclose the progress in its restructuring timely and accurately pursuant to applicable laws and regulations.

**(II) Ensuring equitable and fair pricing for the proposed transaction**

The listed company has retained the accounting firm and asset appraisal institution with securities business qualifications to audit and appraise the proposed transaction, to ensure

329

BNBMPLC0009041

equitable, fair and reasonable pricing of the Target Assets. Independent directors of the listed company have offered independent opinions on fairness of the pricing of the assets involved in the proposed transaction. The independent financial advisor and legal counsel retained by the listed company will verify and examine compliance and risks of execution process of the proposed transaction, transfer of ownership of the assets and related subsequent matters, and offer clear opinions to ensure equitableness, fairness, legitimacy and compliance of the proposed restructuring, without prejudice to the interests of shareholders of the listed company.

### (III) Strict compliance with approval process for related-party transactions

The proposed transaction is a related-party transaction. When the report was submitted to the Board of Directors for deliberations, independent directors offered independent opinions on this matter. The independent financial advisor provided an independent **financial advisor's report.**

### (IV) Ownership of profit and loss during the transition period of the proposed restructuring

The profit of the Target Company generated during the period between the base date of asset appraisal and asset delivery date (i.e., the transition period) shall belong to BNBMPLC. The loss incurred by the Target Company during the transition period shall be borne by minority shareholders of Taishan according to their shareholding ratios.

After delivery of the Target Assets, the agent responsible for auditing annual reports of BNBMPLC will conduct special audit of Taishan to determine the profit generated and loss incurred during the period between the base date and delivery date of the Target Assets. If the delivery date falls prior to the 15th day (inclusive) of a month, the base date of profit and loss audit during the period will be the end of last month. If the delivery date falls after the 15th day of a month, the base date of profit and loss audit will be the end of the month. If there is a loss, minority shareholders of Taishan shall pay in cash for the loss borne by them respectively to BNBMPLC within 5 working days after the date of issuing the **aforesaid special auditor's report**

### (V) Online voting

**The Board of Directors of the Company will**, prior to the convening of the Shareholders' Meeting aimed at deliberating this restructuring plan, make a suggestive announcement, **reminding all shareholders to attend the extraordinary Shareholders' Meeting for** deliberation of a plan on this Restructuring. The Company will adopt the combination of **field voting and online voting and fully protect the interest of minority shareholders' exercising their voting rights in strict accordance with the stipulations of "Several Provisions on Strengthening the Protection of Shareholders' Interest of Public Shares".**

### (VI) Arrangement for making up current EPS diluted as a result of the major asset restructuring

According to the pro forma consolidated financial statements of the listed company for the most recent year and period reviewed by Baker Tilly, suppose the proposed acquisition of assets by issuing shares is completed on January 1, 2014, changes in net profit attributable to owners of parent company and EPS of BNBMPLC for 2014 and January-October 2015 after completion of the proposed transaction are as follows:

| Item | January-October 2015 | 2014 |
|------|----------------------|------|

BNBMPLC0009042

| | Before transaction | After transaction | Before transaction | After transaction |
|---|---|---|---|---|
| Net profit attributable to shareholders of parent company (RMB10, 000) | 70, 446.90 | 95, 541.37 | 110, 545.16 | 146, 262.85 |
| Net profit attributable to shareholders of parent company after extraordinary items(RMB10, 000) | 70, 584.69 | 96, 153.67 | 96, 989.85 | 130, 831.38 |
| Basic EPS (RMB/share) | 0.50 | 0.54 | 0.91 | 0.92 |
| Basic EPS after extraordinary items(RMB/share) | 0.50 | 0.54 | 0.80 | 0.83 |

Upon **completion of the proposed transaction, BNBMPLC's net profit attributable to owners** of parent company and EPS both increased slightly. It is expected that the proposed transaction will not dilute immediate return of the listed company.

### (7) Strict implementation of profit distribution policy of the listed company

Upon completion of the proposed restructuring, the listed company will continue to implement sustainable, stable and positive profit distribution policy according to applicable laws, regulations and stipulations of the Articles of Association, and improve operational performance and profit distribution policy continuously as well as safeguard the interests of all shareholders.

### X. Opinions of independent directors and agencies

### (I) Opinions of independent directors.

As independent directors, we have read documents in relation to the proposed transaction carefully. In accordance with the Guiding Opinions on Establishing Independent Director System by Listed Companies, Measures for the Administration of Major asset restructuring by Listed Companies, Stipulations on Several Issues on Standardizing Major asset restructuring of Listed Companies, Rules Governing the Listing of Stocks on Shenzhen Stock Exchange, normative documents and stipulations of the Articles of Association, we reviewed the matters in relation to the transaction of the Company carefully. Based on our independent judgment, we hereby offer our independent opinions on the matters in relation to the proposed transaction as follows:

1. T**he Report on Beijing New Building Materials Public Limited Company's Acquisition of** Assets by Issuing Shares and Related-party Transaction (Draft) deliberated at the 15th extraordinary meeting of the 5th Board of Directors of the Company and the summary, as well as other related proposals have been recognized by us before being submitted to this **shareholders' meeting for deliberations.**

2. Determination of the issue price of the Company in the proposed transaction complies with applicable laws, regulations, and normative documents, such as the Measures for the Administration of Major Asset Restructuring by Listed Companies.

3. The Company has signed an engagement agreement with appraisal institution Zhonghe Asset Appraisal Co., Ltd. The institution has securities business qualifications and appraisal certificate, and professional qualifications for appraisal, so it is capable of

BNBMPLC0009043

appraising the proposed transaction. Zhonghe Asset Appraisal Co., Ltd.  and the appraisers assigned by it neither have no associated relationship other than business relationship with related parties involved in the proposed transaction, nor have actual and expected interests or conflicts. So they are independent.

The prerequisites of assumption for the proposed transaction were established according to applicable laws and regulations and in line with general market practices and norms as well as actual conditions of the target of appraisal.  No facts contrary to the prerequisites of assumption for the proposed transaction have been found and the prerequisites of assumption for the proposed transaction are reasonable.

Necessary appraisal process was adopted for the proposed appraisal based on the principle of independence, objectiveness, scientificity and justice, etc. The results of the appraisal have reflected objectively and fairly the actual status of the Target Assets on base date of asset appraisal April 30, 2015, and the methods for appraising the assets are suitable, which indicates the results of the appraisal are fair. The assets to be acquired in the proposed transaction are priced according to the appraised value. With a fair and reasonable trading price, it will not damage the interests of the Company and minority shareholders. The issue price involved in the proposed transaction is RMB11.37/share. The determination of the issue price complies with relevant stipulations of laws and regulations, such as the Measures for the Administration of Major Asset Restructuring by Listed Companies. Pricing of the shares involved in the proposed transaction has followed market pricing theory. The price is fair and reasonable, without prejudice to the legitimate rights and interests of the Company and all shareholders.

4. The Counterparties involved in the proposed acquisition of assets by issuing shares are **Tai'an Guotai Min'an Investment Group Co., Ltd., 35 natural persons, including Jia Tongchun as well as 10 limited partnerships, including Tai'an Heda Investment Center (LP). After verification, Tai'an Guotai Min'an Investment Group Co., Ltd**. and Jia Tongchun shall be deemed related parties of the Company. The proposed transaction is the transaction between the Company and the shareholders holding potentially over 5% equity. So it is a related-party transaction. We hold the view that, the deliberation process of the proposed transaction complies with applicable laws, regulations and articles of association of the Company, and the voting process complies with laws. The Framework Agreement on Acquisition of Assets by Issuing Shares and supplementary agreement as well las other matters signed between the Company and the Counterparties comply with applicable laws, regulations and policies of China, without prejudice to the interests of minority shareholders.

5. **The Company's proposed acquisition o**f assets by issuing shares can help to further **improve the Company's capacities in market competition, market expansion, control of resources and subsequent development, increase the Company's earnings, and** strengthen anti-risk capability and capacity for sustainable development of the listed company. We hold the view that the proposed transaction is in the interests of the Company and all shareholders basically.

6. Contents of the **Report on Beijing New Building Materials Public Limited Company's** Acquisition of Assets by Issuing Shares and Related-party Transaction (Draft) are true, accurate and complete. The report has disclosed in details the legal procedures to be followed in the proposed acquisition of assets by issuing shares, and fully disclosed the risks arising thereupon.

7. We agree upon the overall arrangements of the Board of Directors of the Company for

BNBMPLC0009044

the proposed transaction.

8. The proposed transaction is in the interests of the Company and all shareholders. All independent directors agree the Board of Directors to submit the proposals in relation to **the proposed transaction to shareholders' meeting for deliberations.**

**(II) Opinions of the independent financial advisor**

Morgan Stanley Huaxin Securities, as the independent financial advisor of BNBMPLC, holds the view that the proposed transaction of BNBMPLC has complied with the Company Law, Securities Law and other applicable laws, regulations and stipulations of the association of articles of the Company, and disclosure obligations have been fulfilled to reflect the principle of openness, fairness and justice, which is in line with the overall and long-term interests of BNBMPLC and all shareholders and conductive to long-term development of BNBMPLC, after conducting a due diligence, checking carefully the Report **on Beijing New Building Materials Public Limited Company's Acquisition of Assets by** Issuing Shares and Related-party Transaction and disclosure documents, and fully communicating with BNBMPLC and the law firm, audit and appraisal institutions retained by BNBMPLC  according to laws, regulations and regulations as well as requirements of the CSRC, such as the Company Law, Securities Law, Restructuring Measures, Measures **for the Administration of Business of Financial Advisor's for Li**sted Companies (ZJHL No. 54), Business Guidelines and Listing Rules.

**(III) Opinions of legal counsels**

Legal counsels from Grandfield Law Offices hold the view that:

1)  Taishan and some of its subsidiaries have obtained the property ownership certificates for part of the properties and land, etc. used by them, which will not affect the normal production and operation activities of Taishan and for which, Taishan will be punished and held accountable, as stated in writing by relevant authorities and competent government departments. In addition, the proposed transaction of the applicant complies with relevant stipulations of laws, regulations and normative documents, such as the Company Law, Securities Law, Measures for the Administration of Restructuring, and Measures for the Administration of Issuance.

2) The applicant is a listed company on Shenzhen Stock Exchange, Legally established and validly existing and with the qualification for the proposed acquisition of assets by issuing shares. The Counterparties are shareholders of Taishan, with the qualifications for participating into the proposed acquisition of assets by issuing shares.

3) The internal approval process followed by the applicant for the proposed transaction is legitimate and valid.

4) The Framework Agreement on Acquisition of Assets by Issuing Shares and relevant agreements represent the true meanings of all parties concerned and do not violate the applicable laws and regulations. Such agreements have legally binding force on parties to the agreements after entry into force.

5) The Target Assets to be acquired in the proposed transaction has clear ownership. There will be no legal obstacles for the transfer of the Target Assets.

6) The disclosure of information completed by the applicant for the proposed transaction complies with  applicable  laws,  regulations,  rules  and  normative  documents.  The

BNBMPLC0009045

circumstances that the applicant fails to disclose the documents and agreements or arrangements that should have been disclosed do not exist.

7) The proposed **transaction needs to be submitted approved by shareholders' meeting of** the applicant and such competent authorities as the CSRC.

BNBMPLC0009046

# Chapter 15 Agencies and Responsible Staffs

## I. Independent financial advisor

Name: Morgan Stanley Huaxin Securities Co., Ltd.

Legal representative: Wang Wenxue

Domicile: 75T30, 75/F, Shanghai World Financial Center, No 100, Century Avenue, Pudong, Shanghai

Telephone: 021-20336000

Fax: 021-20336040

**Responsible staffs: Geng Lisheng, Zhou Lei, Liu Ji'ning, Lei Diya, Li Ziqin, S**ong Daichen

## II. Legal counsel

Name: Grandfield Law Offices

Head: Zhang Liguo

Domicile: 7/F, News Tower, Jianguomennei Avenue, Dongcheng District, Beijing

Telephone: 010-66090088/88004488

Fax: 010-66090016

Responsible counsel: Sun Dongsong, Mao Guoquan, Feng Kun

## III. Audit institution

Name: Baker Tilly China Certified Public Accountants (SGP)

Head: Chen Yonghong

Domicile: Building 12, Foreign Cultural and Creative Garden, No. 19, Chegongzhuang West Road, Haidian District, Beijing

Telephone: 010-88827799

Fax: 010-88018737

Responsible CPA: Zhou Baiming, Mo Wei

## IV. Asset appraisal institution

Name: Zhonghe Asset Appraisal Co., Ltd.

Legal representative: Yang Zhiming

Domicile: 13/F, Fuhua Building A, No. 8, Chaoyangmen North Avenue, Dongcheng District, Beijing

Telephone: 010-58383601

BNBMPLC0009047

Fax: 010-65547182

Responsible certified appraiser: Li Zhanjun, Guo Pengfei, Feng Daoxiang

BNBMPLC0009048

# Chapter 16 Documents and Venues for Reference

## I. Documents for reference

1. Board resolutions of BNBMPLC regarding the proposed major asset restructuring

2. Independent opinions of independent directors on the proposed major asset restructuring

3. Agreements in relation to the proposed major asset restructuring

**4. Auditor's report on the Target Assets**

5. Report on appraisal of the Target Assets

**6. Pro forma auditor's report of BNBMPLC**

**7. Independent financial advisor's report provided by Morgan Stanley Huaxin Securities**

8. Legal opinion provided by Grandfield Law Offices


## II. Venues for reference

Investors can access the documents for reference at the following venues:

Beijing New Building Materials Public Limited Company

Office address: 15/F, Tower 2, Guohai Plaza, No. 17, Fuxing Road, Haidian District, Beijing

Legal representative: Wang Bing

Contact person: Zhang Xiao

Telephone: 010-68138786

Fax: 010-68138822

BNBMPLC0009049



# Chapter 17 Statements of the Company and Parties Concerned

BNBMPLC0009050

## Statement of the Company and all the directors

The Company and all members of the Board of Directors promise the report and summary, as well as application document provided by the Company for the proposed transaction are truthful, accurate and complete, with no misrepresentations, misleading statements or major omissions, and we will bear individual and joint liabilities for truthfulness, accuracy and completeness.

Signatures of all the directors:

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Wang Bin | Chen Yu | Yang Yanjun |
| | | |
| _____ | _____ | _____ |
| Chang Zhangli | Chen Xuean | Pei Hongyan |
| | | |
| _____ | _____ | _____ |
| Chen Shaoming | Gu Xiujuan | Zhu Yan |

Beijing New Building Materials Public Limited Company

Date:

BNBMPLC0009051

## Statement of all the supervisors of BNBMPLC

The Company and all members of the Board of Supervisors promise the report and summary, as well as application document provided by the Company for the proposed transaction are truthful, accurate and complete, with no misrepresentations, misleading statements or major omissions, and we will bear individual and joint liabilities for truthfulness, accuracy and completeness.

Signatures of all the supervisors:

| Cao<br>Jianglin | Hu Jinyu | Qi<br>Yingchen |
|---|---|---|

Beijing New Building Materials Public Limited Company

Date:

BNBMPLC0009052

## Statement of all the senior executives of BNBMPLC

The Company and all the senior executives promise the report and summary, as well as application document provided by the Company for the proposed transaction are truthful, accurate and complete, with no misrepresentations, misleading statements or major omissions, and we will bear individual and joint liabilities for truthfulness, accuracy and completeness.

Signatures of all the senior executives:

| | | |
|---|---|---|
| Chen Yu | Yang Yenjun | Wu Fade |
| Zou Yunxiang | Shi Keping | Guan Li |

Beijing New Building Materials Public Limited Company

Date:

341

BNBMPLC0009053

## Statement of the Target Company

The Company promises the report and summary, as well as citations in other related documents have been reviewed by the Company, confirms related documents will not contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness.

Signature of the legal representative:

_____
  Jia Tongchun

                                                            Taishan Gypsum Co., Ltd.

                                                                        Date:

BNBMPLC0009054

## Statement of the Counterparties

The Company promises the report and summary, as well as citations in other related documents have been reviewed by the Company, confirms related documents will not contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness.

Signature of the legal representative:

_____

Han Feng

Tai'an Guotai Min'an Investment Group Co., Ltd.

Date:

BNBMPLC0009055

## Statement of the Counterparties

I promise the report and summary, as well as citations in other related documents have been reviewed by me, confirm related documents will not contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness.

Signatures of declarants:

| | | |
|---|---|---|
| Jia Tongchun: _____ | Ren Xulian: _____ | Xue Yuli: _____ |
| Cao Zhiqiang: _____ | Zhu Tenggao: _____ | Lv Wenyang: _____ |
| Zhang Yanxiu: _____ | Wan Guangjin: _____ | Ren Xue: _____ |
| Mi Weimin: _____ | Zhang Jianchun: _____ | Zhu Jinhua: _____ |
| Li Zuoyi: _____ | Yang Zhengbo: _____ | Qian Kai: _____ |
| Fu Tinghuan: _____ | Meng Zhaoyuan: _____ | Qin Qingwen: _____ |
| Hao Kuiyan: _____ | Duan Zhentao: _____ | Meng Fanrong: _____ |
| Bi Zhong: _____ | Kang Zhiguo: _____ | Wang Lifeng: _____ |
| Yue Rongliang: _____ | Huang Rongquan: _____ | Yuan Chuanqiu: _____ |
| Xu Fuyin: _____ | Zhang Guangmiao: _____ | Xu Guogang: _____ |
| Chen Xinyang: _____ | Li Xiuhua: _____ | Liu Mei: _____ |

BNBMPLC0009056

Zhang
Jijun: _____

Fang
Donghua: _____

Date:

BNBMPLC0009057

## Statement of the Counterparties

We, as a limited partnership, promise the report and summary as well as citations about us in other related documents have been reviewed by us, confirm the report will not contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness.

Signatures of declarants:

**Tai'an Heda Investment Center (LP)**
Executive partner

Li Jing

**Tai'an Changyuan Investment Center (I**
Executive partner

Song Wei

**Tai'an Xinyi Investment Center (LP)**
Executive partner

Lu Baoju

**Tai'an Jinxiu Investment Center (LP)**
Executive partner

Peng
Shiliang

**Tai'an Wanji Investment Center (LP)**
Executive partner

Yi Yingdong

**Tai'an XingheInvestment Center (LP)**
Executive partner

Zhu Cuiai

**Tai'an Hongchao Investment Center**
Executive partner

Yang Pufeng

**Tai'an Shunchang Investment Center**
Executive partner

Pei
Qingyong

**Tai'an Haozhan Investment Center**
Executive partner

Yue Zengmin

**Tai'an Fanye Investment Center (LP)**
Executive partner

Zong Bo

Date:

346

BNBMPLC0009058



## Statement of Independent Financial Advisor

We agree Beijing New Building Materials Public Limited Company to cite the contents of the **independent financial advisor's report provided by us to the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and** Related-party Transaction.

We have reviewed the citations in the Report on Beijing New Building Materials Public **Limited Company's Acquisition of Assets by Issuing Shares and Related**-party Transaction. **We confirm the Report on Beijing New Building Materials Public Limited Company's** Acquisition of Assets by Issuing Shares and Related-party Transaction will not become to contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness.  If the application document for the proposed restructuring contains misrepresentations, misleading statements or major omissions, we will bear joint and several liabilities for our negligence in work.

Signature of the legal representative:

Wang Wenxue

Signature of project sponsor:

Zhou Lei                                    Liu Ji'ning

Signature of project sponsor:

Li Ziqin

Morgan Stanley Huaxin Securities Co., Ltd.

Date:

BNBMPLC0009059

# Statement of Legal Counsel

We agree Beijing New Building Materials Public Limited Company to cite the contents of the legal opinion provided by us to the Report on Beijing New Building Materials Public **Limited Company's Acquisition of Assets by Issuing Shares and Related**-party Transaction.

We have reviewed the citations in the Report on Beijing New Building Materials Public **Limited Company's Acquisition of Assets by Issuing Shares and Related**-party Transaction. **We confirm the Report on Beijing New Building Materials Public Limited Company's** Acquisition of Assets by Issuing Shares and Related-party Transaction will not contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness.

The legal opinion and other application document prepared and provided by us for the project do not contains misrepresentations, misleading statements or major omissions. If the aforesaid application document prepared and provided by us for the project becomes to contain misrepresentations, misleading statements or major omissions due to our negligence in work, leading to loss to investors, we will bear joint and several liabilities with the listed company.

Responsible counsel:

Sun Dongsong                                   Mao            Feng
                                               Guoquan        Kun

Lead of the law firm:

Zhang Liguo

Grandfield Law Offices

Date:

348

BNBMPLC0009060

## Statement Of Audit Agency

We agree Beijing New Building Materials Public Limited Company to cite the contents of **the auditor's report and review report provided** by us to the Report on Beijing New Building **Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-**party Transaction.

**We have reviewed the contents cited from the auditor's report and review report in the** Report on Beijing **New Building Materials Public Limited Company's Acquisition of Assets** by Issuing Shares and Related-party Transaction. We confirm the Report on Beijing New **Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and** Related-party Transaction will not become to contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal **responsibilities accordingly for truthfulness, accuracy and completeness. If the auditor's** report and review report provided by us contain misrepresentations, misleading statements or major omissions and there is any negligence in our work, we will bear joint and several liabilities.

Head:

_____
Chen Yonghong

Responsible CPA:

_____    _____
Zhou Baiming                                              Mo

Baker Tilly China Certified Public Accountants (GSP)

Date:

BNBMPLC0009061

## Statement of Asset Appraisal Agency

We agree Beijing New Building Materials Public Limited Company to cite the contents of the appraisal report provided by us to the Report on Beijing New Building Materials Public **Limited Company's Acquisition of Assets by Issuing Shares and Related**-party Transaction.

We have reviewed the citations in the Report on Beijing New Building Materials Public Limited Co**mpany's Acquisition of Assets by Issuing Shares and Related**-party Transaction. **We confirm the Report on Beijing New Building Materials Public Limited Company's** Acquisition of Assets by Issuing Shares and Related-party Transaction will not become to contain misrepresentations, misleading statements or major omissions due to the citations mentioned above, and will bear legal responsibilities accordingly for truthfulness, accuracy and completeness.  If the application document for the proposed restructuring contains misrepresentations, misleading statements or major omissions due to our negligence in work, we will bear joint and several liabilities.

Legal representative/authorized representative:

Feng Daoxiang

Responsible certified appriasers:

Li Zhanjun

Guo Pengfei

Feng Daoxiang

Zhonghe Asset Appraisal Co., Ltd.

Date:

BNBMPLC0009062

(This page is the chop page of the Report on Beijing New Building Materials Public Limited **Company's Acquisition of Assets by Issuing Shares and Related**-party Transaction. We **confirm the Report on Beijing New Building Materials Public Limited Company's** Acquisition of Assets by Issuing Shares and Related-party Transaction)

Beijing New Building Materials Public Limited Company

Date:

BNBMPLC0009063