# EXHIBIT F

**Stock Name: BNBM    Stock Code: 000786    Announcement No.: 2016-019**

**Public Announcement of**

**Beijing New Building Material Public Limited Company
on the Progress of Material Assets Reorganization**

**The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.**

On October 13, 2015, Beijing New Building Material Public Limited Company (the "Company") held the 11th extraordinary meeting of its fifth Board of Directors, which deliberated and passed "Proposal on <Proposal on Beijing New Building Material Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction>" ("Reorganization Proposal") and other relevant proposals. Relevant announcements were published on "Securities Times", "China Securities Journal", "Shanghai Securities News", "Securities Daily" and CNINFO (http://www.cninfo.com.cn) on October 14, 2015. On October 23, 2015, the Company implemented the contents of "Letter of Inquiry on Reorganization of Beijing New Building Material Public Limited Company" (XuKeLeiChongZuWenXunHan [2015] No.30) issued by Shenzhen Stock Exchange and submitted "Beijing New Building Material Public Limited Company's Reply to the Letter of Inquiry on Reorganization from Shenzhen Stock Exchange", and meanwhile conducted supplemental disclosure of "Reorganization Proposal" (for details, see the relevant announcements published by the Company on Securities Times, China Securities Journal, Shanghai Securities Journal, Securities Daily and CNINFO on October 26, 2015). The Company's stock was resumed on October 26, 2015. The progress on the Company's current acquisition of assets by issuing shares is now announced as follows:

**I. Progress of Material Assets Reorganization**

On January 15, 2016, the Company held the 15th extraordinary meeting of its 5th Board of Directors, which deliberated and adopted the Proposal on the Draft Report on Beijing New Building Material Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction and Its Abstract (hereinafter "Reorganization Report") and other relevant proposals. Relevant announcements were published on "Securities Times", "China Securities Journal", "Shanghai Securities News", "Securities Daily" and CNINFO (http://www.cninfo.com.cn) on January 19, 2016.

On January 25, 2016, the Company held the 16th extraordinary meeting of its 5th Board of Directors, which considered and adopted the Proposal on Signing Supplemental Agreement II for Acquiring Assets by Issuing Shares, and meanwhile the Company made modifications to and supplemental disclosures of the Reorganization Report according to the feedback from Shenzhen Stock Exchange. Furthermore, relevant announcements were published on "Securities Times", "China Securities Journal", "Shanghai Securities News", "Securities Daily" and CNINFO (http://www.cninfo.com.cn) on January 26, 2016.

Recently, the Company and intermediary agencies engaged by it have been actively

1

BNBMPLC0009072

promoting the work related to this acquisition of assets by issuing shares. As of the date of this public announcement, the Company is going through the approval formalities with relevant authorities with respect to the Company's issuing shares to acquire assets.  After the approval formalities are finished, the Company will issue shareholders meeting notice to deliberate relevant matters regarding the Company's issuing shares to acquire assets, and will fulfill subsequent formalities according to relevant laws and regulations.

## II. Special Tips on Matters Concerning Material Assets Reorganization

1. The section entitled "Potential Major Risks" in "Draft Report on Beijing New Building Material Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction (Revised Version)" published by the Company on CNINFO on January 26, 2016 made special explanations on risk factors relating to this acquisition of assets by issuing shares. Investors are advised to read carefully the contents concerning risk disclosure in the Report and pay attention to investment risks.

2. By the date of disclosure of this Announcement, the Board of Directors of the Company has not identified any matter that may result in cancellation, termination of or other material change to this material assets reorganization plan by the Board of Directors of the Company or counterparties involved in the current material assets reorganization.

3. In accordance with relevant provisions of "Administrative Measures for Material Assets Reorganization of Listed Companies" and work memoranda of Shenzhen Stock Exchange on information disclosure by listed companies, the Company will release a public announcement on progress of material assets reorganization every 30 days before its issuance of a notice of Shareholders' Meeting to deliberate this acquisition of assets by issuing shares. The Company's designated media for information disclosure are "Securities Times", "China Securities Journal", Shanghai Securities Journal, Securities Daily and CNINFO (http://www.cninfo.com.cn). Relevant information concerning the Company will be published on the foregoing designated media, and investors are advised to pay attention to investment risks.


Announcement is hereby given.




Board of Directors of Beijing New Building Material Public Limited Company

March 4, 2016

BNBMPLC0009073

# EXHIBIT G

**Stock Name: BNBM    Stock Code: 000786    Announcement No.: 2016-030**

### Public Announcement of

**Beijing New Building Material Public Limited Company
on the Progress of Material Assets Reorganization**

**The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.**

On October 13, 2015, Beijing New Building Material Public Limited Company (the "Company") held the 11th extraordinary meeting of its fifth Board of Directors, which deliberated and passed "Proposal on <Proposal on Beijing New Building Material Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction>" ("Reorganization Proposal") and other relevant proposals. Relevant announcements were published on "Securities Times", "China Securities Journal", "Shanghai Securities News", "Securities Daily" and CNINFO (http://www.cninfo.com.cn) on October 14, 2015. On October 23, 2015, the Company implemented the contents of "Letter of Inquiry on Reorganization of Beijing New Building Material Public Limited Company" (XuKeLeiChongZuWenXunHan [2015] No.30) issued by Shenzhen Stock Exchange and submitted "Beijing New Building Material Public Limited Company's Reply to the Letter of Inquiry on Reorganization from Shenzhen Stock Exchange", and meanwhile conducted supplemental disclosure of "Reorganization Proposal" (for details, see the relevant announcements published by the Company on Securities Times, China Securities Journal, Shanghai Securities Journal, Securities Daily and CNINFO  on October  26, 2015). The Company's stock was resumed on October 26, 2015. The progress on the Company's current acquisition of assets by issuing shares is now announced as follows:

### I. Progress of Material Assets Reorganization

On January 15, 2016, the Company held the 15th extraordinary meeting of its 5th Board of Directors, which deliberated and adopted the Proposal on the Draft Report on Beijing New Building Material Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction and Its Abstract (hereinafter "Reorganization Report") and other relevant proposals. Relevant announcements were published on "Securities Times", "China Securities Journal", "Shanghai Securities News", "Securities Daily" and CNINFO (http://www.cninfo.com.cn) on January 19, 2016.

On January 25, 2016, the Company held the 16th extraordinary meeting of its 5th Board of Directors, which considered and adopted the Proposal on Signing Supplemental Agreement II for Acquiring Assets by Issuing Shares, and meanwhile the Company made modifications to and supplemental disclosures of the Reorganization Report according to the feedback from Shenzhen Stock Exchange. Furthermore, relevant announcements were published on "Securities Times", "China Securities Journal", "Shanghai Securities News", "Securities Daily" and CNINFO (http://www.cninfo.com.cn) on January 26, 2016.

Recently, the Company and intermediary agencies engaged by it have been actively

1

promoting the work related to this acquisition of assets by issuing shares. As of the date of this public announcement, the Company is going through the approval formalities with relevant authorities with respect to the Company's issuing shares to acquire assets.  After the approval formalities are finished, the Company will issue shareholders meeting notice to deliberate relevant matters regarding the Company's issuing shares to acquire assets, and will fulfill subsequent formalities according to relevant laws and regulations.

## II. Special Tips on Matters Concerning Material Assets Reorganization

1. The section entitled "Potential Major Risks" in "Draft Report on Beijing New Building Material Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction (Revised Version)" published by the Company on CNINFO on January 26, 2016 made special explanations on risk factors relating to this acquisition of assets by issuing shares. Investors are advised to read carefully the contents concerning risk disclosure in the Report and pay attention to investment risks.

2. By the date of disclosure of this Announcement, the Board of Directors of the Company has not identified any matter that may result in cancellation, termination of or other material change to this material assets reorganization plan by the Board of Directors of the Company or counterparties involved in the current material assets reorganization.

3. In accordance with relevant provisions of "Administrative Measures for Material Assets Reorganization of Listed Companies" and work memoranda of Shenzhen Stock Exchange on information disclosure by listed companies, the Company will release a public announcement on progress of material assets reorganization every 30 days before its issuance of a notice of Shareholders' Meeting to deliberate this acquisition of assets by issuing shares. The Company's designated media for information disclosure are "Securities Times", "China Securities Journal", Shanghai Securities Journal, Securities Daily and CNINFO (http://www.cninfo.com.cn). Relevant information concerning the Company will be published on the foregoing designated media, and investors are advised to pay attention to investment risks.


Announcement is hereby given.




Board of Directors of Beijing New Building Material Public Limited Company

April 1, 2016

2

BNBMPLC0009078

# EXHIBIT H

| Stock Abbreviation: | Stock Code: | Public Announcement No.: |
|---|---|---|
| **BNBMPLC** | **000786** | **2016-036** |

**Public Announcement of Beijing New Building Material Public Limited Company on the Progress of Material Assets Reorganization**

**The Company and all the members of its Board of Directors guarantee that the contents of information disclosure are true, accurate and complete and contain no false records, misleading statements or material omissions.**

On October 13, 2015, Beijing New Building Material Public Limited Company (the "Company") held the 11th extraordinary meeting of its fifth Board of Directors, which deliberated and passed "Proposal on <Proposal on Beijing New Building Material Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction>" ("Reorganization Proposal") and other relevant proposals. Relevant announcements were published on "Securities Times", "China Securities Journal", "Shanghai Securities News", "Securities Daily" and CNINFO (http://www.cninfo.com.cn) on October 14, 2015. On October 23, 2015, the Company implemented the contents of "Letter of Inquiry on Reorganization of Beijing New Building Material Public Limited Company" (XuKeLeiChongZuWenXunHan [2015] No.30) issued by Shenzhen Stock Exchange and submitted "Beijing New Building Material Public Limited Company's Reply to the Letter of Inquiry on Reorganization from Shenzhen Stock Exchange", and meanwhile conducted supplemental disclosure of "Reorganization Proposal" (for details, see the relevant announcements published by the Company on Securities Times, China Securities Journal, Shanghai Securities Journal, Securities Daily and CNINFO on October 26, 2015). The Company's stock was resumed on October 26, 2015. The progress on the Company's current acquisition of assets by issuing shares is now announced as follows:

**I. Progress of Material Assets Reorganization**

On January 15, 2016, the Company held the 15th extraordinary meeting of its 5th Board of Directors, which deliberated and adopted the Proposal on the Draft Report on Beijing New Building Material Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction and Its Abstract (hereinafter "Reorganization Report") and other relevant proposals. Relevant announcements were published on "Securities Times", "China Securities Journal", "Shanghai Securities News", "Securities Daily" and CNINFO (http://www.cninfo.com.cn) on January 19, 2016.

On January 25, 2016, the Company held the 16th extraordinary meeting of its 5th Board of Directors, which considered and adopted the Proposal on Signing Supplemental Agreement II for Acquiring Assets by Issuing Shares, and meanwhile the Company made modifications to and supplemental disclosures of the Reorganization Report according to the feedback from Shenzhen Stock Exchange. Furthermore, relevant announcements were published on "Securities Times", "China Securities Journal", "Shanghai Securities News", "Securities Daily" and CNINFO (http://www.cninfo.com.cn) on January 26, 2016.

Recently, the Company and intermediary agencies engaged by it have been actively

1

BNBMPLC0009108

promoting the work related to this acquisition of assets by issuing shares. As of the date of this public announcement, the Company has completed the approval formalities with relevant authorities with respect to the Company's issuing shares to acquire assets, and the Company has issued shareholders meeting notice to deliberate relevant matters regarding the Company's issuing shares to acquire assets, and will fulfill subsequent formalities according to relevant laws and regulations.

## II. Special Tips on Matters Concerning Material Assets Reorganization

1. The section entitled "Potential Major Risks" in "Draft Report on Beijing New Building Material Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction (Revised Version)" published by the Company on CNINFO on January 26, 2016 made special explanations on risk factors relating to this acquisition of assets by issuing shares. Investors are advised to read carefully the contents concerning risk disclosure in the Report and pay attention to investment risks.

2. By the date of disclosure of this Announcement, the Board of Directors of the Company has not identified any matter that may result in cancellation, termination of or other material change to this material assets reorganization plan by the Board of Directors of the Company or counterparties involved in the current material assets reorganization.

3. In accordance with relevant provisions of "Administrative Measures for Material Assets Reorganization of Listed Companies" and work memoranda of Shenzhen Stock Exchange on information disclosure by listed companies, the Company will release a public announcement on progress of material assets reorganization every 30 days before its issuance of a notice of Shareholders' Meeting to deliberate this acquisition of assets by issuing shares. The Company's designated media for information disclosure are "Securities Times", "China Securities Journal", Shanghai Securities Journal, Securities Daily and CNINFO (http://www.cninfo.com.cn).Relevant information concerning the Company will be published on the foregoing designated media, and investors are advised to pay attention to investment risks.


The announcement ends here.


Board of Directors of Beijing New Building Materials Public Limited Company

April 6, 2016

BNBMPLC0009109

# EXHIBIT I

| Stock Abbreviation: | Stock Code: | Public Announcement No.: |
| --- | --- | --- |
| BNBMPLC | 000786 | 2016-033 |

**Public Announcement on Undertakings Made by Directors and Officers of the Company to Effectively Implement the Measures Taken by the Company to Make up for Immediate Return Diluted by Material Assets Reorganization**

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

Beijing New Building Materials Public Limited Company (hereinafter the "Company") intends to issue shares to acquire 35% of shares in Taishan Gypsum Co., Ltd. held by the minority shareholders in the aggregate. Therefore, all the directors and officers of the Company hereby make the following undertakings in accordance with the requirements of Several Opinions of the State Council on Further Promoting the Sound Development of the Capital Market (Guo Fa [2014] No.17), Opinions of the General Office of the State Council on Further Enhancing the Protection of Legitimate Interests of Medium and Small Investors in the Capital Market (Guo Ban Fa [2013] No.110) and Guiding Opinions on Matters Relating to the Dilution of Immediate Returns in Initial Public Offering, Refinancing and Material Assets Reorganization (CSRC Notice [2015] No.31) and other norms:

1. I undertake to perform my duties loyally and diligently and protect the legitimate interests of the Company and all the shareholders.

2. I undertake not to channel interests to other entities or individuals without compensation or on unfair terms, or damage the interests of the Company by other means.

3. I undertake to restrict the official consumption of directors and officers of the Company.

4. I undertake not to employ company assets to engage in investment or consumption activities unrelated to the performance of duties.

5. I undertake that within the scope of my duties and powers, I will go all out to link the compensation system developed by the Board of Directors or Remuneration and Appraisal Committee to the implementation of the measures taken by the Company to make up for immediate return, and vote for relevant proposals considered by the Board of Directors and shareholders' meeting of the Company (if I have voting right).

6. If the Company intends to provide equity incentives, I undertake that within the scope of my duties and powers, I will spare no efforts to link the exercise conditions of equity incentives announced by the Company to the implementation of the measures taken by the Company to make up for immediate return, and will vote for relevant proposals considered by the Board of Directors and shareholders' meeting of the Company (if I have voting right).

7. I undertake that, from the date of issuance of this undertaking till the completion of this asset acquisition performed by the Company through stock issue, if CSRC issues new regulatory rules on measures and undertakings to make up for diluted immediate return and the foregoing undertakings cannot meet such rules of CSRC, I will make undertakings in accordance with the latest rules of CSRC. As one of the relevant subjects responsible for the measures to make up for diluted immediate return, if I violate any of the foregoing undertakings or refuse to perform any of them,

1

BNBMPLC0009081

I agree that CSRC and Shenzhen Stock Exchange and other securities regulatory authorities will impose relevant punishment or administrative measures on me according to relevant regulations and rules designated or issued by them.

The announcement ends here.

Board of Directors of Beijing New Building Materials Public Limited Company

April 5, 2016

BNBMPLC0009082

# EXHIBIT J

Stock Abbreviation:      Stock Code:      Public Announcement No.:
**BNBMPLC**          **000786**          **2016-031**

**Beijing New Building Materials Public Limited Company**

**Public announcement on Resolutions of the 1st Extraordinary Meeting of the 6th Board of Directors**

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

The 1st extraordinary meeting of the 6th Board of Directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) was held in the morning on April 5, 2016 and the meeting notice was issued by email on March 31, 2016. At this meeting, the voting is made by fax (including direct service and e-mail). All of 9 directors participated in the voting, which is in accordance with the provisions of relevant laws and regulations and regulatory documents. After deliberation, the following resolutions were adopted:

I. The Proposal about the Risk Prompt on the Immediate Return Dilution of the Company's Material Asset Reorganization and the Company's Actions was deliberated and adopted

The Company intends to issue shares to buy 35% of shares of Taishan Gypsum Co., Ltd. held by minority shareholders in total of Taishan Gypsum Co., Ltd. According to the Some Opinions of State Council on Further Promoting the Healthy Development of the Capital Market (GUO FA[2014] No.17), the Opinions of the General Office of the State Council on Further Strengthening the Legitimate Interests Protection Work of Medium and Small Investors in Capital Market (GUO BAN FA [2013] No.110), the Guidance Opinions about Related Matters to Starting, Refinancing and Major Asset Restructuring Dilution Immediate Return (CSRC Announcement [2015] No.31) and other regulatory requirements, the board of directors of the Company conscientiously analyzed this major asset restructuring and deemed that this major asset restructuring would be conducive to the thickening of the Company's earnings per share and conducive to the protection of the shareholder' interests. In the year when the transaction was completed, if the performance of the Company and the placed-in assets had no major fluctuations with the same period of the previous year and there was no major non-recurring gains and losses, it was expected that this major asset restructuring had no diluted immediate return. In addition, in order to prevent the future possible risk of diluted immediate return, the Company proposed specific measures to deal with.

See the Announcement on the Proposal about the Risk Prompt on the Immediate Return Dilution of the Company's Material Asset Reorganization and the Company's Actions published on the Securities Daily, Securities Times, Shanghai Securities News, China Securities Journal and cninfo website (URL: http://www.cninfo.com.cn)on April 6, 2016 for the details of this proposal.

This proposal is to be submitted to the shareholders' meeting for deliberation.

This proposal is adopted with 9 votes of consent, 0 vote of objection and 0 vote of abstention.

BNBMPLC0009087

II. The Commitment by the Company's Directors and Officers on the Effective Implementation of the Actions Taken to Restore the Diluted Immediate Return in respect of the Company's Material Asset Reorganization was deliberated and adopted. See the Announcement on the Commitment by the Company's Directors and Officers on the Effective Implementation of the Actions Taken to Restore the Diluted Immediate Return in respect of the Company's Material Asset Reorganization published on the Securities Daily, Securities Times, Shanghai Securities News, China Securities Journal and cninfo website (URL: http://www.cninfo.com.cn)on April 6, 2016 for the details of this proposal.

This proposal is to be submitted to the shareholders' meeting for deliberation.

This proposal is adopted with 9 votes of consent, 0 vote of objection and 0 vote of abstention.

III. The Proposal about the Convening of the 2nd Extraordinary Shareholders' Meeting in 2016 was deliberated and adopted

It is consented to hold the 2nd Extraordinary shareholders' meeting in 2016 and the details are as follows:

1. Session No.: the 2nd extraordinary shareholders' meeting in 2016

2. Convener: Board of Directors of the Company

3. Date and time of on-the-spot meeting: 14:30 pm on April 21, 2016

4. Place of on-the-spot meeting: Meeting Room, 6F, Building 2, Guohai Square, No.17 Fuxing Road, Haidian District, Beijing

5. Attendees:

(1) All the shareholders of the Company registered with Shenzhen Branch of China Securities Depository and Clearing Co., Ltd. on April 14, 2016 by the time when the Shenzhen Stock Exchange was closed;

(2) The Company's directors, supervisors and officers;

(3) Attorneys employed by the Company.

6. Way of voting: in combination of open ballot and online voting

7. Matters deliberated at the meeting:

(1) Proposal on Company Conforming to the Conditions of Purchasing the Assets through Private Offering (adopted at the 11th extraordinary meeting of the 5th Board of Directors on deliberation)

(2) Proposal about the Company's Plan on the Present Issuance of Shares to Purchase the Assets & Related-party Transaction (adopted at the 15th extraordinary meeting of the 5th Board of Directors on deliberation)

(3) Proposal about the Report on Beijing New Building Materials Public Limited Company Issuing Shares for Asset Purchase & Related-party Transaction (draft) (revision) and its Summary (adopted at the 15th and 16th extraordinary meetings of the 5th Board of Directors on deliberation)

(4) Proposal about the Transaction Conforming to Article 43 of the Administrative Measures for the Material Asset Reorganizations of Listed Companies (adopted at the 11th extraordinary meeting of the 5th Board of Directors on deliberation)

(5) Proposal about the Transaction Conforming to Article 4 of the Provisions about

BNBMPLC0009088

Certain Questions on Standardizing the Material Asset Reorganizations of Listed Companies (adopted at the 11th extraordinary meeting of the 5th Board of Directors on deliberation)

(6) Proposal about the Transaction Constituting a Related-party Transaction (adopted at the 11th extraordinary meeting of the 5th Board of Directors on deliberation)

(7) Proposal about the Signing of the Conditional Framework Agreement on Share Issuance for Asset Purchase and Related Agreements (adopted at the 11th extraordinary meeting of the 5th Board of Directors on deliberation)

(8) Proposal about the Signing of the Conditional Supplemental Agreement on Share Issuance for Asset Purchase (adopted at the 15th extraordinary meeting of the 5th Board of Directors on deliberation)

(9) Proposal about the Signing of the Supplemental Agreement II on Share Issuance for Asset Purchase (adopted at the 16th extraordinary meeting of the 5th Board of Directors on deliberation)

(10) Proposal about the Independence of the Appraisal Agency of the Transaction, Reasonableness of Appraisal Hypotheses, Relevancy between Appraisal Methods and Appraisal Purpose as well as Fairness of Appraised Price (adopted at the 15th extraordinary meeting of the 5th Board of Directors on deliberation)

(11) Proposal about Approving the Audit Report and Asset Appraisal Report on the Transaction (adopted at the 15th extraordinary meeting of the 5th Board of Directors on deliberation)

(12) Proposal about the Basis for the Pricing of the Transaction and the Description of its Fairness and Reasonableness (adopted at the 15th extraordinary meeting of the 5th Board of Directors on deliberation)

(13) Proposal about Applying to the Shareholders' Meeting to Authorize the Board of Directors to Handle the Matters Related to the Share Issuance for Asset Purchase (adopted at the 11th extraordinary meeting of the 5th Board of Directors on deliberation)

(14) Proposal about the Risk Prompt on the Immediate Return Dilution of the Company's Material Asset Reorganization and the Company's Actions (adopted at the 1st extraordinary meeting of the 6th Board of Directors on deliberation)

(15) Proposal about the Commitment by the Company's Directors and Officers on the Effective Implementation of the Actions Taken to Restore the Diluted Immediate Return in respect of the Company's Material Asset Reorganization (adopted at the 1st extraordinary meeting of the 6th Board of Directors on deliberation)

See the Notice of Convening the 2nd Extraordinary Shareholders' Meeting in 2016 published on the Securities Daily, Securities Times, Shanghai Securities News, China Securities Journal and cninfo website (URL: http://www.cninfo.com.cn) on April 6, 2016 for the detailed information on other matters related to the shareholders' meeting.

This proposal is adopted with 9 votes of consent, 0 vote of objection and 0 vote of abstention.

Announcement is hereby given.

BNBMPLC0009089

Board of directors of Beijing New Building Materials Public Limited Company

April 5, 2016

4

BNBMPLC0009090

# EXHIBIT K

| Stock Abbreviation: | Stock Code: | Public Announcement No.: |
|---|---|---|
| BNBMPLC | 000786 | 2016-038 |

**Beijing New Building Materials Public Limited Company**

**Public announcement on Reminding the Holding of the 2nd Extraordinary Shareholders' Meeting in 2016**

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

The Board of Directors of Beijing New Building Materials Public Limited Company (the "Company") published the Notice on Holding the 2nd Extraordinary Shareholders' Meeting in 2016 at China Securities Journal, Securities Times, Shanghai Securities News, Securities Daily and www.cninfo.com.cn on April 6, 2016. This shareholders' meeting will provide the online voting platforms for the shareholders of the Company through the trading system of Shenzhen Stock Exchange and the Internet system of Shenzhen Stock Exchange. In accordance with the related regulations of Shenzhen Stock Exchange, the notice on holding this shareholders' meeting is announced again below:

**I. Basic information on the meeting**

(I) Time of meeting

Time of site meeting: 14:30 pm, April 21, 2016 (Thursday)

Time of online voting:

1. The time for voting through the Shenzhen Stock Exchange trading system is 9:30 am to 11:30 am and 13:00 pm to15:00 pm on April 21, 2016;

2. The specific time for shareholders to vote through the Shenzhen Stock Exchange online voting system is: any time between 15:00 pm, April 20, 2016 – 15:00, pm April 21, 2016 15:00.

(II) Equity registration date: April 14, 2016

(III) Place of site meeting: 6F Meeting Room, Building 2, Guohai Square, No. 17 Fuxing Road, Haidian District, Beijing

(IV) Meeting convener: the board of directors

(V) Way of convening

This general meeting of shareholders is held by the way in combination of meeting site voting and online voting. The Company will provide shareholders with an online voting platform through the Shenzhen Stock Exchange trading system and the online voting system and the shareholders can exercise their voting rights through the above system in the online voting time.

(VI) Voting rules In voting the combination of site voting and online voting is adopted. For the same voting right, only one way can be selected from site voting, stock exchange system voting and online voting, and no repeated voting is allowed. In case of repeated voting for the same voting right, the first voting result shall prevail.

(VII) Attendees of meeting

**1. The Company's shareholders registered with S**henzhen Branch of China Securities Depository and Clearing Co., Ltd. by 15:00 pm on April 14, 2016 when the Shenzhen Stock Exchange was closed;shareholders unable to attend the general meeting of shareholders in person may authorize others to attend the meeting on their behalf (the authorized persons do **not have to be the Company's shareholders), or participate in the online voting within the**

BNBMPLC0009123

online voting.

**2. The Company's directors, supervisors and senior management personnel;**

3. Attorneys employed by the Company.

**II. Matters deliberated on the meeting**

(I) The proposals to be deliberated on this general meeting of shareholders shall be submitted after they are passed by the eleventh interim meeting of the fifth session of the board of directors, the fifteenth interim meeting of the fifth session of the board of directors, the sixteenth interim meeting of the fifth session of the board of directors and the first interim meeting of the sixth session of the board of directors of the Company with legal procedures and complete materials.

(II) The proposals to be deliberated on the general meeting of the shareholders are as follows:

1.Proposal on the Company Conforming to the Conditions of Purchasing the Assets through Private Offering

2.Proposal about the Company's **Plan on this Issuance of Shares to Purchase the Assets &** Related-party Transaction

3.Proposal about the Report on Beijing New Building Materials Public Limited Company Issuing Shares for Asset Purchase & Related-party Transaction (draft) (revision) and its Summary

4. Proposal about the Transaction Conforming to Article 43 of the Administrative Measures for the Material Asset Reorganizations of Listed Companies

5.Proposal about the Transaction Conforming to Article 4 of the Provisions about Certain Questions on Standardizing the Material Asset Reorganizations of Listed Companies

6. Proposal about the Transaction Constituting a Related-party Transaction

7. Proposal about the Signing of the Conditional Framework Agreement on Share Issuance for Asset Purchase and Related Agreements

8. Proposal about the Signing of the Conditional Supplemental Agreement on Share Issuance for Asset Purchase

9. Proposal about the Signing of the Supplemental Agreement II on Share Issuance for Asset Purchase

10. Proposal about the Independence of the Appraisal Agency of the Transaction, Reasonableness of Appraisal Hypotheses, Relevancy between Appraisal Methods and Appraisal Purpose as well as Fairness of Appraised Price

11. Proposal about Approving the Audit Report and Asset Appraisal Report on the Transaction

12. Proposal about the Basis for the Pricing of the Transaction and the Description of its Fairness and Reasonableness

**13.Proposal about Applying to the Shareholders' Meeting to Authorize the Board of Directors** to Handle the Matters Related to the Share Issuance for Asset Purchase

**14. Proposal about the Risk Prompt on the Immediate Return Dilution of the Company's Material Asset Reorganization and the Company's Actions**

**15. Proposal about the Commitment by the Company's Directo**rs and Officers on the Effective Implementation of the Actions Taken to Restore the Diluted Immediate Return in respect of **the Company's Material Asset Reorganization**

(III) The above proposals are major issues affecting the interests of small and medium investors. According to the Rules of the General Meeting of Shareholders of Listing Companies (as amended in 2014) regulations, votes of the medium and small investors will be counted alone and disclosed to the public in a timely manner.

BNBMPLC0009124



(IV) Disclosed matters. See the details of the above proposals in the related announcements published on the China Securities News, Securities Times, Shanghai Securities News, Securities Daily and the CNINFO information network (http://www.cninfo.com.cn) on October 14, 2015, January 19, 2016, January 26, 2016 and April 6, 2016.

### III. Registration measures for site general meeting of shareholders

(I) Way of registration: the site registration is made by letter or fax.

(II) Registration time: April 19, 2016 (9:30 am - 11:00 pm), 14:00 pm - 16:00 pm). For registration by letter or fax, the materials must be delivered to the Company before 16:00 pm on April 19, 2016. If the registration formalities are not handled within the specified time, the related party is deemed to give up qualifications to attend the meeting.

(III) Registration place: 15F, Building 2, Guohai Square, No.17 Fuxing Road, Haidian District, Beijing

(IV) Registration formalities 1. For corporate shareholders, the legal representative shall handle the registration formalities with the stock account card of the Shenzhen Stock Exchange, copies of the corporate business license and the ID card; 2. Individual shareholders shall handle the registration formalities with the stock account card of the Shenzhen Stock Exchange, individual ID card and the original of the evidence proving that the individual held the share of BNBM when the market was closed on April 14, 2016, issued by the business office of the securities company;

3. Requirements of documents submitted by the person entrusted to exercise the voting rights in registration and voting: the entrusted agent of the corporate shareholders attending the meeting shall register with the stock account card of the Shenzhen Stock Exchange, copies of the corporate business license, power of attorney and the ID card of the attendee; the entrusted agent of individual shareholders shall register with stock account card of the Shenzhen Stock Exchange, individual ID card, power of attorney, copies of the ID card of the principal and the ID card of the attendee.

(V) Power of Attorney

The Power of Attorney is attached hereto.

### IV. Identity authentication participating in online voting and voting procedures

This general meeting of shareholders shall provide shareholders with an online votingplatform, and shareholders can participate in online voting through the trading system of the Shenzhen Stock Exchange or theonline system (http://wltp.cninfo.com.cn).

(I) Procedures of voting by the trading system

1. The time for online voting in this general meeting of shareholders through the Shenzhen Stock Exchange trading system is 9:30 am to 11:30 am and 13:00 pm to15:00 pm on April 21, 2016. And the voting procedures are conducted in the light of the new shares subscription business of the Shenzhen Stock Exchange.

2. Voting code: 360786; this voting is referred to as BNBM voting for short

3. Specific procedures for shareholders voting

(1) Transaction direction is purchase of shares;

(2) Filling in the "declared price" for this general meeting of shareholder in the item "entrusted price", and each proposal should be declared in the appropriate price.Details are as follows:

1If shareholders vote on all of the above proposals in uniform, all of proposals are expressed as RMB100.00;

2If shareholders vote on the aboveproposals respectively, proposal 1 Proposal about the Company Conforming to the Conditions of Purchasing the Assets through Private Placement will be expressed as RMB1,00, proposal 2 Proposal about **the Company's Plan on the** Present Issuance of Shares to Purchase the Assets & Related-party Transaction will be

3

BNBMPLC0009125

expressed as RMB2.00, voting, and so on.

Details are as shown in the following table:

| No. | Name of proposals | Corresponding entrusted prices |
|---|---|---|
| General proposal | To vote on the following "Proposal 1" to "Proposal 15" in uniform | 100.00 |
| Proposal 1 | Proposal on Company Conforming to the Conditions of Purchasing the Assets through Private Offering | 1.00 |
| Proposal 2 | **Proposal about the Company's Plan on** this Issuance of Shares to Purchase the Assets & Related-party Transaction | 2.00 |
| Sub-proposal 2.1 | Overall plan of the Transaction | 2.01 |
| Sub-proposal 2.2 | Proposal about Issuance of Shares to Buy Assets | |
| Proposal 2.2.1 | Way of Transaction, Transaction Counterparty and Underlying Assets | 2.02 |
| Proposal 2.2.2 | Pricing basis, transaction price and way of payment | 2.03 |
| Proposal 2.2.3 | Type and face value of the shares issued | 2.04 |
| Proposal 2.2.4 | way of issuance | 2.05 |
| Proposal 2.2.5 | Issuance object and way of subscription | 2.06 |
| Proposal 2.2.6 | Pricing benchmark day, pricing principles and issue price | 2.07 |
| Proposal 2.2.7 | Number of shares issued | 2.08 |
| Proposal 2.2.8 | Listing location | 2.09 |
| Proposal 2.2.9 | Lock-up period for the shares issued this time | 2.10 |
| Proposal 2.2.10 | Attribution of the profit and loss of the underlying asset during the period from the assessment date to the date of delivery | 2.11 |
| Proposal 2.2.11 | Personnel placement | 2.12 |
| Proposal 2.2.12 | Accumulated undistributed profits of listed companies | 2.13 |
| Proposal 2.2.13 | Contractual obligations and liabilities for breach of contract in ownership transfer of relevant assets | 2.14 |
| Proposal 2.2.14 | Validity period of resolution | 2.15 |
| Proposal 3 | Proposal about the Report on Beijing New Building Materials Public Limited Company Issuing Shares for Asset Purchase & Related-party Transaction (draft) (revision) and its Summary | 3.00 |
| Proposal 4 | Proposal about the Transaction Conforming to Article 43 of the Administrative Measures for the Material Asset Reorganizations of Listed Companies | 4.00 |
| Proposal 5 | Proposal about the Transaction Conforming to Article 4 of the Provisions about Certain Questions on Standardizing the Material Asset Reorganizations of Listed Companies | 5.00 |
| Proposal 6 | Proposal about the Transaction Constituting a Related-party Transaction | 6.00 |
| Proposal 7 | Proposal about the Signing of the Conditional Framework Agreement on Share Issuance for Asset Purchase and Related | 7.00 |

BNBMPLC0009126

| | Agreements | |
|---|---|---|
| Proposal 8 | Proposal about the Signing of the Conditional Supplemental Agreement on Share Issuance for Asset Purchase | 8.00 |
| Proposal 9 | Proposal about the Signing of the Supplemental Agreement II on Share Issuance for Asset Purchase | 9.00 |
| Proposal 10 | Proposal about the Independence of the Appraisal Agency of the Transaction, Reasonableness of Appraisal Hypotheses, Relevancy between Appraisal Methods and Appraisal Purpose as well as Fairness of Appraised Price | 10.00 |
| Proposal 11 | Proposal about Approving the Audit Report and Asset Appraisal Report on the Transaction | 11.00 |
| Proposal 12 | Proposal about the Basis for the Pricing of the Transaction and the Description of its Fairness and Reasonableness | 12.00 |
| Proposal 13 | Proposal about Applying to **the Shareholders' Meeting to Authorize** the Board of Directors to Handle the Matters Related to the Share Issuance for Asset Purchase | 13.00 |
| Proposal 14 | Proposal about the Risk Prompt on the Immediate Return Dilution of **the Company's Material Asset Reorganization and the Company's** Actions | 14.00 |
| Proposal 15 | **Proposal about the Commitment by the Company's Directors and** Officers on the Effective Implementation of the Actions Taken to **Restore the Diluted Immediate Return in respect of the Company's** Material Asset Reorganization | 15.00 |

Notes: To be convenient for shareholders to make unified voting for all the proposals in the **general meeting of shareholders in the trading system, the Company adds a "general proposal" with a corresponding declaration price of RMB100.00; shareholders' voting on the** "general proposal" is deemed to express the same opinion for all the proposals to be deliberated in the general meeting of shareholders. If shareholders vote on both the general proposal and the sub-proposals, the first voting shall prevail.

(3) Filling in the voting opinions in the item "shares entrusted", 1 share means consent, 2 shares means opposition, and 3 shares means abstention. The corresponding relationship between the number of shares entrusted and the voting opinions is as follows:

| Shares Entrusted | Voting Opinions |
|---|---|
| 1 share | Consent |
| 2 shares | Objection |
| 3 shares | Abstention |

(4) Confirming that the voting entrustment is completed.

(5) Voting for the same issue can be declared for just one time and cannot be revoked.

(II) Adopting the online voting identity authentication and voting procedures

1. Specific processes for shareholders to obtain the identity authentication

Accordance to the provisions of the Shenzhen Stock Exchange Investor Network Service Identity Authentication Guidelines (revised in September 2014), shareholders may complete identity authentication by means of service password or digital certificate.

(1) Completing identity authentication by service password

Visiting the password serve areas of the Shenzhen stock exchange website

BNBMPLC0009127

(http://www.szse.cn)or the online voting system（http://wltp.cninfo.com.cn）to fill in relevant information and set the service password. If the registration is successful, the system will return a check number, for which the validity period is seven days. Shareholders may activate the service password through the Shenzhen stock exchange trading system in the light of the new shares subscription operations, and the service password can be activated five minutes after the declaration.

Shareholders forgetting the service password may report the loss with the Shenzhen stock exchange trading system, and the method of loss reporting is similar to the activation method. The service password declared to be lost will be cancelled officially 5 minutes after the declaration, after which shareholders can apply for a new one.

Shareholders having a number of Shenzhen securities accounts shall apply for service passwords for different accounts respectively.

(2) Process of handling identity authentication by means of digital certificate. The digital certificate may be applied for with the Shenzhen Securities Digital Certificate Authentication Center. See the specific operation on the website of the Shenzhen Securities Digital Certificate Authentication Center (http://ca.szse.cn).

Shareholders having more than one security accounts can register several accounts on one digital certificate.

2.Shareholders may vote in the online voting system by visiting the website http://wltp.cninfo.com.cn on the strength of the service password or digital certificate obtained.

3.The specific time for shareholders to vote through the Shenzhen Stock Exchange online voting system is: any time between 15:00, April 20, 2016 –15:00, April 21, 2016 15:00.

(III) Counting rules

1. If a shareholder votes on any proposalvalidly  for at least one time on the general meeting of shareholders through the online voting system, the shareholder is deemedto have attended the general meeting of shareholders and the shares held by the shareholder is included in the total number of voting rights held by the shareholders attending the general meeting of **shareholders. A shareholder's attending the general meeting of shareholders without voting** on other proposals is deemed as a waiver.

**2. Shareholders' vo**ting on the general proposal is deemed to express the same opinion for all the proposals.

3. If shareholders  vote on both the  general proposal and the sub-proposal for the same proposal, the first valid voting shall prevail. If the shareholders vote on the sub-proposal first and then the general proposal, the voting opinions for the sub-proposal shall prevail, and the voting opinions for the general proposal shall prevail over the opinions for other proposals that have not been voted on; if shareholders vote on the general proposal first and then the sub-proposal, the voting opinions for the general proposal shall prevail.

4.If the same shareholder votes repeatedly through any two or more of the Shenzhen stock exchange trading system, the online voting system and the on-site auxiliary voting system, the result of the first valid voting shall prevail.

5.On the trading day subsequent to the end of the general meeting of shareholders, the shareholders can query the results of their votes through membership. The vote opinions on the general proposal and the query results for the online voting are displayed as voting results of the proposals.


**V. Other**

1.Contact information：

Contact person: CaiJingye

Telephone number: 010-68138782

Fax: 010-68138822

BNBMPLC0009128


Email: cjy@bnbm.com.cn

2.Meeting expenses: session of this general meeting of the shareholders will be half a day,and the attendees shall bear all of their own expenses.

3.Handling of abnormalities in theonline voting system: if the online voting system suffers abnormalities during the online voting period, the progress of this general meeting of shareholders will be conducted by the notice of the day.

## VI. Reference documents

1. Resolutions of the Eleventh Interim Meeting of the Fifth Session of the Board of Directors

2. Resolutions of the Fifteenth Interim Meeting of the Fifth Session of the Board of Directors

3.Resolutions of the Sixteenth Interim Meeting of the Fifth Session of the Board of Directors

4. Resolutions of the First Interim Meeting of the Sixth Session of the Board of Directors

Appendix：**Power of Attorney of the 2nd Extraordinary Shareholders' Meeting in 2016**

Beijing New Building Materials Public Limited Company

Board of directors

April 15, 2016

BNBMPLC0009129

**Appendix：**

**Beijing New Building Materials Public Limited Company**

**Power of Attorney of the 2nd Extraordinary Shareholders' Meeting in 2016**

I (the Company), a shareholder of Beijing New Building Materials Public Limited Company, hereby entrust Mr.(Ms.)_____ to attend the 2nd **extraordinary shareholders' meeting in** 2016 of Beijing New Building Materials Public Limited Company on behalf of me (the Company) and to vote in the following voting instructions on behalf of me (the Company).

**Voting instructions：**

| No. | Proposals | Voting opinion | | |
|---|---|---|---|---|
| | | Consent | Objection | Abstention |
| 1 | Proposal about the Company Conforming to the Conditions of Purchasing the Assets through Private Placement | | | |
| 2 | Proposal **about the Company's Plan on the** Present Issuance of Shares to Purchase the Assets & Related-party Transaction | | | |
| 2.1 | Overall plan of the Transaction | | | |
| 2.2 | Proposal about Issuance of Shares to Buy Assets | | | |
| 2.2.1 | Way of Transaction, Transaction Counterparty and Underlying Assets | | | |
| 2.2.2 | Pricing basis, transaction price and way of payment | | | |
| 2.2.3 | Type and face value of the shares issued | | | |
| 2.2.4 | way of issuance | | | |
| 2.2.5 | Issuance object and way of subscription | | | |
| 2.2.6 | Pricing benchmark day, pricing principles and issue price | | | |
| 2.2.7 | Number of shares issued | | | |
| 2.2.8 | Listing location | | | |
| 2.2.9 | Lock-up period for the shares issued this time | | | |
| 2.2.10 | Attribution of the profit and loss of the underlying asset during the period from the assessment date to the date of delivery | | | |
| 2.2.11 | Personnel placement | | | |
| 2.2.12 | Accumulated undistributed profits of listed companies | | | |
| 2.2.13 | Contractual obligations and liabilities for breach of contract in ownership transfer of relevant assets | | | |
| 2.2.14 | Validity period of resolution | | | |
| 3 | Proposal about the Report on Beijing New Building Materials Public Limited Company Issuing Shares for Asset Purchase & Related-party Transaction (draft) (revision) and its | | | |

8

BNBMPLC0009130

| | | | | |
|---|---|---|---|---|
| | Summary | | | |
| 4 | Proposal about the Transaction Conforming to Article 43 of the Administrative Measures for the Material Asset Reorganizations of Listed Companies | | | |
| 5 | Proposal about the Transaction Conforming to Article 4 of the Provisions about Certain Questions on Standardizing the Material Asset Reorganizations of Listed Companies | | | |
| 6 | Proposal about the Transaction Constituting a Related-party Transaction | | | |
| 7 | Proposal about the Signing of the Conditional Framework Agreement on Share Issuance for Asset Purchase and Related Agreements | | | |
| 8 | Proposal about the Signing of the Conditional Supplemental Agreement on Share Issuance for Asset Purchase | | | |
| 9 | Proposal about the Signing of the Supplemental Agreement II on Share Issuance for Asset Purchase | | | |
| 10 | Proposal about the Independence of the Appraisal Agency of the Transaction, Reasonableness of Appraisal Hypotheses, Relevancy between Appraisal Methods and Appraisal Purpose as well as Fairness of Appraised Price | | | |
| 11 | Proposal about Approving the Audit Report and Asset Appraisal Report on the Transaction | | | |
| 12 | Proposal about the Basis for the Pricing of the Transaction and the Description of its Fairness and Reasonableness | | | |
| 13 | **Proposal about Applying to the Shareholders'** Meeting to Authorize the Board of Directors to Handle the Matters Related to the Share Issuance for Asset Purchase | | | |
| 14 | Proposal about the Risk Prompt on the **Immediate Return Dilution of the Company's** Material Asset Reorganization and the **Company's Actions** | | | |
| 15 | Proposal about the Commitment by the **Company's** Directors and Officers on the Effective Implementation of the Actions Taken to Restore the Diluted Immediate Return in respect **of the Company's Material Asset Reorganization** | | | |
| **Principal's** signature (seal): | **Principal's ID card No.:** | | | |
| **Principal's** shareholder account: | Number of shares held by the principal: | | | |
| **Trustee's** signature | **Trustee's ID card No.:** | | | |

BNBMPLC0009131

| (seal): | | | | |
|---|---|---|---|---|
| Entrustment date: | Term of entrustment: until this general meeting of shareholders end | | | |

**Remarks:**

1. Choose any one in the right column "consent", "objection", "abstention" and tick it.

2. If the principal does not make a specific indication for the voting on the mattersdeliberated or has more than one authorization instructions for the same matter, it shall be deemed that the trustee has the right to vote on his/her own.

3. If this power of attorney is made by corporate shareholders, it shall be signed or sealed by the legal representative or authorized person of the legal entity, and shall be affixed with the official seal of the unit.

4.Clippings, copies or self-made one in the above format of this power of attorney are all effective.

5.The term of validity of this power of attorney: from the date when this power of attorney is signed to the end of the general meeting of shareholders.

BNBMPLC0009132

# EXHIBIT L

| Stock Abbreviation: | Stock Code: | Public Announcement No.: |
|---|---|---|
| BNBMPLC | 000786 | 2016-039 |

**Beijing New Building Materials Public Limited Company**

**Public announcement on Resolutions of the 2rd Extraordinary Shareholders' Meeting in 2016**

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

**Special Notes:**

**1. No proposal is added, modified or vetoed at this Shareholders' Meeting;**

**2. This Shareholders' Meeting was held by means of on**-the-spot voting and online voting.

**I. Holding and Attendances of the Meeting**

(I) Time of holding

(1) Holding time of on-the-spot meeting: 14:30PM, April 21, 2016 (Thursday)

(2) Time of online voting

① The time of voting via the trading system of Shenzhen Stock Exchange is 9:30-11:30AM, 13:00-15:00PM, April 21, 2016.

②The time of voting via the Internet voting system of Shenzhen Stock Exchange is any time between 15:00PM, April 20, 2016 and 15:00PM, April 21, 2016.

(II) Meeting venue: 6F Meeting Room, Building 2, Guohai Plaza, No.17 Fuxing Road, Haidian District, Beijing

(III) Way of holding: this Shareholders' Meeting was held by means of on-the-spot voting meeting and online voting. The Company provides the online voting platforms to its shareholders through the trading system and Internet voting system of **Shenzhen Stock Exchange. The Company's shareh**olders may exercise their voting rights through the said systems within the online voting time frames.

(IV) Meeting convener: the Board of Directors of the Company

(V) Meeting presider: Mr. Wang Bing, the Board Chairman of the Company

(VI) Attendances

Attenda**nces by shareholders and shareholders' proxies: 46 shareholders and shareholders' proxies attended this Shareholders' Meeting, representing 675,776,923** shares, which account for 47.79% of the total shares of the Company. 8 shareholders and **shareholders' pr**oxies attended the on-the-spot meeting, representing 639,772,239 shares, which account for 45.25% of the total shares of the Company; 38 shareholders voted online, representing 36,004,684 shares, which account for 2.55% of the total shares of the Company.

In addition, the certain directors, supervisors and officers of the Company, the lawyer engaged by the Company and other related persons attended this meeting or attended this meeting as non-voting delegates.

BNBMPLC0009145

**The convening and holding of this Shareholders'** Meeting conform to the requirements of the Company Law, the Stock Listing Regulations of Shenzhen Stock Exchange as well as the Articles of Association.

## II. Deliberation and Voting of the Proposals

This meeting deliberated and adopted the following proposals through on-the-spot open voting and online voting:

(I) Deliberated and adopted the Proposal on Company Conforming to the Conditions of Purchasing the Assets through Private Offering

General voting situation: affirmative votes cover  674,135,575  shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers  0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

**(II) Deliberated and adopted the Proposal about the Company's Plan on the Present** Issuance of Shares to Purchase the Assets & Related-party Transaction

1.  The overall plan on the present transaction

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048  shares, accounting for  4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

2. Plan on the share issuance for asset purchase

(1) Method of present transaction, counter party and target assets

General voting situation: affirmative votes cover  674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048  shares, accounting for  4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(2) Pricing basis, transaction price and method of payment

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative

BNBMPLC0009146

votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(3) Type and par value of shares to be issued

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(4) Method of issuance

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(5) Issuance objects and method of subscription

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(6) Pricing reference date, pricing principle and issuance price

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048 shares, accounting for 4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small

BNBMPLC0009147

shareholders present at the meeting.

(7) Number of shares to be issued

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048  shares, accounting for  4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(8) Listing venue

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048  shares, accounting for  4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(9) Lock-up period of the shares to be issued

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048  shares, accounting for  4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(10) Attribution of the profit or loss of the target assets during the appraisal reference date and closing date

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048  shares, accounting for  4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(11) Personnel placement

General voting situation: affirmative votes cover 674,119,675 shares, accounting for

BNBMPLC0009148

99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048  shares, accounting for  4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(12) Arrangement of the cumulative undistributed profit of listed company

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048  shares, accounting for  4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(13) Contractual obligations and defaulting liability in connection with the ownership transfer of related assets

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048  shares, accounting for  4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(14) Valid term of resolution

General voting situation: affirmative votes cover 674,119,675 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,612,048 shares; abstaining from voting covers 45,200 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,053,805 shares, accounting for 95.49% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,612,048  shares, accounting for  4.39% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 45,200 shares, accounting for 0.12% of the shared held by the medium and small shareholders present at the meeting.

(III) Deliberated and adopted the Proposal about the Report on Beijing New Building Materials Public Limited Company Issuing Shares for Asset Purchase & Related-party Transaction (draft) (revision) and its Summary

General voting situation: affirmative votes cover  674,135,575  shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers  0 shares.

BNBMPLC0009149

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

(IV) Deliberated and adopted the Proposal about the Transaction Conforming to Article 43 of the Administrative Measures for the Material Asset Reorganizations of Listed Companies

General voting situation: affirmative votes cover  674,135,575  shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers  0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

(V) Deliberated and adopted the Proposal about the Transaction Conforming to Article 4 of the Provisions about Certain Questions on Standardizing the Material Asset Reorganizations of Listed Companies

General voting situation: affirmative votes cover  674,105,075 shares, accounting for 99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover 1,641,348 shares; abstaining from voting covers 30,500 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,039,205  shares, accounting for 95.45% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 30,500 shares, accounting for 0.08% of the shared held by the medium and small shareholders present at the meeting.

(VI) Deliberated and adopted the Proposal about the Transaction Constituting a Related-party Transaction

General voting situation: affirmative votes cover  674,135,575  shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers  0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

(VII) Deliberated and adopted the Proposal about the Signing of the Conditional Framework Agreement on Share Issuance for Asset Purchase and Related Agreements

General voting situation: affirmative votes cover  674,135,575  shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers  0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small

BNBMPLC0009150

shareholders present at the meeting; abstaining from voting covers 0 shares.

(VIII) Deliberated and adopted the Proposal about the Signing of the Conditional Supplemental Agreement on Share Issuance for Asset Purchase

General voting situation: affirmative votes cover  674,135,575  shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers  0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

(IX) Deliberated and adopted the Proposal about the Signing of the Supplemental Agreement II on Share Issuance for Asset Purchase

General voting situation: affirmative votes cover  674,105,075  shares, accounting for   99.75% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,671,848 shares; abstaining from voting covers  0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,039,205 shares, accounting for 95.45% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,671,848  shares, accounting for 4.55%of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

(X) Deliberated and adopted the Proposal about the Independence of the Appraisal Agency of the Transaction, Reasonableness of Appraisal Hypotheses, Relevancy between Appraisal Methods and Appraisal Purpose as well as Fairness of Appraised Price

General voting situation: affirmative votes cover  674,135,575  shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers  0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

(XI) Deliberated and adopted the Proposal about Approving the Audit Report and Asset Appraisal Report on the Transaction

General voting situation: affirmative votes cover  674,135,575  shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers  0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.

(XII) Deliberated and adopted the Proposal about the Basis for the Pricing of the Transaction and the Description of its Fairness and Reasonableness

General voting situation: affirmative votes cover  674,123,575  shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 12,000 shares.

BNBMPLC0009151

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,057,705 shares, accounting for 95.50% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 12,000 shares, accounting for 0.03% of the shared held by the medium and small shareholders present at the meeting.

(XIII) Deliberated and adopted the Proposal about **Applying to the Shareholders'** Meeting to Authorize the Board of Directors to Handle the Matters Related to the Share Issuance for Asset Purchase

General voting situation: affirmative votes cover  674,123,575  shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 12,000 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,057,705 shares, accounting for 95.50% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 12,000 shares, accounting for 0.03% of the shared held by the medium and small shareholders present at the meeting.

(XIV) Deliberated and adopted the Proposal about the Risk Prompt on the Immediate Return Dilution of the Company's Material Asset Reorganization and the Company's Actions

General voting situation: affirmative votes cover  674,123,575  shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers 12,000 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,057,705 shares, accounting for 95.50% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 12,000 shares, accounting for 0.03% of the shared held by the medium and small shareholders present at the meeting.

(XV) Deliberated and adopted the Proposal about the Commitment by the **Company's Directors and Officers on the Effective Implementation of the A**ctions **Taken to Restore the Diluted Immediate Return in respect of the Company's Material** Asset Reorganization

General voting situation: affirmative votes cover  674,135,575  shares, accounting for 99.76% of the shared held by all the shareholders present at the meeting; dissenting votes cover1,641,348 shares; abstaining from voting covers  0 shares.

Wherein, general voting situation of medium and small shareholders: affirmative votes cover 35,069,705 shares, accounting for 95.53% of the shared held by the medium and small shareholders present at the meeting; dissenting votes cover 1,641,348 shares, accounting for 4.47% of the shared held by the medium and small shareholders present at the meeting; abstaining from voting covers 0 shares.


**III. Legal Opinion Issued by the Lawyer**

1. Name of law firm: Beijing Jiayuan Law Firm

2. Lawyers: Zhang Meina, Li Xin Jun

BNBMPLC0009152

3. **Conclusive opinion: the convening and holding procedures of this Shareholders'**
Meeting conform to the requirements of related laws, regulations and the Articles of
Association. The qualifications of the persons attending this meeting and the
convener of this meeting were lawful and valid. The voting procedures of this meeting
conform to the requirements of related laws, regulations and the Articles of
Association and the voting result is lawful and valid.


**IV. Documents for Inspection**

1. Resolutions of the 2nd **extraordinary shareholders' meeting in 2016;**

2. Legal Opinion about the 2nd **extraordinary shareholders' meeting of** Beijing New
Building Materials Public Limited Company in 2016 issued by Beijing Jiayuan Law
Firm


Beijing New Building Materials Public Limited Company

April 21, 2016

9

BNBMPLC0009153

# EXHIBIT M

| Stock Abbreviation:<br>**BNBMPLC** | Stock Code:<br>**000786** | Public Announcement No.:<br>**2016-043** |
|---|---|---|

**Public Announcement of Beijing New Building Materials Public Limited Company on Receipt of CSRC Notice on Acceptance of Administrative Approval Application**

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

Beijing New Building Materials Public Limited Company (hereinafter the "Company") received CSRC Notice on Acceptance of Administrative Approval Application (No.160887) issued by China Securities Regulatory Commission (hereinafter "CSRC") on April 28, 2016. CSRC has lawfully reviewed the administrative approval application submitted by the Company for Approval of Asset Acquisition by Beijing New Building Materials Public Limited Company through share issuance and held that the application materials are complete and meet the legal form, so it has decided to accept such administrative approval application.

As the asset acquisition by the Company through share issuance is still pending approval by CSRC, it is still uncertain whether this matter will be approved by CSRC. The Company will timely perform its obligation to make information disclosure of the progress of CSRC's examination and approval of this matter. Investors are advised to stay alert to investment risks.

The announcement ends here.

Board of Directors of Beijing New Building Materials Public Limited Company

April 28, 2016

BNBMPLC0009155

# EXHIBIT N

| Stock Abbreviation:<br>BNBMPLC | Stock Code:<br>000786 | Public Announcement No.:<br>2016-046 |
|---|---|---|

**Public Announcement of Beijing New Building Materials Public Limited Company on Receipt of CSRC Notice on First Feedback on Examination of Administrative Approval Items**

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

**Beijing New Building Materials Public Limited Company (hereinafter the "Company")** has received CSRC Notice on First Feedback on Examination of Administrative Approval Items (No.160887) (hereinafter "Feedback") issued by China Securities Regulatory Commission (hereinafter "CSRC") on June 3, 2016. CSRC has lawfully reviewed the administrative approval application submitted by the Company for Approval of Asset Acquisition by Beijing New Building Materials Public Limited Company by Stock Issue and required the Company to make written explanation on relevant issues and submit a written reply to the competent administrative approval application acceptance department under CSRC within 30 working days.

The Company together with relevant intermediary agencies will promptly prepare and submit relevant materials to the administrative licensing application acceptance department under CSRC within the specified period.

This asset acquisition by the Company by stock issue and the related-party transaction are still pending approval by CSRC. The Board of Directors of the Company will timely perform its obligation to make information disclosure based on **the progress of CSRC's examination and approval of this matter.** As it is still uncertain whether the above matter will be approved by CSRC, investors are advised to make decisions rationally and prudently and stay alert to investment risks.

The announcement ends here.

Attachment: CSRC Notice on First Feedback on Examination of Administrative Approval Items

Board of Directors of Beijing New Building Materials Public Limited Company

June 3, 2016

BNBMPLC0009176

**China Securities Regulatory Commission**

**CSRC Notice on First Feedback on Examination of Administrative Approval Items**

No. 160887

To Beijing New Building Materials Public Limited Company:

The Commission has lawfully reviewed the administrative approval application submitted by you for Approval of Asset Acquisition by Beijing New Building Materials Public Limited Company by Stock Issue and now requires you to make written explanations on relevant issues (attached below).You are expected to submit a written reply to the administrative licensing application acceptance department under this Commission within 30 working days.



June 3, 2016

BNBMPLC0009177

On April 27, 2016, this Commission accepted your application for asset acquisition by stock issue. After review, we hereby give a feedback as follows:

1. As shown on the application materials, this asset acquisition by stock issue involves a total of 46 counterparties including 10 limited partnerships like Guo Tai Min An Investment and Heda Investment, as well as 35 natural persons like Jia Tongchun. You are expected to: 1) use lists to make supplemental disclosure of the dates when the partnerships acquired the equity in underlying assets and when the partners acquired their partnership interests, as well as the form, purpose, sources of capital and other information about the contributions by the partners. 2) Make supplemental disclosure of the total number of persons after pass-through calculation; if the total number exceeds 200, and the time points when the partnerships acquired the equity in underlying assets and when the partners acquired their partnership interests fall within the six months prior to the suspension of trading, you should make supplemental disclosure of whether you have complied with relevant provisions including the one requiring that the number of issuance targets should not exceed 200 as a principle; if the foregoing time points of equity or partnership interest acquisition do not fall within the six months prior to suspension of trading, you should additionally disclose whether you comply with Guidelines No.4 for the Supervision of Unlisted Public Companies – Guidelines on Examination of Issues Concerning Applications for Administrative Licensing Filed by Unlisted Joint Stock Companies with More Than 200 Shareholders and other relevant regulations. 3) make supplemental disclosure of the actual controllers of the foregoing limited partnerships, whether any counterparty is a private investment fund, and if so, please provide sufficient risk warnings in the reorganization report, make special explanations on the filing matters, and undertake not to carry out this reorganization plan before completing the filing procedures for the private investment fund. The independent financial adviser and lawyer are expected to conduct verification and give express opinions.

2. As shown on the application materials, the counterparty Jia Tongchun is the controlling shareholder of Taihe Building Materials, and some counterparties or their relatives work for or hold shares in Taihe Building Materials and Taishi Rock Wool; the business scope of Taihe Building Materials overlaps with that of Taishan Gypsum, the major counterparties agree and undertake that, within 1 month upon completion of this transaction, Taihe Building Materials will change its name according to the requirements of BNBMPLC, and will transfer the brands, trademarks, trade names **and intellectual property rights related to "Taihe", gypsum board and stud to Taishan** Gypsum or an affiliated company designated by Taishan Gypsum or BNBMPLC without compensation, as specifically required by BNBMPLC at that time. You are expected to: 1) based on the information about the posts or shares held by the foregoing counterparties or information about the partners of counterparties, make supplemental disclosure of the proof that there is no affiliation or concerted action relationship between the counterparties to this transaction, and additionally disclose the relationship between the counterparties and the controlling shareholder of the listed company.2) Make supplemental disclosure of the foregoing promisors, of whether the enterprises served or controlled by the counterparties have competitive business with Taishan Gypsum, and whether the foregoing counterparties violate non-competition rules by working for or holding shares in Taihe Building Materials and other relevant enterprises.3) make supplemental disclosure of the subjects to which the foregoing intellectual property rights in Taihe and relevant gypsum board and stud brands, trademarks and trade names belong during the reporting period, how important they are to the production and operation of Taishan Gypsum, relevant arrangements for gratuitous transfer, whether there is any legal risk or economic dispute risk, the effect of the foregoing matters on this transaction and on the listed

BNBMPLC0009178

company following completion of this transaction, and whether this transaction meets Article 11(IV) and Article 43.1(IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies regarding clear ownership of assets. The independent financial adviser and lawyer are expected to conduct verification and give express opinions.

3.  As indicated on the application materials, Taihe Building Materials once directly held 21,787,500 shares in Taishan Gypsum and held 7,781,250 shares in Taishan Gypsum through Jia Tongchun; at the same time, natural person shareholders also hold shares in Taihe Building Materials on behalf of others, and the total contribution made to Taihe Building Materials by its shareholders corresponds to the number of shares actually held by Taihe Building Materials in Taishan Gypsum in quantity; in 2005, Employee Shareholder Association of Shandong Taihe Group transferred the **28,000,000 shares in underlying assets to Tai'an Donglian Investment & Trading Co., Ltd.; in 2006, BNBMPLC completed its acquisition of Tai'an Donglian Investment &** Trading Co., Ltd.; the actual number of shareholders of Taihe Building Materials is 503.You are expected to make supplemental disclosure in the following respects: 1) when Taihe Building Materials acted as a shareholder of Taishan Gypsum, its actual shareholders exceeded 200, whether this fact meets the relevant regulations, whether entrusted shareholding details about Taishan Gypsum are fully disclosed, the reason for entrusted shareholding, whether the principal has made contribution actually, whether the principal is prevented from holding shares directly due to his/her illegal status, and whether this circumstance will affect the validity of relevant equity transfer or capital increase resolutions.2) Whether the shareholding entrustment relationship is thoroughly terminated, whether there is any potential legal risk or economic dispute risk, whether there is any uncertainty in the equity held by existing shareholders, as well as the effect on this transaction and the listed company following completion of this transaction.3) Whether the equity transfer by Taishan Gypsum and the foregoing acquisition by BNBMPLC have undergone necessary approval procedures. The independent financial adviser and lawyer are expected to conduct verification and give express opinions.

4.  As indicated on the application materials, since 2009, many home owners and home builders in the United States brought actions against BNBMPLC and Taishan Gypsum, demanding compensation for alleged losses arising from quality problems of gypsum boards, BNBMPLC and Taishan Gypsum are unable to determine the numbers of plaintiffs and properties involved in the cases and cannot accurately predict the possible judgment results; the counterparties agree that, 99,071,875 shares acquired by them will be locked up, if it is confirmed that contingent risk arises or actual loss is incurred within 36 months, BNBMPLC will repurchase and cancel the locked-up portion of shares at a price of RMB1 per share and assume the contingent risk or loss; if no contingent risk arises upon expiration of the 36-month period, BNBMPLC will also repurchase and cancel the locked-up portion of shares at a price of RMB1 per share. You are expected to make supplemental disclosure of: 1) the number of the foregoing shares, being 99,071,875 shares or 97,590,590 shares.2) The basis of calculation of number of shares and the basis of distribution among the counterparties, the specific implication of the abovementioned contingent risks, whether the compensation arrangements are able to cover relevant losses and fully protect the interests of the listed company.3) The reason and rationality that BNBMPLC will repurchase and cancel the locked-up shares, no matter whether the contingent risks arise or not.4) The necessity of this transaction, the latest progress of the foregoing actions, their effect on this transaction and the listed company following completion of this transaction, and whether this transaction meets Article 11(IV), (V) and Article 43.1(I) and (IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies.5) In addition to the foregoing actions, during the reporting period, whether Taishan Gypsum is subject to other major

BNBMPLC0009179

lawsuits arising from quality control problems and other problems. The independent financial adviser and lawyer are expected to conduct verification and give express opinions.

5. As indicated on the application materials, in July 2014, the U.S. court ordered Taishan Gypsum and any of its related-parties or subsidiaries not to engage in any business activities in the United States until or unless Taishan Gypsum participated in the court proceedings; if Taishan Gypsum violates the injunction, it must pay 25% of the profit of its own or its affiliate violating the injunction in the year when such violation occurs as further penalty. You are expected to make supplemental disclosure of: 1) the effect of the foregoing judgment and relevant overseas actions on the overseas business of Taishan Gypsum, whether there are relevant operational risks in the overseas business, and if so, additionally disclose the effect of relevant risks on the operation stability and sustained profitability of the underlying assets and the countermeasures.2) The proportions of operating revenue and net profit of **Taishan Gypsum's overseas bus**iness, whether it is necessary to obtain relevant domestic and local qualifications and undergo relevant approval and filing procedures for the foregoing overseas business, and if so, additionally disclose the acquisition of these qualifications, whether the foregoing overseas business meets the applicable local laws and regulations, as well as relevant provisions of Chinese commerce, foreign investment, foreign exchange, tax, commerce and industry policies. The independent financial adviser and lawyer are expected to conduct verification and give express opinions.

6. As indicated on the application materials, the authorizations and approvals that **have been granted to this transaction include: the approval of Tai'an Municipal People's Government for this transaction plan, approval of Tai'an competent** departments for the Appraisal Report, filing and confirmation of the Appraisal Report with China National Building Materials Group Corporation, and official reply given by competent departments regarding this transaction plan; the controlling shareholder of the listed company is a Hong Kong listed company; the actual controller of the **counterparty Guo Tai Min An Investment is Tai'an Bureau of Finance. You are** expected to: 1) based on the information about the actual controller, make supplemental disclosure of what the above competent departments specifically refer to, and whether the approval and filing meet relevant regulations.2) additionally disclose whether this transaction has to go through relevant procedures of Stock Exchange of Hong Kong.3) based on the shareholding structure of Guo Tai Min An Investment, additionally disclose whether this transaction has to go through relevant approval procedures. The independent financial adviser and lawyer are expected to conduct verification and give express opinions.

7. As indicated on the application materials, the shareholders of Taishan Gypsum agree that the underlying assets will be delivered and injected into the listed company after Taishan Gypsum is changed into a limited liability company. You are expected to additionally disclose whether the foregoing change of corporate form has to go through relevant approval or filing procedures, and if so, additionally disclose whether there is any legal obstacle. The independent financial adviser and lawyer are expected to conduct verification and give express opinions.

8. As indicated on the application materials, Taishan Gypsum has not obtained housing ownership certificates/real estate title certificates for 224 buildings with a total area of 592,112.82 square meters; wherein, 92 buildings with a total area of 176,546.20 square meters are built on leased land; there are 2 parcels of land with a total area of 213,493.40 square meters which have been occupied by Taishan Gypsum and its subsidiaries but for which no land-use right has been obtained, there is 1 parcel of land yet to undergo the transfer procedures, and there are 4 parcels of land which are evaluated in terms of shares in nature. You are expected to: 1) make

BNBMPLC0009180

supplemental disclosure of the proportion of the area of the properties for which no certificate has been obtained, the progress of certificate application, expected date of completion, way of assumption of relevant expenses,, whether there is legal obstacle or whether there is risk that the certificates cannot be obtained on time, and if such obstacle or risk exists, please make supplemental disclosure of solutions.2) Perform relevant undertakings in accordance with Guidelines No.4 for the Supervision of Listed Companies – Undertakings and Their Performance by Actual Controllers, Shareholders, Affiliates, Acquirers of Listed Companies and the Listed Companies Themselves.3) make supplemental disclosure of how to divide the ownership of buildings built on leased land, whether the ownership is clear, the nature of the leased land, whether these buildings thereon violate relevant laws and regulations on land and housing construction, if so, please explain the legal risks that exist and the legal liabilities that should be assumed.4) make supplemental disclosure of whether Taishan Gypsum has used leased collective land to carry out project construction; if so, please make supplemental disclosure of the compliance of relevant project construction procedures.5) make supplemental disclosure of whether the practice of evaluating the land-use right in terms of shares complies with relevant provisions of Company Law, Land Administration Law, etc.6) make supplemental disclosure of the effect of the foregoing matters on this transaction and the listed company following completion of this transaction, and whether this transaction meets Article 11(I) and (IV) and Article 43.1(I) and (IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies. The independent financial adviser and lawyer are expected to conduct verification and give express opinions. The lawyer is expected to verify and give express opinions on whether this transaction complies with the provisions of applicable laws, regulations and normative documents including Company Law, Securities Law, Measures for the Administration of Material Assets Reorganization of Listed Companies and Measures for the Administration of the Issuance of Securities by Listed Companies.

9. As indicated on the application materials, the subsidiaries and branches of Taishan Gypsum leased 3 buildings with a total area of 28,108.24 square meters; Taishan Gypsum and its subsidiaries leased and used 11 parcels of land with a total area of 387,316.84 square meters, wherein, they leased 5 parcels of collective land with a total area of 69,389.65 square meters and 1 parcel of granted land with an area of 53,336.00 square meters. You are expected to make supplemental disclosure of: 1) the foregoing leased premises and purpose of land, whether there is any risk of default or renewal failure, as well as the effect on the production and operation stability of Taishan Gypsum.2) whether the act of leasing collective land and granted land complies with Land Administration Law and relevant regulations, and whether it is necessary to go through relevant procedures. The independent financial adviser and lawyer are expected to conduct verification and give express opinions.

10. As indicated on the application materials, if the base date of evaluation in this transaction is April 30, 2015 and the income approach is used for evaluation, the 100% equity of Taishan Gypsum is evaluated at RMB1,198,714.00; and if a supplemental evaluation is performed on the base date of December 31, 2015, the 100% equity of Taishan Gypsum is evaluated at RMB1,283,092.00.You are expected to make supplemental disclosure of: 1) the accomplishment of the consolidated operating revenue and profit of Taishan Gypsum for 2015, and the difference with the result estimated using the income approach on the base date of April 30, 2015 and the reason for such difference.2) If there is any difference between the two forecasts of consolidated revenue and net profit of Taishan Gypsum using the income approach, and if so, please make supplemental disclosure of the reason and rationality. 3) The main reason for the difference between the results of two evaluations using the income approach.4) The reason and rationality for the fact that the three subsidiaries, **namely, Tai'an Taishan Plasterboard Co., Ltd., Taishan**

BNBMPLC0009181

Gypsum (Jilin) Co., Ltd. and Xinjiang Tianshan Building Materials Gypsum Products Co., Ltd. are not evaluated using the income approach. The independent financial adviser and appraiser are expected to conduct verification and give express opinions.

11. You are expected to make supplemental disclosure of the consumer complaints about quality problems during the reporting period, including the quantity, main content, handling mechanism and results of these complaints. The independent financial adviser and lawyer are expected to conduct verification and give express opinions.

12. You are expected to make supplemental disclosure of whether Taishan Gypsum has to obtain relevant qualifications for production and operation. If so, please make supplementation disclosure regarding the acquisition of such qualifications. The independent financial adviser and lawyer are expected to conduct verification and give express opinions.

13. As indicated on the application materials, Catalog for Guidance of Industrial Structure Adjustment (2011 Version) (2013 Revision) identifies gypsum board production line with an annual production capacity below 10,000,000 square meters as eliminated class and those with an annual production capacity below 30,000,000 as restricted class. You are expected to make supplemental disclosure of whether products of Taishan Gypsum fall within the foregoing scope, and the effect of the foregoing regulations on the production and operation of Taishan Gypsum. The independent financial adviser is expected to conduct verification and give express opinions.

14. As indicated on the application materials, several buildings and certain machinery and equipment have been mortgaged. You are expected to make supplemental disclosure of the effect of the total debt amount corresponding to the foregoing security, the purpose of debt, guarantee term and security matters on this transaction and the ownership of assets and production and operation of the listed company upon completion of this transaction. The independent financial adviser and lawyer are expected to conduct verification and give express opinions.

15. As indicated on the application materials, the related-party transaction of Taishan Gypsum has been reflected in the consolidated statements of the Company; the enterprises controlled by some counterparties have some borrowings and lendings with the Target Company in small amount and the loans have been repaid and interests paid as agreed. You are expected to make supplemental disclosure of relevant information about the related party transaction in accordance with Articles 37 and 38 of No.26 of Standards on the Contents and Formats of Information Disclosure by Companies Publicly Offering Securities – Material Asset Restructuring of Listed Companies (2014 Revision).The independent financial adviser is expected to conduct verification and give express opinions.

16. You are expected to make supplemental disclosure of whether the asset appraiser of this reorganization has been investigated or ordered to make rectification by CSRC and its local offices and competent judicial and administrative authorities; if so, please explain relevant situations. The independent financial adviser and the law firm are expected to verify and give express opinions on whether this matter will affect the validity of relevant appraisal documents.

17. As indicated on the application materials, through this transaction, Taishan Gypsum will become a wholly-owned subsidiary of BNBMPLC. It is still uncertain how relevant assets and personnel develop through the platform offered by the Company in the future, and whether they can produce expected synergic effect with the existing business segments of the Company, so this transaction of the Company is still subject to certain business integration risks. You are expected to make supplemental

BNBMPLC0009182

disclosure of the reason and rationality for the foregoing integration risks on the basis **of the listed company's control over Taishan Gypsum prior to** this transaction. The independent financial adviser is expected to conduct verification and give express opinions.


You should disclose the reply to this feedback within 30 working days upon receipt of this notice and submit the relevant materials related to the reply to this feedback within 2 working days following the disclosure. If you cannot make disclosure within 30 working days, you should submit to this Commission an application for late submission of the reply to this feedback 2 working days prior to the expiration of such 30-day period, and subject to our approval, announce the reason for failure to timely reply to this feedback and the effect of such failure on the examination and approval within 2 working days thereafter.


Contact: Guo Huimin at 010-88061450

guohm@csrc.gov.cn

BNBMPLC0009183

# EXHIBIT O

| Stock Abbreviation: | Stock Code: | Public Announcement No.: |
|---|---|---|
| **BNBMPLC** | **000786** | **2016-048** |

**Public Announcement of Beijing New Building Materials Public Limited Company on Applying for Late Submission of Reply to CSRC Notice on First Feedback on Examination of Administrative Approval Items**

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

Beijing New Building Materials Public Limited Company (hereinafter the "Company") has received CSRC Notice on First Feedback on Examination of Administrative Approval Items (No.160887) (hereinafter "Feedback") issued by China Securities Regulatory Commission (hereinafter "CSRC") on June 3, 2016.  CSRC has lawfully reviewed the administrative approbal application submitted by the Company for Approval of Asset Acquisition by Beijing New Building Materials Public Limited Company by Stock Issue and required the Company to make written explanation on relevant issues and submit a written reply to the competent administrative approval application acceptance department under CSRC within 30 working days.

After receiving the Feedback, the Company has actively organized relevant intermediary agencies to study and discuss relevant issues raised in the Feedback and has taken appropriate measures to solves each problem arising. This reply involves a heavy workload and some matters needs further implementation and improvement; at the same time, the valid period of the financial data in the application documents has expired; therefore, in order to improve the timeliness and completeness of information disclosure, the Company is organizing independent financial adviser and other intermediary agencies to update the financial data and relevant information involved in the application documents. For this reason, the Company expects to be unable to complete the reply to the Feedback and the disclosure work by the due date of reply (July 15, 2016).

In view of the foregoing reasons, the Company, as required by the Feedback, applies to CSRC to submit a written reply to the Feedback on the application materials for material assets reorganization within no more than 30 working days from July 15, 2016. Upon completion of the replay and update, the Company will submit a written reply to the Feedback and relevant materials to CSRC as soon as possible.

As the asset acquisition by the Company by stock issue and the related-party transaction are still pending approval by CSRC, it is still uncertain whether we can obtain the approval. The Board of Directors of the Company will timely perform its **obligation to make information disclosure based on the progress of CSRC's** examination of this matter.

Investors are advised to make decisions rationally and prudently and stay alert to investment risks.

The announcement ends here.

BNBMPLC0009186

Board of Directors of Beijing New Building Materials Public Limited Company

July 12, 2016

BNBMPLC0009187

# EXHIBIT P

| Stock Abbreviation: | Stock Code: | Public Announcement No.: |
|---|---|---|
| BNBMPLC | 000786 | 2016-049 |

**Public Announcement on Resolution of the 3rd Extraordinary Meeting of the 6th Board of Directors of Beijing New Building Materials Public Limited Company**

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

The 3rd extraordinary meeting of the 6th Board of Secretary of Beijing New Building Materials Public Limited Company (hereinafter referred to as the "Company") was held on the morning of July 27, 2016, the meeting notice was sent by email on July 22, 2016, and votes were cast by fax for this meeting (including direct delivery and email).All the 9 directors attended the voting, and this conformed to the provisions of applicable laws and regulations and normative documents. The meeting considered and voted through the following proposals:

**I. Proposal on the Company's Acquisition of Assets by Stock Issue and Adjustments of Capital Contributors of Certain Counterparties in the Related Party Transaction Scheme**

In order to promote this reorganization smoothly, subject to the consideration and approval at partners meetings respectively held by 9 partnerships on June 24, 2016, including Tai'an Changyuan Investment Center (LP), Tai'an Wanji Investment Center (LP), Tai'an Xinyi Investment Center (LP), Tai'an Haozhan Investment Center (LP), Tai'an Fanye Investment Center (LP), Tai'an Jinxiu Investment Center (LP), Tai'an Xinghe Investment Center (LP), Tai'an Hongchao Investment Center (LP) and Tai'an Shunchang Investment Center (LP), 7 natural person counterparties to this transaction, namely, Jia Tongchun, Ren Xulian, Zhang Jianchun, Cao Zhiqiang, Zhu Tenggao, Zhang Yanxiu and Wan Guangjin were respectively assigned property shares of such limited partnerships and signed Partnership Property Share Transfer Agreement.Up to now, the business change registration procedures of the foregoing 9 limited partnerships are under way. In addition, there are no other changes to the foregoing 9 limited partnerships.

Following the completion of the abovementioned changes, the total number of counterparties to this transaction after pass-through is 194, including 193 natural persons including Jia Tongchun and State-owned Assets Supervision and Administration Commission of Tai'an Municipal People's Government, meeting the relevant provision that the offering objects should not exceed 200 in principle.

Following are the partners and capital contributions of the abovementioned 9 partnerships before and after such change, including Tai'an Changyuan Investment Center (LP), Tai'an Wanji Investment Center (LP), Tai'an Xinyi Investment Center (LP), Tai'an Haozhan Investment Center (LP), Tai'an Fanye Investment Center (LP), Tai'an Jinxiu Investment Center (LP), Tai'an Xinghe Investment Center (LP), Tai'an Hongchao Investment Center (LP), and Tai'an Shunchang Investment Center (LP):

BNBMPLC0009232



1. Tai'an Changyuan Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Song Wei | 1.50 | Song Wei | 1.50 |
| 2 | Kong Gang | 1.20 | Kong Gang | 1.20 |
| 3 | Hou Chuandong | 1.20 | Hou Chuandong | 1.20 |
| 4 | Jing Mei | 1.20 | Jing Mei | 1.20 |
| 5 | Shang Kai | 1.20 | Shang Kai | 1.20 |
| 6 | Tan Zhongfu | 1.10 | Tan Zhongfu | 1.10 |
| 7 | Wang Zhenyong | 1.10 | Wang Zhenyong | 1.10 |
| 8 | Zhao Yuhong | 1.10 | Zhao Yuhong | 1.10 |
| 9 | Yan Limei | 1.10 | Yan Limei | 1.10 |
| 10 | Zhao Deping | 1.10 | Zhao Deping | 1.10 |
| 11 | Guo Feng | 1.10 | Guo Feng | 1.10 |
| 12 | Zhang Kexin | 1.10 | Zhang Kexin | 1.10 |
| 13 | Gao Liguo | 1.10 | Gao Liguo | 1.10 |
| 14 | Chen Dong | 1.10 | Chen Dong | 1.10 |
| 15 | Liu Anjing | 1.10 | Liu Anjing | 1.10 |
| 16 | Kong Qingguo | 1.10 | Kong Qingguo | 1.10 |
| 17 | Li Qing | 1.00 | Zhou Guangqiang | 1.00 |
| 18 | Zhou Guangqiang | 1.00 | Shi Jian | 1.00 |
| 19 | Shi Jian | 1.00 | Wang Zhenbo | 1.00 |
| 20 | Wang Zhenbo | 1.00 | Gao Xianxiao | 1.00 |
| 21 | Gao Xianxiao | 1.00 | Wang Guoshun | 1.00 |
| 22 | Wang Guoshun | 1.00 | Liu Dong | 1.00 |
| 23 | Liu Dong | 1.00 | Zhou Hongxia | 1.00 |
| 24 | Zhou Hongxia | 1.00 | Zhang Yawei | 1.00 |
| 25 | Ma Chuanwei | 1.00 | Jia Tongchun | 4.40 |
| 26 | Zhang Yawei | 1.00 | —— | —— |
| 27 | Zhang Yuancui | 0.10 | —— | —— |
| 28 | Zhang Xingfeng | 0.10 | —— | —— |
| 29 | Song Yanhui | 0.10 | —— | —— |
| 30 | Li Na | 0.10 | —— | —— |
| 31 | Wang Jiande | 0.10 | —— | —— |
| 32 | Sun Jianwei | 0.10 | —— | —— |
| 33 | Li Yunqing | 0.10 | —— | —— |
| 34 | Zhang Rongmei | 0.10 | —— | —— |
| 35 | Shi Jun | 0.10 | —— | —— |
| 36 | Gao Chuanke | 0.10 | —— | —— |
| 37 | Zhang Youfu | 0.10 | —— | —— |

BNBMPLC0009233

| Serial No. | Name | Before | | After |
|---|---|---|---|---|
| 38 | Xu Fengling | 0.10 | —— | —— |
| 39 | Yu Wenhou | 0.10 | —— | —— |
| 40 | Zhao Huiming | 0.10 | —— | —— |
| 41 | Li Hongwei | 0.10 | —— | —— |
| 42 | Li Yan | 0.10 | —— | —— |
| 43 | Guo Yujun | 0.10 | —— | —— |
| 44 | Liu Chuanlin | 0.10 | —— | —— |
| 45 | Song Qihong | 0.10 | —— | —— |
| 46 | Zhou Chuanming | 0.10 | —— | —— |
| 47 | Yin Xunchao | 0.10 | —— | —— |
| 48 | Li Xia | 0.10 | —— | —— |
| 49 | Zhang Hongshui | 0.10 | —— | —— |
| 50 | Yang Zhongfu | 0.10 | —— | —— |
| Total | | 30.80 | —— | 30.80 |

## 2. Tai'an Wanji Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Yi Yingdong | 1.10 | Yi Yingdong | 1.10 |
| 2 | Han Yanfeng | 1.00 | Zi Yuli | 1.00 |
| 3 | Zi Yuli | 1.00 | Li Peitian | 1.00 |
| 4 | Mi Xiaoling | 1.00 | Xue Fazhang | 1.00 |
| 5 | Li Peitian | 1.00 | Sun Zhaoshan | 1.00 |
| 6 | Xue Fazhang | 1.00 | Zhang Chunyong | 1.00 |
| 7 | Zhang Xiangpei | 1.00 | Yu Zhenquan | 1.00 |
| 8 | Sun Zhaoshan | 1.00 | Deng Lin | 1.00 |
| 9 | Bai Jianguang | 1.00 | Yang Dongyun | 1.00 |
| 10 | Zhang Chunyong | 1.00 | Gao Xingtao | 1.00 |
| 11 | Yang Xingshan | 1.00 | Wang Huanqin | 1.00 |
| 12 | Yu Zhenquan | 1.00 | Hao Qiuju | 1.00 |
| 13 | Deng Lin | 1.00 | Liu Wanjun | 1.00 |
| 14 | Ni Shujun | 1.00 | Zhang Dongmei | 1.00 |
| 15 | Yang Dongyun | 1.00 | Li Zhen | 1.00 |
| 16 | Gao Xingtao | 1.00 | Zheng Xianyun | 1.00 |
| 17 | Wang Huanqin | 1.00 | Luo Xiangfeng | 1.00 |
| 18 | Hao Qiuju | 1.00 | Wu Chengwei | 1.00 |
| 19 | Liu Wanjun | 1.00 | Xue Chengban | 1.00 |
| 20 | Zhang Dongmei | 1.00 | Jia Tongchun | 7.70 |
| 21 | Li Zhen | 1.00 | Zhang Yanxiu | 2.70 |
| 22 | Zheng | 1.00 | Wan Guangjin | 2.70 |

BNBMPLC0009234

cninf
巨潮资讯
www.cninfo.com.cn

| | | | | |
|---|---|---|---|---|
| | Xianyun | | —— | |
| 23 | Luo Xiangfeng | 1.00 | —— | —— |
| 24 | Wu Dianjin | 1.00 | —— | —— |
| 25 | Wu Chengwei | 1.00 | —— | —— |
| 26 | Xue Chengban | 1.00 | —— | —— |
| 27 | Li Hongfeng | 0.50 | —— | —— |
| 28 | Yu Cuixia | 0.50 | —— | —— |
| 29 | Li Peng | 0.50 | —— | —— |
| 30 | Sun Shanqiang | 0.50 | —— | —— |
| 31 | Geng Jingxiang | 0.40 | —— | —— |
| 32 | Huo Jun | 0.40 | —— | —— |
| 33 | Wang Huiliang | 0.40 | —— | —— |
| 34 | Li Yunquan | 0.20 | —— | —— |
| 35 | Liu Zhaorui | 0.20 | —— | —— |
| 36 | Liu Renliang | 0.20 | —— | —— |
| 37 | Zhao Jingqi | 0.20 | —— | —— |
| 38 | Zhang Min | 0.20 | —— | —— |
| 39 | Yang Changzhong | 0.20 | —— | —— |
| 40 | Song Hongguo | 0.20 | —— | —— |
| 41 | Zhu Xiaorong | 0.20 | —— | —— |
| 42 | Liu Yulan | 0.20 | —— | —— |
| 43 | Li Qing | 0.20 | —— | —— |
| 44 | Liu Yongwei | 0.20 | —— | —— |
| 45 | Li Yan | 0.20 | —— | —— |
| 46 | Li Yingming | 0.10 | —— | —— |
| 47 | Fu Bo | 0.10 | —— | —— |
| 48 | Zhang Zongjie | 0.10 | —— | —— |
| 49 | Yue Maohua | 0.10 | —— | —— |
| 50 | Fang Zhenmei | 0.10 | —— | —— |
| Total | | 32.20 | —— | 32.20 |

## 3. Tai'an Xinyi Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Lu Baoju | 1.00 | Lu Baoju | 1.00 |
| 2 | Feng Jinhong | 2.10 | Feng Jinhong | 2.10 |
| 3 | Ren Ling | 1.00 | Ren Ling | 1.00 |

BNBMPLC0009235

| | | | | |
|---|---|---|---|---|
| 4 | Bai Manpo | 1.00 | Bai Manpo | 1.00 |
| 5 | Xuan Zhenjun | 1.00 | Gao Qiang | 1.00 |
| 6 | Gao Qiang | 1.00 | Li Qunling | 1.00 |
| 7 | Li Qunling | 1.00 | Jiao Fangping | 0.80 |
| 8 | Liu Ming | 0.90 | Wang Guoyong | 0.30 |
| 9 | Xu Zaijun | 0.90 | Jia Tongchun | 24.60 |
| 10 | Zhang Ping | 0.90 | —— | —— |
| 11 | Wang Guiting | 0.90 | —— | —— |
| 12 | Li Qiuzhi | 0.90 | —— | —— |
| 13 | Zhang Li | 0.90 | —— | —— |
| 14 | Wang Guoli | 0.90 | —— | —— |
| 15 | Zhou Yanhua | 0.90 | —— | —— |
| 16 | Cheng Ming | 0.90 | —— | —— |
| 17 | Wang Li | 0.90 | —— | —— |
| 18 | Liang Guangping | 0.90 | —— | —— |
| 19 | Sun Xingrong | 0.90 | —— | —— |
| 20 | Li Jin | 0.90 | —— | —— |
| 21 | Hou Baozhen | 0.90 | —— | —— |
| 22 | Yu Dong | 0.90 | —— | —— |
| 23 | Yin Chengjian | 0.90 | —— | —— |
| 24 | Jiao Fangping | 0.80 | —— | —— |
| 25 | Shao Lidong | 0.80 | —— | —— |
| 26 | Guo Juan | 0.80 | —— | —— |
| 27 | Cheng Tongyong | 0.80 | —— | —— |
| 28 | Li Laiwu | 0.30 | —— | —— |
| 29 | Li Lei | 0.30 | —— | —— |
| 30 | Ma Xiuli | 0.30 | —— | —— |
| 31 | Wang Xubo | 0.30 | —— | —— |
| 32 | Wang Guoyong | 0.30 | —— | —— |
| 33 | Song Yu | 0.30 | —— | —— |
| 34 | Chen Kai | 0.30 | —— | —— |
| 35 | Wu Chao | 0.30 | —— | —— |
| 36 | Dong Kang | 0.30 | —— | —— |
| 37 | Jin Ming | 0.30 | —— | —— |

BNBMPLC0009236

| | | | | |
|---|---|---|---|---|
| 38 | Ai Guangdian | 0.20 | —— | —— |
| 39 | Cheng Liping | 0.20 | —— | —— |
| 40 | Li Aiqin | 0.20 | —— | —— |
| 41 | Yang Honghua | 0.30 | —— | —— |
| 42 | Zhu Shibao | 0.30 | —— | —— |
| 43 | Liu Hong | 0.30 | —— | —— |
| 44 | Xu Haiyan | 0.30 | —— | —— |
| 45 | Guo Baowei | 0.30 | —— | —— |
| 46 | Liu Jiming | 0.40 | —— | —— |
| 47 | Liu Rushun | 0.40 | —— | —— |
| 48 | Song Lijuan | 0.40 | —— | —— |
| 49 | Shang Taisheng | 0.40 | —— | —— |
| 50 | Mi Sihai | 0.40 | —— | —— |
| Total | | 32.80 | —— | 32.80 |

## 4. Tai'an Haozhan Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Yue Zengmin | 0.90 | Yue Zengmin | 0.90 |
| 2 | Hou Dongming | 0.80 | Xiao Wen | 0.70 |
| 3 | Zhou Ying | 0.80 | Jia Tongchun | 29.50 |
| 4 | Li Xin | 0.80 | —— | —— |
| 5 | Chen Aibin | 0.70 | —— | —— |
| 6 | Wang Yong | 0.70 | —— | —— |
| 7 | Shao Jun | 0.70 | —— | —— |
| 8 | Yang Ping | 0.70 | —— | —— |
| 9 | Ai Xiantong | 0.70 | —— | —— |
| 10 | Xiao Wen | 0.70 | —— | —— |
| 11 | Sun Hongxia | 0.70 | —— | —— |
| 12 | Kong Li | 0.70 | —— | —— |
| 13 | Li Guomin | 0.70 | —— | —— |
| 14 | Han Xiaoyun | 0.60 | —— | —— |
| 15 | Zhang Yun | 0.60 | —— | —— |
| 16 | Gao Xiuyun | 0.60 | —— | —— |
| 17 | Wang Feng | 0.60 | —— | —— |
| 18 | Kong Yupeng | 0.60 | —— | —— |
| 19 | Li Peiyu | 0.60 | —— | —— |
| 20 | Qiu Guiju | 0.60 | —— | —— |
| 21 | Zhang Yu | 0.60 | —— | —— |

BNBMPLC0009237

| | | | | | |
|---|---|---|---|---|---|
| 22 | Wang Zhongxing | 0.60 | —— | | —— |
| 23 | Zhang Rongyong | 0.60 | —— | | —— |
| 24 | Li Guangyuan | 0.60 | —— | | —— |
| 25 | Zhou Changdian | 0.60 | —— | | —— |
| 26 | Zhao Bingzhong | 0.60 | —— | | —— |
| 27 | Zhu Yuanhua | 0.60 | —— | | —— |
| 28 | Yang Jiyuan | 0.60 | —— | | —— |
| 29 | Zhao Peng | 0.60 | —— | | —— |
| 30 | Wu Chunzhu | 0.60 | —— | | —— |
| 31 | Zhang Qun | 0.60 | —— | | —— |
| 32 | Li Yanzhong | 0.60 | —— | | —— |
| 33 | Yang Wenyong | 0.60 | —— | | —— |
| 34 | Wei Qingxiang | 0.60 | —— | | —— |
| 35 | Song Jinrong | 0.60 | —— | | —— |
| 36 | Liu Canling | 0.60 | —— | | —— |
| 37 | Li Faqi | 0.60 | —— | | —— |
| 38 | Zang Chuanli | 0.60 | —— | | —— |
| 39 | Li Zhengwen | 0.60 | —— | | —— |
| 40 | Li Xingjian | 0.60 | —— | | —— |
| 41 | Li Dongbao | 0.60 | —— | | —— |
| 42 | Wang Baoyong | 0.60 | —— | | —— |
| 43 | Tian Tian | 0.60 | —— | | —— |
| 44 | Qi Guihua | 0.50 | —— | | —— |
| 45 | Sun Ping | 0.50 | —— | | —— |
| 46 | Xiao Fengling | 0.50 | —— | | —— |
| 47 | Hou Zhiyong | 0.50 | —— | | —— |
| 48 | Zhang Weijian | 0.50 | —— | | —— |
| 49 | Wang Li | 0.50 | —— | | —— |
| 50 | Li Qiang | 0.50 | —— | | —— |
| Total | | 31.10 | —— | | 31.10 |

## 5. Tai'an Fanye Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Zong Bo | 0.90 | Zong Bo | 0.90 |
| 2 | Chen Luyang | 2.80 | Chen Luyang | 2.80 |
| 3 | Zhang Xiuqing | 2.30 | Zhang Xiuqing | 2.30 |
| 4 | Xia Jilai | 1.00 | Xia Jilai | 1.00 |
| 5 | Wang Ling | 1.00 | Wang Ling | 1.00 |
| 6 | Song Bin | 0.50 | Jia Tongchun | 22.00 |

BNBMPLC0009238

| | | | | |
|---|---|---|---|---|
| 7 | Zhang Hong | 0.50 | —— | —— |
| 8 | Cheng Weifeng | 0.50 | —— | —— |
| 9 | Ma Shouhua | 0.50 | —— | —— |
| 10 | Zhang Li | 0.50 | —— | —— |
| 11 | Zhang Jifu | 0.50 | —— | —— |
| 12 | Jiao Yufeng | 0.50 | —— | —— |
| 13 | Song Mei | 0.50 | —— | —— |
| 14 | Ma Guangliang | 0.50 | —— | —— |
| 15 | Han Xiuying | 0.50 | —— | —— |
| 16 | Zhang Jiyong | 0.50 | —— | —— |
| 17 | Cheng Tao | 0.50 | —— | —— |
| 18 | Zhao Xiaofen | 0.50 | —— | —— |
| 19 | Li Xiangrong | 0.50 | —— | —— |
| 20 | Hong Tao | 0.50 | —— | —— |
| 21 | Chen Hongxiang | 0.50 | —— | —— |
| 22 | Zhai Shutao | 0.50 | —— | —— |
| 23 | Shi Aizhen | 0.50 | —— | —— |
| 24 | Gao Qinli | 0.50 | —— | —— |
| 25 | Gao Hong | 0.50 | —— | —— |
| 26 | Chen Bin | 0.50 | —— | —— |
| 27 | Hou Yuqiang | 0.50 | —— | —— |
| 28 | Wang Zhiyuan | 0.50 | —— | —— |
| 29 | Wang Zhongzhao | 0.50 | —— | —— |
| 30 | Gao Haibin | 0.50 | —— | —— |
| 31 | Ji Shoudong | 0.50 | —— | —— |
| 32 | Wang Cuiping | 0.50 | —— | —— |
| 33 | Gao He | 0.50 | —— | —— |
| 34 | Tian Min | 0.50 | —— | —— |
| 35 | Guo Hongling | 0.50 | —— | —— |
| 36 | Gao Caihong | 0.50 | —— | —— |
| 37 | Dong Chuanhai | 0.50 | —— | —— |
| 38 | Yang Xuewen | 0.50 | —— | —— |
| 39 | Lv Wei | 0.50 | —— | —— |
| 40 | Zhang Jianzheng | 0.50 | —— | —— |
| 41 | Mi Shoutian | 0.50 | —— | —— |
| 42 | Li Jian | 0.50 | —— | —— |
| 43 | Wang Yanqing | 0.50 | —— | —— |
| 44 | Gao Jianwen | 0.50 | —— | —— |
| 45 | Gong Yanming | 0.50 | —— | —— |
| 46 | Hou Lijuan | 0.50 | —— | —— |
| 47 | Song Qizhong | 0.50 | —— | —— |
| 48 | Liu Houjun | 0.50 | —— | —— |
| 49 | Bai Xueyou | 0.50 | —— | —— |
| Total | | 30.00 | —— | 30.00 |

BNBMPLC0009239

6. Tai'an Jinxiu Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Peng Shiliang | 0.80 | Peng Shiliang | 0.80 |
| 2 | Ai Lijie | 1.20 | Ai Lijie | 1.20 |
| 3 | Liu Yuanying | 1.20 | Liu Yuanying | 1.20 |
| 4 | Yang Shengjun | 1.20 | Yang Shengjun | 1.20 |
| 5 | Wang Zhenmao | 1.00 | Wang Zhenmao | 1.00 |
| 6 | Ji Weidong | 1.00 | Ji Weidong | 1.00 |
| 7 | Wang Yejing | 1.00 | Wang Yejing | 1.00 |
| 8 | Li Weiwei | 1.00 | Zhang Xi'an | 1.00 |
| 9 | Chen Shijun | 1.00 | Jia Tongchun | 6.20 |
| 10 | Yan Wenhong | 1.00 | Ren Xulian | 5.50 |
| 11 | Zhang Xi'an | 1.00 | Cao Zhiqiang | 4.50 |
| 12 | Zhang Zhu | 0.50 | Zhu Tenggao | 4.00 |
| 13 | Wu Fuhong | 0.50 | Zhang Jianchun | 2.00 |
| 14 | Liu Qingtai | 0.50 | —— | —— |
| 15 | Hou Yudong | 0.50 | —— | —— |
| 16 | Li Haiquan | 0.50 | —— | —— |
| 17 | Bai Chuntai | 0.50 | —— | —— |
| 18 | Fang Jixiang | 0.50 | —— | —— |
| 19 | Jia Fafu | 0.50 | —— | —— |
| 20 | Li Yong | 0.50 | —— | —— |
| 21 | Zhang Meifeng | 0.50 | —— | —— |
| 22 | Li Jun | 0.50 | —— | —— |
| 23 | Wang Guangwu | 0.50 | —— | —— |
| 24 | Li Shitao | 0.50 | —— | —— |
| 25 | Li Daoliang | 0.50 | —— | —— |
| 26 | Li Dongmei | 0.50 | —— | —— |
| 27 | Su Liying | 0.50 | —— | —— |
| 28 | Chen Yunhai | 0.50 | —— | —— |
| 29 | Hu Bin | 0.50 | —— | —— |
| 30 | Zhao Wen | 0.50 | —— | —— |
| 31 | Yan Daiqiu | 0.50 | —— | —— |
| 32 | Xie Junchao | 0.50 | —— | —— |
| 33 | Liang Guangmei | 0.50 | —— | —— |
| 34 | Li Xinmin | 0.50 | —— | —— |
| 35 | Yan Qiang | 0.50 | —— | —— |
| 36 | Li Rongsheng | 0.50 | —— | —— |
| 37 | Yan Yunli | 0.50 | —— | —— |
| 38 | Wang Xiaofeng | 0.50 | —— | —— |
| 39 | Wang Peng | 0.50 | —— | —— |

BNBMPLC0009240

| 40 | Yang Xiaoyan | 0.50 | —— | —— |
|----|--------------|------|----|----|
| 41 | Wu Feng | 0.50 | —— | —— |
| 42 | Zhang Wei | 0.50 | —— | —— |
| 43 | Wu Lei | 0.50 | —— | —— |
| 44 | Li Xiuping | 0.50 | —— | —— |
| 45 | Zhang Limei | 0.50 | —— | —— |
| 46 | Shi Wei | 0.50 | —— | —— |
| 47 | Xu Huanyun | 0.50 | —— | —— |
| 48 | Wang Juan | 0.40 | —— | —— |
| 49 | Li Yijun | 0.40 | —— | —— |
| 50 | Wang Fang | 0.40 | —— | —— |
| Total | | 30.60 | —— | 30.60 |

## 7. Tai'an Xinghe Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|------------|---------|--------------------------------------|---------|-----------------------------------|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Zhu Cui'ai | 0.80 | Zhu Cui'ai | 0.80 |
| 2 | Li Yunzhong | 2.00 | Li Yunzhong | 2.00 |
| 3 | Meng Xianzhen | 1.00 | Jia Guangjiao | 1.00 |
| 4 | Jia Guangjiao | 1.00 | Gao Yanqiu | 1.00 |
| 5 | Gao Yanqiu | 1.00 | Wang Duncheng | 1.00 |
| 6 | Wang Baozhen | 1.00 | Zhou Chengmei | 1.00 |
| 7 | Jiang Xiangdi | 1.00 | Yu Xiaohua | 1.00 |
| 8 | Wang Duncheng | 1.00 | Li Jing | 1.00 |
| 9 | Wei Xia | 1.00 | Sun Yong'an | 1.00 |
| 10 | Wang Yong | 1.00 | Zhao Bingsheng | 1.00 |
| 11 | Xue Qin | 1.00 | Jia Tongchun | 19.70 |
| 12 | Zhou Chengmei | 1.00 | —— | —— |
| 13 | Yu Xiaohua | 1.00 | —— | —— |
| 14 | Cheng Na | 1.00 | —— | —— |
| 15 | Li Jing | 1.00 | —— | —— |
| 16 | Ren Honglei | 1.00 | —— | —— |
| 17 | Sun Yong'an | 1.00 | —— | —— |
| 18 | Dang Zhaofang | 1.00 | —— | —— |
| 19 | Zhao Bingsheng | 1.00 | —— | —— |
| 20 | Liu Jing | 0.40 | —— | —— |
| 21 | Wang Qingyang | 0.40 | —— | —— |
| 22 | Wu Guoliang | 0.40 | —— | —— |
| 23 | Zheng Xianqun | 0.40 | —— | —— |
| 24 | Fang Lixin | 0.40 | —— | —— |
| 25 | He Jinxiang | 0.40 | —— | —— |

10

BNBMPLC0009241

| 26 | Li Na | 0.40 | —— | —— |
| 27 | Zhang Yang | 0.40 | —— | —— |
| 28 | Sun Qiyou | 0.40 | —— | —— |
| 29 | Li Yu'an | 0.40 | —— | —— |
| 30 | Chen Aiguo | 0.40 | —— | —— |
| 31 | Qiao Yutian | 0.40 | —— | —— |
| 32 | Zhang Lili | 0.40 | —— | —— |
| 33 | Bi Chanjuan | 0.40 | —— | —— |
| 34 | Pei Dunhe | 0.30 | —— | —— |
| 35 | Li Kaibao | 0.30 | —— | —— |
| 36 | Zhang Yong | 0.30 | —— | —— |
| 37 | Cao Guangshun | 0.30 | —— | —— |
| 38 | Li Wenguang | 0.30 | —— | —— |
| 39 | Yang Mingdong | 0.30 | —— | —— |
| 40 | Liu Zhen | 0.30 | —— | —— |
| 41 | Chen Yuxue | 0.30 | —— | —— |
| 42 | Wu Maolin | 0.30 | —— | —— |
| 43 | Zhao Liyuan | 0.30 | —— | —— |
| 44 | Cao Minli | 0.30 | —— | —— |
| 45 | Pei Hui | 0.30 | —— | —— |
| 46 | Wang Guiwei | 0.30 | —— | —— |
| 47 | Sun Dong | 0.30 | —— | —— |
| 48 | Xie Fuyong | 0.30 | —— | —— |
| 49 | Pei Yanbo | 0.30 | —— | —— |
| 50 | Zheng Yingchun | 0.30 | —— | —— |
| Total | | 30.50 | —— | 30.50 |

## 8. Tai'an Hongchao Investment Center (LP)

| Serial No. | Before Change | | After Change | |
| --- | --- | --- | --- | --- |
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Yang Pufeng | 0.50 | Yang Pufeng | 0.50 |
| 2 | Zhou Chuanxiang | 3.80 | Zhou Chuanxiang | 3.80 |
| 3 | Wu Xiuzhen | 3.50 | Wu Xiuzhen | 3.50 |
| 4 | Li Guifeng | 1.80 | Li Guifeng | 1.80 |
| 5 | Zhu Mingju | 1.70 | Zhu Mingju | 1.70 |
| 6 | Liu Xuequan | 1.70 | Liu Xuequan | 1.70 |
| 7 | Peng Ling | 1.00 | Peng Ling | 1.00 |
| 8 | Ren Chongjun | 1.00 | Ren Chongjun | 1.00 |
| 9 | Zhu Fangxia | 1.00 | Zhu Fangxia | 1.00 |
| 10 | Chen Ronghui | 1.00 | Chen Ronghui | 1.00 |
| 11 | Zhen Xianliang | 1.00 | Dong Zejian | 1.00 |
| 12 | Dong Zejian | 1.00 | Xue Fadong | 1.00 |

BNBMPLC0009242

| | | | | |
|---|---|---|---|---|
| 13 | Zhang Fusheng | 1.00 | Hou Lihang | 1.00 |
| 14 | Xue Fadong | 1.00 | Wang Shuju | 1.00 |
| 15 | Hou Lihang | 1.00 | Deng Qingzheng | 1.00 |
| 16 | Wang Shuju | 1.00 | Liu Xuewei | 1.00 |
| 17 | Wang Guiping | 1.00 | Jia Tongchun | 8.70 |
| 18 | Wang Haiyan | 1.00 | —— | —— |
| 19 | Deng Qingzheng | 1.00 | —— | —— |
| 20 | Liu Xuewei | 1.00 | —— | —— |
| 21 | Zheng Yunying | 1.00 | —— | —— |
| 22 | Jiao Wenbo | 0.50 | —— | —— |
| 23 | Zhou Xin | 0.20 | —— | —— |
| 24 | Zhang Yuanbin | 0.20 | —— | —— |
| 25 | Gao Jiayong | 0.20 | —— | —— |
| 26 | Hou Jianhua | 0.20 | —— | —— |
| 27 | Yang Li | 0.20 | —— | —— |
| 28 | Pei Feiyan | 0.20 | —— | —— |
| 29 | Yang Guangli | 0.20 | —— | —— |
| 30 | Wang Lijuan | 0.20 | —— | —— |
| 31 | Sun Zhaoqin | 0.20 | —— | —— |
| 32 | Yu Hua | 0.20 | —— | —— |
| 33 | Jiang Bo | 0.20 | —— | —— |
| 34 | Yan Haixia | 0.20 | —— | —— |
| 35 | Fang Jibing | 0.20 | —— | —— |
| 36 | Li Hongqiu | 0.20 | —— | —— |
| 37 | Yang Fulai | 0.20 | —— | —— |
| 38 | Wang Hong | 0.20 | —— | —— |
| Total | | 31.70 | —— | 31.70 |

9. Tai'an Shunchang Investment Center (LP)

| Serial No. | Before Change | | After Change | |
|---|---|---|---|---|
| | Partner | Contribution Amount (RMB 10,000) | Partner | Contribution Amount (RMB 10,000) |
| 1 | Pei Qingyong | 0.50 | Pei Qingyong | 0.50 |
| 2 | Zhang Min | 1.80 | Zhang Min | 1.80 |
| 3 | Li Lihong | 1.80 | Li Lihong | 1.80 |
| 4 | Song Weidong | 1.60 | Song Weidong | 1.60 |
| 5 | Wu Naigang | 1.50 | Wu Naigang | 1.50 |
| 6 | Liu Xiumin | 1.50 | Liu Xiumin | 1.50 |
| 7 | Liu Wei | 1.50 | Liu Wei | 1.50 |
| 8 | Liu Na | 1.50 | Liu Na | 1.50 |
| 9 | Chen Zhongjian | 1.50 | Chen Zhongjian | 1.50 |
| 10 | Gao Xia | 1.40 | Gao Xia | 1.40 |
| 11 | Pei Junrong | 1.40 | Pei Junrong | 1.40 |
| 12 | Liu Saren | 1.40 | Liu Saren | 1.40 |

BNBMPLC0009243

| | | | | |
|---|---|---|---|---|
| 13 | Li Meng | 1.40 | Li Meng | 1.40 |
| 14 | Wu Wei | 1.30 | Wu Wei | 1.30 |
| 15 | Yang Dechang | 1.30 | Yang Dechang | 1.30 |
| 16 | Huang Yuhong | 1.30 | Huang Yuhong | 1.30 |
| 17 | Wang Gang | 1.20 | Wang Gang | 1.20 |
| 18 | Liu Qingjun | 1.00 | Liu Qingjun | 1.00 |
| 19 | Song Qiyou | 1.00 | Song Qiyou | 1.00 |
| 20 | Hou Yanyu | 1.00 | Hou Yanyu | 1.00 |
| 21 | Fu Wei | 0.40 | Jia Tongchun | 3.40 |
| 22 | Liu Qingbo | 0.40 | —— | —— |
| 23 | Wang Shuguang | 0.20 | —— | —— |
| 24 | Chen Lei | 0.20 | —— | —— |
| 25 | Liu Xiaohuan | 0.20 | —— | —— |
| 26 | Yang Zisheng | 0.20 | —— | —— |
| 27 | Zhou Aimin | 0.20 | —— | —— |
| 28 | Zhou Ming | 0.20 | —— | —— |
| 29 | Zhang Jifa | 0.20 | —— | —— |
| 30 | Li Gongwei | 0.20 | —— | —— |
| 31 | Su Wuxing | 0.20 | —— | —— |
| 32 | Bai Zonghua | 0.20 | —— | —— |
| 33 | Cai Wei | 0.20 | —— | —— |
| 34 | Ren Zhengying | 0.20 | —— | —— |
| 35 | Hu Cuixia | 0.20 | —— | —— |
| Total | | 30.30 | —— | 30.30 |

On July 22, 2016, among the counterparties to this transaction, 35 natural persons including Jia Tongchun and 10 limited partnerships, namely, Tai'an Heda Investment Center (LP), Tai'an Changyuan Investment Center (LP), Tai'an Wanji Investment Center (LP), Tai'an Xinyi Investment Center (LP), Tai'an Haozhan Investment Center (LP), Tai'an Fanye Investment Center (LP), Tai'an Jinxiu Investment Center (LP), Tai'an Xinghe Investment Center (LP), Tai'an Hongchao Investment Center (LP), and Tai'an Shunchang Investment Center (LP) signed an Acting-in-Concert Agreement, agreeing that they will act in concert at the shareholders meeting of the Company following the consummation of this transaction.

Except for the foregoing adjustments, other aspects of this transaction scheme will remain unchanged.

The foregoing adjustments are adjustments of property shares of limited partners within some limited partnerships as counterparties, and the new limited partners are counterparties to this Transaction, so the number of counterparties does not increase; the foregoing adjustments do not involve changes to the counterparties, object and price of this transaction, nor do such adjustments constitute significant adjustments to the transaction scheme.

This proposal remains to be considered and deliberated at the shareholders meeting.

This proposal has been adopted with 9 concurring votes, 0 dissenting vote and 0 abstention vote.

13

BNBMPLC0009244



**II. Proposal on Holding the 3rd Extraordinary General Meeting in 2016**

The board meeting approved the holding of the 3rd extraordinary general meeting in 2016, with the detailed matters listed below:

1. Meeting number: the 3rd extraordinary meeting in 2016

2. Meeting convener: Board of Directors

3. Date and time of on-site meeting: 14:30 on August 12, 2016

4. Place of on-site meeting: Meeting Room on 6/F, Building 2#, Guohai Square, 17 Fuxing Road, Haidian District, Beijing

5. Attendees:

(1) All the shareholders of the Company registered with CSDC Shenzhen Branch by the closing time on the afternoon of August 5, 2016;

(2) Directors, supervisors and senior executives of the Company;

(3) Lawyers retained by the Company.

6. Voting methods of the meeting: on-site open vote combined with online voting

7. Matters to be considered at the meeting: Proposal on the Company's Acquisition of Assets by Stock Issue and Adjustments of Capital Contributors of Certain Counterparties in the Related Party Transaction Scheme

For details about other matters related to the general meeting, please refer to the Notice on Holding the 3rd Extraordinary General Meeting in 2016 published on Securities Daily, Securities Times, Shanghai Securities Journal, China Securities Journal and CNINFO (http://www.cninfo.com.cn).

This proposal has been adopted with 9 concurring votes, 0 dissenting vote and 0 abstention vote.


The announcement are here published.


Board of Directors of

Beijing New Building Materials Public Limited Company

July 27, 2016

14

BNBMPLC0009245

