# EXHIBIT R

**Stock Abbreviation: BNBMPLC          Stock Code: 000786          Public Announcement No.: 2016-054**

### Beijing New Building Materials Public Limited Company

### Public Announcement of Resolutions of the 3rd Extraordinary Meeting of Shareholders in 2016

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

**Special Note:**

1. No proposal was added, modified or vetoed at this Shareholders' Meeting; and

2. This Shareholders' Meeting was held in forms of both physical meeting and online voting.

**I. Holding and Attendances of the Meeting**

1. Time of holding

   (1) Holding time of the physical meeting: 14:30PM, August 12, 2016 (Friday)

   (2) Time of online voting

   a.   The time of voting via the trading system of Shenzhen Stock Exchange was 9:30-11:30AM, 13:00-15:00PM, August 12, 2016;

   b.   The time of voting via the Internet voting system of Shenzhen Stock Exchange was any time between 15:00PM, August 11, 2016 and 15:00PM, August 12, 2016.

2. Meeting venue: 6F Meeting Room, Building 2, Guohai Plaza, No.17 Fuxing Road, Haidian District, Beijing

3. Way of holding: this Shareholders' Meeting was held in forms of both physical meeting and online voting. The Company provides the online voting platforms to its shareholders through the trading system and Internet voting system of Shenzhen Stock Exchange. The Company's shareholders may exercise their voting rights through the said systems within the online voting time frames.

4. Meeting convener: the Board of Directors of the Company

5. Meeting presider: Mr. Wang Bing, the Board Chairman of the Company

6. Attendances

Attendances by shareholders and shareholders' authorized representatives: 15 shareholders and shareholders' authorized representatives attended this Shareholders' Meeting, representing 648,183,708 shares, which account for 45.84% of the total shares of the Company. Eight shareholders and shareholders' authorized representatives attended the physical meeting, representing 646,986,779 shares, which account for 45.76% of the total shares of the Company; seven shareholders voted online, representing 1,196,929 shares, which account for 0.08% of the total shares of the Company.

In addition, certain directors, supervisors and officers of the Company, lawyers engaged by the Company and other related persons attended this meeting or attended this meeting as non-voting delegates.

The convening and holding of this Shareholders' Meeting conform to the requirements of the Company Law, the Listing Rules of the Shenzhen Stock Exchange as well as the Articles of Association of the Company.

1

BNBMPLC0010063



**II. Deliberation and Voting of Proposals**

This meeting deliberated and adopted the Proposal about Issuance of Shares for Asset Purchase and Adjustment of Some Counterparties' Contributors in the Related-party Transaction through on-the-spot open voting and online voting:

General voting situation: affirmative votes cover 647,993,042 shares, accounting for 99.9706% of the shares held by all the shareholders present at the meeting; dissenting votes cover 179,666 shares, accounting for 0.0277% of the shares held by all the shareholders present at the meeting; and abstaining from voting covers 11,000 shares, accounting for 0.0017% of the shares held by all the shareholders present at the meeting.

Wherein, general voting situation of minority shareholders: affirmative votes cover 8,927,172 shares, accounting for 97.9089% of the shared held by the minority shareholders present at the meeting; dissenting votes cover 179,666 shares, accounting for 1.9705% of the shared held by the minority shareholders present at the meeting; and abstaining from voting covers 11,000 shares, accounting for 0.1206% of the shared held by the minority shareholders present at the meeting.

**III. Legal Opinion Issued by Lawyers**

1. Name of law firm: Beijing Jia Yuan Law Offices

2. Lawyers: Yan Guozhe and Ren Baohua

3. Conclusive opinion: the convening, holding and voting procedures of the Shareholders' Meeting are consistent with applicable laws and regulations as well as the Articles of Association, the qualifications of attendees and convener are legal and valid, and the voting results are legal and valid.

**IV. Documents for Inspection**

1. The Resolutions of the 3rd Extraordinary Meeting of Shareholders 2016

2. The Legal Opinion on the 3rd Extraordinary Shareholders' Meeting of Beijing New Building Materials Public Limited Company in 2016 issued by Beijing Jia Yuan Law Offices

Beijing New Building Materials Public Limited Company

August 12, 2016

2

BNBMPLC0010064



# EXHIBIT S

| Stock Abbreviation:<br>BNBMPLC | Stock Code: 000786 | Public Announcement<br>No.: 2016-061 |
|---|---|---|

**Beijing New Building Materials Public Limited Company**

**Announcement in Relation to Feedback Reply to the Notice Regarding CSRC's Comments on Matters Subject to Administrative Approval**

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

Beijing New Building Materials Public Limited Company (hereinafter the "Company") received the Notice Regarding CSRC's One-time Comments on Review of Administrative Licensing Project (No. 160887) issued by the China Securities Regulatory Commission (hereinafter the "CSRC") on June 3, 2016 (hereinafter the "Comments"). For details, please see the announcement released by the Company on the Securities Daily, the Securities Times, the Shanghai Securities News, the China Securities Journal and the http://www.cninfo.com.cn on June 4, 2016.

The Company and relevant intermediaries provided their responses to the Comments in accordance with the requirements of the Comments after discussions and analysis. Such feedback responses are hereby disclosed to the public pursuant to relevant provisions. For details, please see the Feedback Reply of Beijing New Building Materials Public Limited Company to Comments in Relation to Issuance of Shares for Asset Purchase and Related-party Transaction, as published, together with this Announcement, on the www.cninfo.com.cn. The Company will submit the documents concerning such feedback responses to the CSRC within two business days after the said disclosure.

The issuance of shares to purchase the assets and related-party transaction are subject to the approval of the CSRC. The Board of Directors of the Company will duly perform its obligation of information disclosure according to the review progress by the CSRC. It is still uncertain whether the CSRC will grant an approval or not. Investors are advised to be aware of investment risks.

Board of Directors

Beijing New Building Materials Public Limited Company

August 24, 2016

BNBMPLC0010067

# EXHIBIT T

# Feedback Reply of Beijing New Building Materials Public Limited Company to the Notice of China Securities Regulatory Commission's One-time Comments on Review of Administrative Licensing Project

**China Securities Regulatory Commission:**

The Notice of CSRC's One-time Comments on Review of Administrative Licensing Projects (No. 160887) (hereinafter referred to as the "**Feedback**") issued by you on June 3, 2016 has been received. Beijing New Building Materials Public Limited Company (hereinafter referred to as "**BNBMPLC**" or the "**Listed Company**") met with the Morgan Stanley Huaxin Securities Company Limited (hereinafter referred to as the "**Morgan Stanley Huaxin Securities**" or the "**Independent Financial Adviser**"), Beijing Grandway Law Offices (hereinafter referred to as the **"Lawyer"**), Zhonghe Asset Appraisal Co. Ltd. (hereinafter referred to as "**Zhonghe Appraiser**") and other relevant intermediaries to conscientiously discussed and studied related matters to the Feedback, verify all the questions mentioned in the Feedback one by one and issue related statements and verification opinions, which we now submit to you for your review.

Unless specifically explained, the terms or abbreviations in this Reply to the Feedback have the same meaning as those terms or abbreviations defined in the "Interpretation" in the Report on Beijing New Building Materials Public Limited Company's Acquisition of Assets by Issuing Shares and Related-party Transaction (Draft) (Revised Draft) of Beijing New Building Materials Public Limited Company; any inconsistency between the total number and the mantissa of the sum of breakdowns is caused by rounding-off.

BNBMPLC0010239

# Contents

**QUESTION 1:** As shown on the application materials, this asset acquisition by stock issue involves a total of 46 counterparties including 10 limited partnerships like Guotai Minan Investment and Heda Investment, as well as 35 natural persons like Jia Tongchun. You are expected to: 1) use lists to make supplemental disclosure of the dates when the partnerships acquired the equity in Target Assets and when the partners acquired their partnership interests, as well as the form, purpose, sources of capital and other information about the contributions by the partners. 2) Make supplemental disclosure of the total number of persons after pass-through calculation; if the total number exceeds 200, and the time points when the partnerships acquired the equity in Target Assets and when the partners acquired their partnership interests fall within the six months prior to the suspension of trading, you should make supplemental disclosure of whether you have complied with relevant provisions including the one requiring that the number of issuance targets should not exceed 200 as a principle; if the foregoing time points of equity or partnership interest acquisition do not fall within the six months prior to suspension of trading, you should additionally disclose whether you comply with Guidelines No.4 for the Supervision of Unlisted Public Companies – Guidelines on Examination of Issues Concerning Applications for Administrative Licensing Filed by Unlisted Joint Stock Companies with More Than 200 Shareholders and other relevant regulations. 3) make supplemental disclosure of the actual controllers of the foregoing limited partnerships, whether any counterparty is a private investment fund, and if so, please provide sufficient risk warnings in the reorganization report, make special explanations on the filing matters, and undertake not to carry out this reorganization plan before completing the filing procedures for the private investment fund. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions. .........................................8

**QUESTION 2:** As shown on the application materials, the counterparty Jia Tongchun is the controlling shareholder of Taihe Building Materials, and some counterparties or their relatives work for or hold shares in Taihe Building Materials and Taishi Rock Wool; the business scope of Taihe Building Materials overlaps with that of Taishan Gypsum, the major counterparties agree and undertake that, within 1 month upon completion of this Transaction, Taihe Building Materials will change its name according to the requirements of BNBMPLC, and will transfer the brands, trademarks, trade names and intellectual property rights related to "Taihe", gypsum board and stud to Taishan Gypsum or an affiliated company designated by Taishan Gypsum or BNBMPLC without compensation, as specifically required by BNBMPLC at that time. You are expected to: 1) based on the information about the posts or shares held by the foregoing counterparties or information about the partners of counterparties, make supplemental disclosure of the proof that there is no affiliation or concerted action relationship between the counterparties to this Transaction, and additionally disclose the relationship between the counterparties and the controlling shareholder of the Listed Company.2) Make supplemental disclosure of the foregoing promisors, of whether the enterprises served or controlled by the counterparties have competitive business with Taishan Gypsum, and whether the foregoing counterparties violate non-competition rules by working for or holding shares in Taihe Building Materials and other relevant enterprises.3) make supplemental disclosure of the subjects to which the foregoing intellectual property rights in Taihe and relevant gypsum board and stud brands, trademarks and trade names belong during the reporting period, how important they are to the production and operation of Taishan Gypsum, relevant arrangements for

2

gratuitous transfer, whether there is any legal risk or economic dispute risk, the effect of the foregoing matters on this Transaction and on the Listed Company following completion of this Transaction, and whether this Transaction meets Article 11(IV) and Article 43.1(IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies regarding clear ownership of assets. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions. ...........................................63

**QUESTION 3:** As indicated on the application materials, Taihe Building Materials once directly held 21,787,500 shares in Taishan Gypsum and held 7,781,250 shares in Taishan Gypsum through Jia Tongchun; at the same time, natural person shareholders also hold shares in Taihe Building Materials on behalf of others, and the total contribution made to Taihe Building Materials by its shareholders corresponds to the number of shares actually held by Taihe Building Materials in Taishan Gypsum in quantity; in 2005, Employee Shareholder Association of Shandong Taihe Group transferred the 28,000,000 shares in Target Assets to Taian Donglian Investment & Trading Co., Ltd.; in 2006, BNBMPLC completed its acquisition of Taian Donglian Investment & Trading Co., Ltd.; the actual number of shareholders of Taihe Building Materials is 503.You are expected to make Supplemental Disclosure in the following respects: 1) when Taihe Building Materials acted as a shareholder of Taishan Gypsum, its actual shareholders exceeded 200, whether this fact meets the relevant regulations, whether entrusted shareholding details about Taishan Gypsum are fully disclosed, the reason for entrusted shareholding, whether the principal has made contribution actually, whether the principal is prevented from holding shares directly due to his/her illegal status, and whether this circumstance will affect the validity of relevant equity transfer or capital increase resolutions.2) Whether the shareholding entrustment relationship is thoroughly terminated, whether there is any potential legal risk or economic dispute risk, whether there is any uncertainty in the equity held by existing shareholders, as well as the effect on this Transaction and the Listed Company following completion of this Transaction.3) Whether the equity transfer by Taishan Gypsum and the foregoing acquisition by BNBMPLC have undergone necessary approval procedures. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.........................................................................................................84

**QUESTION 4:** As indicated on the application materials, since 2009, many home owners and home builders in the United States brought actions against BNBMPLC and Taishan Gypsum, demanding compensation for alleged losses arising from quality problems of gypsum boards, BNBMPLC and Taishan Gypsum are unable to determine the numbers of plaintiffs and properties involved in the cases and cannot accurately predict the possible judgment results; the counterparties agree that, 99,071,875 shares acquired by them will be locked up, if it is confirmed that contingent risk arises or actual loss is incurred within 36 months, BNBMPLC will repurchase and cancel the locked-up portion of shares at a price of RMB1 per share and assume the contingent risk or loss; if no contingent risk arises upon expiration of the 36-month period, BNBMPLC will also repurchase and cancel the locked-up portion of shares at a price of RMB1 per share. You are expected to make supplemental disclosure of: 1) the number of the foregoing shares, being 99,071,875 shares or 97,590,590 shares.2) The basis of calculation of number of shares and the basis of distribution among the counterparties, the specific implication of the abovementioned contingent risks, whether the compensation arrangements are able to cover relevant losses and fully protect the interests of the Listed Company.3) The reason and rationality that BNBMPLC will repurchase and cancel the locked-up shares, no matter whether the contingent risks arise or not.4) The necessity of this Transaction, the latest progress of the foregoing actions, their effect on this Transaction and the Listed Company following

BNBMPLC0010241

completion of this Transaction, and whether this Transaction meets Article 11(IV), (V) and Article 43.1(I) and (IV) of Measures for the Administration of Material Assets Reorganization of The Listed Company.5) In addition to the foregoing actions, during the reporting period, whether Taishan Gypsum is subject to other major lawsuits arising from quality control problems and other problems. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions............................93

**QUESTION 5:** As indicated on the application materials, in July 2014, the U.S. court ordered Taishan Gypsum and any of its affiliates or subsidiaries not to engage in any business activities in the United States until or unless Taishan Gypsum participated in the court proceedings; if Taishan Gypsum violates the injunction, it must pay 25% of the profit of its own or its affiliate violating the injunction in the year when such violation occurs as further penalty. You are expected to make supplemental disclosure of: 1) the effect of the foregoing judgment and relevant overseas actions on the overseas business of Taishan Gypsum, whether there are relevant operational risks in the overseas business, and if so, additionally disclose the effect of relevant risks on the operation stability and sustained profitability of the Target Assets and the countermeasures.2) The proportions of operating revenue and net profit of Taishan Gypsum's overseas business, whether it is necessary to obtain relevant domestic and local qualifications and undergo relevant approval and filing procedures for the foregoing overseas business, and if so, additionally disclose the acquisition of these qualifications, whether the foregoing overseas business meets the applicable local laws and regulations, as well as relevant provisions of Chinese commerce, foreign investment, foreign exchange, tax, commerce and industry policies. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions..........................................................................................................102

**QUESTION 6:** As indicated on the application materials, the authorizations and approvals that have been granted to this Transaction include: the approval of Taian Municipal People's Government for this Transaction plan, approval of Taian competent departments for the Appraisal Report, filing and confirmation of the Appraisal Report with China National Building Materials Group Corporation, and official reply given by competent departments regarding this Transaction plan; the controlling shareholder of the Listed Company is a Hong Kong Listed Company; the actual controller of the counterparty Guotai Minan Investment is Taian Bureau of Finance. You are expected to: 1) based on the information about the actual controller, make supplemental disclosure of what the above competent departments specifically refer to, and whether the approval and filing meet relevant regulations.2) additionally disclose whether this Transaction has to go through relevant procedures of Stock Exchange of Hong Kong.3) based on the shareholding structure of Guotai Minan Investment, additionally disclose whether this Transaction has to go through relevant approval procedures. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions........................................106

**QUESTION 7:** As indicated on the application materials, the shareholders of Taishan Gypsum agree that the Target Assets will be delivered and injected into the Listed Company after Taishan Gypsum is changed into a limited liability company. You are expected to additionally disclose whether the foregoing change of corporate form has to go through relevant approval or filing procedures, and if so, additionally disclose whether there is any legal obstacle. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions................................................................114

BNBMPLC0010242

**QUESTION 8:** As indicated on the application materials, Taishan Gypsum has not obtained housing ownership certificates/real estate title certificates for 224 buildings with a total area of 592,112.82 square meters; wherein, 92 buildings with a total area of 176,546.20 square meters are built on leased land; there are 2 parcels of land with a total area of 213,493.40 square meters which have been occupied by Taishan Gypsum and its subsidiaries but for which no land-use right has been obtained, there is 1 parcel of land yet to undergo the transfer procedures, and there are 4 parcels of land which are evaluated in terms of shares in nature. You are expected to: 1) make supplemental disclosure of the proportion of the area of the properties for which no certificate has been obtained, the progress of certificate application, expected date of completion, way of assumption of relevant expenses,, whether there is legal obstacle or whether there is risk that the certificates cannot be obtained on time, and if such obstacle or risk exists, please make supplemental disclosure of solutions.2) Perform relevant undertakings in accordance with Guidelines No.4 for the Supervision of Listed Companies – Undertakings and Their Performance by Actual Controllers, Shareholders, Affiliates, Acquirers of Listed Companies and the Listed Companies Themselves.3) make supplemental disclosure of how to divide the ownership of buildings built on leased land, whether the ownership is clear, the nature of the leased land, whether these buildings thereon violate relevant laws and regulations on land and housing construction, if so, please explain the legal risks that exist and the legal liabilities that should be assumed.4) make supplemental disclosure of whether Taishan Gypsum has used leased collective land to carry out project construction; if so, please make supplemental disclosure of the compliance of relevant project construction procedures.5) make supplemental disclosure of whether the practice of evaluating the land-use right in terms of shares complies with relevant provisions of Company Law, Land Administration Law, etc.6) make supplemental disclosure of the effect of the foregoing matters on this Transaction and the Listed Company following completion of this Transaction, and whether this Transaction meets Article 11(I) and (IV) and Article 43.1(I) and (IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions. The lawyer is expected to verify and give express opinions on whether this Transaction complies with the provisions of applicable laws, regulations and normative documents including Company Law, Securities Law, Measures for the Administration of Material Assets Reorganization of Listed Companies and Measures for the Administration of the Issuance of Securities by Listed Companies. ........................................................117

**QUESTION 9:** as indicated on the application materials, the subsidiaries and branches of Taishan Gypsum leased 3 buildings with a total area of 28,108.24 square meters; Taishan Gypsum and its subsidiaries leased and used 11 parcels of land with a total area of 387,316.84 square meters, wherein, they leased 5 parcels of collective land with a total area of 69,389.65 square meters and 1 parcel of granted land with an area of 53,336.00 square meters. You are expected to make supplemental disclosure of: 1) the foregoing leased premises and purpose of land, whether there is any risk of default or renewal failure, as well as the effect on the production and operation stability of Taishan Gypsum.2) whether the act of leasing collective land and granted land complies with Land Administration Law and relevant regulations, and whether it is necessary to go through relevant procedures. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions...............................................................149

**QUESTION 10:** As indicated on the application materials, if the base date of evaluation in this Transaction is April 30, 2015 and the income approach is used for evaluation, the 100% equity of Taishan Gypsum is evaluated at RMB1,198,714.00; and if a supplemental

BNBMPLC0010243

evaluation is performed on the base date of December 31, 2015, the 100% equity of Taishan Gypsum is evaluated at RMB1,283,092.00.You are expected to make supplemental disclosure of: 1) the accomplishment of the consolidated operating revenue and profit of Taishan Gypsum for 2015, and the difference with the result estimated using the income approach on the base date of April 30, 2015 and the reason for such difference.2) If there is any difference between the two forecasts of consolidated revenue and net profit of Taishan Gypsum using the income approach, and if so, please make supplemental disclosure of the reason and rationality. 3) The main reason for the difference between the results of two evaluations using the income approach.4) The reason and rationality for the fact that the three subsidiaries, namely, Taian Taishan Plasterboard Co., Ltd., Taishan Gypsum (Jilin) Co., Ltd. and Xinjiang Tianshan Building Materials Gypsum Products Co., Ltd. are not evaluated using the income approach. The Independent Financial Adviser and appraiser are expected to conduct verification and give express opinions. .....................................................................................................................155

**QUESTION 11:** You are expected to make supplemental disclosure of the consumer complaints about quality problems during the reporting period, including the quantity, main content, handling mechanism and results of these complaints. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions........164

**QUESTION 12:** You are expected to make supplemental disclosure of whether Taishan Gypsum has to obtain relevant qualifications for production and operation. If so, please make supplementation disclosure regarding the acquisition of such qualifications. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions..........................................................................................................168

**QUESTION 13:** as indicated on the application materials, Catalog for Guidance of Industrial Structure Adjustment (2011 Version) (2013 Revision) identifies gypsum board production line with an annual production capacity below 10,000,000 square meters as eliminated class and those with an annual production capacity below 30,000,000 as restricted class. You are expected to make supplemental disclosure of whether products of Taishan Gypsum fall within the foregoing scope, and the effect of the foregoing regulations on the production and operation of Taishan Gypsum. The Independent Financial Adviser is expected to conduct verification and give express opinions. ...........................................170

**QUESTION 14:** as indicated on the application materials, several buildings and certain machinery and equipment have been mortgaged. You are expected to make supplemental disclosure of the effect of the total debt amount corresponding to the foregoing security, the purpose of debt, guarantee term and security matters on this Transaction and the ownership of assets and production and operation of the Listed Company upon completion of this Transaction. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions. ..........................................................................172

**QUESTION 15: a**s indicated on the application materials, the related-party transaction of Taishan Gypsum has been reflected in the consolidated statements of the Company; the enterprises controlled by some counterparties have some borrowings and lendings with the Target Company in small amount and the loans have been repaid and interests paid as agreed. You are expected to make supplemental disclosure of relevant information about the related party transaction in accordance with Articles 37 and 38 of No.26 of Standards on the Contents and Formats of Information Disclosure by Companies Publicly Offering

BNBMPLC0010244

Securities – Material Asset Restructuring of Listed Companies (2014 Revision).The Independent Financial Adviser is expected to conduct verification and give express opinions. ...............................................................................................................177

**QUESTION 16:** you are expected to make supplemental disclosure of whether the asset appraiser of this reorganization has been investigated or ordered to make rectification by CSRC and its local offices and competent judicial and administrative authorities; if so, please explain relevant situations. The Independent Financial Adviser and the law firm are expected to verify and give express opinions on whether this matter will affect the validity of relevant appraisal documents. ........................................................................................179

**QUESTION 17**: as indicated on the application materials, through this Transaction, Taishan Gypsum will become a wholly-owned subsidiary of BNBMPLC. It is still uncertain how relevant assets and personnel develop through the platform offered by the Company in the future, and whether they can produce expected synergic effect with the existing business segments of the Company, so this Transaction of the Company is still subject to certain business integration risks. You are expected to make supplemental disclosure of the reason and rationality for the foregoing integration risks on the basis of the Listed Company's control over Taishan Gypsum prior to this Transaction. The Independent Financial Adviser is expected to conduct verification and give express opinions.............183

BNBMPLC0010245

**QUESTION 1:** As shown on the application materials, this asset acquisition by stock issue involves a total of 46 counterparties including 10 limited partnerships like Guotai Minan Investment and Heda Investment, as well as 35 natural persons like Jia Tongchun. You are expected to: 1) use lists to make supplemental disclosure of the dates when the partnerships acquired the equity in Target Assets and when the partners acquired their partnership interests, as well as the form, purpose, sources of capital and other information about the contributions by the partners. 2) Make supplemental disclosure of the total number of persons after pass-through calculation; if the total number exceeds 200, and the time points when the partnerships acquired the equity in Target Assets and when the partners acquired their partnership interests fall within the six months prior to the suspension of trading, you should make supplemental disclosure of whether you have complied with relevant provisions including the one requiring that the number of issuance targets should not exceed 200 as a principle; if the foregoing time points of equity or partnership interest acquisition do not fall within the six months prior to suspension of trading, you should additionally disclose whether you comply with Guidelines No.4 for the Supervision of Unlisted Public Companies – Guidelines on Examination of Issues Concerning Applications for Administrative Licensing Filed by Unlisted Joint Stock Companies with More Than 200 Shareholders and other relevant regulations. 3) make supplemental disclosure of the actual controllers of the foregoing limited partnerships, whether any counterparty is a private investment fund, and if so, please provide sufficient risk warnings in the reorganization report, make special explanations on the filing matters, and undertake not to carry out this reorganization plan before completing the filing procedures for the private investment fund. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.

**ANSWER:**

**I. To disclose the dates on which the partnerships acquired the equity of the Target Assets and the partner acquired the partnership interest as well as the way of Investment, purpose, fund sources of the partner in the form of list**

**(1) Reply to the above question**

**1. The date on which the limited partnerships acquired the equity of the Target Assets**

According to the resolutions of the Taishan Gypsum Shareholders' Meeting held on August 31, 2015, the Equity Transfer Agreement signed by Taihe Building Materials and 10 limited partnerships including Heda Investment respectively, the register of shareholders as of August 31, 2015 issued by Taishan Gypsum, and the business archives of Taishan Gypsum, 10 limited partnerships including Heda Investment, Xinyi Investment, Wanji Investment, Hongchao Investment, Haozhan Investment, Changyuan Investment, Jinxiu Investment, Xinghe Investment, Shunchang Investment and Fanye Investment became shareholders of Taishan Gypsum after Taihe Building Materials transferred some of shares held by it to them respectively. The dates on which these 10 limited partnerships acquired the equity of the Target Assets were on August 31, 2015.

**2. The dates on which the partners of the limited partnerships acquired the partnership interest**

According to the business licenses and the business archives of Heda Investment, Xinyi Investment, Wanji Investment, Hongchao Investment, Haozhan Investment,

8

BNBMPLC0010246

Changyuan Investment, Jinxiu Investment, Xinghe Investment, Shunchang Investment and Fanye Investment, the dates on which the partners of these 10 partnerships acquired the partnership interest are as follows:

| S/N | Name of partnership | Date when partner obtains partnership |
|-----|---------------------|---------------------------------------|
| 1 | Heda Investment | August 11, 2015 |
| 2 | Xinyi Investment | July 30, 2015 |
| 3 | Wanji Investment | July 22, 2015 |
| 4 | Hongchao Investment | August 11, 2015 |
| 5 | Haozhan Investment | July 20, 2015 |
| 6 | Changyuan Investment | July 15, 2015 |
| 7 | Jinxiu Investment | July 20, 2015 |
| 8 | Xinghe Investment | July 20, 2015 |
| 9 | Shunchang Investment | July 22, 2015 |
| 10 | Fanye Investment | August 11, 2015 |

**3. Forms and purposes of capital contribution and sources of funds of partners at the time of establishment of limited partnerships**

**(1) Form and purpose of capital contribution and source of funds of partners at the time of establishment of Heda Investment**

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|-----|-----------------|-------------------------------------------|------------------------------|--------------------------------|-----------------|
| 1 | Li Jing | 3.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 2 | Duan Wenping | 3.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 3 | Li Xifeng | 3.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 4 | Wang Chengguo | 3.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 5 | Qi Yungang | 3.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

BNBMPLC0010247

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 6 | Yu Shenghai | 3.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 7 | Yang Jun | 3.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 8 | Li Zongling | 3.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 9 | Feng Daibing | 3.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 10 | Shi Chenghai | 3.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 11 | Bi Siliang | 3.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 12 | Wei Min | 3.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 13 | Xia Chuansheng | 3.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 14 | Zhang Zhaobo | 3.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 15 | Li Peizhong | 2.70 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 16 | Chen Wei | 2.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 17 | Zhou Qingqiang | 2.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 18 | Zhang Xin | 2.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 19 | Wang Li | 2.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 20 | Ma Shengyong | 2.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

BNBMPLC0010248

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 21 | Wang Yanjun | 2.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 22 | Gao Junyong | 2.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 23 | Xie Qiang | 2.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 24 | Gong Maofei | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 25 | Zhu Deshu | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 26 | Bian Shuxiao | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 27 | Liu Yun | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 28 | Chen Xuexiao | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 29 | Qin Qingwei | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 30 | Diao Jianjun | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 31 | Wang Lei | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 32 | Song Qinghai | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 33 | Li Anpeng | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 34 | Gao Qingping | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 35 | Wang Bin | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

BNBMPLC0010249

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 36 | Wang Qi'an | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 37 | Li Hairong | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 38 | Tian Guangzhanf | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 39 | Zhang Qingli | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 40 | Wang Yan | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 41 | Li Chenghui | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 42 | Gao Yan | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 43 | Liu Jinling | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 44 | Xue Fazhen | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 45 | Li Shikui | 3.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 46 | Xiao Yunrong | 3.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| | **Total** | **114.60** | | | |

**(2) Form and purpose of capital contribution and source of funds of partners at the time of establishment of Xinyi Investment**

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 1 | Lu Baoju | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

12

BNBMPLC0010250

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 2 | Feng Jinhong | 2.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 3 | Ren Ling | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 4 | Bai Manbo | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 5 | Xuan Zhenjun | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 6 | Gao Qiang | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 7 | Li Qunling | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 8 | Liu Ming | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 9 | Xu Zaijun | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 10 | Zhang Ping | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 11 | Wang Guiting | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 12 | Li Qiuzhi | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 13 | Zhang Li | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 14 | Wang Guoli | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 15 | Zhou Yanhua | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 16 | Cheng Ming | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 17 | Wang Li | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 18 | Liang Guangping | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 19 | Sun Xingrong | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 20 | Li Jin | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 21 | Hou Baozhen | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 22 | Yu Dong | 0.90 | Cash | Indirectly holding shares of | Self-owned |

13

BNBMPLC0010251

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
|  |  |  |  | Taishan Gypsum | funds |
| 23 | Yin Chengjian | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 24 | Jiao Fangping | 0.80 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 25 | Shao Lidong | 0.80 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 26 | Guo Juan | 0.80 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 27 | Cheng Tongyong | 0.80 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 28 | Li Laiwu | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 29 | Li Lei | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 30 | Ma Xiuli | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 31 | Wang Xubo | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 32 | Wang Guoyong | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 33 | Song Yu | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 34 | Chen Kai | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 35 | Wu Chao | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 36 | Dong Kang | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 37 | Jin Ming | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 38 | Ai Guangdian | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 39 | Cheng Liping | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 40 | Li Aiqin | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 41 | Yang Honghua | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 42 | Zhu Shibao | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

14

BNBMPLC0010252

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 43 | Liu Hong | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 44 | Xu Haiyan | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 45 | Guo Baowei | 0.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 46 | Liu Jiming | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 47 | Liu Rushun | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 48 | Song Lijuan | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 49 | Shang Taisheng | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 50 | Mi Sihai | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| **Total** | | **32.80** | | | |

**(3) Form and purpose of capital contribution and source of funds of partners at the time of establishment of Wanji Investment**

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 1 | Yin Yingdong | 1.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 2 | Han Yanfeng | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 3 | Zi Yuli | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 4 | Mi Xiaoling | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 5 | Li Peitian | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 6 | Xue Fazhang | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 7 | Zhang Xiangpei | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 8 | Sun Zhaoshan | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

15

BNBMPLC0010253

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|-----|-----------------|--------------------------------------------|------------------------------|--------------------------------|-----------------|
| 9 | Bai Jianguang | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 10 | Zhang Chunyong | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 11 | Yang Xingshan | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 12 | Yu Zhenquan | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 13 | Deng Lin | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 14 | Ni Shujun | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 15 | Yang Dongyun | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 16 | Gao Xingtao | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 17 | Wang Huanqin | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 18 | Hao Qiuju | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 19 | Liu Wanjun | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 20 | Zhang Dongmei | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 21 | Li Zhen | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 22 | Deng Xianyun | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 23 | Luo Xiangfeng | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 24 | Wu Dianjin | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 25 | Wu Chengwei | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 26 | Xue Chengban | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 27 | Li Hongfeng | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 28 | Yu Cuixia | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 29 | Li Peng | 0.50 | Cash | Indirectly holding shares of | Self-owned |

16

BNBMPLC0010254

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| | | | | Taishan Gypsum | funds |
| 30 | Sun Shanqiang | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 31 | Geng Jingxiang | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 32 | Huo Jun | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 33 | Wang Huiliang | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 34 | Li Yunquan | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 35 | Li Zhaorui | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 36 | Liu Renliang | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 37 | Zhao Jingqi | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 38 | Zhang Min | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 39 | Yang Caizhong | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 40 | Song Hongguo | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 41 | Zhu Xiaorong | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 42 | Liu Yulan | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 43 | Li Qing | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 44 | Liu Yongwei | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 45 | Li Yan | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 46 | Li Yingming | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 47 | Fu Bo | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 48 | Zhang Zongjie | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 49 | Yue Maohua | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

17

BNBMPLC0010255

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 50 | Fang Zhenmei | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| **Total** | | **32.20** | | | |

**(4) Form and purpose of capital contribution and source of funds of partners at the time of establishment of Hongchao Investment**

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 1 | Yang Pufeng | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 2 | Zhou Chuanxiang | 3.80 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 3 | Wu Xiuzhen | 3.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 4 | Li Guifeng | 1.80 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 5 | Zhu Mingju | 1.70 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 6 | Liu Xuequan | 1.70 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 7 | Peng Ling | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 8 | Ren Chongjun | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 9 | Zhu Fangxia | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 10 | Chen Ronghui | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 11 | Zheng | 1.00 | Cash | Indirectly holding of | Self-owned |

18

BNBMPLC0010256

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|-----|-----------------|--------------------------------------------|------------------------------|---------------------------------|-----------------|
|     | Xianliang |  |  | Taishan Gypsum | funds |
| 12 | Dong Zejian | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 13 | Zhang Fusheng | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 14 | Xue Fadong | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 15 | Hou Lihan | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 16 | Wang Shuju | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 17 | Wang Guiping | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 18 | Wang Haiyan | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 19 | Deng Qingzhen | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 20 | Liu Xuewei | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 21 | Zheng Yunying | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 22 | Jiao Wenbo | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 23 | Zhou Xin | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 24 | Zhang Yuanbin | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 25 | Gao Jiayong | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

BNBMPLC0010257

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|-----|-----------------|----------------|----------------|----------------|----------------|
| 26 | Hou Jianhua | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 27 | Yang Li | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 28 | Pei Feiyan | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 29 | Yang Guangli | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 30 | Wang Lijuan | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 31 | Sun Zhaoqin | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 32 | Yu Hua | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 33 | Jiang Bo | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 34 | Yan Haixia | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 35 | Fang Jibing | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 36 | Li Hongqiu | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 37 | Yang Fulai | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 38 | Wang Hong | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| **Total** | | **31.70** | | | |

BNBMPLC0010258

**(5) Form and purpose of capital contribution and source of funds of partners at the time of establishment of Haozhan Investment**

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 1 | Yue Zengmin | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 2 | Hou Dongming | 0.80 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 3 | Zhou Ying | 0.80 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 4 | Li Xin | 0.80 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 5 | Chen Aibing | 0.70 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 6 | Wang Yong | 0.70 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 7 | Shang Jun | 0.70 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 8 | Yang Ping | 0.70 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 9 | Ai Xiantao | 0.70 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 10 | Xiao Wen | 0.70 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 11 | Sun Hongxia | 0.70 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 12 | Sun Li | 0.70 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 13 | Li Guomin | 0.70 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 14 | Han Xiaoyun | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 15 | Zhang Yun | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 16 | Gao Xiuyun | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 17 | Wang Feng | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 18 | Sun Yupeng | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 19 | Li Peiyu | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

BNBMPLC0010259

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 20 | Qiu Guiju | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 21 | Zhang Yu | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 22 | Wang Zhongxing | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 23 | Zhang Rongyong | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 24 | Li Guangyuan | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 25 | Zhou Changdian | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 26 | Zhao Bingzhong | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 27 | Zhu Yuanhua | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 28 | Yang Jiyuan | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 29 | Zhao Peng | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 30 | Wu Chunzhu | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 31 | Zhang Qun | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 32 | Li Yanzhong | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 33 | Yang Wenyong | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 34 | Wei Qingxiang | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 35 | Song Jinrong | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 36 | Li Canling | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 37 | Li Faqi | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 38 | Zang Chuanli | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 39 | Li Zhengwen | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 40 | Li Xingjian | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

BNBMPLC0010260

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 41 | Li Dongbao | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 42 | Wang Baoyong | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 43 | Tian Tian | 0.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 44 | Qi Guihua | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 45 | Sun Ping | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 46 | Xiao Fengling | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 47 | Hou Zhiyong | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 48 | Zhang Weijian | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 49 | Wang Li | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 50 | Li Qiang | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| **Total** | | **31.10** | | | |

**(6) Form and purpose of capital contribution and source of funds of partners at the time of establishment of Changyuan Investment**

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 1 | Song Wei | 1.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 2 | Sun Gang | 1.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 3 | Hou Chuandong | 1.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 4 | Jing Mei | 1.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 5 | Shang Kai | 1.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 6 | Tan Zhongfu | 1.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 7 | Wang Zhenyong | 1.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 8 | Zhao Yuhong | 1.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

BNBMPLC0010261

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 9 | Yan Limei | 1.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 10 | Zhao Deping | 1.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 11 | Guo Feng | 1.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 12 | Zhang Kexin | 1.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 13 | Guo Liguo | 1.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 14 | Chen Dong | 1.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 15 | Li Anjing | 1.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 16 | Sun Qingguo | 1.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 17 | Li Qing | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 18 | Zhou Guangqiang | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 19 | Shi Jian | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 20 | Wang Zhenbo | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 21 | Gao Xianxiao | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 22 | Wang Guoshun | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 23 | Liu Dong | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 24 | Zhou Hongxia | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 25 | Ma Chuanwei | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 26 | Zhang Yawei | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 27 | Zhang Yuancui | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 28 | Zhang Xingfeng | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 29 | Song Yanhui | 0.10 | Cash | Indirectly holding shares of | Self-owned funds |

24

BNBMPLC0010262

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| | | | | Taishan Gypsum | |
| 30 | Li Na | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 31 | Wang Jiande | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 32 | Sun Jianwei | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 33 | Li Yunqing | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 34 | Zhang Rongmei | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 35 | Shi Jun | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 36 | Gao Chuanke | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 37 | Zhang Youfu | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 38 | Xu Fengling | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 39 | Yu Wenhou | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 40 | Zhao Huiming | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 41 | Li Hongwei | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 42 | Li Yan | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 43 | Guo Yujun | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 44 | Liu Chuanlin | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 45 | Song Qihong | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 46 | Zhou Chuanming | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 47 | Yin Xunchao | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 48 | Li Xia | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 49 | Zhang Hongshui | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 50 | Yang Zhongfu | 0.10 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| | **Total** | **30.80** | | | |

25

BNBMPLC0010263

**(7) Form and purpose of capital contribution and source of funds of partners at the time of establishment of Jinxiu Investment**

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|-----|-----------------|--------------------------------------------|------------------------------|---------------------------------|-----------------|
| 1 | Peng Shiliang | 0.80 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 2 | Ai Lijie | 1.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 3 | Liu Yuanying | 1.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 4 | Yang Shengjun | 1.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 5 | Wang Zhenmao | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 6 | Ji Weidong | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 7 | Wang Yejing | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 8 | Li Weiwei | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 9 | Chen Shijun | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 10 | Yan Wenhong | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 11 | Zhang Xi'an | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 12 | Zhang Zhu | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 13 | Wu Fuhong | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 14 | Liu Qingtai | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 15 | Hou Yudong | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 16 | Li Haiquan | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 17 | Bai Chuntai | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 18 | Fang Jixiang | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 19 | Jia Fafu | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

BNBMPLC0010264

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 20 | Li Yong | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 21 | Zhang Meifeng | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 22 | Li Jun | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 23 | Wang Guangwu | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 24 | Li Shitao | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 25 | Li Daoliang | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 26 | Li Dongmei | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 27 | Su Liying | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 28 | Chen Yunhai | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 29 | Hu Bin | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 30 | Zhao Wen | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 31 | Yan Daiqiu | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 32 | Xie junchao | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 33 | Liang Guangmei | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 34 | Li Xinmin | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 35 | Yan Qiang | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 36 | Li Rongsheng | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 37 | Yan Yunli | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 38 | Wang Xiaofeng | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 39 | Wang Peng | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 40 | Yang Xiaoyan | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

BNBMPLC0010265

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|-----|-----------------|--------------------------------------------|------------------------------|---------------------------------|-----------------|
| 41 | Wu Feng | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 42 | Zhang Wei | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 43 | Wu Lei | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 44 | Li Xiuping | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 45 | Zhang Limei | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 46 | Shi Wei | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 47 | Xu Huanyun | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 48 | Wang Juan | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 49 | Li Yijun | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 50 | Wang Fang | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| **Total** | | **30.60** | | | |

**(8) Form and purpose of capital contribution and source of funds of partners at the time of establishment of Xinghe Investment**

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|-----|-----------------|--------------------------------------------|------------------------------|---------------------------------|-----------------|
| 1 | Zhu Cuiai | 0.80 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 2 | Li Yunzhong | 2.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 3 | Meng Xianzhen | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 4 | Jia Guangjiao | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 5 | Gao Yanqiu | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 6 | Wang Baozhen | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 7 | Jiang Xiangdi | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 8 | Wang Duncheng | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

28

BNBMPLC0010266

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 9 | Wei Xia | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 10 | Wang Yong | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 11 | Xue Qin | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 12 | Zhou Chengmei | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 13 | Yu Xiaohua | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 14 | Cheng Na | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 15 | Li Jing | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 16 | Ren Honglei | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 17 | Sun Yongan | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 18 | Dang Zhaofang | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 19 | Zhao Bingsheng | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 20 | Liu Jing | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 21 | Wang Qingyang | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 22 | Wu Guoliang | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 23 | Zheng Xianqun | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 24 | Fang Lixin | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 25 | He Jinxiang | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 26 | Li Na | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 27 | Zhang Yang | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 28 | Sun Qiyou | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 29 | Li Yu'an | 0.40 | Cash | Indirectly holding shares of | Self-owned funds |

BNBMPLC0010267

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|-----|-----------------|-------------------------------------------|-----------------------------|--------------------------------|-----------------|
|     |                 |                                           |                             | Taishan Gypsum                 |                 |
| 30  | Chen Aiguo      | 0.40                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 31  | Qiao Yutian     | 0.40                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 32  | Zhang Lili      | 0.40                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 33  | Bi Chanjuan     | 0.40                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 34  | Pei Dunhe       | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 35  | Li Kaibao       | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 36  | Zhang Yong      | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 37  | Cao Guangshun   | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 38  | Li Wenguang     | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 39  | Yang Mingdong   | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 40  | Liu Zhen        | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 41  | Chen Yuxue      | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 42  | Wu Maolin       | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 43  | Zhao Liyuan     | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 44  | Cao Minli       | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 45  | Pei Hui         | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 46  | Wang Guiwei     | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 47  | Sun Dong        | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 48  | Xie Fuyong      | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 49  | Pei Yanbo       | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 50  | Zheng Yingchun  | 0.30                                      | Cash                        | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
|     | **Total**       | **30.50**                                 |                             |                                |                 |

BNBMPLC0010268

**(9) Form and purpose of capital contribution and source of funds of partners at the time of establishment of Shunchang Investment**

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 1 | Pei Qingyong | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 2 | Zhang Min | 1.80 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 3 | Li Lihong | 1.80 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 4 | Song Weidong | 1.60 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 5 | Wu Naigang | 1.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 6 | Li Xiumin | 1.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 7 | Liu Wei | 1.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 8 | Liu Na | 1.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 9 | Chen Zhongjian | 1.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 10 | Gao Xia | 1.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 11 | Pei Junrong | 1.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 12 | Liu Saren | 1.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 13 | Li Meng | 1.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 14 | Wu Wei | 1.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 15 | Yang Dechang | 1.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 16 | Huang Yuhong | 1.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 17 | Wang Gang | 1.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 18 | Liu Qingjun | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 19 | Song Qiyou | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

BNBMPLC0010269

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 20 | Hou Yanyu | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 21 | Fu Wei | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 22 | Liu Qingbo | 0.40 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 23 | Wang Shuguang | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 24 | Chen Lei | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 25 | Liu Xiaohuan | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 26 | Yang Zisheng | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 27 | Zhou Aimin | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 28 | Zhou Ming | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 29 | Zhang Jifa | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 30 | Li Gongwei | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 31 | Su Wuxing | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 32 | Bai Zonghua | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 33 | Cai Wei | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 34 | Ren Zhengying | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 35 | Hu Cuixia | 0.20 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| **Total** | | **30.30** | | | |

BNBMPLC0010270

**(10) Form and purpose of capital contribution and source of funds of partners at the time of establishment of Fanye Investment**

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 1 | Zong Bo | 0.90 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 2 | Chen Luyang | 2.80 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 3 | Zhang Xiuqing | 2.30 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 4 | Xia Jilai | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 5 | Wang Ling | 1.00 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 6 | Song Bin | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 7 | Zhang Hong | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 8 | Cheng Weifeng | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 9 | Ma Shouhua | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 10 | Zhang Li | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 11 | Zhang Jifu | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 12 | Ji Yufeng | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 13 | Song Mei | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 14 | Ma Guangliang | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 15 | Han Xiuying | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 16 | Zhang Jiyong | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 17 | Cheng Tao | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 18 | Zhao Xiaofen | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 19 | Li Xiangrong | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

BNBMPLC0010271

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|---|---|---|---|---|---|
| 20 | Hong Tao | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 21 | Chen Hongxiang | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 22 | Qu Shutao | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 23 | Shi Aizhen | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 24 | Gao Qinli | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 25 | Gao Hong | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 26 | Chen Bin | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 27 | Hou Yuqiang | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 28 | Wang Zhiyuan | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 29 | Wang Zhongzhao | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 30 | Gao Haibin | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 31 | Ji Shoudong | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 32 | Wang Cuiping | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 33 | Gao He | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 34 | Tian Min | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 35 | Guo Hongling | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 36 | Gao Caihong | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 37 | Dong Chuanhai | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 38 | Yang Xuewen | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 39 | Lv Wei | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 40 | Zhang Jianzhen | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |

34

BNBMPLC0010272

| S/N | Name of partner | Amount of capital contribution (RMB10,000) | Form of capital contribution | Purpose of capital contribution | Source of funds |
|-----|-----------------|--------------------------------------------|------------------------------|----------------------------------|-----------------|
| 41 | Mi Shoutian | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 42 | Li Jian | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 43 | Wang Yanqing | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 44 | Gao Jianwen | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 45 | Gong Yanming | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 46 | Hou Lijuan | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 47 | Song Qizhong | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 48 | Liu  Houjun | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| 49 | Bo Xueyou | 0.50 | Cash | Indirectly holding shares of Taishan Gypsum | Self-owned funds |
| **Total** | | **30.00** | | | |

### 4. Sources of funds for 7 persons, including Jia Tongchun, to accept the transfer of the certain property shares of limited partnerships

Passed by the nine partnerships (including Changyuan Investment, Wanji Investment, Xinyi Investment, Haozhan Investment, Fanye Investment, Jinxiu Investment, Xinghe Investment, Hongchao Investment and Shunchang Investment at their respective partners' meetings on June 24, 2016, the natural person counterparties to this Transaction (including Jia Tongchun, Ren Xulian, Zhang Jianchun, Cao Zhiqiang, Zhu Tenggao, Zhang Yanxiu and Wan Guangjin) will accept the transfer of the property shares of the certain limited partners of these limited partnerships to become the new limited partners of relevant partnerships, specifically as follows:

| Transferee | Partnership | Accepted capital contribution (yuan) | % of accepted capital contribution partnership's property | Transfer price (yuan) | Source of fund |
|------------|-------------|--------------------------------------|-----------------------------------------------------------|-----------------------|----------------|
| Jia Tongchun | Changyuan Investment | 44,000.00 | 14.2857 | 2,492,600 | Borrowing |
| | Wanji Investment | 77,000.00 | 23.9130 | 4,362,050 | Borrowing |
| | Xinyi Investment | 246,000.00 | 75.0000 | 13,935,900 | Borrowing |
| | Haozhan Investment | 295,000.00 | 94.8553 | 16,711,750 | Borrowing |
| | Fanye Investment | 220,000.00 | 73.3333 | 12,463,000 | Borrowing |
| | Jinxiu Investment | 62,000.00 | 20.2614 | 3,512,300 | Borrowing |

BNBMPLC0010273

| Transferee | Partnership | Accepted capital contribution (yuan) | % of accepted capital contribution partnership's property | Transfer price (yuan) | Source of fund |
|---|---|---|---|---|---|
| | Xinghe Investment | 197,000.00 | 64.5902 | 11,160,050 | Borrowing |
| | Hongchao Investment | 87,000.00 | 27.4448 | 4,928,550 | Borrowing |
| | Shunchang Investment | 34,000.00 | 11.2211 | 1,926,100 | Borrowing |
| Ren Xulian | Jinxiu Investment | 55,000.00 | 17.9739 | 3,115,750 | Borrowing |
| Zhang Jianchun | Jinxiu Investment | 20,000.00 | 6.5359 | 1,133,000 | Borrowing |
| Cao Zhiqiang | Jinxiu Investment | 45,000.00 | 14.7059 | 2,549,250 | Borrowing |
| Zhu Tenggao | Jinxiu Investment | 40,000.00 | 13.0719 | 2,266,000 | Borrowing |
| Zhang Yanxiu | Wanji Investment | 27,000.00 | 8.3851 | 1,529,550 | Borrowing |
| Wan Guangjin | Wanji Investment | 27,000.00 | 8.3851 | 1,529,550 | Borrowing |

According to the Property Share Transfer Agreement signed by both parties, the aforesaid transferee shall pay to to the transferor amount net of the taxes withheld and the agreed taxes paid by the transferree in future due to the transfer voluntarily assumed by the transferor in lump sum while paying the transfer price to the transferor.

According to the Loan Contract signed by and between Jia Tongchun, Ren Xulian, Zhang Jianchun, Cao Zhiqiang, Zhu Tenggao, Zhang Yanxiu and Wan Guangjin and Taihe Building Materials on August 2, 2016, Taihe Building Materials provides a loan of RMB83,616,200 to Jia Tongchun, Ren Xulian, Zhang Jianchun, Cao Zhiqiang, Zhu Tenggao, Zhang Yanxiu and Wan Guangjin for the purpose of paying the above transfer amount. The loan term is one year rom the day when it arrives at of the amount of the borrower and the yearly interest rate is 4.7415%.

According to the remittance receipt and tax payment evidence provided by Taishan Gypsum, there are totally 310 limited partners from Changyuan Investment, Wanji Investment, Xinyi Investment, Haozhan Investment, Fanye Investment, Jinxiu Investment, Xinghe Investment, Hongchao Investment and Shunchang Investment have received the property share transfer money paid by Jia Tongchun, Ren Xulian, Zhang Jianchun, Cao Zhiqiang, Zhu Tenggao, Zhang Yanxiu and Wan Guangjin according to the Property Share Transfer Agreement respectively.

### (2) Supplemental disclosure

The Listed Company has disclosed the above content as supplement in "III. Shareholding Standard Conditions of Taishan Gypsum Staff Shareholding" of "Chapter V Basic Information on Transaction Objection" in the Restructuring Report.

BNBMPLC0010274

### (3) Verification opinions of agent

### 1. Opinions of the Independent Financial Adviser

After verification, the Independent Financial Adviser deems that: "The applicant has disclosed the dates on which the partnerships acquired the shares of Taishan Gypsum and the partners acquired the partnership interest as well as the way of contribution, purpose and fund source of the partner, and the contents disclose are true; the fund source of the partners invested in the limited partnerships is legitimate, and the source of the fund of some limited partnerships transferred to 7 natural persons including Jia Tongchun is legitimate."

### 2. Lawyer's Opinions

Upon inspection, the Lawyer deems that: "The applicant has disclosed the dates on which the partnerships acquired the shares of Taishan Gypsum and the partners acquired the partnership interest as well as the way of contribution, purpose and fund source of the partner, and the contents disclose are true; the fund source of the partners invested in the limited partnerships is legitimate, and the source of the fund of some limited partnerships transferred to 7 natural persons including Jia Tongchun is legitimate."

**II. Disclose the total number of counterparties after penetration calculation as supplement. If the number is larger than 200 and the partnerships acquire the equity of the Target Assets and the partners acquire the partnership interest within 6 months before the suspension of this Transaction,  disclose whether the related provisions are complied with, for example, the number of the issuance objects shall not exceed 200 in principle;   if the time points when the shares or equity is acquired are not within 6 months before the suspension, disclosure as supplement whether the related provisions in the No.4 Regulation Guidance for Non-listed Public Companies – Review Guidelines on Questions on Application for Administrative Licensing by Non-listed Limited Companies with Shareholders More Than 200.**

### (1) Reply to the above questions

### 1. Total number of the counterparties through penetration calculation

### (1) Change of investors some limited partnerships in the counterparties

To smoothly advance this Transaction, passed at the partner meeting held by 9 limited partnerships including Changyuan Investment, Wanji Investment, Xinyi Investment, Haozhan Investment, Fanye Investment, Jinxiu Investment, Xinghe Investment, Hongchao Investment and Shunchang Investment on June 24, 2016 respectively, the natural person counterparties of this Transaction Jia Tongchun, Ren Xulian, Zhang Jianchun, Cao Zhiqiang, Zhu Tenggao, Zhang Yanxiu and Wan Guangjin were assigned the property share of some limited partners of such limited partnerships and signed the Property Share Transfer Agreement. Shandong Tai'an Daizong Notary Office notarized the signing of the aforesaid Property Share Transfer Agreement. As of August 4, 2016, the industry and commerce registration procedures changed by the aforementioned partners of those 9 limited partnerships had been completed.

BNBMPLC0010275

According to the business archives changed by Changyuan Investment, Wanji Investment, Xinyi Investment, Haozhan Investment, Fanyi Investment, Jinxiu Investment, Xinghe Investment, Hongchao Investment and Shunchang Investment and the Partnership Property Share Transfer Agreement, the partners and contributions of these 9 partnerships before and after the aforesaid change are as follows:

① Changyuan Investment

| S/N | Before change | | After change | |
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| --- | --- | --- | --- | --- |
| 1 | Song Wei | 1.50 | Song Wei | 1.50 |
| 2 | Sun Gang | 1.20 | Sun Gang | 1.20 |
| 3 | Hou Chuandong | 1.20 | Hou Chuandong | 1.20 |
| 4 | Jing Mei | 1.20 | Jing Mei | 1.20 |
| 5 | Shang Kai | 1.20 | Shang Kai | 1.20 |
| 6 | Tan Zhongfu | 1.10 | Tan Zhongfu | 1.10 |
| 7 | Wang Zhenyong | 1.10 | Wang Zhenyong | 1.10 |
| 8 | Zhao Yuhong | 1.10 | Zhao Yuhong | 1.10 |
| 9 | Yan Limei | 1.10 | Yan Limei | 1.10 |
| 10 | Zhao Deping | 1.10 | Zhao Deping | 1.10 |
| 11 | Guo Feng | 1.10 | Guo Feng | 1.10 |
| 12 | Zhang Kexin | 1.10 | Zhang Kexin | 1.10 |
| 13 | Guo Liguo | 1.10 | Guo Liguo | 1.10 |
| 14 | Chen Dong | 1.10 | Chen Dong | 1.10 |
| 15 | Li Anjing | 1.10 | Li Anjing | 1.10 |
| 16 | Sun Qingguo | 1.10 | Sun Qingguo | 1.10 |
| 17 | Li Qing | 1.00 | Zhou Guangqiang | 1.00 |
| 18 | Zhou Guangqiang | 1.00 | Shi Jian | 1.00 |
| 19 | Shi Jian | 1.00 | Wang Zhenbo | 1.00 |
| 20 | Wang Zhenbo | 1.00 | Gao Xianxiao | 1.00 |
| 21 | Gao Xianxiao | 1.00 | Wang Guoshun | 1.00 |
| 22 | Wang Guoshun | 1.00 | Liu Dong | 1.00 |

BNBMPLC0010276

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 23 | Liu Dong | 1.00 | Zhou Hongxia | 1.00 |
| 24 | Zhou Hongxia | 1.00 | Zhang Yawei | 1.00 |
| 25 | Ma Chuanwei | 1.00 | Jia Tongchun | 4.40 |
| 26 | Zhang Yawei | 1.00 | - | - |
| 27 | Zhang Yuancui | 0.10 | - | - |
| 28 | Zhang Xingfeng | 0.10 | - | - |
| 29 | Song Yanhui | 0.10 | - | - |
| 30 | Li Na | 0.10 | - | - |
| 31 | Wang Jiande | 0.10 | - | - |
| 32 | Sun Jianwei | 0.10 | - | - |
| 33 | Li Yunqing | 0.10 | - | - |
| 34 | Zhang Rongmei | 0.10 | - | - |
| 35 | Shi Jun | 0.10 | - | - |
| 36 | Gao Chuanke | 0.10 | - | - |
| 37 | Zhang Youfu | 0.10 | - | - |
| 38 | Xu Fengling | 0.10 | - | - |
| 39 | Yu Wenhou | 0.10 | - | - |
| 40 | Zhao Huiming | 0.10 | - | - |
| 41 | Li Hongwei | 0.10 | - | - |
| 42 | Li Yan | 0.10 | - | - |
| 43 | Guo Yujun | 0.10 | - | - |
| 44 | Liu Chuanlin | 0.10 | - | - |
| 45 | Song Qihong | 0.10 | - | - |
| 46 | Zhou Chuanming | 0.10 | - | - |
| 47 | Yin Xunchao | 0.10 | - | - |
| 48 | Li Xia | 0.10 | - | - |
| 49 | Zhang Hongshui | 0.10 | - | - |

BNBMPLC0010277

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 50 | Yang Zhongfu | 0.10 | - | - |
| Total | | 30.80 | - | 30.80 |

② Wanji Investment

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 1 | Yin Yingdong | 1.10 | Yin Yingdong | 1.10 |
| 2 | Han Yanfeng | 1.00 | Zi Yuli | 1.00 |
| 3 | Zi Yuli | 1.00 | Li Peitian | 1.00 |
| 4 | Mi Xiaoling | 1.00 | Xue Fazhang | 1.00 |
| 5 | Li Peitian | 1.00 | Zhang Xiangpei | 1.00 |
| 6 | Xue Fazhang | 1.00 | Zhang Chunyong | 1.00 |
| 7 | Zhang Xiangpei | 1.00 | Yu Zhenquan | 1.00 |
| 8 | Sun Zhaoshan | 1.00 | Deng Lin | 1.00 |
| 9 | Bai Jianguang | 1.00 | Yang Dongyun | 1.00 |
| 10 | Zhang Chunyong | 1.00 | Gao Xingtao | 1.00 |
| 11 | Yang Xingshan | 1.00 | Wang Huanqin | 1.00 |
| 12 | Yu Zhenquan | 1.00 | Hao Qiuju | 1.00 |
| 13 | Deng Lin | 1.00 | Liu Wanjun | 1.00 |
| 14 | Ni Shujun | 1.00 | Zhang Dongmei | 1.00 |
| 15 | Yang Dongyun | 1.00 | Li Zhen | 1.00 |
| 16 | Gao Xingtao | 1.00 | Zheng Xianyun | 1.00 |
| 17 | Wang Huanqin | 1.00 | Luo Xiangfeng | 1.00 |
| 18 | Hao Qiuju | 1.00 | Wu Chengwei | 1.00 |
| 19 | Liu Wanjun | 1.00 | Xue Chengban | 1.00 |
| 20 | Zhang Dongmei | 1.00 | Jia Tongchun | 7.70 |

40

BNBMPLC0010278

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 21 | Li Zhen | 1.00 | Zhang Yanxiu | 2.70 |
| 22 | Zheng Xianyun | 1.00 | Wan Guangjin | 2.70 |
| 23 | Luo Xiangfeng | 1.00 | - | - |
| 24 | Wu Dianjin | 1.00 | - | - |
| 25 | Wu Chengwei | 1.00 | - | - |
| 26 | Xue Chengban | 1.00 | - | - |
| 27 | Li Hongfeng | 0.50 | - | - |
| 28 | Yu Cuixia | 0.50 | - | - |
| 29 | Li Peng | 0.50 | - | - |
| 30 | Sun Shanqiang | 0.50 | - | - |
| 31 | Geng Jingxiang | 0.40 | - | - |
| 32 | Huo Jun | 0.40 | - | - |
| 33 | Wang Huiliang | 0.40 | - | - |
| 34 | Li Yunquan | 0.20 | - | - |
| 35 | Li Zhaorui | 0.20 | - | - |
| 36 | Liu Renliang | 0.20 | - | - |
| 37 | Zhao Jingqi | 0.20 | - | - |
| 38 | Zhang Min | 0.20 | - | - |
| 39 | Yang Caizhong | 0.20 | - | - |
| 40 | Song Hongguo | 0.20 | - | - |
| 41 | Zhu Xiaorong | 0.20 | - | - |
| 42 | Liu Yulan | 0.20 | - | - |
| 43 | Li Qing | 0.20 | - | - |
| 44 | Liu Yongwei | 0.20 | - | - |
| 45 | Li Yan | 0.20 | - | - |
| 46 | Li Yingming | 0.10 | - | - |
| 47 | Fu Bo | 0.10 | - | - |

41

BNBMPLC0010279

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 48 | Zhang Zongjie | 0.10 | - | - |
| 49 | Yue Maohua | 0.10 | - | - |
| 50 | Fang Zhenmei | 0.10 | - | - |
| **Total** | | **32.20** | **-** | **32.20** |

③ Xinyi Investment

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 1 | Lu Baoju | 1.00 | Lu Baoju | 1.00 |
| 2 | Feng Jinhong | 2.10 | Feng Jinhong | 2.10 |
| 3 | Ren Ling | 1.00 | Ren Ling | 1.00 |
| 4 | Bai Manbo | 1.00 | Bai Manbo | 1.00 |
| 5 | Xuan Zhenjun | 1.00 | Gao Qiang | 1.00 |
| 6 | Gao Qiang | 1.00 | Li Qunling | 1.00 |
| 7 | Li Qunling | 1.00 | Jiao Fanping | 0.80 |
| 8 | Liu Ming | 0.90 | Wang Guoyong | 0.30 |
| 9 | Xu Zaijun | 0.90 | Jia Tongchun | 24.60 |
| 10 | Zhang Ping | 0.90 | - | - |
| 11 | Wang Guiting | 0.90 | - | - |
| 12 | Li Qiuzhi | 0.90 | - | - |
| 13 | Zhang Li | 0.90 | - | - |
| 14 | Wang Guoli | 0.90 | - | - |
| 15 | Zhou Yanhua | 0.90 | - | - |
| 16 | Cheng Ming | 0.90 | - | - |
| 17 | Wang Li | 0.90 | - | - |
| 18 | Liang Guangping | 0.90 | - | - |
| 19 | Sun Xingrong | 0.90 | - | - |

BNBMPLC0010280

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 20 | Li Jin | 0.90 | - | - |
| 21 | Hou Baozhen | 0.90 | - | - |
| 22 | Yu Dong | 0.90 | - | - |
| 23 | Yin Chengjian | 0.90 | - | - |
| 24 | Jiao Fangping | 0.80 | - | - |
| 25 | Shao Lidong | 0.80 | - | - |
| 26 | Guo Juan | 0.80 | - | - |
| 27 | Cheng Tongyong | 0.80 | - | - |
| 28 | Li Laiwu | 0.30 | - | - |
| 29 | Li Lei | 0.30 | - | - |
| 30 | Ma Xiuli | 0.30 | - | - |
| 31 | Wang Xubo | 0.30 | - | - |
| 32 | Wang Guoyong | 0.30 | - | - |
| 33 | Song Yu | 0.30 | - | - |
| 34 | Chen Kai | 0.30 | - | - |
| 35 | Wu Chao | 0.30 | - | - |
| 36 | Dong Kang | 0.30 | - | - |
| 37 | Jin Ming | 0.30 | - | - |
| 38 | Ai Guangdian | 0.20 | - | - |
| 39 | Cheng Liping | 0.20 | - | - |
| 40 | Li Aiqin | 0.20 | - | - |
| 41 | Yang Honghua | 0.30 | - | - |
| 42 | Zhu Shibao | 0.30 | - | - |
| 43 | Liu Hong | 0.30 | - | - |
| 44 | Xu Haiyan | 0.30 | - | - |
| 45 | Guo Baowei | 0.30 | - | - |
| 46 | Liu Jiming | 0.40 | - | - |

43

BNBMPLC0010281

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 47 | Liu Rushun | 0.40 | - | - |
| 48 | Song Lijuan | 0.40 | - | - |
| 49 | Shang Taisheng | 0.40 | - | - |
| 50 | Mi Sihai | 0.40 | - | - |
| Total | | 32.80 | - | 32.80 |

④ Haozhan Investment

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 1 | Yue Zengmin | 0.90 | Yue Zengmin | 0.90 |
| 2 | Hou Dongming | 0.80 | Xiao Wen | 0.70 |
| 3 | Zhou Ying | 0.80 | Jia Tongchun | 29.50 |
| 4 | Li Xin | 0.80 | - | - |
| 5 | Chen Aibing | 0.70 | - | - |
| 6 | Wang Yong | 0.70 | - | - |
| 7 | Shang Jun | 0.70 | - | - |
| 8 | Yang Ping | 0.70 | - | - |
| 9 | Ai Xiantao | 0.70 | - | - |
| 10 | Xiao Wen | 0.70 | - | - |
| 11 | Sun Hongxia | 0.70 | - | - |
| 12 | Sun Li | 0.70 | - | - |
| 13 | Li Guomin | 0.70 | - | - |
| 14 | Han Xiaoyun | 0.60 | - | - |
| 15 | Zhang Yun | 0.60 | - | - |
| 16 | Gao Xiuyun | 0.60 | - | - |
| 17 | Wang Feng | 0.60 | - | - |
| 18 | Sun Yupeng | 0.60 | - | - |

44

BNBMPLC0010282

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 19 | Li Peiyu | 0.60 | - | - |
| 20 | Qiu Guiju | 0.60 | - | - |
| 21 | Zhang Yu | 0.60 | - | - |
| 22 | Wang Zhongxing | 0.60 | - | - |
| 23 | Zhang Rongyong | 0.60 | - | - |
| 24 | Li Guangyuan | 0.60 | - | - |
| 25 | Zhou Changdian | 0.60 | - | - |
| 26 | Zhao Bingzhong | 0.60 | - | - |
| 27 | Zhu Yuanhua | 0.60 | - | - |
| 28 | Yang Jiyuan | 0.60 | - | - |
| 29 | Zhao Peng | 0.60 | - | - |
| 30 | Wu Chunzhu | 0.60 | - | - |
| 31 | Zhang Qun | 0.60 | - | - |
| 32 | Li Yanzhong | 0.60 | - | - |
| 33 | Yang Wenyong | 0.60 | - | - |
| 34 | Wei Qingxiang | 0.60 | - | - |
| 35 | Song Jinrong | 0.60 | - | - |
| 36 | Li Canling | 0.60 | - | - |
| 37 | Li Faqi | 0.60 | - | - |
| 38 | Zang Chuanli | 0.60 | - | - |
| 39 | Li Zhengwen | 0.60 | - | - |
| 40 | Li Xingjian | 0.60 | - | - |
| 41 | Li Dongbao | 0.60 | - | - |
| 42 | Wang Baoyong | 0.60 | - | - |
| 43 | Tian Tian | 0.60 | - | - |
| 44 | Qi Guihua | 0.50 | - | - |
| 45 | Sun Ping | 0.50 | - | - |

45

| S/N | Before change | | After change | |
| --- | --- | --- | --- | --- |
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 46 | Xiao Fengling | 0.50 | - | - |
| 47 | Hou Zhiyong | 0.50 | - | - |
| 48 | Zhang Weijian | 0.50 | - | - |
| 49 | Wang Li | 0.50 | - | - |
| 50 | Li Qiang | 0.50 | - | - |
| Total | | 31.10 | - | 31.10 |

⑤ Fanye Investment

| S/N | Before change | | After change | |
| --- | --- | --- | --- | --- |
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 1 | Zong Bo | 0.90 | Zong Bo | 0.90 |
| 2 | Chen Luyang | 2.80 | Chen Luyang | 2.80 |
| 3 | Zhang Xiuqing | 2.30 | Zhang Xiuqing | 2.30 |
| 4 | Xia Jilai | 1.00 | Xia Jilai | 1.00 |
| 5 | Wang Ling | 1.00 | Wang Ling | 1.00 |
| 6 | Song Bin | 0.50 | Jia Tongchun | 22.00 |
| 7 | Zhang Hong | 0.50 | - | - |
| 8 | Cheng Weifeng | 0.50 | - | - |
| 9 | Ma Shouhua | 0.50 | - | - |
| 10 | Ma Li | 0.50 | - | - |
| 11 | Zhang Jifu | 0.50 | - | - |
| 12 | Jiao Yufeng | 0.50 | - | - |
| 13 | Song Mei | 0.50 | - | - |
| 14 | Ma Guangliang | 0.50 | - | - |
| 15 | Han Xiuying | 0.50 | - | - |
| 16 | Zhang Jiyong | 0.50 | - | - |
| 17 | Cheng Tao | 0.50 | - | - |

46

BNBMPLC0010284

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 18 | Zhao Xiaofen | 0.50 | - | - |
| 19 | Li Xiangrong | 0.50 | - | - |
| 20 | Hong Tao | 0.50 | - | - |
| 21 | Chen Hongxiang | 0.50 | - | - |
| 22 | Qu Shutao | 0.50 | - | - |
| 23 | Shi Aizhen | 0.50 | - | - |
| 24 | Gao Qinli | 0.50 | - | - |
| 25 | Gao Hong | 0.50 | - | - |
| 26 | Chen Bin | 0.50 | - | - |
| 27 | Hou Yuqiang | 0.50 | - | - |
| 28 | Wang Zhiyuan | 0.50 | - | - |
| 29 | Wang Zhongzhao | 0.50 | - | - |
| 30 | Gao Haibin | 0.50 | - | - |
| 31 | Ji Shoudong | 0.50 | - | - |
| 32 | Wang Cuiping | 0.50 | - | - |
| 33 | Gao He | 0.50 | - | - |
| 34 | Tian Min | 0.50 | - | - |
| 35 | Guo Hongling | 0.50 | - | - |
| 36 | Gao Caihong | 0.50 | - | - |
| 37 | Dong Chuanhai | 0.50 | - | - |
| 38 | Yang Xuewen | 0.50 | - | - |
| 39 | Lv Wei | 0.50 | - | - |
| 40 | Zhang Jianzhen | 0.50 | - | - |
| 41 | Mi Shoutian | 0.50 | - | - |
| 42 | Li Jian | 0.50 | - | - |
| 43 | Wang Yanqing | 0.50 | - | - |
| 44 | Gao Jianwen | 0.50 | - | - |

47

BNBMPLC0010285

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 45 | Gong Yanming | 0.50 | - | - |
| 46 | Hou Lijuan | 0.50 | - | - |
| 47 | Song Qizhong | 0.50 | - | - |
| 48 | Liu   Houjun | 0.50 | - | - |
| 49 | Bo Xueyou | 0.50 | - | - |
| Total | | 30.00 | - | 30.00 |

⑥Jinxiu Investment

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 1 | Peng Shiliang | 0.80 | Peng Shiliang | 0.80 |
| 2 | Ai Lijie | 1.20 | Ai Lijie | 1.20 |
| 3 | Liu Yuanying | 1.20 | Liu Yuanying | 1.20 |
| 4 | Yang Shengjun | 1.20 | Yang Shengjun | 1.20 |
| 5 | Wang Zhenmao | 1.00 | Wang Zhenmao | 1.00 |
| 6 | Ji Weidong | 1.00 | Ji Weidong | 1.00 |
| 7 | Wang Yejing | 1.00 | Wang Yejing | 1.00 |
| 8 | Li Weiwei | 1.00 | Zhang Xi'an | 1.00 |
| 9 | Chen Shijun | 1.00 | Jia Tongchun | 6.20 |
| 10 | Yan Wenhong | 1.00 | Ren Xulian | 5.50 |
| 11 | Zhang Xi'an | 1.00 | Cao Zhiqiang | 4.50 |
| 12 | Zhang Zhu | 0.50 | Zhu Tenggao | 4.00 |
| 13 | Wu Fuhong | 0.50 | Zhang Jianchun | 2.00 |
| 14 | Liu Qingtai | 0.50 | - | - |
| 15 | Hou Yudong | 0.50 | - | - |
| 16 | Li Haiquan | 0.50 | - | - |
| 17 | Bai Chuntai | 0.50 | - | - |

48

BNBMPLC0010286

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 18 | Fang Jixiang | 0.50 | - | - |
| 19 | Jia Fafu | 0.50 | - | - |
| 20 | Li Yong | 0.50 | - | - |
| 21 | Zhang Meifeng | 0.50 | - | - |
| 22 | Li Jun | 0.50 | - | - |
| 23 | Wang Guangwu | 0.50 | - | - |
| 24 | Li Shitao | 0.50 | - | - |
| 25 | Li Daoliang | 0.50 | - | - |
| 26 | Li Dongmei | 0.50 | - | - |
| 27 | Su Liying | 0.50 | - | - |
| 28 | Chen Yunhai | 0.50 | - | - |
| 29 | Hu Bin | 0.50 | - | - |
| 30 | Zhao Wen | 0.50 | - | - |
| 31 | Yan Daiqiu | 0.50 | - | - |
| 32 | Xie junchao | 0.50 | - | - |
| 33 | Liang Guangmei | 0.50 | - | - |
| 34 | Li Xinmin | 0.50 | - | - |
| 35 | Yan Qiang | 0.50 | - | - |
| 36 | Li Rongsheng | 0.50 | - | - |
| 37 | Yan Yunli | 0.50 | - | - |
| 38 | Wang Xiaofeng | 0.50 | - | - |
| 39 | Wang Peng | 0.50 | - | - |
| 40 | Yang Xiaoyan | 0.50 | - | - |
| 41 | Wu Feng | 0.50 | - | - |
| 42 | Zhang Wei | 0.50 | - | - |
| 43 | Wu Lei | 0.50 | - | - |
| 44 | Li Xiuping | 0.50 | - | - |

BNBMPLC0010287

| S/N | Before change | | After change | |
| --- | --- | --- | --- | --- |
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 45 | Zhang Limei | 0.50 | - | - |
| 46 | Shi Wei | 0.50 | - | - |
| 47 | Xu Huanyun | 0.50 | - | - |
| 48 | Wang Juan | 0.40 | - | - |
| 49 | Li Yijun | 0.40 | - | - |
| 50 | Wang Fang | 0.40 | - | - |
| Total | | 30.60 | - | 30.60 |

⑦ Xinghe Investment

| S/N | Before change | | After change | |
| --- | --- | --- | --- | --- |
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 1 | Zhu Cuiai | 0.80 | Zhu Cuiai | 0.80 |
| 2 | Li Yunzhong | 2.00 | Li Yunzhong | 2.00 |
| 3 | Meng Xianzhen | 1.00 | Jia Guangjiao | 1.00 |
| 4 | Jia Guangjiao | 1.00 | Gao Yanqiu | 1.00 |
| 5 | Gao Yanqiu | 1.00 | Wang Duncheng | 1.00 |
| 6 | Wang Baozhen | 1.00 | Zhou Chengmei | 1.00 |
| 7 | Jiang Xiangdi | 1.00 | Zhou Chengmei | 1.00 |
| 8 | Wang Duncheng | 1.00 | Li Jing | 1.00 |
| 9 | Wei Xia | 1.00 | Sun Yongan | 1.00 |
| 10 | Wang Yong | 1.00 | Zhao Bingsheng | 1.00 |
| 11 | Xue Qin | 1.00 | Jia Tongchun | 19.70 |
| 12 | Zhou Chengmei | 1.00 | - | - |
| 13 | Zhou Chengmei | 1.00 | - | - |
| 14 | Cheng Na | 1.00 | - | - |
| 15 | Li Jing | 1.00 | - | - |
| 16 | Ren Honglei | 1.00 | - | - |

50

BNBMPLC0010288

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 17 | Sun Yongan | 1.00 | - | - |
| 18 | Dang Zhaofang | 1.00 | - | - |
| 19 | Zhao Bingsheng | 1.00 | - | - |
| 20 | Liu Jing | 0.40 | - | - |
| 21 | Wang Qingyang | 0.40 | - | - |
| 22 | Wu Guoliang | 0.40 | - | - |
| 23 | Zheng Xianqun | 0.40 | - | - |
| 24 | Fang Lixin | 0.40 | - | - |
| 25 | He Jinxiang | 0.40 | - | - |
| 26 | Li Na | 0.40 | - | - |
| 27 | Zhang Yang | 0.40 | - | - |
| 28 | Sun Qiyou | 0.40 | - | - |
| 29 | Li Yu'an | 0.40 | - | - |
| 30 | Chen Aiguo | 0.40 | - | - |
| 31 | Qiao Yutian | 0.40 | - | - |
| 32 | Zhang Lili | 0.40 | - | - |
| 33 | Bi Chanjuan | 0.40 | - | - |
| 34 | Pei Dunhe | 0.30 | - | - |
| 35 | Li Kaibao | 0.30 | - | - |
| 36 | Zhang Yong | 0.30 | - | - |
| 37 | Cao Guangshun | 0.30 | - | - |
| 38 | Li Wenguang | 0.30 | - | - |
| 39 | Yang Mingdong | 0.30 | - | - |
| 40 | Liu Zhen | 0.30 | - | - |
| 41 | Chen Yuxue | 0.30 | - | - |
| 42 | Wu Maolin | 0.30 | - | - |
| 43 | Zhao Liyuan | 0.30 | - | - |

BNBMPLC0010289

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 44 | Cao Minli | 0.30 | - | - |
| 45 | Pei Hui | 0.30 | - | - |
| 46 | Wang Guiwei | 0.30 | - | - |
| 47 | Sun Dong | 0.30 | - | - |
| 48 | Xie Fuyong | 0.30 | - | - |
| 49 | Pei Yanbo | 0.30 | - | - |
| 50 | Zheng Yingchun | 0.30 | - | - |
| Total | | 30.50 | - | 30.50 |

⑧Hongchao Investment

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 1 | Yang Pufeng | 0.50 | Yang Pufeng | 0.50 |
| 2 | Zhou Chuanxiang | 3.80 | Zhou Chuanxiang | 3.80 |
| 3 | Wu Xiuzhen | 3.50 | Wu Xiuzhen | 3.50 |
| 4 | Li Guifeng | 1.80 | Li Guifeng | 1.80 |
| 5 | Zhu Mingju | 1.70 | Zhu Mingju | 1.70 |
| 6 | Liu Xuequan | 1.70 | Liu Xuequan | 1.70 |
| 7 | Peng Ling | 1.00 | Peng Ling | 1.00 |
| 8 | Ren Chongjun | 1.00 | Ren Chongjun | 1.00 |
| 9 | Zhu Fangxia | 1.00 | Zhu Fangxia | 1.00 |
| 10 | Chen Ronghui | 1.00 | Chen Ronghui | 1.00 |
| 11 | Zheng Xianliang | 1.00 | Dong Zejian | 1.00 |
| 12 | Dong Zejian | 1.00 | Xue Fadong | 1.00 |
| 13 | Zhang Fusheng | 1.00 | Hou Lihan | 1.00 |
| 14 | Xue Fadong | 1.00 | Wang Shuju | 1.00 |
| 15 | Hou Lihan | 1.00 | Deng Qingzheng | 1.00 |

52

BNBMPLC0010290

| S/N | Before change | | After change | |
| --- | --- | --- | --- | --- |
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 16 | Wang Shuju | 1.00 | Liu Xuewei | 1.00 |
| 17 | Wang Guiping | 1.00 | Jia Tongchun | 8.70 |
| 18 | Wang Haiyan | 1.00 | - | - |
| 19 | Deng Qingzheng | 1.00 | - | - |
| 20 | Liu Xuewei | 1.00 | - | - |
| 21 | Zheng Yunying | 1.00 | - | - |
| 22 | Jiao Wenbo | 0.50 | - | - |
| 23 | Zhou Xin | 0.20 | - | - |
| 24 | Zhang Yuanbin | 0.20 | - | - |
| 25 | Gao Jiayong | 0.20 | - | - |
| 26 | Hou Jianhua | 0.20 | - | - |
| 27 | Yang Li | 0.20 | - | - |
| 28 | Pei Feiyan | 0.20 | - | - |
| 29 | Yang Guangli | 0.20 | - | - |
| 30 | Wang Lijuan | 0.20 | - | - |
| 31 | Sun Zhaoqin | 0.20 | - | - |
| 32 | Yu Hua | 0.20 | - | - |
| 33 | Jiang Bo | 0.20 | - | - |
| 34 | Yan Haixia | 0.20 | - | - |
| 35 | Fang Jibing | 0.20 | - | - |
| 36 | Li Hongqiu | 0.20 | - | - |
| 37 | Yang Fulai | 0.20 | - | - |
| 38 | Wang Hong | 0.20 | - | - |
| Total | | 31.70 | - | 31.70 |

53

BNBMPLC0010291

⑨ Shunchang Investment

| S/N | Before change | | After change | |
|---|---|---|---|---|
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
| 1 | Pei Qingyong | 0.50 | Pei Qingyong | 0.50 |
| 2 | Zhang Min | 1.80 | Zhang Min | 1.80 |
| 3 | Li Lihong | 1.80 | Li Lihong | 1.80 |
| 4 | Song Weidong | 1.60 | Song Weidong | 1.60 |
| 5 | Wu Naigang | 1.50 | Wu Naigang | 1.50 |
| 6 | Li Xiumin | 1.50 | Li Xiumin | 1.50 |
| 7 | Liu Wei | 1.50 | Liu Wei | 1.50 |
| 8 | Liu Na | 1.50 | Liu Na | 1.50 |
| 9 | Chen Zhongjian | 1.50 | Chen Zhongjian | 1.50 |
| 10 | Gao Xia | 1.40 | Gao Xia | 1.40 |
| 11 | Pei Junrong | 1.40 | Pei Junrong | 1.40 |
| 12 | Liu Saren | 1.40 | Liu Saren | 1.40 |
| 13 | Li Meng | 1.40 | Li Meng | 1.40 |
| 14 | Wu Wei | 1.30 | Wu Wei | 1.30 |
| 15 | Yang Dechang | 1.30 | Yang Dechang | 1.30 |
| 16 | Huang Yuhong | 1.30 | Huang Yuhong | 1.30 |
| 17 | Wang Gang | 1.20 | Wang Gang | 1.20 |
| 18 | Liu Qingjun | 1.00 | Liu Qingjun | 1.00 |
| 19 | Song Qiyou | 1.00 | Song Qiyou | 1.00 |
| 20 | Hou Yanyu | 1.00 | Hou Yanyu | 1.00 |
| 21 | Fu Wei | 0.40 | Jia Tongchun | 3.40 |
| 22 | Liu Qingbo | 0.40 | - | - |
| 23 | Wang Shuguang | 0.20 | - | - |
| 24 | Chen Lei | 0.20 | - | - |
| 25 | Liu Xiaohuan | 0.20 | - | - |
| 26 | Yang Zisheng | 0.20 | - | - |

BNBMPLC0010292

| S/N | Before change | | After change | |
| | Partner | Capital contribution (RMB10,000) | Partner | Capital contribution (RMB10,000) |
|---|---|---|---|---|
| 27 | Zhou Aimin | 0.20 | - | - |
| 28 | Zhou Ming | 0.20 | - | - |
| 29 | Zhang Jifa | 0.20 | - | - |
| 30 | Li Gongwei | 0.20 | - | - |
| 31 | Su Wuxing | 0.20 | - | - |
| 32 | Bai Zonghua | 0.20 | - | - |
| 33 | Cai Wei | 0.20 | - | - |
| 34 | Ren Zhengying | 0.20 | - | - |
| 35 | Hu Cuixia | 0.20 | - | - |
| **Total** | | **30.30** | **-** | **30.30** |

According to the Partnership Property Share Transfer Agreement signed by and between Jia Tongchun, Ren Xulian, Zhang Jianchun, Cao Zhiqiang, Zhu Tenggao, Zhang Yanxiu and Wan Guangjin with the limited partners of the partnerships respectively, the contribution share transfer price of the limited partnerships is determined as RMB56.65 per contribution share of RMB1.00 by reference to the price of this Transaction. According to the aforementioned bank payment voucher provided by the natural person, as of August 10, 2016, the contribution share transfer prices of Changyuan Investment, Wanji Investment, Xinyi Investment, Haozhan Investment, Fanye Investment, Jinxiu Investment, Xinghe Investment, Hongchao Investment and Shunchang Investment had been paid off as agreed.

According to the Tax Payment Evidence provided by Changyuan Investment, Wanji Investment, Xinyi Investment, Haozhan Investment, Fanye Investment, Jinxiu Inestment, Xinghe Investment, Hongchao Investment and Shunchang Investment, the tax payment formalities of contribution shares transferred by related partners of these 9 partnerships have been completed.

**(2) Approval of the issuer and Taishan Gypsum on the aforementioned change of partner of limited partnership**

Taishan Gypsum held the 2nd 2016 Extraordinary Meeting of Shareholders on August 8, 2016, at which the Proposal on Adjustment of Contributor of Some Counterparties in the Company's Purchasing Assets Through Share Issuance & the Related Transaction Plan was adopted, the change of partners in Changyuan Investment, Wanji Investment, Xinyi Investment, Haozhan Investment, Fanye Investment, Jinxiu Investment, Xinghe Investment, Hongchao Investment and Shunchang Investment was approved. It was confirmed that the change did not involve changes of the counterparties, transaction subject and transaction price, nor did it constitue a major adjustment of the orginal plan of this Transaction. It was

55

also confirmed that the total number of the counterparties after the penetration calculation was 194, which complied with the provision that the number of issuance objects should not exceed 200 in principle.

The issuer held 3rd Extraordinary Meeting of the 6th Board of Directors on July 27, 2016 and the 3rd Extraordinary Meeting of Shareholders on August 12, 2016, at which the Proposal on Adjustment of Contributor of Some Counterparties in the Company's Purchasing Assets Through Share Issuance & the Related Transaction Plan was adopted, the change of partners in Changyuan Investment, Wanji Investment, Xinyi Investment, Haozhan   Investment, Fanye Investment, Jinxiu Investment, Xinghe Investment, Hongchao Investment and Shunchang Investment was approved. It was confirmed that the change did not involve changes of the counterparties, transaction subject and transaction price, nor did it constitue a major adjustment of the orginal plan of this Transaction. It was also confirmed that the total number of the counterparties after the penetration calculation was 194, which complied with the provision that the number of issuance objects should not exceed 200 in principle.

### (3) Number of counterparties penetrated to the legal person or natural person who makes contribution

After the foresaid change is completed, as of the day when this Feedback Reply is made and signed, the number of the counterparties to this Transaction penetrated to the legal person or natural person (i.e. natural person or the management subject of state-owned assets) of final contribution is as follows:

| S/N | Counterparty | Number of investors after pass-through calculation | Remarks |
|---|---|---|---|
| 1 | Guotai Minan Investment | 1 | Taian Taishan Investment Co., Ltd. holds the 100% equity of Guotai Minan Investment and is a wholly state-owned company whose 100% equity is held by Taian Bureau of Finance and to which Taian State-owned Assets Supervision and Administration Authority performs the duty of capital contribution. |
| 2 | Jia Tongchun | 1 | 1 natural person |
| 3 | Ren Xulian | 1 | 1 natural person |
| 4 | Xue Yuli | 1 | 1 natural person |
| 5 | Cao Zhiqiang | 1 | 1 natural person |
| 6 | Zhu Tenggao | 1 | 1 natural person |
| 7 | Lv Wenyang | 1 | 1 natural person |
| 8 | Zhang Yanxiu | 1 | 1 natural person |
| 9 | Wan Guangjin | 1 | 1 natural person |
| 10 | Ren Xue | 1 | 1 natural person |

BNBMPLC0010294

| S/N | Counterparty | Number of investors after pass-through calculation | Remarks |
|---|---|---|---|
| 11 | Mi Weimin | 1 | 1 natural person |
| 12 | Zhang Jianchun | 1 | 1 natural person |
| 13 | Zhu Jinghua | 1 | 1 natural person |
| 14 | Li Zuoyi | 1 | 1 natural person |
| 15 | Yang Zhengbo | 1 | 1 natural person |
| 16 | Qian Kai | 1 | 1 natural person |
| 17 | Fu Tinghuan | 1 | 1 natural person |
| 18 | Meng Zhaoyuan | 1 | 1 natural person |
| 19 | Qin Qingwen | 1 | 1 natural person |
| 20 | Hao Kuiyan | 1 | 1 natural person |
| 21 | Duan Zhentao | 1 | 1 natural person |
| 22 | Meng Fanrong | 1 | 1 natural person |
| 23 | Bi Zhong | 1 | 1 natural person |
| 24 | Kang Zhiguo | 1 | 1 natural person |
| 25 | Wang Lifeng | 1 | 1 natural person |
| 26 | Yue Rongliang | 1 | 1 natural person |
| 27 | Huang Rongquan | 1 | 1 natural person |
| 28 | Yuan Chuanqiu | 1 | 1 natural person |
| 29 | Xu Fuyin | 1 | 1 natural person |
| 30 | Zhang Guangmiao | 1 | 1 natural person |
| 31 | Xu Guogang | 1 | 1 natural person |
| 32 | Chen Xinyang | 1 | 1 natural person |
| 33 | Li Xiuhua | 1 | 1 natural person |
| 34 | Liu Mei | 1 | 1 natural person |
| 35 | Zhang Jijun | 1 | 1 natural person |
| 36 | Fang Donghua | 1 | 1 natural person |
| 37 | Heda Investment | 46 | 46 natural persons |

57

BNBMPLC0010295

| S/N | Counterparty | Number of investors after pass-through calculation | Remarks |
|---|---|---|---|
| 38 | Xinyi Investment | 9 | 9 natural persons |
| 39 | Wanji Investment | 22 | 22 natural persons |
| 40 | Hongchao Investment | 17 | 17 natural persons |
| 41 | Haozhan Investment | 3 | 3 natural persons |
| 42 | Changyuan Investment | 25 | 25 natural persons |
| 43 | Jinxiu Investment | 13 | 13 natural persons |
| 44 | Xinghe Investment | 11 | 11 natural persons |
| 45 | Shunchang Investment | 21 | 21 natural persons |
| 46 | Fanye Investment | 6 | 6 natural persons |
| **Total** | | **194** | Excluding the repeated calculation of Jia Tongchun, Ren Xulian, Zhang Jianchun, Cao Zhiqiang, Zhu Tenggao, Zhang Yanxiu, Wan Guangjin |

### (2) Supplemental disclosure

The Listed Company has disclosed the above content as supplement in "III. Shareholding Standard Conditions of Taishan Gypsum Staff Shareholding" of "Chapter V Basic Information on Transaction Objection" in the Restructuring Report.

### (3) Verification opinions of agent

### 1. Opinions of Independent Financial Adviser

After verification, the Independent Financial Adviser deems that: "The aforesaid change is adjustment of the property share of the limited partners inside the 9 limited partnerships, Changyuan Investment, Wanji Investment, Xinyi Investment, Haozhan Investment, Fanye Investment, Jinxiu Investment, Xinghe Investment, Hongchao Investment and Shunchang Investment, and the newly-added limited partners are all the counterparties to this Transaction and there are no newly-added counterparties; the aforesaid adjustment has been passed at the Shareholders' Meeting of the issuer through resolution, not involving changes of the counterparties, transaction subject and transaction price of this Transaction. In addition, after penetration of the aforesaid adjustment of the property share of the limited partners accounts for 2.70% of the amount of this Transaction, which is less than 20% and cannot constitute a major adjustment of the original plan of this Transaction; after the aforesaid adjustment is completed, after the penetration calculation the total number of the counterparties is 194, which comply with the provision that the

58

number of issuance objects should not exceed 200 in principle."

## 2. Lawyer's Opinions

After verification, the Lawyer deems that: "The aforesaid change is adjustment of the property share of the limited partners inside the 9 limited partnerships, Changyuan Investment, Wanji Investment, Xinyi Investment, Haozhan Investment, Fanye Investment, Jinxiu Investment, Xinghe Investment, Hongchao Investment and Shunchang Investment, and the newly-added limited partners are all the counterparties to this Transaction and there are no newly-added counterparties; the aforesaid adjustment has been passed at the Shareholders' Meeting of the issuer through resolution, not involving changes of the counterparties, transaction subject and transaction price of this Transaction. In addition, after penetration of the aforesaid adjustment of the property share of the limited partners accounts for 2.70% of the amount of this Transaction, which is less than 20% and cannot constitute a major adjustment of the original plan of this Transaction; after the aforesaid adjustment is completed, after the penetration calculation the total number of the counterparties is 194, which comply with the provision that the number of issuance objects should not exceed 200 in principle."

## III. Disclose as supplement the actual controller of the above limited partnerships and whether the counterparties have private investment funds

### (1) Reply to the above questions

### 1. Actual controller of the above limited partnership

(1) According to archives of 10 limited partnerships including Heda Investment, Xinyi Investment, Wanji Investment, Hongchao Investment, Haozhan Investment, Changyuan Investment, Jinxiu Investment, Xinghe Investment, Shunchang Investment and Fanye Investment, before July 22, 2016, the executive partners of such limited partnerships are their actual controllers:

| No. | Name of partnership | Actual controller |
|-----|---------------------|-------------------|
| 1 | Heda Investment | Li Jing |
| 2 | Xinyi Investment | Lu Baoju |
| 3 | Wanji Investment | Yi Yingdong |
| 4 | Hongchao Investment | Yang Pufeng |
| 5 | Haozhan Investment | Yue Zengmin |
| 6 | Changyuan Investment | Song Wei |
| 7 | Jinxiu Investment | Peng Shiliang |
| 8 | Xinghe Investment | Zhu Cui'ai |

59

| No. | Name of partnership | Actual controller |
|-----|---------------------|-------------------|
| 9 | Shunchang Investment | Pei Qingyong |
| 10 | Fanye Investment | Zong Bo |

(2) On July 22, 2016, the 10 limited partnerships including Heda Investment, Xinyi Investment, Wanji Investment, Hongchao Investment, Haozhan Investment, Changyuan Investment, Jinxiu Investment, Xinghe Investment, Shunchang Investment and Fanye Investment signed the Persons Acting in Concert Agreement with 35 natural persons including Jia Tongchun, and the main contents of the Agreement are as follows:

"①After this Transaction is completed, the parties to this Agreement shall take concerted actions while handling the matters that are about the operation and development of BNBMMPLC and subject to the resolutions of the Shareholders' Meeting of BNBMPLC according to laws and regulations including the Company Law and the Articles of Association of BNBMPLC since they are registered as shareholders of BNBMPLC. "

② Way of taking concerted actions includes: act in   concert while exercising the right of proposal to the Shareholders' Meeting and the right of voting at related Shareholders' Meetings with respect to major matters of the operation and development of BNBMPLC.

③ Within the validity period, before any party intends to make a proposal on the major matters of the operation and development of BNBMPLC to the Shareholders' Meeting or exercise the right of voting on matters such as the Shareholders' Meeting, the persons acting in concert shall coordinate the related proposals or the voting matters inside until a consensus is reached; if unified opinions cannot be reached among the parties, the opinions of Jia Tongchun shall serve as the consensus of the parties to vote or exercise the related shareholders' rights.

④ The parties to the Agreement agreed that Jia Tongchun is responsible for preparing the information disclosure documents in the acquirement and related relevant equity change activities of BNBMPLC and performing the obligation of information disclosure according to law as a representative jointly appointed by the parties, and agreed to authorize Jia Tongchun to sign and stamp on the information disclosure documents. The parties to the Agreement shall assume liability for the information on themselves involved in the information disclosure documents; for the information on the related parties to the Agreement involved in the information disclosure documents, the related parties to the Agreement shall assume joint and several liability for the related part.

⑤For the purpose of the Agreement Jia Tongchun and 10 limited partnerships including Heda Investment unanimously that as of the day when the Agreement comes into force, 10 limited partnerships including Heda Investment confirmed that Jia Tongchun served as the actual controller, and the following matters of 10 limited partnerships including Heda Investment (excepting for the disposal of property share by the partners) should be handled according to the opinions of Jia Tongchun, including but not limited to: decision-making, management and disposal of the partnership's equity investment projects; handling and settlement of various disputes and controversies involved by the partnership; external guarantee and loan of the partnership; addition of new partners;   capital increase,

BNBMPLC0010298

liquidation and dissolution of the partnership.

⑥The parties agree that neither party shall enter into the concerted action relationship with other shareholders of BNBMPLC without the written consent of other parties.

⑦The Agreement shall be valid from the day when the Agreement is signed until the day when the parties to the Agreement do not hold the shares of BNBMPLC. After the Agreement comes into force, neither party shall unilaterally terminate the Agreement except as the parties agree unanimously. "

(3) Ten limited partnerships including Heda Investment and thirty-five natural persons including Jia Tongchun confirmed the concerted action relationship by signing the Concerted Action Agreement, and Jia Tongchun became the acutal controller of the limited partnerships.

### 2. Whether the counterparties have private investment funds

According to the business archives and statements of Guotai Minan Investment and 10 limited partnerships including Heda Investment, Xinyi Investment, Wanji Investment, Hongchao Investment, Haozhan Investment, Changyuan Investment, Jinxiu Investment, Xinghe Investment, Shunchang Investment and Fanye Investment, Guotai Minan Investment is a one-person limited liability company which 10 limited partnerships including Heda Investment, Xinyi Investment, Wanji Investment, Hongchao Investment, Haozhan Investment, Changyuan Investment, Jinxiu Investment, Xinghe Investment, Shunchang Investment and Fanye Investment are all employee share ownership platforms of Taishan Gypsum without non-publicly-raise funds. Therefore, the counterparties to this Transaction are all not privately-raised funds specified in the Supervision and Management of Private Investment Funds and don't need to handle the filing formalities according to the provisions of the Interim Measures for Supervision and Management of Private Investment Funds.

### (2) Supplemental disclosure

The Listed Company has disclosed as supplement the above content in "I. General Conditions of the Counterparties" and "Four. Relationship between the Counterparties and the Listed Company" of "Chapter IV Basic Information on Counterparties" of the Restructuring Report.

### (3) Verification opinions of agent

### 1. Opinions of the Independent Financial Adviser

After verification, the Independent Financial Adviser deems that: "The Persons Acting in Concert Agreement is the true meaning of the parties and it is legitimate and effective; by the day when the Verification Opinions are signed, 10 limited partnerships including Heda Investment and 35 natural persons including Jia Tongchun have confirmed their concerted action relationship in this Transaction by signing the Persons Acting in Concert Agreement; from the day when the Persons Acting in Concert Agreement becomes effective, Jia Tongchun becomes the actual controller of 10 limited partnerships including Heda Investment. The counterparties to this Transaction have no private investment funds."

BNBMPLC0010299

### 2. Lawyer's Opinions

After verification, the Lawyer deems that: "The Persons Acting in Concert Agreement is the true meaning of the parties and it is legitimate and effective; by the day when the Verification Opinions are signed, 10 limited partnerships including Heda Investment and 35 natural persons including Jia Tongchun have confirmed their concerted action relationship in this Transaction by signing the Persons Acting in Concert Agreement; from the day when the Persons Acting in Concert Agreement becomes effective, Jia Tongchun becomes the actual controller of 10 limited partnerships including Heda Investment. The counterparties to this Transaction have no private investment funds."

BNBMPLC0010300

**QUESTION 2: As shown on the application materials, the counterparty Jia Tongchun is the controlling shareholder of Taihe Building Materials, and some counterparties or their relatives work for or hold shares in Taihe Building Materials and Taishi Rock Wool; the business scope of Taihe Building Materials overlaps with that of Taishan Gypsum, the major counterparties agree and undertake that, within 1 month upon completion of this Transaction, Taihe Building Materials will change its name according to the requirements of BNBMPLC, and will transfer the brands, trademarks, trade names and intellectual property rights related to "Taihe", gypsum board and stud to Taishan Gypsum or an affiliated company designated by Taishan Gypsum or BNBMPLC without compensation, as specifically required by BNBMPLC at that time. You are expected to: 1) based on the information about the posts or shares held by the foregoing counterparties or information about the partners of counterparties, make supplemental disclosure of the proof that there is no affiliation or concerted action relationship between the counterparties to this Transaction, and additionally disclose the relationship between the counterparties and the controlling shareholder of the Listed Company.2) Make supplemental disclosure of the foregoing promisors, of whether the enterprises served or controlled by the counterparties have competitive business with Taishan Gypsum, and whether the foregoing counterparties violate non-competition rules by working for or holding shares in Taihe Building Materials and other relevant enterprises.3) make supplemental disclosure of the subjects to which the foregoing intellectual property rights in Taihe and relevant gypsum board and stud brands, trademarks and trade names belong during the reporting period, how important they are to the production and operation of Taishan Gypsum, relevant arrangements for gratuitous transfer, whether there is any legal risk or economic dispute risk, the effect of the foregoing matters on this Transaction and on the Listed Company following completion of this Transaction, and whether this Transaction meets Article 11(IV) and Article 43.1(IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies regarding clear ownership of assets. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**ANSWER:**

I. Disclose the basis of the nonexistence of associated relationship or concerted action relationship between the counterparties to this Transaction in combination with the concurrent office holding or shareholding of the above counterparties or the partners of the counterparties, and disclose the relationship between the counterparties and the controlling shareholders of the Listed Company

**(1) The associated relationship and concerted action relationship between the counterparties to this Transaction**

**1. The concerted action relationship between the natural person counterparties and the limited partnerships**

**(i) Definition of the concerted action relationship in the Acquisition Management Measures for Listed Companies**

As specified in Paragraph 1 of Article 83 of the Acquisition Management Measures for Listed Companies: "The so-called concerted actions referred to in these Measures mean

63

BNBMPLC0010301

investors' acts or facts of making every effort to increase the number of the share voting rights in listed companies under their domination jointly with other investor through agreements or other arrangements."

As Paragraph 2 stipulates:" Investors having concerted actions in the acquisition and related equity change activities of the listed companies are mutual persons acting in concert. If there is no evidence to the contrary, investors in any of the following circumstances are persons acting in concerted action: (a) there is equity control relationship between investors; (b) investors are controlled by the same subject; (c) directors, supervisors or major members of senior officers of investors hold a post of director, supervisor or senior officer with another investor concurrently;；(d) investors have share participation in another investor and have a major impact on the major decisions of the joint stock company; (e) other legal persons, other than organization and natural persons other than the banks provide financing arrangements for the investor to obtain the relevant shares; (f) there is partnership, cooperation, joint venture and other economic interest relationship between the investors; (g) person persons holding more than 30% shares of the investors hold the shares of the same Listed Company as the investors do; (h) Directors, supervisor and senior officers holding a post with the investor hold the shares of the same Listed Company as the investors do; (i) for natural persons holding more than 30% shares of the investors and the directors, supervisors and senior officers holding a post with the investors, their parents, spouse, daughter and son and their spouse, parents of the spouse, brother and sister and their spouse, brother and sister of spouse and their spouse and other relatives hold the shares of the same Listed Company as the investors do; (j) directors, supervisors and senior management personnel holding a post in listed companies and their aforesaid relatives hold the shares of the Company, or hold the shares of the Company together with the enterprises directly or indirectly controlled by themselves or their aforesaid relatives; (k) directors, supervisors, senior managers and employees of listed companies and the corporate or other organizations controlled or entrusted by them hold the shares of this Company;   (l) there are other relationships between the investors."

**(2) The natural person counterparties have the concerted action relationship with the limited partnerships**

① Concurrent office holding or shareholding of the natural person counterparties and the partners of the limited partnerships

According to the statements of the counterparties and related business materials, the following natural person counterparties (except for Taishan Gypsum) have concurrent office holding or shareholding in Taihe Building Materials or Taishi Rock Wool, and the details are as follows:

| S/N | Name | Position | Shareholding |
|-----|------|----------|--------------|
| 1 | Jia Tongchun | - | 59.81% shares of Taihe Building Materials |
| 2 | Ren Xulian | - | 3.72% shares of Taihe Building Materials |
| 3 | Xue Yuli | Directors of Taihe Building Materials and Taishan Rock Wool | 2.37% shares of Taihe Building Materials |

64

| S/N | Name | Position | Shareholding |
|---|---|---|---|
| 4 | Cao Zhiqiang | - | 2.27% shares of Taihe Building Materials |
| 5 | Zhu Tenggao | - | 2.03% shares of Taihe Building Materials |
| 6 | Lv Wenyang | Directors of Taihe Building Materials and Taishan Rock Wool | 1.35% shares of Taihe Building Materials |
| 7 | Zhang Yanxiu | - | 1.35% shares of Taihe Building Materials |
| 8 | Wan Guangjin | - | 1.35% shares of Taihe Building Materials |
| 9 | Ren Xue | Director of Taihe Building Materials | 1.35% shares of Taihe Building Materials |
| 10 | Mi Weimin | - | 1.03% shares of Taihe Building Materials |
| 11 | Zhang Jianchun | - | 1.03% shares of Taihe Building Materials |
| 12 | Zhu Jinghua | Supervisors of Taihe Building Materials and Taishan Rock Wool | 1.01% shares of Taihe Building Materials |
| 13 | Li Zuoyi | Chairman of the Supervisory Committee of Taihe Building Materials | 1.01% shares of Taihe Building Materials |
| 14 | Yang Zhengbo | - | 1.01% shares of Taihe Building Materials |
| 15 | Qian Kai | - | 0.68% shares of Taihe Building Materials |
| 16 | Fu Tinghuan | - | 0.68% shares of Taihe Building Materials |
| 17 | Meng Zhaoyuan | Supervisor of Taihe Building Materials | 0.68% shares of Taihe Building Materials |

Note: Liu Huizhen, spouse of Jia Tongchen serves as chairman of the board and general manager of Taihe Building Materials and chairman of board of Taishi Rock Wool; Li Yani, spouse of Ren Xulian, serves as director of Taihe Building Materials; Shi Meiling, spouse of Cao Zhiqiang, serves as director of Taihe Building Materials and supervisor of Taishi Rock Wool; Xiao Hong, spouse of Zhu Tenggao, serves as director of Taihe Building Materials and supervisor of Taishi Rock Wool; Wang Tingxiang, spouse of Zhang Yanxiu, serves as director of Taihe Building Materials; Wan Pengcheng, son of Wan Guangjin, serves as director of Taihe Building Materials; Ma Ruoran, daughter of Mi Weimin, serves as director of Taihe Building Materials; Xu Chunhua, spouse of Zhang Jianchun, serves as director of Taihe Building Materials; Wang Qinghui, spouse of Fu Tinghuan, serves as supervisor of Taihe Building Materials.

②The share of the limited partnerships held by the natural person counterparties.

As the natural person counterparties to this Transaction, 7 persons including Jia Tongchun and Ren Xulian also hold the share of 9 limited partnerships as their limited partners. The details are as follows:

65

BNBMPLC0010303

| Name | Name of limited partnerships | Share of the limited partnership held (%) |
|---|---|---|
| Jia Tongchun | Changyuan Investment | 14.29 |
| | Wanji Investment | 23.91 |
| | Xinyi Investment | 75.00 |
| | Haozhan Investment | 94.86 |
| | Fanye Investment | 73.33 |
| | Jinxiu Investment | 20.26 |
| | Xinghe Investment | 64.59 |
| | Hongchao Investment | 27.44 |
| | Shunchang Investment | 11.22 |
| Zhang Yanxiu | Wanji Investment | 8.39 |
| Wan Guangjin | Wanji Investment | 8.39 |
| Ren Xulian | Jinxiu Investment | 17.97 |
| Cao Zhiqiang | Jinxiu Investment | 14.71 |
| Zhu Tenggao | Jinxiu Investment | 13.07 |
| Zhang Jianchun | Jinxiu Investment | 6.54 |

③ Description of the concerted action relationship between the natural person counterparties and the limited partnerships

On July 22, 2016, 35 natural persons including Jia Tongchun and 10 limited partnerships signed the Persons Acting in Concert Agreement to agree to exercise the shareholders right of BNBMPLC jointly to take concerted action at the Shareholders' Meeting of BNBMPLC after this Transaction was completed.

There is a concerted action relationship between the natural person counterparties and the limited partnerships, and they the persons acting in concert for this Transaction.

**2. There is no concerted action relationship between Guotai Minan Investment and the natural person counterparties and the limited partnerships**

Guotai Minan Investment is a stock holding enterprise established by Taian state-owned assets supervision and management authority to be responsible for the operation of state-owned assets in Tai'an City. It is a corporate entity operating independently and its legal representative is Han Feng and the main business is project investment. Guotai Minan Investment has no any associated relationship and arrangement of concerted action with the natural person counterparties and the limited partnerships.

In order to further ensure the associated relationship and the concerted action

BNBMPLC0010304

relationship between the counterparties to this Transaction, the counterparties to this Transaction issued the Statement of Nonexistence of Concerted Action Relationship and Associated Relationship and undertook that there is no associated partnership, concerted action relationship or other interest relationship or arrangement between them.

**(2) There is no associated relationship or concerted action relationship between the counterparties to this Transaction and the controlling shareholders of the Listed Company.**

The counterparty to this Transaction Guotai Minan Investment is a stock holding enterprise established wholly by Taian state-owned assets supervision and management authority to be responsible for the operation of state-owned assets in Tai'an City; e limited partnerships including Heda Investment are the limited partnerships established with the investment of the shareholder of the former Taihe Building Materials; the remaining counterparties are 35 natural persons including Jia Tongchun and core backbone and senior management personnel of Taishan Gypsum. The controlling shareholder of the Listed Company is CNBM, a company listed in Hong Kong controlled by China National Building Materials Group Corporation. According to the statements of the counterparties and CNBM and the Statement of Nonexistence of Concerted Action Relationship and Associated Relationship signed by the counterparties, there is no associated relationship, concerted action relationship or other interest relationship or arrangement between the counterparties to this Transaction and the controlling shareholders of the Listed Company.

**(3) Supplemental disclosure**

The Listed Company has disclosed the above content as supplement in "V. Relationship between the Counterparties and the Listed Company" of "Chapter IV. Basic Information on the Counterparties" of the Restructuring Report.

**(4) Verification opinions of agent**

**1. Opinions of Independent Financial Adviser**

After verification, the Independent Financial Adviser deems that: "1. The issuer has disclosed the concurrent office holding, contribution or shareholding of the natural person counterparties or their spouses in Taihe Building Materials, Taishi Rock Wool and 9 limited partnerships including Xinyi Investment, Wanji Investment, Hongchao Investment, Haozhan Investment, Changyuan Investment, Jinxiu Investment, Xinghe Investment, Shunchang Investment and Fanye Investment and the related contents are true. On July 22, 2016, 10 limited partnerships including Heda Investment, Xinyi Investment, Wanji Investment, Hongchao Investment, Haozhan Investment, Changyuan Investment, Jinxiu Investment, Xinghe Investment, Shunchang Investment and Fanye Investment signed the Persons Acting in Concert Agreement with 35 natural persons including Jia Tongchun to confirm the concerted action relationship in this Transaction. 2. Guotai Minan Investment is a wholly-owned subsidiary of wholly state-owned company Tai'an Investment Co., Ltd. with the main business of project investment. There is no any associated relationship or arrangement of concerted action between Guotai Minan Investment and its directors, general manager and other counterparties to this Transaction. 3. There is no associated relationship or concerted action relationship or other interest relationship or arrangement between the counterparties to this Transaction and the controlling shareholders of the

BNBMPLC0010305

issuer."

### 2. Lawyer's Opinions

After verification, the Lawyer deems that: "1. The issuer has disclosed the concurrent office holding, contribution or shareholding of the natural person counterparties or their spouses in Taihe Building Materials, Taishi Rock Wool and 9 limited partnerships including Xinyi Investment, Wanji Investment, Hongchao Investment, Haozhan Investment, Changyuan Investment, Jinxiu Investment, Xinghe Investment, Shunchang Investment and Fanye Investment and the related contents are true. On July 22, 2016, 10 limited partnerships including Heda Investment, Xinyi Investment, Wanji Investment, Hongchao Investment, Haozhan Investment, Changyuan Investment, Jinxiu Investment, Xinghe Investment, Shunchang Investment and Fanye Investment signed the Persons Acting in Concert Agreement with 35 natural persons including Jia Tongchun to confirm the concerted action relationship in this Transaction. 2. Guotai Minan Investment is a wholly-owned subsidiary of wholly state-owned company Tai'an Investment Co., Ltd. with the main business of project investment. There is no any associated relationship or arrangement of concerted action between Guotai Minan Investment and its directors, general manager and other counterparties to this Transaction. 3. There is no associated relationship or concerted action relationship or other interest relationship or arrangement between the counterparties to this Transaction and the controlling shareholders of the issuer."

**II. Disclose as supplement the subject of the above commitment, whether there is competitive business between the enterprises in which the counterparties taking a post or controlled by the counterparties with Taishan Gypsum after this Transaction is completed, and whether the office holding or shareholding of the above counterparties in other enterprises including Taihe Building Materials violates the prohibition of business strife and other provisions**

**(1) Subject of commitment of free transfer of intellectual property rights related to gypsum board and stud**

According to the Framework Agreement, some natural person counterparties to this Transaction and some partners of the limited partnerships (i.e. the major shareholders and actual controller of Taihe Building Materials) undertake that: Taihe Building Materials will change its name according to the requirement of BNBMPLC within 1 month after this Transaction is completed, and transfer the brands, trademarks and firms related to "Taihe", gypsum board and stud and other intellectual property rights to Taishan Gypsum or the affiliates designated by Taishan Gypsum and BNBMPLC free of charge. The specific issues should be handled according to the requirements of BNBMPLC and specific personnel commitment is as follows:

| S/N | Name | Position at the Target Company or Listed Company (as of the execution date of the Framework Agreement) |
|-----|------|-------------------------------------------------------------------------------------------------------|
| 1 | Jia Tongchun | Board Chairman and General Manager of Taishan Gypsum |
| 2 | Ren Xulian | Vice GM of Taishan Gypsum |

BNBMPLC0010306

| S/N | Name | Position at the Target Company or Listed Company (as of the execution date of the Framework Agreement) |
|---|---|---|
| 3 | Cao Zhiqiang | Chief Engineer and Technology Development Center Manager of Taishan Gypsum |
| 4 | Zhu Tenggao | Vice GM of Taishan Gypsum |
| 5 | Zhang Yanxiu | General manager of Taishan Gypsum (Guangdong) Co., Ltd. and Taishan Gypsum (Jiangxi) Co., Ltd. |
| 6 | Wan Guangjin | Vice GM of Taishan Gypsum, general manager Taishan Gypsum (Henan) Co., Ltd. and Taishan Gypsum (Jiyuan) Co., Ltd. |
| 7 | Mi Weimin | Chief Accountant and Finance Manager of Taishan Gypsum |
| 8 | Zhang Jianchun | Secretary of the Board of Taishan Gypsum |
| 9 | Li Zuoyi | Manager of Taishan Gypsum Construction Installation Company |
| 10 | Yang Zhengbo | General Manager Assistant of BNBM |
| 11 | Qian Kai | Manager of BNBM Tianjin Co., Ltd. |
| 12 | Fu Tinghuan | Vice GM of Taishan Gypsum, Manager of Sales Company |
| 13 | Meng Zhaoyuan | General Manager of Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd. |
| 14 | Hao Kuiyan | General Manager of Taishan Gypsum (Xiangtan) Co., Ltd. |
| 15 | Meng Fanrong | Finance Manager Assistant of Taishan Gypsum, Finance Manager of Taishan Gypsum (Nantong) Co., Ltd. |
| 16 | Bi Zhong | Vice GM of Taishan Gypsum Sales Company |
| 17 | Kang Zhiguo | Vice GM of Taishan Gypsum, General Manager of Taishan Gypsum (Tongling) Co., Ltd. and Taishan Gypsum (Hubei) Co., Ltd. |
| 18 | Wang Lifeng | Vice Chief Accoutant and Vice Finance Manager of Taishan Gypsum |
| 19 | Xu Guogang | General Manager of Taishan Gypsum (Wenzhou) Co., Ltd. |
| 20 | Zhang Jijun | Supply Department Manager of Taishan Gypsum |
| 21 | Peng Shiliang | Manger of Taishan Gypsum Co., Ltd. Lucheng Branch, General Manager of Taishan Gypsum (Pingshan) Co., Ltd. |
| 22 | Song Qinghai | Chief Economist of Taishan Gypsum, General Manager of Taishan Gypsum (Xuancheng) Co., Ltd., Taishan Gypsum (Chaohu) Co., Ltd., and Taishan Gypsum (Guangxi) Co., Ltd. |
| 23 | Lu Baoju | General Manager of Hubei Taishan Building Materials Co., Ltd. and Taishan Gypsum (Xiangyang) Co., Ltd. |
| 24 | Song Wei | Director of Taishan Gypsum No.3 Branch Factory |
| 25 | Gao Yan | General Manager of Taishan Gypsum (Baotou) Co., Ltd. |
| 26 | Li Xingjian | General Manager of Taishan Gypsum (Fujian) Co., Ltd. |

BNBMPLC0010307

| S/N | Name | Position at the Target Company or Listed Company (as of the execution date of the Framework Agreement) |
|---|---|---|
| 27 | Yi Yingdong | Director of Taishan Gypsum Power Electromechanical Branch Factory |
| 28 | Xue Fazhen | General Manager of Fuxin Taishan Gypsum Building Material Co., Ltd. and Weierda (Liaoning) Environmental Protection Materials Co., Ltd. |
| 29 | Li Wenguang | Vice Manager of Taishan Gypsum (Baotou) Co., Ltd. |
| 30 | Wang Guiting | Vice GM of Taishan Gypsum (Pingshan) Co., Ltd. |
| 31 | Chen Zhongjian | Vice Manager of Taishan Gypsum Co., Ltd. Lucheng Branch |
| 32 | Yang Pufeng | Vice Director of Taishan Gypsum Co., Ltd. Paper Plant |

Note: By the day when these Feedback Reply is signed, the posts of some personnel have been transferred between the holding subsidiaries of Taishan Gypsum, mainly including, Zhang Yanxiu serving as general manager of Fuxin Taishan Gypsum Building Materials Co., Ltd. and Weierda (Liaoning) Environmental Protection Material Co., Ltd., Wan Guangjin serving as deputy general manager of Taishan Gypsum and general manager of Taishan Gypsum (Guangdong) Co., Ltd. and Taishan Gypsum (Jiangxi) Co., Ltd., Peng Shiliang no longer serving as general manager of Taishan Gypsum (Pingshan) Co., Ltd., general manager, and Xue Fazhen serving as general manager of Taishan Gypsum (Chongqing) Co., Ltd.

**(2) The is no business strife between the enterprises in which the counterparties hold a post or controlled by the counterparties and Taishan Gypsum**

**1. Basic information on enterprises in which the natural person counterparties hold a post or controlled by them**

According to the statements of the counterparties, the Independent Financial Adviser and the Counsel have verified related industrial and commercial materials to other enterprises in which the natural person counterparties and the executive partners of the limited partnerships hold a post or shares or controlled by them other than the target company. By the date when this Feedback Reply is signed, the list of enterprises in which the natural person counterparties hold a post or shares or controlled by them is as follows:

| Company name | Natural person holding shares of this company (counterparty) | Natural person holding office at this company (counterparty) |
|---|---|---|
| Taihe Building Materials | Zhang Yanxiu, Zhang Jianchun, Mi Weimin, Yang Zhengbo, Zhu Jinghua, Li Zuoyi, Qian Kai, Meng Zhaoyuan, Fu Tinghuan, Jia Tongchun, Xue Yuli, Ren Xulian, Zhu Tenggao, Lv Wenyang, Ren Xue, Wan Guangjin, Cao Zhiqiang | Xue Yuli, Lv Wenyang, Ren Xue, Zhu Jinghua, Li Zuoyi, Meng Zhaoyuan |
| Taishan Rock Wool | Zhang Yanxiu, Zhang Jianchun, Mi Weimin, Yang Zhengbo, Zhu Jinghua, Li Zuoyi, Qian Kai, Meng Zhaoyuan, Fu Tinghuan, Jia | Xue Yuli, Lv Wenyang, Zhu Jinghua |

70

BNBMPLC0010308

| Company name | Natural person holding shares of this company (counterparty) | Natural person holding office at this company (counterparty) |
|---|---|---|
| | Tongchun, Xue Yuli, Ren Xulian, Zhu Tenggao, Lv Wenyang, Ren Xue, Wan Guangjin, Cao Zhiqiang | |
| Shenyang Taishan Rock Wool Co., Ltd. | Zhang Yanxiu, Zhang Jianchun, Mi Weimin, Yang Zhengbo, Zhu Jinghua, Li Zuoyi, Qian Kai, Meng Zhaoyuan, Fu Tinghuan, Jia Tongchun, Xue Yuli, Ren Xulian, Zhu Tenggao, Lv Wenyang, Ren Xue, Wan Guangjin, Cao Zhiqiang | - |
| Anhui Taishan Rock Wool Co., Ltd. | Zhang Yanxiu, Zhang Jianchun, Mi Weimin, Yang Zhengbo, Zhu Jinghua, Li Zuoyi, Qian Kai, Meng Zhaoyuan, Fu Tinghuan, Jia Tongchun, Xue Yuli, Ren Xulian, Zhu Tenggao, Lv Wenyang, Ren Xue, Wan Guangjin, Cao Zhiqiang | - |
| Taian Gaoxin District Huixin Network Technology Co., Ltd. | Cao Zhiqiang | - |

Note: 1. Taishi Rock Wool is a wholly owned subsidiary of Taihe Building Materials; 2.Shenyang Taishi Rock Wool Co., Ltd. and Anhui Taishi Rock Wool Co., Ltd. are wholly owned subsidiaries of Taishi Rock Wool.

The basic information and main business of the above enterprises are as follows:

| Enterprise name | Registered capital (RMB10,000) | Registered address | Business scope | Principal business |
|---|---|---|---|---|
| Taihe Building Materials | 5,913.75 | East of 104 National Highway and north of Guangmingzhiguang Street, Wenkou Town, Daiyue District, Taian City, Shandong Province | production and selling of paper-surface gypsum boards, gypsum products, covering paper for gypsum board, light steel studs, plastic products, rock wool products, corn starch, corn glue, white latex, decorative materials and new building materials; selling of phosphogypsum, desulfurization gypsum, building hardware, ceramic products, mechanical and electrical products, furniture, home appliances, general merchandise, machinery parts and auto parts; recovery and selling of waste papers and cartons; | Shareholding management company |

BNBMPLC0010309

| Enterprise name | Registered capital (RMB10,000) | Registered address | Business scope | Principal business |
|---|---|---|---|---|
| | | | decoration and fitting-up (excluding advertising business); import & export business (the items requiring approvals as specified by law are subject to the approvals of relevant departments). | |
| Taishan Rock Wool | 21,000.00 | Shangquan Village, Manzhuang Town, Daiyue District, Taian City | Selling of rock wool, mineral wool and glass wool energy efficient and insulating materials and products; production of rock and mineral wools; selling of hardware accessories; development, production and selling of building energy efficient products; import & export business (excluding the import & export business of the goods covered by the state trade). (The items requiring approvals as specified by law are subject to the approvals from relevant departments.) | Production and sale of rock wool |
| Shenyang Taishan Rock Wool Co., Ltd. | 2,000.00 | No.1, 4# Road, Yilu Industry Park, Tieling County Industry Park | Selling of rock wool, mineral wool and glass wool energy efficient and insulating materials and products; production of rock and mineral wools; selling of hardware accessories; development, production and selling of building energy efficient products, outer wall insulating system products and rock wool composite boards and integrated insulating and decorative products; import and export business (excluding the items prohibited by laws and administrative regulations; the items restricted by laws and regulations are subject to licenses) (The items requiring approvals as specified by law are subject to the approvals from relevant departments.) | Production and sale of rock wool |
| Anhui Taishan Rock Wool Co., Ltd. | 3,000.00 | Hualong Village, Shizi Town, Quanjiao County, Chuzhou, Anhui Province | Production and selling of rock wool, mineral wool and energy-saving insulating materials; selling of hardware and accessories; R&D, production and selling of building energy-efficient products, outer wall insulating system products, rock wool composite boards and insulating & decorative integrated products; | Production and sale of rock wool |

72

BNBMPLC0010310

| Enterprise name | Registered capital (RMB10,000) | Registered address | Business scope | Principal business |
|---|---|---|---|---|
| | | | self-operation and agency of the import and export business of various kinds of goods and technologies (other than the goods and technologies whose operation is restricted by the state or whose import and export are prohibited by the state). (The items requiring approvals as specified by law are subject to the approvals from relevant departments.) | |
| Taian Gaoxin District Huixin Network Technology Co., Ltd. | 10.00 | Hi-tech Innovation Service Center, Gaoxin District, Taian, Shandong Province | Development of software network technologies and information transmission technologies, technical consulting, technical service and technology transfer; computer software and hardware development (the items requiring approvals as specified by law are subject to the approvals from relevant departments) | Provision of technical service |

## 2. Enterprises Controlled by Guotai Minan and their Basic Information

As of the signing date of the Feedback Reply, the basic information on the level 1 subsidiaries with shares held or controlled by Guotai Minan Investment is as follows:

| Company Name | Registered Capital (Ten thousand Yuan) | Scope of Business | Direct Shareholding Ratio (%) |
|---|---|---|---|
| ① Tourism Module | | | |
| Tai'an Taishan Travel Group Co., Ltd. | 2,000.00 | Development, investment, construction and operation of travel projects; development, production and sales of travel products; hotel management; tourism information consulting; exhibition service; import and export (excluding import and export of goods under state trading management); house leasing; enterprise marketing planning; culture and art exchanges. (Business involving licensing shall be operated with license) (Items needing approval by law shall only be operated after getting approval from relevant authority.) | 100.00 |
| ② Finance and Real Estate Module | | | |

73

| Tai'an Financial Holding Group Co., Ltd. | 500,000.00 | Foreign investment with owned fund; restructuring and M&A business consulting; asset management; real estate development and operation; property management (excluding security service). (Items needing approval by law shall only be operated after getting approval from relevant authority.) | 100.00 |
|---|---|---|---|
| Tai'an Guotai Minan Financing Guarantee Co., Ltd. | 30,000.00 | Loan guarantee, acceptance guarantee, trade financing guarantee, project financing guarantee, and L/C guarantee; attachment guarantee, bidding guarantee, advance payment guarantee, project performance guarantee, balance payment guarantee and other performance guarantees; financing consulting, financial consultant and other intermediary services in relation to guarantee business; investment with owned fund according to supervision regulations (it is prohibited to engage in activities like deposit taking, loan issuing, entrusted loan issuing and entrusted investment). (Items needing approval by law shall only be operated after getting approval from relevant authority.) | 58.33 |
| Tai'an Guoxin Properties Co., Ltd. | 5,000.00 | Real estate development and sales; house leasing; property management (excluding security service). (Items needing approval by law shall only be operated after getting approval from relevant authority.) | 90.00 |
| Tai'an Guotai Minan Assets Management Co., Ltd. | 50.00 | Entrusted management of movable and immovable properties (excluding financial trust and management); house leasing. (Items needing approval by law shall only be operated after getting approval from relevant authority.) | 100.00 |

③ Other Modules

| Tai'an Shangmao State-Owned Assets Operation Co., Ltd. | 30,187.67 | State-owned assets operation as authorized (Items needing approval by law shall only be operated after getting approval from relevant authority.) | 100.00 |
|---|---|---|---|
| Tai'an Haohua Plastics Co., Ltd. | 800.00 | Wholesaling of methyl chloride, chlorodifluoromethane, dichloromethane, trichloromethane, tetrachloroethylene, and barium chloride (no stock) (the validity term is subject to the license); coal wholesaling and operation. Manufacturing and sales of fibre ropes and net devices; sales of termination agent (excluding dangerous chemicals), defoaming agent (excluding dangerous chemicals), rope-netting machinery, fishery products, rubber and plastic products, metal materials, building materials, decoration materials, packaging materials, mechanical and electrical equipment, hardware and electrical equipment, steel, electric wires and cables, general merchandise, textile fabric, | 51.00 |

74

BNBMPLC0010312

| | | clothing, communication equipment (excluding satellite broadcasting and TV program receiving facilities), paper, wood, household articles, calcium carbide, auxiliary chemicals (excluding dangerous chemicals), chemical products (excluding dangerous chemicals), salt for great industries (salt used for caustic soda, sodium carbonate, etc.), and artware (excluding cultural relics); import and export service (excluding import and export of goods under state trading management). Manufacturing of termination agent and defoaming agent (operated by branches only). (Items needing approval by law shall only be operated after getting approval from relevant authority.) | |
|---|---|---|---|

The above enterprises in which the above counterparties holding a post or shares or controlled by such counterparties are not engaged in business relating to any new materials industry, except for Taihe Building Materials, Taishi Rock Wool and their subsidiaries. They are different industries, and there is no competition business.

Taihe Building Materials is a stock-holding company not engaged in the operation business. Taishi Rock Wool is the entity carrying out the rock wool business for Taihe Building Materials as its wholly-owned subsidiary. The main business of Taishi Rock Wool is rock wool and the main products are rock wool board, rock wool sliver and aluminum foil rock wool. The rock wool products manufactured by Taishi Rock Wool are not same as the gypsum board and stud of Tishan Gypsum in terms of product nature and downstream application. They are two kinds of different new type building materials products, and there is no competition business. The details are as follows:

### (1) Nature and function of the product are different

The featured products of Taishan Gypsum plaster board is a kind of lightweight board with industrial by-product gypsum as main raw material and paper as surface cover on both sides; rock wool products are manufactured with high-quality basalt and dolomite as main raw materials which are centrifuged into fiber at a high speed with internationally advanced centrifugal machine after melted at a high temperature above 1450℃, and then are sprayed with a certain amount of binder, dust-proof oil and water repellent, collected with the cotton collector and processed with the swing hammer, and solidified and cut with the addition of three-dimensional cotton sheets. The main properties of gypsum board are light weight, high strength, heat and sound insulation and fire protection; the rock wool is mainly featured by thermal insulation as the foundation of thermal insulation materials. The raw materials, composition and properties of gypsum board and mineral wool are completely different, and they are new type of building materials products in different areas.

### (2) Downstream application areas are different

Gypsum board is featured by light weight, high strength, small thickness, convenience for processing, acoustical and thermal insulation and fire protection, widely used in ceiling

BNBMPLC0010313

and wall materials of indoor buildings, such as interior walls in residence, offices, shops, hotels, industrial factories and other industrial buildings, Rock wool has wide downstream use as cornerstone of thermal insulation materials: insulation materials for nuclear power plants, power plants, chemical plants, large furnaces in the industry field;   and building and ship external wall thermal insulation in the architecture filed. Gypsum board and mineral wool products have no overlap in the field of downstream applications, and even in the field of architecture, gypsum board is mainly used in indoor suspended ceiling and partition walls while rock wool is mainly used as thermal insulation materials. They are different building materials.

In summary, the rock wool business of Taihe Building Materials and Taishi Rock Wool has no competition relationship with the gypsum board and stud businesses of Taishan Gypsum and they are two types of new building materials of different properties and applications.

### (3) No violation of prohibition of business strife on the part of the natural person counterparties

As Item (5) of Article 148 of the Company law stipulates, "Directors and senior officers shall not seek business opportunities that should have belonged to the Company for themselves or others by taking advantages of their duties or operate by themselves or for others business similar to that of the company in which they hold a post without the consent of the shareholders' meeting or the general meeting of shareholders."

The office holding of the natural person counterparties and the executive partners of the limited partnerships will not lead to violation of the prohibition of business strife and the specific circumstances are as follows:

1. Zhang Yanxiu, Zhang Jianchun, Mi Weimin, Yang Zhengbo, Zhu Jinghua, Li Zuoyi, Qian Kai, Meng Zhaoyuan, Fu Tinghuan, Jia Tonchun, Ren Xulian, Cao Zhiqiang, Zhu Tenggao, Ren Xue and Wan Guangjin hold shares in Taihe Building Materials. Ren Xue serves as directors of Taihe Building Materials, Li Zuoyi and Meng Zhaoyuan as supervisors, Zhu Jinghua serves as supervisor of Taihe Building Materials and Taishi Rock Wool other than senior officer. The controlling shareholders of Taishan Gypsum are aware of the shareholding of such natural person counterparties in Taihe Building Materials and Taishi Rock Wool, but the main business of Taihe Building Materials and Taishi Rock Wool is rock wool other than the business same as or similar to Taishan Gypsum's main business gypsum board and stud. In addition, Taihe Building Materials confirmed that the above counterparties did not seek business opportunities belonging to Taishan Gypsum for itselves or others by taking advantages of their duties or operate by themselves or permit others to operate business similar to gypsum board and stud or harm the interests of the Listed Company or violate the prohibition of business strife.

2. Xue Yuli and Lv Wenyang hold shares in Taihe Building Materials and Taishi Rock Wool and serve as directors, but these two persons have been retired, which does not

BNBMPLC0010314

violate the prohibition of business strife;

3. In the natural person counterparties, Duan Zhentao, Huang Rongquan, Yuan Chuanqiu, Xu Fuyin, Zhang Guangmiao and Fang Donghua have retired, and the rest personnel don't hold shares or posts in companies other than the target company or get involved in violation of the prohibition of business strife.

In order to further protect the interests of the Listed Company and the investors, the Framework Agreement for this Transaction specially stipulates the provisions of prohibition of business strife, which specify that the core personnel of the counterparties and other related parties shall not  (including but not limited to operating solely or helping other related enterprises through joint venture or partnership or having shares and other rights of another company or enterprise or consultants or consulting etc.) directly or indirectly participate in the business or activities that constitute business strife with the above business of any target company without the consent of the Listed Company. If they have business opportunities that have or will have business strife with the business of target company, they shall immediately notify the target company and try to give the business opportunities to the target company to ensure that the interests of the target company and all the shareholders are not damaged.

**(4) Supplementary disclosure**

The Listed Company has disclosed the above content in "1. Impact of this Transaction on business strife" of "Chapter XII Business Strife and Related Transactions" in the Restructuring Report.

**(5) Verification opinions of intermediary agents**

**1. Opinions of the Independent Financial Adviser**

After verification, the Independent Financial Adviser deems that: "1. The issuer has disclosed the basic information and main business of the enterprises in which the counterparties hold a post or controlled by the counterparties after the completion of this Transaction. 2. By the day when the Verification Opinions are signed, the enterprises in which the counterparties hold a post or controlled by the counterparties have no competitive business against Taishan Gypsum; the Framework Agreement is the result of the equal negotiations between the contracting parties and the true meaning of the parties. The Agreement becomes effective after all the agreed conditions are satisfied and has legal binding on the contracting parties. The Agreement is helpful for the enterprises in which the counterparties hold a post or controlled by the counterparties to avoid competitive business against Taishan Gypsum. 3. The issuer has disclosed the office holding or shareholding of related counterparties in Taihe Building Materials and other enterprises. According to the materials provided by Taishan Gypsum and Taihe Building Materials and the specifications issued by Taihe Building Materials, Duan Zhentao, Huang Rongquan, Yuan Chuanqiu, Xu Fuyin, Zhang Guangmiao and Fang Donghua have retired,

77

and the office holding, investment or shareholding of other natural person counterparties or their spouse in Taihe Building Materials and Taishi Rock Wool and 9 limited partnerships including    Xinyi  Investment,  Wanji  Investment,  Hongchao  Investment,  Haozhan Investment,  Changyuan  Investment,  Jinxiu  Investment,  Xinghe  Investment,  Shunchang Investment and Fanye Investment do not violate the prohibition of business strife. "

BNBMPLC0010316

**2. Lawyer's Opinions**

After verification, the Lawyer deems that: "1. The issuer has disclosed the basic information and main business of the enterprises in which the counterparties hold a post or controlled by the counterparties after the completion of this Transaction. 2. By the day when the Verification Opinions are signed, the enterprises in which the counterparties hold a post or controlled by the counterparties have no competitive business against Taishan Gypsum; the Framework Agreement is the result of the equal negotiations between the contracting parties and the true meaning of the parties. The Agreement becomes effective after all the agreed conditions are satisfied and has legal binding on the contracting parties. The Agreement is helpful for the enterprises in which the counterparties hold a post or controlled by the counterparties to avoid competitive business against Taishan Gypsum. 3. The issuer has disclosed the office holding or shareholding of related counterparties in Taihe Building Materials and other enterprises. According to the materials provided by Taishan Gypsum and Taihe Building Materials and the specifications issued by Taihe Building Materials, Duan Zhentao, Huang Rongquan, Yuan Chuanqiu, Xu Fuyin, Zhang Guangmiao and Fang Donghua have retired, and the office holding, investment or shareholding of other natural person counterparties or their spouse in Taihe Building Materials and Taishi Rock Wool and 9 limited partnerships including    Xinyi Investment, Wanji Investment, Hongchao Investment, Haozhan Investment, Changyuan Investment, Jinxiu Investment, Xinghe Investment, Shunchang Investment and Fanye Investment do not violate the prohibition of business strife. "

**(3) Disclosing the ownership subject of the above intellectual property rights of the above brands, trademarks and firms relating to "Taihe" and gypsum board and stud during the reporting period, their significance to the production and operation of Taishan Gypsum, related arrangements to free transfer, whether there are legal risk or economic disputes, the impact of the above matters on this Transaction and the Listed Company after this Transaction is completed, whether this Transaction complies with the provisions on the clear ownership of assets in Item (4) of Article 11, Item (4) of Paragraph 1 of Article 43 of the Management Measures for Major Asset Restructuring of Listed Companies. We hope the Independent Financial Adviser and the Counsel to verify the matters and make comments.**

**(1) List of intellectual property rights and the ownership subjects of the Taihe Building Materials and Taishi Rock Wool relating to gypsum board and stud during reporting period**

**1. Trademarks**

| No. | Trademark | Owner | Registration No. | Products/services | Expiry date of exclusive purpose |
|-----|-----------|-------|------------------|-------------------|----------------------------------|
| 1 |  | Taihe Building | 5911886 | Anhydrous   gypsum, gypsum, gypsum board, non - metallic | December 13, 2019 |

BNBMPLC0010317

| No. | Trademark | Owner | Registration No. | Products/services | Expiry date of exclusive purpose |
|---|---|---|---|---|---|
|  |  | Materials |  | building materials, non – metallic building surface coating materials |  |
| 2 | CNTG | Taihe Building Materials | 5911887 | Anhydrous gypsum, gypsum, gypsum board, non - metallic building materials, non – metallic building surface coating materials | December 13, 2019 |
| 3 | CPB | Taihe Building Materials | 5911888 | Anhydrous gypsum, gypsum, gypsum board, non - metallic building materials, non - metallic building surface coating materials | December 13, 2019 |
| 4 |  | Taihe Building Materials | 7202409 | Plaster board, building mortar, anhydrous gypsum, gypsum board, non-metallic strips for architecture use, non- metallic building materials, non - metallic plate, rock wool products (for construction), non-metallic buildings, non-metallic building surface coating materials | August 6, 2020 |
| 5 |  | Taihe Building Materials | 7198985 | Construction metal bracket, metal building elements, metal attachments for building, metal partitions (building), metal building materials, metal frame for building, metal plates for building, nails | July 27, 2020 |
| 6 |  | Taihe Building Materials | 7202412 | Plaster board, building mortar, anhydrous board, gypsum board, building with non-metallic strips, non-metallic building materials, non - metallic plates, rock wool products (construction), non-metallic buildings, non-metallic building coating material | August 6, 2020 |
| 7 |  | Taihe Building Materials | 7202437 | Metal bracket for building, metal building elements, metal accessories for building, metal partition (building), metal building materials, metal frame for building, metal plate for building, nails, hardware (small) | July 27, 2020 |
| 8 | 和泰 | Taihe Building Materials | 8080984 | Anhydrous gypsum, gypsum, gypsum board, plaster board, non-metallic buildings | May 13, 2021 |

BNBMPLC0010318

### 2. Patents

| Name | Patent No. | Type of patent | Owner | Application date |
|------|-----------|----------------|-------|------------------|
| Matrix Convenient Gypsum Board | ZL201520491624.8 | Utility model | Taihe Building Materials | July 9, 2015 |
| Digital Positioning Gypsum Board | ZL201520165078.9 | Utility model | Taihe Building Materials | August 12, 2015 |

**(2) Impact of the above intellectual property rights on the production and operation of Taishan Gypsum and the following arrangements**

Taihe Building Materials has never used the trademarks and patents, and Taishan Gypsum mainly uses "Taishan", "Taishan West Lake", "Wuxing", "Dunpai", 'Daizong" and other trademarks in daily production and operation which do not rely on the above trademarks and patents, therefore they don't have a significant impact on Taishan Gypsum's production and operation.

The Framework Agreement signed for this Transaction has agreed that Taihe Building Materials shall change the name as required by BNBMPLC and transfer the brands, trademarks, firms and other intellectual property rights relating to "Taihe" and gypsum board and stud to Taishan Gypsum or affiliates appointed by Taishan Gypsum and BNBMPLC for free. To further protect the Listed Company's interests, avoid business strife and ensure a clear ownership of the Target Assets, Taihe Building Materials held a shareholders' meeting on June 27, 2016 to transfer the intellectual property rights of the above trademarks and patents to Taishan Gypsum or affiliates appointed by Taishan Gypsum and BNBMPLC for free and change the company name within one month after this Transaction is completed.

According to Procedures Complication Notice (issue No.: 2016080801293490 and 2016080901029630) issued by the State Intellectual Property Bureau, the names of the patentee of the patents named Matrix Convenient Gypsum Board and Digital Positioning Gypsum Board has been changed from Taihe Building Materials to Taishan Gypsum.

**(3) Impact of the above matters on the Listed Company**

Before this Transaction, BNBMPLC has held 65% shares of the target company as its controlling shareholder. Taishan Gypsum owns the related assets and intellectual property rights necessary for the daily production and operation as a subsidiary of BNBMPLC. The trademarks and patents relating to Taihe Building Materials and the gypsum board and stud businesses do not have materials impact on the production and operation of Taishan Gypsum.

On June 27, 2016, Taihe Building Materials convened a shareholders' meeting and consented by resolution to transfer the above trademarks and patents and other intellectual

81

BNBMPLC0010319

property rights to Taishan Gypsum or affiliates appointed by Taishan Gypsum and BNBMPLC free of charge and change the company name within 1 month after this Transaction was completed.

According to the Utility Model Patent Certificate provided by Taihe Building Materials, the Certificate and Procedures Application Notice issued by the State Intellectual Property Bureau and the Trademark Registration Certificate and trademark archives of the Trademark Bureau and inquiry of the websites of the State Intellectual Property Bureau and the Trademark Bureau, Taihe Building Materials is exclusively entitled to the above registered trademarks and the patentee of the patents named Matrix Convenient Gypsum Board and Digital Positioning Gypsum Board has been changed from Taihe Building Materials to Taishan Gypsum by the day when this Feedback Reply is signed.

### (4) Compliance of the above matters

The Framework Agreement signed for this Transaction agrees that Taihe Building Materials shall change the company name as required by BNBMPLC and transfer the brands, trademarks, firms and other intellectual property rights to Taishan Gypsum or affiliates appointed by Taishan Gypsum and BNBMPLC related to "Taihe" and gypsum board and stud free of charge within 1 month after this Transaction is completed. On June 27, 2016, Taihe Building Materials held a shareholders' meeting and agreed to transfer the intellectual property rights of the above trademarks and patents to Taishan Gypsum or affiliates appointed by Taishan Gypsum and BNBMPLC for free and change the company name within one month after this Transaction is completed. Taihe Building Materials has fulfilled all the internal procedures and further confirmed the arrangements for the free transfer matters, and there are no legal risks and economic disputes. The Target Assets involved in this Transaction has clear ownership without legal obstacles in assets transfer or assignment and it is expected that the ownership transfer procedures can be completed within the agreed period, which complies with the provisions in Item (4) of Article 11 and Item (4) of Paragraph 1 of Article 43 of the Restructuring Measures.

### (5) Supplementary disclosure

The Listed Company has disclosed the above content in "1. Impact of this Transaction on business strife" of Chapter XII Horizontal Competition and Related Transaction of the Restructuring Report.

### (6) Verification opinions of intermediary agents

### 1. Opinions of the Independent Financial Adviser

After verification, the Independent Financial Adviser deems that: "The intellectual property rights relating to gypsum board and stud held by Taihe Building Materials have no material impact upon the production and operation of Taishan Gypsum. Taishan Gypsum and Taihe Building Materials have made corresponding arrangements for the transfer of the

BNBMPLC0010320

above intellectual property rights and such arrangements have no risks of legal risks or economic disputes. The above intellectual property rights have clear ownership without legal obstacles in transfer or assignment of assets, which meets the provisions on the clear ownership of assets in Item (4) of   Article 11 and Item (4) of Paragraph 1 of Article 43 of the Restructuring Management Measures."

**2. Lawyer's Opinions**

After verification, the Lawyer deems that: "The intellectual property rights relating to gypsum board and stud held by Taihe Building Materials have no material impact upon the production and operation of Taishan Gypsum. Taishan Gypsum and Taihe Building Materials have made corresponding arrangements for the transfer of the above intellectual property rights and such arrangements have no risks of legal risks or economic disputes. The above intellectual property rights have clear ownership without legal obstacles in transfer or assignment of assets, which meets the provisions on the clear ownership of assets in Item (4) of   Article 11 and Item (4) of Paragraph 1 of Article 43 of the Restructuring Management Measures."

BNBMPLC0010321

**QUESTION 3: As indicated on the application materials, Taihe Building Materials once directly held 21,787,500 shares in Taishan Gypsum and held 7,781,250 shares in Taishan Gypsum through Jia Tongchun; at the same time, natural person shareholders also hold shares in Taihe Building Materials on behalf of others, and the total contribution made to Taihe Building Materials by its shareholders corresponds to the number of shares actually held by Taihe Building Materials in Taishan Gypsum in quantity; in 2005, Employee Shareholder Association of Shandong Taihe Group transferred the 28,000,000 shares in Target Assets to Taian Donglian Investment & Trading Co., Ltd.; in 2006, BNBMPLC completed its acquisition of Taian Donglian Investment & Trading Co., Ltd.; the actual number of shareholders of Taihe Building Materials is 503.You are expected to make Supplemental Disclosure in the following respects: 1) when Taihe Building Materials acted as a shareholder of Taishan Gypsum, its actual shareholders exceeded 200, whether this fact meets the relevant regulations, whether entrusted shareholding details about Taishan Gypsum are fully disclosed, the reason for entrusted shareholding, whether the principal has made contribution actually, whether the principal is prevented from holding shares directly due to his/her illegal status, and whether this circumstance will affect the validity of relevant equity transfer or capital increase resolutions.2) Whether the shareholding entrustment relationship is thoroughly terminated, whether there is any potential legal risk or economic dispute risk, whether there is any uncertainty in the equity held by existing shareholders, as well as the effect on this Transaction and the Listed Company following completion of this Transaction.3) Whether the equity transfer by Taishan Gypsum and the foregoing acquisition by BNBMPLC have undergone necessary approval procedures. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. Issue about the Actual Shareholders Exceeding 200 when Taihe Building Materials Acted as a Shareholder of Taishan Gypsum**

**(I) Reply to the above Issue**

The actual shareholders when Taihe Building Materials acted as a shareholder of Taishan Gypsum were 503, exceeding 200. This fact did not meet applicable regulations in Regulatory Guidelines for Non-listed Public Companies No. 4 - Audit Guidelines for Non-listed Limited Liability Company with more than 200 Shareholders to Apply for Administrative License. Passed by stockholders' meeting of Taishan Gypsum convened on Aug. 31, 2015, Taihe Building Materials transferred all of its shares in Taishan Gypsum to 35 natural persons including Jia Tongchun, and 10 limited partnerships including Heda Investment, Xinyi Investment, Wanji Investment, Hongchao Investment, Haozhan Investment, Changyuan Investment, Jinxiu Investment, Xinghe Investment, Shunchang Investment and Fanye Investment.

Passed by partners' meetings convened on Jun. 24, 2016 respectively by 9 partnerships including Changyuan Investment, Wanji Investment, Haozhan Investment,

84

Fanye Investment, Jinxiu Investment, Xinghe Investment, Hongchao Investment and Shunchang Investment, the seven natural person counterparties of this Transaction, Jia Tongchun, Ren Xulian, Zhang Jianchun, Cao Zhiqiang, Zhu Tenggao, Zhang Yanxiu and Wan Guangjin, will respectively be transferees of the share of property of certain limited partners in such limited partnerships (refer to Question 1 in this Feedback Reply). After completion of change of partners in these nine partnerships including Changyuan Investment, Wanji Investment, Xinyi Investment, Haozhan Investment, Fanye Investment, Jinxiu Investment, Xinghe Investment, Hongchao Investment and Shunchang Investment, the shareholders of Taishan Gypsum were 195 after piercing the counterparties, not exceeding 200, which met related regulation that its shareholders shall be no more than 200.

### (II) Supplemental Disclosure

The Listed Company additionally disclosed the said contents in "III. Compliance of Employee Shareholding in Taishan Gypsum" of "Chapter V Basic Information of Transaction Subject" in its Reorganization Report.

### (III) Verification Opinions of Agents

#### 1. Independent Financial Adviser's Opinions

After inspection and verification, the Independent Financial Adviser thinks that "The actual shareholders of Taishan Gypsum exceeded 200 when Taihe Building Material acted as a shareholder of Taishan Gypsum. Up to the signing date of this verification opinion, the shareholders of Taishan Gypsum after piercing the counterparties are changed to 195, meeting related regulation that its shareholders shall be no more than 200. Thus, the fact that historical actual shareholders of Taishan Gypsum exceeded 200 does not constitute major legal impediment to this Transaction."

#### 2. Lawyer's Opinions

After inspection and verification, the Lawyer thinks that the actual shareholders of Taishan Gypsum exceeded 200 when Taihe Building Material acted as a shareholder of Taishan Gypsum. Up to the issuance date of this supplementary legal opinion, the shareholders of Taishan Gypsum after piercing the counterparties are changed to 195, meeting related regulation that its shareholders shall be no more than 200. Thus, the fact that historical actual shareholders of Taishan Gypsum exceeded 200 does not constitute major legal impediment to this Transaction.

### II. Whether Entrusted Shareholding Details about Taishan Gypsum are Fully Disclosed, the Reason for Entrusted Shareholding, Whether the Principal Has Made Contribution Actually, Whether the Principal is Prevented from Holding Shares Directly due to his/her Illegal Status, and Whether this Circumstance will Affect the Validity of Relevant Equity Transfer or Capital Increase Resolutions

#### (I) Reply to the above Issues

1. According to statement provided by Taishan Gypsum, Taihe Building Materials has instances of employee entrusted shareholding as an employee shareholding platform of

BNBMPLC0010323

Taishan Gypsum because of large numbers of related employees and Taihe Building Materials' needs in industrial and commercial registration.

2. According to the shareholders ledger of Taihe Building Materials, contribution certificate and dividends records provided by Taishan Gypsum, the Confirmation Letter which was signed by actual shareholders of Taihe Building Materials and notarized by Shandong Province Taian City Daizong Notary Office, in history, the actual shareholders of Taihe Building Materials were or once were employees of Taishan Gypsum. Such actual shareholders of Taihe Building Materials contributed to or obtained equity of Taihe Building Materials through their salaries, compensations, other labor incomes and self-owned funds. Thus, there is no such circumstance that the actual shareholders of Taihe Building Materials made any false capital contibution, nor is there any circumstance that any principal of equity holding agency is prevented from directly holding shares due to his/her illegal status.

3. According to the Confirmation Letter signed by 503 actual shareholders of Taihe Building Materials and notarized by Shandong Province Taian City Daizong Notary Office, 503 actual shareholders of Taihe Building Materials confirm that: they have no objection to the registered capital of Taihe Building Materials and the change of the registered capital, the equity structure and its change in industrial and commercial registration, and the actual shareholders equity structure and its change during the period when they were actual shareholders of Taihe Building Materials. And they have no objection to the fact that Taihe Building Materials directly held shares in Taishan Gypsum and held shares in Taishan Gypsum through JIA Tongchun and such shares' change.

**(II) Supplemental Disclosure**

The Listed Company additionally disclosed the said contents in "III. Compliance of Employee Shareholding in Taishan Gypsum" of "Chapter V Basic Information of Transaction Subject" in its Reorganization Report.

**(III) Verification Opinions of Agents**

**1. Independent Financial Adviser's Opinions**

After inspection and verification, the Independent Financial Adviser thinks that "Taishan Gypsum has circumstance of entrusted shareholding during Taihe Building Materials acting as a shareholder of Taishan Gypsum. Up to Aug. 31, 2015, such circumstance of entrusted shareholding has been regulated and the principal has confirmed equity changes of Taihe Building Materials and Taishan Gypsum during entrusted shareholding. Thus, such circumstance will not affect the validity of relevant equity transfer or capital increase resolutions of Taishan Gypsum and Taihe Building Materials."

**2. Lawyer's Opinions**

After inspection and verification, the Lawyer thinks that Taishan Gypsum has circumstance of entrusted shareholding during Taihe Building Materials acting as a shareholder of Taishan Gypsum. Up to Aug. 31, 2015, such circumstance of entrusted shareholding has been regulated and the principal has confirmed equity changes of Taihe

BNBMPLC0010324

Building Materials and Taishan Gypsum during entrusted shareholding. Thus, such circumstance will not affect the validity of relevant equity transfer or capital increase resolutions of Taishan Gypsum and Taihe Building Materials.

**III.   Whether  the  Shareholding  Entrustment  Relationship  is  Thoroughly Terminated,  Whether  there  is  any  Potential  Legal  Risk  or  Economic  Dispute  Risk, Whether  there  is  any  Uncertainty  in  the  Equity  Held  by  Existing  Shareholders,  as well as  the  Effect  on  this  Transaction  and  the  Listed  Company  Following  Completion  of this Transaction**

**(II) Reply to the above Issues**

1. Passed on the shareholders' meeting of Taishan Gypsum convened on Aug. 31, 2015, Taihe Building Materials transferred its all shares in Taishan Gypsum to 35 natural persons including Jia Tongchun and 10 limited partnerships including Heda Investment, Xinyi Investment, Wanji Investment, Hongchao Investment, Haozhan Investment, Changyuan Investment, Jinxiu Investment, Xinghe Investment, Shunchang Investment and Fanye Investment.

The transferor and the transferees respectively signed Equity Transfer Agreement on Aug. 31, 2015 as regard to above transfer issues. According to the Equity Transfer Agreement, the equity transfer price was RMB 20.81 per share. The transferees shall pay all equity transfer funds to the transferor within seven working days after the announcement date of resolution on the first board meeting about the issuer issuing equity to minority shareholders of Taishan Gypsum to purchase assets. The said Equity Transfer Agreement has been notarized by Shandong Province Taian City Daizong Notary Office.

On Oct. 25, 2015, the transfer and the transferees respectively signed the Supplementary Agreement of Equity Transfer, which made complementary agreement on payment of equity transfer funds.

Based on above transfer issues, Taishan Gypsum adjusted its Articles of Association correspondingly and transacted industrial and commercial filing procedures.

According to the industrial and commercial materials and the Articles of Association of Taishan Gypsum, shareholders and their shareholding ratios in Taishan Gypsum after this equity transfer are as follows:

| No. | Name of shareholder | Number of shares held | Shareholding ratio (%) |
|-----|--------------------|----------------------|------------------------|
| 1 | BNBMPLC | 65,362,500 | 42.0000 |
| 2 | Donglian Investment | 35,793,750 | 23.0000 |
| 3 | Guotai Minan Investment | 24,900,000 | 16.0000 |
| 4 | Jia Tongchun | 17,683,750 | 11.3631 |
| 5 | Heda Investment | 1,146,000 | 0.7364 |
| 6 | Ren Xulian | 1,100,000 | 0.7068 |

BNBMPLC0010325

| No. | Name of shareholder | Number of shares held | Shareholding ratio (%) |
|---|---|---|---|
| 7 | Xue Yuli | 700,000 | 0.4498 |
| 8 | Cao Zhiqiang | 670,000 | 0.4305 |
| 9 | Zhu Tenggao | 600,000 | 0.3856 |
| 10 | Lyu Wenyang | 400,000 | 0.2570 |
| 11 | Zhang Yanxiu | 400,000 | 0.2570 |
| 12 | Wan Guangjin | 400,000 | 0.2570 |
| 13 | Ren Xue | 400,000 | 0.2570 |
| 14 | Xinyi Investment | 328,000 | 0.2108 |
| 15 | Wanji Investment | 322,000 | 0.2069 |
| 16 | Hongchao Investment | 317,000 | 0.2037 |
| 17 | Haozhan Investment | 311,000 | 0.1998 |
| 18 | Changyuan Investment | 308,000 | 0.1979 |
| 19 | Jinxiu Investment | 306,000 | 0.1966 |
| 20 | Xinghe Investment | 305,000 | 0.1960 |
| 21 | Mi Weimin | 305,000 | 0.1960 |
| 22 | Zhang Jianchun | 305,000 | 0.1960 |
| 23 | Shunchang Investment | 303,000 | 0.1947 |
| 24 | Fanye Investment | 300,000 | 0.1928 |
| 25 | Zhu Jinghua | 300,000 | 0.1928 |
| 26 | Li Zuoyi | 300,000 | 0.1928 |
| 27 | Yang Zhengbo | 300,000 | 0.1928 |
| 28 | Qian Kai | 200,000 | 0.1285 |
| 29 | Fu Yanhuan | 200,000 | 0.1285 |
| 30 | Meng Zhaoyuan | 200,000 | 0.1285 |
| 31 | Qin Qingwen | 150,000 | 0.0964 |
| 32 | Hao Kuiyan | 150,000 | 0.0964 |
| 33 | Duan Zhentao | 100,000 | 0.0643 |
| 34 | Meng Fanrong | 80,000 | 0.0514 |
| 35 | Bi Zhong | 70,000 | 0.0450 |

BNBMPLC0010326

| No. | Name of shareholder | Number of shares held | Shareholding ratio (%) |
|---|---|---|---|
| 36 | Kang Zhiguo | 59,000 | 0.0379 |
| 37 | Wang Lifeng | 50,000 | 0.0321 |
| 38 | Yue Rongliang | 50,000 | 0.0321 |
| 39 | Huang Rongquan | 50,000 | 0.0321 |
| 40 | Yuan Chuanqiu | 50,000 | 0.0321 |
| 41 | Xu Fuyin | 50,000 | 0.0321 |
| 42 | Zhang Guangmiao | 50,000 | 0.0321 |
| 43 | Xu Guogang | 44,000 | 0.0283 |
| 44 | Chen Xinyang | 44,000 | 0.0283 |
| 45 | Li Xiuhua | 43,000 | 0.0276 |
| 46 | Liu Mei | 42,000 | 0.0270 |
| 47 | Zhang Jijun | 40,000 | 0.0257 |
| 48 | Fang Donghua | 37,000 | 0.0238 |
| **Total** | | **155,625,000** | **100.0000** |

2. Taihe Building Materials, the former shareholder of Taishan Gypsum, once actually held 29,568,750 shares in Taishan Gypsum, where directly held 21,787,500 shares in Taishan Gypsum and held 7,781,250 shares in Taishan Gypsum through Jia Tongchun; at the same time, natural person shareholders also held shares in Taihe Building Materials on behalf of others. The registered shareholders of Taihe Building Materials in industrial and commercial registration were 18. Up to Aug. 31, 2015, the actual shareholders of Taihe Building Materials were 503.

503 actual shareholders of Taihe Building Materials respectively signed a Confirmation Letter as regarding to related issues of holding shares in Taishan Gypsum Co., Ltd. through Taihe Building Materials and Jia Tongchun. And such Confirmation Letter has been notarized by Shandong Province Taian City Daizong Notary Office.

Related information of entrusted shareholding of shareholders in Taihe Building Materials, Taihe Building Materials holding shares in Taishan Gypsum and its standardizing process shall see "III. Standardizing of Employee Shareholding in Taishan Gypsum" of "Chapter V Basic Information of Transaction Subject" in its Reorganization Report.

3. According to the shareholders ledger of Taihe Building Materials, contribution certificate and dividends records provided by Taishan Gypsum, the Confirmation Letter which was signed by actual shareholders of Taihe Building Materials and notarized by Shandong Province Taian City Daizong Notary Office, the industrial and commercial archives materials of Taishan Gypsum and 10 limited partnerships including Heda

BNBMPLC0010327

Investment, Xinyi Investment, Wanji Investment, Hongchao Investment, Haozhan Investment, Changyuan Investment, Jinxiu Investment, Xinghe Investment, Shunchang Investment and Fanye Investment, the notarized Equity Transfer Agreement respectively signed by and between Taihe Building Materials and the foresaid ten limited partnerships on Aug. 31, 2015, the entrusted shareholding circumstance of Taishan Gypsum in history has been thoroughly terminated and there is no potential legal risk or economic dispute risk. Thus, the entrusted shareholding circumstance of Taishan Gypsum in history has no material adverse effect on this Transaction and the Listed Company following completion of this Transaction.

### (II) Supplemental Disclosure

The Listed Company additionally disclosed the said contents in "III. Compliance of Employee Shareholding in Taishan Gypsum" of "Chapter V Basic Information of Transaction Subject" in its Reorganization Report.

### (III) Verification Opinions of Agents

#### 1. Independent Financial Adviser's Opinions

After inspection and verification, the Independent Financial Adviser thinks that "the entrusted shareholding circumstance of Taishan Gypsum in history has been thoroughly terminated and there is no potential legal risk or economic dispute risk. Thus, the entrusted shareholding circumstance of Taishan Gypsum in history has no material adverse effect on this Transaction and the Listed Company following completion of this Transaction."

#### 2. Lawyer's Opinions

After inspection and verification, the Lawyer thinks that "the entrusted shareholding circumstance of Taishan Gypsum in history has been thoroughly terminated and there is no potential legal risk or economic dispute risk. Thus, the entrusted shareholding circumstance of Taishan Gypsum in history has no material adverse effect on this Transaction and the Listed Company following completion of this Transaction."

### IV. Whether the Equity Transfer by Taishan Gypsum and the Foregoing Acquisition by BNBMPLC have Undergone Necessary Approval Procedures.

### (I) Reply to the above Issues

#### 1. Approval procedures undergone by Employee Shareholder Association to transfer the 28,000,000 shares in Taishan Gypsum to Taian Donglian Investment & Trading Co., Ltd. in 2005

(1) On March 19, 2005, the Employee Shareholder Association held an interim meeting and adopted the Resolution of Employee Shareholder Association of Shandong Taihe Group, deliberated and approved the Proposal on the Transferring the Equity in Shandong Taihe Dongxin Co., Ltd. and agreed to transfer all its all 28,000,000 shares in Shandong Taihe Dongxin Co., Ltd. (former name of Taishan Gypsum, "Shandong Taihe Dongxin Co., Ltd." changed to "Taishan Gypsum Co. Ltd." in Sep. 2007) to Taian Donglian Investment & Trading Co., Ltd. (then named "Beijing Donglian Investment Co., Ltd.", hereinafter referred to as "Donglian Investment") at a transfer price of RMB1.8 per share

BNBMPLC0010328

and a total transfer price of RMB 50.4mn. On March 24, 2005, the Employee Shareholder Association adopted the Resolution of Employee Shareholder Association of Shandong Taihe Group, deliberated the Proposal on the Transferring the Equity in Shandong Taihe Dongxin Co., Ltd. and agreed to sign a share transfer agreement to transfer all its 28,000,000 shares in Shandong Taihe Dongxin Co., Ltd. to Donglian Investment at a transfer price of RMB1.8 per share and a total transfer price of RMB 50.4mn.

(2) On Mar. 24, 2005, Shandong Taihe Dongxin Co., Ltd. convened shareholders' meeting, on which approved the Employee Shareholder Association of Shandong Taihe Group to transfer its 28,000,000 shares in Shandong Taihe Dongxin Co., Ltd. to Donglian Investment.

(3) On Apr. 27, 2005, Shandong Development and Reform Commission issued Reply to Agree Shandong Taihe Dongxin Co., Ltd. to Increase its Registered Capitals and Confirm its Adjustment to Equity Structure (L. F. G. X. K. Q. Y. Z. [2005] No. 13), in which approved Employee Shareholder Association of Shandong Taihe Group to transfer its 28,000,000 shares in Shandong Taihe Dongxin Co., Ltd. to Donglian Investment.

(4) On Apr. 27, 2005, Shandong Taihe Dongxin Co., Ltd. obtained the Approval Certificate for Companies Limited by Shares in Shandong (L. Z. G. Z. [2005] No. 6) issued by People's Government of Shandong Province.

(5) According to industrial and commercial archives materials of Taishan Gypsum, this equity transfer has transacted industrial and commercial registration procedures by laws.

## 2. Approval Procedures Undergone by BNBMPLC for Acquisition of Taian Donglian Investment & Trading Co., Ltd. in 2006

(1) On Aug. 25, 2006, Donglian Investment convened a shareholders' meeting, on which made a resolution to transfer 100% equity of Donglian Investment to BNBMPLC.

(2) On Aug. 25, 2006, BNBMPLC convened the 19th Extraordinary Meeting of 3rd Board of Directors, which deliberated and approved the Proposal on Purchasing 100% Equity of Taian Donglian Investment & Trading Co., Ltd. and agreed to purchase 100% equity of Donglian Investment with RMB 114,540,000 in cash.

The three independent directors of BNBMPLC gave their independent opinion to approve such issue for the time being.

As regard to this equity transfer, Zhongshang Assets Appraisal Co., Ltd. issued the Assets Appraisal Report of Equity Transfer Evaluation Project of Taian Donglian Investment & Trading Co., Ltd. (Z. S. P. B. Z. [2006] No. 1059) on Aug. 21, 2006.

(3) According to the industrial and commercial archives materials of Donglian Investment, this equity transfer has transacted industrial and commercial registration procedures by laws.

### (II) Supplemental Disclosure

The Listed Company additionally disclosed the said contents in "II. Historical Development of Taishan Gypsum" of "Chapter V Basic Information of Transaction Subject"

BNBMPLC0010329

in its Reorganization Report.

**(III) Verification Opinion of Intermediary Agency**

**1. Independent Financial Adviser's Opinions**

After inspection and verification, the Independent Financial Adviser thinks that "Employee Shareholder Association transferring its 28,000,000 shares in Taishan Gypsum to Taian Donglian Investment & Trading Co., Ltd. in 2005 and BNBMPLC's acquisition of Donglian Investment in 2006 have undergone necessary approval procedures and transacted industrial and commercial registration procedures by laws. Thus, such equity transfer is legal and valid."

**2. Lawyer's Opinions**

After inspection and verification, the Lawyer thinks that "Employee Shareholder Association transferring its 28,000,000 shares in Taishan Gypsum to Taian Donglian Investment & Trading Co., Ltd. in 2005 and BNBMPLC's acquisition of Donglian Investment in 2006 have undergone necessary approval procedures and transacted industrial and commercial registration procedures by laws. Thus, such equity transfer is legal and valid."

BNBMPLC0010330

**QUESTION 4: As indicated on the application materials, since 2009, many home owners and home builders in the United States brought actions against BNBMPLC and Taishan Gypsum, demanding compensation for alleged losses arising from quality problems of gypsum boards, BNBMPLC and Taishan Gypsum are unable to determine the numbers of plaintiffs and properties involved in the cases and cannot accurately predict the possible judgment results; the counterparties agree that, 99,071,875 shares acquired by them will be locked up, if it is confirmed that contingent risk arises or actual loss is incurred within 36 months, BNBMPLC will repurchase and cancel the locked-up portion of shares at a price of RMB1 per share and assume the contingent risk or loss; if no contingent risk arises upon expiration of the 36-month period, BNBMPLC will also repurchase and cancel the locked-up portion of shares at a price of RMB1 per share. You are expected to make supplemental disclosure of: 1) the number of the foregoing shares, being 99,071,875 shares or 97,590,590 shares.2) The basis of calculation of number of shares and the basis of distribution among the counterparties, the specific implication of the abovementioned contingent risks, whether the compensation arrangements are able to cover relevant losses and fully protect the interests of the Listed Company.3) The reason and rationality that BNBMPLC will repurchase and cancel the locked-up shares, no matter whether the contingent risks arise or not.4) The necessity of this Transaction, the latest progress of the foregoing actions, their effect on this Transaction and the Listed Company following completion of this Transaction, and whether this Transaction meets Article 11(IV), (V) and Article 43.1(I) and (IV) of Measures for the Administration of Material Assets Reorganization of The Listed Company.5) In addition to the foregoing actions, during the reporting period, whether Taishan Gypsum is subject to other major lawsuits arising from quality control problems and other problems. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. Whether the number of the above shares is 99,071,875 or 97,590,590**

According to the Framework Agreement signed by and between BNBMPLC and 10 limited partnership enterprises including Guotai Minan Investment and Heda Investment and 35 natural persons including Jia Tongchun on October 13, 2015 and the Supplementary Agreement II signed on January 25, 2016, minority shareholders of Taishan Gypsum agreed to make compensation for the contingent risks of the Target Assets and to lock the 97,590,590 shares of the issuer's shares obtained by them; Within 36 months as of the day when the new shares in this Transaction are listed, if the annual report auditing institution of the issuer confirms that the contingent risks occur or actual losses are incurred, the issuer will repurchase and cancel the locked-up shares at a price of RMB1.00; if the contingent risks do not occur within 36 months after the day when the new shares in this Transaction are listed, the issuer will also repurchase and cancel the locked-up shares at a price of RMB1.00.

On April 11, 2016, BNBMPLC held the 2015 annual shareholders' meeting, on which the "2015 Annual Profit Distribution Pre-plan" was adopted to agree that BNBMPLC distributes the cash dividend of RMB1.75 (including tax) per 10 shares with the total amount of 1,413,981,592 shares on December 31, 2015, and the total distribution profit was RMB247,446,778.60. According to the announcement of BNBMPLC, on May 13, 2016,

BNBMPLC0010331

the above profit distribution plan was completed and the issue price for the share issuance for asset purchase was RMB11.20/share after the ex-dividend and ex-right treatment according to relevant rules of the China Securities Regulatory Commission and the Shenzhen Stock Exchange.

Therefore, the issue price and number of shares issued for this issuance for asset purchase are adjusted accordingly. The issue price of the issuance for asset purchase was adjusted to RMB11.20/share, and the number of locked-up shares was adjusted to 99,071,875 shares according to the above issue price.

**II. Calculation basis of the number of shares and the distribution basis of the shares among the counterparties, specific meaning of the above contingent risks, whether the compensation arrangements can make up for relevant losses and fully protect the interests of the Listed Company**

Contingent risks refers to the risks of economic losses that may occur to Taishan Gypsum due to litigation, arbitration and administrative penalties as well as the future industrial policies and tax policies, economic regulation and industry changes. According to the Framework Agreement signed by and between BNBMPLC and 10 limited partnership enterprises including Guotai Minan Investment and Heda Investment and 35 natural persons including Jia Tongchun on October 13, 2015 and related supplemental agreement, both parties deem after negotiations that the number of locked-up shares is sufficient to cover the losses caused by contingent risks based on the comprehensive evaluation of the profitability, synergetic value, contingent risks and other factors relating to the Target Assets.   The number of the locked-up shares is agreed upon negotiation by both parties.

For this Transaction the actual shareholding ratio of each counterparty in Taishan Gypsum shall be based on the specific distribution of the number of locked-up shares for the contingent risks i.e. 99,071,875 shares between the counterparties, and the calculation process is as follows:

(1) Calculation formula: number of shares locked up by the counterparty = price lock consideration x shareholding proportion of the counterparty / issue price

(2) Calculate the number of shares locked up by the counterparty by the above formula and distribute the remaining shares among the counterparties according to the mantissa of the number of shares locked up by the counterparties so that the sum of the shares locked up by the counterparties is 99,071,875 shares.

The specific distribution results are as follows:

| No. | Counterparty | Quantity of shares repurchased and cancelled (share) |
|---|---|---|
| 1 | Taian Guotai Minan Investment Group Co., Ltd. | 45,290,000 |
| 2 | Jia Tongchun | 32,164,540 |
| 3 | Taian Heda Investment Center (LP) | 2,084,431 |

BNBMPLC0010332

| No. | Counterparty | Quantity of shares repurchased and cancelled (share) |
|---|---|---|
| 4 | Ren Xulian | 2,000,763 |
| 5 | Xue Yuli | 1,273,213 |
| 6 | Cao Zhiqiang | 1,218,647 |
| 7 | Zhu Tenggao | 1,091,325 |
| 8 | Lv Wenyang | 727,550 |
| 9 | Zhang Yanxi | 727,550 |
| 10 | Wan Guangjin | 727,550 |
| 11 | Ren Xue | 727,550 |
| 12 | Taian Xinyi Investment Center (LP) | 596,591 |
| 13 | Taian Wanji Investment Center (LP) | 585,678 |
| 14 | Taian Hongchao Investment Center (LP) | 576,583 |
| 15 | Taian Haozhan Investment Center (LP) | 565,670 |
| 16 | Taian Changyuan Investment Center (LP) | 560,214 |
| 17 | Taian Jinxiu Investment Center (LP) | 556,576 |
| 18 | Taian Xinghe Investment Center (LP) | 554,757 |
| 19 | Mi Weimin | 554,757 |
| 20 | Zhang Jianchun | 554,757 |
| 21 | Taian Shunchang Investment Center (LP) | 551,119 |
| 22 | Taian Fanye Investment Center (LP) | 545,663 |
| 23 | Zhu Jinghua | 545,663 |
| 24 | Li Zuoyi | 545,663 |
| 25 | Yang Zhengbo | 545,663 |
| 26 | Qian Kai | 363,775 |
| 27 | Fu Tinghuan | 363,775 |
| 28 | Meng Zhaoyuan | 363,775 |
| 29 | Qin Qingwen | 272,831 |
| 30 | Hao Kuiyan | 272,831 |
| 31 | Duan Zhentao | 181,888 |

BNBMPLC0010333

| No. | Counterparty | Quantity of shares repurchased and cancelled (share) |
|---|---|---|
| 32 | Meng Fanrong | 145,510 |
| 33 | Bi Zhong | 127,321 |
| 34 | Kang Zhiguo | 107,314 |
| 35 | Wang Lifeng | 90,944 |
| 36 | Yue Rongliang | 90,944 |
| 37 | Huang Rongquan | 90,944 |
| 38 | Yuan Chuanqiu | 90,944 |
| 39 | Xu Fuyin | 90,944 |
| 40 | Zhang Guangmiao | 90,944 |
| 41 | Xu Guogang | 80,030 |
| 42 | Chen Xinyang | 80,030 |
| 43 | Li Xiuhua | 78,212 |
| 44 | Liu Mei | 76,393 |
| 45 | Zhang Jijun | 72,755 |
| 46 | Fang Donghua | 67,298 |
| **Total** | | **99,071,875** |

According to the Framework Agreement signed by and between BNBMPLC and 10 limited partnership enterprises including Guotai Minan Investment and Heda Investment and 35 natural persons including Jia Tongchun on October 13, 2015 and related supplemental agreement, the value of the locked-up shares is about RMB1,113,000,000 calculated by the issue price of this Transaction, and the number of the locked-up shares is determined based on both parties' comprehensive judgments on the existing profitability, synergetic value, contingent risks and other factors relating to the Target Assets and the future projections of performance.

According to the above, the compensation arrangement is conducive to the protection of the Listed Company and the interests of all shareholders.

### III. Reason and reasonableness of BNBMPLC's repurchasing and cancelling the locked-up shares whether the contingent risks occur

Because the pending litigation has not yet come to an end, and in the future there are some uncertainties in the industry policies, tax policies, economic regulation and changes in the industry, and it is expected that in the future there still exist conditions likely to result in the economic losses of the Listed Company. From the perspective of protecting the interests of the shareholders of the Listed Company to the maximum and enhancing the

96

BNBMPLC0010334

consideration certainty of the transaction, both parties agree that the locked-up shares will be repurchased and cancelled by BNBMPLC whether or not the contingent risks occur.

**VI. The necessity of the transaction, the latest progress of the above litigation matters and the impact upon the transaction and the Listed Company after the transaction, whether the transaction conforms to relevant provisions of Items (4) and (5) of Article 11, and Items (1) and (4) of Paragraph 1 of Article 43 of the Major Asset Restructuring and Management Approaches for The Listed Company.**

### (I) Necessity of this Transaction

### 1. To promote the Listed Company's strategic layout and consolidate the leading position in the industry

As a developing country, China is in a period of rapid development of urbanization, industrialization and marketization at present with the adjustment of industrial structure, the development of new type of industry and the construction of urbanization advanced and developed quickly. Urbanization and new rural construction provide a new round of sustained and rapid development opportunities and broad market space for the new type building materials industry. Gypsum board, composite insulation board and other new wall materials have been identified as key to the development of new building materials products. Compared with the traditional building materials, gypsum board is characterized by fire prevention, sound insulation, shockproof, energy-saving and economic advantages and is in line with the requirements of green buildings. It not only can improve the housing function to meet the specific needs of residence and office, but also is consistent with the national direction of economic development of energy saving and environmental protection. According to the "12th Five-Year Plan" Wall Materials Reform Guidance of the National Development and Reform Commission, in the future the use of gypsum board in wall construction and wall decoration will also be supported by favorable policies and the market prospect is broad.

As the world's largest gypsum board industry group, BNBM's "Dragon" gypsum board targeting the high-end market and the "Taishan" gypsum board targeting the middle-end market together have occupied a considerable domestic market share; in addition, BNBMPLC has set up more than 60 production bases in the key areas of the country, which improves the industrial layout. After the completion of the transaction, Taishan Gypsum will become a wholly-owned subsidiary of the Listed Company, which further improves the Listed Company's strategic layout, enhance the Listed Company's market share and competitive strength, consolidate the competitiveness of core products and leading position in the industry, and drive BNBMPLC's other products to realize a comprehensive performance breakthrough with gypsum board as a pillar.

### 2. To strengthen core businesses and improve the profit scale of the Listed Company

For a long time BNBMPLC is committed to developing the main businesses with gypsum board and stud as core. As of December 31, 2015, its production capacity had reached 2 billion square meters as one of the world's largest gypsum board industry group and China's largest new building materials industry group. Taishan Gypsum focuses on the R&D, production and sales of gypsum board and stud products as a core controlled

BNBMPLC0010335

subsidiary of BNBMPLC and makes great contribution to the net profits of BNBMPLC. Before the transaction, BNBMPLC directly and indirectly owns 65% of Taishan Gypsum shares. After the completion of the transaction, the original minority stockholder equity of Taishan Gypsum will be owned by the Listed Company, the net profits of the Listed Company attributable to the parent company will be improved, the scale profits of the Listed Company will be expanded, which is in the interest of the minority shareholders of the Listed Company.

According to the pro forma consolidated financial statements of the Listed Company reviewed by the Baker Tilly CPA, and assuming that the issuance of shares to purchase the minority shares of Taishan Gypsum is completed on January 1, 2015, changes to the net profit attributable to the owner of the parent company of BNBMPLC before and after the transaction are as follows:

Unit: RMB10,000

| Item | 2016H1 | | | 2015 | | |
|---|---|---|---|---|---|---|
| | Before transaction (actual) | After transaction (pro forma) | Growth rate compared with before the transaction | Before transaction (audited) | After transaction (pro forma) | Growth rate compared with before the transaction |
| Net profit attributable to shareholders of parent company | 45,945.01 | 60,698.01 | 32.11% | 89,687.62 | 120,830.93 | 34.72% |
| Net profit attributable to shareholders of parent company after extraordinary items | 46,524.31 | 61,783.87 | 32.80% | 85,461.18 | 116,965.14 | 36.86% |

Note: the actual data for Jan.-Jun. 2016 is not audited.

## 3. To achieve a diversified equity structure and enhance the sustainable profitability of the Listed Company

After the transaction is completed Taishan Gypsum will become a wholly-owned subsidiary of BNBMPLC, some management personnel and middle-level staff of Taishan Gypsum will become shareholders of the Listed Company, diversification of BNBMPLC equity structure will be realized, which is more conducive to improving the decision efficiency of the Listed Company, realize a more smooth sharing of technology and market resources between Taishan Gypsum and the Listed Company. In addition, the transaction makes some core personnel of Taishan Gypsum become shareholders of the Listed Company, which is conducive to the stability of Taishan Gypsum core personnel and the production and operation, so that the personal career goals of related personnel are consistent with the sustainable profitability goal of the Listed Company, give full play to the advantages of capital in different systems of ownership, realize the mutual promotion and common development of state-owned capital and private capital to further enhance the corporate governance standards of BNBMPLC and promote the function and value appreciation of state-owned capital.

BNBMPLC0010336

**(2) Latest progress of above litigation matters and the impact upon the transaction and the Listed Company after the completion of the transaction**

**1. Latest progress of the said litigation matter**

According to the public announcement made by BNBM, the report issued by the US law firm engaged by Taishan Gypsum and the description of Taishan Gypsum, the progress of the US gypsum board litigation involved by Taishan Gypsum is as follows:

(1) Multi-district litigation

According to the report issued by the US law firm engaged by Taishan Gypsum and the description of Taishan Gypsum, the court in New Orleans trying the multi-district litigation (MDL) is the court where all the drywall litigation cases submitted to the federal court are accepted in a centralized way, and this litigation lists Taishan Gypsum and other manufacturers, suppliers and house builders as defendants. MDL includes thousands of claims lodged by different plaintiffs against Taishan Gypsum. Most of the claims are made by individual homeowners. In 2015, Taishan Gypsum paid nearly $3,200,000 as damages to 7 homeowners to satisfy an existing judgment. These claims are judged without objections made by Taishan Gypsum and the amount of damages might not be able to reflect the damages payable for other appeals. Other claims against Taishan Gypsum were made by the Attorney General of Louisiana State and other defendants, including the housing builders. Due to the current lack of information on these claims, Taishan Gypsum cannot determine the number of houses at issue, and the amount of claims in the case is not clear. The Plaintiffs' Steering Committee (PSC) made litigation claims on behalf of approximately 3,500 homeowners, but Taishan Gypsum believes that these claims have various defects, such as lack of evidence or the issue of statute of limitation, which will likely reduce the amount of damages.

(2) Claims not submitted

According to the report issued by the US law firm engaged by Taishan Gypsum and the description of Taishan Gypsum, in addition to the litigation, there are a small number of claims against Taishan Gypsum which have not filed a lawsuit. Taishan Gypsum believes these claims may be out of time.

**2. Impact upon the completion of the transaction and the Listed Company after the completion of the transaction**

**(1) The implementation of the transaction helps the Listed Company to highlight the main industry**

After this Transaction is completed, Taishan Gypsum becomes a wholly-owned subsidiary of BNBMPLC. The collaboration of the "Dragon" brand gypsum board targeting the high-end market and the "Taishan" brand gypsum helps BNBMPLC to highlight the main industry and manifest the advantages, and further enhance the brand influence, key project coverage, competitive strength in terms of factory and channel distribution of the Listed Company and to enhance the market share rate of the Listed Company in China's gypsum board market.

99

BNBMPLC0010337

**(2) The implementation of this Transaction is conducive to the performance enhancement of the Listed Company**

After this Transaction is completed, Taishan Gypsum will become a wholly-owned subsidiary of the Listed Company, and the operating performance corresponding to 35% minority equity of Taishan Gypsum will be attributed to the Listed Company so as to improve net profit scale belonging to the shareholders of BNBMPLC, thicken the earnings per share, increase the shareholder returns level and further enhance the profitability of the Listed Company. The transaction is of great significance for the Listed Company to expand the operation scale, highlight the main industry, strength the gypsum board industry, improve the layout of regional industry, optimize the brand positioning, integrate the Listed Company's resources, enhance the ability to resist risks, reinforce the core competitiveness and sustainable development capacity, and increase the shareholder value.

**(3) Both parties to the transaction are the defendant in the US gypsum board litigation case**

BNBMPLC and Taishan Gypsum make a decision for this Transaction based on the reasonable commercial background and from the perspective of the future development of the Listed Company. Given that both BNBMPLC and Taishan Gypsum are defendants in the US gypsum board litigation case and Taishan Gypsum has become a controlled subsidiary of BNBMPLC before this Transaction, this Transaction does not affect the position of them in the US gypsum board litigation case and the final outcome of the US gypsum board litigation case. In addition, the US gypsum board litigation case is time-consuming and has not been closed since 2010. In the meantime, BNBMPLC and Taishan Gypsum operate the normal business as usual while engaged in the active defense, and their daily business is not affected because of the existence of the US gypsum board litigation case. In view of this, the business decision of BNBMPLC to carry out this Transaction will not be affected therefor.

**V. Is Taishan Gypsum subject to any other major litigations caused by quality control and other problems during the reporting period?**

According to information provided by Taishan Gypsum, explanations made by Taishan Gypsum and the search of the National Publicity System of Enterprise Credit Information, the website of China Judgments Online, the National Courts Information Announcement and Search System of List of Dishonored Persons Subject to Enforcement, and the website of Credit China, during the reporting period Taishan Gypsum is not subject to major litigations caused by quality control issues and other problems except for the US gypsum board class action lawsuit.

**VI. Supplemental Disclosure**

The Listed Company has made supplemental disclosure of the said contents in the "I. Specific Conditions of the Issuance of Shares" of "Chapter VI Issuance of Shares" and "XI. Representation of Taishan Gypsum Major Asset Acquisition or Sale Matters, Pending Litigation, Non-operating Find Occupation, and Guarantees for Related Parties" of "Chapter V Basic Information on Transaction Target" of the Reorganization report.

BNBMPLC0010338

## VII. Verification Opinions of Agents

### (1) Independent Financial Adviser's Opinions

After verification, the Independent Financial Advisor deems that: "1. The number of the locked-up shares is 99,071,875 shares, such compensation arrangement is helpful to safeguard the interests of the issuer; 2. The agreements on the repurchase of the locked-up shares are the true meaning of both parties and the content is legitimate and effective, and the arrangement is conducive to the protection of the interests of the Listed Company and is reasonable; 3. the issuer had made supplement disclosure of the necessity of this Transaction and the relevant content is true; 4. The US gypsum board litigation case will not cause significant adverse effects to the transaction and the Listed Company after the completion of the transaction, and the transaction conforms to relevant provisions of Items (4) and (5) of Article 11, and Items (1) and (4) of Paragraph 1 of Article 43 of the Major Asset Restructuring and Management Approaches for the Listed Company; 5. Except for the US gypsum board lawsuit, during the reporting period Taishan Gypsum is not subject to major litigations due to quality control issues and other problems. "

### (2) Lawyer's Opinions

After verification, the Lawyer deems that: "1. such compensation arrangement is helpful to safeguard the interests of the issuer; 2. The agreements on the repurchase of the locked-up shares are the true meaning of both parties and the content is legitimate and effective, and the arrangement is conducive to the protection of the interests of the Listed Company and is reasonable; 3. The applicant had made supplement disclosure of the necessity of this Transaction and the relevant content is true; 4. The US gypsum board class action lawsuit will not cause significant adverse effects to the transaction and the Listed Company after the completion of the transaction, and the transaction conforms to relevant provisions of Items (4) and (5) of Article 11, and Items (1) and (4) of Paragraph 1 of Article 43 of the Major Asset Restructuring and Management Approaches for The Listed Company; 5. According to information provided by Taishan Gypsum, explanations made by Taishan Gypsum and our lawyers' search of the National Publicity System of Enterprise Credit Information, the website of China Judgments Online, the National Courts Information Announcement and Search System of List of Dishonored Persons Subject to Enforcement, and the website of Credit China, after verification, during the reporting period Taishan Gypsum is not subject to major litigations caused by quality control issues and other problems except for the US gypsum board class action lawsuit. "

BNBMPLC0010339

**QUESTION 5: As indicated on the application materials, in July 2014, the U.S. court ordered Taishan Gypsum and any of its affiliates or subsidiaries not to engage in any business activities in the United States until or unless Taishan Gypsum participated in the court proceedings; if Taishan Gypsum violates the injunction, it must pay 25% of the profit of its own or its affiliate violating the injunction in the year when such violation occurs as further penalty. You are expected to make supplemental disclosure of: 1) the effect of the foregoing judgment and relevant overseas actions on the overseas business of Taishan Gypsum, whether there are relevant operational risks in the overseas business, and if so, additionally disclose the effect of relevant risks on the operation stability and sustained profitability of the Target Assets and the countermeasures.2) The proportions of operating revenue and net profit of Taishan Gypsum's overseas business, whether it is necessary to obtain relevant domestic and local qualifications and undergo relevant approval and filing procedures for the foregoing overseas business, and if so, additionally disclose the acquisition of these qualifications, whether the foregoing overseas business meets the applicable local laws and regulations, as well as relevant provisions of Chinese commerce, foreign investment, foreign exchange, tax, commerce and industry policies. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. The effect of the foregoing judgment and relevant overseas actions on the overseas business of Taishan Gypsum, whether there are relevant operational risks in the overseas business, and if so, additionally disclose the effect of relevant risks on the operation stability and sustained profitability of the Target Assets and the countermeasures.**

**(I) Basic Facts**

As Taishan Gypsum failed to participate in the judgment debtor examinations conducted by the U.S. District Court for the Eastern District of Louisiana (hereinafter referred to as the "U.S. District Court"), in July 2014, the U.S. District Court found Taishan Gypsum in contempt of court, and ordered: 1) Taishan Gypsum to pay US$15,000 in attorneys' fees to plaintiffs' counsel; 2) Taishan Gypsum to pay US$40,000 as a penalty for its contempt of court; 3) Taishan Gypsum, and any of its affiliates or subsidiaries, to be enjoined from conducting any business in the United States until or unless Taishan Gypsum participates in this judicial process. If Taishan Gypsum violates this injunction, it must pay a further penalty of 25% of the profits earned by it or its affiliates who violate the order, for the year of the violation.

In order to protect its own rights and interests, in February 2015, Taishan Gypsum engaged a U.S. law firm to respond to action and defend on its behalf in the lawsuit involving gypsum boards. To facilitate the defense, Taishan Gypsum paid US$40,000 as a penalty to the U.S. court, and agreed to pay the attorneys' fees of US$15,000, default judgment award of US$2,758,356.52 and relevant interests.

According to court records, at the motion hearing conducted on August 7, 2015, the lawyer of US law firm representing Taishan Gypsum in the litigation asked the judge whether Taishan Gypsum was still subject to the injunction prohibiting Taishan Gypsum

BNBMPLC0010340

from conducting any business in the United States; the judge clearly answered that Taishan Gypsum was no longer subject to such injunction. When the U.S. lawyer sought further confirmation from the court, the judge clearly pointed out that given that Taishan Gypsum has paid the penalty, it is no longer subject to the restrictions on conducting business in the United States set forth in the court's contempt order.

According to the report issued by the US law firm engaged by Taishan Gypsum, on July 17, 2014, Judge Fallon of the U.S. District Court for the Eastern District of Louisiana issued an order, finding Taishan Gypsum in contempt of court for Taishan Gypsum's failure to appear before the court in the debtor examination in the *Germano* case. The court ordered that Taishan Gypsum to pay US$15,000 in attorneys' fees and US$40,000 as a penalty. The court further ordered that Taishan Gypsum, and any of its affiliates or subsidiaries, was enjoined from conducting any business in the United States until or unless Taishan Gypsum participates in this judicial process. On February 17, 2015, Taishan Gypsum returned to the judicial process. Soon thereafter, Taishan Gypsum paid US$15,000 in attorneys' fees and US$40,000 as the penalty. In addition, Taishan Gypsum paid US$3,229,296.50 to satisfy the judgment in the Germano case. On August 7, 2015, Judge Fallon orally declared that Taishan Gypsum was no longer in contempt of court. In different occasions, Judge Fallon stated that the contempt period was from July 17, 2014 to February 17, 2015 or March 25, 2015.

The U.S. District Court is of the view that the contempt period is from July 17, 2014 to February 17, 2015 or March 25, 2015. Such matter will have no adverse effect on the overseas business of Taishan Gypsum.

### (II) Supplemental Disclosure

The Listed Company has made supplemental disclosure of the above content in "VIII Administrative Penalties and Major Lawsuits and Arbitrations Involving the Company and its Key Managers" of "Chapter 3 Basic Information of Listed Companies" of the Reorganization Report.

### (III) Verification Opinions of Agents

#### 1. Independent Financial Adviser's Opinions

Upon inspection and verification, the Independent Financial Adviser was of the opinion that "US District Court is of the view that the contempt period was from July 17, 2014 to February 17, 2015 or March 25, 2015. Such matter will have no adverse effect on the overseas business of Taishan Gypsum".

#### 2. Lawyer's Opinions

Upon inspection and verification, the Lawyer was of the opinion that "US District Court is of the view that the contempt period was from July 17, 2014 to February 17, 2015 or March 25, 2015. Such matter will have no adverse effect on the overseas business of Taishan Gypsum".

BNBMPLC0010341

**II. The proportions of operating revenue and net profit of Taishan Gypsum's overseas business, whether it is necessary to obtain relevant domestic and local qualifications and undergo relevant approval and filing procedures for the foregoing overseas business, and if so, additionally disclose the acquisition of these qualifications, whether the foregoing overseas business meets the applicable local laws and regulations, as well as relevant provisions of Chinese commerce, foreign investment, foreign exchange, tax, commerce and industry policies. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**(I) Basic Facts**

According to overseas sales orders and a statement provided by Taishan Gypsum, as of the date of signature to this reply, Taishan Gypsum mainly focuses on domestic sales of its products and has no overseas distributor or agent. However, after receiving overseas orders, Taishan Gypsum and some of its subsidiaries did sell its products overseas for fulfilling the sales contract, and the details are shown in the following table:

Unit: 10,000 yuan

| Item | January-June 2016 | 2015 | 2014 |
|---|---|---|---|
| Overseas sales revenue | 1,633.29 | 2,446.35 | 789.76 |
| Operating revenue | 260,882.25 | 544,138.54 | 582,110.43 |
| Proportion of overseas sales revenue (%) | 0.63 | 0.45 | 0. 14 |

As the pricing and gross margin of the products sold overseas are basically equivalent to those sold domestically, the proportion of net profit of Taishan Gypsum's overseas business is equivalent to the proportion of operating revenue, both accounting for a small share.

According to the national industry policies, gypsum boards are not the products under export restrictions. To carry out overseas business, gypsum board enterprises are not required to obtain special qualifications, and are only required to file for record as a foreign trade operator with the commerce department and register as a declaration entity with the Customs according to the standards for general export enterprises. During the report period, Taishan Gypsum and its subsidiaries selling products overseas has undergone the necessary filing and registration procedures for carrying out foreign trade, and has not violated relevant provisions of Chinese commerce, foreign investment, foreign exchange, tax, commerce and industry policies.

The filing and registration procedures Taishan Gypsum and its subsidiaries selling products overseas are required to undergo for carrying out foreign trade are shown in the following table:

| Company name | Foreign trade operator registration No. | Customs registration No. |
|---|---|---|
| Taishan Gypsum Co. Ltd. | 00428753 | 3709912427 |

BNBMPLC0010342

| Taian Kuahai Trade Co., Ltd. | 02425331 | 3709964405 |
|---|---|---|
| Taishan Gypsum (Weihai) Co., Ltd. | 01195109 | 3710967991 |
| Taishan Gypsum (Weifang) Co., Ltd. | 01926541 | 37079605D3 |

During the report period, Taishan Gypsum didn't engage in overseas business by setting up branches, subsidiaries, distributors or agents, so it doesn't exist that the foregoing overseas business violates the applicable local laws and regulations.

### (II) Supplemental Disclosure

The Listed Company has made supplemental disclosure of the said contents in "IX Developments of Taishan Gypsum's Main Business in the Latest Three Years" of "Chapter V Basic Information of the Transaction Object" of the Reorganization Report.

### (III) Verification Opinions of Agents

#### 1. Independent Financial Adviser's Opinions

After verification, the Independent Financial Adviser was of the opinion that during the report period, the proportions of operating revenue and net profit of Taishan Gypsum's overseas business are small, Taishan Gypsum and its subsidiaries selling products overseas have undergone the necessary filing and registration procedures for carrying out foreign trade, and it doesn't exist whether the company has violated relevant provisions of Chinese commerce, foreign investment, foreign exchange, tax, commerce and industry policies; during the report period, Taishan Gypsum didn't carry out business activities overseas, so it doesn't exist whether the company has violated the local laws and regulations.

#### 2. Lawyer's Opinions

Upon inspection and verification, the Lawyer was of the opinion that during the report period, the proportions of operating revenue and net profit of Taishan Gypsum's overseas business are small, Taishan Gypsum and its subsidiaries selling products overseas have undergone the necessary filing and registration procedures for carrying out foreign trade, and it doesn't exist whether the company has violated relevant provisions of Chinese commerce, foreign investment, foreign exchange, tax, commerce and industry policies; during the report period, Taishan Gypsum didn't carry out business activities overseas, so it doesn't exist whether the company has violated the local laws and regulations.

BNBMPLC0010343

**QUESTION 6: As indicated on the application materials, the authorizations and approvals that have been granted to this Transaction include: the approval of Taian Municipal People's Government for this Transaction plan, approval of Taian competent departments for the Appraisal Report, filing and confirmation of the Appraisal Report with China National Building Materials Group Corporation, and official reply given by competent departments regarding this Transaction plan; the controlling shareholder of the Listed Company is a Hong Kong Listed Company; the actual controller of the counterparty Guotai Minan Investment is Taian Bureau of Finance. You are expected to: 1) based on the information about the actual controller, make supplemental disclosure of what the above competent departments specifically refer to, and whether the approval and filing meet relevant regulations.2) additionally disclose whether this Transaction has to go through relevant procedures of Stock Exchange of Hong Kong.3) based on the shareholding structure of Guotai Minan Investment, additionally disclose whether this Transaction has to go through relevant approval procedures. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. Information on Competent Unit, This Transaction Approval and Filing**

**(I) Information of BNBMPLC, Its Controlling Shareholder and Actual Controller on the Examination and Approval Procedure for This Transaction Fulfillment Decision**

BNBMPLC has its controlling shareholder being CNBMPLC and actual controller being CNBM Group. The examination and approval procedure for this Transaction decision of the aforesaid institutions is as follows:

Article 30 of the Law of the People's Republic of China on the State-Owned Assets of Enterprises (hereinafter referred to as the "Law on the State-Owned Assets of Enterprises") stipulates that the state-invested enterprises shall comply with laws, administrative regulations and enterprise bylaws in such major matters as merger, splitting, restructuring, listing, increase or reduction of registered capital, issuance of bonds, major investment, provision of large-sum security for others, transfer of major property, large-sum donation, distribution of profits, dissolution, and petition for bankruptcy, without prejudice to the rights and interests of the contributor and creditors.

Article 33 of the Law on the State-Owned Assets of Enterprises stipulates that the matters listed in Article 30 of this Law of a company in which the state has a stake, whether controlling or non-controlling, shall be decided by the shareholders' meeting, general assembly of shareholders or the board of directors of the company according to laws, administrative regulations and company bylaws. If the matters are decided by the shareholders' meeting or general assembly of shareholders, the shareholder representative(s) appointed by the body performing the contributor's functions shall

106

exercise his rights according to Article 13 of this Law.

Article 38 of the Law on the State-Owned Assets of Enterprises stipulates that a wholly state-owned enterprise, wholly state-owned company or company in which the state has a controlling stake shall perform the contributor's functions in the major matters of an enterprise in which it invests under the provisions of this Chapter by analogy.

CNBM Group is a state-owned enterprise. This time, BNBMPLC intends to acquire the equity of Taishan held by minority shareholders. According to the relevant laws, administrative regulations and company bylaws, it shall be decided by Shareholders' Meeting of BNBMPLC via deliberation.

In the meantime, Articles 10 and 5 of the Notice of the State-owned Assets Supervision and Administration Commission of the State Council on the Relevant Matters concerning Regulating the Issue of Exchangeable Bonds by a State-owned Shareholder of a Listed Company and the Issue of Securities by a State-controlled Listed Company (GuoZiFaChanQuan (2009) No.125) stipulate that, "if a state-controlled Listed Company issues securities (issue of shares to specific subscribers in a non-public manner), state-controlled shareholders, after the Board of Directors of the Listed Company passes the scheme of securities issue via deliberation, shall report the scheme to provincial or higher State-owned Assets Supervision and Administration Commission step by step for approval at least twenty (20) working days prior to the convening of the Listed Company's Shareholders' Meeting; the State-owned Assets Supervision and Administration Commission shall offer a reply five (5) working days prior to the convening of the Listed Company's Shareholders' Meeting. If state-controlled shareholders are central units, central units shall report to the State-owned Assets Supervision and Administration Commission of State Council for approval by virtue of parent corporation; if state-controlled shareholders are local units, local units shall report to provincial State-owned Assets Supervision and Administration Commission for approval by virtue of parent corporation". The relevant matters concerning state-owned equity involved in this Transaction have been reported to the State-owned Assets Supervision and Administration Commission by CNBM Group for approval. On March 31, 2016, the State-owned Assets Supervision and Administration Commission issued approval and agreed to this assets restructuring scheme of BNBMPLC. The concrete examination and approval procedure is as follows:

(1) On October 13, 2015, January 15, 2016, January 25, 2016 and April 5, 2016, BNBMPLC held the eleventh extraordinary meeting of the fifth Board of Directors, the fifteenth extraordinary meeting of the fifth Board of Directors, the sixteenth extraordinary meeting of the fifth Board of Directors, and the first extraordinary meeting of the sixth Board of Directors respectively to pass relevant proposals of this Transaction; on April 21, 2016, the second   extraordinary Shareholders' Meeting was convened to pass relevant proposals of this Transaction;

On July 27, 2016 and August 12, 2016, the third extraordinary meeting of the sixth Board of Directors and the third extraordinary Shareholders' Meeting were respectively

BNBMPLC0010345

convened to pass relevant proposals concerning adjustment of contributors of some counterparties in the scheme of this Transaction;

(2) On September 22, 2015, CNBMPLC held the fifteenth meeting of the third Board of Directors to pass Beijing New Building Materials Public Limited Company's Plan to Acquire the 35% Equity of Taishan through Share Issue via deliberation;

(3) On April 11, 2015, CNBM Group held the 25th meeting of the third Board of Directors to pass Beijing New Building Materials Public Limited Company's Plan to Acquire the 35% Equity of Taishan through Share Issue via deliberation;

(4) The competent unit disclosed by the Restructuring Report is the State-owned Assets Supervision and Administration Commission, which approved relevant matters concerning administration of state-owned equity involved in this Transaction on March 31, 2016 and agreed to this asset restructuring scheme of BNBMPLC.

### (II) Information of Taishan on the Examination and Approval Procedure for This Transaction Fulfillment Decision

Taishan convened the seventh extraordinary meeting of the fifth Board of Directors on August26, 2015 to pass relevant proposals of this Transaction, and held the 2015 extraordinary Shareholders' Meeting on September 26, 2015 to pass the scheme of this Transaction and other relevant proposals.

On July23, 2016 and August 8, 2016, Taishan convened the tenth meeting of the fifth Board of Directors and the 2016 second extraordinary Shareholders' Meeting respectively to pass relevant proposals concerning adjustment of contributors of some counterparties in the scheme of this Transaction.

### (III) Information of Guotai Minan Investment on the Examination and Approval Procedure for This Transaction Fulfillment Decision

(1) On September 21, 2015, January 8, 2016 and January 22, 2016, Guotai Minan Investment convened the sixth meeting of the first Board of Directors, the twelfth meeting of the first Board of Directors, and the thirteenth meeting of the first Board of Directors, respectively to pass relevant proposals of this Transaction.

On July 25, 2016, Guotai Minan Investment held the 21th meeting of the first Board of Directors to pass relevant proposals concerning adjustment of contributors of some counterparties in the scheme of this Transaction.

(2) According to the Notice on Promoting State-owned Equity Circulation of Enterprises (GuoZiFaChanQuan (2014) No. 95) and the Notice of the State-owned Assets Supervision and Administration Commission of Shandong Provincial Government on Cancelling and Delegating a Batch of Examination, Approval, Registration Matters (LuGuoZiBan (2014) No.

BNBMPLC0010346

3), the transfer of state-owned equity of province governing Level-3 enterprises or lower shall be delegated and have parent corporation exercise the registration authority. In addition, the Notice of Taian Municipal People's Government on Strengthening State-owned Assets Supervision and Administration of Municipal Enterprises (TaiZhengFa (2010) No. 43) also stipulates that, municipal state-owned, state-controlled and state-holding enterprises shall report to the municipal government for approval upon being examined by the municipal State-owned Assets Supervision and Administration Commission in such major matters as merger, division, reorganization, listing, increase or decrease of registered capital, close-down or application for bankruptcy.

As to this Transaction, Guotai Minan Investment obtained the Approval of Taishan Gypsum Co., Ltd. on Relevant Matters Concerning Small Holdings Listed (TaiZhengZi (2015) No. 85) from Taian Municipal People's Government on November 18, 2015 and the Approval on Agreeing Taian Guotai Minan Investment Group Co., Ltd. to Acquire the Shares of Directional Private Placement by Beijing New Building Materials Public Limited Company via State-owned Equity of Taishan Gypsum Co., Ltd. (TaiGuoZi (2016) No. 1) from Taian State-owned Assets Supervision and Administration Commission on January 7, 2016 respectively.

### (IV) Archival Filing of State-owned Assets Appraisal for This Transaction

Article 3 of the Notice on Strengthening Relevant Matters Concerning the Administration of State-owned Assets Appraisal of Enterprises stipulates that, if multiple enterprises of state-owned shareholders witness assets appraisal, upon amiable negotiation, the largest state-owned shareholder can go through the approval or filing procedures according to its property relationship. In addition, Article 6.10 of the Interim Measures for the Administration of Assessment of State-owned Assets of Enterprises stipulates that, where an enterprise and its subsidiary enterprises at all levels performing the duties of contributor conduct the purchase of assets of a non-state-owned entity, the relevant assets shall be assessed. According to Article 4.3 of the Measures, the State-owned Assets Supervision and Administration Commission of the State Council shall be responsible for the archival filing of assets assessment projects relating to the economic acts approved by it. The central enterprises shall be responsible for the archival filing of the assets assessment projects relating to the economic acts approved by the contributed enterprises of the state-owned assets supervision and administration institution of the State Council (hereinafter referred to as the "Central Enterprise") and their subsidiary enterprise at all levels. The Target Assets of this Transaction have BNBMPLC being the Controlling Shareholder, whose Actual Controller, CNBM Group is an enterprise group company managed by the central. Considering that BNBMPLC is an indirect subsidiary of CNBM Group and a state-controlled Listed Company, according to the aforesaid regulations, the archival filing of state-owned assets appraisal of this Transaction shall be in the charge of CNBM Group. On January 8, 2016, the Appraisal Report of this Transaction was archived by CNBM Group for confirmation.

According to the Notice on Promoting State-owned Equity Circulation of Enterprises

BNBMPLC0010347

(GuoZiFaChanQuan (2014) No. 95), the Notice of the State-owned Assets Supervision and Administration Commission of Shandong Provincial Government on Cancelling and Delegating a Batch of Examination, Approval, Registration Matters (LuGuoZiBan (2014) No. 3) and Article 9 of the Notice of the State-owned Assets Supervision and Administration Commission of Shandong Provincial Government on Relevant Matters Concerning Delegation of Equity Administration, the administration authority of municipal enterprises' assets appraisal projects shall be subject to the concrete provisions formulated by the state-owned assets supervision and administration institution of each municipality as per the actual situations. According to the Notice of Taian Municipal People's Government on Strengthening State-owned Assets Supervision and Administration of Municipal Enterprises (TaiZhengFa (2010) No. 43), the state-owned assets of enterprises shall go through assets appraisal by law in such matters as equity transfer, and the appraisal results shall be submitted to the Taian State-owned Assets Supervision and Administration Commission for approval or archival. On January 7, 2016, the Taian State-owned Assets Supervision and Administration Commission, serving as the Actual Controller of Guotai Minan Investment, the Counterparty of this Transaction approved the assets appraisal results of this Transaction.

## II. Information on HKEX's Procedure Performed by This Transaction of CNBMPLC

1. Relevant Regulations on the Listing Rules of the Stock Exchange of Hong Kong

(1) According to Articles 14.06, 14.07 and 14.08 of the Listing Rules of the Stock Exchange of Hong Kong, certain transaction or certain series of transaction of a listed issuer shall be consolidated as per Articles 14.22 and 14.23 of the Listing Rules, while any transaction having its asset ratio, profit ratio, yield ratio, price ratio, capital stock ratio or any other percentage ratio higher than 5% yet lower than 25% must be disclosed.

(2) According to Article 14.33 of the Listing Rules of the Stock Exchange of Hong Kong, any transaction to be disclosed must keep HKEX informed and published as per Article 2.07C of the Listing Rules.

(3) According to Article 14A.101 of the Listing Rules of the Stock Exchange of Hong Kong, if a related transaction between a listed issuer group and affiliated persons as per general business terms or better terms complies with the following circumstances, it is available to obtain the notice on the exemption of ordinance, independent financial opinions and shareholders' approval:

① The Board of Directors of the Listed Issuer has approved the transaction; and

②The independent non-executive director has confirmed that the transaction terms are fair and reasonable, and the transaction to be performed as per general business terms or better terms complied with the interests of the listed issuer and shareholders.

2. Approval and Announcement of This Transaction by CNBMPLC

BNBMPLC0010348

(1) On September 22, 2015, CNBMPLC held the fifteenth meeting of the third Board of Directors to pass Beijing New Building Materials Public Limited Company's Plan to Acquire the 35% Equity of Taishan through Share Issue via deliberation, and agreed the applicant to acquire the 35% equity of Taishan held by 10 limited partnerships including Guotai Minan Investment and Heda Investment as well as 35 natural persons including JiaTongchun by issuing 369 million shares. According to this Board of Directors of CNBMPLC, all the directors (with the independent non-executive director inclusive) hold that, this Transaction to be performed as per usual business conditions and general business terms is fair, reasonable and in conformity with the overall interests of the Company and shareholders.

(2) On October 13, 2015, CNBMPLC issued an announcement titled as "Transaction to be Disclosed: Related Transaction – BNBMPLC Acquires the Equity of Taishan nu Issuing Shares" in the Stock Exchange of Hong Kong, which announced relevant matters of this Transaction.

**III. Information on the Approval and Archival Filing Performed by This Transaction of Guotai Minan Investment**

**1. Basic Information on the Equity of Guotai Minan Investment**

Up to now, Taian Taishan Investment Co., Ltd., as a solely state-owned enterprise having 100% of its equity held by the Taian Finance Bureau, has possessed 100% equity of Guotai Minan Investment.

The old name of Guotai Minan Investment is Taian State-owned Assets Operation Co., Ltd., originally a sole proprietorship of Taian State-owned Assets Supervision and Administration Commission. According to the guiding spirits specified in the Minutes of Special Session Convened by Taian Municipal People's Government on July 26, 2011, the state-owned resources in Taian municipality shall be integrated and input to the investment and financing platforms on the precondition of maintaining the original management system so as to realize the effective transformation of state-owned assets to capitals. For instance, 100% equity of Taian State-owned Assets Operation Co., Ltd. held by Taian State-owned Assets Supervision and Administration Commission was transferred to Taian Taishan Investment Co., Ltd. free of charge. On July 29, 2011, the Taian State-owned Assets Supervision and Administration Commission made the Notice on Relevant Matters Concerning the Free Transfer of State-owned Assets by Municipal State-owned Assets Operation Companies (TaiGuoZi (2011) No. 13) and transferred all the state-owned equity of Guotai Minan held by it to Taian Taishan Investment Co., Ltd. free of charge. On August 4, 2011, it completed the registration formalities for state-owned assets property alteration, so did the industry and commerce alteration registration procedures.

According to the Minutes of Special Session Convened by Taian Municipal People's Government on July 1, 2014, in order to improve the financing capacity of financial companies in Shandong Province and comply with the requirements proposed by Shandong Provincial Government, the contributor of Taian Taishan Investment Co., Ltd. was altered into Taian Finance Bureau from Taian State-owned Assets Supervision and Administration Commission. Upon such alteration, the original management system and operation mode shall remain the same. In addition, Taian State-owned Assets Supervision and Administration Commission shall enjoy the assets equity of Taian Taishan Investment Co., Ltd. by law as well as other rights of contributor as participating in great decisions and

BNBMPLC0010349

selecting managers.

In November 2014, Taian State-owned Assets Operation Co., Ltd. was renamed as "Taian Guotai Minan Investment Group Co., Ltd.".

**2. Information on the Approval and Archival Filling Performed by This Transaction of Guotai Minan Investment**

(1) On September 21, 2015, January 8, 2016 and January 22, 2016, Guotai Minan Investment convened the sixth meeting of the first Board of Directors, the twelfth meeting of the first Board of Directors, and the thirteenth meeting of the first Board of Directors, respectively to pass relevant proposals of this Transaction.

(2) According to the Notice on Promoting State-owned Equity Circulation of Enterprises (GuoZiFaChanQuan (2014) No. 95) and the Notice of the State-owned Assets Supervision and Administration Commission of Shandong Provincial Government on Cancelling and Delegating a Batch of Examination, Approval, Registration Matters (LuGuoZiBan (2014) No. 3), Guotai Minan Investment has obtained approval from Taian Municipal People's Government and Taian State-owned Assets Supervision and Administration Commission respectively for its participation in this Transaction.

(3) According to the Notice on Promoting State-owned Equity Circulation of Enterprises (GuoZiFaChanQuan (2014) No. 95), the Notice of the State-owned Assets Supervision and Administration Commission of Shandong Provincial Government on Cancelling and Delegating a Batch of Examination, Approval, Registration Matters (LuGuoZiBan (2014) No. 3) and Article 9 of the Notice of the State-owned Assets Supervision and Administration Commission of Shandong Provincial Government on Relevant Matters Concerning Delegation of Equity Administration, the administration authority of municipal enterprises' assets appraisal projects shall be subject to the concrete provisions formulated by the state-owned assets supervision and administration institution of each municipality as per the actual situations. On January 7, 2016, Taian State-owned Assets Supervision and Administration Institute, the actual controller of this Transaction's counterparty, Guotai Minan Investment approved the asset appraisal results of this Transaction.

To sum up, as at the date on which this feedback is signed, BNBMPLC, Taishan and the Counterparty, Guotai Minan Investment have performed the approval and archival filing procedures essential at present for matters of this Restructuring according to relevant laws and provisions. This Transaction is waiting for the approval of CSRC.

**IV. Supplemental Disclosure**

In "Article 2 – Approval Procedures to be Performed by Involved Parties of This Transaction" of "Chapter 2 – General Situation of This Transaction" of Restructuring Report, the Listed Company has made supplemental disclosure for the aforesaid content.

**V. Verification Opinions of Agents**

**(I) Independent Financial Adviser's Opinions**

Upon verification, the Independent Financial Adviser holds that, "As at the date on

112

which this verification opinions are signed, BNBMPLC, Taishan and the Counterparty have performed the approval and archival filing procedures essential at present for matters of this Restructuring. This Transaction is waiting for the approval of CSRC. CNBMPLC, the Controlling Shareholder of the Issuer has performed examination and approval procedures for this Transaction, and issued relevant announcement in the Stock Exchange of Hong Kong".

### (II) Lawyer's Opinions

Upon verification, the Lawyer holds that, "As at the date on which the supplemental legal opinions are produced, relevant approval and archival filing procedures for state-owned assets supervision and administration already performed by the parties involved for this Transaction comply with relating laws, provisions and normative documents. This Transaction is waiting for the approval of CSRC. CNBMPLC, the Controlling Shareholder of the Applicant has performed examination and approval procedures for this Transaction, and issued relevant announcement in the Stock Exchange of Hong Kong".

BNBMPLC0010351

**QUESTION 7: As indicated on the application materials, the shareholders of Taishan Gypsum agree that the Target Assets will be delivered and injected into the Listed Company after Taishan Gypsum is changed into a limited liability company. You are expected to additionally disclose whether the foregoing change of corporate form has to go through relevant approval or filing procedures, and if so, additionally disclose whether there is any legal obstacle. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. Necessary Approval or Filing Procedures for Change of Corporate Form**

According to the Reorganization Report and the Framework Agreement signed by the issuer, Guotai Minan Investment, 10 limited partnerships including Heda Investment and 35 natural persons including Jia Tongchun on Oct. 13, 2015, because transaction counterparties of this Transaction include directors and senior executives of Taishan Gypsum, such Jia Tongchun, the Director and General Manager of Taishan Gypsum, in order to abide by related restrictive provisions in Article 141 of Company Law and promote this Transaction completed lawfully and successfully, the shareholders of Taishan Gypsum agree that the Target Assets will be delivered and injected into the Listed Company after Taishan Gypsum is changed into a limited liability company.

As agreed by both parties to this Transaction in the Framework Agreement, the Target Assets shall be delivered and injected within 1 month upon the effective date of this Agreement. In order to promote this Transaction lawfully and successfully, the company organization form of Taishan Gypsum will be changed to a limited liability company, the name of Taishan Gypsum will be adjusted as "Taishan Gypsum Co., Ltd." (name in industrial and commercial registration shall prevail) and then the Target Assets will be delivered and injected into the company after the effectiveness of this agreement. Minority shareholders of Taishan Gypsum shall be responsible to transact industrial and commercial change registration procedures for transferring the Target Assets to Party A while BNBMPLC shall cooperate to such procedures. Upon the delivery date, all rights and obligations under the Target Assets shall be enjoyed and assumed by BNBMPLC.

The said scheme has been submitted to BNBMPLC the 11th Extraordinary Meeting of the 5th Board of Directors and has been deliberated and approved on the 2rd Extraordinary Shareholders' Meeting in 2006. At the same time, such scheme has been submitted to the State-owned Assets Supervision and Administration Authority for review and obtained its approval in principle.

Up to the reply and signing date of this feedback opinion, the above change of corporate form needs to be deliberated and passed by shareholders' meeting of Taishan Gypsum, the Articles of Association needs to be modified and related industrial and commercial change procedures needs to be transacted and performed.

Up to the reply and signing date of this feedback opinion, shareholders whose shareholding ratio in Taishan Gypsum is more than 10%, including BNBMPLC, Donglian Investment, Guotai Minan Investment and Jia Tongchun, have issued the Commitment Letter of Shareholder of Taishan Gypsum Co., Ltd. about Company Organization Form Change of Taishan Gypsum Co., Ltd. and promised that "As shareholder of Taishan

114

BNBMPLC0010352

Gypsum Co., Ltd. ("Taishan Gypsum" for short), in order to promote the legality and success of Beijing New Building Materials Public Limited Company's Purchase of 35% Shares Held by Minority Shareholders in Taishan Gypsum through Issuing Shares and Related Party Transactions (hereinafter referred to as "this Material Assets Reorganization"), they promise, after this Material Assets Reorganization obtaining approval of China Securities Regulatory Commission, to facilitate procedures of Taishan Gypsum to immediately convene shareholders' meeting and to vote on shareholders' meeting of Taishan Gypsum to deliberate and approve the change of company organization form of Taishan Gypsum from company limited by shares to limited liability company and related proposals such as modification to Articles of Association. Up to reply and signing date of this feedback opinion, the direct shareholding ratio of BNBMPLC, Donglian Investment., Guotai Minan Investment and Jia Tongchun in Taishan Gypsum reaches 92.36%, exceeding two thirds of total voting shares in Taishan Gypsum. Thus, it can ensure to pass change of the said corporate form and modification to Articles of Association in special resolution.

### II. Supplemental Disclosure

The Listed Company additionally disclosed the said contents in "I. Detailed Scheme of This Transaction" of "Chapter II Basic Information of This Transaction" in its Reorganization Report.

### III. Verification Opinions of Agents

#### (I) Independent Financial Adviser's Opinions

After inspection and verification, the Independent Financial Adviser thinks that "Change of the organization form of Taishan Gypsum is a necessary issue to be transacted by laws to transfer the Target Assets of this Transaction. Such issues have been passed on the shareholders' meeting of the issuer and approved by the State-owned Assets Supervision and Administration Authority in principle and such issues need to be passed by shareholders' meeting of Taishan Gypsum and transact industrial and commercial change registration by laws. Up to the signing date of the verification opinion, principal shareholders of Taishan Gypsum have promised to vote on the shareholders' meeting of Taishan Gypsum to deliberate and approve the change of organization form of Taishan Gypsum after the effectiveness of this Transaction. Such promises are true intention of related parties, are legal and valid and are conducive to success of corporate form change of Taishan Gypsum. Thus, after the effectiveness of this Transaction, the change of organization form of Taishan Gypsum has no material legal impediment."

#### (II) Lawyer's Opinions

Upon inspection and verification, the Lawyer thinks that "Change of the organization form of Taishan Gypsum is a necessary issue to be transacted by laws to transfer the Target Assets of this Transaction. Such issues have been passed on the shareholders' meeting of the issuer and approved by the State-owned Assets Supervision and Administration Authority in principle and such issues need to be passed by shareholders' meeting of Taishan Gypsum and transact industrial and commercial change registration by laws. Up to the signing date of the verification opinion, principal shareholders of Taishan Gypsum have promised to vote on the shareholders' meeting of Taishan Gypsum to deliberate and

BNBMPLC0010353

approve the change of organization form of Taishan Gypsum after the effectiveness of this Transaction. Such promises are true intention of related parties, are legal and valid and are conducive to success of corporate form change of Taishan Gypsum. Thus, after the effectiveness of this Transaction, the change of organization form of Taishan Gypsum has no material legal impediment."

BNBMPLC0010354

**QUESTION 8: As indicated on the application materials, Taishan Gypsum has not obtained housing ownership certificates/real estate title certificates for 224 buildings with a total area of 592,112.82 square meters; wherein, 92 buildings with a total area of 176,546.20 square meters are built on leased land; there are 2 parcels of land with a total area of 213,493.40 square meters which have been occupied by Taishan Gypsum and its subsidiaries but for which no land-use right has been obtained, there is 1 parcel of land yet to undergo the transfer procedures, and there are 4 parcels of land which are evaluated in terms of shares in nature. You are expected to: 1) make supplemental disclosure of the proportion of the area of the properties for which no certificate has been obtained, the progress of certificate application, expected date of completion, way of assumption of relevant expenses,, whether there is legal obstacle or whether there is risk that the certificates cannot be obtained on time, and if such obstacle or risk exists, please make supplemental disclosure of solutions.2) Perform relevant undertakings in accordance with Guidelines No.4 for the Supervision of Listed Companies – Undertakings and Their Performance by Actual Controllers, Shareholders, Affiliates, Acquirers of Listed Companies and the Listed Companies Themselves.3) make supplemental disclosure of how to divide the ownership of buildings built on leased land, whether the ownership is clear, the nature of the leased land, whether these buildings thereon violate relevant laws and regulations on land and housing construction, if so, please explain the legal risks that exist and the legal liabilities that should be assumed.4) make supplemental disclosure of whether Taishan Gypsum has used leased collective land to carry out project construction; if so, please make supplemental disclosure of the compliance of relevant project construction procedures.5) make supplemental disclosure of whether the practice of evaluating the land-use right in terms of shares complies with relevant provisions of Company Law, Land Administration Law, etc.6) make supplemental disclosure of the effect of the foregoing matters on this Transaction and the Listed Company following completion of this Transaction, and whether this Transaction meets Article 11(I) and (IV) and Article 43.1(I) and (IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions. The lawyer is expected to verify and give express opinions on whether this Transaction complies with the provisions of applicable laws, regulations and normative documents including Company Law, Securities Law, Measures for the Administration of Material Assets Reorganization of Listed Companies and Measures for the Administration of the Issuance of Securities by Listed Companies.**

**ANSWER:**

BNBMPLC0010355

**I. Additionally disclose the proportion of the area of the properties for which no certificate has been obtained, the progress of certificate application, expected date of completion, way of assumption of relevant expenses,, whether there is legal obstacle or whether there is risk that the certificates cannot be obtained on time, and if such obstacle or risk exists, please make supplemental disclosure of solutions.**

**(I) Reply to the Aforesaid Problems**

**1. Parcels Having not Acquired the Land Use Right Certificate**

According to the materials provided and illustration produced by Taishan, as at June 30, 2016, the total area of lands having land use right certification obtained by Taishan and its subsidiaries or occupied by them for use except for leased lands had amounted to 4,637,145.40 square meters, among which the area of lands having land use right certification acquired were 4,423,652.00 square meters representing 95.40%, and the lands having not acquired the land use right certificate were 213,493.40 square meters representing 4.60%.

The parcels having not acquired the land use right certificate are as follows:

| S/N | Land user | Location | Area (square meter) | Progress of obtaining land certificate | Estimated term of obtaining land certificate |
|---|---|---|---|---|---|
| 1 | Taishan Gypsum | Beixiyao Village | 128,006.40 | Purchased and stored by the government | 2016.12 |
| 2 | Taishan Gypsum (Weihai) Co., Ltd. | West of Shijiatuan Village and east of Rizhaozhuang Village | 85,487.00 | Obtained land planning permit | 2017.3 |

As to the aforesaid Item 1 Parcel, the Bureau of Land and Resources Taian Daiyue Branch produced the Certificate to prove that such parcel had been approved to be the state-owned building land by Shandong People's Government via LuZhengTuZi No. 342 Document having approved area being 128,644 square meters (192.966 mu); the Taian Urban Planning Bureau has produced the planning conditions of such parcel, and had the planning purpose being industry; such parcel has possessed the conditions of being transferred. At present, it is during the research and pricing stage, and the public granting will be immediately organized after the price is determined.

As to the aforesaid Item 2 Parcel, the Bureau of Land and Resources Rushan produced the Certificate to prove that such parcel is about 128 mu and applied for the production and operation of Taishan Gypsum (Weihai) Co., Ltd.; to support the enterprise development, such parcel is going through the transfer formalities and exempted from any disputes or potential disputes, which shall not influence the normal production and operation of Taishan Gypsum (Weihai) Co., Ltd.; the handling of such parcel's land use right certificate suffers no legal obstacle. Upon completion of the bidding, auction and listing procedures, and payment of the grant fees, the land use right certificate shall be granted.

BNBMPLC0010356

According to the written illustration made by Taishan, the expenses on handling the aforesaid land use right certificate shall be undertaken by Taishan and its subsidiaries, and the handling of warrant suffers no legal obstacle.

## 2. Buildings Having not Acquired Building Ownership Certificate / Property Ownership Certificate

(1) Proportion of Buildings Having not Acquired Warrant

According to the Asset Appraisal Reports on Beijing New Building Materials Public Limited Company Acquiring the Certain Equity of Taishan Gypsum Co., Ltd. (ZhongHePingBaoZi (2016) No.BJV2025) issued by Zhonghe Appraiser on May 13, 2016 (hereinafter referred to as the "Supplemental Appraisal Report") as well as the detailed statement of buildings provided by Taishan and the confirmation produced by it, as at May 16, 2016, the buildings Taishan and its subsidiaries have not acquired building ownership certificate / property ownership certificate amounted to 224 ones having total covered area being 592,112.82 square meters.

① The buildings Taishan subsidiaries acquired their warrant from May 16, 2016 to June 30, 2016 were as follows:

| S/N | House owner | Property certificate number | Location | Planned use | Floor area (square meter) | Mortgaged or not |
|---|---|---|---|---|---|---|
| 1 | Taishan Gypsum (Fujian) Co., Ltd. | Hang Fang Quan Zheng (2016) No.160605 | Jiaoyang Industrial Zone, Shanghang County (office building, canteen) | Canteen, office building | 2,195.93 | None |
| 2 | Taishan Gypsum (Fujian) Co., Ltd. | Hang Fang Quan Zheng (2016) No.160606 | Jiaoyang Industrial Zone, Shanghang County (1# workshop, 2# workshop, 3# workshop) | Workshop | 27,425.11 | None |
| 3 | Taishan Gypsum (Fujian) Co., Ltd. | Hang Fang Quan Zheng (2016) No.160607 | Jiaoyang Industrial Zone, Shanghang County (Area A workshop, Area B workshop) | Workshop | 27,867.52 | None |
| 4 | Taishan Gypsum (Guangxi) Co., Ltd. | Lai Fang Quan Zheng Lai Zi No.2016022348 | Cateen of Taishan Gypsum (Guangxi) Co., Ltd., southwest of the intersection of Qianjin Road and Jianye Road, Fenghuang Industry Park | Catering | 938.54 | None |
| 5 | Taishan Gypsum (Guangxi) Co., Ltd. | Lai Fang Quan Zheng Lai Zi No.2016022344 | 1# dormitory of Taishan Gypsum (Guangxi) Co., Ltd., southwest of the intersection of Qianjin Road and Jianye Road, Fenghuang Industry Park , Laibin City | Residential | 3,089.00 | None |
| 6 | Taishan Gypsum (Guangxi) Co., Ltd. | Lai Fang Quan Zheng Lai Zi No.2016022343 | 2# dormitory of Taishan Gypsum (Guangxi) Co., Ltd., southwest of the intersection of Qianjin Road and Jianye Road, Fenghuang Industry Park , Laibin City | Residential | 4,041.24 | None |

119

BNBMPLC0010357

| S/N | House owner | Property certificate number | Location | Planned use | Floor area (square meter) | Mortgaged or not |
|---|---|---|---|---|---|---|
| 7 | Taishan Gypsum (Guangxi) Co., Ltd. | Lai Fang Quan Zheng Lai Zi No.2016022342 | 1# board making workshop of Taishan Gypsum (Guangxi) Co., Ltd., southwest of the intersection of Qianjin Road and Jianye Road, Fenghuang Industry Park , Laibin City | Industrial building | 31,852.39 | None |
| 8 | Taishan Gypsum (Guangxi) Co., Ltd. | Lai Fang Quan Zheng Lai Zi No.2016022345 | Office building of Taishan Gypsum (Guangxi) Co., Ltd., southwest of the intersection of Qianjin Road and Jianye Road, Fenghuang Industry Park , Laibin City | Office | 1,229.88 | None |

② According to the supporting documents produced by Shifang Department of Housing and Urban-Rural Development, Tongling Real Estate Management Center, Chaohu Bureau of Land and Resources, Bureau of Housing and Construction in Haimen Economic and Technological Development Zone, as well as the materials and illustration provided by Taishan, the following buildings of Taishan subsidiaries are prohibited from handling the housing ownership certificate according to law as a result of little independent use value or volume;

| S/N | Right owner | Use of building | Area (square meter) | Certificate obtaining status |
|---|---|---|---|---|
| 1 | Taishan Gypsum (Sichuan) Co., Ltd. | Distribution room | 72.59 | Have no independent useful value. Not registered in accordance with law. |
| 2 | Taishan Gypsum (Tongling) Co., Ltd. | Blending building | 430.40 | Have no independent useful value. Without planning approval, real estate registration cannot be handled. |
| 3 | Taishan Gypsum (Tongling) Co., Ltd. | Aux. building of workshop | 669.44 | Have no independent useful value. Without planning approval, real estate registration cannot be handled. |
| 4 | Taishan Gypsum (Tongling) Co., Ltd. | Gypsum purification building | 464.00 | Have no independent useful value. Without planning approval, real estate registration cannot be handled. |
| 5 | Taishan Gypsum (Chaohu) Co., Ltd. | Board making and blending building | 880.00 | Not within the scope of real estate registration. Not registered in in accordance with law. |
| 6 | Taishan Gypsum (Nantong) Co., Ltd. | Bathhouse | 267.26 | Too small. Not registered in accordance with law. |

The aforesaid buildings are prohibited from handling warrant according to law. According to the supporting documents produced by Shifang Department of Housing and Urban-Rural Development, Tongling Real Estate Management Center, Tongling Yi'an Bureau of Housing and Urban-Rural Development, Chaohu Bureau of Land and Resources, Bureau of Housing and Construction in Haimen Economic and Technological Development

BNBMPLC0010358

Zone, as well as the illustration provided by Taishan, however, such information shall not influence the normal operation of relevant enterprises.

According to the detailed statement of buildings provided by Taishan and the confirmation produced by it, as at June 30, 2016, the total area of buildings Taishan and its subsidiaries had obtained warrant, cannot handle warrant by law, independently constructed yet not obtained warrant amounted to 1,423,849.52 square meters.

Based on the aforesaid materials, as at June 30, 2016, the total area of buildings Taishan had obtained warrant amounted to 931,851.78 square meters representing 65.45%; the total area of buildings prohibited from handling warrant according to law as a result of little independent use value or volume amounted to 2,783.69 square meters representing 0.20%; the total area of buildings independently constructed yet having not obtained warrant amounted to 489,214.05 square meters representing 34.35%.

(1) Basic Information on Buildings Having not Acquired Warrant

① As at June 30, 2016. Taishan and its subsidiaries had constructed 101 buildings on their own land yet failing to acquire warrant, whose total covered area is 266,371.07 square meters representing 18.71%. The concrete situations of those buildings are as follows:

| S/N | House user | Name of building | Floor area (m$^2$) | Progress of housing ownership certificate | Estimated term for obtaining housing ownership certificate |
|---|---|---|---|---|---|
| 1 | Taishan Gypsum Co., Ltd. | Pulverization workshop | 540.00 | Project Planning Permit is being handled. | 2017.6 |
| 2 | Taishan Gypsum Co., Ltd. | 35KV substation of Factory 1# | 410.00 | Project Planning Permit is being handled. | 2017.6 |
| 3 | Taishan Gypsum Co., Ltd. | Comprehensive workshop | 193.52 | Project Planning Permit is being handled. | 2017.6 |
| 4 | Taishan Gypsum Co., Ltd. | Ancillary building for paper section | 1,300.00 | Project Planning Permit is being handled. | 2017.6 |
| 5 | Taishan Gypsum Co., Ltd. | South office building of Paper Mill | 1,205.00 | Project Planning Permit is being handled. | 2017.6 |
| 6 | Taishan Gypsum Co., Ltd. | Pulp workshop | 4,181.00 | Project Planning Permit is being handled. | 2017.6 |
| 7 | Taishan Gypsum Co., Ltd. | Papermaking workshop of Paper Mill | 3,240.00 | Project Planning Permit is being handled. | 2017.6 |
| 8 | Taishan Gypsum Co., Ltd. | Northern office and dormitory of Paper Mill | 1,106.00 | Project Planning Permit is being handled. | 2017.6 |
| 9 | Taishan Gypsum Co., Ltd. | Two-wire distribution room | 216.00 | Project Planning Permit is being handled. | 2017.6 |
| 10 | Taishan Gypsum Co., Ltd. | Chemical storage | 1,768.55 | Project Planning Permit is being handled. | 2017.6 |
| 11 | Taishan Gypsum Co., Ltd. | Finished products warehouse #1 | 5,967.00 | Fire protection inspection and acceptance are being handled. | 2016.12 |
| 12 | Taishan Gypsum Co., Ltd. | Finished products warehouse #2 | 4,116.00 | Fire protection inspection and acceptance are being handled. | 2016.12 |

121

BNBMPLC0010359

| S/N | House user | Name of building | Floor area (m$^2$) | Progress of housing ownership certificate | Estimated term for obtaining housing ownership certificate |
|-----|-----------|------------------|--------------------|-------------------------------------------|-----------------------------------------------------------|
| 13 | Taishan Gypsum Co., Ltd. | Papermaking workshop | 15,567.00 | Fire protection inspection and acceptance are being handled. | 2016.12 |
| 14 | Taishan Gypsum Co., Ltd. | Pulp workshop | 10,110.75 | Fire protection inspection and acceptance are being handled. | 2016.12 |
| 15 | Taishan Gypsum Co., Ltd. | Canteen | 360.00 | Project Planning Permit is being handled. | 2016.12 |
| 16 | Taishan Gypsum Co., Ltd. | Main thermal power plant | 4,975.00 | Fire protection inspection and acceptance are being handled. | 2016.12 |
| 17 | Taishan Gypsum Co., Ltd. | Chemical water workshop | 635.20 | Fire protection inspection and acceptance are being handled. | 2016.12 |
| 18 | Taishan Gypsum Co., Ltd. | 35kv power substation | 1,006.50 | Project Planning Permit is being handled. | 2016.12 |
| 19 | Taishan Gypsum Co., Ltd. | Air compressor room | 128.06 | Project Planning Permit is being handled. | 2017.6 |
| 20 | Taishan Gypsum Co., Ltd. | Distribution room at water source | 137.68 | Project Planning Permit is being handled. | 2017.6 |
| 21 | Taishan Gypsum Co., Ltd. | Preparation workshop for Paper Mill | 1,440.00 | Project Planning Permit is being handled. | 2017.6 |
| 22 | Taishan Gypsum Co., Ltd. | Finished products warehouse for Paper Mill | 11,784.00 | Project Planning Permit is being handled. | 2017.6 |
| 23 | Taishan Gypsum Co., Ltd. | Raw material warehouse (Dongqiangeng) | 2,690.27 | Project Planning Permit is being handled. | 2017.6 |
| 24 | Taishan Gypsum Co., Ltd. | Finished products warehouse | 2,468.40 | Project Planning Permit is being handled. | 2017.6 |
| 25 | Taishan Gypsum Co., Ltd. | Sludge pressure filter room for Paper Mill (Phase 1) | 330.00 | Project Planning Permit is being handled. | 2017.6 |
| 26 | Taishan Gypsum Co., Ltd. | Combined workshop | 1,092.34 | Project Planning Permit is being handled. | 2017.4 |
| 27 | Taishan Gypsum Co., Ltd. | Filter press room | 320.00 | Project Planning Permit is being handled. | 2017.4 |
| 28 | Taishan Gypsum Co., Ltd. | Methane generation room | 184.00 | Project Planning Permit is being handled. | 2017.4 |
| 29 | Taishan Gypsum Co., Ltd. | Slurrying workshop | 2,784.31 | Project Planning Permit is being handled. | 2017.4 |
| 30 | Taishan Gypsum Co., Ltd. | Office building | 900.00 | Project Planning Permit is being handled. | 2017.6 |
| 31 | Taishan Gypsum Co., Ltd. | Dormitory | 2,000.00 | Project Planning Permit is being handled. | 2017.6 |
| 32 | Taishan Gypsum Co., Ltd. | Canteen | 301.68 | Project Planning Permit is being handled. | 2017.6 |
| 33 | Taishan Gypsum Co., Ltd. | Blending building | 161.29 | Project Planning Permit is being handled. | 2017.6 |
| 34 | Taishan Gypsum Co., Ltd. | Gypsum powder workshop | 625.00 | Project Planning Permit is being handled. | 2017.4 |
| 35 | Taishan Gypsum Co., Ltd. | Veneer panel workshop | 4,800.00 | Project Planning Permit is being handled. | 2017.4 |

BNBMPLC0010360

| S/N | House user | Name of building | Floor area (m$^2$) | Progress of housing ownership certificate | Estimated term for obtaining housing ownership certificate |
|---|---|---|---|---|---|
| 36 | Fuxin Taishan Gypsum Building Material Co., Ltd. | Canteen | 435.85 | Project Planning Permit is being handled. | 2017.2 |
| 37 | Fuxin Taishan Gypsum Building Material Co., Ltd. | Ancillary building for workshop | 1,171.97 | Project Planning Permit is being handled. | 2017.2 |
| 38 | Fuxin Taishan Gypsum Building Material Co., Ltd. | Gypsum board warehouse | 8,664.00 | Project Planning Permit is being handled. | 2017.2 |
| 39 | Fuxin Taishan Gypsum Building Material Co., Ltd. | Auxiliary building for board making workshop | 1,930.77 | Project Planning Permit is being handled. | 2017.2 |
| 40 | Taishan Gypsum (Liaoning) Co., Ltd. | Office of ancillary building (company gate) | 432.48 | Project Planning Permit is being handled. | 2017.4 |
| 41 | Taishan Gypsum (Liaoning) Co., Ltd. | Gypsum powder workshop | 1,495.00 | Project Planning Permit is being handled. | 2017.4 |
| 42 | Taishan Gypsum (Liaoning) Co., Ltd. | Decorative panel workshop | 5,600.00 | Project Planning Permit is being handled. | 2017.4 |
| 43 | Taishan Gypsum (Henan) Co., Ltd. | Ancillary building for workshop | 2,334.88 | Project Planning Permit is being handled. | 2017.5 |
| 44 | Taishan Gypsum (Henan) Co., Ltd. | Sawing work room | 248.56 | Project Planning Permit is being handled. | 2017.5 |
| 45 | Taishan Gypsum (Henan) Co., Ltd. | Steel structure store room | 600.00 | Project Planning Permit is being handled. | 2017.5 |
| 46 | Taishan Gypsum (Henan) Co., Ltd. | Steel-structure finished goods warehouse | 3,840.00 | Project Planning Permit is being handled. | 2017.5 |
| 47 | Taishan Gypsum (Henan) Co., Ltd. | High voltage distribution room | 38.84 | Project Planning Permit is being handled. | 2017.5 |
| 48 | Taishan Gypsum (Baotou) Co., Ltd. | Board making distribution room | 125.84 | Project Planning Permit is being handled. | 2017.4 |
| 49 | Taishan Gypsum (Baotou) Co., Ltd. | Board making shift changing room | 324.89 | Project Planning Permit is being handled. | 2017.4 |
| 50 | Taishan Gypsum (Baotou) Co., Ltd. | Cornstarch workshop | 393.59 | Project Planning Permit is being handled. | 2017.4 |
| 51 | Taishan Gypsum (Baotou) Co., Ltd. | Pulverization distribution room | 75.58 | Project Planning Permit is being handled. | 2017.4 |
| 52 | Taishan Gypsum (Baotou) Co., Ltd. | TCL workshop | 162.00 | Project Planning Permit is being handled. | 2017.4 |
| 53 | Taishan Gypsum (Jiangyin) Co., Ltd. | Stud workshop | 5,448.18 | Project Planning Permit is being handled. | 2017.2 |
| 54 | Taishan Gypsum (Jiangyin) Co., Ltd. | Staff dormitory | 2,297.68 | Project Planning Permit is being handled. | 2017.2 |
| 55 | Taishan Gypsum (Jiangyin) Co., Ltd. | Machine repair room | 960.00 | Project Planning Permit is being handled. | 2017.2 |
| 56 | Taishan Gypsum (Chongqing) Co., Ltd. | Ancillary building for board making workshop | 1,061.90 | Project Planning Permit is being handled. | 2016.12 |
| 57 | Taishan Gypsum (Chongqing) Co., Ltd. | Staff Canteen | 488.48 | Project Planning Permit is being handled. | 2016.12 |
| 58 | Taishan Gypsum (Chongqing) Co., Ltd. | Line-2 finished products warehouse | 3,072.00 | Project Planning Permit is being handled. | 2016.12 |
| 59 | Taishan Gypsum (Sichuan) Co., Ltd. | Decorative gypsum board workshop | 5,238.74 | Project Planning Permit is being handled. | 2016.12 |

BNBMPLC0010361

| S/N | House user | Name of building | Floor area (m$^2$) | Progress of housing ownership certificate | Estimated term for obtaining housing ownership certificate |
|---|---|---|---|---|---|
| 60 | Taishan Gypsum (Sichuan) Co., Ltd. | Ultrafine powder workshop | 311.28 | Project Planning Permit is being handled. | 2016.12 |
| 61 | Hubei Taishan Building Materials Co., Ltd. | Blending building | 528.12 | Project Planning Permit is being handled. | 2017.3 |
| 62 | Hubei Taishan Building Materials Co., Ltd. | Canteen | 266.34 | Project Planning Permit is being handled. | 2017.3 |
| 63 | Hubei Taishan Building Materials Co., Ltd. | New pulverization workshop | 3,750.00 | Project Planning Permit is being handled. | 2017.3 |
| 64 | Hubei Taishan Building Materials Co., Ltd. | Canteen | 324.00 | Project Planning Permit is being handled. | 2017.3 |
| 65 | Hubei Taishan Building Materials Co., Ltd. | Pulverization workshop | 230.00 | Project Planning Permit is being handled. | 2017.3 |
| 66 | Taishan Gypsum (Jiangxi) Co., Ltd. | Aux. building | 1,530.00 | Project Planning Permit is being handled. | 2017.2 |
| 67 | Taishan Gypsum (Jiangxi) Co., Ltd. | Blending building | 320.00 | Project Planning Permit is being handled. | 2017.2 |
| 68 | Taishan Gypsum (Yinchuan) Co., Ltd. | Aux. building of workshop | 1,200.00 | Project Planning Permit is being handled. | 2016.12 |
| 69 | Taishan Gypsum (Yinchuan) Co., Ltd. | Pulverization workshop | 480.00 | Project Planning Permit is being handled. | 2016.12 |
| 70 | Taishan Gypsum (Yinchuan) Co., Ltd. | Veneer panel workshop | 4,500.00 | Project Planning Permit is being handled. | 2016.12 |
| 71 | Taishan Gypsum (Shaanxi) Co., Ltd. | New canteen | 81.00 | Project Planning Permit is being handled. | 2017.5 |
| 72 | Taishan Gypsum (Shaanxi) Co., Ltd. | Line 2 board making aux. building | 637.60 | Project Planning Permit is being handled. | 2017.5 |
| 73 | Taishan Gypsum (Shaanxi) Co., Ltd. | Pulverization distribution room | 102.60 | Project Planning Permit is being handled. | 2017.5 |
| 74 | Taishan Gypsum (Guangdong) Co., Ltd. | Stud workshop | 4,785.00 | Project Planning Permit is being handled. | 2016.12 |
| 75 | Taishan Gypsum (Guangdong) Co., Ltd. | Veneer board workshop | 6,480.00 | Project Planning Permit is being handled. | 2016.12 |
| 76 | Taishan Gypsum (Guangdong) Co., Ltd. | New machine repair room | 120.00 | Project Planning Permit is being handled. | 2016.12 |
| 77 | Taishan Gypsum (Guangdong) Co., Ltd. | Distribution room | 268.00 | Project Planning Permit is being handled. | 2016.12 |
| 78 | Taishan Gypsum (Guangdong) Co., Ltd. | Blending building | 150.00 | Project Planning Permit is being handled. | 2016.12 |
| 79 | Taishan Gypsum (Guangdong) Co., Ltd. | Overall workshop | 257.56 | Project Planning Permit is being handled. | 2016.12 |
| 80 | Taishan Gypsum (Guangdong) Co., Ltd. | Board making workshop | 4,197.00 | Project Planning Permit is being handled. | 2016.12 |
| 81 | Taishan Gypsum (Chaohu) Co., Ltd. | Aux. building of workshop | 2,167.20 | Project Planning Permit is being handled. | 2017.2 |

BNBMPLC0010362

| S/N | House user | Name of building | Floor area (m$^2$) | Progress of housing ownership certificate | Estimated term for obtaining housing ownership certificate |
|---|---|---|---|---|---|
| 82 | Taishan Gypsum (Chaohu) Co., Ltd. | Ultrafine powder workshop | 511.20 | Project Planning Permit is being handled. | 2017.2 |
| 83 | Taishan Gypsum (Chaohu) Co., Ltd. | Washing workshop | 533.20 | Project Planning Permit is being handled. | 2017.2 |
| 84 | Taishan Gypsum (Chaohu) Co., Ltd. | Stud workshop | 10,599.00 | Project Planning Permit is being handled. | 2017.2 |
| 85 | Taishan Gypsum (Xuancheng) Co., Ltd. | Stud workshop | 5,200.00 | Project Planning Permit is being handled. | 2017.6 |
| 86 | Taishan Gypsum (Weihai) Co., Ltd. | Finished product warehouse | 9,408.00 | Project Planning Permit is being handled. | 2017.5 |
| 87 | Taishan Gypsum (Weihai) Co., Ltd. | Warehouse | 240 | Project Planning Permit is being handled. | 2017.5 |
| 88 | Taishan Gypsum (Weihai) Co., Ltd. | Aux. building of workshop | 1,499.53 | Project Planning Permit is being handled. | 2017.5 |
| 89 | Taishan Gypsum (Weihai) Co., Ltd. | Washing workshop | 574.14 | Project Planning Permit is being handled. | 2017.5 |
| 90 | Taishan Gypsum (Weihai) Co., Ltd. | Decorative board workshop | 9,724.25 | Project Planning Permit is being handled. | 2017.5 |
| 91 | Taishan Gypsum (Fujian) Co., Ltd. | Dormitory building of living quarters | 6,999.00 | Project Planning Permit is being handled. | 2017.6 |
| 92 | Taishan Gypsum (Fujian) Co., Ltd. | Cateen of living quarters | 450.00 | Project Planning Permit is being handled. | 2017.6 |
| 93 | Taishan Gypsum (Fujian) Co., Ltd. | Office building of retarder factory | 728.00 | Project Planning Permit is being handled. | 2017.6 |
| 94 | Taishan Gypsum (Fujian) Co., Ltd. | Machine repair workshop | 4,680.00 | Project Planning Permit is being handled. | 2017.6 |
| 95 | Taishan Gypsum (Jiyuan) Co., Ltd. | Canteen | 883.74 | Project Construction Permit is being handled. | 2016.12 |
| 96 | Taishan Gypsum (Jiyuan) Co., Ltd. | Office building | 3,220.47 | Project Construction Permit is being handled. | 2016.12 |
| 97 | Taishan Gypsum (Jiyuan) Co., Ltd. | Combined workshop | 30,528.00 | Project Construction Permit is being handled. | 2016.12 |
| 98 | Taishan Gypsum (Jiyuan) Co., Ltd. | Work shift building | 4,205.06 | Project Construction Permit is being handled. | 2016.12 |
| 99 | Taishan Gypsum (Guangxi) Co., Ltd. | Aux. building of workshop | 1,456.00 | Project Planning Permit is being handled. | 2017.6 |
| 100 | Taishan Gypsum (Weifang) Co., Ltd. | Decorating plate workshop | 1,000.00 | Already completed | Already completed |
| 101 | Taishan Gypsum (Hubei) Co., Ltd. | Decorating plate workshop | 5,760.00 | Project Planning Permit is being handled. | 2016.12 |
| **Total** | | | **266,371.07** | | |

With regard to the aforesaid buildings, as at the date on which the feedback reply is signed, relevant units or competent government departments have produced the following certificates:

Item 1-29 buildings are constructed by Taishan on its own lands in Taian City. According to the Certificate produced by Taian Real Estate Administrative Bureau, the housing ownership certificate of the aforesaid buildings will be granted to Taishan within fifteen (15) working days after relevant formalities are completed, which shall not influence the normal operation of Taishan.

BNBMPLC0010363

Item 30-35 buildings are constructed by Taishan on its own lands in Lucheng City. According to the Certificate produced by Lucheng Real Estate Management Service Center, the aforesaid buildings are not equipped with the essential conditions of registration currently, and after Taishan supplements relevant formalities, it shall carry out timely acceptance by law and issue certificates to Taishan within twenty (20) working days; at present, the municipal government does not entrust our unit to levy or remove those buildings of Taishan within five (5) years. According to the Certificate produced by Department of Housing and Urban-Rural Development of Lucheng City, the aforesaid buildings comply with the planning content specified in the Contract for State-Owned Construction Land Use Right Assignment having electronic monitoring number being 1404812012B00076. At present, the municipal government has no demolition plan for such block.

Item 36-39 buildings are constructed by Fuxin Taishan Building Material Co., Ltd. on its own lands. According to the Certificate produced by Fuxin Department of Land and Resources Haizhou Branch, those buildings haven't gone through the property ownership certificate, and Fuxin Taishan Building Material Co., Ltd. is required to perfect relevant establishment formalities according to the urban planning as soon as possible; such matter shall neither impose any administrative punishment and relevant liabilities on Fuxin Taishan Building Material Co., Ltd., nor influence its normal operation. According to the Certificate produced by Fuxin Haizhou Housing Expropriation Office, the aforesaid buildings comply with relevant planning requirements of Fuxin City on the whole. Up to now, this parcel bears no demolition or reconstruction plan. The aforesaid matters shall not influence the normal operation of Fuxin Taishan Building Material Co., Ltd..

Item 40-42 buildings are constructed by Taishan Gypsum (Liaoning) Co., Ltd. on own land. According to the Certificate produced by Suining Real Estate Management Office, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Liaoning) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Liaoning) Co., Ltd. within ten (10) working days. Such matter shall impose no administrative punishment or liabilities on Taishan Gypsum (Liaoning) Co., Ltd.. According to the Certificate produced by Liaoning Daihe New Area Planning Bureau, the aforesaid buildings comply with relevant planning requirements of Daihe New Area on the whole, rather than be listed into the demolition objects planned or involved in any administrative punishment or major violation behaviors. The aforesaid matters shall not influence the normal operation of Taishan Gypsum (Liaoning) Co., Ltd..

Item 43-47 buildings are constructed by Taishan Gypsum (Henan) Co., Ltd. on own land. According to the Certificate produced by Yanshi Real Estate Administrative Bureau, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Henan) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Henan) Co., Ltd. as soon as possible; the aforesaid buildings shall not be removed according to law, which shall neither influence the normal production and operation of Taishan Gypsum (Henan) Co., Ltd., nor impose any punishment and liabilities on Taishan Gypsum (Henan) Co., Ltd..

126

BNBMPLC0010364

Item 48-52 buildings are constructed by Taishan Gypsum (Baotou) Co., Ltd. on own land. According to the Certificate produced by Tumd Right Banner Department of Housing and Urban-Rural Development, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Baotou) Co., Ltd. is required to perfect relevant legal prepositive formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Baotou) Co., Ltd. within seven (7) working days; as to the handling of property ownership certificate of the aforesaid buildings, Taishan Gypsum (Baotou) Co., Ltd. shall not suffer any punishment or liabilities therefore; in the meantime, it has no plan to remove or levy the aforesaid buildings within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Baotou) Co., Ltd..

Item 53-55 buildings are constructed by Taishan Gypsum (Jiangyin) Co., Ltd. on own land. According to the Certificate produced by Jiangyin Real Estate Administrative Bureau, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Jiangyin) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Jiangyin) Co., Ltd. within twenty (20) working days; as to such matter, Taishan Gypsum (Jiangyin) Co., Ltd. shall not suffer any punishment or liabilities therefore; in the meantime, it has no plan to remove or levy the aforesaid buildings within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Jiangyin) Co., Ltd.. According to the Certificate produced by Jiangyin Harbor Economic and Development Zone Planning and Construction Bureau, the aforesaid buildings constructed by Taishan Gypsum (Jiangyin) Co., Ltd. comply with relevant planning requirements of Jiangyin on the whole, rather than be listed into the demolition objects planned or involved in any administrative punishment or major violation behaviors.

Item 56-58 buildings are constructed by Taishan Gypsum (Chongqing) Co., Ltd. on own land. According to the Certificate produced by Chongqing Jiangjin Land and Resources Bureau, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Chongqing) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Chongqing) Co., Ltd. within thirty (30) working days; as to such matter, Taishan Gypsum (Chongqing) Co., Ltd. shall not suffer any punishment or liabilities therefore; in the meantime, it has no plan to remove or levy the aforesaid buildings within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Chongqing) Co., Ltd.. According to the Certificate produced by Luohuang Industrial Park of Chongqing Jiangjin Planning Bureau, the aforesaid buildings comply with relevant planning requirements of Chongqing on the whole, rather than be listed into the demolition objects planned or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Chongqing) Co., Ltd. shall suffer no influences.

Item 59-60 buildings are constructed by Taishan Gypsum (Sichuan) Co., Ltd. on own land. According to the Certificate produced by Shifang Department of Housing and Urban-Rural Development, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Sichuan) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Sichuan) Co., Ltd. within fifteen (15) working days; as to the aforesaid

127

BNBMPLC0010365

buildings having not acquired certificate, it shall not impose punishment on or investigate any liabilities of Taishan Gypsum (Sichuan) Co., Ltd.; in the meantime, it has no plan to remove or levy the aforesaid buildings within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Sichuan) Co., Ltd..

Item 66-67 buildings are constructed by Taishan Gypsum (Jiangxi) Co., Ltd. on own land. According to the Certificate produced by Fengcheng Real Estate Administrative Bureau, those buildings are going through planning, establishment and other formalities; after relevant formalities are completed, it shall handle the property ownership certificate according to the Housing Registration Methods as well as other relevant laws and provisions, and not influence the normal production and operation of Taishan Gypsum (Jiangxi) Co., Ltd.. According to the Certificate produced by Fengcheng Department of Urban-Rural Construction, the aforesaid buildings comply with relevant planning requirements of Fengcheng on the whole, rather than be listed into the demolition objects planned or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Jiangxi) Co., Ltd. shall suffer no influences.

Item 68-70 buildings are constructed by Taishan Gypsum (Yinchuan) Co., Ltd. on own land. According to the Certificate produced by Yinchuan Housing Security Bureau, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Yinchuan) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Yinchuan) Co., Ltd. within seven (7) working days; as to such matter, Taishan Gypsum (Yinchuan) Co., Ltd. shall not suffer any punishment or liabilities therefore; in the meantime, it has no plan to remove or levy the aforesaid buildings within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Yinchuan) Co., Ltd.. According to the Certificate produced by Yinchuan Planning Bureau, the aforesaid buildings comply with relevant planning requirements of Yinchuan on the whole, rather than be listed into the demolition objects planned or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Yinchuan) Co., Ltd. shall suffer no influences.

Item 71-73 buildings are constructed by Taishan Gypsum (Shaanxi) Co., Ltd. on own land. According to the Certificate produced by Department of Housing and Urban-Rural Development in Weinan Economic and Development Zone, the aforesaid buildings comply with relevant planning requirements of Weinan City on the whole, rather than be listed into the demolition objects planned or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Shaanxi) Co., Ltd. shall suffer no influences.

Item 74-80 buildings are constructed by Taishan Gypsum (Guangdong) Co., Ltd. on own land. According to the Real Estate Mapping Reports of Boluo County produced by Yuanzhou Real Estate Administrative Bureau of Boluo Real Estate Administrative Bureau, the total area of buildings failing to acquire certificate is 13,560.2 square meters. According to the Certificate produced by Boluo Real Estate Administrative Bureau, the aforesaid buildings are going through planning, establishment and other formalities; after relevant formalities are completed, it shall handle the property ownership certificate according to the Housing Registration Methods as well as other relevant laws and provisions, and not influence the normal production and operation of Taishan Gypsum (Guangdong) Co., Ltd.. According to the Certificate produced by Boluo Department of Housing and Urban-Rural

128

BNBMPLC0010366

Development, the aforesaid buildings are going through planning and other relevant formalities, rather than be listed into the demolition objects planned. The normal operation of Taishan Gypsum (Guangdong) Co., Ltd. shall suffer no influences.

Item 81-84 buildings are constructed by Taishan Gypsum (Chaohu) Co., Ltd. on own land. According to the Certificate produced by Chaohu Bureau of Land and Resources, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Chaohu) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Chaohu) Co., Ltd. within fifteen (15) working days, instead of imposing punishment on or investigating any liability of Taishan Gypsum (Chaohu) Co., Ltd.; in the meantime, it has no plan to remove or levy the aforesaid buildings within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Chaohu) Co., Ltd.. According to the Certificate produced by Chaohu Housing Expropriation Office, the aforesaid buildings comply with relevant planning requirements of Chaohu City rather than be listed into the demolition objects or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Chaohu) Co., Ltd. shall suffer no influences.

Item 85 building is constructed by Taishan Gypsum (Xuancheng) Co., Ltd. on own land. According to the Certificate produced by Xuancheng Bureau of Land Resources Xuanzhou Economic and Development Zone Branch, the building is not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Xuancheng) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Xuancheng) Co., Ltd. within fifteen (15) working days, instead of imposing punishment on or investigating any liability of Taishan Gypsum (Xuancheng) Co., Ltd.; in the meantime, it has no plan to remove or levy the aforesaid building within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Xuancheng) Co., Ltd.. According to the Certificate produced by Xuanzhou Economic and Development Zone Planning Branch, the aforesaid building complies with relevant planning requirements proposed by the management committee of Xuanzhou Economic and Development Zone rather than be listed into the demolition objects. The normal operation of Taishan Gypsum (Xuancheng) Co., Ltd. shall suffer no influences.

Item 86-90 buildings are constructed by Taishan Gypsum (Weihai) Co., Ltd. on own land. According to the Certificate produced by Rushan Housing Security and Real Estate Management Bureau, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Weihai) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Weihai) Co., Ltd. within thirty (30) working days, instead of imposing punishment on or investigating any liability of Taishan Gypsum (Weihai) Co., Ltd.; in the meantime, it has no plan to remove or levy the aforesaid buildings within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Weihai) Co., Ltd.. According to the Certificate produced by Rushan Urban & Rural Planning Bureau, the aforesaid buildings comply with relevant planning requirements of Rushan City rather than be listed into the demolition objects or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Weihai) Co., Ltd. shall suffer no influences.

129

BNBMPLC0010367

Item 91-94 buildings are constructed by Taishan Gypsum (Fujian) Co., Ltd. on own land. According to the Certificate produced by Shanghang Department of Housing and Urban-Rural Development, those buildings are not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Fujian) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Fujian) Co., Ltd. within legal working days; except for Item 92 building which shall make up the approval formalities of planning as soon as possible, other buildings comply with relevant planning requirements of Shanghang County on the whole, and shall not be removed or levied within five (5) years. The normal operation of Taishan Gypsum (Fujian) Co., Ltd. shall suffer no influences.

Item 95-98 buildings are constructed by Taishan Gypsum (Jiyuan) Co., Ltd. on own land. According to the Certificate produced by Jiyuan Real Estate Trading Center, as per relevant regulations, after the construction procedures of the project are completed and the registration application is proposed, it shall handle the property ownership registration of the project and grant the property ownership certificate within twenty (20) working days.

Item 99 building is constructed by Taishan Gypsum (Guangxi) Co., Ltd. on own land. According to the Certificate produced by Laibin Real Estate Administrative Bureau, the building is not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Guangxi) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Guangxi) Co., Ltd. within thirty (30) working days, instead of imposing punishment on or investigating any liability of Taishan Gypsum (Guangxi) Co., Ltd.; in the meantime, it has no plan to remove the aforesaid building within three (3) years, which shall not influence the normal operation of Taishan Gypsum (Guangxi) Co., Ltd.. According to the Certificate produced by Laibin Commission of Housing and Urban-Rural Development, the aforesaid building complies with relevant planning requirements of Laibin City rather than be listed into the demolition objects or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Guangxi) Co., Ltd. shall suffer no influences.

Item 100 building is constructed by Taishan Gypsum (Huaifang) Co., Ltd. on own land. On July 19, 2016, Taishan Gypsum (Huaifang) Co., Ltd. acquired the Real Estate Ownership Certificate (Lu (2016) AnQiuShiBuDongChanQuan No. 000271) from Anqiu Bureau of Land and Resources having location at Anqiu Economic and Technological Development Zone and area being 960 square meters.

Item 101 building is constructed by Taishan Gypsum (Hubei) Co., Ltd. on own land. According to the Certificate produced by Wuxue Real Estate Administrative Bureau, the building is not equipped with the essential conditions of handling property ownership certificate currently, and Taishan Gypsum (Hubei) Co., Ltd. is required to perfect relevant establishment formalities as soon as possible; after relevant formalities are completed, it shall grant the property ownership certificate to Taishan Gypsum (Hubei) Co., Ltd. within three (3) working days, instead of imposing punishment on or investigating any liability of Taishan Gypsum (Hubei) Co., Ltd.; in the meantime, it has no plan to remove or levy the aforesaid building within five (5) years, which shall not influence the normal operation of Taishan Gypsum (Hubei) Co., Ltd.. According to the Certificate produced by Wuxue Urban & Rural Planning Bureau, the aforesaid building is within the scope of the land certificate

BNBMPLC0010368

(Serial No.: WuXueGuoYong (2012) No. 030605263), and complies with the planning requirements of Wuxue Tianzhen Chemical Park on the whole, rather than be listed into the demolition objects or involved in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Hubei) Co., Ltd. shall suffer no influences.

According to the written illustration made by Taishan, the expenses on handling the warrant of aforesaid buildings shall be undertaken by Taishan and its subsidiaries, and the handling of warrant suffers no legal obstacle.

② As of June 30, 2016, Taishan Gypsum has a total of 14 houses and buildings constructed on land actually occupied but without land use right certificate, whose total floor area is 46,296.78 square meters (accounting for 3.25%). Those buildings are specified below:

| S/N | House user | Name of building | Floor area ($m^2$) | Progress of housing ownership certificate | Estimated term for obtaining housing ownership certificate |
|---|---|---|---|---|---|
| 1 | Taishan Gypsum | Board making workshop | 21,840.00 | Land certificate is being handled. | 2017.6 |
| 2 | Taishan Gypsum | Air compressor room | 156.00 | Land certificate is being handled. | 2017.6 |
| 3 | Taishan Gypsum | Workshop Office | 665.28 | Land certificate is being handled. | 2017.6 |
| 4 | Taishan Gypsum | board making Blending building | 650.00 | Land certificate is being handled. | 2017.6 |
| 5 | Taishan Gypsum | Pulverization workshop | 1,100.00 | Land certificate is being handled. | 2017.6 |
| 6 | Taishan Gypsum | Oil furnace workshop | 1,200.00 | Land certificate is being handled. | 2017.6 |
| 7 | Taishan Gypsum | Canteen | 150.00 | Land certificate is being handled. | 2017.6 |
| 8 | Taishan Gypsum | Office of Industrial Park | 549.00 | Land certificate is being handled. | 2017.6 |
| 9 | Taishan Gypsum | 35KV substation for Industrial Park | 205.00 | Land certificate is being handled. | 2017.6 |
| 10 | Taishan Gypsum | Frying workshop for Industrial Park | 396.50 | Land certificate is being handled. | 2017.6 |
| 11 | Taishan Gypsum | Dispatching building | 1,345.00 | Land certificate is being handled. | 2017.6 |
| 12 | Taishan Gypsum | R&D building | 9,220.00 | Land certificate is being handled. | 2017.6 |
| 13 | Taishan Gypsum | New finished products warehouse | 7,600.00 | Land certificate is being handled. | 2017.6 |
| 14 | Taishan Gypsum | New office building | 1,220.00 | Land certificate is being handled. | 2017.6 |
| **Total** | | | **46,296.78** | | |

131

BNBMPLC0010369

Those buildings are constructed on the parcel having area being 128,006.40 square meters located at Xiyao Village, Dawenkou Town which Taishan has not acquired the land use right certificate. Currently, this parcel has been purchased and stored.

As to those buildings, according to the Certificate produced by Taian Real Estate Administrative Bureau, after relevant formalities are completed, it shall grant the property ownership certificate to Taishan within fifteen (15) working days, which shall not influence the normal operation of Taishan.

According to the written illustration made by Taishan, the expenses on handling the warrant of those buildings shall be undertaken by Taishan, and the handling suffers no legal obstacle.

③ As of June 30, 2016, Taishan Gypsum and its subsidiaries have 92 houses and buildings on the leased lands, with a total floor area of 176,546.20 square meters (12.39%). The details of these houses and buildings are as follows:

| S/N | House user | Name of building | Floor area ($m^2$) | Estimated term for obtaining housing ownership certificate | Nature of leased land |
|---|---|---|---|---|---|
| 1 | Taishan Gypsum | Combined workshop | 6,191.49 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 2 | Taishan Gypsum | Thermal power station | 1,400.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 3 | Taishan Gypsum | Transformer room | 77.76 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 4 | Taishan Gypsum | Air compressor room | 81.60 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 5 | Taishan Gypsum | Powder-making office | 245.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 6 | Taishan Gypsum | Power substation | 25.20 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 7 | Taishan Gypsum | Power substation | 22.80 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 8 | Taishan Gypsum | Board making Combined workshop | 7,112.40 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 9 | Taishan Gypsum | Blending building | 196.56 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 10 | Taishan Gypsum | Distribution room | 181.45 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 11 | Taishan Gypsum | Coating workshop | 620.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |

BNBMPLC0010370

| S/N | House user | Name of building | Floor area (m$^2$) | Estimated term for obtaining housing ownership certificate | Nature of leased land |
|---|---|---|---|---|---|
| 12 | Taishan Gypsum | Line-202 power substation | 120.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 13 | Taishan Gypsum | Production workshop for No.2 Factory | 4,923.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 14 | Taishan Gypsum | Plastic workshop | 1,295.40 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 15 | Taishan Gypsum | Dormitory building for No.2 Factory | 2,940.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 16 | Taishan Gypsum | Health clinic for No.2 Factory | 126.30 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 17 | Taishan Gypsum | Finished products warehouse for stud workshop | 1,211.25 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 18 | Taishan Gypsum | New finished products warehouse Cornstarch workshop | 1,444.43 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 19 | Taishan Gypsum | New Laminated board workshop (lengthened) | 1,432.19 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 20 | Taishan Gypsum | Finished products warehouse | 356.59 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 21 | Taishan Gypsum | Lengthened steel structure workshop | 947.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 22 | Taishan Gypsum | Long-span steel structure workshop | 945.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 23 | Taishan Gypsum | PVC steel structure workshop | 460.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 24 | Taishan Gypsum | Raw material warehouse | 209.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 25 | Taishan Gypsum | Water reducer workshop | 3,500.00 | Currently, the condition for obtaining the certificate is not available yet | Collective land |
| 26 | Taishan Jindun Building Materials Co., Ltd. | Stud warehouse | 647.70 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 27 | Taishan Jindun Building Materials Co., Ltd. | Stud warehouse | 300.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 28 | Taishan Jindun Building Materials Co., Ltd. | Steel structure workshop | 1,800.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |

BNBMPLC0010371

| S/N | House user | Name of building | Floor area (m$^2$) | Estimated term for obtaining housing ownership certificate | Nature of leased land |
|---|---|---|---|---|---|
| 29 | Taishan Gypsum (Wenzhou) Co. Ltd. | Board making workshop | 16,682.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 30 | Taishan Gypsum (Wenzhou) Co. Ltd. | Air compressor room | 95.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 31 | Taishan Gypsum (Wenzhou) Co. Ltd. | Distribution room | 586.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 32 | Taishan Gypsum (Wenzhou) Co. Ltd. | Office building | 1,073.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 33 | Taishan Gypsum (Wenzhou) Co. Ltd. | Canteen | 180.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 34 | Qinhuangdao Taishan Building Materials Co., Ltd. | Warehouse Factory building | 875.20 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 35 | Qinhuangdao Taishan Building Materials Co., Ltd. | Cornstarch workshop | 209.42 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 36 | Qinhuangdao Taishan Building Materials Co., Ltd. | Board making workshop | 8,455.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 37 | Qinhuangdao Taishan Building Materials Co., Ltd. | Oil furnace room | 1,064.05 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 38 | Qinhuangdao Taishan Building Materials Co., Ltd. | Complex Building | 2,303.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 39 | Qinhuangdao Taishan Building Materials Co., Ltd. | Distribution room | 373.34 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 40 | Qinhuangdao Taishan Building Materials Co., Ltd. | Air compressor room | 86.32 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 41 | Qinhuangdao Taishan Building Materials Co., Ltd. | Oil furnace and airflow drying workshop | 943.61 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 42 | Taishan Gypsum (Hengshui) Co. Ltd. | Pulverization workshop | 666.96 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 43 | Taishan Gypsum (Hengshui) Co. Ltd. | Air compressor room | 10.78 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 44 | Taishan Gypsum (Hengshui) Co. Ltd. | Power-making distribution room | 38.64 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 45 | Taishan Gypsum (Hengshui) Co. Ltd. | Office building | 901.90 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |

134

BNBMPLC0010372

| S/N | House user | Name of building | Floor area (m$^2$) | Estimated term for obtaining housing ownership certificate | Nature of leased land |
|-----|-----------|------------------|-------------------|-----------------------------------------------------------|----------------------|
| 46 | Taishan Gypsum (Hengshui) Co. Ltd. | Dormitory building | 1,167.20 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 47 | Taishan Gypsum (Hengshui) Co. Ltd. | Board making workshop | 5,856.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 48 | Taishan Gypsum (Hengshui) Co. Ltd. | Staff Dormitory building | 2,208.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 49 | Taishan Gypsum (Hengshui) Co. Ltd. | Transformer room | 38.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 50 | Taishan Gypsum (Pingshan) Co. Ltd. | Office building | 1,268.36 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 51 | Taishan Gypsum (Pingshan) Co. Ltd. | Dormitory building | 3,015.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 52 | Taishan Gypsum (Pingshan) Co. Ltd. | Canteen | 431.95 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 53 | Taishan Gypsum (Pingshan) Co. Ltd. | Board making Combined workshop | 16,380.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 54 | Taishan Gypsum (Pingshan) Co. Ltd. | Preparation workshop | 486.40 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 55 | Taishan Gypsum (Pingshan) Co. Ltd. | Bungalow of workshop | 582.92 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 56 | Taishan Gypsum (Pingshan) Co. Ltd. | Eastern bungalow of workshop | 166.40 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 57 | Taishan Gypsum (Pingshan) Co. Ltd. | Pulverization workshop | 2,664.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 58 | Taishan Gypsum (Pingshan) Co. Ltd. | Singles' dormitory | 151.20 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 59 | Taishan Gypsum (Pingshan) Co. Ltd. | Singles' dormitory | 288.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 60 | Taishan Gypsum (Pizhou) Co. Ltd. | Office building | 450.00 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |
| 61 | Taishan Gypsum (Pizhou) Co. Ltd. | Dormitory building for unmarried employees | 1,132.50 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |
| 62 | Taishan Gypsum (Pizhou) Co. Ltd. | Dormitory building for married employees | 621.00 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |

BNBMPLC0010373

| S/N | House user | Name of building | Floor area (m$^2$) | Estimated term for obtaining housing ownership certificate | Nature of leased land |
|---|---|---|---|---|---|
| 63 | Taishan Gypsum (Pizhou) Co. Ltd. | Pulverization workshop | 440.00 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |
| 64 | Taishan Gypsum (Pizhou) Co. Ltd. | Board making workshop | 7,350.00 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |
| 65 | Taishan Gypsum (Pizhou) Co. Ltd. | Boiler room | 286.00 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |
| 66 | Taishan Gypsum (Pizhou) Co. Ltd. | Dormitory building | 736.00 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |
| 67 | Taishan Gypsum (Suqian) Co. Ltd. | Office space | 387.90 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 68 | Taishan Gypsum (Suqian) Co. Ltd. | Canteen | 442.38 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 69 | Taishan Gypsum (Suqian) Co. Ltd. | 1# single-floor Dormitory | 427.50 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 70 | Taishan Gypsum (Suqian) Co. Ltd. | 2# single-floor Dormitory | 427.50 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 71 | Taishan Gypsum (Suqian) Co. Ltd. | 3# single-floor Dormitory | 427.50 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 72 | Taishan Gypsum (Suqian) Co. Ltd. | 4# single-floor Dormitory | 427.50 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 73 | Taishan Gypsum (Suqian) Co. Ltd. | 1# Dormitory building | 485.34 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 74 | Taishan Gypsum (Suqian) Co. Ltd. | 2# Dormitory building | 485.34 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 75 | Taishan Gypsum (Suqian) Co. Ltd. | 3# Dormitory building | 485.34 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 76 | Taishan Gypsum (Suqian) Co. Ltd. | 4# Dormitory building | 485.34 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 77 | Taishan Gypsum (Suqian) Co. Ltd. | Board making finished products warehouse | 4,061.62 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 78 | Taishan Gypsum (Suqian) Co. Ltd. | Decorative panel workshop | 10,796.80 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 79 | Taishan Gypsum (Suqian) Co. Ltd. | TCL workshop | 354.15 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |

136

BNBMPLC0010374

| S/N | House user | Name of building | Floor area (m$^2$) | Estimated term for obtaining housing ownership certificate | Nature of leased land |
|---|---|---|---|---|---|
| 80 | Guizhou Taifu Gypsum Co. Ltd. | workshop (single-layer steel sheet) | 14,400.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 81 | Guizhou Taifu Gypsum Co. Ltd. | Complex Building | 2,290.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 82 | Guizhou Taifu Gypsum Co. Ltd. | Canteen | 208.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 83 | Guizhou Taifu Gypsum Co. Ltd. | Sawing workshop | 512.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 84 | Guizhou Taifu Gypsum Co. Ltd. | 1 # horizontal distribution room | 32.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 85 | Guizhou Taifu Gypsum Co. Ltd. | 2# horizontal distribution room | 84.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 86 | Guizhou Taifu Gypsum Co. Ltd. | Blending building | 506.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 87 | Guizhou Taifu Gypsum Co. Ltd. | Water scrubbing steel-structure factory building | 450.00 | Currently, the condition for obtaining the certificate is not available yet | Provided as capital contribution |
| 88 | Taishan Gypsum (Xiangtan) Co. Ltd. | Office building | 891.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 89 | Taishan Gypsum (Xiangtan) Co. Ltd | Board making workshop Steel structure | 15,250.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 90 | Taishan Gypsum (Xiangtan) Co. Ltd | Auxiliary factory building | 1,642.80 | Currently, the condition for obtaining the certificate is not available yet | Allocation of state-owned land |
| 91 | Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd. | Office building | 358.92 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| 92 | Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd. | Washing workshop | 1,152.00 | Currently, the condition for obtaining the certificate is not available yet | Transfer of state-owned land |
| | Total | | 176,546.20 | | |

With regard to the aforesaid buildings, as at the date on which this feedback reply is signed, relevant units or competent government sectors and the lessor have produced the following evidence:

Item 1-25 buildings are independently constructed by Taishan on leased land. The village committee in Xiyao Village, Dawenkou Town, Daiyue District, Taian City, that in Zhoujia Village, Dawenkou Town, Daiyue District, Taian City, and that in Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City produce the Certificate to prove the aforesaid matters, indicate that they are complete know the aforesaid matters and bear no

BNBMPLC0010375

dispute or potential dispute with Taishan, and guarantee that the normal production and operation of Taishan shall not suffer any influence therefore. Otherwise, they are willing to bear corresponding compensation liabilities. According to the Certificate produced by the construction committee in Dawenkou Town, Daiyue District, Taian City, the aforesaid buildings confirm with the general planning of Taian City and the overall utilization planning of Dawenkou Town, and comply with relevant laws and regulations, rather than be listed into the demolition objects or involved in any administrative punishment or major violation behaviors. Except for the aforesaid circumstance, Taishan is exempted from any circumstances within jurisdiction as violating laws and provisions, or being punished by competent departments or having its liabilities investigated.

Item 26-28 buildings are independently constructed by Taian Jindun Building Materials Co., Ltd. on the state-owned land for sale rented from Taishan. According to the Certificate produced by the construction committee in Dawenkou Town, Daiyue District, Taian City, the aforesaid buildings witness no planning of demolition or expropriation at present.

Item 29-33 buildings are independently constructed by Taishan Gypsum (Wenzhou) Co., Ltd. on leased land. According to the Certificate produced by Yueqing Department of Housing and Urban-Rural Development, those buildings are not equipped with the essential conditions of handling property ownership certificate currently; it shall not impose any punishment on or investigate relevant liabilities of Taishan Gypsum (Wenzhou) Co., Ltd., which is not involved in any administrative punishment or major violation behaviors; the aforesaid buildings comply with relevant planning requirements of Yueqing City on the whole instead of being listed into the demolition objects; there has no plan to remove or levy the aforesaid buildings within five (5) years, and the normal operation of Taishan Gypsum (Wenzhou) Co., Ltd. shall suffer no influences.

Item 34-41 buildings are independently constructed by Qinhuangdao Taishan Building Materials Co., Ltd. on leased land. According to the Certificate produced by Qinhuangdao Housing Security and Real Estate Management Bureau, those buildings are not equipped with the essential conditions of handling property ownership certificate currently; it shall not impose any punishment on or investigate relevant liabilities of Qinhuangdao Taishan Building Materials Co., Ltd. for such matter; there has no plan to remove or levy the aforesaid buildings within five (5) years, and the normal operation of Qinhuangdao Taishan Building Materials Co., Ltd. shall suffer no influences. According to the Certificate produced by Qinhuangdao Planning Bureau, the aforesaid buildings comply with the planning requirements of Qinhuangdao on the whole, rather than be listed into the demolition objects or involved in any administrative punishment or major violation behaviors. The normal operation of Qinhuangdao Taishan Building Materials Co., Ltd. shall suffer no influences.

Items 42-49 buildings are independently constructed by Taishan Gypsum (Hengshui) Co., Ltd. on leased land. According to the Certificate produced by Hengshui Yaocheng Department of Housing and Urban-Rural Development, the aforesaid buildings constructed by Taishan Gypsum (Hengshui) Co., Ltd. are not equipped with the essential conditions of handling property ownership certificate currently; there has no plan to remove or levy the aforesaid buildings temporarily, and the normal operation of Taishan Gypsum (Hengshui) Co., Ltd. shall suffer no influences. According to the Certificate produced by Hengshui Urban & Rural Planning Bureau, the aforesaid buildings are indicated as located at independent industrial and mineral points as per the Overall Planning in Zhaojiaquan Village, Taocheng District, Hengshui City, and shown as Class-II industrial land in the

138

BNBMPLC0010376

planning map of town village. Upon consulting relevant departments, it is ascertained that such region has not been listed into the demolition plan recently.

Items 50-59 buildings are independently constructed by Taishan Gypsum (Pingshan) Co., Ltd. on leased land. According to the Certificate produced by Pingshan Housing Expropriation Office, the aforesaid buildings are not equipped with the essential conditions of handling property ownership certificate currently; it shall not impose any punishment on or investigate any liability of Taishan Gypsum (Pingshan) Co., Ltd.; there has no plan to remove or levy the aforesaid buildings within five (5) years, and the normal operation of Taishan Gypsum (Pingshan) Co., Ltd. shall suffer no influences. According to the Certificate produced by Pingshan Department of Housing and Urban-Rural Development, the aforesaid buildings comply with the planning requirements of Pingshan on the whole, rather than be listed into the demolition objects. The normal operation of Taishan Gypsum (Pingshan) Co., Ltd. shall suffer no influences.

Items 60-66 buildings are independently constructed by Taishan Gypsum (Pizhou) Co., Ltd. on leased land. According to the Certificate produced by Pizhou Real Estate Service Center, the aforesaid buildings shall not be removed in the future three (3) years, and the normal operation of Taishan Gypsum (Pizhou) Co., Ltd. shall suffer no influence at present. According to the Certificate produced by Pizhou Planning Bureau, it does not impose any punishment on or investigate any liability of Taishan Gypsum (Pizhou) Co., Ltd. for its independent construction of buildings on allocated land; the buildings without certificate used by Taishan Gypsum (Pizhou) Co., Ltd. shall not be removed in the future three (3) years as planned, and the normal operation of Taishan Gypsum (Pizhou) Co., Ltd. shall suffer no influences.

Items 67-79 buildings are independently constructed by Taishan Gypsum (Suqian) Co., Ltd. on leased land. According to the Certificate produced by the Construction Planning Bureau in Suqian Hi-Tech Industry Development Zone, Jiangsu, the aforesaid buildings are not equipped with the essential conditions of handling property ownership certificate currently; it shall not impose any punishment on or investigate any liability of Taishan Gypsum (Suqian) Co., Ltd.; the aforesaid buildings, instead of being listed into the demolition objects, shall not be removed or levied within five (5) years, and the normal operation of Taishan Gypsum (Suqian) Co., Ltd. shall suffer no influences.

Items 80-87 buildings are independently constructed by Guizhou Taifu Gypsum Co., Ltd. on leased land. According to the Certificate produced by Fuquan Department of Housing and Urban-Rural Development, the aforesaid buildings are not equipped with the essential conditions of handling property ownership certificate currently, yet not listed into the planned demolition objects; it shall not impose any punishment on or investigate any liability of Taishan Gypsum (Suqian) Co., Ltd. as it does not involve in any administrative punishment or major violation behaviors. The normal operation of Taishan Gypsum (Suqian) Co., Ltd. shall suffer no influences.

Item 88-90 buildings are independently constructed by Taishan Gypsum (Xiangtan) Co., Ltd. on leased land. According to the Certificate produced by the Construction Bureau in Xiangtan Hi-Tech Industry Development Zone, the aforesaid buildings are not equipped with the essential conditions of handling property ownership certificate currently; it shall not impose any punishment on or investigate any liability of Taishan Gypsum (Xiangtan) Co., Ltd.; the aforesaid buildings shall not be removed or levied within five (5) years, and the

139

normal operation of Taishan Gypsum (Xiangtan) Co., Ltd. shall suffer no influences. According to the Certificate produced by the Land Expropriation and Housing Removal Administrative Office in Xiangtan High-Tech Zone, the aforesaid buildings comply with the planning requirements of Xiangtan on the whole, rather than be listed into the demolition objects or involved in any administrative punishment or major violation behaviors.

Item 91-92 buildings are independently constructed by Taishan Gypsum (Xuancheng) Co., Ltd. on leased land. According to the Certificate produced by Anhui Xuanzhou Economic Development Zone Management Committee Construction Bureau, the aforesaid buildings are not equipped with the essential conditions of handling property ownership certificate currently; it shall not impose any punishment on or investigate any liability of Taishan Gypsum (Xuancheng) Co., Ltd.; the aforesaid buildings comply with relevant planning requirements of Xuancheng City on the whole instead of being involved in any administrative punishment or major violation behaviors, and do not be listed into the demolition objects; the aforesaid buildings shall not be removed or levied in the future five (5) years as planned, and the normal operation of Taishan Gypsum (Xuancheng) Co., Ltd. shall suffer no influences. According to the Certificate produced by Anhui Sierte Fertilizer Industry Co., Ltd., it completely knows this matter, bears no dispute or potential dispute with Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd., and guarantees that the normal production and operation of Taishan Gypsum (Xuancheng) Cement Retarder Co., Ltd. shall suffer no influences. Otherwise, it is willing to undertake corresponding compensation liabilities.

According to the written illustration made by Taishan, as the aforesaid buildings are constructed on others' land and not equipped with the essential conditions of handling property ownership certificate currently, the handling of property ownership certificate suffers legal obstacle.

### 3. Solutions for Legal Obstacle Existing in Certificate Handling or Risks of Handling Delay

(1) As to the parcels Taishan and its subsidiaries fail to obtain the land use right certificate, the Counterparty commits that: if Taishan and Taishan Gypsum (Weihai) Co., Ltd. fail to obtain the state-owned land use right of such parcels via bid, auction and listing according to law, the state-owned land use right of such parcels shall be obtained by negotiating with land use right holders via transfer, in which circumstance all the fees arising thereof shall be undertaken by the Counterparty as per the shares of Taishan held by it prior to the completion of this Transaction.

(2) As to the buildings Taishan and its subsidiaries establish on own lands yet fail to obtain the property ownership certificate, the Counterparty commits that: if Taishan and its subsidiaries fail to complete the establishment formalities and acquire the property ownership certificate of such buildings by law as schedules, further influencing the normal production and operation of Taishan and its subsidiaries or making them suffer any economic losses, in which circumstance the Counterparty shall offer sufficient compensation to Taishan as per the shares of Taishan held by it prior to the completion of this Transaction.

(3) As to the buildings established on the parcels actually used by Taishan yet failing to acquire the land use right certificate, the Counterparty commits that: if Taishan fails to

BNBMPLC0010378

complete the establishment formalities and acquire the property ownership certificate of such buildings by law as schedules, further influencing the normal production and operation of Taishan or making Taishan suffer any economic losses, in which circumstance the Counterparty shall offer sufficient compensation to Taishan as per the shares of Taishan held by it prior to the completion of this Transaction.

(4) As to the buildings constructed by Taishan and its subsidiaries on leased land, the Counterparty commits that: it shall actively cooperate with Taishan and its subsidiaries to carry out normal production and operation, and ensure them exempt from any punishment or relevant liabilities investigated. Should the normal use or normal production and operation of Taishan and its subsidiaries suffer any influence for any requisitions on title, Taishan shall be enabled to acquire the state-owned land use right of such leased land or rent other buildings with clear ownership for production and operation, in which circumstance if Taishan and its subsidiaries suffer any economic losses, the Counterparty shall offer sufficient compensation to Taishan as per the shares of Taishan held by it prior to the completion of this Transaction.

**(II) Supplemental Disclosure**

In "Article 8 – Information on Taishan's Main Asset Ownership, External Security and Primary Liabilities" of "Chapter 5 – Basic Information on the Subject of Transaction" of Restructuring Report, the Listed Company has made supplemental disclosure for the aforesaid content.

**(III) Verification Opinions of Agents**

**1. Independent Financial Adviser's Opinions**

Upon verification, the Independent Financial Adviser holds that, "the Issuer had disclosed those matters by June 30, 2016 as proportion of the area of the properties for which no certificate has been obtained, the progress of certificate application, expected date of completion, way of assumption of relevant expenses, and such disclosure is authentic in content; (2) the transfer formalities of the two parcels Taishan and its subsidiaries fail to obtain the warrant are in the handling process. After Taishan and Taishan Gypsum (Weihai) Co., Ltd. perform the bid, auction and listing process of such parcels according to law, and pay sufficient transfer fee as well as relevant taxes, the handling of such parcels' warrant confronts with no legal obstacle; (3) the warrant of buildings constructed by Taishan and its subsidiaries on own land is in the handling process. Upon performing the establishment formalities according to law, the handling of such buildings' warrant confronts with no legal obstacle; (4) the warrant of buildings constructed by Taishan on parcels failing to acquire land use right certificate is in the handling process. After Taishan acquires the state-owned land use right certificate of those parcels and performs the establishment formalities, the handling of such buildings' warrant confronts with no legal obstacle; (5) the buildings constructed by Taishan and its subsidiaries on leased land are not equipped with the conditions of handling property ownership certificate, whose handling suffers legal obstacle. As at the date on which the audit opinions are executed, such circumstance does not influence the normal use of such buildings as well as production and operation; (6) the Counterparty has proposed solutions for the legal obstacle of certificate handling or the risk of delayed handling, and made corresponding commitment, which is the presentation of its true meaning, legitimate and effective".

BNBMPLC0010379

### 2. Lawyer's Opinions

Upon verification, the Lawyer holds that, "(1) the Applicant had disclosed those matters by June 30, 2016 as proportion of the area of the properties for which no certificate has been obtained, the progress of certificate application, expected date of completion, way of assumption of relevant expenses, and such disclosure is authentic in content; (2) the transfer formalities of the two parcels Taishan and its subsidiaries fail to obtain the warrant are in the handling process. After Taishan and Taishan Gypsum (Weihai) Co., Ltd. perform the bid, auction and listing process of such parcels according to law, the handling of such parcels' warrant confronts with no legal obstacle; (3) the warrant of buildings constructed by Taishan and its subsidiaries on own land is in the handling process. Upon performing the establishment formalities according to law, the handling of such buildings' warrant confronts with no legal obstacle; (4) the warrant of buildings constructed by Taishan on parcels failing to acquire land use right certificate is in the handling process. After Taishan acquires the state-owned land use right certificate of those parcels and performs the establishment formalities, the handling of such buildings' warrant confronts with no legal obstacle; (5) the buildings constructed by Taishan and its subsidiaries on leased land are not equipped with the conditions of handling property ownership certificate, whose handling suffers legal obstacle. As at the date on which the supplemental legal opinion is executed, such circumstance does not influence the normal use of such buildings as well as production and operation; (6) the Counterparty has proposed solutions for the legal obstacle of certificate handling or the risk of delayed handling, and made corresponding commitment, which is the presentation of its true meaning, legitimate and effective"

### II. Perform relevant undertakings in accordance with Guidelines No.4 for the Supervision of Listed Companies – Undertakings and Their Performance by Actual Controllers, Shareholders, Affiliates, Acquirers of Listed Companies and the Listed Companies Themselves.

### (I) Reply to the Aforesaid Problems

As to the lands and properties Taishan and its subsidiaries had not acquired warrant by June 30, 2016 or bearing other ownership defects, the Counterparty makes the following commitments, "it shall actively cooperate with Taishan and its subsidiaries to handle warrant of lands and properties failing to be registered or acquire certificate, and ensure that such matter will exert no influence on the normal production and operation of Taishan and its subsidiaries. If Taishan and its subsidiaries have their normal production and operation witness any adverse influences in the future operation as a result of such ownership defects, and further suffer any economic losses (including but not limited to the fine and overdue fine government departments impose on relevant companies therefore as well as the failure to perform normal production and operation and losses suffered by relevant companies for handling the aforesaid problems and perfecting relevant land and property problems), the minority shareholders of Taishan shall offer sufficient compensation to Taishan as per their shareholding ratio of Taishan prior to June 30, 2016 within thirty (30) days after Beijing New Building Materials Public Limited Company determines the actual losses suffered by relevant companies therefore according to law".

### (II) Supplemental Disclosure

In "Article 8 – Information on Taishan's Main Asset Ownership, External Security and

BNBMPLC0010380

Primary Liabilities" of "Chapter 5 – Basic Information on the Subject of Transaction" of Restructuring Report, the Listed Company has made supplemental disclosure for the aforesaid content.

### (III) Verification Opinions of Agents

#### 1. Independent Financial Adviser's Opinions

Upon verification, the Independent Financial Adviser holds that, "the aforesaid commitments, in conformity with the requirements specified in the Guidelines No.4 for the Supervision of Listed Companies – Undertakings and Their Performance by Actual Controllers, Shareholders, Affiliates, Acquirers of Listed Companies and the Listed Companies Themselves, are the presentation of the Counterparty's true meaning, legitimate and effective".

#### 2. Lawyer's Opinions

Upon verification, the Lawyer holds that, "the aforesaid commitments, in conformity with the requirements specified in the Guidelines No.4 for the Supervision of Listed Companies – Undertakings and Their Performance by Actual Controllers, Shareholders, Affiliates, Acquirers of Listed Companies and the Listed Companies Themselves, are the presentation of the Counterparty's true meaning, legitimate and effective".

**III. Additionally disclose how to divide the ownership of buildings built on leased land, whether the ownership is clear, the nature of the leased land, whether these buildings thereon violate relevant laws and regulations on land and housing construction, if so, please explain the legal risks that exist and the legal liabilities that should be assumed.**

### (I)  Reply to the Aforesaid Problems

As to the information on buildings constructed by Taishan and its subsidiaries on leased land, see "Buildings Constructed by Taishan and Its Subsidiaries on Leased Land" of "Buildings Failing to Acquire Housing/Property Ownership Certificate" of Problem 8 in this feedback opinions for the detailed information.

### (II) Supplemental Disclosure

In "Article 8 – Information on Taishan's Main Asset Ownership, External Security and Primary Liabilities" of "Chapter 5 – Basic Information on the Subject of Transaction" of Restructuring Report, the Listed Company has made supplemental disclosure for the aforesaid content.

### (III) Verification Opinions of Agents

#### 1. Independent Financial Adviser's Opinions

Upon verification, the Independent Financial Adviser holds that, "the buildings constructed by Taishan and its subsidiaries on leased land shall be possessed by Taishan

143

BNBMPLC0010381

and its subsidiaries, for which there exist no dispute between Taishan and its subsidiaries and the lessor; the construction of those buildings fails to obtain the establishment formalities according to law, which violates relevant laws and provisions concerning land and property construction, and bears the risk of being removed according to law. However, such circumstance shall not influence the normal use of those buildings by Taishan and its subsidiaries. In addition, the Counterparty has proposed solutions and committed that, if Taishan and its subsidiaries have their normal production and operation witness any adverse influence and further suffer any economic losses therefore, it shall offer sufficient compensation to Taishan as per its shareholding ratio of Taishan prior to June 30, 2016. Therefore, such circumstance does not constitute significant barriers for this Transaction".

### 2. Lawyer's Opinions

Upon verification, the Lawyer holds that, "the buildings constructed by Taishan and its subsidiaries on leased land shall be possessed by Taishan and its subsidiaries, for which there exist no dispute between Taishan and its subsidiaries and the lessor; the construction of those buildings fails to obtain the establishment formalities according to law, which violates relevant laws and provisions concerning land and property construction, and bears the risk of being removed according to law. However, such circumstance shall not influence the normal use of those buildings by Taishan and its subsidiaries. In addition, the Counterparty has proposed solutions and committed that, if Taishan and its subsidiaries have their normal production and operation witness any adverse influence and further suffer any economic losses therefore, it shall offer sufficient compensation to Taishan as per its shareholding ratio of Taishan prior to June 30, 2016. Therefore, such circumstance does not constitute significant barriers for this Transaction".

### IV. Additionally disclose whether Taishan Gypsum has used leased collective land to carry out project construction; if so, please make supplemental disclosure of the compliance of relevant project construction procedures.

#### (I) Reply to the Aforesaid Problems

According to the materials and confirmation provided by Taishan, as at the date on which the feedback opinion is executed, Taishan has constructed plants, warehouses and etc. on the collective land leased from Beixiyao Village, Dawenkou Town, Daiyue District, Taian City, Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City, and Houzhoujiayuan Village, Dawenkou Town, Daiyue District, and the construction of the aforesaid projects has not gone through relevant formalities according to law.

#### (II) Supplemental Disclosure

In "Article 8 – Information on Taishan's Main Asset Ownership, External Security and Primary Liabilities" of "Chapter 5 – Basic Information on the Subject of Transaction" of Restructuring Report, the Listed Company has made supplemental disclosure for the aforesaid content.

BNBMPLC0010382

**(III) Verification Opinions of Agents**

**1.  Independent Financial Adviser's Opinions**

Upon verification, the Independent Financial Adviser holds that, "Although Taishan fails to obtain relevant formalities according to law as carrying out projects on collective land and there bears defect, yet such circumstance shall not influence the normal use of relevant projects constructed. In addition, the Counterparty has committed that it shall bear any economic losses suffered by Taishan and its subsidiaries if their normal production and operation is influenced, and offer sufficient compensation to Taishan as per its shareholding ratio of Taishan as at June 30, 2016. Therefore, such circumstance shall not constitute significant barriers for this Transaction".

**2.  Lawyer's Opinions**

Upon verification, the Lawyer holds that, "Although Taishan fails to obtain relevant formalities according to law as carrying out projects on collective land and there bears defect, yet such circumstance shall not influence the normal use of relevant projects constructed. In addition, the Counterparty has committed that it shall bear any economic losses suffered by Taishan and its subsidiaries if their normal production and operation is influenced, and offer sufficient compensation to Taishan as per its shareholding ratio of Taishan as at June 30, 2016. Therefore, such circumstance shall not constitute significant barriers for this Transaction".

**V.  Additionally disclose whether the practice of evaluating the land-use right in terms of shares complies with relevant provisions of Company Law, Land Administration Law, etc.**

**(I) Reply to the Aforesaid Problems**

According to the Approval on Relevant Matters of Agreeing Shandong Taihe Dongxin Co., Ltd. to Buy out the State-owned Assets of Shandong Taihe Taishan Plasterboard General Factory (Group) in A Lump Sum (TaiGuoZiQi (2002) No. 25) produced by Taian State-owned Assets Administration Bureau on October 31, 2002, the approval on the lump-sum purchase of Shandong Taihe Group's state-owned assets by Taishan is as follows: the state-owned net assets of Shandong Taihe Group upon evaluation being 84.9029 million Yuan and the newly-increased state-owned assets from the Appraisal Reference Date to June 30, 2002 being 6.141 million Yuan amount to 91.0439 million Yuan in total; upon deducting the non-operating assets stripped being 23.89 million Yuan, the expenses on relevant personnel withdrawn and retained being 21.2174 million Yuan as well as 23.904 million Yuan for Guotai Minan Investment to purchase 24.9 million shares of Taishan held by Shandong Taihe Group at the unit price of 0.96 Yuan, the balance being 22.0329 million Yuan shall be purchased by Taishan in the model of bearing debt. Upon cancelling other debts being 2.0081 million Yuan verified, the balance of Shandong Taihe Group's state-owned assets is 20.0248 million Yuan. According to the document having serial number being TaiZhengFa (2002) No. 30, Taishan can enjoy the preferential policy of 20% off if buying out the state-owned assets of Shandong Taihe Group in a lump sum, for which Taishan shall pay 16.01984 million Yuan eventually.

145

According to the Land Appraisal Report of Restructuring Project of Shandong Taihe Taishan Plasterboard General Factory (Group) (LuHengJia (2001) No. 058, hereinafter referred to as the "Land Appraisal Report") produced by Shandong Zhengheng Real Estate Appraisal Co., Ltd. as well as the Agreement on Assets Disposal executed by Taian State-owned Assets Operation Co., Ltd., Taishan and Shandong Taihe Group, the state-owned assets Shandong Taihe Group transferred to Taishan include the following four state-owned allocated lands in the name of Shandong Taihe Group, whose concrete situations are as follows:

| S/N | Land certificate number | Location | Use of land | Registered area in land certificate (square meter) | Area transferred to Taihe Dongxin (square meter) |
|---|---|---|---|---|---|
| 1 | Dai Yue Guo Yong (2001) Zi No.0343 | Beixiyao Village, Wenkou Town | Industrial | 29,446.00 | 29,446.00 |
| 2 | Dai Yue Guo Yong (2001) Zi No.0345 | Houzhoujiahyuan Village, Wenkou Town | Industrial | 44,856.70 | 44,856.70 |
| 3 | Tai Tu Guo Yong (2001) Zi No.0367 | North of Taishan Street | Commercial | 3,590.92 | 3,590.92 |
| 4 | Tai Tu Guo Yong (2001) Zi No.0368 | North of Taishan Street | Residential | 12,318.49 | 6,159.25 |

According to the Land Appraisal Report, the transfer price of the four state-owned lands is evaluated and priced according to the price of state-owned allocated land use right under normal market conditions.

On February 17, 2005, Taian Bureau of Land and Resources and Taishan executed the Agreement on Withdrawal of Land Use Right for the purpose of taking back the use right of the land located at the eastern section of Taishan Street, having purpose being business services industry and area being 623.59 square meters; in September 2007, the name of Taishan was altered to "Taishan Gypsum Co., Ltd." from "Shandong Taihe Dongxin Co., Ltd.". As at the date on which the feedback opinion is executed, the basic information on the use right of the aforesaid 4 parcels is as follows:

| S/N | Land certificate number | Location | Area (m²) | Nature | Land category (usage) | Expiry date |
|---|---|---|---|---|---|---|
| 1 | Tai Tu Guo Yong (2009) No.D-0193 | Dawenkou Town, Daiyue District | 29,446.00 | Conversion of land use right into shares | Industrial | 2053/11/21 |
| 2 | Tai Tu Guo Yong (2009) No.D-0194 | HouZhoujiayuan Village, Dawenkou Town, Daiyue District | 44,857.00 | Conversion of land use right into shares | Industrial | 2053/11/21 |
| 3 | Tai Tu Guo Yong (2010) No.T0411 | North of Easter Section of Taishan Street | 2,967.31 | Conversion of land use right into shares | Business service | 2043/10/8 |
| 4 | Tai Tu Guo Yong (2016) No.T-0033 | East of East Rongliao Road | 6,160.00 | Conversion of land use right into shares | Residential | 2073/10/8 |

BNBMPLC0010384

Based on the explanation produced by Taishan, the aforesaid 4 parcels are net assets of Shandong Taihe Group (therein: land is evaluated as a part of net assets as per the remising price at that moment) purchased by Taishan at the fair price evaluated. According to the principle of substance over form, the 4 parcels shall be allotted land actually. The aforesaid explanation made by Taishan is confirmed by Taian Bureau of Land and Resources.

### (II) Supplemental Disclosure

In "Article 8 – Information on Taishan's Main Asset Ownership, External Security and Primary Liabilities" of "Chapter 5 – Basic Information on the Subject of Transaction" of Restructuring Report, the Listed Company has made supplemental disclosure for the aforesaid content.

### (III) Verification Opinions of Agents

### 1.  Independent Financial Adviser's Opinions

Upon verification, the Independent Financial Adviser holds that, "Taishan purchased the use right of the 4 state-owned allocated parcels originally used by Shandong Taihe Group at the price of state-owned granted land evaluated, paid off the grant fees of the 4 parcels and accepted the use right of the 4 state-owned parcels by law. Although the nature of the 4 parcels' use right is registered as evaluation in terms of shares, it is transfer actually; Taishan is exempted from the circumstance where it becomes a shareholder by evaluating the land use right in terms of shares".

### 2.  Lawyer's Opinions

Upon verification, the Lawyer holds that, "Taishan purchased the use right of the 4 state-owned allocated parcels originally used by Shandong Taihe Group at the price of state-owned granted land evaluated, paid off the grant fees of the 4 parcels and accepted the use right of the 4 state-owned parcels by law. Although the nature of the 4 parcels' use right is registered as evaluation in terms of shares, it is transfer actually; Taishan is exempted from the circumstance where it becomes a shareholder by evaluating the land use right in terms of shares".

### VI. Additionally disclose the effect of the foregoing matters on this Transaction and the Listed Company following completion of this Transaction, and whether this Transaction meets Articles 11(I) and (IV) and Article 43.1(I) and (IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies.

### (I) Reply to the Aforesaid Problems

The Listed Company has produced the supplemental disclosure and explanation for the necessity of this Transaction. Taishan is a holding subsidiary of the Issuer. In addition, the Counterparty has committed that it shall undertake any economic losses suffered by Taishan and its subsidiaries as their normal production and operation is influenced by the aforesaid matters, and offer sufficient compensation to Taishan as per its shareholding ratio of Taishan as at June 30, 2016. Therefore, the aforesaid matters shall not exert material adverse effect on this Transaction and the Listed Company upon this Transaction. This

BNBMPLC0010385

Transaction complies with Articles 11(I) and (IV) and Article 43.1(I) and (IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies.

### (II) Supplemental Disclosure

In "Article 8 – Information on Taishan's Main Asset Ownership, External Security and Primary Liabilities" of "Chapter 5 – Basic Information on the Subject of Transaction" of Restructuring Report, the Listed Company has made supplemental disclosure for the aforesaid content.

### (III) Verification Opinions of Agents

### 1. Independent Financial Adviser's Opinions

Upon verification, the Independent Financial Adviser holds that, "the Issuer has produced the supplemental disclosure and explanation for the necessity of this Transaction. Taishan is a holding subsidiary of the Issuer. In addition, the Counterparty has committed that it shall undertake any economic losses suffered by Taishan and its subsidiaries as their normal production and operation is influenced by the aforesaid matters, and offer sufficient compensation to Taishan as per its shareholding ratio of Taishan as at June 30, 2016. Therefore, the aforesaid matters shall not exert material adverse effect on this Transaction and the Listed Company upon this Transaction. This Transaction complies with Articles 11(I) and (IV) and Article 43.1(I) and (IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies".

### 2. Lawyer's Opinions

Upon verification, the Lawyer holds that, "the Applicant has produced the supplemental disclosure and explanation for the necessity of this Transaction. Taishan is a holding subsidiary of the Applicant. In addition, the Counterparty has committed that it shall undertake any economic losses suffered by Taishan and its subsidiaries as their normal production and operation is influenced by the aforesaid matters, and offer sufficient compensation to Taishan as per its shareholding ratio of Taishan as at June 30, 2016. Therefore, the aforesaid matters shall not exert material adverse effect on this Transaction and the Listed Company upon this Transaction. This Transaction complies with Articles 11(I) and (IV) and Article 43.1(I) and (IV) of Measures for the Administration of Material Assets Reorganization of Listed Companies".

BNBMPLC0010386

**QUESTION 9: as indicated on the application materials, the subsidiaries and branches of Taishan Gypsum leased 3 buildings with a total area of 28,108.24 square meters; Taishan Gypsum and its subsidiaries leased and used 11 parcels of land with a total area of 387,316.84 square meters, wherein, they leased 5 parcels of collective land with a total area of 69,389.65 square meters and 1 parcel of granted land with an area of 53,336.00 square meters. You are expected to make supplemental disclosure of: 1) the foregoing leased premises and purpose of land, whether there is any risk of default or renewal failure, as well as the effect on the production and operation stability of Taishan Gypsum.2) whether the act of leasing collective land and granted land complies with Land Administration Law and relevant regulations, and whether it is necessary to go through relevant procedures. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. For the foregoing leased buildings and land purposes, whether there is any risk of default or renewal failure, as well as the effect of such risk on the production and operation stability of Taishan.**

1. Based on explanations furnished by Taishan, the purposes of house buildings leased by Taishan's subsidiaries and branch companies are listed below:

| S/N | Lessor | Lessee | Location | Lease term | Use of building |
|---|---|---|---|---|---|
| 1 | Jiangsu Luling Chemical Group Co., Ltd. | Taishan Gypsum (Suqian) Co. Ltd. | West of Jinshajiang Road and East of Yuhe Dam, Suyu Economic Development Area | 2013 / 3 / 1 ~2033/ 3 / 1 | Used for the production and operation of gypsum board |
| 2 | Jiangsu Pizhou Gypsum Board Factory | Taishan Gypsum (Pizhou) Co. Ltd. | South of Xuzhou Grade-1 Highway | 2002/ 7 / 1 ~2022 /6/30 | Used for the production and operation of gypsum board |
| 3 | Lucheng Cement Factory | Taishan Gypsum Co. Ltd. | Xiaonangang, outside of Ximen, Lucheng City | 2016/1/ 1 ~ 2020/ 12 / 31 | Used for the production and operation of gypsum board |

2. Based on explanations furnished by Taishan, the purposes of land use rights of 11 land parcels leased by Taishan and its subsidiaries and branch companies are listed below:

(1) Lease of granted land

The purposes of land use rights granted or valued as capital that are leased by Taishan's subsidiaires and branch companies are listed below:

149

BNBMPLC0010387

| S/N | Lessee | Lessor | Location | Nature | Lease term | Use of leased land |
|---|---|---|---|---|---|---|
| 1 | Qinhuangdao Taishan Building Materials Co., Ltd. | Qinhuangdao Huaying Phosphoric Acid Co., Ltd. | Within the premises of Huaying Phosphoric Acid Co., Ltd., Eastern Section of Gangcheng Street, Qinhuangdao City | Transfer | 2003/ 8/1~2032/ 4 / 18 | Gypsum board production line construction project |
| 2 | Taishan Gypsum (Hengshui) Co., Ltd. | Hebei Hengfeng Power Generation Co., Ltd. | West Renmin Road, Hengshui City, Hebei Province | Transfer | 2016 / 1 /1 ~ 2018 / 12 /31 | Gypsum board production line construction project |
| 3 | Taishan Gypsum (Wenzhou) Co., Ltd. | Zhengjiang Zheneng Wenzhou Power Generation Co., Ltd. | East of Phase-3 Power Generator Set, North of Rotten Stone Powder Factory, Zhengjiang Zheneng Wenzhou Power Generation Co., Ltd. | Transfer | 2008/ 1 /1 ~ 2036 /6 / 30 | Gypsum board production line construction project |
| 4 | Guizhou Taifu Gypsum Co., Ltd. | Wengfu Group Co., Ltd. | Machangping Office, Fuquan | Provided as capital contribution | 2009/9/23 ~ 2039/9/22 | Gypsum board production line construction project |
| 5 | Taishan Gypsum (Pingshan) Co., Ltd. | Shijiazhuang Hua'ao Electric Power Co., Ltd. | Adjacent to Hebei Yineng New Environmental Materials Co., Ltd. and East of Pingshan Jicheng | Transfer | 2006 / 7 / 1 /~2036 /6 /16 | Gypsum board production line construction project |

(2) Lease of collective land

The purposes of 5 parcels of collective land leased by Taishan and its subsidiaries are listed below:

| S/N | Lessee | Lessor | Location | Lease term | Use of leased land |
|---|---|---|---|---|---|
| 1 | Taishan Gypsum | Villagers' Committee of Beixiyao Village, Dawenkou Town, Daiyue District, Taian City | Beixiyao Village, Dawenkou Town, Daiyue District, Taian City | 2010 / 1 / 1 ~2030 /12 / 31 | Construction of auxiliary facilities, etc for gypsum board production line |
| 2 | Taishan Gypsum | Villagers' Committee of Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City | Qianzhoujiayuan Village , Dawenkou Town, Daiyue District, Taian City | 2010 / 1 / 1 ~2030 /12 / 31 | Construction of auxiliary facilities, etc for gypsum board production line |
| 3 | Taishan Gypsum | Villagers' Committee of Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City | Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City | 2010/1/1 ~2030/12/31 | Construction of auxiliary facilities, etc for gypsum board production line |

BNBMPLC0010388

| S/N | Lessee | Lessor | Location | Lease term | Use of leased land |
|---|---|---|---|---|---|
| 4 | Taishan Gypsum (Henan) Co., Ltd. | Plant boundary: east to Yunzha Road of CR Power Plant, south to center line of Beihuan Road, west to center line of Shoumang Road | People's Government of Shouyangshan Town, Yanshi City | 2009 ~2039 | Lease agreement has been terminated |
| 5 | Taishan Gypsum (Guangdong) Co., Ltd. | Junction of Fuyuan Road and North Huancheng Road, Yuanzhou Town, Boluo County | People's Government of Yuanzhou Town, Boluo County | 2009/ 12 / 10 ~2059 / 12 / 10 | Road, leased to and exclusively used by this company |

The particulars of three parcels of collective land leased by Taishan:

On December 30, 2003, Taian Municipal People's Government issued the "Official Written Replies on the 35th Batch of Urban Construction Land in Daiyue District in 2003" (TaiZhengTuZi [2003] No.225), approving the conversion of agricultural land located at Qianzhoujiayuan Village, Dawenkou Town (including 61,696m2 of cultivated land and 976m2 of water area) into construction land and meanwhile approving the use of 868m2 of land for transportation. The foregoing use of land located at Zhoujiayuan Village in front of Dawenkou Town is for collective construction.

On December 30, 2003, Taian Municipal People's Government issued the "Official Written Replies on the 37th Batch of Urban Construction Land in Daiyue District in 2003" (TaiZhengTuZi [2003] No.227), approving the conversion of 75,009m2 of agricultural land (all used as cultivated land) located at Beixiyao Village, Dawenkou Town into construction land and meanwhile approving the use of 3,935m2 of land for human settlement and mining and industrial sites. The foregoing use of land located at Zhoujiayuan Village in front of Dawenkou Town is for collective construction.

On December 30, 2003, Taian Municipal People's Government issued the "Official Written Replies on the 36th Batch of Urban Construction Land in Daiyue District in 2003" (TaiZhengTuZi [2003] No.226), approving the conversion of 61,812m2 of agricultural land located in Houzhoujiayuan Village and Beixiyao Village, Dawenkou Town (all used as cultivated land) into construction land and meanwhile approving the use of 3,935m2 of land for human settlement and mining and industrial sites. The foregoing use of land located at Zhoujiayuan Village in front of Dawenkou Town is for collective construction.

According to explanations given by Taishan and the foregoing approvals, the parcels of collective land leased by Taishan that are located in Beixiyao Village, Houzhoujiayuan Village and Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City are collective construction land.

With respect to collective land leased by Taishan Gypsum (Henan) Co., Ltd., on June 10, 2016, Taishan Gypsum (Henan) Co., Ltd. signed with the People's Government of Yangshan Town, Yanshi City the "Agreement on Taishan Gypsum (Henan) Co., Ltd.'s not Renewing the Lease of 30mu Land", thus terminating the foregoing 4th lease agreement.

(3) Lease of allotted land

BNBMPLC0010389

The purpose of allotted land leased by Taishan Gypsum (Xiangtan) Co., Ltd., a subsidiary of Taishan, from Datang Xiangtan Power Generation Co., Ltd. is: for desulfurization gypsum comprehensive utilization project construction, including construction of gypsum board and gypsum products and relevant office & living facilities.

Based on lease agreements and other information furnished by Taishan, inquiries on the National Enterprise Credit Information Network (http://gsxt.saic.gov.cn/) and explanations provided by Taishan and relevant lessors, Taishan and its subsidiaries have signed agreements with relevant lessors with respect to the foregoing building and land leases. Such lease agreements are now being performed and have so far had no risk of default or renewal failure by the signing date of replies to the present feedback opinions. Those agreements will not exert any material, adverse impact on the production and operation stability of Taishan.

**II. whether the foregoing act of leasing collective land and allotted land complies with Land Administration Law and relevant regulations, and whether it is necessary to go through relevant procedures. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

1. The procedures performed for Taishan's lease of collective land

Pursuant to Article 15.2 of "The Law of Land Administration of the People's Republic of China" ("Land Administration Law"), where farmers collectively-owned land is contracted and operated by any unit or individual other than the relevant collective economic organization, consent from at least two thirds (2/3) of members of villager meeting or at least two thirds (2/3) of villager representatives must be obtained and such issue must be submitted to the people's government of the relevant town/township for approval.

Pursuant to Article 48 of "The Law of the People's Republic of China on Land Contract in Rural Areas" ( "Land Contract Law"), where the contract-issuing party awards the contract for rural land to any unit or individual other than the relevant collective economic organization, prior consent from at least two thirds (2/3) of members of villager meeting comprising the relevant collective economic organization or at least two thirds (2/3) of villager representatives must be obtained and such issue shall be submitted to the people's government of the relevant town/township for approval.

With respect to Taishan's lease of collective land from the Villagers' Committee of Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City, on April 13, 2016, Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City held its villagers' congress, which deliberated and adopted the lease agreement signed by and between Taishan and the Villagers' Committee of Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City. On April 22, 2016, the People's Government of Dawenkou Town, Daiyue District, Taian City issued the "Official Written Replies on Lease of Land at Houzhoujiayuan Village to Taishan Gypsum Co., Ltd.", approving in principle the lease of land by the Villagers' Committee of Houzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City to Taishan.

With respect to Taishan's lease of collective land from the Villagers' Committee of Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City, on April 15, 2016, Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City held its villagers'

BNBMPLC0010390

congress, which deliberated and adopted the lease agreement signed by and between Taishan and the Villagers' Committee of Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City. On April 24, 2016, the People's Government of Dawenkou Town, Daiyue District, Taian City issued the "Official Written Replies on Lease of Land at Qianzhoujiayuan Village to Taishan Gypsum Co., Ltd.", approving in principle the lease of land by the Villagers' Committee of Qianzhoujiayuan Village, Dawenkou Town, Daiyue District, Taian City to Taishan.

With respect to Taishan's lease of collective land from the Villagers' Committee of Beixiyao Village, Dawenkou Town, Daiyue District, Taian City, on April 17, 2016, Beixiyao Village, Dawenkou Town, Daiyue District, Taian City held its villagers' congress, which deliberated and adopted the lease agreement signed by and between Taishan and the Villagers' Committee of Beixiyao Village, Dawenkou Town, Daiyue District, Taian City. On April 26, 2016, the People's Government of Dawenkou Town, Daiyue District, Taian City issued the "Official Written Replies on Lease of Land at Qianzhoujiayuan Village to Taishan Gypsum Co., Ltd.", approving in principle the lease of land by the Villagers' Committee of Beixiyao Village, Dawenkou Town, Daiyue District, Taian City to Taishan.

2. Lease of collective land by Taishan Gypsum (Guangdong) Co., Ltd.

On June 22, 2016, the Land and Resources Bureau of Boluo County issued a certificate, proving that the relevant land use procedure is being carried out for 6,724m2 of land within plant buildig of Taishan Gypsum (Guangdong) Co., Ltd. and this issue will not exert any material effect on normal production and operation of Taishan Gypsum (Guangdong) Co., Ltd.

The lease of collective land by Taishan Gypsum (Guangdong) Co., Ltd. fails to perform the procedures required in the "Land Administration Law" and the "Land Contract Law" according to law.

3. Lease of allotted land by Taishan Gypsum (Xiangtan) Co., Ltd.

Pursuant to Article 45 of "Interim Regulations of the People's Republic of China Concerning the Assignment and Transfer of the Right to the Use of the State-owned Land in the Urban Areas", if the following conditions are satisfied, subject to approval of land administration departments and housing adminsitration departments of municipal or county-level people's governments, allotted land use rights and ownership of above-ground structures and other appurtenances can be transferred, leased or mortgaged: (1) land users are companies, enterprises, other economic organizations and individuals; (2) a certificate for use of State-owned land has been obtained; (3) a legitimate ownership certificate of above-ground structures and other appurtenances is made available; (4) where a contract for transfer of land use right is signed subject to Chapter 2 of the present Regulations, land use right transfee fee shall be paid retroactively to the local municipal or county-level people's government or the proceeds from such transfee, lease or mortgage shall be paid in lieu of land use right transfee fee.

### III. Supplemental Disclosure

The Listed Company has made supplemental disclosure of the foregoing contents in "VIII. Taishan's major asset ownership, external guarantees and primary liabilities" of

BNBMPLC0010391

"Chapter 5 Basic Information of the Subject of Transaction" in the "Restructuring Report".

## IV. Verification Opinions of Agents

### 1. Opinions of Independent Financial Adviser

Through verification, the Independent Financial Adviser deems that: "Taishan and its subsidiaries have signed agreements with relevant lessors with respect to the foregoing building and land leases. Such lease agreements are now being performed. As at the signing date of the present verification opinion, those agreements have so far had no risk of default or renewal failure and thus will not have any material, adverse impact on the production and operation stability of Taishan. Except that the legally required procedures have not been performed for Taishan Gypsum (Guangdong) Co., Ltd.'s lease of collective land, for lease of all other parcels of collective land and allotted land by Taishan and its subsidiaries, approvals from relevant entities or competent government departments have been obtained in accordance with Article 15.2 of "Land Administration Law" and Article 48 and other provisions of "Land Contract Law"."

### 2. Lawyer's Opinions

Through verification, the Lawyer deems that: "Taishan and its subsidiaries have signed agreements with relevant lessors with respect to the foregoing building and land leases. Such lease agreements are now being performed. As at the signing date of the present supplemental legal opinion, those agreements have so far had no risk of default or renewal failure and thus will not have any material, adverse impact on the production and operation stability of Taishan. Except that the legally required procedures have not been performed for Taishan Gypsum (Guangdong) Co., Ltd.'s lease of collective land, for lease of all other parcels of collective land and allotted land by Taishan and its subsidiaries, approvals from relevant entities or competent government departments have been obtained in accordance with Article 15.2 of "Land Administration Law" and Article 48 and other provisions of "Land Contract Law".

BNBMPLC0010392

**QUESTION 10: As indicated on the application materials, if the base date of evaluation in this Transaction is April 30, 2015 and the income approach is used for evaluation, the 100% equity of Taishan Gypsum is evaluated at RMB1,198,714.00; and if a supplemental evaluation is performed on the base date of December 31, 2015, the 100% equity of Taishan Gypsum is evaluated at RMB1,283,092.00.You are expected to make supplemental disclosure of: 1) the accomplishment of the consolidated operating revenue and profit of Taishan Gypsum for 2015, and the difference with the result estimated using the income approach on the base date of April 30, 2015 and the reason for such difference.2) If there is any difference between the two forecasts of consolidated revenue and net profit of Taishan Gypsum using the income approach, and if so, please make supplemental disclosure of the reason and rationality. 3) The main reason for the difference between the results of two evaluations using the income approach.4) The reason and rationality for the fact that the three subsidiaries, namely, Taian Taishan Plasterboard Co., Ltd., Taishan Gypsum (Jilin) Co., Ltd. and Xinjiang Tianshan Building Materials Gypsum Products Co., Ltd. are not evaluated using the income approach. The Independent Financial Adviser and appraiser are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. The difference between Taishan's consolidated operating revenue and net profit for 2015 and the result estimated using the income approach on the appraisal reference date of April 30, 2015, and the reason for such difference**

1. According to the Auditor's Report on Taishan Gypsum Co., Ltd.(TianZhiYeZi (2016) No.9523-1) issued by Baker Tilly China Certified Public Accountants (Special General Partnership), the revenue and net profit of Taishan Gypsum in 2015 are as follows:

Unit: RMB10,000

| Item | 2015 |
|---|---|
| **I. Total operating revenue** | 544,138.54 |
| **II. Total operating cost** | 438,447.44 |
| Including: operating cost | 382,525.49 |
| Business tax and surcharge | 2,525.73 |
| Selling expenses | 13,598.62 |
| Management expenses | 28,311.51 |
| Financial expenses | 11,357.92 |
| Asset impairment loss | 128.17 |
| Plus: gains from changes in fair value | - |
| Investment income | 66.42 |
| **III. Operating profit** | 105,757.52 |

BNBMPLC0010393

| | |
|---|---|
| Plus: non-operating income | 9,270.77 |
| Less: non-operating expenses | 9,410.30 |
| **IV. Total profit** | 105,618.00 |
| Less: income tax expenses | 13,899.79 |
| **V. Net profit** | 91,718.21 |

Note: the RMB138,997,900 income tax expenses include RMB136,867,800 income tax expenses for current period and RMB2,130,100 deferred income tax expenses; non-operating income mainly includes income from government grants and non-operating expenditure mainly includes lawyer's costs incurred in connection with US gypsum board litigation.

2. The profit forecast in the present evaluation does not consider the impact of non-operating receipts and expenditures and deferred income tax expenses upon the net profit and the differences between the actual revenue and net profit for 2015 and the forecasted revenue and net profit for 2015 are as follows:

Unit: RMB10,000

| Item | 2015 Actual (A) | 2015 Forecast (B) | Difference (A-B) | Difference ratio (%) |
|---|---|---|---|---|
| **I. Total operating revenue** | 544,138.54 | 563,791.85 | -19,653.31 | -3.61 |
| **II. Operating profit** | 105,757.52 | 105,859.14 | -101.62 | -0.10 |
| **III. Total profit** | 105,757.52 | 105,859.14 | -101.62 | -0.10 |
| Less: income tax expenses | 13,686.78 | 13,443.84 | 242.94 | 1.77 |
| **IV. Net profit** | 92,070.75 | 92,415.30 | -344.56 | -0.37 |

In 2015, Taishan's realized revenue is 3.61% less than its forecast revenue and its realized net profit is 0.37% less than its forecast net profit. The main reason for the fact that the difference ratio between realized net profit and forecast net profit is below the difference ratio between realized revenue and forecast revenue is that actual cost being below forecast cost leads to realized gross margin being above forecast gross margin.

3. Reasons for the difference between Taishan's 2015 realized revenue & net profit and its 2015 forecast revenue and net profit

The main reasons for Taishan's 2015 realized revenue & net profit being below its 2015 forecast revenue and net profit are listed below:

(1) Forecast average selling price of products in 2015 was slightly below their actual averaging selling price

According to "Notice of the Ministry of Finance and the State Administration of Taxation about Policies regarding the Value Added Tax on Products Made through Comprehensive Utilization of Resources and Other Products" (CaiShui [2008] No.156), "specific building

BNBMPLC0010394

material products whose production materials contain at least 30% waste residue are entitled to the preferential policy of exemption from VAT, and specific building material products refer to brick (excluding fired common brick), building blocks, ceramsite, wallboard, tubes & pipes, concrete, mortar, manhole covers, road fences, fireproof materials, refractory materials, thermal insulation materials and mineral or rock wool" ; Meanwhile, the said document stipulates that: "VAT applicable to sales of the following self-produced goods adopts the policy of 50% refund upon collection, which covers some of new wall material products. Detaile scope is specified in the attachment "Catalogue of New Wall Materials Entitled to Preferential VAT Policy" to this notice."

Before April 30, 2015, pursuant to "Notice of the Ministry of Finance and the State Administration of Taxation about Policies regarding the Value Added Tax on Products Made through Comprehensive Utilization of Resources and Other Products" (CaiShui [2008] No.156), gypsum board and decorative board products made by Taishan Gypsum Co., Ltd. are eligible for the preferential policy of exemption from VAT or alternatively for the preferential policy of 50% refund upon VAT collection. Depending on customers' invoicing requirements, some subsidiaries of Taishan Gypsum Co., Ltd. opted for the preferential policy of exemption from VAT, while other subsidiaries opted for the preferential policy of 50% refund upon VAT collection.

In June 2015, the Ministry of Finance and the State Administration of Taxation issued the "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources"(CaiShui [2015] No.78). This paper took effect on July 1, 2015, and meanwhile the "Notice of the Ministry of Finance and the State Administration of Taxation about Policies regarding the Value Added Tax on Products Made through Comprehensive Utilization of Resources and Other Products" (CaiShui [2008] No.156) was abolished. Pursuant to the "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources"(CaiShui [2015] No.78), gypsum board and decorative board products made by Taishan Gypsum Co., Ltd. shall be eligible for the preferential policy of 70% refund upon VAT collection only as from July 1, 2015.

On the appraisal reference date, i.e., April 30, 2015, the appraisal agency forecast the average selling prices of products of all companies during the forecast period with reference to average selling prices of products of all companies in prior years, sales territories and an analysis of future market competition in those territories as well as the "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources"(CaiShui [2015] No.78). The "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources" (CaiShui [2015] No.78) would exert an influence on average selling prices of products of Taishan's subsidiaries enjoying the preferential policy of exemption from VAT as from July 1, 2015. Because Taishan's subsidiaries enjoying the preferential policy of exemption from VAT did not have historical data on selling prices exclusive of VAT on the appraisal reference date, the appraisal agency analyzed and forecast the selling price (exclusive of VAT) of products on and after July 1, 2015 with reference to historical selling prices (inclusive of VAT) of products and the "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources"(CaiShui [2015] No.78). Due to the fact that actual average selling prices of products in 2015 were slightly below forecast average selling prices of products, forecast 2015 revenue was slightly below realized

157

revenue.

(2) Technical transformation of production lines of some subsidiaries affected production and sales

For the purpose of cost saving and consumption reduction, Taishan's subsidiaries including Taishan Gypsum (Hengshui) Co., Ltd. and Taishan Gypsum (Suqian) Co., Ltd. conducted technical transformation on their production lines in 2015H2, thus affecting the production and sales of products.

Since 2015 forecast average selling price of products and forecast sales quantity of products exceeded actually realized data, the forecast revenue was slightly above realized revenue. Because actual cost was below forecast cost, 2015 forecast profit was basically the same as realized profit.

**II. Whether there is any difference between the two forecasts of consolidated revenue and net profit of Taishan Gypsum using the income approach, and if so, please make supplemental disclosure of the reason and rationality.**

1. Because of different time points of appraisal reference date, there was a slight difference between the two forecasts of consolidated revenue and net profit of Taishan Gypsum using the income approach. Such difference is specified below:

Unit: RMB10,000

| Item | | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Operating revenue | April 30 reference date (A) | 645,637.74 | 737,869.22 | 806,234.63 | 857,679.74 | 864,688.04 |
| | December 31 reference date (B) | 633,505.12 | 750,376.43 | 808,907.74 | 843,029.44 | 846,146.02 |
| | Difference (A-B) | 12,132.62 | -12,507.21 | -2,673.11 | 14,650.30 | 18,542.02 |
| | Difference ratio | 1.92% | -1.67% | -0.33% | 1.74% | 2.19% |
| Net profit | April 30 reference date (A) | 108,025.21 | 129,259.54 | 143,181.01 | 150,814.69 | 148,796.16 |
| | December 31 reference date (B) | 108,588.14 | 133,436.07 | 145,420.95 | 151,789.18 | 149,621.84 |
| | Difference (A-B) | -562.93 | -4,176.53 | -2,239.94 | -974.49 | -825.68 |
| | Difference ratio | -0.52% | -3.13% | -1.54% | -0.64% | -0.55% |

2. Reason analysis for the difference between revenue forecast on two appraisal reference dates

Taishan's products include ordinary plasterboard, decorative gypsum board, light-gauge steel joist and cement retarder.

Sales revenue of a year within the forecast period = sales quantity of all products in that year within the forecast period × forecast average selling price

158

BNBMPLC0010396

On the two appraisal reference dates, the appraisal agency predicted the sales quantity of products within the forecast period with reference to the sales volume of all products in prior years, future market capacity, market demand, production line capacity and construction progress and expected full-capacity date of production lines under construction; forecast the average selling prices of the products of all subsidiaries with reference to average selling prices of products of all such subsidiaries, their sales territories and analysis on future market competition in territories as well as the "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources"(CaiShui [2015] No.78). The forecast of future average selling price of products on the appraisal reference date of April 30, 2015 was mainly based on average selling prices in 2013, 2014 and January-April 2015 as well as the "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources"(CaiShui [2015] No.78) , while the forecast of future average selling price of products on the appraisal reference date of Decenber 31, 2015 was mainly based on average selling prices in 2013, 2014, 2015 and July-December 2015; Since the "Notice on the Catalogue of Value-added Tax Preferences for Products and Labor Services involving the Comprehensive Utilization of Resources"(CaiShui [2015] No.78) exerted a big impact on selling prices of products of Taishan's subsidiaries opting for the preferential policy of exemption from VAT, the forecast conducted on December 31, 2015 on future selling prices of products of subsidiaries opting for the policy of exemption from VAT prior to July 1, 2015 paid more attention to the data on average selling price in July-December 2015 , the above factors led to the fact that the future average selling price of products forecast on the appraisal reference date of December 31, 2015 was below the future average selling price of products forecast on the appraisal reference date of April 30, 2015.

Because the future average selling prices of products forecast on the appraisal reference date of December 31, 2015 was below the future average selling prices of products forecast on the appraisal reference date of April 30, 2015, 2016, 2019 and 2020 revenue forecast on on the appraisal reference date of December 31, 2015 was below the corresponding data forecast on the appraisal reference date of April 30, 2015. Since the actual commissioning date of some production lines under construction came before the time predicted on the appraisal reference date of April 30, 2015, 2016 and 2017 product sales forecast on the appraisal reference date of December 31, 2015 was greater than the corresponding data forecast on the appraisal reference date of April 30, 2015 and relevant production lines under construction include Guangxi, Fujian and Guizhou Huangguan.

3. Reason analysis for the difference between net profit forecast on two appraisal reference dates

Because net profit forecast is affected by revenue, cost and expense forecast, a slight difference between revenue and total operating cost forecast on the two appraisal reference dates contributed to a slight difference between net profit forecast.

Revenue, total operating cost ratio and net profit forecast on the two appraisal reference dates are shown below:

159

BNBMPLC0010397

Unit: RMB10,000

| Item | | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Operating revenue | April 30 reference date | 645,637.74 | 737,869.22 | 806,234.63 | 857,679.74 | 864,688.04 |
| | December 31 reference date | 633,505.12 | 750,376.43 | 808,907.74 | 843,029.44 | 846,146.02 |
| Total operating cost ratio | April 30 reference date | 80.91% | 79.94% | 79.66% | 79.80% | 80.26% |
| | December 31 reference date | 80.62% | 79.71% | 79.49% | 79.43% | 79.84% |
| Net profit | April 30 reference date | 108,025.21 | 129,259.54 | 143,181.01 | 150,814.69 | 148,796.16 |
| | December 31 reference date | 108,588.14 | 133,436.07 | 145,420.95 | 151,789.18 | 149,621.84 |

(1) The difference between revenue forecast on the two appraisal reference dates led to a difference between net profit forecast

The reasons for the difference between revenue forecast are detailed in the section "reason analysis for the difference between revenue forecast" of this document.

(2) The difference between cost and expense forecast on the two appraisal reference dates led to a difference between net profit forecast

On the appraisal reference date of April 30, 2015, the appraisal agency forecast main business cost, business tax and surcharges, selling expense, management expense and financial expense in forecast years principally based on main business cost, business tax and surcharges, selling expense, management expense and financial expense in 2013, 2014 and January-April, 2015 as well as borrowing balance on April 30, 2015. On the appraisal reference date of December 31, 2015, the appraisal agency forecast main business cost, business tax and surcharges, selling expense, management expense and financial expense in forecast years principally based on main business cost, business tax and surcharges, selling expense, management expense and financial expense in 2013, 2014 and July-December, 2015 as well as borrowing balance on December, 2015. The difference between essential data providing the basis for forecast on the two appraisal reference dates led to a difference between forecast data.

4. The difference between revenue and net profit forecast on the two appraisal reference dates is reasonable

(1) The difference between revenue forecast on the two appraisal reference dates is reasonable

On both appraisal reference dates, the appraisal agency forecast the sales revenue within the forecast period based on historical sales of all products, productive capacity of production lines in production, expected commissioning date of production lines under construction, historical average selling prices of products, market capacity of relevant regions and future market demand analysis. Due to different time points of appraisal reference dates, the difference between revenue forecast on the two appraisal reference

160

BNBMPLC0010398

dates arising from difference of such factors as market environment is reasonable.

(2) The difference between net profit forecast on the two appraisal reference dates is reasonable

On both appraisal reference dates, the appraisal agency forecast the target company's future revenue, cost and expense based on the target company's historical revenue, cost, expense and future market judgment and estimated net profit by deducting cost, expense and income tax from revenue. Due to different time points of appraisal reference dates, the difference between net profit forecast on the two appraisal reference dates arising from difference of such factors as market environment is reasonable.

### III. Main reasons for the difference between the two appraisal results using the income approach

The total equity value of Taishan appraised using the income approach on the appraisal reference date of April 30, 2015 was RMB11,987.14mn , while the total equity value of Taishan appraised using the income approach on the supplemental appraisal reference date of December 31, 2015 was RMB12,830.92mn. The result of the appraisal conducted under the income approach on the appraisal reference date of December 31, 2015 exceeded the result of the appraisal conducted under the income approach on the appraisal reference date of April 30, 2015 by RMB843.78mn. Main reasons for such a difference are listed below:

1. Difference between book value of net assets on the two appraisal reference dates

The audited net assets of Taishan attributable to parent company on April 30, 2015 and December 31, 2015 was RMB3,239,090,500 and RMB3,912,566,300 respectively. The audited net assets of Taishan attributable to parent company on December 31, 2015 exceeded the audited net assets of Taishan attributable to parent company on April 30, 2015 by RMB673,475,800.

2. Slight difference between discount rate on the two appraisal reference dates

The T-bond yield on April 30, 2015 was above the T-bond yield on December 31, 2015, so the risk-free return rate of the discount rate calculated under the income approach on the appraisal reference date of April 30, 2015 was greater than the risk-free return rate of the discount rate calculated under the income approach on the appraisal reference date of December 31, 2015. The difference between discount rate appraised on the two dates was approximately 0.2%.

3. Minor difference between revenue and net profit forecast on the two appraisal reference dates

Due to different time points of appraisal reference date, there was a minor difference between forecast revenue and net profit on the two appraisal reference dates. For specific reasons, refer to the section entitled "whether there is any difference between the two forecasts of consolidated revenue and net profit of Taishan Gypsum using the income approach, and if so, please make supplemental disclosure of the reason and rationality".

BNBMPLC0010399

**IV. Reasons and rationality analysis for the failure to adopt the income approach to appraise the three subsidiaries including Taishan Plasterboard Co., Ltd., Taishan Gypsum (Jilin) Co., Ltd. and Xinjiang Tianshan Building Materials Gypsum Products Co., Ltd.**

1. Taishan Plasterboard Co., Ltd. was founded in 2007 and it began to produce and sell plasterboard after founding. In 2008, that company transferred its production line to Taishan Gypsum Co., Ltd. Taihe Branch. After such transfer, Taishan Plasterboard Co., Ltd. had no operational business. Therefore, the income approach was not adopted to appraise Taishan Plasterboard Co., Ltd.

2. Taishan Gypsum (Jilin) Co., Ltd. was founded in 2012. Due to the support from local government below expectation and the completion of acquisition by Taishan of Wilda (Liaoning) Environmental Protection Materials Co., Ltd. in 2014, Taishan planned to stop the construction of Taishan Gypsum (Jilin) Co., Ltd. Therefore, the income approach was not used to appraise Taishan Gypsum (Jilin) Co., Ltd.

3. Taishan held 25% equity of Xinjiang Tianshan Building Materials Gypsum Products Co., Ltd. With such a small shareholding, Taishan could not carry out an overall asset appraisal of that company; that company had suffered loss for the most recent three years and had not distributed any dividend. It was impossible to use the dividend model for an appraisal under the income approach, and the appraisal adopted the method of multiplying net assets on financial statements by the shareholding ratio.

## V. Supplemental Disclosure

The Listed Company made supplemental disclosure on the foregoing contents in "I. Appraisal of Taishan" in "Chapter 7 Appraisal of the Subject of Transaction" of the "Restructuring Report".

## VI. Verification Opinions of Agents

### (I) Opinions of Independent Financial Adviser

Through verification, the Independent Financial Adviser deems that: "there is a slight difference between Taishan's 2015 consolidated revenue and net profit and the corresponding data forecast using the income approach on the appraisal reference date of April 30, 2015; meanwhile, due to different time points of appraisal reference date, there is a minor difference between the two forecasts on Taishan's consolidated revenue and net profit using the income approach. With adequate forecast basis, such difference between forecast results is reasonable; because of such reasons as lack of actual operational business, cessation of construction or equity participation, the income approach does not apply to the appraisal of the three subsidiaries including Taishan Plasterboard Co., Ltd., Taishan Gypsum (Jilin) Co., Ltd. and Xinjiang Tianshan Building Materials Gypsum Products Co., Ltd., and this is quite reasonable."

### (II) Appraiser's Opinions

Through verification, the Appraiser deems that: "there is a slight difference between Taishan's 2015 consolidated revenue and net profit and the corresponding data forecast

BNBMPLC0010400

using the income approach on the appraisal reference date of April 30, 2015; meanwhile, due to different time points of appraisal reference date, there is a minor difference between the two forecasts on Taishan's consolidated revenue and net profit using the income approach. With adequate forecast basis, such difference between forecast results is reasonable; because of such reasons as lack of actual operational business, cessation of construction or equity participation, the income approach does not apply to the appraisal of the three subsidiaries including Taishan Plasterboard Co., Ltd., Taishan Gypsum (Jilin) Co., Ltd. and Xinjiang Tianshan Building Materials Gypsum Products Co., Ltd., and this is quite reasonable."

BNBMPLC0010401

**QUESTION 11: You are expected to make supplemental disclosure of the consumer complaints about quality problems during the reporting period, including the quantity, main content, handling mechanism and results of these complaints. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. Consumer complaints about quality problems during the reporting period, including the quantity, main content, handling mechanism and results of these complaints**

Taishan has established various product quality control standards and measures including "Quality Management Rules", "Implementation Standard for Plasterboard Quality Supervision and Random Inspection", "Internal Control Standard for 'Taishan' Plasterboard Series" and "Internal Control Standard for Basic Materials of Decorative Plasterboard" to ensure product quality at such links as production, random inspection and packing; Taishan has also established "Administrative Measures for Customer Satisfaction Surveys" and "Administrative Measures for Customer Complaints" to define the working procedures of product after-sales quality complaints and service complaints and continually pay attention to customer satisfaction constantly.

Pursuant to "After-sales Product Quality Complaint Handling Procedure, in order to maintain reasonable rights and interests of Taishan and its customers, Taishan established a complete set of customer after-sales product quality complaint mechanism and properly handled the complaints received by Taishan on quality issues within the reporting period. Taishan's handling process for customers' after-sales quality complaints is illustrated below:

BNBMPLC0010402



Complaints received by Taishan concerning quality problems are listed below:

| Item | | Jan.-Jun. 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|
| Total orders | | 158,221 | 329,615 | 323,486 | 302,052 |
| Total orders involving complaint compensation | Total | 11 | 128 | 74 | 81 |
| | Including: paper falling off | 6 | 25 | 23 | 43 |
| | Brittle fracture | 0 | 30 | 1 | 26 |
| | Edge crack | 0 | 24 | 31 | 0 |
| | Foaming | 1 | 13 | 10 | 6 |

BNBMPLC0010403

| Item | | Jan.-Jun. 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|
| | Others | 4 | 36 | 9 | 6 |
| Complaint compensation ratio (%) (Total orders involving complaint compensation/total orders) | | 0.01 | 0.04 | 0.02 | 0.03 |
| Amount of compensation (RMB10,000) | | 3.08 | 60.38 | 20.66 | 23.18 |
| Operating revenue (RMB10,000) | | 260,882.25 | 544,138.54 | 582,110.43 | 518,840.98 |
| % of operating revenue | | 0.001 | 0.011 | 0.004 | 0.004 |
| Net profit attributable to owners of parent company | | 42,151.43 | 88,980.88 | 102,050.54 | 97,856.93 |
| % of net profit attributable to owners of parent company | | 0.01 | 0.07 | 0.02 | 0.02 |

Within the reporting period, Taishan's compensation rate of customer complaints was rather low, namely 0.03%, 0.02%, 0.04% and 0.01% respectively, and most of those complaints involved gypsum board products. Main causes of complaints include cracked edge, bubbling, paper falling off and brittle failure. Upon receipt of any customer complaint, Taishan sent sales representatives to examine and confirm the problem mentioned by the customer at the customer's premises. If such problem arose from the customer's less strict construction specification including substandard installation environment, incomplete installation procedure and unsuitable specifications of supporting products, Taishan would offer reasonable explanations to the customer. If it was confirmed that such problem was attributed to Taishan's product quality, Taishan's handling methods mainly included repair, price cut, replacement and compensation. Through Taishan's such efforts, it secured customers' understanding and satisfaction and no major litigation occurred.

Taishan handled quality complaints properly by proceeding from common interest of Taishan and its customers. Therefore, compensation expenses incurred by handling of quality complaints accounted for a small proportion of Taishan's revenue and profit. Within the reporting period, Taishan's compensation amount represented 0.004%, 0.004%, 0.011% and 0.001% of its operating revenue respectively and made up 0.02%, 0.02%, 0.07% and 0.01% of its net profit attributable to shareholders of parent company respectively.

## II. Supplemental Disclosure

The Listed Company has made supplemental disclosure of the foregoing contents in "IX. The development of Taishan's principal business in most recent 3 years" in "Chapter 5 Basic Information of the Subject of Transaction" in the "Restructuring Report".

## III. Verification Opinions of Agents

### (I) Independent Financial Adviser's Opinions

Through verification, the Independent Financial Adviser deems that: "consumer complaints and claims received by Taishan concerning quality problems within the

BNBMPLC0010404

reporting period were in small numbers and small-scale. Taishan has set up a customer after-sales product quality complaint mechanism and is able to handle consumer complaints on quality problems properly. As at the signing date of this verification opinion, Taishan has had no significant pending lawsuit on product quality within China."

**(II) Lawyer's Opinions**

Through verification, the Lawyer deems that: "the issuer has already made supplemental disclosure on consumer complaints received by Taishan concerning quality problems within the reporting period, including complaint quantity, main contents, handling mechanism and handling results, and relevant contents are authentic. Taishan has set up a customer after-sales product quality complaint mechanism and is able to handle consumer complaints on quality problems properly. As at the signing date of this verification opinion, Taishan has had no significant pending lawsuit on product quality within China."

BNBMPLC0010405

**QUESTION 12: You are expected to make supplemental disclosure of whether Taishan Gypsum has to obtain relevant qualifications for production and operation. If so, please make supplementation disclosure regarding the acquisition of such qualifications. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. Notes on approvals and procedures required for Taishan's production and operation**

Taishan is a productive enterprise and its main product is plasterboard. The approvals and procedures required from the construction of plasterboard production line to readiness for production are specified below:

| Approvals/procedures required | Detailed description |
|---|---|
| Project filing | Prepare a project feasibility study report and conduct project filing at the development and reform commission having jurisdiction in the project site |
| Environmental impact assessment | Prepare and submit an environmental impact assessment report to local environmental protection authority for approval |
| Business registration procedure | If the project undertaker is a newly established enterprise, it is required to apply to local industry & commerce administrative department for a business license for enterprise and obtain the approval of its business scope |
| Land use procedure | Apply to the local land administrative department at the project site for construction land planning license and for land certificate |
| Project planning and construction procedure | Apply to the construction project administrative department at the project site for construction project planning license<br>Apply to the construction administrative department at the project site for construction project construction permit |
| Completion acceptance procedure | After completion of project construction, apply to relevant local authorities for construction project fire protection acceptance, environmental protection acceptance and for construction project completion acceptance filing |
| House registration procedure | After completion of project construction acceptance, apply to relevant local authority for house ownership certificate |

The above are all approval procedures required for production and operation of a gypsum board production enterprise. Because plasterboard is an ordinary building & decoration material and does not fall within the handling scope required in the production permit, Taishan can start its production and operating activities according to the business scope permitted in its business scope and need not obtain any other industry-related special qualifications.

BNBMPLC0010406

## II. Supplemental Disclosure

The Listed Company has made supplemental disclosure of the foregoing contents in "IX. The development of Taishan's principal business in most recent 3 years" in "Chapter 5 Basic Information of the Subject of Transaction" in the "Restructuring Report".

## III. Verification Opinions of Agents

### (I) Independent Financial Adviser's Opinions

Through verification, the Independent Financial Adviser deems that: "the issuer has made supplemental disclosure on Taishan's principal business and key product as well as all approvals and procedures required from the construction of gypsum board production line to readiness for production. As an enterprise engaged in production of ordinary building and decoration materials, Taishan conducts production and operating activities within the business scope permitted in its business license and has already obtained all procedures and approvals required for its production and operation without needing any other industry-related special qualifications."

### (II) Lawyer's Opinions

Through verification, the Lawyer deems that: "the issuer has made supplemental disclosure on Taishan's principal business and key product as well as all approvals and procedures required from the construction of gypsum board production line to readiness for production. As an enterprise engaged in production of ordinary building and decoration materials, Taishan conducts production and operating activities within the business scope permitted in its business license and has already obtained all procedures and approvals required for its production and operation without needing any other industry-related special qualifications."

169

BNBMPLC0010407

**QUESTION 13: as indicated on the application materials, Catalog for Guidance of Industrial Structure Adjustment (2011 Version) (2013 Revision) identifies gypsum board production line with an annual production capacity below 10,000,000 square meters as eliminated class and those with an annual production capacity below 30,000,000 as restricted class. You are expected to make supplemental disclosure of whether products of Taishan Gypsum fall within the foregoing scope, and the effect of the foregoing regulations on the production and operation of Taishan Gypsum. The Independent Financial Adviser is expected to conduct verification and give express opinions.**

**ANSWER:**

**I. The impact of Taishan's gypsum board production lines on its production and operation**

As at December 31, 2015, the particulars of Taishan's gypsum board production lines are shown below:

| Item | Quantity of production lines | Capacity (10,000m2/a) | Capacity percentage (%) |
|---|---|---|---|
| <10 million m2/a | - | - | - |
| 10 million m2/a (inclusive) -30 million m2/a (exclusive) | 8 | 16,200 | 10.24 |
| >30 million m2/a (inclusive) | 36 | 142,000 | 89.76 |
| **Total** | **44** | **158,200** | **100.00** |

As at December 31, 2015, Taishan's gypsum board capacity is 1,582 million m2/a, which does not contain any eliminated-class production line of <10 million m2/a; the total capacity of its 10 million (inclusive) -30 million (exclusive) m2/a (restricted class) production lines is 162 million m2/a, which represents 10.24% of Taishan's total capacity of gypsum board. In accordance with the "Decision of the State Council on Promulgating the <Interim Provisions on Promoting Industrial Structure Adjustment>" (GuoFa [2005] No.40), for restricted-class items, relevant national departments shall, according to the requirements of industrial structure optimization and upgrade and on the principle of survival of the fittest, carry out categorized guidance and allow enterprises to take transformation and upgrade measures within a given period of time, and financial institutions shall continue to offer support based on the principles of credit. Taishan's existing production lines with restricted-class capacity represents a small proportion of its total capacity, and it promises to upgrade restricted-class production lines through technical transformation in the future based on industrial policies and its actual production & operation conditions to further meet relevant requirements of national industry policies.

As at the signing date of this reply to feedback opinion, Taishan's gypsum board production liens meet the requirements of national industry policies and are free of any adverse impact on Taishan's production and operation.

BNBMPLC0010408

## II. Supplemental Disclosure

The Listed Company has made supplemental disclosure of the foregoing contents in "IX. The development of Taishan's principal business in most recent 3 years" in "Chapter 5 Basic Information of the Subject of Transaction" in the "Restructuring Report".

## III. Verification opinions of Independent Financial Adviser

Through verification, the Independent Financial Adviser deems that: "as at the signing date of the present verification opinion, some of Taishan's production lines belong to restricted class. Taishan has promised to upgrade those restricted-class production lines to meet relevant requirements of national industry policies. The above issue does not have a material impact on Taishan's production and operation."

BNBMPLC0010409

**QUESTION 14: as indicated on the application materials, several buildings and certain machinery and equipment have been mortgaged. You are expected to make supplemental disclosure of the effect of the total debt amount corresponding to the foregoing security, the purpose of debt, guarantee term and security matters on this Transaction and the ownership of assets and production and operation of the Listed Company upon completion of this Transaction. The Independent Financial Adviser and lawyer are expected to conduct verification and give express opinions.**

**ANSWER:**

**I. Total debt amount corresponding to the foregoing guarantees, the purpose of debt, guaranty period, and the effect of those guarantees on this Transaction and on asset ownership and production and operation of the Listed Company upon completion of this Transaction.**

Based on guarantee agreements, loan agreements and other information provided by Taishan, mortgage guarantees provided by Taishan and its subsidiaries using house buildings and machinery equipment as at June 30, 2016 are enumerated below:

1. On December 10, 2012, Taishan signed with Bank of China Taian Branch a "Maximum Mortgage Contract" (numbered 2012 TaiZuiGaoDiZi 6883601502), under which Taishan shall mortgage its own machinery equipment, the maximum amount of debt guaranteed shall be RMB102,700,000 and the guaranty period shall be November 20, 2012 - November 20, 2015. Mortgage registration relating to the guarantee was completed at Daiyue Branch of Taian Industry & Commerce Administration. Loans guaranteed include:

On October 14, 2015, Taishan signed with Bank of China Taian Branch a "Working Capital Loan Contract" (No.: 68836015j1510092), under which Bank of China Taian Branch shall provide Taishan with a loan of RMB30mn intended to buy raw materials, Taishan shall withdraw the loan fund within 30 days beginning on October 13, 2015 and loan term shall not exceed 12 months. According to loan repayment slips, Taishan has repaid such loan.

According to the "Chattel Mortgage Deregistration Certificate" issued by Daiyue District Branch of Taian Industry & Commerce Administration on June 22, 2016, the foregoing mortgage registration has been cancelled.

2. On October 27, 2015, Taishan signed with Taishan signed with Bank of China Taian Branch a "Maximum Mortgage Contract" (No.: 68836015gd1510091), under which Taishan shall mortgage its own house buildings (property ownership certificates numbered: Tai Fang Quan Zheng Zi No.166264, Tai Fang Quan Zheng Zi No.166289, Tai Fang Quan Zheng Zi No.166290, Tai Fang Quan Zheng Zi No.166301, Tai Fang Quan Zheng Zi No.166302, Tai Fang Quan Zheng Zi No.166303) and land use rights (land use right certificates numbered: TaiTuGuoYong (2009) No.T-0371, TaiTuGuoYong (2009) No.D-0193, TaiTuGuoYong (2009) No.D-0194), the maximum amount of debt guaranteed shall be RMB38,000,000 and the guaranty period shall be October 28, 2015 - October 27, 2018. Mortgage registration relating to the guarantee was completed at Daiyue Branch of Taian Industry & Commerce Administration. Loans guaranteed include:

On December 7, 2015, Taishan signed with Bank of China Taian Branch a "Working Capital Loan Contract" (No.: 68836015j1512011), under which Bank of China Taian Branch

BNBMPLC0010410

shall provide Taishan with a loan of RMB38mn intended to buy raw materials and loan term shall not exceed 12 months.

3. On January 23, 2015, Taishan signed with Industrial and Commercial Bank of China Ningyang Sub-branch a "Maximum Mortgage Contract" (numbered 2015 NingYang [Di]Zi 0002), under which Taishan shall offer guarantee with its own house property (property ownership certificate numbered: TaiFangQuanZhengTaiZi No.182058) and land use rights (land use right certificates numbered: TaiTuGuoYong [2010] T-0411, TaiTuGuoYong [2010] D-0207, TaiTuGuoYong [2010] D-0208), the maximum amount of debt guaranteed shall be RMB75,000,000 and the guaranty period shall be January 23, 2015 – January 22, 2018. Mortgage registration relating to the guarantee was completed at Daiyue Branch of Taian Industry & Commerce Administration. Loans guaranteed include:

(1) On January 28, 2015, Taishan signed with Industrial and Commercial Bank of China Ningyang Sub-branch a "Working Capital Loan Contract" (No.: 2015 [NingYang] Zi 0005), under which Industrial and Commercial Bank of China Ningyang Sub-branch shall provide Taishan with a loan of RMB40mn intended to buy raw materials and loan term shall be 12 months of the actual date of loan fund withdrawal. According to bank slips, Taishan has repaid such loan.

(2) On December 25, 2015, Taishan signed with Industrial and Commercial Bank of China Ningyang Sub-branch a "Working Capital Loan Contract" (No.: 2015 [NingYang] Zi 00116), under which Industrial and Commercial Bank of China Ningyang Sub-branch shall provide Taishan with a loan of RMB40mn intended to buy raw materials and loan term shall be 12 months of the actual date of loan fund withdrawal.

(3) On January 27, 2016, Taishan signed with Industrial and Commercial Bank of China Ningyang Sub-branch a "Working Capital Loan Contract" (No.: 2016 [NingYang] Zi 00042), under which Industrial and Commercial Bank of China Ningyang Sub-branch shall provide Taishan with a loan of RMB30mn intended to buy raw materials and loan term shall be 12 months of the actual date of loan fund withdrawal.

4. On February 3, 2016, Taishan signed with China Construction Bank Qingnian Road Sub-branch a "Maximum Mortgage Contract" (numbered 2015-123010-ZG41), under which Taishan shall mortgage its own equipment, the maximum amount of debt guaranteed shall be RMB200mn and the guaranty period shall be February 3, 2016 – February 3, 2021. According to the "Chattel Mortgage Registration Certificate" (registration number: 201600007) issued by Daiyue Branch of Taian Industry & Commerce Administration on February 3, 2016, the mortgage registration of the said equipment has been completed. Loans guaranteed include:

(1) On February 5, 2016, Taishan signed with China Construction Bank Qingnian Road Sub-branch a "RMB Working Capital Loan Contract" (No.: 2015-123010-41), under which China Construction Bank Qingnian Road Sub-branch shall provide Taishan with a loan of RMB36mn intended to buy raw materials and loan term shall be 1 year.

(2) On February 17, 2016, Taishan signed with China Construction Bank Qingnian Road Sub-branch a "RMB Working Capital Loan Contract" (No.: 2016-123010-03), under which China Construction Bank Qingnian Road Sub-branch shall provide Taishan with a loan of RMB30mn intended to buy raw materials and loan term shall be 12 months.

173

(3) On March 18, 2016, Taishan signed with China Construction Bank Qingnian Road Sub-branch a "RMB Working Capital Loan Contract" (No.: 2016-123010-04), under which China Construction Bank Qingnian Road Sub-branch shall provide Taishan with a loan of RMB34mn intended to buy raw materials and loan term shall be 1 year.

(3) On April 8, 2016, Taishan signed with China Construction Bank Qingnian Road Sub-branch a "RMB Working Capital Loan Contract" (No.: 2016-123010-05), under which China Construction Bank Qingnian Road Sub-branch shall provide Taishan with a loan of RMB50mn intended to buy raw materials and loan term shall be 1 year.

5. On December 30, 2014, Taishan Gypsum (Hubei) Co., Ltd. signed with Industrial and Commercial Bank of China Co., Ltd. Wuxue Sub-branch ("ICBC Wuxue Sub-branch") a "Maximum Mortgage Contract" (numbered 0181400010-2014 WuXue [Di] Zi 0017), under which Taishan Gypsum (Hubei) Co., Ltd. shall offer for security its own houses (property ownership certificates numbered: WuXueShiFangQuanZhengWuBanZi No. 000040276-No.000040279) and land use rights (land use right certificates numbered: WuXueGuoYong [2012] No. 030605263), the maximum amount of debt guaranteed shall be RMB50mn and the guaranty period shall be December 30, 2014 – December 30, 2022. According to the "Information Letter on Cancellation of Mortgage Contract" issued by ICBC Wuxue Sub-branch on July 11, 2016, the foregoing mortgage guarantee was cancelled on June 17, 2016. Loans guaranteed include:

On December 30, 2014, Taishan Gypsum (Hubei) Co., Ltd. signed with ICBC Wuxue Sub-branch a "Working Capital Loan Contract" (No.: 0181400010-2014 (WuXue) Zi 0025), under which ICBC Wuxue Sub-branch shall provide Taishan Gypsum (Hubei) Co., Ltd. with a loan of RMB20mn intended to buy raw materials and loan term shall be 1 year. According to bank slips, Taishan Gypsum (Hubei) Co., Ltd. has repaid such loan.

6. On March 16, 2016, Taishan Gypsum (Hubei) Co., Ltd. signed with Wuxue Finance Bureau a "Mortgage Contract" (numbered WuXueNongShangHangWeiZi 2016020), under which Taishan Gypsum (Hubei) Co., Ltd. shall offer for security its land use right (land use right certificate numbered: WuXueGongYong [2015] No.030605265), the debt guaranteed shall be the loan numbered WuXueNongShangHangWeiZi 2016020 and the principal amount of the loan guaranteed shall be RMB6mn. Loans guaranteed include:

On March 21, 2016, Taishan Gypsum (Hubei) Co., Ltd. signed with Wuxue Finance Bureau and Hubei Wuxue Rural Commercial Bank Co., Ltd. a "General Entrusted Loan Contract" (numbered WuXueNongShangHangWeiZi 2016020), under which Wuxue Finance Bureau shall entrust Hubei Wuxue Rural Commercial Bank Co., Ltd. to provide Taishan Gypsum (Hubei) Co., Ltd. with a RMB6mn loan intended to replenish working capital and loan term shall expire on November 30, 2016.

7. On August 29, 2014, Taishan Gypsum (Yunnan) Co., Ltd. signed with Yimen County Rural Credit Cooperative Union Liujie Credit Cooperative ("Yimen Credit Cooperative") a "Maximum Mortgage Contract" (numbered 1406030843140829410000004), under which Taishan Gypsum (Yunnan) Co., Ltd. shall offer for security its own house (property ownership certificate numbered: YiFangQuanZhengYiMenXianZi No. 0020297) and land use right (land use right certificate numbered: YiLiuGuoYong (2009) Bian 19), the maximum amount of debt guaranteed shall be RMB28mn and the guaranty period shall be August 29, 2014 – August 29, 2017. Loans guaranteed include:

174

On August 29, 2014, Taishan Gypsum (Yunnan) Co., Ltd. signed with Yimen County Rural Credit Cooperative Union Liujie Credit Cooperative a "Working Capital Circulation Loan Contract" (numbered: 14060308431408294100000042), under which Yimen County Rural Credit Cooperative Union Liujie Credit Cooperative shall provide Taishan Gypsum (Yunnan) Co., Ltd. with a circulation loan limit of RMB28mn intended to buy covering paper and the term of circulation loan limit shall be 36 months.

(1) According to "Loan Note of Yimen County Rural Credit Cooperative Union" (numbered 0082465), Yimen Credit Cooperative provided Taishan Gypsum (Yunnan) Co., Ltd. with a loan of RMB20mn whose term was July 4, 2015 – July 4, 2016.

(2) According to "Loan Note of Yimen County Rural Credit Cooperative Union" (numbered 0082880), Yimen Credit Cooperative provided Taishan Gypsum (Yunnan) Co., Ltd. with a loan of RMB8mn whose term was July 24, 2015 – July 24, 2016.

Based on rural credit cooperative loan recovery certificates and settlement business applications in Yunnan Province, Taishan Gypsum (Yunnan) Co., Ltd. has repaid the foregoing two loans.

(3) According to "Loan Note of Rural Credit Cooperative in Yunnan Province", Yimen Credit Cooperative provided Taishan Gypsum (Yunnan) Co., Ltd. with a loan of RMB4mn whose term was April 18, 2016 – April 18, 2017.

(4) According to "Loan Note of Rural Credit Cooperative in Yunnan Province", Yimen Credit Cooperative provided Taishan Gypsum (Yunnan) Co., Ltd. with a loan of RMB24mn whose term was April 13, 2016 – April 13, 2017.

8. On December 17, 2015, Taishan Gypsum (Tongling) Co., Ltd. signed with Bank of China Co., Ltd. Anhui Tongling Branch ("Bank of China Tongling Branch") a "Maximum Mortgage Contract" (numbered 2015 WanTongZhongYinSiDiZi 008), under which Taishan Gypsum (Tongling) Co., Ltd. shall offer for security its own houses (property ownership certificates numbered: FangDiQuanZhengTongFang (2014) No.02082-No. 02085, FangDiQuanZhengTongFang (2014) No.02482, FangDiQuanZhengTongFang (2014) No.02483) and land use right (land use right certificate numbered: TongGuoYong (2008) No.426), the maximum amount of debt guaranteed shall be RMB20mn and the guaranty period shall be December 17, 2015 – December 17, 2018. Loans guaranteed include:

On January 8, 2016, Taishan Gypsum (Tongling) Co., Ltd. signed with Bank of China Co., Ltd. Anhui Tongling Branch a "Working Capital Loan Contract" (numbered 2016 WanTongZhongYinSiDaiZi 001), under which Bank of China Tongling Branch shall provide Taishan Gypsum (Tongling) Co., Ltd. with a loan of RMB20mn intended to buy raw materials and loan term shall be 12 months.

## II. Supplemental Disclosure

The Listed Company has made supplemental disclosure of the foregoing contents in "VIII. Taishan's major asset ownership, external guarantees and primary liabilities" of "Chapter 5 Basic Information of the Subject of Transaction" in the "Restructuring Report".

BNBMPLC0010413

## III. Verification Opinions of Agents

### (I) Opinions of Independent Financial Adviser

Through verification, the Independent Financial Adviser deems that: "the contents of the above agreements are authentic, lawful and effective and there is no potential legal impediment against performance of such contracts and agreements by Taishan and its subsidiaries. Based on Taishan's credit report, Taishan's audit report (TianZhiYeZi [2016] No.14056) and inquiries on www.creditchina.gov.cn, Taishan has no record of poor credit. In addition, such guarantees occurred due to Taishan's normal production and operating activities and will not exert any material, adverse impact on this Transaction and asset ownership and production & operation of the Listed Company upon completion of this Transaction."

### (II) Lawyer's Opinions

Through verification, the Lawyer believes that: "the contents of the above agreements are authentic, lawful and effective and there is no potential legal impediment against performance of such contracts and agreements by Taishan and its subsidiaries. Based on Taishan's credit report, Taishan's audit report (TianZhiYeZi [2016] No.14056) and inquiries on www.creditchina.gov.cn, Taishan has no record of poor credit. In addition, such guarantees occurred due to Taishan's normal production and operating activities and will not exert any material, adverse impact on this Transaction and asset ownership and production & operation of the Listed Company upon completion of this Transaction."

BNBMPLC0010414

**QUESTION 15: as indicated on the application materials, the related-party transaction of Taishan Gypsum has been reflected in the consolidated statements of the Company; the enterprises controlled by some counterparties have some borrowings and lendings with the Target Company in small amount and the loans have been repaid and interests paid as agreed. You are expected to make supplemental disclosure of relevant information about the related party transaction in accordance with Articles 37 and 38 of No.26 of Standards on the Contents and Formats of Information Disclosure by Companies Publicly Offering Securities – Material Asset Restructuring of Listed Companies (2014 Revision).The Independent Financial Adviser is expected to conduct verification and give express opinions.**

**ANSWER:**

**I. Basic information**

In 2013 and 2014, Taishan's business growth continued and it made constant production deployments, thus creating a certain gap on working capital. Due to its single financing model, in order to obtain working capital urgently needed for its production and operation, Taishan borrowed some short-term funds from China National Building Material Company Limited, Taihe Building Materials and Taihe Building, and those related-party transactions were necessary. Subject to its articles of association, Taishan held its general manager office meeting to deliberate relevant issues according to Taishan's internal procedure relating to implementation of related-party transaction before carrying out the foregoing fund borrowings, and signed loan agreements with relevant lenders. Relevant procedures were completed; loan rates were determined with reference to the benchmark interest rates published by the People's Bank of China for the same period and were fairly priced.

After completion of this Transaction, there was no horizontal competition between the Listed Company and its actual controller and related enterprises. There were only sporadic related-party transaction among them, which were small-scale transactions conducted in compliance with relevant procedures and priced fairly.

Taishan's fund borrowings and lendings conducted within the reporting period are listed below:

1. 2014

| Borrower | Lender | Borrowing amount (RMB 10,000) | Starting date | Due date | Loan rate |
|----------|--------|-------------------------------|---------------|----------|-----------|
| Taishan | Taihe Building Materials | 300.00 | 2014-01-01 | 2014-04-28 | Benchmark lending rate for the same period |
| Taishan | Taihe Building Materials | 300.00 | 2014-01-01 | 2014-05-08 | |
| Taishan | Taihe Building Materials | 1,000.00 | 2014-01-01 | 2014-05-27 | |
| Taishan | CNBMPLC | 10,000.00 | 2014-09-11 | 2014-09-30 | |

177

BNBMPLC0010415

2. 2013

| Borrower | Lender | Borrowing amount (RMB 10,000) | Starting date | Due date | Loan rate |
|---|---|---|---|---|---|
| Taishan | CNBMPLC | 10,000.00 | 2013-03-07 | 2013-09-25 | |
| Taishan | CNBMPLC | 10,000.00 | 2013-10-15 | 2013-12-08 | |
| Taishan | CNBMPLC | 8,000.00 | 2013-12-09 | 2013-12-16 | |
| Taishan | CNBMPLC | 6,000.00 | 2013-12-17 | 2013-12-26 | |
| Taishan | CNBMPLC | 1,300.00 | 2013-12-27 | 2013-12-29 | Benchmark lending rate for the same period |
| Taishan | Taian Taihe Building & Decoration Materials Co., Ltd. | 3,000.00 | 2013-03-05 | 2013-03-07 | |
| Taishan | Taian Taihe Building & Decoration Materials Co., Ltd. | 3,000.00 | 2013-09-28 | 2013-11-03 | |

## II. Supplemental Disclosure

The Listed Company has made supplemental disclosure of the foregoing contents in "II. Impact of this Transaction on related-party transaction" of "Chapter 12 Horizontal Competition and Related-Party Transaction" in the "Restructuring Report".

## III. Verification Opinions of Agents

Through verification, the Independent Financial Adviser deems that: "Fund borrowings and lendings that occurred to Taishan within the reporting period have been reflected in detail. All such transactions were necessary and were conducted according to all required procedures and fairly priced. Supplemental disclosure of the foregoing contents has been made in accordance with No.26 of Standards on the Contents and Formats of Information Disclosure by Companies Publicly Offering Securities – Material Asset Restructuring of Listed Companies (2014 Revision)."

BNBMPLC0010416

**QUESTION 16: you are expected to make supplemental disclosure of whether the asset appraiser of this reorganization has been investigated or ordered to make rectification by CSRC and its local offices and competent judicial and administrative authorities; if so, please explain relevant situations. The Independent Financial Adviser and the law firm are expected to verify and give express opinions on whether this matter will affect the validity of relevant appraisal documents.**

**ANSWER:**

**I. Disclosure of whether the asset appraiser of this reorganization has been investigated or ordered to make rectification by CSRC and its local offices and competent judicial and administrative authorities**

1. Based on the materials and explanations provided by Zhonghe Appraiser, the particulars of whether Zhonghe Appraiser and the asset appraisers responsible for this Transaction have been investigated or ordered to make rectification by CSRC and its local offices

On April 15, 2016, CSRC reported on the "investigation and handling of audit and appraisal institutions in 2015" and issued a warning letter to Zhonghe Appraiser.

On May 17, 2016, Shenzhen Commissioner's Office of China Securities Regulatory Commission issued a "Notice of Investigation" (ShenZhuanDiaoChaoTongZi No.2016315), thus initiating an investigation against Zhonghe Appraiser, and Feng Daoxiang, one of the appraisers in charge of the project investigated, was also one of the asset appraisers responsible for this Transaction. As at the signing date of the reply to this feedback opinion, there has been no further progress on the said investigation.

On May 19, 2016, Beijing Commerce & Finance Law Office issued a "Legal Opinion", expressing the following opinion with respect to the impact of the investigation conducted by CSRC against Zhonghe Appraiser on Zhonghe Appraiser: "Zhonghe Appraiser has no record of illegal or irregular practice and has not been warned, ordered to make rectification, publicly condemned or punished by the relevant industry association in the most recent three years. Therefore, the investigation by CSRC's audit department does not affect its normal business operation"; and also held that "Zhonghe Appraiser is now being investigated by CSRC's audit department. The investigation has not yet been completed and no final opinion has been issued. And its business operation has not been affected by this issue."

On August 15, 2016, Zhonghe Appraiser issued the "Explanations and Commitments on Whether Zhonghe Appraiser has been Investigated or Ordered to Make Rectification by CSRC and its Local Offices and Competent Judicial and Administrative Authorities", stating that: except the circumstances disclosed above, Zhonghe Appraiser has not been investigated or ordered to make rectification by CSRC and its local offices and competent judicial and administrative authorities.

2. Explanations on appraisal documents issued by Zhonghe Appraiser, appraisal institution responsible for this Transaction, and responsible appraisal personnel

After acceptance of BNBMPLC's commission, Zhonghe Appraiser appraised the

179

BNBMPLC0010417

market value represented by the total equity value of Taishan involved in the equity acquisition contemplated by BNBMPLC on the appraisal reference date of April 30, 2015 in line with necessary appraisal procedures and in accordance with relevant laws, regulations and asset appraisal criteria and principles. On September 25, 2015, Zhonghe Appraiser issued the "Asset Appraisal Report for the Project of Beijing New Building Materials Public Limited Company Proposing to Acquire Certain Equity of Taishan Gypsum Co., Ltd. through Share Issue" (ZhongHePingBaoZi [2015] BJV2028) (hereinafter referred to as "First Appraisal Report"), which was signed by three certified public valuers including Li Zhanjun, Guo Pengfei and Feng Daoxiang. Since the 1-year effective period of the appraisal report on the target company issued by Zhonghe Appraiser using April 30, 2015 as the appraisal reference date has expired, Zhonghe Appraiser conducted a supplemental appraisal on Taishan on the supplemental appraisal reference date of December 31, 2015 and issued the "Asset Appraisal Report for the Project of Beijing New Building Materials Public Limited Company Proposing to Acquire Certain Equity of Taishan Gypsum Co., Ltd. through Share Issue" (ZhongHePingBaoZi (2016) BJV2025) (hereinafter referred to as "Supplemental Appraisal Report") on May 13, 2016, which was signed by certified public valuers Li Zhanjun and Guo Pengfei.

(1) Appraisal reports issued by Zhonghe Appraiser comply with the requirements of relevant regulations

Pursuant to Article 9 of "Standards for Asset Appraisal – Appraisal Reports" and Article 25 of "Directives on Appraisal Report of Enterprise State-owned Assets", appraisal reports shall bear the signature and stamp of at least two (inclusive) certified public valuers. Therefore, the signature of certified public valuers contained in the asset appraisal reports numbered ZhongHePingBaoZi 2015BJV2028 and ZhongHePingBaoZi 2016BJV2025 complies with the requirements of relevant regulations.

(2) Explanations for the difference on signature of certified public valuers between asset appraisal reports numbered ZhongHePingBaoZi 2015BJV2028 and ZhongHePingBaoZi 2016BJV2025

According to explanations submitted by Zhonghe Appraiser, because this Transaction was a major asset restructuring project, during the appraisal work with April 30, 2015 as the appraisal reference date, Zhonghe Appraiser appointed one responsible manager and two partners to manage and execute the Taishan appraisal project depending on Taishan's actualities and project characteristics: Li Zhanjun as the responsible project manager took responsibility for the formulation of initial project plan, overall arrangement for field investigation in the middle, and the formation of appraisal and measurement scheme, and also carried out first-level review on the appraisal report; Guo Pengfei as business partner reviewed such issues as project plan, execution of procedures, reasonableness of valuation and disclosure of special matters; Feng Daoxiang as responsible partner exerted overall control over the appraisal work. Meanwhile, according to Zhonghe Appraiser's internal policy that any major asset restructuring appraisal project shall be signed by responsible manager and responsible partners in the capacity of certified public valuers, the "First Appraisal Report" numbered ZhongHePingBaoZi  2015BJV2028 was signed by responsible manager Li Zhanjun and responsible partners Feng Daoxiang and Guo Pengfei in the capacity of certified public valuers.

During Zhonghe Appraiser's supplemental appraisal on the supplemental appraisal

BNBMPLC0010418

reference date of December 31, 2015, considering the fact that appraisal personnel used to appraise Taishan on the appraisal reference date of April 30, 2015 and were familiar with Taishan's assets, Zhonghe Appraiser designated Li Zhanjun as responsible manager and Guo Pengfei as responsible partner to manage the relevant project, and Feng Daoxiang was no longer involved in this appraisal project as a responsible partner. According to Zhonghe Appraiser's internal policy, the "Supplemental Appraisal Report" was signed by responsible manager Li Zhanjun and responsible partner Guo Pengfei in the capacity of certified public valuer.

Pursuant to Article 9 of "Standards for Asset Appraisal – Appraisal Reports" and Article 25 of "Directives on Appraisal Report of Enterprise State-owned Assets", appraisal reports shall bear the signature and stamp of at least two (inclusive) certified public valuers. Therefore, the number of certified public valuers who signed the "First Appraisal Report" and "Supplemental Appraisal Report" on this Transaction meets the requirements of those regulations.

In accordance with the answer to the question "whether the investigation of an intermediary agency affects the acceptance of application for administrative license on merger, acquisition and restructuring of listed companies" contained in the "Compilation of Revisions to Frequently Asked Questions and Answers on Laws and Regulations concerning Supervision of Listed Companies", where any audit institution or appraisal institution is investigated, such investigation will not affect the acceptance by CSRC of financial reports, appraisal reports and other documents issued by such institution but CSRC will pay close attention to their credit information and practicing status." Based on an explanation provided by Zhonghe Appraisal, as at the signing date of the reply to this feedback opinion, during this Transaction, Feng Daoxiang, one of certified public valuers who signed the "First Appraisal Report", began to undergo an investigation by CSRC with respect to other projects on May 17, 2016. To date, the said investigation has not been completed and no final conclusion has been drawn.

According to the "Business License" (registration number: 11000003805563), "Asset Appraisal Qualification Certificate" (certificate number: 11020179) and "Securities and Futures Related Business Appraisal Qualification Certificate" (certificate number: 0100027013) currently held by Zhonghe Appraiser, Zhonghe Appraiser now validly exists and possesses the qualifications for engagement in securities and futures related business appraisal.

## II. Supplemental Disclosure

The Listed Company has made supplemental disclosure of the foregoing contents in "VIII. Related entities and securities service institution were not involved in any circumstance excluding them from participation in major asset restructuring of any Listed Company pursuant to Article 13 of Interim Provisions on Strengthening Abnormal Transactions of Stocks relating to Major Asset Restructuring of Listed Companies" in "Chapter 14 Other Significant Matters" of the "Restructuring Report".

BNBMPLC0010419

### III. Verification Opinions of Agents

#### (I) Opinions of Independent Financial Adviser

Based on Zhonghe Appraiser's explanations and through verification, the Independent Financial Adviser deems that: "Zhonghe Appraiser exists validly and possesses the qualifications for engagement in securities and futures related business appraisal, and the investigation aimed at Zhonghe Appraiser will not affect CSRC's acceptance of appraisal reports issued by Zhonghe Appraiser. For CSRC's investigation against Feng Daoxiang, one of certified public valuers responsible for the "First Appraisal Report" in this Transaction, no final conclusion has been drawn, and Feng Daoxiang was not involved in the preparation of the "Supplemental Appraisal Report". Such issue does not affect the validity of the relevant appraisal document."

#### (II) Lawyer's Opinions

Through verification, the Laywer deems that: "Zhonghe Appraiser exists validly and possesses the qualifications for engagement in securities and futures related business appraisal, and the investigation aimed at Zhonghe Appraiser will not affect CSRC's acceptance of appraisal reports issued by Zhonghe Appraiser. For CSRC's investigation against Feng Daoxiang, one of certified public valuers responsible for the "First Appraisal Report" in this Transaction, no final conclusion has been drawn, and Feng Daoxiang was not involved in the preparation of the "Supplemental Appraisal Report". Such issue does not affect the validity of the relevant appraisal document."

BNBMPLC0010420

**QUESTION 17: as indicated on the application materials, through this Transaction, Taishan Gypsum will become a wholly-owned subsidiary of BNBMPLC. It is still uncertain how relevant assets and personnel develop through the platform offered by the Company in the future, and whether they can produce expected synergic effect with the existing business segments of the Company, so this Transaction of the Company is still subject to certain business integration risks. You are expected to make supplemental disclosure of the reason and rationality for the foregoing integration risks on the basis of the Listed Company's control over Taishan Gypsum prior to this Transaction. The Independent Financial Adviser is expected to conduct verification and give express opinions.**

**ANSWER:**

**I. The reason and rationality of the existence of the foregoing business integration risks**

**1. The managements and operations of the Target Company are independent in relation to one another.**

Taishan Gypsum was incorporated on June 24, 1998 and initially jointly sponsored by Shandong Taihe Taishan Plasterboard (Group) General Plant, Taian Huanan (Group) Co., Ltd., Tai'an Dawenkou Construction Installation Engineering Co., Ltd., Shandong Feicheng Lutai New Building Materials General Plant and employee shareholders association of Shandong Taihe Group. Through the capital increase in April 2005 and equity transfer in August 2006, BNBMPLC held 65% shares in Taishan Gypsum, and incorporated Taishan Gypsum into the scope of consolidated financial statements.

Since the acquisition of 65% shares of Taishan Gypsum, BNBMPLC has exercised its shareholder rights according to relevant laws and regulations and exercised the rights at the board of directors of Taishan Gypsum through nominating directors. Taishan Gypsum is an independent legal person. Its operation and management team is responsible for the production and operation of Taishan Gypsum in accordance with the laws and regulations as well as the Articles of Association of Taishan Gypsum.

**2. Existence of difference in products positioning**

The "Dragon" brand drywall of BNBMPLC and "Taishan" drywall of Taishan Gypsum respectively covered high-end and mid-end market to satisfy the product needs of customers at different levels. The difference in aspects such as brand image and market positioning between the foregoing products has resulted in management difference between BNBMPLC and Taishan Gypsum, such as manufacturing and operation, regional deployment and marketing strategies, etc. Therefore, BNBMPLC and Taishan Gypsum still remain independent in relation to one another in areas of manufacturing and marketing, etc.

**3. Future synergy will be furthered step by step and its effect will be shown gradually**

(1)     After this Transaction is completed, the minority shareholder's interest represented by the 35% minority shareholding interest in Taishan Gypsum will

183

BNBMPLC0010421

be incorporated into the scope of the consolidated financial statement of BNBMPLC, and thus the net profit attributable to the shareholders of the Listed Company will be increased;

(2)     After this Transaction is completed, Taishan Gypsum will be a wholly owned subsidiary of BNBMPLC. According to the corporate governance requirement of a legal person, BNBMPLC will appoint Taishan Gypsum's directors and supervisors. BNBMPLC may exercise its shareholder right more actively pursuant to the requirement under relevant laws and regulations and further the synergy of the business of BNBMPLC and Taishan Gypsum;

(3)     After this Transaction is completed, BNBMPLC will hold 100% equity in Taishan Gypsum. The interest of the original shareholders of BNBMPLC and the interest of the minority shareholders of Taishan Gypsum will be highly consistent, which will provide strong assurance for the efficiency of Taishan Gypsum's decision making process;

(4)     To continuously increase the operational performance and shareholder returns of BNBMPLC, BNBMPLC and Taishan Gypsum will consistently cooperate in areas such as procurement of raw materials, R&D in product and technology, and market development and deployment in a step-by-step manner and the synergy effect will be shown gradually.

To sum up, from the perspective of reminding investors to pay attention and fully disclosing risks, the Listed Company incorporates the foregoing integration risks into the risk alert in order to protect the interest of the shareholders of the Listed Company to the greatest extent.

## II. Supplemental Disclosure

The foregoing relevant information has been incorporated as supplemental disclosure in "III. Restructuring and Integration Risks" of "Chapter 13 Risk Factors" in the revised report.

## III. Verification opinions of agent

After verification, the Independent Financial Adviser held that "BNBMPLC has made supplemental disclosure of the reason and rationality of the existence of the integration risks. From the perspective of fully disclosing risks, the relevant integration risks are reasonable."

184

(This page is the execution poage of the Feedback Reply of Beijing New Building Materials Public Limited Company to the CSRC's Feedback Notice on Administrative Licensing Project)

Beijing New Building Materials Public Limited Company

Date:

BNBMPLC0010423

# EXHIBIT U

Stock Name: BNBMPLC        Stock Code:000786        Announcement No.:2016-063

**Announcement of Beijing New Building Materials Public Limited Company**

**Regarding Approval for the Company's Issuance of Shares to Purchase Assets by**

**The Review Committee on Merger, Acquisition and Restructuring of**

**China Securities Regulatory Commission and Resumption of Trading of Company's Shares**

   **The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.**

   On September 7, 2016, Beijing New Building Materials Public Limited Company (hereinafter the "Company") received a notice from the China Securities Regulatory Commission (hereinafter "CSRC") that upon review by the Review Committee on Merger, Acquisition and Restructuring of Listed Companies of CSRC (hereinafter the "Review Committee") on the 65th working conference in 2016 held by the Review Committee on September 7, 2016, the matter of the Company's issuance of shares to purchase assets and the related-party transaction obtained an conditional approval.

   According to relevant laws and regulations including the *Measures for the Administration of the Material Asset Restructurings of Listed Companies* and upon the application by the Company, the trading of the Company's shares (stock name: BNBMPLC, stock code: 000786) will be resumed since the market opening on September 8, 2016 (Thursday).

   Currently, the Company has not received the written approval document from CSRC, and the Company will make another public announcement after receiving the official documents regarding the approval from CRSC. May the investor pay attention to the investment risks.

   Announcement is hereby given.

Beijing New Building Materials Public Limited Company

Board of Directors

September 7, 2016

BNBMPLC0010071

# EXHIBIT V

| Stock Abbreviation: Stock | Code: Public Announcement No.: |
|---|---|
| BNBMPLC | 000786 | 2015-052 |

**Beijing New Building Materials Public Limited Company**

**Public Announcement of Resolutions of the 11th Extraordinary Meeting of the 5th Board of Directors**

**The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.**

The 11th Extraordinary Shareholders' Meeting of Beijing New Building Materials Public Limited Company (hereinafter referred to as "Company") was held at 6F Meeting Room, Building 2, Guohai Plaza, No. 17 Fuxing Road, Haiding District, Beiing, 15:30 PM, October 13, 2015. The notice for the meeting was given in e-mail on October 8, 2015. This meeting was held by means of on-the-spot voting meeting and telecom voting. All the 9 directors attended the voting, which conformed to the stipulation of relevant laws, regulations and normative documents. The meeting was presided over by the chairman of the board Mr. Wang Bing and the Company's supervisors and senior executives were present at the meeting. Through deliberation, the following resolutions were adopted by voting:

**I. Deliberated and adopted the *Proposal about the Company Conforming to the Conditions of Purchasing the Assets through Private offering***

According to the stipulation of *Company Law of the People's Republic of China, Securities Law of the People's Republic of China, Measures for the Administration of Material Asset Reorganization of Listed Companies, Provisions on Issues Concerning Regulating the Material Asset Reorganizations of Listed Companies* and other laws, regulations and normative documents, in light of the conditions of listed companies of purchasing the assets through private offering, in combination with analysis and appraisal of the Company's actual operating status, through self-inspection, the Company's believed that the Company conforms to the conditions of purchasing the assets through private offering.

The resolution needs to be submitted to the general meeting of shareholders for deliberation.

The resolution was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

**II. Deliberated and adopted the Proposal on the Company's Plan concerning the Present Issuance of Shares for Purchasing the Assets & Related-party Transaction**

(I) The overall plan on the present transaction: The Company intends to issue its shares as consideration for purchasing 35% shares (hereinafter referred to as "target assets:) held by Guotai Min'an Investment Group Co., Ltd. (hereinafter referred to as "Guotai

BNBMPLC0009203



Min'an"), 35 natural persons including Jia Tongchun and 10 limited partnership enterprises including Tai'an Heda Investment Center (Limited Partnership) (hereinafter referred to as "counter party").

After the transaction is completed, the Company will hold 100% shares of Taishan Gypsum.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

(II) Plan on the share issuance for asset purchase

1. Method of present transaction, counter party and target assets

The Company intends to issue its shares for purchasing 35% shares of Taishan Gypsum held by Guotai Min'an Investment Group Co., Ltd. (hereinafter referred to as "Guotai Min'an"), 35 natural persons including Jia Tongchun and 10 limited partnership enterprises including Tai'an Heda Investment.

The current registered capital of target company is RMB155.625mn and the total shares are 155.625 million. The equity structure of the target company is as follows:

| No. | Name of Shareholder | Number of Shares Held (10,000 shares) | Shareholding Ratio (%) |
|---|---|---|---|
| 1 | Beijing New Building Materials Public Limited Company | | 42.00 |
| 2 | Beijing Donglian Investment Co., Ltd. | 3,579.375 | 23.00 |
| 3 | Guotai Min'an Investment Group Co., Ltd. | 2,490.000 | 16.00 |
| 4 | 35 natural persons including Jia Tongchun | 2,562.275 | 16.46 |
| 5 | 10 partnership enterprises including Tai'an Heda Investment Center (Limited Partnership) | 394.600 | 2.54 |
| | Total | 15,562.500 | 100.00 |

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

2. Pricing basis, transaction price and method of payment

The transaction will audit and evaluate the target assets with April 30, 2015 as a reference date. The final price of target assets held by the counter party shall be subject to the evaluation result as shown in *Assets Evaluation Report* issued by the evaluation authority which is qualified to engage in business related to securities and futures and approved/filed by competent organization.

The evaluation of the targeted assets for the present transaction has not been finished. Through preliminary estimation, by the evaluation reference date April 30, 2015, the estimated value of the target company is RMB11.9371429bn. To calculate 35% shares of the targeted company to be transferred by various counter parties, the estimated value is RMB4.1955bn. The transaction price of the targeted assets agreed unanimously by parties of the transaction is temporally set at RMB4.1955bn.

The asset evaluation project shall be approved/filed by competent organization and is

BNBMPLC0009204

subject to the evaluation result of the approval/filing. The number of issuing can be adjusted accordingly after the Company's board of directors submits to the general meeting of shareholders for authorizing it in line with evaluation result approved/filed by the competent organization.

After the completion of the transaction, Guotai Min'an Investment, 35 natural persons including Jia Tongchun and 10 limited partnership enterprises including Tai'an Heda Investment will be the Company's shareholders; the Company will directly hold 77% shares of the targeted company and indirectly hold 23% shares of the targeted company through wholly-owned subsidiary Beijing Donglian Investment Co., Ltd., holding 100% shares of the targeted company in total.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

3. Type and par value of shares to be issued

The type of shares issued is renminbi common shares (A shares) listed domestically, RMB1 par value for each share.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

4. Method of issuance

The issuance of shares will adopt the method of private offering to specific objects.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

5. Issuance objects and method of subscription

(1) Issuance objects: Guotai Min'an Investment of Taishan Gypsum, 35 natural persons including Jia Tongchun and 10 limited partnership enterprises including Ta'an Heda Investment

(2) Method of subscription:  Guotai Min'an Investment of Taishan Gypsum, 35 natural persons including Jia Tongchun and 10 limited partnership enterprises including Ta'an Heda Investment will purchase the shares totally held by Taishan Gypsum.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

6. Pricing reference date, pricing principle and issuance price

The pricing reference date for purchasing the assets by issuing the shares is the announcement date of the board's resolution related to the transaction approved by the Company, i.e., October 14, 2015.

From the date when the Company's shares are suspended (April 10, 2015) to now, Shanghai Composite and SZSE Component Index have shown a sharp decline. As the suspension of the Company's shares has kept away from the remarkable drop, the stock market will have a strong uncertainty in the future. Therefore, the price for issuing the shares has chosen 90% of the average trading price 120 trading days before the announcement date of the board's resolution on purchasing the assets, i.e., RMB23.15 per share.

The calculating formula for average price of stock transaction 120 trading days before the announcement date of the board's resolution: The average transaction price of the Company's shares 120 trading days before the announcement date of the resolution = total transaction amount of the Company's shares 120 trading days before the announcement date of the resolution / total trading volume of the Company's shares 120 trading days before the announcement date of the resolution.

BNBMPLC0009205



On April 16, 2015, the Company's 2014 general meeting of shareholders deliberated and adopted *Preplan for Allocation of Profits in 2014*, with total amount of 706,990,796 shares as a basic number, paying dividend of RMB4.25 (tax inclusive) per 10 shares, with total distributed profit of RMB300,471,088.30. Moreover, 10 shares will be transferred to all the shareholders per 10 shares in capital reserve fund, with total amount of 706,990,796 shares increased by transferring. The above transfer has been finished on June 11, 2015, with the total equity of the Company adjusted into 1,413,981,592 shares. Through relevant adjustment after allocation of profits in 2014 by the Company, the price of the shares issued this time has been adjusted into RMB11.37 per share.

During the period between pricing reference date and issuing date, if the Company implements ex-right and ex-dividend matters such as cash dividend, bonus share and increase by transferring of capital reserve etc., the above issuing price will be adjusted according to the relevant provisions of China Securities Regulatory Commission and Shenzhen Stock Exchange, with specific adjusting way subject to the resolution of the Company's general meeting of shareholders.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and  0 abstention.

7. Number of shares to be issued

According to the estimation of target assets and calculation of issuing price, the total amount of shares issued to be issued by the Company to the counter party shall not exceed 3.689974 million shares: number of issuing = Transaction price of shares transferred by various counter parties by accepting the new shares issued by the Company ÷ issuing price. The number of shares issued shall be rounded to integral single digits.  If the number of shares to be issued is not an integral number, it shall be adjusted to integral number downwards. The number of shares to be issued can be adjusted accordingly after the Company's board of directors submits to the general meeting of shareholders for authorizing it in line with evaluation result approved/filed by the competent organization. The final number of issuing is subject to the number of issuing approved by China Securities Regulatory Commission.

The number of shares issued to the counter parties by the Company is as follows:

| Counter Party | Number of Shares Obtained (10,000 shares) |
|---|---|
| Guotai Min'an Investment Group Co., Ltd. | 16,868.45 |
| 35 natural persons including Jia Tongchun and | 17,358.08 |
| 10 limited partnership enterprises including Tai'an Heda Investment Center (Limited Partnership) | 2,673.21 |

During the period between pricing reference date and issuing date, if the Company implements ex-right and ex-dividend matters such as cash dividend, bonus share and increase by transferring of capital reserve etc., the above issuing price will be adjusted according to the relevant provisions of   stock exchange, with specific adjusting way subject to the resolution of the Company's general meeting of shareholders.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

8. Listing venue

The shares to be issued by the Company for purchasing the assets intend to be listed at Shenzhen Stock Exchange.

BNBMPLC0009206



The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and  0 abstention.

9. Lock-up period of the shares to be issued

The shares subscribed by the counter parties which will be issued by the Company shall not be transferred within 36 months as of the date when the issuing of shares is finished. Within the restricted period, the Company's shares increased by the counter parties arisen from the Company's implementation of bonus share, share increase   by transferring of capital reserve etc. shall also comply with the stipulation of the aforesaid restricted period. The partial shares of the Company held by the counter parties will be locked up to the time when the agreed condition is triggered, the Company will repurchase the shares in RMB1 per share for cancellation. After the restricted period expires, the Company shall provide assistance and convenience for going through the share unlocking formalities; when the shares of the Companies obtained by Guotai Min'an, 35 natural persons including Jia Tongchun and 10 limited partnership enterprises including Tai'an Heda Investment are reduced after the restricted period, it is required to comply with relevant provisions of *the Company Law, the Securities Law, Rules of Shenzhen Stock Exchange for Stock Listing*, other laws, regulations, normative documents and articles of association as well as relevant   agreements and commitments.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

10. Attribution of the profit or loss of the target assets during the appraisal reference date and closing date

(1) The profit arisen from the target company between evaluation reference date and delivery date (hereinafter referred to as "transition period") will be enjoyed by the Company.

(2) During the transition period, the loss arisen from the target company will be borne by minority shareholders according to the shareholding ratio of Taishan Gypsum.

(3) After the delivery of the target assets, the Company's annual report auditing body will carry out special audit to Taishan Gypsum and identify the profit and loss arisen from assets during the period between reference date and delivery date of target assets. If the delivery date is before 15th of the month (including 15th), the reference date of profit and loss audit during the period shall be the end of last month; if the delivery date is after 15th of the month, the reference date of profit and loss audit during the period shall be the end of the current month. In case of any loss, the count party shall pay the amount of loss to be borne to the Company in cash within five working days on the date that the aforesaid special audit report is issued.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

11. Personnel placement

This transaction involves no problem of personnel placement.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

12. Arrangement of the cumulative undistributed profit of listed company

Before completion of the transaction, the cumulative undistributed profit of listed company will be shared by old and new shareholders after the transaction is finished according to their proportion of shares.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0

BNBMPLC0009207

abstention.

13. Contractual obligations and defaulting liability in connection with the ownership transfer of related assets

(1) The contractual obligations in connection with the ownership transfer of target assets: considering that the counter parties include the board chairman & general manager Jia Tongchun of Taishan Gypsum and other directors and senior executives, for the purpose to comply with relevant restrictive provision of Article 141 in *the Company Law* and push forward the legal and smooth implementation of the transaction, while the target assets are delivered and injected into the Company, Taishan Gypsum agrees to firstly change the organization form of Taishan Gypsum into a limited liability company and then deliver and inject the target assets into the company.

The delivery of the targeted assets shall be completed within 1 month as of the date that the transaction takes effect. The counter party shall be responsible to go through formalities of industrial and commercial registration alteration for transferring the target assets to the Company and the Company shall render its cooperation. All the rights and obligations of the target assets shall be enjoyed and borne by the Company.

(2) Relevant defaulting liability involved for purchasing assets by issuing shares

In case of any loss caused to other parties due to any party in violating the obligations under the Framework Agreement for Purchasing Assets by Issuing Shares or false or serious wrong statement or commitment made by it, the relevant party shall be fully liable for the compensation.

Should the agreement fail to be performed due to force majeure events to either party, no defaulting liability shall be borne by both parties.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and  0 abstention.

14. Valid term of resolution: The effective period for the resolution on purchasing assets by issuing shares will be 12 months as of the date the transaction is approved by the Company's general meeting of shareholders. Should the Company have obtained the approval document issued by China Securities Regulatory Commission for the issuance within the effective period, the effective valid will be extended to the date of completion for the issuance.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

The resolution needs to be submitted to the general meeting of shareholders for deliberation and voting item by item.


**III.  Deliberated and adopted the *Proposal about the Transaction Conforming to Article 43 of the Administrative Measures for the Material Asset Reorganizations of Listed Companies***

The Company's board of directors has verified if the transaction conforms to the relevant provision of Article 43 of the *Administrative Measures for the Material Asset Reorganizations of Listed Companies*;

1. The transaction is conducive to raising the quality of the Company's assets, improving the financial situation and strengthening the sustainable earning capacity, reducing related-party transactions, avoiding horizontal competition and enhancing the independence;

2. The financial accounting report of the Company in the most recent year and period has been issued with unqualified audit report by certified public accountant;

6

BNBMPLC0009208



3. There exist no circumstances that the Company and its incumbent directors and senior executives have been put on file for investigation by judicial organs for alleged criminal  or registered and investigated by China Securities Regulatory Commission for alleged violation;

4. The assets purchased by the Company through issuance are operating assets with clear ownership, in which ownership transfer formalities can be handled within the agreed period.

Through prudential judgment, the Company's board of directors holds that the transaction conforms to the provision of Article 43 of the *Administrative Measures for the Material Asset Reorganizations of Listed Companies*;

The resolution needs to be submitted to the general meeting of shareholders for deliberation.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

**IV. Deliberated and adopted the *Proposal about the Transaction Conforming to Article 4 of the Provisions about Certain Questions on Standardizing the Material Asset Reorganizations of Listed Companies***

The Company's board of directors has verified if the transaction conforms to the provision of Article 4 in *Provisions on Issues Concerning Regulating the Material Asset Reorganizations of Listed Companies* (CSRC Announcement [2008] No.14):

1. The target assets of the transaction is 35% shares of Taishan Gypsum. It does not involve application matters such as project approval, environmental protection, industry access, land use, planning and construction etc.; for the application matters involved in the transaction, the Company has detailedly disclosed the procedures which need to be adopted by voting or approved in the preplan of purchasing assets by issuing shares and related-party transaction and prompted the key risks which may fail to be approved;

2. The counter party of the transaction has legally owned the complete rights of the target assets and there are no circumstances that the transfer is restricted or prohibited nor circumstances that the contribution of Taishan Gypsum is false or its legal existence is affected;

3. Taishan Gypsum enjoys complete information required for production and operation. The target assets to be purchased for the transaction have no impact upon the integrity of the Company's assets and independence of the Company in personnel, purchase, production, sales and intellectual property right etc.;

4. The transaction is conducive to the Company in improving its financial situation, strengthening the sustainable earning capacity without increasing regular related-party transactions and generating horizontal competition and affecting the Company's independence.

Through self-inspection, the Company's board of directors holds that the transaction conforms to the provision of Article 4 in P*rovisions on Issues Concerning Regulating the Material Asset Reorganizations of Listed Companies*.

The resolution needs to be submitted to the general meeting of shareholders for deliberation.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

BNBMPLC0009209



**V. Deliberated and adopted the *Proposal about the Transaction Constituting a Related-party Transaction***

Through self-inspection, considering that Guotai Min'an and Jia Tongchun have signed a framework agreement on the purchase of the assets by issuing the shares. Besides, after the framework agreement takes effect, Guotai Min'an and Jia Tongchun will become shareholders holding more than 5% shares of the listed company. According to the relevant provisions of *Rules of Shenzhen Stock Exchange for Stock Listing*, Guotai Min'an and Jia Tongchun shall be regarded as related persons. As the transaction involves a dealing between listed company and potential shareholders with shares more than 5%, it constitutes a related-party transaction.

The resolution needs to be submitted to the general meeting of shareholders for deliberation.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

**VI. Deliberated and adopted the *Proposal about the Preplan of Purchasing Assets by Issuing Shares and Related-Party Transaction***

In accordance with *the Company Law of the People's Republic of China, the Securities Law of the People's Republic of China, Administrative Measures for the Issuance of Securities by Listed Companies, Administrative Measures for the Material Asset Reorganizations of Listed Companies* and other laws, regulations and normative documents, the Company has drawn up *the Preplan of Purchasing Assets by Issuing Shares and Related-Party Transaction for Beijing New Building Materials Public Limited Company*. The Company's independent directors have released their prior approval on the preplan and clearly given their independent opinions of consent. The independent financial advisor Morgan Stanley Huaxin Securities Co., Ltd. has expressed its opinions on the preplan in *Opinions of Morgan Stanley Huaxin Securities Co., Ltd. on Verifying the Preplan of Purchasing Assets by Issuing Shares and Related-Party Transaction for Beijing New Building Materials Public Limited Company as An Independent Advisor*.

For specific contents of the proposal, please see *the Preplan of Purchasing Assets by Issuing Shares and Related-Party Transaction for Beijing New Building Materials Public Limited Company* published in the website of CNIFO (http://www.cninfo.com.cn) on October 14, 2015.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and  0 abstention.

**VII. Deliberated and adopted the *Proposal about the Execution of the Conditional Supplemental Agreement on Share Issuance for Asset Purchase***

Agreed the Company to sign the Framework Agreement of Purchasing Assets by Issuing Shares attached with entry-into-force condition with the counter party and relevant agreements.

The resolution needs to be submitted to the general meeting of shareholders for deliberation.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

**VIII. Deliberated and adopted the Instructions on the Completeness and Compliance of the Transaction in Performing Legal Procedures and the Effectiveness in Legal Documents Submitted**

BNBMPLC0009210



Through self-inspection, the Company's board of directors holds that the the legal procedures performed by the Company's transaction are complete and conform to the stipulation of relevant laws and regulations, departmental rules, normative documents and the articles of association. In the opinion of the Company's board of directors, the legal documents submitted to Shenzhen Stock Exchange are legal and effective. the Company's board of directors and all the directors pledge that the Company has not found any false record, misleading statement or major omission with the legal documents submitted by the Company for the transaction and bear joint and several liabilities for the authenticity, accuracy and integrity of legal documents submitted.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

### IX. Deliberated and adopted the Proposal about Applying to the Shareholders' Meeting to Authorize the Board of Directors to Handle the Matters Related to the Share Issuance for Asset Purchase

To ensure the smooth implementation of matters concerning the transaction, the Company's board of directors requests the Company's general meeting of shareholders to authorize the board of directors in dealing with the matters related to the transaction, including but not limited to:

1. According to the provisions of laws, regulations and normative documents and resolution of the general meeting of shareholders, formulate and implement the specific proposal of the transaction, including but not limited to matters such as determining or adjusting the price of relevant assets, time of issuance, quantity and price of issuance in line with specific conditions;

2. According to the situation approved/filed by competent organizations such as China Securities Regulatory Commission and market, take full responsibility for handling and deciding specific matters related to the transaction in line with the proposal deliberated and adopted;

3. Revise, replenish, sign, present, submit and implement all the agreements and documents related to the transaction;

4. Adjust the transaction proposal upon the request of examination and approval departments or according to the proposal for the transaction, approve and sign relevant audit reports, evaluation reports and amendment of all the agreements and documents related to the transaction;

5. During the effective period of the resolution made by the general meeting of shareholders, in case of any change with requirements of policies from relevant examination and approval department and regulatory department, authorize the board of directors to adjust specific proposal of the transaction or terminate the transaction within the scope of resolution made by the general meeting of shareholders in line with new policies and actual condition of stock market;

6. After completion of the transaction, revise the relevant clauses of the Company's articles of association and handle relevant industrial and commercial registration alteration formalities;

7. After completion of the transaction, handle the registration and lock-up of shares which are released in the stock exchange in securities registration and settlement authority as well as listing of the shares in Shenzhen Stock Exchange;

8. Handle other matters related to the transaction within the scope permitted by relevant laws, regulations, normative documents and the Company's articles of association;

BNBMPLC0009211



9．The authorization will take effect within 12 months as of the date that it is adopted by the general meeting of shareholders. Should the Company have obtained the approval document issued by China Securities Regulatory Commission for the issuance within the effective period, the effective valid will be extended to the date of completion for the issuance.

The resolution needs to be submitted to the general meeting of shareholders for deliberation.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

### X. Deliberated and adopted *the Proposal on Engaging the Relevant Intermediary of the Transaction*

Agree the Company to engage Morgan Stanley Huaxin Securities Co., Ltd. as an independent financial advisor, ZhongHe Appraisal Co., Ltd. as an asset assessment agency, Baker Tilly China Certified Public Accountants (special general partnership) as an audit agency and Beijing Grandway Law Office as a legal adviser to offer relevant services for the matters related to the transaction.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

### XI. Deliberated and adopted *the Proposal on the Company's Stock Price Fluctuation Not Reaching the Relevant Criteria of Article 5 in the Notice for Regulating the Information Disclosure of Listing Companies and Behaviors of Relevant Parties*

The Company's board of directors has carried out self-inspection over the stock price fluctuation before continuous stock suspension. Apart from influence of broad market factor and industrial plate factor etc., the total price limit within 20 trading days before release of key information sensitive to stock price has not reached the relevant criteria of Article 5 in the Notice for Regulating the Information Disclosure of Listing Companies and Behaviors of Relevant Parties (ZHENG JIAN GONG SI ZI [2007] No. 128).

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

### XII. Deliberated and adopted *the Proposal on Not Convening General Meeting of Shareholders for the Moment*

Agree the Company to hold a meeting of board of directors to deliberate the relevant matters related to the transaction, compile and disclose *the Report of Beijing New Building Materials Public Limited Company on Issuing Shares for Asset Purchase and Related-party Transaction (Draft)* and its summary after the relevant audit and assessment are finished. The audited financial data and asset assessment results involved in the transaction will be disclosed in the *Report of Beijing New Building Materials Public Limited Company on Issuing Shares for Asset Purchase and Related-party Transaction (Draft)*. The general meeting of shareholders will not be held for the moment after the current meeting of board of directors.

The content of this item was adopted by 9 affirmative votes, 0 dissenting vote and 0 abstention.

BNBMPLC0009212



Notice is hereby given.

Board of Directors of
Beijing New Building Materials Public Limited Company
October 13, 2015

BNBMPLC0009213

# EXHIBIT W

**Stock name: BNBMPLC**          **Stock code:000786**          **Announcement No.:2016-064**

**Announcement of Beijing New Building Materials Public Limited Company**

**Regarding Approval Reply for the Company's Issuance of Shares to Purchase Assets**

**and Related Party Transactions by China Securities Regulatory Commission**

   **The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.**

   On October 19, 2016, Beijing New Building Materials Public Limited Company (hereinafter the "Company") received a "Reply of Approval for the Company's Issuance of Shares to Companies including Tai'an Guotai Min'an Investment Group Co., Ltd. to Purchase Assets" (Zheng Jian Xu Ke [2016] No.2364) issued by China Securities Regulatory Commission (hereinafter "CSRC"), contents of the Reply are as follows:

   I.    Approve your Company to issue 171,244,857 shares to Tai'an Guotai Min'an Investment Group Co., Ltd., 121,616,516 shares to Jia Tongchun (贾同春), 7,881,390 shares to Tai'an Heda Investment Center (Limited Partnership), 7,565,034 shares to Ren Xulian (任绪连), 4,814,113 shares to Xue Yuli (薛玉利), 4,607,793 shares to Cao Zhiqiang (曹志强), 4,126,382 shares to Zhu Tenggao (朱腾高), 2,750,921 shares to Lu Wenyang (吕文洋), 2,750,921 shares to Zhang Yanxiu (张彦修), 2,750,921 shares to Wan Guangjin(万广进), 2,750,921 shares to Ren Xue(任雪), 2,255,756 shares to Tai'an Xinyi Investment Center (Limited Partnership), 2,214,492 shares to Tai'an Wanji Investment Center (Limited Partnership), 2,180,105 shares to Tai'an Hongchao Investment Center (Limited Partnership), 2,138,841 shares to Tai'an Haozhan Investment Center (Limited Partnership), 2,118,210 shares to Tai'an Changyuan Investment Center (Limited Partnership), 2,104,455 shares Tai'an Jinxiu Investment Center (Limited Partnership), 2,097,578 shares to Tai'an Xinghe Investment Center (Limited Partnership), 2,097,578 shares to Mi Weimin (米为民), 2,097,578 shares to Zhang Jianchun (张建春), 2,083,823 shares to Tai'an Shunchang Investment Center (Limited Partnership), 2,063,191 shares to Tai'an Fanye Investment Center (Limited Partnership), 2,063,191 shares to Zhu Jinghua (朱经华), 2, 063,191 shares to Li Zuoyi (李作义), 2,063,191 shares to Yang Zhengbo (杨正波), 1,375,461 shares to Qian Kai (钱凯), 1,375,461 shares to Fu Tinghuan (付廷环), 1,375,461 shares to Meng Zhaoyuan (孟兆远), 1,031,596 shares to Qin Qingwen (秦庆文), 1,031,596 shares to Hao Kuiyan (郝奎燕), 687,730 shares to Duan Zhentao (段振涛), 550,184 shares to Meng Fanrong (孟繁荣), 481,411 shares to Bi Zhong (毕忠), 405,761 shares to Kang Zhiguo (康志国), 343,865 shares to Wang Lifeng (王力峰),

BNBMPLC0010427

343,865 shares to Yue Rongliang (岳荣亮), 343,865 shares to Huang Rongquan (黄荣泉), 343,865 shares to Yuan Chuanqiu (袁传秋), 343,865 shares to Xu Fuyin (徐福银), 343,865 shares to Zhang Guangmiao (张广淼), 302,601 shares to Xu Guogang (徐国刚), 302,601 shares to Chen Xinyang (陈歆阳), 295,724 shares to Li Xiuhua (李秀华), 288,847 shares to Liu Mei (刘美), 275,092 shares to Zhang Jijun (张纪俊) and 254,460 shares to Fang Donghua (房冬华) to purchase relevant assets.

      II.    The issuance of shares to purchase assets of the Company shall be strictly subject to the scheme and relevant application documents submitted to the CSRC.

      III.    The Company shall perform the obligation of information disclosure timely pursuant to relevant provisions.

      IV.    The Company shall handle relevant procedures in relation to the issuance of shares pursuant to relevant provisions.

      V.    The Reply shall be valid within 12 months following the issuance date of the Reply.

      VI.    If major events or major problems required to be disclosed by laws and regulations occur during the implementation by the Company, the Company shall promptly report to the CSRC.

The Board of Directors will handle relevant matters in relation to the Company's issuance of shares to purchase assets and related party transactions as soon as possible pursuant to the requirements of laws and regulations and the above Reply, and the authorization of the general meeting of shareholders, and properly handle relevant procedures pursuant to the relevant provisions and requirements of the CSRC, Shenzhen Stock Exchange and China Securities Depository and Clearing Corporation Limited Shenzhen Branch, and perform the obligation of information disclosure in a timely manner according the process of this transaction. The investors should pay attention to the public announcement of the Company and note the investment risks.

Announcement is hereby given.

Beijing New Building Materials Public Limited Company

Board of Directors

October 19, 2016

# EXHIBIT X

**Stock Name: BNBM**　　　　**Stock Code: 000786**　　　　**Announcement No.: 2016-069**

### Beijing New Building Materials Public Limited Company

### Public Announcement Regarding Completion of Transfer of Underlying Assets of Asset Acquisition by Stock Issue and Related-party Transaction

The Company and all the members of its Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and contain no false records, misleading statements or material omissions.

On October 19, 2016, Beijing New Building Materials Public Limited Company (hereinafter referred to as the "Company") received a Reply Regarding the Approval of Acquisition of Assets by Beijing New Building Materials Public Limited Company from Tai'an Guo Tai Min An Investment Group Co., Ltd. et al by Stock Issue (Zheng Jian Xu Ke [2016] No.2364) issued by China Securities Regulatory Commission with respect to asset acquisition by stock issue and related-party transaction (collectively referred to as this "Transaction"), as detailed in the Public Announcement of Beijing New Building Materials Public Limited Company Regarding CSRC's Approval of Its Asset Acquisition by Stock Issue and Related-party Transaction (announcement no.: 2016-064) disclosed by the Company on October 20, 2016.

The Company timely carried out the work related to the transfer of the underlying assets upon receipt of the approval document issued by CSRC. As at the date of this public announcement, we have completed the transfer and delivery procedures and relevant business change registration procedures of the underlying assets in this Transaction and now announce the transfer and delivery details of the underlying assets in this Transaction as follows. Absent special instructions, relevant abbreviations in this public announcement are the same as those used in Report of Beijing New Building Materials Public Limited Company on Asset Acquisition by Stock Issue and Related-party Transaction published on the website of Shenzhen Stock Exchange (www.szse.cn) on October 21, 2016.

### I. Approval and Authorization of this Transaction

### (I) Approval of this Transaction by the Applicant and its Controlling Shareholder or Actual Controller

1. The Applicant held the 11th Interim Meeting, the 15th Interim Meeting and the 16th Interim Meeting of the 5th Board of Directors and the 1st Interim Meeting of the 6th Board of Directors on October 13, 2015, January 15, 2016, January 25, 2016 and April 5, 2016 respectively, which considered and adopted relevant proposals on this Transaction; on April 21, 2016, the Applicant held the 2nd extraordinary general meeting which considered and adopted relevant proposals including the scheme of this Transaction.

The Applicant held the 3rd interim meeting of the 6th Board of Directors on July 27, 2016 and the 3rd extraordinary general meeting for 2016 on August 12, 2016, which considered and adopted the Proposal on Adjustment of Contributors to Certain Counterparties in the Company's Scheme of Asset Acquisition by Stock Issue and Related-party Transaction, approving the adjustment of contributors to some partnership counterparties involved in the scheme of this Transaction.

2. On April 21, 2015, CNBM Group held the 25th meeting of the 3rd Board of Directors, which considered and adopted the Proposal on Beijing New Building Materials Public Limited Company's Issuance of Shares to Acquire 35% Shares of Taishan Gypsum Co., Ltd.

3. On September 22, 2015, CNBM Group held the 15th meeting of the 3rd Board of Directors, which considered and adopted the Proposal on Beijing New Building Materials Public Limited Company's Issuance of Shares to Acquire 35% Shares of Taishan Gypsum Co., Ltd., allowing the Applicant to issue 369 million shares to acquire the 35% shares of Taishan Gypsum held in the aggregate by 10 limited

BNBMPLC0010439

partnerships including Guo Tai Min An Investment and Heda Investment and 35 natural persons including Jia Tongchun.

4. On March 31, 2016, the competent state-owned assets regulatory authority gave a Reply Regarding Issues Related to Asset Restructuring of Beijing New Building Materials Public Limited Company (Guo Zi Chan Quan [2016] No.236), approving this transaction scheme of the Applicant.

**(II) Approval and Authorization of this Transaction by Counterparties**

1. Approval of Guo Tai Min An Investment and Its Controlling Shareholder or Actual Controller for this Transaction

(1) On September 21, 2015, Guo Tai Min An Investment held the 6th meeting of the 1st Board of Directors, approving the matters related to the Applicant's acquisition of the 16% shares in Taishan Gypsum held by Guo Tai Min An Investment by means of stock issue.

On January 8, 2016, Guo Tai Min An Investment held the 12th meeting of the 1st Board of Directors, agreeing to sign the Supplemental Agreement of Beijing New Building Materials Public Limited Company on Asset Acquisition by Stock Issue (hereinafter referred to as the "Supplemental Agreement") with the Applicant.

On January 22, 2016, Guo Tai Min An Investment held the 13th meeting of the 1st Board of Directors, agreeing to sign the Supplemental Agreement II of Beijing New Building Materials Public Limited Company on Asset Acquisition by Stock Issue (hereinafter referred to as the "Supplemental Agreement II") with the Applicant, 10 limited partnerships including Heda Investment and 35 natural persons including Jia Tongchun.

(2) On November 18, 2015, Tai'an People's Government gave a Reply Regarding Issues Related to the Listing of Minority Equity of Taishan Gypsum Co., Ltd. (Tai Zheng Zi [2015] No.85), approving Guo Tai Min An Investment to purchase the shares privately placed by BNBMPLC by evaluating the 24.9 million shares in Taishan Gypsum held by it at a price of RMB11.37 per share.

(3) On January 7, 2016, State-owned Assets Supervision and Administration Commission of Tai'an People's Government issued a Reply Regarding Approving Tai'an Guo Tai Min An Investment Group to Participate in Subscription for Privately Placed Shares of Beijing New Building Materials Public Limited Company Using State-owned Equity Held by It in Taishan Gypsum Co., Ltd. (Tai Guo Zi [2016] No.1), allowing Guo Tai Min An Investment to subscribe for the shares privately placed by the Applicant using the 16% state-owned equity in Taishan Gypsum held by it, which is evaluated at a price of RMB11.37 per share.

2. On September 25, 2015, Changyuan Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 308,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Changyuan Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Changyuan Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

3. On September 25, 2015, Wanji Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 322,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Wanji Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Wanji Investment held a partners meeting and made a resolution, agreeing to sign

BNBMPLC0010440

the Supplemental Agreement II with the Applicant.

4. On September 25, 2015, Xinyi Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 328,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Xinyi Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Xinyi Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

5. On September 25, 2015, Haozhan Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 311,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Haozhan Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Haozhan Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

6. On September 25, 2015, Fanye Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 300,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Fanye Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Fanye Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

7. On September 25, 2015, Jinxiu Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 306,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Jiuxiu Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Jiuxiu Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

8. On September 25, 2015, Xinghe Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 305,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Xinghe Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Xinghe Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

9. On September 25, 2015, Hongchao Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 317,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Hongchao Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

BNBMPLC0010441

On January 25, 2016, Hongchao Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

10. On September 25, 2015, Shunchang Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 303,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Shunchang Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Shunchang Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

11. On September 25, 2015, Heda Investment held a partners meeting and made a resolution, agreeing to transfer to the Applicant the 1,146,000 shares in Taishan Gypsum held by it and sign relevant documents including a Framework Agreement with the Applicant.

On January 15, 2016, Heda Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement with the Applicant.

On January 25, 2016, Heda Investment held a partners meeting and made a resolution, agreeing to sign the Supplemental Agreement II with the Applicant.

### (III) Appraisal Filing Details of this Transaction

1. On January 7, 2016, State-owned Assets Supervision and Administration Commission of Tai'an People's Government issued a Reply Regarding Approving the Asset Appraisal Results of Beijing New Building Materials Public Limited Company's Proposal to Acquire Part of Equity in Taishan Gypsum Co., Ltd. by Stock Issue (Tai Guo Zi Ban [2016] No.3), approving the asset appraisal project and results of this Transaction.

2. According to the Registration Form Regarding Appraisal Project Related to Acceptance of Non-state-owned Assets (Z64020160010119) provided by the Applicant, the appraisal results of the underlying assets in this Transaction were filed with CNBM Group on January 8, 2016.

### (IV) Approval of CSRC

On October 14, 2016, CSRC issued a Reply Regarding the Approval of Acquisition of Assets by Beijing New Building Materials Public Limited Company from Tai'an Guo Tai Min An Investment Group Co., Ltd. et al by Stock Issue (Zheng Jian Xu Ke [2016] No.2364), approving the Applicant to issue 171,244,857 shares to Guo Tai Min An Investment, issue 121,616,516 shares to Jia Tongchun, issue 7,881,390 shares to Heda Investment, issue 7,565,034 shares to Ren Xulian, issue 4,814,113 shares to Xue Yuli, issue 4,607,793 shares to Cao Zhiqiang, issue 4,126,382 shares to Zhu Tenggao, issue 2,750,921 shares to Lv Wenyang, issue 2,750,921 shares to Zhang Yanxiu, issue 2,750,921 shares to Wan Guangjin, issue 2,750,921 shares to Ren Xue, issue 2,255,756 shares to Xinyi Investment, issue 2,214,492 shares to Wanji Investment, issue 2,180,105 shares to Hongchao Investment, issue 2,138,841 shares to Haozhan Investment, issue 2,118,210 shares to Changyuan Investment, issue 2,104,455 shares to Jiuxiu Investment, issue 2,097,578 shares to Xinghe Investment, issue 2,097,578 shares to Mi Weimin, issue 2,097,578 shares to Zhang Jianchun, issue 2,083,823 shares to Shunchang Investment, issue 2,063,191 shares to Fanye Investment, issue 2,063,191 shares to Zhu Jinghua, issue 2,063,191 shares to Li Zuoyi, issue 2,063,191 shares to Yang Zhengbo, issue 1,375,461 shares to Qian Kai, issue 1,375,461 shares to Fu Tinghuan, issue 1,375,461 shares to Meng Zhaoyuan, issue 1,031,596 shares to Qin Qingwen, issue 1,031,596 shares to Hao Kuiyan, issue 687,730 shares to Duan Zhentao, issue 550,184 shares to Meng Fanrong, issue 481,411 shares to Bi Zhong, issue 405,761 shares to Kang Zhiguo, issue 343,865 shares to Wang Lifeng, issue 343,865 shares to Yue Rongliang, issue 343,865

BNBMPLC0010442

shares to Huang Rongquan, issue 343,865 shares to Yuan Chuanqiu, issue 343,865 shares to Xu Fuyin, issue 343,865 shares to Zhang Guangmiao, issue 302,601 shares to Xu Guogang, issue 302,601 shares to Chen Xinyang, issue 295,724 shares to Li Xiuhua, issue 288,847 shares to Li Xiuhua, issue 288,847 shares to Liu Mei, issue 275,092 shares to Zhang Jijun, and issue 254,460 shares to Fang Donghua, all for the purposes of purchasing relevant assets.

## II. Details about Transfer of the Underlying Assets in this Transaction

According to the Framework Agreement, the Supplemental Agreements and other documents related to this Transaction, the Company intends to issue shares to acquire the 35% shares held in the aggregate by 10 limited partnerships including Guo Tai Min An Investment and Heda Investment as well as 35 natural persons including Jia Tongchun. After the agreements become effective, the corporate form of Taishan Gypsum will be changed to a limited liability company, and the name of Taishan Gypsum will be accordingly changed to "Taishan Gypsum Limited" (subject to business change registration) and then the underlying assets will be delivered and injected into the Company.

According to the Business Change Details issued by Shandong Administration for Industry and Commerce on October 24, 2016 and the Business License issued to Taishan Gypsum on October 24, 2016 (unified social credit code: 91370000720743873W) and based on a search of national enterprise credit information publicity system, Taishan Gypsum completed the business registration procedures for change of its corporate form on October 24, 2016 and was changed into a limited liability company from a joint stock company, with the shareholders and shareholding structure remaining unchanged.

According to the Business Change Details issued by Shandong Administration for Industry and Commerce on October 27, 2016 and the Business License issued to Taishan Gypsum on October 24, 2016 (unified social credit code: 91370000720743873W) and based on a search of national enterprise credit information publicity system, the shares in Taishan Gypsum respectively held by10 limited partnerships including Guo Tai Min An Investment and Heda Investment and the 35 natural persons including Jia Tongchun have been registered under the name of the Applicant through a business change registration.

Upon completion of the foregoing changes, the shareholding structure of Taishan Gypsum is changed to the following:

| Serial No. | Name of Shareholder | Contribution Amount (Yuan) | Shareholding Proportion |
|---|---|---|---|
| 1 | BNBMPLC | 119,831,250 | 77% |
| 2 | Donglian Investment | 35,793,750 | 23% |
| | Total | 155,625,000 | 100% |

## III. Compliance and Risks of Relevant Subsequent Matters of this Transaction

According to the approvals and authorizations granted for this transaction scheme and this Transaction, agreements related to this Transaction, commitments involved in this Transaction and various other documents, matters subsequent to this Transaction mainly include the following:

1. Upon completion of the transfer of the underlying assets, the Applicant still needs to issue a total of 374,598,125 shares  (hereinafter referred to as "Newly Issued Shares") to the 10 limited partnerships including Guo Tai Min An Investment and Heda Investment and the 35 natural persons including Jia Tongchun, apply to Shenzhen Branch of CSDC to handle share registration and other relevant procedures and apply to Shenzhen Stock Exchange for the listing of the Newly Issued Shares;

2. The Applicant should handle business change registration procedures with the competent business registration administration department with respect to the increase in its registered capital, the amendment to its Articles of Association and other relevant matters.

BNBMPLC0010443

3. The Applicant and the counterparties should perform the Framework Agreement, other supplemental agreements and other relevant agreements;

4. Relevant promisors should continue to perform various commitments that have not been fulfilled yet.

## IV. Opinions of Intermediaries on the Implementation of this Transaction

(I) Verification opinion of the independent financial advisor – according to the independent financial advisor, as at the date of issuance of this verification opinion, this Transaction has been granted necessary approvals and authorizations and met the statutory conditions for its implementation; relevant business change registration procedures have been completed to facilitate the transfer of the underlying assets in this Transaction under the name of the issuer; there is no significant legal obstacle in handling relevant subsequent matters of this Transaction.

(II) Verification opinion of the legal counsel – according to the legal counsel, as at the date of issuance of this supplemental legal opinion, this Transaction has been granted necessary approvals and authorizations and met the statutory conditions for its implementation; relevant business change registration procedures have been completed to facilitate the transfer of the underlying assets in this Transaction under the name of the Applicant; there is no significant legal obstacle in handling relevant subsequent matters of this Transaction.

## V. Documents for Reference

1. Reply Regarding the Approval of Acquisition of Assets by Beijing New Building Materials Public Limited Company from Tai'an Guo Tai Min An Investment Group Co., Ltd. et al by Stock Issue (Zheng Jian Xu Ke [2016] No.2354) issued by CSRC;

2. Verification Opinion of Independent Financial Advisor of Morgan Stanley Huaxin Securities Company Limited on Completion of Asset Delivery of Beijing New Building Materials Public Limited Company's Issuance of Shares to Acquire Assets and Related-party Transaction issued by Morgan Stanley Huaxin Securities Company Limited as the independent financial advisor;

3. Supplemental Legal Opinion V of Beijing Grandfield Law Offices on Beijing New Building Materials Public Limited Company's Issuance of Shares to Acquire Assets issued by Beijing Grandfield Law Offices as legal counsel.

The announcement ends here.

Beijing New Building Materials Public Limited Company

Board of Directors

November 2, 2016

BNBMPLC0010444