UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * * * * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

### AGENDA
### FOR DECEMBER 21, 2016 STATUS CONFERENCE

I. KNAUF REMEDIATION PROGRAM

II. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

III. TAISHAN, BNBM AND CNBM DEFENDANTS

IV. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

V. ATTORNEY FEES

VI. NEXT STATUS CONFERENCE