UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 SECTION: L JUDGE FALLON MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO: | CASE NO.: 12-0498 |

RICHARD ALMEROTH, individually, and on
behalf of all others similarly situated, et al. v. GEBRUEDER
KNAUF  VERWALTUNGSGESELLSCHAFT KG, ET AL.
_____/

## JOINT STIPULATION FOR ORDER OF DISMISSAL

COME NOW, the Defendants, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia, by and through their undersigned counsel, upon an assignment of claims from Plaintiffs, who move for entry of an Order of Dismissal as to Defendant, MILTON CONSTRUCTION COMPANY, with prejudice to all claims assigned to the Knauf Defendants by Plaintiffs and respectfully show unto this Court that all matters and things in dispute between them have been amicably settled and adjusted with each party bearing its own attorneys' fees and costs.

Dated:   December 19, 2016

Respectfully submitted,

| | |
|---|---|
| **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** | **BAUMANN, GANT & KEELEY, P.A.** |
| /s/ *Kerry J. Miller* | /s/ *Gary F. Baumann, Esq.* |
| **KERRY J. MILLER (#24562)** | **GARY F. BAUMANN** |
| 201 St. Charles Avenue, Suite 3600 | 1401 E. Broward Boulevard |
| New Orleans, LA  70170 | Suite 200 |
| Phone:  504-566-5200 | Fort Lauderdale, FL  33301 |
| Fax:  504-636-4000 | Phone:  954-404-4611 |
| email:  kjmiller@bakerdonelson.com | Fax:  954-404-4613 |
| **Attorneys for the Knauf Defendants** | **Attorneys for Defendant, Milton Construction Company** |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6 and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 19th day of December, 2016.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**