UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO: | CASE NO.: 12-0498 |

RICHARD ALMEROTH, individually, and on
behalf of all others similarly situated, et al. v. GEBRUEDER
KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL.
_____/

## ORDER

Considering the Joint Stipulation for Order of Dismissal, and the Court being fully advised in the premises, it is:

IT IS FURTHER ORDERED BY THE COURT that the lawsuit listed above as to Defendant, MILTON CONSTRUCTION COMPANY, is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana this _____ day of December, 2016.

_____
ELDON E. FALLON
United States District Judge