IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

# EXHIBIT "B" TO

## THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO REMOVE CONFIDENTIALITY DESIGNATION WITH RESPECT TO DOCUMENTS PRODUCED BY AND TESTIMONY OF THE TAISHAN DEFENDANTS AND THIRD PARTIES

**Documents Designated as Confidential or Highly Confidential**

| Producing Party | Bates Number | Non-Producing Party Designator | Confidentiality Designation | Description | Contempt Ex. # [Rec. Doc. 20032] | MTD Ex. # [Rec. Doc. 20036] | FSIA Ex. # [Rec. Doc. 19689; 19861; 19980] | Dep. Ex. # | Response to Objection |
|---|---|---|---|---|---|---|---|---|---|
| BNBM Group | BNBM(Group)0002764-2765 | | Confidential | BNBM Group Information on Board of Executives 1998-2014 | 9 (Attachment 8) | 1 (Attachment 8) | 42 (Attachment 8) | 23-1 (Attachment 8) | Not confidential |
| BNBM Group | BNBM(Group)0002766-2771 | | Confidential | BNBM Group Position and cross position list of the company's high level since 2002 | 9 (Attachment 22) | 1 (Attachment 22) | 42 (Attachment 22) | 23-1 (Attachment 22) | Not confidential |
| BNBM Group | BNBM(Group)0002827-2828 | | Confidential | 5/15/2014 Contract No. Chen-bw-02 | 93 (Attachment) | | | 42-2(Z) Hull 3 | Not confidential |
| BNBM Group | BNBM(Group)0002832 | | Confidential | 6/11/2014 Acknowledgement PMF 47110 | 94 (Attachment) | | | | |
| BNBM Group | BNBM(Group)0002833 | | Confidential | 6/13/2014 Acknowledgement PMF 47176 | 94 (Attachment) | | | | |
| BNBM Group | BNBM(Group)0002834-2836 | | Confidential | 6/13/2014 Contract No. SQ-HF-14-ash | 93 (Attachment) | | | 42-2(BB) Hull 5 | Not confidential |
| BNBM Group | BNBM(Group)0002837-2838 | | Confidential | 6/15/2014 Contract No. Chen-bw-04 | 93 (Attachment) | | | 43-2(A) Hull 6 | Not confidential |
| BNBM Group | BNBM(Group)0002839 | | Confidential | 6/30/2014 Acknowledgement PMF 47437 | 94 (Attachment) | | | | |
| BNBM Group | BNBM(Group)0002840 | | Confidential | 7/7/2014 Acknowledgement PMF 47502 | 94 (Attachment) | | | | |
| BNBM Group | BNBM(Group)0002843 | | Confidential | 7/21/2014 Acknowledgement PMF 47761 | 94 (Attachment) | | | 44-2(D) | Not confidential |
| BNBM Group | BNBM(Group)0002846 | | Confidential | 8/13/2014 Contract No. WHI-140144 | 92 (Attachment) | | | 42-2(C) Wooh 4 | Not confidential |
| BNBM Group | BNBM(Group)0002847-2848 | | Confidential | 8/15/2014 Contract No. Chen-bw-bwt-05 | 93 (Attachment) | | | 43-2(B) Hull 7 | Not confidential |
| BNBM Group | BNBM(Group)0002849 | | Confidential | 8/15/2014 Contract No. WHI-140147 | 92 (Attachment) | | | 42-2(E) Wooh 6 | Not confidential |
| BNBM Group | BNBM(Group)0002851 | | Confidential | 9/1/2014 Contract No. WHI-140162 | 92 (Attachment) | | | 42-2(G) Wooh 5 | Not confidential |
| BNBM Group | BNBM(Group)0002852 | | Confidential | 10/13/2015 Contract No. WHI-140186 | 92 (Attachment) | | | 42-2(O) Wooh 7 | Not confidential |
| BNBM Group | BNBM(Group)0002857 | | Confidential | Offer Sheet, Contract No. YXJ010915 (1/6/2015) | 90 (Attachment) | | | 43-2(OO) Salamanca 5 | Not confidential |
| BNBM Group | BNBM(Group)0002861 | | Confidential | 1/28/2015 Contract No. WHI-150006 | 92 (Attachment) | | | 42-2(U) Wooh 3 | Not confidential |
| BNBM Group | BNBM(Group)0002862 | | Confidential | Offer Sheet CZY0603 (6/13/2014) | 90 (Attachment) | | | 43-2(V) Salamanca 2 | Not confidential |
| BNBM Group | BNBM(Group)0002863 | | Confidential | Offer Sheet CZY0604 (7/2014) | 90 (Attachment) | | | 43-2(W) Salamanca 3 | Not confidential |
| BNBM Group | BNBM(Group)0002864 | | Confidential | Offer Sheet CZY0705 (7/2014) | 90 (Attachment) | | | 43-2(FF) Salamanca 4 | Not confidential |
| BNBM Group | BNBM(Group)-E-0001744-1745 | | Confidential | BNBM Group's Explanation about the Accounts Receivable of BNBM of America Inc. | | 214 | | 245 | Not confidential |
| BNBM Group | BNBM(Group)-E-0003186 | | Confidential | Statement on the Gypsum Boards Exported to the U.S. by BNBM Group from the End of 2005 to the Beginning of 2006 | | 278 | | | Not confidential |
| BNBM PLC | BNBMPLC-E-0029161 | | Confidential | BNBM Statistical Spreadsheet of Gypsum Boards Exported to the U.S. in the Year 2006 by the International Business Department | | 143 | | 138 | Not confidential |
| CNBM | CNBMCO00032583-32585 | | Confidential | 5/10/2006 Request for Instructions on Establishing the Trade Union Election at Expiration of Office Terms | | 70 | 171 | 656 | Not confidential |
| CNBM | CNBMCO00046744 | | Confidential | 3/30/2015 Email from Donald Sebastian re: 2015 R&D Application and Agreement, attaching amended versions of Application and Agreement pursuant to meeting in Shanghai with CTIEC on 1/29-30/2015 | 141 (p. 1) | | | | Not confidential |

Documents Designated as Confidential or Highly Confidential

| Producing Party | Bates Number | Non-Producing Party Designator | Confidentiality Designation | Description | Contempt Ex. # [Rec. Doc. 20032] | MTD Ex. # [Rec. Doc. 20036] | FSIA Ex. # [Rec. Doc. 19689; 19861; 19980] | Dep. Ex. # | Response to Objection |
|---|---|---|---|---|---|---|---|---|---|
| CNBM | CNBMCO00055606-55611 | | Confidential | Present the People, the Object, and the Mindset, Integrate Strictness with Reliability, and Change the Work Style | | 55 | 168 | 392 | Not confidential |
| CNBM | CNBMCO00073630-73631 | | Confidential | 9/2/2014 CNBM Request for Instructions on Trade Union Election at Expiration of Office Terms | | 71 | | 652 | Not confidential |
| CNBM Forest Products | CNBMFP00004927-4929 | | Confidential | 8/17-19/2014 Email string re: Phyto-sanitary inspection | 88 | | | 504 | Not confidential |
| CNBM Forest Products | CNBMFP00005012 | | Confidential | CNBM Forest Products (Canada) Certificate of Incorporation | 44 | | | 421 | Not confidential |
| CNBM Forest Products | CNBMFP00010768-10796 | | Confidential | 8/2014 Email Chain re: Ongoing Business between CNBM Forest (Canada) and SFP | 117 | | | 502 | Not confidential |
| CNBM Forest Products | CNBMFP00045594-45596 | | Confidential | 2014 Introduction of CNBM Forest Products, Ltd. | 102 | | | | Not confidential |
| CNBM Forest Products | CNBMFP00045790-45793 | | Highly Confidential | CNBM Forest Products Articles of Association | 41 | | | 426 | Not confidential |
| CNBM Forest Products | CNBMFP00148600-148622 | | Confidential | Slide Show: CNBM Forest Products Trading, Ltd. | 43 | | | 427 | Not confidential |
| CNBM Forest Products | CNBMFP00149890-149891 | | Confidential | Response to Request for Information Regarding CNBM Group | 42 | | | | Not confidential |
| CNBM Group | CNBMGRP00006793-6795 | | Confidential | CNBM Group Corporation Sample Document | | 56 | 44 | 75 | Not confidential |
| CNBM Group | CNBMGRP00071458-480 | | Confidential | Technical Code for Safety of Gypsum Plasterboard Enterprises: Instructions for Preparation | | 68 | 144 | 810-1 | Not confidential |
| CNBM Group | CNBMGRP00117685-117696 | | Confidential | First Quarter 2012, CNBM Group International Trade Report | | | 104 | 344-2 | Not confidential |
| CNBM Group | CNBMGRP00211002-211011 | CNBM Co. | Confidential | 11/11/2011 Work Report of CNBM Company Limited on Special Treatment of "Private Coffers" | | 72 | 172 | 653 | Not confidential |
| CNBM USA | CNBMUSA00003022 | | Confidential | CNBM International Company description | 45 | | | | Not confidential |
| CNBM USA | CNBMUSA00004146-4158 | | Confidential | CNBM International Corporation - Company Profile for Gypsum Division | | 169 | | | Not confidential |
| CNBM USA | CNBMUSA00004859-4862 | | Confidential | CNBM International Corporation History | | 184 | | | Not confidential |
| CNBM USA | CNBMUSA00027107-27151 | | Confidential | Powerpoint - Okorder.com "Cross-Border E-Commerce & Overseas Warehousing" Business Mode Introduction | 156 | | | 579 | Not confidential |
| CNBM USA | CNBMUSA00045438 | | Confidential | Letter from CNBM (USA) to Eastern Metal Supply, Inc. (created on 4/3/2008) | | 120 | 115 | 572 | Not confidential |
| CNBM USA | CNBMUSA00054676-54690 | | Confidential | 4/2/2007 CNBM USA "Building a Mutually Rewarding Partnership" Powerpoint | 51 | 163 | | | Not confidential |
| CTIEC-TECO | CTIEC-TECO 0002999-3005 | | Highly Confidential | 9/15/2014 Email Chain, "CTIEC Outstanding Invoices & Items Owed to TECO," with attachment | 133 | | | Paulsen 19 | Not confidential as redacted |
| CTIEC-TECO | CTIEC-TECO 0003156-3159 | | Highly Confidential | 2/7/2014 Email re: Notes from TECO meeting regarding ongoing projects of CTIEC in the United States with TECO and/or ATI | 153 | | | Paulsen 6 | Not confidential as redacted |
| CTIEC-TECO | CTIEC-TECO 0003225-3239 | | Confidential | 3/30/2005 CTIEC-TECO, ATI Joint Venture Agreement | 67 | | | Paulsen 3 | Not confidential as redacted |
| Guardian Building Products | GBP000873 | | Confidential | 5/25/2006 Invoice No. TGT06-0405-1 (Taian Taigao Trading Corp. to Guardian Building Products) | | | 79 (Attachment) | 394 (Attachment) | Not confidential w/ price information redacted |
| Guardian Building Products | GBP000879 | | Confidential | 5/25/2006 Invoice No. TGT06-0405-2 (Taian Taigao Trading Corp. to Guardian Building Products) | | | 79 (Attachment) | 394 (Attachment) | Not confidential w/ price information redacted |

Documents Designated as Confidential or Highly Confidential

| Producing Party | Bates Number | Non-Producing Party Designator | Confidentiality Designation | Description | Contempt Ex. # [Rec. Doc. 20032] | MTD Ex. # [Rec. Doc. 20036] | FSIA Ex. # [Rec. Doc. 19689; 19861; 19980] | Dep. Ex. # | Response to Objection |
|---|---|---|---|---|---|---|---|---|---|
| Jushi USA | J-USA-0000281 | | Highly Confidential | 2014 Renewal Pricing and Loan Condition with Cathay Bank | 189 | | | Tang 22 | Contains non-public financial information, including loan terms, debt ratio, net profits *Redacted version is not confidential |
| Jushi USA | J-USA-0002461.0001-2461.0002 | | Highly Confidential | Income Statement for the 12 Periods Ended 12/31/2014 of Jushi USA Fiberglass Co., Ltd. | 186 | | | Tang 28 | Contains non-public financial information, including revenue, expenses, net income, interest, and taxes *Redacted version is not confidential |
| Jushi USA | J-USA-0002643.0001-2643.0003 | | Confidential | 2/12/2015-3/2/2015 email from Ellie Shen to Alan Gardiner | 187 | | | Tang 3 | Not confidential |
| Knauf Gips, KG | KNAUFSGIPS0160544-160888 | BNBM | Confidential | 5/15/2009 Letters with attachments from Knauf to SONG Zhiping (CNBM Group) and WANG Bing (BNBM Group) | | 187 | 84 | 61 | Not confidential (per Knauf) BNBM - not addressed in response to 2/22/16 letter |
| Morgan Stanley | MS001946-1993 | | Confidential | 3/16/2006 CNBM Offering Memorandum for 654,214,000 H Shares | | 255 | 164 | Keyes 14 | Not confidential |
| Morgan Stanley | MS056130-56138 | | Confidential | Morgan Stanley 3/16/2006 Post-Mortem Powerpoint for CNBM | | 41 | 166 | Keyes 17 | Not confidential |
| NJIT | NJIT 01169-1179 | | Confidential | 8/13-27/2014 Emails reflecting wire tranfers from CTIEC to NJIT | 136 | | | Sebastian 40 | Not confidential |
| NJIT | NJIT 01345-1348 | | Confidential | 12/14/2014 Email from Joanne Branin re: CTIEC Fee for Spring 2015 Semester | 140 | | | Sebastian 26 | Not confidential |
| NJIT | NJIT 01803-1839 | | Confidential | 5/6/2014 Email from Donald Sebastian to Wen He re: Payment Back to TECO | 134 | | | Sebastian 35 | Not confidential |
| NJIT | NJIT 02857-2860 | | Confidential | Amendment I to PV Materials Technology Development Agreement | 139 | | | Sebastian 18 | Not confidential |
| NJIT | NJIT 03570 | | Confidential | 3/19/2015 Email from Joanne Branin re: CTIEC wires | 137 | | | Sebastian 34 | Not confidential |
| Sunpin | 000001-9 | | Highly Confidential | 2/25/2015 EPC Short-Form Agreement between Sunpin Walmart Avon-North Oxford, LLC and CTIEC | 150 | | | 362 | |
| Sunpin | 000036-65 | | Highly Confidential | 11/26/2014 BOS Agreement for the Maryland Church Hill 7.344 MW Solar Power Project | 145 | | | Kim 4 | |
| Sunpin | 000066-84 | | Highly Confidential | 11/26/2014 EPC Agreement for the Maryland Church Hill 7.344 MW Solar Power Project | 144 | | | 364 | |
| Sunpin | 000085-93 | | Highly Confidential | 11/3/2014 NJIT and CTIEC EPC Framework Agreement | 142 | | | 42-1(H) | |
| Sunpin | | CNBM | Highly Confidential | 3/16/2015 Wire Transfer | 146 | | | 42-1(P) 401 | |
| Sunpin | | CNBM | Highly Confidential | 3/16/2015 Wire Transfer | 147 | | | 402 | |
| Taishan | TG0000619 | | Confidential | 12/30/2006 Pro Forma Invoice No. 06123001 (Buyer: Oriental Trading Company, Seller: TTP) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0000728 | | Confidential | 8/25/2006 Invoice No. SDTH06082501 (TTP to TOV Trading New York, USA) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0000738 | | Confidential | 8/4/2006 Invoice No. 06080401 (TTP to TOV Trading New York, USA) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001138 | | Confidential | 6/21/2006 Pro Forma Invoice No. 060621001 (TTP to TOV Trading New York, USA) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |

Case 2:09-md-02047-EEF-MBN   Document 20598-3   Filed 12/21/16   Page 5 of 8
In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047

Documents Designated as Confidential or Highly Confidential

| Producing Party | Bates Number | Non-Producing Party Designator | Confidentiality Designation | Description | Contempt Ex. # [Rec. Doc. 20032] | MTD Ex. # [Rec. Doc. 20036] | FSIA Ex. # [Rec. Doc. 19689; 19861; 19980] | Dep. Ex. # | Response to Objection |
|---|---|---|---|---|---|---|---|---|---|
| Taishan | TG0001140 | | Confidential | 6/21/2006 Pro Forma Invoice No. 060621001 (TTP to TOV Trading New York, USA) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001545 | | Confidential | 8/2/2006 Invoice (TTP to Wood Nation) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001547 | | Confidential | 9/15/2006 Taian Shandong Province Special Invoice for Export (TTP to ShenzhenYongFengInvestment Company) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001548 | | Confidential | 9/15/2006 Taian Shandong Province Special Invoice for Export (TTP to ShenzhenYongFengInvestment Company) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001550 | | Confidential | 10/5/2006 Taian Shandong Province Special Invoice for Export (TTP to TOV Trading New York, USA) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001551 | | Confidential | 10/5/2006 Taian Shandong Province Special Invoice for Export (TTP to TOV Trading New York, USA) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001552 | | Confidential | 10/5/2006 Taian Shandong Province Special Invoice for Export (TTP to TOV Trading New York, USA) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001646 | | Confidential | 2/24/2006 Taian Shandong Province Special Invoice for Export (Shandong Taihe Dongxin Co. to Venture Supply) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001647 | | Confidential | 7/20/2006 Taian Shandong Province Special Invoice for Export (Shandong Taihe Dongxin Co. to Venture Supply) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001657 | | Confidential | 9/15/2006 Taian Shandong Province Special Invoice for Export (TTP to GD Distributors, LLC) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001658 | | Confidential | Taian Shandong Province Special Invoice for Export (2/2006) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001659 | | Confidential | 12/28/2006 Taian Shandong Province Special Invoice for Export (TTP to ShenzhenYongfengInvestment Company) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001660 | | Confidential | 2/9/2007 Taian Shandong Province Special Invoice for Export (TTP to Shenzhen Yongfeng Investment Company) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001662 | | Confidential | 4/30/2006 Taian Shandong Province Special Invoice for Export (TTP to B America Corporation) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001663 | | Confidential | 5/28/2006 Taian Shandong Province Special Invoice for Export (TTP to Oriental Trading Company) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001664 | | Confidential | 5/28/2006 Taian Shandong Province Special Invoice for Export (TTP to Oriental Trading Company) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001665 | | Confidential | 5/28/2006 Taian Shandong Province Special Invoice for Export (TTP to Oriental Trading Company) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001667 | | Confidential | 6/12/2006 Taian Shandong Province Special Invoice for Export (TTP to Oriental Trading Company) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001668 | | Confidential | 6/26/2007 Taian Shandong Province Special Invoice for Export (TTP to Oriental Trading Company) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001669 | | Confidential | 7/3/2007 Taian Shandong Province Special Invoice for Export (TTP to Oriental Trading Company) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001670 | | Confidential | 7/3/2007 Taian Shandong Province Special Invoice for Export (TTP to Oriental Trading Company) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0001684-1685 | | Confidential | 11/17/2005 Contract No. SDTH051117A between Taishan and Venture Supply | | 141 | | Fu (1/10/12) 3 | Not confidential |
| Taishan | TG0019854-19857 | | Confidential | 12/16/2005 Contract No. SDTH05121601 between Taishan and Venture Supply | | 142 | | Fu (1/10/12) 4 | Not confidential |

Documents Designated as Confidential or Highly Confidential

| Producing Party | Bates Number | Non-Producing Party Designator | Confidentiality Designation | Description | Contempt Ex. # [Rec. Doc. 20032] | MTD Ex. # [Rec. Doc. 20036] | FSIA Ex. # [Rec. Doc. 19689; 19861; 19980] | Dep. Ex. # | Response to Objection |
|---|---|---|---|---|---|---|---|---|---|
| Taishan | TG0019961 | | Confidential | 11/16/2006 Taian Shandong Province Special Invoice for Export (TTP to Shenzhen Yongfeng Investment Company) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0020090 | | Confidential | 7/3/2006 Invoice No. SDTH0622 (TTP to Triax Trading & Logistics LLC) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0020091 | | Confidential | 7/20/2006 Invoice No. SDTH0622 (TTP to Triax Trading & Logistics LLC) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0021590 | | Confidential | 6/22/2007 TTP Invoice No. 07062204 (Buyer: Oriental Trading Company) | | | 79 (Attachment) | 394 (Attachment) | Not confidential |
| Taishan | TG0071054-71055 TG0071056 | | Confidential | 11/2/2010 Email from PENG Wenlong to Manager XU (advertising executive) and attachment ("Plan Two" - pattern for CNBM Group Taishan Gypsum Company Limited) | | 111 | 147 | 809 809-1 | Not confidential |
| Taishan | TG0073103-73111 | | Confidential | 6/29/2011 Email and attachment to JIA Tongchun re: Notice on Matters Relevant to CNBM Group's Training Class in 2011 for Leaders at Middle and Senior Levels | | 74 | 51 | | Not confidential |
| Taishan | TG0217959 | | Confidential | 4/5/2010 Email from BNBM PLC to Taishan instructing over CNBM Group's Comprehensive Risk Management Notice | | 61 | 145 | 815 | Not confidential |
| Taishan | TG0218944-218946 | | Confidential | 11/3-5/2008 Email chain between and among CNBM, BNBM, and Taishan re: "Notice on submitting the information of import and export business operation and countermeasures of the enterprises during the financial crisis" | | 65 | 149 | 814 | Not confidential |
| Taishan | TG0370699 | | Confidential | 5/31/2009 Email from PENG Wenlong (Taishan) to China Building Materials Academy | | 191 | 152 | 817 | Not confidential |
| Taishan | TG0374792 | | Confidential | 6/3/2010 Email from ZHANG Jian re: Report of the Board of Directors | | 194 | 159 | 821 | Not confidential |
| United Suntech | SUNTECH00000046-47 | | Confidential | 1/5/2011 Email re: 2010 Annual Audit Arrangements | | 179 | | 480 | Not confidential |
| United Suntech | SUNTECH00000078-81 | | Confidential | 1/7/2013 CNBM Notice on Doing a Good Job on the Formulation of 2012 Financial Statements | | 180 | | | Not confidential |
| United Suntech | SUNTECH00000438-439 | | Confidential | 3/4/2013 Email re: Notice on Doing a Good Job in the Registration of Retention of the Company's Important Materials | 71 | | | 493 | Not confidential |
| United Suntech | SUNTECH00001000 SUNTECH00001001 | | Confidential | 9/18/2012 email from Sharon to UNITEDSUNTECHCRAFT@gmail.com and attached 9/16/2012 Application for Title Registration for United Suntech Craft, Inc. | 72 (1st page only) | 178 | | 432 432-1 | Not confidential |
| United Suntech | SUNTECH00001656 | | Confidential | 10/30/2012 Director Resolution | 193 | | | 445 | Not confidential |

Deposition Testimony Designated as Confidential or Highly Confidential

| Deponent | Contempt Ex. # [Rec. Doc. 20032] | MTD Ex. # [Rec. Doc. 20036] | FSIA Ex. # [Rec. Doc. 19689; 19861; 19980] | PSC cited page:line | Defendant designated page:line | Confidentiality Designation | Designating Party | Response to Objection |
|---|---|---|---|---|---|---|---|---|
| Taishan (CHE Gang) 6/2-4/2015 | | 50 | 27 | 47:7-14 | 34:15-49:21 | Highly Confidential | Taishan | PSC cited page-line is not confidential. Remainder of Taishan designated page:line is confirmed as Highly Confidential pursuant to Court's Order (Rec. Doc. 18836) |
| JIA Tongchun 9/17-18/2015 | 10 | 49 | 31 | 180:2-9 | 173:4-190:11 | Highly Confidential | Taishan | PSC cited page-line is not confidential. Remainder of Taishan designated page:line is confirmed as Highly Confidential pursuant to Court's Order (Rec. Doc. 18836) |
| | | | | 189:7-190:11 | 173:4-190:11 | Highly Confidential | Taishan | PSC cited page-line is not confidential. Remainder of Taishan designated page:line is confirmed as Highly Confidential pursuant to Court's Order (Rec. Doc. 18836) |
| CNBM (CHANG Zhangli) 6/5-7/2015 | 31 | 35 | 24 | 114:10-17 | 109:7-114:17 | Highly Confidential | Taishan | CNBM - remove designation Taishan - PSC cited page-line is not confidential. Remainder of Taishan designated page:line is confirmed as Highly Confidential pursuant to Court's Order (Rec. Doc. 18836) |
| BNBM Group (ZHAO Yanming) 7/15-17/2015 | 28 | 5 | 1 | 183:15-184:18 | 178:19-186:25 | Confidential | BNBM | Not addressed in 3/18/2016 responses |
| | | | | 357 | 357:8-23 | Confidential | BNBM | Not addressed in 3/18/2016 responses |
| United Suntech Craft (LIU Weishing) 10/27/2015 | 73 | 181 | | 26:24-27:12 | 25:19-31:6 | Confidential | United Suntech Craft | Remove designation |
| | | | | 76:16-23 | 70:21-82:20 | Confidential | United Suntech Craft | Remove designation |
| | | | | 81:5-82:16 | 70:21-82:20 | Confidential | United Suntech Craft | Remove designation |
| | | | | 101:18-102:8 | 99:11-107:22 | Confidential | United Suntech Craft | Remove designation |
| | | | | 106:11-19 | 99:11-107:22 | Confidential | United Suntech Craft | Remove designation |
| | | | | 107:11-23 | 99:11-107:22 | Confidential | United Suntech Craft | Remove designation |
| | | | | 109:9-19 | 108:18-122:6 | Confidential | United Suntech Craft | Remove designation |
| | | | | 110:20-111:13 | 108:18-122:6 | Confidential | United Suntech Craft | Remove designation |
| | | | | 111:24-113:20 | 108:18-122:6 | Confidential | United Suntech Craft | Remove designation |
| | | | | 116:8-15 | 108:18-122:6 | Confidential | United Suntech Craft | Remove designation |
| | | | | 119:18-121:6 | 108:18-122:6 | Confidential | United Suntech Craft | Remove designation |
| CNBM Forest Products (Canada) (DENG Jianjun) 10/28/2015 | 38 | 108 | 4 | 99:22-100:15 | 96:17-106:1 | Confidential | CNBM FP Canada | Remove designation |
| | | | | 102:11-12 | 96:17-106:1 | Confidential | CNBM FP Canada | Remove designation |
| | | | | 107:10-109:7 | 108:1-109:3 | Confidential | CNBM FP Canada | Remove designation |
| | | | | 123 | 123:3-124:1 | Confidential | CNBM FP Canada | Remove designation |
| CNBM Import & Export (LIHE Wang) 11/4/2015 | 36 | | | 96:3-5 | 92:1-96:10 | Confidential | CBMIE | Remove designation |
| Jushi USA Fiberglass Co., Ltd. (TANG Hsin Hua) | 64 | | | 62:4-14 | 62:4-6, 62:12-13 | Confidential | Jushi USA | Not confidential |
| | | | | 72:24-74:1 | 72:24-25, 73:21-22 | Confidential | Jushi USA | Not confidential |

Deposition Testimony Designated as Confidential or Highly Confidential

| Deponent | Contempt Ex. # [Rec. Doc. 20032] | MTD Ex. # [Rec. Doc. 20036] | FSIA Ex. # [Rec. Doc. 19689; 19861; 19980] | PSC cited page:line | Defendant designated page:line | Confidentiality Designation | Designating Party | Response to Objection |
|---|---|---|---|---|---|---|---|---|
| 11/18/2015 | | | | 76:13-77:5 | 76:15-18, 77:2-4 | Confidential | Jushi USA | Not confidential |
| | | | | 79:19-23 | 79:19-21 | Confidential | Jushi USA | Not confidential |
| | | | | 224:22-225:1 | 224:21-25, 225:1-8 | Highly Confidential | Jushi USA | Not confidential |
| | | | | 250:20-251:7 | 250:21-23, 251:1-5 | Highly Confidential | Jushi USA | Not confidential |
| CAO Jianglin 8/4-5/2015 | 77 | 80 | 125 | 107:10-25 | 97:16-110:1 | Highly Confidential | CNBM | Remove designation |
| SONG Zhiping 9/14-15/2015 | 32 | 36 | 25 | 51:20-52:2 | 50:14-54:16 | Confidential | CNBM | Remove designation |
| | | | | 67:6-13 | 63:24-69:18 | Confidential | CNBM | Remove designation |
| | | | | 85:20-21 | 70:6-102:3 | Confidential | CNBM | Remove designation |
| | | | | 86:17-19 | 70:6-102:3 | Confidential | CNBM | Remove designation |
| | | | | 91:12-93:17 | 70:6-102:3 | Confidential | CNBM | Remove designation |
| | | | | 105:10-108:2 | 105:9-108:4 | Confidential | CNBM | Remove designation |
| | | | | 223:10-224:12 | 220:8-223:10 | Confidential | CNBM | Remove designation |
| PENG Shou 9/16/2015 | 79 | 83 | 120 | 70:23-71:7 | 67:-73:23 | Confidential | CNBM | Remove designation |
| | | | | 95:3-6 | 90:11-99:19 | Confidential | CNBM | Remove designation |
| | | | | 114:11-116:15 | 114:8-115:22 | Confidential | CNBM | Remove designation |
| HU Jinyu 12/7/2015 | | 53 | 169 | 59:17-21 | 55:13-62:7 | Confidential | CNBM | Remove designation |