UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047<br><br>SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * * * * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * *

## DECLARATION OF RUSS M. HERMAN

STATE OF LOUISIANA         :
                                              :
PARISH OF ORLEANS         :

BEFORE ME, the undersigned Notary Public, in and for the Parish of Orleans, State of Louisiana, personally came and appeared:

RUSS M. HERMAN

who, after being duly sworn, stated that:

1. I am an attorney admitted to practice before the bar of the Supreme Court of the United States, the United States Court of Appeals for the Fifth Circuit, the United States District Court for the Eastern District of Louisiana, and the Supreme Court of the State of the Louisiana. I received my L.L.B. from Tulane University Law School in 1966.

1

2. I make this declaration in my capacity as the Court-appointed Plaintiffs' Liaison Counsel in *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL 2047, United States District Court, Eastern District of Louisiana, presently pending before the Honorable Eldon E. Fallon.

3. The purpose of this declaration is to provide the Court with the information obtained throughout the meet and confer process with the various Taishan Defendants and certain third parties regarding confidentiality designations pursuant to PTO No. 16 [Rec. Doc. 288].

4. On February 22, 2016, I sent letters to the various Defendants and third parties, providing notice of Plaintiffs' Liaison Counsel ("PLC") and Plaintiffs' Steering Committee ("PSC") objecting to designation of certain materials as Confidential or Highly Confidential-Restricted. *See* Exhibit 1 attached hereto *in globo*. Attached to the letters were Exhibits A, B, and C, identifying in detail each document and transcript being objected to pursuant to PTO No. 16. *See* Exhibit 2 attached hereto. The "master letter" and exhibits were filed under seal on February 22, 2016 [Rec. Doc. 20096]. The following chronology lists the communications with each Defendant and third party following my February 22, 2016 letter:

   a. **Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"):**

      i. February 25, 2016: Harry Rosenberg emailed Arnold Levin and me, requesting extension of time to respond;

2

    ii. March 3, 2016: Harry Rosenberg emailed Arnold Levin, Leonard Davis, and me advising of continued work on responding;

    iii. March 18, 2016: Christopher King wrote to Leonard Davis, Arnold Levin, and me detailing the responses of BNBM PLC and BNBM Group.

b. **China National Building Materials Company Limited ("CNBM"); China National Building Materials Group Corporation ("CNBM Group"); CNBM Forest Products (Canada) Ltd. ("CNBM FP"); China National Building Materials Import and Export Corporation ("CNBM Import and Export" or "CNBM I&E"); CNBM (USA) Corp. ("CNBM USA"); and United Suntech Craft, Inc. ("United Suntech"):**

    i. February 25, 2016: Christopher Vejnoska wrote to me advising of working on response and intent to meet and confer;

    ii. March 3, 2016: Christopher Vejnoska wrote to me detailing the responses of "CNBM Entities."

c. **CTIEC-TECO American Technology Inc. ("CTIEC-TECO"):**

    i. February 29, 2016: meet and confer rescheduled with Marshall Bennett;

    ii. March 10, 2016: Scott George and Marshall Bennett conferred by telephone to resolve disputed confidentiality designations;

    iii. March 11, 2016: Scott George and Marshall Bennett confirmed by email the acceptable redacted versions of previously marked

confidential documents. *See* Exhibit 3 attached hereto *in globo* (redacted documents).

d. **Guardian Building Products ("Guardian"):**

   i. March 4, 2016: Ronald G. Tate, Jr. emailed and called Leonard Davis to confirm removing confidentiality designation on redacted version of documents. *See* Exhibit 4 attached hereto *in globo* (redacted documents).

e. **Jushi USA Fiberglass Co., Ltd. ("Jushi"):**

   i. February 29, 2016: rescheduled meet and confer to March 11, 2016;

   ii. April 11, 2016: Clare M. Cavaliero emailed Leonard Davis and Madelyn Breerwood to confirm agreed upon redactions and removal of designations. *See* Exhibit 5 attached hereto *in globo* (redacted documents).

f. **Knauf Gips, KG ("Knauf"):**

   i. February 23, 2016: Kerry Miller emailed Leonard Davis and Madelyn Breerwood approving of removal of the confidentiality designations.

g. **Morgan Stanley:**

   i. February 28, 2016: Joshua Force emailed me advising of unavailability to confer as scheduled but intent to respond in due course;

   ii. March 8, 2016: Joshua Force emailed Arnold Levin, Leonard Davis, and me agreeing to remove designations of certain documents.

4

    h. **New Jersey Institute of Technology ("NJIT")**:

        i. February 24, 2016: Gary Potters emailed me to advise of consent to lift the confidential designation from the NJIT documents in dispute.

    i. **Sunpin Solar Development LLC a/k/a Sunpin Solar, LLC ("Sunpin")**:

        i. Delivery of February 22, 2016 letter unsuccessful due to "Incorrect address – Recipient moved."

        ii. February 24, 2016: Madelyn Breerwood emailed Michael Jimenez letter of February 22, 2016.

        iii. March 8, 2016: I wrote another letter to Michael Jimenez regarding unsuccessful attempt to meet and confer.

    j. **Taishan Gypsum Co., Ltd. ("Taishan" or "TG")**:

        i. February 25, 2016: Christy Hull Eikhoff emailed Arnold Levin and me, advising of continued review of materials in dispute and intent to respond in due course;

        ii. May 11, 2016: Christy Hull Eikhoff wrote to me detailing the responses of Taishan.

5. I oversaw and participated in the communications outlined above.

I declare under penalty of perjury that the forgoing is true and correct. Executed on this 21 day of December, 2016 in New Orleans, Louisiana.

*/s/ Russ M. Herman*
RUSS M. HERMAN

MADELYN O. BREERWOOD
NOTARY PUBLIC - ID No. 35538
STATE OF LOUISIANA
MY COMMISSION IS ISSUED FOR LIFE

*/s/ Madelyn Breerwood* 12/21/2016

5