IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

# EXHIBIT "4" TO

## DECLARATION OF RUSS M. HERMAN

A₁  0512 - 67623450

## TAIAN TAIGAO TRADING CORP., LTD.
### NO.157 WEST DONGYUE STREET TAIAN CITY SHANDONG CHINA
### TEL: 86-538-6990206    FAX: 86-538-6998826

## COMMERCIAL INVOICE

TO: GUARDIAN BUILDING PRODUCTS INC.  
979 BATESVILLE RD  
GREENVILLE, SC 29651  

INVOICE NO: TGT06-0405-1  
DATE: MAY 25, 2006  
PAYMENT: T/T  

From LIANYUNGANG, CHINA         TO: TAMPA, FL, USA

| Marks & Nos | Commodity and Specification | Quantity | Unit Price FOB LIANYUNGANG | Amount FOB LIANYUNGANG |
|---|---|---|---|---|
| N/M | GYPSUM BOARD | 110880PCS | USD ▮ PC | USD ▮ |

SAY U.S. DOLLARS ▮

To: 邵生

调确认装船单据，预计明天？今日后到代理友印寄出。

单据如有问题请通知修改！ 多心费.

Fm. 林建刚  
06.6.1

TAIAN TAIGAO TRADING CORP., LTD.
NO.157 WEST DONGYUE STREET TAIAN CITY SHANDONG, CHINA
TEL: 86-538-6990206    FAX: 86-538-6998826

## COMMERCIAL INVOICE

TO: GUARDIAN BUILDING PRODUCTS INC.
979 BATESVILLE RD
GREENVILLE, SC 29651

INVOICE NO: TGT06-0405-2
DATE: MAY 25, 2006
PAYMENT: T/T

From LIANYUNGANG, CHINA    TO: WILMINGTON, NC, USA

| Marks & Nos | Commodity and Specification | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD | 96120PCS | FOB LIANYUNGANG USD ▮ /PC | FOB LIANYUNGANG USD ▮ |

SAY U.S.DOLLARS ▮▮▮ ONLY.

Prod. Pursuant to Protective Order
GBP000879