# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | |

# EXHIBIT "5" TO

## DECLARATION OF RUSS M. HERMAN

| 2014 Renewal Pricing and Loan Condition | | Term | BBC of Dec 2014 |
|---|---|---|---|
| Loan Term: | | | |
| Interest Rate | | | |
| Audit Fees | | | |
| Year ended Audit by CPA | | | |
| Loan Fees | | | |
| Documentation Fee / UCC Search Fee | | | |
| Montly Interest | | | |
| Letter of Credit | | | |
| Minimum current ratio | | | |
| Maximum debts to effective tangible ratio | | | |
| Minimum Subordination Debt | | | |
| Net profit | | | |
| Minimum effective tangible net worth | | | |
| Inventory ▇ Cap. ▇ | | | |
| Inventory in transit ▇ | | | |
| Freight & Duty | | | |
| ▇ of Eligible A/R | | | |
| Max. ▇ Concentration of A/R | | | |
| Guarantors | | | |
| Total BBC for Dec 2014 | | | |

EXHIBIT 22
DATE: 11/18/15
ROSEMARY LOCKLEAR

J-USA-0000281

Income Statement
For The 12 Periods Ended 12/31/2014

JUSHI USA FIBERGLASS CO., LTD. (GIB)

| | Period to Date | % of Revenue | Year to Date | % of Revenue |
|---|---|---|---|---|



Run Date: 12/31/2014  10:46:29AM
G/L Date: 12/31/2014

Page: 1
User Logon: G22



EXHIBIT 28
DATE: 11/18/15
ROSEMARY LOCKLEAR

J-USA-0002461

Income Statement
For The 12 Periods Ended 12/31/2014

JUSHI USA FIBERGLASS CO., LTD. (GIB)

| | Period to Date | % of Revenue | Year to Date | % of Revenue |
|---|---|---|---|---|



Run Date: 12/31/2014 10:46:29AM
G/L Date: 12/31/2014

Page: 2
User Logon: G22

J-USA-0002461.00002