# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## O R D E R

AND NOW, on this _____ day of _____, 2017, upon consideration of the Plaintiffs' Steering Committee's Motion to Remove Confidentiality Designations with Respect to Documents Produced by and Testimony of the Taishan Defendants and Third Parties, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge