IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that, effective immediately, the firm name of Levin, Fishbein, Sedran & Berman has changed to Levin Sedran & Berman.  The mailing address, telephone and facsimile numbers, as well as the e-mail addresses, have remained the same.

Respectfully submitted,

Dated:  December 21, 2016

BY: /s/ Arnold Levin, Esquire
Arnold Levin, Esquire
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Name of Change of Firm Name has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of December, 2016.

/s/Arnold Levin
**ARNOLD LEVIN, ESQUIRE**