# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL 09-2047** <br> **SECTION: L** |
| This document relates to: | * * | **JUDGE: FALLON** |
| *Hakenjos et al. v. Tallow Creek, LLC et al.* <br> No. 10-2579 | * * * | **MAG. JUDGE WILKINSON** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

**Considering the above and foregoing:**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action by Third-Party Plaintiffs, Southern Homes, LLC and Tallow Creek, LLC, against Graf's Drywall, LLC, in the above-captioned and numbered cause be dismissed with prejudice. Each party to bear its own costs.

This  21st  day of  December , 2016, at New Orleans, Louisiana.

_____
**ELDON E. FALLON**
**United States District Court Judge**