# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL 2047 SECTION L |
|---|---|---|
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations;

**IT IS ORDERED** that the Motion to Extinguish the Knauf Defendants' Settlement Obligations is **GRANTED**.

The Knauf Defendants' Settlement Obligations to any Settlement Claimant are extinguished except its potential settlement obligations to the following Settlement Claimants:

|  | Claimant Name | Type of Claim | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 1. | Torrance, Matthew and Mary Catherine | Lower KPT Only | 4240 Tupello Street | Baton Rouge | LA | 70808 |
| 2. | Villas at Oak Hammock, LLC | ARH - Motion Pending | 5343 SW 40 Avenue (Lot 14) | Fort Lauderdale | FL | 33314 |
| 3. | Maillot, Georges and Janice | Remediation | 9 Tupelo Trace | Mandeville | LA | 70471 |
| 4. | Calvert, David | Other Loss | 17611 Simpson Road | Prairieville | LA | 70769 |
| 5. | Harvey, Patricia | Other Loss | 3217 Upperline Street | New Orleans | LA | 70125 |
| 6. | Rapp, Howard and Chari | ARH - Motion Pending | 249 Gulfside Street | Waveland | MS | 39576 |
| 7. | Rapp, Howard and Chari | ARH - Motion Pending | 300 Gulfside Street | Waveland | MS | 39576 |
| 8. | Cortelyou, Lauren | Remediation - Motion Pending | 32793 Water View Drive East | Loxley | AL | 36551 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9. | Riverbend Unit 5 Goff, Michael | Lump Sum Payment | 1625 Martin Bluff Road #5 | Gautier | MS | 39553 |
| 10. | Riverbend Unit 27 Cigliola, Giuseppe | Lump Sum Payment | 1625 Martin Bluff Road #27 | Gautier | MS | 39553 |
| 11. | Riverbend Unit 92 Romero, Manuel | Lump Sum Payment | 1625 Martin Bluff Road #92 | Gautier | MS | 39553 |
| 12. | Riverbend Unit 93 Navas, Jonathon | Lump Sum Payment | 1625 Martin Bluff Road #93 | Gautier | MS | 39553 |
| 13. | Adedeji, Moses and Fola | Lump Sum Payment | 11803 Honeybear Lane | Saucier | MS | 39574 |
| 14. | Brady, David | Other Loss/GBI | 1011 Maryanna Road | Calera | AL | 35040 |
| 15. | Butts, Lowell and Darrell Steward | Lump Sum Payment | 15902 Innerarity Point Road | Pensacola | FL | 32507 |
| 16. | Butts, Lowell | Lump Sum Payment | 15904 Innerarity Point Road | Pensacola | FL | 32507 |
| 17. | Steward, Darrell | Lump Sum Payment | 15906 Innerarity Point Road | Pensacola | FL | 32507 |
| 18. | Nora Caswell | Other Loss/GBI | 2017 SE 21 Court | Homestead | FL | 33033 |
| 19. | CDO Investments, LLC | ARH | 2063 Vancouver Lane | North Port | FL | 34286 |
| 20. | CDO Investments, LLC | ARH | 4698 Globe Terrace | North Port | FL | 34286 |
| 21. | Damani, Salimah | Lump Sum Payment | 2368 Arbor Glenn | Hoover | AL | 35244 |
| 22. | Dieuvil, Guilford | ARH | 8757 Baystone Cove | Boynton Beach | FL | 33473 |
| 23. | Holmes, Chad and Shanna | Lump Sum Payment | 6152 Longmeadow Way | Trussville | AL | 35173 |
| 24. | Huckaby, Brian and Paula | Warranty | 4031 Monte Vista Drive | Addis | LA | 70710 |
| 25. | Moore, Craig and/or Stephanie | Other Loss/GBI | 3025 Chelsea Ridge Trail | Columbiana | AL | 35051 |
| 26. | Owens, Nancy | Other Loss/GBI | 3759 Village Lane | Birmingham | AL | 35223 |
| 27. | Ponquinette, Earl | Other Loss/GBI | 2324 Venetia Road | Mobile | AL | 36605 |
| 28. | Ridley, Olivia | Other Loss/GBI | 3461 Acton Road | Moody | AL | 35004 |
| 29. | Satchfield, Kurt | Other Loss/GBI | 13354 Laurel Oaks Lane | Gulfport | MS | 39503 |
| 30. | Zhu, Jinxi | Lump Sum Payment | 15916 Innerarity Point Road | Pensacola | FL | 32507 |
| 31. | Zhu, Jinxi | Lump Sum Payment | 15938 Innerarity Point Road | Pensacola | FL | 32507 |
| 32. | Zhu, Jinxi | Lump Sum Payment | 16002 Innerarity Point Road | Pensacola | FL | 32507 |
| 33. | Couvillion John ; Couvillion Ann | Remediation | 12231 Myers Park Avenue | Baton Rouge | LA | 70810 |
| 34. | Masel David ; Masel Elna ; Car Jennifer ; Villa Edith ; Santiago Crintan ; Cerz Edwin | Remediation | 18760 SW 238th Street | Homestead | FL | 33031 |
| 35. | Kerne Dean ; Kerne Drina ; Lopez Jessica | Remediation | 21458 Pleasant Forest Bend | Porter | TX | 77365 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 36. | Spencer Johnny ; Spencer Doris ; Spencer Chelsea ; Spencer Corey | Remediation | 2216 Waterford Village Blvd. | Missouri City | TX | 77459 |
| 37. | Bennette Lillie ; Bennette, Jr. Joseph | Remediation | 4800 Congress Drive | New Orleans | LA | 70126 |
| 38. | Barni Guy ; Finkelstein Michael ; Haas Jennifer ; Gunter Sharaan ; Summers Charles | Remediation | 5223 Bathgate Lane | Houston | TX | 77084 |
| 39. | Pavageau Michelle ; Pavageau Craig ; USDA Rural Development | Remediation | 105 Historic West Street | Garyville | LA | 70051 |
| 40. | Eddleman Homes, LLC | Remediation | 1078 Dunnavant Place | Birmingham | AL | 35242 |
| 41. | Johnson Paul ; Johnson Caron | Remediation | 12708 Equestrian Trail | Davie | FL | 33330 |
| 42. | Faulkner Donald E.; Faulkner Brenda S. | Remediation | 1276-A Century Oaks Drive (Key West Commons) | Gulfport | MS | 39507 |
| 43. | DesJardins William ; DesJardins Christina | Remediation | 1705 White Oak Drive | Ocean Springs | MS | 39564 |
| 44. | Chamberlin (Deceased) Michael ; Chamberlin Lorraine | Remediation | 275 W Robert E. Lee Blvd. | New Orleans | LA | 70124 |
| 45. | Fincher Donald P.; Fincher Colleen M. | Remediation | 277 Penn Mill Lakes Boulevard | Covington | LA | 70435 |
| 46. | Washington LaTonia | Remediation | 300 NE 36th Street | Oakland Park | FL | 33334 |
| 47. | Bell David A.; Bell Margaret Y. | Remediation | 5439 Marcia Avenue | New Orleans | LA | 70124 |
| 48. | LeClair Richard R; LeClair Joanne C | Remediation | 5512 Moss Hill Lane | Rosharon | TX | 77583 |
| 49. | Peters Ronald ; Peters Inez | Remediation | 76600 S Fitzmorris Road | Covington | LA | 70435 |
| 50. | Cordova Robert ; Cordova Kari R | Remediation | 979 Weatherby Street S | Saraland | AL | 36571 |
| 51. | Blacklidge Ronald W | Remediation | 11058 Channel Side Drive | Gulfport | MS | 39503 |
| 52. | Meister III Robert P. | Remediation | 1120 12th Avenue North | Naples | FL | 34102 |
| 53. | Visciglia Giancarlo ; Glauzer Katia | Remediation | 11402 NW 84th Terrace | Doral | FL | 33178 |
| 54. | Coleman Jessidra C; Coleman Jacqueline W | Remediation | 15121 SW 106th Avenue | Miami | FL | 33176 |
| 55. | Heard Valerie | Remediation | 18092 Robinwood Drive East | Saucier | MS | 39574 |
| 56. | Salinas Maria | Remediation | 1934 SE 23rd Court | Homestead | FL | 33035 |
| 57. | Denkhaus David G.; Denkhaus Diane ; Denkhaus David M. | Remediation | 19401 La Serena Drive | Fort Myers | FL | 33967 |
| 58. | Santamaria Rafael ; Santamaria Marcela | Remediation | 1974 SE 23rd Court | Homestead | FL | 33035 |
| 59. | Niemann Jason ; Niemann Renee | Remediation | 201 Rue Esplanade | Mandeville | LA | 70471 |
| 60. | Giangrosso John ; Giangrosso Marie | Remediation | 207 Lestin Drive | Slidell | LA | 70460 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 61. | Thompson Wynethia | Remediation | 2147 St. Croix Avenue | Baton Rouge | LA | 70810 |
| 62. | Ervin Ronnie ; Ervin Rodella ; Ervin Camerron ; Ervin February ; Ervin Toria ; Ervin Sharonnie | Remediation | 2186 SW Devon Avenue | Port St. Lucie | FL | 34953 |
| 63. | Moore Cydney | Remediation | 2219 St. Croix Avenue | Baton Rouge | LA | 70810 |
| 64. | Washington Della | Remediation | 2229 St. Croix Avenue | Baton Rouge | LA | 70810 |
| 65. | Dalsin Mike John; Dalsin Julie Ann | Remediation | 23069 Redfish Lane (Main & Guest Houses) | Cudjoe Key | FL | 33042 |
| 66. | Jaggers Tracy W.; Jaggers Lorna A. | Remediation | 2311 Tarrytown Crossing Drive | Conroe | TX | 77304 |
| 67. | Litus Rodney ; Litus Suze | Remediation | 2351 SW Freeman Street | Port St Lucie | FL | 34953 |
| 68. | Duplessis Shalonda | Remediation | 2500 Guerra Drive | Violet | LA | 70092 |
| 69. | Suhir Huriya ; Willis Ty | Remediation | 25226 Oak Villa Drive | Spring | TX | 77389 |
| 70. | Winstead David | Remediation | 25451 Turkey Ridge Road | Bush | LA | 70431 |
| 71. | Anthony Evelyn | Remediation | 3 Ashley Court | Slidell | LA | 70458 |
| 72. | Dennis Jack E; Dennis Sabrina ; Gaither Dalton | Remediation | 301 Highland View Drive | Birmingham | AL | 35242 |
| 73. | Rost Jim ; JDJ One Stop Site Design, Inc. | Remediation | 3208 8th Street West | Lehigh Acres | FL | 33971 |
| 74. | Toran Jr. George | Remediation | 3213 NE 5th Street #201 | Pompano Beach | FL | 33062 |
| 75. | Glickman David ; Glickman Joan ; Glickman Brian ; Glickman Ayssa ; Ocean Park | Remediation | 3236 NE 4th Street | Pompano Beach | FL | 33062 |
| 76. | Roe Fred ; Roe Laura Preston | Remediation | 32759 Water View Drive East | Loxley | AL | 36551 |
| 77. | Sanclemente Leonardo ; Sanclemente Nelly | Remediation | 3341 NE 4th Street | Homestead | FL | 33033 |
| 78. | Rodriguez Raymond | Remediation | 3358 NE 3rd Drive | Homestead | FL | 33033 |
| 79. | Howell Howard ; Howell Marcia | Remediation | 3390 62nd Avenue NE | Naples | FL | 34120 |
| 80. | Broussard Jason | Remediation | 3620 Hemlock Street | Zachary | LA | 70791 |
| 81. | Londono Dorlys "Amalia" | Remediation | 367 NE 36 Terrace | Homestead | FL | 33033 |
| 82. | Blind John ; Blind Christina | Remediation | 5135 NW Aljo Circle | Port St. Lucie | FL | 34986 |
| 83. | Randolph Vincent | Remediation | 5602 Birch Drive | Fort Pierce | FL | 34982 |
| 84. | Martin Anthony; Martin Kim | Remediation | 6015 SW 28th Street | Miami | FL | 33155 |
| 85. | DAS Investments LLC; Sigler Sr. Dean | Remediation | 6255 Arrowhead Lane | Vero Beach | FL | 32967 |
| 86. | Graham Marlene ; Russell Jay ; Raftis (contact) Dave ; The Sanctuary at Blue Heron, Inc. | Remediation | 8217 Sanctuary Drive #1 | Naples | FL | 34104 |
| 87. | Aguirre Gilberto ; Bojorguez Gabriela ; Aguirre Gilberta ; Aguirre Joanna ; Aguirre Brenda ; Valdez Alberto ; Valdez Juan | Remediation | 8223 Sugar Cane Drive | Baytown | TX | 77523 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 88. | Ditta Peggy | Remediation | 8310 Maunalani Place | Diamondhead | MS | 39525 |
| 89. | Tillison Tameecka | Remediation | 9380 Pascagoula Drive | Baton Rouge | LA | 70810 |
| 90. | Minor Monique | Remediation | 9381 Pascagoula Drive | Baton Rouge | LA | 70810 |
| 91. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7043 Ambrosia Lane #201 | Naples | FL | 34119 |
| 92. | Sar Shalom Yehiel ; SFDIL, LLC; Prime Homes at Portofino Falls, Ltd. | Remediation | 7043 Ambrosia Lane #202 | Naples | FL | 34119 |
| 93. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7047 Ambrosia Lane (Clubhouse) | Naples | FL | 34119 |
| 94. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3301 | Naples | FL | 34119 |
| 95. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3302 | Naples | FL | 34119 |
| 96. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3306 | Naples | FL | 34119 |
| 97. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3307 | Naples | FL | 34119 |
| 98. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3308 | Naples | FL | 34119 |
| 99. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7060 Venice Way #3102 | Naples | FL | 34119 |
| 100. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7060 Venice Way #3103 | Naples | FL | 34119 |
| 101. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3201 | Naples | FL | 34119 |
| 102. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3202 | Naples | FL | 34119 |
| 103. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3203 | Naples | FL | 34119 |
| 104. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3204 | Naples | FL | 34119 |
| 105. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3206 | Naples | FL | 34119 |
| 106. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7065 Venice Way #3001 | Naples | FL | 34119 |
| 107. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7065 Venice Way #3002 | Naples | FL | 34119 |
| 108. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7065 Venice Way #3003 | Naples | FL | 34119 |
| 109. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7065 Venice Way #3004 | Naples | FL | 34119 |
| 110. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7069 Venice Way #2803 | Naples | FL | 34119 |
| 111. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2901 | Naples | FL | 34119 |
| 112. | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2902 | Naples | FL | 34119 |
| 113. | EDM Investment Holdings, LLC; Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2904 | Naples | FL | 34119 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 114. | EDM Investment Holdings, LLC; Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2905 | Naples | FL | 34119 |
| 115. | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2906 | Naples | FL | 34119 |
| 116. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7074 Venice Way #2601 | Naples | FL | 34119 |
| 117. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7074 Venice Way #2602 | Naples | FL | 34119 |
| 118. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7074 Venice Way #2604 | Naples | FL | 34119 |
| 119. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7074 Venice Way #2606 | Naples | FL | 34119 |
| 120. | Villas at Ocean Club ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-215 | Biloxi | MS | 39531 |
| 121. | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-216 | Biloxi | MS | 39531 |
| 122. | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-217 | Biloxi | MS | 39531 |
| 123. | Villas at Ocean Club ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-218 | Biloxi | MS | 39531 |
| 124. | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-219 | Biloxi | MS | 39531 |
| 125. | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-220 | Biloxi | MS | 39531 |
| 126. | Sawyer Julie ; Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice | Remediation | 2046 Beach Blvd. #C-307 | Biloxi | MS | 39531 |
| 127. | Villas at Ocean Club ; Burkholder Bernice ; Moghal Arshad M.; Moghal Rosmarie | Remediation | 2046 Beach Blvd. #C-308 | Biloxi | MS | 39531 |
| 128. | Bettini Ken ; Villas at Ocean Club ; Burkholder Bernice ; Bettini Shirley | Remediation | 2046 Beach Blvd. #C-309 | Biloxi | MS | 39531 |
| 129. | Villas at Ocean Club Holdings Co., LLC; Burkholder Bernice ; Portland Investment Holdings LLC ; Matlock Stephen L; Matlock Billie R | Remediation | 2046 Beach Blvd. #C-310 | Biloxi | MS | 39531 |
| 130. | Villas at Ocean Club; Burkholder Bernice Howell Priscilla | Remediation | 2046 Beach Blvd. #C-311 | Biloxi | MS | 39531 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 131. | Burkholder Bernice ; Villas at Ocean Club Holdings Co., LLC ; Mangum Jimmie C. | Remediation | 2046 Beach Blvd. #C-312 | Biloxi | MS | 39531 |
| 132. | Villas at Ocean Club Holdings Co., LLC ; Burkholder Bernice ; Hubar Jack Sean | Remediation | 2046 Beach Blvd. #C-313 | Biloxi | MS | 39531 |
| 133. | Villas at Ocean Club ; Burkholder Bernice ; Goss-Veazey Investments LLC | Remediation | 2046 Beach Blvd. #C-314 | Biloxi | MS | 39531 |
| 134. | Villas at Ocean Club ; Burkholder Bernice ; Melancon Ralph ; Melancon Amelia | Remediation | 2046 Beach Blvd. #D-101 | Biloxi | MS | 39531 |
| 135. | Noldge Don ; Villas at Ocean Club ; Burkholder Bernice ; Hodges Nick ; NCH Partners | Remediation | 2046 Beach Blvd. #D-102 | Biloxi | MS | 39531 |
| 136. | Villas at Ocean Club ; Burkholder Bernice ; Kreissler Jan | Remediation | 2046 Beach Blvd. #D-103 | Biloxi | MS | 39531 |
| 137. | Villas at Ocean Club ; Burkholder Bernice ; Fredricks Joan ; Wilkinson Terri L; Wilkinson Richard D | Remediation | 2046 Beach Blvd. #D-104 | Biloxi | MS | 39531 |
| 138. | Villas at Ocean Club ; Burkholder Bernice ; Timmeman John ; Timmeman Sue ; Timmerman Enterprises II LLC ; Rosemary's on the Gulf, LLC ; Black Kathy | Remediation | 2046 Beach Blvd. #D-105 | Biloxi | MS | 39531 |
| 139. | Burkholder Bernie ; Villas at Ocean Club ; Luke Connelly | Remediation | 2046 Beach Blvd. #D-205 | Biloxi | MS | 39531 |
| 140. | Burkholder Bernie ; Villas at Ocean Club ; LeBlanc Archebelle Cassie ; Huckabee Jerry ; Huckabee Jacque | Remediation | 2046 Beach Blvd. #D-206 | Biloxi | MS | 39531 |
| 141. | Tran Lang T; Le Kim Nga ; Le Luyen Van ; Le Hung Van ; Le Linda Thi ; Le Tuyet Nhi ; Le Vinh V | Remediation | 14813 Nassau Drive | Biloxi | MS | 39532 |
| 142. | Bowman Marcy W; Bowman William R | Remediation | 17739 Shady Elm Avenue | Baton Rouge | LA | 70816 |
| 143. | Quinn Michael S. | Remediation | 7301 Jade Street | New Orleans | LA | 70124 |
| 144. | Osceola Doreen ; Willie Terry | Remediation | 8175 SW 187th Street | Cutler Bay | FL | 33157 |
| 145. | Asch, Rick and Colleen | ARH | 138 St. Clair Drive | St. Simons Island | GA | 31522 |
| 146. | McIntyre, Paul | ARH | 15922 Innerarity Point Road | Pensacola | FL | 32507 |

| 147. | Williams, Thomas | ARH | 301 Intrepid Drive | Slidell | LA | 70458 |
| --- | --- | --- | --- | --- | --- | --- |
| 148. | Kubick, Andrew | ARH | 2802 21st Street | West Lehigh Acres | FL | 33971 |
| 149. | CDO Investments | ARH | 1374 Cathedall Avenue | Northport | FL | 34288 |
| 150. | MCF Enterprises, Inc. | ARH | 1933 Wanda Avenue | North Lehigh Acres | FL | 33971 |
| 151. | MCF Enterprises, Inc. | ARH | 343 Ranchito Ave | Lehigh Acres, | FL | 33974 |
| 152. | MCF Enterprises, Inc. | ARH | 3505 9th St | West Lehigh Acres | FL | 33974 |
| 153. | MCF Enterprises, Inc. | ARH | 900 Tena Ave | North Lehigh Acres, | FL | 33971 |
| 154. | MCF Enterprises, Inc. | ARH | 2511 17 St | SW Lehigh Acres | FL | 33976 |
| 155. | Latiff, Mohamed and Bibi | ARH | 1898 SE 23rd Court | Homestead | FL | 33035 |
| 156. | Latiff, Mohamed and Bibi | ARH | 1943 SE 22nd Drive | Homestead | FL | 33035 |
| 157. | Bahadur, Doodnauth | ARH | 1925 SE 22nd Court | Homestead | FL | 33035 |
| 158. | Asset Portfolio | ARH | 1305 E 9th Street | Lehigh Acres | FL | 33972 |
| 159. | Carter, Daniel and Amy | ARH | 261 W Robert E. Lee | New Orleans | LA | 70124 |
| 160. | St. Martin, Steven and Janell | ARH | 4780 Demontluzin Street | New Orleans | LA | 70122 |
| 161. | Calico, Michael and Lisa | ARH | 4300 Orleans Avenue | New Orleans | LA | 70119 |
| 162. | Augustine Padron | Remediation | 415 Mystic Trial Loop | Kingwood | TX | 77339 |

New Orleans, Louisiana, this 22nd day of December, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE