IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION  THIS DOCUMENT RELATES TO:  ALL ACTIONS | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion for Leave to File Exhibits Under Seal filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibit A and Exhibits 1 and 2 to the Declaration of Russ M. Herman, attached to the Plaintiffs' Steering Committee's Motion to Remove Confidentiality Designation With Respect to Documents Produced By and Testimony of the Taishan Defendants and Third Parties [Rec. Doc. 20598] be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 22nd day of December, 2016.

_____
Eldon E. Fallon
United States District Court Judge