UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

### ORDER

Currently pending before the Court is the Special Master's Order on the Motion to

Approve Amended Memorandum of Understanding Regarding All Homebuilder Claims for

Reimbursement of Counsel Fees. R. Doc. 20589.

**IT IS ORDERED** that any party who wishes to object to this recommendation do so by

Friday, December 23, 2016.

New Orleans, Louisiana, this 21st day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

1