# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 09-6687 (E.D.La.);<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-6690 (E.D.La.);<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No 10-361 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1672 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (E.D.La.)) | |

**MOTION FOR LEAVE TO EXCEED
<u>PAGE LIMITATION AND TO FILE EXHIBITS UNDER SEAL</u>**

NOW COMES the Plaintiffs' Steering Committee ("PSC") who respectfully submits that pursuant to this Court's Order of November 29, 2016 (Rec. Doc. 20576), it was given a deadline of December 23, 2016 to submit a supplemental brief in support of its motion for class damages. The Plaintiffs' Steering Committee's Supplemental Brief in Support of motion for Class Damages, Reply to Taishan's Second Supplemental Response to Plaintiffs' Motion for Class Damages, and Proposed Trial Plan, attached hereto, exceed the page limitation allowed by the Federal Rules of Civil Procedure.  Accordingly, the PSC requests leave of court to file its Supplemental Brief in Support of motion for Class Damages, Reply to Taishan's Second Supplemental Response to Plaintiffs' Motion for Class Damages, and Proposed Trial Plan and to exceed the page limitation.

Further, the PSC submits that Exhibits C, D and E attached to the Plaintiffs' Steering Committee's Supplemental Brief in Support of motion for Class Damages, Reply to Taishan's Second Supplemental Response to Plaintiffs' Motion for Class Damages, and Proposed Trial Plan contain or refer to information designated as confidential and should be filed under seal. Accordingly, the PSC requests that Exhibits C, D and E attached to its Supplemental Brief in Support of motion for Class Damages, Reply to Taishan's Second Supplemental Response to Plaintiffs' Motion for Class Damages, and Proposed Trial Plan be filed under seal.

WHEREFORE, the PSC prays that this motion be GRANTED and that it be granted leave of court to file its Supplemental Brief in Support of motion for Class Damages, Reply to Taishan's Second Supplemental Response to Plaintiffs' Motion for Class Damages, and Proposed Trial Plan and to exceed page limitation, and that Exhibits C, D and E attached to its Supplemental Brief in Support of motion for Class Damages, Reply to Taishan's Second Supplemental Response to Plaintiffs' Motion for Class Damages, and Proposed Trial Plan be filed under seal.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 23, 2016 | /s/ Russ M. Herman |

Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
Madelyn O. Breerwood, Esquire (Bar No. 35538)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan (on the brief)
Nicola Serianni (on the brief)
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

Gerald E. Meunier (LA Bar No. 9471) (on the brief)
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Richard S. Lewis (on the brief)
Kristen Ward Broz (on the brief)
Hausfeld LLP
1700 K Street, NW., Ste. 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeld.com
kward@hausfeld.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Dawn M. Barrios
Emma E. Kingsdorf
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

*Co-Counsel for Plaintiffs and PSC Member*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of December, 2016.

                                Respectfully Submitted,

                          BY:  */s/ Leonard A. Davis*
                                  Leonard A. Davis
                                  Herman, Herman & Katz, LLC
                                  820 O'Keefe Avenue
                                  New Orleans, LA 70113
                                  Phone: (504) 581-4892
                                  Fax: (504) 561-6024
                                  ldavis@hhklawfirm.com

                                  *Plaintiffs' Liaison Counsel MDL 2047*