# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 09-6687 (E.D.La.);**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, **Case No. 09-6690 (E.D.La.);**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, **Case No 10-361 (E.D.La.);**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Civ. Action No. 11-1672 (E.D.La.);**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Civ. Action No. 11-1395 (E.D.La.);**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Civ. Action No. 11-1673 (E.D.La.))** | |

**O R D E R**

Considering the Motion for Leave to Exceed Page Limitation and to File Exhibits Under Seal filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED, the PSC is allowed to exceed page limitation and the attached Plaintiffs' Steering Committee's Supplemental Brief in Support of motion for Class Damages, Reply to Taishan's Second Supplemental Response to Plaintiffs' Motion for Class Damages, and Proposed Trial Plan be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that Exhibits C, D and E attached to the Plaintiffs' Steering Committee's Supplemental Brief in Support of motion for Class Damages, Reply to Taishan's Second Supplemental Response to Plaintiffs' Motion for Class Damages, and Proposed Trial Plan be and are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge