# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## DECLARATION OF MARY MICHELLE GERMANO

I, Mary Michelle Germano, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. My name is Mary Michelle Germano. I am a citizen and resident of the United States and the Commonwealth of Virginia.

2. I have personal knowledge of the information contained in this declaration, and I give this declaration of my own free will.

3. In April of 2009, following a series of health problems and concerns related to the Taishan drywall contamination, I moved out of my home and abandoned the vast majority of my earthly belongings.

4. Although my mortgage bank (Chase) worked with me on a forbearance agreement, my savings were depleted by my obligation to pay $385.00 per month in Home Owners Association ("HOA") dues on top of my new rental home.

5. In 2013, my HOA sued me to collect $26,000 in back dues on my toxic home which I had not lived in since April of 2009.

6. This HOA suit forced me to file a Chapter 13 Bankruptcy in which they were the only creditor.

7. Over the next three years, my HOA threatened to bring three additional suits against me, and blocked an offer from Chase to allow me to surrender my "deed in lieu of foreclosure." The HOA refused to foreclose on the property (as they have the right and ability to due under state law) and instead threatened to garnish my wages.

8. Finally, in April of 2016 with the help of Senator Mark Warner, I was able to get a deed in lieu of foreclosure and the toxic property was no longer in my name.

9. I now live in a rented home in Norfolk, Virginia waiting for the resolution of my claims against Taishan.

Date: 12.21.2016

Mary Michelle Germano