# EXHIBIT F

**Taishan's Sales of 71,653,240.21 ft$^2$ of Drywall are sufficient for >9,000 Homes**

Assuming the average home is 2,500 square feet, Taishan shipped sufficient drywall to the U.S. to construct more than 9,000 homes, based on the following calculations:

**71,653,240.21 square feet** of drywall is enough plasterboard to construct in excess of 9,000 homes. Assuming the homes are approximately 2,500 square feet each, consisting of 11 rooms sized 15' x 15' (2,475 square feet) and 1 room sized 5' x 5' (25 square feet) (*i.e.*, 2,500 square feet total), with 8' ceilings, each home would require approximately 7,940 square feet of drywall.

Rooms 15' x 15' with 8' ceilings require 705 ft$^2$ of drywall.
Each wall requires 120 ft$^2$ of drywall (15' x 8') x 4 walls = 480 ft$^2$.
The ceiling requires 225 ft$^2$ of drywall (15' x 15').
TOTAL: 4 walls (480 ft$^2$) + ceiling (225 ft$^2$) = 705 ft$^2$

Room 5' x 5' with 8' ceiling requires 185 ft$^2$ of drywall.
Each wall requires 40 ft$^2$ of drywall (5' x 8') x 4 walls = 160 ft$^2$.
The ceiling requires 25' of drywall (5' x 5').
TOTAL: 4 walls (160 ft$^2$) + ceiling (25 ft$^2$) = 185 ft$^2$

11 rooms sized 15' x 15' require 7,755 ft$^2$ of drywall (705 ft$^2$/room x 11 rooms).
1 room sized 5' x 5' requires 185 ft$^2$ of drywall
TOTAL: 7,940 ft$^2$.

**71,653,240.21 square feet** divided by 7,940 ft$^2$ per home = ~9,024 homes

Of course, there would be wasted drywall and drywall that was not used in construction of these homes. However, even allowing for significant waste, Taishan shipped more than enough drywall to build the homes of every Plaintiff involved in this litigation.