# EXHIBIT H

# BNBM Drywall and Dragon Brand Drywall

## BNBM Drywall and Dragon Brand Drywall

**Beijing New Building Materials PLC**

*Manufactures Dragon Brand Drywall and BNBM Drywall

*Registered Trademark for "BNBM"

**Beijing New Building Material (Group) Co., Ltd.**

*Export Agent for BNBMPLC

**EAC & Son's Corp. (FL)**

**Great Western Building Materials/Boan International Investment Co., Ltd. (CA)**

**Wood Nation, Inc. (FL)**

**Triorient Trading Co. (CT)**

**Davis Construction Supply Co. (FL)**

---

BNBM PLC manufactures "Dragon" brand drywall.

*See* Beijing New Building Materials Public Limited Company Annual Report 2006 [Tab 1, p. 25] ; *See also* BNBM Group Profile Form, Table A [Tab 2]

---

BNBM PLC registered the trademark "BNBM" [Tab 3]

BNBM PLC manufactures BNBM drywall. According to BNBM PLC's website, "BNBM gypsum board quality accords with American ASTM, Germany DIN and British BS. It is the only product in the industry that has passed the US UL authentication." [Tab 4]

---

BNBM Group exported BNBM drywall to U.S. to EAC & Son's, Great Western Building Materials, Boan Int'l Investment, and Wood Nation.

*See* BNBM Group Profile Form, Table B [Tab 2] & BNBM PLC Profile Form, Table B [Tab 5]

---

BNBM PLC sold its drywall to U.S. companies, including:

- **EAC & Son's Corp. (FL)**
- **Great Western Building Materials/Boan International Investment, Co., Ltd. (CA)**
- **Wood Nation, Inc. (FL)**
- **Triorient Trading Co. (CT)**
- **Davis Construction Supply Co. (FL)**

*See* BNBM Group Statement [Tab 6]; BNBM Group Profile Form, Table B [Tab 2]; BNBM PLC Profile Form, Tables B & C [Tab 5]; Summary Chart [Tab 7]

## BNBM Drywall and Dragon Brand Drywall

**EAC & Son's Corp. (FL)**

**[BNBM Group exporter]**

Exported "199,567 square meters", which translates to 2,148,121 sq ft and approximately 44,752 sheets, in November 2005

[Tab 2, Table B]; Translation of BNBM (Group)--E--0003186 [Tab 6]

**Great Western Building Materials/Boan International Investment Co., Ltd. (CA)** [BNBM Group exporter]

Exported "229,547 square meters", which translates to 2,470,823 sq ft and approximately 51,475 sheets, in November 2005

[Tab 2, Table B]; [Tab 6]

**Wood Nation, Inc. (FL)**

[BNBM Group exporter]

Exported "240,372 sheets" (11,537,856 square feet) in November 2005

[Tab 2, Table B]; [Tab 6]

**Triorient Trading Co. (CT)**

Purchased a total 1,483,922 sheets (71,228,256 square feet) from March 2, 2006 to May 22, 2006

[Tab 7]

**Great Western Building Materials/Boan International Investment Co., Ltd. (CA)**

Purchased a total 5,289 sheets (253,872 square feet) from November 15, 2005 to February 21, 2006

Summary Chart [Tab 7]

**Davis Construction Supply Co. (FL)**

Purchased a total of 4,400 packages [Tab 7]

## BNBM Drywall and Dragon Brand Drywall



Dragon Brand



BNBM



BNBM



BNBM Dragon Brand



# Beijing New Building Materials Public Limited Company

# Annual Report 2006



**Board of Directros**

**Beijing New Building Materials Public Limited Company**

**April 9, 2007**

BNBMPLC0000489

BNBM Annual Report 2006

played an important role in world economy growth. It is expected that the world economy will keep its rapid growth momentum in 2007 while the demands on building material products will remain buoyant in the international markets.

(2) Economic growth and development of building materials in China. After the Reform and Opening up, the PRC's economy maintained a rapid growth with average increase of 9.6% in GDP. It is expected that the GDP growth will slowdown and the investment on fixed assets will setback further in 2007. The economy growth of China will be more dependent on domestic demands. The building materials industry as a basic industry of the national economy is closely related to the overall development of the macroeconomic level. With gradual improvement in external environment in recent years, building materials industry gained strong and lasting momentum. The building materials industry is expected to maintain its development trend in 2006 and continue its steady growth in 2007. In particular, during the 11th Five-year Plan period, the PRC will put efforts in building up a recycling economy as well as a conservation-minded and environment-friendly society for sustainable development. Products featuring energy, water, land and materials saving will be advanced, while new building material sector will witness a faster expansion.

(3) Olympics-fuelled demands. The successful hosting of 2008 Olympic Games will spur the investment and consumption demands in Beijing and surrounding areas. It will exert a dramatic pull to the economic growth of Beijing, especially to the industries such as construction, building materials, transportation, post, communication, tourism, food and beverage industries in Beijing and its vicinities.

## 2. Features of Company Products

(1) Energy, water, land, materials saving and environmental protection. The gypsum boards, mineral wool boards, rock wool products and other new building materials products are featured by saving of energy, water, land and materials in production and use, and environmental protection, and are all energy-saving and environmentally friendly products. Based on gypsum board, the Company has developed ten product lines of Dragon-branded building materials with the characteristics of energy, water, land, materials saving and environmental protection and house system featuring energy and land saving, providing innovative product system and application technology for the country's energy saving undertaking.

(2) Comprehensive utilization to resources. The Company attaches great importance on the recycling economies featuring comprehensive utilization to resources. It takes full use of industry waste and slag while manufacturing such products, providing an effective solution against industrial waste pollution. For example, the gypsum plaster board uses FGDG and recycled paper from the power plants, and the mineral wool board and rock wool products use blast furnace slag from steel plants. In addition, in the production process, the gypsum plaster board and mineral wool acoustic board have achieved 100% recycling of industrial waste, and industrial waste water, after treatment and recovery, are all used in the production.

## 3. Industry Status of Company

As the industry leader in the domestic new building materials industry, the company occupies a leading position in the industry in terms of quality, technology, scale and efficiency.

(1) Brand. The Company is the only company that has been granted the title of "Double Green Stars" in the building materials industry. The Dragon branded products won awards and titles such as National Quality Award (the only one in the building material industry), China Famous Trademark, and China Leading Brand. The Company's "Dragon" branded gypsum board and Shandong Taihe's "Taishan" branded gypsum board were recognized as "China Renowned Products" in 2006. The "Dragon" branded gypsum board was awarded as China Number One Brand of the Most Influential Gypsum Board. The "Dragon" branded mineral wool board and lightweight metal frames were recognized as "Renowned Products in Beijing".

(2) Quality. With stringent quality management system, the Company was recognized as national and Beijing "Advanced Enterprise for Both Quality and Efficiency" and was given special awards. Meanwhile, the Company was selected as Grade AAA Enterprise in Quality Reputation during the

BNBMPLC0000513

北新集团建材股份有限公司 2006 年年度报告



# 北新集团建材股份有限公司

## Beijing New Building Materials Public Limited Company

# 2006 年年度报告



北新集团建材股份有限公司董事会

**2007 年 4 月 9 日**

BNBMPLC0000381

北新集团建材股份有限公司 2006 年年度报告

的解决途径。如纸面石膏板采用电厂的烟气脱硫石膏和再生废纸，矿棉吸声板、岩棉制品采用钢铁厂的高炉矿渣。此外，在生产过程中，纸面石膏板、矿棉吸声板均实现工业废料 100%回收利用，工业废水经处理后回收也全部用于生产。

**3、公司行业地位**

公司作为国内新型建材行业的领军企业，在品牌、质量、技术、规模、效益等方面处于行业龙头地位。

(1)品牌。公司是业内唯一的双绿色之星企业，"龙"牌系列产品曾荣获国家质量奖（业内唯一）、中国著名商标、中国行业龙头品牌等称号。2006年，公司"龙"牌石膏板与山东泰和"泰山"牌石膏板荣获 "中国名牌产品"称号，"龙"牌石膏板获得中国最具影响力的石膏板品牌第一名称号，"龙"牌矿棉板和轻钢龙骨获得"北京名牌产品"称号。

(2)质量。公司有严格的质量管理体系，连续数年获得全国和北京市质量效益型先进企业称号并获特别奖，公司产品在国家和北京市质量技术监督局组织的质量监督抽查中获得质量信誉 AAA 企业。

(3)技术。公司具有雄厚的新型建材生产技术和新产品研发能力，设有国家级企业技术中心，建立了完整的技术创新体系。公司目前是国家级专利试点示范企业和全国专利工作先进单位，已申请专利 464 项，专利数量位于建材行业第一位。

(4)规模。截止到报告期末，公司的石膏板业务规模达到年产 4 亿平方米左右，位居中国第一、亚洲第二；公司的矿棉板业务规模达到年产 1600 万平方米，位居中国第一、亚洲第二；公司的轻钢龙骨业务达到年产 58,000 吨，位居中国第一。

(5)效益。多年来，公司主营业务收入和净利润每年均有较大幅度增长。2006 年，公司实现主营业务收入 278,127.73 万元，比上年增长 34.82％；净利润 14,615.56 万元，比上年增长 21.64 ％。

**（四）主营业务及其经营状况**

**1、报告期内公司分行业、分地区的主营业务收入和主营业务利润构成情况**

(1) 报告期内分行业的主营业务收入和主营业务利润构成情况

单位：人民币元

| 行业名称 | 主营业务收入 | 所占比例 | 主营业务毛利润 | 所占比例 |
|---|---|---|---|---|

BNBMPLC0000402

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 |
| | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

## DEFENDANT AFFILIATE/SUBSIDIARY/PARENT MANUFACTURERS' PROFILE FORM

CNBM/BNBM/TG must complete and submit this Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form[1]. CNBM/BNBM/TG must complete and sign a Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form for all activity in the US from 2001 through present. If additional knowledge becomes known after completion, this Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

A.   Name of Affiliate, Subsidiary or Parent of Drywall Manufacturer: Beijing New Building Material (Group) Co., Ltd. ( "BNBM Group")[2]

B.   Address: Room 1001, 10F, Building 4, No.9 South Shouti Road, Haidian District, Beijing

C.   Phone number: +86 10-68799690

D.   Email address: jagr@bnbmg.com.cn

E.   Web site: www.bnbmg.com.cn

F.   President or CEO: Zheng TAO (General Manager)

---

[1] Affiliate shall mean a financial relationship with a parent (or parent-like) entity, a vertical relationship with a subsidiary (or subsidiary-like) entity, and a horizontal relationship between entities that share a common parent (or parent-like) entity.

[2] BNBM Group is submitting this Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form in these multidistrict proceedings without waiving any of its rights to object, in these or in any other proceedings, to: (i) the relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention to the Taking of Evidence Abroad in Civil or Commercial Matters. BNBM Group further notes that it does not manufacture drywall.

G.   Headquarters if Foreign: Room 1001, 10F, Building 4, No.9 South Shouti Road, Haidian District, Beijing

H.   Address of USA Headquarters: None

I.   Name of supervisor at Foreign and/or USA Headquarters: None

J.   Principal Place of Business in USA: None

K.   List of all offices or locations in USA where entity has done business at any time in 2001 through present: None

L.   List of all officers, agents or representatives who have transacted or done business with individuals or companies in the USA at any time from 2001 through present: Chunshan Wei (Deputy Manager of International Business Department of BNBM Group)

M.   Name of Manager at each office or location identified in H, I and/or J above:   None

(If you have identified more than one entity in I(A) above separately answer I(B)-I(M) for each entity.)

II.   **COUNSEL INFORMATION OF DEFENDANT MANUFACTURER**

A.   Name: Michael Barr; Michael Moore; Richard Fenton

B.   Address: Dentons US LLP, 1221 Avenue of the Americas New York, NY 10020-1089 USA

C.   Phone Number: +1 212 768 6700

D.   Fax Number: +1 212 768 6800

E.   E-Mail: Michael.barr@dentons.com;Michael.moore@dentons.com; Richard.fenton@dentons.com

III.   **AFFILIATE AND SUBSIDIARY INFORMATION**

A.   Name of every subsidiary or affiliate that transacts business in the United States or within its jurisdiction[3]: See Table A

B.   Address of each entity identified in A above: See Table A

C.   Identification of the type of business identified in A above: See Table A

D.   Phone number of each entity identified in A above: See Table A

E.   Initial state of incorporation and location where each entity transacts business identified in A above: See Table A

F.   Listing of all trademarks, patents and service marks for each entity identified in A above: See Table A

G.   The full name including any trade names or other names which the entity identified in A above transacts business: See Table A

---

[3] Consistent with the Court's instructions at the March 26, 2015 conference, Table A lists all direct subsidiaries/affiliates responsive to this request to the best of BNBM Group's current knowledge. BNBM Group's response is not an admission that any listed subsidiary is an "affiliate," as used in the Court's July 17, 2014 Contempt Order [Doc. No. 17869] or any other pleading.

H.   Describe all agreements existing between the entity identified in A above and between any manufacturer, exporter, importer, shipper or distributor of Chinese drywall for the importation to the United States:  See Table A _____

IV.   **INSURANCE**

A.   Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

1.   For each policy, identify the following:

Insurer:  ___None_____

Dates policy in effect:

___/ ___/ _____ (Month / Day / Year) to ___/ ___/ _____ (Month / Day / Year)

Policy Number:                    _____

Type of Policy:                    _____

Insurance Agent                   _____

Address of Insurance              _____

Agent in the United States        _____

Policy Coverage Limits            _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all claims you have made on any insurance policies regarding this matter.

1.   For each claim please provide the following:

Date:  ___/ ___/ _____ (Month / Day / Year)

Insurer: _____

Description of claim: _____

Insurer's response to claim: _____

If in litigation:

Caption of Case: _____

Name and address of attorneys involved: _____

_____

_____

Insurance carriers involved: _____

---

### _CERTIFICATION_

      I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

| | | |
|---|---|---|
| _(signature)_ | _(signature)_ | 15.4.3 |
| Signature | Print Name | Date |

**TABLE A**

**SUBSIDIARY/AFFILIATE INFORMATION**

| III.<br>A.  Name of every subsidiary or affiliate that transacts business in the United States or within its jurisdiction | BNBM Group Forest Products Co., Ltd. | BNBM Group Xiamen International Trade Co., Ltd. | China National Building Material Company Limited<br><br>For relevant disclosure, please see the Profile Form of  China National Building Material Company Limited. | Beijing New Building Materials Public Limited Company<br><br>For relevant disclosure, please see the Profile Form of Beijing New Building Materials Public Limited Company. |
|---|---|---|---|---|
| B.  Address of each entity identified in A above : | Room 901, 9F, Building 4, No.9 South Shouti Road, Haidian District, Beijing | Unit 878, 8F, Main Building, No.223 Changhao Road, Dianqian Sub-district, Huli District, Xiamen | | |
| C.  Identification of the type of business identified in A above: | Timber import | Timber import | | Drywall sales |
| D.  Phone number of each entity identified in A above: | 010-68799770 | 0592-2276016 | | |
| E.  Initial state of incorporation and location where each entity transacts business identified in A above: | None | None | | |
| F.  Listing of all trademarks, patents and service marks for each entity identified in A above: | None | None | | Dragon |
| G.  The full name including any trade names or other names which the entity identified in A above transacts business: | BNBM Group Forest Products Co., Ltd. | BNBM Group Xiamen International Trade Co., Ltd. | | Beijing New Building Materials Public Limited Company |
| H.  Describe all agreements existing between the entity identified in A above and between any manufacturer, | None | None | | See Table B |

| exporter, importer, shipper or distributor of Chinese drywall for the importation to the United States: | | | | |

| TABLE B | |
|---|---|
| **BNBMPLC DRYWALL SALES FOR WHICH BNBM GROUP WAS EXPORT AGENT** | |
| November 2005 | Sale of drywall to EAC & Son's Corp. |
| November 2005 | Sale of drywall to Great Western Building Materials/Boan International Investment Co., Ltd. |
| November 2005 | Sale of drywall to Wood Nation, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

PEOPLE'S REPUBLIC OF CHINA

CITY OF SHANGHAI

DECLARATION OF JIA LISHUANG

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Jia Lishuang（贾立双）, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1.    I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2.    I am a senior translator with the Shanghai Transbridge Co., Ltd., and work in the office in Shanghai, China. Shanghai Transbridge Co., Ltd is a professional translation service provider in China.

3.    I am fluent in the languages of Chinese and English.

4.    I hereby certify that I translated Beijing New Building Material (Group) Co., Ltd.'s ("BNBM Group") Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form ("BNBM Group's Profile Form") between the English and Chinese languages. I further certify that the English version of the BNBM Group's Profile Form is a true and accurate translation of the Chinese version of the BNBM Group's Profile Form. I also certify that the English version of the BNBM Group's Profile Form and the Chinese version of the BNBM Group's Profile Form are accurate translations of one another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April ___1___, 2015

贾立双

Jia lishuang



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jul 7 03:20:59 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **BNBM** |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: common metal, namely, ingots of common metal, common metal boards for building purposes, common metal alloy for further manufacture, all common metal profiles, not including welding and railroad metal materials, namely, metal trim for buildings; building metal boards, construction elements made of metal, namely, metal framing materials for ceilings; modular metal buildings, modular metal building structure, metal wainscot, namely, wall panels of metal, metal roofing materials, namely, roofing panels, moveable metal houses, paint spraying booths of metal

IC 017. US 001 005 012 013 035 050. G & S: drywall joint tape, sound insulation materials; acoustical insulation for buildings; non-conducting heat insulation materials, fiberglass insulation for buildings; substances for insulating buildings against moisture, building insulating materials, stuffing materials of foam; hoses of textile material for use in watering, lute, namely, sealing plugs made primarily from rubber, heat insulation materials, thermal insulation materials, sound proofing materials for buildings

IC 019. US 001 012 033 050. G & S: non-metal building materials, namely, gypsum, earthenware tiles, sand and stone, stone, plaster, slag stone, tiles for building, namely, non-metal tiles, building materials, namely, composite panels composed primarily of nonmetal materials, non-metal shelter structures excluding tents, fiberglass reinforced plastic non-metal window and doors, plaster boards |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Trademark Search Facility Classification Code** | LETTER-3-OR-MORE BNBM Combination of three or more letters as part of the mark SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 79049003 |
| **Filing Date** | July 26, 2007 |

B: 7/8/15-7/11/15
Exhibit 148

| | |
|---|---|
| **Current Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | October 28, 2008 |
| **Registration Number** | 3561322 |
| **International Registration Number** | 0950876 |
| **Registration Date** | January 13, 2009 |
| **Owner** | (REGISTRANT) BEIJING NEW BUILDING MATERIALS; PUBLIC LIMITED COMPANY CORPORATION CHINA No. 11A Sanli River Road Haidian District; Beijing CHINA |
| **Attorney of Record** | Charles P. LaPolla |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 



Русско | Francais | عـربي | English | 中文      Friday, July-08-2016, Beijing

Gypsum board & steel stud

Mineral fiber board & T-grid

Fiber cement siding

Rock wool

Doors & Windows

Radiator

Plastic pipe

Paint

OSB board

Prefabricated house

## Gypsum board & steel stud

**BNBM** possesses many advanced gypsum board production lines of international level.

In 1979, BNBM imported the first modern gypsum board production line with an annual production capability of 20 million m2. In November 2004, BNBM set up the third gypsum board line in Shandong Zaozhuang with an annual capability of 30 million m2. In September 2005, the forth production line was set up in Zhuozhou of Hebei Province with a production capability of 50 million m2, This production line was imported from US BMH, adopting the most advanced techniques, and is one of the largest and most advanced gypsum board production lines in the world.

In March 2005, BNBM became the holder of Shandong Taihe Dongxin Co,. LTD. through additional investment. It is a great resource recomposition of China gypsum board industry. Reaching an annual production capacity of one billion m2, BNBM gypsum board business becomes number one in Asia and one of top three gypsum board industry groups in the world.

  

Picture of gypsum board production line



Line 1,2 Beijing
45 million m²

Line 4 Hebei Zuozhou
50 million m²

Line 3 Shandong Zaozhuang
30 million m²

* Line 7 Jiangsu Taichang
60 million m²

* Line 5 Zhejiang Ningbo
30 million m²

* Line 6 Guangdong Gaoyao
60 million m²

More gypsum board production lines location:

1. Shandong Tai'an
2. Hebei Qinhuangdao
3. Hebei Hengshui
4. Jiangsu Jiangyin
5. Jiangsu Pizhou
6. Hubei Jiangmen
7. Shandong Weifang

8. Xinjiang Tianshan
9. Hu'nan Xiangtan
10. Jiangsu Xuzhou
11. Chongqing
12. Yun'nan Yimen
13. Hebei Xibaipo
14. Zhejiang Ningbo

**\* stands for underconstruction**

Map of BNBM Gypsum Board Production Lines

BNBM gypsum board won the famous brand of Beijing and obtained a number of quality awards and credits.

BNBM gypsum board is a green building product for comfortable residence recommend by Ministry of Construction. It is made of high quality gypsum material which is environmental protection and does not contain any harmful chemicals. Its function of humidity adjustment provides a healthy living environment. BNBM gypsum board is suitable for the A Class requirements of the national standards of GB6566-2001 for Building Materials Radionuclide Limits. BNBM gypsum board quality accords with American ASTM, Germany DIN and British BS. It is the only product in the industry that has passed the US UL authentication.

There are five types of products, namely, common series, water-resistant, humidity-resistant, fire-resistant series, and household series. The variety of the products for the length and thickness can satisfy different needs for design.

**Gypsum Board Series**

Regular Series of Gypsum Board
Fire-resistant Series（Normal, High level, Special type）of Gypsum Board
Water-resistant Series（Normal, High level, Special type）of Gypsum Board
High Level Fire-resistant and Water-resistant Series of Gypsum Board
High Level Humidity-resistant Series of Gypsum Board Ceiling
High-Level Fire-resistant Series of Gypsum Board Ceiling
Acoustic Punched Series of Gypsum Board
Printing-decorating Series of Gypsum Board
Joint Compound Gypsum Board and Joint Tape Gypsum Board

**Introduction of BNBM Steel Stud Production Line**

**Location:** Beijing.

**Light steel stud:** adopting cold melding steel board, galvanized steel board, or color steel board as raw materials and using cold bending method to produce steel profile.

Gypsum board steel stud

**Annual output:** 25000 tons



### Advanced Manufacture Technology
The whole equipments were imported from Germany and New Zealand. The advanced rolling technology ensures the precision, straightness and evenness. Its technical indexes all exceed the national standards.

### Manufactured with High-quality Raw Materials
The steel stud used high-quality cold-rolling and continuous heating galvanized steel plate as the raw materials. It has the characteristics of homogeneous material, high intensity and rigidity. The standard of double-sides galvanization is above the national standard. The steel stud is causticity-resistant and rust-preventing, with a best installation capability.

### Variety of Specifications
The steel stud includes variety of products in Germany, Japan and Euro-American series, BNBM possesses the strength in research, development and manufacturing.

### Steel Stud Series
Partition and Ceiling Series Steel Stud
Flat T-grid Stud
Solid Fluty T-grid Stud
CH Shaped Steel Stud
Z Shaped and W shaped shock absorbing Steel Stud
Inequality Steel Stud
Buckled Steel Stud
Atmosphere Steel Stud
Special Break Surface Steel Stud

Copyright 2006 BNBM PLC . All Rights Reserved. Legal  |  Privacy Policy

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

## DEFENDANT AFFILIATE/SUBSIDIARY/PARENT MANUFACTURERS' PROFILE FORM

CNBM/BNBM/TG must complete and submit this Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form[1].  CNBM/BNBM/TG must complete and sign a Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form for all activity in the US from 2001 through present.  If additional knowledge becomes known after completion, this Form must be supplemented.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  Please print legibly or type your responses in English.

I.  **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

    A.  Name of Affiliate, Subsidiary or Parent of Drywall Manufacturer: Beijing New Building Materials Public Limited Company ("BNBMPLC")[2]

    B.  Address: 15F, Building 2, Guohai Plaza, No. 17 Fuxing Road, Haidian District, Beijing, China

    C.  Phone number: +86 400-898-5566

    D.  Email address: bnbm@bnbm.com.cn

    E.  Web site: www.bnbm.com.cn

    F.  President or CEO: Yu CHEN (General Manager)

    G.  Headquarters if Foreign: 15F, Building 2, Guohai Plaza, No. 17 Fuxing Road, Haidian District, Beijing, China

    H.  Address of USA Headquarters: None

---

[1] Affiliate shall mean a financial relationship with a parent (or parent-like) entity, a vertical relationship with a subsidiary (or subsidiary-like) entity, and a horizontal relationship between entities that share a common parent (or parent-like) entity.

[2] BNBMPLC is submitting this Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form in these multidistrict proceedings without waiving any of its rights to object, in these or in any other proceedings, to: (i) the relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention to the Taking of Evidence Abroad in Civil or Commercial Matters.

I.      Name of supervisor at Foreign and/or USA Headquarters: <u>None</u>

J.      Principal Place of Business in USA: <u>None</u>

K.      List of all offices or locations in USA where entity has done business at any time in 2001 through present: <u>None</u>

L.      List of all officers, agents or representatives who have transacted or done business with individuals or companies in the USA at any time from 2001 through present: <u>Kai Cai (Assistant to the Manager of International Business Department from 2005-2007) (former employee); Kailong Lu (Assistant to the Manager of International Business Department from 2005-2006) (former employee) (See fn. 2)</u>

M.      Name of Manager at each office or location identified in H, I and/or J above: <u>None</u>

(If you have identified more than one entity in I(A) above separately answer I(B)-I(M) for each entity.)

II.    **COUNSEL INFORMATION OF DEFENDANT MANUFACTURER**

A.      Name: <u>Michael Barr; Michael Moore; Richard Fenton</u>

B.      Address: <u>Dentons US LLP, 1221 Avenue of the Americas New York, NY 10020-1089 USA</u>

C.      Phone Number: <u>+1 212 768 6700</u>

D.      Fax Number: <u>+1 212 768 6800</u>

E.      E-Mail: <u>Michael.barr@dentons.com;Michael.moore@dentons.com; Richard.fenton@dentons.com</u>

III.   **AFFILIATE AND SUBSIDIARY INFORMATION**

A.      Name of every subsidiary or affiliate that transacts business in the United States or within its jurisdiction[3]: <u>See Table A</u>

B.      Address of each entity identified in A above: <u>See Table A</u>

C.      Identification of the type of business identified in A above: <u>See Table A</u>

D.      Phone number of each entity identified in A above: <u>See Table A</u>

E.      Initial state of incorporation and location where each entity transacts business identified in A above: <u>See Table A</u>

F.      Listing of all trademarks, patents and service marks for each entity identified in A above: <u>See Table A</u>

G.      The full name including any trade names or other names which the entity identified in A above transacts business: <u>See Table A</u>

H.      Describe all agreements existing between the entity identified in A above and between any manufacturer, exporter, importer, shipper or distributor of Chinese drywall for the importation to the United States: <u>See Table A</u>

---

[3] Consistent with the Court's instructions at the March 26, 2015 conference, Table A lists all direct subsidiaries/affiliates responsive to this request to the best of BNBMPLC's current knowledge. BNBMPLC's response is not an admission that any listed subsidiary is an "affiliate," as used in the Court's July 17, 2014 Contempt Order [Doc. No. 17869] or any other pleading.

IV.   **INSURANCE**

    A.      A.Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

        1.    For each policy, identify the following:

            Insurer: _None_____

            Dates policy in effect:

            ___/ ___/ _____ (Month / Day / Year) to ___/ ___/ _____ (Month / Day / Year)

            Policy Number:     _____

            Type of Policy:     _____

            Insurance Agent     _____

            Address of Insurance     _____

            Agent in the United States     _____

            Policy Coverage Limits     _____

            Produce a copy of the Declaration page, exclusions and policy of insurance.

    B.    Identify all claims you have made on any insurance policies regarding this matter.

        1.    For each claim please provide the following:

            Date: ___/ ___/ _____ (Month / Day / Year)

            Insurer: _____

            Description of claim: _____

            Insurer's response to claim: _____

            If in litigation:

            Caption of Case: _____

            Name and address of attorneys involved: _____

            _____

            _____

            Insurance carriers involved: _____

            _____

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

| | | |
|---|---|---|
| Signature | CHEN YU | 03/04/2015 |
| | Print Name | Date |

**TABLE A**

**SUBSIDIARY/AFFILIATE INFORMATION**

| III. | Taishan Gypsum Co., Ltd. | Beijing New Building Material (Group) Co., Ltd. |
|---|---|---|
| A.  Name of every subsidiary or affiliate that transacts business in the United States or within its jurisdiction | For relevant disclosure, please see the Profile Form of  Taishan Gypsum Co., Ltd. | For relevant disclosure, please see the Profile Form of  Beijing New Building Material (Group) Co., Ltd |
| B.  Address of each entity identified in A above : | | |
| C.  Identification of the type of business identified in A above: | Drywall sales | Drywall export agency |
| D.  Phone number of each entity identified in A above: | | |
| E.  Initial state of incorporation and location where each entity transacts business identified in A above: | | |
| F.  Listing of all trademarks, patents and service marks for each entity identified in A above: | Taishan | |

| | | |
|---|---|---|
| **G. The full name including any trade names or other names which the entity identified in A above transacts business:** | Taishan Gypsum Co., Ltd. | Beijing New Building Material (Group) Co., Ltd. |
| **H. Describe all agreements existing between the entity identified in A above and between any manufacturer, exporter, importer, shipper or distributor of Chinese drywall for the importation to the United States:** | | See Table B |

**TABLE B**

**BNBMPLC DRYWALL SALES FOR WHICH BNBM GROUP WAS EXPORT AGENT**

| | |
|---|---|
| November 2005 | Export of drywall to EAC & Son's Corp. |
| November 2005 | Export of drywall to Great Western Building Materials/Boan International Investment Co., Ltd. |
| November 2005 | Export of drywall to Wood Nation, Inc. |

| TABLE C | |
| :-- | :-- |
| BNBMPLC DRYWALL SALES FOR WHICH BNBM GROUP WAS NOT EXPORT AGENT | |
| February 2006 | Sale of drywall to Great Western Building Materials/Boan International Investment Co., Ltd. |
| March and April 2006 | Sale of drywall to Triorient Trading Co. |
| March 2006 | Sale of drywall to Davis Construction Supply Co. |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

PEOPLE'S REPUBLIC OF CHINA

CITY OF SHANGHAI

DECLARATION OF JIA LISHUANG

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Jia Lishuang （贾立双）, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2. I am a senior translator with the Shanghai Transbridge Co., Ltd., and work in the office in Shanghai, China. Shanghai Transbridge Co., Ltd is a professional translation service provider in China.

3. I am fluent in the languages of Chinese and English.

4. I hereby certify that I translated Beijing New Building Materials Public Limited Company's ("BNBMPLC") Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form ("BNBMPLC 's Profile Form") between the English and Chinese languages. I further certify that the English version of the BNBMPLC 's Profile Form is a true and accurate translation of the Chinese version of the BNBMPLC 's Profile Form. I also certify that the English version of the BNBMPLC 's Profile Form and the Chinese version of the BNBMPLC 's Profile Form are accurate translations of one another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April __1__, 2015

贾立双

Jia lishuang

<u>Translation of BNBM (Group)-E-0003186</u>

**Statement on the Gypsum Boards Exported to the U.S. by BNBM Group from the End of 2005 to the Beginning of 2006**

From the end of 2005 to the beginning of 2006, BNBM Group exported, on behalf of BNBMPLC, three batches of gypsum boards (three export contracts) to the United States, and the detailed information is as below:

First Contract: E-GB25190, for export of 229547 square meters of gypsum boards, the total export value was 431823.82 U.S. dollars, the export date should be the beginning of January 2006. Customer information: BAOAN INTERNATIONAL INVESTMENTCO., LTD., Address: 917 Village Oaks Drive, Suite 200, COVINA, CA91724, USA

The original material of this contract has not yet been found

Second Contract: WN6350, for export of 240372 sheets of gypsum boards , the total export value was 2040540.36 U.S. dollars, the export date should be January 22nd, 2006. Customer information: WOOD NATION, INC., 10740 PLANTATION BAY DRIVE, TAMPA, FLORIDA 33647, USA

The original material of this contract has not yet been found

Third Contract: E-GB051118, for export of 199567 square meters of gypsum boards, the total export value was 2394913.00 U.S. dollars, the export date should be February 8th, 2006. Customer information: EAC And SONS CORPORATION., 828 EAST Vine Street, Kissimmee, FL 34744, USA

The original material of this contract was kept in BNBM Group's archives

At the end of 2005 to the beginning of 2006 Beixinjituan exported the American gypsum board service situation explanation

From at the end of 2005 to the beginning of 2006, Beixinjituan altogether acted the northern new joint-stock company to export three batch of gypsum boards (three export contract) to the US, the concrete information was as follows:

The first contract: E-GB25190, exports the gypsum board 229547 square meters, the general exports amount is 431823.82 US dollars, exports the date: Should be in early January, 2006. Customer information: BAOAN INTERNATIONAL INVESTMENT CO., LTD., Address: 917 VILLAGE OAKS DRIVE, SUITE 200, COVINA, CA91724, USA this contract principal edition material had not found the second contract at present: WN6350, exports gypsum board 240372, the general exports amount is 2040540.36 US dollars, exports the date: Should be on January 22, 2006. Customer information: WOOD NATION INC., 10740 PLANTATION BAY DRIVE, TAMPA, FLORIDA 33647, USA this contract principal edition material had not found the third contract at present: E-GB051118, exports the gypsum board 199567 square meters, the general exports amount is 2394913.00 US dollars, exports the date: Should be on February 8, 2006. Customer information: EAC And SONS CORPORATOIN., 828 EAST Vine Street, Kissimmee, FL 34744, USA

<> this contract principal edition material put on file in the Beixinjituan reference room

 --- Common properties ---
Created: Tue Feb 17 13:27: 00 CST 2015 Creator: as Modified: Tue Feb 17 13:45: 00 CST 2015 Revision: 2

 --- Extended properties ---
Application: Microsoft Office Word AppVersion: 14.0000 Characters: 514
CharactersWithSpaces: 603 Company:
DocSecurity: 0 Lines: 4 Pages: 1 Paragraphs: 1 Templatev: Normal TotalTime: 17
Words: 90

# 2005 年底至 2006 年初北新集团出口美国石膏板业务情况说明

从 2005 年底至 2006 年初，北新集团一共代理北新股份公司向美国出口三批石膏板（三个出口合同），具体信息如下：

第一个合同：E-GB25190，出口石膏板 229547 平米，总出口金额为 431823.82 美元，出口日期：应为 2006 年 1 月初。客户信息：BAOAN INTERNATIONAL INVESTMENT CO., LTD., Address: 917 VILLAGE OAKS DRIVE , SUITE 200, COVINA, CA91724, USA
此合同正本资料目前还未找到

第二个合同：WN6350，出口石膏板 240372 张，总出口金额为 2040540.36 美元，出口日期：应为 2006 年 1 月 22 日。客户信息：WOOD NATION INC., 10740 PLANTATION BAY DRIVE, TAMPA, FLORIDA 33647, USA
此合同正本资料目前还未找到

第三个合同：E-GB051118，出口石膏板 199567 平米，总出口金额为 2394913.00 美元，出口日期：应为 2006 年 2 月 8 日。客户信息：EAC And SONS CORPORATOIN.,828 EAST Vine Street , Kissimmee ,FL 34744 , USA
此合同正本资料在北新集团资料室中存档了

BNBM(Group)-E-0003186

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | **MDL NO. 2047** |
| **IN RE:   CHINESE-MANUFACTURED** | * | |
| **DRYWALL** | * | |
| **PRODUCTS LIABILITY** | * | **SECTION: L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# FRE 1006 Summary
# Beijing New Building Materials Public Limited Company's
# Sales, Contracts and Shipments of Gypsum Drywall to U.S.A.

**B: 7/8/15-7/11/15**
**Exhibit 96**

# FRE 1006 Summary
# Beijing New Building Materials Public Limited Company's
# <u>Sales, Contracts and Shipments of Gypsum Drywall to U.S.A.</u>

| DATE | DESCRIPTION | REFERENCE |
|---|---|---|
| 11/15/2005 | "Sales Contract" btw BNBM and **Great Western Building Materials** ("GWBM") - 301 Lombard St., Oxnard, CA & **Baoan International Investment Co., Ltd.** ("BII") - 917 Village Oaks Dr., Covina, CA<br>- 2,467.58 Sq. Ft. Kilo of Gypsum Board for US $431,827.20 (¶1 at p. 1)(BNBMPLC 7430)<br>- "Port of Destination: Los Angeles, U.S.A. (¶6 at p. 1)(BNBMPLC 7431)<br>- Agreement fully executed (BNBMPLC 7433) | BNBMPLC 7430 - 7433 |
| 11/18/2005 | "Sales Contract" executed between BNBM & EAC & Son's Corp. ("EAC") - 828 E. Vine St., Kissimmee, FL<br>- 200,000 pieces of drywall for CIF USD $2,350,000 (¶1 at p. 1)(BNBMPLC 7421)<br>- "Shipping Mark: UL register & Type X mark..." (¶4 at p. 1)(BNBMPLC 7421)<br>- "Port of Destination: Tampa or any port in Florida or Gulf of Mexico area, U.S.A." (¶7 at p. 2)(BNBMPLC 7422) | BNBMPLC 7421 - 7423 |
| 11/16/2005 | CONTRACT for "Gypsum Drywall" btw BNBM and Wood Nation Inc. (10740 Plantation Bay Dr., Tampa, FL 33647).  Contract Number: WN6350<br>- "GRADE STANDARDS: ... ASTM C 1396-04 ... UL certified ..."<br>- "TIME OF SHIPMENT: December 31, 2005 or sooner ..."<br>- "QUANTITIES: a) 122,808 pieces of ½" 4'X12' Regular, b) 67,592 pieces of ½" 4'X12' Ceiling, c) 49,972 pieces of 5/8" 4'X12' Type X"<br>- "TOTAL VALUE: ... (USD$2,040,541)..."<br>- "PORT OF DISCHARGE: Port Manatee, Florida, USA" | BNBMPLC 7445 - 7448 |

Page 1 of  8

| | | |
|---|---|---|
| 11/16/2005 | "Export Agency Agreement" BNBM (Party A) and BNBM Group (Party B)<br>- "Authorized exportation Items: paper faced gypsum boards, sales contract no. WN650 [the 11/16/05 Wood Nation contract], Total Value: US$ 2,040,541.0<br>- "III. Signing - 1. The relationship between Party A and Party B is of principal and agency nature, the relationship between Party B and foreign party (Purchaser) is considered as the relationship between Agency of Party A and Purchaser..." | BNBMPLC 7452 - 7455<br><br>BNBMPLC 7449 - 7451<br>(Chinese Version) |
| 11/30/2005 | "Export Agency Agreement" btw BNBM and Great Western Building Materials ("GWBM") - 301 Lombard St., Oxnard, CA & Baoan Internatl Investment Co., Ltd. ("BII") - 917 Village Oaks Dr., Covina, CA<br>- connected to 11/15/05 BNBM/GWBM & BII contract above | BNBMPLC 7437 - 7440<br><br>BNBMPLC 7434 - 7436<br>(Chinese Version) |
| 11/30/2005 | 11/30/2005 "Export Agency Agreement" btw BNBM & EAC & Son's Corp. ("EAC") - 828 E. Vine St., Kissimmee, FL<br>- connected to 11/18/05 BNBM/EAC contract above | BNBMPLC 7427 - 7429<br><br>BNBMPLC 7424 - 7426<br>(Chinese Version) |
| 1/10/2006 | Carriage Agreement between BNBM & COSCO International Air Freight Beijing, Co., Ltd. (foreign company)<br>- USA shipment specified | BNBMPLC 7585-7586<br><br>BNBMPLC 7580 - 7584<br>(Chinese Version) |
| 1/23/2006 | BNBM Packing List for drywall shipment to EAC & Sons (Kissimmee, FL) - bound for Tampa, USA<br>- Invoice No. E-GB051118<br>- Contract No. E-GB051118<br>- Quantity: 3838 pallets | BNBMPLC 7590 |
| 1/24/2006 | Huatai Insurance Company Cargo insurance policy for drywall shipment to EAC & Sons<br>- Invoice No. E-GB051118<br>- Contract No. E-GB051118<br>- Quantity: 3838 pallets | BNBMPLC 7591 |

| 2/08/2006 | Bill of Lading for BNBM shipment of drywall to EAC & Sons | BNBMPLC 7594 |
|---|---|---|
| 2/21/2006 | Star Shipping Booking Note for BNBM drywall shipment to Los Angeles or Long Beach, California<br>- CHARTERED BY BNBM<br>- Cargo: 840 units of plaster board | BNBMPLC 7573-7574 |
| 2/21/2006 | 2/21/2006 "Sales Contract" btw BNBM and Great Western Building Materials ("GWBM") - 301 Lombard St., Oxnard, CA & Baoan Internatl Investment Co., Ltd. ("BII") - 917 Village Oaks Dr., Covina, CA<br>- 2,822.4 Sq. Ft. Kilo of Gypsum Board for US $502,387.20 (¶1 at p. 1)(BNBMPLC 7441)<br>- "Port of Destination: Los Angeles, U.S.A. (¶7 at p. 1)(BNBMPLC 7442)<br>- Agreement fully executed (BNBMPLC 7444) | BNBMPLC 7441 - 7444 |
| 3/02/2006 | "Purchase Confirmation No. 50590- Rev. 1" between BNBM & Triorient Trading, Inc. ("TTI") - Two Stamford Plaza, 281 Tresser Blvd., Ste. 1505, Stamford, CT<br>- "Material: 230,045 Sheets of Gypsum Board ... According to Specification Standards - ASTM C1396-04" (p. 1) (BNBMPLC 7456)<br>- "Purchase Ext.: $1,265,247.50" (p. 2) (BNBMPLC 7457)<br>- "Discharge Port: Port of Palm Beach, FL, USA" (p. 4) (BNBMPLC 7459) | BNBMPLC 7456 - 7460 |
| 3/03/2006 | 3/3/2006 BNBM Export Products Order for Triorient Trading Inc.<br>- "Product name: Ordinary paper-faced gypsum board (drywall)"<br>- "Quantity: 230112 pieces"<br>- "Delivery Date: Around March 25, please deliver on time"<br>- "Factory must provide a test report about conformity with ASTM"<br>- "Shipping marks: "... Dragon Brand Drywall Per ½"x4'x12' ASTM C1396-04"<br>- "No. Of the original contract: 50590 / 40283" "Order No. Shi 2006-3"<br>- "Contract evaluation: CAI Kai March 7, 2006"<br>- "Approved by: (illegible) March 7, 2006" | BNBMPLC 7495<br><br>BNBMPLC 7494 (Chinese Version) |
| 3/08/2006 | 3/8/2006 Export Goods Declaration of PRC for BNBM's 2/8/06 drywall shipment to California<br>- Export Date: February 8, 2006<br>- Contract No. E-GB 051118<br>- Quantity: 3838 / 199,567 pieces<br>- Total Price: USD 2,394,000.00 | BNBMPLC 7593<br><br>BNBMPLC 7592 (Chinese Version) |

| | | |
|---|---|---|
| 3/12/2006 | "Purchase/Supply Agreement" signed between BNBM & Davis Construction Supply (20725 SW 46th Ave., Newberry, Florida 32669)<br>- Effective from 3/12/2006 - 12/31/2006 (¶1 at p. 1)(BNBMPLC 7467)<br>-  All drywall is required to meet ASTM and UL standards (¶2.1 at p. 2)(BNBMPLC 7468)<br>- End tape requirements = "Produced by BNBM PLC and Distributed by Davis in the USA" (¶2.4.2 at p. 2)(BNBMPLC 7468)<br>- Davis is the "exclusive distributor" for BNBM in the USA, Puerto Rico, Virgin Islands, Dominican Rep and Haiti. (¶6.2.1 at p. 5)(BNBMPLC 7471)<br>- "For obtaining the exclusive distributorship, Davis shall pay USD $1 million to BNBM PLC as a security deposit" (¶6.3, p. 5)(BNBMPLC 7471) | BNBMPLC 7467 - 7476 |
| 3/13/2006 | BNBM *draft* Export Products Order for Triorient Trading Inc.<br>"For Business Division to examine and approve"<br>- "Product name: Ordinary board"<br>- "Quantity: 230,045 pieces"<br>- "Delivery Date: March 20-April 1"<br>- "On the back of each piece of board, it shall print 'ASTM C 1396-04'"<br>- "Shipping marks: "TRIORIENT PORT OF PALM BEACH, FL"<br>- "No. Of the original contract: 50590-Rev 1" | BNBMPLC 7497<br><br>BNBMPLC 7496 (Chinese Version) |
| 3/20/2006 | BNBM Request Note for drywall delivery order<br>- Contract No.: 50590 (same contract number for Triorient Trading)<br>- Salesman: CHEN Lei<br>- Department Chief Officer: CAI Kai | BNBMPLC 7499<br><br>BNBMPLC 7498 (Chinese Version) |
| 3/21/2006 | Export Goods Declaration of PRC for BNBM's 3/17/06 drywall shipment to Los Angeles, USA<br>- Export Date: March 17, 2006<br>- Quantity: 3838 packages<br>- Total Price: USD 502,396.62 | BNBMPLC 7576<br><br>BNBMPLC 7575 (Chinese Version) |
| 3/25/2006 | 3/25/2006 Export Goods Declaration of PRC for BNBM's 1/22/2006 drywall shipment to USA<br>- Export Date: January 22, 2006<br>- Contract No. WN6350 (Wood Nation)<br>- Quantity: 991,495 packages (122,808 pieces & ? Pieces & 49,972 pieces)<br>- Total Prices: USD 1,007,025.60 & 556,282.16 & 477,232.60 | BNBMPLC 7596<br><br>BNBMPLC 7595 (Chinese Version) |

| 4/06/2006 | BNBM Invoice for Plywood to Triorient Trading, Inc. (Samford, Connecticut)<br>- "DESTINATION: PORT OF PALM BEACH, FL, USA"<br>- 1740 pieces of plywood | BNBMPLC 7503 |
|---|---|---|
| 4/07/2006 | BNBM Packing List for shipment of drywall to Triorient Trading, Inc. (Samford, Connecticut)<br>- Contract No. 50590<br>- "Destination: CAPE CANAVERAL, FL, USA"<br>- "Description: Gypsum Board - 230,045 SHEETS"<br>- "Quantity: 215,424 SHEETS" | BNBMPLC 7505-7506 |
| 4/07/2006 | Certificate of Origin for BNBM  shipment of drywall to Triorient Trading, Inc. (Samford, Connecticut)<br>- "From Tianjin Port, China to Cape Canaveral, FL, USA by sea"<br>- "Gypsum Board Tapered Edge 230,045 sheets as per contract No. 50590 according to specification standards ASTM C1396-04"<br>- "Quantity: 215424 Sheets" | BNBMPLC 7508 |
| 4/07/2006 | 4/7/2006 BNBM Invoice for drywall shipment to Triorient Trading, Inc. (Samford, Connecticut)<br>- Contract No. 50590<br>- "Destination: CAPE CANAVERAL, FL, USA"<br>- "Description: Gypsum Board - 230,045 SHEETS"<br>- "Quantity: 215,424 SHEETS"<br>- "AMOUNT: USD $1,184,832" | BNBMPLC 7509 |
| 4/20/2006 | Bill of Lading for BNBM drywall shipment to Triorent Trading (for 230,045 sheets) with shipment to Cape Canaveral, Florida<br>- Contract No. 50590<br>- "Description: Gypsum Board - 230,045 SHEETS" | BNBMPLC 7518 |
| 4/26/2006 | "Purchase Confirmation No. 50590- Rev. 1" btw BNBM & Triorient Trading, Inc. ("TTI') - Two Stamford Plaza, Stamford, CT<br>- "Material: 200,000 Sheets of Gypsum Board ... According to Specification Standards - ASTM C1396-04" (p. 1) (BNBMPLC 7461)<br>- "Purchase Ext: $1,820,000" (p. 3) (BNBMPLC 7463)<br>- "Discharge Port: Port Everglades, FL, USA" (p. 5) (BNBMPLC 7465) | BNBMPLC 7461 - 7466 |

| 4/28/2006 | Export Product Order - drywall shipment to Triorient Trading - Purchase Order No.: shi 2005-0428<br>- Quantity: 185312 sheets<br>- Boards shall be in compliance with the UL and ASTM standards<br>- Original Contract No.: 50614 / 41221<br>- Issuer: CAI Kai<br>- Other names mentioned: Xiaodong Hao & "Tian" | BNBMPLC 7522-7523<br><br>BNBMPLC 7521 (Chinese Version) |
| --- | --- | --- |
| 5/15/2006 | Amendment to 3/12/2006 Purchase Supply Agreement between BNBM & Davis Construction Supply (20725 SW 46th Ave., Newberry, Florida 32669)<br>- increases amount of order per month from 400,000 to 450,000 (¶4 at p. 2)(BNBMPLC 7478) | BNBMPLC 7477-79 |
| 5/19/2006 | BNBM Request Note for drywall delivery order<br>- Contract No.: 50614<br>- Quantity: (2 orders) 178296 sheets & 99476 sheets<br>- Salesman: CHEN Lei | BNBMPLC 7529<br><br>BNBMPLC 7528 (Chinese Version) |
| 5/20/2006 | Export Goods Declaration of PRC regarding BNBM's 4/21/06 drywall shipment to NEW YORK, USA<br>- Contract No. 50590<br>- "Destination Port: New York / Destination Country: USA"<br>- "Quantity: 215424.000 pieces"<br>- "AMOUNT: USD $1,184,832" | BNBMPLC 7517<br><br>BNBMPLC 7516 (Chinese Version) |
| 5/22/2006 | BNBM Invoice to Triorient Trading for drywall shipment to Port Everglades, FL<br>- Invoice No. E-50614;  Contract No. 50614;  Quantity: 192,984 sheets<br>- AMOUNT: USD $1,061,412.00<br>- Account No. 01719708094014 | BNBMPLC 7531 |
| 5/22/2006 | BNBM Mill Certificate - regular gypsum board 4ftx12ftx½in.<br>- Invoice No.: E-50614<br>- Product: regular gypsum board 4ft x 12ft x ½ in. | BNBMPLC 7533 |
| 5/22/2006 | BNBM Packing List for drywall shipment to Triorient Trading - PORT EVERGLADES, FL<br>- Invoice No. E-50614A<br>- Quantity: 192,984 sheets | BNBMPLC 7535 |

| | | |
|---|---|---|
| 6/05/2006 | Bill of Lading for BNBM drywall shipment to Triorient Trading - with shipment to Port Everglades, FL USA<br>- 1914 packages<br>- ASTM & UL standards mentioned | BNBMPLC 7545 |
| 6/12/2006 | Export Goods Declaration of PRC for BNBM's 6/5/06 drywall shipment to NEW YORK, USA<br>- Export Date: June 5, 2006<br>- Quantity: 192984.000 pieces<br>- Total Price: USD 1,061,412.00 | BNBMPLC 7541<br><br>BNBMPLC 7540 (Chinese Version) |
| 6/12/2006 | Export Goods Declaration of PRC for BNBM's 6/5/06 drywall shipment to NEW YORK, USA<br>- NOTE: this is a little different than BNBMPLC 7541 (different "Pre-input Serial Number" and "Customs Serial Number")<br>- Export Date: June 5, 2006<br>- Quantity: 192984.000 pieces<br>- Total Price: USD 1,061,412.00 | BNBMPLC 7543<br><br>BNBMPLC 7542 (Chinese Version) |
| 6/15/2006 | 6/15/2006 Bill of Lading for BNBM drywall shipment to Davis Construction Supply - Newberry, FL<br>- Port of Discharge: Tampa, FL USA<br>- Quantity: 2930 packages | BNBMPLC 7562 |
| 6/15/2006 | 6/15/2006 2nd Bill of Lading for BNBM drywall shipment to Davis Construction Supply - Newberry, FL<br>- different than BNBMPLC 7562 (different quantities)<br>- Port of Discharge: Tampa, FL USA<br>- Quantity: 1470 packages | BNBMPLC 7564 |
| 6/22/2006 | 6/22/2006 Export Goods Declaration of PRC for BNBM's 6/15/06 drywall shipment to Tampa USA<br>- Export Date: June 15, 2006<br>- Contract No. 04292963<br>- Quantity: 2930<br>- Total Price: USD 1,042,523.30 | BNBMPLC 7554<br><br>BNBMPLC 7553 (Chinese Version) |

| 6/22/2006 | 6/22/2006 2nd Export Goods Declaration of PRC for BNBM's 6/15/06 drywall shipment to Tampa USA<br>- different than BNBMPLC 7554 (different quantities, contract # & amt.)<br>- Export Date: June 15, 2006<br>- Contract No. 042912964<br>- Quantity: 1470<br>- Total Price: USD 533,375.00 | BNBMPLC 7556<br><br>BNBMPLC 7555 (Chinese Version) |
| --- | --- | --- |
| 6/22/2006 | 6/22/2006 3rd Export Goods Declaration of PRC for BNBM's 6/15/06 drywall shipment to Tampa USA<br>- different than BNBMPLC 7554 & 7556 (different quantities, etc.)<br>- Export Date: June 15, 2006<br>- Contract No. GB040505-2<br>- Quantity: 32 & Total Price: USD 11,619.84 | BNBMPLC 7558<br><br>BNBMPLC 7557 (Chinese Version) |
| 9/08/2006 | Export Goods Declartion of PRC from BNBM's 7/28/06 drywall shipment to Tampa, USA<br>- Export Date: July 28, 2006<br>- Contract No. 042936325<br>- Quantity: 2302<br>- Total Price: USD 819,254.00 | BNBMPLC 7571<br><br>BNBMPLC 7570 (Chinese Version) |

# SALES CONTRACT

Contract No.: E-GB051118

Date: Nov 18, 2005

**Seller:** BEIJING NEW BUILDING MATERIALS CO., LTD.

**Address:** DEWAI XISANQI, BEIJING CHINA

**Tel:** 0086-10-82918788

**Fax:** 0086-10-82912657

**Buyer:** EAC & Son's Corp.        Edgar A. Chaparro

**Address:** 828 E. Vine St. Kissimmee, FL 34744

**Tel:** (407) 846-9060

**Fax:**( 407) 846-2822

The contract is made by and between the Buyer and the Seller. Whereby the Buyer agrees to buy and the Seller agrees to sell the under mentioned commodity according to the terms and conditions stipulated below:

1. Name of Commodity and Specifications, Quantity, and Unit Price :

| MARKS & NOS. | DESCRIPTION | UNIT | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Gypsum Board (Type X) 4'×12'×5/8"/Piece | Piece | 200,000 | CIF USD $11.75 | CIF  USD  $2,350,000 |

2. Total Value of Contract: CIF USD Two million, three hundred thousand, fifty thousand and no cent.

    Say USD 2,350,000 .00

3. Terms of Payment:

    1) Initial, cash wire transfer 30% of sales amount in USD $ 705,000 within 7 days.

    2) For remaining 70% of the sales amount in USD $ 1,645,000. within 7 days after singnig the contract,the buyer shall open Irrevocable and Divisible Letter of credit at sight on the opening bank accompanied by the commercial document set out in paragraph 5.

    3) All bank charges outside U.S.A. are for the account of the beneficiary.

    4) The L/C shall remain valid for negotiation freely at any bank until the $30^{st}$ day after the date of shipment. (Opening Bank shall be Bank of America, Citi Bank of New York or large international bank that confirmed by the seller.)

4. Shipping Mark:

    UL register & Type X mark on Top or Side of each sheet.

5. Documents:

    1) Full set (i.e. 3/3 originals) of clean on board ocean bills of lading marked "Freight Prepaid". The bills of lading shall include the statement "no solid wood".

    2) Invoice in triplicate

BNBMPLC0007421

    3) Packing List in triplicate, The packing list shall state "no solid wood"

    4) Certificate of Quality issued by Beijing New Building Materials Co. Ltd. Certifying that the 5/8" Type X board meets UL standards.

    5) Certificate of Origin from China council for the promotion of international trade or the Chamber of Commerce.

6. Port of Shipment: Any main port in China

7. Port of Destination: Tampa or any port in Florida or Gulf of Mexico area, U.S.A.

8. The date of shipment: A.S.A.P. or sooner prior to Dec. 31, 2005

9. Packing:

    1) To be packed in a manner suitable for long distance ocean transportation, with appropriate protection against moisture, change of climate, and handling.

    2) The 5/8" 4'X12' will consist of two 26 piece units strapped together into one 52 piece lift.

    3) All lifts will have a plastic cap over the tops, sides and ends, then drywall dunnage strapped to the tops, sides and ends.   No solid wood packing will be permitted.

    4) The Sellers shall mark each lift with a stenciled label that states the item, lift number, piece count, weight and measurement.   International symbols for protection from moisture, handling with care and this side up will also be stenciled on each unit as will a diagram showing how to load and unload with slings.

10. Claims:   Within 2 years after the arrival of the commodity at destination, should the quality, or specification be found not in conformity with the stipulations of the UL standards or ASTM C 1396-04 standards, except those claims for which the insurance company or the carrier accept liability, the Buyers shall, on the strength of an inspection certificate, have the right to claim for replacement with new commodity, or for compensation.

11 Arbitration: All disputes in connection with this contract or the execution thereof shall be settled amicably by negotiation. In case no settlement can be reached, the case under disputes may then be submitted to the " foreign Trade Arbitration Commission of the China or USA Council for the Promotion of International Trade" for Arbitration.

12 Force Majeure: In case of force Majeure, the Seller shall not be held responsible for late delivery or non-delivery of the goods but shall notify the insurance company by the Buyer by fax. If so requested by the buyer, a certificate issued by the China Council for the promotion of International Trade or any competent authorities.

13 Miscellaneous:

The CIF USD price is based on the sea freight to Florida ports or Gulf of Mexico ports.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007422

14  Any amendment, should be agreed by both sides in writing form, and attach to the original copy of sales contract.

Seller:

President (Authorized person):

For and on behalf of
北新建材（集团）有限公司
BEIJING MATERIALS CO., LTD.

Company: BEIJING NEW BUILDING MATERIALS CO., LTD.
Address: DEWAI XISANQI, BEIJING CHINA
Tel: 0086-10-82918788
Fax: 0086-10-82912657

Buyer:

President: Edgar A. Chaparro
Company: EAC & Son's Corp.
Address: 828 E. Vine St. Kissimmee, FL 34744
Tel: (407) 846-9060
Fax:( 407) 846-2822

BEIJING NEW BUILDING MATERIALS CO., LTD.

Name of Bank: BANK OF CHINA HEAD OFFICE
Address: No.1 FUXINGMENNEI, BEIJING CHINA
Beneficiary: BEIJING NEW BUILING MATERIALS CO., LTD.
Account No: 00839508094001
SWIFT CODE: BKCHCNBJ

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007423

# 代理出口协议书

日期：2005 年 11 月 30 日

编号：USA002

## 一、缔约方：

1、 供货委托人（以下称甲方）：北新集团建材股份有限公司

法定住所：北京市海淀区三里河路甲 11 号

邮政编码：

法定代表人：

电话：

传真：

开户银行：

帐号：

2. 出口商（以下称乙方）：北新建材（集团）有限公司

法定住所：北京市海淀区三里河路甲 11 号

邮政编码：100096

电 话：010-82918788

传 真：010-82912657

开户银行：

帐 号：

经双方友好协商，甲方委托乙方为其代理出口该批货物，现订协议如下：

## 二、 代理出口事项

1.货物名称：纸面石膏板；

2.规格和技术标准：同出口合同 E-GB051118；

3.数量：见出口合同 E-GB051118

4.价格：出厂价 RMB10.28/m2；

5.总价：USD$2,400,000.0

6.国外采购商（以下简称外商）：EAC & Son's Corp.

- 1 -

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007424

7.装船期：2006 年 1 月 10-31 日

## 三、 签约

　　1.甲乙双方之间的关系为代理人与被代理人之间的关系，乙方与外商之间的关系为甲方代理人与该外商之间的关系。该合同内所有条款(包括主要条款及附加条款)由甲方与外商自行确定，乙方只履行代理甲方对外签订合同，不参与该合同内任何条款的确定与履行。

　　2.出口合同项下的全部风险和责任由甲方自行独立承担。

　　3.乙方在收到外商的合同款后，按照银行当日的汇率将外币折合成人民币在 7 日内支付给甲方。

　　4. 乙方与外商签订的出口合同. E-GB051118 为本协议书不可分割的一部分。

## 四、 甲方责任

1. 负责与外商洽商和履行所有合同条款(包括主要条款及附加条款)，定好产品、规格、数量，并联系工厂组织货源。

2. 如果国家政策规定本协议第二条确定的货物在出口时，需要出口批文或出口许可证及相关的其他文件，甲方应向乙方提供其出口所必须的相应的出口批文或许可证及相关的其他文件，乙方应给予必要的协助。乙方对前述批文和文件不承担任何责任，包括但不限于，在合同已经签署，但甲方未获得前述文件的风险。

3. 承担海运费、报关费、出口货物商检费及熏蒸费、堆存费.保险等出口过程中的相关费用。

4. 在货物出港后一个月内，甲方必须将生产厂家的增值税发票（以乙方为抬头）提交乙方。如果甲方不能及时将这些单据给乙方，所有损失由甲方承担。

5. 甲方应承诺甲方进行的一切商业贸易行为是合法的，且向乙方提供的单据、 资料是真实的。如有违法、违章事件，由甲方负全部责任。

6. 由于产品质量不好，或外商信誉不好而产生的一切责任，经济损失都由甲方承担。

## 五、 乙方责任

1. 提供有效的核销单据，以乙方的名义对外出口。

2. 负责履行报关、发运、租船运输、商检，保险.、佣金等手续；

3. 尽早办理核销、退税手续。

## 六、 费用及代理费

出口过程中发生的一切费用由甲方承担。乙方按照千分之三向甲方收取出口手续费。



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007425

## 七、 违约责任

协议双方的任何一方违反本协议的约定，给守约方造成损失，违约方应赔偿守约方损失。

## 八、 争议解决

本协议项下的争议应首先通过友好协商解决，如果不能通过友好协商解决，该协议应提交北京市法院解决。

## 九、协议生效及终止。

1. 本协议自甲、乙双方传真签字盖章之日起生效。

2. 本协议在买卖合同已履行完毕，经双方友好协商而终止。

3. 本协议一方或双方因不再具有中国法律规定的民事主体资格或具有其它资质及经营范围上的缺陷而终止，如因该等原因造成的本协议而终止，过错方须赔偿无过错方的损失。

甲方: 北新集团建材股份有限公司

（签章）



乙方: 北新建材（集团）有限公司





- 3 -

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007426

## Export Agency Agreement

Date: November 30, 2005
Number: USA002

I. Parties

1. Authorizing Supplier Party (Party A): Beijing New Building Materials Public Limited
Company
Address: No. 11 Sanlihe Road, Haidian District, Beijing, P. R. China
Postcode:
Legal Representative:
Telephone:
Fax:
Name of bank:
Account number:

2. Exporter (Party B): Beijing New Building Material (Group) Co., Ltd
Address: No. 11 Sanlihe Road, Haidian District, Beijing, P. R. China
Postcode: 100096
Telephone: 010-82918788
Fax: 010-82912657
Name of bank:
Account number:

This agreement is entered into by Party A and Party B through friendly consultations,
Party A hereby authorizes Party B as export agency for exportation of such goods as
follows:

II. Authorized exportation Items

1. Name of goods: paper faced gypsum boards;
2. Specification and technological standards: same as sales contract no. E-GB051118;
3. Quantity: see sales contract no. E-GB051118;
4. Price: factory price RMB10.28/m$^2$;
5. Total Value: US$ 2,040,541.0
6. Overseas Purchaser (Purchaser): EAC & Son's Corp.
7. Period of loading: January 10-31, 2006

III. Signing

1. The relationship between Party A and Party B is of principal and agency nature, the
relationship between Party B and foreign party (Purchaser) is considered as the
relationship between Agency of Party A and Purchaser. All terms in such agreement
between Party B and Purchaser (including the main terms and additional terms) shall be
determined between and by Party A and Purchaser; Party B merely signs agreements on

1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    BNBMPLC0007427

behalf of Party A to other parties, but does not participate in confirmation and performance of any terms in such agreements.

2. Party A is solely and independently responsible for all risks and liabilities under export agreements.

3. After Party B receives payment from Purchaser, Party B shall convert the foreign currency payment into Renminbi using the exchange rate on the payment date, and make payments to Party A within 7 days.

4.  The export agreement - sales contract No. E-GB051118 signed between Party B and Purchaser - forms an inseparable part of this agreement.

IV. Party A's responsibilities

1. Party A is responsible for negotiating and performing all terms of the agreement together with Purchaser (which includes main terms and additional terms); and confirming the right product, its specification, its quantity, and contacting factories for supplying goods.

2. If the PRC national policies or regulations require goods exported under Clause II to retain export approval or license certificate and relevant other documents for exportation purposes; Party A shall supply to Party B all necessary export approval or license certificate and relevant other documents, and Party B shall assist Party A if required. Party B is not responsible for applying for any aforementioned official documents, including but not limited to risks associated with the situation where Party A has not obtained such documents but agreement with other parties has already been signed.

3. Party A is liable for ocean freight, customs declaration fee, export commodity inspection fee, fumigation charge, stocking charge, insurance and other fees related to the exportation process.

4. Party A must supply Party B with manufacturer's Value Added Taxed invoice (with Party B's title head) after one month of cargo departure. If Party A cannot supply Party B with the aforementioned invoices, Party A shall be held liable for all losses.

5. Party A shall guarantee that all business and trade activities performed by Party A are legal, and all relevant invoices and information provided to Party B are genuine. If an incident which is illegal or against regulations has occurred, Party A shall be held liable for all responsibilities.

6. Party A shall be liable for all economic losses and liabilities incurred as a result of bad product quality or Purchaser's bad reputation.

V. Party B's responsibilities

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                   BNBMPLC0007428

1. Party B shall supply valid verification documents, and to conduct exportation in the name of Party B.

2. Party B is responsible for the process of customs declaration, cargo dispatch, chartering transport, commodity inspection, insurance and commission charging etc.

3. Party B shall finish the verification and tax refund process as soon as possible.

VI. Fees and agency fees

Party A shall be liable for all fees incurred during the exportation process. Party B shall receive payment(s) from Party A equal to 0.3% of total price as export processing cost.

VII. Breach

Any party who breaches terms of this agreement and caused losses to the non-breaching party shall pay compensation to the non-breaching party.

VIII. Dispute resolution

Disputes under this agreement shall be first resolved by friendly negotiations, if disputes cannot be resolved by friendly negotiations, such dispute shall be resolved in the Beijing courts.

IX. Effective date and termination date of the agreement

1. This agreement shall take effect as of it is duly signed and sealed by both parties by way of fax.

2. This agreement shall terminate at the end of performance of the Purchase agreement, and after friendly consultations by both parties.

3. If one party or both parties under this agreement loss(es) its objective civil action capability under the PRC law or suffer(s) deficiency in terms of its ability or operational scope, and caused termination of this agreement; the wrong-doing party shall pay compensation to the innocent party for its losses.

Party A: Beijing New Building Materials Public Limited Company
Sealed and signed

Party B: Beijing New Building Material (Group) Co., Ltd
Sealed and signed

3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007429

FROM :GWBM-OXNARD                    FAX NO. :805-278-4667         Dec. 01 2005 12:02PM P??

# SALES CONTRACT

Contract No.:   E-GB25190

Date: Nov 15, 2005

**Sellers: BEIJING NEW BUILDING MATERIALS CO., LTD.**
Address: DEWAI XISANQI, BEIJING CHINA
Tel: 0086-10-82918788
Fax: 0086-10-82912657

**Buyers: GREAT WESTERN BUILDING MATERIALS**
301 Lombard St Oxnard, CA 93030
Tel: 001-(805) 278-4474; fax (805) 278-6019
Website: www.gwbm.com

**BAOAN INTERNATIONAL INVESTMENT CO., LTD.**
917 Village Oaks Drive Covina CA 91724
Tel: 001-(626)-339-4000; fax: 001-(626)-339-2500

The contract is made by and between the Buyer and the Seller. Whereby the Buyer agrees to buy and the Seller agrees to sell the under mentioned commodity according to the terms and conditions stipulated below:

1. Name of Commodity and Specifications, Quantity, and Unit Price :

| MARKS & NOS. | DESCRIPTION | UNIT | QTY. | UNIT PRICE CFR Los Angeles | AMOUNT CFR Los Angeles |
|---|---|---|---|---|---|
| | Gypsum Board (Regular) 4'×12'×1/2"/Piece  5% more or less should be allowed | Kilo Sqft | 2467.584 | US$ 175 | US$431,827.2 |
| | **TOTAL** | | | | US$431,827.2 |

2. Total Value of Contract: USD431,827.2 Say US DOLLAR FOUR HUNDRED AND THIRTY ONE THOUSAND EIGHT HUNDRED AND TWENTY SEVEN CENTS TWENTY ONLY as defined above CFR Los Angeles with THC/Wharfage paid by the seller and loading charges onto the truck at Buyers' account.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007430