# BNBM 北新集团建材股份有限公司

国际业务部
电话：010-82988788
传真：010-82912657

## 提货申请单

合同号：50590
日期：　2006.3.20

| 品名及规格 | 数量 | 单位 |
|---|---|---|
| 楔形边普通纸面石膏板<br>4'×12'×1/2" | 230,112 | 张 |

上上×7.9R（3.2×3.66）

业务员：陈雷

部门主管：

二班 9.842/m²

683米/架　3384架

943米

# BNBM Public Limited Company

International Business Department
Telephone: 010-8298878
Fax: 010-82912657

Contract No.:   50590
Date:               2006-3-20

### Request Note for Delivery Order

| Product and Specification | Quantity | Unit |
|---|---|---|
| Wedge-shaped regular gypsum board 4'×12'×1/2" | 230,112 | Sheet |

Illegible 5.50 x 7.99 x (3.66)
=9.84 Yuan/m²
illegible

Salesman: CHEN Lei                    Department Chief Officer: CAI Kai

68 sheets/package         3384
packages
                94 sheets

**BNBM** BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

## Invoice

Invoice No.: E-P50590 -1
Invoice Date. 2006/04/06
Sold to Messrs: TRIORIENT TRADING INC.
　　　　　　　TWO STAMFORD PLAZA,
　　　　　　　281 TRESSER BLVD., SUITE 1505,
　　　　　　　STAMFORD, CT 06901
DESTINATION: PORT OF PALM BEACH, FL, USA

Contract No. 50590/40283
Port of Loading: TIANJIN, CHINA

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Ply wood | 1740pcs | USD $11.00/piece | USD $ 19,140.00 |
| **TOTAL AMOUNT** | USD Nineteen thousand, one hundred, forty, no cent | | |
| **NAME OF BANK** | BANK OF CHINA   HEAD OFFICE | | |
| **ADDRESS OF BANK** | 1,FUXINGMENNEI, BEIJING CHINA | | |
| **BENEFICIRY** | BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY | | |
| **ADDRESS OF BENEFICIRY** | NO.16 WEST ROAD, JIANCAICHENG, HAIDIAN DISTRICT, BEIJING 100096, CHINA | | |
| **ACCOUNT NO.** | 01719708094014 | | |

For and on behalf of
北新建材建筑材料公司
SIGNATURE
BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

.........DATE...2006.....04....6..............
　　　　　　　Authorised Signature

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007503

  **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY**

# BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

## PACKING LIST     ORIGINAL

Invoice No. E-50590A

Invoice Date. 2006/04/07

L/C NO.: NY902843

Sold to Messrs:   TRIORIENT TRADING INC.

TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505,

STAMFORD, CT 06901

Destination: CAPE CANAVERAL, FL, USA

Contract No. 50590

Port of Loading: TIANJIN PORT, CHINA

| MARKS & Nos. | DESCRIPTION | QUANTITY | PACKAGE | GROSS WEIGHT | NET WEIGHT |
|---|---|---|---|---|---|
| TRIORIENT CAPE CANAVERAL, FL P.O. 50590/40283  DESCRIPTION: GYPSUM BOARD GROSS WEIGHT:3010KGS/6622LBS NET WEIGHT:2900KGS/6380LBS SIZE:WIDTH4/LENGTH12/THICKNESS1/2  IN  INCHES MADE  IN  CHINA  IN ACCORDANCE  TO  ASTM C1396-04 | GYPSUM BOARD, TAPERED EDGE 230,045 SHEETS 4'×12'×1/2", AS PER CONTRACT NO. 50590 ACCORDING TO SPECIFIXCATION STANDARDS ASTM C1396-04 UNIT PRICE USD 5.50/SHEET FOB L/S/D TIANJIN, CHINA | 215,424SHEETS | 3168 | 9,535,680KG | 9,187,200 KG |
| | TOTAL | 215,424 SHEETS | 3168 | 9,535,680 KG | 9,187,200 KG |

For and on behalf of
北新集团建材股份有限公司
BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPA

Authorized Signature

A) THE GYPSUM BOARD SHIPPED IS PROPERLY PALLETIZED, WRAPPED AND
   SEALED TO PROTECT THEM AGAINST DAMAGE IN SHIPMENT.

B) THAT THE BOARDS (PIECES) ARE PACKED 68 BOARDS (PIECES) PER PALLET
   AND ARE WRAPPED WITH REJECTED BOARDS ON EACH SIDE SO TO
   PROTECT AGAINST DAMAGE. PALLETS ARE CONSTRUCTED SO AS TO

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007505

 **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY**

ALLOW FOR FORKLIFT LOADING/UNLOADING.

C) CARGO HAS BEEN PRE-SLUNG USING UYLON STRAPS NYLON STRAPS AND NYLON WIRES HAVE BEEN SECURED TO THE SLINGS SO THAT AFTER EACH LAYER IS UNLOADED IT IS POSSIBLE TO GRAB THE SLINGS FOR THE NEXT LAYER.

D) EACH PALLET IS ENCLOSED WITH A PLASTIC CAP COVER FROM TOP AND DOWN TO FURTHER PROTECT AGAINST MOISTURE. EACH PALLET IS MARKED FOR SIZE/WIDTH/THICKNESS.

E) THE GYPSUM BOARDS HAVE END TAPE AND HAVE PRINTING ON THE BACK OF EACH AND EVERY SHEET SHOWING THAT THEY ARE MANUFACTURED IN CHINA ACCORDING TO ASTM C1396-04.

F) THERE IS NO SOLID WOOD MATERIALS USED IN ANY OF THE PACKAGING OF THIS CARGO.

For and on behalf of
北新集团建材股份有限公司
BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

陈倩

....................................
Authorized Signature



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

COPY

| | Certificate No. 051031355 |
|---|---|

**1. Exporter**

BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY, NO. 16 WEST ROAD, JIANCAICHENG, HAIDIAN DISTRICT, BEIJING 100096, CHINA

06C1100A1366/01001R

**CERTIFICATE OF ORIGIN**

**OF**

**THE PEOPLE'S REPUBLIC OF CHINA**

**2. Consignee**

TRIORIENT TRADING INC. TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505, STAMFORD, CT 06901

**3. Means of transport and route**

FROM TIANJIN PORT, CHINA TO CAPE CANAVERAL, FL, USA BY SEA

**5. For certifying authority use only**

CHINA COUNCIL FOR THE PROMOTION OF INTERNATIONAL TRADE IS CHINA CHAMBER OF INTERNATIONAL COMMERCE

**4. Country / region of destination**

UNITED STATES

| 6. Marks and numbers | 7. Number and kind of packages; description of goods | 8. H.S.Code | 9. Quantity | 10. Number and date of invoices |
|---|---|---|---|---|
| | THREE THOUSAND ONE HUNDRED AND SIXTY EIGHT (3168) PACKAGE OF GYPSUM BOARD, TAPERED EDGE 230,045 SHEETS 4' × 12' × 1/2'', AS PER CONTRACT NO. 50590 ACCORDING TO SPECIFIXCATION STANDARDS ASTM C1396-04 UNIT PRICE USD5.50/SHEET FOB L/S/D TIANJIN, CHINA | 68091100 | 215424SHEETS | E-50590A APR. 07, 2006 |
| | ****************************************** | | | |

TRIORIENT CAPE CANAVERAL,
FL P.O. 50590/40283 DESCRIPTION:
GYPSUM BOARD GROSS WEIGHT:
3010KGS/6622LBS NET WEIGHT:
2900KGS/6380LBS SIZE:
WIDTH4/LENGTH12/THICKNESS1/2
IN INCHES MADE IN CHINA
IN ACCORDANCE TO ASTM C1396-04

**11. Declaration by the exporter**

The undersigned hereby declares that the above details and statements are correct, that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China.

BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY NO. 16 WEST ROAD, JIANCAICHENG, HAIDIAN DISTRICT, BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

..............................
Authorized Signature

BEIJING, CHINA APR. 07, 2006

Place and date, signature and stamp of authorized signatory

**12. Certification**

It is hereby certified that the declaration by the exporter is correct.

中国国际贸易促进委员会
单据证明专用章
CHINA COUNCIL FOR THE PROMOTION OF INTERNATIONAL TRADE

BEIJING APR. 07, 2006

Place and date, signature and stamp of certifying authority

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007508

 **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY**

# BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

## Invoice

Invoice No.: E-50590A

Invoice Date. 2006/04/07

L/C NO.: NY902843

Sold to Messrs:   TRIORIENT TRADING INC.

Contract No. 50590

Port of Loading: TIANJIN PORT, CHINA

**ORIGINAL**

TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505,STAMFORD, CT 06901

Destination: CAPE CANAVERAL, FL, USA

| *MARKS & Nos.* | *DESCRIPTION* | *QUANTITY* | *UNIT PRICE* | *AMOUNT* |
|---|---|---|---|---|
| TRIORIENT<br>CAPE CANAVERAL, FL P.O.<br>50590/40283<br>DESCRIPTION:GYPSUM BOARD<br>GROSS<br>WEIGHT:3010KGS/6622LBS<br>NET WEIGHT:2900KGS/6380LBS<br>SIZE:WIDTH4/LENGTH12/THICK<br>NESS1/2 IN INCHES MADE IN<br>CHINA IN ACCORDANCE TO<br>ASTM C1396-04 | GYPSUM BOARD,<br>TAPERED EDGE 230,045<br>SHEETS<br>$4' \times 12' \times 1/2''$ , AS PER<br>CONTRACT NO. 50590<br>ACCORDING TO<br>SPECIFIXCATION<br>STANDARDS ASTM<br>C1396-04 UNIT PRICE<br>USD 5.50/SHEET FOB<br>L/S/D TIANJIN, CHINA | 215,424SHEE<br>TS | USD<br>5.50/SHEET<br>FOB L/S/D<br>TIANJIN,<br>CHINA | USD<br>$1,184,832 |
| **TOTAL AMOUNT** | USD $1,184,832.00 | | | |
| **NAME OF BANK** | BANK OF CHINA    HEAD OFFICE | | | |
| **ADDRESS OF BANK** | 1,FUXINGMENNEI, BEIJING CHINA | | | |
| **BENEFICIRY** | BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY | | | |
| **ADDRESS OF BENEFICIRY** | NO.16 WEST ROAD, JIANCAICHENG, HAIDIAN DISTRICT, BEIJING 100096, CHINA | | | |
| **ACCOUNT No.** | 01719708094014 | | | |

*For and on behalf of*

SIGNATURE

DATE _Dof. 6. 7_
*Authorized Signature*



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007509

收汇核销联

# 中华人民共和国海关出口货物报关单

预录入编号：055561895　　　　　　海关编号：

| 出口口岸 新港海关 0202 | | 备案号 | | 出口日期 060526190670 | 申报日期 |
|---|---|---|---|---|---|
| 经营单位 1108910166 北新集团建材股份有限公司 | | 运输方式 | 运输工具名称 2006城运输号1 | | 2006-04 15 |
| 发货单位 1108910166 北新集团建材股份有限公司 | | 贸易方式运输 SAGAMASCOT | 征免性质 | SPCRXNNPCA139661 | 结汇方式 电汇 |
| 许可证号 | 运抵国（地区） 一般贸易 | | 指运港10 一般征税 | （ 10 境内货源地 北京其他（11909 | 电汇 |
| 批准文号 042894003 | 成交方式 美国 | 运费 （ 502 ） | 保险费 | （-3166） 杂费 | |
| 合同协议号 50590 | 件数 FOB | 包装种类 | 毛重（公斤） | 净重（公斤） | |
| 集装箱号 0 | 随附单据 3168 | 其它 | | 95356 生产厂家 9187200 | |
| 标记唛码及备注 | | | | | |

| 项号 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国（地区） | 单价 | 总价 | 币制 征免 |
|---|---|---|---|---|---|---|
| 1.68091100 （ 0 ）. | 纸面石膏板 | 9187200.000千克 0.000 215424.000片 | 美国 （502） | 5.5000 | 1184832.00 USD 照章征税 美元 | |
| | | | | | 用途：其它 | |

| 税费征收情况 | | | | |
|---|---|---|---|---|

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期（签章） | |
|---|---|---|---|---|
| 报关员 | | | 审单 | 审价 |
| 单位地址 | | 申报单位（签章） 天津圣仑海兴报关有限公司 填制日期 | 征税 | 统计 |
| 邮编 | 电话 | | 查验 | 放行 |

签发日期： 2006-05-2

11/17

Verification Bill of Receipt of Foreign Exchange

## Export Goods Declaration Form of the Customs of the People's Republic of China

Pre-input Serial Number： 055561895      Customs Serial Number： 020220060526190670

| Export Port | Xin Gang Customs  0202 | Number of Customs Recordation: | | Export Date: April 21, 2006 | Declaration Date: April 15, 2006 |
|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport: River and Sea | | Means of Transport: SAGAMASCOT/1340 | Delivery Bill Number: SFCRXNNPCA139661 |
| Consignor | BNBM PLC | Mode of Trade: General Trade | | Nature of Exemption: General Taxation | Terms of Payments: T/T |
| Licence No. | | Destination Country (Area): USA | | Destination Port: New York (3166) | Domestic Cargo Origin: Beijing and other |
| Approval Document No. | 042894003 | Transaction mode: FOB | | Premium: | Incidental Expenses: |
| Contract No.: | 50590 | Quantity: 3168 Packages | Type of Package: Other | Gross weight（KG） 9535680 | Net weight（KG） 9187200 |
| Container No.: 0 | | Attached documents | | | Manufactures |
| Marked Code And Remarks | | | | | |

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Area): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 68091100 | Paper-faced Drywall | 9187200.000 (kg) 0.000 215424.000 pieces | USA (502) | 5.5000 | 1184832.00 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |

| Tax Collection Condition | | | | | |
|---|---|---|---|---|---|
| Recording Clerk        Recording Unit | | Hereby confirming that the declaration is correct and bearing the legal responsibility | | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
| Customs Declaration Clerk | | | | Examination of Documents | Appraisal of Price |
| | | Declaring unit (stamp) : | | | |
| Address of the Declaring Unit | | Shenglun Haixing Declaration of Tianjin | | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | | Examination: | Release |

Issue Officer:

Issue Date: May 20, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007517

15

50590

SAGA WORLD CARRIERS

## BILL OF LADING

PAGE 2

SHIPPER (complete name & address)

BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED
COMPANY,NO.16 WEST ROAD,JIANCAICHENG,
HAIDIAN DISTRICT,BEIJING 100095,CHINA

BOOKING NO.

BILL OF LADING NO.
SFCRXNNPGA139964

EXPORT REFERENCES

CONSIGNEE complete name & address

TO THE ORDER OF
R2B FINANCE LLC,1133 AVENUE OF THE AMERICAS,
16TH FLOOR,NEW YORK,NEW YORK 10038,ATTN
GRACE WADSWORTH,TEL: 212-845-4109

FORWARDING AGENT, FMC NO.

POINT & COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY (complete name & address. No responsibility whatsoever will attach to the Carrier or to its agent by reason of, any omission or failure to advise the notify party(s).

TRICRUENT TRADING INC.,
TWO STAMFORD PLAZA,281 TRESSER
BLVD.,SUITE 1503,STAMFORD,CT 06901

ALSO NOTIFY · ROUTING & INSTRUCTIONS

| VESSEL | VOY NO. | PORT OF LOADING | PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|---|---|---|
| SAGA MASCOT V. 18AQ | | TIANJIN PORT,CHINA | | |
| ON CARRIAGE PORT | PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | TYPE OF MOVE | |
| | OAPE CANAVERAL,FL.USA | | | |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS · NOS CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGED GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| TRICRUENT CAPE CANAVERAL FL P.O. 50590/40283 DESCRIPTION: GYPSUM BOARD GROSS WEIGHT: 3010KGS/6822LBS NET WEIGHT:2900KGS/6 386LBS SIZE:WIDTH4/LENG TB12/THICKNESS1/ 2 ININCHES MADE IN CHINA IN ACCORDANCE TO ASTM C1396-04 | 3168 PACKAGES | GYPSUM BOARD,TAPERED EDGE 290,045 SHEETS 4' X 12' X 1/2",AS PER CONTRACT NO.50590 ACCORDING TO SPECIFIXCATION STANDARDS ASTM C1396-04 UNIT PRICE USD 5.50/SHEET FOB L/S/D TIAN JIN, CHINA FREIGHT PAYABLE AS PER CHARTER PARTY | 9535680KGS | |

ORIGINAL

| FREIGHT CHARGES | BASIS W/M | RATE | PRE PAID | COLLECT | FREIGHT PAYABLE AT/BY |
|---|---|---|---|---|---|
| | | TOTAL | | | DEMURRAGE 00/day rate per day |

IN WITNESS whereof the number of original Bills of Lading stated below, all of this tenor and date, one of which being accomplished the others to stand void.

中国对外贸易运输代理有限公司
CHINA NATIONAL FOREIGN TRADE TRANSPORTATION (GROUP) CORPORATION, TIANJIN
SIGNED FOR THE CARRIER

PLACE & DATE OF ISSUE
TIANJIN

2 0 APR 2006

AS AGENT FOR AND ON
BEHALF THE MASTER
OF MV "SAGA MASCOT"
CAPT:TYMCZYSZYN BOGDAN

NUMBER OF ORIGINAL B/L
THREE

General Manager

SIGNATURE

As Agent For The Master

APPLICABLE ONLY WHEN USED AS THROUGH BILL OF LADING

REV. MAR 2005

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# BNBM

# 出口产品订单

订单号: 石2005-0428

2006-4-28

| 编号 | 产品名称 | 产品规格 | 数量 | 交货日期 | 备注 |
|---|---|---|---|---|---|
| 1 | 普通纸面石膏板 (drywall) | 1/2"x4'x12'(12.7x1220x3660) | 185312张 | 5月25日左右，请按时交货。 | 工厂交货 |
| 3 | 防火纸面石膏板 (type X) | 5/8"x4'x12'(15.9x1220x3660) | 100000.0张 | | |

| 技术要求 | 12.7的板须符合SATM C1396-04 对应规格所要求的规定。单位平量<9.2kg/m2，此点请务必注意，关系到最后的利益。<br>15.9的板要求符合UL认证标准。单位平量在12.5~12.8kg/m2 带UΠ认证标识。<br>石厂出且符合ASTM的检测报告。<br>楔形边的标准要达到ASTM要求。 |
|---|---|
| 包装 | 12.7的板68张做成一个整体包装中间以垫条分成两层各34枕，以塑料薄整体覆盖以防雨、防潮。塑料要一定要压实，不得出现褶皱，以待看板包裹。托盘不得使用实木，以免熏蒸。要求适合长途海运。请严格要求，木公司有不惜"的包装造成损坏的赔偿条款。<br>15.9的板52张做成 一个群体包装，中间以垫条分成两层各26张。其他要求与12.7的板相同。<br>包装外面贴贴有类标签，在每架上标明标签，注明货品、型号、数量、重架和尺寸，包含防潮保护、轻存轻放、正面朝上等通用标识。并且显示有关吊点等。每架板最上面加一张板做为保护，但不计算在供货数量内。 |
| 唛头 | 12.7的drywall板每张板背面打印至少包括: 1/2"x 4'X12' DRYWALL PER ASTM C 1396 – 04. Made in China 字样，其他内容由工厂决定，经际际业务认可。<br>15.9的type X 按UL 型求做。UL标识<br>封边纸要求有如下内容:<br>普通板 (drywall) :BNBM  1/2"x4'x12' DRYWALL<br><br>防火板 (type X) BNBM  5/8"X4'X12 TYPE X |

| 原合同(订单)编号 | 50614/41221 |
|---|---|
| 订货单位 | Triorient trading Inc |

合同评定: 3/1/1气 24/4
签发人. 蔡测

秀 孔 28/4

寺 底 足 3/4

闭 按 3/4

Export Product Order

Purchase Order No.: shi (石)2005-0428                                      2006-4-28

| No. | Product | Specification | Quantity | Delivery Date | Note |
|---|---|---|---|---|---|
| 1 | Regular gypsum board (drywall) | 1/2"×4'×12'(12.7×1220×3660) | 185312 sheets | Around 25 May, please deliver on time | Ex works |
| 2 | Fire resistant gypsum board (drywall) (Type X) | 5/8"×4'×12' (15.9×1220×3660) | 100000.0 sheets | | |
| Technique Requirement | | Boards of 12.7 shall be in compliance with SATM C 1396-04. the weight per unit shall be lighter than (<) 9.2 kg/m². This point must be highlighted as it will effect the final profit and loss. Boards of 15.9 shall be in compliance with the UL Standard.. the weight per unit shall be between 12.5-12.8 kg/m² with UL Certificate. ASTM test report shall be offered by the factory. The wedge-shaped shall be in compliance with the ASTM Standard. | | | |
| Package | | Every 68 sheets of Boards of 12.7 shall be put into one package with filler strip in the middle of 34 sheets. Plastic shells cover the whole package to resist rain and moisture. The plastic shell must be tightly compacted and must not be exposed and be covered by gypsum boards. The trays shall not be made of solid wood to avoid fumigation. The package shall be suitable for long-distance ocean shipping. This contract has enclosed the indemnity clause for improper package. Every 52 sheets of Boards of 15.9 shall be put into one package with filler strip in the middle of 26 sheets. The other package requirements are similar with those for the boards of 12.7. Relative tags shall be stuck on the package outside: a tag on every shelves with name of the product, shelf number, quantity, weight and size, including moisture protection、 handle with care, right side up, and the other general marks. The lifting points also need to be pointed out.  A plate shall put under each shelf of boards, but its weight shall not be counted in. | | | |
| Mark | | Normal gypsum boards (drywall) of 12.7 shall be marked: 1/2"×4"×12' DRYWALL PER ASTM C 1396-04. "Made in China" indication, on the back of each. Other marks may be decided by the factory, which shall in compliance with the international practice. Type X of 15.9 shall be in compliance with the UL Standard with UL Mark. Edge sealing paper shall indicate the following context: | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                      BNBMPLC0007522

| | Normal gypsum boards (drywall): BNBM 1/2"×4"×12' DRYWALL<br>Fire resistant gypsum board (type X): BNBM 5/8"×4'×12' TYPE X. |
|---|---|
| Original Contract (Purchase Order) No.: | 50614/41221 |
| Purchasing Company | Triorient Trading Inc |

Contract evaluator: Signature April 28

Issuer: CAI Kai April 28

Tian

Xiaodong Hao

Signature April 30

Signature April 30

BNBMPLC0007523

# BNBM 北新集团建材股份有限公司

国际业务部
电话：010-82988788
传真：010-82912657

## 提货申请单

合同号： 50614
日期： 2006-5-19

| 品名及规格 | 数量 | 单位 | 备注 | |
|---|---|---|---|---|
| 普通石膏板3660*1220*12.7mm | 178296 | 张 | 每36架开一张提货单（68张/架），共2622架 | 43.945/张 9.84/m² |
| 耐火石膏板3660*1220*15.9mm | 99476 | 张 | 每36架开一张提货单（52张/架），共1913架 | 57.528/张 12.88/m² 陈蕃 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

业务员：时蕃                部门主管：

**BNBM Public Limited Company**

International Business Department
Telephone: 010-8298878
Fax: 010-82912657

Request Note for Delivery Order

Contract No.:   50614
Date:                 2006-5-19

| Product and Specification | Quantity | Unit | Note | |
|---|---|---|---|---|
| Regular gypsum board 3660*1220*12.7 mm | 178296 | Sheet | 1 delivery order for every 36 packages (68 sheets/package), 2622 packages in total | 43.945/sheet 9.84/m² |
| Fire resistant gypsum board 3660*1220*15.9mm | 99476 | Sheet | 1 delivery order for every 36 packages (52 sheets/packages), 1913 packages in total | 57.528/sheet 12.88/m² CHEN Lei |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(name)
Illegible
CHEN Lei

Salesman: CHEN Lei                          Department Chief Officer: illegible

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                          BNBMPLC0007529

 **BNBM** BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

## BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

### Invoice

Invoice No.: E-50614

Invoice Date. 2006/05/22

L/C NO.: NY 903112

Sold to Messrs: TRIORIENT TRADING INC.

TWO STAMFORD PLAZA,

281 TRESSER BLVD., SUITE 1505,

STAMFORD, CT 06901

Contract No. 50614

Port of Loading: TIANJIN PORT, CHINA

Destination: PORT EVERGLADES, FL, USA

| MARKS & Nos. | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| TRIORIENT PORT EVERGLADES, FL. P.O. 50614/41221 DESCRIPTION:GYPSUM BOARD GROSS WEIGHT:3010KGS/6622LBS NET WEIGHT:2900KGS/6380LBS SIZE:WIDTH4/LENGTH12/THICKNESS1/2 IN INCHES MADE IN CHINA ACCORDING TO ASTM C1396-04 | DRYWALL 1/2" REG 4'×12' AS PER PURCHASE CONFIRMATION NO. 50614 | 192,984SHEETS | USD 5.50/SHEET FOB L/S/D TIANJIN, CHINA | USD $1,061,412.00 |
| TOTAL AMOUNT | USD $1,061,412.00 | | | |
| NAME OF BANK | BANK OF CHINA    HEAD OFFICE | | | |
| ADDRESS OF BANK | 1,FUXINGMENNEI, BEIJING CHINA | | | |
| BENEFICIRY | BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY | | | |
| ADDRESS OF BENEFICIRY | NO.16 WEST ROAD, JIANCAICHENG HAIDIAN DISTRICT, BEIJING 100096, CHINA | | | |
| ACCOUNT No. | 01719708094014 | | | |

ALL GYPSUM BOARDS SHIPPED WERE LOADED UNDER DECK OF THE VESSEL.



SIGNATURE:

DATE a-b . 5 .2 2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007531

 **RNBM** | BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

## MILL CERTIFICATE

**Invoice No.: E-50614**

**Date: 2006-5-22**

**Product: regular gypsum board 4ft × 12ft × 1/2in.**

| No. | Test Item | | | Unit | Test value | Standard value |
|---|---|---|---|---|---|---|
| 1 | Flexural strength | Breaking load(bearding edges across fiber of surfacing) | | lbf | 120 | ≮110 |
| | | Breaking load(bearding edges parallel fiber of surfacing) | | lbf | 45 | ≮40 |
| 2 | Humidified deflection | | | In. | 6/8 | ≯10/8 |
| 3 | Hardness | Core | | lbf | 23 | ≮15 |
| | | End | | lbf | 20 | ≮15 |
| | | Edge | | lbf | 20 | ≮15 |
| 4 | Nail pull resistance | | | lbf | 90 | ≮80 |
| 5 | Permissible Variation | Thickness | | In. | 0/64 | ±1/64 |
| | | Width | | In. | -2/32 | 0～-3/32 |
| | | Length | | In. | -1/8 | ±2/8 |
| | | Tapered edge depth | | In. | 0.043 | 0.020～0.090 |
| | | End squareness | | In. | 0/8 | ±1/8 |
| | | Edges and ends | | ____ | straight | straight |
| 6 | Appearance | | | ____ | perfect | perfect |
| 7 | Flame Spread Index | | | ____ | <25 | ≯25 |

For and on behalf of
北新集团建材股份有限公司
**Beijing New Building Materials Public Limited Company**



..............  陈 蒿  ..............
*Authorized Signature*



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                BNBMPLC0007533

  BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

# BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

## PACKING LIST

Invoice No.  E-50614A

Invoice Date. 2006/05/22

Sold to Messrs:   TRIORIENT TRADING INC.

TWO  STAMFORD  PLAZA,  281  TRESSER  BLVD.,  SUITE  1505,

STAMFORD, CT 06901

Port of Loading: TIANJIN PORT, CHINA

Destination: PORT EVERGLADES, FL, USA

| MARKS & Nos. | DESCRIPTION | QUANTITY | PACKAGE | GROSS WEIGHT | NET WEIGHT |
|---|---|---|---|---|---|
| NO | COVERING: GYPSUM BOARD (DRYWALL), 192,984 SHEETS 1/2" REG.×4'×12', TAPERED EDGE ACCORDING TO SPECIFICATION STANDARDS ASTM C1396-04 UNIT PRICE USD 5.50/SHEET FOB L/S/D TIANJIN, CHINA PLYWOOD SHEETING INCLUDED | 192,984 SHEETS | 2838 | 8,053,289.8 6KG | 7,732,251. 61KG |
| | TOTAL | 192,984 SHEETS | 2838 | 8,053,289.8 6KG | 7,732,251. 61KG |

No solid wood in the packing materials.

For and half of

BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY



Authorized Signature



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

JG09

主页

收汇核销联

# 中华人民共和国海关出口货物报关单

1

| 预录入编号： | 050766860 | | | 海关编号： | 0800300905296106101 | |
|---|---|---|---|---|---|---|
| 出口口岸 | | 备案号 | | 出口日期 | | 申报日期 |
| 经营单位 新港海关 0202 北新集团建材股份有限公司 | | 运输方式 | 运输工具名称 | 货运单号 | | 2006-05-10 |
| 发货单位 0166 北新集团建材股份有限公司 | | 贸易方式 SAGAADVENTU征税标缴 | | SPCRION0转运场所 | | |
| 许可证 0166 | 运抵国（地区） | 一般贸易 | 指运港 10 | 一般征税 境内货源地 | 10 | 信用证 |
| 批准文号 | 成交方式 美国 | 运费 (502) | | 保费 (3166 | 京北京其他 | (11909) |
| 合同协议号 | 件数 P08 | 包装种类 | | 毛重（公斤） | 净重（公斤） | |
| 集装箱号 | 随附单据 1914 | 其它 | | 80945生产厂家 | | 5542000 |

标记唛码及备注

| 项号 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国（地区）单价 | 总价 | 币制 征免 |
|---|---|---|---|---|---|
| 1.68091100 ( 0 ) | 纸面石膏板 | 5542000.000千克 0.000 99528.000片 | 美国 7.2000 (502) | 716601.60 USD 照章征税 美元 用途：其它 | |

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期（签章） | |
|---|---|---|---|---|
| 报关员 | | | 审单 | 审价 |
| 单位地址 | | 申报单位（签章） | 征税 | |
| 邮编 | 电话 | 天津圣仑海兴报关有限公司 填制日期 | 查验 | |

Verification Bill of Receipt of Foreign Exchange

## Export Goods Declaration Form of the Customs of the People's Republic of China

Pre-input Serial Number：059757235      Customs Serial Number：020220060526190182

| Export Port | Xin Gang Customs  0202 | Number of Customs Recordation: | | Export Date: June 5, 2006 | Declaration Date: May 30, 2006 |
|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport: River and Sea | | Means of Transport: | Delivery Bill Number: SFCRXNNP08089111 |
| Consignor | BNBM PLC | Mode of Trade: General Trade | | Nature of Exemption: General Taxation | Terms of Payments: L/C |
| Licence No. | | Destination Country (Area): USA | | Destination Port: New York (3166) | Domestic Cargo Origin: Beijing and other |
| Approval Document No. | 042112957 | Transaction mode: FOB | Freight: | Premium: | Incidental Expenses: |
| Contract No.: | 50614 | Quantity: 2838 Packages | Type of Package: Other | Gross weight（KG） 8053286 | Net weight（KG） 7732251 |
| Container No.: 0 | | Attached documents | | | Manufactures |
| Marked Code And Remarks | | | | | |

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Area): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 68091100 | Paper-faced Drywall | 7732251.000 (kg) 0.000 192984.000 pieces | USA (502) | 5.5000 | 1061412.00 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |

| Tax Collection Condition | | | | | |
|---|---|---|---|---|---|
| Recording Clerk | Recording Unit | Hereby confirming that the declaration is correct and bearing the legal responsibility | | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
| Customs Declaration Clerk | | | | Examination of Documents | Appraisal of Price |
| | | Declaring unit (stamp) : | | | |
| Address of the Declaring Unit | | Shenglun Haixing Declaration of Tianjin | | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | | Examination: | Release |

Issue Officer:  Jian Liu
Issue Date: June 12, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    BNBMPLC0007541

收汇核销联

主页

中华人民共和国海关 口 货物报关单

| 预录入编号： | 069767235 | | 海关编号： | 020320060526100189 | |
|---|---|---|---|---|---|
| 出口口岸 张港海关 0202 | | 备案号 | 出口日期 2006-06-05 | 申报日期 2006-06-30 |
| 经营单位 北新集团建材股份有限公司 3300210166 | | 运输方式 江海运输 | 运输工具名称 AADY NTU起运港 | SFCRXNNPOS申报口 |
| 发货单位 北新集团建材股份有限公司 4410010188 | 运抵国（地区） | 贸易方式 一般贸易 | 征免性质 0 一般征税 | 备案号 19境内货源地 信用证 |
| 批准文号 | 成交方式美国 证书 （502） | | 运费 （3166） | 收货 北京其他 （119090） |
| 集装箱号 | 件数 FOB | 包装种类 | 毛重（公斤） | 净重（公斤） |
| 随附单据 | 随州单据 2836 | 单价 | | 80532 生产厂家 7732251 |

标记唛码及备注

| 项号 | 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国（地区） | 单价 | 总价 | 币制 | 征免 |
|---|---|---|---|---|---|---|---|---|
| 1 0 | 68091100 | 纸面石膏板 | 7732251.0 0.0 0 192984 | 美国 （502） | 5.5000 | 1061412.00 | USD 美元 | 照章征税 用途:其它 |

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期（签章） |
|---|---|---|---|
| | | | 审单 审价 |
| 报关员 | | 申报单位（签章） | 征税 统计 |
| 单位地址 | | 天津圣仑海关报关行 | 查验 放行 |
| 邮编 | 电话 | | 刘健 2006-06-12 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007542

Verification Bill of Receipt of Foreign Exchange

## Export Goods Declaration Form of the Customs of the People's Republic of China

Pre-input Serial Number：050757235    Customs Serial Number：020220060526100182

| Export Port | Xin Gang Customs 0202 | Number of Customs Recordation: | | Export Date: June 5, 2006 | | Declaration Date: May 30, 2006 |
|---|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport: River and Sea | | Means of Transport: | | Delivery Bill Number: SPCRXNNP08099111 |
| Consignor | BNBM PLC | Mode of Trade:   General Trade | | Nature of Exemption: General Taxation | | Terms of Payments: L/C |
| Licence No. | 11089 10166 | Destination Country( Area): USA | | Destination Port: New York (3166) | | Domestic        Cargo Origin: Beijing and other |
| Approval Document No. | 11089 10166 | Transaction mode: FOB | Freight: 502 | Premium: | | Incidental Expenses: |
| Contract No. | 042112957 | Quantity: 2838 | Type of Package: | Gross weight（KG） 8053289 | | Net weight（KG） 7732251 |
| Container No. | | Attached documents | | | Manufactures | |
| Marked Code And Remarks | | | | | | |

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Area): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 680911000 | Paper-faced Drywall | 7732251.00 192984 | USA | 5.5000 | 1061412.00 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |
| Tax Collection Condition | | | | | | | | |

| Recording Clerk        Recording Unit | | Hereby confirming that the declaration is correct and bearing the legal responsibility | | Column    for    Customs' Checking and Annotating and Dating Release (stamp) | |
|---|---|---|---|---|---|
| Customs Declaration Clerk | | | | Examination of Documents | Appraisal of Price |
| | | Declaring unit (stamp)： | | | |
| Address of the Declaring Unit | | Shenglun Haixing Declaration of Tianjin | | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | | Examination: | Release |

Issue Officer:  Jian Liu
Issue Date: June 12, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    BNBMPLC0007543

50614

**AGA FOREST CARRIERS**

## BILL OF LADING

PAGE 2

| | BOOKING NO. | BILL OF LADING NO. |
| --- | --- | --- |
| SHIPPER (complete name & address) | | SFCRXNNPO8029112 |
| BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY, NO. 16 WEST ROAD, JIANCAICHENG, HAIDIAN DISTRICT, BEIJING 100096, CHINA | EXPORT REFERENCES | |

| CONSIGNEE (complete name & address) | FORWARDING AGENT, F.M.C. NO. |
| --- | --- |
| TO THE ORDER OF RZB FINANCE LLC, 1133 AVENUE OF THE AMERICAS,16TH FLOOR, NEW YORK, NY 10036 CONTACT NAME: G. WADSWORTH TEL:212-845-4109 | POINT & COUNTRY OF ORIGIN OF GOODS |

NOTIFY PARTY (complete name & address) No responsibility whatsoever will attach to the Carrier or its Agents by reason of any omission or failure to advise the notify party(s).

ALSO NOTIFY - ROUTING & INSTRUCTIONS

TRIORIENT TRADING, INC., TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505,STAMFORD, CT 06901

| VESSEL | VOY NO. | PORT OF LOADING | PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
| --- | --- | --- | --- | --- |
| SAGA ADVENTURE V.02AO | | TIANJIN PORT, CHINA | | |
| PRE-CARRIAGE PORT | | PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | TYPE OF MOVE |
| | | PORT EVERGLADES,FL,USA | | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS CONTAINER NO. | NO. OF PKGS | DESCRIPTION OF PACKAGED GOODS | GROSS WEIGHT | MEASUREMENT |
| --- | --- | --- | --- | --- |
| TRIORIENT PORT EVERGLADES, FL P.O. 50614/4122 DESCRIPTION: GYPSUM BOARD GROSS WEIGHT:3250KGS/7150LBS NET WEIGHT:3100KGS/6600LBS SIZE: WIDTH 4/LENGTH 12/ THICKNESS 5/8 IN INCHES MADE IN CHINA, ASTM C1396 TYPE X STANDARDS.COMPLIES WITH UL FIRE DESIGN MANUAL | 1914PACKAGES | DRYWALL 5/8" TYPE X FIRE CODE 4' × 12'AS PER PURCHASE CONFIRMATION NO.50614 | 6094577.17KGS 9117.82CBM | |
| | | FREIGHT PREPAID | | |
| | | TOTAL:ONE THOUSAND NINE HUNDRED AND FOURTEEN PIECES ONLY. | | |

If Merchant enters actual value of goods and pays the applicable "ad Valorem" tariff rate, Carrier's package limitations shall not apply: See Clause 12 on page 1

Declared Value $ _____

SHIPPED on board in apparent good order and condition weight, measure, marks, numbers, quality, contents and value unknown, for carriage to the Port of Discharge or so near thereunto as the Vessel may safely get and always afloat to be delivered in the like good order and condition at the aforesaid Port unto Consignees or their Assigns, they paying freight as indicated below, plus other charges incurred in accordance with the provisions contained in this Bill of Lading. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its stipulations on both pages, whether written, printed, stamped or otherwise incorporated as if they were all signed by the Merchant. One original Bill of Lading must be surrendered in exchange for the Goods or delivery order.

RFLA CLAUSE: If the Goods as described by the Merchant are iron, steel, metal or timber products, the phrase "apparent good order and condition" set out in the preceding paragraph does not mean that the Goods were received, in the case of iron, steel or metal products, free of visible rust or moisture, or in the case of timber products, free from storage, breakage, chipping, moisture, stain, decay discoloration and setting. Moreover it does the Carrier warrant the accuracy of any piece count provided by the Merchant or the adequacy of any banding or securing. If the Merchant so requests, a substitute Bill of Lading will be issued omitting this stipulation and setting forth any notations which may appear on the mate's or tally clerk's receipts.

| FREIGHT & CHARGES | BASIS W/M | RATE | PRE-PAID | COLLECT | FREIGHT PAYABLE AT: |
| --- | --- | --- | --- | --- | --- |
| | | **TOTAL** | | | DEMURRAGE (Daily rate per ton) |

In WITNESS whereof the number of original Bills of Lading stated below, all of this tenor and date, one of which being accomplished the others to stand void.

| PLACE & DATE OF ISSUE | SIGNED FOR THE CARRIER | |
| --- | --- | --- |
| TIANJIN | | AS AGENT FOR AND ON BEHALF THE CARRIER: SAGA FOREST CARRIERS |
| NUMBER OF ORIGINAL B/L | SIGNATURE | |

**0 5 JUN 2006**

EV. M4R.301

NOT NEGOTIABLE ONLY WHEN USED AS THROUGH BILL OF LADING

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007545

主页　　　　中华人民共和国海关出口货物报关单

1

| 预录入编号： | 060034822 | | | 海关编号： | 020320069526434503 | |
|---|---|---|---|---|---|---|
| 出口口岸 新港海关 0202 | | 备案号 | | 出口日期 2006-06-15 | 申报日期 2006-06-16 | |
| 经营单位 北新集团建材股份有限公司 | | 运输方式 | 其名称 | 接运单号 EUGACORO61锦江方式 | | |
| 发货单位 北新集团建材股份有限公司 | | 提运单号 | | 一般征税 （ 10） 境内货源地 信用证 | | |
| 申报单位 | | 运抵国（地区） 一般贸易 | | | | |
| 批准文号 | | 成交方式 美国 运费 （ 501 ） | | 申报费 （ 3415 ） 杂费 北京其他 （11904） | | |
| 合同 赵权享 | | 件数 FOB | | 毛重(公斤) 净重(公斤) | | |
| 贸易国 | | 随附单据 2930 | | 95225 产厂家 8790000 | | |

标记变码及备注

| 项号 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国（地区） 单价 | 总价 币制 征免 |
|---|---|---|---|---|
| 1 68091100 | 纸面石膏板 | 8790000.000 千克 0.000 152360.0 张 | 美国 （502） 6.8425 | 1042523.30 USD 照章征税 美元 用途：其它 |

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期(签章) |
|---|---|---|---|
| 报关员 | | | 审单　　　审价 |
| 单位地址 | | 申报单位(签章) 天津圣仑海兴报关有限公司 填制日期 | 征税　　　统计 查验　　　放行 |
| 邮编　　电话 | | | |

2/24

Verification Bill of Receipt of Foreign Exchange

**Export Goods Declaration Form of the Customs of the People's Republic of China**

Pre-input Serial Number：060934822   Customs Serial Number: 020220060526424503

| Export Port | Xin Gang Customs  0202 | Number of Customs Recordation: | | Export Date:<br>June 15, 2006 | Declaration Date:<br>June 10, 2006 |
|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport:<br>River and Sea | | Means of Transport: | Delivery Bill Number:<br>BUGACOR0614693 |
| Consignor | BNBM PLC | Mode of Trade:   General Trade | | Nature of Exemption:<br>General Taxation | Terms of Payments:<br>L/C |
| Licence No. | 11089 10166 | Destination Country( Area): USA | | Destination Port:<br>Tampa (3415) | Domestic        Cargo Origin:<br>Beijing and other |
| Approval Document No. | 11089 10166 | Transaction mode:<br>FOB | Freight:<br>502 | Premium: | Incidental Expenses: |
| Contract No. | 0429 2963 | Quantity:<br>2930 | Type of Package: | Gross weight（KG）<br>9522500 | Net weight（KG）<br>8790000 |
| Container No. | GB60505 | Attached documents | | | Manufactures |

| Marked Code And Remarks | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Area): | Price per Unit: | Total Price: | Currency: | Exemption |
| 1 | 680911000 | Paper-faced Drywall | 8790000.00 152360 | USA | 6.8425 | 1042523.30 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Tax Collection Condition | | | | |
|---|---|---|---|---|
| Recording Clerk        Recording Unit | Hereby confirming that the declaration is correct and bearing the legal responsibility | | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
| Customs Declaration Clerk | | | Examination of Documents | Appraisal of Price |
| | Declaring unit (stamp) : | | | |
| Address of the Declaring Unit | Shenglun Haixing Declaration of Tianjin | | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | Examination: | Release |

Issue Officer:  Yuelan Zhao
Issue Date: June 22, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    BNBMPLC0007554

收汇核销联

中华人民共和国海关出口货物报关单

上页

1

预录入编号： 060934873

| 出口口岸 新港海关 0202 | 备案号 | | 出口日期 | 2006 | 申报日期 2006-06-17 |
|---|---|---|---|---|---|
| 经营单位 北新集团建材股份有限公司 | 运输方式 | | | | |
| 发货单位 北新集团建材股份有限公司 | 贸易方式 | | | BUGACORO81 | 方式 |
| 运抵国（地区） 一般贸易 | 征免性质 | 一般征税 | 101 境内货源地 | 信用证 |
| 批准文号 | 成交方式 美国 | 运费 5CI | 担保费 （3415）杂费 北京其他 （11909） |
| 合同协议号 | 件数 FOB | 包装种类 | 毛重（公斤） | 净重（公斤） |
| 集装箱号 | 随附单据 1470 | 批充 | 4439400 生产厂家 | 4265900 |

标记唛码及备注

| 项号 | 商品编号 | 商品名称、规格型号 | 数量及单位 | 原产国（地区） | 单价 | 总价 | 币制 | 征免 |
|---|---|---|---|---|---|---|---|---|
| 1. | 38091100 | 纸面石膏板 | 4265900.000 平方<br>0.000<br>100000.00 | 美国<br>（502） | 5.3337 | 533375.00 | USD<br>美元 | 照章征税 |

用途：其它

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期（签章） | |
|---|---|---|---|---|
| 报关员 | | | 审单 | 审价 |
| 单位地址 | | 申报单位（签章） | 征税 | 统计 |
| 邮编 电话 | | 天津圣仑海兴报关有限公司<br>填制日期 | 查验 | 放行 |

填发日期 2006-06-27

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007555

Verification Bill of Receipt of Foreign Exchange

### Export Goods Declaration Form of the Customs of the People's Republic of China

Pre-input Serial Number： 060934823    Customs Serial Number: 020220060526424504

| Export Port | Xin Gang Customs  0202 | Number of Customs Recordation: | | Export Date:<br>June 15, 2006 | Declaration Date:<br>June 10, 2006 |
|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport:<br>River and Sea | | Means of Transport: | Delivery Bill Number:<br>BUGACOR0614 |
| Consignor | BNBM PLC | Mode of Trade:  General Trade | | Nature of Exemption:<br>General Taxation | Terms of Payments:<br>L/C |
| Licence No. | 11089 10166 | Destination Country( Area): USA | | Destination Port:<br>Tampa (3415) | Domestic Cargo Origin:<br>Beijing and other |
| Approval Document No. | 11089 10166 | Transaction mode:<br>FOB | Freight:<br>(502) | Premium: | Incidental Expenses: |
| Contract No. | 0429 12964 | Quantity:<br>1470 | Type of Package: | Gross weight（KG）<br>4439400 | Net weight（KG）<br>4265900 |
| Container No. | 060505 | Attached documents | | | Manufactures |

| Marked Code And Remarks | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Area): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 680911000 | Paper-faced Drywall Board | 4265900.00 kg<br>10000.00 pieces | USA | 5.3337 | 533375.00 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Tax Collection Condition | | | | | |
|---|---|---|---|---|---|
| Recording Clerk          Recording Unit | | Hereby confirming that the declaration is correct and bearing the legal responsibility | | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
| Customs Declaration Clerk | | | | Examination of Documents | Appraisal of Price |
| | | Declaring unit (stamp) : | | | |
| Address of the Declaring Unit | | Shenglun Haixing Declaration of Tianjin | | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | | Examination: | Release |

Issue Officer:  Yuelan Zhao
Issue Date: June 22, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    BNBMPLC0007556

JG05

主页　　　　　收汇核销联

# 中华人民共和国海关 □ □ 货物报关单

预录入编号：061285011　　　　　　海关编号：020220060526424433

| 出口口岸 新港海关 0202 | 备案号 | | 出口日期 2006-06-15 | 申报日期 2006-06-14 |
|---|---|---|---|---|
| 经营单位 北新集团建材股份有限公司 | 运输方式 海运运输 | 运输工具 杯 0111A | 提运单号 BUGACOR0614605 | |
| 发货单位 北新集团建材股份有限公司 | | | | 结汇方式 信用证 |
| 许可证号 | 运抵国（地区）美国 | 贸易 一般贸易 | 征免性质 101 | 境内货源地 |
| 批准文号 | 成交方式 FOB | 运费 502 | 保费 3415 | 杂费 南京其他 JI909 |
| 备案序号 | 件数 56 | 包装种类 箱 | 毛重（公斤）182000 | 净重（公斤）168000 |
| 随附单据 | | | 生产厂家 | |

标记唛码及备注

| 项号 | 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国（地区） | 单价 | 总价 | 币制 | 征免 |
|---|---|---|---|---|---|---|---|---|
| 1. | 68091100 | 纸面石膏板 | 168000.000 | 美国 (C2) | 6.8425 | 19925.36 USD | 美元 | 照章征税 |
| ( ) | | | 0.000 | | | | | |
| | | | 2912.20 | | | 用途：其它 | | |

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期（签章） | |
|---|---|---|---|---|
| 报关员 | | | 审单 | 审价 |
| 单位地址 | | 申报单位（签章）天津圣仑海兴报关有限公司 | 征税 | 统计 |
| 邮编 | 电话 | 填制日期 | 查验 | 放行 |

签发关员：赵月兰
签发日期：2006-06-22

2/24

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER　　　　　　BNBMPLC0007557

Verification Bill of Receipt of Foreign Exchange

## Export Goods Declaration Form of the Customs of the People's Republic of China

Pre-input Serial Number：061285395        Customs Serial Number：020220060526424434

| Export Port | Xin Gang Customs  0202 | Number of Customs Recordation: | | Export Date: June 15, 2006 | Declaration Date: June 14, 2006 |
|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport: River and Sea | | Means of Transport: | Delivery Bill Number: BUGACOR0514606 |
| Consignor | BNBM PLC | Mode of Trade: General Trade | | Nature of Exemption: General Taxation | Terms of Payments: L/C |
| Licence No. | | Destination Country (Area): USA | | Destination Port: Tampa (3415) | Domestic Cargo Origin: Beijing and other |
| Approval Document No. | 04292 2007 | Transaction mode: FOB | Freight: | Premium: | Incidental Expenses: |
| Contract No.:  GB040505-2 | | Quantity:  32 Packages | Type of Package: Other | Gross weight（KG） 96320 | Net weight（KG） 92800 |
| Container No.: 0 | | Attached documents | | | Manufactures |
| Marked Code And Remarks | | | | | |

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Area): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 68091100 | Paper-faced Drywall | 92800.000 (kg) 0.000 2176.000 pieces | USA (502) | 5.3400 | 11619.84 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |

| Tax Collection Condition | | | | | |
|---|---|---|---|---|---|
| Recording Clerk        Recording Unit | | Hereby confirming that the declaration is correct and bearing the legal responsibility | | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
| Customs Declaration Clerk | | | | Examination of Documents | Appraisal of Price |
| | | Declaring unit (stamp) : | | | |
| Address of the Declaring Unit | | Shenglun Haixing Declaration of Tianjin | | Taxation | Statistic |
| Zip  Code | Phone Number | Filling Date | | Examination: | Release |

Issue Officer:  Yuelan Zhao

Issue Date: June 22, 2006

BNBMPLC0007558

CODE NAME "CONGENBILL" EDITION 1994

Shipper

**BILL OF LADING**

TO BE USED WITH CHARTER-PARTIES

B/L No.

BUGACOR0614603
Reference No

BEIJING NEW BUILDING MATERIALS PLC
NO.16 WEST ROAD JIANCAICHENG
XISANGI, HAIDIAN DISTRICT BEIJING 100096

Consignee

DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVENUE
NEWBERRY, FL 32669 USA

Notify Address

DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVENUE
NEWBERRY, FL 32669 USA

| Vessel | Port of loading |
|---|---|
| CORNELIA | XIN GANG SEAPORT, TIANJIN, CHINA |
| Port of discharge | |
| TO TAMPA FLORIDA USA | |

Shipper's description of goods | Gross weight

ORIGINAL

| M | 2936 PACKAGES | 5-8 INCH TYPE X GYPSUM BOARD | 9522500KGS | 13957.8CBM |
|---|---|---|---|---|

FREIGHT COLLECT

(of which                        on deck at Shipper's risk;the Carrier not
being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per CHARTER-PARTY dated | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, quantity, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| FREIGHT ADVANCE.
Received on account of freight: | |
| Time used for loading          days          hours. | 15 JUN 2009 |

| Freight payable at | Place and date of issue
TIANJIN
Tianjin Portrans International
Shipping Agency Co., Ltd. |
|---|---|
| Number of original Bs/L
THREE | Signed
AS AGENT FOR AND ON BEHALF
OF THE MASTER MIROSLAV |

C.15  Printed and sold by
Witherby & Company Limited,32  Aylesbury Street
London EC1R 0ET
Tel No. 0171 251 5341    Fax No. 0171 251 1296
By authority of The Baltic and International Maritime Council

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

CODE NAME "CONGENBIL" EDITION 1994

page 2

## BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

B/L No. BUGACOR0614604

Reference No.

Shipper

BEIJING NEW BUILDING MATERIALS PLC

NO.16 WEST ROAD JIANCAICHENG

XISANGI HAIDIAN DISTRICT BEIJING 100096

Consignee

DAVIS CONSTRUCTION SUPPLY, LLC

20725 SW 46TH AVENUE

NEWBERRY, FL 32669 USA

Notify address

DAVIS CONSTRUCTION SUPPLY, LLC

20725 SW 46TH AVENUE

NEWBERRY, FL 32669 USA

Vessel CORNELIA

Port of loading XINGANG SEAPORT, TIANJIN, CHINA

ORIGINAL

Port of Discharge TO TAMPA, FLORIDA USA

Shipper's Description of goods

Gross weight

N/M          1470PACKAGES          1 2 INCH GYPEUM BOARD

4439400KGS          7206.7CBM

FREIGHT COLLECT

of which          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY dated

FREIGHT ADVANCE.
Received on account of freight

Time used for loading          days          hours

SHIPPED at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the Port
of Discharge or so near thereto as she may safely get the goods
specified above. **Average.**
Weight, measure, quality, quantity, condition, contents and value
unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below, all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF          **15 JUN 2008**

Freight payable at

Number of original Bs/L

THREE

Place and date of issue          TIANJIN

**Tianjin Portrans International**
Signature **Shipping Agency Co., Ltd.**

AS AGENT FOR AND ON BEHALF OF

THE MASTER VLADISLAV          (5)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007564

收汇核销联

上页    中华人民共和国海关 出口货物报关单

1

| 预录入编号： 064437839 | | | | 海关编号： 029218060526424363 | 申报日期 |
| 出口口岸 新港海关 0202 | 备案号 | | | | 2006-07-14 |
| 经营单位 北新集团建材股份有限公司 1101910166 | 运输方式 | | 运抵国 | 2006-07-28 | |
| 发货单位 北新集团建材股份有限公司 1101910166 | 贸运海运输 | YO HANG BNG/45免性质 | | CXMNYAC06045001 结汇方式 | |
| 批准文号 | 运抵国（地区） 一般贸易 | | 运抵地 一般征税 （ 10 境内货源地 | 电汇 | |
| 合同协议号 0421369745 | 成交方式 美国 FOB | 运费 （ 5(0 ） | 堆糖费 （ 3415 ） 杂费 北京其他 （ 11909 ） | | |
| 集装箱号 04061091 | 件数 | 包装 注 | 毛重(公斤) | 净重(公斤) | |
| | 随附单据 | 2302 | 运行 | 7481500 生产厂家 | 6906000 |

标记唛码及备注

| 项号 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国(地区) | 单价 | 总价 | 币制 征免 |
| 1 68091100 | 石膏板 | 6906000.000 千克 0.000 6906000.000 平方米 | 美国 (502) | 0.1186 | 819254.00 USD 照章征税 美元 用途:其它 ） |

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期(签章) |
| | | 申报单位(盖章) | 审单 |
| 报关员 | | | 征税 统计 |
| 单位地址 | | 天津圣合海关报关有限公司 填制日期 | 查验 |
| 邮编 | 电话 | | 签发关员 张建斯 签发日期：2006-09 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007570

Verification Bill of Receipt of Foreign Exchange

**Export Goods Declaration Form of the Customs of the People's Republic of China**

Pre-input Serial Number：064407839     Customs Serial Number: 020220060526424363

| Export Port | Xin Gang Customs  0202 | Number of Customs Recordation: | | Export Date: July 28, 2006 | Declaration Date: July 14, 2006 |
|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport: River and Sea | | Means of Transport: | Delivery Bill Number: CXMNYAC06045001 |
| Consignor | BNBM PLC | Mode of Trade:   General Trade | | Nature of Exemption: General Taxation | Terms of Payments: L/C |
| Licence No. | 11089 10166 | Destination Country( Area): USA | | Destination Port: Tampa (3415) | Domestic Cargo Origin: Beijing and other |
| Approval Document No. | 11089 10166 | Transaction mode: FOB | Freight: 502 | Premium: | Incidental Expenses: |
| Contract No. | 0429 36325 | Quantity: 2302 | Type of Package: | Gross weight（KG） 7481500 | Net weight（KG） 6906000 |
| Container No. | 200654 | Attached documents | | | Manufactures |
| Marked Code And Remarks | | | | | |

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Area): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 680911000 | Gypsum Board | 6906000.00kg | USA | 0.1186 | 819254.00 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Tax Collection Condition | | | | | |
|---|---|---|---|---|---|
| Recording Clerk        Recording Unit | | Hereby confirming that the declaration is correct and bearing the legal responsibility | | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
| Customs Declaration Clerk | | | | Examination of Documents | Appraisal of Price |
| | | Declaring unit (stamp) : | | | |
| Address of the Declaring Unit | | Shenglun Haixing Declaration of Tianjin | | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | | Examination: | Release |

Issue Officer:  *** Zhang
Issue Date: September 8, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                   BNBMPLC0007571



CFO



# STAR SHIPPING A/S

# BOOKING NOTE

1. Place and date:            Bergen, Feb 21 th, 2006

2. Carrier:                   Star Shipping A/S, Bergen, Norway

3. Charterers:                Beijing New Building Materials Public Limited
                              Company
                              No.16 West Road Jiancaicheng Xisanqi
                              Haidian District, Beijing 100096 China

4. Vessel's name:             M/V Star Derby or sub

5. Laycan:                    8 – 15 / March, 2006
                              Cargo must be ready from first day of laycan

6. Loading port or place:     1sb Xingang, Carriers nominated berth

7. Discharging port or place: 1sb Los Angeles or Long Beech at Carriers
                              Option. Carriers nominated berth.

8. Part Cargo:                840 units of plaster board in crates 5% moloo
                              Outer dimension of each crate:
                              3.58 m (L) x 1.25 m (W) x 0.99 m (Height
                              including the skids underneath) / 2.846 mt

                              Cargo to be securely placed and fastened onto
                              minimum 8 skids underneath, and with strong
                              edge protectors secured on all the eight lifting
                              edges, each edge to the full length covering the
                              space between the skids.  All plywood sheets
                              used on the bottom layer as well as under the
                              skids to be of minimum 14 mm thickness.

                              Charterers/Shippers confirm that all packages are
                              sufficiently strengthened for lifting and for being
                              stowed 12 tiers, failure of which owners take no
                              responsibility for cargo damage caused , and that
                              the original B/L will be claused accordingly.

9. Freight rate:              USD 84.25 /MT Free in / Liner out till first place of
                              rest including THC / Wharfage.
                              Lashing / Securing / Dunnaging to be done by
                              Carrier.



STAR SHIPPING AS
Bergen - Norway

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007573

17 02 2006
Feb-200_ 15:1 F-a:STAR SHIPPING AS
24/02 2008 16 52 FAX 63308286          STAR SHIPPING          → STAR BERGEN     002
                                                                                      001

10. Full freight to be paid within 5 banking days after completion of loading but prior to issue/sign/release of original b/l into owners nominated bank account. Freight deemed earned upon cargo being loaded non-returnable ship and/or cargo lost or not lost.

11. Arbitration in Hongkong by a mutually agreed arbitration body and English law to apply.

12. No cargo to be delivered directly into or loaded directly from barge, railcar or truck unless specifically agreed to by carrier.

13. Any/all dues or taxes on cargo to be for account of cargo. Same on freight and vessel to be for owners account.

14. Detention USD 20000 per day or pro rata if cargo and/or documents/formalities not ready upon vessels arrival both ends. Detention will also apply if vessel during loading has to wait for cargo, Detention at load port, if any, to be settled together with the ocean freight.

15. In accepting this booking note, the Shipper and/or Charterer accepts and agrees to be bound by all stipulations of the carrier's regular form of bill of lading as fully as if they were all signed by the shipper. The bill of lading form is obtainable from the carrier's office or agents.

16. Owners agents at load and discharge port.

17. Hay Clause: The use of straw or hay as packing/dunnage material from suppliers' side is identified as a significant problem due to health hazards determined by North American authorities. Cargo not to contain any of this material, whatsoever. In the event any straw or hay found at load port, cargo will not be loaded. Any extra costs and lost revenue incurred as a result, which could include deadfreight, sorting costs and lost vessel time will be for the shippers account, if any straw or hay is found in cargo arriving at discharge port, any consequence of this will be for shipper's account.

18. Charterers to guarantee that no wood is contained in the cargo or packing.

19. For L/C purpose, Carriers to issue a letter certifying that all the THC / WHAFAGES at the discharge port has been prepaid.

Beijing New Building Materials Public Limited Company        Star Shipping AS

Stamp and authorized signature                              Stamp and authorized signature

北新建材股份有限公司
RELAYED NEW BUILDERS MATERIAL                               STAR SHIPPING AS
                                                           Bergen  Norway
Charterer

JG09

收汇核销联

主页

# 中华人民共和国海关出口货物报关单

预录入编号：

海关编号：

| 出口口岸 | | 备案号 | | 出口日期 | | 申报日期 |
|---|---|---|---|---|---|---|
| 经营单位 | | 运输方式 | 运输工具名称 | | 提运单号 | |
| 发货单位 | 北新集团建材股份有限公司 | 贸易方式 | | 征免性质 | | 结汇方式 |
| 许可证号 | | 运抵国（地区） | | 指运港 | | 境内货源地 |
| 批准文号 | | 成交方式 | 运费 | | 保费 | 杂费 |
| 合同协议号 | | 件数 | 包装种类 | | 毛重(公斤) | 净重(公斤) |
| 集装箱号 | | 随附单据 | | | | 生产厂家 |

标记唛码及备注

| 项号 | 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国（地区） | 单价 | 总价 | 币制 | 征免 |
|---|---|---|---|---|---|---|---|---|
| 1 | 68091100 | 石膏板 | 2368000.000千克 0.000 262553.760平方米 | 美国 (502) | 1.9135 | 502396.62 | 美元 | 用途、其它 |

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期(签章) |
|---|---|---|---|
| 报关员 | | | 审单 审价 |
| 单位地址 | | 申报单位(签章) | 征税 统计 |
| 邮编 | | 填制日期 | 查验 放行 |

BNBMPLC0007575

Verification Bill of Receipt of Foreign Exchange

## Export Goods Declaration Form of the Customs of the People's Republic of China

Pre-input Serial Number：051737340      Customs Serial Number：02022006058600885

| Export Port | Xin Gang Customs  0202 | Number of Customs Recordation: | | Export Date:<br>Mar. 17, 2006 | Declaration Date:<br>Mar. 08, 2006 |
|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport:<br>River and Sea | | Means of Transport: | Delivery Bill Number:<br>SKSMXGTP00001000 |
| Consignor | BNBM PLC | Mode of Trade:<br>General Trade (101) | | Nature of Exemption:<br>General Taxation | Terms of Payments:<br>L/C |
| Licence No. | | Destination Country (Area): USA | | Destination Port:<br>Los Angeles (3154) | Domestic Cargo Origin:<br>Beijing and other |
| Approval Document No. | | Transaction mode: CIF | Freight:<br>(502) | Premium: USD 123732 | Incidental Expenses: |
| Contract No. | | Quantity: 3838 Packages | Type of Package: | Gross weight（KG）<br>12473500 | Net weight（KG）<br>2268000 |
| Container No.: 26024 | | Attached documents | | | Manufactures |

Marked Code
And Remarks: bulk cargo

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country (Area): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 68091100 | Gypsum Board | 2268000.000 (kg)<br>0.000<br>262553.760 pieces | USA  (502) | 1.9135 | 502396.62 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |

| Tax Collection Condition | | | | |
|---|---|---|---|---|
| Recording Clerk        Recording Unit | | Hereby confirming that the declaration is correct and bearing the legal responsibility | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
| Customs Declaration Clerk | | | Examination of Documents | Appraisal of Price |
| | | Declaring unit (stamp) : | | |
| Address of the Declaring Unit | | Tianjin Tianchuan Declaration Co. Ltd. | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | Examination: | Release |

Issue Officer: Lixin, Zhang
Issue Date: March 21, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007576

## 运输协议

甲方：北新集团建材股份有限公司

地址：北京市海淀区三里河路甲 11 号

法定代表人：曹江林

乙方：北京中远国际航空货运代理有限公司

地址：北京市顺义区北京空港物流园区

法定代表人：胡洪先

甲乙双方本着平等互利原则，经友好协商，就甲方委托乙方货物运输等有关事宜，达成如下协议，以资信守。

一、运输标的：

本协议运输标的为纸面石膏板。具体内容为：规格 15.9x1220x3660 型。

以上产品经包装有关数据如下：

15.9x1220x3660 型包装尺寸：3700x1250x1030mm，52 张/架，重量约 3200kg/架，共 3846 架。

二、运输项目及路线：

甲方委托乙方从甲方工厂所在地：北京西三旗 运至美国港，包括陆运、海运。

三、工作内容：

1、乙方应按甲方要求订船期在 2006 年 ⋯⋯⋯⋯⋯⋯⋯⋯⋯以此强调准时有效不得有误，有关船期⋯⋯⋯⋯⋯⋯⋯⋯

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007580

货物的运输装卸。

2、甲方保证在此之前将货物备齐。提供有关单据结乙方，以完成运输报关、保险等事项。

3、按约定船期乙方负责将货物安全、准时运至塘沽港，负责港上的装卸及货物的保管、储存、堆放，在港期间应合理存放，苫盖，防止货物的雨淋、水浸，外力的碰撞造成的损坏。

四、货物包装标准及乙方责任：

乙方负责将货物安全准时装上船。并负责理舱及船上货物的捆扎和加固，安全运抵 Tampa 港。具体内容包括但不限于：

1、关于码放：要求船上最高码放 12 层，但鉴于此货物的存放要求，乙方应合理考虑中间加一至两层垫木分隔，最低原则是有利于货物的码放安全，防止海运过程中的倾倒，颠覆损失。在装货前提供有关货物在舱中的码放图供甲方审核。

2、在整个运输过程中，乙方应确保货物安全、准时运输。并以诚实信用为原则，向甲方提供适合本协议履行的车辆船舶和人员，自行承担乙方车辆、船舶的损耗，并对乙方人员在协议履行过程中提供人身保险。所有由不合理装卸，码放、堆叠、运输造成的损坏，除去由保险公司确认承担的损失外，全部由乙方按价赔偿。为此由乙方代为安排为此批货物投保不计免赔额之一切险。费率为千分之三。

3、提单：要求低于 image prepaid

BNBMPLC0007581

4、乙方应在船开前提供目的港停靠计划。要求船开后 45 日内到达，除战争、海啸等不可抗力外，乙方应赔偿其未按照约定停靠目的港给甲方造成的一切损失。

五、运输费用：

15.9 的板，人民币 1.1 元/m²

海运费用为：USD62.0/M3；

内陆费用包括：内陆运输费、订船、订舱、报关、装卸、THC 等。

海运费用包括：海运费及理舱、平舱等及与船舶有关的美元费用、港杂等装船费用。

对于运输过程中发生的其他不可预测之额外费用，乙方应得到甲方的书面确认，否则由乙方自行承担。

六、支付方式：

甲方承诺内陆费用在陆运完毕后 5 日内支付。在装船完毕后五个工作日内付清全部运输费用（包括美元费用）。乙方应在收到款项后立即签发提单。

七、提供单据：

乙方应提供合法有效之票据给甲方以便甲方付款。海运提单应按有关甲方信用证的要求出具。

八、法律适用：

履行本协议均适用中华人民共和国的法律。就本协议过程中发生的争执，甲乙双方应充分协商，协商不成，双方均

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007582

定将争议由中国国际贸易仲裁委员会仲裁。该仲裁委员会的仲裁为终局裁决，对双方均有约束力。仲裁费用（不包括各自聘请律师费）由败诉方负担或由仲裁机构裁决。

九、协议生效：

本协议经双方当事人签字盖章后生效。

十、其他：

本协议未尽事宜，经双方充分协商，以补充协议方式确立，所签订的补充协议有同等法律效力。

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007583

签字页（本页无正文）

甲方：北新集团建材股份有限公司

授权代表：

乙方：北京中远国际航空货运代理有限公司

授权代表：

签订日期：0 6 年 1 月 1 0 日

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007584

Carriage Agreement

Party A：Beijing New Building Materials Public Limited Company
Address: No. 11 Sanlihe Road , Haidian District , Beijing , P. R. China
Legal representative: Cao Jianglin

Party B: COSCO International Air Freight Beijing Co., Ltd.
Address: Beijing Airport Logistical Park，Shun Yi District，Beijing， China
Legal representative: Hu Hongxian

This agreement is entered into by and between Party A and Party B through friendly consultations and under the principle of mutual benefit. Party A entrusts Party B with the carriage of goods and other relevant matters. Party A and Party B hereby agree as follows:

I. Carriage Subjects:
The carriage subjects under this agreement are paper faced gypsum boards. The specific information is as followings: specifications, Mode 15.9*1220*3660
The package information of the above mentioned products:
Packaging size of Mode 15.9*1220*3660: 3700*1250*1030 mm，52 boards per shelf, 3200kg per shelf, 3846 shelves in total.

II. Carriage Project and Routes:
Party A entrusts Party B with the carriage of goods from Party A's factory location, Xisanqi of Beijing, to a port of the US Gulf, through land and marine carriage.

III Job Description:

1. Party B should … timely and effectively according to the Party A's required sailing date of …, 2006….The ship type…the cargo's transportation, loading and unloading... (The Chinese copy is illegible here.)

2. Party A guarantees that all the goods are well prepared before the sailing date, and the relevant documents shall be provided to Party B for it to finish the process of customs declaration, insurance, etc.

3. Party B shall deliver the goods to Tanggu port safely and timely according to the sailing date, and take responsibility for the loading and unloading of the cargo, as well as custody, storage and stacking of the goods. The goods should be reasonably stored and covered to prevent the damage caused by rain, dipping and collisions.

IV Packaging Standards and Liability of Party B:
Party B is responsible for loading the ship with goods on time and safely. Party B shall be also responsible for stowage and colligation of the goods for additional security to make sure the goods arrive at Tampa port safely. The specific requirements include but are not limited to:

1

BNBMPLC0007585

1. Stacking: the maximum number of layers of the goods is 12, and Party B shall reasonably consider adding one or two layers of wooden blocks to separate the layers according to the stacking requirements. The principle is at least to guarantee the safety of the goods, and to prevent the damage that may be caused by toppling and falling during marine carriage. The drawings of the stacking pattern of the goods should be provided to Party A for examination before loading the cargo.

2. Party B shall guarantee the safety and timely delivery of the goods throughout the carriage process. Party B shall provide Party A with vehicle, vessel and personnel to support the performing of the agreement with good faith. Party B shall bear the cost on its own for the engagement of vehicle and vessel and provide life insurance for its personnel during performing duty under the carriage agreement. All the loss caused by unreasonable loading and unloading, stacking and transportation shall be covered by Party B based on goods price, except for the part that will be confirmed by the insurance company. Party B shall arrange all insurance irrespective of percentage for the goods, and the rate is 3 ‰.

3. Bill of lading: (The Chinese copy is illegible here.)

4. Party B should provide Party A the docking plan at the destination port before sailing. The carrying vessel should arrive within 45 days since sailing. Party B should compensate Party A for any damage caused by the delay of arriving, expect for the delay caused by force majeure, such as war or tunami.

V: Carriage Fee

Model 15.9 board, RMB 1.1yuan/m$^2$;

Ocean Carriage Fee: USD 62.0/M3;

Inland fee including: inland carriage, ship chartering, space booking, clearance of goods, loading and unloading, THC and etc.

Ocean Carriage Fee including: ocean freight, trimming and stowing fees, US dollar fees related to the vessel, port incidental expenses and other loading fees.

Party B needs to get written confirmation from Party A for any unexpected extra costs that may incur during the transport. Otherwise, Party B bears the costs on its own.

VI: Method of Payment

Upon the finish of inland carriage, Party A will pay for inland haulage within 5 days. And Party A will pay all the carriage fee (including US dollar fees) within 5 working days after the finish of loading the cargo. Party B shall issue the bill of lading immediately upon receiving the payment.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER BNBMPLC0007586

VII: Render of Documents

Party B should provide Party A legitimate and valid notes for the convenience of Party A to pay for the carriage. Party B should issue the ocean bill of lading according to the requirement of Party A' s letter of credit.

VIII: Applicable Laws

This Agreement is governed by, and shall be construed in accordance with, the laws of People's Republic of China. Any dispute arising from the execution of this Agreement shall be settled through friendly consultations between the two parties. In case no settlement can be reached, the dispute shall then be submitted to the China International Trade Arbitration Commission ("Commission ") for arbitration. The decision made by the Commission shall be regarded as final and binding upon both parties. Arbitration fees, excluding counsel fee, shall be borne by the losing party or decided by the Commission.

IX: Effectiveness of the Agreement
This agreement shall take effect as of it is duly signed and sealed by both parties.

X: Miscellaneous

What is left unmentioned in this agreement may be added there as an appendix through the full consultation between the two parties. The appendix and this agreement are equally valid.

3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007587

Execution Page (The remainder of this page is intentionally left blank)

Party A: Beijing New Building Materials Public Limited Company

Authorized Representative:

Party B: COSCO International Air Freight Beijing Co., Ltd.
Authorized Representative:

Date of Signing: January 10, 2006

4

                                                        BNBMPLC0007588

# **BNBM** BEIJING NEW BUILDING MATERIALS CO., LTD.

## **PACKINGLIST**

Invoice No. E-GB051118
Invoice Date. 2006/1/23
Sold to Messrs: EAC And SONS CORPORATOIN.
828 EAST Vine STREET
. Kissimmee ,FL 34744 ,
Tel :(407)846-9060 fax.(407)846-2822

Contract No. E-GB051118
From: TIANJIN XINGANG, CHINA

bound for: Tampa,,U.S.A

| MARKS & Nos. | DESCRIPTION | QUANTITY | GROSS WEIGHT | NET WEIGHT |
|---|---|---|---|---|
| | Gypsum board(Type X) 4'x12'x5/8" | 3838pallets | 12473500.0KGS | 11514000.0KGS |
| | 4'x12'x52x3838=9579648square feet=891146.76m2 gross weight: 14.0kg/m2 net weight : 12.92kg/m2 | | | |
| | TOTAL | 3838Pallets | 12473500.0KGS | 11514000.0KGS |
| | All materials made in China. | | | |

For and on behalf of
北新建材（集团）有限公司
BEIJING NEW BUILDING MATERIALS CO.,LTD.
Authorized Signature(s)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007590

Only Used in 2006

# 华泰财产保险股份有限公司

## Huatai Insurance Company of China Limited

总公司设于北京  http://www.ehuatai.com

## 货物运输保险单

### CARGO TRANSPORTATION INSURANCE POLICY

**No:I 02210900**

| | |
|---|---|
| 保险单号：<br>Policy No.: | 1012835012006000007 |
| 被保险人：<br>Insured: | EAC & SON'S CORP. |

| 保单正本份数：<br>Number of original: | 3 |
|---|---|

华泰财产保险股份有限公司（以下称本公司）根据投保人／被保险人填写的投保单签发本保险单，在收到投保人／被保险人缴付的约定的保险费后，按本保险单列明的承保险别，特别约定和承保险别对应的条款承担货物运输保险责任。

This Policy of Insurance witnesses that Huatai Insurance Company of China, Limited (hereinafter called "the Company") at the request of the Applicant /Insured and in consideration of the agreed premium paid to the Company by the Applicant/Insured, undertakes to insure the undermentioned goods in transportation subject to the conditions of this policy as per the Clauses printed overleaf and other special clauses attached hereon.

| 发票号：<br>Invoice No.: | E-GB051118 | | 提单号：<br>B/L No.: | |
|---|---|---|---|---|

| 货物标记：<br>Marks & Nos.: | 包装及数量：<br>Quantity: | 货物项目：<br>Description of Goods: |
|---|---|---|
| N/M | 3838 PACKAGES | GYPSUM BOARD<br>(TYPE X) |

| | |
|---|---|
| 总保险金额：<br>Total Amount Insured: | USD TWO MILLION SIX HUNDRED AND THIRTY FOUR THOUSAND FOUR HUNDRED AND THREE AND TWENTY CENTS ONLY ( USD 2,634,403.20 ) |
| 装载工具：<br>Per Conveyance S. S: | BEAUTIFUL QUEEN |
| 起运时间：<br>Slg. on or abt: | JAN 25, 2006 |
| 转运工具：<br>Via conveyance S. S: | |
| 起运地：<br>From: | XISANQI, BEIJING |
| 目的地：<br>To: | TAMPA PORT, USA |
| 保险费：<br>Premium: | AS ARRANGED |
| 中转地：<br>Via: | XINGANG, TIANJIN |
| 承保条件：<br>Conditions: | COVERING ALL RISKS AS PER OCEAN MARINE CARGO CLAUSES OF THE PEOPLE'S INSURANCE COMPANY OF CHINA DATED 1/1/81<br>COVERING OVERLAND TRANSPORTATION ALL RISKS AS PER OVERLAND TRANSPORTATION CARGO INSURANCE CLAUSE (TRAIN, TRUCKS) OF THE PEOPLE'S INSURANCE COMPANY OF CHINA DATED 1/1/81 |
| 特别约定：<br>Special Conditions: | 1. CONTRACT NO.: E-GB051118<br>2. 保险人与被保险人共同约定，在任何条件下，如未发生保险事故或外包装未破损的情况下，保险人不承担破碎赔偿责任。 |

所保货物发生保险单项下可能引起索赔的损失或损坏，应立即通知本公司或本公司下述代理人查勘。如有索赔，应向本公司提交保险单正本及相关文件。

In the event of loss or damage which may result in a claim under this policy, immediate notice must be given to the company's Agent as mentioned hereunder. Claims, if any, payable on surrendered of this policy together with other relevant documents.

MCLARENS TOPLIS NORTH AMERICA, INC.,
9950 PRINCESS PALM AVENUE, SUITE 330, TAMPA, FL 33619-8370.
TEL: (1) 813 628 4441 (24
FAX: (1) 913 620 1832.

| 赔款偿付地点：<br>Claim payable at: | BEIJING, CHINA |
|---|---|

华泰财产保险股份有限公司授权代表签章
FOR AND ON BEHALF OF HUATAI INSURANCE COMPANY OF CHINA, LIMITED

| 地 址： | 宣武区南滨河路1号高新大厦三层 |
|---|---|
| 报案电话： | 63370088 |
| 传 真： | |
| 日 期： | 2006 年 01 月 24 日 |

注：投保人／被保险人收到本保险单后，请立即核对，如有错误，请立即通知保险人。
Please check this policy and contact the insurer immediately if there should be any error.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007591

收汇核销联

主页

# 中华人民共和国海关出口货物报关单

预录入编号：049018789

海关编号：020220060528157174

| 出口口岸 | | 备案号 | | 出口日期 | | 申报日期 | |
|---|---|---|---|---|---|---|---|
| 新港海关 0202 | | | | 2006-02-08 | | 2006-01-17 | |
| 经营单位 北新建材（集团）有限公司 | | 运输方式 | 进口 | 提运单号 | | | |
| 发货单位 北新建材（集团）有限公司 | | 江海运输 | | HEBN/OG1B | SKSMXGTP00001000 | | |
| 许可证号 | | 贸易方式 | | 征免性质 | | 结汇方式 | |
| | | 船贸易 | | 一般征税 （ 101 ） | | 信用证 | |
| | 运抵国（地区） | | 运费 502 | | | 境内货源地 | |
| | 美国 | | | | （3151） | 北京其他 （11909） | |
| 批准文号 | 成交方式 | | | 保费 美元 | | 杂费 | |
| 03370 577 | CIF | 船价 | | | 7983 | | |
| 合同协议号 | 件数 | | 包装种类 | 毛重（公斤） | | 净重（公斤） | |
| 03003 3118 | 3838 | | | | 12473500 | 11514000 | |
| 集装箱号 | 随附单据 | | | | | 生产厂家 | |

标记唛码及备注 二公司

| 项号 | 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国（地区） | 单价 | 总价 | 币制 | 征免 |
|---|---|---|---|---|---|---|---|---|
| 1.6 | 091100 | 石膏板 | 11514000.000 | 美国 | 12.0005 | 2394913.00 | USD 照章征税 | |
| （ 0 ） | | | 0.000 | （402） | | | 美元 | |
| | | | 199567.00 套 | | | 用途：其它 | | |

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期（签章） | |
|---|---|---|---|---|
| | | | 审单 | 审价 |
| 报关员 | | 申报单位（签章） | 征税 | 统计 |
| 单位地址 | | 天津开发区金龙运输服务有限公司 | | |
| 邮编 电话 | | 填制日期 | 查验 | 放行 |

12/13

BNBMPLC0007592

Verification Bill of Receipt of Foreign Exchange

## Export Goods Declaration Form of the Customs of the People's Republic of China

Pre-input Serial Number：049018789     Customs Serial Number：020220060526157174

| Export Port | Xin Gang Customs 0202 | Number of Customs Recordation: | | Export Date: February 8, 2006 | | Declaration Date: January 27, 2006 |
|---|---|---|---|---|---|---|
| Operating Entity | Beijing New Building Material (Group) Co. Ltd. | Modes of Transport: River and Sea | | Means of Transport: | | Delivery Bill Number: SKSMXGTP00001000 |
| Consignor | Beijing New Building Material (Group) Co. Ltd. | Mode of Trade: General Trade (101) | | Nature of Exemption: General Taxation | | Terms of Payments: L/C |
| Licence No. | | Destination Country (Area): USA | | Destination Port: Long Beach (3154) | | Domestic Cargo Origin: Beijing and other |
| Approval Document No. | 08370 577 | Transaction mode: CIF | Freight: | Premium: USD 7983 | | Incidental Expenses: |
| Contract No. | E-GB 051118 | Quantity: 3838 Packages | Type of Package: | Gross weight（KG）12473500 | | Net weight（KG）11514000 |
| Container No.: 0 | | Attached documents | | | | Manufactures |

Marked Code
And Remarks: Company II

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country (Area): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 61091100 | Gypsum Board | 11514000.000 (kg) 0.000 199567.00 pieces | USA | 12.0005 | 2394913.00 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |

Tax Collection Condition

| Recording Clerk        Recording Unit | Hereby confirming that the declaration is correct and bearing the legal responsibility | | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
|---|---|---|---|---|
| Customs Declaration Clerk | | | Examination of Documents | Appraisal of Price |
| | Declaring unit (stamp) : | | | |
| Address of the Declaring Unit | Jinlongda Trading Co. Ltd. of Tianjin Development Zone | | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | | Examination: | Release |

Issue Officer: Lixin, Zhang
Issue Date: March 8, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007593

BEIJING NEW BUD MATERIAL CO LTD
WEST ROAD, HANGAICHENG
ITAIDIAN DISTRICT, BEIJING
CO6 CHINA

B/L NO.
SKSMAGTP00001000

SK

Tha Gnee

AND SONS CORPORATION
EAST VINE STREET
MMER 17 14744

FORD MLAND, INC.
ALVAREZ ROAD SUITE 110
RVILLE FL 32218
REID PURVIS
HT 50413

than wish to his catcer or his agents for failure to notify of arrival of the perce

Listing
CHINA

PARTICULARS FUR

barge
S.A.

SHIPPER

Marks and Numbers

⑩ No. & Kind
of Pkgs/Units

Goods

⑫ Gross Weight    ⑬ Measuremen

"Said to con
contents

H4 e to verify number and condition of
the ners"

N.M 3838 PACKAGES GYPSUM BOARD(TYPE 2
12476500 KGS

THREE THOUSAND EIGHT HUNDRED-I (3838) PACK

& arge
RR'A GR'S

⑮ Revenue Tons
12.475.500 M/T

③ value is not declared limits

② Freight Payab A

② No. of Origin B
THREE.

Oard the Vessel

L F 2008

ONLY       "FREIGHT PREPA D"

⑱ Prepaid        ⑲ Collect
YES

ly by as clauses 2.6.14.24 and 31.

⑳ Place of Issue
SEOUL KOREA
⑳ Date of Issue
Feb 8 2006
d on behalf of the Master

SK shipping co.,ltd.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007594

JG07


出口退税专用


主页 　　　　　　　　　中华人民共和国海关出口货物报关单

| 预录入编号： 047055270 | | 海关编号： 0202200E0526082658 | | |
|---|---|---|---|---|
| 出口口岸 | 备案号 | 出口日期 | 申报日期 2006 01-09 | |
| 经营单位 新港海关 0202 | 运输方式 运输工具名称 | 2006 段 E 22 号 | | |
| 北新建材(集团)有限公司 1089-19158 | 江海运输 SHANKING/I | 征免性质 HSSP050112 KGM物招式 | | |
| 北新建材(集团)有限公司 1089-19158 | 运抵国(地区) 一般贸易 | 指运港 一般征税 ( 101 境内货源地 信用证 | | |
| 批准文号 | 成交方式范围 运费 502 ) 美元 | 马尼斯蒙 (3155 ) 杂进京其他 (11909) | | |
| 合同协议号 0335657807 | 件数 C&F 总价 包装种类 991495 毛重(公斤) | 净重(公斤) | | |
| 集装箱号 | 随附单据 3761 托盘 | 115290 生产厂家 10695000 | | |

标记唛码及备注
　　　　　二公司

| 项号 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国(地区)单价 | 总价 | 币制 征免 |
|---|---|---|---|---|---|
| 1.68091100 | 石膏板 | 5038740.000千克 0.000 | 美国 8.2000 (502) | 1007025.60 USD 照章征税 美元 | |
| 0 1/2" X4' X12' | | 122808.000片 | | 用途:其它 | |
| 2.68091100 | 石膏板 | 2773260.000千克 0.000 | 美国 8.2300 (502) | 556282.16 USD 照章征税 美元 | |
| 0 1/2" X4' X12' | | 67592.000片 | | 用途:其它 | |
| 3.68091100 | 石膏板 | 2883000.000千克 0.000 | 美国 9.5500 (502) | 477232.60 USD 照章征税 美元 | |
| 0 5/8" X4' X12' | | 49972.000片 | | 用途:其它 | |

2040540.36

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期(签章) | |
|---|---|---|---|---|
| | | | 审单 | 审价 |
| 报关员 | | 申报单位(签章) | 征税 | 统计 |
| 单位地址 | | 天津开发区金龙达贸易有限公司 填制日期 | 查验 | 放行 |
| 邮编 | 电话 | | 管理单位 | 周学军 |
| | | | 管理日期 2006 03 24 | |

Verification Bill of Receipt of Foreign Exchange

## Export Goods Declaration Form of the Customs of the People's Republic of China

Pre-input Serial Number：          Customs Serial Number：020220060526082658

| Export Port | 047056270 | | Number of Customs Recordation: | | Export Date: Jan. 22, 2006 | Declaration Date: Jan. 9, 2006 |
|---|---|---|---|---|---|---|
| Operating Entity | BNBM PLC  0202 | | Modes of Transport: River and Sea SHANKING/1 | | Means of Transport: | Delivery Bill Number: HSSP060112KG |
| Consignor | BNBM PLC | | Mode of Trade: General Trade | | Nature of Exemption: General Taxation | Terms of Payments: L/C |
| Licence No. | | | Destination Country (Area): USA | | Destination Port: MANISTEE (3155) | Domestic Cargo Origin: Beijing and other |
| Approval Document No. | | | Transaction mode: FOB | Freight: | Premium: | Incidental Expenses: |
| Contract No.:    WN6350 | | | Quantity: 991495 Packages | Type of Package: Other | Gross weight（KG）11529016 | Net weight（KG） |
| Container No.: 0 | | | Attached documents | | | Manufactures 10695000 |

Marked Code
And Remarks the second company

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Area): | Price per Unit: | Total Price : | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 68091100 1/2" x 4' x 12' | Paper-faced Drywall | 5038740.000 (kg) 0.000 122808.000 pieces | USA (502) | 8.2000 | 1007025.60 | USD | Taxed According to Regulations |
| 2 | 68091100 1/2" x 4' x 12' | Paper-faced Drywall | 2773260.000 (kg) 0.000 | USA (502) | 8.2300 | 556282.16 | USD | Taxed According to Regulations |
| 3 | 68091100 5/8" x 4' x 12' | Paper-faced Drywall | 2883000.000 (kg) 0.000 49972.000 pieces | USA (502) | 9.5500 | 477232.60 | USD | Taxed According to Regulations |
| | | | | | | | | |

Tax Collection Condition

| Recording Clerk        Recording Unit | | Hereby confirming that the declaration is correct and bearing the legal responsibility | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
|---|---|---|---|---|
| Customs Declaration Clerk | | Declaring unit (stamp)： | Examination of Documents | Appraisal of Price |
| Address of the Declaring Unit | | Jinlongda Trading Co. Ltd. of Tianjin Development Zone | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | Examination: | Release |

Issue Officer: Xueqin Cheng
Issue Date: Mar. 25, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          BNBMPLC0007596