# EXHIBIT P

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
*ALL CASES*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PSC TRIAL PLAN FOR FURTHER DAMAGES PROCEEDINGS UNDER FRCP 55(b)(2)(B)

Consistent with the well-accepted notion of the importance of bellwether trials in MDLs, the use of bellwether trials can function as an important tool in this MDL, providing instructive information to the parties and the Court as to damages issues common among the class and ultimately encouraging and facilitating final resolution of the remaining class claims. That said, the Class Counsel and the Plaintiffs Steering Committee ("PSC") provides the following bellwether Trial Plan, including identification of parties, issues to be tried, and a proposed schedule, to facilitate resolution of all remaining claims in this litigation.[1] Relevant authorities in support of the Trial Plan are set forth in the Memorandum filed simultaneously with the Trial Plan.

---

[1] As explained in the Memorandum at p. 2-3, the PSC requests the Court enter an order granting the relief requested after the June 2015 Rule 55(b)(2)(B) Class Default Damages Hearing – finding acceptable the formulaic damages method for remediation damages and establishing a claims verification process for class members. This will allow the Court and the Parties to turn to and resolve the remaining damages claims through the proposed bellwether process.

1. **BELLWETHER DAMAGES HEARING #1:** A determination of the full measure of non-remediation damages, including attorney's fees, owed to a Louisiana plaintiff claiming redhibition under governing Louisiana law. The plaintiff(s) in the Louisiana redhibition damages hearing will be a class member or members who have already submitted evidence of remediation damages in the June 2015 hearing, but now seek(s) recovery of non-remediation damages provided for by Louisiana law, including attorney's fees. (Estimated length of trial: 4 days; requested date of trial 1/10/2017).

2. **BELLWETHER DAMAGES HEARING #2:** A determination of the full measure of damages owed to a former owner under Virginia law. The plaintiff(s) in the Virginia former owner damages hearing will be a class member or members who, at the time of instituting an action in the MDL, owned real estate containing defective Chinese manufactured drywall, but no longer own(s) the property for any number of reasons including short sale, foreclosure, or some other related reason. (Estimated length of trial: 4 days, requested date of trial 2/01/2017).

3. **CLAIMS ADMINISTRATION TO RESOLVE PRODUCT IDENTIFICATION**
A Claims Administration process shall be implemented to resolve Product Identification based upon the product identification markings attributed to TG/TTP as set forth in the PSC's Supplemental Brief.

4. **MOTION FOR SEVERANCE AND SUGGESTION OF REMAND** The PSC seeks the severance and remand of Omni XX from this district to the plaintiffs to originating districts for trial. The PSC has filed simultaneously herewith a Motion for Severance and Suggestion of Remand.

The defendants in all proposed bellwether proceedings will be TG and/or TPP, deferring those against the BNBM and CNBM entities until such time as the Court rules on the *in personam* jurisdictional defenses raised by these defendants, and on the issue of their status as defendants in default. Only once those issues are resolved would the BNBM and CNBM entities participate in Rule 55(b)(2)(B) proceedings to assess damages. The PSC recommends Bellwether Damages Hearings #1 and #2 be conducted as bench trials, under the Court's authority vested in it by Rule 55, and its authority as an MDL judge.

Respectfully submitted,

Dated: December 23, 2016

/s/ Russ M. Herman_____
Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
Madelyn O. Breerwood, Esquire (Bar No. 35538)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan (on the brief)
Nicola Serianni (on the brief)
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

Gerald E. Meunier (LA Bar No. 9471) (on the brief)
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Richard S. Lewis (on the brief)
Kristen Ward Broz (on the brief)
Hausfeld LLP
1700 K Street, NW., Ste. 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeld.com
kward@hausfeld.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Dawn M. Barrios
Emma E. Kingsdorf
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com
*Co-Counsel for Plaintiffs and PSC Member*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of December, 2016.

                                      Respectfully Submitted,

                                      BY:  */s/ Leonard A. Davis*
                                                  Leonard A. Davis
                                                  Herman, Herman & Katz, LLC
                                                  820 O'Keefe Avenue
                                                  New Orleans, LA 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  ldavis@hhklawfirm.com

                                                  *Plaintiffs' Liaison Counsel MDL 2047*