# EXHIBIT A

**OMNI XX - VIRGINIA PLAINTIFFS**

| | | | |
|---|---|---|---|
| Castell, Maurice | 1049 W. 36th Street, Norfolk, VA 23502 | 1049 W. 36th Street Norfolk, VA 23502 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| Kellogg, Jarmaal and Vicki | 5801 Arden Street, Portsmouth, VA 23703 | 5801 Arden Street Portsmouth, VA 23703 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| South Hampton Holding, LLC | 3345 S. Military Hwy, Chesapeake, VA 23323 | 3355 S. Military Hwy Chesapeake, VA 23323 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| Overlook, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 700 S. Laurel Street Richmond, VA 23220 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| Overlook, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 702 S. Laurel Street Richmond, VA 23220 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| Overlook, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 716 S. Pine Street Richmond, VA 23220 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| Overlook, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 704 S. Laurel Street Richmond, VA 23220 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| Overlook, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 706 S. Laurel Street Richmond, VA 23220 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| Overlook, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 708 S. Laurel Street Richmond, VA 23220 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| Overlook, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 710 S. Laurel Street Richmond, VA 23220 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| Overlook, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 803 Holly Street Richmond, VA 23220 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| Overlook, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 805 Holly Street Richmond, VA 23220 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |

**OMNI XX - VIRGINIA PLAINTIFFS**

| | | | |
|---|---|---|---|
| Overlook, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 807 Holly Street Richmond, VA 23220 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| Overlook, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 809 Holly Street Richmond, VA 23220 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| Overlook, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 714 S. Pine Street Richmond, VA 23220 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| CG Stony Point Townhomes, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 9301 Creek's Crossing Blvd. Richmond, VA 23235 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| CG Stony Point Townhomes, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 9303 Creek's Crossing Blvd. Richmond, VA 23235 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| CG Stony Point Townhomes, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 9305 Creek's Crossing Blvd. Richmond, VA 23235 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| CG Stony Point Townhomes, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 9307 Creek's Crossing Blvd. Richmond, VA 23235 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| CG Stony Point Townhomes, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 9309 Creek's Crossing Blvd. Richmond, VA 23235 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| CG Stony Point Townhomes, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 9311 Creek's Crossing Blvd. Richmond, VA 23235 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| CG Stony Point Townhomes, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 9313 Creek's Crossing Blvd. Richmond, VA 23235 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |
| CG Stony Point Townhomes, LLC | 9030 Stony Point Parkway, Suite 350, Richmond, VA 23235 | 9315 Creek's Crossing Blvd. Richmond, VA 23235 | Law Offices of Richard J. Serpe, P.C.; Levin, Fishbein, Sedran & Berman; Colson, Hicks, Eidson; Hausfeld, LLP |