**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED ORDER**

Considering the Plaintiffs' Steering Committee's ("PSC") Motion For Severance And Suggestion Of Remand,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this Court shall issue a Suggestion of Remand to the Judicial Panel of Multidistrict Litigation to remand Civil Action No. 2:15-cv-06632-EEF-JCW to the Eastern District of Virginia. For purposes of this remand, the Court shall sever from all Omni XX actions those Virginia plaintiffs identified on Exhibit "A" to the PSC's Motion.

IT IS FURTHER ORDERED that this Court shall issue a Suggestion of Remand to the Judicial Panel of Multidistrict Litigation to remand Civil Action No. 2:15-cv-06631-EEF-JCW to the Southern District of Florida. For purposes of this remand, the Court shall sever from all Omni XX actions those Florida plaintiffs identified on Exhibit "B" to the PSC's Motion.

IT IS FURTHER ORDERED that the parties are directed to meet and confer to arrive at an appropriate Final Pretrial Order of the Transferee Court.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge