UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 09-6687 (E.D. Va.);<br><br>*Gross v. Knauf Gips, KG*, Case No. 09-6690 (E.D. La.);<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.*, Case No. 10-361 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.). | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF TAISHAN'S MOTION TO STRIKE**
**DECEMBER 23, 2016 DECLARATION OF RONALD E. WRIGHT, P.E.**

Taishan's Supplemental Brief (Rec. Doc. 20583) exposed the many ways in which the PSC has mutated and abandoned its October 2014 Motion for Class Damages (Rec. Doc. 18086). As if to prove the point, the PSC responded with new evidence from a different expert, whom the PSC never designated as a witness for the June 9, 2015 evidentiary hearing ("June 9 Hearing"). The Court should strike that new evidence (the Wright declaration) and related argument. It violates the Court's November 29, 2016 Order (Rec. Doc. 20576) directing supplemental briefs "regarding

the evidence presented at the" June 9 Hearing. The Court should reject the PSC's latest improper attempt to alter the record 18 months after the close of the evidentiary hearing and the submission of proposed FOFCOLs.

Whatever role Ronald Wright had in the class damages proceedings ended in April 2015 when the PSC substituted George Inglis, P.E., as its designated expert witness in support of the class damages motion. The PSC previously acknowledged this fact by conceding that Mr. Wright's October 22, 2014 affidavit, attached as Exhibit B to the PSC's Motion for Class Damages (Rec. Doc. 18086-3), "would and should not be introduced into evidence" in light of the PSC's designation of Mr. Inglis. Rec. Doc. 18908 (emphasis in original). The PSC grounded their class damages effort entirely on Mr. Inglis -- who, according to the PSC, "perform[ed] much of the underlying work from 2010-2015 referenced" in Mr. Wright's October 22, 2014 affidavit. *Id.* He submitted two written sworn statements, sat for a deposition, and testified at length during the June 9 Hearing. The PSC then submitted a proposed FOFCOL (Rec. Doc. 19197) that relied heavily on Mr. Inglis' hearing testimony.

So it is remarkable and wholly improper for the PSC to use its supplemental briefing as an opportunity to reintroduce Mr. Wright and have him offer new opinions well after the proofs have closed -- opinions which have not been challenged by discovery, rebuttal testimony or cross-examination. It is understandable that the PSC would like step away from Mr. Inglis, whose opinions were fatally damaged at the June 9 Hearing. But that is not how litigation works. Under the Court's May 12, 2015 Order (Rec. Doc. 18921), the PSC submitted its witness list for the June 9 Hearing (Rec. Doc. 18965) naming two people: Jake Woody and George Inglis. The PSC's class damages motion must rise and fall on the evidence presented by those two witnesses (and Defendants' witnesses) at the June 9 Hearing. Indeed, the Court recognized in its November 29,

2016 Order that it would be ruling on "the evidence presented at the June 9, 2015 damages hearing." Rec. Doc. 20576. Thus, the Court should strike the December 23, 2016 Declaration of Ronald Wright, P.E., attached at Exhibit B to the PSC's Supplement Brief in Support of Motion for Class Damages (Rec. Doc. 20613-4), and exclude all statements in the PSC's Supplemental Brief that refer to and/or rely on Mr. Wright's untimely declaration.

The PSC's attempt to substitute experts at this late date is just another example of how the PSC has drastically changed their class-damages plan and claimant evidence over the last 18 months since the parties submitted proposed FOFCOLs. This latest development makes it even more clear that the Court should deny the PSC's October 2014 Motion for Assessment of Class Damages and corresponding FOFCOL, which is based in large part on expert testimony and evidence that the PSC has completely abandoned.

For these reasons, Taishan respectfully requests that the Court grant this Motion to Strike.

Dated:  December 30, 2016

Respectfully submitted,

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana  70179
Phone:  (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of December, 2016.

    /s Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan*