## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 09-6687 (E.D. La.);**<br><br>*Gross v. Knauf Gips, KG*, **Case No. 09-6690 (E.D. La.);**<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* **Case No. 10-361 (E.D. La.);**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1672 (E.D. La.);**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1395 (E.D. La.); and**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1673 (E.D. La.).** | |

## [PROPOSED] ORDER

Considering Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.'s Motion to Exclude Portions of Plaintiffs' Supplemental Brief in Support of Motion for Class Damages, **IT IS ORDERED** that the motion is **GRANTED** and the portions of the PSC's Supplemental Brief (Rec. Doc. 20613) related to its proposed trial plan will be excluded and disregarded by the Court.

New Orleans, Louisiana, this ____ day of ____, 2017.

                                                          _____
                                                          Honorable Eldon E. Fallon
                                                          U.S. District Court Judge