UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 09-6687 (E.D. Va.);<br><br>*Gross v. Knauf Gips, KG*, Case No. 09-6690 (E.D. La.);<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* Case No. 10-361 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.). | |

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S NOTICE OF JOINDER IN TAISHAN'S MOTION TO EXCLUDE PORTIONS OF PLAINTIFFS' <u>SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR CLASS DAMAGES</u>**

Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") (collectively the "BNBM Entities") hereby join in and adopt the concerns and positions set forth in Defendants Taishan Gypsum Ltd., Co., and Tai'an Taishan Plasterboard Co., Ltd.'s Motion to Exclude Portions of Plaintiffs' Supplemental Brief in Support of Motion for Class Damages (Doc. No.

1

20620 "Taishan's Motion").

BNBM Group and BNBM PLC agree with Taishan's Motion that the PSC has wholly failed to address the deficiencies in their pending motion for class damages and has instead improperly presented a trial plan that was not part of the PSC's original damages request and which cannot reasonably be addressed until after the Court rules on the PSC's pending motion for assessment of class damages. (Doc. No. 18086). Additionally, the PSC's Supplemental Brief makes little sense as it ignores the procedural and factual details of this case. As an example, the PSC asks the Court to sever and remand the Omni XX class action, *Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council et al.*, No. 15-4127, for a damages determination despite there being no merits judgment in that action for any defendant (through default or otherwise), no discovery, and only a pending motion to dismiss from BNBM Group and BNBM PLC, which the PSC has not yet answered. (Doc. No. 19984).

Finally, and of particular importance to BNBM Group and BNBM PLC, Taishan is correct that this Court should not proceed to determine an appropriate "trial plan" without first resolving BNBM Group's and BNBM PLC's pending jurisdictional motions.[1] The PSC's

---

[1] Reassertion of Objection to Personal Jurisdiction: On March 4, 2015, the BNBM Entities formally appeared in the above-captioned actions, through Notices of Appearance that specifically raised and preserved defenses relating to, inter alia, lack of personal jurisdiction. As the BNBM Entities have done with each prior submission, they raise the issue of personal jurisdiction in this Notice of Joinder to preserve the BNBM Entities' legal rights to assert this fundamental defense as the BNBM Entities believe this issues should be addressed prior to any further matters before the Court. The BNBM Entities also hereby incorporate by reference the facts and arguments set forth in the memoranda of law, declarations and exhibits submitted by BNBM PLC and BNBM Group in support of their motions to dismiss the class actions for lack of jurisdiction and failure of service. *See* Rec. Doc. 19631 and 19664, including Memorandum of Beijing New Building Materials Public Limited Company in Support of Its Motion to Dismiss the Complaints Pursuant to Rules 12(b)(2) and 12(b)(5) Rec. Doc. 19631-3 ("BNBM PLC MDL Dismissal Memorandum,") and Memorandum of Beijing New Building Materials (Group) Co., Ltd. in Support of Its Motion to Dismiss the Complaints Pursuant to Rules 12(b)(2) and 12(b)(5)

Supplemental Brief is only the latest example of its unfocused strategy of treating Taishan, BNBM Group, BNBM PLC, and other defendants as one and the same for purposes of liability and default judgments. But BNBM Group and BNBM PLC cannot be required to face additional proceedings in this context or even the question of what type of proceedings are appropriate— including any damages awards or further merits determinations—without first receiving a ruling on their pending motions. *See Ruhrgras AG v. Marathon Oil Co.*, 526 U.S. 577 (1999) ("The requirement that jurisdiction be established as a threshold matter is 'inflexible and without exception[.]'" (quoting *Steel Co. v. Citizens for Better Environment*, 523 U.S. 83, 94-95 (1998))). This Court has notified the parties that it intends to rule on those jurisdictional motions in the coming weeks. After that ruling, BNBM Group and BNBM PLC will respond, if necessary, to the PSC's suggested trial plan.

## CONCLUSION

WHEREFORE, for all the reasons set forth in Taishan's Motion and for the reasons explained above, BNBM PLC and BNBM Group respectfully request that the Court exclude and disregard the portions of the PSC's Supplemental Brief that extend beyond the permissible scope of this round of briefing. In the alternative, BNBM PLC and BNBM Group ask that this Court extend their deadline to respond to the PSC's Supplemental Brief until no fewer than fourteen (14) days after the Court rules on both the pending jurisdictional motions and the pending motion for assessment of class damages.

---

Rec. Doc. 19664-3 ("BNBM Group MDL Dismissal Memorandum").

3

Dated:  December 30, 2016

        Respectfully submitted,

        **DENTONS US LLP**

        By: */s/ Michael H. Barr*
        Michael H. Barr
        New York Bar No. 1744242
        Justin N. Kattan
        New York Bar No. 3983905
        1221 Avenue of the Americas
        New York, NY 10020-1089
        Telephone: (212) 768-6700
        Facsimile: (212) 768-6800
        michael.barr@dentons.com
        justin.kattan@dentons.com

        Richard L. Fenton
        Illinois Bar No. 3121699
        Leah R. Bruno
        Illinois Bar No. 6269469
        233 South Wacker Drive
        Suite 5900
        Chicago, IL  60606-6306
        Telephone: (312) 876-8000
        Facsimile: (312) 876-7934
        richard.fenton@dentons.com
        leah.bruno@dentons.com

        C. Michael Moore
        Texas Bar No. 14323600
        Matthew T. Nickel
        Texas Bar No. 24056042
        2000 McKinney Ave, Suite 1900
        Dallas, TX  75201
        Telephone: (214) 259-0900
        Facsimile: (214) 259-0910
        mike.moore@dentons.com
        matt.nickel@dentons.com

Kenneth J. Pfaehler
D.C. Bar No. 461718
Drew W. Marrocco
D.C. Bar No. 453205
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
kenneth.pfaehler@dentons.com
drew.marrocco@dentons.com

-and-

**PHELPS DUNBAR LLP**
Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Notice of Joinder in Taishan's Motion to Exclude Portions of Plaintiffs' Supplemental Brief in Support for Class Damages** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this December 30, 2016.

/s/     *Michael H. Barr*