UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:** *All Cases* | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**JOINDER OF CHINA NATIONAL BUILDING MATERIALS CO. LTD., CNBMIT CO. LTD., CNBM USA CORP., AND UNITED SUNTECH CRAFT, INC., IN TAISHAN'S MOTION TO EXCLUDE PORTIONS OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR CLASS DAMAGES AND TAISHAN'S MOTION TO STRIKE DECEMBER 23, 2016 DECLARATION OF RONALD E. WRIGHT, P.E.**

China National Building Materials Company, Limited, CNBMIT Company, Limited, CNBM USA Corporation, and United Suntech Craft, Incorporated, (together, the "CNBM Entities") respectfully request that the Court rule on their long-pending motion to dismiss for lack of jurisdiction (Rec. Doc. 19527) before further proceedings in this matter.

The CNBM Entities also join in Taishan Gypsum Ltd., Co., and Tai'an Taishan Plasterboard Co., Ltd.'s Motion to Exclude Portions of Plaintiffs Supplemental Brief in Support of Motion for Class Damages (Rec. Doc. 20620) and Motion to Strike December 23, 2016 Declaration of Ronald E. Wright, P.E. (Rec. Doc. 20619), and incorporate by reference the arguments and authorities set forth therein.

Respectfully submitted,

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA 94105
Tel.: 415-773-5700
E-mail:  cvejnoska@orrick.com
         ijohnson@orrick.com
         adavidson@orrick.com
         jmwu@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
Kelly Daley (NY Bar No. 4970117)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Email:  jstengel@orrick.com
        xiangwang@orrick.com
        kdaley@orrick.com

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MCCOLLAM,
DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
E-mail: eeagan@gordonarata.com
        dcurrault@gordonarata.com
        arothenberg@gordonarata.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Email: eshumsky@orrick.com

*Attorneys for the CNBM Entities*

Dated:   January 3, 2017

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing **JOINDER OF CHINA NATIONAL BUILDING MATERIALS COMPANY, LIMITED, CNBMIT COMPANY, LIMITED, CNBM USA CORPORATION, AND UNITED SUNTECH CRAFT, INCORPORATED IN TAISHAN'S MOTION TO EXCLUDE PORTIONS OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR CLASS DAMAGES** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of January, 2017.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail:cvejnoska@orrick.com

*Counsel for the CNBM Entities*