UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L |
| **THIS DOCUMENT RELATES TO:**<br>*Germano v. Taishan Gypsum, 09-cv-6687*<br>*Gross v. Knauf Gips KG, 09-cv-6690*<br>*Wiltz v. BNBM, 10-cv-361*<br>*Amorin v. Taishan Gypsum, 11-cv-1672*<br>*Amorin v. Taishan Gypsum, 11-cv-1395*<br>*Amorin v. Taishan Gypsum, 11-cv-1673* | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

NOW INTO COURT, through undersigned counsel, comes Defendants China National Building Materials Company Limited, CNBMIT Co. Ltd., CNBM USA Corp., and United Suntech Craft, Inc. (collectively, the "CNBM Entities"), who respectfully request that this Court grant leave to file a motion to decertify the class pursuant to Rule 23(c)(1)(C) in excess of the page limitation set forth by Local Rule 7.7. In support of this Motion, the CNBM Entities represent:

1. On July 23, 2014, Plaintiffs filed a motion to certify a class in excess of the page limitations set out in Local Rule 7.7.

2. Since that time, numerous events have transpired that bear upon the court's certification determination, including class damages briefing as well as a class damages hearing, withdrawals by certain plaintiffs, expert substitutions, and interim orders.

3. Given the length of Plaintiffs' certification motion along with the numerous events that have transpired over the past couple years, the CNBM Entities require more than the 25 pages allotted by Local Rule 7.7 to adequately address the issues that merit reconsideration of the court's certification determination.

1

WHEREFORE, for the foregoing reasons, the CNBM Entities request that this Court grant them leave to file their motion to decertify the class pursuant to Rule 23(c)(1)(C) in excess of the Local Rule page limitation.

Dated: January 3, 2017

Respectfully submitted,

/s/ L. Christopher Vejnoska

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Ian Johnson (CA Bar No. 208713) | Donna Phillips Currault (LA Bar No. 19533) |
| Andrew Davidson (CA Bar No. 266506) | Alex B. Rothenberg (LA Bar No. 34740) |
| Jason Wu (CA Bar No. 279118) | GORDON, ARATA, MCCOLLAM, |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | DUPLANTIS & EAGAN, LLC |
| The Orrick Building | 201 St. Charles Avenue, 40th Floor |
| San Francisco, CA 94105 | New Orleans, LA 70170-4000 |
| Tel: 415-773-5700 | Tel: 504-582-1111 |
| Email: cvejnoska@orrick.com | Email: eeagan@gordonarata.com |
| ijohnson@orrick.com | dcurrault@gordonarata.com |
| adavidson@orrick.com | arothenberg@gordonarata.com |
| jmwu@orrick.com | |
| | |
| James L. Stengel (NY Bar No. 1800556) | Eric A. Shumsky (D.C. Bar No. 477926) |
| Xiang Wang (NY Bar No. 4311114) | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Kelly Daley (NY Bar No. 4970117) | Columbia Center |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | 1152 15th Street NW |
| 51 West 52nd Street | Washington, D.C. 20005 |
| New York, NY, 10019 | Tel: 202-339-8400 |
| Tel: 212-506-5000 | Email: eshumsky@orrick.com |
| Email: jstengel@orrick.com | |
| xiangwang@orrick.com | |
| kdaley@orrick.com | |

*Attorneys for China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Motion for Leave to Exceed Page Limitation** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on January 3, 2017.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax:  415-773-5759
Email:  cvejnoska@orrick.com

*Counsel for China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*