UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Germano v. Taishan Gypsum, 09-cv-6687*<br>*Gross v. Knauf Gips KG, 09-cv-6690*<br>*Wiltz v. BNBM, 10-cv-361*<br>*Amorin v. Taishan Gypsum, 11-cv-1672*<br>*Amorin v. Taishan Gypsum, 11-cv-1395*<br>*Amorin v. Taishan Gypsum, 11-cv-1673* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants China National Building Materials Company Limited, CNBMIT Co. Ltd., CNBM USA Corp., and United Suntech Craft, Inc. will bring the foregoing Motion to Decertify Class Pursuant to Rule 23(c)(1)(C) for hearing before the Honorable Eldon E. Fallon, United States District Judge, Eastern District Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 on January 23, 2017 at 9:00 a.m. CST, or as soon thereafter as counsel can be heard.

In accordance with Local Rule 78.1, oral argument has been requested on this motion.

Dated: January 3, 2017

                                        Respectfully submitted,

                                        /s/ L. Christopher Vejnoska

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Ian Johnson (CA Bar No. 208713) | Donna Phillips Currault (LA Bar No. 19533) |
| Andrew Davidson (CA Bar No. 266506) | Alex B. Rothenberg (LA Bar No. 34740) |
| Jason Wu (CA Bar No. 279118) | GORDON, ARATA, MCCOLLAM, |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | DUPLANTIS & EAGAN, LLC |
| The Orrick Building | 201 St. Charles Avenue, 40th Floor |
| San Francisco, CA  94105 | New Orleans, LA 70170-4000 |
| Tel:  415-773-5700 | Tel: 504-582-1111 |
| Email:   cvejnoska@orrick.com | Email:  eeagan@gordonarata.com |
|         ijohnson@orrick.com |         dcurrault@gordonarata.com |
|         adavidson@orrick.com |         arothenberg@gordonarata.com |
|         jmwu@orrick.com | |
| | |
| James L. Stengel (NY Bar No. 1800556) | Eric A. Shumsky (D.C. Bar No. 477926) |
| Xiang Wang (NY Bar No. 4311114) | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Kelly Daley (NY Bar No. 4970117) | Columbia Center |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | 1152 15th Street NW |
| 51 West 52nd Street | Washington, D.C. 20005 |
| New York, NY, 10019 | Tel: 202-339-8400 |
| Tel:  212-506-5000 | Email: eshumsky@orrick.com |
| Email:   jstengel@orrick.com | |
|         xiangwang@orrick.com | |
|         kdaley@orrick.com | |

*Attorneys for China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Notice of Submission** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on January 3, 2017.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax:  415-773-5759
Email: cvejnoska@orrick.com

*Counsel for China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*