UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| **THIS DOCUMENT RELATES TO:** <br> *Germano v. Taishan Gypsum,* 09-cv-6687 <br> *Gross v. Knauf Gips KG,* 09-cv-6690 <br> *Wiltz v. BNBM,* 10-cv-361 <br> *Amorin v. Taishan Gypsum,* 11-cv-1672 <br> *Amorin v. Taishan Gypsum,* 11-cv-1395 <br> *Amorin v. Taishan Gypsum,* 11-cv-1673 | |

**CHINA NATIONAL BUILDING MATERIALS CO., CNBMIT CO. LTD., CNBM USA CORP., AND UNITED SUNTECH CRAFT, INC.'S MOTION TO DECERTIFY CLASS PURSUANT TO RULE 23(c)(1)(C)**

China National Building Materials Co., CNBMIT Co. Ltd., CNBM USA Corp., and United Suntech Craft, Inc. respectfully move the Court to decertify the class pursuant to Rule 23(c)(1)(C). The reasons for decertifying the class are set out in detail in the accompanying memorandum of law.

The Moving Defendants respectfully request oral argument of this Motion.

Dated: January 3, 2017

1

Respectfully submitted,

/s/ L. Christopher Vejnoska

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Ian Johnson (CA Bar No. 208713) | Donna Phillips Currault (LA Bar No. 19533) |
| Andrew Davidson (CA Bar No. 266506) | Alex B. Rothenberg (LA Bar No. 34740) |
| Jason Wu (CA Bar No. 279118) | GORDON, ARATA, MCCOLLAM, |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | DUPLANTIS & EAGAN, LLC |
| The Orrick Building | 201 St. Charles Avenue, 40th Floor |
| San Francisco, CA  94105 | New Orleans, LA 70170-4000 |
| Tel:  415-773-5700 | Tel: 504-582-1111 |
| Email:   cvejnoska@orrick.com | Email:  eeagan@gordonarata.com |
| ijohnson@orrick.com | dcurrault@gordonarata.com |
| adavidson@orrick.com | arothenberg@gordonarata.com |
| jmwu@orrick.com | |
| James L. Stengel (NY Bar No. 1800556) | Eric A. Shumsky (D.C. Bar No. 477926) |
| Xiang Wang (NY Bar No. 4311114) | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Kelly Daley (NY Bar No. 4970117) | Columbia Center |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | 1152 15th Street NW |
| 51 West 52nd Street | Washington, D.C. 20005 |
| New York, NY, 10019 | Tel: 202-339-8400 |
| Tel:   212-506-5000 | Email: eshumsky@orrick.com |
| Email:   jstengel@orrick.com | |
| xiangwang@orrick.com | |
| kdaley@orrick.com | |

*Attorneys for China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Motion to Decertify Class Pursuant to Rule 23(c)(1)(C)** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this January 3, 2017.

            */s/ L. Christopher Vejnoska*

            L. Christopher Vejnoska (CA Bar No. 96082)
            ORRICK, HERRINGTON & SUTCLIFFE LLP
            The Orrick Building
            405 Howard Street
            San Francisco, CA  94105
            Tel.:  415-773-5700
            Fax.: 415-773-5759
            E-mail:cvejnoska@orrick.com

            *Counsel for China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*