UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L |
| **THIS DOCUMENT RELATES TO:**<br>*Germano v. Taishan Gypsum, 09-cv-6687*<br>*Gross v. Knauf Gips KG, 09-cv-6690*<br>*Wiltz v. BNBM, 10-cv-361*<br>*Amorin v. Taishan Gypsum, 11-cv-1672*<br>*Amorin v. Taishan Gypsum, 11-cv-1395*<br>*Amorin v. Taishan Gypsum, 11-cv-1673* | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## LOCAL RULE 78.1 REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come Defendants China National Building Materials Company Limited, CNBMIT Co. Ltd., CNBM USA Corp., and United Suntech Craft, Inc. and pursuant to Local Rule 78.1, respectfully request oral argument on their Motion to Decertify the Class Pursuant to Rule 23(c)(1)(C) currently submitted for consideration by the Honorable Eldon E. Fallon on January 23, 2017 at 9:00 a.m. CST, or as soon thereafter as counsel can be heard.  Oral argument will aid the Court's consideration of the motion.

Dated: January 3, 2017

                                Respectfully submitted,

                                /s/ L. Christopher Vejnoska

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082)<br>Ian Johnson (CA Bar No. 208713)<br>Andrew Davidson (CA Bar No. 266506)<br>Jason Wu (CA Bar No. 279118)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>San Francisco, CA  94105<br>Tel:  415-773-5700<br>Email:  cvejnoska@orrick.com<br>         ijohnson@orrick.com<br>         adavidson@orrick.com<br>         jmwu@orrick.com | Ewell E. Eagan, Jr. (LA Bar No. 5239)<br>Donna Phillips Currault (LA Bar No. 19533)<br>Alex B. Rothenberg (LA Bar No. 34740)<br>GORDON, ARATA, MCCOLLAM,<br>DUPLANTIS & EAGAN, LLC<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-4000<br>Tel: 504-582-1111<br>Email:  eeagan@gordonarata.com<br>         dcurrault@gordonarata.com<br>         arothenberg@gordonarata.com |
| James L. Stengel (NY Bar No. 1800556)<br>Xiang Wang (NY Bar No. 4311114)<br>Kelly Daley (NY Bar No. 4970117)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY, 10019<br>Tel:  212-506-5000<br>Email:  jstengel@orrick.com<br>         xiangwang@orrick.com<br>         kdaley@orrick.com | Eric A. Shumsky (D.C. Bar No. 477926)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Columbia Center<br>1152 15th Street NW<br>Washington, D.C. 20005<br>Tel: 202-339-8400<br>Email: eshumsky@orrick.com |

*Attorneys for China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Request for Oral Argument** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on January 3, 2017.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax:  415-773-5759
Email: cvejnoska@orrick.com

*Counsel for China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*