IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                    MDL NO. 2047

This Document Relates to:                          SECTION L
                                                                  JUDGE FALLON
Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.     MAG. JUDGE WILKINSON
So. Dist. Mississippi, C.A. No. 13-cv-6652

Jason S. Herrington, et ux. V. Bass Homes, Inc., et al.
So. Dist. Mississippi, C.A. No. 13-cv-6653

---

**ORDER SETTING STATUS CONFERENCE**

---

Before this Court is a Motion of the Plaintiffs, Braxton H. Collins and his wife and Jason Herrington and his wife, by and through their counsel of record, for a Status Conference, and the Court, after having considered same, finds that these matters are hereby set for status conference during the regularly scheduled monthly status conference on January 23, 2017, at 2:00 p.m.

IT IS ORDERED that the above-referenced matters are set for status conference on January 23, 2017, at 2:00 p.m.

New Orleans, Louisiana, this ____ day of January, 2017.

_____
**U. S. DISTRICT COURT JUDGE**

This Order prepared & submitted by
ATTORNEYS FOR PLAINTIFFS:

STEPHEN W. MULLINS  (MS Bar No. 9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102   (39564)
Post Office Box 990
Ocean Springs, MS  39566
Phone:         228.875.3175
Fax:    228.872.4719
smullins@luckeyandmullins.com

Of Counsel:

DANIEL K. BRYSON (*pro hac vice*)
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035