IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| This Document Relates to: | SECTION L<br>JUDGE FALLON |
| Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.<br>So. Dist. Mississippi, C.A. No. 13-cv-6652 | MAG. JUDGE WILKINSON |
| Jason S. Herrington, et ux. V. Bass Homes, Inc., et al.<br>So. Dist. Mississippi, C.A. No. 13-cv-6653 | |

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

COME NOW the Plaintiffs, Braxton H. Collins and his wife and Jason Herrington and his wife, by and through undersigned counsel, and file this, their Motion for Status Conference, and would respectfully request that this Honorable Court set both of these cases for a status conference as soon as possible.

RESPECTFULLY SUBMITTED this, the 6th day of January, 2017.

        BRAXTON & KERRIE COLLINS, Plaintiffs
        JASON & CASSIE HERRINGTON, Plaintiffs

        By and Through Their Attorneys,
        LUCKEY & MULLINS, PLLC


        BY:      /s/ Steve Mullins
                  STEPHEN W. MULLINS

ATTORNEYS FOR PLAINTIFFS:

STEPHEN W. MULLINS  (MS Bar No. 9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102   (39564)
Post Office Box 990
Ocean Springs, MS  39566
Phone:         228.875.3175
Fax:     228.872.4719
smullins@luckeyandmullins.com

Of Counsel:

DANIEL K. BRYSON (*pro hac vice*)
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

### CERTIFICATE OF SERVICE

I, STEPHEN W. MULLINS, do hereby certify that I have on this date electronically filed the above and foregoing Motion with this Court using the ECF filing system which has caused notification of such filing to be sent to registered counsel of record.

THIS, the 6th day of January, 2017.

                                                /s/ Stephen W. Mullins
                                                STEPHEN W. MULLINS