# EXHIBIT H

# BNBM Drywall and Dragon Brand Drywall

# BNBM Drywall and Dragon Brand Drywall

**Beijing New Building Materials PLC**
*Manufactures Dragon Brand Drywall and BNBM Drywall
*Registered Trademark for "BNBM"

**Beijing New Building Material (Group) Co., Ltd.**
*Export Agent for BNBMPLC

**EAC & Son's Corp. (FL)
Great Western Building Materials/Boan International Investment Co., Ltd. (CA)
Wood Nation, Inc. (FL)
Triorient Trading Co. (CT)
Davis Construction Supply Co. (FL)**

---

BNBM PLC manufactures "Dragon" brand drywall.

*See* Beijing New Building Materials Public Limited Company Annual Report 2006 [Tab 1, p. 25] ; *See also* BNBM Group Profile Form, Table A [Tab 2]

BNBM PLC registered the trademark "BNBM" [Tab 3]

BNBM PLC manufactures BNBM drywall. According to BNBM PLC's website, "BNBM gypsum board quality accords with American ASTM, Germany DIN and British BS. It is the only product in the industry that has passed the US UL authentication." [Tab 4]

---

BNBM Group exported BNBM drywall to U.S. to EAC & Son's, Great Western Building Materials, Boan Int'l Investment, and Wood Nation.

*See* BNBM Group Profile Form, Table B [Tab 2] & BNBM PLC Profile Form, Table B [Tab 5]

---

BNBM PLC sold its drywall to U.S. companies, including:

- EAC & Son's Corp. (FL)
- Great Western Building Materials/Boan International Investment Co., Ltd. (CA)
- Wood Nation, Inc. (FL)
- Triorient Trading Co. (CT)
- Davis Construction Supply Co. (FL)

*See* BNBM Group Statement [Tab 6]; BNBM Group Profile Form, Table B [Tab 2]; BNBM PLC Profile Form, Tables B & C [Tab 5]; Summary Chart [Tab 7]

## BNBM Drywall and Dragon Brand Drywall

**EAC & Son's Corp. (FL)**

[BNBM Group exporter]

Exported "199,567 square meters", which translates to 2,148,121 sq ft and approximately 44,752 sheets, in November 2005

[Tab 2, Table B]; Translation of BNBM (Group)–E–0003186 [Tab 6]

**Great Western Building Materials/Boan International Investment Co., Ltd. (CA)** [BNBM Group exporter]

Exported "229,547 square meters", which translates to 2,470,823 sq ft and approximately 51,475 sheets, in November 2005

[Tab 2, Table B]; [Tab 6]

**Wood Nation, Inc. (FL)**

[BNBM Group exporter]

Exported "240,372 sheets" (11,537,856 square feet) in November 2005

[Tab 2, Table B]; [Tab 6]

**Triorient Trading Co. (CT)**

Purchased a total 1,483,922 sheets (71,228,256 square feet) from March 2, 2006 to May 22, 2006

[Tab 7]

**Great Western Building Materials/Boan International Investment Co., Ltd. (CA)**

Purchased a total 5,289 sheets (253,872 square feet) from November 15, 2005 to February 21, 2006

Summary Chart [Tab 7]

**Davis Construction Supply Co. (FL)**

Purchased a total of 4,400 packages [Tab 7]

## BNBM Drywall and Dragon Brand Drywall



BNBM



BNBM Dragon Brand



Dragon Brand



BNBM



# Beijing New Building Materials Public Limited Company

# Annual Report 2006



**Board of Directros**

**Beijing New Building Materials Public Limited Company**

**April 9, 2007**

BNBMPLC0000489

BNBM Annual Report 2006

played an important role in world economy growth. It is expected that the world economy will keep its rapid growth momentum in 2007 while the demands on building material products will remain buoyant in the international markets.

(2) Economic growth and development of building materials in China. After the Reform and Opening up, the PRC's economy maintained a rapid growth with average increase of 9.6% in GDP. It is expected that the GDP growth will slowdown and the investment on fixed assets will setback further in 2007. The economy growth of China will be more dependent on domestic demands. The building materials industry as a basic industry of the national economy is closely related to the overall development of the macroeconomic level. With gradual improvement in external environment in recent years, building materials industry gained strong and lasting momentum. The building materials industry is expected to maintain its development trend in 2006 and continue its steady growth in 2007. In particular, during the 11th Five-year Plan period, the PRC will put efforts in building up a recycling economy as well as a conservation-minded and environment-friendly society for sustainable development. Products featuring energy, water, land and materials saving will be advanced, while new building material sector will witness a faster expansion.

(3) Olympics-fuelled demands. The successful hosting of 2008 Olympic Games will spur the investment and consumption demands in Beijing and surrounding areas. It will exert a dramatic pull to the economic growth of Beijing, especially to the industries such as construction, building materials, transportation, post, communication, tourism, food and beverage industries in Beijing and its vicinities.

**2. Features of Company Products**

(1) Energy, water, land, materials saving and environmental protection. The gypsum boards, mineral wool boards, rock wool products and other new building materials products are featured by saving of energy, water, land and materials in production and use, and environmental protection, and are all energy-saving and environmentally friendly products. Based on gypsum board, the Company has developed ten product lines of Dragon-branded building materials with the characteristics of energy, water, land, materials saving and environmental protection and house system featuring energy and land saving, providing innovative product system and application technology for the country's energy saving undertaking.

(2) Comprehensive utilization to resources. The Company attaches great importance on the recycling economies featuring comprehensive utilization to resources. It takes full use of industry waste and slag while manufacturing such products, providing an effective solution against industrial waste pollution. For example, the gypsum plaster board uses FGDG and recycled paper from the power plants, and the mineral wool board and rock wool products use blast furnace slag from steel plants. In addition, in the production process, the gypsum plaster board and mineral wool acoustic board have achieved 100% recycling of industrial waste, and industrial waste water, after treatment and recovery, are all used in the production.

**3. Industry Status of Company**

As the industry leader in the domestic new building materials industry, the company occupies a leading position in the industry in terms of quality, technology, scale and efficiency.

(1) Brand. The Company is the only company that has been granted the title of "Double Green Stars" in the building materials industry. The Dragon branded products won awards and titles such as National Quality Award (the only one in the building material industry), China Famous Trademark, and China Leading Brand. The Company's "Dragon" branded gypsum board and Shandong Taihe's "Taishan" branded gypsum board were recognized as "China Renowned Products" in 2006. The "Dragon" branded gypsum board was awarded as China Number One Brand of the Most Influential Gypsum Board. The "Dragon" branded mineral wool board and lightweight metal frames were recognized as "Renowned Products in Beijing".

(2) Quality. With stringent quality management system, the Company was recognized as national and Beijing "Advanced Enterprise for Both Quality and Efficiency" and was given special awards. Meanwhile, the Company was selected as Grade AAA Enterprise in Quality Reputation during the

BNBMPLC0000513

北新集团建材股份有限公司 2006 年年度报告



# 北新集团建材股份有限公司

## Beijing New Building Materials Public Limited Company

# 2006 年年度报告



北新集团建材股份有限公司董事会

**2007 年 4 月 9 日**

BNBMPLC0000381

北新集团建材股份有限公司 2006 年年度报告

的解决途径。如纸面石膏板采用电厂的烟气脱硫石膏和再生废纸，矿棉吸声板、岩棉制品采用钢铁厂的高炉矿渣。此外，在生产过程中，纸面石膏板、矿棉吸声板均实现工业废料 100%回收利用，工业废水经处理后回收也全部用于生产。

**3、公司行业地位**

公司作为国内新型建材行业的领军企业，在品牌、质量、技术、规模、效益等方面处于行业龙头地位。

(1)品牌。公司是业内唯一的双绿色之星企业，"龙"牌系列产品曾荣获国家质量奖（业内唯一）、中国著名商标、中国行业龙头品牌等称号。2006年，公司"龙"牌石膏板与山东泰和"泰山"牌石膏板荣获"中国名牌产品"称号，"龙"牌石膏板获得中国最具影响力的石膏板品牌第一名称号，"龙"牌矿棉板和轻钢龙骨获得"北京名牌产品"称号。

(2)质量。公司有严格的质量管理体系，连续数年获得全国和北京市质量效益型先进企业称号并获特别奖，公司产品在国家和北京市质量技术监督局组织的质量监督抽查中获得质量信誉 AAA 企业。

(3)技术。公司具有雄厚的新型建材生产技术和新产品研发能力，设有国家级企业技术中心，建立了完整的技术创新体系。公司目前是国家级专利试点示范企业和全国专利工作先进单位，已申请专利 464 项，专利数量位于建材行业第一位。

(4)规模。截止到报告期末，公司的石膏板业务规模达到年产 4 亿平方米左右，位居中国第一、亚洲第二；公司的矿棉板业务规模达到年产 1600 万平方米，位居中国第一、亚洲第二；公司的轻钢龙骨业务达到年产 58,000 吨，位居中国第一。

(5)效益。多年来，公司主营业务收入和净利润每年均有较大幅度增长。2006 年，公司实现主营业务收入 278,127.73 万元，比上年增长 34.82%；净利润 14,615.56 万元，比上年增长 21.64 %。

**（四）主营业务及其经营状况**

**1、报告期内公司分行业、分地区的主营业务收入和主营业务利润构成情况**

(1) 报告期内分行业的主营业务收入和主营业务利润构成情况

单位：人民币元

| 行业名称 | 主营业务收入 | 所占比例 | 主营业务毛利润 | 所占比例 |
|---|---|---|---|---|

BNBMPLC0000402

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## DEFENDANT AFFILIATE/SUBSIDIARY/PARENT MANUFACTURERS' PROFILE FORM

CNBM/BNBM/TG must complete and submit this Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form[1]. CNBM/BNBM/TG must complete and sign a Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form for all activity in the US from 2001 through present. If additional knowledge becomes known after completion, this Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

    A.    Name of Affiliate, Subsidiary or Parent of Drywall Manufacturer: Beijing New Building Material (Group) Co., Ltd. ( "BNBM Group")[2]

    B.    Address: Room 1001, 10F, Building 4, No.9 South Shouti Road, Haidian District, Beijing

    C.    Phone number: +86 10-68799690

    D.    Email address: jagr@bnbmg.com.cn

    E.    Web site: www.bnbmg.com.cn

    F.    President or CEO: Zheng TAO (General Manager)

---

[1] Affiliate shall mean a financial relationship with a parent (or parent-like) entity, a vertical relationship with a subsidiary (or subsidiary-like) entity, and a horizontal relationship between entities that share a common parent (or parent-like) entity.

[2] BNBM Group is submitting this Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form in these multidistrict proceedings without waiving any of its rights to object, in these or in any other proceedings, to: (i) the relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention to the Taking of Evidence Abroad in Civil or Commercial Matters. BNBM Group further notes that it does not manufacture drywall.

G.   Headquarters if Foreign: Room 1001, 10F, Building 4, No.9 South Shouti Road, Haidian District, Beijing

H.   Address of USA Headquarters: None

I.   Name of supervisor at Foreign and/or USA Headquarters: None

J.   Principal Place of Business in USA: None

K.   List of all offices or locations in USA where entity has done business at any time in 2001 through present: None

L.   List of all officers, agents or representatives who have transacted or done business with individuals or companies in the USA at any time from 2001 through present: Chunshan Wei (Deputy Manager of International Business Department of BNBM Group)

M.   Name of Manager at each office or location identified in H, I and/or J above:   None

(If you have identified more than one entity in I(A) above separately answer I(B)-I(M) for each entity.)

## II.   COUNSEL INFORMATION OF DEFENDANT MANUFACTURER

A.   Name: Michael Barr; Michael Moore; Richard Fenton

B.   Address: Dentons US LLP, 1221 Avenue of the Americas New York, NY 10020-1089 USA

C.   Phone Number: +1 212 768 6700

D.   Fax Number: +1 212 768 6800

E.   E-Mail: Michael.barr@dentons.com;Michael.moore@dentons.com; Richard.fenton@dentons.com

## III.   AFFILIATE AND SUBSIDIARY INFORMATION

A.   Name of every subsidiary or affiliate that transacts business in the United States or within its jurisdiction[3]: See Table A

B.   Address of each entity identified in A above: See Table A

C.   Identification of the type of business identified in A above: See Table A

D.   Phone number of each entity identified in A above: See Table A

E.   Initial state of incorporation and location where each entity transacts business identified in A above: See Table A

F.   Listing of all trademarks, patents and service marks for each entity identified in A above: See Table A

G.   The full name including any trade names or other names which the entity identified in A above transacts business: See Table A

---

[3] Consistent with the Court's instructions at the March 26, 2015 conference, Table A lists all direct subsidiaries/affiliates responsive to this request to the best of BNBM Group's current knowledge. BNBM Group's response is not an admission that any listed subsidiary is an "affiliate," as used in the Court's July 17, 2014 Contempt Order [Doc. No. 17869] or any other pleading.

H.   Describe all agreements existing between the entity identified in A above and between any manufacturer, exporter, importer, shipper or distributor of Chinese drywall for the importation to the United States:   See Table A _____

IV.   **INSURANCE**

A.   Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

   1.   For each policy, identify the following:

      Insurer: _____None_____

      Dates policy in effect:

      __/__/_____ (Month / Day / Year) to ___/__/_____ (Month / Day / Year)

      Policy Number:            _____

      Type of Policy:           _____

      Insurance Agent           _____

      Address of Insurance      _____

      Agent in the United States _____

      Policy Coverage Limits    _____

      Produce a copy of the Declaration page, exclusions and policy of insurance.

B.   Identify all claims you have made on any insurance policies regarding this matter.

   1.   For each claim please provide the following:

      Date: ___/__/_____ (Month / Day / Year)

      Insurer: _____

      Description of claim: _____

      Insurer's response to claim: _____

      If in litigation:

      Caption of Case: _____

      Name and address of attorneys involved: _____

      _____

      _____

      Insurance carriers involved: _____

***CERTIFICATION***

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____     _____     _15. 4. 3_____
Signature                                   Print Name                                   Date

## TABLE A

### SUBSIDIARY/AFFILIATE INFORMATION

| III. | | | | |
|---|---|---|---|---|
| A. Name of every subsidiary or affiliate that transacts business in the United States or within its jurisdiction | BNBM Group Forest Products Co., Ltd. | BNBM Group Xiamen International Trade Co., Ltd. | China National Building Material Company Limited<br><br>For relevant disclosure, please see the Profile Form of China National Building Material Company Limited. | Beijing New Building Materials Public Limited Company<br><br>For relevant disclosure, please see the Profile Form of Beijing New Building Materials Public Limited Company. |
| B. Address of each entity identified in A above : | Room 901, 9F, Building 4, No.9 South Shouti Road, Haidian District, Beijing | Unit 878, 8F, Main Building, No.223 Changhao Road, Dianqian Sub-district, Huli District, Xiamen | | |
| C. Identification of the type of business identified in A above: | Timber import | Timber import | | Drywall sales |
| D. Phone number of each entity identified in A above: | 010-68799770 | 0592-2276016 | | |
| E. Initial state of incorporation and location where each entity transacts business identified in A above: | None | None | | |
| F. Listing of all trademarks, patents and service marks for each entity identified in A above: | None | None | | Dragon |
| G. The full name including any trade names or other names which the entity identified in A above transacts business: | BNBM Group Forest Products Co., Ltd. | BNBM Group Xiamen International Trade Co., Ltd. | | Beijing New Building Materials Public Limited Company |
| H. Describe all agreements existing between the entity identified in A above and between any manufacturer, | None | None | | See Table B |

exporter, importer, shipper or distributor of Chinese drywall for the importation to the United States:

**TABLE B**

**BNBMPLC DRYWALL SALES FOR WHICH BNBM GROUP WAS EXPORT AGENT**

| | |
|---|---|
| November 2005 | Sale of drywall to EAC & Son's Corp. |
| November 2005 | Sale of drywall to Great Western Building Materials/Boan International Investment Co., Ltd. |
| November 2005 | Sale of drywall to Wood Nation, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L |
|---|---|
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

PEOPLE'S REPUBLIC OF CHINA

CITY OF SHANGHAI

DECLARATION OF JIA LISHUANG

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Jia Lishuang（贾立双）, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2. I am a senior translator with the Shanghai Transbridge Co., Ltd., and work in the office in Shanghai, China. Shanghai Transbridge Co., Ltd is a professional translation service provider in China.

3. I am fluent in the languages of Chinese and English.

4. I hereby certify that I translated Beijing New Building Material (Group) Co., Ltd.'s ("BNBM Group") Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form ("BNBM Group's Profile Form") between the English and Chinese languages. I further certify that the English version of the BNBM Group's Profile Form is a true and accurate translation of the Chinese version of the BNBM Group's Profile Form. I also certify that the English version of the BNBM Group's Profile Form and the Chinese version of the BNBM Group's Profile Form are accurate translations of one another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April ___1___, 2015

Jia lishuang



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jul 7 03:20:59 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **BNBM** |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: common metal, namely, ingots of common metal, common metal boards for building purposes, common metal alloy for further manufacture, all common metal profiles, not including welding and railroad metal materials, namely, metal trim for buildings; building metal boards, construction elements made of metal, namely, metal framing materials for ceilings; modular metal buildings, modular metal building structure, metal wainscot, namely, wall panels of metal, metal roofing materials, namely, roofing panels, moveable metal houses, paint spraying booths of metal

IC 017. US 001 005 012 013 035 050. G & S: drywall joint tape, sound insulation materials; acoustical insulation for buildings; non-conducting heat insulation materials, fiberglass insulation for buildings; substances for insulating buildings against moisture, building insulating materials, stuffing materials of foam; hoses of textile material for use in watering, lute, namely, sealing plugs made primarily from rubber, heat insulation materials, thermal insulation materials, sound proofing materials for buildings

IC 019. US 001 012 033 050. G & S: non-metal building materials, namely, gypsum, earthenware tiles, sand and stone, stone, plaster, slag stone, tiles for building, namely, non-metal tiles, building materials, namely, composite panels composed primarily of nonmetal materials, non-metal shelter structures excluding tents, fiberglass reinforced plastic non-metal window and doors, plaster boards |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Trademark Search Facility Classification Code** | LETTER-3-OR-MORE BNBM Combination of three or more letters as part of the mark SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 79049003 |
| **Filing Date** | July 26, 2007 |

B: 7/8/15-7/11/15
Exhibit 148

| | |
|---|---|
| **Current Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | October 28, 2008 |
| **Registration Number** | 3561322 |
| **International Registration Number** | 0950876 |
| **Registration Date** | January 13, 2009 |
| **Owner** | (REGISTRANT) BEIJING NEW BUILDING MATERIALS; PUBLIC LIMITED COMPANY CORPORATION CHINA No. 11A Sanli River Road Haidian District; Beijing CHINA |
| **Attorney of Record** | Charles P. LaPolla |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 



BNBM Public Limited Company—Amember of CNBM

Р у с с к о | Francais | عـربي | English | 中文

Friday, July-08-2016, Beijing

Gypsum board & steel stud

Mineral fiber board & T-grid

Fiber cement siding

Rock wool

Doors & Windows

Radiator

Plastic pipe

Paint

OSB board

Prefabricated house

## Gypsum board & steel stud

**BNBM** possesses many advanced gypsum board production lines of international level.

In 1979, BNBM imported the first modern gypsum board production line with an annual production capability of 20 million m2. In November 2004, BNBM set up the third gypsum board line in Shandong Zaozhuang with an annual capability of 30 million m2. In September 2005, the forth production line was set up in Zhuozhou of Hebei Province with a production capability of 50 million m2, This production line was imported from US BMH, adopting the most advanced techniques, and is one of the largest and most advanced gypsum board production lines in the world.

In March 2005, BNBM became the holder of Shandong Taihe Dongxin Co,. LTD. through additional investment. It is a great resource recomposition of China gypsum board industry. Reaching an annual production capacity of one billion m2, BNBM gypsum board business becomes number one in Asia and one of top three gypsum board industry groups in the world.

  

Picture of gypsum board production line



Gypsum board and Steel Stud

Line 1,2 Beijing
45 million m²

Line 4 Hebei Zuozhou
50 million m²

Line 3 Shandong Zaozhuang
30 million m²

* Line 7 Jiangsu Taichang
60 million m²

* Line 5 Zhejiang Ningbo
30 million m²

* Line 6 Guangdong Gaoyao
60 million m²

More gypsum board production lines location:

1.Shandong Tai'an
2.Hebei Qinhuangdao
3.Hebei Hengshui
4.Jiangsu Jiangyin
5.Jiangsu Pizhou
6.Hubei Jiangmen
7.Shandong Weifang

8.Xinjiang Tianshan
9.Hu'nan Xiangtan
10.Jiangsu Xuzhou
11.Chongqing
12.Yun'nan Yimen
13.Hebei Xibaipo
14.Zhejiang Ningbo

* stands for underconstruction

Map of BNBM Gypsum Board Production Lines

BNBM gypsum board won the famous brand of Beijing and obtained a number of quality awards and credits.

BNBM gypsum board is a green building product for comfortable residence recommend by Ministry of Construction. It is made of high quality gypsum material which is environmental protection and does not contain any harmful chemicals. Its function of humidity adjustment provides a healthy living environment. BNBM gypsum board is suitable for the A Class requirements of the national standards of GB6566-2001 for Building Materials Radionuclide Limits. BNBM gypsum board quality accords with American ASTM, Germany DIN and British BS. It is the only product in the industry that has passed the US UL authentication.

There are five types of products, namely, common series, water-resistant, humidity-resistant, fire-resistant series, and household series. The variety of the products for the length and thickness can satisfy different needs for design.

**Gypsum Board Series**

Regular Series of Gypsum Board
Fire-resistant Series（Normal, High level, Special type）of Gypsum Board
Water-resistant Series（Normal, High level, Special type）of Gypsum Board
High Level Fire-resistant and Water-resistant Series of Gypsum Board
High Level Humidity-resistant Series of Gypsum Board Ceiling
High-Level Fire-resistant Series of Gypsum Board Ceiling
Acoustic Punched Series of Gypsum Board
Printing-decorating Series of Gypsum Board
Joint Compound Gypsum Board and Joint Tape Gypsum Board

**Introduction of BNBM Steel Stud Production Line**

**Location:** Beijing.

**Light steel stud:** adopting cold melding steel board, galvanized steel board, or color steel board as raw materials and using cold bending method to produce steel profile.

Gypsum board:Steel Stud

**Annual output:** 25000 tons



### Advanced Manufacture Technology
The whole equipments were imported from Germany and New Zealand. The advanced rolling technology ensures the precision, straightness and evenness. Its technical indexes all exceed the national standards.

### Manufactured with High-quality Raw Materials
The steel stud used high-quality cold-rolling and continuous heating galvanized steel plate as the raw materials. It has the characteristics of homogeneous material, high intensity and rigidity. The standard of double-sides galvanization is above the national standard. The steel stud is causticity-resistant and rust-preventing, with a best installation capability.

### Variety of Specifications
The steel stud includes variety of products in Germany, Japan and Euro-American series, BNBM possesses the strength in research, development and manufacturing.

### Steel Stud Series
Partition and Ceiling Series Steel Stud
Flat T-grid Stud
Solid Fluty T-grid Stud
CH Shaped Steel Stud
Z Shaped and W shaped shock absorbing Steel Stud
Inequality Steel Stud
Buckled Steel Stud
Atmosphere Steel Stud
Special Break Surface Steel Stud

Homepage │ About BNBM │ Products │ Production lines │ Services │ Performances │ Contact us
Copyright 2006 BNBM PLC . All Rights Reserved. Legal │ Privacy Policy

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

## DEFENDANT AFFILIATE/SUBSIDIARY/PARENT MANUFACTURERS' PROFILE FORM

CNBM/BNBM/TG must complete and submit this Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form[1]. CNBM/BNBM/TG must complete and sign a Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form for all activity in the US from 2001 through present.  If additional knowledge becomes known after completion, this Form must be supplemented.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  Please print legibly or type your responses in English.

I.     **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

   A.     Name of Affiliate, Subsidiary or Parent of Drywall Manufacturer: Beijing New Building Materials Public Limited Company ("BNBMPLC")[2]

   B.     Address: 15F, Building 2, Guohai Plaza, No. 17 Fuxing Road, Haidian District, Beijing, China

   C.     Phone number: +86 400-898-5566

   D.     Email address: bnbm@bnbm.com.cn

   E.     Web site: www.bnbm.com.cn

   F.     President or CEO: Yu CHEN (General Manager)

   G.     Headquarters if Foreign: 15F, Building 2, Guohai Plaza, No. 17 Fuxing Road, Haidian District, Beijing, China

   H.     Address of USA Headquarters: None

---

[1] Affiliate shall mean a financial relationship with a parent (or parent-like) entity, a vertical relationship with a subsidiary (or subsidiary-like) entity, and a horizontal relationship between entities that share a common parent (or parent-like) entity.
[2] BNBMPLC is submitting this Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form in these multidistrict proceedings without waiving any of its rights to object, in these or in any other proceedings, to: (i) the relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention to the Taking of Evidence Abroad in Civil or Commercial Matters.

I.      Name of supervisor at Foreign and/or USA Headquarters: <u>None</u> _____

J.      Principal Place of Business in USA: <u>None</u> _____

K.      List of all offices or locations in USA where entity has done business at any time in 2001 through present: <u>None</u> _____

L.      List of all officers, agents or representatives who have transacted or done business with individuals or companies in the USA at any time from 2001 through present: <u>Kai Cai (Assistant to the Manager of International Business Department from 2005-2007) (former employee); Kailong Lu (Assistant to the Manager of International Business Department from 2005-2006) (former employee) (See fn. 2)</u> _____

M.      Name of Manager at each office or location identified in H, I and/or J above: <u>None</u> _____

(If you have identified more than one entity in I(A) above separately answer I(B)-I(M) for each entity.)

II.     **COUNSEL INFORMATION OF DEFENDANT MANUFACTURER**

A.      Name: <u>Michael Barr; Michael Moore; Richard Fenton</u> _____

B.      Address: <u>Dentons US LLP, 1221 Avenue of the Americas New York, NY 10020-1089 USA</u> ____

C.      Phone Number: <u>+1 212 768 6700</u> _____

D.      Fax Number: <u>+1 212 768 6800</u> _____

E.      E-Mail: <u>Michael.barr@dentons.com;Michael.moore@dentons.com; Richard.fenton@dentons.com</u>

III.    **AFFILIATE AND SUBSIDIARY INFORMATION**

A.      Name of every subsidiary or affiliate that transacts business in the United States or within its jurisdiction[3]: <u>See Table A</u> _____

B.      Address of each entity identified in A above: <u>See Table A</u> _____

C.      Identification of the type of business identified in A above: <u>See Table A</u> _____

D.      Phone number of each entity identified in A above: <u>See Table A</u> _____

E.      Initial state of incorporation and location where each entity transacts business identified in A above: <u>See Table A</u> _____

F.      Listing of all trademarks, patents and service marks for each entity identified in A above: <u>See Table A</u> _____

G.      The full name including any trade names or other names which the entity identified in A above transacts business: <u>See Table A</u> _____

H.      Describe all agreements existing between the entity identified in A above and between any manufacturer, exporter, importer, shipper or distributor of Chinese drywall for the importation to the United States: <u>See Table A</u> _____

---

[3] Consistent with the Court's instructions at the March 26, 2015 conference, Table A lists all direct subsidiaries/affiliates responsive to this request to the best of BNBMPLC's current knowledge. BNBMPLC's response is not an admission that any listed subsidiary is an "affiliate," as used in the Court's July 17, 2014 Contempt Order [Doc. No. 17869] or any other pleading.

IV.    **INSURANCE**

    A.    A.Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

        1.    For each policy, identify the following:

            Insurer: None _____

            Dates policy in effect:

            ___/___/_____ (Month / Day / Year) to ___/___/_____ (Month / Day / Year)

            Policy Number:              _____

            Type of Policy:              _____

            Insurance Agent             _____

            Address of Insurance        _____

            Agent in the United States     _____

            Policy Coverage Limits      _____

            Produce a copy of the Declaration page, exclusions and policy of insurance.

    B.    Identify all claims you have made on any insurance policies regarding this matter.

        1.    For each claim please provide the following:

            Date: ___/___/_____ (Month / Day / Year)

            Insurer: _____

            Description of claim: _____

            Insurer's response to claim: _____

            If in litigation:

            Caption of Case: _____

            Name and address of attorneys involved: _____

            _____

            _____

            Insurance carriers involved: _____

            _____

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____          CHEN YU          03/04/2015
Signature                        Print Name         Date

**TABLE A**

**SUBSIDIARY/AFFILIATE INFORMATION**

| | | |
|---|---|---|
| III. | Taishan Gypsum Co., Ltd. | Beijing New Building Material (Group) Co., Ltd. |
| A. Name of every subsidiary or affiliate that transacts business in the United States or within its jurisdiction | For relevant disclosure, please see the Profile Form of Taishan Gypsum Co., Ltd. | For relevant disclosure, please see the Profile Form of Beijing New Building Material (Group) Co., Ltd |
| B. Address of each entity identified in A above: | | |
| C. Identification of the type of business identified in A above: | Drywall sales | Drywall export agency |
| D. Phone number of each entity identified in A above: | | |
| E. Initial state of incorporation and location where each entity transacts business identified in A above: | | |
| F. Listing of all trademarks, patents and service marks for each entity identified in A above: | Taishan | |

| | Taishan Gypsum Co., Ltd. | Beijing New Building Material (Group) Co., Ltd. |
|---|---|---|
| G. The full name including any trade names or other names which the entity identified in A above transacts business: | | |
| H. Describe all agreements existing between the entity identified in A above and between any manufacturer, exporter, importer, shipper or distributor of Chinese drywall for the importation to the United States: | | See Table B |

**TABLE B**

BNBMPLC DRYWALL SALES FOR WHICH BNBM GROUP WAS EXPORT AGENT

| November 2005 | Export of drywall to EAC & Son's Corp. |
| November 2005 | Export of drywall to Great Western Building Materials/Boan International Investment Co., Ltd. |
| November 2005 | Export of drywall to Wood Nation, Inc. |

**TABLE C**

**BNBMPLC DRYWALL SALES FOR WHICH BNBM GROUP WAS NOT EXPORT AGENT**

| | |
|---|---|
| February 2006 | Sale of drywall to Great Western Building Materials/Boan International Investment Co., Ltd. |
| March and April 2006 | Sale of drywall to Triorient Trading Co. |
| March 2006 | Sale of drywall to Davis Construction Supply Co. |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

PEOPLE'S REPUBLIC OF CHINA

CITY OF SHANGHAI

DECLARATION OF JIA LISHUANG

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Jia Lishuang（贾立双）, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2. I am a senior translator with the Shanghai Transbridge Co., Ltd., and work in the office in Shanghai, China. Shanghai Transbridge Co., Ltd is a professional translation service provider in China.

3. I am fluent in the languages of Chinese and English.

4. I hereby certify that I translated Beijing New Building Materials Public Limited Company's ("BNBMPLC") Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form ("BNBMPLC 's Profile Form") between the English and Chinese languages. I further certify that the English version of the BNBMPLC 's Profile Form is a true and accurate translation of the Chinese version of the BNBMPLC 's Profile Form. I also certify that the English version of the BNBMPLC 's Profile Form and the Chinese version of the BNBMPLC 's Profile Form are accurate translations of one another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April ___ , 2015

贾立双

Jia lishuang

<u>Translation of BNBM (Group)-E-0003186</u>

**Statement on the Gypsum Boards Exported to the U.S. by BNBM Group from the End of 2005 to the Beginning of 2006**

From the end of 2005 to the beginning of 2006, BNBM Group exported, on behalf of BNBMPLC, three batches of gypsum boards (three export contracts) to the United States, and the detailed information is as below:

First Contract: E-GB25190, for export of 229547 square meters of gypsum boards, the total export value was 431823.82 U.S. dollars, the export date should be the beginning of January 2006. Customer information: BAOAN INTERNATIONAL INVESTMENTCO., LTD., Address: 917 Village Oaks Drive, Suite 200, COVINA, CA91724, USA

The original material of this contract has not yet been found

Second Contract: WN6350, for export of 240372 sheets of gypsum boards , the total export value was 2040540.36 U.S. dollars, the export date should be January 22nd, 2006. Customer information: WOOD NATION, INC., 10740 PLANTATION BAY DRIVE, TAMPA, FLORIDA 33647, USA

The original material of this contract has not yet been found

Third Contract: E-GB051118, for export of 199567 square meters of gypsum boards, the total export value was 2394913.00 U.S. dollars, the export date should be February 8th, 2006. Customer information: EAC And SONS CORPORATION., 828 EAST Vine Street, Kissimmee, FL 34744, USA

The original material of this contract was kept in BNBM Group's archives

At the end of 2005 to the beginning of 2006 Beixinjituan exported the American gypsum board service situation explanation

From at the end of 2005 to the beginning of 2006, Beixinjituan altogether acted the northern new joint-stock company to export three batch of gypsum boards (three export contract) to the US, the concrete information was as follows:

The first contract: E-GB25190, exports the gypsum board 229547 square meters, the general exports amount is 431823.82 US dollars, exports the date: Should be in early January, 2006. Customer information: BAOAN INTERNATIONAL INVESTMENT CO., LTD., Address: 917 VILLAGE OAKS DRIVE, SUITE 200, COVINA, CA91724, USA this contract principal edition material had not found the second contract at present: WN6350, exports gypsum board 240372, the general exports amount is 2040540.36 US dollars, exports the date: Should be on January 22, 2006. Customer information: WOOD NATION INC., 10740 PLANTATION BAY DRIVE, TAMPA, FLORIDA 33647, USA this contract principal edition material had not found the third contract at present: E-GB051118, exports the gypsum board 199567 square meters, the general exports amount is 2394913.00 US dollars, exports the date: Should be on February 8, 2006. Customer information: EAC And SONS CORPORATOIN., 828 EAST Vine Street, Kissimmee, FL 34744, USA

<> this contract principal edition material put on file in the Beixinjituan reference room

 --- Common properties ---
Created: Tue Feb 17 13:27: 00 CST 2015 Creator: as Modified: Tue Feb 17 13:45: 00 CST 2015 Revision: 2

 --- Extended properties ---
Application: Microsoft Office Word AppVersion: 14.0000 Characters: 514
CharactersWithSpaces: 603 Company:
DocSecurity: 0 Lines: 4 Pages: 1 Paragraphs: 1 Templatev: Normal TotalTime: 17
Words: 90

## 2005 年底至 2006 年初北新集团出口美国石膏板业务情况说明

从 2005 年底至 2006 年初，北新集团一共代理北新股份公司向美国出口三批石膏板（三个出口合同），具体信息如下：

第一个合同：E-GB25190，出口石膏板 229547 平米，总出口金额为 431823.82 美元，出口日期：应为 2006 年 1 月初。客户信息：BAOAN INTERNATIONAL INVESTMENT CO., LTD., Address: 917 VILLAGE OAKS DRIVE , SUITE 200, COVINA, CA91724, USA
此合同正本资料目前还未找到

第二个合同：WN6350，出口石膏板 240372 张，总出口金额为 2040540.36 美元，出口日期：应为 2006 年 1 月 22 日。客户信息：WOOD NATION INC., 10740 PLANTATION BAY DRIVE, TAMPA, FLORIDA 33647, USA
此合同正本资料目前还未找到

第三个合同：E-GB051118，出口石膏板 199567 平米，总出口金额为 2394913.00 美元，出口日期：应为 2006 年 2 月 8 日。客户信息：EAC And SONS CORPORATOIN.,828 EAST Vine Street , Kissimmee ,FL 34744 , USA
此合同正本资料在北新集团资料室中存档了

BNBM(Group)-E-0003186

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | MDL NO. 2047 |
| IN RE:   CHINESE-MANUFACTURED | * | |
| DRYWALL | * | |
| PRODUCTS LIABILITY | * | SECTION: L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |

******************************************************************************

# FRE 1006 Summary
# Beijing New Building Materials Public Limited Company's
# Sales, Contracts and Shipments of Gypsum Drywall to U.S.A.

**B: 7/8/15-7/11/15**
**Exhibit 96**

# FRE 1006 Summary

## Beijing New Building Materials Public Limited Company's Sales, Contracts and Shipments of Gypsum Drywall to U.S.A.

| DATE | DESCRIPTION | REFERENCE |
|---|---|---|
| 11/15/2005 | "Sales Contract" btw BNBM and **Great Western Building Materials ("GWBM")** - 301 Lombard St., Oxnard, CA & **Baoan International Investment Co., Ltd.** ("BII") - 917 Village Oaks Dr., Covina, CA<br>- 2,467.58 Sq. Ft. Kilo of Gypsum Board for US $431,827.20 (¶1 at p. 1)(BNBMPLC 7430)<br>- "Port of Destination: Los Angeles, U.S.A. (¶6 at p. 1)(BNBMPLC 7431)<br>- Agreement fully executed (BNBMPLC 7433) | BNBMPLC 7430 - 7433 |
| 11/18/2005 | "Sales Contract" executed between BNBM & EAC & Son's Corp. ("EAC") - 828 E. Vine St., Kissimmee, FL<br>- 200,000 pieces of drywall for CIF USD $2,350,000 (¶1 at p. 1)(BNBMPLC 7421)<br>- "Shipping Mark: UL register & Type X mark..." (¶4 at p. 1)(BNBMPLC 7421)<br>- "Port of Destination: Tampa or any port in Florida or Gulf of Mexico area, U.S.A." (¶7 at p. 2)(BNBMPLC 7422) | BNBMPLC 7421 - 7423 |
| 11/16/2005 | CONTRACT for "Gypsum Drywall" btw BNBM and Wood Nation Inc. (10740 Plantation Bay Dr., Tampa, FL 33647). Contract Number: WN6350<br>- "GRADE STANDARDS: ... ASTM C 1396-04 ... UL certified ..."<br>- "TIME OF SHIPMENT: December 31, 2005 or sooner ..."<br>- "QUANTITIES: a) 122,808 pieces of ½" 4X12' Regular, b) 67,592 pieces of ½" 4X12' Ceiling, c) 49,972 pieces of 5/8" 4X12' Type X"<br>- "TOTAL VALUE: ... (USD$2,040,541)..."<br>- "PORT OF DISCHARGE: Port Manatee, Florida, USA" | BNBMPLC 7445 - 7448 |

| Date | Description | Reference |
|---|---|---|
| 11/16/2005 | "Export Agency Agreement" BNBM (Party A) and BNBM Group (Party B) - "Authorized exportation Items: paper faced gypsum boards, sales contract no. WN650 [the 11/16/05 Wood Nation contract], Total Value: US$ 2,040,541.0 - "III. Signing – 1. The relationship between Party A and Party B is of principal and agency nature, the relationship between Party B and foreign party (Purchaser) is considered as the relationship between Agency of Party A and Purchaser…." | BNBMPLC 7452 - 7455<br><br>BNBMPLC 7449 - 7451 (Chinese Version) |
| 11/30/2005 | "Export Agency Agreement" btw BNBM and Great Western Building Materials ("GWBM") - 301 Lombard St., Oxnard, CA & Baoan Internatl Investment Co., Ltd. ("BII") - 917 Village Oaks Dr., Covina, CA - connected to 11/15/05 BNBM/GWBM & BII contract above | BNBMPLC 7437 - 7440<br><br>BNBMPLC 7434 - 7436 (Chinese Version) |
| 11/30/2005 | 11/30/2005 "Export Agency Agreement" btw BNBM & EAC & Son's Corp. ("EAC") - 828 E. Vine St., Kissimmee, FL - connected to 11/18/05 BNBM/EAC contract above | BNBMPLC 7427 - 7429<br><br>BNBMPLC 7424 - 7426 (Chinese Version) |
| 1/10/2006 | Carriage Agreement between BNBM & COSCO International Air Freight Beijing, Co., Ltd. (foreign company) - USA shipment specified | BNBMPLC 7585-7586<br><br>BNBMPLC 7580 - 7584 (Chinese Version) |
| 1/23/2006 | BNBM Packing List for drywall shipment to EAC & Sons (Kissimmee, FL) - bound for Tampa, USA - Invoice No. E-GB051118 - Contract No. E-GB051118 - Quantity: 3838 pallets | BNBMPLC 7590 |
| 1/24/2006 | Huatai Insurance Company Cargo insurance policy for drywall shipment to EAC & Sons - Invoice No. E-GB051118 - Contract No. E-GB051118 - Quantity: 3838 pallets | BNBMPLC 7591 |

| Date | Description | Bates |
|---|---|---|
| 2/08/2006 | Bill of Lading for BNBM shipment of drywall to EAC & Sons | BNBMPLC 7594 |
| 2/21/2006 | Star Shipping Booking Note for BNBM drywall shipment to Los Angeles or Long Beach, California<br>- CHARTERED BY BNBM<br>- Cargo: 840 units of plaster board | BNBMPLC 7573-7574 |
| 2/21/2006 | 2/21/2006 "Sales Contract" btw BNBM and Great Western Building Materials ("GWBM") - 301 Lombard St., Oxnard, CA & Baoan Internatl Investment Co., Ltd. ("BII") - 917 Village Oaks Dr., Covina, CA<br>- 2,822.4 Sq. Ft. Kilo of Gypsum Board for US $502,387.20 (¶1 at p. 1)(BNBMPLC 7441)<br>- "Port of Destination: Los Angeles, U.S.A. (¶7 at p. 1)(BNBMPLC 7442)<br>- Agreement fully executed (BNBMPLC 7444) | BNBMPLC 7441 - 7444 |
| 3/02/2006 | "Purchase Confirmation No. 50590- Rev. 1" between BNBM & Triorient Trading, Inc. ("TTI") - Two Stamford Plaza, 281 Tresser Blvd., Ste. 1505, Stamford, CT<br>- "Material: 230,045 Sheets of Gypsum Board ... According to Specification Standards - ASTM C1396-04" (p. 1) (BNBMPLC 7456)<br>- "Purchase Ext.: $1,265,247.50" (p. 2) (BNBMPLC 7457)<br>- "Discharge Port: Port of Palm Beach, FL, USA'' (p. 4) (BNBMPLC 7459) | BNBMPLC 7456 - 7460 |
| 3/03/2006 | 3/3/2006 BNBM Export Products Order for Triorient Trading Inc.<br>- "Product name: Ordinary paper-faced gypsum board (drywall)"<br>- "Quantity: 230112 pieces"<br>- "Delivery Date: Around March 25, please deliver on time"<br>- "Factory must provide a test report about conformity with ASTM"<br>- "Shipping marks: "... Dragon Brand Drywall Per ½"x4'x12' ASTM C1396-04"<br>- "No. Of the original contract: 50590 / 40283" "Order No. Shi 2006-3"<br>- "Contract evaluation: CAI Kai March 7, 2006"<br>- "Approved by: (illegible) March 7, 2006" | BNBMPLC 7495<br><br>BNBMPLC 7494 (Chinese Version) |
| 3/08/2006 | 3/8/2006 Export Goods Declaration of PRC for BNBM's 2/8/06 drywall shipment to California<br>- Export Date: February 8, 2006<br>- Contract No. E-GB 051118<br>- Quantity: 3838 / 199,567 pieces<br>- Total Price: USD 2,394,000.00 | BNBMPLC 7593<br><br>BNBMPLC 7592 (Chinese Version) |

| Date | Description | Bates |
|---|---|---|
| 3/12/2006 | "Purchase/Supply Agreement" signed between BNBM & Davis Construction Supply (20725 SW 46th Ave., Newberry, Florida 32669)<br>- Effective from 3/12/2006 - 12/31/2006 (¶1 at p. 1)(BNBMPLC 7467)<br>- All drywall is required to meet ASTM and UL standards (¶2.1 at p. 2)(BNBMPLC 7468)<br>- End tape requirements = "Produced by BNBM PLC and Distributed by Davis in the USA" (¶2.4.2 at p. 2)(BNBMPLC 7468)<br>- Davis is the "exclusive distributor" for BNBM in the USA, Puerto Rico, Virgin Islands, Dominican Rep and Haiti. (¶6.2.1 at p. 5)(BNBMPLC 7471)<br>- "For obtaining the exclusive distributorship, Davis shall pay USD $1 million to BNBM PLC as a security deposit" (¶6.3, p. 5)(BNBMPLC 7471) | BNBMPLC 7467 - 7476 |
| 3/13/2006 | BNBM *draft* Export Products Order for Triorient Trading Inc.<br>"For Business Division to examine and approve"<br>- "Product name: Ordinary board"<br>- "Quantity: 230,045 pieces"<br>- "Delivery Date: March 20-April 1"<br>- "On the back of each piece of board, it shall print 'ASTM C 1396-04'"<br>- "Shipping marks: "TRIORIENT PORT OF PALM BEACH, FL."<br>- "No. Of the original contract: 50590-Rev 1" | BNBMPLC 7497<br><br>BNBMPLC 7496 (Chinese Version) |
| 3/20/2006 | BNBM Request Note for drywall delivery order<br>- Contract No.: 50590 (same contract number for Triorient Trading)<br>- Salesman: CHEN Lei<br>- Department Chief Officer: CAI Kai | BNBMPLC 7499<br><br>BNBMPLC 7498 (Chinese Version) |
| 3/21/2006 | Export Goods Declaration of PRC for BNBM's 3/17/06 drywall shipment to Los Angeles, USA<br>- Export Date: March 17, 2006<br>- Quantity: 3838 packages<br>- Total Price: USD 502,396.62 | BNBMPLC 7576<br><br>BNBMPLC 7575 (Chinese Version) |
| 3/25/2006 | 3/25/2006 Export Goods Declaration of PRC for BNBM's 1/22/2006 drywall shipment to USA<br>- Export Date: January 22, 2006<br>- Contract No. WN6350 (Wood Nation)<br>- Quantity: 991,495 packages (122,808 pieces & ? Pieces & 49,972 pieces)<br>- Total Prices: USD 1,007,025.60 & 556,282.16 & 477,232.60 | BNBMPLC 7596<br><br>BNBMPLC 7595 (Chinese Version) |

| Date | Description | Bates |
|---|---|---|
| 4/06/2006 | BNBM Invoice for Plywood to Triorient Trading, Inc. (Samford, Connecticut)<br>- "DESTINATION: PORT OF PALM BEACH, FL, USA"<br>- 1740 pieces of plywood | BNBMPLC 7503 |
| 4/07/2006 | BNBM Packing List for shipment of drywall to Triorient Trading, Inc. (Samford, Connecticut)<br>- Contract No. 50590<br>- "Destination: CAPE CANAVERAL, FL, USA"<br>- "Description: Gypsum Board - 230,045 SHEETS"<br>- "Quantity: 215,424 SHEETS" | BNBMPLC 7505-7506 |
| 4/07/2006 | Certificate of Origin for BNBM  shipment of drywall to Triorient Trading, Inc. (Samford, Connecticut)<br>- "From Tianjin Port, China to Cape Canaveral, FL, USA by sea"<br>- "Gypsum Board Tapered Edge 230,045 sheets as per contract No. 50590 according to specification standards ASTM C1396-04"<br>- "Quantity: 215424 Sheets" | BNBMPLC 7508 |
| 4/07/2006 | 4/7/2006 BNBM Invoice for drywall shipment to Triorient Trading, Inc. (Samford, Connecticut)<br>- Contract No. 50590<br>- "Destination: CAPE CANAVERAL, FL, USA"<br>- "Description: Gypsum Board - 230,045 SHEETS"<br>- "Quantity: 215,424 SHEETS"<br>- "AMOUNT: USD $1,184,832" | BNBMPLC 7509 |
| 4/20/2006 | Bill of Lading for BNBM drywall shipment to Triorient Trading (for 230,045 sheets) with shipment to Cape Canaveral, Florida<br>- Contract No. 50590<br>- "Description: Gypsum Board - 230,045 SHEETS" | BNBMPLC 7518 |
| 4/26/2006 | "Purchase Confirmation No. 50590- Rev. 1" btw BNBM & Triorient Trading, Inc. ("TTT") - Two Stamford Plaza, Stamford, CT<br>- "Material: 200,000 Sheets of Gypsum Board ... According to Specification Standards - ASTM C1396-04" (p. 1) (BNBMPLC 7461)<br>- "Purchase Ext: $1,820,000" (p. 3) (BNBMPLC 7463)<br>- "Discharge Port: Port Everglades, FL, USA" (p. 5) (BNBMPLC 7465) | BNBMPLC 7461 - 7466 |

| Date | Description | Bates |
|---|---|---|
| 4/28/2006 | Export Product Order - drywall shipment to Triorient Trading - Purchase Order No.: shi 2005-0428<br>- Quantity: 185312 sheets<br>- Boards shall be in compliance with the UL and ASTM standards<br>- Original Contract No.: 50614 / 41221<br>- Issuer: CAI Kai<br>- Other names mentioned: Xiaodong Hao & "Tian" | BNBMPLC 7522-7523<br><br>BNBMPLC 7521 (Chinese Version) |
| 5/15/2006 | Amendment to 3/12/2006 Purchase Supply Agreement between BNBM & Davis Construction Supply (20725 SW 46th Ave., Newberry, Florida 32669)<br>- increases amount of order per month from 400,000 to 450,000 (¶4 at p. 2)(BNBMPLC 7478) | BNBMPLC 7477-79 |
| 5/19/2006 | BNBM Request Note for drywall delivery order<br>- Contract No.: 50614<br>- Quantity: (2 orders) 178296 sheets & 99476 sheets<br>- Salesman: CHEN Lei | BNBMPLC 7529<br><br>BNBMPLC 7528 (Chinese Version) |
| 5/20/2006 | Export Goods Declaration of PRC regarding BNBM's 4/21/06 drywall shipment to NEW YORK, USA<br>- Contract No. 50590<br>- "Destination Port: New York / Destination Country: USA"<br>- "Quantity: 215424.000 pieces"<br>- "AMOUNT: USD $1,184,832" | BNBMPLC 7517<br><br>BNBMPLC 7516 (Chinese Version) |
| 5/22/2006 | BNBM Invoice to Triorient Trading for drywall shipment to Port Everglades, FL<br>- Invoice No. E-50614;  Contract No. 50614;  Quantity: 192,984 sheets<br>- AMOUNT: USD $1,061,412.00<br>- Account No. 0171970809401 | BNBMPLC 7531 |
| 5/22/2006 | BNBM Mill Certificate - regular gypsum board 4ftx12ftx½in.<br>- Invoice No.: E-50614<br>- Product: regular gypsum board 4ft x 12ft x ½ in. | BNBMPLC 7533 |
| 5/22/2006 | BNBM Packing List for drywall shipment to Triorient Trading - PORT EVERGLADES, FL<br>- Invoice No. E-50614A<br>- Quantity: 192,984 sheets | BNBMPLC 7535 |

| | | |
|---|---|---|
| 6/05/2006 | Bill of Lading for BNBM drywall shipment to Triorient Trading - with shipment to Port Everglades, FL USA<br>- 1914 packages<br>- ASTM & UL standards mentioned | BNBMPLC 7545 |
| 6/12/2006 | Export Goods Declaration of PRC for BNBM's 6/5/06 drywall shipment to NEW YORK, USA<br>- Export Date: June 5, 2006<br>- Quantity: 192984.000 pieces<br>- Total Price: USD 1,061,412.00 | BNBMPLC 7541<br><br>BNBMPLC 7540 (Chinese Version) |
| 6/12/2006 | Export Goods Declaration of PRC for BNBM's 6/5/06 drywall shipment to NEW YORK, USA<br>- NOTE: this is a little different than BNBMPLC 7541 (different "Pre-input Serial Number" and "Customs Serial Number")<br>- Export Date: June 5, 2006<br>- Quantity: 192984.000 pieces<br>- Total Price: USD 1,061,412.00 | BNBMPLC 7543<br><br>BNBMPLC 7542 (Chinese Version) |
| 6/15/2006 | 6/15/2006 Bill of Lading for BNBM drywall shipment to Davis Construction Supply - Newberry, FL<br>- Port of Discharge: Tampa, FL USA<br>- Quantity: 2930 packages | BNBMPLC 7562 |
| 6/15/2006 | 6/15/2006 2nd Bill of Lading for BNBM drywall shipment to Davis Construction Supply - Newberry, FL<br>- different than BNBMPLC 7562 (different quantities)<br>- Port of Discharge: Tampa, FL USA<br>- Quantity: 1470 packages | BNBMPLC 7564 |
| 6/22/2006 | 6/22/2006 Export Goods Declaration of PRC for BNBM's 6/15/06 drywall shipment to Tampa USA<br>- Export Date: June 15, 2006<br>- Contract No. 04292963<br>- Quantity: 2930<br>- Total Price: USD 1,042,523.30 | BNBMPLC 7554<br><br>BNBMPLC 7553 (Chinese Version) |

| | | |
|---|---|---|
| 6/22/2006 | 6/22/2006 2ⁿᵈ Export Goods Declaration of PRC for BNBM's 6/15/06 drywall shipment to Tampa USA<br>- different than BNBMPLC 7554 (different quantities, contract # & amt.)<br>- Export Date: June 15, 2006<br>- Contract No. 042912964<br>- Quantity: 1470<br>- Total Price: USD 533,375.00 | BNBMPLC 7556<br><br>BNBMPLC 7555 (Chinese Version) |
| 6/22/2006 | 6/22/2006 3ʳᵈ Export Goods Declaration of PRC for BNBM's 6/15/06 drywall shipment to Tampa USA<br>- different than BNBMPLC 7554 & 7556 (different quantities, etc.)<br>- Export Date: June 15, 2006<br>- Contract No. GB040505-2<br>- Quantity: 32 & Total Price: USD 11,619.84 | BNBMPLC 7558<br><br>BNBMPLC 7557 (Chinese Version) |
| 9/08/2006 | Export Goods Declartion of PRC from BNBM's 7/28/06 drywall shipment to Tampa, USA<br>- Export Date: July 28, 2006<br>- Contract No. 042936325<br>- Quantity: 2302<br>- Total Price: USD 819,254.00 | BNBMPLC 7571<br><br>BNBMPLC 7570 (Chinese Version) |

# SALES CONTRACT

Contract No.: E-GB051118

Date: Nov 18, 2005

**Seller:** BEIJING NEW BUILDING MATERIALS CO., LTD.

**Address:** DEWAI XISANQI, BEIJING CHINA

**Tel:** 0086-10-82918788

**Fax:** 0086-10-82912657

**Buyer:** EAC & Son's Corp.      Edgar A. Chaparro

**Address:** 828 E. Vine St. Kissimmee, FL 34744

**Tel:** (407) 846-9060

**Fax:**( 407) 846-2822

The contract is made by and between the Buyer and the Seller. Whereby the Buyer agrees to buy and the Seller agrees to sell the under mentioned commodity according to the terms and conditions stipulated below:

1.  Name of Commodity and Specifications, Quantity, and Unit Price :

| MARKS & NOS. | DESCRIPTION | UNIT | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
|  | Gypsum Board (Type X) |  |  | CIF |  |
|  | 4' × 12' × 5/8"/Piece | Piece | 200,000 | USD $11.75 | CIF  USD  $2,350,000 |

2.  Total Value of Contract: CIF USD Two million, three hundred thousand, fifty thousand and no cent.

    Say USD 2,350,000 .00

3.  Terms of Payment:

    1)  Initial, cash wire transfer 30% of sales amount in USD $ 705,000 within 7 days.
    2)  For remaining 70% of the sales amount in USD $ 1,645,000. within 7 days after singnig the contract,the buyer shall open Irrevocable and Divisible Letter of credit at sight on the opening bank accompanied by the commercial document set out in paragraph 5.
    3)  All bank charges outside U.S.A. are for the account of the beneficiary.
    4)  The L/C shall remain valid for negotiation freely at any bank until the 30st day after the date of shipment. (Opening Bank shall be Bank of America, Citi Bank of New York or large international bank that confirmed by the seller.)

4.  Shipping Mark:

    UL register & Type X mark on Top or Side of each sheet.

5.  Documents:

    1)  Full set (i.e. 3/3 originals) of clean on board ocean bills of lading marked "Freight Prepaid". The bills of lading shall include the statement "no solid wood".
    2)  Invoice in triplicate

BNBMPLC0007421

      3)   Packing List in triplicate, The packing list shall state "no solid wood"

      4)   Certificate of Quality issued by Beijing New Building Materials Co. Ltd. Certifying that the 5/8" Type X board meets UL standards.

      5)   Certificate of Origin from China council for the promotion of international trade or the Chamber of Commerce.

6.   Port of Shipment: Any main port in China

7.   Port of Destination: Tampa or any port in Florida or Gulf of Mexico area, U.S.A.

8.   The date of shipment: A.S.A.P. or sooner prior to Dec. 31. 2005

9.   Packing:

      1)   To be packed in a manner suitable for long distance ocean transportation, with appropriate protection against moisture, change of climate, and handling.

      2)   The 5/8" 4'X12' will consist of two 26 piece units strapped together into one 52 piece lift.

      3)   All lifts will have a plastic cap over the tops, sides and ends, then drywall dunnage strapped to the tops, sides and ends. No solid wood packing will be permitted.

      4)   The Sellers shall mark each lift with a stenciled label that states the item, lift number, piece count, weight and measurement. International symbols for protection from moisture, handling with care and this side up will also be stenciled on each unit as will a diagram showing how to load and unload with slings.

10. Claims:   Within 2 years after the arrival of the commodity at destination, should the quality, or specification be found not in conformity with the stipulations of the UL standards or ASTM C 1396-04 standards, except those claims for which the insurance company or the carrier accept liability, the Buyers shall, on the strength of an inspection certificate, have the right to claim for replacement with new commodity, or for compensation.

11   Arbitration: All disputes in connection with this contract or the execution thereof shall be settled amicably by negotiation. In case no settlement can be reached, the case under disputes may then be submitted to the " foreign Trade Arbitration Commission of the China or USA Council for the Promotion of International Trade" for Arbitration.

12   Force Majeure: In case of force Majeure, the Seller shall not be held responsible for late delivery or non-delivery of the goods but shall notify the insurance company by the Buyer by fax. If so requested by the buyer, a certificate issued by the China Council for the promotion of International Trade or any competent authorities.

13   Miscellaneous:
    The CIF USD price is based on the sea freight to Florida ports or Gulf of Mexico ports.

14   Any amendment, should be agreed by both sides in writing form, and attach to the original copy of sales contract.

Seller:

President (Authorized person):

For and on behalf of
北新建材（集团）有限公司
BEIJING NEW BUILDING MATERIALS CO., LTD.

Company: BEIJING NEW BUILDING MATERIALS CO., LTD.
Address: DEWAI XISANQI, BEIJING CHINA
Tel: 0086-10-82918788
Fax: 0086-10-82912657

Buyer:

President: Edgar A. Chaparro
Company: EAC & Son's Corp.
Address: 828 E. Vine St. Kissimmee, FL 34744
Tel: (407) 846-9060
Fax:( 407) 846-2822

BEIJING NEW BUILDING MATERIALS CO., LTD.

Name of Bank: BANK OF CHINA HEAD OFFICE
Address: No.1 FUXINGMENNEI, BEIJING CHINA
Beneficiary: BEIJING NEW BUILING MATERIALS CO., LTD.
Account No: 00839508094001
SWIFT CODE: BKCHCNBJ

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007423

# 代理出口协议书

日期：2005 年 11 月 30 日

编号：USA002

## 一、 缔约方：

1、 供货委托人（以下称甲方）： 北新集团建材股份有限公司

法定住所：北京市海淀区三里河路甲 11 号

邮政编码：

法定代表人：

电话：

传真：

开户银行：

帐号：

2. 出口商（以下称乙方）：北新建材（集团）有限公司

法定住所：北京市海淀区三里河路甲 11 号

邮政编码：100096

电　话：010-82918788

传　真：010-82912657

开户银行：

帐　号：

经双方友好协商，甲方委托乙方为其代理出口该批货物，现订协议如下：

## 二、 代理出口事项

1.货物名称：纸面石膏板；

2.规格和技术标准：同出口合同 E-GB051118；

3.数量：见出口合同 E-GB051118

4.价格：出厂价 RMB10.28/m2；

5.总价：USD$2,400,000.0

6.国外采购商（以下简称外商）：EAC & Son's Corp.

-1-

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007424

7.装船期：2006 年 1 月 10-31 日

## 三、 签约

1.甲乙双方之间的关系为代理人与被代理人之间的关系，乙方与外商之间的关系为甲方代理人与该外商之间的关系。该合同内所有条款(包括主要条款及附加条款)由甲方与外商自行确定，乙方只履行代理甲方对外签订合同，不参与该合同内任何条款的确定与履行。

2.出口合同项下的全部风险和责任由甲方自行独立承担。

3.乙方在收到外商的合同款后，按照银行当日的汇率将外币折合成人民币在 7 日内支付给甲方。

4. 乙方与外商签订的出口合同 E-GB051118 为本协议书不可分割的一部分。

## 四、 甲方责任

1. 负责与外商洽商和履行所有合同条款(包括主要条款及附加条款)，定好产品、规格、数量，并联系工厂组织货源。

2. 如果国家政策规定本协议第二条确定的货物在出口时，需要出口批文或出口许可证及相关的其他文件，甲方应向乙方提供其出口所必须的相应的出口批文或许可证及相关的其他文件，乙方应给予必要的协助。乙方对前述批文和文件不承担任何责任，包括但不限于，在合同已经签署，但甲方未获得前述文件的风险。

3. 承担海运费、报关费、出口货物商检费及熏蒸费.堆存费.保险等出口过程中的相关费用。

4. 在货物出港后一个月内，甲方必须将生产厂家的增值税发票（以乙方为抬头）提交乙方。如果甲方不能及时将这些单据给乙方，所有损失由甲方承担。

5. 甲方应承诺甲方进行的一切商业贸易行为是合法的，且向乙方提供的单据、 资料是真实的。如有违法、违章事件，由甲方负全部责任。

6. 由于产品质量不好，或外商信誉不好而产生的一切责任，经济损失都由甲方承担。

## 五、 乙方责任

1. 提供有效的核销单据，以乙方的名义对外出口。

2. 负责履行报关、发运、租船运输、商检，保险.、佣金等手续；

3. 尽早办理核销、退税手续。

## 六、 费用及代理费

出口过程中发生的一切费用由甲方承担。乙方按照千分之三向甲方收取出口手续费。

- 2 -





CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007425



## 七、 违约责任

协议双方的任何一方违反本协议的约定，给守约方造成损失，违约方应赔偿守约方损失。

## 八、 争议解决

本协议项下的争议应首先通过友好协商解决，如果不能通过友好协商解决，该协议应提交北京市法院解决。

## 九、 协议生效及终止。

1. 本协议自甲、乙双方传真签字盖章之日起生效。

2. 本协议在买卖合同已履行完毕，经双方友好协商而终止。

3. 本协议一方或双方因不再具有中国法律规定的民事主体资格或具有其它资质及经营范围上的缺陷而终止，如因该等原因造成的本协议而终止，过错方须赔偿无过错方的损失。

甲方: 北新集团建材股份有限公司

（签章）



乙方: 北新建材（集团）有限公司

（签章）





- 3 -

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007426

**Export Agency Agreement**

Date: November 30, 2005
Number: USA002

I. Parties

1. Authorizing Supplier Party (Party A): Beijing New Building Materials Public Limited Company
Address: No. 11 Sanlihe Road, Haidian District, Beijing, P. R. China
Postcode:
Legal Representative:
Telephone:
Fax:
Name of bank:
Account number:

2. Exporter (Party B): Beijing New Building Material (Group) Co., Ltd
Address: No. 11 Sanlihe Road, Haidian District, Beijing, P. R. China
Postcode: 100096
Telephone: 010-82918788
Fax: 010-82912657
Name of bank:
Account number:

This agreement is entered into by Party A and Party B through friendly consultations, Party A hereby authorizes Party B as export agency for exportation of such goods as follows:

II. Authorized exportation Items

1. Name of goods: paper faced gypsum boards;
2. Specification and technological standards: same as sales contract no. E-GB051118;
3. Quantity: see sales contract no. E-GB051118;
4. Price: factory price RMB10.28/m$^2$;
5. Total Value: US$ 2,040,541.0
6. Overseas Purchaser (Purchaser): EAC & Son's Corp.
7. Period of loading: January 10-31, 2006

III. Signing

1. The relationship between Party A and Party B is of principal and agency nature, the relationship between Party B and foreign party (Purchaser) is considered as the relationship between Agency of Party A and Purchaser. All terms in such agreement between Party B and Purchaser (including the main terms and additional terms) shall be determined between and by Party A and Purchaser; Party B merely signs agreements on

1

BNBMPLC0007427

behalf of Party A to other parties, but does not participate in confirmation and performance of any terms in such agreements.

2. Party A is solely and independently responsible for all risks and liabilities under export agreements.

3. After Party B receives payment from Purchaser, Party B shall convert the foreign currency payment into Renminbi using the exchange rate on the payment date, and make payments to Party A within 7 days.

4.  The export agreement - sales contract No. E-GB051118 signed between Party B and Purchaser - forms an inseparable part of this agreement.

IV. Party A's responsibilities

1. Party A is responsible for negotiating and performing all terms of the agreement together with Purchaser (which includes main terms and additional terms); and confirming the right product, its specification, its quantity, and contacting factories for supplying goods.

2. If the PRC national policies or regulations require goods exported under Clause II to retain export approval or license certificate and relevant other documents for exportation purposes; Party A shall supply to Party B all necessary export approval or license certificate and relevant other documents, and Party B shall assist Party A if required. Party B is not responsible for applying for any aforementioned official documents, including but not limited to risks associated with the situation where Party A has not obtained such documents but agreement with other parties has already been signed.

3. Party A is liable for ocean freight, customs declaration fee, export commodity inspection fee, fumigation charge, stocking charge, insurance and other fees related to the exportation process.

4. Party A must supply Party B with manufacturer's Value Added Taxed invoice (with Party B's title head) after one month of cargo departure. If Party A cannot supply Party B with the aforementioned invoices, Party A shall be held liable for all losses.

5. Party A shall guarantee that all business and trade activities performed by Party A are legal, and all relevant invoices and information provided to Party B are genuine. If an incident which is illegal or against regulations has occurred, Party A shall be held liable for all responsibilities.

6. Party A shall be liable for all economic losses and liabilities incurred as a result of bad product quality or Purchaser's bad reputation.

V. Party B's responsibilities

2

1. Party B shall supply valid verification documents, and to conduct exportation in the name of Party B.

2. Party B is responsible for the process of customs declaration, cargo dispatch, chartering transport, commodity inspection, insurance and commission charging etc.

3. Party B shall finish the verification and tax refund process as soon as possible.

VI. Fees and agency fees

Party A shall be liable for all fees incurred during the exportation process. Party B shall receive payment(s) from Party A equal to 0.3% of total price as export processing cost.

VII. Breach

Any party who breaches terms of this agreement and caused losses to the non-breaching party shall pay compensation to the non-breaching party.

VIII. Dispute resolution

Disputes under this agreement shall be first resolved by friendly negotiations, if disputes cannot be resolved by friendly negotiations, such dispute shall be resolved in the Beijing courts.

IX. Effective date and termination date of the agreement

1. This agreement shall take effect as of it is duly signed and sealed by both parties by way of fax.

2. This agreement shall terminate at the end of performance of the Purchase agreement, and after friendly consultations by both parties.

3. If one party or both parties under this agreement loss(es) its objective civil action capability under the PRC law or suffer(s) deficiency in terms of its ability or operational scope, and caused termination of this agreement; the wrong-doing party shall pay compensation to the innocent party for its losses.

Party A: Beijing New Building Materials Public Limited Company
Sealed and signed

Party B: Beijing New Building Material (Group) Co., Ltd
Sealed and signed

3

FROM :GWBM-OXNARD                    FAX NO. :805-278-4667        Dec. 01 2005 12:02PM P.09

# SALES CONTRACT

Contract No.:   E-GB25190

Date: Nov 15, 2005

**Sellers: BEIJING NEW BUILDING MATERIALS CO., LTD.**
Address: DEWAI XISANQI, BEIJING CHINA
Tel: 0086-10-82918788
Fax: 0086-10-82912657

**Buyers: GREAT WESTERN BUILDING MATERIALS**
301 Lombard St Oxnard, CA 93030
Tel: 001-(805) 278-4474; fax (805) 278-6010
Website: www.gwbm.com

**BAOAN INTERNATIONAL INVESTMENT CO., LTD.**
917 Village Oaks Drive Covina CA 91724
Tel: 001-(626)-339-4000; fax: 001-(626)-339-2500

The contract is made by and between the Buyer and the Seller. Whereby the Buyer agrees to buy and the Seller agrees to sell the under mentioned commodity according to the terms and conditions stipulated below:

1. Name of Commodity and Specifications, Quantity, and Unit Price :

| MARKS & NOS. | DESCRIPTION | UNIT | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | | CFR Los Angeles | CFR Los Angeles |
| | Gypsum     Board (Regular) 4'×12'×1/2"/Piece | Kilo Sqft | 2467,5 84 | US$ 175 | US$431,827.2 |
| | 5%  more  or  less should be allowed | | | | |
| | TOTAL | | | | US$431,827.2 |

2. Total Value of Contract: USD431,827.2 Say US DOLLAR FOUR HUNDRED AND THIRTY ONE THOUSAND EIGHT HUNDRED AND TWENTY SEVEN CENTS TWENTY ONLY as defined above CFR Los Angeles with THC/Wharfage paid by the seller and loading charges onto the truck at Buyers' account.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007430

FROM :GUBM-OXNARD                    FAX NO. :805-278-4667              Dec. 01 2005 12:02PM P3/5

3. Terms of Payment: Within 7 days after the contract is executed, Buyers shall open Irrevocable Letter of Credit at sight payable against Seller's draft drawn at sight on the opening bank accompanied by the commercial documents set out in paragraph 5. All bank charges outside U.S.A. are for the beneficiary's account. The L/C shall remain valid for negotiation freely at any bank until the 21st day after the date of shipment. (Opening Bank shall be Bank of America, National City Bank of New York or any bank confirmed by the seller.)

4. Shipping Mark: as per the buyer's notice before production.

5. Documents:
   1) Full set (i.e. 3/3 originals) of clean on board ocean bills of lading marked "Freight Prepaid". The bills of lading shall include the statement "no solid wood".
   2) Invoice in triplicate
   3) Packing List in triplicate, The packing list shall state "no solid wood"
   4) Certificate of Quality issued by Beijing New Building Materials Co, Ltd. Certifying that the ½" Regular wall board are produced and inspected in compliance with specifications of ASTM C 1396-04 standards.
   5) Copy of Telex/Fax to the Buyers advising particulars of shipment within 3 working day(s) after shipment is made.
   6) Certificate of Origin from the Chamber of Commerce.

6. Port of Shipment: Tianjin, China

7. Port of Destination: Los Angeles, U.S.A. Long Beach is a optional place as per Carrier's decision.

8. Latest date of shipment: January 10th, 2006 or the first vessel by the Carrier in January 2006.

9. Packing:

   1)    To be packed in a manner suitable for long distance ocean transportation, with appropriate protection against moisture, change of climate, and numerous handlings.

   2)    The ½" 4'X12' will consist of two 34 piece units strapped together into one 68 piece lift (stack).

   3)    All lifts will have a plastic cap over the tops, sides and ends, then drywall dunnage strapped to the tops, sides and ends. No solid wood packing will be permitted.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    BNBMPLC0007431

4)   The Sellers shall mark each lift with a stenciled label that states the

tem, lift number, piece count, weight and measurement.   International
symbols for   protection from moisture, handling with care and this
side up will also be stenciled on each unit as will a diagram showing how
to load and unload with slings.

10.  Claims:   Within 90 days after the arrival of the commodity at destination, should
the quality, specification, or quantity be found not in conformity with the
stipulations of the contract, except those claims for which the insurance company
or the carrier accept liability, the Buyers shall, on the strength of an inspection
certificate issued by a recognized surveyor approved by the seller, have the right to
claim for replacement with new commodity, or for economic compensations.

11  Arbitration: All disputes in connection with this contract or the execution thereof
shall be settled amicably by negotiation. In case no settlement can be reached, the
case under disputes may then be submitted to the " Foreign Trade Arbitration
Commission of China Council for the Promotion of International Trade" for
Arbitration.

12  Force Majeure: In case of force Majeure, the Seller shall not be held responsible
for late   delivery or non-delivery of the goods but shall notify the Buyer by fax. If
so requested by the buyer, a certificate issued by the China Council for the
promotion of International Trade or any competent authorities.

13  Miscellaneous:
   a)   The tapered edge shall be 0.6~1.9mm in depth and 30-80mm in width.
   b)   The Ex Dock Duty & THC/Wharfage paid price is based on the offer and
      commitment from Star Shipping as requested by the Buyers.
   c)   If the import documents/formalities are not ready for unloading the goods
      when the vessel arrival at destination, the buyer will pay USD 20000 per day
      to the seller.

14  Any amendment, should be agreed by both sides, and shown on the original copy
of sales contract.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007432

FROM : GUEM OXNARD                    FAX NO. : 805-278-4667                 Dec. 01 2005 12:03PM  P5/8

Sellers:

BEIJING NEW BUILDING MATERIALS CO., LTD.
*For and on behalf of*

北新建材（集团）有限公司
BEIJING-NEW BUILDING MATERIALS CO.,LTD.

..................................................
*Authorized Signature(s)*

Buyers:

LARRY ROGERS                    12-1-05

GREAT WESTERN BUILDING MATERIALS

12-1-05

BAOAN INTERNATIONAL INVESTMENT CO.,LTD.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007433

# 代理出口协议书

日期:2005年 11 月 30 日

编号:

## 一、 缔约方:

1、 供货委托人（以下称甲方）： 北新集团建材股份有限公司

法定住所：北京市海淀区三里河路甲 11 号

邮政编码：

法定代表人：

电话：

传真：

开户银行：

帐号：

2. 出口商（以下称乙方）：北新建材（集团）有限公司

法定住所：北京市海淀区三里河路甲 11 号

邮政编码： 100096

电 话：010-82918788

传 真：010-82912657

开户银行：

帐 号：

经双方友好协商，甲方委托乙方为其代理出口该批货物，现订协议如下：

## 二、 代理出口事项

1.货物名称：纸面石膏板；

2.规格和技术标准：同出口合同 E-GB25190；

3.数量：见出口合同 E-GB25190

4.价格：同出口合同 E-GB25190；

5.总价：US$431,827.2

6.国外采购商（以下简称外商）： **GREAT WESTERN BUILDING MATERIALS & BAOAN**

- 1 -

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER              BNBMPLC0007434

INTERNATIONAL INVESTMENT CO., LTD.

7.装船期：2005 年 12 月 25-28 日

## 三、 签约

1.甲乙双方之间的关系为代理人与被代理人之间的关系，乙方与外商之间的关系为甲方代理人与该外商之间的关系。该合同内所有条款(包括主要条款及附加条款)由甲方与外商自行确定，乙方只履行代理甲方对外签订合同，不参与该合同内任何条款的确定与履行。

2.出口合同项下的全部风险和责任由甲方自行独立承担。

3.乙方在收到外商的合同款后，按照银行当日的汇率将外币折合成人民币在 7 日内支付给甲方。

4. 乙方与外商签订的出口合同 E-GB25190 为本协议书不可分割的一部分。

## 四、 甲方责任

1. 负责与外商洽商和履行所有合同条款(包括主要条款及附加条款)，定好产品、规格、数量，并联系工厂组织货源。

2. 如果国家政策规定本协议第二条确定的货物在出口时，需要出口批文或出口许可证及相关的其他文件，甲方应向乙方提供其出口所必须的相应的出口批文或许可证及相关的其他文件，乙方应给予必要的协助。乙方对前述批文和文件不承担任何责任，包括但不限于，在合同已经签署，但甲方未获得前述文件的风险。

3. 负责租船运输等，承担海运费、报关费、出口货物商检费及熏蒸费、堆存费等出口过程中的相关费用。

4. 海运保险由外商负责，但甲方承担出险时保险公司免赔部分

5. 在货物出港后一个月内，甲方必须将生产厂家的增值税发票及出口退税缴税书(以乙方为抬头)提交乙方。如果甲方不能及时将这些单据给乙方，所有损失由甲方承担。

6. 甲方应承诺甲方进行的一切商业贸易行为是合法的，且向乙方提供的单据、 资料是真实的。如有违法、违章事件，由甲方负全部责任。

7. 由于产品质量不好，或外商信誉不好而产生的一切责任，经济损失都由甲方承担。

## 五、 乙方责任

1. 提供有效的核销单据，以乙方的名义对外出口。

2. 负责履行报关、发运、租船运输、商检等手续；



- 2 -

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007435

3. 尽早办理核销、退税手续。

## 六、 费用及代理费

出口过程中发生的一切费用由甲方承担。乙方按照 RMB190102.68(人民币壹拾玖万壹佰零贰圆陆角捌分)向甲方收取出口手续费含乙方向 **BAOAN INTERNATIONAL INVESTMENT CO., LTD.** 支付的佣金人民币 **155556.5**（人民币壹拾伍万伍仟伍佰伍拾陆元伍角）。

## 七、 违约责任

协议双方的任何一方违反本协议的约定，给守约方造成损失，违约方应赔偿守约方损失。

## 八、 争议解决

本协议项下的争议应首先通过友好协商解决，如果不能通过友好协商解决，该协议应提交北京市法院解决。

## 九、 协议生效及终止。

1. 本协议自甲、乙双方传真签字盖章之日起生效。

2. 本协议在买卖合同已履行完毕，经双方友好协商而终止。

3. 本协议一方或双方因不再具有中国法律规定的民事主体资格或具有其它资质及经营范围上的缺陷而终止，如因该等原因造成的本协议而终止，过错方须赔偿无过错方的损失。

甲方：
（签章）

乙方：北新建材（集团）有限公司
（签章）

- 3 -

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    BNBMPLC0007436

**Export Agency Agreement**

Date: November 30, 2005
Number:

I. Parties

1. Authorizing Supplier Party (Party A): Beijing New Building Materials Public Limited Company
Address: No. 11 Sanlihe Road, Haidian District, Beijing, P. R. China
Postcode:
Legal Representative:
Telephone:
Fax:
Name of bank:
Account number:

2. Exporter (Party B): Beijing New Building Material (Group) Co., Ltd
Address: No. 11 Sanlihe Road, Haidian District, Beijing, P. R. China
Postcode: 100096
Telephone: 010-82918788
Fax: 010-82912657
Name of bank:
Account number:

This agreement is entered into by Party A and Party B through friendly consultations, Party A hereby authorizes Party B as export agency for exportation of such goods as follows:

II. Authorized exportation Items

1. Name of goods: paper faced gypsum boards;
2. Specification and technological standards: same as contract no. E-GB25190;
3. Quantity: see contract no. E-GB25190;
4. Price: same as contract no. E-GB25190;
5. Total Value: US$ 431,827.2
6. Overseas Purchaser (Purchaser): GREAT WESTERN BUILDING MATERIALS & BAOAN INTERNATIONAL INVESTMENT CO., LTD.
7. Period of loading: December 25-28, 2005

III. Signing

1. The relationship between Party A and Party B is of principal and agency nature, the relationship between Party B and foreign party (Purchaser) is considered as the relationship between Agency of Party A and Purchaser. All terms in such agreement between Party B and Purchaser (including the main terms and additional terms) shall be determined between and by Party A and Purchaser; Party B merely signs agreements on

1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007437

behalf of Party A to other parties, but does not participate in confirmation and performance of any terms in such agreements.

2. Party A is solely and independently responsible for all risks and liabilities under export agreements.

3. After Party B receives payment from Purchaser, Party B shall convert the foreign currency payment into Renminbi using the exchange rate on the payment date, and make payments to Party A within 7 days.

4.  The export agreement contract No. E-GB25190 signed between Party B and Purchaser forms an inseparable part of this agreement.

IV. Party A's responsibilities

1. Party A is responsible for negotiating and performing all terms of the agreement together with Purchaser (which includes main terms and additional terms); and confirming the right product, its specification, its quantity, and contacting factories for supplying goods.

2. If the PRC national policies or regulations require goods exported under Clause II to retain export approval or license certificate and relevant other documents for exportation purposes; Party A shall supply to Party B all necessary export approval or license certificate and relevant other documents, and Party B shall assist Party A if required. Party B is not responsible for applying for any aforementioned official documents, including but not limited to risks associated with the situation where Party A has not obtained such documents but agreement with other parties has already been signed.

3. Party A is responsible for the chartering ship for transportation, Party A is liable for ocean freight, customs declaration fee, export commodity inspection fee, fumigation charge, stocking charge and other fees related to the exportation process.

4. Purchaser is responsible for the cargo insurance, however Party A shall be liable for the part to which the insurance company is free from compensation.

5. Party A must supply Party B with manufacturer's Value Added Taxed invoice and its export tax refund certificate (with Party B's title head) after one month of cargo departure. If Party A cannot supply Party B with the aforementioned invoices, Party A shall be held liable for all losses.

6. Party A shall guarantee that all business and trade activities performed by Party A are legal, and all relevant invoices and information provided to Party B are genuine. If an incident which is illegal or against regulations has occurred, Party A shall be held liable for all responsibilities.

2

7. Party A shall be liable for all economic losses and liabilities incurred as a result of bad product quality or Purchaser's bad reputation.

V. Party B's responsibilities

1. Party B shall supply valid verification documents, and to conduct exportation in the name of Party B.

2. Party B is responsible for the process of customs declaration, cargo dispatch, chartering transport and commodity inspection etc.

3. Party B shall finish the verification and tax refund process as soon as possible.

VI. Fees and agency fees

Party A shall be liable for all fees incurred during the exportation process. Party B shall receive payment(s) from Party A equal to RMB 190, 102.68 as export processing cost, which includes commission paid by Party B to BAOAN INTERNATIONAL INVESTMENT CO., LTD of RMB 155,556.5.

VII. Breach

Any party who breaches terms of this agreement and caused losses to the non-breaching party shall pay compensation to the non-breaching party.

VIII. Dispute resolution

Disputes under this agreement shall be first resolved by friendly negotiations, if disputes cannot be resolved by friendly negotiations, such dispute shall be resolved in the Beijing courts.

IX. Effective date and termination date of the agreement

1. This agreement shall take effect as of it is duly signed and sealed by both parties by way of fax.

2. This agreement shall terminate at the end of performance of the Purchase agreement, and after friendly consultations by both parties.

3. If one party or both parties under this agreement loss(es) its objective civil action capability under the PRC law or suffer(s) deficiency in terms of its ability or operational scope, and caused termination of this agreement; the wrong-doing party shall pay compensation to the innocent party for its losses.

Party A: Beijing New Building Materials Public Limited Company
Sealed and signed

3

Party B: Beijing New Building Material (Group) Co., Ltd
Sealed and signed

4

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007440

*8*

SALES CONTRACT

Contract No.:  E-GB26024

Date: Feb 21, 2006

**Sellers: BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY**

Address: DEWAI XISANQI, BEIJING CHINA

Tel:+86-10-82918788 Fax: +86-10-82912657


**Buyers: GREAT WESTERN BUILDING MATERIALS**

    301 Lombard St Oxnard, CA 93030

    Tel: 001-(805) 277-4474; fax (805) 277-6019


**BAOAN INTERNATIONAL INVESTMENT CO., LTD.**

917 Village Oaks Drive Covina CA 91724

Tel: 001-(626)-338-4000; fax: 001-(626)-338-2500

The contract is made by and between the Buyer and the Seller. Whereby the Buyer agrees to buy and the Seller agrees to sell the under mentioned commodity according to the terms and conditions stipulated below:

1.   Name of Commodity and Specifications, Quantity, and Unit Price :

| MARKS & NOS. | DESCRIPTION | UNIT | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | | CFR Los Angeles | CFR Los Angeles |
| | Gypsum Board (Regular) 4'×12'×1/2"/Piece | Kilo Sqft | 2822.4 | US$ 178 | US$502387.2 |
| | 5% more or less should be allowed | | | | |
| | **TOTAL** | | | | US$502387.2 |

2.   Total Value of Contract: USD502387.2 Say US DOLLAR FIVE HUNDRED AND TWO THOUSAND THREE HUNDRED AND EIGHTY SEVEN CENTS TWENTY ONLY as defined above CFR Los Angeles with THC/Wharfage paid by the seller and loading charges onto the truck at Buyers' account.

3.   Terms of Payment: Within 7 days after the contract is executed, Buyers shall open Irrevocable Letter of Credit at sight payable against Seller's draft drawn at sight on the opening bank accompanied by the commercial documents set out in paragraph 5.   All bank charges outside

U.S.A. are for the account of the beneficiary.   The L/C shall remain valid for negotiation freely at any bank until the 21st day after the date of shipment. (Opening Bank shall be Bank of America, National City Bank of New York or any bank confirmed by the seller.)

4.   Shipping Mark:

5.   Documents:
   1)   Full set (i.e. 3/3 originals) of clean on board ocean bills of lading marked "Freight Prepaid".   The bills of lading shall include the statement "no solid wood".
   2)   Invoice in triplicate
   3)   Packing List in triplicate, The packing list shall state "no solid wood"
   4)   Certificate of Quality issued by BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY
   5)   Certifying that the ½" Regular wall board are produced and inspected in compliance with specifications of ASTM C 1396-04 standards.
   6)   Copy of Telex/Fax to the Buyers advising particulars of shipment within 3 working day(s) after shipment is made.
   7)   Certificate of Origin
6.   Port of Shipment: Tianjin, China

7.   Port of Destination: Los Angeles, U.S.A. Long Beach is an optional place as per Carrier's decision.

8.   Latest date of shipment: March 5th, 2006 according to the star shipping laycan time

9.   Packing:

   1)      To be packed in a manner suitable for long distance ocean transportation, with appropriate protection against moisture, change of climate, and numerous handlings.

   2)      The ½" 4'X12' will consist of two 34 piece units strapped together into one 70 piece lift (stack).

   3)      All lifts will have a plastic cap over the tops, sides and ends, then drywall dunnage strapped to the tops, sides and ends.   No solid wood packing will be permitted.

   4)      The Sellers shall mark each lift with a stenciled label that states the

         tem, lift

         number, piece count, weight and measurement.   International symbols for protection from moisture, handling with care and this side up will also be stenciled on each unit as will a diagram showing how to load and unload with slings.

10. Claims:   Within 90 days after the arrival of the commodity at destination, should the quality, specification, or quantity be found not in conformity with the stipulations of the contract, except those claims for which the insurance company or the carrier accept liability, the Buyers shall, on the strength of an inspection certificate issued by a recognized surveyor approved by the seller, have the right to claim for replacement with new commodity, or for economic compensations.

11   Arbitration: All disputes in connection with this contract or the execution thereof shall be settled amicably by negotiation. In case no settlement can be reached, the case under disputes may then be submitted to the " Foreign Trade Arbitration Commission of China Council for the Promotion of International Trade" for Arbitration.

12   Force Majeure: In case of force Majeure, the Seller shall not be held responsible for late delivery or non-delivery of the goods but shall notify the Buyer by fax. If so requested by the buyer, a certificate issued by the China Council for the promotion of International Trade or any competent authorities.

13   Miscellaneous:
   a)   The tapered edge shall be 0.6-1.9mm in depth and 30-80mm in width.
   b)   The Ex Dock Duty & THC/Wharfage paid price is based on the offer and commitment from Star Shipping as requested by the Buyers.
   c)   If the import documents/formalities are not ready for unloading the goods when the vessel arrival at destination, the buyer will pay USD 20000 per day to the seller.

14   Any amendment, should be agreed by both sides, and shown on the original copy of sales contract.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Sellers:

BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY.

*For and on behalf of*
北新 集团 建材股份有限公司
BELJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

................................................
*Authorized Signature*

Buyers:

*Jim Moore, Controller   2-24-2006*

GREAT WESTERN BUILDING MATERIALS

*02/-24/06*

BAOAN INTERNATIONAL INVESTMENT CO.,LTD.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007444

# CONTRACT

**THE SELLERS:**    **BEIJING NEW BUILDING MATERIALS CO., LTD.**
NO. 16 WEST ROAD JIANCAICHENG XISANQI
HAIDIAN DISTRICT
BEIJING, CHINA 100096
TEL: 86-10-8291-8788
FAX: 86-10-8291-2657
E-MAIL: bnbmusa@msn.com

**THE BUYERS:**    **WOOD NATION INC.**
10740 PLANTATION BAY DRIVE
TAMPA, FLORIDA 33647
TEL: 813-994-6499
FAX: 813-994-4497
E-MAIL: woodnation@verizon.net

**CONTRACT NUMBER: WN6350**

This contract is made by and between the Buyers and the Sellers, hereby the Buyers agree
to buy and the Sellers agree to sell the under mentioned commodity according to the
terms and conditions stipulated below:

1.    **COMMODITY:** Gypsum Drywall (hereafter referred to as the "Product").

2.    **COUNTRY OF ORIGIN AND MANUFACTURERS:** Peoples Republic of
China

3.    **SIZE SPECIFICATIONS:**

   a)    The 'Regular' grade portion will be ½" in thickness, 4' in width and 12' in
length.

   b)    The 'Ceiling' grade portion will be ½" in thickness, 4' in width and 12' in
length.

   c)    The 'Type X' grade portion will be 5/8" in thickness, 4' in width and 12'
in length.

4.    **GRADE STANDARDS:**

   a)    The ½" Regular and ½" Ceiling products shall be produced to American
Society for Testing and Materials ("ASTM") C 1396-04 Standards. Each
piece shall have 'ASTM C 1396-04' stamped on the back of each piece.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007445

       **b)**    The 5/8" Type X will be UL certified and each piece will be marked
             accordingly.

**5.**    **PACKING:**

       **a)**    To be packed in a manner suitable for long distance ocean transportation,
             with appropriate protection against moisture, change of climate, and
             handling. The Sellers shall be liable for any damage of the commodity
             and expenses incurred on account of improper packing or improper
             protective measures taken by the Sellers in regard to the packing.

       **b)**    The ½" 4'X12' will consist of two 34 piece units strapped together into
             one 68 piece lift.

       **c)**    The 5/8" 4'X12' will consist of two 26 piece units strapped together into
             one 52 piece lift.

       **d)**    The Sellers shall mark each lift with a stenciled label that states the item,
             lift number, piece count, weight and measurement. International symbols
             for protection from moisture, handling with care and this side up will also
             be stenciled on each unit as will a diagram showing how to load and
             unload with slings.

**6.**    **SHIPPING MARK:** WN34

**7.**    **TIME OF SHIPMENT:** December 31, 2005 or sooner, as evidenced by on-
    board bills of lading.

**8.**    **QUANTITIES:**

       **a)**    122,808 pieces of ½" 4'X12' Regular +/- 2%

       **b)**    67,592 pieces of ½" 4'X12' Ceiling +/- 2%

       **c)**    49,972 pieces of 5/8" 4'X12' Type X +/- 2%

**9.**    **PRICE:**

       **a)**    USD $8.20 per piece for ½" 4'X12' Regular, CFR EX SHIP'S HOLD,
             PORT MANATEE, FLORIDA, USA

       **b)**    USD $8.23 per piece for ½" 4'X12' Ceiling, CFR EX SHIP'S HOLD,
             PORT MANATEE, FLORIDA, USA

       **c)**    USD $9.55 per piece for 5/8" 4'X12' Type X, CFR EX SHIP'S HOLD,
             PORT MANATEE, FLORIDA, USA

**10.**    **TOTAL VALUE:** Two million, forty thousand, five hundred and forty one
    dollars and no cents (USD$2,040,541) +/- 2%.





☒ 002

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER              BNBMPLC0007446

Nov 16 05 07:37p     Wood Nation Inc          813 994 4497          p.4

11.     **PORT OF LOAD:** Tianjin, China

12.     **PORT OF DISCHARGE:** Port Manatee, Florida, USA

13.     **PAYMENT:** Within 7 days of contract signing, Buyers shall open an irrevocable Letter of Credit through "Bank of America, Trade Operations Office, USA" payable against Seller's draft drawn at sight on the Bank of America, Trade Operations Office, USA, accompanied by the commercial documents set out in paragraph 14. All bank charges at issuing bank are for the account of the applicant and all advising bank charges are for the account of the beneficiary. The L/C shall remain valid for negotiation freely at any bank until the 30th day after the aforesaid time of shipment.

14.     **DOCUMENTS:**

   a)     Full set (i.e. 3/3 originals) of clean on board ocean bills of lading marked "Freight Prepaid" made out to order blank endorsed notifying Buyer. The bills of lading shall include the statement "NO SOLID WOOD PACKING MATERIAL".

   b)     Signed invoice in 4 originals indicating contract number and shipping mark (in the case of more than one shipping mark, the invoice shall be issued separately), made out in details as per the relative contract.

   c)     Packing list in 4 originals, including lift count and piece count per lift. The packing list shall state "NO SOLID WOOD PACKING MATERIAL".

   d)     Certificate of Quality issued by Beijing New Building Materials Co.,Ltd. Certifying that the ½" Regular and the ½" Ceiling meets ASTM C 1396-04 standards, and that the 5/8" Type X is UL certified..

   e)     One original and two copies of the Certificate of Origin.

15.     **SHIPMENT:** December 31, 2005 or sooner.

16.     **SHIPPING ADVICE:** The Sellers shall, immediately upon the completion of the loading of the commodity, advise the Buyers by telex or fax of the contract no., commodity, quantity, trade term, invoiced value, gross weight, name of vessel and date of sailing etc.

17.     **DELIVERY OF DOCUMENTS:** The Seller shall, within 21 working days after shipment, deliver the original documents specified above directly to the Buyer's bank.

18.     **CLAIMS:** Within 30 days after the arrival of the commodity at destination, should the quality, specification, or quantity be found not in conformity with the stipulations of the contract, except those claims for which the insurance company or the carrier accept liability, the Buyers shall, on the strength of an inspection

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007447

Nov 16 05 07:38p     Wood Nation Inc          813 994 4497          p.5

certificate, have the right to claim for replacement with new commodity, or for compensation.

19.   **FORCE MAJEURE:** Should any of the following circumstances prevent either party from carrying out its obligations under the contract, namely: acts of civil or military authority; government acts, orders, or restrictions; earthquakes; or flood, the contract shall be extended for as long as the circumstances remain. In the event that these circumstances continue for more than 30 days, each party shall have the right to refuse to continue the performance of its obligations under the contract and, in such case; no party shall be entitled to indemnification from the other party for any loss it may sustain. In all cases, the party declaring force majeure is required to provide within 14 days acceptable documentation of the incident issued by the competent Government Authorities where the incident occurs as evidence thereof.

20.   **CARGO DAMAGE AT SEA:** Sellers shall be liable for the full value of any product damaged due to improper stowing. Buyers shall carry ALL RISK cargo insurance. In the event there is an insurance claim, both parties agree that the insurance deductible shall be paid by the Sellers.

21.   **BANKING CHARGES:** All the banking charges incurred by the Buyers shall be borne by the Buyers while all the banking charges incurred by the Sellers shall be borne by the Sellers

22.   **GENERAL PROVISIONS:** This contract is subject to interpretation according INCOTERMS 2000. By signing this contract, previous correspondences and negotiations connected herewith shall be null and void. This contract comes into effect from signing date by fax; any amendment and additional clause to these conditions shall be valid only if made in written form and duly confirmed by both sides.

This contract shall come into effect immediately after each party has signed the contract (either by fax or original signature). It is the intent of both Buyers and Sellers to also sign four original copies; with each party holding two copies.

THE BUYERS:  WOOD NATION, INC.

BY: _Richard Hermann_          DATE: _Nov. 16, 2005_

TITLE: _President_

THE SELLERS:  BEIJING NEW BUILDING MATERIALS CO., LTD.

BY: _____          DATE: _NOV. 16. 2005_

TITLE: _____

For and on behalf of
北新建材（集团）有限公司
BEIJING NEW BUILDING MATERIALS CO.,LTD.

_____
Authorized Signature(s)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007448

# 代理出口协议书

日期：2005年 11 月 16 日

编号：No.1

## 一、缔约方：

1、　　供货委托人（以下称甲方）：　北新集团建材股份有限公司

　　　　法定住所：北京市海淀区三里河路甲 11 号

　　　　邮政编码：

　　　　法定代表人：

　　　　电话：

　　　　传真：

　　　　开户银行：

　　　　帐号：

2.　　出口商（以下称乙方）：北新建材（集团）有限公司

　　　　法定住所：北京市海淀区三里河路甲 11 号

　　　　邮政编码：100096

　　　　电　话：010-82918788

　　　　传　真：010-82912657

　　　　开户银行：

　　　　帐　　号：

经双方友好协商，甲方委托乙方为其代理出口该批货物，现订协议如下：



## 二、　代理出口事项

1.货物名称：纸面石膏板；

2.规格和技术标准：同出口合同 WN6350；

3.数量：见出口合同 WN6350

4.价格：同出口合同，又另协议。



5.总价：USD$2040541.0

6.国外采购商（以下简称外商）：WOOD NATION INC

- 1 -

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　　　BNBMPLC0007449

7.装船期：2005 年 12 月 10-20 日

## 三、 签约

1.甲乙双方之间的关系为代理人与被代理人之间的关系，乙方与外商之间的关系为甲方代理人与该外商之间的关系。该合同内所有条款(包括主要条款及附加条款)由甲方与外商自行确定，乙方只履行代理甲方对外签订合同，不参与该合同内任何条款的确定与履行。

2.出口合同项下的全部风险和责任由甲方自行独立承担。

3.乙方在收到外商的合同款后，按照银行当日的汇率将外币折合成人民币在 7 日内支付给甲方。

4. 乙方与外商签订的出口合同 WN6350 为本协议书不可分割的一部分。

## 四、 甲方责任

1. 负责与外商洽商和履行所有合同条款(包括主要条款及附加条款)，定好产品、规格、数量，并联系工厂组织货源。

2. 如果国家政策规定本协议第二条确定的货物在出口时，需要出口批文或出口许可证及相关的其他文件，甲方应向乙方提供其出口所必须的相应的出口批文或许可证及相关的其他文件，乙方应给予必要的协助。乙方对前述批文和文件不承担任何责任，包括但不限于，在合同已经签署，但甲方未获得前述文件的风险。

3. 负责租船运输等，承担海运费、报关费、出口货物商检费及熏蒸费、堆存费等出口过程中的相关费用。

4. 海运保险由外商负责，但甲方承担出险时保险公司免赔部分

5. 在货物出港后一个月内，甲方必须将生产厂家的增值税发票及出口退税缴税书(以乙方为抬头)提交乙方。如果甲方不能及时将这些单据交给乙方，所有损失由甲方承担。

6. 甲方应承诺甲方进行的一切商业贸易行为是合法的，且向乙方提供的单据、 资料是真实的。如有违法、违章事件，由甲方负全部责任。

7. 由于产品质量不好，或外商信誉不好而产生的一切责任，经济损失都由甲方承担。

## 五、 乙方责任

1. 提供有效的核销单据，以乙方的名义对外出口。

2. 负责履行报关、发运、租船运输、商检等手续；

3. 尽早办理核销、退税手续。



- 2 -

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   BNBMPLC0007450

## 六、 费用及代理费

出口过程中发生的一切费用由甲方承担。乙方按照 RMB40000.0(人民币肆万元整)向甲方收取出口手续费。

## 七、 违约责任

协议双方的任何一方违反本协议的约定，给守约方造成损失，违约方应赔偿守约方损失。

## 八、 争议解决

本协议项下的争议应首先通过友好协商解决，如果不能通过友好协商解决，该协议应提交北京市法院解决。

## 九、 协议生效及终止。

1. 本协议自甲、乙双方传真签字盖章之日起生效。
2. 本协议在买卖合同已履行完毕，经双方友好协商而终止。
3. 本协议一方或双方因不再具有中国法律规定的民事主体资格或具有其它资质及经营范围上的缺陷而终止，如因该等原因造成的本协议而终止，过错方须赔偿无过错方的损失。



甲方：

(签章)



乙方：北新建材（集团）有限公司

(签章)



- 3 -

**Export Agency Agreement**

Date: November 16, 2005
Number: No.1

I. Parties

1. Authorizing Supplier Party (Party A): Beijing New Building Materials Public Limited Company
Address: No. 11 Sanlihe Road, Haidian District, Beijing, P. R. China
Postcode:
Legal Representative:
Telephone:
Fax:
Name of bank:
Account number:

2. Exporter (Party B): Beijing New Building Material (Group) Co., Ltd
Address: No. 11 Sanlihe Road, Haidian District, Beijing, P. R. China
Postcode: 100096
Telephone: 010-82918788
Fax: 010-82912657
Name of bank:
Account number:

This agreement is entered into by Party A and Party B through friendly consultations, Party A hereby authorizes Party B as export agency for exportation of such goods as follows:

II. Authorized exportation Items

1. Name of goods: paper faced gypsum boards;
2. Specification and technological standards: same as sales contract no. WN6350;
3. Quantity: see sales contract no. WN6350;
4. Price: same as sales contract and based on mutual agreement;
5. Total Value: US$ 2,040,541.0
6. Overseas Purchaser (Purchaser): WOOD NATION INC
7. Period of loading: December 10-20, 2005

III. Signing

1. The relationship between Party A and Party B is of principal and agency nature, the relationship between Party B and foreign party (Purchaser) is considered as the relationship between Agency of Party A and Purchaser. All terms in such agreement between Party B and Purchaser (including the main terms and additional terms) shall be determined between and by Party A and Purchaser; Party B merely signs agreements on

1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    BNBMPLC0007452

behalf of Party A to other parties, but does not participate in confirmation and performance of any terms in such agreements.

2. Party A is solely and independently responsible for all risks and liabilities under export agreements.

3. After Party B receives payment from Purchaser, Party B shall convert the foreign currency payment into Renminbi using the exchange rate on the payment date, and make payments to Party A within 7 days.

4. The export agreement - sales contract No. WN6350 signed between Party B and Purchaser - forms an inseparable part of this agreement.

IV. Party A's responsibilities

1. Party A is responsible for negotiating and performing all terms of the agreement together with Purchaser (which includes main terms and additional terms); and confirming the right product, its specification, its quantity, and contacting factories for supplying goods.

2. If the PRC national policies or regulations require goods exported under Clause II to retain export approval or license certificate and relevant other documents for exportation purposes; Party A shall supply to Party B all necessary export approval or license certificate and relevant other documents, and Party B shall assist Party A if required. Party B is not responsible for applying for any aforementioned official documents, including but not limited to risks associated with the situation where Party A has not obtained such documents but agreement with other parties has already been signed.

3. Party A is responsible for the chartering ship for transportation, Party A is liable for ocean freight, customs declaration fee, export commodity inspection fee, fumigation charge, stocking charge and other fees related to the exportation process.

4. Purchaser is responsible for the cargo insurance, however Party A shall be liable for the part to which the insurance company is free from compensation.

5. Party A must supply Party B with manufacturer's Value Added Taxed invoice and its export tax refund certificate (with Party B's title head) after one month of cargo departure. If Party A cannot supply Party B with the aforementioned invoices, Party A shall be held liable for all losses.

6. Party A shall guarantee that all business and trade activities performed by Party A are legal, and all relevant invoices and information provided to Party B are genuine. If an incident which is illegal or against regulations has occurred, Party A shall be held liable for all responsibilities.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007453

7. Party A shall be liable for all economic losses and liabilities incurred as a result of bad product quality or Purchaser's bad reputation.

V. Party B's responsibilities

1. Party B shall supply valid verification documents, and to conduct exportation in the name of Party B.

2. Party B is responsible for the process of customs declaration, cargo dispatch, chartering transport and commodity inspection etc.

3. Party B shall finish the verification and tax refund process as soon as possible.

VI. Fees and agency fees

Party A shall be liable for all fees incurred during the exportation process. Party B shall receive payment(s) from Party A equal to RMB 40,000 as export processing cost.

VII. Breach

Any party who breaches terms of this agreement and caused losses to the non-breaching party shall pay compensation to the non-breaching party.

VIII. Dispute resolution

Disputes under this agreement shall be first resolved by friendly negotiations, if disputes cannot be resolved by friendly negotiations, such dispute shall be resolved in the Beijing courts.

IX. Effective date and termination date of the agreement

1. This agreement shall take effect as of it is duly signed and sealed by both parties by way of fax.

2. This agreement shall terminate at the end of performance of the Purchase agreement, and after friendly consultations by both parties.

3. If one party or both parties under this agreement loss(es) its objective civil action capability under the PRC law or suffer(s) deficiency in terms of its ability or operational scope, and caused termination of this agreement; the wrong-doing party shall pay compensation to the innocent party for its losses.

Party A: Beijing New Building Materials Public Limited Company
Sealed and signed

Party B: Beijing New Building Material (Group) Co., Ltd

3

Sealed and signed

4

# TRIORIENT TRADING, INC.

TWO STAMFORD PLAZA, 281 TRESSER BLVD , SUITE 1505, STAMFORD, CT  06901-3264
PHONE: 203-325-1001    FAX: 203-325-1020
E-MAIL: RHYLAND@TRIORIENT.COM

PURCHASE CONFIRMATION NO. 50590 – Rev 1                    DATE MAR 02, 2006

| | | |
|---|---|---|
| **AGREES TO SELL:** | | **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY**<br>NO  16 WEST ROAD,<br>JIANCAICHENG, HAIDIAN DISTRICT,<br>BEIJING 100096, CHINA<br>**(THE SELLER)** |
| **AGREES TO BUY:** | | **TRIORIENT TRADING INC.**<br>TWO STAMFORD PLAZA,<br>281 TRESSER BLVD , - SUITE 1505<br>STAMFORD, CT 06901<br>U.S.A.<br>**(THE BUYER)** |

WE HEREBY CONFIRM OUR PURCHASE SUBJECT TO THE FOLLOWING TERMS AND
CONDITIONS BOTH PARTIES AGREE TO AND THAT ARE SET FORTH WITHIN:

| | | |
|---|---|---|
| <u>**ORIGIN**</u> | : | CHINA |
| <u>**MATERIAL**</u> | : | GYPSUM BOARD, TAPERED EDGE.<br>230,045 SHEETS 4' X 12' X ½"<br>ACCORDING TO SPECIFICATION STANDARDS<br>ASTM C1396-04 |
| <u>**CERTIFICATION**</u> | : | MILL CERTIFICATE INDICATING THAT THE ½" GYPSUM BOARDS WERE MANUFACTURED IN ACCORDANCE TO SPECIFICATION STANDARDS ASTM C1396-04 |
| <u>**PACKING**</u> | : | A. THE GYPSUM BOARDS MUST BE PROPERLY PALLETIZED, WRAPPED AND SEALED TO PROTECT THEM AGAINST DAMAGE IN SHIPMENT.<br>B. THAT THE BOARDS (PIECES) ARE PACKED 68 BOARDS (PIECES) PER PALLET AND MUST BE WRAPPED WITH REJECTED BOARDS ON EACH SIDE SO TO PROTECT AGAINST DAMAGE. PALLETS MUST BE CONSTRUCTED SO AS TO ALLOW FOR FORKLIFT LOADING/UNLOADING<br>C. CARGO MUST BE PRE-SLUNG USING NYLON STRAPS. NYLON STRAPS AND NYLON WIRES MUST BE SECURED TO THE SLINGS SO THAT AFTER EACH LAYER IS UNLOADED IT IS POSSIBLE TO GRAB THE SLINGS FOR THE NEXT LAYER.<br>D. EACH PALLET MUST BE ENCLOSED WITH A PLASTIC CAP COVER FROM TOP AND DOWN TO FURTHER PROTECT |

Page 1 of 5

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007456

# TRIORIENT TRADING, INC.

TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505, STAMFORD, CT  06901-3264
PHONE: 203-325-1001     FAX: 203-325-1020
E-MAIL: RHYLAND@TRIORIENT.COM

**PURCHASE CONFIRMATION NO. 50590 – Rev 1**                    DATE MAR 02, 2006

---

AGAINST MOISTURE  EACH PALLET MUST BE MARKED
FOR SIZE/WIDTH/THICKNESS
E. THE GYPSUM BOARDS MUST HAVE END TAPE AND
HAVE PRINTING ON THE BACK OF EACH AND EVERY
SHEET SHOWING THAT THEY WERE MANUFACTURED IN
CHINA ACCORDING TO ASTM C1396-04.
F. THERE IS NO SOLID WOOD MATERIALS USED IN ANY OF
THE PACKAGING OF THIS CARGO

**MARKING**              :   TRIORIENT
PORT OF PALM BEACH, FL
P.O. 50590 / 40283
DESCRIPTION: GYPSUM BOARD
GROSS WEIGHT: KGS/LBS
NET WEIGHT: KGS/LBS
SIZE: WIDTH/LENGTH/THICKNESS IN INCHES
MADE IN CHINA ACCORDING TO ASTM C1396-04

**PURCHASE PRICE** :   UNIT PRICE $5.50/SHEET FOB L/S/D TIANJIN PORT, CHINA

**PURCHASE EXT**   :   USD1,265,247.50 (+/- 10%) FOB L/S/D TIANJIN PORT, CHINA

**PAYMENT**          :   BY IRREVOCABLE LETTER OF CREDIT PAYABLE AT SIGHT
FOR 100% OF THE INVOICE VALUE.

**ISSUING BANK**    :   RZB FINANCE LLC, NEW YORK, NY

**ADVISING BANK**  :   BANK OF CHINA – HEAD OFFICE
1 FU XING MEN NEI AVE ,
WEST CITY DISTRICT,
BEIJING, CHINA
SWIFTCODE: BKCHCNBJ

**REMARKS**          :   ALL BANKING CHARGES OTHER THAN THOSE OF THE
ISSUING BANK ARE FOR THE ACCOUNT OF THE SELLER

**DOCUMENTS REQUIRED:**

1. COMMERCIAL INVOICE IN ORIGINAL AND 3 COPIES

2. FULL SET CLEAN ON BOARD OCEAN BILLS OF LADING.
(CHARTER PARTY BILL OF LADING ACCEPTABLE.)

Page 2 of 5

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007457

# TRIORIENT TRADING, INC.

TWO STAMFORD PLAZA, 281 TRESSER BLVD , SUITE 1505, STAMFORD, CT  06901-3264
PHONE: 203-325-1001     FAX: 203-325-1020
E-MAIL: RHYLAND@TRIORIENT.COM

PURCHASE CONFIRMATION NO. 50590 – Rev 1                    DATE MAR 02, 2006

---

3. CERTIFICATE OF ORIGIN.

4. MILL CERTIFICATE INDICATING THAT THE ½" GYPSUM BOARDS WERE MANUFACTURED IN ACCORDANCE TO SPECIFICATION STANDARDS ASTM C1396-04.

5. CERTIFICATE OF QUANTITY, QUALITY AND CONDITION ISSUED BY SOCIETE GENERALE DE SURVEILLENCE (SGS) AT LOADING PORT CONFIRMING THE COUNT, QUALITY, CONDITION AND PACKAGING ARE IN GOOD ORDER.

6. SIGNED STATEMENT ISSUED BY MANUFACTURER INDICATING THIS LETTER OF CREDIT NUMBER STATING AS FOLLOWS:
   A. THE GYPSUM BOARDS SHIPPED ARE PROPERLY PALLETIZED, WRAPPED AND SEALED TO PROTECT THEM AGAINST DAMAGE IN SHIPMENT.
   B. THAT THE BOARDS (PIECES) ARE PACKED 68 BOARDS (PIECES) PER PALLET AND ARE WRAPPED WITH REJECTED BOARDS ON EACH SIDE SO TO PROTECT AGAINST DAMAGE. PALLETS ARE CONSTRUCTED SO AS TO ALLOW FOR FORKLIFT LOADING/UNLOADING.
   C. CARGO HAS BEEN PRE-SLUNG USING NYLON STRAPS. NYLON STRAPS AND NYLON WIRES HAVE BEEN SECURED TO THE SLINGS SO THAT AFTER EACH LAYER IS UNLOADED IT IS POSSIBLE TO GRAB THE SLINGS FOR THE NEXT LAYER.
   D. EACH PALLET IS ENCLOSED WITH A PLASTIC CAP COVER FROM TOP AND DOWN TO FURTHER PROTECT AGAINST MOISTURE. EACH PALLET IS MARKED FOR SIZE/WIDTH/THICKNESS.
   E. THE GYPSUM BOARDS HAVE END TAPE AND HAVE PRINTING ON THE BACK OF EACH AND EVERY SHEET SHOWING THAT THEY ARE MANUFACTURED IN CHINA ACCORDING TO ASTM C1396-04.
   F. THERE IS NO SOLID WOOD MATERIALS USED IN ANY OF THE PACKAGING OF THIS CARGO.

7. CERTIFICATE OF WARRANTY ISSUED AND SIGNED BY THE MANUFACTURER CERTIFYING THAT THE GYPSUM BOARDS MANUFACTURED ARE WARENTED TO BE FREE FROM DEFECTS IN MATERIALS AND WORKMANSHIP.

Page 3 of 5

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007458

# TRIORIENT TRADING, INC.

TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505, STAMFORD, CT  06901-3264
PHONE: 203-325-1001     FAX: 203-325-1020
E-MAIL: RHYLAND@TRIORIENT.COM

PURCHASE CONFIRMATION NO. 50590 – Rev 1                    DATE MAR 02, 2006

8.  BENEFICIARY'S FAX ADVICE ADVISING FULL SHIPMENT
    DETAILS.
9.  BENEFICIARY'S SIGNED CERTIFICATE CERTIFYING THAT
    ONE FULL SET OF NON-NEGOTIABLE COPIES OF
    REQUIRED DOCUMENTS HAVE BEEN SENT TO APPLICANT
    (AT THE ABOVE ADDRESS) VIA COURIER SERVICE. COPY
    OF COURIER RECEIPT IS REQUIRED FOR NEGOTIATION.

| | | |
|---|---|---|
| **SHIPMENT** | : | LAYCAN MARCH 20 - APRIL 5, 2006 |
| **INSURANCE** | : | COVERED BY BUYER |
| **LOAD PORT** | : | TIANJIN PORT, CHINA |
| **DISCHARGE PORT** | : | PORT OF PALM BEACH, FL, USA |
| **INSPECTION** | : | SOCIETE GENERALE DE SURVEILLANCE (SGS) AT LOAD PORT |
| **STEM CONFIRMATION** | : | PER BNBM FAX |
| **DEMURRAGE / DESPATCH** | : | AS PER C/P, DESPATCH HALF OF DEMURRAGE RATE FOR LAYTIME SAVINGS. DEMURRAGE/DESPATCH TO BE SETTLED WITHIN 60 DAYS OF B/L DATE |

**ARBITRATION**       :
ALL DISPUTES IN CONNECTION WITH THIS CONTRACT AND THE EXECUTION
THEREOF SHALL BE SETTLED BY AMICABLE NEGOTIATIONS AND FRIENDLY
DISCUSSIONS BETWEEN BOTH PATRIES. IN CASE NO SETTLEMENT CAN BE
REACHED, THE CASE UNDER DISPUTE SHALL BE DETERMINED BY ARBITRATION
IN INTERNATIONAL COMMERCIAL ARBITRATION COURT IN LONDON, ENGLAND
ACCORDING TO THE REGULATIONS OF THE ABOVE COURT EXCEPT WHEN THEY
CAN BE RESOLVED BY THE GENERAL COURT PROCEDURE. THE INTERNATIONAL
ARBITRATION COURT'S DECISION TO BE FINAL AND BINDING FOR BOTH PARTIES

**CLAIM**          :
THE BUYER HAS THE RIGHT TO SUBMIT A CLAIM FOR  QUALITY / QUANTITY
WITHIN 45 (FORTY-FIVE) DAYS FROM THE DATE OF DISCHARGE AT FINAL
DESTINATION AND 90 (NINETY) DAYS FOR HIDDEN DEFECTS.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007459

# TRIORIENT TRADING, INC.

TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505, STAMFORD, CT  06901-3264
PHONE: 203-325-1001      FAX: 203-325-1020
E-MAIL: RHYLAND@TRIORIENT.COM

PURCHASE CONFIRMATION NO. 50590 – Rev 1                  DATE MAR 02, 2006

---

LAW                    :
THIS AGREEMENT SHALL BE CONSTRUED AND TAKE EFFECT AS AN AGREEMENT
MADE IN ACCORDANCE WITH THE LAWS OF ENGLAND AND SHALL BE DEEMED
TO INCORPORATE THE APPROPRIATE PROVISIONS OF THE CURRENT EDITION OF
INCOTERMS.

ENTIRE AGREEMENT:
THIS REVISION SUPERCEDES ANY PREVIOUSLY DATED PURCHASE
CONFIRMATION. NOTWITHSTANDING ANYTHING CONTAINED IN ANY OTHER
AGREEMENT TO THE CONTRARY, THIS AGREEMENT CONTAINS THE ENTIRE
AGREEMENT BETWEEN THE PARTIES. ANY OTHER AGREEMENT SIGNED IN
CONNECTION WITH THIS TRANSACTION IS HEREWITH CONSIDERED NULL AND
VOID.

SIGNATURE AND DELIVERY TERMS SHALL HAVE THE MEANING ASSIGNED TO
THEM PURSUANT TO THE INTERNATIONAL REGULATIONS "INCOTERMS 2000"
UNLESS OTHERWISE AGREED BY THE PARTIES.

ALL AMENDMENTS AND ADDENDA TO THIS CONTRACT SHALL BE LEGALLY
VALID ONLY IN WRITING AND SIGNED BY THE AUTHORISED REPRESENTATIVES
OF BOTH PARTIES.

ANY SIGNATURE TO THIS CONTRACT TRANSMITTED BY FACSIMILE SHALL BE
DEEMED AS AN ORIGINAL.

THE TERMS AND CONDITIONS OF THIS CONFIRMATION ARE AGREED AND
ACCEPTED:

---

BEIJING NEW BUILDING MATERIALS
PUBLIC LIMITED COMPANY                    DATE:
SELLER

---

TRIORIENT TRADING, INC.                   DATE: 3-2-06
BUYER

Page 5 of 5

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007460



# TRIORIENT TRADING, INC.

TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505, STAMFORD, CT 06901-3264
PHONE: 203-325-1001     FAX: 203-325-1020

PURCHASE CONFIRMATION NO. 50614                DATE  APR 26, 2006

---

**AGREES TO SELL:**       BEIJING NEW BUILDING MATERIALS PUBLIC
                          LIMITED COMPANY
                          NO. 16 WEST ROAD,
                          JIANCAICHENG, HAIDIAN DISTRICT,
                          BEIJING 100096, CHINA
                          (THE SELLER)                    ORIGINAL

**AGREES TO BUY:**        TRIORIENT TRADING INC.
                          TWO STAMFORD PLAZA,
                          281 TRESSER BLVD , - SUITE 1505
                          STAMFORD, CT 06901
                          U.S.A
                          (THE BUYER)

WE HEREBY CONFIRM OUR PURCHASE SUBJECT TO THE FOLLOWING TERMS AND
CONDITIONS BOTH PARTIES AGREE TO AND THAT ARE SET FORTH WITHIN:

**ORIGIN**        :   CHINA

**MATERIAL**      :   GYPSUM BOARD (DRYWALL)
                      200,000 SHEETS
                      1/2" REG. x 4' x 12', TAPERED EDGE.
                      ACCORDING TO SPECIFICATION STANDARDS
                      ASTM C1396-04.

                      GYPSUM BOARD (DRYWALL)
                      100,000 SHEETS
                      5/8" TYPE X FIRE CODE x 4' x 12', TAPERED EDGE
                      ACCORDING TO SPECIFICATION STANDARDS
                      ASTM C1396-04 AND UL APPROVED.

ORIGINAL

**CERTIFICATION** :   MILL CERTIFICATE INDICATING THAT THE 1/2" GYPSUM
                      BOARDS WERE MANUFACTURED IN ACCORDANCE TO
                      SPECIFICATION STANDARDS ASTM C1396-04 AND THAT
                      THE 5/8" GYPSUM BOARDS WERE MANUFACTURED IN
                      ACCORDANCE TO SPECIFICATION STANDARDS ASTM
                      C1396-04 AND UL APPROVED.

**PACKING**       :   A. THE GYPSUM BOARDS MUST BE PROPERLY
                      PALLETIZED, WRAPPED AND SEALED TO PROTECT THEM
                      AGAINST DAMAGE IN SHIPMENT
                      B. THAT THE 1/2"BOARDS (PIECES) ARE PACKED 68
                      BOARDS (PIECES) PER PALLET AND THAT THE

Page 1 of 6

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                        BNBMPLC0007461

# TRIORIENT TRADING, INC.

**TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505, STAMFORD, CT  06901-3264**
**PHONE: 203-325-1001     FAX: 203-325-1020**

**PURCHASE CONFIRMATION NO. 50614**                          DATE  APR 26, 2006

5/8"BOARDS (PIECES) ARE PACKED 52 BOARDS (PIECES)
PER PALLET AND MUST BE WRAPPED WITH REJECTED
BOARDS ON EACH SIDE SO TO PROTECT AGAINST
DAMAGE. PALLETS MUST BE CONSTRUCTED SO AS TO
ALLOW FOR FORKLIFT LOADING/UNLOADING.
C. CARGO MUST BE PRE-SLUNG USING NYLON STRAPS
NYLON STRAPS AND NYLON WIRES MUST BE SECURED
TO THE SLINGS SO THAT AFTER EACH LAYER IS
UNLOADED IT IS POSSIBLE TO GRAB THE SLINGS FOR THE
NEXT LAYER.
D  EACH PALLET MUST BE ENCLOSED WITH A PLASTIC
CAP COVER FROM TOP AND DOWN TO FURTHER PROTECT
AGAINST MOISTURE EACH PALLET MUST BE MARKED
FOR SIZE/WIDTH/THICKNESS
E  THE 1/2" GYPSUM BOARDS MUST HAVE END TAPE AND
HAVE PRINTING ON THE BACK OF EACH AND EVERY
SHEET SHOWING THAT THEY WERE MANUFACTURED IN
CHINA ACCORDING TO ASTM C1396-04 AND THE 5/8"
GYPSUM BOARDS MUST HAVE END TAPE AND HAVE
PRINTING ON THE BACK OF EACH AND EVERY SHEET
SHOWING THAT THEY WERE MANUFACTURED IN CHINA
ACCORDING TO ASTM C1396-04 AND ARE UL APPROVED
F  PLYWOOD SHEETING IS USED BETWEEN LAYERS OF
DRYWALL AND ARE THE SELLERS RESPONSIBILTY AND
AT THE SELLER'S EXPENSE. FURTHERMORE, NO OTHER
SOLID WOOD MATERIALS ARE USED IN THE PACKAGING
OF THIS CARGO

**MARKING FOR        :**          TRIORIENT
**1/2" MATERIAL**                PORT OF PORT EVERGLADES, FL
                                 P O  50614 / 41221
                                 DESCRIPTION: GYPSUM BOARD
                                 GROSS WEIGHT: KGS/LBS
                                 NET WEIGHT: KGS/LBS
                                 SIZE: WIDTH/LENGTH/THICKNESS IN INCHES
                                 MADE IN CHINA ACCORDING TO ASTM C1396-04

**MARKING FOR        :**          TRIORIENT
**5/8" MATERIAL**                PORT OF PORT EVERGLADES, FL
                                 P O. 50614 / 41221
                                 DESCRIPTION: GYPSUM BOARD
                                 GROSS WEIGHT: KGS/LBS
                                 NET WEIGHT: KGS/LBS
                                 SIZE: WIDTH/LENGTH/THICKNESS IN INCHES

ORIGINAL

ORIGINAL

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    BNBMPLC0007462

# TRIORIENT TRADING, INC.

TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505, STAMFORD, CT 06901-3264
PHONE: 203-325-1001     FAX: 203-325-1020

PURCHASE CONFIRMATION NO. 50614

DATE  APR 26, 2006

ORIGINAL

MADE IN CHINA ACCORDING TO ASTM C1396-04 AND UL APPROVED

**PURCHASE PRICE** : 1/2" REG. x 4' x 12' @ $5.50/SHEET FOB L/S/D TIANJIN PORT, CHINA WOOD SHEETING INCLUDED
5/8" TYPE X FIRE CODE x 4' x 12' @ $7.20/SHEET FOB L/S/D TIANJIN PORT, CHINA WOOD SHEETING INCLUDED

**PURCHASE EXT** : USD1,820,000.00 (+/- 10%) FOB L/S/D TIANJIN PORT, CHINA WOOD SHEETING INCLUDED

**PAYMENT** : BY IRREVOCABLE LETTER OF CREDIT PAYABLE AT SIGHT FOR 100% OF THE INVOICE VALUE.

**ISSUING BANK** : RZB FINANCE LLC, NEW YORK, NY

**ADVISING BANK** : BANK OF CHINA – HEAD OFFICE
1 FU XING MEN NEI AVE,
WEST CITY DISTRICT,
BEIJING, CHINA
SWIFTCODE: BKCHCNBJ

ORIGINAL

**REMARKS** : ALL BANKING CHARGES OTHER THAN THOSE OF THE ISSUING BANK ARE FOR THE ACCOUNT OF THE SELLER

**DOCUMENTS REQUIRED:**

1. COMMERCIAL INVOICE IN ORIGINAL AND 3 COPIES

2. FULL SET CLEAN ON BOARD OCEAN BILLS OF LADING.
   (CHARTER PARTY BILL OF LADING ACCEPTABLE.)

3. CERTIFICATE OF ORIGIN.

ORIGINAL

4. MILL CERTIFICATE INDICATING THAT THE 1/2" GYPSUM BOARDS WERE MANUFACTURED IN ACCORDANCE TO SPECIFICATION STANDARDS ASTM C1396-04 AND THAT THE 5/8" GYPSUM BOARDS WERE MANUFACTURED IN ACCORDANCE TO SPECIFICATION STANDARDS ASTM C1396-04 AND UL APPROVED.

5. CERTIFICATE OF QUANTITY, QUALITY AND CONDITION ISSUED BY SOCIETE GENERALE DE SURVEILLANCE (SGS)



Page 3 of 6

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                BNBMPLC0007463

# TRIORIENT TRADING, INC.

TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505, STAMFORD, CT 06901-3264
PHONE: 203-325-1001    FAX: 203-325-1020

PURCHASE CONFIRMATION NO. 50614                    DATE  APR 26, 2006

---

AT LOADING PORT CONFIRMING THE COUNT, QUALITY, CONDITION AND PACKAGING ARE IN GOOD ORDER.

6. PACKING/WEIGHT LIST ISSUED BY MANUFACTURER INDICATING THIS LETTER OF CREDIT NUMBER CERTIFYING THE FOLLOWING:
A. THE GYPSUM BOARDS SHIPPED ARE PROPERLY PALLETIZED, WRAPPED AND SEALED TO PROTECT THEM AGAINST DAMAGE IN SHIPMENT.
B. THAT THE 1/2" BOARDS (PIECES) ARE PACKED 68 BOARDS (PIECES) PER PALLET AND THAT THE 5/8" BOARDS (PIECES) ARE PACKED 52 BOARDS (PIECES) PER PALLET AND ARE WRAPPED WITH REJECTED BOARDS ON EACH SIDE SO TO PROTECT AGAINST DAMAGE. PALLETS ARE CONSTRUCTED SO AS TO ALLOW FOR FORKLIFT LOADING/UNLOADING.
C. CARGO HAS BEEN PRE-SLUNG USING NYLON STRAPS. NYLON STRAPS AND NYLON WIRES HAVE BEEN SECURED TO THE SLINGS SO THAT AFTER EACH LAYER IS UNLOADED IT IS POSSIBLE TO GRAB THE SLINGS FOR THE NEXT LAYER.
D. EACH PALLET IS ENCLOSED WITH A PLASTIC CAP COVER FROM TOP AND DOWN TO FURTHER PROTECT AGAINST MOISTURE. EACH PALLET IS MARKED FOR SIZE/WIDTH/THICKNESS.
E. THE 1/2" GYPSUM BOARDS HAVE END TAPE AND HAVE PRINTING ON THE BACK OF EACH AND EVERY SHEET SHOWING THAT THEY WERE MANUFACTURED IN CHINA ACCORDING TO ASTM C1396-04 AND THE 5/8" GYPSUM BOARDS HAVE END TAPE AND HAVE PRINTING ON THE BACK OF EACH AND EVERY SHEET SHOWING THAT THEY WERE MANUFACTURED IN CHINA ACCORDING TO ASTM C1396-04 AND ARE UL APPROVED.
F. PLYWOOD SHEETING IS USED BETWEEN LAYERS OF DRYWALL AND ARE THE SELLERS RESPONSIBILTY AND AT THE SELLER'S EXPENSE. FURTHERMORE, NO OTHER SOLID WOOD MATERIALS ARE USED IN THE PACKAGING OF THIS CARGO.

7. CERTIFICATE OF WARRANTY ISSUED AND SIGNED BY THE MANUFACTURER CERTIFYING THAT THE GYPSUM BOARDS MANUFACTURED ARE WARENTED TO BE FREE FROM DEFECTS IN MATERIALS AND WORKMANSHIP.

ORIGINAL

ORIGINAL

Page 4 of 6

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007464

# TRIORIENT TRADING, INC.

TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505, STAMFORD, CT 06901-3264
PHONE: 203-325-1001     FAX: 203-325-1020

PURCHASE CONFIRMATION NO. 50614                    DATE  APR 26, 2006

8. **BENEFICIARY'S FAX ADVICE ADVISING FULL SHIPMENT DETAILS.**
9. **BENEFICIARY'S SIGNED CERTIFICATE CERTIFYING THAT ONE FULL SET OF NON-NEGOTIABLE COPIES OF REQUIRED DOCUMENTS HAVE BEEN SENT TO APPLICANT (AT THE ABOVE ADDRESS) VIA COURIER SERVICE. COPY OF COURIER RECEIPT IS REQUIRED FOR NEGOTIATION.**

ORIGINAL

| | | |
|---|---|---|
| **SHIPMENT** | : | M/V SAGA ADVENTURE: LAYCAN MAY 25 - JUNE 10, 2006 |
| **INSURANCE** | : | COVERED BY BUYER |
| **LOAD PORT** | : | TIANJIN PORT, CHINA |
| **DISCHARGE PORT** | : | PORT EVERGLADES, FL, USA |
| **INSPECTION** | : | SOCIETE GENERALE DE SURVEILLANCE (SGS) AT LOAD PORT |
| **STEM CONFIRMATION** | : | PER BNBM FAX |
| **DEMURRAGE / DESPATCH** | : | AS PER C/P, DESPATCH HALF OF DEMURRAGE RATE FOR LAYTIME SAVINGS. DEMURRAGE/DESPATCH TO BE SETTLED WITHIN 60 DAYS OF B/L DATE |

ORIGINAL

**ARBITRATION**     :
ALL DISPUTES IN CONNECTION WITH THIS CONTRACT AND THE EXECUTION THEREOF SHALL BE SETTLED BY AMICABLE NEGOTIATIONS AND FRIENDLY DISCUSSIONS BETWEEN BOTH PARTIES. IN CASE NO SETTLEMENT CAN BE REACHED, THE CASE UNDER DISPUTE SHALL BE DETERMINED BY ARBITRATION IN INTERNATIONAL COMMERCIAL ARBITRATION COURT IN LONDON, ENGLAND ACCORDING TO THE REGULATIONS OF THE ABOVE COURT EXCEPT WHEN THEY CAN BE RESOLVED BY THE GENERAL COURT PROCEDURE. THE INTERNATIONAL ARBITRATION COURT'S DECISION TO BE FINAL AND BINDING FOR BOTH PARTIES.

**CLAIM**     :
THE BUYER HAS THE RIGHT TO SUBMIT A CLAIM FOR QUALITY / QUANTITY WITHIN 45 (FORTY-FIVE) DAYS FROM THE DATE OF DISCHARGE AT FINAL DESTINATION AND 90 (NINETY) DAYS FOR HIDDEN DEFECTS

**LAW**     :

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007465

# TRIORIENT TRADING, INC.

TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505, STAMFORD, CT 06901-3264
PHONE: 203-325-1001     FAX: 203-325-1020

**PURCHASE CONFIRMATION NO. 50614**                 DATE APR 26, 2006

THIS AGREEMENT SHALL BE CONSTRUED AND TAKE EFFECT AS AN AGREEMENT
MADE IN ACCORDANCE WITH THE LAWS OF ENGLAND AND SHALL BE DEEMED
TO INCORPORATE THE APPROPRIATE PROVISIONS OF THE CURRENT EDITION OF
INCOTERMS.

ORIGINAL

**ENTIRE AGREEMENT:**
THIS REVISION SUPERCEDES ANY PREVIOUSLY DATED PURCHASE
CONFIRMATION. NOTWITHSTANDING ANYTHING CONTAINED IN ANY OTHER
AGREEMENT TO THE CONTRARY, THIS AGREEMENT CONTAINS THE ENTIRE
AGREEMENT BETWEEN THE PARTIES. ANY OTHER AGREEMENT SIGNED IN
CONNECTION WITH THIS TRANSACTION IS HEREWITH CONSIDERED NULL AND
VOID.

SIGNATURE AND DELIVERY TERMS SHALL HAVE THE MEANING ASSIGNED TO
THEM PURSUANT TO THE INTERNATIONAL REGULATIONS "INCOTERMS 2000"
UNLESS OTHERWISE AGREED BY THE PARTIES.

ALL AMENDMENTS AND ADDENDA TO THIS CONTRACT SHALL BE LEGALLY
VALID ONLY IN WRITING AND SIGNED BY THE AUTHORISED REPRESENTATIVES
OF BOTH PARTIES

ANY SIGNATURE TO THIS CONTRACT TRANSMITTED BY FACSIMILE SHALL BE
DEEMED AS AN ORIGINAL.

THE TERMS AND CONDITIONS OF THIS CONFIRMATION ARE AGREED AND
ACCEPTED:


BEIJING NEW BUILDING MATERIALS
PUBLIC LIMITED COMPANY                        DATE:
SELLER


TRIORIENT TRADING, INC.                       DATE: 4/26/06
BUYER


Page 6 of 6

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007466

# Purchase/Supply Agreement

Place of Signature:Beijing, China

This Purchasing and Supplying Agreement (hereinafter referred to as the "Agreement") is entered into by and between Davis Construction Supply, LLC, a Florida corporation limited liability company having an office located at 20725 SW 46th Ave, Newberry, Florida 32669 ("Davis") and Beijing New Building Materials Public Limited Company, a P.R.C company which is located at No16 West Road Jiancaicheng Xisanqi Haidian District, Beijing 100096 China (BNBM PLC).

## RECITALS

A. Davis is a real estate development distribution company that utilizes gypsum board products in connection with its business activities.

B. BNBM PLC is in the business of manufacturing gypsum products and other products.

C. Davis desires to purchase gypsum board manufactured by BNBM PLC according to Davis' product specifications and in accordance with applicable ASTM and UL Standards, and BNBM PLC is willing to manufacture and sell those products according to the production capacity of BNBM PLC, subject to the terms and conditions set forth in this Agreement.

Now therefore, in consideration of the mutual covenants and promises contained herein, the receipt and sufficiency of which is hereby acknowledged, the parties, intending to be legally bound, agree as follows:

## 1. EFFECTIVE DATE AND TERM

This Agreement is effective as of the date of signature (hereinafter referred to as the "Effective Date"). The term of this Agreement shall be from the Effective Date until December 31, 2006 (hereinafter referred to as the "Term"). Ninety (90) days prior to the expiration of the Term, the parties shall meet and negotiate to sign a new agreement in good faith for the Agreement's renewal.

## 2. MANUFACTURING & PURCHASING

Manufacturing & Purchasing Requirements: Subject to the terms and conditions of this Agreement, BNBM PLC hereby agrees to manufacture and sell to Davis, all of Davis' requirements of gypsum board ("Products") are according to the production capacity during the Term of this Agreement.

Initial _____   Initial _____

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   BNBMPLC0007467

**2.1 Product Specifications:** All gypsum board products shall be designed and manufactured in full compliance and in strict accordance with ASTM 1396-04, ASTM 1264-05 and UL Standards.

**2.2. UL Approval:** BNBM PLC currently produces 5/8" Type X gypsum board with UL certification under the name of Beijing New Building Materials Co. Ltd (hereinafter referred to as " BNBM Co. Ltd"). BNBM PLC will transfer the UL certificate from BNBM Co. Ltd to BNBM PLC soon. After signing this agreement, BNBM PLC will immediately prepare and submit the application for UL Certificates under BNBM PLC's name for other products (5/8" Type C gypsum board, and 5/8" Type X-Moisture Resistant gypsum board) that Davis will purchase. Davis will assist the application for UL Certificates, and the costs will be paid by Davis. If the total contract amount purchased by Davis from March 15, 2006 through December 31, 2006 reaches or exceeds three million pieces of gypsum boards, the UL Certification costs paid by Davis will be reimbursed to Davis by BNBM PLC within 10 days.

**2.3 Product Type and Quantities:** The type and quantity of the Products purchased by Davis from BNBM PLC will be as follows:
  5/8" Type X gypsum board, 5/8" Type C gypsum board, 1/2" gypsum board, and 5/8" Type X-Moisture Resistant gypsum board All gypsum wall board shall be 4' by 12'. The purchasing ratio of the above four types are respectively as follows: 70%, 15%, 10%, and 5%.

Any changes by Davis to the types and purchasing ratio of the Products shall be provided to BNBM PLC in written form, and any additional cost caused by the changes will be solely borne by Davis. Due to the production and transportation situation, The Product type quantities and ratios of each and every order may be adjusted accordingly by BNBM PLC, provided that Davis shall be informed of and shall confirm Davis' acceptance of the adjusted percentages within ten (10) days after placing a purchase order.

**2.4. Packaging and Labeling.**
**2.4.1** BNBM PLC shall package and label all Products suitable for long distance sea shipment. All Products shall be stamped with the appropriate UL certification and the correct board designation (i.e.5/8" Type X gypsum board, 5/8" Type C gypsum board, or 5/8" Type X- Moisture Resistant gypsum board or ½" gypsum board).

**2.4.2** BNBM PLC will sell the products under its brand. On the end tapes of all products will be printed: Produced by BNBM PLC and distributed by Davis in USA.

**2.5** Notice of Delay or Defects. If it appears that BNBM PLC will not be able to meet Davis' requirements or BNBM PLC learns that any Product has not been manufactured in accordance with the specifications, BNBM PLC will immediately notify Davis thereof,

Initial: _SMD_                                         Initial: _____

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                      BNBMPLC0007468

including the nature of the cause for delay, defect, or complaint, and any affected time schedule. Failure to notify Davis timely will be deemed a default under this Agreement.

## 3. PRICING AND PAYMENTS
### 3.1 Pricing
RMB 54.74 per sheet for 5/8"Type X gypsum board of 5/8".

RMB 42.67 per sheet for1/2"gypsum board

5/8" Type C gypsum board ( the price will be negotiated and confirmed by both parties in written form)

5/8" Type X Moisture Resistant gypsum board. (the price will be negotiated and confirmed by both parties in written form)

The price above is based on FOB under tackle China Port. These prices shall remain in effect through December 31, 2006. The sea freight and insurance fee etc. will be at Davis' expense. Partial shipments are allowed with notification to Davis fifteen (15) days prior to the schedule ship date for the order, but all the costs incurred by multi-shipment will   be at Davis's expense. In no instance shall Davis be required to accept a shipment of less than 150,000 boards. Both parties agree that, the purchase price of Davis' first purchasing of 200,000 boards of 5/8" Type X gypsum board ordered on November 18, 2005 is USD$12.0, including shipping costs and insurance during shipment. After signing this Agreement, the price for all future orders will be based on FOB under tackle China port.

### 3.2 Exchange Rate.

**3.2.1** The price is quoted on RMB. For the term of this agreement, any conversions will be made at the rate published by Bank of China on the day that BNBM PLC confirms DAVIS' purchasing order. (Order Day)

**3.2.2** If the exchange rate published by Bank of China on the day that the payments have been placed into BNBM PLC's account (Payment Day) increases more than 2% over the exchange rate on the Order Day and a loss occurs  to BNBM PLC, the loss over 2% should be at DAVIS' expense. If the difference of exchange rate between the payment date and the order date fluctuates within 2%, the expense will be at BNBM PLC's expense.

**3.3 Method of payment.** Payments for Products ordered under this Agreement shall be by irrevocable letter of credit at sight (sight draft). Davis will establish an irrevocable letter of credit at sight (sight draft) from a major United States bank in terms of partial shipment allowable, a sum in the amount of two million five hundred fifty thousand United States Dollars ($2,550,000.00).

Initial: _____         Initial: _____

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007469

**3.4** If the manufacturing and packaging cost to BNBM PLC increases because of performing ASTM 1396-04, ASTM 1264-05, the cost will be at Davis' expense.

## 4. SHIPMENT DELIVERY & ACCEPTANCE

Davis shall place orders with BNBM PLC for Products by notifying BNBM PLC in writing in the form of a purchase order (hereinafter referred to as "Purchase Order"). Davis may submit such Purchase Orders via facsimile, overnight delivery, or electronic mail, or any other means as may be agreed upon between the parties from time to time. Each Purchase Order shall set forth the specific requirements of the Products including types, specifications, quantities, and total amount. The date for delivery of each shipment shall be negotiated. If there is adjustment according to section 2.3, The Products, specifications, quantities, and the time of shipment of every purchasing Order should be confirmed in writing to Davis by BNBM PLC.

## 5. WARRANTY

**5.1** All Products delivered to Davis from BNBM PLC shall be manufactured in accordance with all applicable ASTM1396-04, ASTM1264-05 and UL standards, but BNBM PLC shall have no responsibility or obligation to Davis or its customers' under warranty claims with respect to products that have been subjected to abuse, misuse, improper handling, alteration, or neglect.

**5.2** Davis will confirm the requirements for the packing and labeling before the production. Any accident material defects caused by the improper packaging or labeling by BNBM PLC will be the responsibility of BNBM PLC.

**5.3** BNBM PLC shall be responsible for any lawsuits and liabilities arising from a failure of the Products to meet the referenced ASTM and UL Standards.

**5.4 Acceptance**: Within sixty (60) days after arrival of the Product at the destination port, if the specifications of the Products do not confirm with this Agreement, Both parties will choose an independent inspector together to issue an inspection certificate. And Davis shall have the right to demand replacement or compensation from BNBM PLC.

## 6. EXCLUSIVE DISTRIBUTION

**6.1** Davis guarantees the total amount of orders for the year 2006 will be no less than four million five hundred thousand (4,500,000) pieces of gypsum board. In March, April and May,   Davis will purchase no less than 150,000 pieces per month. After BNBM PLC

Initial: _BMD_                    Initial: _____

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007470

obtains UL certifications   for the other 2   products, Davis will purchase over 400,000 pieces per month. After Davis has purchased the 150,000 boards per month for three months, UL certifications have been received, and payment of the deposit per provision 6.3, Davis will become the authorized exclusive distributor for the USA and Caribbean region.

**6.1.1** Although Davis agrees to purchase over 400,000 boards per month, BNBM PLC agrees to store in China free of charge, after receipt of the payment, a maximum of 100,000 boards that Davis is not ready to receive for a maximum of two months.

**6.2 Exceptions:**
**6.2.1** The region for Davis as the exclusive distributor shall consist of: the United States of America and the Caribbean region. The Caribbean region shall include only Puerto Rico, Virgin Island, Dominican Republic, and Haiti.

**6.2.2** From May 15, 2006 through the end of the Term of the contract, once Davis becomes the authorized exclusive distributor for BNBM PLC in the USA, for UL certified gypsum products only, other products of BNBM PLC are not included in this agreement.

**6.2.3** Retail distributors such as Home Depot, Lowe's, etc could buy any other products from BNBM PLC, but could not buy UL certified gypsum products from BNBM PLC.

**6.3** For obtaining the exclusive distributorship, Davis shall pay USD $1 million to BNBM PLC as a security deposit, which shall be paid within 10 days of receipt of UL certification for both products. If before December 31, 2006: the total purchase amount is no more than 3,000,000 pieces, the security deposit will not be returned; if the total purchase amount is between 3,000,000 and 4,000,000 pieces, USD$500,000 of the security deposit will not be returned; if the total purchase amount is between 4,000,000 and 4,500,000 pieces, USD$300,000 of the security deposit will not be returned. If more than 4,500,000 pieces are purchased, all of the deposit money will be returned within 10 days of meeting the above goals. This deposit is to guarantee that Davis will order a certain quantity of material and shall not be considered damages for a material breach for any reason. If the UL certifications are not received by May 15, the quantity required by BNBM PLC will be reduced by 400,000 pieces.

**6.4** Davis's monthly Purchase Order commitment is contingent upon the prior month's Purchase Order being manufactured and delivered to port for shipment.   Further, BNBM PLC's failure to meet confirmed orders by both parties is not cause for BNBM PLC to deny an exclusive distributorship to Davis.

**7. TERMINATION**
**7.1 Termination.**
**7.1.1** Bankruptcy. This Agreement shall terminate automatically if either party becomes bankrupt or insolvent, whether by voluntary act of such party or otherwise.

Initial: _____                    Initial: _____

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007471

**7.1.2 Termination by BNBM PLC.**

BNBM PLC shall have the right to terminate this Agreement in the event Davis materially breaches or defaults on any material obligation under this Agreement; provided, however, that BNBM PLC must provide written notice of material default or breach and thirty (30) days after receipt of such notice by Davis the default or breach remains uncured. BNBM PLC shall have the right to terminate this Agreement upon thirty (30) days written notice to Davis in the event Davis breaches or defaults on any material obligation under this Agreement; provided, however, Davis shall have thirty (30) days from its receipt of such notice to solve the problem.

**7.1.3. Termination by Davis.**

Davis shall have the right to terminate this Agreement in the event BNBM PLC materially breaches or defaults on any material obligation under this Agreement; provided, however, that Davis must provide written notice of material default or breach and thirty (30) days after receipt of such notice by BNBM PLC the default or breach remains uncured. DAVIS shall have the right to terminate this Agreement upon thirty (30) days written notice to BNBM PLC in the event BNBM PLC breaches or defaults on any material obligation under this Agreement; provided, however, BNBM PLC shall have thirty (30) days from its receipt of such notice to solve the problem.

**7.1.4**   All damages arising out of a material breach and defaults of this agreement are confined to direct damages.

**7.2**   If the United States local gypsum board manufacturers cut their Products prices sharply, which will influence Davis' price advantage, Davis has the right to inform BNBM PLC and terminate this Agreement with   written evidence and 30 days notice in advance. After which, Davis has no obligation to go on purchasing Products from BNBM PLC. However, Davis has the responsibility to pay for the orders already confirmed in writing by BNBM PLC.   Termination of this Agreement by Davis will also terminate the exclusive distributorship and per provision 6.3 the deposit will be released to BNBM PLC. Equally, BNBM PLC can also terminate the contract if there are big changes in domestic market and economic conditions with which BNBM PLC can not sustain such prices. However, if BNBM PLC terminates this agreement the deposit shall be returned to Davis according to provision 6.3.

**7.3** If UL certifications are not received until June 15, 2006, the total quantity required per 6.3 shall be decreased by 400,000 pieces. If UL certifications are not received by June 15, 2006, Davis shall have the right to terminate this Agreement in written form and shall have no further obligation to order Products from BNBM PLC.

Initial: _____               Initial: _____

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                BNBMPLC0007472

**7.4** Upon termination of the exclusive distributorship per this Agreement, BNBM PLC has the right to sell all its products to any customer in the United States.

## 8. ASSIGNMENT

This agreement is personal to each of the parties and shall not be assigned without the express prior written consent of the other party, this consent shall not be unreasonably withheld. This agreement contemplates the expectation by both parties that Davis and BNBM PLC will remain in business throughout the Term of this Agreement. Nevertheless, each party is free to discontinue its business at any time by bona fide liquidation, sale or other disposition, either by sale of substantially all of the assets, the sale of all its corporate stock, or its merger or reorganization. Any attempted assignment in violation of this section shall be void and of no force or effect.

## 9. GENERAL

**9.1 No benefit to others.** The representations, warranties, covenants and agreements contained in this agreement are for the sole benefit of the parties hereto and their heirs, executors, administrators, legal representatives, successors and assigns and they shall not be construed as conferring any rights to any other persons.

**9.2 Relationship of Parties:** The relationship of BNBM PLC to Davis is that of an independent manufacturer and neither manufacturer BNBM PLC nor its agents or employees shall be considered employees of Davis. This agreement does not constitute and shall not be construed as authority for either party to act for the other partying in any capacity, except as provided herein.

**9.3 No rights in trademarks:**
**9.3.1** BNBM PLC acknowledges and agrees that no license or other grant to the use of any of Davis' name and/or trademarks contained in the labeling are granted under this Agreement except as required for the preformance of this Agreement. Neither during or after the termination of this Agreement shall BNBM PLC assert any claim to the name, trademarks or such goodwill or contest or oppose their validity. BNBM PLC shall not take any action that could be detrimental to the goodwill associated with Davis' name and trademarks.
**9.3.2** Davis acknowledges and agrees that no license or other grant to the use of any of BNBM's name and/or trademarks contained in the labeling are granted under this Agreement except as required for the performance of this Agreement. Neither during or after the termination of this Agreement shall Davis assert any claim to the name, trademarks or such goodwill or contest or oppose their validity. Davis shall not take any

Initial: _____   Initial: _____

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   BNBMPLC0007473

action that could be detrimental to the goodwill associated with BNBM's name and trademarks.

**9.4 Integration.** This Agreement constitutes the entire and only agreement between the parties and all prior negotiations, representations, agreements, and understandings are superseded hereby except for the Sales Contract previously agreed to on November 18, 2005 which shall remain in full force and effect. No agreements altering or supplementing the terms hereof may be made except by a written documents, bills of lading, purchase orders, or other similar documents that are materially different from these terms and conditions shall be binding upon either party unless evidenced in writing signed by a duly authorized officer of each party. No terms or provisions in any subsequent shipping documents, bills of lading, purchase orders, or other similar documents that are materially different from these terms and conditions shall be binding upon either party unless evidenced in writing by a duly authorized officer of each party.   Such terms or provisions not in compliance with this Section shall be of no force or effect.

**9.5 Notices.** Any notice required by this Agreement must be given by facsimile transmission confirmed by personal delivery, by overnight courier, or by prepaid, first class, certified mail, return receipt requested, addressed as follows:

Davis Construction Supply, LLC          Beijing New Building Materials Public
                                                       Limited Company
Attention: Stefan M. Davis                  Attention: Wang Bing
20725 SW 46TH Avenue                     No.16 West Road Jiancaicheng Xisanqi, Haidian
Newberry, Florida 32669                    District BEIJING 100096 CHINA
Telephone:  ( 352)472-7773                Telephone: 0086-10-82918788
Facsimile:  ( 352)472-5969                 Facsimile: 0086-10-82912657
Email:stefand@Davisandsons.com        Email: wb@bnbm.com.cn
Or other address as may be given from time to time under the terms of this notice
Provision.

9.6 **Counterparts and Translations.**   Due to the inability to identically translate this Agreement in English and Chinese, The Agreement shall be prepared and executed in English version and the translation is for convenience purposes only.   Any translated version of this document shall not be binding on the parties.

**9.7 Heading, Persons and Plurals.**   All Section headings contained in this Agreement are for convenience of reference only, do not form a part of this Agreement and shall not affect in anyway the meaning or interpretation of this Agreement. Words used herein, regardless

Initial: _____          Initial: _____

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          BNBMPLC0007474

of the number and gender specifically used, shall be deemed and construed to include any other number, singular or plural, and any other gender, masculine, feminine, or neuter, as the context requires. Any reference to a "person" herein shall include an individual, firm, corporation, partnership, trust, governmental authority or body, association, unincorporated organization or any other entity.

**9.8 Severability**. Whenever possible, each provision of this Agreement shall be interpreted in such a manner as to be effective and valid under applicable law. However, if any provision of this Agreement or the application of any provision to any party or circumstance shall be prohibited by or invalid under applicable law, such provision shall be reduced to such scope as is reasonable and enforceable if possible.

9.9 Arbitration. Any dispute, disagreement, claim or controversy between the parties arising out of or relating to the Agreement or the parties performance, hereunder (a "Disputed Matter") which cannot be resolved in a timely manner by consultations between the President duly authorized officers of each party shall be resolved by binding arbitration decided by a single arbitrator at Hong Kong International Arbitration Center in Hong Kong in accordance with rules of arbitration of the International Chamber of Commerce in English and Chinese language.    The parties will share the cost of the arbitration, subject to any final apportionment by the arbitrator. The written decision and reasons of the arbitrator, which shall be communicated to the parties not later than thirty (30) days after close of argument in the arbitration, will be final, conclusive, and binding on the parties.

**9.10 Force Majeure**. Should any of the following circumstances prevent either party from carrying out its obligations under the contract, namely:    acts of civil or military authority; government acts, orders, or restrictions; earthquakes; or flood, the contract shall be extended for as long as the circumstances remain.    In the event that these circumstances continue for more than 30 days, each party shall have the right to refuse to continue the performance of its obligations under the contract and, in such case; no party shall be entitled to indemnification from the other party for any loss it may sustain.    In all cases, the party declaring force majeure is required to provide within 14 days acceptable documentation of the incident issued by the competent Government Authorities where the incident occurs as evidence thereof.

Initial: _____          Initial: _____

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007475

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement effective as of the Effective date.

Davis Construction Supply, LLC        Beijing New Building Materials Public
                                                            Limited Company


By: _____        By: _____
Mr. Stefan M. Davis, its                       Mr. Wang Bing, its
Managing Member                              General Manager
March 12, 2006                                   March 12, 2006


Initial: _____                Initial: _____


Page 10 of 10

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007476

**AMENDMENT TO PURCHASE/SUPPLY AGREEMENT**
**DATED MARCH 12, 2006**

**Place of signature: Beijing, China**

Through friendly negotiations between Davis Construction Supply, LLC (hereinafter referred to as "Davis") and Beijing New Building Materials public Limited Company (hereinafter referred to as "BNBM PLC") both parties agree to this Amendment to the Purchase/Supply Agreement dated March 12, 2006 (hereinafter referred to as the "Agreement").

1. In paragraph 2.2, of the Agreement, **DELETE** "After signing this agreement, BNBM PLC will immediately prepare and submit the application for UL Certificates under BNBM PLC's name for other products (5/8'' Type C gypsum board, and 5/8'' Type X-Moisture Resistant gypsum board) that Davis will purchase. Davis will assist the application for UL Certificates, and the costs will be paid by Davis. If the total contract amount purchased by Davis from March 15, 2006 through December 31, 2006 reaches or exceeds three million pieces of gypsum boards, the UL Certification costs paid by Davis will be reimbursed to Davis by BNBM PLC within 10 days" **ADD** "Davis will prepare and submit the application for UL Certificates under BNBM PLC's name for other products (5/8'' Type C gypsum board, and 5/8'' Type X-Moisture Resistant gypsum board) that Davis will purchase. BNBM PLC will assist and execute the application and authorization forms for UL Certifications immediately, and the costs for UL Certifications will be paid by Davis. If the total contract amount purchased by DAVIS within the year of 2006 reaches or exceeds 4,500,000 pieces of gypsum boards, the UL certification costs paid by DAVIS will be reimbursed to DAVIS by BNBM PLC within 10 days."

2. In paragraph 2.3, of the Agreement, **DELETE** "The type and quantity of the Products purchased by Davis from BNBM PLC will be as follows: 5/8'' Type X gypsum board, 5/8'' Type C gypsum board, 1/2'' gypsum board, and 5/8'' Type X-Moisture Resistant gypsum board All gypsum wall board shall be 4' by 12'. The purchasing ratio of the above four types are respectively as follows: 70%, 15%, 10%, and 5%."

3. In paragraph 6.1, of the Agreement, **DELETE** "In March, April and May, Davis will purchase no less than 150,000 pieces per month. After BNBM PLC obtains UL certifications for the other 2 products, Davis will purchase over 400,000 pieces per month. After Davis has purchased the 150,000 boards per month for three months, UL certifications have been received, and payment of the deposit per provision 6.3. Davis will become the authorized exclusive distributor for the USA and Caribbean region."

Initial _SMD_                    Initial _____

1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007477

**ADD** "For obtaining the exclusive distributorship, DAVIS shall pay a security deposit in an amount of USD$1 million to BNBM PLC's account, within 7 days after signing of the Amendment. Additionally, DAVIS agrees to purchase 4,500,000 sheets during 2006.However, this total amount is subject to provision 6.3 of the original Agreement and provision 7 of the Amendment. The exclusive distributorship shall come into force immediately upon BNBM PLC's receipt of this security deposit. BNBM PLC reserves the right to terminate the exclusive distributorship if DAVIS fails to open the L/C by the date and the monthly quantity as stipulated in Paragraph 6 of this Amendment. This termination shall not be regarded as breach of Agreement from BNBM PLC. "

4. In paragraph 6.1.1, of the Agreement, **DELETE** "over 400,000 boards per month," **ADD** "450,000 boards per month after May, 2006."

5. In paragraph 6.3, of the Agreement, **DELETE** "For obtaining the exclusive distributorship, DAVIS shall pay USD$1 million to BNBM PLC as a security deposit, which shall be paid within 10 days of the receipt of UL certification for both products."

6. Davis shall provide the Purchase Order and Letter of Credit for June's 450,000 board order by May 27, 2006. For all remaining 2006 Purchase Orders, Davis will provide the Purchase Order before the 10th day of every month for the next month's order. BNBM PLC shall confirm it's ability to produce the requested amount in the Purchase Order and request a change in the order, if required, within five working days after receiving the Purchase Order. Davis shall issue the Letter of Credit within five working days after confirmation is received. Should any of the timeframes referenced in this paragraph occur on a weekend or holiday an additional three days grace period will be allowed, for either party, and shall not be reason for termination of the exclusive distributorship. If Davis fails to issue the Letter of Credit within the above mentioned timeframe, BNBM PLC shall have the right to terminate the exclusive distributorship. Additionally, should Davis not purchase at least 450,000 sheets per month, BNBM PLC shall have the right to terminate the exclusive distributorship.

7. BNBM PLC shall have the right to sell a maximum of 500,000 sheets of 5/8''TYPE X during the months of JUNE, JULY, and AUGUST in 2006. Additionally, BNBM PLC shall notify DAVIS of the boat name, the port of discharge, anticipated delivery date and quantity. The 4,500,000 sheets required in the original Agreement shall be reduced by the actual number of sheets sold under this provision. Should BNBM PLC sell over 500,000 sheets of 5/8''TYPE X, BNBM PLC shall immediately return the USD $ 1 million security deposit to DAVIS.

8. DAVIS exclusive distributorship shall be for UL certified gypsum products only.

Initial _____        Initial _____

2

This Amendment shall come into force at the date of signature and shall have the same binding force for the original Purchase/Supply Agreement. The Amendment shall hereby be made part of the original Purchase/Supply Agreement. Termination of the exclusive distributorship will not be grounds for termination of the original Purchase/Supply Agreement.

The Amendment Agreement will be signed in 4 copies as original copies. Two copies shall be preserved by DAVIS and other 2 copies shall be preserved by BNBM PLC.

Davis Construction Supply LLC                    Beijing New Building Materials Public
                                                 Limited Company

By: ------------------------------               By: ------------------------------
Mr. Stefan M. Davis, its                         Mr. Wang Bing, its
Managing Member                                  General Manager
May 15, 2006                                      May 15, 2006

Initial _____                          Initial _____

3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                          BNBMPLC0007479

# BNBM

## 出口产品订单

订单号：石2006-3

2006/3/3

| 编号 | 产品名称 | 产品规格 | 数 量 | 交货日期 | 备 注 |
|------|---------|---------|-------|---------|-------|
| 1. | 普通纸面石膏板（drywall） | 1/2"x4'x12'(12.7x1220x3660) | 230112张 | 3月25日左右，请按时交货。 | 工厂交货 |
| 技术要求 | | 12.7的板要求符合ASTM C1396-04 对应规格所要求的规定。单位重量<9.2kg/m2.，此点请务必注意，关系到最后的损益。<br>工厂出具符合ASTM的检测报告。<br>楔形边的标准要达到ASTM要求。 | | | |
| 包　　装 | | 12.7的板68张做成一个整体包装中间以垫条分成两层各34柱。以塑料罩整体覆盖以防雨、防潮，塑料罩一定要压实，不得出现裸露部分。以石膏板包覆，边角封严，不得出现裸露。托盘不得使用实木，以免薰蒸，要求足够结实，以承受多次叉车作业，适合长途海运。请严格要求，本合同有不恰当包装造成损坏的赔偿条款。<br>包装外面粘贴两份标签，一份标签附后。另一标签包含防潮保护、轻拿轻放、正面朝上等通用标识，要求两个大面均有以上两份标签。并且显示有关吊点等，吊点处所用护角要求加宽，以利吊装。每架板最下面加一张板做为保护，但不计算在供货数量内。 | | | |
| 唛　　头 | | 12.7的drywall板每张板背面打印：DRAGON BRAND DRYWALL PER  1/2" 4'X12'  ASTM C1396-04<br>　　　　　　　　　　　　　　　MADE IN CHINA　　09:45 18/06/2005<br><br>封边纸要求有如下内容：<br>普通板（drywall）：1/2"x4'x12' DRYWALL | | | |
| 原合同(订单)编号 | | 50590/40283 | | | |
| 订货单位 | | Triorient trading  Inc | | | |

合同评定：蔡凯山 2/3 - 2006.

签发人：3川院 7/3-06

　　　　　　　　　　　　　　　BNBMPLC0007494

**BNBM**

## Export Products Order

Order No.: Shi 2006-3

March 3, 2006

| No. | Product name | Product specifications | Quantity | Delivery date | Remarks |
|---|---|---|---|---|---|
| 1 | Ordinary paper-faced gypsum board (drywall) | 1/2"x4'x12' (12.7x1220x3660) | 230112 pieces | Around March 25, please deliver on time | Delivery at the factory |
| Technical requirements | | The 12.7 board must meet the requirements provided for the corresponding specification in ASTM C1396-04. Unit weight<9.2kg/m2. Please keep this in mind as this is important for the final profit/loss. The factory shall provide a test report about conformity with ASTM. The standard of the wedge-shaped edge shall meet the ASTM requirements. | | | |
| Packaging | | Sixty-eight pieces of the 12.7 board are packed together, with a strip in the middle separating the whole into two layers each containing 34 pieces. A waterproof and moistureproof plastic cover is wrapped outside. The plastic cover must be pressed solidly without any uncovered parts. It shall be covered with gypsum board, sealing well the edges and corners without any uncovered parts. The pallets shall not be made of solid wood to avoid fuming and heating process. The pallets must be solid enough to bear multiple forklift operations and long-distance marine transportation. Please strictly keep in line with the requirements. There are compensation terms in the contract in relation to damages due to improper packaging. There shall be two labels attached to the package. One is attached, the other with the universal signs such as moistureproof, handle with care, right side up, etc. The two larger sides shall both be attached with the above two labels. The lifting points shall also be shown. The protection angle used at the lifting points shall be widened for the convenience of lifting. There shall be a piece of board at the bottom of every pallet of boards for protection purpose, which is not calculated into the quantity of supply. | | | |
| Shipping marks | | On the back of every 12.7 drywall board, it shall print: DRAGON BRAND DRYWALL PER 1/2"x4'x12' ASTM C1396-04 MADE IN CHINA  09:45 18/06/2005 On the sealing paper, it shall print the following: Drywall: 1/2"x4'x12' DRYWALL | | | |
| No. of the original contract (order) | | 50590/40283 | | | |
| Ordering Unit | | Triorient Trading Inc | | | |

Contract evaluation: CAI Kai  March 7, 2006

Approved by:  (illegible) March 7, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007495

2328 (6

## 事业部审批部分：

日期：　　　2006-3-13

| 编号 | 产品名称 | 产品规格 | 数　量 | 交货日期 | 备　注 |
|---|---|---|---|---|---|
| 1 | 普通板 | 3660*1220*12.7 | 230,045 张 | 3月20日-4月1日 | |
| 技术要求 | 12.7厚的普通板和吊顶石膏板应该按ASTM C36,ASTM C 1396-04 的要求进行生产。每张板后面应该印有"ASTM C 1396-04"标识。石膏板，楔型边确保紧密接缝。 | | | | |
| 包装要求 | A 石膏板应该合理分架、包装，封装，确保产品免遭海运损害。<br>B 每架68张石膏板，一架的每个面都要有防护板避免产品破损。托盘必须足够结实能够允许叉车装卸。<br>C 货物应使用尼龙吊带。尼龙吊带和尼龙绳应足够结实，当卸完一层货物后，能够继续卸下一层货物。<br>D 每架板必须用一张塑料板从上到下包装避免破损和潮湿。每架板应标出尺寸、宽度、厚度。<br>E 石膏板应有封边带，并且每张板后面标出为中国制造并且符合ASTM C 1396-04标准。<br>F 在任何货物的包装里都不含实木材料。 | | | | |
| 唛　头 | TRIORIENT<br>　PORT OF PALM BEACH, FL<br>　P.O 50590/40283<br>DESCRIPTON: GYPSUM BOARD<br>GROSS WEIGHT: KGS/LBS<br>NET WEIGHT: KGS/LBS<br>SIZE: WIDTH/LENGTH/THICKNETSS IN INCHES<br>MADE IN CHINA ACCORDING TO ASTM C1396-04 | | | | |
| 原合同号 | 50590-Rev 1 | | | | |

业务员：　　　　　　　　　　　　　　　事业部主管：

2/3.

For Business Division to examine and approve

Date: March 13, 2006

| No. | Product name | Product specifications | Quantity | Delivery date | Remarks |
|---|---|---|---|---|---|
| 1 | Ordinary board | 3660x1220x12.7 | 230,045 pieces | March 20-April 1 | |
| Technical requirements | | The 12.7 ordinary board and gypsum board for ceiling must be produced meeting the requirements for ASTM C36, ASTM C 1396-04. On the back of each piece of board, it shall print "ASTM C 1396-04". The gypsum board and wedge-shaped edge shall be closely engaged. | | | |
| Packaging requirements | | A The board shall be properly separated, packed, sealed to avoid damage during ocean shipping. | | | |
| | | B Sixty-eight pieces of the board are packed for each pallet, with a protecting board covering every side of which to avoid damage. The pallets must be solid enough to bear forklift operations. | | | |
| | | C Nylon strips shall be used for the products. Nylon strips and ropes must be strong enough to be continually used for demounting the next layer of products after demounting one layer of the products. | | | |
| | | D The boards of each pallet shall be wrapped with one plastic board to avoid moisture and damage. Each pallet of boards should be marked with size, width and thickness. | | | |
| | | E The gypsum board shall have edge-sealing band and on the back of each board, it shall print: Made in China and meet the requirements of ASTM C 1396-04. | | | |
| | | F There is no packing stuff made of solid wood. | | | |
| Shipping marks | | TRIORIENT <br>   PORT OF PALM BEACH, FL <br>   P.O. 50590/ 40283 <br> DESCRIPTION: GYPSUM BOARD <br> GROSS WEIGHT: KGS/ LBS <br> NET WEIGHT: KGS/ LBS <br> SIZE: WIDTH/ LENGTH/ THICKNETSS IN INCHES <br> MADE IN CHINA ACCORDING TO ASTM C1396-04 | | | |
| No. of the original contract | | 50590-Rev 1 | | | |

Staff:                                                              Supervisor of Business Division

# BПBП 北新集团建材股份有限公司

国际业务部
电话：010-82988788
传真：010-82912657

## 提货申请单

合同号：50590
日期：    2006.3.20

| 品名及规格 | 数量 | 单位 |
|---|---|---|
| 楔形边普通纸面石膏板<br>4'×12'×1/2" | 230,112 | 张 |

$5.9 \times 7.9$ (二二×366)

二二 $.9.842/m^2$

业务员：陈雷

部门主管：

683张/架    3384架

943张

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                          BNBMPLC0007498

**BNBM Public Limited Company**

International Business Department
Telephone: 010-8298878
Fax: 010-82912657

Contract No.:   50590
Date:             2006-3-20

Request Note for Delivery Order

| Product and Specification | Quantity | Unit |
|---|---|---|
| Wedge-shaped regular gypsum board 4'×12'×1/2" | 230,112 | Sheet |

Illegible 5.50 x 7.99 x (
3.66)
=9.84 Yuan/m²
illegible

Salesman: CHEN Lei                      Department Chief Officer: CAI Kai

68 sheets/package        3384
packages
                94 sheets

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007499

**BNBM** BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

# Invoice

Invoice No.:  E-P50590 -1
Invoice Date. 2006/04/06
Sold to Messrs:  TRIORIENT TRADING INC.
                 TWO STAMFORD PLAZA,
                 281 TRESSER BLVD., SUITE 1505,
                 STAMFORD, CT 06901
DESTINATION: PORT OF PALM BEACH, FL, USA

Contract No. 50590/40283
Port of Loading: TIANJIN, CHINA

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Ply wood | 1740pcs | USD $11.00/piece | USD $ 19,140.00 |
| TOTAL AMOUNT | USD Nineteen thousand, one hundred, forty, no cent | | |
| NAME OF BANK | BANK OF CHINA   HEAD OFFICE | | |
| ADDRESS OF BANK | 1,FUXINGMENNEI, BEIJING CHINA | | |
| BENEFICIRY | BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY | | |
| ADDRESS OF BENEFICIRY | NO.16 WEST ROAD, JIANCAICHENG, HAIDIAN DISTRICT, BEIJING 100096, CHINA | | |
| ACCOUNT NO. | 01719708094014 | | |



For and on behalf of
北新集团建材股份有限公司
BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY
SIGNATURE

..........DATE...2006 - 4 - 6..............
Authorised Signature

BNBMPLC0007503

 **RNRM** BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

## BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

## PACKING LIST    ORIGINAL

Invoice No.   E-50590A

Invoice Date. 2006/04/07

L/C NO.: NY902843

Sold to Messrs:   TRIORIENT TRADING INC.

Contract No. 50590

Port of Loading: TIANJIN PORT, CHINA

TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505, STAMFORD, CT 06901

Destination: CAPE CANAVERAL, FL, USA

| MARKS & Nos. | DESCRIPTION | QUANTITY | PACKAGE | GROSS WEIGHT | NET WEIGHT |
|---|---|---|---|---|---|
| TRIORIENT CAPE CANAVERAL, FL P.O. 50590/40283   DESCRIPTION: GYPSUM BOARD GROSS WEIGHT:3010KGS/6622LBS NET WEIGHT:2900KGS/6380LBS SIZE:WIDTH4/LENGTH12/TH ICKNESS1/2   IN   INCHES MADE   IN   CHINA   IN ACCORDANCE   TO   ASTM C1396-04 | GYPSUM BOARD, TAPERED EDGE 230,045 SHEETS 4'×12'×1/2", AS PER CONTRACT NO. 50590 ACCORDING TO SPECIFIXCATION STANDARDS ASTM C1396-04 UNIT PRICE USD 5.50/SHEET FOB L/S/D TIANJIN, CHINA | 215,424SHEE TS | 3168 | 9,535,680K G | 9,187,200 KG |
| | TOTAL | 215,424 SHEETS | 3168 | 9,535,680 KG | 9,187,200 KG |

For and on behalf of
北新集团建材股份有限公司
BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPA

Authorized Signature

A) THE GYPSUM BOARD SHIPPED IS PROPERLY PALLETIZED, WRAPPED AND SEALED TO PROTECT THEM AGAINST DAMAGE IN SHIPMENT.

B) THAT THE BOARDS (PIECES) ARE PACKED 68 BOARDS (PIECES) PER PALLET AND ARE WRAPPED WITH REJECTED BOARDS ON EACH SIDE SO TO PROTECT AGAINST DAMAGE. PALLETS ARE CONSTRUCTED SO AS TO

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

 BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

ALLOW FOR FORKLIFT LOADING/UNLOADING.

C) CARGO HAS BEEN PRE-SLUNG USING UYLON STRAPS NYLON STRAPS AND NYLON WIRES HAVE BEEN SECURED TO THE SLINGS SO THAT AFTER EACH LAYER IS UNLOADED IT IS POSSIBLE TO GRAB THE SLINGS FOR THE NEXT LAYER.

D) EACH PALLET IS ENCLOSED WITH A PLASTIC CAP COVER FROM TOP AND DOWN TO FURTHER PROTECT AGAINST MOISTURE. EACH PALLET IS MARKED FOR SIZE/WIDTH/THICKNESS.

E) THE GYPSUM BOARDS HAVE END TAPE AND HAVE PRINTING ON THE BACK OF EACH AND EVERY SHEET SHOWING THAT THEY ARE MANUFACTURED IN CHINA ACCORDING TO ASTM C1396-04.

F) THERE IS NO SOLID WOOD MATERIALS USED IN ANY OF THE PACKAGING OF THIS CARGO.

For and on behalf of
北新集团建材股份有限公司
BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

陈倚

........................................
Authorized Signature



Copy

| 1. Exporter | Certificate No. 051031355 |
|---|---|

BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED
COMPANY, NO.16 WEST ROAD, JIANCAICHENG, HAIDIAN
DISTRICT, BEIJING 100096, CHINA

06C1100A1366/01001R

## CERTIFICATE OF ORIGIN
## OF
## THE PEOPLE'S REPUBLIC OF CHINA

**2. Consignee**

TRIORIENT TRADING INC. TWO STAMFORD PLAZA, 281
TRESSER BLVD., SUITE 1505, STAMFORD, CT 06901

**3. Means of transport and route**

FROM TIANJIN PORT, CHINA TO CAPE CANAVERAL, FL,
USA BY SEA

**5. For certifying authority use only**

CHINA COUNCIL FOR THE
PROMOTION OF INTERNATIONAL
TRADE IS CHINA CHAMBER OF
INTERNATIONAL COMMERCE

**4. Country / region of destination**

UNITED STATES

| 6. Marks and numbers | 7. Number and kind of packages; description of goods | 8. H.S.Code | 9. Quantity | 10. Number and date of invoices |
|---|---|---|---|---|
| | THREE THOUSAND ONE HUNDRED AND SIXTY EIGHT (3168) PACKAGE OF GYPSUM BOARD, TAPERED EDGE 230,045 SHEETS 4'×12'× 1/2'', AS PER CONTRACT NO. 50590 ACCORDING TO SPECIFIXCATION STANDARDS ASTM C1396-04 UNIT PRICE USD5.50/SHEET FOB L/S/D TIANJIN, CHINA ************************************************ TRIORIENT CAPE CANAVERAL, FL P.O. 50590/40283 DESCRIPTION: GYPSUM BOARD GROSS WEIGHT: 3010KGS/6622LBS NET WEIGHT: 2900KGS/6380LBS SIZE: WIDTH4/LENGTH12/THICKNESS1/2 IN INCHES MADE IN CHINA IN ACCORDANCE TO ASTM C1396-04 | 68091100 | 215424SHEETS | E-50590A APR. 07, 2006 |

**11. Declaration by the exporter**
The undersigned hereby declares that the above details and statements are correct, that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China.

BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED
COMPANY, NO. 16, WEST ROAD JIANCAICHENG, HAIDIAN
DISTRICT, BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

.............. Authorized Signature

BEIJING, CHINA APR. 07, 2006

Place and date, signature and stamp of authorized signatory

**12. Certification**
It is hereby certified that the declaration by the exporter is correct.

BEIJING APR. 07, 2006

Place and date, signature and stamp of certifying authority

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007508

 BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

## BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

## Invoice

Invoice No.: E-50590A

Invoice Date. 2006/04/07

L/C NO.: NY902843

Sold to Messrs: TRIORIENT TRADING INC.

Contract No. 50590

Port of Loading: TIANJIN PORT, CHINA

**ORIGINAL**

TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505,STAMFORD, CT 06901

Destination: CAPE CANAVERAL, FL, USA

| MARKS & Nos. | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| TRIORIENT CAPE CANAVERAL, FL P.O. 50590/40283 DESCRIPTION:GYPSUM BOARD GROSS WEIGHT:3010KGS/6622LBS NET WEIGHT:2900KGS/6380LBS SIZE:WIDTH4/LENGTH12/THICK NESS1/2 IN INCHES MADE IN CHINA IN ACCORDANCE TO ASTM C1396-04 | GYPSUM BOARD, TAPERED EDGE 230,045 SHEETS 4'×12'×1/2" , AS PER CONTRACT NO. 50590 ACCORDING TO SPECIFIXCATION STANDARDS ASTM C1396-04 UNIT PRICE USD 5.50/SHEET FOB L/S/D TIANJIN, CHINA | 215,424SHEE TS | USD 5.50/SHEET FOB L/S/D TIANJIN, CHINA | USD $1,184,832 |
| TOTAL AMOUNT | USD $1,184,832.00 | | | |
| NAME OF BANK | BANK OF CHINA HEAD OFFICE | | | |
| ADDRESS OF BANK | 1,FUXINGMENNEI, BEIJING CHINA | | | |
| BENEFICIRY | BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY | | | |
| ADDRESS OF BENEFICIRY | NO.16 WEST ROAD, JIANCAICHENG, HAIDIAN DISTRICT, BEIJING 100096, CHINA | | | |
| ACCOUNT No. | 01719708094014 | | | |



For and on behalf of
北新集团建材股份有限公司
BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY
SIGNATURE

DATE 2006. 4. 7

Authorized Signature



BNBMPLC0007509

收汇核销联

中华人民共和国海关出口货物报关单

预录入编号：055561895　　　　　　海关编号：

| 出口口岸 新港海关 0202 | 备案号 | 出口日期 060526190670 | 申报日期 2006-04 15 |
|---|---|---|---|
| 经营单位 1108910166 北新集团建材股份有限公司 | 运输方式 运输工具名称 | 2006 | |
| 发货单位 1108910166 北新集团建材股份有限公司 | 贸易方式 运输 SAGAMASCOT 征免性质 | SPCRXNNPCA159661 结汇方式 电汇 |
| 许可证号 | 运抵国(地区) 一般贸易 | 指运港 一般征税 ( 10 | 境内货源地 电汇 |
| 批准文号 042894003 | 成交方式国 运费 ( 502 ) | 保费 ( 3166 ) | 杂费 北京其他 ( 11909 ) |
| 合同协议号 50590 | 件数 FOB | 包装种类 | 毛重(公斤) | 净重(公斤) |
| 集装箱号 0 | 随附单据 3168 | 其它 | 953500 生产厂家 9187200 |

标记唛码及备注

| 项号 | 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国(地区) | 单价 | 总价 | 币制 | 征免 |
|---|---|---|---|---|---|---|---|---|
| 1. | 68091100 | 纸面石膏板 | 9187200.000千克 0.000 275424.000片 | 美国 (502) | 5.5000 | 1184832.00 | USD 美元 | 照章征税 |

用途：其它

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期(签章) |
|---|---|---|---|
| 报关员 | | | 审单 审价 |
| 单位地址 | | 申报单位(签章) | 征税 统计 |
| 邮编 | 电话 | 天津圣仑海兴报关有限公司 填制日期 | 查验 放行 |

签发日期：2006-05-2

11/12

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER　　　　BNBMPLC0007516

Verification Bill of Receipt of Foreign Exchange

## Export Goods Declaration Form of the Customs of the People's Republic of China

Pre-input Serial Number：055561895      Customs Serial Number：020220060526190670

| Export Port | Xin Gang Customs  0202 | Number of Customs Recordation: | | Export Date: April 21, 2006 | Declaration Date: April 15, 2006 |
|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport: River and Sea | | Means of Transport: SAGAMASCOT/1340 | Delivery Bill Number: SFCRXNNPCA139661 |
| Consignor | BNBM PLC | Mode of Trade: General Trade | | Nature  of  Exemption: General Taxation | Terms of Payments: T/T |
| Licence No. | | Destination Country (Area): USA | | Destination Port: New York (3166) | Domestic  Cargo Origin: Beijing and other |
| Approval Document No. | 042894003 | Transaction mode: FOB | Freight: | Premium: | Incidental Expenses: |
| Contract No.:   50590 | | Quantity: 3168 Packages | Type of Package: Other | Gross weight（KG） 9535680 | Net weight（KG） 9187200 |
| Container No.: 0 | | Attached documents | | | Manufactures |
| Marked Code And Remarks | | | | | |

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Area): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 68091100 | Paper-faced Drywall | 9187200.000 (kg) 0.000 215424.000 pieces | USA (502) | 5.5000 | 1184832.00 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |

| Tax Collection Condition | | | | |
|---|---|---|---|---|
| Recording Clerk         Recording Unit | | Hereby confirming that the declaration is correct and bearing the legal responsibility | Column      for      Customs' Checking and Annotating and Dating Release (stamp) | |
| Customs Declaration Clerk | | | Examination of Documents | Appraisal  of Price |
| | | Declaring unit (stamp) : | | |
| Address of the Declaring Unit | | Shenglun  Haixing  Declaration of Tianjin | Taxation | Statistic |
| Zip  Code | Phone Number | Filling Date | Examination: | Release |

Issue Officer:
Issue Date: May 20, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

15

**SAGA CARRIERS**

## BILL OF LADING

PAGE 2

| SHIPPER (full name & address) | BOOKING NO. | BILL OF LADING NO. |
|---|---|---|
| BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY,NO.16 WEST ROAD,JIANCAICHENG, HAIDIAN DISTRICT,BEIJING 100095,CHINA | EXPORT REFERENCE | SFORXNNPGA13964 |

| CONSIGNEE complete name & address | FORWARDING AGENT, FM.C. NO. |
|---|---|
| TO THE ORDER OF RZB FINANCE LLC,1133 AVENUE OF THE AMERICAS, 16TH FLOOR,NEW YORK,NEW YORK 10036,ATTN GRACE WADSWORTH,TEL: 212-845-4109 | POINT & COUNTRY OF ORIGIN OF GOODS |

| NOTIFY PARTY (No regible name & address) No responsibility whatsoever will attach to the Carrier or its agent by reason of any omission or failure to notice the notify party(s). | ALSO NOTIFY - ROUTING & INSTRUCTIONS |
|---|---|
| TRICURENT TRADING INC., TWO STAMFORORD PLAZA,281 TRESSER BLVD.,SUITE 1505,STAMFORD,CT 06901 | |

| VESSEL | VOY.NO. | PORT OF LOADING | PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|---|---|---|
| SAGA MASCOT V. 13AQ | | TIANJIN PORT,CHINA | | |
| ON CARRIAGE PORT | | PORT OF DISCHARGE | PLACE OF DELIVERY BY ON-CARRIER | TYPE OF MOVE |
| | | CAPE CANAVERAL, FL.USA | | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| TRICURENT CAPE CANAVERAL FL P.O. 50590/40283 DESCRIPTION: GYPSUM BOARD GROSS WEIGHT: 3010# GS-46822 R8 NET WEIGHT:2900KGS/6 38ILLS SIZE: WIDTH4/LENG TH12/THICKNESS1/ 2 IN INCHES MADE IN CHINA IN ACCORDANCE TO ASTM C1396-04 | 3168 PACKAGES | GYPSUM BOARD,TAPERED EDGE 230,04S SHEETS 4' X 12' X 1/2",AS PER CONTRACT NO.50590 ACCORDING TO SPECIFIXCATION STANDARDS ASTM C1396-04 UNIT PRICE USD 6.50/SHEET FOB L/S/D TIAN JIN, CHINA FREIGHT PAYABLE AS PER CHARTER PARTY | 9535880KGS | |

ORIGINAL

ACCEPTANCE: If Merchant enters actual value of goods and pays the applicable "ad Valorem" tariff rate, Carrier's package limitations shall not apply. See Clause 12 on page 1.

SHIPPED on board in apparent good order and condition, weight, measure, marks, numbers, quality, contents and value unknown, for carriage to the Port of Discharge or so near thereunto as the Vessel may safely get and lie always afloat, to be delivered in the like good order and condition at the aforesaid Port unto Consignee or their Assigns, they paying freight as indicated below plus other charges incurred in accordance with the provisions contained in this Bill of Lading. In accepting this Bill of Lading, the Merchant expressly accepts and agrees to all its stipulations on both pages, whether written, printed, stamped or otherwise incorporated as fully as if they were all signed by the Merchant. One original Bill of Lading must be surrendered in exchange for the Goods or delivery order.

RTP. A CLAUSE: The Goods as described by the Merchant are iron, steel, metal or broker products, the phrase "apparent good order and condition" set out in the preceding paragraph does not mean the Goods were received, in the case of iron, steel or metal products, free of visible rust or moisture, or in the case of timber products, free from warpage, breakage, chipping, moisture, split or broker's marks, stains, decay or discoloration. Nor does the Carrier warrant the accuracy of any token count provided by the Merchant or the adequacy of any lashing or securing. If the Merchant so records, a suitable Bill of Lading will be issued omitting this notation unless so signed by the Merchant.

| FREIGHT & CHARGES | BASIS W/M | RATE | PRE PAID | COLLECT | FREIGHT PAYABLE AT/BY |
|---|---|---|---|---|---|
| | | | | | DEMURRAGE lbs/y rate per ton |
| | | TOTAL | | | |

IN WITNESS whereof the number of original Bills of Lading stated below, all of this tenor and date, one of which being accomplished the others to stand void.

PLACE & DATE OF ISSUE: TIANJIN

中国天津外轮代理有限公司

SIGNED FOR THE CARRIER

**2 0 APR 2006**

NUMBER OF ORIGINAL B/L: THREE

APPLICABLE ONLY WHEN USED AS THROUGH BILL OF LADING

General Manager

As Agent For The Master

AS AGENT FOR AND ON BEHALF THE MASTER OF MV "SAGA MASCOT" GAPT:TYMCZYSZYN BOGDAN

REV. MAR 200-

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007518

# BNBM

## 出口产品订单

订单号: 石2005-0428

2006-4-28

| 编号 | 产品名称 | 产品规格 | 数量 | 交货日期 | 备注 |
|---|---|---|---|---|---|
| 1. | 普通纸面石膏板 (drywall) | 1/2"x4'x12'(12.7x1220x3660) | 185312张 | 5月25日左右，请按时交货。 | 工厂交货 |
| 3 | 防火纸面石膏板 (type X) | 5/8"x4'x12'(15.9x1220x3660) | 100000.0张 | | |

| 技术要求 | 12.7的板要求符合SATM C1396-04 对应规格所要求的规定。单位重量<9.2kg/m2，此点请务必注意，又系到最后的利益。<br>15.9的板要求求符合UL认证标准。单位重量控在12.5~12.8kg/m2 带UH认证标识。<br>E」出具符合ASTM的检测报告。<br>楔形边的标准要达到ASTM必求。 |
|---|---|
| 包 装 | 12.7的板68张做成一个整体包装中间以垫条分成两层各34枕。以塑料平整体覆盖以防雨，防潮，塑料要一定盖床实，不得出现撕裂。以行看板包盖。托盘不得使用实木，以免熏蒸。要求适合长途海运。请严格要求，不合同有不格当包装造成损坏的断裂条款。<br>15.9的板52张做成一个整体包装，中间以垫条分成两层各26张。其他要求与12.7的板相同。包装外面粘贴有夹标签，在每架上标明标签，注明货品，架号、数量、重架和尺寸，包含防潮保护，轻拿轻放。正面额上等通用标识。并且显示有关吊点等。每架板最下面加一张板做为保护，但不计算在供货数量内。 |
| 唛 头 | 12.7的drywall板每张板背面打印至少包括：1/2"x 4'X12' DRYWALL PER ASTM C 1396-04. Made in China 字样，其他内容出下J 决定，经国际业务认可。<br>15.9的type X 按UL 型求做。UL标识<br>封边纸要求有如下内容;<br>普通板（drywall）:BNBM 1/2"x4'x12' DRYWALL<br><br>防火板（type X） BNBM  5/8"X4'X12 TYPE X |
| 原合同(订单)编号 | 50614/41221 |
| 订货单位 | Triorient trading Inc |

Export Product Order

Purchase Order No.: shi (石)2005-0428                                    2006-4-28

| No. | Product | Specification | Quantity | Delivery Date | Note |
|-----|---------|---------------|----------|---------------|------|
| 1 | Regular gypsum board (drywall) | 1/2"×4'×12'(12.7×1220×3660) | 185312 sheets | Around 25 May, please deliver on time | Ex works |
| 2 | Fire resistant gypsum board (drywall) (Type X) | 5/8"×4'×12' (15.9×1220×3660) | 100000.0 sheets | | |
| Technique Requirement | | Boards of 12.7 shall be in compliance with SATM C 1396-04. the weight per unit shall be lighter than (<) 9.2 kg/m². This point must be highlighted as it will effect the final profit and loss. Boards of 15.9 shall be in compliance with the UL Standard.. the weight per unit shall be between 12.5-12.8 kg/m² with UL Certificate. ASTM test report shall be offered by the factory. The wedge-shaped shall be in compliance with the ASTM Standard. | | | |
| Package | | Every 68 sheets of Boards of 12.7 shall be put into one package with filler strip in the middle of 34 sheets. Plastic shells cover the whole package to resist rain and moisture. The plastic shell must be tightly compacted and must not be exposed and be covered by gypsum boards. The trays shall not be made of solid wood to avoid fumigation. The package shall be suitable for long-distance ocean shipping. This contract has enclosed the indemnity clause for improper package. Every 52 sheets of Boards of 15.9 shall be put into one package with filler strip in the middle of 26 sheets. The other package requirements are similar with those for the boards of 12.7. Relative tags shall be stuck on the package outside: a tag on every shelves with name of the product, shelf number, quantity, weight and size, including moisture protection、handle with care, right side up, and the other general marks. The lifting points also need to be pointed out.  A plate shall put under each shelf of boards, but its weight shall not be counted in. | | | |
| Mark | | Normal gypsum boards (drywall) of 12.7 shall be marked: 1/2"×4"×12' DRYWALL PER ASTM C 1396-04. "Made in China" indication, on the back of each. Other marks may be decided by the factory, which shall in compliance with the international practice. Type X of 15.9 shall be in compliance with the UL Standard with UL Mark. Edge sealing paper shall indicate the following context: | | | |

BNBMPLC0007522

| | Normal gypsum boards (drywall): BNBM 1/2"×4'×12' DRYWALL<br>Fire resistant gypsum board (type X): BNBM 5/8"×4'×12' TYPE X. | |
|---|---|---|
| Original Contract (Purchase Order) No.: | 50614/41221 | |
| Purchasing Company | Triorient Trading Inc | |

Contract evaluator: Signature April 28
Issuer: CAI Kai April 28

Tian

Xiaodong Hao

Signature April 30

Signature April 30

BNBMPLC0007523

# BNBM 北新集团建材股份有限公司

国际业务部
电话：010-82988788
传真：010-82912657

## 提货申请单

合同号：　　　　50614
日期：　　　　　2006-5-19

| 品名及规格 | 数量 | 单位 | 备注 | |
|---|---|---|---|---|
| 普通石膏板3660*1220*12.7mm | 178296 | 张 | 每36架开一张提货单（68张/架），共2622架 | 43.945/张 9.84/m² |
| 耐火石膏板3660*1220*15.9mm | 99476 | 张 | 每36架开一张提货单（52张/架），共1913架 | 57.528/张 12.88/m² 陈蒿 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

业务员：陈蒿　　　　　　　　部门主管：

**BNBM Public Limited Company**

International Business Department
Telephone: 010-8298878
Fax: 010-82912657

Request Note for Delivery Order

Contract No.:   50614
Date:             2006-5-19

| Product and Specification | Quantity | Unit | Note | |
|---|---|---|---|---|
| Regular gypsum board 3660*1220*12.7 mm | 178296 | Sheet | 1 delivery order for every 36 packages (68 sheets/package), 2622 packages in total | 43.945/sheet 9.84/m² |
| Fire resistant gypsum board 3660*1220*15.9mm | 99476 | Sheet | 1 delivery order for every 36 packages (52 sheets/packages), 1913 packages in total | 57.528/sheet 12.88/m² CHEN Lei |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(name)
Illegible
CHEN Lei

Salesman: CHEN Lei                    Department Chief Officer: illegible

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007529

**RBRM** | BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

# BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

## Invoice

Invoice No.: E-50614

Invoice Date. 2006/05/22

L/C NO.: NY 903112

Contract No. 50614

Port of Loading: TIANJIN PORT, CHINA

Destination: PORT EVERGLADES, FL, USA

Sold to Messrs: TRIORIENT TRADING INC.

TWO STAMFORD PLAZA,

281 TRESSER BLVD., SUITE 1505,

STAMFORD, CT 06901

| MARKS & Nos. | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| TRIORIENT PORT EVERGLADES, FL P.O. 50614/41221 DESCRIPTION:GYPSUM BOARD GROSS WEIGHT:3010KGS/6622LBS NET WEIGHT:2900KGS/6380LBS SIZE:WIDTH4/LENGTH12/THI CKNESS1/2 IN INCHES MADE IN CHINA ACCORDING TO ASTM C1396-04 | DRYWALL 1/2" REG 4'×12' AS PER PURCHASE CONFIRMATION NO. 50614 | 192,984SHEE TS | USD 5.50/SHE ET FOB L/S/D TIANJIN, CHINA | USD $1,061,412.0 0 |
| TOTAL AMOUNT | USD $1,061,412.00 | | | |
| NAME OF BANK | BANK OF CHINA     HEAD OFFICE | | | |
| ADDRESS OF BANK | 1,FUXINGMENNEI, BEIJING CHINA | | | |
| BENEFICIRY | BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY | | | |
| ADDRESS OF BENEFICIRY | NO.16 WEST ROAD, JIANCAICHENG, HAIDIAN DISTRICT, BEIJING 100096, CHINA | | | |
| ACCOUNT No. | 01719708094014 | | | |

ALL GYPSUM BOARDS SHIPPED WERE LOADED UNDER DECK OF THE VESSEL.

SIGNATURE:

............... DATE ∂r6. 5·2²



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007531

 BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

# MILL CERTIFICATE

**Invoice No.: E-50614**

**Date: 2006-5-22**

**Product: regular gypsum board 4ft × 12ft × 1/2in.**

| No. | Test Item | | Unit | Test value | Standard value |
|---|---|---|---|---|---|
| 1 | Flexural strength | Breaking load(bearding edges across fiber of surfacing) | lbf | 120 | ≮110 |
| | | Breaking load(bearding edges parallel fiber of surfacing) | lbf | 45 | ≮40 |
| 2 | Humidified deflection | | In. | 6/8 | ≯10/8 |
| 3 | Hardness | Core | lbf | 23 | ≮15 |
| | | End | lbf | 20 | ≮15 |
| | | Edge | lbf | 20 | ≮15 |
| 4 | Nail pull resistance | | lbf | 90 | ≮80 |
| 5 | Permissible Variation | Thickness | In. | 0/64 | ±1/64 |
| | | Width | In. | -2/32 | 0~-3/32 |
| | | Length | In. | -1/8 | ±2/8 |
| | | Tapered edge depth | In. | 0.043 | 0.020~0.090 |
| | | End squareness | In. | 0/8 | ±1/8 |
| | | Edges and ends | ____ | straight | straight |
| 6 | Appearance | | ____ | perfect | perfect |
| 7 | Flame Spread Index | | ____ | <25 | ≯25 |

*For and on behalf of*
北新集团建材股份有限公司
**Beijing New Building Materials Public Limited Company**



*Authorized Signature*



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                BNBMPLC0007533

 BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

# BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

## PACKING LIST

Invoice No. E-50614A

Invoice Date. 2006/05/22

Sold to Messrs: TRIORIENT TRADING INC.

TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505, STAMFORD, CT 06901

Port of Loading: TIANJIN PORT, CHINA

Destination: PORT EVERGLADES, FL, USA

| MARKS & Nos. | DESCRIPTION | QUANTITY | PACKAGE | GROSS WEIGHT | NET WEIGHT |
|---|---|---|---|---|---|
| NO | COVERING: GYPSUM BOARD (DRYWALL), 192,984 SHEETS 1/2" REG.×4'×12', TAPERED EDGE ACCORDING TO SPECIFICATION STANDARDS ASTM C1396-04 UNIT PRICE USD 5.50/SHEET FOB L/S/D TIANJIN, CHINA PLYWOOD SHEETING INCLUDED | 192,984 SHEETS | 2838 | 8,053,289.86KG | 7,732,251.61KG |
| | TOTAL | 192,984 SHEETS | 2838 | 8,053,289.86KG | 7,732,251.61KG |

No solid wood in the packing materials.





JG09

主页

中华人民共和国海关**出口**货物报关单

收汇核销联

1

预录入编号：　　　　059766860　　　　　　　　　　海关编号：

| 出口口岸 | | 备案号 | | 出口日期 | 申报日期 |
|---|---|---|---|---|---|
| 经营单位　新港海关 0202 北新集团建材股份有限公司 | | 运输方式　运输工具名称 | | 提运单号 | 2006-05-10 |
| 发货单位0166　北新集团建材股份有限公司 | | 贸易方式　SAGAAD VENTU 征免性质 | | SFCK2000 结汇方式 | |
| 许可证号0166 | 运抵国（地区） | 一般贸易 | 指运港10 | 一般征税　（ 10 境内货源地 | 信用证 |
| 批准文号 | 成交方式　美国 | 运费 （ 502 ） | 保费 | （ 3166 备查 北京其他 （11909） |
| 合同协议号 | 件数　FOB | 包装种类 | 毛重（公斤） | 净重（公斤） |
| 重要商号 | 随附单据 | 1914　其它 | | 8094 生产厂家 | 5542000 |

标记唛码及备注

| 项号　商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国（地区）单价 | 总价 | 币制　征免 |
|---|---|---|---|---|---|
| 1.68091100 （　0　） | 纸面石膏板 | 5542000.000千克 0.000 99525.000片 | 美国 （502） 7.2000 | 716601.60 USD 照章征税 美元 用途：其它 | |

税费征收情况

| 录入员　　录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期（签章） | |
|---|---|---|---|
| 报关员 | 申报单位（签章） | 审单 | 审价 |
| 单位地址 | 天津圣仑兴报关有限公司 | 征税 | |
| 邮编　　电话 | 填制日期 | 查验 | 放行 2006-06-12 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007540

Verification Bill of Receipt of Foreign Exchange

## Export Goods Declaration Form of the Customs of the People's Republic of China

Pre-input Serial Number：059757235     Customs Serial Number：020220060526190182

| Export Port | Xin Gang Customs 0202 | Number of Customs Recordation: | | Export Date: June 5, 2006 | Declaration Date: May 30, 2006 |
|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport: River and Sea | | Means of Transport: | Delivery Bill Number: SFCRXNNP08089111 |
| Consignor | BNBM PLC | Mode of Trade: General Trade | | Nature of Exemption: General Taxation | Terms of Payments: L/C |
| Licence No. | | Destination Country (Area): USA | | Destination Port: New York (3166) | Domestic Cargo Origin: Beijing and other |
| Approval Document No. | 042112957 | Transaction mode: FOB | Freight: | Premium: | Incidental Expenses: |
| Contract No.: | 50614 | Quantity: 2838 Packages | Type of Package: Other | Gross weight（KG） 8053286 | Net weight（KG） 7732251 |
| Container No.: 0 | | Attached documents | | | Manufactures |
| Marked Code And Remarks | | | | | |

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Are a): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 68091100 | Paper-faced Drywall | 7732251.000 (kg) 0.000 192984.000 pieces | USA (502) | 5.5000 | 1061412.00 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |

| Tax Collection Condition | | | | |
|---|---|---|---|---|
| Recording Clerk     Recording Unit | | Hereby confirming that the declaration is correct and bearing the legal responsibility | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
| Customs Declaration Clerk | | | Examination of Documents | Appraisal of Price |
| | | Declaring unit (stamp) : | | |
| Address of the Declaring Unit | | Shenglun Haixing Declaration of Tianjin | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | Examination: | Release |

Issue Officer:  Jian Liu

Issue Date: June 12, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                               BNBMPLC0007541

中华人民共和国海关出口货物报关单

收汇核销联

| 项号 | 商品编号 | 商品名称规格型号 | 数量及单位 | 最终目的国(地区) | 单价 | 总价 | 币制 | 征免 |
|---|---|---|---|---|---|---|---|---|
| | .68091100 | 纸面石膏板 | 7732251 | 美国 (502) | 5.5000 | 1061412.00 USD | 美元 | 照章征税 |
| ( 0 ) | | | 0.000 192984 | | | 用途:其它 | | |

北新集团建材股份有限公司

北新集团建材股份有限公司

天津圣仓海关报关 刘健 2006-06-

17/23

BNBMPLC0007542

Verification Bill of Receipt of Foreign Exchange

**Export Goods Declaration Form of the Customs of the People's Republic of China**

Pre-input Serial Number： 050757235      Customs Serial Number：020220060526100182

| Export Port | Xin Gang Customs 0202 | Number of Customs Recordation: | | Export Date: June 5, 2006 | | Declaration Date: May 30, 2006 |
|---|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport: River and Sea | | Means of Transport: | | Delivery Bill Number: SPCRXNNP08099111 |
| Consignor | BNBM PLC | Mode of Trade:  General Trade | | Nature of Exemption: General Taxation | | Terms of Payments: L/C |
| Licence No. | 11089 10166 | Destination Country( Area): USA | | Destination Port: New York (3166) | | Domestic Cargo Origin: Beijing and other |
| Approval Document No. | 11089 10166 | Transaction mode: FOB | Freight: 502 | Premium: | | Incidental Expenses: |
| Contract No. | 042112957 | Quantity: 2838 | Type of Package: | Gross weight（KG） 8053289 | | Net weight（KG） 7732251 |
| Container No. | | Attached documents | | | | Manufactures |
| Marked Code And Remarks | | | | | | |

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Are a): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 680911000 | Paper-faced Drywall | 7732251.00 192984 | USA | 5.5000 | 1061412.00 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Tax Collection Condition | | | | |
|---|---|---|---|---|
| Recording Clerk      Recording Unit | | Hereby confirming that the declaration is correct and bearing the legal responsibility | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
| Customs Declaration Clerk | | Declaring unit (stamp) ： | Examination of Documents | Appraisal of Price |
| Address of the Declaring Unit | | Shenglun Haixing Declaration of Tianjin | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | Examination: | Release |

Issue Officer: Jian Liu
Issue Date: June 12, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          BNBMPLC0007543

50614

**AGA FOREST CARRIERS**

# BILL OF LADING

PAGE 2

| | |
|---|---|
| BOOKING NO. | BILL OF LADING NO. |
| | SFCRXNNPO8029112 |

**PPR (complete name & address)**

BEIJING NEW BUILDING MATERIALS PUBLIC
LIMITED COMPANY, NO. 16 WEST ROAD,
JIANCAICHENG, HAIDIAN DISTRICT, BEIJING
100096, CHINA

EXPORT REFERENCES

**SIGNEE (complete name & address)**

TO THE ORDER OF RZB FINANCE LLC,
1133 AVENUE OF THE AMERICAS,16TH FLOOR,
NEW YORK, NY 10036 CONTACT NAME:
G. WADSWORTH TEL:212-845-4109

FORWARDING AGENT, F.M.C. NO.

POINT & COUNTRY OF ORIGIN OF GOODS

**FY PARTY (complete name & address) No responsibility whatsoever will attach to the Carrier or its by reason of any omission or failure to advise the notify party(s).**

TRIORIENT TRADING, INC., TWO STAMFORD PLAZA,
281 TRESSER BLVD., SUITE 1505,STAMFORD,
CT 06901

ALSO NOTIFY - ROUTING & INSTRUCTIONS

| SEL | VOY NO. | PORT OF LOADING | PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|---|---|---|
| SAGA ADVENTURE V.02AO | | TIANJIN PORT, CHINA | PLACE OF DELIVERY BY ON-CARRIER | TYPE OF MOVE |

**CARRIAGE PORT** | **PORT OF DISCHARGE**

PORT EVERGLADES FL USA

### PARTICULARS FURNISHED BY SHIPPER

| | | | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|

| MARKS & NOS CONTAINER NO. | NO. OF PKGS | DESCRIPTION OF PACKAGED GOODS | | |
|---|---|---|---|---|
| TRIORIENT PORT EVERGLADES, FL P.O. 50614/4122 DESCRIPTION: GYPSUM BOARD GROSS WEIGHT:3250KGS/7150LBS NET WEIGHT:3100KGS/6600LBS SIZE: WIDTH 4/LENGTH 12/ THICKNESS 5/8 IN INCHES MADE IN CHINA, ASTM C1396 TYPE X STANDARDS.COMPLIES WITH UL FIRE DESIGN MANUAL | 1914PACKAGES | DRYWALL 5/8" TYPE X FIRE CODE 4' × 12'AS PER PURCHASE CONFIRMATION NO.50614 | 6094577.17KGS 9117.82CBM | |
| | | FREIGHT PREPAID | | |
| | | TOTAL:ONE THOUSAND NINE HUNDRED AND FOURTEEN PIECES ONLY. | | |

if Merchant enters actual value of goods and pays the applicable "ad Valorem" tariff rate, Carrier's package limitations shall not apply. See Clause 12 on page 1

Grand Value $ _____

... always afloat to be delivered in the like good order and condition at the aforesaid Port unto Consignees or their Assigns, they paying freight as indicated below, plus other charges incurred in accordance with ... provisions contained in this Bill of Lading. In accepting this Bill of Lading, the Merchant expressly accepts and agrees to all its stipulations on both pages, whether written, printed, stamped or otherwise incorporated ...

**PED on board** apparent good order and condition, weight, measure, marks, numbers, quality, contents and value unknown, for carriage to the Port of Discharge or so near thereunto as the Vessel may safely get, ... (as if they were) all signed by the Merchant. One original Bill of Lading must be surrendered in exchange for the Goods or delivery order.

**FTLA CLAUSE:** if the Goods as described by the Merchant are iron, steel, metal or timber products, the phrase "apparent good order and condition" set out in the preceding paragraph does not mean: a) Goods were ... steel or metal products, free of visible rust or moisture; or in the case of timber products, free from warpage, breakage, chipping, moisture, sap or broken ends, stains, decay or discoloration ... in the case of iron, steel or metal products, free of visible rust or moisture; or in the case of timber products, free from warpage, breakage, chipping, moisture, sap or broken ends, stains, decay or discoloration ... makes the Carrier warrant the accuracy of any piece count provided by the Merchant or the adequacy of any banding or securing. If the Merchant so requests, a substitute Bill of Lading will be issued omitting this ... motion and setting forth both any notations which may appear on the mate's or tally clerk's receipts.

| FREIGHT & CHARGES | BASIS W/M | RATE | PRE-PAID | COLLECT | FREIGHT PAYABLE AT |
|---|---|---|---|---|---|
| | | | | | DEMURRAGE (DAY rate as per) |
| | | TOTAL | | | |

WITNESS whereof the number of original Bills of Lading stated below, all of this tenor and date, one of which being accomplished, the others to stand void.

SIGNED FOR THE CARRIER

PLACE & DATE OF ISSUE

TIANJIN

**05 JUN 2006**

NUMBER OF ORIGINAL B/L

THREE(3) WHEN USED AS THROUGH BILL OF LADING

AS AGENT FOR AND ON
BEHALF THE CARRIER:
SAGA FOREST CARRIERS

EV. MAR.20?

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

JG09

收汇核销联

主页

# 中华人民共和国海关出口货物报关单

1

预录入编号：060034922

海关编号：02032006952649450 3

| 出口口岸 新港海关 0202 | 备案号 | 出口日期 2006-08-18 | 申报日期 2006-08-18 |
|---|---|---|---|
| 经营单位 北新集团建材股份有限公司 | 运输方式 | 提运单号 BUGACOR06 | |
| 北新集团建材股份有限公司 | 一般贸易 | 一般征税 (101) | 境内货源地 信用证 |
| 批准文号 | 成交方式 FOB | 运费 (501) | 保费 (3415) 杂费 北京其他 (11909) |
| 合同协议号 | 件数 2930 | 毛重(公斤) | 净重(公斤) |
| 许可证号 | 随附单据 | | 952250 生产厂家 8790000 |

标记唛码及备注

| 项号 | 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国(地区) | 单价 | 总价 | 币制 | 征免 |
|---|---|---|---|---|---|---|---|---|
| 1 (0) | 68091100 | 纸面石膏板 | 8790000.000 0.000 152360.000 | 美国 (502) | 6.8425 | 1042523.30 | USD 美元 | 照章征税 |

用途：其它

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期(签章) |
|---|---|---|---|
| | | | 审单 审价 |
| 报关员 | | 申报单位(签章) | 征税 |
| 单位地址 | | 天津圣仑海兴报关有限公司 | 查验 放行 |
| 邮编 电话 | | 填制日期 | 签发关员 汉月兰 签发日期 2006-03-22 |

2/24

BNBMPLC0007553

Verification Bill of Receipt of Foreign Exchange

## Export Goods Declaration Form of the Customs of the People's Republic of China

Pre-input Serial Number： 060934822     Customs Serial Number: 020220060526424503

| Export Port | Xin Gang Customs  0202 | Number of Customs Recordation: | | Export Date: June 15, 2006 | Declaration Date: June 10, 2006 |
|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport: River and Sea | | Means of Transport: | Delivery Bill Number: BUGACOR0614693 |
| Consignor | BNBM PLC | Mode of Trade:   General Trade | | Nature of Exemption: General Taxation | Terms of Payments: L/C |
| Licence No. | 11089 10166 | Destination Country( Area): USA | | Destination Port: Tampa (3415) | Domestic Cargo Origin: Beijing and other |
| Approval Document No. | 11089 10166 | Transaction mode: FOB | Freight: 502 | Premium: | Incidental Expenses: |
| Contract No. | 0429 2963 | Quantity: 2930 | Type of Package: | Gross weight（KG） 9522500 | Net weight（KG） 8790000 |
| Container No. | GB60505 | Attached documents | | | Manufactures |
| Marked Code And Remarks | | | | | |

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Area): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 680911000 | Paper-faced Drywall | 8790000.00 152360 | USA | 6.8425 | 1042523.30 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |

| Tax Collection Condition | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Recording Clerk | Recording Unit | Hereby confirming that the declaration is correct and bearing the legal responsibility | | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
|---|---|---|---|---|---|
| Customs Declaration Clerk | | Declaring unit (stamp) : | | Examination of Documents | Appraisal of Price |
| Address of the Declaring Unit | | Shenglun Haixing Declaration of Tianjin | | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | | Examination: | Release |

Issue Officer:  Yuelan Zhao
Issue Date: June 22, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007554

收汇核销联

上页

中华人民共和国海关进出口货物报关单

1

预录入编号: 060934823

编号: 020220060520424504

| 出口口岸 新港海关 0202 | 备案号 | 出口日期 2006 | 申报日期 2006-06-1 |
|---|---|---|---|

经营单位 北新集团建材股份有限公司

运输方式 运输工具名称 BUGACORO811

发货单位 北新集团建材股份有限公司 贸易方式

运抵国(地区) 一般贸易 征免性质 散征税 境内货源地 信用证

批准文号 成交方式 美国 运费 (415) 理赔费 (3415) 杂费 北京其他 (11909)

合同协议号 件数 FOB 包装种类 毛重(公斤) 净重(公斤)

集装箱号 随附单据 1470 核定 443940 国产厂家 4265900

标记唛码及备注

| 项号 | 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国(地区) | 单价 | 总价 | 币制 | 征免 |
|---|---|---|---|---|---|---|---|---|
| 1. ( 0 ) | 8091100 | 纸面石膏板 | 4265900.000 平 0.000 100000.0 | 美国 (502) | 5.3337 | 533375.00 | USD 美元 | 照章征税 |

用途:其它

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期(签章) |
|---|---|---|---|
| 报关员 | | | 审单 审价 |
| 单位地址 | | 申报单位(签章) | 征税 统计 |
| 邮编 | 电话 | 天津圣仑海兴报关有限公司 填制日期 | 查验 放行 |

填制日期 2006-06-27

7/24

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007555

Verification Bill of Receipt of Foreign Exchange

**Export Goods Declaration Form of the Customs of the People's Republic of China**

Pre-input Serial Number： 060934823     Customs Serial Number: 020220060526424504

| Export Port | Xin Gang Customs  0202 | Number of Customs Recordation: | | Export Date: June 15, 2006 | | Declaration Date: June 10, 2006 |
|---|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport: River and Sea | | Means of Transport: | | Delivery Bill Number: BUGACOR0614 |
| Consignor | BNBM PLC | Mode of Trade:   General Trade | | Nature of Exemption: General Taxation | | Terms of Payments: L/C |
| Licence No. | 11089 10166 | Destination Country( Area): USA | | Destination Port: Tampa (3415) | | Domestic          Cargo Origin: Beijing and other |
| Approval Document No. | 11089 10166 | Transaction mode: FOB | Freight: (502) | Premium: | | Incidental Expenses: |
| Contract No. | 0429 12964 | Quantity: 1470 | Type of Package: | Gross weight（KG） 4439400 | | Net weight（KG） 4265900 |
| Container No. | 060505 | Attached documents | | | | Manufactures |

| Marked Code And Remarks | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Area): | Price per Unit: | Total Price: | Currency: | Exemption |
| 1 | 680911000 | Paper-faced Drywall Board | 4265900.00 kg 10000.00 pieces | USA | 5.3337 | 533375.00 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Tax Collection Condition | | | | |
|---|---|---|---|---|
| Recording Clerk        Recording Unit | Hereby confirming that the declaration is correct and bearing the legal responsibility | | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
| Customs Declaration Clerk | | | Examination of Documents | Appraisal of Price |
| | Declaring unit (stamp) : | | | |
| Address of the Declaring Unit | Shenglun Haixing Declaration of Tianjin | | Taxation | Statistic |
| Zip  Code | Phone Number | Filling Date | Examination: | Release |

Issue Officer:  Yuelan Zhao
Issue Date: June 22, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007556

收汇核销联

主页

# 中华人民共和国海关出口货物报关单

预录入编号：061285011　　　　　　海关编号：020220060526424433

| 出口口岸 | | 备案号 | | 出口日期 | 申报日期 |
|---|---|---|---|---|---|
| 新港海关　0202 | | | | 2006-06-15 | 2006-06-14 |
| 经营单位 北新集团建材股份有限公司 | | 运输方式 | 运输工具名称 | 提运单号 | |
| | | 海洋运输 | BUGACOR0614605 | BUGACOR0614605 | 结汇方式 |
| 发货单位 北新集团建材股份有限公司 | | | | | |
| 许可证号 | | 运抵国（地区） | | 指运港 | 境内货源地 信用证 |
| | | 美国 | | | 天津京其他（J1909） |
| 批准文号 | | 成交方式　502 | | 运费　502 | |
| | | FOB | | 保费（3415） | |
| 合同协议号 | | 件数 | 包装种类 | 毛重（公斤） | 净重（公斤） |
| | | 56 | | 182000 | 168000 |
| | | 随附单据 | | | 生产厂家 |

标记唛码及备注

| 项号 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国（地区） | 单价 | 总价 | 币制 征免 |
|---|---|---|---|---|---|---|
| 1.68091100 | 纸面石膏板 | 168000.000 | 美国 | 6.8425 | 19925.36 | USD 照章征税 |
| （ ） | | 0.000 | （C2） | | | 美元 |
| | | 4912.00 | | | 用途：其它 | |

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期（签章） | |
|---|---|---|---|---|
| | | | 审单 | 审价 |
| 报关员 | | | | |
| | | 申报单位（签章） | 征税 | 统计 |
| 单位地址 | | 天津圣仑海兴报关有限公司 | | |
| 邮编　　电话 | | 填制日期 | 查验 | 放行 |
| | | | 受发关员：赵月兰 | |
| | | | 受理日期：2006-06-22 | |

2⅛/24

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007557

Verification Bill of Receipt of Foreign Exchange

## Export Goods Declaration Form of the Customs of the People's Republic of China

Pre-input Serial Number：061285395      Customs Serial Number：020220060526424434

| Export Port | Xin Gang Customs  0202 | Number of Customs Recordation: | | Export Date: June 15, 2006 | Declaration Date: June 14, 2006 |
|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport: River and Sea | | Means of Transport: | Delivery Bill Number: BUGACOR0514606 |
| Consignor | BNBM PLC | Mode of Trade: General Trade | | Nature of Exemption: General Taxation | Terms of Payments: L/C |
| Licence No. | | Destination Country (Area): USA | | Destination Port: Tampa (3415) | Domestic Cargo Origin: Beijing and other |
| Approval Document No. | 04292 2007 | Transaction mode: FOB | Freight: | Premium: | Incidental Expenses: |
| Contract No.:  GB040505-2 | | Quantity:    32 Packages | Type of Package: Other | Gross weight（KG） 96320 | Net weight（KG） 92800 |
| Container No.: 0 | | Attached documents | | | Manufactures |
| Marked Code And Remarks | | | | | |

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Are a): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 68091100 | Paper-faced Drywall | 92800.000 (kg) 0.000 2176.000 pieces | USA (502) | 5.3400 | 11619.84 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |

| Tax Collection Condition | | | | |
|---|---|---|---|---|
| Recording Clerk       Recording Unit | | Hereby confirming that the declaration is correct and bearing the legal responsibility | Column      for      Customs' Checking and Annotating and Dating Release (stamp) | |
| Customs Declaration Clerk | | | Examination of Documents | Appraisal of Price |
| | | Declaring unit (stamp) : | | |
| Address of the Declaring Unit | | Shenglun Haixing Declaration of Tianjin | Taxation | Statistic |
| Zip  Code | Phone Number | Filling Date | Examination: | Release |

Issue Officer:  Yuelan Zhao
Issue Date: June 22, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007558

CODE NAME: "CONGENBILL". EDITION 1994

**BILL OF LADING**

TO BE USED WITH CHARTER-PARTIES

B/L No.

BUGACOR0614603
Reference No.

Shipper

BEIJING NEW BUILDING MATERIALS PLC
NO.16 WEST ROAD JIANCAICHENG
XISANGI, HAIDIAN DISTRICT BEIJING 100096

Consignee

DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVENUE
NEWBERRY, FL 32669 USA

Notify address

DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVENUE
NEWBERRY, FL 32669 USA

| Vessel | Port of loading |
|---|---|
| CORNELIA | XIN GANG SEAPORT, TIANJIN, CHINA |

Port of discharge

TO TAMPA, FLORIDA USA

ORIGINAL

Shipper's description of goods

Gross weight

| M | 2930 PACKAGES | 5-8 INCH TYPE X GYPEUM BOARD | 9522500KGS | 13957.8CBM |
|---|---|---|---|---|

FREIGHT COLLECT

(of which                on deck at Shipper's risk;the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading _____ days _____ hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, quantity, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

**15 JUN 2006**

| Freight payable at | Place and date of issue TIANJIN |
|---|---|
| Number of original Bs/L | Tianjin Portrans International Signed Shipping Agency Co., Ltd. |
| THREE | AS AGENT FOR AND ON BEHALF OF THE MASTER MIROSLAV (5) |

C.15  Printed and sold by
W therby & Company  Limited,32  Aldersbury Street
London EC1R 0BT
T l No. 0171 251 5 45    FAX   0171 251 1296
I y authority of The Baltic and International Maritime Council

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

CODE NAT E CONGENBIL   EDITION 1994

Shipper

BILL OF LADING

Bit No

BEIJING NEW BUILDING MATERIALS PLC

TO BE USED WITH CHARTER-PARTIES        BUGACOR9614604

NO.16 WEST ROAD JIANCAICHENG

Reference No

X SANGLHAIDIAN DISTRICT BEIJING 100096

Consignee:

DAVIS CONSTRUCTION SUPPLY, LLC

20725 SW 46TH AVENUE

NEWBERRY, FL 32669 USA

Notify address

DAVIS CONSTRUCTION SUPPLY, LLC

20725 SW 46TH AVENUE

NEWBERRY, FL 32669 USA

Vessel        CORNELIA        Port of loading   XINGANG SEAPORT,TIANJIN,CHINA

ORIGINAL

Port of discharge
TO TAMPA,FLORIDA USA

Shipper's Description of goods

Gross Weight

N/M        1470PACKAGES        1/2 INCH GYPEUM BOARD

4439400KGS        7206.7CBM

FREIGHT COLLECT

on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY dated

SHIPPED at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the Port
of Discharge or so near thereto as she may safely get the goods
specified above. Average.

FREIGHT ADVANCE.
Received on account of freight

Weight, measure, quality, quantity, condition, contents and value
unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

Time used for loading        days        hours

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF   1 5 JUN 2008

Freight payable at

Number of original Bs/L

THREE

Place and date of issue        TIANJIN
Tianjin Portrans International
Signature Shipping Agency Co., Ltd.
AS AGENT FOR AND ON BEHALF OF
THE MASTER NAME... SLAV
(5)

上页　　　　中华人民共和国海关 出 口 货物报关单

1

| 预录入编号: 064437839 | | 备案号 | | 029420060526424363 | 申报日期 |
| --- | --- | --- | --- | --- | --- |
| 出口口岸 新港海关 0202 | | 运输方式 | 运抵国名称 | 2006-07-28 | 2006-07-14 |
| 经营单位 北新集团建材股份有限公司 110910166 | | 贸运海运制 | 成交性质 | CXMNYAC06045D01 | |
| 发货单位 110910166 北新集团建材股份有限公司 | | 运抵国(地区) 一般贸易 | 征免性质 | 一般征税 ( 101 境内货源地 | 电汇 |
| 批准文号 | | 成交方式 美国 运费 ( 50( ) | 申报货 | (3415 ) 汞费 北京其他 (11909) | |
| 合同协议号 0424 36345 | | 件数 ROB 包装种类 | 毛重(公斤) | | 净重(公斤) |
| 集装箱 0684 | | 随附单据 2302 | 证下 | 7481500 产厂家 | 6906000 |

标记麦码及备注

| 项号 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国(地区) 单价 | 总价 | 币制 征免 |
| --- | --- | --- | --- | --- | --- |
| 1 68091100 ( 0 ) | 石膏板 | 6908000.00 千 1 0.00 6906000.0 千克 | 美国 0.1186 (502 ) | 819254.00 USD 照章征税 美元 用途:其它 ) |  |

项号 征收情况

法吾

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期(签章) 33 |
| --- | --- | --- | --- |
| 报关员 | | | 审单 审价 |
| 单位地址 | | 申报单位(签章) | 征税 统计 |
| 邮编 | 电话 | 天津圣仑海关 有限公司 填制日期 | 查验 |

签发关员: 张德新
签发日期: 2006-09  5/14

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　BNBMPLC0007570

Verification Bill of Receipt of Foreign Exchange

**Export Goods Declaration Form of the Customs of the People's Republic of China**

Pre-input Serial Number：064407839      Customs Serial Number：020220060526424363

| Export Port | Xin Gang Customs 0202 | Number of Customs Recordation: | | Export Date: July 28, 2006 | | Declaration Date: July 14, 2006 |
|---|---|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport: River and Sea | | Means of Transport: | | Delivery Bill Number: CXMNYAC06045001 |
| Consignor | BNBM PLC | Mode of Trade:   General Trade | | Nature of Exemption: General Taxation | | Terms of Payments: L/C |
| Licence No. | 11089 10166 | Destination Country( Area): USA | | Destination Port: Tampa (3415) | | Domestic      Cargo Origin: Beijing and other |
| Approval Document No. | 11089 10166 | Transaction mode: FOB | Freight: 502 | Premium: | | Incidental Expenses: |
| Contract No. | 0429 36325 | Quantity: 2302 | Type of Package: | Gross weight（KG） 7481500 | | Net weight（KG） 6906000 |
| Container No. | 200654 | Attached documents | | | | Manufactures |
| Marked Code And Remarks | | | | | | |

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Area): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 680911000 | Gypsum Board | 6906000.00kg | USA | 0.1186 | 819254.00 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Tax Collection Condition | | | | |
|---|---|---|---|---|
| Recording Clerk      Recording Unit | | Hereby confirming that the declaration is correct and bearing the legal responsibility | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
| Customs Declaration Clerk | | Declaring unit (stamp) : | Examination of Documents | Appraisal of Price |
| Address of the Declaring Unit | | Shenglun Haixing Declaration of Tianjin | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | Examination: | Release |

Issue Officer:  *** Zhang
Issue Date: September 8, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007571

24/02 2008 15:11 Fra:STAR SHIPPING AS
24/02 2008 16 52 FAX 63309366      STAR SHIPPING          → STAR BERGEN      ☐ 001
24/02 '08 FRI 16:37 FAX 82812867                                            ☐ 101

CFO



## STAR SHIPPING A/S

# BOOKING NOTE

1. Place and date:              Bergen, Feb 21 th, 2006

2. Carrier:                     Star Shipping A/S, Bergen, Norway

3. Charterers:                  Beijing New Building Materials Public Limited
                                Company
                                No.16 West Road Jiancaicheng Xisanqi
                                Haidian District, Beijing 100096 China

4. Vessel's name:               M/V Star Derby or sub

5. Laycan:                      8 – 15 / March, 2006
                                Cargo must be ready from first day of laycan

6. Loading port or place:       1sb Xingang, Carriers nominated berth

7. Discharging port or place:   1sb Los Angeles or Long Beech at Carriers
                                Option. Carriers nominated berth.

8. Part Cargo:                  540 units of plaster board in crates 5% moloo
                                Outer dimension of each crate:
                                3.58 m (L) x 1.25 m (W) x 0.99 m (Height
                                including the skids underneath) / 2.946 mt

                                Cargo to be securely placed and fastened onto
                                minimum 8 skids underneath, and with strong
                                edge protectors secured on all the eight lifting
                                edges, each edge to the full length covering the
                                space between the skids.  All plywood sheets
                                used on the bottom layer as well as under the
                                skids to be of minimum 14 mm thickness.

                                Charterers/Shippers confirm that all packages are
                                sufficiently strengthened for lifting and for being
                                stowed 12 tiers, failure of which owners take no
                                responsibility for cargo damage caused , and that
                                the original B/L will be claused accordingly.

9. Freight rate:                USD 84.25 /MT Free in / Liner out till first place of
                                rest including THC / Wharfage.
                                Lashing / Securing / Dunnaging to be done by
                                Carrier.



STAR SHIPPING AS
Bergen - Norway

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    BNBMPLC0007573

10. Full freight to be paid within 5 banking days after completion of loading but prior to issue/sign/release of original b/l into owners nominated bank account. Freight deemed earned upon cargo being loaded non-returnable ship and/or cargo lost or not lost.

11. Arbitration in Hongkong by a mutually agreed arbitration body and English law to apply.

12. No cargo to be delivered directly into or loaded directly from barge, railcar or truck unless specifically agreed to by carrier.

13. Any/all dues or taxes on cargo to be for account of cargo. Same on freight and vessel to be for owners account.

14. Detention USD 20000 per day or pro rata if cargo and/or documents/formalities not ready upon vessels arrival both ends. Detention will also apply if vessel during loading has to wait for cargo. Detention at load port, if any, to be settled together with the ocean freight.

15. In accepting this booking note, the Shipper and/or Charterer accepts and agrees to be bound by all stipulations of the carrier's regular form of bill of lading as fully as if they were all signed by the shipper. The bill of lading form is obtainable from the carrier's office or agents.

16. Owners agents at load and discharge port.

17. Hay Clause: The use of straw or hay as packing/dunnage material from suppliers' side is identified as a significant problem due to health hazards determined by North American authorities. Cargo not to contain any of this material, whatsoever. In the event any straw or hay found at load port, cargo will not be loaded. Any extra costs and lost revenue incurred as a result, which could include deadfreight, sorting costs and lost vessel time will be for the shippers account. If any straw or hay is found in cargo arriving at discharge port, any consequence of this will be for shipper's account.

18. Charterers to guarantee that no wood is contained in the cargo or packing.

19. For L/C purpose, Carriers to issue a letter certifying that all the THC / WHAFAGES at the discharge port has been prepaid.

Beijing New Building Materials Public Limited Company      Star Shipping AS

Stamp and authorized signature                             Stamp and authorized signature

北京新型建材股份有限公司
BEIJING NEW BUILDING MATERIAL ... ...COMPANY

Charterer  加2 - 06                                        Carrier

                                                           STAR SHIPPING AS
                                                           Bergen   Norway

JG09

收汇核销联

主页

# 中华人民共和国海关出口货物报关单

| I | 预录入编号： | | | 海关编号： | | | | |
|---|---|---|---|---|---|---|---|---|
| 出口口岸 | | | 备案号 | | 出口日期 | | 申报日期 | |
| 经营单位 | 北新集团建材股份有限公司 | 0202 | 运输方式 | 运输工具名称 | | 提运单号 | | |
| 收货单位 | 北新集团建材股份有限公司 | | 贸易方式 | | 征免性质 | | 结汇方式 | |
| 许可证号 | | 运抵国（地区） | | 指运港 | | | 境内货源地 | |
| 批准文号 | | 成交方式 | 运费 | | 保费 | | 杂费 | |
| 合同协议号 | | 件数 | 包装种类 | | 毛重（公斤） | | 净重（公斤） | |
| 集装箱号 | | 随附单据 | | 其它 | | | 生产厂家 | |

标记唛码及备注

集货

| 项号 | 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国（地区） | 单价 | 总价 | 币制 征免 |
|---|---|---|---|---|---|---|---|
| 1.68091100 ( 0 ) | | 石膏板 | 2368000.000千克 0.000 269552.760平方米 | 美国 (502) | 1.9135 | 502396.62 USD 照章征税 美元 用途：其它 | |

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期（签章） | |
|---|---|---|---|---|
| 报关员 | | | 审单 | 审价 |
| 单位地址 | | 申报单位（签章） | 征税 | 统计 |
| 邮编 | | 天津市天船报关行有限责任公司 填制日期 | 查验 | 放行 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007575

Verification Bill of Receipt of Foreign Exchange

**Export Goods Declaration Form of the Customs of the People's Republic of China**

Pre-input Serial Number：051737340     Customs Serial Number: 02022006058600885

| Export Port | Xin Gang Customs  0202 | Number of Customs Recordation: | Export Date: Mar. 17, 2006 | Declaration Date: Mar. 08, 2006 |
|---|---|---|---|---|
| Operating Entity | BNBM PLC | Modes of Transport: River and Sea | Means of Transport: | Delivery Bill Number: SKSMXGTP00001000 |
| Consignor | BNBM PLC | Mode of Trade: General Trade (101) | Nature of Exemption: General Taxation | Terms of Payments: L/C |
| Licence No. | | Destination Country (Area): USA | Destination Port: Los Angeles  (3154) | Domestic  Cargo Origin: Beijing and other |
| Approval Document No. | | Transaction mode: CIF | Freight: (502) | Premium: USD 123732 | Incidental Expenses: |
| Contract No. | | Quantity: 3838 Packages | Type of Package: | Gross weight（KG）12473500 | Net weight（KG）2268000 |
| Container No.: 26024 | | Attached documents | | | Manufactures |

Marked Code
And Remarks: bulk cargo

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country (Area): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 68091100 | Gypsum Board | 2268000.000 (kg) 0.000 262553.760 pieces | USA  (502) | 1.9135 | 502396.62 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Tax Collection Condition

| Recording Clerk        Recording Unit | Hereby confirming that the declaration is correct and bearing the legal responsibility | | Column    for    Customs' Checking and Annotating and Dating Release (stamp) | |
|---|---|---|---|---|
| Customs Declaration Clerk | | | Examination of Documents | Appraisal of Price |
| | Declaring unit (stamp) : | | | |
| Address of the Declaring Unit | Tianjin  Tianchuan  Declaration Co. Ltd. | | Taxation | Statistic |
| Zip  Code | Phone Number | Filling Date | Examination: | Release |

Issue Officer:  Lixin, Zhang
Issue Date: March 21, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007576

15

运输协议

甲方：北新集团建材股份有限公司

地址：北京市海淀区三里河路甲 11 号

法定代表人：曹江林

乙方：北京中远国际航空货运代理有限公司

地址：北京市顺义区北京空港物流园区

法定代表人：胡洪先

　　甲乙双方本着平等互利原则，经友好协商，就甲方委托乙方货物运输等有关事宜，达成如下协议，以资信守。

　　一、运输标的：

　　本协议运输标的为纸面石膏板。具体内容为：规格 15.9x1220x3660 型。

　　以上产品经包装有关数据如下：

　　15.9x1220x3660 型包装尺寸：3700x1250x1030mm，52 张/架，重量约 3200kg/架，共 3846 架。

　　二、运输项目及路线：

　　甲方委托乙方从甲方工厂所在地：北京西三旗 运至美,门港. 包括陆运、海运。

　　三、工作内容：

　　1、乙方应按甲方要求订船期在 2006 年 月 日 日 里此船期准时有效不得有误. 有关船舶 货 物 有关

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007580

货物的运输装卸。

2、甲方保证在此之前将货物备齐。提供有关单据给乙方，以完成运输报关、保险等事项。

3、按约定船期乙方负责将货物安全、准时运至塘沽港，负责港上的装卸及货物的保管、储存、堆放，在港期间应合理存放，苫盖，防止货物的雨淋、水浸，外力的碰撞造成的损坏。

四、货物包装标准及乙方责任：

乙方负责将货物安全准时装上船。并负责理舱及船上货物的捆扎和加固，安全运抵 Tampa 港。具体内容包括但不限于：

1、关于码放：要求船上最高码放 12 层，但鉴于此货物的存放要求，乙方应合理考虑中间加一至两层垫木分隔，最低原则是有利于货物的码放安全，防止海运过程中的倾倒、颠覆损失。在装货前提供有关货物在舱中的码放图供甲方审核。

2、在整个运输过程中，乙方应确保货物安全、准时运输。并以诚实信用为原则，向甲方提供适合本协议履行的车辆船舶和人员，自行承担乙方车辆、船舶的损耗，并对乙方人员在协议履行过程中提供人身保险。所有由不合理装卸，码放、堆叠、运输造成的损坏，除去由保险公司确认承担的损失外，全部由乙方按价赔偿。为此由乙方代为安排为此批货物投保不计免赔额之一切险。费率为千分之三。

3、提单：要求信用 ...............

...............

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
BNBMPLC0007581

4、乙方应在船开前提供目的港停靠计划。要求船开后45日内到达，除战争、海啸等不可抗力外，乙方应赔偿其未按照约定停靠目的港给甲方造成的一切损失。

五、运输费用：

15.9的板，人民币 1.1 元/m²

海运费用为：USD62.0/M3；

内陆费用包括：内陆运输费、订船、订舱、报关、装卸、THC 等。

海运费用包括：海运费及理舱、平舱等及与船舶有关的美元费用、港杂等装船费用。

对于运输过程中发生的其他不可预测之额外费用，乙方应得到甲方的书面确认，否则由乙方自行承担。

六、支付方式：

甲方承诺内陆费用在陆运完毕后 5 日内支付。在装船完毕后五个工作日内付清全部运输费用（包括美元费用）。乙方应在收到款项后立即签发提单。

七、提供单据：

乙方应提供合法有效之票据给甲方以便甲方付款。海运提单应按有关甲方信用证的要求出具。

八、法律适用：

履行本协议均适用中华人民共和国法律法规。

议这种中发生的争执，甲乙双方应充分协商，得商不成，双方均

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007582

定将争议由中国国际贸易仲裁委员会仲裁。该仲裁委员会的仲裁
为终局裁决，对双方均有约束力。仲裁费用（不包括各自聘请律
师费）由败诉方负担或由仲裁机构裁决。

　　九、协议生效：

　　本协议经双方当事人签字盖章后生效。

　　十、其他：

　　本协议未尽事宜，经双方充分协商，以补充协议方式确立，
所签订的补充协议有同等法律效力。

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                              BNBMPLC0007583

签字页（本页无正文）

甲方：北新集团建材股份有限公司

授权代表：

乙方：北京中远国际航空货运代理有限公司

授权代表：

签订日期：○⃝年 １ 月 １○日

Page 8 of 8

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007584

## Carriage Agreement

Party A：Beijing New Building Materials Public Limited Company
Address: No. 11 Sanlihe Road , Haidian District , Beijing , P. R. China
Legal representative: Cao Jianglin

Party B: COSCO International Air Freight Beijing Co., Ltd.
Address: Beijing Airport Logistical Park，Shun Yi District，Beijing，China
Legal representative: Hu Hongxian

This agreement is entered into by and between Party A and Party B through friendly consultations and under the principle of mutual benefit. Party A entrusts Party B with the carriage of goods and other relevant matters. Party A and Party B hereby agree as follows:

I. Carriage Subjects:
The carriage subjects under this agreement are paper faced gypsum boards. The specific information is as followings: specifications, Mode 15.9*1220*3660
The package information of the above mentioned products:
Packaging size of Mode 15.9*1220*3660: 3700*1250*1030 mm，52 boards per shelf, 3200kg per shelf, 3846 shelves in total.

II. Carriage Project and Routes:
Party A entrusts Party B with the carriage of goods from Party A's factory location, Xisanqi of Beijing, to a port of the US Gulf, through land and marine carriage.

III Job Description:

1. Party B should … timely and effectively according to the Party A's required sailing date of …, 2006….The ship type…the cargo's transportation, loading and unloading... (The Chinese copy is illegible here.)

2. Party A guarantees that all the goods are well prepared before the sailing date, and the relevant documents shall be provided to Party B for it to finish the process of customs declaration, insurance, etc.

3. Party B shall deliver the goods to Tanggu port safely and timely according to the sailing date, and take responsibility for the loading and unloading of the cargo, as well as custody, storage and stacking of the goods. The goods should be reasonably stored and covered to prevent the damage caused by rain, dipping and collisions.

IV Packaging Standards and Liability of Party B:
Party B is responsible for loading the ship with goods on time and safely. Party B shall be also responsible for stowage and colligation of the goods for additional security to make sure the goods arrive at Tampa port safely. The specific requirements include but are not limited to:

1

                                    BNBMPLC0007585

1. Stacking: the maximum number of layers of the goods is 12, and Party B shall reasonably consider adding one or two layers of wooden blocks to separate the layers according to the stacking requirements. The principle is at least to guarantee the safety of the goods, and to prevent the damage that may be caused by toppling and falling during marine carriage. The drawings of the stacking pattern of the goods should be provided to Party A for examination before loading the cargo.

2. Party B shall guarantee the safety and timely delivery of the goods throughout the carriage process. Party B shall provide Party A with vehicle, vessel and personnel to support the performing of the agreement with good faith. Party B shall bear the cost on its own for the engagement of vehicle and vessel and provide life insurance for its personnel during performing duty under the carriage agreement. All the loss caused by unreasonable loading and unloading, stacking and transportation shall be covered by Party B based on goods price, except for the part that will be confirmed by the insurance company. Party B shall arrange all insurance irrespective of percentage for the goods, and the rate is 3 ‰.

3. Bill of lading: (The Chinese copy is illegible here.)

4. Party B should provide Party A the docking plan at the destination port before sailing. The carrying vessel should arrive within 45 days since sailing. Party B should compensate Party A for any damage caused by the delay of arriving, expect for the delay caused by force majeure, such as war or tunami.

V: Carriage Fee

Model 15.9 board, RMB 1.1yuan/m$^2$;

Ocean Carriage Fee: USD 62.0/M3;

Inland fee including: inland carriage, ship chartering, space booking, clearance of goods, loading and unloading, THC and etc.

Ocean Carriage Fee including: ocean freight, trimming and stowing fees, US dollar fees related to the vessel, port incidental expenses and other loading fees.

Party B needs to get written confirmation from Party A for any unexpected extra costs that may incur during the transport. Otherwise, Party B bears the costs on its own.

VI: Method of Payment

Upon the finish of inland carriage, Party A will pay for inland haulage within 5 days. And Party A will pay all the carriage fee (including US dollar fees) within 5 working days after the finish of loading the cargo. Party B shall issue the bill of lading immediately upon receiving the payment.

2

BNBMPLC0007586

VII: Render of Documents

Party B should provide Party A legitimate and valid notes for the convenience of Party A to pay for the carriage. Party B should issue the ocean bill of lading according to the requirement of Party A' s letter of credit.

VIII: Applicable Laws

This Agreement is governed by, and shall be construed in accordance with, the laws of People's Republic of China. Any dispute arising from the execution of this Agreement shall be settled through friendly consultations between the two parties. In case no settlement can be reached, the dispute shall then be submitted to the China International Trade Arbitration Commission ("Commission ") for arbitration. The decision made by the Commission shall be regarded as final and binding upon both parties. Arbitration fees, excluding counsel fee, shall be borne by the losing party or decided by the Commission.

IX: Effectiveness of the Agreement
This agreement shall take effect as of it is duly signed and sealed by both parties.

X: Miscellaneous

What is left unmentioned in this agreement may be added there as an appendix through the full consultation between the two parties. The appendix and this agreement are equally valid.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    BNBMPLC0007587

Execution Page (The remainder of this page is intentionally left blank)

Party A: Beijing New Building Materials Public Limited Company

Authorized Representative:

Party B: COSCO International Air Freight Beijing Co., Ltd.
Authorized Representative:


Date of Signing: January 10, 2006

4

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007588

**BNBM** BEIJING NEW BUILDING MATERIALS CO., LTD.

# PACKINGLIST

Invoice No. E-GB051118
Invoice Date. 2006/1/23
Sold to Messrs: EAC And SONS CORPORATOIN.
828 EAST Vine STREET
. Kissimmee ,FL 34744 ,
Tel :(407)846-9060 fax.(407)846-2822

Contract No. E-GB051118
From: TIANJIN XINGANG, CHINA

bound for: Tampa,,U.S.A

| MARKS & Nos. | DESCRIPTION | QUANTITY | GROSS WEIGHT | NET WEIGHT |
|---|---|---|---|---|
| | Gypsum board(Type X) 4'x12'x5/8" | 3838pallets | 12473500.0KGS | 11514000.0KGS |
| | 4'x12'x52x3838=9579648square feet=891146.76m2 gross weight: 14.0kg/m2 net weight : 12.92kg/m2 | | | |
| | TOTAL | 3838Pallets | 12473500.0KGS | 11514000.0KGS |
| | All materials made in China. | | | |

For and on behalf of
北新建材（集团）有限公司
BEIJING NEW BUILDING MATERIALS CO.,LTD.

Authorized Signature(s)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Only Used in 2006

华泰财产保险股份有限公司

# Huatai Insurance Company of China Limited

总 公 司 设 于 北 京          http://www.ehuatai.com

## 货物运输保险单

No:I02210900          **CARGO TRANSPORTATION INSURANCE POLICY**

| 保险单号: Policy No.: | 1012835012006000007 | 保单正本份数: Number of original: | 3 |
|---|---|---|---|

被保险人: Insured: EAC & SON'S CORP.

华泰财产保险股份有限公司（以下称本公司）根据投保人／被保险人填写的投保单签发本保险单，在收到投保人／被保险人缴付的约定的保险费后，按本保险类别列明的承保险别，特别约定和承保险别对应的条款承担货物运输保险责任。

This Policy of Insurance witnesses that Huatai Insurance Company of China, Limited (hereinafter called"the Company") at the request of the Applicant /Insured and in consideration of the agreed premium paid to the Company by the Applicant/Insured, undertakes to insure the undermentioned goods in transportation subject to the conditions of this policy as per the Clauses printed overleaf and other special clauses attached hereon.

| 发票号: Invoice No.: | E-GB051118 | | 提单号: B/L No.: |
|---|---|---|---|
| 货物标记: Marks & Nos.: | 包装及数量: Quantity: | 货物项目: Description of Goods: | |
| N/M | 3838 PACKAGES | GYPSUM BOARD (TYPE X) | |

| 总保险金额: Total Amount Insured: | USD TWO MILLION SIX HUNDRED AND THIRTY FOUR THOUSAND FOUR HUNDRED AND THREE AND TWENTY CENTS ONLY | ( USD 2,634,403.20 ) |
|---|---|---|

| 装载工具: Per Conveyance S.S: | BEAUTIFUL QUEEN | | |
|---|---|---|---|
| 起运时间: Slg. on or abt: | JAN 25,2006 | 转运工具: Via conveyance S.S: | |
| 起运地: From: | XISANQI,BEIJING | 目的地: To: | TAMPA PORT,USA |
| 保险费: Premium: | AS ARRANGED | 中转地: Via: | |

承保条件: Conditions:                                          XINGANG, TIANJIN
COVERING ALL RISKS AS PER OCEAN MARINE CARGO CLAUSES OF THE PEOPLE'S INSURANCE COMPANY OF CHINA DATED 1/1/81
COVERING OVERLAND TRANSPORTATION ALL RISKS AS PER OVERLAND TRANSPORTATION CARGO INSURANCE CLAUSE (TRAIN, TRUCKS) OF THE PEOPLE'S INSURANCE COMPANY OF CHINA DATED 1/1/81

特别约定: Special Conditions:
1. CONTRACT NO.:E-GB051118
2. 保险人与被保险人共同约定,在任何条件下,如未发生保险事故或外包装未破损的情况下,保险人不承担破碎赔偿责任。

所有货物发生保险单项下可能引起索赔的损失或损坏，应立即通知本公司或本公司下述代理人查勘。如有索赔，应向本公司提交保险单正本及相关文件。

In the event of loss or damage which may result in a claim under this policy, immediate notice must be given to the company's Agent as mentioned hereunder. Claims, if any, payable on surrendered of this policy together with other relevant documents.

MCLARENS TOPLIS NORTH AMERICA, INC.,
9950 PRINCESS PALM AVENUE, SUITE 330, TAMPA, FL 33619-8370.
TEL: (1) 813 628 4441 (24
FAX: (1) 813 620 1692.

赔款偿付地点: Claim payable at:        BEIJING, CHINA

华泰财产保险股份有限公司授权代表签章
FOR AND ON BEHALF OF HUATAI INSURANCE COMPANY OF CHINA, LIMITED

地  址:     宣武区南滨河路1号高新大厦三层
报案电话:   63370088
传  真:
日  期:  2006 年 01 月 24 日

注：投保人／被保险人收到本保险单后，请立即核对，如有错误，请立即通知保险人。

Please check this policy and contact the insurer immediately if there should be any error.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          BNBMPLC0007591

中华人民共和国海关出口货物报关单

预录入编号：049018789　　　　　　　海关编号：020220060528157174

| 出口口岸 | | 备案号 | | 出口日期 | | 申报日期 |
|---|---|---|---|---|---|---|
| 新港海关　　0202 | | | | 2006-02-08 | | 2006-01-17 |
| 经营单位 北新建材(集团)有限公司 | | 运输方式 运输 | 工具名称 | | 提运单号 SKSMXGTP00001000 | |
| 发货单位 北新建材(集团)有限公司 | | 贸易方式 一般贸易 | | 征免性质 一般征税　(101) | | 结汇方式 信用证 |
| 许可证号 | 运抵国(地区) 美国 | | 指运港 502 | | 境内货源地 北京其地 (11909) | |
| 批准文号 | 成交方式 CIF | 运费 | | 保费 美元 | 杂费 | |
| 合同协议号 | 件数 3838 | 包装种类 | | 毛重(公斤) 12473500 | 净重(公斤) 11514000 | |
| 集装箱号 | 随附单据 | | | | 生产厂家 | |

标记唛码及备注

二公司

| 项号 | 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国(地区) | 单价 | 总价 | 币制 | 征免 |
|---|---|---|---|---|---|---|---|---|
| 1 | 6809110000 | 石膏板 | 11514000.000 平方米<br>0.000<br>199567.00 | 美国<br>(102) | 12.0005 | 2394913.00 | USD 美元 | 照章征税<br>用途:其它 |

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期(签章) |
|---|---|---|---|
| 报关员 | | | 审单　　　　　审价 |
| 单位地址 | | 申报单位(签章)<br>天津开发区金龙报关服务有限公司 | 征税　　　　　统计 |
| 邮编　　　电话 | | 填制日期 | 查验　　　　　放行<br>签发关员 张立新<br>签发日期 2006-03-08 |

Verification Bill of Receipt of Foreign Exchange

## Export Goods Declaration Form of the Customs of the People's Republic of China

Pre-input Serial Number：049018789      Customs Serial Number: 020220060526157174

| Export Port | Xin Gang Customs 0202 | Number of Customs Recordation: | | Export Date: February 8, 2006 | | Declaration Date: January 27, 2006 |
|---|---|---|---|---|---|---|
| Operating Entity | Beijing New Building Material (Group) Co. Ltd. | Modes of Transport: River and Sea | | Means of Transport: | | Delivery Bill Number: SKSMXGTP00001000 |
| Consignor | Beijing New Building Material (Group) Co. Ltd. | Mode of Trade: General Trade (101) | | Nature of Exemption: General Taxation | | Terms of Payments: L/C |
| Licence No. | | Destination Country (Area): USA | | Destination Port: Long Beach (3154) | | Domestic Cargo Origin: Beijing and other |
| Approval Document No. | 08370 577 | Transaction mode: CIF | Freight: | Premium: USD 7983 | | Incidental Expenses: |
| Contract No. | E-GB 051118 | Quantity: 3838 Packages | Type of Package: | Gross weight（KG） 12473500 | | Net weight（KG） 11514000 |
| Container No.: 0 | | Attached documents | | | | Manufactures |

Marked Code
And Remarks: Company II

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country (Area): | Price per Unit: | Total Price: | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 61091100 | Gypsum Board | 11514000.00 0 (kg) 0.000 199567.00 pieces | USA | 12.0005 | 2394913.00 | USD | Taxed According to Regulations |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Tax Collection Condition

| Recording Clerk      Recording Unit | Hereby confirming that the declaration is correct and bearing the legal responsibility | | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
|---|---|---|---|---|
| Customs Declaration Clerk | | | Examination of Documents | Appraisal of Price |
| | Declaring unit (stamp) : | | | |
| Address of the Declaring Unit | Jinlongda Trading Co. Ltd. of Tianjin Development Zone | | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | Examination: | Release |

Issue Officer: Lixin, Zhang
Issue Date: March 8, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                    BNBMPLC0007593



® B/L NO.
SKSMXGTP00001000

SK

N/M 3838 PACKAGES GYPSUM BOARD(TYPE :
1247/5500 KGS

PARTICULARS FUR

SHIPPER

Goods          ⑫ Gross Weight     ⑬ Measuremen

to verify number and condition of

"Said to
contents

ONLY          "FREIGHT PREPAID"
⑱ Prepaid          ⑲ Collect
YES

clauses 2.6.14.24 and 31.

Place of issue
SEOUL KOREA

Date of issue
Feb 8 2006

SK hipping co.,ltd.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          BNBMPLC0007594

JG07



## 中华人民共和国海关出口货物报关单

主页

| | 预录入编号: | | | 海关编号: | | | |
|---|---|---|---|---|---|---|---|
| 出口口岸 新港海关 | 047056270 | 0202 | 备案号 | | 020220005260852656 出口日期 2006年1月22号 | 申报日期 2006-01-09 | |
| 经营单位 北新建材(集团)有限公司 108919158 | | | 运输方式 江海运输 | 运输工具名称 SHANKING/I | 提运单号 HSSP060112KGMYU拾式 | | |
| 108D90958 北新建材(集团)有限公司 | | | 运抵国(地区) 一般贸易 | 抵运港 一般征税 | ( 101 货内贸海地 信用证 | | |
| 批准文号 033695009 | | | 成交方式 CIF 价 C&F | 运费( 502 ) 总价 包装种类 991495 | 美元 马尼斯港 (3155 ) 毛重(公斤) | 杂费北京其他 (11909) 净重(公斤) | |
| 合同协议号 | | | 随附单据 3761 | 托盘 | 115290 生产厂家 | 10695000 | |

标记唛码及备注
二公司

| 项号 | 商品编号 | 商品名称、规格型号 | 数量及单位 | 最终目的国(地区) | 单价 | 总价 | 币制 | 征税 |
|---|---|---|---|---|---|---|---|---|
| 1.68091100 | | 石膏板 1/2" X4" X12" | 5038740.000千克 0.000 122808.000片 | 美国 (502) | 8.2000 | 1007025.60 USD 照章征税 用途:其它 | | 美元 |
| 2.68091100 | | 石膏板 1/2" X4" X12" | 2773260.000千克 0.000 67592.000片 | 美国 (502) | 8.2300 | 556282.16 USD 照章征税 用途:其它 | | 美元 |
| 3.68091100 | | 石膏板 5/8" X4" X12" | 2883000.000千克 0.000 49972.000片 | 美国 (502) | 9.5500 | 477232.60 USD 照章征税 用途:其它 | | 美元 |

204月00.36

税费征收情况

| 录入员 | 录入单位 | 兹声明以上申报无讹并承担法律责任 | 海关审单批注及放行日期(签章) | |
|---|---|---|---|---|
| 报关员 | | | 审单 | 审价 |
| 单位地址 | | 申报单位(签章) | 征税 | 统计 |
| 邮编 电话 | | 天津开发区金龙达贸易有限公司 | 查验 | 放行 |
| | | 填制日期 | 签发单位 海关签章 签发日期 2006 03 15 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBMPLC0007595

Verification Bill of Receipt of Foreign Exchange

**Export Goods Declaration Form of the Customs of the People's Republic of China**

Pre-input Serial Number：       Customs Serial Number： 020220060526082658

| Export Port 047056270 | | Number of Customs Recordation: | | Export Date: Jan. 22, 2006 | Declaration Date: Jan. 9, 2006 |
|---|---|---|---|---|---|
| Operating Entity | BNBM PLC  0202 | Modes of Transport: River and Sea SHANKING/1 | | Means of Transport: | Delivery Bill Number: HSSP060112KG |
| Consignor | BNBM PLC | Mode of Trade: General Trade | | Nature of Exemption: General Taxation | Terms of Payments: L/C |
| Licence No. | | Destination Country (Area): USA | | Destination Port: MANISTEE (3155) | Domestic Cargo Origin: Beijing and other |
| Approval Document No. | | Transaction mode: FOB | Freight: | Premium: | Incidental Expenses: |
| Contract No.:    WN6350 | | Quantity: 991495 Packages | Type of Package: Other | Gross weight（KG） 11529016 | Net weight（KG） |
| Container No.: 0 | | Attached documents | | | Manufactures 10695000 |
| Marked Code And Remarks the second company | | | | | |

| Item No.: | Commodity Serial No.: | Name, Specification and Mode of Commodity: | Quantity and Unit: | Destination Country( Area): | Price per Unit: | Total Price : | Currency: | Exemption |
|---|---|---|---|---|---|---|---|---|
| 1 | 68091100 1/2" x 4' x 12' | Paper-faced Drywall | 5038740.000 (kg) 0.000 122808.000 pieces | USA (502) | 8.2000 | 1007025.60 | USD | Taxed According to Regulations |
| 2 | 68091100 1/2" x 4' x 12' | Paper-faced Drywall | 2773260.000 (kg) 0.000 | USA (502) | 8.2300 | 556282.16 | USD | Taxed According to Regulations |
| 3 | 68091100 5/8" x 4' x 12' | Paper-faced Drywall | 2883000.000 (kg) 0.000 49972.000 pieces | USA (502) | 9.5500 | 477232.60 | USD | Taxed According to Regulations |
| | | | | | | | | |

| Tax Collection Condition | | | | |
|---|---|---|---|---|
| Recording Clerk        Recording Unit | | Hereby confirming that the declaration is correct and bearing the legal responsibility | Column for Customs' Checking and Annotating and Dating Release (stamp) | |
| Customs Declaration Clerk | | Declaring unit (stamp) ： | Examination of Documents | Appraisal of Price |
| Address of the Declaring Unit | | Jinlongda Trading Co. Ltd. of Tianjin Development Zone | Taxation | Statistic |
| Zip Code | Phone Number | Filling Date | Examination: | Release |

Issue Officer: Xueqin Cheng
Issue Date: Mar. 25, 2006

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER            BNBMPLC0007596