# EXHIBIT J

# CHINESE MANUFACTURER #2

# Chinese Manufacturer #2

## Chinese Manufacturer #2

Letter from Baker & McKenzie, Knauf's counsel, dated November 11, 2009, stating the house contains "drywall from another Chinese manufacturer (Beijing New Building Materials)" and attaching a picture of Chinese Manufacturer #2 markings.

Baker & McKenzie November 11, 2009 Letter [Tab 1]



BAKER & McKENZIE

Baker & McKenzie LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131, USA

Tel: +1 305 789 8900
Fax: +1 305 789 8953
www.bakernet.com

November 11, 2009

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe & Middle East**
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**North & South America**
Bogota
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

**VIA U.S. MAIL**

Stacey Kelly
16776 NW 2nd Road
Newberry, FL 32669

RE:    **INSPECTION REPORT REQUESTS (MDL NO. 2047))**

Dear Ms. Kelly:

I am writing on behalf of our client, Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), in response to your email to Michelle Hartnell dated October 27, 2009 regarding inspections of the following homes:

| Address |
| --- |
| 1441 Lake Lotela Drive, Avon Park, FL 33825 |

We are not providing the internal reports of the inspections as we believe them to be work product. The purpose of the inspection was to determine if KPT drywall was found in the home. We did not locate KPT drywall in any area of the home. However, we did locate drywall from another Chinese manufacturer (Beijing New Building Materials) and the home did show symptoms that are common with the presence of Chinese drywall.

Very truly yours,

Donald J. Hayden

cc:    Douglas B. Sanders

MIADMS/353777.1

'M Standard C
e in China