# EXHIBIT N

# PROWALL

# SHEETROCK

# ProWall Sheetrock

**Shandong Taihe Dongxin Co., Ltd. (Taishan Gypsum)**
*Manufactured ProWall
*"MADE IN CHINA MEETS ASTM C36/C1396 STANDARD"
*blue/yellow end tape

**Run & Fly (Jinan) New Material Co., Ltd.**
*Exported ProWall to Manchester In Home (NC)
*Shipped ProWall to Stock Building Supply (NC)

**Manchester In Home (NC)**
*Purchased ProWall from Run&Fly (Jinan)
*Sold ProWall to Stock Building Supply (NC)

**Stock Building Supply (Fla.)**
*Purchased ProWall from Manchester
*Sold "drywall to builders and contractors in Florida."

---

Shandong Taihe Dongxin Co., Ltd. (Taishan Gypsum) is identified as the manufacturer of ProWall.

*See* Email chain between Run&Fly (Jinan) New Material Co., Ltd. (exporter in China) and Heather Hahn from Manchester In Home (NC) dated 3/9&10/2006 [Tab 1] and Run&Fly (Jinan) Packing List dated 3/23/2006 and Bill of Lading for sale of drywall to Manchester In Home for shipment to Stock Building Supply (NC) [Tab 2]

ProWall has distinctive blue/yellow end tape and "MADE IN CHINA MEETS ASTM C36/C1396 STANDARD"

---

Run&Fly exported 476,928 square feet of drywall [9,936 pieces sized 4'x12'] to Manchester In Home and shipped the drywall to Stock Building Supply (NC)

[Tab 2]

Run&Fly (Jinan) Production Schedule indicates that on May 28, 2006, Jinan would "commence production for 55440 pieces (110 containers) of ProWall tapes" and on May 29, 2006 "completed production 30 pieces of steel pallets and delivered to Taihe Factory."

[Tab 3]

---

Manchester In Home (NC) sold 476,928 square feet of ProWall Sheetrock 4'x12'x1/2" [9,936 pieces] to Stock Building Supply (NC).

*See* Manchester In Home Invoice to Stock Building Supply dated 4/7/2006; Bill of Lading prepared by Run&Fly (Jinan) [Tab 2]

---

Stock Building Supply purchased drywall from Manchester. The word "ProWall" was on the end tape.

*See* Stock Building Supply Distributor Profile Form [Tab 4]

"Stock Building Supplies ... sold [Taishan] drywall to builders and contractors in Florida."

*In re Chinese-Manufactured Drywall Prods. Liab. Litig.*, 894 F. Supp. 2d 819, 853 (E.D. La.), aff'd, 742 F.3d 576 (5th Cir. 2014).

**ProWall Sheetrock**

  

Page 1 of 4

### Gin Lin

From:     Heather Hahn
Sent:     Friday, March 10, 2006 9:48 AM
To:       'Henry Chia'
Cc:       TC Hui; Gin Lin
Subject:  RE: Sheetrock

Dear Henry,

Noted with much thanks.

Regards
Heather

From: Henry Chia [mailto:henrydgls@yahoo.com.sg]
Sent: Thursday, March 09, 2006 7:25 PM
To: Heather Hahn
Subject: RE: Sheetrock

Dear Heather,

The full postal address of our Gypsum Board manufactureres as follows:

**HEADQUATERS**
**SHANDONG TAIHE DONGXIN COMPANY LTD**
**DAWENKOU, DAIYUE district of Taian**
**SHANDONG PROVINCE,**
**PEOPLES REPUBLIC OF CHINA**
**TELEPHONE : + 86 - (0538) 8811293 8811428**
**FAX : ( 0086-538) 8811250**
**PC 271026**
**WEBSITE : http://www.taihegroup.com**
**EMAIL : taihe@public.taptt.sd.cn**

**EXPORT OFFICE**
**201-3 RUYIBEI BUILDING**
**HUALONG ROAD JINAN**
**SHANDONG**
**PEOPLES REPUBLIC OF CHINA**

*Heather Hahn <HHahn@manchesterfurniture.com>* wrote:

Dear Henry,

My name is Heather Hahn and I work with Scott Brown at Manchester In Home. Could you please give us the factory address? We need it to set the factory up in our computer system.

Regards

3/10/2006

**From:** TC Hui
**Sent:** Thursday, March 09, 2006 10:18 AM
**To:** Heather Hahn
**Subject:** FW: Sheetrock

-----Original Message-----
**From:** Henry Chia [mailto:henrydgls@yahoo.com.sg]
**Sent:** Thursday, March 09, 2006 8:08 AM
**To:** orchid chen
**Cc:** Scott Brown; TC Hui; Kok Hui
**Subject:** Re: Sheetrock

Hi Orchid / Victor

My reply to your email is outline ( in blue print ) as follows :

Best Regards
Henry Chia

*orchid chen <sunfly_jinan@yahoo.com.cn>* wrote:
Hi Henry,
I made a mistake in my last letter,the size should be1220*3660*12.7mm.
Now follows should be confirm:

Hi henry,
Now please confirm follows:

1,the pallet is gypsum board pallet.
Correction. The pallet must be made from wood ( repeat wooden pallet ) and **NOT**
gypsum board pallet. **The cost of EACH wooden pallet is RMB 75.** Please ensure that
the wooden pallets are strong enough to withstand the weight of the 92 sheets of finished
products when stacked.

2,each pallet contains 46pieces
Correct. Each stack contains 46 sheets of gypsum board on a pallet. When two of these
are binded together (one on top of another) by iron strips to make a total of 92 sheets per
pallet.

3,price is USD3.78/PC(1220*3660*12.7mm).(FOBQingdao)
Correct. The price is USD3.78 per sheet ( 1220*3660*12.7 mm ) FOB Qingdao. The
sheetrock must be tapered edge.

the total for 10,000 sheets is USD37800.
In order not to have any odd numbers in a pallet ( 10000 divided by 92 sheets equal
108.70 pallets ), the correct quantity should round up to 10120 sheets. ( 10120 divide by
92 sheets equal 110 pallets ) The total fund amount to be transfered is USD38253.60 and
not USD37800.00

4. do you need proforma invoice?

3/10/2006

certificate and etc. for US custom clearance and banking purposes. Will let you know more details at a later date.

## PLEASE LET ME KNOW WHOM WE SHALL ISSUE THE PURCHASE ORDER TO ???

5. Bank information:
Pay to: BANK OF CHINA SHANDALU SUB-BRANCH JINAN
Swift code:BKCHCNBJ51B
Address:127,Shanda Road,Jinan,Shandong,China
Postcode:250013
Tel:+86 531 86429373,86991504
Fax:+86 531 86429373
Beneficiary:Run&Fly(Jinan)New Material Co.,ltd
A/C:419101562288093001

Best regards!

Orchid


*Henry Chia <henrydgls@yahoo.com.sg> Ð µÅ£°*

Hi Orchid / Victor

Please see below message which is self explanatory. Kindly provide me the factory full account information so that we can do the fund transfer.

Best Regards
Henry Chia

*Lim Kok Hui <limkokhui@barang.com.sg> wrote:*

Henry,

In view that this is going to be the first order and we don't want to mess up, the trial order qty will be 10,000 sheets of (1/2x4x12). MIH will wire the fund into the factory account by this weekend or next Monday. Please provide all info needed to TC Hui for fund transfer. TC is the financial controller of Manchester Group.

We have contacted Chris Ball and there is another ship leaving the port on 23 - 25 Mar. The exact date will confirm later.We have about 15days to produce 10,000 sheets and load up onto the ship bulk break.
We can change the pallets to using the reject of sheetrock. There will be 2 stack on one pallet. Each stack is 46 pieces and whole pallet will be 92 pieces. We will be there on the 15 Mar and if we can see our products there it will be great. Please follow up.

Kokhui

3/10/2006

♡ Meet your soulmate!
**Yahoo! Asia presents Meetic** - where millions of singles gather

ÑÅ»¢1GÂâ ÑOÈÏä°Ù·Ö°Ù·ÀÀ¬»øÐÅ

Do you Yahoo!?
New and Improved Yahoo! Mail - 1GB free storage

Do you Yahoo!?
Yahoo! Movies - Search movie info and celeb profiles and photos

# Manchester In Home

1515 W Green Drive
High Point, NC  27260  USA

**Invoice**

| | |
|---|---|
| Invoice # : | 1859 |
| Date : | 4/7/2006 |

**BILL TO:**
Stock Building Supply
PO Box 90088

Raleigh, NC  27675  USA

**Ship To**
Stock Building Supply

| PO # | 4288780-00 | Terms | | Net 60 | Due Date | 6/6/2006 |
|---|---|---|---|---|---|---|
| Container # | L-RCK1180QINHOU | ETD | 3/23/2006 | Salesman | House, House | Order | 1131 |

| Item # | Description | Quantity | Unit Price | Extended |
|---|---|---|---|---|
| PWSR41212 | Prowall Sheetrock 4' x 12' x 1/2" | 9936 | $4.51 | $44,811.36 |
| | | 9936 | | $44,811.36 |

Notes: Consignee: Manchester In Home
Notify: Manchester In Home
Ship Via: Cosco
Ship: Landed
Logo: Manchester In Home
Comments: Customer request date
Container:
Customer Contact Phone: 336-882-0005
USE EAST COAST SERVICES
COMMERCIAL INVOICE MUST

| | |
|---|---|
| Discount: | $0.00 |
| Freight: | $0.00 |
| Sales Taxes: | $0.00 |
| Total: | $44,811.36 |

*paid on 5/11/06*
*1kr.*

## Country of Origin China

Term  FOB VESSEL
Description  Wooden FURN
Gross WT (kgs)  421200
Net WT (kgs)  397440
Port of Loading  QINGDAO
Port of Discharge  HOUSTON

Payable only to:
GMAC Commercial Finance
PO Box 483058
Atlanta, GA 30384-3058

THANK YOU FOR YOUR BUSINESS.

STOCK-AVNER-000088

## RUN&FLY (JINAN) NEW MATERIAL CO.,LTD

**3-201, Ruyibei BLD, Hualong Road, Jinan, Shandong, China    Zip Code:250100**

## PACKING    LIST

| To:<br>MANCHESTER IN HOME | Date: 23/3/2006 | | Inv. No.:RF-MIH-20060301 | | |
|---|---|---|---|---|---|
| | PAYMENT:<br>BY T/T | | | | |
| | From:<br>QINGDAO PORT, CHINA | To:<br>HOUSTON | | | |
| Kinds of Packages<br>Description of Goods | Quantity | Gross Weight | Net weight | Volume | |
| NORMAL GYPSUM BOARD<br>1220MM*3660MM*12.7MM | 9,936PIECES | 421.200KGS | 397.440KGS | 563CBM | |
| PALLET PACKING | | | | | |
| | 216 PALLETS<br>563CBM | | | | |
| TOTAL | NINE THOUSAND AND NINE HUNDRED AND THIRTY-SIX PIECES ONLY | | | | |

PO#4288780

Carrier RICKMERS LINIE GmbH & Co KG Hamburg    **Bill of Lading**    Multimodal Transport or Port to Port Shipment Page 2

Shipper

## RICKMERS-LINIE

RUN&FLY (JINAN) NEW MATERIAL CO.,LTD
3-201,RUYIBEI BLD,HUALONG ROAD,JINAN,SHANDONG
CHINA FAX: 0086-531-88030465 TEL: 0086-531-88030108

B/L No.:    RCKIIR8QINHOU38

Consignee

2nd Notify Address

STOCK BUILDING SUPPLY
PO BOX 90068 RALEIGH NC 26275
TEL:919-431-1187 FAX:919-431-1190

Notify Address (Carrier not responsible for failure to notify see clause 20 (1) hereof)    Forwarding Agent:

TMO GLOBAL LOGISTICS
600 PETER JEFFERSON PARKWAY, SUITE 30
CHARLOTTESVILLE VA 22947  TEL 434-923-3375

Vessel(s)    Voyage No    Reference

RICKMERS TOKYO V 180

Port of Loading:    Place of Receipt:
QINGDAO PORT,CHINA

Port of Discharge:    Place of Delivery:
HOUSTON,TX

Container Seal No.; Marks and Nos.; No. of and kind of Packages; Description of Goods    Gross Weight.    Measurement

MANCHESTER IN HOME    NORMAL GYPSUM BOARD                421200KGS    963.451M3
                       PLYWOOD PALLET 46 PIECES IN ONE PALLET
                       216PALLETS IN ALL
                       9936 PIECES GYPSUM BOARD

        REMARK.1  10 CRATES OF GYPSUM BOARD COVER TORN SLIGHTLY
              2   2 CARTES OF GYPSUM BOARD STRAPPING BINDS BROKEN

            LINER TERM HOOK/HOOK

                    FREIGHT COLLECT

            SAY TWO HUNDRED SIXTEEN PALLETS ONLY

Shipper's declared Value (see clause 7.2, and 7.3)
Total No. of Containers received by the Carrier    Place of Transport by the Carrier

Place and date of issue:
QINGDAO    MAR.31 2006
Freight payable at    Number of original Bs/L
HOUSTON    THREE

Stock Building Supply

3.7.08 Houston

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STORE: | Houston Port | | | | | | | |
| VENDOR: | Manchester Homes Inc. | | | | | | | |
| | | | | | | | | |
| | Gypsum Wallboard | | | | | | | |
| TERMS: | | | | | | | | |
| CONFIRMINP: | | | | | | | | |
| DATE: | 3/7/2006 | | | | | | | |

| W.T.# | P.O.# | SBS SKU | DESCRIPTION | MH ITEM # | Crates | Total Pieces | u/m | COST | Cont Cost |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 4288780 | G1212 | GYPSUM 1/2 4X12 | | | 9,936 | PC | $5.41 | $53,753.76 |
| | | | | | | | MSF | $112.71 | |

STOCK-AVNER-000091

Scott

The time schedules are subjected to Jinan Run & Fly receiving 50% deposit   ( USD120304.80 ) fund remittance by 27th May 2006 ( China Local Time ). It is also subjected to availability of **40 foot HQ containers** provided by the shipping company.

10   containers x 504 sheets x USD4.09 per sheet = USD 20613.60
100 containers x 504 sheets x USD4.09 per sheet = USD 206136.00
330 steel pallets x USD42.00 per pallet          = USD 13860.00

**TOTAL AMOUNT:   USD240609.60 (two hundred forty thousand six hundred and nine and cents sixty only)**

**PRODUCTION & SHIPPING SCHEDULE:**

27th May 2006
Received 50% deposit ( USD120304.80 ) from MIH through bank confirmation.

28th May 2006
Commence production for 330 pieces of steel pallets
Commence production for 55440 pieces ( 110 containers ) of Prowall tapes

29th May 2006
Completed production 30 pieces of steel pallets and delivered to Taihe Factory
Continue production for balance 300 pieces steel pallets

1st June 2006
Completed production for 55440 pieces ( 10 containers ) of Prowall tapes9
Send Prowall tape samples to Scott ( MIH )
Commence production for 55440 sheets ( 110 containers ) of sheetrock

3rd June 2006
Completed production for 5040 sheets ( 10 containers ) of sheetrock
Continue production balance 50400 sheets ( 100 container ) of sheetrock
Packaging and loading 5040 sheets ( 10 containers ) sheetrock ( subjected to availability of 40ft HQ containers ) The 10 containers are then transported by road to Qingdao Port.

7th June 2006
Completed producing balance 300 pieces of steel pallets

3rd June 2006 to 10th June 2006
Producing, Packaging, loading into containers, and transporting the balance 50400 sheets of sheetrock to Qingdao Port ( subjected to availability of 40ft HQ containers )

One Hundred Twenty  Thousand Three Hundred Four DOLLARS and Eighty  CENTS *********************

**Run & Fly (Jinan) New Material Co.,**                          05/30/2006                          $120,304.80

Run & Fly (Jinan) New Material Co.,
3-201 Ruyibei Building
Hualong Road
Jinan Shandong,

0

**Run & Fly (Jinan) New Material Co.,**                                                    R1021

| 05/30/2006 | Total: | $120,304.80 |
| --- | --- | --- |
| Voucher # | Amount | |
| Deposit 50%-052606 | $120,304.80 | |

**Run & Fly (Jinan) New Material Co.,**                                                    R1021

| 05/30/2006 | Total: | $120,304.80 |
| --- | --- | --- |
| Voucher # | Amount | |
| Deposit 50%-052606 | $120,304.80 | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL No. 2047 |
| PRODUCT LIABILITY LITIGATION | : | Section L |
| | : | |

| | | |
|---|---|---|
| This Document Relates to | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE WILKINSON |

### DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wall board has been found to be defective. If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

### I.   IDENTIFICATION AND CONTACT INFORMATION

A.   Distributor's Name:  Stock Building Supply of Florida, Inc. n/k/a Stock Building Supply of Florida, LLC.

B.   Distributor's Address:  Stock Building Supply of Florida, LLC's current mailing address is 8020 Arco Corporate Drive, Raleigh, NC  27617

C.   Website: None

D.   Headquarters if Foreign: N/A

E.   Address of USA Headquarters:  Stock Building Supply of Florida, LLC is currently registered with the Florida Secretary of State's Office, but it ceased active business operations anywhere in Florida before the end of the third quarter of 2009.  To the extent Stock Building Supply of Florida, LLC has current U.S. headquarters, they exist at 8020 Arco Corporate Drive, Raleigh, NC  27617.

F.   Name of supervisor at USA Headquarters:  None

G.   Principal Place of Business in USA:  Stock Building Supply of Florida, LLC ceased active business operations anywhere in Florida before the end of the third quarter of 2009.  To the extent it has a current principal place of business, it exists at 8020 Arco Corporate Drive, Raleigh, NC  27617.

H.    Has Distributor operated under any other names from 2001 to 2009? If so, please list and explain for each different locale. <u>Stock Building Supply of Florida, Inc. is now known as Stock Building Supply of Florida, LLC.  Stock Building Supply of Florida, Inc. was previously known as McGinnes Lumber Company at Plant City.</u>

I.    Did Distributor also install Chinese Drywall? If so, describe involvement as installer. <u>No.</u>

## II.    COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A.    Name: <u>A. Todd Brown, Hunton & Williams LLP</u>

B.    Address: <u>Bank of America Plaza, 101 South Tryon Street, Suite 3500, Charlotte, North Carolina  28280</u>

C.    Phone Number: <u>704-378-4727</u>

D.    Fax Number: <u>704-378-4890</u>

E.    E-Mail: <u>tbrown@hunton.com</u>

## III.    DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL

For each purchase of Chinese Drywall between 2001 and 2009, please describe all sources from which Distributor purchased Chinese drywall, including manufacturers, exporters, importers, other distributors, sales agents, and/or sales brokers. Attach additional sheets as necessary.

A.    Source: <u>Stock Building Supply of Florida, Inc. (and Stock Building Supply of Florida, LLC) did not purchase Chinese drywall.  Rather, during 2006, the global sourcing department of Stock Building Supply, Inc. n/k/a Stock Building Supply, LLC in Raleigh, NC, purchased and received Chinese manufactured drywall from three sources:   Guardian Building Products Distribution, Inc., Manchester Holdings, Inc. d/b/a Manchester In-Home, and North Pacific Group, Inc.  Stock Building Supply, Inc. arranged for Chinese drywall to be shipped to the lumberyards of Stock Building Supply of Florida, Inc.  The names and addresses of the entities from whom Stock Building Supply, Inc. purchased Chinese manufactured drywall in 2006 are as follows:</u>

| | |
|---|---|
| Guardian Building Products Distribution, Inc.<br>Attn: Duane H. Faulkner, President<br>979 Batesville Road<br>Greer, South Carolina  29651 | Guardian Building Products Distribution, Inc.<br>Attn: CT Corporation System<br>Registered Agent in SC<br>75 Beattie Place<br>Greenville, South Carolina  29601 |
| Manchester Holdings, Inc.<br> d/b/a Manchester In-home<br>c/o President<br>1515 West Green Drive<br>High Point, NC  27260 | Manchester Holdings, Inc. d/b/a Manchester In-home<br>Mr. Patrick Meisky<br>Registered Agent<br>Manchester Holdings, Inc.<br>1515 West Green Drive<br>High Point, NC  27260 |

North Pacific Group, Inc.                    North Pacific Group, Inc.
Southern Division                            Portland Headquarters
797 Industrial Park Dr.                      10200 SW Greenburg Rd.
Waynesboro, Mississippi 39367                Portland, Oregon 97223

1.     Name of Chinese Drywall Manufacturer, if known:  Stock Building Supply of Florida, Inc. (and Stock Building Supply of Florida, LLC) did not purchase Chinese drywall. Upon information and belief, Guardian and Manchester sourced their Chinese drywall from manufacturers known as Baier Building Materials Co., Ltd or as Taihe (the latter also may be known as Shandong Taihe Dong-xin Co. Ltd., Taishan Gypsum Co. Ltd., or Taian Taishan Plasterboard Co., Ltd.).  The identity of the entity from which North Pacific obtained Chinese drywall is presently unknown.

2.     Address of Chinese Drywall Manufacturer, if known:  Stock Building Supply of Florida, Inc. lacks knowledge of the addresses of the manufacturers of the Chinese manufactured drywall that it received.

3.     Name of Chinese Drywall Product, if known:  Unknown

4.     Dates of purchase(s):  Stock Building Supply of Florida, Inc. (and Stock Building Supply of Florida, LLC) did not purchase Chinese drywall.  Upon information and belief, Stock Building Supply, Inc. purchased Chinese manufactured drywall from Guardian, Manchester, and/or North Pacific during 2006.

5.     Total Volume of received Chinese Drywall product:  Upon information and belief, Stock Building Supply, Inc. received approximately 56,016 net sheets from Manchester; 17,643 net sheets from Guardian; and 952 net sheets from North Pacific.  Upon information and belief, Stock Building Supply, Inc. shipped to the Florida lumberyards of Stock Building Supply of Florida, Inc. approximately 19 net truck loads of Chinese drywall from Guardian and 106 net truck loads of Chinese drywall from Manchester.

6.     Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):  Upon information and belief, Stock Building Supply of Florida, Inc. n/k/a Stock Building Supply of Florida, LLC, Stock Building Supply, Inc. n/k/a Stock Building Supply, LLC, and/or their counsel may have obtained knowledge that the end tape on the Manchester drywall contained the word "ProWall" and that the end tape on Guardian drywall contained phrase "Taihe Gypsum ½" x 4' x 12' TE Standard Board" or "Gypsum Wallboard ½" x 4' x 12' TE Standard, Meets or Exceeds ASTM C36."

7.     List all trademarks of the product, if known:  Unknown

8.     The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:  Stock Building Supply of Florida, Inc. (and Stock Building Supply of Florida, LLC) did not purchase Chinese drywall.  Upon information and belief, Guardian and Manchester served as the

purchasing agent and/or sales broker for Stock Building Supply, Inc.'s purchases of Chinese drywall. Upon information and belief, North Pacific was a U.S. building materials distributor from which Stock Building Supply, Inc. purchased drywall without knowing whether the drywall was manufactured domestically or in China.

     9.     If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese drywall was stored at any time by or for you at any location, identify the following: Unknown to Stock Building Supply of Florida, Inc. n/k/a Stock Building Supply of Florida, LLC.

Name of entity providing storage: _____

Address of entity providing storage: _____

Dates product was stored:

____/____/_____ (Month / Day / Year) to ____/____/_____ (Month / Day / Year)

Quantity of product stored: _____

Price paid for storage: _____

Name of contact person at storage facility: _____

Phone number: _____

Email address: _____

List any complaints made or received regarding storage of the product: _____

## IV.    DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall? If yes, provide names and/or entities of those to whom you supplied Chinese drywall. If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same: Stock Building Supply of Florida, Inc. (and Stock Building Supply of Florida, LLC) did not purchase Chinese drywall. Upon information and belief, upon arrival of the Chinese drywall, which was obtained from Guardian and Manchester, at ports in the United States, Stock Building Supply, Inc.'s freight forwarders transferred the drywall by truck to various lumberyards in FL, NC, and TX, including lumberyards of Stock Building Supply of Florida, Inc. Upon information and belief, at the lumberyards, Chinese manufactured drywall was purchased, received, sold and distributed against the same commodity product code as domestically produced drywall. The Chinese product was thereby stored in the same location and intermingled with domestically produced drywall. As a result, Stock Building Supply of Florida, Inc. n/k/a Stock Building Supply of

Florida, LLC is unable to track or identify to which customers or jobsites Chinese manufactured drywall was shipped. Pat Managan of Stock Building Supply, LLC has knowledge of the distribution process, and his address is the same as the corporate headquarters.

**V.   INSURANCE**

A.   Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.[1]

For each policy, identify the following:

1.   Insurer: Liberty Mutual Fire Insurance Company
     Dates policy in effect: 08 / 01 / 2005 to 08 / 01 / 2006
     Policy Number: RG2-C51-004344-035
     Type of Policy: CGL-Primary
     Insurance Agent: Willis of Maryland, Inc.
     Policy Coverage Limits:     PI / PD Liability $2,000,000 (each occurrence)
                                 General Aggregate Limit $4,000,000

2.   Insurer: Liberty Mutual Fire Insurance Company
     Dates policy in effect: 08 / 01 / 2006 to 08 / 01 / 2007
     Policy Number: RG2-C51-004344-036
     Type of Policy: CGL- Primary
     Insurance Agent: Willis of Maryland, Inc.
     Policy Coverage Limits:     PI / PD Liability $2,000,000 (each occurrence)
                                 General Aggregate Limit $5,000,000

3.   Insurer: Liberty Mutual Fire Insurance Company
     Dates policy in effect: 08 / 01 / 2007 to 08 / 01 / 2008
     Policy Number: TB2-C51-004344-037
     Type of Policy: CGL- Primary
     Insurance Agent: Willis of Maryland, Inc.
     Policy Coverage Limits:     Each Occurrence Limit $2,000,000
                                 General Aggregate Limit $5,000,000

4.   Insurer: Granite State Insurance Company
     Dates policy in effect: 08 / 01 / 2008 to 08 / 01 / 2009
     Policy Number: GL 187-18-48
     Type of Policy: CGL-Primary
     Insurance Agent: Willis of Maryland, Inc.
     Policy Coverage Limits:     Each Occurrence Limit $2,000,000
                                 General Aggregate Limit $5,000,000

---

[1] Listing policies does not purport to represent coverage status.

5.    Insurer: National Union Fire Insurance Company
       Dates policy in effect: 08 / 01 / 2009 to 08 / 01 / 2010
       Policy Number: GL 0939569
       Type of Policy: CGL- Primary
       Insurance Agent: Willis of Maryland, Inc.
       Policy Coverage Limits:    Each Occurrence Limit $2,000,000
                                    General Aggregate Limit $5,000,000

6.    Insurer: ACE Europe
       Dates policy in effect: 08 / 01 / 2005 to 07 / 31 / 2006
       Policy No: 47UK202497
       Type of Policy: Excess - Public and Products Liability
       Insurance Agent: Willis UK
       Policy Coverage Limits: £10,000,000

7.    Insurer:    ACE Europe
       Dates:      08 / 01 / 2006 to 07 / 31 / 2007
       Policy No:   47UK202497
       Type of Policy: Excess - Public and Products Liability
       Insurance Agent: Willis UK
       Policy Coverage Limits: GBP10,000,000

8.    Insurer: Zurich Global Corporate UK
       Dates: 8 / 01 / 2007 to 07 / 31 / 2008
       Policy No: 7046052
       Type of Policy: Excess - Public/Pollution/Products Liability
       Insurance Agent: Willis UK
       Policy Coverage Limits: $20,000,000

9.    Insurer: Zurich Global Corporate UK
       Dates: 08 / 01 / 2008 to 08 / 01 / 2009
       Policy No: UMB3793022-00
       Type of Policy: Excess - Commercial Umbrella Liability Policy
       Insurance Agent: Willis UK
       Policy Coverage Limits: $10,000,000

10.   Insurer: Zurich Global Corporate UK
       Dates: 08 / 01 / 2008 to 07 / 31 / 2009
       Policy No: 7046052
       Type of Policy: Excess - Public/Pollution/Products Liability
       Insurance Agent: Willis UK
       Policy Coverage Limits: $20,000,000

11.  Insurer: Zurich Global Corporate UK
     Dates:  08 / 01 / 2009 to 08 / 01 / 2010
     Policy No: UMB3793022-01
     Type of Policy: Excess -Commercial Umbrella Liability Policy
     Insurance Agent: Willis UK
     Policy Coverage Limits: $10,000,000

12.  Insurer: Zurich Global Corporate UK
     Dates:  08 / 01 / 2009 to 07 / 31 / 2010
     Policy No: 7046052
     Type of Policy: Excess - Public/Pollution/Products Liability
     Insurance Agent: Willis UK
     Policy Coverage Limits:  $20,000,000

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Distributor's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_February 13, 2012_
Date

Stock Building Supply of Florida, LLC
Entity

By: _____
      Pat Managan
Its: ___Authorized Agent_____