UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED ORDER**

Considering the Plaintiffs' Steering Committee's ("PSC") Supplemental Brief In Support Of Motion For Class Damages, Reply To Taishan's Second Supplemental Response To Plaintiffs' Motion For Class Damages, And Proposed Trial Plan and recognizing that this Court has already issued Findings of Fact and Conclusions of Law [Rec.Doc. Nos. 2380 and 18028.

IT IS HEREBY ORDERED that the relief requested by the PSC from the June 9, 2015 Taishan Rule 55(b)(2)(B) Damages Hearing as set forth herein will resolve the issue of determining a formulaic method to establish class member remediation (plus post-remediation environmental certification) damages, and thus allow the Court and the Parties to turn to and resolve the remaining damages claims.  That relief set forth below is GRANTED.  The formulaic class relief is that: (i) the Plaintiffs' damages methodology for Class Members' Remediation Damages ($107.83/sq. ft. (which includes the cost of post-remediation environmental certification) x  RS means location factor  x  square footage of residence) is found to be

1

acceptable; and (ii) it is now appropriate to implement a claims verification process to confirm product identification and square footage to arrive at a sum certain to determine the remediation damages of the Class Members.

IT IS FURTHER ORDERED that the Court will hold two Bellwether Damage Hearings, as proposed by the PSC's trial plan. The first will determine the full measure of remediation damages, including attorney's fees, owed to a Louisiana plaintiff with a redhibition claim under Louisiana law. The second bellwether damage hearing will determine the full measure of damages owed to a former owner under Virginia law.

IT IS FURTHER ORDERED that a Claims Administration process shall be implemented to Resolve Product Identification based upon the product identification markings attributed to TG/TTP as set forth in the PSC's Supplemental Brief. The parties are to meet and confer and prepare a joint proposal to the Court prior to the next scheduled Status Conference.

IT IS FURTHER ORDERED that the Court notes that the PSC has filed a Motion for Severance and Suggestion of Remand for Omni XX Out of District Plaintiffs to Their Home Districts for Trial. The Court will rule on that motion separately.

IT IS FURTHER ORDERED that the PSC select the Bellwether plaintiffs for each of the proposed Bellwether Damages Hearing and notify the Court and the Parties of these selections before the next Status Conference, and that the parties meet and confer before the next Status Conference to determine the amount of discovery, if any, necessary for these Bellwether Damage Hearings ordered herein, and to prepare an agreed-to scheduling order for them. If the parties are unable to agree, they are to bring their competing proposals two (2) days before the Court at the next Status Conference.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge