UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering the current status of this litigation and the numerous motions recently filed by the parties, the Court now issues the following Order.

**IT IS ORDERED** that the Court will hear oral argument on the following motions on Thursday, March 2, 2017, immediately following the Monthly Status Conference in the Courtroom of the Honorable Eldon E. Fallon:

1. Plaintiffs' Motion to Enforce the Court's July 17, 2014 Contempt Order and Injunction by Plaintiff- Intervenors and Plaintiffs' Steering Committee (R. Doc. 18302)

2. Plaintiffs' Motion to Remove Confidentiality Designation With Respect to Documents Produced By and Testimony of The Taishan Defendants and Third Parties by Plaintiff (R. Doc. 20598)

3. Defendants' Motion to Decertify Class pursuant to 23(c)(1)(C) by Defendants China National Building Materials Company Limited, CNBMIT Co. Ltd., CNBM USA Corp., and United Suntech Craft, Inc. (R. Doc. 20627)

**IT IS FURTHER ORDERED** that any responses to these motions be submitted to the Court on or before **February 13, 2017.**

1

2

**IT IS FURTHER ORDERED** that any reply in support of these motions be submitted to the Court on or before **February 22, 2017.**

New Orleans, Louisiana, this 10th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

2