UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
|     DRYWALL PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>AGENDA</u>**
**<u>FOR JANUARY 23, 2017 STATUS CONFERENCE</u>**

I. PRE-TRIAL ORDERS

II. STATE/FEDERAL COORDINATION

III. OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

IV. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

V. KNAUF REMEDIATION PROGRAM

VI. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

VII. TAISHAN, BNBM AND CNBM DEFENDANTS

VIII. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

IX. FREQUENTLY ASKED QUESTIONS

X. ATTORNEY'S FEES

XI. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XII.  PHYSICAL EVIDENCE PRESERVATION ORDER

XIII. ENTRY OF PRELIMINARY DEFAULT

XIV.  STAY ISSUED BY COURT

XV.   NEXT STATUS CONFERENCE