IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| This Document Relates to: | SECTION L JUDGE FALLON |
| Braxton H. Collins, et ux. v. Bass Homes, Inc., et al. So. Dist. Mississippi, C.A. No. 13-cv-6652 | MAG. JUDGE WILKINSON |
| Jason S. Herrington, et ux. V. Bass Homes, Inc., et al. So. Dist. Mississippi, C.A. No. 13-cv-6653 | |

**PROPOSED ORDER**

Considering the Plaintiffs' Motion For Severance and Suggestion of Remand,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this Court shall remand these cases to the U. S. District Court for the Southern District of Mississippi, Gulfport Division, so they may be set for trial or otherwise resolved.  For the purposes of this remand, the Court shall sever all claims against the Taishan defendants.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2017.

_____
Eldon Fallon, U. S. District Court Judge