UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

### ORDER

Currently pending before the Court is the Fee Committee's Motion to Approve the Amended Memorandum of Understanding Regarding all Homebuilder Claims for Reimbursement of Counsel Fees. R. Doc. 20467. The Court-appointed Special Master was given authority to establish a protocol for discovery and make recommendations concerning all pending attorneys' fee issues. On December 14, 2016, the Special Master recommended the Court adopt the Fee Committee's Amended Memorandum, and that all funds to be paid to the Various Homebuilders and to co-class counsel, Dorothy Wimberly, pursuant to the Amended Memorandum of Understanding be immediately disbursed. R. Doc. 20589. During the December 21, 2016 Monthly Status Conference, the Court heard argument regarding the Special Master's Recommendation from co-class counsel, Dorothy Wimberly, Primary Counsel Val Exnicios, as well as statements from a Fee Committee Representative and the Special Master. After the hearing, the Court instructed any party who objected to the Special Master's recommendation to file objections with the Court. Having reviewed the objector's arguments, and considered statements at oral argument, the Court now adopts the Special Master's Recommendation.

The August 26, 2016, Amended Memorandum of Understanding represents an agreement between the parties where Various Homebuilders are entitled to receive a portion of the attorney

1

fees that were originally set aside in the Banner and Global Settlement Agreements. These Agreements included a provision to compensate co-class counsel, Dorothy Wimberly, for her role in negotiating and reaching the Banner and Global Settlements. Further, the Agreements provided that the PSC would not pursue Additional Common Benefit Assessments against the Homebuilders in connection with any additional common benefit assessments from Chinese Drywall cases that were outside the MDL.

Primary counsel objects to the Special Master's Recommendation, predominantly on the grounds that any disbursement of the funds allocated to compensate counsel "reduces the total amount of funds available to be allocated to individual counsel." R. 20616 at 1. Primary Counsel argues the Fee Committee has not explained if the fees described in the Memorandum of Understanding are included in the total amount of recovery due to Primary Counsel pursuant to Pre-Trial Order 28(F). R. 20616 at 3.

Additionally, Primary Counsel contends that such a distribution is premature, as the Fee Committee was to make a recommendation regarding the Homebuilder reimbursement claims after ruling on the Allocation Motion. R. 20616 at 4. Finally, Primary Counsel argues that the percentage for allocating fees between common benefit and individual counsel adopted in the MOU should not be used as precedent in other fee disputes in this MDL, as individual counsel were not in any way involved in negotiating these Settlements or the MOU.

The Court has reviewed the Special Masters Recommendation and the record and overrules the objections. The Special Master heard testimony and reviewed the exhibits submitted by all the parties. The judgment is not unfair; the Memorandum of Understanding regarding Homebuilder claims for Reimbursement of Counsel Fees was reached as a result of significant time and effort on behalf of the parties, particularly the efforts of co-class counsel, Dorothy Wimberly. Having

reviewed the record, the Court adopts the Special Master's findings and conclusions in their entirety.Therefore,

**IT IS ORDERED** that Primary Counsel's objections to the Special Master's Recommendation are **OVERRULED**. The Fee Committee's Motion to approve the Amended Memorandum of Understanding Regarding all Homebuilder Claims for Reimbursement of Counsel Fees, R. Doc. 20467, shall be **GRANTED**. All funds to be paid to the Various Homebuilders and to co-class counsel, Dorothy Wimberly, pursuant to the Amended Memorandum of Understanding, shall be immediately disbursed pursuant to that agreement.

New Orleans, Louisiana, this 23rd day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE