UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### [PROPOSED] ORDER

Considering Taishan's Motion for Plan to Satisfy Translation Order, **IT IS ORDERED** that the motion is **GRANTED**. Accordingly, the parties are ordered to proceed as proposed by the Motion:

1. Taishan will identify to the PSC all non-privileged documents designated as "relevant" by Taishan's qualitative review ("Taishan Relevant Set"). If the PSC has already translated a document (for use as an exhibit or otherwise), the PSC shall so indicate to Taishan to avoid superfluous translation.

2. Taishan will translate manually all remaining non-privileged documents in the Taishan Relevant Set.

3. The PSC may sample its own set of the remaining documents to determine whether the remainder of the documents are relevant in any way. If the PSC identifies documents that have not already been manually translated by Taishan or by the PSC itself, but still reflect content relevant to the issues in this case, the PSC may identify those documents to Taishan, and the parties shall confer in good faith to provide for the manual translation of relevant documents.

New Orleans, Louisiana, this _____ day of _____, 2017.

                                                                                                                                _____
Honorable Eldon E. Fallon
U.S. District Court Judge