IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                              MDL NO. 2047

This Document Relates to:                                                   SECTION L
                                                                                              JUDGE FALLON
Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.         MAG. JUDGE
WILKINSON
So. Dist. Mississippi, C.A. No. 13-cv-6652

Jason S. Herrington, et ux. V. Bass Homes, Inc., et al.
So. Dist. Mississippi, C.A. No. 13-cv-6653

## PLAINTIFFS' MOTION TO SET FOR HEARING

COME NOW the Plaintiffs, Braxton H. Collins and his wife, Kerrie Collins, and Jason S. Herrington and his wife, Cassie Herrington, and request that this Honorable Court set for hearing their Motions for Severance and Suggestion of Remand on a date certain as soon as counsel may be heard.

RESPECTFULLY SUBMITTED this, the 8th day of February, 2017.

                                                                BRAXTON & KERRIE COLLINS, Plaintiffs
                                                                JASON & CASSIE HERRINGTON, Plaintiffs

                                                                By and Through Their Attorneys,
                                                                LUCKEY & MULLINS, PLLC


                                                                BY:        /s/ Steve Mullins
                                                                              STEPHEN W. MULLINS

ATTORNEYS FOR PLAINTIFFS:

STEPHEN W. MULLINS  (MS Bar No. 9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102   (39564)
Post Office Box 990
Ocean Springs, MS  39566
Phone:	228.875.3175
Fax:	228.872.4719
smullins@luckeyandmullins.com


Of Counsel:

DANIEL K. BRYSON (*pro hac vice*)
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035


## **CERTIFICATE OF SERVICE**

I, STEPHEN W. MULLINS, do hereby certify that I have on this date electronically filed the above and foregoing Motion with this Court using the ECF filing system which has caused notification of such filing to be sent to registered counsel of record.

THIS, the 8th day of February, 2017.

                                                   */s/ Stephen W. Mullins*
                                                 STEPHEN W. MULLINS