IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| This Document Relates to: | SECTION L<br>JUDGE FALLON |
| Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.<br>So. Dist. Mississippi, C.A. No. 13-cv-6652 | MAG. JUDGE WILKINSON |
| Jason S. Herrington, et ux. V. Bass Homes, Inc., et al.<br>So. Dist. Mississippi, C.A. No. 13-cv-6653 | |

**ORDER SETTING HEARING**

Before this Court is a Motion of the Plaintiffs, Braxton H. Collins and his wife and Jason Herrington and his wife, by and through their counsel of record, to set for hearing their Motion for Severance and Suggestion of Remand, and the Court, after having considered same, finds that said Motion is GRANTED.

IT IS ORDERED that the Motion for Severance and Suggestion of Remand pending in the above-referenced matters be, and the same is set for hearing on the \_\_\_\_\_ day of _____, 2017, at _____ \_\_.m.

New Orleans, Louisiana, this \_\_\_\_ day of FEBRUARY, 2017.

**U. S. DISTRICT COURT JUDGE**

This Order prepared & submitted by
ATTORNEYS FOR PLAINTIFFS:

STEPHEN W. MULLINS  (MS Bar No. 9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102   (39564)
Post Office Box 990
Ocean Springs, MS  39566
Phone:         228.875.3175
Fax:    228.872.4719
smullins@luckeyandmullins.com

Of Counsel:

DANIEL K. BRYSON (*pro hac vice*)
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035