UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| | * | |
| **Braxton H. Collins, et al. v. Bass Homes, Inc.,** | * | |
| et al.; S. D. Mississippi, C.A. No. 1:13-00297 | * | **Case No. 13-6652** |
| | * | |
| **Jason S. Herrington, et al. v. Bass Homes, Inc.,** | * | |
| et al.; S. D. Mississippi, C.A. No. 1:13-00323 | * | **Case No. 13-6653** |
| ***************************************** | * | |

## FIREMAN'S FUND INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S MOTION FOR SEVERANCE AND SUGGESTION OF REMAND

Comes now, Fireman's Fund Insurance Company (hereinafter "FFIC") through undersigned counsel and responds to Plaintiffs' Motion for Severance and Suggestion of Remand, as follows. FFIC hereby concurs with, joins in and adopts the arguments raised in Defendant/Third Party Plaintiff Ace Home Center, Inc.'s Response to Plaintiffs' Motion for Severance and Suggestion of Remand. FFIC will face the same burden as AHC in trying to litigate multiple cases in multiple venues simultaneously.

If the stay is lifted and severance is granted, FFIC will be prejudiced and judicial economy and efficiency will be thwarted. If the Court is inclined to grant Plaintiffs' Motion, FFIC requests that the Court further require dismissal of the Plaintiffs' pending claims against Taishan in the *Wiltz* action, and that the Court remand the entirety of the claims asserted in the instant action.

{L0427885.2}                                                           1

WHEREFORE, premises considered, Fireman's Fund Insurance Company respectfully requests that this Court enter an Order denying Plaintiffs' Motion for Severance and Suggestion of Remand.

                                      Respectfully submitted,

                                      */s/ Gary J. Russo*
                                      Gary J. Russo, Esq. (10828)
                                      JONES WALKER LLP
                                      600 Jefferson Street, Suite 1600
                                      Lafayette, LA 70501
                                      Telephone: (337) 593-7600
                                      Facsimile: (337) 593-7601
                                      Email: grusso@joneswalker.com
                                      **Counsel for Third-Party Defendant Fireman's Fund Insurance Company**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and e-mail <u>and</u> upon all parties electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of February, 2017.

                                      /S/ Gary J. Russo
                                      Gary J. Russo