UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION   MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the PSC's Alternative Suggestion to Taishan's Plan to Satisfy Translation Order;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Taishan should produce ALL Peng documents with full translation as originally ordered and as justified by the facts and the law; Taishan should designate each document as relevant, scantly relevant, or irrelevant; Taishan should produce all relevant and scantly relevant documents to the PSC in manual translation; and The Court should consider the appointment at Taishan's expense of a special master to review each of the alleged irrelevant documents to confirm their status.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge