# EXHIBIT A-2

| DOC NUMBER | DOC DATE/ LAST MOD | AUTHOR | CC (if applicable) | RECIPIENT | DESCRIPTION OF WITHHELD/ REDACTED INFORMATION | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 1 | 6/18/2010 14:18 | v20100526 <v20100526@163.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen Eugene <eugene.chen@hoganlovells.com>;dongchungang <dong.chungang@jingtian.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 2 | 6/18/2010 16:14 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | <zjcth001@163.com>; <thbmjtc@163.com> | dongchungang <dong.chungang@jingtian.com>;v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 3 | 6/18/2010 17:26 | v20100526 <v20100526@163.com> | Chungang Dong <dong.chungang@jingtian.com>; <zjcth001@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 4 | 6/18/2010 17:29 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | <zjcth001@163.com>;Chungang Dong <dong.chungang@jingtian.com> | v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 5 | 10/8/2010 11:53 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | dongchungang <dong.chungang@jingtian.com>;Jiang, Lesley <Lesley.Jiang@hoganlovells.com>;Yuan, Stacy <Stacy.Yuan@hoganlovells.com> | Jia Tongchun <thbmjtc@163.com>;Peng Wenlong <v20100526@163.com>;Zhang Jianchun <zjcth001@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 6 | 10/13/2010 16:35 | dongchungang <dong.chungang@jingtian.com> | 'Cyr, Joe' <joe.cyr@hoganlovells.com>;'Galvin, Matthew' <matthew.galvin@hoganlovells.com>;'Garcia, Renee' <renee.garcia@hoganlovells.com>;'Jia Tongchun' <thbmjtc@163.com>;'Peng Wenlong' <v20100526@163.com>;'Statman, Eric' <eric.statman@hoganlovells.com>;'Zhang Jianchun' <zjcth001@163.com> | 'Chen, Eugene' <Eugene.Chen@hoganlovells.com>;'Spano, Frank T.' <frank.spano@hoganlovells.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 7 | 10/18/2010 15:40 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Yuan, Stacy <Stacy.Yuan@hoganlovells.com> | dongchungang <dong.chungang@jingtian.com>;Jia Tongchun <thbmjtc@163.com>;Peng Wenlong <v20100526@163.com>;Zhang Jianchun <zjcth001@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 8 | 1/19/2011 11:44 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Chungang Dong <dong.chungang@jingtian.com>;Yuan, Stacy <Stacy.Yuan@hoganlovells.com>;Zhang Jianchun <zjcth001@163.com> | Peng Wenlong <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 9 | 2/17/2011 12:41 | Yuan, Stacy <Stacy.Yuan@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;lawer Dong <dong.chungang@jingtian.com>;Song, Jay J. <jay.song@hoganlovells.com> | v20100526 <v20100526@163.com>;??? <zjcth001@163.com>;?? <thbmjtc@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 10 | 2/18/2011 10:47 | v20100526 <v20100526@163.com> | <zjcth001@163.com>;<thbmjtc@163.com> | Chen Eugene <eugene.chen@hoganlovells.com>;Yuan, Stacy <Stacy.Yuan@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 11 | 2/24/2011 16:31 | Dong, Chungang <dong.chungang@jingtian.com> | Jiang, Lesley' <Lesley.Jiang@hoganlovells.com>;'Song, Jay J.' <jay.song@hoganlovells.com>;'v20100526' <v20100526@163.com>;'Yuan, Stacy' <Stacy.Yuan@hoganlovells.com>;'Zhao Hang' <zhao.hang@jingtian.com>; <zjcth001@163.com>; <thbmjtc@163.com> | 'Chen, Eugene' <Eugene.Chen@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |

| # | Date/Time | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 12 | 3/1/2011 15:06 | Yuan, Stacy <Stacy.Yuan@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;Galvin, Matthew <matthew.galvin@hoganlovells.com>;Song, Jay J. <jay.song@hoganlovells.com>;<zjcth001@163.com>;<thbmjtc@163.com> | v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 13 | 3/29/2011 17:08 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Yuan, Stacy <Stacy.Yuan@hoganlovells.com> | <zjcth001@163.com>;Dong, Chungang <dong.chungang@jingtian.com>;thbmjtc@163.com;v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 14 | 7/26/2011 16:37 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Dong, Chungang <dong.chungang@jingtian.com>;Jia Tongchun <thbmjtc@163.com>;Zhang Jianchun <zjcth001@163.com> | Peng Wenlong <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 15 | 8/2/2011 10:53 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | <zjcth001@163.com>; <thbmjtc@163.com>; Chungang Dong <dong.chungang@jingtian.com> | v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 16 | 9/16/2011 15:31 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;dong.chungang@jingtian.com;Gao, Nicole <nicole.gao@hoganlovells.com>;v20100526@163.com;zjcth001@163.com | thbmjtc@163.com | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 17 | 10/4/2011 14:02 | v20100526 <v20100526@163.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;lawer Dong <dong.chungang@jingtian.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 18 | 10/4/2011 22:08 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | <zjcth001@163.com>; <thbmjtc@163.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | lawer Dong <dong.chungang@jingtian.com>;v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 19 | 10/5/2011 10:56 | v20100526 <v20100526@163.com> | | <zjcth001@163.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 20 | 10/15/2011 9:46 | v20100526 <v20100526@163.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen Eugene <eugene.chen@hoganlovells.com>;Ji Jieni <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 21 | 10/16/2011 12:04 | Chungang DONG <dong.chungang@jingtian.com> | | <zjcth001@163.com>; <thbmjtc@163.com>;'v20100526' <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 22 | 10/16/2011 17:08 | v20100526 <v20100526@163.com> | | Chungang DONG <dong.chungang@jingtian.com>; <zjcth001@163.com>; <thbmjtc@163.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 23 | 11/2/2011 9:59 | Chungang DONG <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | 'Chen, Eugene' <Eugene.Chen@hoganlovells.com>;'Ji Jieni' <jieni.ji@hoganlovells.com>;'v20100526' <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 24 | 11/2/2011 16:18 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Ji, Jieni <jieni.ji@hoganlovells.com>;lawer Dong <dong.chungang@jingtian.com>;thbmjtc@163.com;zjcth001@163.com | v20100526@163.com | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 25 | 11/3/2011 2:14 | Chungang DONG <dong.chungang@jingtian.com> | <zjcth001@163.com>;<thbmjtc@163.com> | 'v20100526' <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 26 | 11/4/2011 17:59 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | lawer Dong <dong.chungang@jingtian.com>; <zjcth001@163.com>;<thbmjtc@163.com> | Ji, Jieni <jieni.ji@hoganlovells.com>;v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |

| # | Date | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 27 | 11/23/2011 6:30 | Chungang DONG <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | 'Chen, Eugene' <Eugene.Chen@hoganlovells.com>;'Chungang DONG' <dong.chungang@jingtian.com>;'Ji Jieni' <jieni.ji@hoganlovells.com>;'v20100526' <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 28 | 12/5/2011 9:18 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;dong.chungang@jingtian.com;Ji, Jieni <jieni.ji@hoganlovells.com> | thbmjtc@163.com;v20100526@163.com;zjcth001@163.com | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 29 | 12/6/2011 17:43 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Chungang DONG <dong.chungang@jingtian.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | thbmjtc@163.com;v20100526@163.com;zjcth001@163.com | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 30 | 12/8/2011 15:45 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Chungang DONG <dong.chungang@jingtian.com>;Ji, Jieni <jieni.ji@hoganlovells.com>;thbmjtc@163.com;zjcth001@163.com | v20100526@163.com | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 31 | 12/21/2011 10:57 | v20100526 <v20100526@163.com> | <zjcth001@163.com>; <thbmjtc@163.com> | lawer Dong <dong.chungang@jingtian.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 32 | 12/22/2011 7:11 | Chungang DONG <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | 'v20100526' <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 33 | 1/31/2012 18:20 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;dong.chungang@jingtian.com;v20100526@163.com <'v20100526@163.com'>;zjcth001@163.com | thbmjtc@163.com | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 34 | 2/1/2012 9:05 | v20100526 <v20100526@163.com> | lawer Dong <dong.chungang@jingtian.com>;??? <zjcth001@163.com>;?? <thbmjtc@163.com> | Chen Eugene <eugene.chen@hoganlovells.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 35 | 2/1/2012 10:17 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;lawer Dong <dong.chungang@jingtian.com>;<zjcth001@163.com>;<thbmjtc@163.com> | v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 36 | 2/1/2012 13:25 | v20100526 <v20100526@163.com> | lawer Dong <dong.chungang@jingtian.com>; <zjcth001@163.com>; <thbmjtc@163.com> | Chen Eugene <eugene.chen@hoganlovells.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 37 | 2/14/2012 17:24 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Ji, Jieni <jieni.ji@hoganlovells.com>;v20100526@163.com;zjcth001@163.com | thbmjtc@163.com | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 38 | 2/14/2012 18:06 | v20100526 <v20100526@163.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;Ji Jieni <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 39 | 2/15/2012 9:32 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Ji, Jieni <jieni.ji@hoganlovells.com>;v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 40 | 2/15/2012 16:13 | v20100526 <v20100526@163.com> | <zjcth001@163.com>; <thbmjtc@163.com> | lawer Dong <dong.chungang@jingtian.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 41 | 2/15/2012 16:44 | v20100526 <v20100526@163.com> |  | <zjcth001@163.com> | Email from client to attorney requesting legal advice regarding | Attorney-Client Communication |
| 42 | 2/16/2012 12:00 | Chungang DONG <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | 'v20100526' <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |

| # | Date | From | To | CC | Description | Privilege |
|---|------|------|----|----|-------------|-----------|
| 43 | 2/19/2012 7:22 | v20100526 <v20100526@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 44 | 6/21/2012 15:34 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;jieni.ji <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 45 | 6/21/2012 21:49 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>; <dong.chungang@jingtian.com>; <thbmjtc@163.com> | jieni.ji <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 46 | 6/25/2012 14:53 | Peng Wenlong <v20100526@126.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 47 | 6/25/2012 15:31 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;jieni.ji <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 48 | 7/1/2012 12:15 | Chungang DONG <dong.chungang@jingtian.com> | | v20100526' <v20100526@163.com>;<zjcth001@163.com>; <thbmjtc@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 49 | 7/2/2012 9:21 | Chungang DONG <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | 'v20100526' <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 50 | 8/1/2012 16:49 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Ji, Jieni <jieni.ji@hoganlovells.com>; <zjcth001@163.com>;<dong.chungang@jingtian.com>; <thbmjtc@163.com> | Peng Wenlong (v20100526@126.com) <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 51 | 8/3/2012 14:06 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>;<dong.chungang@jingtian.com>; <thbmjtc@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;jieni.ji <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 52 | 10/12/2012 12:30 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | dong.chungang@jingtian.com <dong.chungang@jingtian.com>;Ji, Jieni <jieni.ji@hoganlovells.com>;Peng Wenlong (v20100526@126.com); <zjcth001@163.com> | <thbmjtc@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 53 | 10/26/2012 10:03 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>; <zjcth001@163.com>; <dong.chungang@jingtian.com>;<thbmjtc@163.com> | Peng Wenlong <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 54 | 10/27/2012 11:59 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>;<dong.chungang@jingtian.com>;<thbmjtc@163.com> | eugene.chen <eugene.chen@hoganlovells.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 55 | 10/30/2012 22:00 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>;<dong.chungang@jingtian.com>;<thbmjtc@163.com> | eugene.chen <eugene.chen@hoganlovells.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 56 | 12/27/2012 23:24 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Chungang Dong' <dong.chungang@jingtian.com>;Ji, Jieni <jieni.ji@hoganlovells.com>; <zjcth001@163.com>;thbmjtc@163.com | Peng Wenlong (v20100526@126.com) <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 57 | 3/31/2013 18:03 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Dong, Chungang <dong.chungang@jingtian.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 58 | 3/31/2013 22:17 | Dong, Chungang <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | 'Peng Wenlong' <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 59 | 5/10/2013 18:22 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Mr. Dong, Chungang <dong.chungang@jingtian.com>; <zjcth001@163.com>;<thbmjtc@163.com> | Ji, Jieni <jieni.ji@hoganlovells.com>;Peng Wenlong <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | 8/13/2013 13:55 | Ji, Jieni <jieni.ji@hoganlovells.com> | 'thbmjtc@163.com' <thbmjtc@163.com>;'zjcth001@163.com' <zjcth001@163.com>;Chen, Eugene <Eugene.Chen@hoganlovells.com> | (v20100526@126.com) <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 61 | 8/17/2013 9:10 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>; <thbmjtc@163.com> | eugene.chen <eugene.chen@hoganlovells.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 62 | 8/18/2013 15:32 | Ji, Jieni <jieni.ji@hoganlovells.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;Peng Wenlong <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 63 | 8/19/2013 15:50 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | 'dong.chungang@jingtian.com' <dong.chungang@jingtian.com>;'thbmjtc@163.com' <thbmjtc@163.com>;'zjcth001@163.com' <zjcth001@163.com>;Chen, Eugene <Eugene.Chen@hoganlovells.com>;Gao, Nicole <nicole.gao@hoganlovells.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | v20100526@126.com <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 64 | 8/22/2013 0:15 | Ji, Jieni <jieni.ji@hoganlovells.com> | 'dong.chungang@jingtian.com' <dong.chungang@jingtian.com>;'thbmjtc@163.com' <thbmjtc@163.com>;'zjcth001@163.com' <zjcth001@163.com>;Chen, Eugene <Eugene.Chen@hoganlovells.com> | 'v20100526@163.com' <'v20100526@163.com'>;(v20100526@126.com) <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 65 | 9/16/2013 9:11 | Ji, Jieni <jieni.ji@hoganlovells.com> | 'dong.chungang@jingtian.com' <dong.chungang@jingtian.com>;'thbmjtc@163.com' <thbmjtc@163.com>;'zjcth001@163.com' <zjcth001@163.com>;Chen, Eugene <Eugene.Chen@hoganlovells.com> | 'v20100526@163.com' <'v20100526@163.com'>;(v20100526@126.com) <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 66 | 9/22/2013 13:34 | Ji, Jieni <jieni.ji@hoganlovells.com> | 'dong.chungang@jingtian.com' <dong.chungang@jingtian.com>;'thbmjtc@163.com' <thbmjtc@163.com>;'zjcth001@163.com' <zjcth001@163.com>;Chen, Eugene <Eugene.Chen@hoganlovells.com> | (v20100526@126.com) <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 67 | 9/27/2013 9:30 | Ji, Jieni <jieni.ji@hoganlovells.com> | 'dong.chungang@jingtian.com' <dong.chungang@jingtian.com>;'thbmjtc@163.com' <thbmjtc@163.com>;'zjcth001@163.com' <zjcth001@163.com>;Chen, Eugene <Eugene.Chen@hoganlovells.com> | Peng Wenlong <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 68 | 11/14/2013 11:58 | Dong Chungang <dong.chungang@jingtian.com> | 'v20100526@163.com' <'v20100526@163.com'>;'zjcth001@163.com' <zjcth001@163.com>;(v20100526@126.com) <v20100526@126.com>;Chen, Eugene <Eugene.Chen@hoganlovells.com> | 'thbmjtc@163.com' <thbmjtc@163.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 69 | 12/24/2013 14:19 | Ji, Jieni <jieni.ji@hoganlovells.com> | 'dong.chungang@jingtian.com' <dong.chungang@jingtian.com>;'thbmjtc@163.com' <thbmjtc@163.com>;'zjcth001@163.com' <zjcth001@163.com>;Chen, Eugene <Eugene.Chen@hoganlovells.com> | (v20100526@126.com) <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 70 | 2/6/2014 15:11 | Dong Chungang <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Peng Wenlong <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |

| # | Date | From | To | CC | Description | Privilege |
|---|------|------|-----|-----|-------------|-----------|
| 71 | 2/17/2014 19:29 | Ji, Jieni <jieni.ji@hoganlovells.com> | 'dong.chungang@jingtian.com' <dong.chungang@jingtian.com>;'thbmjtc@163.com' <thbmjtc@163.com>;'zjcth001@163.com' <zjcth001@163.com>;Chen, Eugene <Eugene.Chen@hoganlovells.com> | v20100526@126.com <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 72 | 2/19/2014 19:04 | Ji, Jieni <jieni.ji@hoganlovells.com> | 'dong.chungang@jingtian.com' <dong.chungang@jingtian.com>;'thbmjtc@163.com' <thbmjtc@163.com>;'zjcth001@163.com' <zjcth001@163.com>;Chen, Eugene <Eugene.Chen@hoganlovells.com> | (v20100526@126.com) <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 73 | 2/24/2014 16:18 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;Mr. Dong, Chungang <dong.chungang@jingtian.com>;??? <zjcth001@163.com>;?? <thbmjtc@163.com> | Peng Wenlong <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 74 | 5/22/2014 18:32 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Dong Chungang <dong.chungang@jingtian.com>;Peng Wenlong (v20100526@126.com) <v20100526@126.com>;zjcth001@163.com <zjcth001@163.com> | thbmjtc@163.com <thbmjtc@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 75 | 7/25/2014 17:14 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | 'dong.chungang@jingtian.com' <dong.chungang@jingtian.com>;Peng Wenlong (v20100526@126.com) <v20100526@126.com>;Yan, Phoebe <phoebe.yan@hoganlovells.com>;zjcth001@163.com <zjcth001@163.com> | thbmjtc@163.com <thbmjtc@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 76 | 2/17/2015 23:16 | Taishan gypsum <tg20150217@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 77 | 2/19/2015 11:30 | Taishan gypsum <tg20150217@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 78 | 2/19/2015 13:22 | Taishan gypsum <tg20150217@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 79 | 2/19/2015 13:24 | Taishan gypsum <tg20150217@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 80 | 2/20/2015 8:04 | Taishan gypsum <tg20150217@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 81 | 2/28/2015 9:22 | Taishan gypsum <tg20150217@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 82 | 2/28/2015 10:52 | Taishan gypsum <tg20150217@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |

| | | | | | | |
|---|---|---|---|---|---|---|
| 83 | 3/4/2015 9:17 | tea163126 <tea163126@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 84 | 3/19/2015 8:15 | Su, Helen <Helen.Su@alston.com> | Balloon, Tony <Tony.Balloon@alston.com>;Mangum, Chris <Chris.Mangum@alston.com>;Su, Helen <Helen.Su@alston.com>;Taylor, Bernard <Bernard.Taylor@alston.com>;tssg@jiayuan-law.com <tssg@jiayuan-law.com>; <zjcth001@163.com>; <yanguozhe@jiayuan-law.com>; <thbmjtc@163.com> | tea163126 <tea163126@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 85 | 3/20/2015 10:32 | Su, Helen <Helen.Su@alston.com> | tssg@jiayuan-law.com <tssg@jiayuan-law.com>; <zjcth001@163.com>; <yanguozhe@jiayuan-law.com>; <thbmjtc@163.com> | tea163126@163.com <tea163126@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 86 | 4/10/2015 11:34 | Su, Helen <Helen.Su@alston.com> | Su, Helen <Helen.Su@alston.com>;tssg@jiayuan-law.com <tssg@jiayuan-law.com>; <zjcth001@163.com>; <thbmjtc@163.com> | chenyimin@jiayuan-law.com <chenyimin@jiayuan-law.com>;tea163126 <tea163126@163.com>; <yanguozhe@jiayuan-law.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 87 | 4/10/2015 11:51 | CHEN Yimin <chenyimin@jiayuan-law.com> | <zjcth001@163.com>; <thbmjtc@163.com>;tssg@jiayuan-law.com | 'Su, Helen' <Helen.Su@alston.com>;'tea163126' <tea163126@163.com>; <yanguozhe@jiayuan-law.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 88 | 4/10/2015 14:14 | Su, Helen <Helen.Su@alston.com> | tea163126 <tea163126@163.com>;tssg@jiayuan-law.com <tssg@jiayuan-law.com>;<zjcth001@163.com>; <yanguozhe@jiayuan-law.com>; <thbmjtc@163.com> | CHEN Yimin <chenyimin@jiayuan-law.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 89 | 4/10/2015 14:17 | CHEN Yimin <chenyimin@jiayuan-law.com> | tea163126' <tea163126@163.com>; <zjcth001@163.com>;<yanguozhe@jiayuan-law.com>;<thbmjtc@163.com>;tssg@jiayuan-law.com | 'Su, Helen' <Helen.Su@alston.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 90 | 4/10/2015 16:14 | CHEN Yimin <chenyimin@jiayuan-law.com> | <zjcth001@163.com>; <thbmjtc@163.com>;tssg@jiayuan-law.com | Su, Helen' <Helen.Su@alston.com>;'tea163126' <tea163126@163.com>; <yanguozhe@jiayuan-law.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 91 | 6/18/2010 14:18 | v20100526 <v20100526@163.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen Eugene <eugene.chen@hoganlovells.com>;dongchungang <dong.chungang@jingtian.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 92 | 6/18/2010 16:14 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | <zjcth001@163.com>; <thbmjtc@163.com> | dongchungang <dong.chungang@jingtian.com>;v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 93 | 6/18/2010 17:26 | v20100526 <v20100526@163.com> | lawer Dong <dong.chungang@jingtian.com>;??? <zjcth001@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 94 | 6/18/2010 17:29 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | <zjcth001@163.com>;lawer Dong <dong.chungang@jingtian.com> | v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 95 | 10/8/2010 11:53 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | dongchungang <dong.chungang@jingtian.com>;Jiang, Lesley <Lesley.Jiang@hoganlovells.com>;Yuan, Stacy <Stacy.Yuan@hoganlovells.com> | Jia Tongchun <thbmjtc@163.com>;Peng Wenlong <v20100526@163.com>;Zhang Jianchun <zjcth001@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |

| # | Date | From | To | CC | Description | Privilege |
|---|------|------|----|----|-------------|-----------|
| 96 | 10/13/2010 16:35 | dongchungang <dong.chungang@jingtian.com> | Cyr, Joe <joe.cyr@hoganlovells.com>;Galvin, Matthew <matthew.galvin@hoganlovells.com>;Garcia, Renee <renee.garcia@hoganlovells.com>;Jia Tongchun <thbmjtc@163.com>;Peng Wenlong <v20100526@163.com>;Statman, Eric <eric.statman@hoganlovells.com>;Zhang Jianchun <zjcth001@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;Spano, Frank T. <frank.spano@hoganlovells.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 97 | 10/18/2010 15:40 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Yuan, Stacy <Stacy.Yuan@hoganlovells.com> | dongchungang <dong.chungang@jingtian.com>;Jia Tongchun <thbmjtc@163.com>;Peng Wenlong <v20100526@163.com>;Zhang Jianchun <zjcth001@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 98 | 1/19/2011 11:44 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | lawer Dong <dong.chungang@jingtian.com>;Yuan, Stacy <Stacy.Yuan@hoganlovells.com>;Zhang Jianchun <zjcth001@163.com> | Peng Wenlong <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 99 | 2/17/2011 12:41 | Yuan, Stacy <Stacy.Yuan@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;lawer Dong <dong.chungang@jingtian.com>;Song, Jay J. <jay.song@hoganlovells.com> | v20100526 <v20100526@163.com>; <zjcth001@163.com>; <thbmjtc@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 100 | 2/18/2011 10:47 | v20100526 <v20100526@163.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen Eugene <eugene.chen@hoganlovells.com>;Yuan, Stacy <Stacy.Yuan@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 101 | 2/24/2011 16:31 | Dong, Chungang <dong.chungang@jingtian.com> | <zjcth001@163.com>;<thbmjtc@163.com>;Jiang, Lesley <Lesley.Jiang@hoganlovells.com>;Song, Jay J. <jay.song@hoganlovells.com>;v20100526 <v20100526@163.com>;Yuan, Stacy <Stacy.Yuan@hoganlovells.com>;Zhao Hang <zhao.hang@jingtian.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 102 | 3/1/2011 15:06 | Yuan, Stacy <Stacy.Yuan@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;Galvin, Matthew <matthew.galvin@hoganlovells.com>;Song, Jay J. <jay.song@hoganlovells.com>; <zjcth001@163.com>; <thbmjtc@163.com> | v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 103 | 3/29/2011 17:08 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Yuan, Stacy <Stacy.Yuan@hoganlovells.com> | <zjcth001@163.com>;Dong, Chungang <dong.chungang@jingtian.com>;thbmjtc@163.com;v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 104 | 7/26/2011 16:37 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Dong, Chungang <dong.chungang@jingtian.com>;Jia Tongchun <thbmjtc@163.com>;Zhang Jianchun <zjcth001@163.com> | Peng Wenlong <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 105 | 8/2/2011 10:53 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | <zjcth001@163.com>;<thbmjtc@163.com>;lawer Dong <dong.chungang@jingtian.com> | v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 106 | 9/16/2011 15:31 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;dong.chungang@jingtian.com;Gao, Nicole <nicole.gao@hoganlovells.com>;v20100526@163.com;zjcth001@163.com | thbmjtc@163.com | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 107 | 10/4/2011 14:02 | v20100526 <v20100526@163.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;lawer Dong <dong.chungang@jingtian.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |

| # | Date | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 108 | 10/4/2011 22:08 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | <zjcth001@163.com>; <thbmjtc@163.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | lawer Dong <dong.chungang@jingtian.com>;v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 109 | 10/5/2011 10:56 | v20100526 <v20100526@163.com> | | <zjcth001@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 110 | 10/10/2011 12:50 | v20100526 <v20100526@163.com> | Chungang DONG <dong.chungang@jingtian.com>; <zjcth001@163.com>; <thbmjtc@163.com> | Chen Eugene <eugene.chen@hoganlovells.com>;Ji Jieni <jieni.ji@hoganlovells.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 111 | 10/15/2011 9:46 | v20100526 <v20100526@163.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen Eugene <eugene.chen@hoganlovells.com>;Ji Jieni <jieni.ji@hoganlovells.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 112 | 10/16/2011 12:04 | Chungang DONG <dong.chungang@jingtian.com> | | <zjcth001@163.com>; <thbmjtc@163.com>;v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 113 | 10/16/2011 17:08 | v20100526 <v20100526@163.com> | | Chungang DONG <dong.chungang@jingtian.com>; <zjcth001@163.com>; <thbmjtc@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 114 | 11/2/2011 9:59 | Chungang DONG <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;Ji Jieni <jieni.ji@hoganlovells.com>;v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 115 | 11/2/2011 16:18 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Ji, Jieni <jieni.ji@hoganlovells.com>;lawer Dong <dong.chungang@jingtian.com>;thbmjtc@163.com;zjcth001@163.com | v20100526@163.com | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 116 | 11/3/2011 2:14 | Chungang DONG <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 117 | 11/4/2011 17:59 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | lawer Dong <dong.chungang@jingtian.com>;<zjcth001@163.com>; <thbmjtc@163.com> | Ji, Jieni <jieni.ji@hoganlovells.com>;v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 118 | 11/23/2011 6:30 | Chungang DONG <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;Chungang DONG <dong.chungang@jingtian.com>;Ji Jieni <jieni.ji@hoganlovells.com>;v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 119 | 12/5/2011 9:18 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;dong.chungang@jingtian.com;Ji, Jieni <jieni.ji@hoganlovells.com> | thbmjtc@163.com;v20100526@163.com;zjcth001@163.com | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 120 | 12/6/2011 17:43 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Chungang DONG <dong.chungang@jingtian.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | thbmjtc@163.com;v20100526@163.com;zjcth001@163.com | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 121 | 12/8/2011 15:45 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Chungang DONG <dong.chungang@jingtian.com>;Ji, Jieni <jieni.ji@hoganlovells.com>;thbmjtc@163.com;zjcth001@163.com | v20100526@163.com | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 122 | 12/21/2011 10:57 | v20100526 <v20100526@163.com> | <zjcth001@163.com>; <thbmjtc@163.com> | lawer Dong <dong.chungang@jingtian.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 123 | 12/22/2011 7:11 | Chungang DONG <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 124 | 1/31/2012 18:20 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;dong.chungang@jingtian.com;v20100526@163.com <v20100526@163.com>;zjcth001@163.com | thbmjtc@163.com | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |

| # | Date/Time | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 125 | 2/1/2012 9:05 | v20100526 <v20100526@163.com> | lawer Dong <dong.chungang@jingtian.com>; <zjcth001@163.com>; <thbmjtc@163.com> | Chen Eugene <eugene.chen@hoganlovells.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 126 | 2/1/2012 10:17 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;lawer Dong <dong.chungang@jingtian.com>; <zjcth001@163.com>; <thbmjtc@163.com> | v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 127 | 2/1/2012 13:25 | v20100526 <v20100526@163.com> | lawer Dong <dong.chungang@jingtian.com>; <zjcth001@163.com>; <thbmjtc@163.com> | Chen Eugene <eugene.chen@hoganlovells.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 128 | 2/14/2012 17:24 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Ji, Jieni <jieni.ji@hoganlovells.com>;v20100526@163.com;zjcth001@163.com | thbmjtc@163.com | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 129 | 2/14/2012 18:06 | v20100526 <v20100526@163.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;Ji Jieni <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 130 | 2/15/2012 9:32 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Ji, Jieni <jieni.ji@hoganlovells.com>;v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 131 | 2/15/2012 16:13 | v20100526 <v20100526@163.com> | <zjcth001@163.com>; <thbmjtc@163.com> | lawer Dong <dong.chungang@jingtian.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 132 | 2/15/2012 16:44 | v20100526 <v20100526@163.com> | | <zjcth001@163.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 133 | 2/16/2012 12:00 | Chungang DONG <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 134 | 2/19/2012 7:22 | v20100526 <v20100526@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 135 | 6/21/2012 15:34 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;jieni.ji <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 136 | 6/21/2012 21:49 | Peng Wenlong <v20100526@126.com> | lawer Dong <dong.chungang@jingtian.com>; <zjcth001@163.com>; <thbmjtc@163.com> | jieni.ji <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 137 | 6/25/2012 14:53 | Peng Wenlong <v20100526@126.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 138 | 6/25/2012 15:31 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;jieni.ji <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 139 | 7/1/2012 12:15 | Chungang DONG <dong.chungang@jingtian.com> | | <zjcth001@163.com>; <thbmjtc@163.com>;v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 140 | 7/2/2012 9:21 | Chungang DONG <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | v20100526 <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 141 | 8/1/2012 16:49 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Ji, Jieni <jieni.ji@hoganlovells.com>;<zjcth001@163.com>;<dong.chungang@jingtian.com>; <thbmitc@163.com> | Peng Wenlong (v20100526@126.com) <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 142 | 8/3/2012 14:06 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>;<dong.chungang@jingtian.com>; <thbmjtc@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;jieni.ji <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |

| # | Date | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 143 | 10/12/2012 12:30 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | dong.chungang@jingtian.com <dong.chungang@jingtian.com>;Ji, Jieni <jieni.ji@hoganlovells.com>;Peng Wenlong (v20100526@126.com); <zjcth001@163.com> | <thbmjtc@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 144 | 10/26/2012 10:03 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;??? <zjcth001@163.com>;??? <dong.chungang@jingtian.com>;?? <thbmjtc@163.com> | Peng Wenlong <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 145 | 10/27/2012 11:59 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>;<dong.chungang@jingtian.com>; <thbmjtc@163.com> | eugene.chen <eugene.chen@hoganlovells.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 146 | 10/30/2012 22:00 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>;<dong.chungang@jingtian.com>; <thbmjtc@163.com> | eugene.chen <eugene.chen@hoganlovells.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 147 | 12/27/2012 23:24 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Chungang Dong <dong.chungang@jingtian.com>;Ji, Jieni <jieni.ji@hoganlovells.com>; <zjcth001@163.com>;<thbmjtc@163.com> | Peng Wenlong (v20100526@126.com) <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 148 | 3/31/2013 18:03 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Dong, Chungang <dong.chungang@jingtian.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 149 | 3/31/2013 22:17 | Dong, Chungang <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Peng Wenlong <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 150 | 5/10/2013 18:22 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Mr. Dong, Chungang <dong.chungang@jingtian.com>;??? <zjcth001@163.com>;?? <thbmjtc@163.com> | Ji, Jieni <jieni.ji@hoganlovells.com>;Peng Wenlong <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 151 | 8/13/2013 13:55 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;thbmjtc@163.com <thbmjtc@163.com>;zjcth001@163.com <zjcth001@163.com> | (v20100526@126.com) <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 152 | 8/17/2013 9:10 | Peng Wenlong <v20100526@126.com> | <zjcth001@163.com>; <thbmjtc@163.com> | eugene.chen <eugene.chen@hoganlovells.com>;Ji, Jieni <jieni.ji@hoganlovells.com> | Email from client to attorney requesting legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 153 | 8/18/2013 15:32 | Ji, Jieni <jieni.ji@hoganlovells.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;Peng Wenlong <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 154 | 8/19/2013 15:50 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;dong.chungang@jingtian.com <dong.chungang@jingtian.com>;Gao, Nicole <nicole.gao@hoganlovells.com>;Ji, Jieni <jieni.ji@hoganlovells.com>;thbmjtc@163.com <thbmjtc@163.com>;zjcth001@163.com <zjcth001@163.com> | v20100526@126.com <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 155 | 8/22/2013 0:15 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;dong.chungang@jingtian.com <dong.chungang@jingtian.com>;thbmjtc@163.com <thbmjtc@163.com>;zjcth001@163.com <zjcth001@163.com> | (v20100526@126.com) <v20100526@126.com>;v20100526@163.com <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |

| # | Date/Time | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 156 | 9/16/2013 9:11 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;dong.chungang@jingtian.com <dong.chungang@jingtian.com>;thbmjtc@163.com <thbmjtc@163.com>;zjcth001@163.com <zjcth001@163.com> | (v20100526@126.com) <v20100526@126.com>;v20100526@163.com <v20100526@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 157 | 9/22/2013 13:34 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;dong.chungang@jingtian.com <dong.chungang@jingtian.com>;thbmjtc@163.com <thbmjtc@163.com>;zjcth001@163.com <zjcth001@163.com> | (v20100526@126.com) <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 158 | 9/27/2013 9:30 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;dong.chungang@jingtian.com <dong.chungang@jingtian.com>;thbmjtc@163.com <thbmjtc@163.com>;zjcth001@163.com <zjcth001@163.com> | Peng Wenlong <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 159 | 11/14/2013 11:58 | Dong Chungang <dong.chungang@jingtian.com> | (v20100526@126.com) <v20100526@126.com>;Chen, Eugene <Eugene.Chen@hoganlovells.com>;v20100526@163.com <v20100526@163.com>;zjcth001@163.com <zjcth001@163.com> | Ji, Jieni <jieni.ji@hoganlovells.com>;thbmjtc@163.com <thbmjtc@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 160 | 12/24/2013 14:19 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;dong.chungang@jingtian.com <dong.chungang@jingtian.com>;thbmjtc@163.com <thbmjtc@163.com>;zjcth001@163.com <zjcth001@163.com> | (v20100526@126.com) <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 161 | 2/6/2014 15:11 | Dong Chungang <dong.chungang@jingtian.com> | <zjcth001@163.com>; <thbmjtc@163.com> | Peng Wenlong <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 162 | 2/17/2014 19:29 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;dong.chungang@jingtian.com <dong.chungang@jingtian.com>;thbmjtc@163.com <thbmjtc@163.com>;zjcth001@163.com <zjcth001@163.com> | v20100526@126.com <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 163 | 2/19/2014 19:04 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;dong.chungang@jingtian.com <dong.chungang@jingtian.com>;thbmjtc@163.com <thbmjtc@163.com>;zjcth001@163.com <zjcth001@163.com> | (v20100526@126.com) <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 164 | 2/24/2014 16:18 | Ji, Jieni <jieni.ji@hoganlovells.com> | Chen, Eugene <Eugene.Chen@hoganlovells.com>;Mr. Dong, Chungang <dong.chungang@jingtian.com>; <zjcth001@163.com>; <thbmjtc@163.com> | Peng Wenlong <v20100526@126.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |

| # | Date/Time | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 165 | 5/22/2014 18:32 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | Dong Chungang <dong.chungang@jingtian.com>;Peng Wenlong (v20100526@126.com) <v20100526@126.com>;zjcth001@163.com <zjcth001@163.com> | thbmjtc@163.com <thbmjtc@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 166 | 7/25/2014 17:14 | Chen, Eugene <Eugene.Chen@hoganlovells.com> | dong.chungang@jingtian.com <dong.chungang@jingtian.com>;Peng Wenlong (v20100526@126.com) <v20100526@126.com>;Yan, Phoebe <phoebe.yan@hoganlovells.com>;zjcth001@163.com <zjcth001@163.com> | <thbmjtc@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 167 | 2/17/2015 23:16 | Taishan gypsum <tg20150217@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 168 | 2/19/2015 11:30 | Taishan gypsum <tg20150217@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 169 | 2/19/2015 13:22 | Taishan gypsum <tg20150217@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 170 | 2/19/2015 13:24 | Taishan gypsum <tg20150217@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 171 | 2/20/2015 8:04 | Taishan gypsum <tg20150217@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 172 | 2/28/2015 9:22 | Taishan gypsum <tg20150217@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 173 | 2/28/2015 10:52 | Taishan gypsum <tg20150217@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 174 | 3/4/2015 9:17 | tea163126 <tea163126@163.com> | | <zjcth001@163.com>; <thbmjtc@163.com> | Email forwarding email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 175 | 3/19/2015 8:15 | Su, Helen <Helen.Su@alston.com> | Balloon, Tony <Tony.Balloon@alston.com>;Mangum, Chris <Chris.Mangum@alston.com>;Su, Helen <Helen.Su@alston.com>;Taylor, Bernard <Bernard.Taylor@alston.com>;tssg@jiayuan-law.com <tssg@jiayuan-law.com>; <zjcth001@163.com>; <yanguozhe@jiayuan-law.com>;<thbmjtc@163.com> | tea163126 <tea163126@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 176 | 3/20/2015 10:32 | Su, Helen <Helen.Su@alston.com> | tssg@jiayuan-law.com <tssg@jiayuan-law.com>; <zjcth001@163.com>; <yanguozhe@jiayuan-law.com>; <thbmjtc@163.com> | tea163126@163.com <tea163126@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |

| | | | | | | |
|---|---|---|---|---|---|---|
| 177 | 4/10/2015 11:34 | Su, Helen <Helen.Su@alston.com> | Su, Helen <Helen.Su@alston.com>;tssg@jiayuan-law.com <tssg@jiayuan-law.com>; <zjcth001@163.com>;<thbmjtc@163.com> | chenyimin@jiayuan-law.com <chenyimin@jiayuan-law.com>;tea163126 <tea163126@163.com>; <yanguozhe@jiayuan-law.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 178 | 4/10/2015 11:51 | CHEN Yimin <chenyimin@jiayuan-law.com> | <zjcth001@163.com>; <thbmjtc@163.com>;tssg@jiayuan-law.com | <yanguozhe@jiayuan-law.com>;Su, Helen <Helen.Su@alston.com>;tea163126 <tea163126@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 179 | 4/10/2015 14:14 | Su, Helen <Helen.Su@alston.com> | tea163126 <tea163126@163.com>;tssg@jiayuan-law.com <tssg@jiayuan-law.com>; <zjcth001@163.com>;<yanguozhe@jiayuan-law.com>; <thbmjtc@163.com> | CHEN Yimin <chenyimin@jiayuan-law.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 180 | 4/10/2015 14:17 | CHEN Yimin <chenyimin@jiayuan-law.com> | <zjcth001@163.com>; <yanguozhe@jiayuan-law.com>; <thbmjtc@163.com>;tea163126 <tea163126@163.com>;tssg@jiayuan-law.com | Su, Helen <Helen.Su@alston.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |
| 181 | 4/10/2015 16:14 | CHEN Yimin <chenyimin@jiayuan-law.com> | <zjcth001@163.com>; <thbmjtc@163.com>;tssg@jiayuan-law.com | <yanguozhe@jiayuan-law.com>;Su, Helen <Helen.Su@alston.com>;tea163126 <tea163126@163.com> | Email from attorney to client giving legal advice regarding Chinese drywall class action. | Attorney-Client Communication |