# EXHIBIT B-2

Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3    ********************************************************
 4    IN RE:  CHINESE-MANUFACTURED    MDL NO. 2047
              DRYWALL PRODUCTS LIABILITY
 5            LITIGATION                SECTION:  L
 6    THIS DOCUMENT APPLIES TO          JUDGE FALLON
              ALL CASES
 7                                      MAG. JUDGE WILKINSON
 8    ********************************************************
 9
                   CONFIDENTIAL - SUBJECT TO FURTHER
10                       CONFIDENTIALITY REVIEW
11                    Friday, September 18, 2015
12                            — — —
13
14            Videotaped Deposition of TONGCHUN JIA,
15    VOLUME 2, held at Orrick, Herrington & Sutcliffe, LLP,
16    15 Queen's Road Central, 43rd Floor, Hong Kong,
17    commencing at 9:11 a.m., on the above date, before
18    Micheal A. Johnson, Certified Court Reporter (#29025),
19    Registered Merit Reporter and Certified Realtime
20    Reporter.
21
22                            — — —
23
24                    GOLKOW TECHNOLOGIES, INC.
              877.370.3377 ph | 917.591.5672 fax
25                      deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

1    to be produced. What we said was that we were
2    in discussions with Mr. Peng and we're going to
3    continue those discussions. And we think that
4    we will end up with -- we hope, and we think,
5    we'll end up with him.
6           MR. HERMAN: I don't recall that that's
7    the way it was stated, but we'll check the
8    transcript.
9           MR. TAYLOR: Check the transcript. And
10   in regards to the desktop computer that we
11   identified last night and we talked about this
12   morning, if I understood what you said, we have
13   had a third-party administrator image the hard
14   drive and those documents are going through the
15   process that we already take them through. We
16   don't intend to stop that process in order to
17   segregate those documents. We want to get them
18   reviewed, get the State secret reviews done so
19   that we can get those documents to Mr. Peng and
20   so he can be ready to be deposed.
21          Now, in regards to the computer, though,
22   and we will investigate how we can somehow get
23   control and secure that computer because I think
24   that's appropriate and a good idea.
25          In regards to firms that can perform a

Confidential - Subject to Further Confidentiality Review

```
 1        State secret review, I want to be sure that I
 2        didn't misspeak.  I probably said there's
 3        probably no more than three or four firms.  Let
 4        me say it better.  There's just very few firms
 5        that do it and I'm not -- I'm sure it's just
 6        very few.
 7              Was there anything else?  The street
 8        address, we're making our best efforts to get
 9        that and hope we'll have it very, very soon.
10        Did I miss anything?
11              MR. HERMAN:  Yes, now one more issue
12        that you've covered that.  On the record you
13        indicated and we'll provide you with the record
14        that Taishan Gypsum would pay all of our
15        expenses if we came to Hong Kong to --
16              MR. TAYLOR:  Never said that.
17              MR. HERMAN:  Excuse me.  To depose
18        Chairman Jia.
19              MR. TAYLOR:  Talking about a long time
20        ago?
21              MR. HERMAN:  Yeah.  It was never
22        withdrawn.
23              MR. TAYLOR:  And you refused.
24              MR. HERMAN:  No, it was never withdrawn.
25              MR. TAYLOR:  We'll have to discuss that
```