# EXHIBIT C-1

Case 2:09-md-02047-EEF-MBN   Document 20651-8   Filed 02/10/17   Page 1 of 3

```
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF LOUISIANA
 3       *****************************************************
 4       IN RE:   CHINESE-MANUFACTURED   MDL NO. 2047
         DRYWALL PRODUCTS LIABILITY
 5       LITIGATION                     SECTION:  L
 6       THIS DOCUMENT APPLIES TO       JUDGE FALLON
         ALL CASES
 7                                      MAG. JUDGE WILKINSON
 8       *****************************************************
 9
                         CONFIDENTIAL - SUBJECT TO
10                    FURTHER CONFIDENTIALITY REVIEW
11                        Tuesday, June 2, 2015
12                               — — —
13
14            Videotaped 30(b)(6) Deposition of TAISHAN
15       GYPSUM CO., LTD f/k/a SHANDONG TAIHE DONGXIN CO., LTD.
16       through the testimony of GANG CHE, held in the
17       courtroom of the United States District Court, Eastern
18       District of Louisiana, 500 Poydras Street,
19       New Orleans, Louisiana, commencing at 9:00 a.m., on
20       the above date, before Michael E. Miller, Certified
21       Court Reporter (#27009), Registered Diplomate Reporter
22       and Certified Realtime Reporter.
23                               — — —
24                      GOLKOW TECHNOLOGIES, INC.
                   877.370.3377 ph | 917.591.5672 fax
25                         deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

1      A      Chairman of board of directors, as well as
2  the general manager of Taishan.
3      Q      When did Mr. Peng leave Taishan?
4      A      In March 2014.
5      Q      And in March -- if he left in March 2014,
6  can you explain why his name appears as a Taishan
7  employee in the July 2014 correspondence between the
8  lawyer in China, in Taishan, and the lawyers in the
9  United States, representing Taishan?
10     A      Are you talking about Mr. Peng or Mr. Jia?
11     Q      Mr. Peng --
12     A      You just mentioned two names to me.
13     Q      -- as reflected in the July 7th, 2014,
14  correspondence.
15     A      Even though Mr. Peng had left Taishan, but
16  during the time he worked for Taishan, Taishan treated
17  him well, and he also had a positive sentiment toward
18  Taishan.  So whenever Taishan needed his help, he
19  would help to handle the matters because there is a
20  need of that transitional period before it was taken
21  over.
22             MR. HERMAN:  I want to thank you for
23         being responsive.  It's 10:30, and our practice
24         is to recess for 15 minutes, and so we're going
25         to recess now, at 10:35, and we will begin again