# EXHIBIT C-2

Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3    *******************************************************
 4    IN RE:  CHINESE-MANUFACTURED    MDL NO. 2047
      DRYWALL PRODUCTS LIABILITY
 5    LITIGATION                      SECTION:  L
 6    THIS DOCUMENT APPLIES TO        JUDGE FALLON
      ALL CASES
 7                                    MAG. JUDGE WILKINSON
 8    *******************************************************
 9
                     CONFIDENTIAL - SUBJECT TO
10                FURTHER CONFIDENTIALITY REVIEW
11                    Tuesday, June 2, 2015
12                          —  —  —
13
14          Videotaped 30(b)(6) Deposition of TAISHAN
15    GYPSUM CO., LTD f/k/a SHANDONG TAIHE DONGXIN CO., LTD.
16    through the testimony of GANG CHE, held in the
17    courtroom of the United States District Court, Eastern
18    District of Louisiana, 500 Poydras Street,
19    New Orleans, Louisiana, commencing at 9:00 a.m., on
20    the above date, before Michael E. Miller, Certified
21    Court Reporter (#27009), Registered Diplomate Reporter
22    and Certified Realtime Reporter.
23                          —  —  —
24                  GOLKOW TECHNOLOGIES, INC.
              877.370.3377 ph | 917.591.5672 fax
25                     deps@golkow.com
```

```
 1      A      He was a manager of the foreign trade
 2   department of Taishan.
 3   BY MR. HERMAN:
 4      Q      Did you speak with Mr. Peng about preparing
 5   you for this deposition?
 6      A      I did call Mr. Peng and confirmed some
 7   matters.
 8      Q      What matter did you confirm with Mr. Peng?
 9      A      I don't have a clear recollection of that.
10   I've been confirming too much -- too many matters
11   recently in preparation of the deposition.
12      Q      And you did that by telephone?
13      A      Correct.
14      Q      What is his phone number?
15      A      133-2527-0000 -- four zeros.
16      Q      Did you have these conversations over the
17   phone while he was at work?
18      A      I don't have a clear recollection on that.
19   Whenever there were matters that needed to be
20   confirmed, I would call him.
21      Q      Where was he working at the time that you
22   made these phone calls?
23      A      I don't know.
24      Q      Where was he living at the time you made
25   these phone calls?
```

```
 1      A     I believe in Taian City.
 2      Q     How did you get his phone number?
 3      A     He's still using the same phone number he
 4   used before.
 5      Q     And did he give you any resistance to
 6   helping, quote, "prepare you," end quote, to be a
 7   Taishan company representative in this deposition?
 8            MR. TAYLOR:  Objection to form.
 9      A     I don't know what do you mean by "refuse."
10   He cooperated with us.
11   BY MR. HERMAN:
12      Q     Was anyone --
13      A     But he was reluctant on letting us interrupt
14   his new life.
15      Q     What is his new life?
16      A     I don't know.  He's left Taishan.
17      Q     Was he forced out?
18            MR. TAYLOR:  Objection to form.
19      A     He left voluntarily.
20   BY MR. HERMAN:
21      Q     And in preparing yourself for the
22   deposition, did you determine that employees such as
23   yourself and Mr. Peng and Mr. Jia had personnel files?
24            MR. TAYLOR:  Objection to form.
25            THE WITNESS:  Can you repeat your
```

Confidential - Subject to Further Confidentiality Review

```
 1        question?
 2   BY MR. HERMAN:
 3        Q     You have a personnel file at Taishan?
 4        A     Yes.
 5        Q     Does Mr. Peng have a personnel file at
 6   Taishan?
 7        A     He used to have one.
 8        Q     What happened to it?
 9        A     It was taken away.
10        Q     Who took it away?
11        A     Whoever resigned would have taken away his
12   own personal file.
13        Q     And did Mr. Jia have a personnel file?
14        A     Yes.
15        Q     Where is your personnel file kept,
16   physically?
17        A     What do you mean by "physically"?
18        Q     Where is it?
19        A     What's "where is it?"
20        Q     This cup is on this table.  Where is your
21   personal file, your personnel file?
22              MR. TAYLOR:  Objection to form.
23        A     I was confirming with you the difference
24   between a physical personal file as a personal file.
25   BY MR. HERMAN:
```