# EXHIBIT E

| | |
|---|---|
| **Subject:** | FW: MEET AND CONFER FOLLOW-UP |

**From:** Anthony Irpino
**Sent:** Monday, August 24, 2015 11:04 PM
**To:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>; Taylor, Bernard <Bernard.Taylor@alston.com>; Joyce Romano <JROMANO@hhklawfirm.com>; Kenny, Mike <Mike.Kenny@alston.com>
**Cc:** Fred Longer <FLonger@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Madelyn O'Brien <mobrien@hhklawfirm.com>; Pearl Robertson <probertson@irpinolaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Arnold Levin <ALevin@lfsblaw.com>; Russ Herman (RHERMAN@hhklawfirm.com) <RHERMAN@hhklawfirm.com>; Becker, Josh <Josh.Becker@alston.com>; Haque, Aliyya <Aliyya.Haque@alston.com>
**Subject:** RE: MEET AND CONFER FOLLOW-UP

Thank you for your courtesy and professionalism during our call earlier today. We appreciated the opportunity to discuss the various discovery matters and look forward to working together towards addressing those issues. We would like this letter to confirm highlights of the matters which we discussed, and our understanding relative to same. If your understanding differs from what we have outlined below, please let us know.

1)      **JIA TONGCHUN's & JIANCHUN ZHANG's CUSTODIAL PRODUCTIONS**

        We discussed the PSC's concerns regarding the lack of documents from Jia Tongchun's custodial file, and to a lesser degree, the lack of documents from Jianchun Zhang's custodial file. Each party outlined their position. In order to avoid a motion and do what we can without court intervention, the PSC proposed that Taishan investigate the potential issues which may account for, what the PSC contends, is a deficient production from these custodial files (particularly Jia Tongchun's custodial file). Some suggested examples of investigation requested from Taishan included that they determine: 1) whether there are any alternative e-mail addresses/accounts that have been used by or on behalf of these custodians but not searched, and 2) whether either of these individuals utilized one or more assistants (or assistant's e-mail addresses) or some other method in order to send or receive any notification or materials. It is our understanding that you will look into finding out this information and get back to us during our next scheduled call on Friday, August 28th regarding same. You advised that you will provide us with alternative times when you are available Friday for our follow-up call. Additionally, although not specifically discussed on the call, we ask that you also look into and advise how Jia Tongchun's calendar and scheduling entries were kept/maintained (i.e., Microsoft Outlook, secretary's calendar, manual calendar, etc.) and where such information/documentation resides.

2)      **CUSTODIANS SEARCHED FOR REGARDING DOCUMENT PRODUCTIONS**

        We discussed the five custodians whose files Taishan searched through in connection with its document productions. You agreed to provide us with information (e.g., title, role, years worked for Taishan, etc.) on Zedong You. The PSC also asked about the possibility of having searches run on custodial files for Taishan's board of directors during the relevant time period. It is our understanding that you will look into the possibility of same and let us know during our follow-up call on Friday, August 28th. Also, we requested a certification from Taishan regarding what precisely occurred with Wenlong Peng's laptop – such that it is now unsearchable and/or otherwise incapable of providing responsive documents. It is our understanding that you will look into the possibility of same and let us know during our follow-up call on Friday, August 28th. Finally, with respect to Wenlong Peng, we asked that you research where things stand on Taishan getting cooperation from Mr. Peng relative to document production and deposition possibilities. It is our understanding that you will look into the possibility of same and let us know during our follow-up call on Friday, August 28th.

**3)     SEARCH TERMS**

It is our understanding that the search terms which were used in connection with Taishan's document production were run similarly with respect to each custodian's files.  During our discussion we were not able to match-up the search terms provided, so we agreed to continue our search term discussion in order to go over specifics when you had full access to your computer.  Accordingly, we have scheduled a search term specific follow-up call to take place on Wednesday, August 26th at 8:00 am CST to address the PSC's questions regarding search terms.

We believe that the above accurately represents the results of our meet and confer from earlier today.  If your understanding differs from ours, please advise as soon as possible.  Again, we appreciate your cooperation and time to go over these matters, and we look forward to completing our resolution of same – starting with the search term specific call on Wednesday at 8:00 am.  Also, please advise what alternative times that you are available for our call on Friday, August 28th.  Thank you.

Anthony Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Tel:     (504) 525-1500
Fax:     (504) 525-1501