# EXHIBIT I

# Production Log: Taishan

| Production | Date | Bates Range | Document Count | Page Count |
|---|---|---|---|---|
| Taishan Vol. 01 | 4/6/2015 | TG-040615-0026020 - TG-040615-0028801 | 114 | 2,782 |
| Taishan Vol. 01 (supp) | 4/8/2015 | TG-040815-0028802 - TG-040815-0028885 | 1 | 84 |
| Taishan Vol. 02 | 4/24/2015 | TG-042315-0028886 - TG-042315-0028888 | 3 | 3 |
| Taishan Vol. 03 | 5/1/2015 | TG-050115-0028889 - TG-050115-0029020 | 49 | 132 |
| Taishan Vol. 04 | 5/8/2015 | TG-0029021 - TG-0033906 | 1,009 | 4,886 |
| Taishan Vol. 05 | 5/22/2015 | TG-0033907 - TG-0034983 | 210 | 1,077 |
| Taishan Vol. 06 | 6/19/2015 | TG-0067647 - TG-0068181 | 416 | 535 |
| Taishan Vol. 07 | 6/22/2015 | TG-0035267 - TG-0067646 | 14,918 | 32,380 |
| Taishan Vol. 08 | 7/22/2015 | TG-040615-0026378_T - TG-040815-0028885_T | 112 | 2,508 |
| Taishan Vol. 09 | 8/17/2015 | TG-0068182 - TG-0069995 | 401 | 1,814 |
| Taishan Vol. 10 | 9/15/2015 | TG-0069996 - TG-0070158; TG-0069996_T - TG-0070158_T | 180 | 326 |
| Taishan Vol. 11 | 9/16/2015 | TG-0070159 - TG-0070161; TG-0070159_T - TG-0070161_T | 6 | 6 |
| Taishan Vol. 12 | 10/16/2015 | TG-0070162 - TG-0079734 | 5,957 | 9,573 |
| Taishan Vol. 13 | 10/19/2015 | TG-0079735 - TG-0091605 | 5,477 | 11,871 |
| Taishan Vol. 14 | 10/19/2015 | TG-0091606 - TG-0106698 | 6,049 | 15,093 |
| Taishan Vol. 15 | 10/21/2015 | TG-0106699 - TG-0121922 | 5,477 | 15,224 |
| Taishan Vol. 16 | 10/21/2015 | TG-0121923 - TG-0172764 | 2,375 | 50,842 |
| Taishan Vol. 17 | 10/22/2015 | TG-0172765 - TG-0369243 | 51,609 | 196,479 |
| Taishan Vol. 18 | 10/22/2015 | TG-0369244 - TG-0369465 | 76 | 222 |
| Taishan Vol. 19 | 10/27/2015 | TG-0369466 - TG-0378276 | 939 | 8,811 |
| Taishan Vol. 20 | 10/28/2015 | TG-0378277 - TG-0378518 | 18 | 242 |
| Taishan Vol. 21 | 11/4/2015 | TG-0449772 - TG-0453188 | 1,593 | 71,253 |
| Taishan Vol. 22 | 11/4/2015 | TG-0378519 - TG-0449771 | 5,334 | 3,411 |
| Taishan Vol. 23 | 11/6/2015 | TG-0453189 - TG-0453588 | 112 | 400 |
| Taishan Production of Emails per Court Order | 11/12/2016 | TG-PRIV-0453589 - TG-PRIV-0453640 | 7 | 51 |
| Taishan Translated Contempt Order Documents | 5/17/2016 | TG-MANUAL-000001 - TG-MANUAL-001019 | 193 | 1,019 |
| | | TOTALS: | 102,635 | 431,024 |

## Production Log: BNBM PLC

| Production | Date | Bates Range | Document Count | Page Count |
|---|---|---|---|---|
| BNBMPLC Vol. 01 | 4/10/2015 | BNBMPLC0000001 - BNBMPLC0001080 | 10 | 1,080 |
| BNBMPLC Vol. 02 | 4/14/2015 | BNBMPLC0001081 - BNBMPLC0004958 | 232 | 3,878 |
| BNBMPLC Vol. 03 | 4/15/2015 | BNBMPLC0004959 - BNBMPLC0005369 | 176 | 411 |
| BNBMPLC Vol. 04 | 4/16/2015 | BNBMPLC0005370 - BNBMPLC0005784 | 8 | 415 |
| BNBMPLC Vol. 05 | 4/22/2015 | BNBMPLC0005785 - BNBMPLC0006220 | 121 | 436 |
| BNBMPLC Vol. 06 | 4/23/2015 | BNBMPLC0006221 - BNBMPLC0007366 | 198 | 1,146 |
| BNBMPLC Vol. 07 | 4/27/2015 | BNBMPLC0007367 - BNBMPLC0007420 | 4 | 54 |
| BNBMPLC Vol. 08 | 4/29/2015 | BNBMPLC0007421 - BNBMPLC0007493 | 15 | 73 |
| BNBMPLC Vol. 09 | 5/6/2015 | BNBMPLC0007494 - BNBMPLC0007596 | 75 | 103 |
| BNBMPLC ESI Vol. 1 | 5/6/2015 | BNBMPLC-E-0000001 - BNBMPLC-E-0000805 | 99 | 805 |
| BNBMPLC ESI Vol. 2 | 5/22/2015 | BNBMPLC-E-0000806 - BNBMPLC-E-0011440 | 1,816 | 10,635 |
| BNBMPLC ESI Vol. 3 | 6/16/2015 | BNBMPLC-E-0011441 - BNBMPLC-E-0021702 | 1,025 | 10,262 |
| BNBMPLC ESI Vol. 4 | 6/23/2015 | BNBMPLC-E-0021703 - BNBMPLC-E-0044870 | 1,504 | 23,128 |
| BNBMPLC ESI Vol. 5 | 6/24/2015 | BNBMPLC-E-0044871 - BNBMPLC-E-0156817 | 9,515 | 111,919 |
| BNBMPLC Vol. 10 | 7/2/2015 | BNBMPLC0007597 - BNBMPLC0007604 | 4 | 8 |
| BNBMPLC ESI Vol. 6 | 7/2/2015 | BNBMPLC-E-0156818 - BNBMPLC-E-0158614 | 212 | 1,797 |
| BNBMPLC ESI Vol. 7 | 7/13/2015 | BNBMPLC-E-0158615 - BNBMPLC-E-0160359 | 170 | 1,745 |
| BNBMPLC Vol. 11 | 8/7/2015 | BNBMPLC0007605 - BNBMPLC0007625 | 1 | 21 |
| BNBMPLC ESI Vol. 8 | 8/24/2015 | BNBMPLC-E-0160360 - BNBMPLC-E-0169747 | 1,543 | 9,388 |
| BNBMPLC ESI Vol. 9 | 9/25/2015 | BNBMPLC-E-0010079a - BNBMPLC-E-0010082a | 1 | 4 |
| BNBMPLC ESI Vol. 10 | 10/1/2015 | BNBMPLC-E-0059965a - BNBMPLC-E-0059977a | 2 | 13 |
| BNBMPLC Vol. 12 | 11/2/2015 | BNBMPLC0007626 - BNBMPLC0007667 | 7 | 42 |
| BNBMPLC Vol. 13 | 11/25/2015 | BNBMPLC0008021 - BNBMPLC0008282 | 1 | 262 |
| BNBMPLC ESI Vol. 11 | 12/2/2015 | BNBMPLC-E-0059965b - BNBMPLC-E-0059977b | 2 | 13 |
| BNBMPLC ESI Vol. 12 | 1/4/2016 | BNBMPLC-E-0169748 - BNBMPLC-E-0170599 | 77 | 835 |
| BNBMPLC ESI Vol. 13 | 1/8/2016 | BNBMPLC-E-0170600 - BNBMPLC-E-0170910 | 4 | 311 |
| BNBMPLC Vol. 15 | 2/11/2016 | BNBMPLC0008283 - BNBMPLC0008320 | 1 | 38 |
| BNBMPLC Vol. 16 | 8/3/2016 | BNBMPLC0008321 - BNBMPLC0009187 | 30 | 867 |
| BNBMPLC Vol. 17 | 8/12/2016 | BNBMPLC0009188 - BNBMPLC0010059 | 10 | 872 |
| BNBMPLC Vol. 18 | 9/8/2016 | BNBMPLC0010060 - BNBMPLC0010423 | 10 | 364 |
| BNBMPLC Vol. 19 | 10/28/2016 | BNBMPLC0010424 - BNBMPLC0010428 | 2 | 5 |
| BNBMPLC Vol. 20 | 11/9/2016 | BNBMPLC0010429 - BNBMPLC0010444 | 2 | 16 |
| | | TOTALS: | 16,877 | 180,946 |

## Production Log: BNBM Group

| Production | Date | Bates Range | Document Count | Page Count |
|---|---|---|---:|---:|
| BNBM Group Vol. 1 | 4/14/2015 | BNBM(Group)0000001 - BNBM(Group)0002600 | 58 | 2,600 |
| BNBM Group Vol. 2 | 4/15/2015 | BNBM(Group)0002601 - BNBM(Group)0003218 | 90 | 618 |
| BNBM Group Vol. 3 | 4/21/2015 | BNBM(Group)0003219 - BNBM(Group)0003225 | 2 | 7 |
| BNBM Group/ESI Vol. 1 | 5/6/2015 | BNBM(Group)-E-0000001 - BNBM(Group)-E-0000212 | 109 | 212 |
| BNBM Group/ESI Vol. 2 | 5/13/2015 | BNBM(Group)-E-0000213 - BNBM(Group)-E-0001156 | 202 | 944 |
| BNBM Group/ESI Vol. 3 | 5/22/2015 | BNBM(Group)-E-0001157 - BNBM(Group)-E-0007592 | 1,309 | 6,436 |
| BNBM Group/ESI Vol. 4 | 6/4/2015 | BNBM(Group)-E-0007593 - BNBM(Group)-E-0015910 | 1,473 | 8,318 |
| BNBM Group Vol. 4 | 6/19/2015 | BNBM(Group)0003226 - BNBM(Group)0003330 | 2 | 105 |
| BNBM Group/ESI Vol. 5 | 6/23/2015 | BNBM(Group)-E-0015911 - BNBM(Group)-E-0024604 | 468 | 8,694 |
| BNBM Group/ESI Vol. 6 | 6/24/2015 | BNBM(Group)-E-0024605 - BNBM(Group)-E-0035541 | 867 | 10,937 |
| BNBM Group/ESI Vol. 7 | 7/2/2015 | BNBM(Group)-E-0035542 - BNBM(Group)-E-0035893 | 182 | 352 |
| BNBM Group/ESI Vol. 8 | 7/13/2015 | BNBM(Group)-E-0035894 - BNBM(Group)-E-0035895 | 1 | 2 |
| BNBM Group/ESI Vol. 9 | 8/24/2015 | BNBM(Group)-E-0035896 - BNBM(Group)-E-0036096 | 41 | 201 |
| BNBM Group/ESI Vol. 10 | 8/31/2015 | BNBM(Group)-E-0036097 - BNBM(Group)-E-0042220 | 1,302 | 6,124 |
| BNBM Group/ESI Vol. 11 | 9/8/2015 | BNBM(Group)-E-0042221 - BNBM(Group)-E-0053115 | 877 | 10,895 |
| BNBM Group/ESI Vol. 12 | 9/25/2015 | BNBM(Group)-E-0053116 - BNBM(Group)-E-0057629 | 479 | 4,514 |
| BNBM Group/ESI Vol. 13 | 9/25/2015 | BNBM(Group)-E-0020857a - BNBM(Group)-E-0020859a | 1 | 3 |
| BNBM Group/ESI Vol. 14 | 9/25/2015 | BNBM(Group)-E-0031486a - BNBM(Group)-E-0031488a | 1 | 3 |
| BNBM Group/ESI Vol. 15 | 10/19/2015 | BNBM(Group)-E-0057630 - BNBM(Group)-E-0065675 | 896 | 8,046 |
| | | TOTALS: | 8,360 | 69,011 |

## Production Log: CNBM Co Ltd

| Production | Date | Bates Range | Document Count | Page Count |
|---|---|---|---|---|
| CNBM Co Ltd Vol. 01 | 4/15/2015 | CNBMCO00000001 - CNBMCO00000331 | 37 | 331 |
| CNBM Co Ltd Vol. 02 | 5/1/2015 | CNBMCO00000332 - CNBMCO00000448 | 14 | 117 |
| CNBM Co Ltd Vol. 03 | 5/11/2015 | CNBMCO00000449 - CNBMCO00001967 | 178 | 1,519 |
| CNBM Co Annual Reports - Chinese | 6/4/2015 | *Not Bates-Numbered* | 12 | 2,640 |
| CNBM Co Ltd Vol. 04 | 7/23/2015 | CNBMCO00001968 - CNBMCO00004676 | 271 | 2,709 |
| CNBM Co Ltd Vol. 05 | 7/27/2015 | CNBMCO00004677 - CNBMCO00045038 | 1,996 | 40,362 |
| CNBM Co Ltd Vol. 06 | 7/27/2015 | CNBMCO00045309 - CNBMCO00050075 | 613 | 5,037 |
| CNBM Co Ltd Vol. 07 | 7/28/2015 | CNBMCO00050076 - CNBMCO00079801 | 4,518 | 29,726 |
| CNBM Co Ltd Vol. 08 | 7/30/2015 | CNBMCO00079802 - CNBMCO00145527 | 4,058 | 65,726 |
| CNBM Co Ltd Vol. 09 | 8/3/2015 | CNBMCO00145528 - CNBMCO00145668 | 7 | 141 |
| CNBM Co Ltd Vol. 10 | 8/14/2015 | CNBMCO00145669 - CNBMCO00208134 | 5,137 | 62,466 |
| CNBM Co Ltd Vol. 11 | 8/14/2015 | CNBMCO00208135 - CNBMCO00209910 | 39 | 1,776 |
| CNBM Co Ltd Vol. 12 | 9/8/2015 | CNBMCO00211115 - CNBMCO00215122 | 796 | 4,008 |
| CNBM Co Ltd Vol. 13 | 11/25/2015 | CNBMCO00215123 - CNBMCO00215609 | 42 | 487 |
| CNBM Co Ltd Vol. 14 | 11/25/2015 | CNBMCO00215610 - CNBMCO00218931 | 562 | 3,322 |
| CNBM Co Ltd Vol. 15 | 11/25/2015 | CNBMCO00218932 - CNBMCO00226360 | 744 | 7,429 |
| CNBM Co Ltd Vol. 16 | 11/25/2015 | CNBMCO00226361 - CNBMCO00226861 | 103 | 501 |
| CNBM Co Ltd Vol. 17 | 11/25/2015 | CNBMCO00226862 - CNBMCO00229467 | 529 | 2,606 |
| CNBM Co Ltd Vol. 18 | 11/25/2015 | CNBMCO00229468 - CNBMCO00235777 | 594 | 6,310 |
| CNBM Co Ltd Vol. 19 | 11/25/2015 | CNBMCO00235778 - CNBMCO00262319 | 4,122 | 26,542 |
| CNBM Co Ltd Vol. 20 | 12/1/2015 | CNBMCO00262320 - CNBMCO00266052 | 737 | 3,733 |
| CNBM Co Ltd Vol. 21 | 12/1/2015 | CNBMCO00266053 - CNBMCO00318305 | 8,578 | 52,253 |
| CNBM Co Ltd Vol. 22 | 12/1/2015 | CNBMCO00318306 - CNBMCO00345329 | 3,850 | 27,024 |
| CNBM Co Ltd Vol. 23 | 12/1/2015 | CNBMCO00345330 - CNBMCO00395274 | 4,350 | 49,945 |
| CNBM Co Ltd Vol. 24 | 12/1/2015 | CNBMCO00395275 - CNBMCO00407638 | 1,759 | 12,364 |
| CNBM Co Ltd Vol. 25 | 12/1/2015 | CNBMCO00407639 - CNBMCO00409675 | 321 | 2,037 |
| CNBM Co Ltd Vol. 26 | 12/16/2015 | CNBMCO00409818 - CNBMCO00414403 | 102 | 4,587 |
| CNBM Co Ltd Vol. 27 | 12/16/2015 | CNBMCO00414404 - CNBMCO00419276 | 633 | 4,873 |
| | | **TOTALS:** | **44,702** | **420,571** |

## Production Log: CNBM Group

| Production | Date | Bates Range | Doc Count | Page Count |
|---|---|---|---|---|
| CNBM Group Vol. 01 | 5/1/2015 | CNBMGRP00000001 - CNBMGRP00000931 | 300 | 931 |
| CNBM Group Vol. 02 | 5/11/2015 | CNBMGRP00000932 - CNBMGRP00004927 | 1,026 | 3,996 |
| CNBM Group Vol. 03 | 6/11/2015 | CNBMGRP00004928 - CNBMGRP00013851 | 1,267 | 8,924 |
| CNBM Group Vol. 04 | 7/1/2015 | CNBMGRP00013852 - CNBMGRP00022008 | 802 | 8,157 |
| CNBM Group Vol. 05 | 7/27/2015 | CNBMGRP00022209 - CNBMGRP00082699 | 6,877 | 60,491 |
| CNBM Group Vol. 06 | 8/1/2015 | CNBMGRP00082700 - CNBMGRP00216472 | 24,713 | 133,773 |
| CNBM Group Vol. 07 | 8/3/2015 | CNBMGRP00216473 - CNBMGRP00216671 | 13 | 199 |
| CNBM Group Vol. 08 | 8/15/2015 | CNBMGRP00216672 - CNBMGRP00392948 | 19,094 | 176,277 |
| CNBM Group Vol. 09 | 8/15/2015 | CNBMGRP00392949 - CNBMGRP00393015 | 1 | 67 |
| CNBM Group Vol. 10 | 9/8/2015 | CNBMGRP00400605 - CNBMGRP00401215 | 76 | 611 |
| CNBM Group Vol. 11 | 11/25/2015 | CNBMGRP00401216 - CNBMGRP00401291 | 25 | 76 |
| CNBM Group Vol. 12 | 11/25/2015 | CNBMGRP00401292 - CNBMGRP00401983 | 83 | 692 |
| CNBM Group Vol. 13 | 11/25/2015 | CNBMGRP00401984 - CNBMGRP00402870 | 47 | 887 |
| CNBM Group Vol. 14 | 12/16/2015 | CNBMGRP00402871 - CNBMGRP00403067 | 6 | 197 |
| | | **TOTALS:** | **54,330** | **395,278** |

## Production Log: CNBM FP

| Production | Date | Bates Range | Doc Count | Page Count |
|---|---|---|---|---|
| CNBM FP Vol. 01 | 9/30/2015 | CNBMFP00000001 - CNBMFP00039741 | 13,993 | 39,741 |
| CNBM FP Vol. 02 | 10/7/2015 | CNBMFP00039742 - CNBMFP00071872 | 8,164 | 32,131 |
| CNBM FP Vol. 03 | 10/16/2015 | CNBMFP00071873 - CNBMFP00100085 | 6,322 | 28,213 |
| CNBM FP Vol. 04 | 10/16/2015 | CNBMFP00100086 - CNBMFP00124581 | 6,316 | 24,496 |
| CNBM FP Vol. 05 | 10/16/2015 | CNBMFP00124582 - CNBMFP00152491 | 5,414 | 27,910 |
| CNBM FP Vol. 06 | 10/20/2015 | CNBMFP00152492 - CNBMFP00171497 | 5,452 | 19,006 |
| CNBM FP Vol. 07 | 10/20/2015 | CNBMFP00171498 - CNBMFP00196472 | 2,977 | 24,975 |
| CNBM FP Vol. 08 | 10/27/2015 | CNBMFP00196473 - CNBMFP00196963 | 22 | 37 |
| CNBM FP Vol. 09 | 10/27/2015 | CNBMFP00197046 - CNBMFP00198703 | 202 | 1,658 |
| CNBM FP Vol. 10 | 10/27/2015 | CNBMFP00198704 | 1 | 1 |
| | | TOTALS: | 48,863 | 198,168 |

## Production Log: CNBM IE

| Production | Date | Bates Range | Doc Count | Page Count |
|---|---|---|---|---|
| CNBM IE Vol. 01 | 10/2/2015 | CBMIE00000001 - CBMIE00066348 | 16,172 | 66,348 |
| CNBM IE Vol. 02 | 10/2/2015 | CBMIE00066349 - CBMIE00070499 | 834 | 4,151 |
| CNBM IE Vol. 03 | 10/16/2015 | CBMIE00070500 - CBMIE00071753 | 54 | 1,254 |
| CNBM IE Vol. 04 | 10/16/2015 | CBMIE00071754 - CBMIE00076782 | 396 | 5,029 |
| CNBM IE Vol. 05 | 10/29/2015 | CBMIE00076783 - CBMIE00081205 | 245 | 4,423 |
| CNBM IE Vol. 06 | 10/29/2015 | CBMIE00081206 - CBMIE00081365 | 49 | 160 |
| CNBM IE Vol. 07 | 10/29/2015 | CBMIE00081366 - CBMIE00089522 | 1,402 | 8,157 |
| CNBM IE Vol. 08 | 11/1/2015 | CBMIE00089523 - CBMIE00089866 | 258 | 344 |
| CNBM IE Vol. 09 | 11/1/2015 | CBMIE00089867 - CBMIE00089936 | 4 | 76 |
| | | TOTALS: | 19,414 | 89,942 |

**Production Log:  CNBM USA**

| Production | Date | Bates Range | Doc Count | Page Count |
|---|---|---|---|---|
| CNBM USA Vol. 01 | 9/21/2015 | CNBMUSA00000001 - CNBMUSA00006158 | 1,498 | 6,158 |
| CNBM USA Vol. 02 | 9/21/2015 | CNBMUSA00006159 - CNBMUSA00006926 | 21 | 768 |
| CNBM USA Vol. 03 | 9/21/2015 | CNBMUSA00006927 - CNBMUSA00015216 | 1,285 | 8,290 |
| CNBM USA Vol. 04 | 9/21/2015 | CNBMUSA00015217 - CNBMUSA00026731 | 1,739 | 11,515 |
| CNBM USA Vol. 05 | 10/7/2015 | CNBMUSA00026732 - CNBMUSA00027827 | 106 | 1,096 |
| CNBM USA Vol. 06 | 10/7/2015 | CNBMUSA00027828 - CNBMUSA00028782 | 133 | 955 |
| CNBM USA Vol. 07 | 10/16/2015 | CNBMUSA00028783 - CNBMUSA00029752 | 150 | 970 |
| CNBM USA Vol. 08 | 10/16/2015 | CNBMUSA00029753 - CNBMUSA00030522 | 101 | 770 |
| CNBM USA Vol. 09 | 10/26/2015 | CNBMUSA00030523 - CNBMUSA00039165 | 1,039 | 8,643 |
| CNBM USA Vol. 10 | 10/26/2015 | CNBMUSA00039166 - CNBMUSA00039175 | 3 | 10 |
| CNBM USA Vol. 11 | 10/26/2015 | CNBMUSA00039176 - CNBMUSA00045636 | 2,554 | 6,461 |
| CNBM USA Vol. 12 | 10/26/2015 | CNBMUSA00045637 - CNBMUSA00053041 | 2,665 | 7,405 |
| CNBM USA Vol. 13 | 10/29/2015 | CNBMUSA00053042 - CNBMUSA00055562 | 778 | 2,521 |
| CNBM USA Vol. 14 | 10/29/2015 | CNBMUSA00055563 - CNBMUSA00055968 | 135 | 406 |
| CNBM USA Vol. 15 | 10/29/2015 | CNBMUSA00055969 - CNBMUSA00056017 | 5 | 56 |
| | | **TOTALS:** | **12,212** | **56,024** |

**Production Log: SUNTECH**

| Production | Date | Bates Range | Doc Count | Page Count |
|---|---|---|---|---|
| SUNTECH Vol. 01 | 9/21/2015 | SUNTECH00000001 - SUNTECH00000045 | 17 | 45 |
| SUNTECH Vol. 02 | 10/16/2015 | SUNTECH00000046 - SUNTECH00000100 | 30 | 55 |
| SUNTECH Vol. 03 | 10/20/2015 | SUNTECH00000101 - SUNTECH00001799 | 843 | 1,699 |
| SUNTECH Vol. 04 | 10/20/2015 | SUNTECH00001800 - SUNTECH00001888 | 48 | 89 |
| | | **TOTALS:** | 938 | 1,888 |