# EXHIBIT L

# RSMeans
# ESTIMATING
## HANDBOOK

the essential reference required for construction estimating and cost analysis



T H I R D   E D I T I O N

INTROD

# Estimating Review

The purpose of this book is to provide estimators with reliable information to assist in determining quantities of materials, as well as labor required for construction projects. Construction estimating can be separated into two basic components: how many units are required and reasonable costs for those units. The determination of quantities is commonly called the *quantity takeoff*. It is, simply, the tabulation of the physical units of materials needed for the construction of the project. While this may sound like a straightforward task, any estimator knows that the process can be quite involved. For example, when estimating a concrete footing (excavation and backfill not included), the items necessary include formwork (forms, ties or spreaders, keyway, inserts, form oil, delivery, erecting, stripping, and cleaning); reinforcing (delivery, cutting, bending, ties, splices, chairs, and other accessories); and the concrete itself (placing, compacting, finishing, curing, protecting, and patching). A working knowledge of construction materials and methods is a must for a successful estimator. This knowledge helps to ensure that all items are accounted for and tabulated correctly—a sound basis for a good estimate.

The determination of "reasonable" costs for tabulated quantities is one of the main reasons why estimates vary. What may be reasonable for one job may be unrealistic for another. Labor rates (and productivity) will vary from region to region. Costs for the same materials also vary—from city to city and even from supplier to supplier within the same town. The experienced estimator evaluates each project individually, investigates fluctuations in costs, and uses that knowledge as an advantage.

Estimating for building construction is certainly not as simple a task as many people believe. Before one can obtain a quantity and apply a cost per unit to that quantity, many hours, days, or even weeks of hard work may be put into a detailed project before arriving at that one "magic number."

## Types of Estimates

Several different levels of estimates are used to project construction costs. Each has a different purpose. The various types may be referred to by different names, some of which may not be recognized by all as necessary or definitive. Most estimators will agree to several basic levels, each of which has its place in the construction estimating process.

Figure 0-1 indicates various types, or levels, of estimates defined by national industry organizations, including suggested ranges of estimating accuracy.

INTRODUCTION            INTRO

### Figure 0-1   Comparison of Estimate Classification Systems

| ANSI Standards Z94.0 | AACE Classification Standard | ASPE Classification Standard | Means Estimate Categories |
|---|---|---|---|
| Order of Magnitude Estimate | Class 5 | Level 1 | Order of Magnitude |
| Budget Estimate | Class 4 | Level 2 | Square Foot/Cubic Foot |
| | Class 3 | Level 3 | Assembly (System) |
| Definitive Estimate | Class 2 | Level 4 | Unit Price |
| | | Level 5 | |
| | Class 1 | Level 6 | |

RSMeans, through its publications and seminars, has traditionally presented the following four levels of estimates. They are described in further detail below.

**Order of Magnitude Estimates:** The order of magnitude estimate could be loosely described as an educated guess. It can be completed in a matter of minutes. Accuracy is –30% to +50%.

**Square Foot and Cubic Foot Estimates:** This type of estimate is most often used when only the proposed size and use of a planned building is known. Accuracy is –20% to +30%.

**Assemblies (Systems) Estimate:** An assemblies estimate is best used as a budgetary tool in the planning stages of a project. Accuracy is expected at –10% to +20%.

**Unit Price Estimate:** Working plans and full specifications are required to complete a unit price estimate. It is the most accurate of the four types, but is also the most time-consuming. Used primarily for bidding purposes, accuracy is –5% to +10%.

**Order of Magnitude Estimates:** The order of magnitude estimate can be completed when only minimal information is available. The use and size of the proposed structure should be known. The "units" can be general. For example: "A small office building for a service company in a suburban industrial park will cost about $1,000,000." This type of statement (or estimate) can be made after a few minutes of thought, drawing on experience, and by making comparisons to similar projects. End product units and scaling factor estimating methods may also be used. While this rough figure might be appropriate for a project in one region of the country, an adjustment may be required for a change of location and for cost changes over time (price changes, inflation, etc.).

**Square Foot and Cubic Foot Estimates:** The use of these types of estimates is most appropriate prior to the preparation of plans or preliminary drawings, when budgetary parameters are being analyzed and established. Costs may be

broken o
relations
square f
certain o

Historic
the best
projects.
preparin
useful as
is requir
due to n

A variat
Instead o
costs are
dollars p
garages.

**Exponer**
The cost
raised to

where
C =
Q =
X =

**Assemb**
costs ma
stages o
informa
more co
"assemb

The asse
building
construc
These U

A — Su
B — Sh
C — In
D — Se
E — Eq

Case 2:09-md-02047-EEF-MBN   Document 20652-10   Filed 02/13/17   Page 5 of 10

broken down into different components or elements, and then according to the relationship of each component to the project as a whole, in terms of costs per square foot. This breakdown enables the designer, planner, or estimator to adjust certain components according to the unique requirements of the proposed project.

Historical data for square foot costs of new construction are plentiful. However, the best source of square foot costs is the estimator's own cost records for similar projects, adjusted to the parameters of the current project. While helpful for preparing preliminary budgets, square foot and cubic foot estimates can also be useful as checks against other, more detailed estimates. While slightly more time is required than with order of magnitude estimates, a greater accuracy is achieved due to more specific definition of the project.

A variation of the square foot and cubic foot methods is the "end units" method. Instead of expressing costs in dollars per square foot or dollars per cubic foot, costs are expressed in units related to the particular type of project, such as dollars per bed for hospitals, per student for schools, or per car for parking garages.

**Exponent Estimating Technique** *(courtesy of Martin Kahn)*
The cost of similar facilities or components of different sizes varies with the size raised to a power (often 0.6 relationship is refered to as the six-tenths rule)

$$\frac{C_1}{C_2} = \left(\frac{Q_1}{Q_2}\right)^x$$

where
  C = Cost
  Q = Size or capacity
  X = Exponent

**Assemblies (or Systems) Estimates:**  Ever-increasing design and construction costs make budgeting and cost efficiency increasingly important in the early stages of building projects. Unit price estimating, because of the time and detailed information required, is not suited as a budgetary or planning tool. A faster and more cost-effective method for the planning phase of a building project is the "assemblies," or "systems" estimate.

The assemblies method is a logical, sequential approach that reflects how a building is constructed. Seven "UNIFORMAT II" divisions organize building construction into major components that can be used in assemblies estimates. These UNIFORMAT II divisions are listed below.

A — Substructure
B — Shell
C — Interiors
D — Services
E — Equipment & Furnishings

F — Special Construction
G — Building Site Work

Each division is further broken down into individual assemblies. Each individual assembly incorporates several different items into a system that is commonly used in building construction.

In the assemblies format, a construction component may appear within more than one division. For example, concrete is found in Substructure, as well as in Shell and Equipment. Conversely, each division may incorporate many different areas of construction and the labor of different trades.

A great advantage of the assemblies estimate is that the estimator/designer is able to substitute one system for another during design development and can quickly determine the cost differential. The owner can then anticipate accurate budgetary requirements before final details and dimensions are established.

Unlike unit price estimates, the assemblies method does not require final design details, but the estimators who use it must have a solid background knowledge of construction materials and methods, code requirements, design options, and budgetary restrictions.

The assemblies estimate should not be used as a substitute for the unit price estimate. While the assemblies approach can be an invaluable tool in the planning stages of a project, it should be supported by unit price estimating when greater accuracy is required.

## Unit Price Estimates

The unit price estimate is the most accurate and detailed of the four estimate types, and therefore takes the most time to complete. Detailed plans and specifications must be available to the unit price estimator to determine the quantities of materials, equipment, and labor. Current and accurate costs for these items (unit prices) are also necessary. All decisions regarding the building's materials and methods must have been made before this type of estimate can be completed. There are fewer variables, and the estimate can, therefore, be more accurate.

Because of the detail involved and the need for accuracy, unit price estimates require a great deal of time and expense to complete properly. For this reason, unit price estimating is often used for construction bidding. It can also be effective for determining certain detailed costs in conceptual budgets or during design development.

Most construction specification manuals and cost reference books, such as *RSMeans Building Construction Cost Data*, divide all unit price estimating information into the 49* CSI MasterFormat divisions as described and listed in the Foreword of this book.

*Some numbers are reserved for future use.

---

In recent year
a wealth of in
contract docu
involved in th
the estimators
a project are i
or engineer) b
The owner als
being guarante
contractor ber
gray areas of v
Change orders
contract docu
concerned par

During the firs
identified and
Special Condit
These sections
project, but ma
temporary util

While analyzin
different portic
attention. For c
aluminum fran
Metals and Div

The estimator s
and to address
plans. Items to
utilities, and ad

Figures 0-2 and
construction co
(UNIFORMAT
represent the av
used building ty
project, the rela
be allocated acc
areas that contr

age Equipment

ıction,

n each division.
ıd other handy

ded in an

des numerous
ects of

d City Cost
s, formulas,
estimates. The

•

# About the Editors

*The following individuals were instrumental in shaping the content of this new third edition.*

**Barbara Balboni** is a senior engineer with RSMeans and consults with clients in both the government and corporate sectors. Specializing in custom cost modeling, she has developed a methodology for benchmark studies for major builders involved in multi-year phased projects. Ms. Balboni is lead engineer for the U.S. Department of Energy's electronic cost modeling system and for the Bureau of Labor Statistic's new construction cost indices. She serves as senior editor for *RSMeans Square Foot Costs, RSMeans Assemblies Cost Data,* and *RSMeans Interior Cost Data,* and as technical editor for several RSMeans reference publications. In addition, Ms. Balboni is a training instructor, responsible for teaching Unit Price, Plan Reading and Material Takeoff, and Square Foot Estimating. Her past experiences include project manager for Blanchard Architectural Associates and The McKenna Group. Ms. Balboni earned a degree in engineering, with highest honors from Wentworth Institute of Technology. She is a member of the American Institute of Architects and the Boston Society of Architects.

**John Chiang,** PE, is a senior electrical engineer with RSMeans with expertise in the residential, commercial, and industrial construction markets with over twenty-five years of cost engineering experience in CSI Divisions 26, 27, and 28, Electrical, Communications, and Safety and Security.  Recent consulting projects include value engineering data for Southwire, the TRACES cost estimating database, the Bureau of Labor Statistics cost index, and code research for Security Industrial Association.  He implements "time and motion" studies for building product manufacturers, which combines with an RSMeans cost analysis of installation and provides input to pricing models and business strategy.

Mr. Chiang is a registered engineer in Texas and holds an MS in industrial engineering from the University of Texas, and a BS in electronics engineering. He is a senior member of IEEE, and a member of the National Society of Professional Engineers as well as the Massachusetts Society of Professional Engineers.

**David G. Drain,** PE, is an engineer with RSMeans and has technical responsibility for the research and publishing of cost data for Division 33 – Utilities. He also contributes to Division 44 – Pollution Control Equipment, grey water, and water reuse items. Mr. Drain also works on consulting with clients in the government and corporate sectors including the U.S. Army Corps of Engineers, Hunt Building Company, Dow, and BASF. He has worked at RSMeans since 2006.  Before joining RSMeans he held positions with Stone & Webster, Charles T. Main, Sverdrup, Massachusetts Water Resources Authority, Perot Systems Government

Services, and Stenbeck & Taylor. Mr. Drain holds a BS in civil engineering from Lafayette College, Easton, Pennsylvania. He is a licensed professional engineer, certified soil evaluator, and certified system inspector. In addition he has had specialized training in toxics use reduction and risk assessment for water utilities.

**Robert Kuchta** is an engineer with RSMeans. He holds a BS in civil engineering from Wentworth Institute of Technology. Mr. Kuchta is responsible for the technical editing of Division 8 – Openings in the RSMeans cost database and is senior editor of *RSMeans Light Commercial Cost Data*. He has been a training instructor since 2003. He served in the U.S. Navy as a CONUS Seabees operations chief, and has worked with Ralph M. Parsons, Brown & Root Government Services, and The Shaw Group/Beneco Enterprises. He is a licensed construction supervisor in Massachusetts and a surveyor in training.

**Joe Macaluso,** a certified cost consultant and member of the Association for the Advancement of Cost Engineering International, currently chairs the Government and Public Works Special Interest Group and has been awarded the Technical Excellence Award for 2008. He also chairs the New York Interagency Engineering Council. Mr. Macaluso is currently the construction cost estimator for the Empire State Development Corporation, an agency that provides financial and technical assistance for projects throughout New York State. Over the past twenty-three years he has prepared and reviewed construction cost estimates, written budgets and schedules for major public works projects, negotiated change orders, and worked in the field of contract administration. In addition, he has taught cost estimating at Long Island University and the City University of New York.

**Robert W. Mewis,** CCC, is a senior engineer/editor with RSMeans. His background includes hands-on construction experience, professional estimating, and project management. Mr. Mewis graduated from Fitchburg State College with a degree in industrial education, and attained a certificate of professional achievement in construction supervision from Northeastern University.
He has worked for construction consulting firms, general contractors, and subcontractors, performing construction estimating from the conceptual stage to hard bidding. Mr. Mewis holds the designation of certified cost consultant from the Association for the Advancement of Cost Engineering and is a member of the American Society of Professional Estimators.

**Mel Mossman,** PE, is the chief mechanical engineer at RSMeans. He has been senior editor of *RSMeans Mechanical Cost Data, RSMeans Plumbing Cost Data,* and *RSMeans Facilities Construction Cost Data* for more than thirty-four years. He is a contributing editor on all other RSMeans cost products; is responsible for the development, maintenance, and update of the mechanical database; responds to all mechanical technical cost inquiries; and provides technical support on consulting projects. A registered professional engineer, Mr. Mossman has taught

the RSMeans Mechanical/Electrical Cost Estimating seminar for many years and has also lectured at ASHRAE events.

**Stephen Plotner** is a senior engineer with RSMeans and has technical responsibility for the research and publishing of cost data for Division 3 – Concrete and for Division 5 – Metals.  He also has technical responsibility as senior editor for RSMeans cost data titles including the *RSMeans Facilities Construction Cost Data*, *RSMeans Facilities Maintenance and Repair Cost Data*, and *RSMeans Concrete & Masonry Cost Data*.  Mr. Plotner also consults with clients in the government and corporate sectors including the U.S. Army Corps of Engineers, Hunt Building Company, Clark Realty Builders, Forest City, the Bureau of Indian Affairs, and the U.S. Department of Energy. Mr. Plotner also teaches RSMeans seminars around the world on such subjects as construction cost estimating and facilities maintenance. Joining RSMeans in 1996, Mr. Plotner formerly held positions with Payless Cashways Building Materials (Northeast regional facilities administrator), Financial Construction Inc. (owner and president), Financial Building Corp (construction project manager and estimator), and  Veitas & Veitas Engineers (structural engineer, construction superintendent). Mr. Plotner holds a BS in civil engineering from Northeastern University, Boston.

**Eugene Spencer** is a senior engineer with RSMeans. He consults with clients in both government and private sectors. He has over thirty years of experience in private and government construction and facilities maintenance on complex projects such as hospitals, medical research facilities, high-rise buildings, and utilities installation. Mr. Spencer was the lead engineer in the development of a facilities maintenance assessment tool for General Motors plants throughout the U.S. He has participated in developing a model to predict flood damage on highways for the U.S. Army Corps of Engineers. Mr. Spencer also served as project manager for Daniel O'Connell Sons Construction, and he has held positions at Bechtel, Morrison Knudsen, Turner Construction and the U.S. Navy's CEC Corp. He earned a BS in Civil Engineering at Arizona State University. Mr. Spencer also teaches RSmeans classes for mechanical/electrical estimating, site work estimating, and facilities maintenance estimating.

**Phillip R. Waier**, PE, joined RSMeans twenty years ago as a principal engineer. Mr. Waier specializes in advising clients in government and legal sectors. He is currently program manager for the U.S. Army Corps of Engineers' electronic global cost estimating database and lead consultant for Pentagon and General Services Administration engagements. As a commercial cost construction authority, he examines material and local cost factors and recently completed a study to determine national asphalt and cement usage for the Portland Cement Association. He has technical responsibility for RSMeans cost estimating data guides, including *RSMeans Building Construction Cost Data* and *RSMeans Facilities Maintenance & Repair Cost Data*. Mr. Waier serves as an expert witness

xii

in class action suits involving commercial and residential building products. He previously held engineering and management positions with Mobil Oil Corporation, Janus Incorporated, and Charles T. Main/Metcalf and Eddy, Inc. Mr. Waier earned an MS degree in Civil Engineering at Villanova University and is a registered professional engineer in Massachusetts and Rhode Island.

# Ackno

*The editors wou*
*who reviewed a*

**Robert Cox, Phi**
M.E. Rinker Sch
currently teache
construction ma
productivity imp
estimating, proj

**Roy Gilley, AIA.**
a partner at Gill
staff architect fo
architectural and
million dollar co
centers, hospital
laboratories. An
inspection and e
architectural and
specifications, pr

**Jeff Goldman** ha
costs and biddin
on commercial, i
department for t
and maintains hi
Goldman has wo
Tishman Constru
estimator for Ba
International, se
Parsons Brincker
Austin Company
conceptual estim

**Kenneth K. Hun**
Cost Engineering
for the Advance
practices as a co
engineering, and
includes more th
the steel and coa
Corporation, as