

**Christopher Q. King**
Partner

christopher.king@dentons.com
D  +1 312 876 8224

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6404 USA

T  +1 312 876 8000
F  +1 312 876 7934

Salans FMC SNR Denton
McKenna Long
dentons.com

September 11, 2015

**VIA EMAIL**
Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhklawfirm.com
drywall@hhkc.com
ldavis@hhklawfirm.com

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215) 592-4663
alevin@lfsblaw.com

Re:   In re Chinese Drywall Litigation
      Confidentiality Designations for Yu Chen and Yanming Zhao Depositions

Counsel:

I write to respond to your August 25, 2015 letter regarding the Yu Chen and Yanming Zhao confidentiality designations. While we believe that the designations as originally made were reasonable and appropriate, we are committed to working with the Plaintiffs' Steering Committee to reach an agreement on the appropriate designations for the Chen and Zhao depositions, as we have for many other discovery issues. The attached charts list all exhibits and transcript lines that BNBM PLC and BNBM Group had previously designated as confidential and state whether they agree to remove the confidentiality designations from those items. For any exhibit or portion of a transcript that BNBM PLC or BNBM Group believes should remain confidential, the chart states the basis for the confidentiality designation.

Consistent with the requirements of Pre-trial Oder No. 16, please let us me know when you are available to meet and confer about the designations proposed in the attached charts.

Very truly yours,

Dentons US, LLP

*C. King /mon*

Christopher Q. King

**EXHIBIT 1**

**BNBM Group and BNBM PLC's Proposed Revisions to the Confidentiality Designations For the Deposition of Mr. Yu Chen (September 11, 2015)**

| Ex. No.[1] | Bates No. | Relevant Transcript Citations[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 42-2 (AA) | BNBM(Group)0002829-0002831 | | Not Confidential | |
| 42-2 (BB) | BNBM(Group)0002834-0002836 | | Not Confidential | |
| 42-2 (C) | BNBM(Group)0002846 | | Not Confidential | |
| 42-2 (E) | BNBM(Group)0002849 | | Not Confidential | |
| 42-2 (G) | BNBM(Group)0002851 | | Not Confidential | |
| 42-2 (O) | BNBM(Group)0002852 | | Not Confidential | |
| 42-2 (U) | BNBM(Group)0002861 | | Not Confidential | |
| 42-2 (Z) | BNBM(Group)0002827-0002828 | | Not Confidential | |
| 43-2 (A) | BNBM(Group)0002837-0002838 | | Not Confidential | |
| 43-2(B) | BNBM(Group)0002847-0002848 | | Not Confidential | |
| 43-2(FF) | BNBM(Group)0002864 | | Not Confidential | |
| 43-2(OO) | BNBM(Group)0002857 | | Not Confidential | |
| 43-2(V) | BNBM(Group)0002862 | | Not Confidential | |
| 43-2(W) | BNBM(Group)0002863 | | Not Confidential | |
| 44-2(D) | BNBM(Group)0002843; Baillie00323 | | Not Confidential | |
| 44-2(S) | BNBM(Group)0002844-0002845 | | Not Confidential | |
| 44-2(T) | BNBM(Group)0002850 | | Not Confidential | |

---

[1] Excluding any exhibit the parties previously agreed should be designated highly confidential, BNBM PLC and BNBM Group agree that the exhibits can be designated as specified herein.
[2] Excluding any portion of the transcript which the parties previously agreed should be designated highly confidential, BNBM PLC and BNBM Group agree that any portion of the transcript not referenced herein can be made not confidential

| Ex. No.[1] | Bates No. | Relevant Transcript Citations[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 96 | BNBMPLC0007421-0007479; BNBMPLC0007494-0007499; BNBMPLC0007503-BNBMPLC0007506; BNBMPLC0007508-0007509; BNBMPLC0007516-0007518; BNBMPLC0007521-0007523; BNBMPLC0007528-0007529; BNBMPLC0007531; BNBMPLC0007533; BNBMPLC0007535; BNBMPLC0007540-0007543 BNBMPLC0007545; BNBMPLC0007553-0007558; BNBMPLC0007562; BNBMPLC0007564; BNBMPLC0007570-0007571; BNBMPLC0007573-0007576; BNBMPLC0007580-0007588; BNBMPLC0007590-0007596 | | Confidential | Chinese regulatory requirements applicable to Chinese companies that have stock publicly traded in China. |
| 100 | BNBMPLC0003218-0003219; BNBMPLC0003007-0003008; BNBMPLC0001553-0001554; BNBMPLC0001391; TG-040615-0028706 | | Not Confidential | |

2

| Ex. No.[1] | Bates No. | Relevant Transcript Citations[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 103 | Composite Exhibit BNBMPLC0005923-0006089 | | Confidential | Non-publically available document disusing corporate strategy |
| 104 | BNBMPLC0006284-6428 | | Confidential | Non-publically available document disusing corporate strategy |
| 109 | BNBMPLC-E-0000470 | 391:2-393:14 | Confidential | Internal company communication |
| 110 | BNBMPLC-E-0000819-820 | | Confidential | Chinese regulatory requirements applicable to Chinese companies that have stock publicly traded in China. |
| 111 | BNBMPLC-E-0000987-1005 | 290:9-292:9; 293:11-295:1; 298:5-299:21 | Confidential | This a CNBM Group document which CNBM Group treats as confidential; BNBM PLC and BNBM Group will respect CNBM Group's confidentiality designation |
| 112 | BNBMPLC-E-0001033-1045 | 245:9-14; 247:4-6; 248:18-20; 249:11-251:6; 251:17-24; 252:22-266:20 | Confidential | Internal corporate communication designated as confidential at time of creation |
| 115 | BNBMPLC-E-0001225 | 452:15-453:7 | Confidential | Draft disclosure statement, which differs from final version |
| 116 | BNBMPLC-E-001226-1227 | | Not confidential | |
| 118 | BNBMPLC-E-0001339-1353 | 268:5-269:23; 270:20-24; 272:6-274:19 280:3-283:18; 300:20-301:17 | Confidential | Discusses companies self-evaluation on corporate governance issues |
| 119 | BNBMPLC-E-0002110-2154 | | Not confidential | |
| 123 | BNBMPLC-E-0006059-6060 | 376:14-377:16 378:13-18; 387:8-389:10 | Confidential | Internal communication regarding company audit |
| 127 | BNBMPLC-E-0009561-9567 | 589:22-590:10; 591:10-21; 592:10-24 | Confidential | Internal document relating to company strategy and decision making |
| 131 | BNBMPLC-E-001088-90 | | Not Confidential | |

3

| Ex. No.[1] | Bates No. | Relevant Transcript Citations[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 133 | CNBMGRP000098047-9838 | 218:4-222: | Confidential | This a CNBM Group document which CNBM Group treats as confidential; BNBM PLC and BNBM Group will respect CNBM Group's confidentiality designation |
| 134-1 | BNBMPLC-E-0010164 | 229:20-230:18 | Confidential | Internal company communication regarding regulatory compliance |
| 134-1R | | 229:20-230:18 | Confidential | Internal company communication regarding regulatory compliance |
| 134 | BNBMPLC-E-0010163 | 225:4-227:23 | Confidential | Internal company communication regarding audit |
| 134R | | 225:4-227:23 | Confidential | Internal company communication regarding audit |
| 138 | BNBMPLC-E-0029161 | | Not confidential | |
| 139 | BNBMPLC-E-0029707-29708 | | Not confidential | |
| 140 | BNBMPLC-E-0030088-30091 | 400:19-402:10 | Confidential | Personnel evaluation materials |
| 140R | | 400:19-402:20 | Confidential | Personnel evaluation materials |
| 142 | BNBMPLC-E-0000052-00058 | | Confidential | Chinese regulatory requirements applicable to Chinese companies that have stock publicly traded in China |
| 143 | BNBMPLC0007290-BNBMPLC0007291 | | Confidential | Chinese regulatory requirements applicable to Chinese companies that have stock publicly traded in China. |

4

**BNBM Group and BNBM PLC's Proposed Revisions to the Confidentiality Designations For the Deposition of Mr. Yanming Zhao (September 11, 2015)**

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 164 | BNBM(Group)0002794-BNBM(Group)0002801 | | Not Confidential | |
| 164A | BNBM(Group)0002786-BNBM(Group)0002793 | | Not Confidential | |
| 168 | BNBM(Group)0000427-BNBM(Group)0000518 | | Confidential | Detailed financial information of a non-public company |
| 168A | BNBM(Group)0000371-BNBM(Group)0000426 | | Confidential | Detailed financial information of a non-public company |
| 168R | | | Confidential | Detailed financial information of a non-public company |
| 169 | BNBM(Group)0000560-BNBM(Group)0000611 | | Confidential | Detailed financial information of a non-public company |
| 169A | BNBM(Group)0000519-BNBM(Group)0000559 | | Confidential | Detailed financial information of a non-public company |
| 169R | | | Confidential | Detailed financial information of a non-public company |
| 170 | BNBM(Group)0000651-BNBM(Group)0000701 | | Confidential | Detailed financial information of a non-public company |
| 170A | BNBM(Group)0000612-BNBM(Group)0000650 | | Confidential | Detailed financial information of a non-public company |
| 170R | | | Confidential | Detailed financial information of a non-public company |
| 171 | BNBM(Group)0000745-BNBM(Group)0000807 | | Confidential | Detailed financial information of a non-public company |
| 171A | BNBM(Group)0000702-BNBM(Group)0000744 | | Confidential | Detailed financial information of a non-public company |
| 171R | | | Confidential | Detailed financial information of a non-public company |
| 172 | BNBM(Group)0000850-BNBM(Group)0000913 | | Confidential | Detailed financial information of a non-public company |

---

[1] Excluding any exhibit the parties previously agreed should be designated highly confidential, BNBM PLC and BNBM Group agree that the exhibits can be designated as specified herein.

[2] Excluding any portion of the transcript which the parties previously agreed should be designated highly confidential, BNBM PLC and BNBM Group agree that any portion of the transcript not referenced herein can be made not confidential.

1

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 172A | BNBM(Group)0000808-BNBM(Group)0000849 | | Confidential | Detailed financial information of a non-public company |
| 172R | | | Confidential | Detailed financial information of a non-public company |
| 173 | BNBM(Group)0000956-BNBM(Group)0001011 | | Confidential | Detailed financial information of a non-public company |
| 173A | BNBM(Group)0000914-BNBM(Group)0000955 | | Confidential | Detailed financial information of a non-public company |
| 173R | | | Confidential | Detailed financial information of a non-public company |
| 174 | BNBM(Group)0001054-BNBM(Group)0001109 | | Confidential | Detailed financial information of a non-public company |
| 174A | BNBM(Group)0001012-BNBM(Group)0001053 | | Confidential | Detailed financial information of a non-public company |
| 174R | | | Confidential | Detailed financial information of a non-public company |
| 175 | BNBM(Group)0001154-BNBM(Group)0001213 | | Confidential | Detailed financial information of a non-public company |
| 175A | BNBM(Group)0001110-BNBM(Group)0001153 | | Confidential | Detailed financial information of a non-public company |
| 175R | | | Confidential | Detailed financial information of a non-public company |
| 176 | BNBM(Group)0001266-BNBM(Group)0001337 | | Confidential | Detailed financial information of a non-public company |
| 176A | BNBM(Group)0001214-BNBM(Group)0001265 | | Confidential | Detailed financial information of a non-public company |
| 176R | | | Confidential | Detailed financial information of a non-public company |
| 177 | BNBM(Group)0003274-BNBM(Group)0003330 | | Confidential | Detailed financial information of a non-public company |
| 177A | BNBM(Group)0003226-BNBM(Group)0003273 | | Confidential | Detailed financial information of a non-public company |
| 177R | | | Confidential | Detailed financial information of a non-public company |

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 178 | BNBM(Group)0001818-BNBM(Group)0001858 | | Confidential | Discloses corporate strategy for a non-public company |
| 178A | BNBM(Group)0001777-BNBM(Group)0001817 | | Confidential | Discloses corporate strategy for a non-public company |
| 178R | | | Confidential | Discloses corporate strategy for a non-public company |
| 179 | BNBM(Group)0001913-BNBM(Group)0001966 | | Confidential | Discloses corporate strategy for a non-public company |
| 179A | BNBM(Group)0001859-BNBM(Group)0001912 | | Confidential | Discloses corporate strategy for a non-public company |
| 179R | | | Confidential | Discloses corporate strategy for a non-public company |
| 180 | BNBM(Group)0002022-BNBM(Group)0002069 | | Confidential | Discloses corporate strategy for a non-public company |
| 180A | BNBM(Group)0001967-BNBM(Group)0002021 | | Confidential | Discloses corporate strategy for a non-public company |
| 181 | BNBM(Group)0002102-BNBM(Group)0002133 | | Confidential | Discloses corporate strategy for a non-public company |
| 181A | BNBM(Group)0002070-BNBM(Group)0002101 | | Confidential | Discloses corporate strategy for a non-public company |
| 182A | BNBM(Group)0002134-BNBM(Group)0002171 | | Confidential | Discloses corporate strategy for a non-public company |
| 182R | BNBM(Group)0002172-R-BNBM(Group)0002209-R | | Confidential | Discloses corporate strategy for a non-public company |
| 183A | BNBM(Group)0002210-BNBM(Group)0002261 | | Confidential | Discloses corporate strategy for a non-public company |
| 183R | BNBM(Group)0002262-R-BNBM(Group)0002319-R | | Confidential | Discloses corporate strategy for a non-public company |
| 184A | BNBM(Group)0002320-BNBM(Group)0002357 | | Confidential | Discloses corporate strategy for a non-public company |
| 184R | BNBM(Group)0002358-R-BNBM(Group)0002392-R | | Confidential | Discloses corporate strategy for a non-public company |
| 185 | BNBM(Group)0002424-BNBM(Group)0002454 | | Confidential | Discloses corporate strategy for a non-public company |

3

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 185A | BNBM(Group)0002393-BNBM(Group)0002423 | | Confidential | Discloses corporate strategy for a non-public company |
| 186 | BNBM(Group)0002483-BNBM(Group)0002511 | | Confidential | Discloses corporate strategy for a non-public company |
| 186A | BNBM(Group)0002455-BNBM(Group)0002482 | | Confidential | Discloses corporate strategy for a non-public company |
| 187 | BNBM(Group)0002555-BNBM(Group)0002596 | | Confidential | Discloses corporate strategy for a non-public company |
| 187A | BNBM(Group)0002512-BNBM(Group)0002554 | | Confidential | Discloses corporate strategy for a non-public company |
| 187R | BNBM(Group)0002512-BNBM(Group)0002554 | | Confidential | Discloses corporate strategy for a non-public company |
| 188 | BNBM(Group)0002599-BNBM(Group)0002600 | | Confidential | Discloses corporate strategy for a non-public company |
| 188A | BNBM(Group)0002599-BNBM(Group)0002600 | | Confidential | Discloses corporate strategy for a non-public company |
| 189 | BNBM(Group)0002654-BNBM(Group)0002661 | | Not Confidential | |
| 189A | BNBM(Group)0002646-BNBM(Group)0002653 | | Not Confidential | |
| 190 | BNBM(Group)0002670-BNBM(Group)0002677 | | Not Confidential | |
| 190A | BNBM(Group)0002662-BNBM(Group)0002669 | | Not Confidential | |
| 191 | BNBM(Group)0002687-BNBM(Group)0002695 | | Not Confidential | |
| 191A | BNBM(Group)0002678-BNBM(Group)0002686 | | Not Confidential | |
| 192 | BNBM(Group)0002705-BNBM(Group)0002713 | | Not Confidential | |
| 192A | BNBM(Group)0002696-BNBM(Group)0002704 | | Not Confidential | |
| 193 | BNBM(Group)0002723-BNBM(Group)0002731 | | Not Confidential | |
| 193A | BNBM(Group)0002714-BNBM(Group)0002722 | | Not Confidential | |
| 194 | BNBM(Group)0002740-BNBM(Group)0002747 | | Not Confidential | |
| 194A | BNBM(Group)0002732-BNBM(Group)0002739 | | Not Confidential | |
| 195 | BNBM(Group)0002756-BNBM(Group)0002763 | | Not Confidential | |
| 195A | BNBM(Group)0002748-BNBM(Group)0002755 | | Not Confidential | |

4

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 198 | BNBM(Group)0002773 | | Confidential | Contains non-public investment information |
| 198A | BNBM(Group)0002772 | | Confidential | Contains non-public investment information |
| 206 | BNBM(Group)0002825-BNBM(Group)0002872 | | Not Confidential | |
| 211 | BNBM(Group)-E-0026245- BNBM(Group)-E-0026270 | | Not Confidential | |
| 216 | BNBM (Group)-E-0004362 | | Not Confidential | Previously Listed in error |
| 217 | BNBM (Group)-E-0004849-4850 BNBM (Group)-E-0004852-4870 BNBM (Group)-E-0004890 | | Not Confidential | |
| 219 | BNBM (Group)-E-0008555 | | Not Confidential | |
| 220 | BNBM(Group)-E-0008652 | | Not Confidential | |
| 220R | BNBM (Group)-E-0008652 | | Not Confidential | |
| 222 | BNBM(Group)-E-0001738-1743 | | Not Confidential | |
| 223 | BNBM (Group)-E-0004100-4114 | 399:6-400:15; 401:23-403:11; 403:22-404:8 | Confidential | Company's internal audit analysis |
| 225 | BNBM (Group)-E-0008654 | 382:10 -383:11; 383:20 - 384:5 | Confidential | Internal BNBM PLC communication discussing potential customers, pricing, and market strategy |
| 226 | BNBM (Group)-E-0010740-10744 | | Confidential | Discusses detailed financial information of a non-public company |
| 227 | BNBM(Group)-E-0020914 | | Confidential | Memorandum of Understanding between BNBM PLC and BNBM Group regarding joint investment project |
| 230 | BNBMPLC0007427-BNBMPLC0007429 | | Not Confidential | |
| 230A | BNBMPLC0007424-BNBMPLC0007426 | | Not Confidential | |

5

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 231 | BNBMPLC0007437-BNBMPLC0007440 | | Not Confidential | |
| 231A | BNBMPLC0007437-BNBMPLC0007440 | | Not Confidential | |
| 232 | BNBMPLC0007452-BNBMPLC0007455 | | Not Confidential | |
| 232A | BNBMPLC0007449-BNBMPLC0007451 | | Not Confidential | |
| 233 | BNBM(Group)-E-0000273-298 | | Not Confidential | |
| 234 | BNBM(Group)-E-0000297-274 | | Not Confidential | |
| 235 | BNBM(Group)-E-0000362-363 | | Not Confidential | |
| 236 | BNBM(Group)-E-001023-1024 | 384:6-387:13 | Confidential | Internal business communication regarding capital management |
| 243 | BNBM(Group)-E-0008707 | | Not Confidential | |
| 245 | BNBM (Group)-E-001744-1745 | | Not Confidential | |
| 246 | BNBM(Group)-E-0019345- BNBM(Group)-E-0019347 | | Not Confidential | |
| 247 | BNBM(Group)-E-0004986-4990 | 394:10-395:12 | Confidential | Discusses internal management and personnel issues |
| 248 | BNBM(Group)-E-0012010-12016 | 397:9-25 | Confidential | Contains detailed discussion of finances, performance, and strategy of a non-public company |
| 249 | BNBM(Group)-E-0005107-5115 | 409:17-411:15 | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |
| 250 | BNBM(Group)-E-005016-5045 | | Confidential | Internal audit and analysis of performance of a non-public company |
| 251 | BNBM(Group)-E-005101-5106 | 405:23-406:25 | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |
| 252 | BNBM(Group)-E-0006515 | | Not Confidential | |

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 253 | BNBM(Group)-E-0005083-5092 | | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |
| 254 | BNBM(Group)-E-0005116-5120 | | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |
| 255 | BNBM(Group)-E-0005140-5147 | | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |

84885903\V-2