**大成 DENTONS**

Christopher Q. King
Partner

christopher.king@dentons.com

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6361
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

March 18, 2016

**BY E-MAIL**

Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhklawfirm.com
drywall@hhkc.com
ldavis@hhklawfirm.com

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Re:   *In re Chinese-Manufactured Drywall Products Liability Litigation—Confidentiality Designations*

Counsel:

I write to respond to your February 22, 2016 letter regarding BNBM PLC's and BNBM Group's confidentiality designations.  BNBM Group and BNBM PLC already responded to most of the confidentiality challenges in your February 22, 2016 letter on September 11, 2015.  The September 11, 2015 letter is attached here for your reference.

Also attached are charts that address new confidentiality challenges raised in your February 22, 2016 letter.  These new charts list all exhibits and transcript lines that BNBM PLC and BNBM Group had previously designated as confidential and state whether they agree to remove the confidentiality designations from those items. For any exhibit or portion of a transcript that BNBM PLC or BNBM Group believes should remain confidential, the chart states the basis for the confidentiality designation.

Consistent with the requirements of Pre-trial Oder No. 16, please let us me know when you are available to meet and confer about the designations proposed in our September 11, 2015 and in the newly attached charts.

Very truly yours,

*Chris King* up ID

Christopher Q. King

EXHIBIT
2

 **DENTONS**

| | | |
|---|---|---|
| **Christopher Q. King**<br>Partner | christopher.king@dentons.com<br>D  +1 312 876 8224 | **Salans FMC SNR Denton**<br>**McKenna Long**<br>dentons.com |
| | Dentons US LLP<br>233 South Wacker Drive<br>Suite 5900<br>Chicago, IL 60606-6404 USA | |
| | T  +1 312 876 8000<br>F  +1 312 876 7934 | |

September 11, 2015

<u>**VIA EMAIL**</u>
Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhklawfirm.com
drywall@hhkc.com
ldavis@hhklawfirm.com

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215) 592-4663
alevin@lfsblaw.com

Re:    In re Chinese Drywall Litigation
       Confidentiality Designations for Yu Chen and Yanming Zhao Depositions

Counsel:

I write to respond to your August 25, 2015 letter regarding the Yu Chen and Yanming Zhao confidentiality designations.  While we believe that the designations as originally made were reasonable and appropriate, we are committed to working with the Plaintiffs' Steering Committee to reach an agreement on the appropriate designations for the Chen and Zhao depositions, as we have for many other discovery issues.  The attached charts list all exhibits and transcript lines that BNBM PLC and BNBM Group had previously designated as confidential and state whether they agree to remove the confidentiality designations from those items.  For any exhibit or portion of a transcript that BNBM PLC or BNBM Group believes should remain confidential, the chart states the basis for the confidentiality designation.

Consistent with the requirements of Pre-trial Oder No. 16, please let us me know when you are available to meet and confer about the designations proposed in the attached charts.

Very truly yours,

Dentons US, LLP

*C. King /man*

Christopher Q. King

**BNBM Group and BNBM PLC's Proposed Revisions to the Confidentiality
Designations For the Deposition of Mr. Yu Chen (September 11, 2015)**

| Ex. No.[1] | Bates No. | Relevant Transcript Citations[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 42-2 (AA) | BNBM(Group)0002829-0002831 | | Not Confidential | |
| 42-2 (BB) | BNBM(Group)0002834-0002836 | | Not Confidential | |
| 42-2 (C) | BNBM(Group)0002846 | | Not Confidential | |
| 42-2 (E) | BNBM(Group)0002849 | | Not Confidential | |
| 42-2 (G) | BNBM(Group)0002851 | | Not Confidential | |
| 42-2 (O) | BNBM(Group)0002852 | | Not Confidential | |
| 42-2 (U) | BNBM(Group)0002861 | | Not Confidential | |
| 42-2 (Z) | BNBM(Group)0002827-0002828 | | Not Confidential | |
| 43-2 (A) | BNBM(Group)0002837-0002838 | | Not Confidential | |
| 43-2(B) | BNBM(Group)0002847-0002848 | | Not Confidential | |
| 43-2(FF) | BNBM(Group)0002864 | | Not Confidential | |
| 43-2(OO) | BNBM(Group)0002857 | | Not Confidential | |
| 43-2(V) | BNBM(Group)0002862 | | Not Confidential | |
| 43-2(W) | BNBM(Group)0002863 | | Not Confidential | |
| 44-2(D) | BNBM(Group)0002843; Baillie00323 | | Not Confidential | |
| 44-2(S) | BNBM(Group)0002844-0002845 | | Not Confidential | |
| 44-2(T) | BNBM(Group)0002850 | | Not Confidential | |

---

[1] Excluding any exhibit the parties previously agreed should be designated highly confidential, BNBM PLC and BNBM Group agree that the exhibits can be designated as specified herein.
[2] Excluding any portion of the transcript which the parties previously agreed should be designated highly confidential, BNBM PLC and BNBM Group agree that any portion of the transcript not referenced herein can be made not confidential

1

| Ex. No.[1] | Bates No. | Relevant Transcript Citations[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 96 | BNBMPLC0007421 -0007479; BNBMPLC0007494 -0007499; BNBMPLC0007503 - BNBMPLC0007506 ; BNBMPLC0007508 -0007509; BNBMPLC0007516 -0007518; BNBMPLC0007521 -0007523; BNBMPLC0007528 -0007529; BNBMPLC0007531 ; BNBMPLC0007533 ; BNBMPLC0007535 ; BNBMPLC0007540 -0007543 BNBMPLC0007545 ; BNBMPLC0007553 -0007558; BNBMPLC0007562 ; BNBMPLC0007564 ; BNBMPLC0007570 -0007571; BNBMPLC0007573 -0007576; BNBMPLC0007580 -0007588; BNBMPLC0007590 -0007596 | | Confidential | Chinese regulatory requirements applicable to Chinese companies that have stock publicly traded in China. |
| 100 | BNBMPLC 0003218- 0003219; BNBMPLC0003 007-0003008; BNBMPLC0001 553-0001554; BNBMPLC0001 391; TG- 040615- 0028706 | | Not Confidential | |

| Ex. No.[1] | Bates No. | Relevant Transcript Citations[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 103 | Composite Exhibit BNBMPLC0005 923-0006089 | | Confidential | Non-publically available document disusing corporate strategy |
| 104 | BNBMPLC0006 284-6428 | | Confidential | Non-publically available document disusing corporate strategy |
| 109 | BNBMPLC-E-0000470 | 391:2-393:14 | Confidential | Internal company communication |
| 110 | BNBMPLC-E-0000819-820 | | Confidential | Chinese regulatory requirements applicable to Chinese companies that have stock publicly traded in China. |
| 111 | BNBMPLC-E-0000987-1005 | 290:9-292:9; 293:11-295:1; 298:5-299:21 | Confidential | This a CNBM Group document which CNBM Group treats as confidential; BNBM PLC and BNBM Group will respect CNBM Group's confidentiality designation |
| 112 | BNBMPLC-E-0001033-1045 | 245:9-14; 247:4-6; 248:18-20; 249:11-251:6; 251:17-24; 252:22-266:20 | Confidential | Internal corporate communication designated as confidential at time of creation |
| 115 | BNBMPLC-E-0001225 | 452:15-453:7 | Confidential | Draft disclosure statement, which differs from final version |
| 116 | BNBMPLC-E-001226-1227 | | Not confidential | |
| 118 | BNBMPLC-E-0001339-1353 | 268:5-269:23; 270:20-24; 272:6-274:19 280:3-283:18; 300:20-301:17 | Confidential | Discusses companies self-evaluation on corporate governance issues |
| 119 | BNBMPLC-E-0002110-2154 | | Not confidential | |
| 123 | BNBMPLC-E-0006059-6060 | 376:14-377:16 378:13-18; 387:8-389:10 | Confidential | Internal communication regarding company audit |
| 127 | BNBMPLC-E-0009561-9567 | 589:22-590:10; 591:10-21; 592:10-24 | Confidential | Internal document relating to company strategy and decision making |
| 131 | BNBMPLC-E-001088-90 | | Not Confidential | |

| Ex. No.[1] | Bates No. | Relevant Transcript Citations[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 133 | CNBMGRP000 098047-9838 | 218:4-222: | Confidential | This a CNBM Group document which CNBM Group treats as confidential; BNBM PLC and BNBM Group will respect CNBM Group's confidentiality designation |
| 134-1 | BNBMPLC-E-0010164 | 229:20-230:18 | Confidential | Internal company communication regarding regulatory compliance |
| 134-1R | | 229:20-230:18 | Confidential | Internal company communication regarding regulatory compliance |
| 134 | BNBMPLC-E-0010163 | 225:4-227:23 | Confidential | Internal company communication regarding audit |
| 134R | | 225:4-227:23 | Confidential | Internal company communication regarding audit |
| 138 | BNBMPLC-E-0029161 | | Not confidential | |
| 139 | BNBMPLC-E-0029707-29708 | | Not confidential | |
| 140 | BNBMPLC-E-0030088-30091 | 400:19-402:10 | Confidential | Personnel evaluation materials |
| 140R | | 400:19-402:20 | Confidential | Personnel evaluation materials |
| 142 | BNBMPLC-E-0000052-00058 | | Confidential | Chinese regulatory requirements applicable to Chinese companies that have stock publicly traded in China |
| 143 | BNBMPLC0007 290-BNBMPLC0007 291 | | Confidential | Chinese regulatory requirements applicable to Chinese companies that have stock publicly traded in China. |

**BNBM Group and BNBM PLC's Proposed Revisions to the Confidentiality Designations For the Deposition of Mr. Yanming Zhao (September 11, 2015)**

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 164 | BNBM(Group)0002794-BNBM(Group)0002801 | | Not Confidential | |
| 164A | BNBM(Group)0002786-BNBM(Group)0002793 | | Not Confidential | |
| 168 | BNBM(Group)0000427-BNBM(Group)0000518 | | Confidential | Detailed financial information of a non-public company |
| 168A | BNBM(Group)0000371-BNBM(Group)0000426 | | Confidential | Detailed financial information of a non-public company |
| 168R | | | Confidential | Detailed financial information of a non-public company |
| 169 | BNBM(Group)0000560-BNBM(Group)0000611 | | Confidential | Detailed financial information of a non-public company |
| 169A | BNBM(Group)0000519-BNBM(Group)0000559 | | Confidential | Detailed financial information of a non-public company |
| 169R | | | Confidential | Detailed financial information of a non-public company |
| 170 | BNBM(Group)0000651-BNBM(Group)0000701 | | Confidential | Detailed financial information of a non-public company |
| 170A | BNBM(Group)0000612-BNBM(Group)0000650 | | Confidential | Detailed financial information of a non-public company |
| 170R | | | Confidential | Detailed financial information of a non-public company |
| 171 | BNBM(Group)0000745-BNBM(Group)0000807 | | Confidential | Detailed financial information of a non-public company |
| 171A | BNBM(Group)0000702-BNBM(Group)0000744 | | Confidential | Detailed financial information of a non-public company |
| 171R | | | Confidential | Detailed financial information of a non-public company |
| 172 | BNBM(Group)0000850-BNBM(Group)0000913 | | Confidential | Detailed financial information of a non-public company |

[1] Excluding any exhibit the parties previously agreed should be designated highly confidential, BNBM PLC and BNBM Group agree that the exhibits can be designated as specified herein.
[2] Excluding any portion of the transcript which the parties previously agreed should be designated highly confidential, BNBM PLC and BNBM Group agree that any portion of the transcript not referenced herein can be made not confidential.

1

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 172A | BNBM(Group)0000808-BNBM(Group)0000849 | | Confidential | Detailed financial information of a non-public company |
| 172R | | | Confidential | Detailed financial information of a non-public company |
| 173 | BNBM(Group)0000956-BNBM(Group)0001011 | | Confidential | Detailed financial information of a non-public company |
| 173A | BNBM(Group)0000914-BNBM(Group)0000955 | | Confidential | Detailed financial information of a non-public company |
| 173R | | | Confidential | Detailed financial information of a non-public company |
| 174 | BNBM(Group)0001054-BNBM(Group)0001109 | | Confidential | Detailed financial information of a non-public company |
| 174A | BNBM(Group)0001012-BNBM(Group)0001053 | | Confidential | Detailed financial information of a non-public company |
| 174R | | | Confidential | Detailed financial information of a non-public company |
| 175 | BNBM(Group)0001154-BNBM(Group)0001213 | | Confidential | Detailed financial information of a non-public company |
| 175A | BNBM(Group)0001110-BNBM(Group)0001153 | | Confidential | Detailed financial information of a non-public company |
| 175R | | | Confidential | Detailed financial information of a non-public company |
| 176 | BNBM(Group)0001266-BNBM(Group)0001337 | | Confidential | Detailed financial information of a non-public company |
| 176A | BNBM(Group)0001214-BNBM(Group)0001265 | | Confidential | Detailed financial information of a non-public company |
| 176R | | | Confidential | Detailed financial information of a non-public company |
| 177 | BNBM(Group)0003274-BNBM(Group)0003330 | | Confidential | Detailed financial information of a non-public company |
| 177A | BNBM(Group)0003226-BNBM(Group)0003273 | | Confidential | Detailed financial information of a non-public company |
| 177R | | | Confidential | Detailed financial information of a non-public company |

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 178 | BNBM(Group)0001818-BNBM(Group)0001858 | | Confidential | Discloses corporate strategy for a non-public company |
| 178A | BNBM(Group)0001777-BNBM(Group)0001817 | | Confidential | Discloses corporate strategy for a non-public company |
| 178R | | | Confidential | Discloses corporate strategy for a non-public company |
| 179 | BNBM(Group)0001913-BNBM(Group)0001966 | | Confidential | Discloses corporate strategy for a non-public company |
| 179A | BNBM(Group)0001859-BNBM(Group)0001912 | | Confidential | Discloses corporate strategy for a non-public company |
| 179R | | | Confidential | Discloses corporate strategy for a non-public company |
| 180 | BNBM(Group)0002022-BNBM(Group)0002069 | | Confidential | Discloses corporate strategy for a non-public company |
| 180A | BNBM(Group)0001967-BNBM(Group)0002021 | | Confidential | Discloses corporate strategy for a non-public company |
| 181 | BNBM(Group)0002102-BNBM(Group)0002133 | | Confidential | Discloses corporate strategy for a non-public company |
| 181A | BNBM(Group)0002070-BNBM(Group)0002101 | | Confidential | Discloses corporate strategy for a non-public company |
| 182A | BNBM(Group)0002134-BNBM(Group)0002171 | | Confidential | Discloses corporate strategy for a non-public company |
| 182R | BNBM(Group)0002172-R-BNBM(Group)0002209-R | | Confidential | Discloses corporate strategy for a non-public company |
| 183A | BNBM(Group)0002210-BNBM(Group)0002261 | | Confidential | Discloses corporate strategy for a non-public company |
| 183R | BNBM(Group)0002262-R-BNBM(Group)0002319-R | | Confidential | Discloses corporate strategy for a non-public company |
| 184A | BNBM(Group)0002320-BNBM(Group)0002357 | | Confidential | Discloses corporate strategy for a non-public company |
| 184R | BNBM(Group)0002358-R-BNBM(Group)0002392-R | | Confidential | Discloses corporate strategy for a non-public company |
| 185 | BNBM(Group)0002424-BNBM(Group)0002454 | | Confidential | Discloses corporate strategy for a non-public company |

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 185A | BNBM(Group)0002393-BNBM(Group)0002423 | | Confidential | Discloses corporate strategy for a non-public company |
| 186 | BNBM(Group)0002483-BNBM(Group)0002511 | | Confidential | Discloses corporate strategy for a non-public company |
| 186A | BNBM(Group)0002455-BNBM(Group)0002482 | | Confidential | Discloses corporate strategy for a non-public company |
| 187 | BNBM(Group)0002555-BNBM(Group)0002596 | | Confidential | Discloses corporate strategy for a non-public company |
| 187A | BNBM(Group)0002512-BNBM(Group)0002554 | | Confidential | Discloses corporate strategy for a non-public company |
| 187R | BNBM(Group)0002512-BNBM(Group)0002554 | | Confidential | Discloses corporate strategy for a non-public company |
| 188 | BNBM(Group)0002599-BNBM(Group)0002600 | | Confidential | Discloses corporate strategy for a non-public company |
| 188A | BNBM(Group)0002599-BNBM(Group)0002600 | | Confidential | Discloses corporate strategy for a non-public company |
| 189 | BNBM(Group)0002654-BNBM(Group)0002661 | | Not Confidential | |
| 189A | BNBM(Group)0002646-BNBM(Group)0002653 | | Not Confidential | |
| 190 | BNBM(Group)0002670-BNBM(Group)0002677 | | Not Confidential | |
| 190A | BNBM(Group)0002662-BNBM(Group)0002669 | | Not Confidential | |
| 191 | BNBM(Group)0002687-BNBM(Group)0002695 | | Not Confidential | |
| 191A | BNBM(Group)0002678-BNBM(Group)0002686 | | Not Confidential | |
| 192 | BNBM(Group)0002705-BNBM(Group)0002713 | | Not Confidential | |
| 192A | BNBM(Group)0002696-BNBM(Group)0002704 | | Not Confidential | |
| 193 | BNBM(Group)0002723-BNBM(Group)0002731 | | Not Confidential | |
| 193A | BNBM(Group)0002714-BNBM(Group)0002722 | | Not Confidential | |
| 194 | BNBM(Group)0002740-BNBM(Group)0002747 | | Not Confidential | |
| 194A | BNBM(Group)0002732-BNBM(Group)0002739 | | Not Confidential | |
| 195 | BNBM(Group)0002756-BNBM(Group)0002763 | | Not Confidential | |
| 195A | BNBM(Group)0002748-BNBM(Group)0002755 | | Not Confidential | |

4

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 198 | BNBM(Group)0002773 | | Confidential | Contains non-public investment information |
| 198A | BNBM(Group)0002772 | | Confidential | Contains non-public investment information |
| 206 | BNBM(Group)0002825- BNBM(Group)0002872 | | Not Confidential | |
| 211 | BNBM(Group)-E-0026245- BNBM(Group)-E-0026270 | | Not Confidential | |
| 216 | BNBM (Group)-E-0004362 | | Not Confidential | Previously Listed in error |
| 217 | BNBM (Group)-E-0004849-4850 BNBM (Group)-E-0004852-4870 BNBM (Group)-E-0004890 | | Not Confidential | |
| 219 | BNBM (Group)-E-0008555 | | Not Confidential | |
| 220 | BNBM(Group)-E-0008652 | | Not Confidential | |
| 220R | BNBM (Group)-E-0008652 | | Not Confidential | |
| 222 | BNBM(Group)-E-0001738-1743 | | Not Confidential | |
| 223 | BNBM (Group)-E-0004100-4114 | 399:6-400:15; 401:23-403:11; 403:22-404:8 | Confidential | Company's internal audit analysis |
| 225 | BNBM (Group)-E-0008654 | 382:10 -383:11; 383:20 - 384:5 | Confidential | Internal BNBM PLC communication discussing potential customers, pricing, and market strategy |
| 226 | BNBM (Group)-E-0010740-10744 | | Confidential | Discusses detailed financial information of a non-public company |
| 227 | BNBM(Group)-E-0020914 | | Confidential | Memorandum of Understanding between BNBM PLC and BNBM Group regarding joint investment project |
| 230 | BNBMPLC0007427- BNBMPLC0007429 | | Not Confidential | |
| 230A | BNBMPLC0007424- BNBMPLC0007426 | | Not Confidential | |

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 231 | BNBMPLC0007437-BNBMPLC0007440 | | Not Confidential | |
| 231A | BNBMPLC0007437-BNBMPLC0007440 | | Not Confidential | |
| 232 | BNBMPLC0007452-BNBMPLC0007455 | | Not Confidential | |
| 232A | BNBMPLC0007449-BNBMPLC0007451 | | Not Confidential | |
| 233 | BNBM(Group)-E-0000273-298 | | Not Confidential | |
| 234 | BNBM(Group)-E-0000297-274 | | Not Confidential | |
| 235 | BNBM(Group)-E-0000362-363 | | Not Confidential | |
| 236 | BNBM(Group)-E-001023-1024 | 384:6-387:13 | Confidential | Internal business communication regarding capital management |
| 243 | BNBM(Group)-E-0008707 | | Not Confidential | |
| 245 | BNBM (Group)-E-001744-1745 | | Not Confidential | |
| 246 | BNBM(Group)-E-0019345- BNBM(Group)-E-0019347 | | Not Confidential | |
| 247 | BNBM(Group)-E-0004986-4990 | 394:10-395:12 | Confidential | Discusses internal management and personnel issues |
| 248 | BNBM(Group)-E-0012010-12016 | 397:9-25 | Confidential | Contains detailed discussion of finances, performance, and strategy of a non-public company |
| 249 | BNBM(Group)-E-0005107-5115 | 409:17-411:15 | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |
| 250 | BNBM(Group)-E-005016-5045 | | Confidential | Internal audit and analysis of performance of a non-public company |
| 251 | BNBM(Group)-E-005101-5106 | 405:23-406:25 | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |
| 252 | BNBM(Group)-E-0006515 | | Not Confidential | |

| Ex. No.[1] | Bates | Relevant Transcript Citation[2] | Proposed Designation | Explanation |
|---|---|---|---|---|
| 253 | BNBM(Group)-E-0005083-5092 | | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |
| 254 | BNBM(Group)-E-0005116-5120 | | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |
| 255 | BNBM(Group)-E-0005140-5147 | | Confidential | This is a CNBM Group document; BNBM Group and BNBM PLC respect CNBM Group's wishes to keep this document confidential |

84885903\V-2

**BNBM Group's and BNBM PLC's Response to**
**Exhibit A of the PSC's February 22, 2016 Confidentiality Challenges**

| Bates Number | Producing Party | Confidentiality Designation | Description | Contempt Ex # [Rec. Doc. 20036] | MTD Ex # [Rec. Doc. 20036] | FSIA Ex. # | Dep Ex. [Rec. Doc. 19689; 19861; 19980] | Response/Explanation |
|---|---|---|---|---|---|---|---|---|
| BNBM(Group)-E-0000444-446 | BNBM Group | Confidential | Statement on Implementation of the Requirements from the Group Corporation's Meeting of the International Business Risk Prevention | 2 | 67 | 50 | 215 | Discusses self-evaluation of corporate-risk strategy of non-public company; further discusses current litigation. |
| BNBM(Group)-E-0003186 | BNBM Group | Not Confidential | Statement on the Gypsum Boards Exported to the U.S. by BNBM Group from the End of 2005 to the Beginning of 2006 | | 278 | | | |
| BNBMPLC0004871-4874 | BNBM PLC | Confidential | 4/8/2007 BNBM PLC Internal Control System Self-Evaluation Report | | 261 | | 122 | Non-publicly available self-evaluation of corporate-governance issues. |
| BNBMPLC0006280-6283 | BNBM PLC | Confidential | 4/8/2004 BNBM PLC Annual General Meeting of Shareholders | | | 34 | 101 | Non-publically available document discussing corporate strategy. |
| BNBMPLC0007452-7455 | BNBM PLC | Not Confidential | 11/16/2005 Export Agency Agreement | | 233 | | 232 | |
| BNBMPLC0007421-7423 | BNBM PLC | Confidential | 11/18/2005 Sales Contract No. E-GB051118 | | 224 | | CHAP2 | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |
| BNBMPLC0007495-7496 | BNBM PLC | Confidential | 3/3/2006 BNBM Export Product Order No. Shi 2006-3 | | 220 | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |

1

**BNBM Group's and BNBM PLC's Response to**
**Exhibit A of the PSC's February 22, 2016 Confidentiality Challenges**

| Bates Number | Producing Party | Confidentiality Designation | Description | Contempt Ex # [Rec. Doc. 20036] | MTD Ex # [Rec. Doc. 20036] | FSIA Ex. # | Dep Ex. [Rec. Doc. 19689; 19861; 19980] | Response/Explanation |
|---|---|---|---|---|---|---|---|---|
| BNBMPLC0007522-7523 | BNBM PLC | Confidential | 4/28/2006 BNBM Export Product Order No. shi 2005-0428 | | 221 | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |
| BNBMPLC0007605-7625 | BNBM PLC | Confidential | March 2015 Common Interest, Joint Defense, and Commonality Agreement (Agreement) | | 202 | 94 | 310 | This is a confidential litigation agreement, which contains a non-disclosure provision. |
| BNBMPLC-E-0001156-1172 | BNBM PLC | Confidential | CNBM Group Corporation Interim Measure on Fully Implementing the Decision-Making Rules for the "Three Significant Issues and One Large Operation" | | 64 | 49 | 113 | Internal, non-publically available document discussing corporate governance issues. |
| BNBMPLC-E-0001215-1224 | BNBM PLC | Confidential | 2013 BNBM Project Information Statistical Tables (Gypsum and Non-Gypsum Board) | | 145 | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China |
| BNBMPLC-E-0002155-2156 | BNBM PLC | Confidential | 4/6/2010 Inquiry Letter Regarding the Annual Report of BNBM PLC, sent by the Shenzhen Stock Exchange | | 157 | | | The Shenzhen Stock Exchange prohibits disclosure of this document or its contents. |
| BNBMPLC-E-0004781-4784 | BNBM PLC | Confidential | 4/23/2007 BNBM PLC Reply on the Inquiry Letter about 2006 Annual Report Verification written to Beijing Securities Regulatory Bureau | | 76 | | 121R | Non-publicly available document discussing regulatory compliance. |

2

**BNBM Group's and BNBM PLC's Response to**
**Exhibit A of the PSC's February 22, 2016 Confidentiality Challenges**

| Bates Number | Producing Party | Confidentiality Designation | Description | Contempt Ex # [Rec. Doc. 20036] | MTD Ex # [Rec. Doc. 20036] | FSIA Ex. # | Dep Ex. [Rec. Doc. 19689; 19861; 19980] | Response/Explanation |
|---|---|---|---|---|---|---|---|---|
| BNBMPLC-E-0004827-4847 | BNBM PLC | Confidential | 3/23/2007 - General Manager Bing Wang's work report at the 3rd meeting of the 5th session of BNBM staff representative meeting | | 51 | 134 | 315R | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |
| BNBMPLC-E-0005169-5170 | BNBM PLC | Confidential | 11/28/2009 Letter of Communications and Confirmation about the Audit Schedule for the 2009 Annual Financial Statements | | 98 | | 311R | Internal communication regarding company audit. |
| BNBMPLC-E-0005724-5725 | BNBM PLC | Confidential | 11/27/2008 Communications and Confirmation Letter on the Auditing Schedule of the 2008 Annual Financial Report | | 97 | | 325R | Internal communication regarding company audit. |
| BNBMPLC-E-0005884-5888 | BNBM PLC | Confidential | 4/10/2008 BNBM Reply to the Inquiry Letter on Evaluating the 2007 Annual Report | | 170 | | 329 | Non-publicly available document discussing regulatory compliance. |
| BNBMPLC-E-0005889-5892 | BNBM PLC | Confidential | WANG Bing's Welcome Speech on the 2008 BNBM Annual Marketing Meeting | | 60 | 135 | 316R | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |
| BNBMPLC-E-0006050-6051 | BNBM PLC | Confidential | 10/16/2007 BNBM PLC's Report on the Management and Control of its Branches and Subsidiaries | | 75 | | 124R | Non-publicly available document discussing corporate-governance issues. |
| BNBMPLC-E-0006061-6063 | BNBM PLC | Confidential | 7/9/2008 Beijing Securities Company Issue [2008] No. 95: Regulatory Opinion on Beijing New Building Materials Public Limited Company | | 167 | | 317R | Non-publicly available document discussing regulatory compliance. |

**BNBM Group's and BNBM PLC's Response to**
**Exhibit A of the PSC's February 22, 2016 Confidentiality Challenges**

| Bates Number | Producing Party | Confidentiality Designation | Description | Contempt Ex # [Rec. Doc. 20036] | MTD Ex # [Rec. Doc. 20036] | FSIA Ex. # | Dep Ex. [Rec. Doc. 19689; 19861; 19980] | Response/Explanation |
|---|---|---|---|---|---|---|---|---|
| BNBMPLC-E-0006064-6066 | BNBM PLC | Confidential | 7/7/2008 BNBM Report on the Improvement and Solution of Relevant Issues Raised in the Site Inspection of Beijing Securities Regulatory Bureau | | 134 | | 318R | Non-publicly available document discussing regulatory compliance. |
| BNBMPLC-E-0008152-8166 | BNBM PLC | Confidential | 5/16/2012 Taishan Gypsum Communication Letter on Economic Responsibility Audit and Financial-based Audit | | 130 | | 355 | This is CNBM Group document that CNBM Group treats as confidential; BNBM Group and BNBM PLC respect this confidentiality designation. |
| BNBMPLC-E-0011442 | BNBM PLC | Confidential | Rectification Status on the Inversion of Procedure in the Fixed Investment Projects of the Stock Company - Weekly Report | | 137 | | 326R | Non-publicly available document regarding corporate investments unrelated to this litigation. |
| BNBMPLC-E-0019395-19407 | BNBM PLC | Confidential | BNBM PLC 2014 Final Financial Account Report | | 160 | | | Internal, non-publicly available document discussing sensitive financial information and the current litigation. |

4

**BNBM Group's and BNBM PLC's Response to**
**Exhibit A of the PSC's February 22, 2016 Confidentiality Challenges**

| Bates Number | Producing Party | Confidentiality Designation | Description | Contempt Ex # [Rec. Doc. 20036] | MTD Ex # [Rec. Doc. 20036] | FSIA Ex. # | Dep Ex. [Rec. Doc. 19689; 19861; 19980] | Response/Explanation |
|---|---|---|---|---|---|---|---|---|
| BNBMPLC-E-0058974-58995 | BNBM PLC | Confidential | 6/18/2013 BNBM PLC Investment document No. 62 (2013): Notice on Publishing 3 Regulations, the Administrative Measure of the Branches/Subsidiary Companies of BNBM PLC, the Administrative Measures of the External Investments of BNBM PLC, and the Administrative Measures of the Development and Strategy of BNBM PLC | | 161 | | 330 | Non-publicly available document regarding corporate-governance and personnel issues. |
| BNBMPLC-E-0059965-59966 | BNBM PLC | Confidential | Memorandum re: The Course of Events on Hiring Foreign Law Firms for the Gypsum Board Litigation in the United States - Brief Version of the Related Meetings (redacted per Court Order) | | 239 | 142 | | Confidential internal communications discussing litigation strategy. |
| BNBMPLC-E-0059967-59977 | BNBM PLC | Confidential | The Course of Events on Hiring Foreign Law Firms for the Gypsum Board Litigation in the United States (Depriviliged as Redacted per Court Order) | | 186 | 158 | | Confidential internal communications discussing litigation strategy. |
| BNBMPLC-E-011157R-11166R | BNBM PLC | Confidential | 4/16/2014 BNBM PLC Resolution of the 2013 Annual General Meeting of Shareholders | | 91 | 60 | 305R | Non-publically available document discussing corporate strategy. |

5

**BNBM Group's and BNBM PLC's Response to**
**Exhibit A of the PSC's February 22, 2016 Confidentiality Challenges**

| Bates Number | Producing Party | Confidentiality Designation | Description | Contempt Ex # [Rec. Doc. 20036] | MTD Ex # [Rec. Doc. 20036] | FSIA Ex. # | Dep Ex. [Rec. Doc. 19689; 19861; 19980] | Response/Explanation |
|---|---|---|---|---|---|---|---|---|
| BNBMPLC-E-0112095R-112112R | BNBM PLC | Confidential | 3/18/2015 BNBM PLC Public Announcement of the External Guarantees for the year 2015 | | 90 | 59 | 322R | Draft public announcement, which differs from final version, and so withheld on grounds of Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |

6

**BNBM Group's and BNBM PLC's Responses**
**to Exhibit B of the PSC's February 22, 2016 Confidentiality Challenges**

| Attachment # | Producing Party | Bates # | Description | Designation | Brief Ex. | Dep. Ex. | Response/Explanation |
|---|---|---|---|---|---|---|---|
| 7 | BNBM Group | BNBM(Group)0002770 BNBM(Group)0002768 | (p. 2 of) BNBM Group Position and cross position list of company's high level since 2002 | Confidential | | | Concerns management structure of non-public company. |
| 8 | BNBM Group | BNBM(Group)00002764-2765 | BNBM Group Information on Board of Executives 1998-2014 | Not Confidential | | | |
| 22 | BNBM Group | BNBM(Group)00002766-2771 | BNBMG Position and cross position list of the company's high level since 2002 | Not Confidential | | | |
| H | BNBM PLC | BNBMPLC0006468-6475 BNBMPLC0006461-6467 | 2/9/2006 Maximum-amount Guarantee Contract | Confidential | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |
| I | BNBM PLC | BNBMPLC0006492-6499 BNBMPLC0006486-6491 | 2/10/2006 Maximum Amount Guarantee Contract of Industrial Bank Co., Ltd. Jinan Branch, No. Xing Yin JiBaoZi 2005-124B | Confidential | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |
| J | BNBM PLC | BNBMPLC0006480-6485 BNBMPLC0006476-6479 | 2/10/2006 Maximum Amount Guarantee Contract No. 2006 T.Z.B.Z No. 060110 | Confidential | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |
| K | BNBM PLC | BNBMPLC0006507-6513 BNBMPLC0006500-6506 | 2/10/2006 Maximum Amount Guarantee Contract No. 2006 Ning Yang No. 005 | Confidential | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |
| L | BNBM PLC | BNBMPLC0006521-6528 BNBMPLC0006514-6520 | 2/11/2006 Maximum-Amount Guarantee Contract No. 3791002006A100000300 | Confidential | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |

7

**BNBM Group's and BNBM PLC's Responses**
**to Exhibit B of the PSC's February 22, 2016 Confidentiality Challenges**

| Attachment # | Producing Party | Bates # | Description | Designation | Brief Ex. | Dep. Ex. | Response/Explanation |
|---|---|---|---|---|---|---|---|
| M | BNBM PLC | BNBMPLC0006534-6540 BNBMPLC0006529-6533 | 2/19/2006 Maximum-amount Guarantee Contract No. 37905200600000061 | Confidential | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |
| O | BNBM PLC | BNBMPLC0006546-6551 BNBMPLC0006541-6545 | 2/23/2006 Short-Term Loan Guarantee Contract No. 74012006280052 | Confidential | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |
| T | BNBM PLC | BNBMPLC-E-0007475 | 10/19/2007 Letter from BNBM PLC to Bank of China Company Limited Tai'an Branch re: Maximum Amount Guaranteed Contract No. 2007 Tai Zhong Yin Bao No. 0420 | Confidential | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |
| U | BNBM PLC | BNBMPLC-E-0007476 | 10/19/2007 Letter from BNBM PLC to Agriculture Bank of China Tai'an Branch re: Maximum Amount Guarantee Contract No. 37905200700000165 | Confidential | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |
| V | BNBM PLC | BNBMPLC-E-0007477 | 10/19/2007 Letter from BNBM PLC to The Industrial and Commercial Bank of China Limited Ning Yang Branch re: Guarantee Contract No. 2007 (Guarantee) No. 000031 | Confidential | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |
| W | BNBM PLC | BNBMPLC-E-0007478 | 10/19/2007 Letter from BNBM PLC to The Industrial and Commercial Bank of China Limited Ning Yang Branch re: Maximum Amount Guarantee Contract No. 2007 Ning Yang (Guarantee) No. 0008 | Confidential | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |
| X | BNBM PLC | BNBMPLC0007598-7599 BNBMPLC0007597 | 11/27/2007 Agreement between BNBM PLC and Taishan Gypsum Co. Ltd. re: 20 million yuan loan from BNBM PLC to Taishan Gypsum | Confidential | | | Chinese regulatory requirements applicable to Chinese Companies that have stock publicly traded in China. |

**BNBM Group's and BNBM PLC's Responses**
**to Exhibit C of the PSC's February 22, 2016 Confidentiality Challenges**

| Deponent | Page/Line | Response |
|---|---|---|
| Deposition of ZHAO, Yamming | 385:4-386:9 | Confidential. See 9/11/2015 letter discussing Ex.236. |
|  | 406:6-15 | Confidential. See 9/11/2015 letter discussing Ex. 251. |
| Deposition of WANG, Bing | 362:21-364:15 | Confidential. Discusses Ex. 309, which is designated confidential. |
|  | 436:16-437:3 | Confidential. See response to Ex. 311-R. |