



# 上市公司信息披露管理办法
# Administrative Measures on Information Disclosure by Listed Companies

| | | | |
|---|---|---|---|
| 发文机关： | 中国证券监督管理委员会 | Promulgation Authorities: | China Securities Regulatory Commission |
| 发布日期： | 2007.01.30 | Promulgation Date: | 2007.01.30 |
| 生效日期： | 2007.01.30 | Effective Date: | 2007.01.30 |
| 时效性： | 现行有效 | Validity Status: | valid |
| 文号： | 证监会令第40号 | Document Number: | China Securities Regulatory Commission Order No.40 |

**上市公司信息披露管理办法**

**中国证券监督管理委员会令第40号**

《上市公司信息披露管理办法》已经2006年12月13日中国证券监督管理委员会第196次主席办公会议审议通过，现予公布，自发布之日起施行。

主 席 尚福林

二○○七年一月三十日

第一章 总 则

第一条

为了规范发行人、上市公司及其他信息披露义务人的信息披露行为，加强信息披露事务管理，保护投资者合法权益，根据《公司法》、《证券法》等法律、行政法规，制定本办法。

第二条

信息披露义务人应当真实、准确、完整、及时地披露信息，不得有虚假记载、误导性陈述或者重大遗漏。

信息披露义务人应当同时向所有投资者公开披露信息。

在境内、外市场发行证券及其衍生品种并上市的公司在境外市场披露的信息，应当同时在境内市场披露。

第三条

发行人、上市公司的董事、监事、高级管理人员应当忠实、勤勉地履行职责，保证披露信息的真实、准确、完整、及时、公平。

第四条

在内幕信息依法披露前，任何知情人不得公开或者泄露该信息，不得利用该信息进行内幕交易。

第五条

信息披露文件主要包括招股说明书、募集说明书、上市公告书、定期报告和临时报告等。

第六条

上市公司及其他信息披露义务人依法

**Administrative Measures on Information Disclosure by Listed Companies**

China Securities Regulatory Commission Order No.40

30 January 2007

CHAPTER 1 — GENERAL PRINCIPLES

Article 1 These Measures are formulated pursuant to the provisions of the Company Law, the Securities Law and other relevant laws and administrative regulations for the purposes of standardising information disclosure by issuers, listed companies and other information disclosure obligors, strengthening administration over information disclosure matters and protecting the lawful rights and interests of investors.

Article 2 Information disclosure made by obligors shall be truthful, accurate, complete and timely, and the information disclosed shall not contain any falsehood, misleading statement or major omission.

Information disclosure made to all investors by obligors shall be public and simultaneous.

Where a listed company issues securities and derivatives in the China or overseas stock markets, the information disclosure made in an overseas stock market must simultaneously be made in the China stock market.

Article 3 The directors, supervisors and senior management personnel of issuers and listed companies shall perform their duties faithfully and diligently, and ensure the veracity, accuracy, completeness, timeliness and impartiality of the information disclosed.

Article 4 No person with knowledge of inside information shall, prior to a lawful disclosure of inside information, make public or disclose such information or conduct insider trading with such information.

Article 5 Information disclosure documents mainly include the prospectus, listing memorandum, listing announcement, regular reports and interim reports.

Article 6 Listed companies and other information disclosure obligors shall submit the draft public announcement and the relevant documents for inspection to the stock exchange for

**EXHIBIT 4**

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 披露信息，应当将公告文稿和相关备查文件报送证券交易所登记，并在中国证券监督管理委员会（以下简称中国证监会）指定的媒体发布。 | registration when making information disclosure pursuant to law, and make the announcement on media designated by the China Securities Regulatory Commission (hereinafter referred to as the "CSRC"). |
| 　　信息披露义务人在公司网站及其他媒体发布信息的时间不得先于指定媒体，不得以新闻发布或者答记者问等任何形式代替应当履行的报告、公告义务，不得以定期报告形式代替应当履行的临时报告义务。 | The timing of the information announced on the corporate website and other media by an information disclosure obligor shall not precede the announcement of such information in the designated media; the reporting and public announcement duties may not be in the form of a press conference or reply to questions posed by reporters or in any other form; and the duty to make interim reports may not be substituted with a regular report. |
| 　　第七条 　　信息披露义务人应当将信息披露公告文稿和相关备查文件报送上市公司注册地证监局，并置备于公司住所供社会公众查阅。 | Article 7 Information disclosure obligors shall submit the draft public announcement and the relevant documents for inspection to the securities regulatory bureau at the place of registration of the listed company, and make copies of the same available at the company address for inspection by members of the public. |
| 　　第八条 　　信息披露文件应当采用中文文本。同时采用外文文本的，信息披露义务人应当保证两种文本的内容一致。两种文本发生歧义时，以中文文本为准。 | Article 8 Information disclosure documents shall be written in Chinese text. Where an information disclosure document is also written in a foreign text, the information disclosure obligor shall ensure the consistency of the contents in both versions. Where any inconsistency arises between the two versions, the Chinese text shall prevail. |
| 　　第九条 　　中国证监会依法对信息披露文件及公告的情况、信息披露事务管理活动进行监督，对上市公司控股股东、实际控制人和信息披露义务人的行为进行监督。 | Article 9 The CSRC shall supervise and inspect information disclosure documents, public announcements and the management of information disclosure matters pursuant to law; and supervise and inspect the conduct of controlling shareholders, actual controlling parties and information disclosure obligors of listed companies. |
| 　　证券交易所应当对上市公司及其他信息披露义务人披露信息进行监督，督促其依法及时、准确地披露信息，对证券及其衍生品种交易实行实时监控。证券交易所制订的上市规则和其他信息披露规则应当报中国证监会批准。 | The stock exchange shall supervise and inspect the information disclosure activities of listed companies and other information disclosure obligors and urge them to make timely and accurate information disclosure pursuant to the law; and implement real-time monitoring of securities and derivatives transactions. The listing rules and other information disclosure rules formulated by the stock exchange must be submitted to the CSRC for approval. |
| 　　第十条 　　中国证监会可以对金融、房地产等特殊行业上市公司的信息披露作出特别规定。 | Article 10 The CSRC may make special provisions for information disclosure by listed companies in the financial, real estate and other special industries. |
| 　　第二章 招股说明书、募集说明书与上市公告书 | CHAPTER 2 — PROSPECTUS LISTING MEMORANDUM AND LISTING ANNOUNCEMENT |
| 　　第十一条 　　发行人编制招股说明书应当符合中国证监会的相关规定。凡是对投资者作出投资决策有重大影响的信息，均应当在招股说明书中披露。 | Article 11 Prospectuses prepared by issuers shall comply with the relevant provisions of the CSRC. Any information which may significantly affect the investment decision of an investor must be disclosed in the prospectus. |
| 　　公开发行证券的申请经中国证监会核准后，发行人应当在证券发行前公告招股说明书。 | The issuer shall, upon approval of the securities public offering application by the CSRC, make a public announcement of the prospectus prior to the securities offering. |
| 　　第十二条 　　发行人的董事、监事、高级管理人员，应当对招股说明书签署书面确认意见，保证所披露的信息真实、准确、完整。 | Article 12 The directors, supervisors and senior management personnel of an issuer shall sign and endorse the prospectus and ensure the veracity, accuracy and completeness of information disclosed therein. |
| 　　招股说明书应当加盖发行人公章。 | The prospectus shall have the company seal of the issuer affixed. |
| 　　第十三条 　　发行人申请首次公开发行股票的，中国证监会受理申请文件后，发行审核委员会审核前，发行人应当将招股说明书申报 | Article 13 Where an issuer applies for initial public offering, the issuer shall, upon acceptance of the application documents by the CSRC but prior examination by the offering review committee, disclose a draft declaration of the prospectus on the CSRC website in advance. |



| | |
|---|---|
| 稿在中国证监会网站预先披露。 | |
| 预先披露的招股说明书申报稿不是发行人发行股票的正式文件，不能含有价格信息，发行人不得据此发行股票。 | The draft declaration of the prospectus disclosed in advance is not a formal document for issuance of shares by the issuer and shall not include any pricing information; and the issuer shall not issue shares based on the draft declaration of the prospectus. |
| 第十四条 | Article 14 Where an important matter occurs during the period after the CSRC approves the issuance of securities application but before issuance is complete, the issuer shall submit a written explanation to the CSRC; and a revised prospectus or a corresponding supplementary public announcement must be made upon the consent of the CSRC. |
| 证券发行申请经中国证监会核准后至发行结束前，发生重要事项的，发行人应当向中国证监会书面说明，并经中国证监会同意后，修改招股说明书或者作相应的补充公告。 | |
| 第十五条 | Article 15 Where an application is for a listing of securities, a listing announcement shall be formulated pursuant to the provisions of the stock exchange and a public announcement must be made upon examination and approval by the stock exchange. |
| 申请证券上市交易，应当按照证券交易所的规定编制上市公告书，并经证券交易所审核同意后公告。 | |
| 发行人的董事、监事、高级管理人员，应当对上市公告书签署书面确认意见，保证所披露的信息真实、准确、完整。 | The directors, supervisors and senior management personnel of the issuer shall sign and endorse the listing announcement and ensure the veracity, accuracy and completeness of the information disclosed therein. |
| 上市公告书应当加盖发行人公章。 | The listing announcement shall have the company seal of the issuer affixed. |
| 第十六条 | Article 16 Where a prospectus or listing announcement quotes the expert opinion or report of the sponsor or a securities services organisation, the relevant contents must be consistent with the contents of the document issued by the sponsor or securities services organisation; and the issuer shall ensure that the quoted opinion of the sponsor or securities services organisation is not misleading. |
| 招股说明书、上市公告书引用保荐人、证券服务机构的专业意见或者报告的，相关内容应当与保荐人、证券服务机构出具的文件内容一致，确保引用保荐人、证券服务机构的意见不会产生误导。 | |
| 第十七条 | Article 17 The provisions of Article 11 to Article 16 on prospectuses shall apply to listing memorandums for corporate bonds. |
| 本办法第十一条至第十六条有关招股说明书的规定，适用于公司债券募集说明书。 | |
| 第十八条 | Article 18 A listed company shall, upon making a private issuance of new shares, disclose a report on the circumstances of issuance pursuant to law. |
| 上市公司在非公开发行新股后，应当依法披露发行情况报告书。 | |
| 第三章 定期报告 | CHAPTER 3 — REGULAR REPORTS |
| 第十九条 | Article 19 Regular reports to be published by a listed company shall include annual reports, half-yearly reports and quarterly reports. Any information which may significantly affect the investment decision of an investor must be disclosed therein. |
| 上市公司应当披露的定期报告包括年度报告、中期报告和季度报告。凡是对投资者作出投资决策有重大影响的信息，均应当披露。 | |
| 年度报告中的财务会计报告应当经具有证券、期货相关业务资格的会计师事务所审计。 | The financial accounting report in the annual report must be audited by an accounting firm qualified to audit securities and futures business activities. |
| 第二十条 | Article 20 The annual report must be prepared and published within four months after the end of each accounting year; the half-yearly report must be prepared and published within two months after the end of the first half of each accounting year; and the quarterly report shall be prepared and published within one month after the end of each accounting year's third and ninth months. |
| 年度报告应当在每个会计年度结束之日起4个月内，中期报告应当在每个会计年度的上半年结束之日起2个月内，季度报告应当在每个会计年度第3个月、第9个月结束后的1个月内编制完成并披露。 | |
| 第一季度季度报告的披露时间不得早于上一年度年度报告的披露时间。 | The time of publication of the first quarterly report shall not be earlier than the time of publication of the annual report for the preceding year. |
| 第二十一条 | Article 21 An annual report shall contain the following contents: |
| 年度报告应当记载以下内容： | |
| （一）公司基本情况； | (1) basic information of the company; |
| （二）主要会计数据和财务指标； | (2) key accounting data and financial indices; |
| | (3) information on shares and bonds issued by the company and |

| | |
|---|---|
| （三）公司股票、债券发行及变动情况，报告期末股票、债券总额、股东总数，公司前10大股东持股情况； | the changes thereto; the total number of shares and bonds and shareholders at the end of the reporting period; and information on the shareholding held by the ten largest shareholders of the company; |
| （四）持股5%以上股东、控股股东及实际控制人情况； | (4) information on shareholders holding 5% or more of the shares, controlling shareholders and actual controlling parties; |
| （五）董事、监事、高级管理人员的任职情况、持股变动情况、年度报酬情况； | (5) information on the appointment of directors, supervisors and senior management personnel, their changes in shareholding and their annual remuneration; |
| （六）董事会报告； | (6) the board of directors report; |
| （七）管理层讨论与分析； | (7) the discussions and analyses of the management; |
| （八）报告期内重大事件及对公司的影响； | (8) significant events that occurred during the reporting period and their effect on the company; |
| （九）财务会计报告和审计报告全文； | (9) the financial accounting report and audit report in full text; and |
| （十）中国证监会规定的其他事项。 | (10) any other matter stipulated by the CSRC. |
| 第二十二条 中期报告应当记载以下内容： | Article 22 A half-yearly report shall contain the following contents: |
| （一）公司基本情况； | (1) basic information of the company; |
| （二）主要会计数据和财务指标； | (2) key accounting data and financial indices; |
| （三）公司股票、债券发行及变动情况、股东总数、公司前10大股东持股情况，控股股东及实际控制人发生变化的情况； | (3) information on shares and bonds issued by the company and the changes thereto; the total number of shareholders; the information on the shareholding held by the ten largest shareholders of the company; and the changes to the controlling shareholders and actual controlling parties of the company; |
| （四）管理层讨论与分析； | (4) the discussions and analyses of the management; |
| （五）报告期内重大诉讼、仲裁等重大事件及对公司的影响； | (5) the major matters in litigation or arbitration and other significant events that occurred during the reporting period and their effect on the company; |
| （六）财务会计报告； | (6) the financial accounting report; and |
| （七）中国证监会规定的其他事项。 | (7) any other matter stipulated by the CSRC. |
| 第二十三条 季度报告应当记载以下内容： | Article 23 A quarterly report shall contain the following contents: |
| （一）公司基本情况； | (1) basic information of the company; |
| （二）主要会计数据和财务指标； | (2) key accounting data and financial indices; and |
| （三）中国证监会规定的其他事项。 | (3) any other matter stipulated by the CSRC. |
| 第二十四条 公司董事、高级管理人员应当对定期报告签署书面确认意见，监事会应当提出书面审核意见，说明董事会的编制和审核程序是否符合法律、行政法规和中国证监会的规定，报告的内容是否能够真实、准确、完整地反映上市公司的实际情况。 | Article 24 The directors and senior management personnel of a company shall sign and endorse regular reports; and the board of supervisors shall issue a written review opinion that sets out whether the preparation and review procedures of the board of directors comply with the laws and regulations and the provisions of the CSRC and whether the contents of the report are a true, accurate and complete reflection of the actual status of the listed company. |
| 董事、监事、高级管理人员对定期报告内容的真实性、准确性、完整性无法保证或者存在异议的，应当陈述理由和发表意见，并予以披露。 | Where the directors, supervisors and senior management personnel are unable to ensure the veracity, accuracy and completeness of a regular report or differing views are held, their reasons and opinions shall be stated and disclosed. |
| 第二十五条 | Article 25 Where a listed company foresees a loss or any major |

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 上市公司预计经营业绩发生亏损或者发生大幅变动的，应当及时进行业绩预告。 | change to its operating results, a timely business result forecast must be made. |
| 第二十六条<br><br>定期报告披露前出现业绩泄露，或者出现业绩传闻且公司证券及其衍生品种交易出现异常波动的，上市公司应当及时披露本报告期相关财务数据。 | Article 26 Where business results are leaked before disclosure in the regular report or where rumours on business results and unusual fluctuations in the company's securities and derivatives transactions exist, the listed company must timely disclose the relevant financial data for the current reporting period. |
| 第二十七条<br><br>定期报告中财务会计报告被出具非标准审计报告的，上市公司董事会应当针对该审计意见涉及事项作出专项说明。<br><br>定期报告中财务会计报告被出具非标准审计意见，证券交易所认为涉嫌违法的，应当提请中国证监会立案调查。 | Article 27 Where a qualified audit report is issued in respect of the financial accounting report in a regular report, the board of directors of the company shall provide a special explanation on the matters to which the audit opinion relates.<br><br>Where a qualified audit report is issued in respect of the financial accounting report in a regular report and the stock exchange believes an illegality exists, the stock exchange shall request the CSRC to open a case file for investigation. |
| 第二十八条<br><br>上市公司未在规定期限内披露年度报告和中期报告的，中国证监会应当立即立案稽查，证券交易所应当按照股票上市规则予以处理。 | Article 28 Where a listed company fails to publish an annual report or a half-yearly report within the stipulated period, the CSRC shall immediately open a case file and conduct investigation, and the stock exchange shall handle the case pursuant to the listing rules for shares. |
| 第二十九条<br><br>年度报告、中期报告和季度报告的格式及编制规则，由中国证监会另行制定。 | Article 29 The templates and preparation rules for annual reports, half-yearly reports and quarterly reports shall be formulated by the CSRC separately. |
| 第四章 临时报告 | CHAPTER 4 — INTERIM REPORTS |
| 第三十条<br><br>发生可能对上市公司证券及其衍生品种交易价格产生较大影响的重大事件，投资者尚未得知时，上市公司应当立即披露，说明事件的起因、目前的状态和可能产生的影响。<br><br>前款所称重大事件包括： | Article 30 Where the occurrence of a significant event is likely to have a relatively large effect on the trading prices of a company's securities and derivatives, and the investors have yet to be informed, the listed company shall timely make a disclosure; and state the cause, the current status and the likely effect of the event.<br><br>A significant event referred in the preceding paragraph shall include: |
| （一）公司的经营方针和经营范围的重大变化； | (1) a significant change in the business direction and scope of business of the company; |
| （二）公司的重大投资行为和重大的购置财产的决定； | (2) a significant property investment or acquisition decision made by the company; |
| （三）公司订立重要合同，可能对公司的资产、负债、权益和经营成果产生重要影响； | (3) a major contract concluded by the company that may significantly affect the assets, liabilities, rights and interests and business results of the company; |
| （四）公司发生重大债务和未能清偿到期重大债务的违约情况，或者发生大额赔偿责任； | (4) a significant debt incurred by the company for liability in default or liability for compensation and the inability to pay off the significant amount of debt incurred that is due and owing; |
| （五）公司发生重大亏损或者重大损失； | (5) a heavy financial deficit or loss suffered by the company; |
| （六）公司生产经营的外部条件发生的重大变化； | (6) a significant change to the external conditions of production business operations of the company; |
| （七）公司的董事、1/3以上监事或者经理发生变动；董事长或者经理无法履行职责； | (7) a change in the directors, one-third or more of the supervisors or managers; or the chairman or managers' inability to perform their duties; |
| （八）持有公司5%以上股份的股东或者实际控制人，其持有股份或者控制公司的情况发生较大变化； | (8) a substantial change to the shareholders holding 5% or more of the company's shares, the company's de facto controllers or the control of the company; |
| | (9) a capital reduction, merger, division, dissolution or bankruptcy |

（九）公司减资、合并、分立、解散及申请破产的决定；或者依法进入破产程序、被责令关闭；

（十）涉及公司的重大诉讼、仲裁，股东大会、董事会决议被依法撤销或者宣告无效；

（十一）公司涉嫌违法违规被有权机关调查，或者受到刑事处罚、重大行政处罚；公司董事、监事、高级管理人员涉嫌违法违纪被有权机关调查或者采取强制措施；

（十二）新公布的法律、法规、规章、行业政策可能对公司产生重大影响；

（十三）董事会就发行新股或者其他再融资方案、股权激励方案形成相关决议；

（十四）法院裁决禁止控股股东转让其所持股份；任一股东所持公司5%以上股份被质押、冻结、司法拍卖、托管、设定信托或者被依法限制表决权；

（十五）主要资产被查封、扣押、冻结或者被抵押、质押；

（十六）主要或者全部业务陷入停顿；

（十七）对外提供重大担保；

（十八）获得大额政府补贴等可能对公司资产、负债、权益或者经营成果产生重大影响的额外收益；

（十九）变更会计政策、会计估计；

（二十）因前期已披露的信息存在差错、未按规定披露或者虚假记载，被有关机关责令改正或者经董事会决定进行更正；

（二十一）中国证监会规定的其他情形。

第三十一条

上市公司应当在最先发生的以下任一时点，及时履行重大事件的信息披露义务：

（一）董事会或者监事会就该重大事件形成决议时；

（二）有关各方就该重大事件签署意向书或者协议时；

（三）董事、监事或者高级管理人员知悉该重大事件发生并报告时。

在前款规定的时点之前出现下列情形之一的，上市公司应当及时披露相关事项的现状、可能影响事件进展的风险因素：

（一）该重大事件难以保密；

application decision of the company; or the commencement of bankruptcy proceedings by the company or the order for closure of the company pursuant to law;

(10) a revocation or invalidity declaration pursuant to law of a resolution passed by the board of directors or a general meeting for a major company matter in litigation or arbitration;

(11) an investigation of the company by the relevant authorities for an alleged violation of law or regulation, or the imposition of a criminal penalty or severe administrative penalty on the company; or an investigation of any of the company's directors, supervisors or senior management personnel by the relevant authorities for an alleged violation of law or regulation, or the imposition of an enforcement measure;

(12) newly promulgated laws, rules, regulations or industry policies that may significantly affect the company;

(13) relevant resolutions on the issuance of new shares, any other refinancing scheme or share option scheme passed by the board of directors;

(14) a ruling by the court on the prohibition of transfer of shares held by a controlling shareholder; or where the shares of any shareholder with 5% or more of the company's shares have been pledged, frozen, put into judicial auction or receivership, placed under a trust, or the voting rights of such shares have been restricted pursuant to law;

(15) a seal, seizure, freezing, mortgage or pledge of the main assets;

(16) a suspension of the main or entire business operations;

(17) a significant guarantee provided to an external party;

(18) a receipt of large-sum government subsidies that may yield extra gains, and which, significantly affects the assets, liabilities, rights and interests or business result of the company;

(19) a change in accounting policies or accounting estimates;

(20) a correction ordered by the relevant authorities or decided by the board of directors, for errors or false information disclosed or a failure to disclose in a previous period; and

(21) any other circumstance stipulated by the CSRC.

Article 31 A listed company shall perform, the duty of information disclosure of a significant event, as soon as any of the following circumstances arise:

(1) when the board of directors or board of supervisors pass a resolution on the significant event;

(2) when the relevant parties conclude a letter of intent or agreement in respect of the significant event; or

(3) when the directors, supervisors or senior management personnel become aware and report the significant event.

The listed company shall timely disclose the status of all relevant matters and risk factors which may affect the development of the significant event where any of the following circumstances occur before the events mentioned in the preceding paragraph:

(1) keeping the significant event confidential is difficult;

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| （二）该重大事件已经泄露或者市场出现传闻； | (2) the significant event has been divulged or a rumour thereto surfaces in the market; or |
| （三）公司证券及其衍生品种出现异常交易情况。 | (3) trading activity in the securities and derivatives of the company is unusual. |
| 第三十二条<br><br>上市公司披露重大事件后，已披露的重大事件出现可能对上市公司证券及其衍生品种交易价格产生较大影响的进展或者变化的，应当及时披露进展或者变化情况、可能产生的影响。 | Article 32 Where the listed company has disclosed a significant event and the disclosure may develop or change the trading prices of a listed company's securities and derivatives substantially, the development or change and the likely effect must be disclosed timely. |
| 第三十三条<br><br>上市公司控股子公司发生本办法第三十条规定的重大事件，可能对上市公司证券及其衍生品种交易价格产生较大影响的，上市公司应当履行信息披露义务。<br><br>上市公司参股公司发生可能对上市公司证券及其衍生品种交易价格产生较大影响的事件的，上市公司应当履行信息披露义务。 | Article 33 Where a significant event as mentioned under Article 30, occurring to a subsidiary controlled by a listed company, may substantially affect the trading prices of the listed company's securities and derivatives, the listed company shall have a duty to disclose the information.<br><br>Where a significant event occurring to a joint stock company of a listed company may substantially affect the trading prices of the listed company's securities and derivatives, the listed company shall have a duty to disclose the information. |
| 第三十四条<br><br>涉及上市公司的收购、合并、分立、发行股份、回购股份等行为导致上市公司股本总额、股东、实际控制人等发生重大变化的，信息披露义务人应当依法履行报告、公告义务，披露权益变动情况。 | Article 34 Where any acquisition, merger, division, issuance of shares, share buyback or other conduct involving a listed company may result in a significant change to the total share capital, shareholders or de facto controllers of the listed company, the information disclosure obligors shall perform reporting and announcement obligations and disclose the changes in rights and interests pursuant to law. |
| 第三十五条<br><br>上市公司应当关注本公司证券及其衍生品种的异常交易情况及媒体关于本公司的报道。<br><br>证券及其衍生品种发生异常交易或者在媒体中出现的消息可能对公司证券及其衍生品种的交易产生重大影响时，上市公司应当及时向相关各方了解真实情况，必要时应当以书面方式问询。<br><br>上市公司控股股东、实际控制人及其一致行动人应当及时、准确地告知上市公司是否存在拟发生的股权转让、资产重组或者其他重大事件，并配合上市公司做好信息披露工作。 | Article 35 A listed company shall monitor any unusual trading activity in the securities and derivatives of the company and media reports on the company.<br><br>Where any unusual securities and derivatives trading activity or media news may significantly affect trading of the company's securities and derivatives, the listed company shall timely gather the facts from the relevant parties and make written queries where necessary.<br><br>The controlling shareholders, de facto controllers of the listed company and other persons acting in concert shall timely and accurately notify the listed company of any proposed equity transfer, assets restructuring or other significant event, and cooperate with the listed company in making proper information disclosure. |
| 第三十六条<br><br>公司证券及其衍生品种交易被中国证监会或者证券交易所认定为异常交易的，上市公司应当及时了解造成证券及其衍生品种交易异常波动的影响因素，并及时披露。 | Article 36 Where the CSRC or the stock exchange deems the trading of any securities and derivatives of a company as unusual, the listed company shall timely assess the factors which caused such unusual securities and derivatives transactions and make a timely disclosure. |
| 第五章 信息披露事务管理 | CHAPTER 5 — ADMINISTRATION OF INFORMATION DISCLOSURE MATTERS |
| 第三十七条<br><br>上市公司应当制定信息披露事务管理制度。信息披露事务管理制度应当包括：<br><br>（一）明确上市公司应当披露的信息，确定披露标准；<br><br>（二）未公开信息的传递、审核、披露流程； | Article 37 Listed companies shall formulate a system of managing information disclosure matters. The system of managing information disclosure matters shall include:<br><br>(1) defining the information to be disclosed by the listed company and determining the disclosure standards;<br><br>(2) the procedures for the transmission, review and disclosure of information that has yet to be made public;<br><br>(3) the duties of the information disclosure department and its |

| | |
|---|---|
| （三）信息披露事务管理部门及其负责人在信息披露中的职责； | person-in-charge of information disclosure; |
| （四）董事和董事会、监事和监事会、高级管理人员等的报告、审议和披露的职责； | (4) the reporting, review and disclosure duties of the directors, board of directors, supervisors, board of supervisors and senior management personnel; |
| （五）董事、监事、高级管理人员履行职责的记录和保管制度； | (5) the system of recording and maintaining records of the duties performed by the directors, supervisors and senior management personnel; |
| （六）未公开信息的保密措施，内幕信息知情人的范围和保密责任； | (6) the measures for maintaining the confidential undisclosed information, and the scope and duties of confidence of insiders with confidential information; |
| （七）财务管理和会计核算的内部控制及监督机制； | (7) the internal systems of control and supervision over financial management and accounting functions; |
| （八）对外发布信息的申请、审核、发布流程；与投资者、证券服务机构、媒体等的信息沟通与制度； | (8) the procedures for the application, examination and release of information to external parties; and the modes of communication with investors, securities services organisations and the media; |
| （九）信息披露相关文件、资料的档案管理； | (9) the system of archiving documents and materials relevant to information disclosure; |
| （十）涉及子公司的信息披露事务管理和报告制度； | (10) the systems of managing and reporting information disclosure matters involving subsidiaries; and |
| （十一）未按规定披露信息的责任追究机制，对违反规定人员的处理措施。 | (11) the system of accounting for information disclosure failures pursuant to the provisions and the actions to be taken against personnel who violate the provisions. |
| 上市公司信息披露事务管理制度应当经公司董事会审议通过，报注册地证监局和证券交易所备案。 | The listed company's system of managing information disclosure matters shall be reviewed and adopted by the board of directors, and filed for records with the securities regulatory authorities at the place of registration and the stock exchange. |
| 第三十八条<br><br>上市公司董事、监事、高级管理人员应当勤勉尽责，关注信息披露文件的编制情况，保证定期报告、临时报告在规定期限内披露，配合上市公司及其他信息披露义务人履行信息披露义务。 | Article 38 The directors, supervisors and senior management personnel of a listed company shall, be diligent and responsible, monitor the preparation of information disclosure documents, ensure timely disclosure of regular reports and interim reports within the stipulated periods, cooperate with the listed company and other information disclosure obligors in their performance of information disclosure obligations. |
| 第三十九条<br><br>上市公司应当制定定期报告的编制、审议、披露程序。经理、财务负责人、董事会秘书等高级管理人员应当及时编制定期报告草案，提请董事会审议；董事会秘书负责送达董事审阅；董事长负责召集和主持董事会会议审议定期报告；监事会负责审核董事会编制的定期报告；董事会秘书负责组织定期报告的披露工作。 | Article 39 A listed company shall formulate the preparation, review and disclosure procedures for regular reports. The managers, person-in-charge of finance, secretary to the board of directors and other senior management personnel shall timely prepare drafts of the regular reports for review by the board of directors; the secretary to the board of directors shall be responsible for delivering the drafts to the directors for review; the chairman shall be responsible for convening and chairing a board of directors meeting to review a regular report; the board of supervisors shall be responsible for reviewing regular reports prepared by the board of directors; the secretary to the board of directors shall be responsible for organising the disclosure of regular reports. |
| 第四十条<br><br>上市公司应当制定重大事件的报告、传递、审核、披露程序。董事、监事、高级管理人员知悉重大事件发生时，应当按照公司规定立即履行报告义务；董事长在接到报告后，应当立即向董事会报告，并敦促董事会秘书组织临时报告的披露工作。 | Article 40 A listed company shall formulate the reporting, transmission, review and disclosure procedures for significant events. When the directors, supervisors and senior management personnel become aware of a significant event, they shall immediately perform reporting obligations pursuant to the provisions of the company; upon receipt of the report, the chairman shall brief the board of directors immediately and urge the secretary to the board of directors to organise disclosure of the interim report. |
| 第四十一条<br><br>上市公司通过业绩说明会、分析师会议、路演、接受投资者调研等形式就公司的经营情况、财务状况及其他事件与任何 | Article 41 A listed company may communicate its business result, financial status or any other matter with any organisation or individual through, a results presentation, analysts' meeting, road show, investor participation in research and investigation or any other method but no insider information must be provided. |

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 机构和个人进行沟通的，不得提供内幕信息。 | |
| 第四十二条<br><br>董事应当了解并持续关注公司生产经营情况、财务状况和公司已经发生的或者可能发生的重大事件及其影响，主动调查、获取决策所需要的资料。 | Article 42 Directors must understand and monitor, the company's business operation results and financial status, the significant events that have occurred or may occur and their effects, and actively investigate and obtain information required for decision making. |
| 第四十三条<br><br>监事应当对公司董事、高级管理人员履行信息披露职责的行为进行监督；关注公司信息披露情况，发现信息披露存在违法违规问题的，应当进行调查并提出处理建议。<br><br>监事会对定期报告出具的书面审核意见，应当说明编制和审核的程序是否符合法律、行政法规、中国证监会的规定，报告的内容是否能够真实、准确、完整地反映上市公司的实际情况。 | Article 43 Supervisors shall supervise the duties of information disclosure performed by directors and senior management personnel of the company; and investigate any information disclosure in violation of law and regulations and propose the actions to be taken, when monitoring the circumstances for information disclosure.<br><br>The written review opinion on a regular report by the board of supervisors must state whether preparation and review procedures comply with the laws, administrative regulations and provisions of the CSRC, and whether the contents of the report truthfully, accurately and completely reflect the actual status of the listed company. |
| 第四十四条<br><br>高级管理人员应当及时向董事会报告有关公司经营或者财务方面出现的重大事件、已披露的事件的进展或者变化情况及其他相关信息。 | Article 44 Senior management personnel shall timely report any significant event pertaining to the company's business operations or finances, any development or change in a disclosed matter, and other relevant information to the board of directors. |
| 第四十五条<br><br>董事会秘书负责组织和协调公司信息披露事务，汇集上市公司应予披露的信息并报告董事会，持续关注媒体对公司的报道并主动求证报道的真实情况。董事会秘书有权参加股东大会、董事会会议、监事会会议和高级管理人员相关会议，有权了解公司的财务和经营情况，查阅涉及信息披露事宜的所有文件。<br><br>董事会秘书负责办理上市公司信息对外公布等相关事宜。除监事会公告外，上市公司披露的信息应当以董事会公告的形式发布。董事、监事、高级管理人员非经董事会书面授权，不得对外发布上市公司未披露信息。<br><br>上市公司应当为董事会秘书履行职责提供便利条件，财务负责人应当配合董事会秘书在财务信息披露方面的相关工作。 | Article 45 The secretary to the board of directors shall be responsible for the organisation and coordination of a company's information disclosure matters, the collation of information to be disclosed by the listed company and reporting of the same to the board of directors, and the monitoring of media reports on the company, with those reports actively verified against the facts. The secretary to the board of directors shall have the right of participation in general meetings, meetings of the board of directors, meetings of the board of supervisors and the relevant meetings of the senior management personnel, and the right to ascertain the company's business and financial status as well as inspect all documents relating to information disclosure matters.<br><br>The secretary to the board of directors shall be responsible for all matters relating to the dissemination of information to external parties by the listed company. Other than public announcements by the board of supervisors, information disclosed by a listed company shall be made in the form of a public announcement by the board of directors. Unless the board of directors authorise in writing, the directors, supervisors and senior management personnel shall not disseminate undisclosed information to external parties.<br><br>A listed company shall facilitate the duties performed by the secretary to the board of directors; the person-in-charge of finance shall cooperate with the secretary to the board of directors in information disclosure work related to finance. |
| 第四十六条<br><br>上市公司的股东、实际控制人发生以下事件时，应当主动告知上市公司董事会，并配合上市公司履行信息披露义务。 | Article 46 The shareholders or de facto controllers of a listed company shall actively notify the board of directors of the listed company and cooperate with the listed company in its performance of information disclosure obligations where any of the following events occur: |
| （一）持有公司5%以上股份的股东或者实际控制人，其持有股份或者控制公司的情况发生较大变化； | (1) there is a substantial change in the shareholding or controlling stake of a shareholder with 5% or more of the company's shares or a de facto controller; |
| （二）法院裁决禁止控股股东转让其所持股份，任一股东所持公司5%以上股份被质押、冻结、司法拍卖、托管、设定信托或者被依法限制表决权； | (2) the transfer of shares held by a controlling shareholder is prohibited by a court ruling; or the shares of a shareholder with 5% or more of the company's shares are pledged, frozen, put under judicial auction or receivership, placed under a trust, or are |



| | |
|---|---|
| （三）拟对上市公司进行重大资产或者业务重组； | restricted in voting rights pursuant to the law;<br><br>(3) significant restructuring of assets or business of the listed company is proposed; |
| （四）中国证监会规定的其他情形。 | (4) any other circumstance stipulated by the CSRC. |
| 应当披露的信息依法披露前，相关信息已在媒体上传播或者公司证券及其衍生品种出现交易异常情况的，股东或者实际控制人应当及时、准确地向上市公司作出书面报告，并配合上市公司及时、准确地公告。 | Where relevant information has been circulating in the media or there is unusual trading in a company's securities and derivatives prior to the disclosure of information pursuant to the law, the shareholders or de facto controllers shall timely submit an accurate written report to the listed company and timely make an accurate public announcement in cooperation with the listed company. |
| 上市公司的股东、实际控制人不得滥用其股东权利、支配地位，不得要求上市公司向其提供内幕信息。 | The shareholders or de facto controllers of the listed company shall not abuse their shareholder rights or dominate their positions or require the listed company to provide them with insider information. |
| 第四十七条<br><br>上市公司非公开发行股票时，其控股股东、实际控制人和发行对象应当及时向上市公司提供相关信息，配合上市公司履行信息披露义务。 | Article 47 When a listed company makes a private issuance of shares, the controlling shareholders, de facto controllers and target audience shall timely provide the relevant information to the listed company and cooperate with the listed company in its performance of information disclosure obligations. |
| 第四十八条<br><br>上市公司董事、监事、高级管理人员、持股5%以上的股东及其一致行动人、实际控制人应当及时向上市公司董事会报送上市公司关联人名单及关联关系的说明。上市公司应当履行关联交易的审议程序，并严格执行关联交易回避表决制度。交易各方不得通过隐瞒关联关系或者采取其他手段，规避上市公司的关联交易审议程序和信息披露义务。 | Article 48 The directors, supervisors, senior management personnel, shareholders with 5% or more of shares and persons acting in concert with such shareholders and de facto controllers of a listed company shall timely submit a list of the listed company's interested parties and an explanation of the interested party relationships to the board of directors of the listed company. The listed company shall perform review procedures for interested party transactions and strictly implement a system of vote abstention in interested party transactions. The parties to an interested party transaction must not circumvent the listed company's interested party transaction review procedures and information disclosure obligations by concealing the interested party relationship or by any other means. |
| 第四十九条<br><br>通过接受委托或者信托等方式持有上市公司5%以上股份的股东或者实际控制人，应当及时将委托人情况告知上市公司，配合上市公司履行信息披露义务。 | Article 49 Where 5% or more of the shares of a listed company are held by a shareholder or de facto controller through acceptance of an entrustment or by any other means under a trust, the shareholder or de facto controller must timely notify the listed company of the settlor's details and cooperate with the listed company in its performance of information disclosure obligations. |
| 第五十条<br><br>信息披露义务人应当向其聘用的保荐人、证券服务机构提供与执业相关的所有资料，并确保资料的真实、准确、完整，不得拒绝、隐匿、谎报。<br><br>保荐人、证券服务机构在为信息披露出具专项文件时，发现上市公司及其他信息披露义务人提供的材料有虚假记载、误导性陈述、重大遗漏或者其他重大违法行为的，应当要求其补充、纠正。信息披露义务人不予补充、纠正的，保荐人、证券服务机构应当及时向公司注册地证监局和证券交易所报告。 | Article 50 Information disclosure obligors shall provide all information relating to the practice of their sponsor or securities services organisation and ensure the veracity, accuracy and completeness of the information without any refusal, concealment or falsehood.<br><br>Where a sponsor or securities services organisation discovers at the time of issue of a specialised document for information disclosure that the information provided by a listed company or an obligor of information disclosure contains a false record, misleading statement, major omission or any other major violation of law, it shall request for a supplementation or correction of the information. Where the information disclosure obligor refuses to make a supplementation or correction, the sponsor or securities services organisation shall timely report the matter to the securities regulatory authorities and the stock exchange. |
| 第五十一条<br><br>上市公司解聘会计师事务所的，应当在董事会决议后及时通知会计师事务所，公司股东大会就解聘会计师事务所进行表决时，应当允许会计师事务所陈述意见。股东大会作出解聘、更换会计师事务所决议的，上市公司应当在披露时说明更换的具体原因和会计师事务所的陈述意见。 | Article 51 Where a listed company terminates the engagement of an accounting firm, the accounting firm must be notified timely after a resolution by the board of directors is passed; the accounting firm shall be allowed to make representations where a resolution for the termination of engagement of the accounting firm is passed at a general meeting of the company. Where a resolution for the termination or change of an accounting firm is passed at a general meeting, the listed company shall specifically state the reasons for change and the representations by the |



| | |
|---|---|
| | accounting firm. |
| 第五十二条<br><br>为信息披露义务人履行信息披露义务出具专项文件的保荐人、证券服务机构，应当勤勉尽责、诚实守信，按照依法制定的业务规则、行业执业规范和道德准则发表专业意见，保证所出具文件的真实性、准确性和完整性。 | Article 52 The sponsors and securities services organisations that issue specialised documents to aid information disclosure obligors in their performance of information disclosure obligations shall be diligent, responsible, honest and trustworthy; and issue expert opinions in compliance with the business rules, industry codes of practice and ethics formulated pursuant to the law; and ensure the veracity, accuracy and completeness of the documents issued. |
| 第五十三条<br><br>注册会计师应当秉承风险导向审计理念，严格执行注册会计师执业准则及相关规定，完善鉴证程序，科学选用鉴证方法和技术，充分了解被鉴证单位及其环境，审慎关注重大错报风险，获取充分、适当的证据，合理发表鉴证结论。 | Article 53 Certified public accountants shall practise risk-oriented audits; strictly comply with the practising standards and relevant provisions for certified public accountants; improve authentication procedures; scientifically select identification methods and techniques; fully understand the organisation in question and its environment; carefully examine the risks to significant reporting errors; obtain adequate and appropriate evidence; and issue reasonable examination conclusions. |
| 第五十四条<br><br>资产评估机构应当恪守职业道德，严格遵守评估准则或者其他评估规范，恰当选择评估方法，评估中提出的假设条件应当符合实际情况，对评估对象所涉及交易、收入、支出、投资等业务的合法性、未来预测的可靠性取得充分证据，充分考虑未来各种可能性发生的概率及其影响，形成合理的评估结论。 | Article 54 Asset valuation firms shall uphold professional ethics, strictly comply with valuation standards or other valuation norms, and select appropriate valuation methods; ensure that assumptions made during a valuation match actual conditions; provide adequate evidence on the legitimacy of transactions, incomes, expenditures, investments, etc, involving a subject under valuation and obtain evidence on the reliability of their forecasts; and give full consideration to the probabilities of the various future outcomes and their effects when making a reasonable valuation. |
| 第五十五条<br><br>任何机构和个人不得非法获取、提供、传播上市公司的内幕信息，不得利用所获取的内幕信息买卖或者建议他人买卖公司证券及其衍生品种，不得在投资价值分析报告、研究报告等文件中使用内幕信息。 | Article 55 No organisation or individual shall illegally obtain, provide or transmit a listed company's insider information; or make use of insider information to trade, or recommend others to trade, in the company's securities and derivatives or make use of insider information for any investment analysis report, research report or other document. |
| 第五十六条<br><br>媒体应当客观、真实地报道涉及上市公司的情况，发挥舆论监督作用。<br><br>任何机构和个人不得提供、传播虚假或者误导投资者的上市公司信息。<br><br>违反前两款规定，给投资者造成损失的，依法承担赔偿责任。 | Article 56 The media shall report on listed companies objectively and factually, and serve as a public opinion supervisory function.<br><br>No organisation or individual shall provide or transmit false or misleading information on a listed company to investors.<br><br>Where an investor suffers loss as a result of violation of any of the two preceding paragraphs, liability for compensation shall be borne pursuant to law. |
| 第六章 监督管理与法律责任 | CHAPTER 6 — SUPERVISION AND ADMINISTRATION AND LEGAL LIABILITY |
| 第五十七条<br><br>中国证监会可以要求上市公司及其他信息披露义务人或者其董事、监事、高级管理人员对有关信息披露问题作出解释、说明或者提供相关资料，并要求上市公司提供保荐人或者证券服务机构的专业意见。<br><br>中国证监会对保荐人和证券服务机构出具的文件的真实性、准确性、完整性有疑义的，可以要求相关机构作出解释、补充，并调阅其工作底稿。<br><br>上市公司及其他信息披露义务人、保荐人和证券服务机构应当及时作出回复，并配合中国证监会的检查、调查。 | Article 57 The CSRC may request a listed company and other information disclosure obligors or the directors, supervisors or senior management personnel of the listed company, to provide explanation, clarification or the relevant materials, on the relevant information disclosure issues, and request the listed company to provide the expert opinion of the sponsor or the securities services organisation.<br><br>Where the CSRC doubts the veracity, accuracy or completeness of a document issued by the sponsor or the securities services organisation, the CSRC may inspect the working draft of the document and request the relevant organisation to provide explanation or supplementation.<br><br>The listed company and the other information disclosure obligors, sponsors and securities services organisations shall reply timely, and cooperate with the CSRC in any inspection and investigation. |
| 第五十八条<br><br>上市公司董事、监事、高级管理人员应当对公司信息披露的真实性、准确性、 | Article 58 The directors, supervisors and senior management personnel of a listed company are responsible for the veracity, accuracy, completeness, timeliness and impartiality of information disclosed by the company, unless there is sufficient evidence to |

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 完整性、及时性、公平性负责，但有充分证据表明其已经履行勤勉尽责义务的除外。 | prove that they have performed their duties diligently and responsibly. |
| 　　上市公司董事长、经理、董事会秘书，应当对公司临时报告信息披露的真实性、准确性、完整性、及时性、公平性承担主要责任。 | The chairman, managers and secretary to the board of directors of a listed company are mainly responsible for the veracity, accuracy, integrity, timeliness and impartiality of information disclosed by the company via interim reports. |
| 　　上市公司董事长、经理、财务负责人应对公司财务报告的真实性、准确性、完整性、及时性、公平性承担主要责任。 | The chairman, managers and person-in-charge of finance of a listed company is mainly responsible for the veracity, accuracy, completeness, timeliness and impartiality of a company's financial reports. |
| 　　第五十九条 | Article 59 The CSRC may adopt the following regulatory measures against, the information disclosure obligors, their directors, supervisors and senior management personnel; and the listed company's shareholders, de facto controllers, offerors and their directors, supervisors and senior management personnel, for any violation of the provisions of these Measures: |
| 　　信息披露义务人及其董事、监事、高级管理人员，上市公司的股东、实际控制人、收购人及其董事、监事、高级管理人员违反本办法的，中国证监会可以采取以下监管措施： | |
| 　　（一）责令改正； | (1) order for corrective action; |
| 　　（二）监管谈话； | (2) regulatory dialogue; |
| 　　（三）出具警示函； | (3) issue of warning letters; |
| 　　（四）将其违法违规、不履行公开承诺等情况记入诚信档案并公布； | (4) record in the creditworthiness database the details of the offence or the failure to perform the public undertaking and make a public announcement; |
| 　　（五）认定为不适当人选； | (5) blacklist the offender as an inappropriate candidate; |
| 　　（六）依法可以采取的其他监管措施。 | (6) adopt any other regulatory measure pursuant to law. |
| 　　第六十条 | Article 60 Where a listed company fails to establish a system of managing information disclosure matters pursuant to the provisions of these Measures, the CSRC may order the company to take corrective action; where the company refuses to take corrective action, the CSRC shall issue a warning or impose a fine. |
| 　　上市公司未按本办法规定制定上市公司信息披露事务管理制度的，中国证监会责令改正。拒不改正的，中国证监会给予警告、罚款。 | |
| 　　第六十一条 | Article 61 Where an information disclosure obligor fails to perform information disclosure obligations within the stipulated period or makes information disclosure with falsehoods, misleading statements or major omissions, the CSRC shall impose a penalty pursuant to the provisions of Article 193 of the Securities Law. |
| 　　信息披露义务人未在规定期限内履行信息披露义务，或者所披露的信息有虚假记载、误导性陈述或者重大遗漏的，中国证监会按照《证券法》第一百九十三条处罚。 | |
| 　　第六十二条 | Article 62 Where an information disclosure obligor fails to submit the relevant reports within the stipulated period or where the submitted reports contain falsehoods, misleading statements or major omissions, the CSRC shall impose a penalty pursuant to the provisions of Article 193 of the Securities Law. |
| 　　信息披露义务人未在规定期限内报送有关报告，或者报送的报告有虚假记载、误导性陈述或者重大遗漏的，中国证监会按照《证券法》第一百九十三条处罚。 | |
| 　　第六十三条 | Article 63 Where a listed company conceals interested party relationships or circumvents information disclosure or reporting obligations through other means, the CSRC shall impose a penalty pursuant to the provisions of Article 193 of the Securities Law. |
| 　　上市公司通过隐瞒关联关系或者采取其他手段，规避信息披露、报告义务的，中国证监会按照《证券法》第一百九十三条处罚。 | |
| 　　第六十四条 | Article 64 Where a shareholder or de facto controller of a listed company fails to cooperate with the listed company in its performance of information disclosure obligations pursuant to law, or makes an illegal request for insider information from the listed company, the CSRC shall order the person to take corrective action, issue a warning or impose a fine. |
| 　　上市公司股东、实际控制人未依法配合上市公司履行信息披露义务的，或者非法要求上市公司提供内幕信息的，中国证监会责令改正，给予警告、罚款。 | |
| 　　第六十五条 | Article 65 Where the specialised documents issued by a sponsor or securities services organisation and its personnel for the performance of information disclosure obligations by information disclosure obligors violate the provisions of the Securities Law, |
| 　　为信息披露义务人履行信息披露义务出具专项文件的保荐人、证券服务机构及 | |

| | |
|---|---|
| 其人员，违反《证券法》、行政法规和中国证监会的规定，由中国证监会依法采取责令改正、监管谈话、出具警示函、记入诚信档案等监管措施；应当给予行政处罚的，中国证监会依法处罚。 | administrative regulations and the provisions of the CSRC, the CSRC shall order corrective action to be taken, hold a regulatory dialogue, issue a warning letter, record the matter in the creditworthiness database or take other regulatory measures pursuant to law; and administrative penalties shall be imposed by the CSRC pursuant to law where appropriate. |
| 第六十六条<br><br>任何机构和个人泄露上市公司内幕信息，或者利用内幕信息买卖证券及其衍生品种，中国证监会按照《证券法》第二百零一条、第二百零二条处罚。 | Article 66 Where any organisation or individual divulges insider information of a listed company or makes use of insider information to trade in securities and derivatives, the CSRC shall impose penalties pursuant to the provisions of Article 201 and Article 202 of the Securities Law. |
| 第六十七条<br><br>任何机构和个人编制、传播虚假信息扰乱证券市场；媒体传播上市公司信息不真实、不客观的，中国证监会按照《证券法》第二百零六条处罚。<br><br>在证券及其衍生品种交易活动中作出虚假陈述或者信息误导的，中国证监会按照《证券法》第二百零七条处罚。 | Article 67 Where market order is disrupted by false information prepared or transmitted by an organisation or individual, or false or non-objective information broadcasted by the media, the CSRC shall impose penalties pursuant to the provisions of Article 206 of the Securities Law.<br><br>Where false representations or misleading statements are made in the course of securities and derivatives trading, the CSRC shall impose penalties pursuant to the provisions of Article 207 of the Securities Law. |
| 第六十八条<br><br>涉嫌利用新闻报道以及其他传播方式对上市公司进行敲诈勒索的，中国证监会责令改正，向有关部门发出监管建议函，由有关部门依法追究法律责任。 | Article 68 Where a person allegedly extorts or blackmails a listed company through news reports or any other means of broadcasting, the CSRC shall order the person to take corrective action and issue a regulatory recommendation to the relevant authorities; and the relevant authorities shall impose legal liability pursuant to law. |
| 第六十九条<br><br>上市公司及其他信息披露义务人违反本办法的规定，情节严重的，中国证监会可以对有关责任人员采取证券市场禁入的措施。 | Article 69 Where a listed company or information disclosure obligor violates the provisions of these Measures under serious circumstances, the CSRC may bar the relevant accountable personnel from entering the stock market. |
| 第七十条<br><br>违反本办法，涉嫌犯罪的，依法移送司法机关，追究刑事责任。 | Article 70 Where a violation of these Measures constitutes a criminal offence, the case shall be transferred to the judicial authorities pursuant to law and criminal liability shall be imposed. |
| 第七章 附 则 | CHAPTER 7 — SUPPLEMENTARY PROVISIONS |
| 第七十一条<br><br>本办法下列用语的含义：<br><br>（一）为信息披露义务人履行信息披露义务出具专项文件的保荐人、证券服务机构，是指为证券发行、上市、交易等证券业务活动制作、出具保荐书、审计报告、资产评估报告、法律意见书、财务顾问报告、资信评级报告等文件的保荐人、会计师事务所、资产评估机构、律师事务所、财务顾问机构、资信评级机构。 | Article 71 The respective definitions for the following terms used in these Measures are as follows:<br><br>(1) "Sponsors and securities services organisations that issue specialised documents to aid information disclosure obligors in their performance of information disclosure obligations" shall mean a sponsor, an accounting firm, an asset valuation firm, a law firm, a financial consultancy firm or a credit rating firm which issues sponsor letters, audit reports, asset valuation reports, legal opinions, consultant financial reports, credit rating reports, etc, for securities issuance, listing, trading and other securities business activities. |
| （二）及时，是指自起算日起或者触及披露时点的两个交易日内。 | (2) "Timely" shall mean a duration of two market days, effective from the date of commencement of a stipulated period or from the date of an event triggering disclosure. |
| （三）上市公司的关联交易，是指上市公司或者其控股子公司与上市公司关联人之间发生的转移资源或者义务的事项。<br><br>关联人包括关联法人和关联自然人。<br><br>具有以下情形之一的法人，为上市公司的关联法人：<br><br>1．直接或者间接地控制上市公司的法人； | (3) A "listed company's interested party transaction" shall mean a transfer of resources or obligations between a listed company or subsidiary controlled by the listed company and an interested party. Interested parties shall include interested legal persons and interested natural persons. A legal person that satisfies any of the following conditions shall be deemed as an interested legal person of the listed company:<br><br>(i) a legal person that directly or indirectly controls the listed company; |
| 2．由前项所述法人直接或者间接控制 | (ii) a legal person other than the listed company or a subsidiary |

| | |
|---|---|
| 的除上市公司及其控股子公司以外的法人； | controlled by the listed company, which is directly or indirectly controlled by a legal person in the preceding paragraph; |
| 3．关联自然人直接或者间接控制的、或者担任董事、高级管理人员的，除上市公司及其控股子公司以外的法人； | (iii) a legal person other than the listed company or a subsidiary controlled by the listed company, which is directly or indirectly controlled by an interested natural person or a director or senior management personnel; |
| 4．持有上市公司5%以上股份的法人或者一致行动人； | (iv) a legal person that holds 5% or more of the shares of the listed company or a person that acts in concert; |
| 5．在过去12个月内或者根据相关协议安排在未来12月内，存在上述情形之一的； | (v) a legal person that satisfies any of the aforesaid conditions during the past 12 months or will satisfy any of the aforesaid conditions within the next 12 months pursuant to a relevant agreement; or |
| 6．中国证监会、证券交易所或者上市公司根据实质重于形式的原则认定的其他与上市公司有特殊关系，可能或者已经造成上市公司对其利益倾斜的法人。 | (vi) any other legal person deemed by the CSRC, the stock exchange or the listed company as having a special relationship with the listed company according to the substance over form principle, which causes or may cause a disequilibrium of interests of the listed company. |
| 具有以下情形之一的自然人，为上市公司的关联自然人： | A natural person that satisfies any of the following conditions shall be deemed as an interested natural person of the listed company: |
| 1．直接或者间接持有上市公司5%以上股份的自然人； | (i) a natural person who directly or indirectly holds 5% or more of the shares of the listed company; |
| 2．上市公司董事、监事及高级管理人员； | (ii) a director, supervisor or senior management personnel of the listed company; |
| 3．直接或者间接地控制上市公司的法人的董事、监事及高级管理人员； | (iii) a director, supervisor or senior management personnel of a legal person that controls the listed company directly or indirectly; |
| 4．上述第1、2项所述人士的关系密切的家庭成员，包括配偶、父母、年满18周岁的子女及其配偶、兄弟姐妹及其配偶，配偶的父母、兄弟姐妹，子女配偶的父母； | (iv) family members that have a close relationship with a natural person stipulated in items (i) and (ii) above, including spouses, parents, children aged 18 years and above and their spouses, siblings and their spouses, parents-in-law, spouses' siblings and the children's parents-in-law; |
| 5．在过去12个月内或者根据相关协议安排在未来12个月内，存在上述情形之一的； | (v) a natural person who satisfies any of the aforesaid conditions during the past 12 months or will satisfy any of the aforesaid conditions in the next 12 months pursuant to a relevant agreement; or |
| 6．中国证监会、证券交易所或者上市公司根据实质重于形式的原则认定的其他与上市公司有特殊关系，可能或者已经造成上市公司对其利益倾斜的自然人。 | (vi) any other natural person deemed by the CSRC, the stock exchange or the listed company as having a special relationship with the listed company according to the substance over form principle, which causes or may cause a disequilibrium of interests of the listed company. |
| （四）指定媒体，是指中国证监会指定的报刊和网站。 | (4) designated media refers to newspapers and websites designated by the CSRC. |
| 第七十二条 | Article 72 These Measures shall be effective from the date of promulgation. The Implementation Regulations for Information Disclosure by Companies Making Public Offering of Shares (Trial Implementation) (Zhengjianshangzi (1993) 43), the Notice on Issues relating to Information Disclosure by Companies Making Public Offering of Shares and Listed Companies (Zhengjianyanzi (1993) 19), the Notice on Strengthening Examination of Interim Reports of Listed Companies (Zhengjianshangzi (1996) 26), the Notice on Several Issues relating to Issuance of Clarification Public Announcements by Listed Companies (Zhengjianshangzi (1996) 28), the Notice on Archiving of Electronic Files of Disclosure by Listed Companies (Zhengjianxinzi (1998) 50), the Notice on Further Strengthening of Regulation of Information Disclosure by ST and PT Companies (Zhengjiangongsizi (2000) 63), the Notice on Issues relating to Half-yearly Reports by Listed Companies Proposing to |
| 本办法自公布之日起施行。《公开发行股票公司信息披露实施细则》（试行）（证监上字〔1993〕43号）、《关于股票公开发行与上市公司信息披露有关事项的通知》（证监研字〔1993〕19号）、《关于加强对上市公司临时报告审查的通知》（证监上字〔1996〕26号）、《关于上市公司发布澄清公告若干问题的通知》（证监上字〔1996〕28号）、《上市公司披露信息电子存档事宜的通知》（证监信字〔1998〕50号）、《关于进一步加强ST、PT公司信息披露监管工作的通知》（证监公司字〔2000〕63号）、《关于拟 | |

发行新股的上市公司中期报告有关问题的通知》（证监公司字〔2001〕69号）、《关于上市公司临时公告及相关附件报送中国证监会派出机构备案的通知》（证监公司字〔2003〕7号）同时废止。

Issue New Shares (Zhengjiangongsizi (2001) 69) and the Notice on Filing of Interim Public Announcements and the Relevant Appendices by Listed Companies with CSRC Branches (Zhengjiangongsizi (2003) 7) shall be repealed simultaneously.