


China Law & Reference

# 中华人民共和国证券法（2014修订）
# Securities Law of the People's Republic of China （Amended in 2014）

| | | | |
|---|---|---|---|
| 发文机关： | 全国人民代表大会常务委员会 | Promulgation Authorities: | Standing Committee of the National People's Congress |
| 发布日期： | 2014.08.31 | Promulgation Date: | 2014.08.31 |
| 生效日期： | 2014.08.31 | Effective Date: | 2014.08.31 |
| 时效性： | 现行有效 | Validity Status: | valid |

## 中华人民共和国证券法（2014修订）

(1998年12月29日第九届全国人民代表大会常务委员会第六次会议通过 根据2004年8月28日第十届全国人民代表大会常务委员会第十一次会议《关于修改<中华人民共和国证券法>的决定》第一次修正 2005年10月27日第十届全国人民代表大会常务委员会第十八次会议修订根据 2013年6月29日第十二届全国人民代表大会常务委员会第三次会议《关于修改〈中华人民共和国文物保护法〉等十二部法律的决定》第二次修正 根据2014年8月31日第十二届全国人民代表大会常务委员会第十次会议《关于修改<中华人民共和国保险法>等五部法律的决定》第三次修正)

第一章 总则

第一条

为了规范证券发行和交易行为，保护投资者的合法权益，维护社会经济秩序和社会公共利益，促进社会主义市场经济的发展，制定本法。

第二条

在中华人民共和国境内，股票、公司债券和国务院依法认定的其他证券的发行和交易，适用本法；本法未规定的，适用《中华人民共和国公司法》和其他法律、行政法规的规定。

政府债券、证券投资基金份额的上市交易，适用本法；其他法律、行政法规另有规定的，适用其规定。

证券衍生品种发行、交易的管理办法，由国务院依照本法的原则规定。

第三条

证券的发行、交易活动，必须实行公开、公平、公正的原则。

第四条

证券发行、交易活动的当事人具有平等的法律地位，应当遵守自愿、有偿、诚实信用的原则。

## Securities Law of the People's Republic of China （Amended in 2014）

CHAPTER I — GENERAL PRINCIPLES
Article 1.

This Law is promulgated for the purposes of standardising issuance and trading of securities, protecting the legal rights and interests of the investors, safeguarding social and economic order and public interest and promoting the development of the socialist market economy.

Article 2.

The provisions of this Law shall apply to the issuance and trading of shares, corporate bonds and other securities determined by the State Council within the People's Republic of China in accordance with the provisions of the law. Where there are no relevant provisions in this Law, the provisions of the Company Law of the People's Republic of China and other laws and administrative regulations shall apply.

The provisions of this Law shall apply to the trading of listed treasury bonds and securities investment fund units. Where there are special provisions in other laws and administrative regulations, such provisions shall prevail.

The administrative measures on issuance and trading of securities derivatives shall be formulated by the State Council in accordance with the principle of this Law.

Article 3.

Issuance and trading of securities shall comply with the principles of transparency, equity and fairness.

Article 4.

Parties engaging in issuance and trading of securities shall enjoy equal legal status and shall comply with the principles of voluntary participation, compensation and honesty and trustworthiness.

EXHIBIT 5

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 第五条 | Article 5. |
| 证券的发行、交易活动，必须遵守法律、行政法规；禁止欺诈、内幕交易和操纵证券市场的行为。 | Issuance and trading of securities shall comply with the provisions of laws and administrative regulations; fraud, insider trading and manipulation of the securities market shall be prohibited. |
| 第六条 | Article 6. |
| 证券业和银行业、信托业、保险业实行分业经营、分业管理，证券公司与银行、信托、保险业务机构分别设立。国家另有规定的除外。 | The securities industry and banking industry, trust industry and insurance industry shall implement industry operations and administration separately; securities companies, banks, trust organisations and insurance organisations shall be established separately, unless otherwise provided by the State. |
| 第七条 | Article 7. |
| 国务院证券监督管理机构依法对全国证券市场实行集中统一监督管理。 | The securities regulatory authorities of the State Council shall implement unified supervision and administration on the securities market nationwide in accordance with the provisions of the law. |
| 国务院证券监督管理机构根据需要可以设立派出机构，按照授权履行监督管理职责。 | The securities regulatory authorities of the State Council may establish representative offices based on the actual needs to perform supervision and administration duties as authorised. |
| 第八条 | Article 8. |
| 在国家对证券发行、交易活动实行集中统一监督管理的前提下，依法设立证券业协会，实行自律性管理。 | Under the prerequisite of unified State supervision and administration on issuance and trading of securities and the securities industry association shall be established in accordance with the provisions of the law to implement self-governance. |
| 第九条 | Article 9. |
| 国家审计机关依法对证券交易所、证券公司、证券登记结算机构、证券监督管理机构进行审计监督。 | State audit authorities shall carry out audit and supervision over stock exchanges, securities companies, securities registration and settlement organisations and securities regulatory authorities in accordance with the provisions of the law. |
| 第二章 证券发行 | CHAPTER II — ISSUANCE OF SECURITIES |
| 第十条 | Article 10. |
| 公开发行证券，必须符合法律、行政法规规定的条件，并依法报经国务院证券监督管理机构或者国务院授权的部门核准；未经依法核准，任何单位和个人不得公开发行证券。 | Public offering of securities shall satisfy the criteria provided in the laws and administrative regulations and obtain the approval of the securities regulatory authorities of the State Council or authorised department(s) of the State Council in accordance with the provisions of the law. No organisation or individual shall issue securities for public offering without obtaining prior approval in accordance with the provisions of the law. |
| 有下列情形之一的，为公开发行： | The following situations shall be deemed as a public offering: |
| （一）向不特定对象发行证券的； | (1) offering of securities to non-specific targets; |
| （二）向特定对象发行证券累计超过二百人的； | (2) offering of securities to more than 200 specific targets; and |
| （三）法律、行政法规规定的其他发行行为。 | (3) other offerings provided by the laws and administrative regulations. |
| 非公开发行证券，不得采用广告、公开劝诱和变相公开方式。 | Private offering of securities shall not carry out advertising, open solicitation and disguised publicity campaigns. |
| 第十一条 | Article 11. |
| 发行人申请公开发行股票、可转换为股票的公司债券，依法采取承销方式的，或者公开发行法律、行政法规规定实行保荐制度的其他证券的，应当聘请具有保荐资格的机构担任保荐人。 | Issuers applying to make a public share offering or to issue convertible corporate bonds by way of underwriting in accordance with the provisions of the law or to make a public offering of other securities which require a sponsor as provided by the laws and administrative regulations shall appoint a qualified organisation to act as a sponsor. |
| 保荐人应当遵守业务规则和行业规范，诚实守信，勤勉尽责，对发行人的申请文件和信息披露资料进行审慎核查，督导发行人规范运作。 | A sponsor shall comply with business rules and industry norms and the principles of honesty and trustworthiness and due diligence to conduct due diligence review on the application |

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 保荐人的资格及其管理办法由国务院证券监督管理机构规定。 | documents and information disclosure of the issuer and supervise the conduct of the issuer.<br><br>The qualifications of sponsors and the relevant administrative measures on sponsors shall be provided by the securities regulatory authorities of the State Council. |
| 第十二条 | Article 12. |
| 设立股份有限公司公开发行股票，应当符合《中华人民共和国公司法》规定的条件和经国务院批准的国务院证券监督管理机构规定的其他条件，向国务院证券监督管理机构报送募股申请和下列文件： | Public offering of shares for the establishment of a company limited by shares shall satisfy the criteria stipulated in the Company Law of the People's Republic of China and other requirements provided by the securities regulatory authorities of the State Council; an application for share offering and the following documents shall be submitted to the securities regulatory authorities of the State Council: |
| （一）公司章程； | (1) articles of association of the company ; |
| （二）发起人协议； | (2) founders' agreement; |
| （三）发起人姓名或者名称，发起人认购的股份数、出资种类及验资证明； | (3) name of the founders, shares subscribed by the founders, type of capital contribution and capital verification certificate; |
| （四）招股说明书； | (4) prospectus; |
| （五）代收股款银行的名称及地址； | (5) name and address of the receiving bank; and |
| （六）承销机构名称及有关的协议。 | (6) name of the underwriter and the relevant agreement. |
| 依照本法规定聘请保荐人的，还应当报送保荐人出具的发行保荐书。 | The sponsor's letter for issuance issued by the sponsor shall be submitted if a sponsor is appointed in accordance with the provisions of this Law. |
| 法律、行政法规规定设立公司必须报经批准的，还应当提交相应的批准文件。 | Where the laws and administrative regulations provide that the establishment of a company requires approval, the relevant approval documents shall be submitted. |
| 第十三条 | Article 13. |
| 公司公开发行新股，应当符合下列条件： | A company proposing to making a public offering of new shares shall satisfy the following requirements: |
| （一）具备健全且运行良好的组织机构； | (1) it has a proper and well-functioning organisation structure; |
| （二）具有持续盈利能力，财务状况良好； | (2) it has made profits in consecutive years and is in good financial standing; |
| （三）最近三年财务会计文件无虚假记载，无其他重大违法行为； | (3) its financial accounting documents in the past three years do not contain any fraudulent entries and it has not committed a major violation of law; and |
| （四）经国务院批准的国务院证券监督管理机构规定的其他条件。 | (4) other requirements provided by the securities regulatory authorities of the State Council. |
| 上市公司非公开发行新股，应当符合经国务院批准的国务院证券监督管理机构规定的条件，并报国务院证券监督管理机构核准。 | Private offering of new shares by listed companies shall satisfy the criteria stipulated by the securities regulatory authorities of the State Council and the approval of the securities regulatory authorities of the State Council is required. |
| 第十四条 | Article 14. |
| 公司公开发行新股，应当向国务院证券监督管理机构报送募股申请和下列文件： | A company proposing to make a public share offering shall submit an application for share offering and the following documents to the securities regulatory authorities of the State Council: |
| （一）公司营业执照； | (1) business licence of the company; |
| （二）公司章程； | (2) articles of association of the company; |
| （三）股东大会决议； | (3) resolution of a shareholders' general meeting; |

Wolters Kluwer | China Law & Reference

（四）招股说明书；

（五）财务会计报告；

（六）代收股款银行的名称及地址；

（七）承销机构名称及有关的协议。

依照本法规定聘请保存人的，还应当报送保存人出具的发行保存书。

(4) prospectus;

(5) financial accounting report;

(6) name and address of the receiving bank; and

(7) name of the underwriter and the relevant agreement.

The sponsor's letter for issuance issued by the sponsor shall be submitted if a sponsor is appointed in accordance with the provisions of this Law.

第十五条

Article 15.

公司对公开发行股票所募集资金，必须按照招股说明书所列资金用途使用。改变招股说明书所列资金用途，必须经股东大会作出决议。擅自改变用途而未作纠正的，或者未经股东大会认可的，不得公开发行新股。

Companies shall use the proceeds from their public share offering for the usage purpose set out in the prospectus. Where the proceeds are proposed to be used for a different usage purpose, a resolution of a shareholders' general meeting is required. Where a company uses the proceeds for a different usage purpose arbitrarily and fails to make correction or such act is not ratified by a shareholders' general meeting, it shall be prohibited from making a public offering of new shares.

第十六条

Article 16.

公开发行公司债券，应当符合下列条件：

A public offering of corporate bonds shall satisfy the following requirements:

（一）股份有限公司的净资产不低于人民币三千万元，有限责任公司的净资产不低于人民币六千万元；

(1) the net assets of a company limited by shares shall be not less than RMB30 million; the net assets of a limited liability company shall be not less than RMB60 million;

（二）累计债券余额不超过公司净资产的百分之四十；

(2) the cumulative balance of corporate bonds shall not exceed 40% of the company's net assets;

（三）最近三年平均可分配利润足以支付公司债券一年的利息；

(3) the average distributable profits in the past three years are sufficient to pay out interest for one year of the corporate bonds;

（四）筹集的资金投向符合国家产业政策；

(4) the usage purpose of the proceeds shall comply with State industrial policies;

（五）债券的利率不超过国务院限定的利率水平；

(5) the coupon rate of the corporate bonds shall not exceed the coupon rate stipulated by the State Council; and

（六）国务院规定的其他条件。

(6) other requirements stipulated by the State Council.

公开发行公司债券筹集的资金，必须用于核准的用途，不得用于弥补亏损和非生产性支出。

The proceeds from a public offering of corporate bonds shall be used for approved purpose(s) only and shall not be used to make up for losses or to pay for non-production expenses.

上市公司发行可转换为股票的公司债券，除应当符合第一款规定的条件外，还应当符合本法关于公开发行股票的条件，并报国务院证券监督管理机构核准。

Listed companies issuing convertible corporate bonds shall, in addition to the requirements stipulated in item (1), satisfy the requirements stipulated in this Law for public offering of shares; and shall obtain the approval of the securities regulatory authorities of the State Council.

第十七条

Article 17.

申请公开发行公司债券，应当向国务院授权的部门或者国务院证券监督管理机构报送下列文件：

Companies proposing to make a public offering of corporate bonds shall submit the following documents to the authorised department(s) of the State Council or the securities regulatory authorities of the State Council:

（一）公司营业执照；

(1) business licence of the company;

（二）公司章程；

(2) articles of association of the company;

（三）公司债券募集办法；

(3) method of offering of corporate bonds;

（四）资产评估报告和验资报告；

(4) asset valuation report and capital verification report; and

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| （五）国务院授权的部门或者国务院证券监督管理机构规定的其他文件。 | (5) other documents required by the authorised department(s) of the State Council or the securities regulatory authorities of the State Council. |
| 依照本法规定聘请保荐人的，还应当报送保荐人出具的发行保荐书。 | The sponsor's letter for issuance issued by the sponsor shall be submitted if a sponsor is appointed in accordance with the provisions of this Law. |
| 第十八条 | Article 18. |
| 有下列情形之一的，不得再次公开发行公司债券： | Under any of the following circumstances, a company shall not make another public offering of corporate bonds: |
| （一）前一次公开发行的公司债券尚未募足； | (1) its previous public offering of corporate bonds was not fully subscribed; |
| （二）对已公开发行的公司债券或者其他债务有违约或者延迟支付本息的事实，仍处于继续状态； | (2) it has defaulted on corporate bonds issued by way of a public offering or other debts or is late in repayment of principal and interest and such default has not been resolved; or |
| （三）违反本法规定，改变公开发行公司债券所募资金的用途。 | (3) it has violated the provisions of this Law in changing the usage purpose of the proceeds from a public offering of corporate bonds arbitrarily. |
| 第十九条 | Article 19. |
| 发行人依法申请核准发行证券所报送的申请文件的格式、报送方式，由依法负责核准的机构或者部门规定。 | The format and method of submission of application documents for issuance of securities to be submitted by issuers for approval to issue securities shall be stipulated by the approval authorities or department(s) in accordance with the provisions of the law. |
| 第二十条 | Article 20. |
| 发行人向国务院证券监督管理机构或者国务院授权的部门报送的证券发行申请文件，必须真实、准确、完整。 | Application documents submitted by issuers to the securities regulatory authorities of the State Council or the authorised department(s) of the State Council for issuance of securities shall be true, accurate and complete. |
| 为证券发行出具有关文件的证券服务机构和人员，必须严格履行法定职责，保证其所出具文件的真实性、准确性和完整性。 | Securities service organisations and their personnel issuing the relevant documents for issuance of securities shall perform the statutory duties strictly and ensure that the documents issued are true, accurate and complete. |
| 第二十一条 | Article 21. |
| 发行人申请首次公开发行股票的，在提交申请文件后，应当按照国务院证券监督管理机构的规定预先披露有关申请文件。 | Issuers proposing to make an initial public offering of shares shall, upon submission of the application documents, disclose the relevant application documents in accordance with the provisions of the securities regulatory authorities of the State Council. |
| 第二十二条 | Article 22. |
| 国务院证券监督管理机构设发行审核委员会，依法审核股票发行申请。 | The securities regulatory authorities of the State Council shall establish an issuance review committee in accordance with the provisions of the law to review applications for issuance of shares. |
| 发行审核委员会由国务院证券监督管理机构的专业人员和所聘请的该机构外的有关专家组成，以投票方式对股票发行申请进行表决，提出审核意见。 | The issuance review committee shall comprise professionals of the securities regulatory authorities of the State Council and the relevant external experts; the committee shall vote on applications for issuance of shares and give their review opinion. |
| 发行审核委员会的具体组成办法、组成人员任期、工作程序，由国务院证券监督管理机构规定。 | Measures on composition of the issuance review committee, tenure of the committee members and work procedures of the committee shall be stipulated by the securities regulatory authorities of the State Council. |
| 第二十三条 | Article 23. |
| 国务院证券监督管理机构依照法定条件负责核准股票发行申请。核准程序应当公开，依法接受监督。 | The securities regulatory authorities of the State Council shall approve applications for issuance of shares based on the statutory requirements. The approval procedures shall be transparent and be subject to supervision in accordance with the provisions of the law. |
| 参与审核和核准股票发行申请的人 | |

员，不得与发行申请人有利害关系，不得直接或者间接接受发行申请人的馈赠，不得持有所核准的股票，不得私下与发行申请人进行接触。

国务院授权的部门对公司债券发行申请的核准，参照前两款的规定执行。

第二十四条

国务院证券监督管理机构或者国务院授权的部门应当自受理证券发行申请文件之日起三个月内，依照法定条件和法定程序作出予以核准或者不予核准的决定，发行人根据要求补充、修改发行申请文件的时间不计算在内；不予核准的，应当说明理由。

第二十五条

证券发行申请经核准，发行人应当依照法律、行政法规的规定，在证券公开发行前，公告公开发行募集文件，并将该文件置备于指定场所供公众查阅。

发行证券的信息依法公开前，任何知情人不得公开或者泄露该信息。

发行人不得在公告公开发行募集文件前发行证券。

第二十六条

国务院证券监督管理机构或者国务院授权的部门对已作出的核准证券发行的决定，发现不符合法定条件或者法定程序，尚未发行证券的，应当予以撤销，停止发行。已经发行尚未上市的，撤销核准决定，发行人应当按照发行价并加算银行同期存款利息返还证券持有人；保荐人应当与发行人承担连带责任，但是能够证明自己没有过错的除外；发行人的控股股东、实际控制人有过错的，应当与发行人承担连带责任。

第二十七条

股票依法发行后，发行人经营与收益的变化，由发行人自行负责；由此变化引致的投资风险，由投资者自行负责。

第二十八条

发行人向不特定对象发行的证券，法律、行政法规规定应当由证券公司承销的，发行人应当同证券公司签订承销协议。证券承销业务采取代销或者包销方式。

证券代销是指证券公司代发行人发售证券，在承销期结束时，将未售出的证券全部退还给发行人的承销方式。

证券包销是指证券公司将发行人的证

A personnel who participates in the examination and approval of an application for share issuance shall not be related to the applicant and shall not accept directly or indirectly gift(s) from the applicant or hold shares of the subject application or contact the applicant privately.

The authorised department(s) of the State Council shall approve applications for issuance of corporate bonds with reference to the provisions of the preceding paragraphs.

Article 24.

The securities regulatory authorities of the State Council or the authorised department(s) of the State Council shall decide on approval or non-approval of an application in accordance with the statutory requirements and procedures within three months from acceptance of the application documents; the period of time taken by the issuer to submit supplementary materials or make correction to its application documents as instructed shall not be included in the three-month time limit; unsuccessful applicants shall be informed of the reason for non-approval.

Article 25.

Where an application for issuance of securities is approved, the issuer shall announce the public offering documents in accordance with the provisions of the laws and administrative regulations prior to the public offering of securities and place such documents at a designated venue for inspection by the public.

Prior to disclosure of information pertaining to the issuance of securities in accordance with the provisions of the law, insiders shall not disclose or divulge such information.

Issuers shall not issue securities prior to announcement of the public offering documents.

Article 26.

Upon approval of an application for issuance of securities and before the securities are issued, if the securities regulatory authorities of the State Council or the authorised department(s) of the State Council discover that the application does not satisfy the statutory requirements or procedures, the approval shall be revoked to halt the issuance of securities. Where the securities have been issued but not listed, the issuer shall, upon revocation of the approval, refund the issue price and interest computed based on bank interest rate for the same period to the securities holders; the sponsor shall bear joint liability with the issuer, unless it can prove that it is not at fault; where the controlling shareholders and the actual controlling party are at fault, they shall bear joint liability with the issuer.

Article 27.

Where there is a change in the business and gains of the issuer after it has issued shares in accordance with the provisions of the law, the issuer shall bear the responsibility; the investment risks arising from such change shall be borne by the investors.

Article 28.

Where the laws and administrative regulations provide that a public offering of securities to non-specific targets by an issuer is to be underwritten by a securities company, the issuer shall enter into an underwriting agreement with the securities company. Underwriting of securities may take the form of best efforts and firm commitment.

Best efforts shall refer to the underwriting method under which a securities company sells the securities on behalf of the issuer and returns all unsold securities to the issuer upon expiry of the

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 券按照协议全部购入或者在承销期结束时将售后剩余证券全部自行购入的承销方式。 | underwriting period.<br><br>Firm commitment shall refer to the underwriting method under which a securities company purchases all the securities from the issuer based on the agreement or purchases the unsold securities upon the expiry of the underwriting period. |
| 第二十九条 | Article 29. |
| 公开发行证券的发行人有权依法自主选择承销的证券公司。证券公司不得以不正当竞争手段招揽证券承销业务。 | Issuers proposing to make a public offering of securities shall have the right to appoint a securities company of their choice to be the underwriter in accordance with the provisions of the law. Securities companies shall not engage in improper competition to solicit for securities underwriting business. |
| 第三十条 | Article 30. |
| 证券公司承销证券，应当同发行人签订代销或者包销协议，载明下列事项: | Securities companies engaging in securities underwriting shall enter into a best efforts agreement or firm commitment agreement with the issuer to set out the following matters: |
| （一）当事人的名称、住所及法定代表人姓名; | (1) name and address of the parties and their legal representative; |
| （二）代销、包销证券的种类、数量、金额及发行价格; | (2) type, quantity, amount and issue price of the securities underwritten on a best efforts or first commitment basis; |
| （三）代销、包销的期限及起止日期; | (3) the best efforts underwriting period or firm commitment underwriting period and the date of commencement and expiry; |
| （四）代销、包销的付款方式及日期; | (4) date and method of payment for best efforts underwriting or firm commitment underwriting; |
| （五）代销、包销的费用和结算办法; | (5) expenses and method of settlement of best efforts underwriting or firm commitment underwriting; |
| （六）违约责任; | (6) default liability; and |
| （七）国务院证券监督管理机构规定的其他事项。 | (7) other matters stipulated by the securities regulatory authorities of the State Council. |
| 第三十一条 | Article 31. |
| 证券公司承销证券，应当对公开发行募集文件的真实性、准确性、完整性进行核查;发现有虚假记载、误导性陈述或者重大遗漏的，不得进行销售活动;已经销售的，必须立即停止销售活动，并采取纠正措施。 | Securities companies engaging in securities underwriting shall verify the veracity, accuracy and completeness of the public offering documents; where the documents are found to contain fraudulent entries, misleading representation or major omission, selling activities shall not be conducted; where the selling activities have commenced, they shall be suspended forthwith and correction measures shall be adopted. |
| 第三十二条 | Article 32. |
| 向不特定对象发行的证券票面总值超过人民币五千万元的，应当由承销团承销。承销团应当由主承销和参与承销的证券公司组成。 | Public offering of securities to non-specific targets which exceed RMB50 million in total par value shall be underwritten by a syndicate of underwriters; the syndicate of underwriters shall comprise the lead underwriter and securities companies participating in the underwriting. |
| 第三十三条 | Article 33. |
| 证券的代销、包销期限最长不得超过九十日。 | The maximum period for best efforts underwriting or firm commitment underwriting shall not exceed 90 days. |
| 证券公司在代销、包销期内，对所代销、包销的证券应当保证先行出售给认购人，证券公司不得为本公司预留所代销的证券和预先购入并留存所包销的证券。 | Securities companies shall ensure that the securities underwritten on a best efforts basis or firm commitment basis shall be sold to subscribers first during the best efforts underwriting period or firm commitment underwriting period; securities companies shall not reserve securities underwritten on a best efforts basis for themselves or buy securities purchased and retained under the firm commitment underwriting agreement. |
| 第三十四条 | Article 34. |
| 股票发行采取溢价发行的，其发行价 | The issue price of shares issued at a premium shall be negotiated |

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 格由发行人与承销的证券公司协商确定。 | and determined by the issuer and the underwriter(s). |
| 第三十五条 | Article 35. |
| 股票发行采用代销方式，代销期限届满，向投资者出售的股票数量未达到拟公开发行股票数量百分之七十的，为发行失败。发行人应当按照发行价并加算银行同期存款利息返还股票认购人。 | Upon expiry of the best efforts underwriting period or firm commitment underwriting period, the issuance shall be deemed as unsuccessful if the shares sold to investors are below 70% of the proposed size of public share offering. The issuer shall refund the issue price and interest computed based on bank interest rate for the same period to the subscribers. |
| 第三十六条 | Article 36. |
| 公开发行股票，代销、包销期限届满，发行人应当在规定的期限内将股票发行情况报国务院证券监督管理机构备案。 | Upon expiry of the best efforts underwriting or firm commitment underwriting period of a public share offering, the issuer shall file the outcome of share issuance with the securities regulatory authorities of the State Council within the stipulated period for records. |
| 第三章 证券交易 | CHAPTER III — TRADING OF SECURITIES |
| 第一节 一般规定 | Section 1 — General Provisions |
| 第三十七条 | Article 37. |
| 证券交易当事人依法买卖的证券，必须是依法发行并交付的证券。<br><br>非依法发行的证券，不得买卖。 | The securities traded by the buyer and seller in a securities transaction shall be securities which are issued and delivered in accordance with the provisions of the law.<br><br>Securities which are not issued in accordance with the provisions of the law shall not be traded. |
| 第三十八条 | Article 38. |
| 依法发行的股票、公司债券及其他证券，法律对其转让期限有限制性规定的，在限定的期限内不得买卖。 | Shares, corporate bonds and other securities which are issued in accordance with the provisions of the law shall not be traded within the moratorium on transfer stipulated by the law. |
| 第三十九条 | Article 39. |
| 依法公开发行的股票、公司债券及其他证券，应当在依法设立的证券交易所上市交易或者在国务院批准的其他证券交易场所转让。 | Shares, corporate bonds and other securities issued by way of a public offering in accordance with the provisions of the law shall be listed and traded on stock exchanges established in accordance with the provisions of the law or on other securities trading venue approved by the State Council. |
| 第四十条 | Article 40. |
| 证券在证券交易所上市交易，应当采用公开的集中交易方式或者国务院证券监督管理机构批准的其他方式。 | Trading of securities listed on stock exchanges shall take the form of open centralised trading method or other methods approved by the securities regulatory authorities of the State Council. |
| 第四十一条 | Article 41. |
| 证券交易当事人买卖的证券可以采用纸面形式或者国务院证券监督管理机构规定的其他形式。 | Securities traded by buyers and sellers may be in script form or other forms stipulated by the securities regulatory authorities of the State Council. |
| 第四十二条 | Article 42. |
| 证券交易以现货和国务院规定的其他方式进行交易。 | Securities trading shall be in the form of spot transaction or other forms stipulated by the State Council. |
| 第四十三条 | Article 43. |
| 证券交易所、证券公司和证券登记结算机构的从业人员、证券监督管理机构的工作人员以及法律、行政法规禁止参与股票交易的其他人员，在任期或者法定限期内，不得直接或者以化名、借他人名义持有、买卖股票，也不得收受他人赠送的股票。<br><br>任何人在成为前款所列人员时，其原已持有的股票，必须依法转让。 | The personnel of stock exchanges, securities companies, securities registration and settlement organisations and the securities regulatory authorities and other personnel prohibited by the laws and administrative regulations from trading in shares shall not buy and sell shares directly or using an alias or hold shares in the name of another person or accept gifts of shares from others during their term of appointment or the statutory period.<br><br>The aforesaid personnel shall transfer such shares held by him/her in accordance with the provisions of the law prior to taking up an appointment of the aforesaid posts. |
| 第四十四条 | Article 44. |
| 证券交易所、证券公司、证券登记结 | Stock exchanges, securities companies and securities registration |

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 算机构必须依法为客户开立的账户保密。 | and settlement organisations shall keep information of accounts opened and maintained by their customers confidential in accordance with the provisions of the law. |
| 第四十五条 | Article 45. |
| 为股票发行出具审计报告、资产评估报告或者法律意见书等文件的证券服务机构和人员，在该股票销售内和期满后六个月内，不得买卖该种股票。 | A securities service organisation and its personnel involved in the issuance of an audit report, an asset valuation report or a legal opinion etc for a share issuance shall not buy or sell such shares within the underwriting period of the shares and within six months from the expiry of the underwriting period. |
| 除前款规定外，为上市公司出具审计报告、资产评估报告或者法律意见书等文件的证券服务机构和人员，自接受上市公司委托之日起至上述文件公开后五日内，不得买卖该种股票。 | With the exception of the provisions in the preceding paragraph, a securities service organisation and its personnel involved in the issuance of an audit report, an asset valuation report or a legal opinion for a listed company shall not buy or sell the shares of the listed company during the period from its acceptance of the appointment by the listed company to the 5th day after the announcement of the aforesaid document(s). |
| 第四十六条 | Article 46. |
| 证券交易的收费必须合理，并公开收费项目、收费标准和收费办法。 | Securities transaction fees shall be reasonable and the fee items, rates and payment method shall be made public. |
| 证券交易的收费项目、收费标准和管理办法由国务院有关主管部门统一规定。 | Fee items and rates of and administrative measures on securities transaction fees shall be standardised and stipulated by the relevant department(s) of the State Council. |
| 第四十七条 | Article 47. |
| 上市公司董事、监事、高级管理人员、持有上市公司股份百分之五以上的股东，将其持有的该公司的股票在买入后六个月内卖出，或者在卖出后六个月内又买入，由此所得收益归该公司所有，公司董事会应当收回其所得收益。但是，证券公司因包销购入售后剩余股票而持有百分之五以上股份的，卖出该股票不受六个月时间限制。 | The gains made by a director, supervisor, executive or a shareholder of a listed company holding 5% or more of the shares of the company from selling shares of the company within six months from the purchase of such shares or buying shares of the company within six months from the sale of such shares shall belong to the company; the board of directors of the company shall collect such gains. However, an underwriter which holds 5% or more of the shares of a listed company from buying the unsold shares in accordance with the underwriting agreement shall not be subject to the six-month moratorium for selling of such shares. |
| 公司董事会不按照前款规定执行的，股东有权要求董事会在三十日内执行。公司董事会未在上述期限内执行的，股东有权为了公司的利益以自己的名义直接向人民法院提起诉讼。 | Where the board of directors of the company fails to perform the duties stipulated in the preceding paragraph, the shareholders shall have the right to demand that the board of directors perform the duties within 30 days. Where the board of directors of the company fails to perform the duties within the aforesaid period, the shareholders shall have the right to file a lawsuit directly in their own name with a people's court to protect the interests of the company. |
| 公司董事会不按照第一款的规定执行的，负有责任的董事依法承担连带责任。 | Where the board of directors of the company fails to perform the duties in accordance with the provisions of the first paragraph, the directors who are accountable shall bear joint liability in accordance with the provisions of the law. |
| 第二节 证券上市 | Section 2 — Listing of Securities |
| 第四十八条 | Article 48. |
| 申请证券上市交易，应当向证券交易所提出申请，由证券交易所依法审核同意，并由双方签订上市协议。 | An applicant applying for listing of securities shall submit its application to the stock exchange for examination and approval by the stock exchange in accordance with the provisions of the law and enter into a listing agreement with the stock exchange. |
| 证券交易所根据国务院授权的部门的决定安排政府债券上市交易。 | Stock exchanges shall arrange for listing of treasury bonds in accordance with the decision of the authorised department(s) of the State Council. |
| 第四十九条 | Article 49. |
| 申请股票、可转换为股票的公司债券或者法律、行政法规规定实行保荐制度的其他证券上市交易，应当聘请具有保荐资格的 | An organisation which is qualified to act as a sponsor shall be appointed as a sponsor for listing applications for shares, convertible corporate bonds or other securities which require a |

Wolters Kluwer   China Law & Reference

| | |
|---|---|
| 机构担任保荐人。 | sponsor as stipulated by the laws and administrative regulations. |
| 本法第十一条第二款、第三款的规定适用于上市保荐人。 | Paragraphs 2 and 3 in Article 11 of the provisions shall apply to sponsors for listing applications. |
| 第五十条 | Article 50. |
| 股份有限公司申请股票上市，应当符合下列条件： | A company limited by shares applying for a listing of shares shall satisfy the following requirements: |
| （一）股票经国务院证券监督管理机构核准已公开发行； | (1) the shares have been approved by the securities regulatory authorities of the State Council and have been issued by way of a public offering; |
| （二）公司股本总额不少于人民币三千万元； | (2) the total share capital of the company is not less than RMB30 million; |
| （三）公开发行的股份达到公司股份总数的百分之二十五以上；公司股本总额超过人民币四亿元的，公开发行股份的比例为百分之十以上； | (3) shares issued by way of a public offering amount to 25% or more of the total number of shares of the company; or amount to 10% or more of the total number of shares of the company where the total share capital of the company exceeds RMB400 million; and |
| （四）公司最近三年无重大违法行为，财务会计报告无虚假记载。 | (4) its financial accounting documents in the past three years do not contain any fraudulent entries and it has not committed a major violation of law. |
| 证券交易所可以规定高于前款规定的上市条件，并报国务院证券监督管理机构批准。 | The stock exchanges may stipulate listing requirements which are stricter than the aforesaid provisions and submit such listing requirements to the securities regulatory authorities of the State Council for approval. |
| 第五十一条 | Article 51. |
| 国家鼓励符合产业政策并符合上市条件的公司股票上市交易。 | The State encourages the listing of shares of companies which comply with the State industrial policies and satisfy listing requirements. |
| 第五十二条 | Article 52. |
| 申请股票上市交易，应当向证券交易所报送下列文件： | Companies applying for share listing shall submit the following documents to the stock exchange: |
| （一）上市报告书； | (1) listing report; |
| （二）申请股票上市的股东大会决议； | (2) resolution of a shareholders' general meeting on application for share listing; |
| （三）公司章程； | (3) articles of association of the company; |
| （四）公司营业执照； | (4) business licence of the company; |
| （五）依法经会计师事务所审计的公司最近三年的财务会计报告； | (5) financial accounting reports of the company for the past three years audited by an accounting firm in accordance with the provisions of the law; |
| （六）法律意见书和上市保荐书； | (6) legal opinion and sponsor's letter for listing; |
| （七）最近一次的招股说明书； | (7) the latest prospectus; and |
| （八）证券交易所上市规则规定的其他文件。 | (8) other documents as stipulated in the listing rules of the stock exchange. |
| 第五十三条 | Article 53. |
| 股票上市交易申请经证券交易所审核同意后，签订上市协议的公司应当在规定的期限内公告股票上市的有关文件，并将该文件置备于指定场所供公众查阅。 | Upon examination and approval by the stock exchange of an application for share listing, the company which has entered into a listing agreement shall announce the relevant documents within the stipulated period and place such documents at a designated venue for inspection by the public. |
| 第五十四条 | Article 54. |

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 签订上市协议的公司除公告前条规定的文件外，还应当公告下列事项： | The company which has entered into a listing agreement shall, in addition to announcement of the documents stipulated in the preceding article, make announcement of the following matters: |
| （一）股票获准在证券交易所交易的日期； | (1) the date on which the shares are approved for trading on the stock exchange; |
| （二）持有公司股份最多的前十名股东的名单和持股数额； | (2) the top ten shareholders of the company and their respective shareholding; |
| （三）公司的实际控制人； | (3) the actual controlling party of the company; and |
| （四）董事、监事、高级管理人员的姓名及其持有本公司股票和债券的情况。 | (4) name of the directors, supervisors and senior management personnel and their respective holding of the company's shares and corporate bonds. |
| 第五十五条 | Article 55. |
| 上市公司有下列情形之一的，由证券交易所决定暂停其股票上市交易： | Under any of the following circumstances, the stock exchange shall order the listed company to suspend the listing and trading of its shares: |
| （一）公司股本总额、股权分布等发生变化不再具备上市条件； | (1) there are changes in the total share capital and shareholding distribution etc of the company which renders the company to be disqualified from listing; |
| （二）公司不按照规定公开其财务状况，或者对财务会计报告作虚假记载，可能误导投资者； | (2) the company fails to announce its financial conditions in accordance with the provisions or has made fraudulent entries in its financial accounting reports which may mislead investors; |
| （三）公司有重大违法行为； | (3) the company has committed a major violation of law; |
| （四）公司最近三年连续亏损； | (4) the company has been making losses for the past three consecutive years; and |
| （五）证券交易所上市规则规定的其他情形。 | (5) other circumstances as stipulated in the listing rules of the stock exchange. |
| 第五十六条 | Article 56. |
| 上市公司有下列情形之一的，由证券交易所决定终止其股票上市交易： | Under any of the following circumstances, the stock exchange shall delist the listed company: |
| （一）公司股本总额、股权分布等发生变化不再具备上市条件，在证券交易所规定的期限内仍不能达到上市条件； | (1) there are changes in the total share capital and shareholding distribution etc of the company which renders the company to be disqualified from listing and the company is unable to reinstate its position to satisfy listing requirements within the stipulated period of time; |
| （二）公司不按照规定公开其财务状况，或者对财务会计报告作虚假记载，且拒绝纠正； | (2) the company fails to announce its financial conditions in accordance with the provisions or has made fraudulent entries in its financial accounting reports and refuses to make correction; |
| （三）公司最近三年连续亏损，在其后一个年度内未能恢复盈利； | (3) the company has been making losses in the past three consecutive years and fail to turn profitable in the subsequent year thereafter; |
| （四）公司解散或者被宣告破产； | (4) the company is dissolved or declared bankrupt; and |
| （五）证券交易所上市规则规定的其他情形。 | (5) other circumstances as stipulated in the listing rules of the stock exchange. |
| 第五十七条 | Article 57. |
| 公司申请公司债券上市交易，应当符合下列条件： | A company applying for listing of its corporate bonds shall satisfy the following requirements: |
| （一）公司债券的期限为一年以上； | (1) the term of corporate bonds shall be more than one year; |
| （二）公司债券实际发行额不少于人民币五千万元； | (2) the actual issue size of the corporate bonds shall not be less than RMB50 million; and |

Wolters Kluwer　China Law & Reference

| | |
|---|---|
| （三）公司申请债券上市时仍符合法定的公司债券发行条件。 | (3) the company continues to satisfy the statutory requirements for issuance of corporate bonds at the time of application for listing of corporate bonds. |
| 第五十八条 | Article 58. |
| 申请公司债券上市交易，应当向证券交易所报送下列文件： | Companies applying for listing of corporate bonds shall submit the following documents to the stock exchange: |
| （一）上市报告书； | (1) listing report; |
| （二）申请公司债券上市的董事会决议； | (2) resolution of the board of directors on application for listing of corporate bonds; |
| （三）公司章程； | (3) articles of association of the company; |
| （四）公司营业执照； | (4) business licence of the company; |
| （五）公司债券募集办法； | (5) method of offering of corporate bonds; |
| （六）公司债券的实际发行数额； | (6) actual issue size of corporate bonds; and |
| （七）证券交易所上市规则规定的其他文件。 | (7) other documents as stipulated in the listing rules of the stock exchange. |
| 申请可转换为股票的公司债券上市交易，还应当报送保荐人出具的上市保荐书。 | The sponsor's letter for listing shall be submitted for an application for listing of convertible corporate bonds. |
| 第五十九条 | Article 59. |
| 公司债券上市交易申请经证券交易所审核同意后，签订上市协议的公司应当在规定的期限内公告公司债券上市文件及有关文件，并将其申请文件置备于指定场所供公众查阅。 | Upon examination and approval by the stock exchange of an application for listing of corporate bonds, the company which has entered into a listing agreement shall announce the listing documents and relevant documents within the stipulated period and place the application documents at a designated venue for inspection by the public. |
| 第六十条 | Article 60. |
| 公司债券上市交易后，公司有下列情形之一的，由证券交易所决定暂停其公司债券上市交易： | Under any of the following circumstances, the stock exchange shall suspend the trading of the listed corporate bonds: |
| （一）公司有重大违法行为； | (1) the company has committed a major violation of law; |
| （二）公司情况发生重大变化不符合公司债券上市条件； | (2) the company has experienced a major change which renders it to be unable to satisfy the listing requirements for corporate bonds; |
| （三）发行公司债券所募集的资金不按照核准的用途使用； | (3) the proceeds from the offering of the corporate bonds were not used for the approved usage purpose(s); |
| （四）未按照公司债券募集办法履行义务； | (4) the obligations from the offering of the corporate bonds have not been performed accordingly; and |
| （五）公司最近二年连续亏损。 | (5) the company has been making losses in the past two consecutive years. |
| 第六十一条 | Article 61. |
| 公司有前条第（一）项、第（四）项所列情形之一经查实后果严重的，或者有前条第（二）项、第（三）项、第（五）项所列情形之一，在限期内未能消除的，由证券交易所决定终止其公司债券上市交易。 | In the event of serious consequences resulting from an event set out in item (1) or item (4) of the preceding article or where the company fails to eliminate the circumstances set out in item (2), item (3) or item (5) within the stipulated period, the stock exchange shall delist the corporate bonds. |
| 公司解散或者被宣告破产的，由证券交易所终止其公司债券上市交易。 | In the event that the company is dissolved or declared bankrupt, the stock exchange shall delist the corporate bonds. |
| 第六十二条 | Article 62. |
| 对证券交易所作出的不予上市、暂停上市、终止上市决定不服的，可以向证券交 | Companies which object to the decision of a stock exchange on non-approval of listing, suspension of trading or delisting may |

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 易所设立的复核机构申请复核。 | apply to the review organisation established by the stock exchange for a review. |
| 第三节 持续信息公开 | Section 3 — Continuing Information Disclosure |
| 第六十三条 | Article 63. |
| 发行人、上市公司依法披露的信息，必须真实、准确、完整，不得有虚假记载、误导性陈述或者重大遗漏。 | Information disclosure by issuers and listed companies made in accordance with the provisions of the law shall be true, accurate and complete and shall not contain false information, misleading representation or major omission. |
| 第六十四条 | Article 64. |
| 经国务院证券监督管理机构核准依法公开发行股票，或者经国务院授权的部门核准依法公开发行公司债券，应当公告招股说明书、公司债券募集办法。依法公开发行新股或者公司债券的，还应当公告财务会计报告。 | Upon approval of public offering of shares by the securities regulatory authorities of the State Council in accordance with the provisions of the law or upon approval of public offering of corporate bonds by the authorised department(s) of the State Council in accordance with the provisions of the law, the prospectus for share listing or the method of offering of corporate bonds shall be announced. The financial accounting report shall also be announced for a public offering of new shares or corporate bonds made in accordance with the provisions of the law. |
| 第六十五条 | Article 65. |
| 上市公司和公司债券上市交易的公司，应当在每一会计年度的上半年结束之日起二个月内，向国务院证券监督管理机构和证券交易所报送记载以下内容的中期报告，并予公告： | Listed companies shall submit interim reports which contain the following information to the securities regulatory authorities of the State Council and the stock exchange within two months from the end of the first half-year of each accounting year and announce such reports: |
| （一）公司财务会计报告和经营情况； | (1) the financial accounting report and business report of the company; |
| （二）涉及公司的重大诉讼事项； | (2) major lawsuit(s) involving the company; |
| （三）已发行的股票、公司债券变动情况； | (3) changes in existing shares and corporate bonds; |
| （四）提交股东大会审议的重要事项； | (4) important matters submitted to a shareholders' general meeting for consideration; and |
| （五）国务院证券监督管理机构规定的其他事项。 | (5) other matters stipulated by the securities regulatory authorities of the State Council. |
| 第六十六条 | Article 66. |
| 上市公司和公司债券上市交易的公司，应当在每一会计年度结束之日起四个月内，向国务院证券监督管理机构和证券交易所报送记载以下内容的年度报告，并予公告： | Listed companies shall submit annual reports which contain the following information to the securities regulatory authorities of the State Council and the stock exchange within four months from the end of each accounting year and announce such reports: |
| （一）公司概况； | (1) company profile; |
| （二）公司财务会计报告和经营情况； | (2) financial accounting report and business report of the company; |
| （三）董事、监事、高级管理人员简介及其持股情况； | (3) profile of the directors, supervisors and senior management personnel and their shareholdings; |
| （四）已发行的股票、公司债券情况，包括持有公司股份最多的前十名股东的名单和持股数额； | (4) information on existing shares and corporate bonds, including the top ten shareholders of the company and their respective shareholding; |
| （五）公司的实际控制人； | (5) the actual controlling party of the company; and |
| （六）国务院证券监督管理机构规定的其他事项。 | (6) other matters stipulated by the securities regulatory authorities of the State Council. |
| 第六十七条 | Article 67. |
| 发生可能对上市公司股票交易价格产 | Upon the occurrence of a significant event which may have a |

Wolters Kluwer  China Law & Reference

生较大影响的重大事件，投资者尚未得知时，上市公司应当立即将有关该重大事件的情况向国务院证券监督管理机构和证券交易所报送临时报告，并予公告，说明事件的起因、目前的状态和可能产生的法律后果。

下列情况为前款所称重大事件：

（一）公司的经营方针和经营范围的重大变化；

（二）公司的重大投资行为和重大的购置财产的决定；

（三）公司订立重要合同，可能对公司的资产、负债、权益和经营成果产生重要影响；

（四）公司发生重大债务和未能清偿到期重大债务的违约情况；

（五）公司发生重大亏损或者重大损失；

（六）公司生产经营的外部条件发生的重大变化；

（七）公司的董事、三分之一以上监事或者经理发生变动；

（八）持有公司百分之五以上股份的股东或者实际控制人，其持有股份或者控制公司的情况发生较大变化；

（九）公司减资、合并、分立、解散及申请破产的决定；

（十）涉及公司的重大诉讼，股东大会、董事会决议被依法撤销或者宣告无效；

（十一）公司涉嫌犯罪被司法机关立案调查，公司董事、监事、高级管理人员涉嫌犯罪被司法机关采取强制措施；

（十二）国务院证券监督管理机构规定的其他事项。

relatively large impact on the share trading prices of a listed company and which the investors are not aware of, the listed company shall submit an ad hoc report to the securities regulatory authorities of the State Council and the stock exchange on the relevant information of such significant event and make an announcement to explain the cause, current situation and possible legal consequences.

The following circumstances shall be deemed as a significant event described in the preceding paragraph:

(1) a significant change in the business direction and scope of operations of the company;

(2) decision on major investment and major asset acquisition of the company;

(3) conclusion of an important contract by the company which may have significant influence on the assets, liabilities, rights and interests and business outcome of the company;

(4) the company runs into major debts or defaults on major debts;

(5) the company incurs serious losses or damages;

(6) there is a significant change in the external conditions for production and business operations of the company;

(7) there is a change of director or manager or one-third and above of the number of supervisors;

(8) relatively significant changes to the shareholding of shareholders who hold 5% or more of the shares of the company or to the controlling stake of the actual controlling party;

(9) decision on reduction in capital, merger, division, dissolution and application for bankruptcy;

(10) the company is involved in a major lawsuit or a resolution of a shareholders' general meeting or the board of directors is rescinded or declared null and void in accordance with the provisions of the law;

(11) the company is alleged to have committed a criminal offence and is under investigation by the judicial authorities or a director, supervisor or senior management personnel of the company is alleged to have committed a criminal offence and is subject to mandatory measures; and

(12) other matters stipulated by the securities regulatory authorities of the State Council.

第六十八条

上市公司董事、高级管理人员应当对公司定期报告签署书面确认意见。

上市公司监事会应当对董事会编制的公司定期报告进行审核并提出书面审核意见。

上市公司董事、监事、高级管理人员应当保证上市公司所披露的信息真实、准确、完整。

Article 68.

The directors and senior management personnel of a listed company shall make written endorsement on the regular reports of the company.

The board of supervisors of a listed company shall review the company's regular reports prepared by the board of directors and issue review opinion in writing.

The directors, supervisors and senior management personnel of a listed company shall ensure the veracity, accuracy and completeness of information disclosure by the listed company.

第六十九条

发行人、上市公司公告的招股说明书、公司债券募集办法、财务会计报告、上

Article 69.

Where the prospectus for share listing, method of offering of corporate bonds, financial accounting report, listing report, annual

市报告文件、年度报告、中期报告、临时报告以及其他信息披露资料，有虚假记载、误导性陈述或者重大遗漏，致使投资者在证券交易中遭受损失的，发行人、上市公司应当承担赔偿责任；发行人、上市公司的董事、监事、高级管理人员和其他直接责任人员以及保荐人、承销的证券公司，应当与发行人、上市公司承担连带赔偿责任，但是能够证明自己没有过错的除外；发行人、上市公司的控股股东、实际控制人有过错的，应当与发行人、上市公司承担连带赔偿责任。

report, interim report, ad hoc report and other information disclosure made by an issuer or a listed company contains fraudulent information, misleading representation or major omission which causes the investors to suffer losses in securities transactions, the issuer or listed company shall bear compensation liability; the directors, supervisors, senior management personnel of the issuer or the listed company, other personnel who are directly accountable and the sponsor and underwriter(s) shall bear joint liability for compensation with the issuer or the listed company, unless they can prove that they are not at fault; where the controlling shareholder(s) or actual controlling party of the issuer or the listed company is/are at fault, they shall bear joint liability with the issuer or the listed company.

第七十条

**Article 70.**

依法必须披露的信息，应当在国务院证券监督管理机构指定的媒体发布，同时将其置备于公司住所、证券交易所，供社会公众查阅。

Information disclosure required by the provisions of the law shall be published on the media designated by the securities regulatory authorities of the State Council and placed at the address of the company and the stock exchange for inspection by the public.

第七十一条

**Article 71.**

国务院证券监督管理机构对上市公司年度报告、中期报告、临时报告以及公告的情况进行监督，对上市公司分派或者配售新股的情况进行监督，对上市公司控股股东和信息披露义务人的行为进行监督。

The securities regulatory authorities of the State Council shall monitor the annual reports, half-year reports, ad hoc reports and announcements of listed companies, issue or placement of new shares by listed companies, and the conduct of the controlling shareholders and persons responsible for information disclosure of listed companies.

证券监督管理机构、证券交易所、保荐人、承销的证券公司及有关人员，对公司依照法律、行政法规规定必须作出的公告，在公告前不得泄露其内容。

The securities regulatory authorities, stock exchanges, sponsors, underwriters and their personnel shall not divulge the contents of the announcements which are required to be made by them in accordance with the provisions of the laws and administrative regulations.

第七十二条

**Article 72.**

证券交易所决定暂停或者终止证券上市交易的，应当及时公告，并报国务院证券监督管理机构备案。

Decisions by a stock exchange to suspend or delist securities shall be announced promptly and filed with the securities regulatory authorities of the State Council for records.

第四节 禁止的交易行为

**Section 4 — Prohibited Trading Behaviour**

第七十三条

**Article 73.**

禁止证券交易内幕信息的知情人和非法获取内幕信息的人利用内幕信息从事证券交易活动。

Insider trading and securities trading by persons who obtain insider information illegally shall be prohibited.

第七十四条

**Article 74.**

证券交易内幕信息的知情人包括：

Insiders shall include:

（一）发行人的董事、监事、高级管理人员；

(1) the directors, supervisors and senior management personnel of an issuer;

（二）持有公司百分之五以上股份的股东及其董事、监事、高级管理人员，公司的实际控制人及其董事、监事、高级管理人员；

(2) shareholders who hold 5% or more of the shares of the company, the directors, supervisors, senior management personnel of the company, the actual controlling party of the company and its directors, supervisors and, senior management personnel;

（三）发行人控股的公司及其董事、监事、高级管理人员；

(3) companies controlled by the issuer and the directors, supervisors and senior management personnel of such companies;

（四）由于所任公司职务可以获取公司有关内幕信息的人员；

(4) persons who have access to the relevant insider information in the course of their work;

（五）证券监督管理机构工作人员以及由于法定职责对证券的发行、交易进行管理的其他人员；

(5) personnel of the securities regulatory authorities and other personnel who have statutory duties to carry out administration of issuance and trading of securities;

（六）保荐人、承销的证券公司、证券交易所、证券登记结算机构、证券服务机

(6) personnel of the sponsors, underwriter(s), stock exchanges,

构的有关人员。

securities registration and settlement organisations and securities services organisations; and

（七）国务院证券监督管理机构规定的其他人。

(7) other persons stipulated by the securities regulatory authorities of the State Council.

第七十五条

Article 75.

证券交易活动中，涉及公司的经营、财务或者对该公司证券的市场价格有重大影响的尚未公开的信息，为内幕信息。

Insider information shall refer to information relating to the business operations and financial status or price-sensitive information which is yet to be announced.

下列信息皆属内幕信息:

The following information shall be classified as insider information:

（一）本法第六十七条第二款所列重大事件；

(1) information relating to significant matters set out in Article 67(2);

（二）公司分配股利或者增资的计划；

(2) information on dividend distribution plan or plan for capital increase of the company;

（三）公司股权结构的重大变化；

(3) information on significant changes in equity structure of the company;

（四）公司债务担保的重大变更；

(4) information on significant changes in debt guarantee of the company;

（五）公司营业用主要资产的抵押、出售或者报废一次超过该资产的百分之三十；

(5) information on the pledging, disposal or scrapping of more than 30% of the main business assets of the company;

（六）公司的董事、监事、高级管理人员的行为可能依法承担重大损害赔偿责任；

(6) information on the compensation liability for serious damages caused by a director, supervisor or senior management personnel;

（七）上市公司收购的有关方案；

(7) information on the relevant scheme for acquisition of the listed company; and

（八）国务院证券监督管理机构认定的对证券交易价格有显著影响的其他重要信息。

(8) other important information deemed by the securities regulatory authorities of the State Council to have significant impact on securities trading prices.

第七十六条

Article 76.

证券交易内幕信息的知情人和非法获取内幕信息的人，在内幕信息公开前，不得买卖该公司的证券，或者泄露该信息，或者建议他人买卖该证券。

Insiders and persons who obtain insider information illegally shall not buy or sell securities of the company before the insider information is made public or divulge such information or procure others to buy or sell such securities.

持有或者通过协议、其他安排与他人共同持有公司百分之五以上股份的自然人、法人、其他组织收购上市公司的股份，本法另有规定的，适用其规定。

Where the acquisition of shares of a listed company by natural persons, legal persons or other organisations holding 5% or more of the shares of the company solely or jointly with others through an agreement or other arrangements is provided otherwise in this Law, such provisions shall prevail.

内幕交易行为给投资者造成损失的，行为人应当依法承担赔偿责任。

Where an act of insider trading causes the investors to suffer losses, the doer shall bear compensation liability in accordance with the provisions of the law.

第七十七条

Article 77.

禁止任何人以下列手段操纵证券市场:

Manipulation of the securities market in the following manners shall be prohibited:

（一）单独或者通过合谋，集中资金优势、持股优势或者利用信息优势联合或者连续买卖，操纵证券交易价格或者证券交易量；

(1) optimise advantages of funding, shareholding or access to information to make joint or successive transactions independently or through conspiracy so as to manipulate securities trading prices or securities trading volume;

（二）与他人串通，以事先约定的时间、价格和方式相互进行证券交易，影响证券交易价格或者证券交易量；

(2) conspire with others to carry out mutual trading of securities at an agreed time, price and method to influence securities trading prices or securities trading volume;

（三）在自己实际控制的账户之间进

(3)

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 行证券交易，影响证券交易价格或者证券交易量； | (3) carrying out securities trading between accounts controlled by the same person to influence securities trading prices or securities trading volume; and |
| （四）以其他手段操纵证券市场。 | (4) manipulation of the securities market through other means. |
| 操纵证券市场行为给投资者造成损失的，行为人应当依法承担赔偿责任。 | Where the manipulation of the securities market causes the investors to suffer losses, the doer shall bear compensation liability in accordance with the provisions of the law. |
| 第七十八条 | Article 78. |
| 禁止国家工作人员、传播媒介从业人员和有关人员编造、传播虚假信息，扰乱证券市场。 | State officials, media personnel and the relevant personnel shall be prohibited from fabricating or distributing fraudulent information to disrupt the order of the securities market. |
| 禁止证券交易所、证券公司、证券登记结算机构、证券服务机构及其从业人员、证券业协会、证券监督管理机构及其工作人员，在证券交易活动中作出虚假陈述或者信息误导。 | Stock exchanges, securities companies, securities registration and settlement organisations, securities services organisations and their personnel as well as the securities industry association, securities regulatory authorities and their personnel shall be prohibited from making fraudulent representation or misleading information in securities trading. |
| 各种传播媒介传播证券市场信息必须真实、客观，禁止误导。 | All media shall distribute information relating to the securities market in a truthful and objective manner and shall be prohibited from distributing misleading information. |
| 第七十九条 | Article 79. |
| 禁止证券公司及其从业人员从事下列损害客户利益的欺诈行为： | Securities companies and their personnel shall not engage in the following activities which are harmful to the interests of their clients: |
| （一）违背客户的委托为其买卖证券； | (1) carry out securities trading against the orders of clients; |
| （二）不在规定时间内向客户提供交易的书面确认文件； | (2) failure to provide written confirmation of transaction within the stipulated period; |
| （三）挪用客户所委托买卖的证券或者客户账户上的资金； | (3) misappropriate securities bought or sold on behalf of a client or funds in a client's account; |
| （四）未经客户的委托，擅自为客户买卖证券，或者假借客户的名义买卖证券； | (4) buy or sell securities arbitrarily without a client's authorisation or buy or sell securities under the pretext of a client's name; |
| （五）为牟取佣金收入，诱使客户进行不必要的证券买卖； | (5) induce a client to carry out unnecessary securities transactions so as to earn commission; |
| （六）利用传播媒介或者通过其他方式提供、传播虚假或者误导投资者的信息； | (6) use the media or other means to provide or distribute information which misleads the investors; and |
| （七）其他违背客户真实意思表示，损害客户利益的行为。 | (7) acting against the true intention of the clients and commit other acts which are harmful to the interests of the clients. |
| 欺诈客户行为给客户造成损失的，行为人应当依法承担赔偿责任。 | Where a client suffers damages as a result of such fraud, the doer shall bear compensation liability in accordance with the provisions of the law. |
| 第八十条 | Article 80. |
| 禁止法人非法利用他人账户从事证券交易；禁止法人出借自己或者他人的证券账户。 | Legal persons shall be prohibited from illegal use of others' accounts to carry out securities trading; legal persons shall be prohibited from lending their own account or others' accounts. |
| 第八十一条 | Article 81. |
| 依法拓宽资金入市渠道，禁止资金违规流入股市。 | Widening of financing channels for listing shall be conducted in accordance with the provisions of the law and illegal capital inflow into the stock market shall be prohibited. |
| 第八十二条 | Article 82. |
| 禁止任何人挪用公款买卖证券。 | Misappropriation of public funds for buying and selling of securities shall be prohibited. |

| | |
|---|---|
| 第八十三条 | Article 83. |
| 　国有企业和国有资产控股的企业买卖上市交易的股票，必须遵守国家有关规定。 | State-owned enterprises and State-controlled enterprises shall comply with the relevant State provisions on buying and selling of listed shares. |
| 第八十四条 | Article 84. |
| 　证券交易所、证券公司、证券登记结算机构、证券服务机构及其从业人员对证券交易中发现的禁止的交易行为，应当及时向证券监督管理机构报告。 | Stock exchanges, securities companies, securities registration and settlement organisations, securities service organisations and their personnel shall report prohibited trading behaviour to the securities regulatory authorities promptly. |
| 第四章 上市公司的收购 | CHAPTER IV — ACQUISITION OF LISTED COMPANIES |
| 第八十五条 | Article 85. |
| 　投资者可以采取要约收购、协议收购及其他合法方式收购上市公司。 | Investors may acquire listed companies through acquisition offers or by way of negotiated acquisition or via other legitimate means. |
| 第八十六条 | Article 86. |
| 　通过证券交易所的证券交易，投资者持有或者通过协议、其他安排与他人共同持有一个上市公司已发行的股份达到百分之五时，应当在该事实发生之日起三日内，向国务院证券监督管理机构、证券交易所作出书面报告，通知该上市公司，并予公告；在上述期限内，不得再行买卖该上市公司的股票。 | Where an investor has attained a 5% shareholding in a listed company through securities trading on a stock exchange or holds 5% of the shares of a listed company as a joint shareholder through an agreement or other arrangements, the investor shall submit a written report to the securities regulatory authorities of the State Council and stock exchange within three days, notify the listed company and make an announcement; the investor shall not buy or sell the shares of the listed company within the aforesaid period. |
| 　投资者持有或者通过协议、其他安排与他人共同持有一个上市公司已发行的股份达到百分之五后，其所持该上市公司已发行的股份比例每增加或者减少百分之五，应当依照前款规定进行报告和公告。在报告期限内和作出报告、公告后二日内，不得再行买卖该上市公司的股票。 | Where an investor has attained a 5% shareholding in a listed company through securities trading on a stock exchange or holds 5% of the issued share capital of a listed company as a joint shareholder through an agreement or other arrangements, the investor shall make a report and announcement in accordance with the aforesaid provisions each time for a change of 5% in shareholding. The investor shall not buy shares of the listed company during the reporting period and within two days after making the report and announcement. |
| 第八十七条 | Article 87. |
| 　依照前条规定所作的书面报告和公告，应当包括下列内容: | The written report and announcement made in accordance with the provisions of the preceding article shall include the following contents: |
| 　（一）持股人的名称、住所； | (1) name and address of the shareholder; |
| 　（二）持有的股票的名称、数额； | (2) description and quantity of the shares held; and |
| 　（三）持股达到法定比例或者持股增减变化达到法定比例的日期。 | (3) the date on which the shareholding or change in shareholding reaches the statutory ratio. |
| 第八十八条 | Article 88. |
| 　通过证券交易所的证券交易，投资者持有或者通过协议、其他安排与他人共同持有一个上市公司已发行的股份达到百分之三十时，继续进行收购的，应当依法向该上市公司所有股东发出收购上市公司全部或者部分股份的要约。 | Where an investor which has attained a 30% shareholding in a listed company through securities trading on a stock exchange or holds 30% of the issued share capital of a listed company as a joint shareholder through an agreement or other arrangements continues to acquire shares in the listed company, the investor shall make an offer to all shareholders of the listed company in accordance with the provisions of the law for a complete or partial acquisition of shares of the listed company. |
| 　收购上市公司部分股份的收购要约应当约定，被收购公司股东承诺出售的股份数额超过预定收购的股份数额的，收购人按比例进行收购。 | An offer for partial acquisition of a listed company shall state that in the event that the number of shares undertaken to be sold by the shareholders of the company exceeds the proposed number of shares to be acquired, the offeror shall make an acquisition based on the ratio. |
| 第八十九条 | Article 89. |
| 　依照前条规定发出收购要约，收购人 | An offeror who makes an acquisition offer in accordance with the |

必须公告上市公司收购报告书，并载明下列事项：

（一）收购人的名称、住所；

（二）收购人关于收购的决定；

（三）被收购的上市公司名称；

（四）收购目的；

（五）收购股份的详细名称和预定收购的股份数额；

（六）收购期限、收购价格；

（七）收购所需资金额及资金保证；

（八）公告上市公司收购报告书时持有被收购公司股份数占该公司已发行的股份总数的比例。

provisions of the preceding article shall announce a report on the acquisition of a listed company, which states the following information:

(1) name and address of the offeror;

(2) decision of the offeror on the acquisition;

(3) name of the target listed company;

(4) purpose of acquisition;

(5) description of the shares to be acquired and the proposed number of shares to be acquired;

(6) offer period and offer price;

(7) the amount of funds required for the acquisition and funding assurance; and

(8) the percentage of shareholding in the issued share capital of the target company at the time of the announcement of the acquisition report.

The offeror shall submit the acquisition report to the stock exchange simultaneously.

**第九十条**

Article 90.

收购要约约定的收购期限不得少于三十日，并不得超过六十日。

The offer period for an acquisition offer shall not be less than 30 days and shall not exceed 60 days.

**第九十一条**

Article 91.

在收购要约确定的承诺期限内，收购人不得撤销其收购要约。收购人需要变更收购要约的，必须及时公告，载明具体变更事项。

The offeror shall not retract its acquisition offer during the period of undertaking specified in the acquisition offer. Where a change to the acquisition offer is necessary, the offeror must make an announcement stating the specific change in a timely manner.

**第九十二条**

Article 92.

收购要约提出的各项收购条件，适用于被收购公司的所有股东。

The terms of an acquisition offer shall apply to all shareholders of the target company.

**第九十三条**

Article 93.

采取要约收购方式的，收购人在收购期限内，不得卖出被收购公司的股票，也不得采取要约规定以外的形式和超出要约的条件买入被收购公司的股票。

In the event of an acquisition offer, the offeror shall not sell the shares of the target company or purchase the shares of the target company during the period of acquisition in forms other than those stipulated in the offer or under terms better than the offer terms.

**第九十四条**

Article 94.

采取协议收购方式的，收购人可以依照法律、行政法规的规定同被收购公司的股东以协议方式进行股份转让。

In the event of a negotiated acquisition, the offeror may carry out share transfers with shareholders of the target company by way of agreements in accordance with the provisions of laws and administrative regulations.

以协议方式收购上市公司时，达成协议后，收购人必须在三日内将该收购协议向国务院证券监督管理机构及证券交易所作出书面报告，并予公告。

In the event of a negotiated acquisition of a listed company, the offeror shall submit a written report on the acquisition agreement within three days from conclusion of the agreement to the securities regulatory authorities of the State Council and the stock exchange and make an announcement.

在公告前不得履行收购协议。

The acquisition agreement shall not be performed prior to the announcement being made.

**第九十五条**

Article 95.

采取协议收购方式的，协议双方可以临时委托证券登记结算机构保管协议转让的股票，并将资金存放于指定的银行。

The parties to an acquisition agreement may appoint a securities registration and settlement organisation to take custody of the shares under the agreement and deposit the funds with a designated bank.

| | |
|---|---|
| 第九十六条 | Article 96. |
| 采取协议收购方式的，收购人收购或者通过协议、其他安排与他人共同收购一个上市公司已发行的股份达到百分之三十时，继续进行收购的，应当向该上市公司所有股东发出收购上市公司全部或者部分股份的要约。但是，经国务院证券监督管理机构免除发出要约的除外。 | In the event of a negotiated acquisition where the offeror who has acquired a 30% shareholding in a listed company or holds 30% of the issued share capital of a listed company as a joint shareholder through an agreement or other arrangements continues to acquire the shares, the offeror shall make an offer to all the shareholders of the listed company for a complete or partial acquisition of the shares of the listed company; unless the securities regulatory authorities of the State Council has waived the requirement for making such an offer. |
| 收购人依照前款规定以要约方式收购上市公司股份，应当遵守本法第八十九条至第九十三条的规定。 | The offeror shall comply with the provisions of Articles 89 to 93 in making an acquisition offer in accordance with the provisions of the preceding article. |
| 第九十七条 | Article 97. |
| 收购期限届满，被收购公司股权分布不符合上市条件的，该上市公司的股票应当由证券交易所依法终止上市交易；其余仍持有被收购公司股票的股东，有权向收购人以收购要约的同等条件出售其股票，收购人应当收购。 | If the shareholding structure of the acquired company no longer satisfies listing requirements following the expiry of the acquisition period, the shares shall be delisted by the stock exchange in accordance with the provisions of the law; the other shareholders who hold shares of the acquired company shall have the right to sell their shares to the offeror under the terms of the acquisition offer and the offeror shall acquire such shares. |
| 收购行为完成后，被收购公司不再具备股份有限公司条件的，应当依法变更企业形式。 | An acquired company which does not satisfy the requirements for a company limited by shares following the completion of an acquisition shall complete change of enterprise form formalities in accordance with the provisions of the law. |
| 第九十八条 | Article 98. |
| 在上市公司收购中，收购人持有的被收购的上市公司的股票，在收购行为完成后的十二个月内不得转让。 | The shares of a listed company acquired by an offeror shall be subject to a 12-month moratorium on transfer upon completion of the acquisition. |
| 第九十九条 | Article 99. |
| 收购行为完成后，收购人与被收购公司合并，并将该公司解散的，被解散公司的原有股票由收购人依法更换。 | In the event that the offeror is merged with the acquired company following the completion of the acquisition, the original shares of the dissolved company shall be changed by the offeror in accordance with the provisions of the law. |
| 第一百条 | Article 100. |
| 收购行为完成后，收购人应当在十五日内将收购情况报告国务院证券监督管理机构和证券交易所，并予公告。 | An offeror shall submit an acquisition report to the securities regulatory authorities of the State Council and the stock exchange within 15 days from completion of the acquisition and make an announcement. |
| 第一百零一条 | Article 101. |
| 收购上市公司中由国家授权投资的机构持有的股份，应当按照国务院的规定，经有关主管部门批准。 | Acquisition of shares of a listed company held by State-authorised investment organisations shall be approved by the relevant authorities in accordance with the provisions of the State Council. |
| 国务院证券监督管理机构应当依照本法的原则制定上市公司收购的具体办法。 | The securities regulatory authorities of the State Council shall formulate the specific measures on acquisition of listed companies in accordance with the principle of this Law. |
| 第五章 证券交易所 | CHAPTER V — STOCK EXCHANGES |
| 第一百零二条 | Article 102. |
| 证券交易所是为证券集中交易提供场所和设施，组织和监督证券交易，实行自律管理的法人。 | Stock exchanges are self-governing legal persons which provide the venue and facilities for centralised trading of securities and responsible for organising and supervising securities trading. |
| 证券交易所的设立和解散，由国务院决定。 | Establishment and dissolution of a stock exchange shall be determined by the State Council. |
| 第一百零三条 | Article 103. |
| 设立证券交易所必须制定章程。 | A set of articles of association shall be formulated for the establishment of a stock exchange. |

**Wolters Kluwer** | China Law & Reference

| | |
|---|---|
| 证券交易所章程的制定和修改，必须经国务院证券监督管理机构批准。 | Formulation and revision of the articles of association of a stock exchange shall require the approval of the securities regulatory authorities of the State Council. |
| 第一百零四条 | Article 104. |
| 证券交易所必须在其名称中标明证券交易所字样。其他任何单位或者个人不得使用证券交易所或者近似的名称。 | The wordings "stock exchange" shall be included in the name of a stock exchange. No other organisation or individual may use the name of a stock exchange or a name which is similar to the name of a stock exchange. |
| 第一百零五条 | Article 105. |
| 证券交易所可以自行支配的各项费用收入，应当首先用于保证其证券交易场所和设施的正常运行并逐步改善。 | Stock exchanges may allocate their income and expenses and the funds shall be used to ensure normal operations of the venue and facilities for securities trading and improvement to the venue and facilities. |
| 实行会员制的证券交易所的财产积累归会员所有，其权益由会员共同享有，在其存续期间，不得将其财产积累分配给会员。 | The assets of a stock exchange which implements a membership system shall belong to the members and the members shall enjoy the rights and interests thereto; the assets shall not be distributed to the members while the stock exchange is in operation. |
| 第一百零六条 | Article 106. |
| 证券交易所设理事会。 | A stock exchange shall establish a council. |
| 第一百零七条 | Article 107. |
| 证券交易所设总经理一人，由国务院证券监督管理机构任免。 | A stock exchange shall appoint a general manager; the securities regulatory authorities of the State Council shall be responsible for the appointment or dismissal of the general manager of a stock exchange. |
| 第一百零八条 | Article 108. |
| 有《中华人民共和国公司法》第一百四十六条规定的情形或者下列情形之一的，不得担任证券交易所的负责人： | The following persons or the persons stated in Article 146 of the Company Law of the People's Republic of China shall not be appointed as the person-in-charge of a stock exchange: |
| （一）因违法行为或者违纪行为被解除职务的证券交易所、证券登记结算机构的负责人或者证券公司的董事、监事、高级管理人员，自被解除职务之日起未逾五年； | (1) the person-in-charge of a stock exchange or securities registration and settlement organisation or a director, supervisor or senior management personnel of a securities company who was dismissed for having committed an illegal conduct or disciplinary violation and a period of five years has not lapsed since the date of dismissal; and |
| （二）因违法行为或者违纪行为被撤销资格的律师、注册会计师或者投资咨询机构、财务顾问机构、资信评级机构、资产评估机构、验证机构的专业人员，自被撤销资格之日起未逾五年。 | (2) a lawyer, certified public accountant or professional personnel of an investment consultancy organisation, financial consultancy organisation, credit rating organisation or capital verification organisation who has his/her professional qualifications revoked for having committed an illegal act or disciplinary violation and a period of five years has not lapsed since the date of revocation of qualifications. |
| 第一百零九条 | Article 109. |
| 因违法行为或者违纪行为被开除的证券交易所、证券登记结算机构、证券服务机构、证券公司的从业人员和被开除的国家机关工作人员，不得招聘为证券交易所的从业人员。 | Personnel of a stock exchange, securities registration and settlement organisation, securities service organisation or securities company who were dismissed for having committed an illegal act or disciplinary violation and personnel and personnel of State departments who were dismissed shall not be employed by stock exchanges. |
| 第一百一十条 | Article 110. |
| 进入证券交易所参与集中交易的，必须是证券交易所的会员。 | Only the members of a stock exchange can participate in centralised trading on the stock exchange. |
| 第一百一十一条 | Article 111. |
| 投资者应当与证券公司签订证券交易委托协议，并在证券公司开立证券交易账户，以书面、电话以及其他方式，委托该证券公司代其买卖证券。 | A securities trading entrustment agreement shall be concluded between an investor and a securities company; the investor shall open a securities trading account with the securities company and instruct the securities company to buy and sell securities on its |

behalf through telephone instructions or other means.

**第一百一十二条**
证券公司根据投资者的委托，按照证券交易规则提出交易申报，参与证券交易所场内的集中交易，并根据成交结果承担相应的清算交收责任；证券登记结算机构根据成交结果，按照清算交收规则，与证券公司进行证券和资金的清算交收，并为证券公司客户办理证券的登记过户手续。

**Article 112.**
Securities companies shall submit a declaration of securities transaction based on the order of an investor and in accordance with the securities trading rules, participate in centralised trading on the stock exchange and assume the corresponding liability for settlement and delivery based on the trading outcome. The securities registration and settlement organisations shall carry out settlement and delivery of securities and funds with the securities companies based on the trading outcome and in accordance with the settlement and delivery rules, and handle registration and transfer formalities for the clients of the securities companies.

**第一百一十三条**
证券交易所应当为组织公平的集中交易提供保障，公布证券交易即时行情，并按交易日制作证券市场行情表，予以公布。

未经证券交易所许可，任何单位和个人不得发布证券交易即时行情。

**Article 113.**
Stock exchanges shall ensure secured and equitable centralised trading, announce real time market information for securities trading, and formulate and publish a market chart for each market day.

No organisation or individual shall publish real time securities trading information without the consent of the stock exchange.

**第一百一十四条**
因突发性事件而影响证券交易的正常进行时，证券交易所可以采取技术性停牌的措施；因不可抗力的突发性事件或者为维护证券交易的正常秩序，证券交易所可以决定临时停市。

证券交易所采取技术性停牌或者决定临时停市，必须及时报告国务院证券监督管理机构。

**Article 114.**
Where the occurrence of a sudden event affects the normal conduct of securities trading, the stock exchange may take measures to suspend trading for technical failure; in the event of a force majeure event or as a bid to safeguard the normal order of securities trading, the stock exchange may decide to suspend the market temporarily.

A stock exchange which decides on a suspension of trading for technical failure or a temporary suspension of the market shall report to the securities regulatory authorities of the State Council promptly.

**第一百一十五条**
证券交易所对证券交易实行实时监控，并按照国务院证券监督管理机构的要求，对异常的交易情况提出报告。

证券交易所应当对上市公司及相关信息披露义务人披露信息进行监督，督促其依法及时、准确地披露信息。

证券交易所根据需要，可以对出现重大异常交易情况的证券账户限制交易，并报国务院证券监督管理机构备案。

**Article 115.**
Stock exchanges shall monitor securities trading at all times and submit reports on irregular trading behaviour in accordance with the requirements of the securities regulatory authorities of the State Council.

Stock exchanges shall supervise prompt and accurate information disclosure by listed companies and the relevant persons liable for making information disclosure in accordance with the provisions of the law.

Stock exchanges may, based on the actual need, impose restrictions on trading by securities accounts which display significant irregularity in trading and file records with the securities regulatory authorities of the State Council accordingly.

**第一百一十六条**
证券交易所应当从其收取的交易费用和会员费、席位费中提取一定比例的金额设立风险基金。风险基金由证券交易所理事会管理。

风险基金提取的具体比例和使用办法，由国务院证券监督管理机构会同国务院财政部门规定。

**Article 116.**
Stock exchanges shall contribute a certain percentage of the trading fees and membership dues collected to establish a risk fund. The risk fund shall be managed by the council of the stock exchange.

The specific ratio for contribution to the risk fund and its usage shall be formulated jointly by the securities regulatory authorities of the State Council and the finance administration authorities of the State Council.

**第一百一十七条**
证券交易所应当将收存的风险基金存入开户银行专门账户，不得擅自使用。

**Article 117.**
Stock exchanges shall deposit the risk fund into a designated bank account and shall not use the risk fund arbitrarily.

**第一百一十八条**

**Article 118.**

| | |
|---|---|
| 证券交易所依照证券法律、行政法规制定上市规则、交易规则、会员管理规则和其他有关规则，并报国务院证券监督管理机构批准。 | Stock exchanges shall formulate listing rules, trading rules, membership rules and other relevant rules in accordance with the provisions of securities laws and administrative regulations and submit the rules to the securities regulatory authorities of the State Council for approval. |
| 第一百一十九条 | Article 119. |
| 证券交易所的负责人和其他从业人员在执行与证券交易有关的职务时，与其本人或者其亲属有利害关系的，应当回避。 | The person-in-charge and other personnel of a stock exchange shall withdraw from handling a securities transaction in which he/she or any of his/her family members is an interested party. |
| 第一百二十条 | Article 120. |
| 按照依法制定的交易规则进行的交易，不得改变其交易结果。对交易中违规交易者应负的民事责任不得免除；在违规交易中所获利益，依照有关规定处理。 | The trading outcome of a securities transaction carried out in accordance with the trading rules promulgated in accordance with the provisions of the law shall not be varied. The civil liability of the parties to an illegal transaction shall not be waived; gains on illegal transactions shall be dealt with pursuant to the relevant provisions. |
| 第一百二十一条 | Article 121. |
| 在证券交易所内从事证券交易的人员，违反证券交易所有关交易规则的，由证券交易所给予纪律处分；对情节严重的，撤销其资格，禁止其入场进行证券交易。 | Stock exchange personnel engaging in securities trading in violation of the relevant trading rules of the stock exchange shall be subject to disciplinary action issued by the stock exchange; where the case is serious, the qualifications of the personnel shall be revoked and they shall be prohibited from securities trading. |
| 第六章 证券公司 | CHAPTER VI — SECURITIES COMPANIES |
| 第一百二十二条 | Article 122. |
| 设立证券公司，必须经国务院证券监督管理机构审查批准。未经国务院证券监督管理机构批准，任何单位和个人不得经营证券业务。 | Establishment of securities companies shall be subject to examination and approval by the securities regulatory authorities of the State Council. No organisation or individual shall engage in securities business without obtaining approval of the securities regulatory authorities of the State Council. |
| 第一百二十三条 | Article 123. |
| 本法所称证券公司是指依照《中华人民共和国公司法》和本法规定设立的经营证券业务的有限责任公司或者股份有限公司。 | Securities companies referred to in this Law shall mean limited liability companies or companies limited by shares established in accordance with the provisions of the Company Law of the People's Republic of China and this Law to engage in securities business. |
| 第一百二十四条 | Article 124. |
| 设立证券公司，应当具备下列条件： | Establishment of securities companies shall satisfy the following requirements: |
| （一）有符合法律、行政法规规定的公司章程； | (1) the articles of association of the company shall comply with the provisions of laws and administrative regulations; |
| （二）主要股东具有持续盈利能力，信誉良好，最近三年无重大违法违规记录，净资产不低于人民币二亿元； | (2) the principal shareholder(s) shall be profitable in consecutive periods and reputable, has/have not committed any major violation in the past three years and has/have net assets of not less than RMB200 million; |
| （三）有符合本法规定的注册资本； | (3) the registered capital of the company shall comply with the provisions of this Law; |
| （四）董事、监事、高级管理人员具备任职资格，从业人员具有证券从业资格； | (4) the directors, supervisors and senior management personnel shall be qualified for their appointment and the employees shall possess qualifications to work in the securities industry; |
| （五）有完善的风险管理与内部控制制度； | (5) the company has a comprehensive risk management and internal control system; |
| （六）有合格的经营场所和业务设施； | (6) the company has qualified business premises and operational facilities; and |
| （七）法律、行政法规规定的和经国务院批准的国务院证券监督管理机构规定的其他条件。 | (7) the application satisfies other requirements stipulated by the laws and administrative regulations and the securities regulatory |

authorities of the State Council.

第一百二十五条

Article 125.

经国务院证券监督管理机构批准，证券公司可以经营下列部分或者全部业务：

Subject to approval of the securities regulatory authorities of the State Council, a securities company may engage in all or some of the following businesses:

（一）证券经纪；

(1) securities brokerage;

（二）证券投资咨询；

(2) securities investment consultancy;

（三）与证券交易、证券投资活动有关的财务顾问；

(3) financial consultancy relating to securities trading and securities investment activities;

（四）证券承销与保荐；

(4) securities underwriting and sponsoring;

（五）证券自营；

(5) self-operated securities business;

（六）证券资产管理；

(6) securities asset management; and

（七）其他证券业务。

(7) other securities businesses.

第一百二十六条

Article 126.

证券公司必须在其名称中标明证券有限责任公司或者证券股份有限公司字样。

The wordings "securities limited liability company" or "securities company limited by shares" shall be included in the name of a securities company.

第一百二十七条

Article 127.

证券公司经营证券法第一百二十五条第（一）项至第（三）项业务的，注册资本最低限额为人民币五千万元；经营第（四）项至第（七）项业务之一的，注册资本最低限额为人民币一亿元；经营第（四）项至第（七）项业务中两项以上的，注册资本最低限额为人民币五亿元。证券公司的注册资本应当是实缴资本。

The registered capital of securities companies engaging in businesses set out in Article 125(1) to (3) shall be not less than RMB50 million; the registered capital of securities companies engaging in businesses set out in Article 125(4) to (7) shall not be less than RMB100 million; the registered capital of securities companies engaging in two or more businesses set out in Article 125(4) to (7) shall not be less than RMB500 million; the registered capital of securities companies shall be fully paid-up.

国务院证券监督管理机构根据审慎监管原则和各项业务的风险程度，可以调整注册资本最低限额，但不得少于前款规定的限额。

The securities regulatory authorities of the State Council may adjust the minimum amount of registered capital based on the principle of prudential supervision and the risk extent of the business, provided that the adjusted amount shall not be lower than the relevant amount provided in the preceding paragraph.

第一百二十八条

Article 128.

国务院证券监督管理机构应当自受理证券公司设立申请之日起六个月内，依照法定条件和法定程序并根据审慎监管原则进行审查，作出批准或者不予批准的决定，并通知申请人；不予批准的，应当说明理由。

The securities regulatory authorities of the State Council shall conduct an examination and make a decision on approval or non-approval based on the principle of prudential supervision and in accordance with the statutory requirements and procedures within six months from acceptance of an application for incorporation of a securities company and notify the applicant; unsuccessful applicants shall be informed of the reason for non-approval.

证券公司设立申请获得批准的，申请人应当在规定的期限内向公司登记机关申请设立登记，领取营业执照。

Upon approval of an application for incorporation of a securities company, the applicant shall complete incorporation registration with the company registration authorities and obtain a business licence within the stipulated period.

证券公司应当自领取营业执照之日起十五日内，向国务院证券监督管理机构申请经营证券业务许可证。未取得经营证券业务许可证，证券公司不得经营证券业务。

A securities company shall apply for a securities business permit with the securities regulatory authorities of the State Council within 15 days from obtaining the business licence. The securities company shall not engage in securities businesses before obtaining a securities business permit.

第一百二十九条

Article 129.

证券公司设立、收购或者撤销分支机构，变更业务范围，增加注册资本且股权结构发生重大调整，减少注册资本，变更持有百分之五以上股权的股东、实际控制人，变

Approval of the securities regulatory authorities of the State Council is required for the incorporation of a securities company, acquisition or revocation of a branch, change in the scope of business or registered capital, change in the shareholders or

更公司章程中的重要条款，合并、分立、停业、解散、破产，必须经国务院证券监督管理机构批准。

证券公司在境外设立、收购或者参股证券经营机构，必须经国务院证券监督管理机构批准。

actual controlling party who/which holds 5% or more of the shares, amendment to major clauses in the articles of association of the company, merger, division, change in company structure, closure, dissolution and bankruptcy.

Approval of the securities regulatory authorities of the State Council is required for the establishment or acquisition of overseas securities firms or equity participation in overseas securities firms.

第一百三十条

国务院证券监督管理机构应当对证券公司的净资本，净资本与负债的比例，净资本与净资产的比例，净资本与自营、承销、资产管理等业务规模的比例，负债与净资产的比例，以及流动资产与流动负债的比例等风险控制指标作出规定。

证券公司不得为其股东或者股东的关联人提供融资或者担保。

Article 130.

The securities regulatory authorities of the State Council shall stipulate risk control indexes such as the net assets, ratio of net assets to liabilities, ratio of net capital to net assets, ratio of net capital to scale of self-operated business, underwriting and asset management etc, ratio of liabilities to net asset and ratio of current assets to current liabilities of securities companies.

Securities companies shall not provide financing or guarantee for their shareholders or related parties of the shareholders.

第一百三十一条

证券公司的董事、监事、高级管理人员，应当正直诚实，品行良好，熟悉证券法律、行政法规，具有履行职责所需的经营管理能力，并在任职前取得国务院证券监督管理机构核准的任职资格。

有《中华人民共和国公司法》第一百四十六条规定的情形或者下列情形之一的，不得担任证券公司的董事、监事、高级管理人员：

（一）因违法行为或者违纪行为被解除职务的证券交易所、证券登记结算机构的负责人或者证券公司的董事、监事、高级管理人员，自被解除职务之日起未逾五年；

（二）因违法行为或者违纪行为被撤销资格的律师、注册会计师或者投资咨询机构、财务顾问机构、资信评级机构、资产评估机构、验证机构的专业人员，自被撤销资格之日起未逾五年。

Article 131.

The directors, supervisors and senior management personnel of securities companies shall be honest, practise good conduct, be familiar with the provisions of securities laws and administrative regulations, possess business management abilities to perform their duties and shall obtain the relevant qualifications stipulated by the securities regulatory authorities of the State Council before taking up the post.

The following persons or persons stated in Article 146 of the Company Law of the People's Republic of China shall not be appointed as a director, supervisor or senior management personnel of a securities company:

(1) the person-in-charge of a stock exchange or securities registration and settlement organisation or a director, supervisor or senior management personnel of a securities company who was dismissed for having committed an illegal conduct or disciplinary violation and a period of five years has not lapsed since the date of dismissal; and

(2) a lawyer, certified public accountant or professional personnel of an investment consultancy organisation, financial consultancy organisation, credit rating organisation or capital verification organisation who has his/her professional qualifications revoked for having committed an illegal act or disciplinary violation and a period of five years has not lapsed since the date of revocation of qualifications.

第一百三十二条

因违法行为或者违纪行为被开除的证券交易所、证券登记结算机构、证券服务机构、证券公司的从业人员和被开除的国家机关工作人员，不得招聘为证券公司的从业人员。

Article 132.

Personnel of a stock exchange, securities registration and settlement organisation, securities service organisation or securities company who were dismissed for having committed an illegal act or disciplinary violation and personnel and personnel of State departments who were dismissed shall not be employed by stock exchanges.

第一百三十三条

国家机关工作人员和法律、行政法规规定的禁止在公司中兼职的其他人员，不得在证券公司中兼任职务。

Article 133.

Personnel of State authorities and other personnel prohibited by the laws and administrative regulations to hold concurrent position in a company shall not hold concurrent position in a securities company.

第一百三十四条

国家设立证券投资者保护基金。证券投资者保护基金由证券公司缴纳的资金及其他依法筹集的资金组成，其筹集、管理和使

Article 134.

A securities investors protection fund shall be established by the State. The securities investors protection fund shall comprise funds contributed by the securities companies and other funds

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 用的具体办法由国务院规定。 | raised in accordance with the provisions of the law. The specific measures on fund raising, management and usage of the securities investors protection fund shall be formulated by the State Council. |
| 第一百三十五条 | Article 135. |
| 证券公司从每年的税后利润中提取交易风险准备金，用于弥补证券交易的损失，其提取的具体比例由国务院证券监督管理机构规定。 | Securities companies shall contribute a certain percentage of their post-tax profits to a trading risk reserve which will be used for recovery of securities trading losses; the specific measures on contribution shall be formulated by the securities regulatory authorities of the State Council. |
| 第一百三十六条 | Article 136. |
| 证券公司应当建立健全内部控制制度，采取有效隔离措施，防范公司与客户之间、不同客户之间的利益冲突。 | Securities companies shall establish a proper internal control system and adopt effective separation measures to prevent conflict of interests between the company and its clients and conflict of interests between the clients. |
| 证券公司必须将其证券经纪业务、证券承销业务、证券自营业务和证券资产管理业务分开办理，不得混合操作。 | Securities companies shall separate their securities brokerage business, securities underwriting business, securities self-operated business and securities asset management business; mixed operations shall not be allowed. |
| 第一百三十七条 | Article 137. |
| 证券公司的自营业务必须以自己的名义进行，不得假借他人名义或者以个人名义进行。 | The self-operated business of a securities company shall be conducted in its own name and shall not be conducted in the name of others or in the name of an individual. |
| 证券公司的自营业务必须使用自有资金和依法筹集的资金。 | The self-operated business of a securities company shall use its own funds and funds raised in accordance with the provisions of the law. |
| 证券公司不得将其自营账户借给他人使用。 | Securities companies shall not sublet their self-operated account. |
| 第一百三十八条 | Article 138. |
| 证券公司依法享有自主经营的权利，其合法经营不受干涉。 | Securities companies shall have the rights to operate independently in accordance with the provisions of the law and their legitimate operations shall not be interfered with. |
| 第一百三十九条 | Article 139. |
| 证券公司客户的交易结算资金应当存放在商业银行，以每个客户的名义单独立户管理。具体办法和实施步骤由国务院规定。 | The trading settlement funds of the clients of a securities company shall be deposited with a commercial bank and in individual accounts opened in the name of the respective clients. The specific measures and implementation procedures shall be formulated by the State Council. |
| 证券公司不得将客户的交易结算资金和证券归入其自有财产。禁止任何单位或者个人以任何形式挪用客户的交易结算资金和证券。证券公司破产或者清算时，客户的交易结算资金和证券不属于其破产财产或者清算财产。非因客户本身的债务或者法律规定的其他情形，不得查封、冻结、扣划或者强制执行客户的交易结算资金和证券。 | Securities companies shall not embezzle the trading settlement funds and securities of their clients. No organisation or individual shall misappropriate the trading settlement funds and securities of their clients. Where a securities company is bankrupt or under liquidation, the trading settlement funds and securities of their clients shall not be classified under bankruptcy assets or liquidation assets. The trading settlement funds and securities of a client shall not be sealed up, frozen, deducted or enforced, unless for the client's own debts or under other circumstances provided by the laws. |
| 第一百四十条 | Article 140. |
| 证券公司办理经纪业务，应当置备统一制定的证券买卖委托书，供委托人使用。采取其他委托方式的，必须作出委托记录。 | Securities companies engaging in brokerage business shall provide a standardised letter of entrustment for securities trading for use by the principals. Entrustment records shall be kept for other forms of entrustment. |
| 客户的证券买卖委托，不论是否成交，其委托记录应当按照规定的期限，保存于证券公司。 | Securities companies shall keep records of securities trading entrustment by their clients for the stipulated period, regardless if the deal is completed. |
| 第一百四十一条 | Article 141. |

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 证券公司接受证券买卖的委托，应当根据委托书载明的证券名称、买卖数量、出价方式、价格幅度等，按照交易规则代理买卖证券，如实进行交易记录；买卖成交后，应当按照规定制作买卖成交报告单交付客户。 | A securities company being entrusted to trade securities shall trade on behalf of the client in accordance with the trading rules and based on the description, buy or sell quantity, price offering method and price range etc set out in the letter of entrustment and shall keep proper records of trading. Upon completion of a deal, a trading slip shall be delivered to the client. |
| 证券交易中确认交易行为及其交易结果的对账单必须真实，并由交易经办人员以外的审核人员逐笔审核，保证账面证券余额与实际持有的证券相一致。 | The reconciliation statement which confirms a transaction and the trading outcome for each transaction shall be made truthfully and verified by an examination personnel who has not handled the transaction to ensure consistency between the book value balance of the securities and actual holding of the securities. |
| 第一百四十二条 | Article 142. |
| 证券公司为客户买卖证券提供融资融券服务，应当按照国务院的规定并经国务院证券监督管理机构批准。 | Securities companies providing financing and securities lending services for their clients in securities transactions shall comply with the provisions of the State Council and obtain the approval of the securities regulatory authorities of the State Council. |
| 第一百四十三条 | Article 143. |
| 证券公司办理经纪业务，不得接受客户的全权委托而决定证券买卖、选择证券种类、决定买卖数量或者买卖价格。 | Securities companies engaging in brokerage business shall not accept discretionary orders of the clients to decide on securities trading, select the types of securities or decide on buying or selling quantity or buying or selling price. |
| 第一百四十四条 | Article 144. |
| 证券公司不得以任何方式对客户证券买卖的收益或者赔偿证券买卖的损失作出承诺。 | Securities companies shall not give undertaking in any form to the clients in respect of the gains on securities trading or compensation of securities trading losses. |
| 第一百四十五条 | Article 145. |
| 证券公司及其从业人员不得未经过其依法设立的营业场所私下接受客户委托买卖证券。 | A securities company and its personnel shall not accept entrustment for securities trading in private without going through the business premises of the securities company established in accordance with the provisions of the law. |
| 第一百四十六条 | Article 146. |
| 证券公司的从业人员在证券交易活动中，执行所属的证券公司的指令或者利用职务违反交易规则的，由所属的证券公司承担全部责任。 | Where the personnel of a securities company violates the trading rules when executing the instructions of the securities company or abuse their official powers in a securities transaction, the securities company shall assume all liabilities. |
| 第一百四十七条 | Article 147. |
| 证券公司应当妥善保存客户开户资料、委托记录、交易记录和与内部管理、业务经营有关的各项资料，任何人不得隐匿、伪造、篡改或者毁损。上述资料的保存期限不得少于二十年。 | Securities companies shall keep all information on account opening, entrustment records, trading records, internal management and business operations properly. Such records shall not be concealed, forged, tampered with or destroyed. The aforesaid information shall be kept for a period of not less than 20 years. |
| 第一百四十八条 | Article 148. |
| 证券公司应当按照规定向国务院证券监督管理机构报送业务、财务等经营管理信息和资料。国务院证券监督管理机构有权要求证券公司及其股东、实际控制人在指定的期限内提供有关信息。<br><br>证券公司及其股东、实际控制人向国务院证券监督管理机构报送或者提供的信息、资料，必须真实、准确、完整。 | Securities companies shall submit their business and financial information and materials to the securities regulatory authorities of the State Council in accordance with the provisions. The securities regulatory authorities of the State Council shall have the right to demand that a securities company and its shareholders and actual controlling party to provide the relevant information and materials within a stipulated period.<br><br>Securities companies and their shareholders and actual controlling party shall submit true, accurate and complete information and materials to the securities regulatory authorities of the State Council. |
| 第一百四十九条 | Article 149. |
| 国务院证券监督管理机构认为有必要时，可以委托会计师事务所、资产评估机构对证券公司的财务状况、内部控制状况、资 | The securities regulatory authorities of the State Council may, where it deems necessary, appoint an accounting firm and an asset valuation organisation to conduct an audit of the financial |

Wolters Kluwer | China Law & Reference

产价值进行审计或者评估。具体办法由国务院证券监督管理机构会同有关主管部门制定。

status and internal control status or valuation of the assets of a securities company. The specific measures shall be formulated jointly by the securities regulatory authorities of the State Council and the relevant authorities.

第一百五十条

Article 150.

证券公司的净资本或者其他风险控制指标不符合规定的，国务院证券监督管理机构应当责令其限期改正；逾期未改正，或者其行为严重危及该证券公司的稳健运行、损害客户合法权益的，国务院证券监督管理机构可以区别情形，对其采取下列措施：

Where the net assets or any other risk control indexes of a securities company do not comply with the provisions, the securities regulatory authorities of the State Council shall order the securities company to make correction within a stipulated period; where correction is not made within the stipulated period or the non-compliance has a serious impact on the steady operations of the securities company or the rights and interests of the clients, the securities regulatory authorities of the State Council may adopt the following measures based on the circumstances:

（一）限制业务活动，责令暂停部分业务，停止批准新业务；

(1) impose restrictions on the business activities; order suspension of some of the businesses and suspend the approval for new businesses;

（二）停止批准增设、收购营业性分支机构；

(2) suspend approval for establishment or acquisition of new business branches;

（三）限制分配红利，限制向董事、监事、高级管理人员支付报酬、提供福利；

(3) impose restriction on distribution of bonus shares and impose restriction on payment of remuneration and provision of incentives to the directors, supervisors and senior management personnel;

（四）限制转让财产或者在财产上设定其他权利；

(4) impose restriction on transfer of assets or creation of other rights on the assets;

（五）责令更换董事、监事、高级管理人员或者限制其权利；

(5) order that the directors, supervisors and senior management personnel be changed or impose restrictions on their rights;

（六）责令控股股东转让股权或者限制有关股东行使股东权利；

(6) order that the controlling shareholders transfer their shareholding or impose restriction on exercise of shareholder's rights; and

（七）撤销有关业务许可。

(7) revocation of the relevant business permit(s).

证券公司整改后，应当向国务院证券监督管理机构提交报告。国务院证券监督管理机构经验收，符合有关风险控制指标的，应当自验收完毕之日起三日内解除对其采取的前款规定的有关措施。

Upon restructuring of a securities company, the securities company shall submit a report to the securities regulatory authorities of the State Council. The securities regulatory authorities of the State Council shall remove the relevant measure(s) stipulated in the preceding paragraph within three days from acceptance and examination if the securities company complies with the relevant risk control index(es).

第一百五十一条

Article 151.

证券公司的股东有虚假出资、抽逃出资行为的，国务院证券监督管理机构应当责令其限期改正，并可责令其转让所持证券公司的股权。

A shareholder of a securities company who made false capital contribution or withdrew capital contribution shall be ordered by the securities regulatory authorities of the State Council to make correction and may be ordered to transfer his/her shareholding in the securities company.

在前款规定的股东按照要求改正违法行为、转让所持证券公司的股权前，国务院证券监督管理机构可以限制其股东权利。

Prior to correction of the illegal act or transfer of shareholding by the aforesaid shareholder, the securities regulatory authorities of the State Council may impose restriction on his/her shareholder's rights.

第一百五十二条

Article 152.

证券公司的董事、监事、高级管理人员未能勤勉尽责，致使证券公司存在重大违法违规行为或者重大风险的，国务院证券监督管理机构可以撤销其任职资格，并责令公司予以更换。

Where a director, supervisor or senior management personnel of a securities company fails to perform due diligence and causes the securities company to commit a major violation or be exposed to significant risks, the securities regulatory authorities of the State Council may revoke his/her qualifications and order the company to remove the director, supervisor or senior management

| | personnel. |
|---|---|
| 第一百五十三条 | Article 153. |
| 证券公司违法经营或者出现重大风险，严重危害证券市场秩序、损害投资者利益的，国务院证券监督管理机构可以对该证券公司采取责令停业整顿、指定其他机构托管、接管或者撤销等监管措施。 | Where a securities company engages in illegal operations or is exposed to significant risks which brought a serious impact on the order of the securities market or harm to the rights and interests of the investors, the securities regulatory authorities of the State Council may order the securities company to suspend operations for restructuring and appoint a receiver for the securities company or order dissolution of the securities company or take other control measures. |
| 第一百五十四条 | Article 154. |
| 在证券公司被责令停业整顿、被依法指定托管、接管或者清算期间，或者出现重大风险时，经国务院证券监督管理机构批准，可以对该证券公司直接负责的董事、监事、高级管理人员和其他直接责任人员采取以下措施： | During the period in which the operations of a securities company is suspended for restructuring or the period in which the securities company is placed under receivership or being liquidated in accordance with the provisions of the law or when a securities company is subject to significant risks, the securities regulatory authorities of the State Council may take the following measures on the directors, supervisors and senior management personnel and other personnel who are directly accountable: |
| （一）通知出境管理机关依法阻止其出境； | (1) inform the outbound Customs to stop such persons from leaving China; and |
| （二）申请司法机关禁止其转移、转让或者以其他方式处分财产，或者在财产上设定其他权利。 | (2) apply to the judicial authorities to prohibit removal or transfer of assets or disposal of the assets in other means or creation of other rights on the assets. |
| 第七章 证券登记结算机构 | CHAPTER VII — SECURITIES REGISTRATION AND SETTLEMENT ORGANISATIONS |
| 第一百五十五条 | Article 155. |
| 证券登记结算机构是为证券交易提供集中登记、存管与结算服务，不以营利为目的的法人。 | Securities registration and settlement organisations shall be non-profit-orientated legal persons providing centralised registration, custody and settlement services for securities trading. |
| 设立证券登记结算机构必须经国务院证券监督管理机构批准。 | Establishment of securities registration and settlement organisations shall be subject to the approval of the securities regulatory authorities of the State Council. |
| 第一百五十六条 | Article 156. |
| 设立证券登记结算机构，应当具备下列条件： | Establishment of a securities registration and settlement organisation shall satisfy the following requirements: |
| （一）自有资金不少于人民币二亿元； | (1) the organisation's own funds shall not be less than RMB200 million; |
| （二）具有证券登记、存管和结算服务所必须的场所和设施； | (2) the organisation has the premises and facilities necessary for securities registration, custody and settlement services; |
| （三）主要管理人员和从业人员必须具有证券从业资格； | (3) the principal management personnel and employees shall possess the qualifications to work in the securities industry; and |
| （四）国务院证券监督管理机构规定的其他条件。 | (4) other requirements stipulated by the securities regulatory authorities of the State Council. |
| 证券登记结算机构的名称中应当标明证券登记结算字样。 | The wordings "securities registration and settlement" shall be included in the name of a securities registration and settlement organisation. |
| 第一百五十七条 | Article 157. |
| 证券登记结算机构履行下列职能： | Securities registration and settlement organisations shall perform the following duties: |
| （一）证券账户、结算账户的设立； | (1) establishment of securities accounts and settlement accounts; |
| （二）证券的存管和过户； | (2) custody and transfer of securities; |
| （三）证券持有人名册登记； | |

| | |
|---|---|
| （四）证券交易所上市证券交易的清算和交收； | (3) registration in the register of securities holders; |
| | (4) settlement and delivery of listed securities traded; |
| （五）受发行人的委托派发证券权益； | (5) allotment of securities rights and interests of securities upon entrustment by the issuer; |
| （六）办理与上述业务有关的查询； | (6) handling queries related to the aforesaid businesses; and |
| （七）国务院证券监督管理机构批准的其他业务。 | (7) other businesses approved by the securities regulatory authorities of the State Council. |
| 第一百五十八条 | Article 158. |
| 证券登记结算采取全国集中统一的运营方式。 | A unified operational method shall be adopted for securities registration and settlement nationwide. |
| 证券登记结算机构章程、业务规则应当依法制定，并经国务院证券监督管理机构批准。 | Securities registration and settlement organisations shall formulate their articles of association and business rules in accordance with the provisions of the law and submit them to the securities regulatory authorities of the State Council for approval. |
| 第一百五十九条 | Article 159. |
| 证券持有人持有的证券，在上市交易时，应当全部存管在证券登记结算机构。 | All listed securities held by securities holders shall be held in custody by securities registration and settlement organisations. |
| 证券登记结算机构不得挪用客户的证券。 | Securities registration and settlement organisations shall not misappropriate the securities of their clients. |
| 第一百六十条 | Article 160. |
| 证券登记结算机构应当向证券发行人提供证券持有人名册及其有关资料。 | Securities registration and settlement organisations shall provide the register of securities holders and the relevant information to the securities issuer. |
| 证券登记结算机构应当根据证券登记结算的结果，确认证券持有人持有证券的事实，提供证券持有人登记资料。 | Securities registration and settlement organisations shall confirm the fact of securities holding by the securities holder based on the outcome of securities registration and settlement and provide registration information of the securities holder. |
| 证券登记结算机构应当保证证券持有人名册和登记过户记录真实、准确、完整，不得隐匿、伪造、篡改或者毁损。 | Securities registration and settlement organisations shall ensure that the records in the register of securities holders and register of transfers are true, accurate and complete and the records shall not be concealed, forged, tampered with or destroyed. |
| 第一百六十一条 | Article 161. |
| 证券登记结算机构应当采取下列措施保证业务的正常进行: | Securities registration and settlement organisations shall adopt the following measures to ensure normal conduct of business: |
| （一）具有必备的服务设备和完善的数据安全保护措施； | (1) implement the requisite service facilities and comprehensive data security measures; |
| （二）建立完善的业务、财务和安全防范等管理制度； | (2) implement proper business, financial and security management systems; and |
| （三）建立完善的风险管理系统。 | (3) implement a proper risk management system. |
| 第一百六十二条 | Article 162. |
| 证券登记结算机构应当妥善保存登记、存管和结算的原始凭证及有关文件和资料。其保存期限不得少于二十年。 | Securities registration and settlement organisations shall keep the original certificates and the relevant documents and information on registration, custody and settlement properly for a period of not less than 20 years. |
| 第一百六十三条 | Article 163. |
| 证券登记结算机构应当设立证券结算风险基金，用于垫付或者弥补因违约交收、技术故障、操作失误、不可抗力造成的证券登记结算机构的损失。 | Securities registration and settlement organisations shall set up a settlement risk fund which shall be used to make advance payment or make up for the losses of the securities registration and settlement organisation arising from a default on delivery, technical fault, operational malfunction or a force majeure event. |
| 证券结算风险基金从证券登记结算机 | |

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 构的业务收入和收益中提取，并可以由结算参与人按照证券交易业务量的一定比例缴纳。 | Securities registration and settlement organisations shall contribute a certain percentage of their business income and gains to the securities settlement risk fund; settlement participants may contribute a certain percentage based on the securities trading volume. |
| 证券结算风险基金的筹集、管理办法，由国务院证券监督管理机构会同国务院财政部门规定。 | The measures on fund raising and management of the securities settlement risk fund shall be formulated jointly by the securities regulatory authorities of the State Council and the finance administration authorities of the State Council. |
| 第一百六十四条 | Article 164. |
| 证券结算风险基金应当存入指定银行的专门账户，实行专项管理。 | The securities settlement risk fund shall be deposited into a designated bank account and shall be administered individually. |
| 证券登记结算机构以证券结算风险基金赔偿后，应当向有关责任人追偿。 | Upon making compensation using the risk fund, the securities registration and settlement organisation shall seek recourse from the persons liable. |
| 第一百六十五条 | Article 165. |
| 证券登记结算机构申请解散，应当经国务院证券监督管理机构批准。 | Dissolution of a securities registration and settlement organisation shall be subject to the approval of the securities regulatory authorities of the State Council. |
| 第一百六十六条 | Article 166. |
| 投资者委托证券公司进行证券交易，应当申请开立证券账户。证券登记结算机构应当按照规定以投资者本人的名义为投资者开立证券账户。 | Investors who commission a securities company to carry out securities trading shall apply for the opening of a securities account. The securities registration and settlement organisations shall open securities accounts in the name of the respective investors in accordance with the provisions. |
| 投资者申请开立账户，必须持有证明中国公民身份或者中国法人资格的合法证件。国家另有规定的除外。 | Investors applying for the opening of a securities account shall product legal proof of Chinese citizenship or Chinese legal person qualifications, unless otherwise stipulated by the State. |
| 第一百六十七条 | Article 167. |
| 证券登记结算机构为证券交易提供净额结算服务时，应当要求结算参与人按照货银对付的原则，足额交付证券和资金，并提供交收担保。 | Securities registration and settlement organisations providing net settlement services for securities transactions shall require the settlement participants to delivery the securities and funds in full based on the principle of delivery versus payment, and provide delivery guarantee. |
| 在交收完成之前，任何人不得动用用于交收的证券、资金和担保物。 | Prior to completion of delivery, the securities, funds and collateral used for delivery shall not be applied. |
| 结算参与人未按时履行交收义务的，证券登记结算机构有权按照业务规则处理前款所述财产。 | Where a settlement participant fails to perform delivery obligations on time, the securities registration and settlement organisation shall have the right to deal with the aforesaid property in accordance with the business rules. |
| 第一百六十八条 | Article 168. |
| 证券登记结算机构按照业务规则收取的各类结算资金和证券，必须存放于专门的清算交收账户，只能按业务规则用于已成交的证券交易的清算交收，不得被强制执行。 | Settlement funds and securities collected by the securities registration and settlement organisations in accordance with the business rules shall be deposited in designated settlement and delivery accounts and shall only be used for settlement and delivery for completed securities transactions in accordance with the business rules; and shall not be enforced. |
| 第八章 证券服务机构 | CHAPTER VIII — SECURITIES SERVICES ORGANISATIONS |
| 第一百六十九条 | Article 169. |
| 投资咨询机构、财务顾问机构、资信评级机构、资产评估机构、会计师事务所从事证券服务业务，必须经国务院证券监督管理机构和有关主管部门批准。 | Investment consultancy organisations, financial consultancy organisations, credit rating organisations, asset valuation organisations and accounting firms providing securities services shall be subject to approval by the securities regulatory authorities of the State Council and the relevant authorities. |
| 投资咨询机构、财务顾问机构、资信评级机构、资产评估机构、会计师事务所从事证券服务业务的审批管理办法，由国务院 | The measures on examination and approval and administration of investment consultancy organisations, financial consultancy |

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 证券监督管理机构和有关主管部门制定。 | organisations, credit rating organisations, asset valuation organisations and accounting firms providing securities services shall be formulated jointly by the securities regulatory authorities of the State Council and the relevant authorities. |
| 第一百七十条 | Article 170. |
| 投资咨询机构、财务顾问机构、资信评级机构从事证券服务业务的人员，必须具备证券专业知识和从事证券业务或者证券服务业务二年以上经验。认定证券从业资格的标准和管理办法，由国务院证券监督管理机构制定。 | The personnel of investment consultancy organisations, financial consultancy organisations and credit rating organisations providing securities services shall have professional knowledge of the securities industry and working experience in the securities industry or securities services industry of two years and above. The standards and administrative measures on accreditation of securities qualification shall be formulated by the securities regulatory authorities of the State Council. |
| 第一百七十一条 | Article 171. |
| 投资咨询机构及其从业人员从事证券服务业务不得有下列行为： | Investment consultancy organisations and their personnel providing securities services shall not: |
| （一）代理委托人从事证券投资； | (1) carry out securities investment for the principals; |
| （二）与委托人约定分享证券投资收益或者分担证券投资损失； | (2) agree on sharing of investment gains or losses with the principals; |
| （三）买卖本咨询机构提供服务的上市公司股票； | (3) buy or sell shares of listed companies which use the services of the investment consultancy organisation; |
| （四）利用传播媒介或者通过其他方式提供、传播虚假或者误导投资者的信息； | (4) use media or other means to provide or disseminate fraudulent information or information which is misleading to the investors; and |
| （五）法律、行政法规禁止的其他行为。 | (5) engage in other activities prohibited by laws and administrative regulations. |
| 有前款所列行为之一，给投资者造成损失的，依法承担赔偿责任。 | Where any of the aforesaid acts causes the investors to suffer losses, compensation liability shall be pursued in accordance with the provisions of the law. |
| 第一百七十二条 | Article 172. |
| 从事证券服务业务的投资咨询机构和资信评级机构，应当按照国务院有关主管部门规定的标准或者收费办法收取服务费用。 | Investment consultancy organisations and credit rating organisations providing securities services shall collect service fees in accordance with the standards or fee collection measures stipulated by the relevant authorities of the State Council. |
| 第一百七十三条 | Article 173. |
| 证券服务机构为证券的发行、上市、交易等证券业务活动制作、出具审计报告、资产评估报告、财务顾问报告、资信评级报告或者法律意见书等文件，应当勤勉尽责，对所依据的文件资料内容的真实性、准确性、完整性进行核查和验证。其制作、出具的文件有虚假记载、误导性陈述或者重大遗漏，给他人造成损失的，应当与发行人、上市公司承担连带赔偿责任，但是能够证明自己没有过错的除外。 | Securities service organisations issuing audit reports, asset valuation reports, financial consultancy reports, credit rating reports or legal opinions for issuance, listing and trading of securities etc shall practice care and diligence to check and verify the veracity, accuracy and completeness of the contents of the documents they relied on. Where the document issued by a securities service organisation contains fraudulent information, misleading representation or major omission and causes others to suffer losses, the securities service organisation shall bear joint liability with the issuer or the listed company, unless it can prove that it is not at fault. |
| 第九章 证券业协会 | CHAPTER IX — SECURITIES INDUSTRY ASSOCIATION |
| 第一百七十四条 | Article 174. |
| 证券业协会是证券业的自律性组织，是社会团体法人。 | The securities industry association is a self-governing organisation of the securities industry and is a social body legal person. |
| 证券公司应当加入证券业协会。 | Securities companies shall join the securities industry association. |
| 证券业协会的权力机构为全体会员组成的会员大会。 | The authority of the securities industry association shall be the members' congress comprising all members. |
| 第一百七十五条 | Article 175. |

| | |
|---|---|
| 证券业协会章程由会员大会制定，并报国务院证券监督管理机构备案。 | The articles of association of the securities industry association shall be formulated by the members' congress and filed with the securities regulatory authorities of the State Council for records. |
| 第一百七十六条 | Article 176. |
| 证券业协会履行下列职责: | The securities industry association shall perform the following duties: |
| （一）教育和组织会员遵守证券法律、行政法规; | (1) educate and organise the members to comply with the provisions of laws and administrative regulations; |
| （二）依法维护会员的合法权益，向证券监督管理机构反映会员的建议和要求; | (2) safeguard the legal rights and interests of the members in accordance with the provisions of the law, provide feedback to the securities regulatory authorities on proposals and requests of the members; |
| （三）收集整理证券信息，为会员提供服务; | (3) collect and collate securities information and provide services to the members; |
| （四）制定会员应遵守的规则，组织会员单位的从业人员的业务培训，开展会员间的业务交流; | (4) formulate membership rules, organise vocational training for employees of the members and facilitate business exchange among the members; |
| （五）对会员之间、会员与客户之间发生的证券业务纠纷进行调解; | (5) mediate disputes between members and between members and their clients which arise in the course of securities businesses; |
| （六）组织会员就证券业的发展、运作及有关内容进行研究; | (6) organise members to conduct research on development, operation and related areas of the securities industry; |
| （七）监督、检查会员行为，对违反法律、行政法规或者协会章程的，按照规定给予纪律处分; | (7) supervise and inspect the conduct of members and issue disciplinary action in the event of violation of the provisions of laws, administrative regulations or the articles of association of the securities industry association; and |
| （八）证券业协会章程规定的其他职责。 | (8) other duties provided in the articles of association of the securities industry association. |
| 第一百七十七条 | Article 177. |
| 证券业协会设理事会。理事会成员依章程的规定由选举产生。 | The securities industry association shall establish a council. Members of the council shall be elected in accordance with the provisions of the articles of association. |
| 第十章 证券监督管理机构 | CHAPTER X — SECURITIES REGULATORY AUTHORITIES |
| 第一百七十八条 | Article 178. |
| 国务院证券监督管理机构依法对证券市场实行监督管理，维护证券市场秩序，保障其合法运行。 | The securities regulatory authorities of the State Council shall carry out supervision and administration of the securities market in accordance with the provisions of the law and safeguard the order of the securities market to ensure legitimate operations. |
| 第一百七十九条 | Article 179. |
| 国务院证券监督管理机构在对证券市场实施监督管理中履行下列职责: | The securities regulatory authorities of the State Council shall perform the following duties in the course of supervision and administration of the securities market: |
| （一）依法制定有关证券市场监督管理的规章、规则，并依法行使审批或者核准权; | (1) formulate the relevant rules and regulations on supervision and administration of the securities market in accordance with the provisions of the law and exercise examination and approval rights in accordance with the provisions of the law; |
| （二）依法对证券的发行、上市、交易、登记、存管、结算，进行监督管理; | (2) carry out supervision and administration in accordance with the provisions of the law on issuance, listing, trading, registration, custody and settlement of securities; |
| （三）依法对证券发行人、上市公司、证券公司、证券投资基金管理公司、证券服务机构、证券交易所、证券登记结算机构的证券业务活动，进行监督管理; | (3) carry out supervision and administration in accordance with the provisions of the law on the securities businesses of issuers, listed companies, securities companies, securities investment fund management companies, securities service organisations, stock exchanges and securities registration and settlement |
| （四）依法制定从事证券业务人员的资格标准和行为准则，并监督实施; | |

（五）依法监督检查证券发行、上市和交易的信息公开情况；

（六）依法对证券业协会的活动进行指导和监督；

（七）依法对违反证券市场监督管理法律、行政法规的行为进行查处；

（八）法律、行政法规规定的其他职责。

国务院证券监督管理机构可以和其他国家或者地区的证券监督管理机构建立监督管理合作机制，实施跨境监督管理。

organisations;

(4) formulate the qualification standards and code of ethics in accordance with the provisions of the law for personnel working in the securities industry and supervise the implementation;

(5) supervise and inspect the issuance and listing of securities and information disclosure in accordance with the provisions of the law;

(6) provide guidance and supervision on the activities of the securities industry association in accordance with the provisions of the law;

(7) investigate and deal with violations of the laws and administrative regulations on supervision and administration of the securities market; and

(8) other duties stipulated by the laws and administrative regulations.

The securities regulatory authorities of the State Council may establish cooperative supervision and administration mechanism with the securities regulatory authorities of other countries or regions and implement cross-border supervision and administration.

第一百八十条

国务院证券监督管理机构依法履行职责，有权采取下列措施：

（一）对证券发行人、上市公司、证券公司、证券投资基金管理公司、证券服务机构、证券交易所、证券登记结算机构进行现场检查；

（二）进入涉嫌违法行为发生场所调查取证；

（三）询问当事人和与被调查事件有关的单位和个人，要求其对与被调查事件有关的事项作出说明；

（四）查阅、复制与被调查事件有关的财产权登记、通讯记录等资料；

（五）查阅、复制当事人和与被调查事件有关的单位和个人的证券交易记录、登记过户记录、财务会计资料及其他相关文件和资料；对可能被转移、隐匿或者毁损的文件和资料，可以予以封存；

（六）查询当事人和与被调查事件有关的单位和个人的资金账户、证券账户和银行账户；对有证据证明已经或者可能转移或者隐匿违法资金、证券等涉案财产或者隐匿、伪造、毁损重要证据的，经国务院证券监督管理机构主要负责人批准，可以冻结或者查封；

（七）在调查操纵证券市场、内幕交易等重大证券违法行为时，经国务院证券监督管理机构主要负责人批准，可以限制被调查事件当事人的证券买卖，但限制的期限不得超过十五个交易日；案情复杂的，可以延长十五个交易日。

Article 180.

The securities regulatory authorities of the State Council shall perform their duties in accordance with the provisions of the law and shall have the right to adopt the following measures:

(1) conduct onsite inspection of issuers, listed companies, securities companies, securities investment fund management companies, securities service organisations, stock exchanges and securities registration and settlement organisations;

(2) enter the premises where the alleged violation took place to investigate and collect evidence;

(3) question the party(ies) concerned and organisation(s) and individual(s) related to the investigation matter and require them to provide relevant information on the investigation matter;

(4) inspect and make copies of information related to the investigation matter such as property right registration and correspondence records;

(5) inspect and make copies of securities trading records, transfer registration records, financial accounting information and the relevant documents and materials of the party(ies) concerned and organisation(s) and individual(s) related to the investigation matter; and may seal up documents and materials which could be removed, concealed or destroyed;

(6) investigate the fund accounts, securities accounts and bank accounts of the party(ies) concerned and organisation(s) and individual(s) related to the investigation matter; where there is evidence that the illegal funds or securities involved in the investigation matter have been or could be removed or concealed or there is sign of concealment, forgery or destruction of important evidence, such illegal funds or securities or important evidence may be frozen or sealed up with the approval by the person-in-charge of the securities regulatory authorities of the State Council;

(7) during the investigation of significant illegal acts such as manipulation of the securities market or insider trading etc, the

| | securities transactions of the party(ies) concerned may be restricted with the approval of the person-in-charge of the securities regulatory authorities of the State Council; however the restriction period shall not exceed 15 market days; where the case is complicated, the restriction period may be extended by 15 market days. |
|---|---|
| 第一百八十一条 | Article 181. |
| 国务院证券监督管理机构依法履行职责，进行监督检查或者调查，其监督检查、调查的人员不得少于二人，并应当出示合法证件和监督检查、调查通知书。监督检查、调查的人员少于二人或者未出示合法证件和监督检查、调查通知书的，被检查、调查的单位有权拒绝。 | The securities regulatory authorities of the State Council shall carry out supervision, inspection or investigation in accordance with the provisions of the law. The number of supervision, inspection and investigation personnel on each assignment shall not be less than two persons; the personnel shall show proof of identification and the notice of supervision, inspection or investigation. Where there are less than two personnel on an assignment or where the personnel do not show proof of identification, the organisation which is subject to inspection or investigation shall have the right to refuse inspection or investigation. |
| 第一百八十二条 | Article 182. |
| 国务院证券监督管理机构工作人员必须忠于职守，依法办事，公正廉洁，不得利用职务便利谋取不正当利益，不得泄露所知悉的有关单位和个人的商业秘密。 | The personnel of the securities regulatory authorities of the State Council shall be loyal to their duties, law-abiding, fair and honest and shall not use their official powers to seek improper gains or disclose the commercial secrets of any organisation or individual. |
| 第一百八十三条 | Article 183. |
| 国务院证券监督管理机构依法履行职责，被检查、调查的单位和个人应当配合，如实提供有关文件和资料，不得拒绝、阻碍和隐瞒。 | When the securities regulatory authorities of the State Council are performing their duties in accordance with the provisions of the law, the organisations and individuals subject to inspection or investigation shall cooperate and provide the relevant documents and information truthfully and shall not refuse or hinder the inspection or investigation or conceal any information. |
| 第一百八十四条 | Article 184. |
| 国务院证券监督管理机构依法制定的规章、规则和监督管理工作制度应当公开。<br><br>国务院证券监督管理机构依据调查结果，对证券违法行为作出的处罚决定，应当公开。 | The rules and regulations formulated by the securities regulatory authorities of the State Council in accordance with the provisions of the law and the supervision and administration working procedures shall be made public.<br><br>The punishment decision made by the securities regulatory authorities of the State Council on an illegal securities transaction based on the outcome of investigation shall be made public. |
| 第一百八十五条 | Article 185. |
| 国务院证券监督管理机构应当与国务院其他金融监督管理机构建立监督管理信息共享机制。<br><br>国务院证券监督管理机构依法履行职责，进行监督检查或者调查时，有关部门应当予以配合。 | The securities regulatory authorities of the State Council and other financial supervision and administration authorities shall establish an information sharing mechanism.<br><br>When the securities regulatory authorities of the State Council carry out supervision, inspection or investigation in accordance with the provisions of the law, the relevant departments shall cooperate. |
| 第一百八十六条 | Article 186. |
| 国务院证券监督管理机构依法履行职责，发现证券违法行为涉嫌犯罪的，应当将案件移送司法机关处理。 | When the securities regulatory authorities of the State Council discover that an illegal securities transaction may involve a criminal offence, the case shall be referred to the judicial authorities for handling. |
| 第一百八十七条 | Article 187. |
| 国务院证券监督管理机构的人员不得在被监管的机构中任职。 | The personnel of the securities regulatory authorities of the State Council shall not hold a position in an organisation under supervision. |
| 第十一章 法律责任 | CHAPTER XI — LEGAL LIABILITY |
| 第一百八十八条 | Article 188. |
| 未经法定机关核准，擅自公开或者变 | Issuers making a public offering of securities arbitrarily or in |

相公开发行证券的，责令停止发行，退还所募资金并加算银行同期存款利息，处以非法所募资金金额百分之一以上百分之五以下的罚款；对擅自公开或者变相公开发行证券设立的公司，由依法履行监督管理职责的机构或者部门会同县级以上地方人民政府予以取缔。对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以上三十万元以下的罚款。

disguise without obtaining prior approval of the statutory authorities shall be ordered to halt the public offering and return the funds raised with interest based on bank interest rate for the corresponding period; a fine ranging from 1% to 5% of the amount of the illegally raised funds shall be imposed. Companies which make a public offering of securities arbitrarily or in disguise shall be closed down by the relevant supervision and administration authorities and the local people's government of county level and above. The person-in-charge and other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB300,000.

第一百八十九条

Article 189.

发行人不符合发行条件，以欺骗手段骗取发行核准，尚未发行证券的，处以三十万元以上六十万元以下的罚款；已经发行证券的，处以非法所募资金金额百分之一以上百分之五以下的罚款。对直接负责的主管人员和其他直接责任人员处以三万元以上三十万元以下的罚款。

Issuers which do not satisfy issuance requirements but use fraudulent means to obtain the approval for issuance shall be subject to a fine ranging from RMB300,000 to RMB600,000 if the securities are yet to be issued; where the securities have been issued, a fine ranging from 1% to 5% of the amount of illegally raised funds shall be imposed. The person-in-charge and other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB300,000.

发行人的控股股东、实际控制人指使从事前款违法行为的，依照前款的规定处罚。

The controlling shareholders and actual controlling party of the aforesaid issuers who instructed the aforesaid violations shall be punished in accordance with the provisions of the preceding paragraph.

第一百九十条

Article 190.

证券公司承销或者代理买卖未经核准擅自公开发行的证券的，责令停止承销或者代理买卖，没收违法所得，并处以违法所得一倍以上五倍以下的罚款；没有违法所得或者违法所得不足三十万元的，处以三十万元以上六十万元以下的罚款。给投资者造成损失的，应当与发行人承担连带赔偿责任。对直接负责的主管人员和其他直接责任人员给予警告，撤销任职资格或者证券从业资格，并处以三万元以上三十万元以下的罚款。

Securities companies engaging in underwriting or buying and selling of their clients' securities which were issued by way of a public offering of securities without prior approval shall be ordered to stop underwriting or buying and selling of such securities; the illegal income shall be confiscated and a fine ranging from one to five times of the amount of illegal income shall be imposed; where there is no illegal income or the amount of illegal income is below RMB300,000, a fine ranging from RMB300,000 to RMB600,000 shall be imposed. Where the act causes the investors to suffer losses, the securities company shall bear joint liability with the issuer. The person-in-charge and other personnel who are directly accountable shall be issued a warning, have their professional qualifications or employment qualifications for the securities industry revoked and be subject to a fine ranging from RMB30,000 to RMB300,000.

第一百九十一条

Article 191.

证券公司承销证券，有下列行为之一的，责令改正，给予警告，没收违法所得，可以并处三十万元以上六十万元以下罚款；情节严重的，暂停或者撤销相关业务许可。给其他证券承销机构或者投资者造成损失的，依法承担赔偿责任。对直接负责的主管人员和其他直接责任人员给予警告，可以并处三万元以上三十万元以下的罚款；情节严重的，撤销任职资格或者证券从业资格：

Securities companies engaging in underwriting which commits any of the following acts shall be ordered to make correction and be issued a warning; the illegal income shall be confiscated and a fine ranging from RMB300,000 to RMB600,000 may be imposed; where the case is serious, the relevant business operations shall be suspended or the relevant business permit(s) shall be revoked. Where the act causes other securities underwriters or investors to suffer losses, the securities company shall bear compensation liability in accordance with the provisions of the law. The person-in-charge and other personnel who are directly accountable shall be issued a warning and may be subject to a fine ranging from RMB30,000 to RMB300,000; where the case is serious, their professional qualifications or employment qualifications for the securities industry shall be revoked.

（一）进行虚假的或者误导投资者的广告或者其他宣传推介活动；

(1) conduct fraudulent or misleading advertisements or other promotional activities;

（二）以不正当竞争手段招揽承销业务；

(2) use improper means to compete for underwriting business; and

（三）其他违反证券承销业务规定的行为。

(3) commit other acts which violate the provisions on securities underwriting business.


Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 第一百九十二条 | Article 192. |
| 保荐人出具有虚假记载、误导性陈述或者重大遗漏的保荐书，或者不履行其他法定职责的，责令改正，给予警告，没收业务收入，并处以业务收入一倍以上五倍以下的罚款；情节严重的，暂停或者撤销相关业务许可。对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以上三十万元以下的罚款；情节严重的，撤销任职资格或者证券从业资格。 | Sponsors which issue a sponsor's letter which contains fraudulent information, misleading representation or major omission or fails to perform other statutory duties shall be ordered to make correction and be issued a warning; the business revenue shall be confiscated and a fine ranging from one to five times of the business income; where the case is serious, the relevant business operations shall be suspended or the relevant business permit(s) shall be revoked. The person-in-charge and other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB300,000; where the case is serious; their professional qualifications or employment qualifications for the securities industry shall be revoked. |
| 第一百九十三条 | Article 193. |
| 发行人、上市公司或者其他信息披露义务人未按照规定披露信息，或者所披露的信息有虚假记载、误导性陈述或者重大遗漏的，责令改正，给予警告，并处以三十万元以上六十万元以下的罚款。对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以上三十万元以下的罚款。 | Issuers, listed companies or other persons liable for making information disclosure which/who fail to make information disclosure in accordance with the provisions or made information disclosure which contains fraudulent information, misleading representation or major omission shall be ordered to make correction and be subject to a warning and a fine ranging from RMB300,000 to RMB600,000. The person-in-charge and other personnel who are directly accountable shall be subject to a warning and a fine ranging from RMB30,000 to RMB300,000. |
| 发行人、上市公司或者其他信息披露义务人未按照规定报送有关报告，或者报送的报告有虚假记载、误导性陈述或者重大遗漏的，责令改正，给予警告，并处以三十万元以上六十万元以下的罚款。对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以上三十万元以下的罚款。 | Issuers, listed companies or other persons liable for making information disclosure which/who fail to submit the relevant report in accordance with the provisions or submit a report which contains fraudulent information, misleading representation or major omission shall be ordered to make correction and be subject to a warning and a fine ranging from RMB300,000 to RMB600,000. The person-in-charge and other personnel who are directly accountable shall be subject to a warning and a fine ranging from RMB30,000 to RMB300,000. |
| 发行人、上市公司或者其他信息披露义务人的控股股东、实际控制人指使从事前两款违法行为的，依照前两款的规定处罚。 | The controlling shareholders and actual controlling party of the aforesaid issuers, listed companies or persons liable for making information disclosure who instructed the aforesaid violations shall be punished in accordance with the provisions of the preceding paragraphs. |
| 第一百九十四条 | Article 194. |
| 发行人、上市公司擅自改变公开发行证券所募集资金的用途的，责令改正，对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以上三十万元以下的罚款。 | Issuers and listed companies which change the usage purpose of the funds raised in a public offering of securities arbitrarily shall be ordered to make correction. The person-in-charge and other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB300,000. |
| 发行人、上市公司的控股股东、实际控制人指使从事前款违法行为的，给予警告，并处以三十万元以上六十万元以下的罚款。对直接负责的主管人员和其他直接责任人员依照前款的规定处罚。 | The controlling shareholders and actual controlling party of the aforesaid issuers and listed companies who instructed the aforesaid violations shall be issued a warning and be subject to a fine ranging from RMB300,000 to RMB600,000. The person-in-charge and other personnel who are directly accountable shall be punished in accordance with the provisions of the preceding paragraph. |
| 第一百九十五条 | Article 195. |
| 上市公司的董事、监事、高级管理人员、持有上市公司股份百分之五以上的股东，违反本法第四十七条的规定买卖本公司股票的，给予警告，可以并处三万元以上十万元以下的罚款。 | Directors, supervisors, senior management personnel of a listed company and shareholders holding 5% or more of the shares of a listed company who buy and sell the company's shares in violation of the provisions of Article 47 shall be issued a warning and may be subject to a fine ranging from RMB30,000 to RMB100,000. |
| 第一百九十六条 | Article 196. |
| 非法开设证券交易场所的，由县级以上人民政府予以取缔，没收违法所得，并处以违法所得一倍以上五倍以下的罚款；没有 | Securities trading premises which are established illegally shall be closed down by a people's government of county level and above; the illegal income shall be confiscated and a fine ranging from |

Wolters Kluwer   China Law & Reference

违法所得或者违法所得不足十万元的，处以十万元以上五十万元以下的罚款。对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以上三十万元以下的罚款。

one to five times of the amount of illegal income shall be imposed; where there is no illegal income or the amount of illegal income is below RMB100,000, a fine ranging from RMB100,000 to RMB500,000 shall be imposed. The person-in-charge and other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB300,000.

第一百九十七条

Article 197.

未经批准，擅自设立证券公司或者非法经营证券业务的，由证券监督管理机构予以取缔，没收违法所得，并处以违法所得一倍以上五倍以下的罚款；没有违法所得或者违法所得不足三十万元的，处以三十万元以上六十万元以下的罚款。对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以上三十万元以下的罚款。

Securities companies established without prior approval or illegal securities operations shall be closed down by the securities regulatory authorities; the illegal income shall be confiscated and a fine ranging from one to five times of the amount of illegal income shall be imposed; where there is no illegal income or the amount of illegal income is below RMB300,000, a fine ranging from RMB300,000 to RMB600,000 shall be imposed. The person-in-charge and other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB300,000.

第一百九十八条

Article 198.

违反本法规定，聘任不具有任职资格、证券从业资格的人员，由证券监督管理机构责令改正，给予警告，可以并处十万元以上三十万元以下的罚款；对直接负责的主管人员给予警告，可以并处三万元以上十万元以下的罚款。

Parties which violate the provisions of this Law in employing unqualified persons to engage in securities businesses shall be ordered by the securities regulatory authorities to make correction and be issued a warning and may be subject to a fine ranging from RMB100,000 to RMB300,000. The person-in-charge and other personnel who are directly accountable shall be issued a warning and may be subject to a fine ranging from RMB30,000 to RMB100,000.

第一百九十九条

Article 199.

法律、行政法规规定禁止参与股票交易的人，直接或者以化名、借他人名义持有、买卖股票的，责令依法处理非法持有的股票，没收违法所得，并处以买卖股票等值以下的罚款；属于国家工作人员的，还应当依法给予行政处分。

Persons prohibited by laws and administrative regulations from carrying out trading of shares who hold or buy and sell shares directly or in the name of others shall be ordered to dispose of the shares held illegally; the illegal income shall be confiscated and a fine of not more than the equivalent value of the shares shall be imposed; where the person is a civil servant, administrative punishment shall be imposed in accordance with the provisions of the law.

第二百条

Article 200.

证券交易所、证券公司、证券登记结算机构、证券服务机构的从业人员或者证券业协会的工作人员，故意提供虚假资料，隐匿、伪造、篡改或者毁损交易记录，诱骗投资者买卖证券从业资格，撤销证券从业资格，并处以三万元以上十万元以下的罚款；属于国家工作人员的，还应当依法给予行政处分。

The employees of stock exchanges, securities companies, securities registration and settlement organisations, securities service organisations or the personnel of securities industry association who deliberately provide fraudulent information or conceal, forge, tamper with or destroy trading records to induce investors to buy and sell securities shall have their employment qualifications for the securities industry revoked and be subject to a fine ranging from RMB30,000 to RMB100,000; where the person is a civil servant, administrative punishment shall be imposed in accordance with the provisions of the law.

第二百零一条

Article 201.

为股票的发行、上市、交易出具审计报告、资产评估报告或者法律意见书等文件的证券服务机构和人员，违反本法第四十五条的规定买卖股票的，责令依法处理非法持有的股票，没收违法所得，并处以买卖股票等值以下的罚款。

Securities service organisations and their personnel issuing audit reports, asset valuation reports or legal opinions for issuance, listing and trading of shares which/who buy and sell shares in violation of the provisions of Article 45 shall be ordered to dispose of the shares held illegally; the illegal income shall be confiscated and a fine of not more than the equivalent value of the shares shall be imposed.

第二百零二条

Article 202.

证券交易内幕信息的知情人或者非法获取内幕信息的人，在涉及证券的发行、交易或者其他对证券的价格有重大影响的信息公开前，买卖该证券，或者泄露该信息，或者建议他人买卖该证券的，责令依法处理非法持有的证券，没收违法所得，并处以违法所得一倍以上五倍以下的罚款；没有违法所

Insiders or persons who obtain insider information illegally guilty of trading in the securities or divulge the information or procure others to trade in the securities prior to such price-sensitive information being made public shall be ordered to dispose of the securities held illegally; the illegal income shall be confiscated and a fine ranging from one to five times of the amount of illegal income shall be imposed; where there is no illegal income or the

得或者违法所得不足三万元的，处以三万元以上六十万元以下的罚款。单位从事内幕交易的，还应当对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以上三十万元以下的罚款。证券监督管理机构工作人员进行内幕交易的，从重处罚。

amount of illegal income is below RMB30,000, a fine ranging from RMB30,000 to RMB600,000 shall be imposed. The person-in-charge of the organisation which engages in insider trading and other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB300,000. Personnel of securities regulatory authorities who engage in insider trading shall be subject to severe punishment.

第二百零三条

Article 203.

违反本法规定，操纵证券市场的，责令依法处理非法持有的证券，没收违法所得，并处以违法所得一倍以上五倍以下的罚款；没有违法所得或者违法所得不足三十万元的，处以三十万元以上三百万元以下的罚款。单位操纵证券市场的，还应当对直接负责的主管人员和其他直接责任人员给予警告，并处以十万元以上六十万元以下的罚款。

Parties who manipulate securities market in violation of the provisions of this Law shall be ordered to dispose of the illegally held securities; the illegal income shall be confiscated and a fine ranging from one to five times of the amount of illegal income shall be imposed; where there is no illegal income or the amount of illegal income is below RMB300,000, a fine ranging from RMB300,000 to RMB3 million shall be imposed. The person-in-charge organisations which manipulate securities market and other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB100,000 to RMB600,000.

第二百零四条

Article 204.

违反法律规定，在限制转让期限内买卖证券的，责令改正，给予警告，并处以买卖证券等值以下的罚款。对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以上三十万元以下的罚款。

Persons who buy and sell securities within the restriction period in violation of the provisions of law shall be ordered to make correction and be issued a warning; a fine of not more than the equivalent value of the illegally traded securities shall be imposed. The person-in-charge and other personnel who are directly accountable shall be subject to a fine ranging from RMB30,000 to RMB300,000.

第二百零五条

Article 205.

证券公司违反本法规定，为客户买卖证券提供融资融券的，没收违法所得，暂停或者撤销相关业务许可，并处以非法融资融券等值以下的罚款。对直接负责的主管人员和其他直接责任人员给予警告，撤销任职资格或者证券从业资格，并处以三万元以上三十万元以下的罚款。

The illegal income of securities companies which buy and sell securities for their clients or provide financing or securities lending services to their clients shall be confiscated; the relevant business operations or relevant business permit(s) shall be revoked and a fine of not more than the equivalent value of the illegal financing and securities lending shall be imposed. The person-in-charge and other personnel who are directly accountable shall be issued a warning, have their professional qualifications or employment qualifications for the securities industry revoked and be subject to a fine ranging from RMB30,000 to RMB300,000.

第二百零六条

Article 206.

违反本法第七十八条第一款、第三款的规定，扰乱证券市场的，由证券监督管理机构责令改正，没收违法所得，并处以违法所得一倍以上五倍以下的罚款；没有违法所得或者违法所得不足三万元的，处以三万元以上二十万元以下的罚款。

Persons who disrupt the order of the securities market in violation of the provisions of Article 78(1) and (3) shall be ordered by the securities regulatory authorities to make correction and the illegal income shall be confiscated; a fine ranging from one to five times of the amount of illegal income shall be imposed; where there is no illegal income or the amount of illegal income is below RMB30,000, a fine ranging from RMB30,000 to RMB200,000 shall be imposed.

第二百零七条

Article 207.

违反本法第七十八条第二款的规定，在证券交易活动中作出虚假陈述或者信息误导的，责令改正，处以三万元以上二十万元以下的罚款；属于国家工作人员的，还应当依法给予行政处分。

Persons who make fraudulent representation or provide misleading information in securities transactions in violation of the provisions of Article 78(2) shall be ordered to make correction and a fine ranging from RMB30,000 to RMB200,000 shall be imposed; where the person is a civil servant, administrative punishment shall be imposed in accordance with the provisions of the law.

第二百零八条

Article 208.

违反本法规定，法人以他人名义设立账户或者利用他人账户买卖证券的，责令改正，没收违法所得，并处以违法所得一倍以上五倍以下的罚款；没有违法所得或者违法所得不足三万元的，处以三万元以上三十万元以下的罚款。对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以

Legal persons who open accounts in the name of others or use the accounts of others to buy and sell securities in violation of the provisions of this Law shall be ordered to make correction and the illegal income shall be confiscated; a fine ranging from one to five times of the amount of illegal income shall be imposed; where there is no illegal income or the amount of illegal income is below RMB30,000, a fine ranging from RMB30,000 to RMB300,000 shall

Wolters Kluwer | China Law & Reference

上十万元以下的罚款。

证券公司为前款规定的违法行为提供自己或者他人的证券交易账户的，除依照前款的规定处罚外，还应当撤销直接负责的主管人员和其他直接责任人员的任职资格或者证券从业资格。

be imposed. The person-in-charge or other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB100,000.

Securities companies which provide their accounts or the securities trading accounts of others shall be subject to punishment in accordance with the provisions of the aforesaid paragraph; in addition, the person-in-charge and other personnel who are directly accountable shall have their professional qualifications or employment qualifications for the securities industry revoked.

| 第二百零九条 | Article 209. |
|---|---|

证券公司违反本法规定，假借他人名义或者以个人名义从事证券自营业务的，责令改正，没收违法所得，并处以违法所得一倍以上五倍以下的罚款；没有违法所得或者违法所得不足三十万元的，处以三十万元以上六十万元以下的罚款；情节严重的，暂停或者撤销证券自营业务许可。对直接负责的主管人员和其他直接责任人员给予警告，撤销任职资格或者证券从业资格，并处以三万元以上十万元以下的罚款。

Securities companies which engage in self-operated securities business in the name of others or in the name of individuals in violation of the provisions of this Law shall be ordered to make correction; the illegal income shall be confiscated and a fine ranging from one to five times of the amount of illegal income shall be imposed; where there is no illegal income or the amount of illegal income is below RMB300,000, a fine ranging from RMB300,000 to RMB600,000 shall be imposed; where the case is serious, the self-operated securities business permit may be suspended or revoked. The person-in-charge and other personnel who are directly accountable shall be issued a warning, have their professional qualifications or employment qualifications for the securities industry revoked and be subject to a fine ranging from RMB30,000 to RMB100,000.

| 第二百一十条 | Article 210. |
|---|---|

证券公司违背客户的委托买卖证券、办理交易事项，或者违背客户真实意思表示，办理交易以外的其他事项的，责令改正，处以一万元以上十万元以下的罚款。给客户造成损失的，依法承担赔偿责任。

Securities companies which buy and sell securities or handle transactions against a client's order or handle non-transaction matters against the real intention of a client shall be ordered to make correction and be subject to a fine ranging from RMB10,000 to RMB100,000. Where the client suffers losses thereto, the securities company shall bear compensation liability in accordance with the provisions of the law.

| 第二百一十一条 | Article 211. |
|---|---|

证券公司、证券登记结算机构挪用客户的资金或者证券，或者未经客户的委托，擅自为客户买卖证券的，责令改正，没收违法所得，并处以违法所得一倍以上五倍以下的罚款；没有违法所得或者违法所得不足十万元的，处以十万元以上六十万元以下的罚款；情节严重的，责令关闭或者撤销相关业务许可。对直接负责的主管人员和其他直接责任人员给予警告，撤销任职资格或者证券从业资格，并处以三万元以上三十万元以下的罚款。

Securities companies, securities registration and settlement organisations which misappropriate clients' funds or securities or buy and sell securities for clients without authorisation of the clients shall be ordered to make correction; the illegal income shall be confiscated and a fine ranging from one to five times of the amount of illegal income shall be imposed; where there is no illegal income or the amount of illegal income is below RMB100,000, a fine ranging from RMB100,000 to RMB600,000 shall be imposed; where the case is serious, the securities company shall be closed down or the relevant business permit(s) shall be revoked. The person-in-charge and other personnel who are directly accountable shall be issued a warning, have their professional qualifications or employment qualifications for the securities industry revoked and be subject to a fine ranging from RMB30,000 to RMB300,000.

| 第二百一十二条 | Article 212. |
|---|---|

证券公司办理经纪业务，接受客户的全权委托买卖证券的，或者证券公司对客户买卖证券的收益或者赔偿证券买卖的损失作出承诺的，责令改正，没收违法所得，并处以五万元以上二十万元以下的罚款，可以暂停或者撤销相关业务许可。对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以上十万元以下的罚款，可以撤销任职资格或者证券从业资格。

Securities companies engaging in brokerage business which accept discretionary orders of clients to buy and sell securities or undertake gains on securities trading or compensation of losses on securities trading shall be ordered to make correction; the illegal income shall be confiscated and a fine ranging from RMB50,000 to RMB200,000 shall be imposed; the relevant business permit(s) may be suspended or revoked. The person-in-charge and other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB100,000; and may have their professional qualifications or employment qualifications for the securities industry revoked.

| 第二百一十三条 | Article 213. |
|---|---|

Wolters Kluwer   China Law & Reference

收购人未按照本法规定履行上市公司收购的公告、发出收购要约等义务的，责令改正，给予警告，并处以十万元以上三十万元以下的罚款；在改正前，收购人对其收购或者通过协议、其他安排与他人共同收购的股份不得行使表决权。对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以上三十万元以下的罚款。

Acquirors who fail to make public announcement for acquisition of a listed company or to make an acquisition offer in accordance with the provisions of the Law shall be ordered to make correction and be subject to a fine ranging from RMB100,000 to RMB300,000; prior to the correction, the securities company shall not exercise voting rights on those shares acquired by the securities company solely or jointly with others through an agreement or other arrangement. The person-in-charge and other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB300,000.

第二百一十四条

Article 214.

收购人或者收购人的控股股东，利用上市公司收购，损害被收购公司及其股东的合法权益的，责令改正，给予警告；情节严重的，并处以十万元以上六十万元以下的罚款。给被收购公司及其股东造成损失的，依法承担赔偿责任。对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以上三十万元以下的罚款。

Acquirors or the controlling shareholders of an acquiror who use the acquisition of a listed company to infringe upon the legal rights and interests of the target company and its shareholders shall be ordered to make correction and be issued a warning; where the case is serious, a fine ranging from RMB100,000 to RMB600,000 shall be imposed. Where the target company and its shareholders suffer losses, compensation liability shall be pursued in accordance with the provisions of the law. The person-in-charge and other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB300,000.

第二百一十五条

Article 215.

证券公司及其从业人员违反本法规定，私下接受客户委托买卖证券的，责令改正，给予警告，没收违法所得，并处以违法所得一倍以上五倍以下的罚款；没有违法所得或者违法所得不足十万元的，处以十万元以上三十万元以下的罚款。

Securities companies and their personnel which/who accept orders from clients in private to buy and sell securities in violation of the provisions of this Law shall be ordered to make correction and be issued a warning; the illegal income shall be confiscated and a fine ranging from one to five times of the amount of illegal income shall be imposed; where there is no illegal income or the amount of illegal income is below RMB100,000, a fine ranging from RMB100,000 to RMB300,000 shall be imposed.

第二百一十六条

Article 216.

证券公司违反规定，未经批准经营非上市证券的交易的，责令改正，没收违法所得，并处以违法所得一倍以上五倍以下的罚款。

Securities companies which violate the provisions to engage in trading of non-listed securities without approval shall be ordered to make correction; the illegal income shall be confiscated and a fine ranging from one to five times of the amount of illegal income shall be imposed.

第二百一十七条

Article 217.

证券公司成立后，无正当理由超过三个月未开始营业的，或者开业后自行停业连续三个月以上的，由公司登记机关吊销其公司营业执照。

Securities companies which do not commence operation within three months after incorporation without a proper reason or suspend operations arbitrarily for more than three months consecutively after commencement of operations shall be revoked by the company registration authorities.

第二百一十八条

Article 218.

证券公司违反本法第一百二十九条的规定，擅自设立、收购、撤销分支机构，或者合并、分立、停业、解散、破产，或者在境外设立、收购、参股证券经营机构的，责令改正，没收违法所得，并处以违法所得一倍以上五倍以下的罚款；没有违法所得或者违法所得不足十万元的，处以十万元以上六十万元以下的罚款。对直接负责的主管人员给予警告，并处以三万元以上十万元以下的罚款。

Securities companies which establish or acquire or revoke a branch without authorisation or in the event of merger, division, closure, dissolution, bankruptcy or the establishment or acquisition of or equity participation in overseas securities organisations in violation of the provisions of Article 129 shall be ordered to make correction; the illegal income shall be confiscated and a fine ranging from one to five times of the amount of illegal income shall be imposed; where there is no illegal income or the amount of illegal income is below RMB100,000, a fine ranging from RMB100,000 to RMB600,000 shall be imposed. The person-in-charge and other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB100,000.

证券公司违反本法第一百二十九条的规定，擅自变更有关事项的，责令改正，并处以十万元以上三十万元以下的罚款。对直接负责的主管人员给予警告，并处以五万元以下的罚款。

Securities companies which violate the provisions of Article 129 in making arbitrary changes to the relevant matters shall be ordered to make correction and be subject to a fine ranging from RMB100,000 to RMB300,000. The person-in-charge and other personnel who are directly accountable shall be issued a warning

| | and be subject to a fine of not more than RMB50,000. |
| 第二百一十九条 | Article 219. |
| 证券公司违反本法规定，超出业务许可范围经营证券业务的，责令改正，没收违法所得，并处以违法所得一倍以上五倍以下的罚款；没有违法所得或者违法所得不足三十万元的，处以三十万元以上六十万元以下罚款；情节严重的，责令关闭。对直接负责的主管人员和其他直接责任人员给予警告，撤销任职资格或者证券从业资格，并处以三万元以上十万元以下的罚款。 | Securities companies which violate the provisions of this Law in engaging in securities operations beyond the approved scope of business shall be ordered to make correction; the illegal income shall be confiscated and a fine ranging from one to five times of the amount of illegal income shall be imposed; where there is no illegal income or the amount of illegal income is below RMB300,000, a fine ranging from RMB300,000 to RMB600,000 shall be imposed. Where the case is serious, the securities company shall be closed down; the person-in-charge and other personnel who are directly accountable shall be issued a warning, have their professional qualifications or employment qualifications for the securities industry and be subject to a fine ranging from RMB30,000 to RMB100,000. |
| 第二百二十条 | Article 220. |
| 证券公司对其证券经纪业务、证券承销业务、证券自营业务、证券资产管理业务，不依法分开办理，混合操作的，责令改正，没收违法所得，并处以三十万元以上六十万元以下的罚款；情节严重的，撤销相关业务许可。对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以上十万元以下的罚款；情节严重的，撤销任职资格或者证券从业资格。 | Securities companies which do not separate their securities brokerage business, securities underwriting business, securities self-operated business, securities asset management business in accordance with the provisions of the law shall be ordered to make correction; the illegal income shall be confiscated and a fine ranging from RMB300,000 to RMB600,000 shall be imposed; where the case is serious, the relevant business permit(s) shall be revoked. The person-in-charge and other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB100,000; where the case is serious, their professional qualifications or employment qualifications for the securities industry shall be revoked. |
| 第二百二十一条 | Article 221. |
| 提交虚假证明文件或者采取其他欺诈手段隐瞒重要事实骗取证券业务许可的，或者证券公司在证券交易中有严重违法行为，不再具备经营资格的，由证券监督管理机构撤销证券业务许可。 | Persons who submit fraudulent certification or adopt other fraudulent means to conceal important fact so as to obtain a securities business permit or securities companies which commit a significant violation of the law in securities transactions and become disqualified, the securities regulatory authorities shall revoke the securities business permit. |
| 第二百二十二条 | Article 222. |
| 证券公司或者其股东、实际控制人违反规定，拒不向证券监督管理机构报送或者提供经营管理信息和资料，或者报送、提供的经营管理信息和资料有虚假记载、误导性陈述或者重大遗漏的，责令改正，给予警告，并处以三万元以上三十万元以下的罚款，可以暂停或者撤销证券公司相关业务许可。对直接负责的主管人员和其他直接责任人员，给予警告，并处以三万元以上十万元以下的罚款，可以撤销任职资格或者证券从业资格。<br><br>证券公司为其股东或者股东的关联人提供融资或者担保的，责令改正，给予警告，并处以十万元以上三十万元以下的罚款。对直接负责的主管人员和其他直接责任人员，处以三万元以上十万元以下的罚款。股东有过错的，在按照要求改正前，国务院证券监督管理机构可以限制其股东权利；拒不改正的，可以责令其转让所持证券公司股权。 | Securities companies or their shareholders and actual controlling party which/who violate the provisions and refuse to submit or provide business management information and materials to the securities regulatory authorities or securities companies or their shareholders and actual controlling party which/who submit or provide business management information which contains fraudulent information, misleading representation or major omission shall be ordered to make correction, be issued a warning and be subject to a fine ranging from RMB30,000 to RMB300,000; the relevant business permit(s) of the securities companies may be suspended or revoked. The person-in-charge and other personnel who are directly accountable shall be issued a warning and be subject to a fine of not more than RMB30,000; their professional qualifications or employment qualifications for the securities industry may be revoked.<br><br>Securities companies which provide financing or guarantee to their shareholders or the related parties of the shareholders shall be ordered to make correction and be issued a warning; a fine ranging from RMB100,000 to RMB300,000 shall be imposed. The person-in-charge and other personnel who are directly accountable shall be subject to a fine ranging from RMB30,000 to RMB100,000. Where the shareholder is at fault, the securities regulatory authorities of the State Council may, prior to the correction, restrict his/her shareholder's rights; where the shareholder refuses to make correction, he/she shall be ordered to transfer his/her shareholding in the securities company. |
| 第二百二十三条 | Article 223. |

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| 证券服务机构未勤勉尽责，所制作、出具的文件有虚假记载、误导性陈述或者重大遗漏的，责令改正，没收业务收入，暂停或者撤销证券服务业务许可，并处以业务收入一倍以上五倍以下的罚款。对直接负责的主管人员和其他直接责任人员给予警告，撤销证券从业资格，并处以三万元以上十万元以下的罚款。 | Securities service organisations which do not practise care and diligence and issue documents containing fraudulent records, misleading representation or major omission shall be ordered to make correction; the business income shall be confiscated; the securities service business permit shall be suspended or revoked and a fine ranging from one to five times of the amount of business income shall be imposed. The person-in-charge of and other personnel who are directly accountable shall be issued a warning, have their professional qualifications or employment qualifications for the securities industry revoked and be subject to a fine ranging from RMB30,000 to RMB100,000. |
| 第二百二十四条 | Article 224. |
| 违反本法规定，发行、承销公司债券的，由国务院授权的部门依照本法有关规定予以处罚。 | Persons who underwrite corporate bonds in violation of the provisions of this Law shall be punished by the authorised department of the State Council in accordance with the relevant provisions of this Law. |
| 第二百二十五条 | Article 225. |
| 上市公司、证券公司、证券交易所、证券登记结算机构、证券服务机构，未按照有关规定保存有关文件和资料的，责令改正，给予警告，并处以三万元以上三十万元以下的罚款；隐匿、伪造、篡改或者毁损有关文件和资料的，给予警告，并处以三万元以上六十万元以下的罚款。 | Listed companies, securities companies, stock exchanges, securities registration and settlement organisations and securities service organisations which do not keep the relevant documents and materials in accordance with the relevant provisions shall be ordered to make correction and be subject to a fine ranging from RMB30,000 to RMB300,000; persons who conceal, forge, tamper with or destroy the relevant documents and materials shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB600,000. |
| 第二百二十六条 | Article 226. |
| 未经国务院证券监督管理机构批准，擅自设立证券登记结算机构的，由证券监督管理机构予以取缔，没收违法所得，并处以违法所得一倍以上五倍以下的罚款。 | Securities registration and settlement organisations established without the approval of the securities regulatory authorities of the State Council shall be closed down by the securities regulatory authorities; the illegal income shall be confiscated and a fine ranging from one to five times of the amount of illegal income shall be imposed. |
| 投资咨询机构、财务顾问机构、资信评级机构、资产评估机构、会计师事务所未经批准，擅自从事证券服务业务的，责令改正，没收违法所得，并处以违法所得一倍以上五倍以下的罚款。 | Investment consultancy organisations, financial consultancy organisations, credit rating organisations, asset valuation organisations and accounting firms which engage in securities service businesses without obtaining prior approval shall be ordered to make correction; the illegal income shall be confiscated and a fine ranging from one to five times of the amount of illegal income shall be imposed. |
| 证券登记结算机构、证券服务机构违反本法规定或者依法制定的业务规则的，由证券监督管理机构责令改正，没收违法所得，并处以违法所得一倍以上五倍以下的罚款；没有违法所得或者违法所得不足十万元的，处以十万元以上三十万元以下的罚款；情节严重的，责令关闭或者撤销证券服务业务许可。 | Securities registration and settlement organisations and securities service organisations which violate the provisions of this Law or the business rules formulated in accordance with the provisions of the law shall be ordered by the securities regulatory authorities to make correction; the illegal income shall be confiscated and a fine ranging from one to five times of the amount of illegal income shall be imposed; where there is no illegal income or the amount of illegal income is below RMB100,000, a fine ranging from RMB100,000 to RMB300,000 shall be imposed; where the case is serious, the securities registration and settlement organisation or securities service organisation shall be closed down or the securities services business permit(s) shall be revoked. |
| 第二百二十七条 | Article 227. |
| 国务院证券监督管理机构或者国务院授权的部门有下列情形之一的，对直接负责的主管人员和其他直接责任人员，依法给予行政处分： | Under any of the following circumstances, the person-in-charge of the securities regulatory authorities of the State Council or the authorised department of the State Council and other personnel who are directly accountable shall be subject to administrative punishment in accordance with the provisions of the law: |
| （一）对不符合本法规定的发行证券、设立证券公司等申请予以核准、批准的； | (1) approval of applications for issuance of securities and establishment of securities companies which do not comply with |

Wolters Kluwer | China Law & Reference

| | |
|---|---|
| （二）违反规定采取本法第一百八十条规定的现场检查、调查取证、查询、冻结或者查封等措施的； | the provisions of this Law; <br><br> (2) violation of the provisions of law when adopting measures such as onsite inspection, investigation and collection of evidence, questioning, freezing or sealing up as stipulated in Article 180; |
| （三）违反规定对有关机构和人员实施行政处罚的； | (3) violation of the provisions in imposing administrative punishment on the relevant organisations and personnel; and |
| （四）其他不依法履行职责的行为。 | (4) other violations of the provisions of law when performing their duties. |
| 第二百二十八条 | Article 228. |
| 证券监督管理机构的工作人员和发行审核委员会的组成人员，不履行本法规定的职责，滥用职权、玩忽职守，利用职务便利牟取不当利益，或者泄露所知悉的有关单位和个人的商业秘密的，依法追究法律责任。 | Where the personnel of the securities regulatory authorities and members of the issuance review committee fail to perform the duties stipulated in this Law or abuse their official powers or neglect their duties or use their official position to seek improper gains or divulge the commercial secrets of the relevant organisations and individuals, legal liability shall be pursued in accordance with the provisions of the law. |
| 第二百二十九条 | Article 229. |
| 证券交易所对不符合本法规定条件的证券上市的申请予以审核同意的，给予警告，没收业务收入，并处以业务收入一倍以上五倍以下的罚款。对直接负责的主管人员和其他直接责任人员给予警告，并处以三万元以上三十万元以下的罚款。 | A stock exchange which grants approval to listing applications which do not satisfy the requirements stipulated in this Law shall be issued a warning; the business income shall be confiscated and a fine ranging from one to five times of the amount of business income shall be imposed. The person-in-charge and other personnel who are directly accountable shall be issued a warning and be subject to a fine ranging from RMB30,000 to RMB300,000. |
| 第二百三十条 | Article 230. |
| 拒绝、阻碍证券监督管理机构及其工作人员依法行使监督检查、调查职权未使用暴力、威胁方法的，依法给予治安管理处罚。 | Persons who refuse or hinder the supervision, inspection and investigation of the securities regulatory authorities and its personnel but did not use violence or threat shall be punished in accordance with the provisions on public security administration. |
| 第二百三十一条 | Article 231. |
| 违反本法规定，构成犯罪的，依法追究刑事责任。 | Where a violation of the provisions of this Law constitutes a criminal offence, criminal liability shall be pursued in accordance with the provisions of the law. |
| 第二百三十二条 | Article 232. |
| 违反本法规定，应当承担民事赔偿责任和缴纳罚款、罚金，其财产不足以同时支付时，先承担民事赔偿责任。 | Persons who violate the provisions of this Law shall bear civil compensation liability and pay fines and penalties; where the assets are insufficient, civil compensation shall take priority. |
| 第二百三十三条 | Article 233. |
| 违反法律、行政法规或者国务院证券监督管理机构的有关规定，情节严重的，国务院证券监督管理机构可以对有关责任人员采取证券市场禁入的措施。 | In the event of serious violation of the provisions of laws, administrative regulations or the relevant provisions of the securities regulatory authorities of the State Council, the securities regulatory authorities of the State Council may impose a ban on entry into the securities market on the personnel who are accountable. |
| 前款所称证券市场禁入，是指在一定期限内直至终身不得从事证券业务或者不得担任上市公司董事、监事、高级管理人员的制度。 | The aforesaid ban on entry into the securities market shall mean that the personnel shall not work in the securities industry or act as a director, supervisor or senior management personnel of a listed company for a certain period or permanently. |
| 第二百三十四条 | Article 234. |
| 依照本法收缴的罚款和没收的违法所得，全部上缴国库。 | All fines collected and illegal income confiscated in accordance with this Law shall be turned over to the State treasury. |
| 第二百三十五条 | Article 235. |
| 当事人对证券监督管理机构或者国务院授权的部门的处罚决定不服的，可以依法申请行政复议，或者依法直接向人民法院提起诉讼。 | Parties concerned who disagree with a punishment decision of the securities regulatory authorities or the department(s) authorised by the State Council may apply for an administrative review or file a lawsuit directly with a people's court in accordance with the |

Wolters Kluwer | China Law & Reference

| | provisions of the law. |
|---|---|
| 第十二章 附则 | CHAPTER XII — SUPPLEMENTARY PROVISIONS |
| 第二百三十六条 | Article 236. |
| 本法施行前依照行政法规已批准在证券交易所上市交易的证券继续依法进行交易。 | Securities approved for listing on the stock exchanges prior to the implementation of this Law shall continue to be traded in accordance with the provisions of the law. |
| 本法施行前依照行政法规和国务院金融行政管理部门的规定经批准设立的证券经营机构，不完全符合本法规定的，应当在规定的限期内达到本法规定的要求。具体实施办法，由国务院另行规定。 | Securities business organisations approved to be established in accordance with the provisions of the administrative regulations and the provisions of the financial administrative authorities of the State Council prior to the implementation of this Law which do not comply certain requirements stipulated in this Law shall meet the requirements stipulated in this Law within a stipulated period. The specific implementation measures shall be formulated by the State Council separately. |
| 第二百三十七条 | Article 237. |
| 发行人申请核准公开发行股票、公司债券，应当按照规定缴纳审核费用。 | Issuers applying for approval for a public offering of shares and corporate bonds shall pay examination and approval fees in accordance with the provisions. |
| 第二百三十八条 | Article 238. |
| 境内企业直接或者间接到境外发行证券或者将其证券在境外上市交易，必须经国务院证券监督管理机构依照国务院的规定批准。 | Domestic enterprises issuing securities overseas directly or indirectly or listing their securities overseas shall obtain the approval of the securities regulatory authorities of the State Council in accordance with the provisions of the State Council. |
| 第二百三十九条 | Article 239. |
| 境内公司股票以外币认购和交易的，具体办法由国务院另行规定。 | The specific measures on subscription or trading of shares of domestic companies using foreign currencies shall be formulated by the State Council separately. |
| 第二百四十条 | Article 240. |
| 本法自2006年1月1日起施行。 | This Law shall be effective 1 January 2006. |