# **EXHIBIT A**

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

404-881-7000
Fax: 404-253-8579
www.alston.com

Christina Hull Eikhoff               Direct Dial: 404-881-4496                Email: christy.eikhoff@alston.com

May 11, 2016

VIA EMAIL

Russ Herman, Esq.
Herman Herman & Katz
820 O'Keefe Ave.
New Orleans, LA 70113-1116

Re:   *In re Chinese Manufactured Drywall Products Liability Litigation*, MDL 2047
      PTO 16 Response to Confidentiality Designation Objections

Counsel:

This letter is written pursuant to the procedures outlined in Pre-Trial Order 16 ("PTO 16") and in response to your February 22, 2016 letter ("Letter") raising objections to confidentiality designations made by Taishan during the course of this litigation.

Attached to this letter, please find Taishan's Exhibits A, B, and C which respond to each of the challenged confidentiality designations attributed to Taishan in your Letter. For each challenged designation, Taishan has provided a response which either removes the confidentiality designation (labeled as "Not Confidential") or maintains the designation. Where the designation has been maintained, Taishan provides a basis for maintaining confidentiality of each item.

Notably, where documents are now marked as "Not Confidential", Taishan is only waiving confidentiality as to the English translations provided by the PSC and the portion of the original document that is translated in the exhibits listed by the PSC. Taishan does not agree to waive confidentiality as to any untranslated or machine-translated portions of the original Chinese document.

In Taishan's Exhibit C, Taishan agrees to remove confidentiality designations as to the particular PSC-cited excerpts identified in that chart. Taishan does not agree to waive the confidentiality designations of any portions of these depositions outside of the PSC's cited excerpt.

Pursuant to PTO 16, we are prepared to discuss any further issues with these designations through the mandated meet-and-confer process. Please contact at us if you would like to discuss these items further.

May 11, 2016
Page 2

                        Sincerely,

                        ALSTON & BIRD LLP

                        Christina Hull Eikhoff

CHE
Enclosures

**Taishan Response to PSC Exhibit A**

| Bates Number | Designation | Description | PSC Ex. # | Designation | Taishan's Response |
|---|---|---|---|---|---|
| TG0001684-1685 | Confidential | 11/17/2005 Contract No. SDTH051117A between Taishan and Venture Supply | MTD 141 | Not Confidential | |
| TG0019854-19857 | Confidential | 12/16/2005 Contract No. SDTH05121601 between Taishan and Venture Supply | MTD 142 | Not Confidential | |
| TG0020598-20600 | Confidential | 3/24/2005 Shandong Taihe Dongxin Co., Ltd. Resolutions of the General Meeting of Shareholders | MTD 144 | Confidential | Confidential shareholder resolutions of a private company. |
| TG0020601-20602 | Confidential | 4/25/2005 Resolutions of the General Meeting of Shareholders of Taishan Gypsum | MTD 84 | Confidential | Confidential shareholder resolutions of a private company. |
| TG0020608-20629 | Confidential | 4/25/2005 Shandong Taihe Dongxin Co., Ltd. Articles of Incorporation | MTD 280 | Confidential | Confidential shareholder resolutions of a private company. |
| TG0020666-20667 | Confidential | 11/8/2005 Shandong Taihe Dongxin Co., Ltd. Shareholder Meeting Resolution | MTD 139 | Confidential | Confidential shareholder resolutions of a private company. |
| TG0020668-20669 | Confidential | 11/8/2005 Shandong Taihe Dongxin Co., Ltd. Amendment of Article of Incorporation | MTD 140 | Confidential | Confidential corporate formation documents of a private company. |
| TG0020675-20676 | Confidential | 4/15/2006 Shandong Taihe Dongxin Co., Ltd. Resolution of the First Extraordinary General Meeting of 2006 | MTD 85 | Confidential | Confidential meeting summary of a private company. |
| TG0020682-20685 | Confidential | 6/26/2005 Resolution of the 4th Extraordinary General Meeting of Shareholders for the Year of 2005 of Shandong Taihe Dongxin Co., Ltd. | MTD 129 | Confidential | Confidential shareholder resolutions of a private company. |
| TG0020686-20709 | Confidential | 8/8/2006 Shandong Taihe Dongxin Co., Ltd. Articles of Association | | Confidential | Confidential corporate formation documents of a private company. |
| TG0020725-20748 | Confidential | 6/20/2007 Taishan Gypsum Co., Ltd. Articles of Association | MTD 131 | Confidential | Confidential corporate formation documents of a private company. |
| TG0020787 | Confidential | Taishan Gypsum Co., Ltd. Resolutions of the First Meeting of the Fourth Board of Directors held 5/20/2008 | MTD 106 | Confidential | Confidential Board of Directors meeting summary of a private company. |
| TG0020795-20798 | Confidential | 5/18/2009 Taishan Gypsum Co., Ltd. 2008 Annual General Meeting Resolutions | MTD 269 | Confidential | Confidential meeting summary of a private company. |
| TG0020805-20806 | Confidential | 6/12/2010 Taishan Gypsum Co., Ltd. Resolution of the Fifth Extraordinary General Meeting in 2010 | MTD 270 | Confidential | Confidential meeting summary of a private company. |
| TG0025900-25902 | Highly Confidential | 4/15/2006 Shandong Taihe Dongxin Co., Ltd. Third Meeting of the Third Board of Directors Resolutions | MTD 132 | Confidential | Confidential meeting summary of a private company. |
| TG0067647-67663 TG0067725-67768 | Confidential | 6/13/2010 BNBM Maximum Amount Guarantee Contract for Taishan | MTD 149 | Confidential | Confidential financial transaction document containing financial terms and account numbers. |
| TG0067667-67674 TG0067687-67698 | Confidential | 7/1/2011 BNBM Maximum Amount Guarantee Contract for Taishan | MTD 150 | Confidential | Confidential financial transaction document containing financial terms and account numbers. |
| TG0067709-67728 | Confidential | 8/22/2011 BNBM Maximum Amount Guarantee Contract for Taishan | MTD 151 | Confidential | Confidential financial transaction document containing financial terms and account numbers. |
| TG0067729-67747 | Confidential | 9/30/2013 BNBM Maximum Amount Guarantee Contract for Taishan | MTD 152 | Confidential | Confidential financial transaction document containing financial terms and account numbers. |
| TG0067748-67766 | Confidential | 4/16/2014 BNBM Maximum Amount Guarantee Contract for Taishan | MTD 153 | Confidential | Confidential financial transaction document containing financial terms and account numbers. |
| TG0067973-67990 | Confidential | 7/11/2013 BNBM Group Maximum Guarantee Contract Serial No. 37100520130051039 | MTD 88 | Confidential | Confidential financial transaction document containing financial terms and account numbers. |
| TG0068133-68153 | Confidential | 1/10/2013 BNBM Group Maximum Guarantee Contract Serial No. 2013-123010-ZG03 | MTD 87 | Confidential | Confidential financial transaction document containing financial terms and account numbers. |
| TG0071054-71055 TG0071056 | Confidential | 11/2/2010 Email from PENG Wenlong to Manager XU (advertising executive) and attachment ("Plan Two") - pattern for CNBM Group Taishan Gypsum Company Limited) | MTD 111 | Not Confidential | |

| Bates Number | Designation | Description | PSC Ex. # | Designation | Taishan's Response |
|---|---|---|---|---|---|
| TG0073103-73111 | Confidential | 6/29/2011 Email and attachment to JIA Tongchun re: Notice on Matters Relevant to CNBM Group's Training Class in 2011 for Leaders at Middle and Senior Levels | MTD 74 | Not Confidential | |
| TG0129674 | Confidential | 6/27/2010 Email from PENG Wenlong to ZHANG Jian | MTD 196 | Confidential | Confidential analysis regarding U.S. drywall litigation. |
| TG0129675-129676 | Confidential | Attachment 1 to 6/27/2010 email from PENG Wenlong to ZHANG Jian: Statement on the Data and Statistics of Exports to the U.S. from 2005 to 2007 | MTD 197 | Confidential | Confidential analysis regarding U.S. drywall litigation. |
| TG0129677 | Confidential | Attachment 2 to 6/27/2010 email from PENG Wenlong to ZHANG Jian: Statistics of U.S. Gypsum Boards of Self-managed Export during 2005-2007 | MTD 198 | Confidential | Confidential analysis regarding U.S. drywall litigation. |
| TG0208428-208430 | Confidential | 5/11/2009 Informational Report on the Class Actions Brought by the U.S. Parties Against Taishan Gypsum Company Limited | MTD 3 | Confidential | Confidential analysis regarding U.S. drywall litigation. |
| TG0217757-217762 | Confidential | 4/10/2011 CNBM Group's Informational Report on Seriously and Proactively Doing a Good Job in Responding to the Incident of "Problematic Gypsum Boards Shipped to the United States," addressed to General Administration of Quality Supervision | FSIA 161 | Confidential | Confidential analysis regarding U.S. drywall litigation. |
| TG0217959 | Confidential | 4/5/2010 Email from BNBM PLC to Taishan instructing over CNBM Group's Comprehensive Risk Management Notice | MTD 61 | Not Confidential | |
| TG0218944-218946 | Confidential | 11/3-5/2008 Email chain between and among CNBM, BNBM, and Taishan re: "Notice on submitting the information of import and export business operation and countermeasures of the enterprises during the financial crisis" | MTD 65 | Not Confidential | |
| TG0218947-218948 | Confidential | Attachment to 11/3-5/2008 email chain: "The Operation Situation and Relevant Suggestions on the Import and Export Business of Taishan Gypsum Company Limited" | MTD 66 | Confidential | Confidential analysis of a private company's assets and business strategy. |
| TG0369908-369913 | Confidential | 10/14/2013-11/3/2013 Email chain between and among PENG Wenlong, DONG Chungang, and ZHANG Jian | MTD 201 | Confidential | Confidential correspondence regarding legal fees and consultation services with outside corporate counsel in China. |
| TG0370699 | Confidential | 5/31/2009 Email from PENG Wenlong (Taishan) to China Building Materials Academy | MTD 191 | Not Confidential | |
| TG0370700 | Confidential | Attachment to 5/31/2009 email from PENG Wenlong to China Building Materials Academy: Questions to the Enterprise(s) | MTD 193 | Confidential | Confidential correspondence regarding product specifications and manufacturing processes of a private company. |
| TG0374792 | Confidential | 6/3/2010 Email from ZHANG Jian re: Report of the Board of Directors | MTD 194 | Not Confidential | |
| TG0374793-374801 | Confidential | Attachment to 6/3/2010 email from ZHANG Jian: Informational Report on Seriously and Proactively Doing a Good Job in Responding to the Incident of "Problematic Gypsum Boards Shipped to the United States" | MTD 195 | Confidential | Confidential analysis regarding U.S. drywall litigation. |
| TG-040615-0027610 | Confidential | 8/1/2008 Taishan Corporate Registration Form | MTD 166 | Confidential | Confidential shareholder resolutions of a private company. |
| TG-040615-0028530-28532 | Confidential | Shandong Taihe Dongxin Co., Ltd. Resolution of the Fourth Extraordinary General Meeting of Shareholders for the Year of 2005 held 6/26/2005 | MTD 266 | Confidential | Confidential shareholder resolutions of a private company. |
| TG-040615-0028564-28565 | Confidential | 6/20/2007 Minutes of 1st Extraordinary Meeting of Shareholders for the Year of 2007 of Shandong Taihe Dongxin Co., Ltd. | MTD 268 | Confidential | Confidential shareholder meeting summary of a private company. |
| TG-040615-0028572-28574 | Confidential | Minutes of Shandong Taihe Dongxin Limited Liability Company 2006 General Meeting of Shareholders | MTD 267 | Confidential | Confidential shareholder meeting summary of a private company. |
| TG-040615-0028676-28682 | Confidential | 8/11/2011 Taishan Gypsum Co., Ltd. Resolutions of the 2010 General Meeting of Shareholders | MTD 271 | Confidential | Confidential shareholder resolutions of a private company. |

| Bates Number | Designation | Description | PSC Ex. # | Designation | Taishan's Response |
|---|---|---|---|---|---|
| TG-040615-0028689 | Confidential | Taishan Gypsum Co., Ltd. Resolutions of the 5th Session of the 1st Meeting of the Board of Supervisors held 8/11/2011 | MTD 96 | Confidential | Confidential meeting summary of a private company. |
| TG-042315-0028886<br>TG-042315-0028887<br>TG-042315-0028888 | Confidential | 3/2015 Wire Transfers | Contempt 8 | Confidential | Confidential financial transaction document containing account numbers, including those of Taishan's U.S. counsel. |

**Taishan Response to PSC Exhibit B**

| Attachment # | Producing Party | Bates # | Description | Designation | Tasihan Response |
|---|---|---|---|---|---|
| **PSC Summary Chart: "Overlapping Officers and Directors"** ||||||
| 2 | Taishan | TG 0020663 | 4/25/2005 Resolution of the Board of Supervisors of Shandong Taihe Dongxin Co., Ltd. | Confidential | Confidential meeting minutes of a private company. |
| 3 16 | Taishan | TG-040615-0028675 | 2/21/2012 Application for Corporate Registration (Taishan Gypsum) | Confidential | Confidential corporate formation documents of a private company. |
| 4 | Taishan | TG-040615-0028677 | (p. 2 of) 8/11/2011 Taishan Gypsum Co., Ltd. Resolutions of the 2010 General Meeting of Shareholders | Confidential | Confidential meeting minutes of a private company. |
| 9 | Taishan | TG0020601 | 4/25/2005 Resolutions of the General Meeting of Shareholders of Taishan Gypsum | Confidential | Confidential shareholder resolutions of a private company. |
| 13 | Taishan | TG0020756 | 8/1/2008 Application for Corporate Registration (Taishan Gypsum) | Confidential | Confidential corporate formation documents of a private company. |
| 14 | Taishan | TG 0020787 | Taishan Gypsum Co., Ltd. Resolutions of the First Meeting of the Fourth Board of Directors held 5/20/2008 | Confidential | Confidential meeting minutes of a private company. |
| 15 | Taishan | TG-040615-0028526 | 8/9/2006 Application for Corporate Registration (Shandong Taihe Dongxin Co. Ltd.) | Confidential | Confidential corporate formation documents of a private company. |
| 20 | Taishan | TG-040615-0028706 | Resolutions of The Extraordinary General Meeting of Taishan Gypsum Co., Ltd. held 11/17/2014 | Confidential | Confidential meeting summary of a private company. |
| 23 | Taishan | TG0020760 | (p. 2 of) Taishan Gypsum Company Limited 2007 Annual Shareholders Meeting Resolutions | Confidential | Confidential shareholder resolutions of a private company. |
| 25 | Taishan | TG0020805 | (p. 1 of) Taishan Gypsum Co., Ltd. Resolution of the fifth Extraordinary General Meeting in 2010 | Confidential | Confidential meeting summary of a private company. |
| 26 | Taishan | TG-040615-0028698 | Resolutions of The Extraordinary General Meeting of Shareholders for the Year of 2014 of Taishan Gypsum Co., Ltd. | Confidential | Confidential shareholder resolutions of a private company. |
| 32 | Taishan | TG0020825 | Tai'an Taishan Plasterboard Co., Ltd. Director Appointment Document | Confidential | Confidential corporate appointment documents of a private company |
| 33 | Taishan | TG-040615-0028737 | Tai'an Taishan Plasterboard Co., Ltd. Legal Representative Appointment Document | Confidential | Confidential corporate appointment documents of a private company |
| 34 | Taishan | TG-040615-0028739 | Tai'an Taishan Plasterboard Co., Ltd. Manager Appointment Document | Confidential | Confidential corporate appointment documents of a private company |
| **PSC Summary Chart: "Taishan Gypsum Board Sales to the United States"** ||||||
| | Taishan | TG 0001658 | Taian Shandong Province Special Invoice for Export (2/2006) | Not Confidential | |
| | Taishan | TG 0001545 | 8/2/2006 Invoice (TTP to Wood Nation) | Not Confidential | |

| Attachment # | Producing Party | Bates # | Description | Designation | Tasihan Response |
|---|---|---|---|---|---|
| | Taishan | TG 0000619 | 12/30/2006 Pro Forma Invoice No. 06123001 (Buyer: Oriental Trading Company, Seller: TTP) | Not Confidential | |
| | Taishan | TG 0001662 | 4/30/2006 Taian Shandong Province Special Invoice for Export (TTP to B America Corporation) | Not Confidential | |
| | Taishan | TG 0001663 | 5/28/2006 Taian Shandong Province Special Invoice for Export (TTP to Oriental Trading Company) | Not Confidential | |
| | Taishan | TG 0001664 | 5/28/2006 Taian Shandong Province Special Invoice for Export (TTP to Oriental Trading Company) | Not Confidential | |
| | Taishan | TG 0001665 | 5/28/2006 Taian Shandong Province Special Invoice for Export (TTP to Oriental Trading Company) | Not Confidential | |
| | Taishan | TG 0001667 | 6/12/2006 Taian Shandong Province Special Invoice for Export (TTP to Oriental Trading Company) | Not Confidential | |
| | Taishan | TG 0021590 | 6/22/2007 TTP Invoice No. 07062204 (Buyer: Oriental Trading Company) | Not Confidential | |
| | Taishan | TG 0001668 | 6/26/2007 Taian Shandong Province Special Invoice for Export (TTP to Oriental Trading Company) | Not Confidential | |
| | Taishan | TG 0001669 | 7/3/2007 Taian Shandong Province Special Invoice for Export (TTP to Oriental Trading Company) | Not Confidential | |
| | Taishan | TG 0001670 | 7/3/2007 Taian Shandong Province Special Invoice for Export (TTP to Oriental Trading Company) | Not Confidential | |
| | Taishan | TG 0020090 | 7/3/2006 Invoice No. SDTH0622 (TTP to Triax Trading & Logistics LLC) | Not Confidential | |
| | Taishan | TG 0020091 | 7/20/2006 Invoice No. SDTH0622 (TTP to Triax Trading & Logistics LLC) | Not Confidential | |
| | Taishan | TG 0001657 | 9/15/2006 Taian Shandong Province Special Invoice for Export (TTP to GD Distributors, LLC) | Not Confidential | |
| | Taishan | TG 0001547 | 9/15/2006 Taian Shandong Province Special Invoice for Export (TTP to Shenzhen Yong Feng Investment Company) | Not Confidential | |
| | Taishan | TG 0001548 | 9/15/2006 Taian Shandong Province Special Invoice for Export (TTP to ShenzhenYongFengInvestment Company) | Not Confidential | |
| | Taishan | TG 0019961 | 11/16/2006 Taian Shandong Province Special Invoice for Export (TTP to Shenzhen Yongfeng Investment Company) | Not Confidential | |
| | Taishan | TG 0001659 | 12/28/2006 Taian Shandong Province Special Invoice for Export (TTP to ShenzhenYongfengInvestment Company) | Not Confidential | |
| | Taishan | TG 0001660 | 2/9/2007 Taian Shandong Province Special Invoice for Export (TTP to Shenzhen Yongfeng Investment Company) | Not Confidential | |
| | Taishan | TG 0001138 | 6/21/2006 Pro Forma Invoice No. 060621001 (TTP to TOV Trading New York, USA) | Not Confidential | |
| | Taishan | TG 0001140 | 6/21/2006 Pro Forma Invoice No. 060621001 (TTP to TOV Trading New York, USA) | Not Confidential | |

| Attachment # | Producing Party | Bates # | Description | Designation | Tasihan Response |
|---|---|---|---|---|---|
| | Taishan | TG 0000738 | 8/4/2006 Invoice No. 06080401 (TTP to TOV Trading New York, USA) | Not Confidential | |
| | Taishan | TG 0000728 | 8/25/2006 Invoice No. SDTH06082501 (TTP to TOV Trading New York, USA) | Not Confidential | |
| | Taishan | TG 0001550 | 10/5/2006 Taian Shandong Province Special Invoice for Export (TTP to TOV Trading New York, USA) | Not Confidential | |
| | Taishan | TG 0001551 | 10/5/2006 Taian Shandong Province Special Invoice for Export (TTP to TOV Trading New York, USA) | Not Confidential | |
| | Taishan | TG 0001552 | 10/5/2006 Taian Shandong Province Special Invoice for Export (TTP to TOV Trading New York, USA) | Not Confidential | |
| | Taishan | TG 0001646 | 2/24/2006 Taian Shandong Province Special Invoice for Export (Shandong Taihe Dongxin Co. to Venture Supply) | Not Confidential | |
| | Taishan | TG 0001647 | 7/20/2006 Taian Shandong Province Special Invoice for Export (Shandong Taihe Dongxin Co. to Venture Supply) | Not Confidential | |

**Taishan Response to PSC Exhibit C**

| Deponent | Date | PSC cited page:line | Taishan designated page:line | Designating Party | Designation and Response |
|---|---|---|---|---|---|
| CHE Gang | 6/2-4/2015 | 47:7-14 | 34:15-49:21 | Taishan | PSC cited page-line is not confidential. Remainder of Taishan designated page:line is confirmed as Highly Confidential pursuant to Court's Order (Rec. Doc. 18836). |
| JIA Tongchun | 9/17-18/2015 | 177:20-21 | 173:4-190:11 | Taishan | Taishan designated page:line is confirmed as Highly Confidential pursuant to Court's Order (Rec. Doc. 18836). |
| JIA Tongchun | 9/17-18/2015 | 180:2-9 | 173:4-190:11 | Taishan | PSC cited page-line is not confidential. Remainder of Taishan designated page:line is confirmed as Highly Confidential pursuant to Court's Order (Rec. Doc. 18836). |
| JIA Tongchun | 9/17-18/2015 | 189:7-190:11 | 173:4-190:11 | Taishan | PSC cited page-line is not confidential. Remainder of Taishan designated page:line is confirmed as Highly Confidential pursuant to Court's Order (Rec. Doc. 18836). |
| JIA Tongchun | 9/17-18/2015 | 212:16-213:6 | 212:11-219:25 | Taishan | Taishan designated page:line is confirmed as Highly Confidential pursuant to Court's Order (Rec. Doc. 18836). |
| CHANG Zhangli | 6/5-7/2015 | 114:10-17 | 109:7-114:17 | Taishan | PSC cited page-line is not confidential. Remainder of Taishan designated page:line is confirmed as Highly Confidential pursuant to Court's Order (Rec. Doc. 18836). |