# Exhibit B

**From:** Lillian Flemming [mailto:LFLEMMING@hhklawfirm.com]
**Sent:** Tuesday, December 20, 2016 12:02 PM
**To:** Kerry Miller (kjmiller@bakerdonelson.com) <kjmiller@bakerdonelson.com>; 'Wittmann, Phillip A.' (PWittmann@stonepigman.com) <PWittmann@stonepigman.com>; Barrasso, Judy (jbarrasso@barrassousdin.com) <jbarrasso@barrassousdin.com>; Harry Rosenberg (harry.rosenberg@phelps.com) <harry.rosenberg@phelps.com>; Alan Dean Weinberger (aweinberger@hanrylaw.com) <aweinberger@hanrylaw.com>; Taylor, Bernard <Bernard.Taylor@alston.com>; Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>; Kenny, Mike <Mike.Kenny@alston.com>; Alex Rothenberg (arothenberg@gordonarata.com) <arothenberg@gordonarata.com>; Donna Currault (dcurrault@gordonarata.com) <dcurrault@gordonarata.com>; Eric Shumsky (eshumsky@orrick.com) <eshumsky@orrick.com>; Ewell Eagan Jr. (eeagan@gordonarata.com) <eeagan@gordonarata.com>; James L. Stengel (jstengel@orrick.com) <jstengel@orrick.com>; L. Christopher Vejnoska Esq. (cvejnoska@orrick.com) <cvejnoska@orrick.com>; C. Michael Moore (mike.moore@dentons.com) <mike.moore@dentons.com>; Michael Barr (michael.barr@dentons.com) <michael.barr@dentons.com>; .SF.Fenton, Richard <richard.fenton@dentons.com>
**Cc:** ddysart@bakerdonelson.com; Wimberly, Dorothy H. (DWimberly@stonepigman.com) <DWimberly@stonepigman.com>; Pipes, Minor (mpipes@barrassousdin.com) <mpipes@barrassousdin.com>
**Subject:** Chinese Drywall MDL 2047 re Confidentiality Objections

From:  Leonard A. Davis

The PSC intends to file a motion with the Court addressing confidentiality objections.  Specifically, the motion will seek to remove confidentiality designations with respect to documents produced by and testimony of the Taishan Defendants and third parties.  This issue was addressed in meet and confers previously and we wanted to give you a heads up.  Should you care to discuss this further, representatives of the PSC will be available at the status conference tomorrow.


Lillian M. Flemming
Legal Assistant to
Leonard A. Davis and Danielle Treadaway Hufft
***Herman, Herman & Katz, L.L.C.***
***Herman Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
(504) 581-4892
(504) 561-6024 (fax)
Email:  lflemming@hhklawfirm.com
www.hhklawfirm.com

## CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the

message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.