Confidential - Subject to Further Confidentiality Review

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

)

)

) MDL No. 2047

IN RE: CHINESE-MANUFACTURED        )

DRYWALL PRODUCTS LIABILITY         ) SECTION: L

LITIGATION                         )

) JUDGE FALLON

)

) MAG. JUDGE WILKINSON

***** Confidential *****

***** Subject to Further Confidentiality Review *****

VIDEOTAPED DEPOSITION OF JIN WOOH

May 21, 2015

Seattle, Washington

EXHIBIT
9

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Confidential - Subject to Further Confidentiality Review

                                                    Page 6

 1                      BE IT REMEMBERED that on Thursday,

 2   May 21, 2015, at 1201 Third Avenue, Suite 3200, Seattle,

 3   Washington, at 11:02 a.m., before Terilynn Pritchard,

 4   Certified Court Reporter, CCR, RMR, CRR, CLR, appeared

 5   JIN WOOH, the witness herein;

 6                      WHEREUPON, the following proceedings

 7   were had, to wit:

 8

 9                      <<<<<< >>>>>>

10

11                      VIDEOGRAPHER:  We are now on the

12   record.  My name is Nicholas Rapp.  I am a videographer

13   for Golkow Technologies.

14       Today's date is May 21st, 2015, and the time is

15   11:02 a.m.

16       This 30(b)(6) video deposition is being held at 1201

17   Third Avenue, Suite 3200, Seattle, Washington, 98101, in

18   the matter of In Re Chinese-manufactured Drywall Products

19   Liability Litigation, Case No. 2:09-MD-02047-EEF-JCW, for

20   the U.S. District Court, Eastern District of Louisiana.

21       The deponent is Jin Wooh.

22        The court reporter is Terilynn Pritchard.

23       Would Counsel and all present please voice identify

24   themselves for the record.

25                      MR. GAUGHAN:  Matthew Gaughan, from

Confidential - Subject to Further Confidentiality Review

Page 7

1       Levin Fishbein, on behalf of the Plaintiff Steering

2       Committee.

3                       MR. BIANCHI:  Mario Bianchi, from

4       Lasher Holzapfel Sperry & Ebberson, on behalf of WH

5       International Inc.

6                       MR. PFAEHLER:  Kenneth Pfaehler,

7       Dentons US LLP, on behalf of Defendants BNBM PLC and

8       BNBM Group.

9                       MR. CABOT:  Jason Cabot, from Orrick

10      Herrington & Sutcliffe, on behalf of BNBM Group and BNBM

11      Company.

12                      VIDEOGRAPHER:  You may swear in the

13      witness.

14

15      JIN WOOH,                 having been first duly sworn

16                                by the Certified Court Reporter,

17                                testified as follows:

18

19                             EXAMINATION

20      BY MR. GAUGHAN:

21  Q   Good morning, Mr. Wooh.

22          Could you please state your full name for the

23      record?

24  A   My name is Jin Wooh from WH International.

25  Q   Okay.  And can you provide your business address for the

Confidential - Subject to Further Confidentiality Review

Page 23

1          e-mail address, the Hotmail e-mail address there?

2     A    On the second page?

3     Q    Yeah.  Yeah.

4     A    Yes.

5     Q    Whose e-mail address is that?

6     A    The first one, ZZGWY@hotmail.com?

7     Q    Yes.

8     A    It's our agent in China, George.

9     Q    What is George's full name?

10    A    George Zhang.

11    Q    Okay.  And you mentioned he's an agent of your company?

12    A    Yes.

13    Q    Is he a contractor?

14         Is that the type of relationship that you have with

15         him?

16    A    Can you clarify?

17    Q    Well, he is not an employee of WH International, is he?

18    A    No, he is not.

19    Q    But he does assist your company in procuring customers;

20         is that correct?

21    A    Yes.

22    Q    Okay.  And there's another e-mail address on there,

23         SimonWooh@hotmail.com.

24         I take it that's the gentleman who is located in

25         the room today, correct?

Confidential - Subject to Further Confidentiality Review

Page 91

1      a letter of credit in these commercial transactions; is

2      that correct?

3                          MR. PFAEHLER:  Objection to the form.

4                          THE WITNESS:  I would receive the

5      letter of credit, yes.

6   Q  (By Mr. Gaughan)  And that would be a regular part of

7      your business activities in selling timber to Asia; is

8      that correct?

9   A  Yes.

10  Q  And what is the purpose of that?

11  A  Letter of credit?

12  Q  Yeah.

13  A  It's the safest way of doing business, international

14     business.

15  Q  You are ensuring that you receive payment; is that

16     correct?

17  A  Yes.

18  Q  Okay.  And you would retain a copy of the letter of

19     credit like this in your files; is that correct?

20  A  Yes, I would.

21  Q  And that's part of your regular business practices?

22  A  Yes.

23  Q  Okay.  You can set that aside.

24                          (Exhibit No. 9 marked for

25                             identification.)

Confidential - Subject to Further Confidentiality Review

Page 97

1   Q   And the value of this letter of credit is $261,800; is

2       that correct?

3   A   Yes.

4   Q   And if you could look back at Exhibit No. 7--

5   A   Okay.

6   Q   Does this involve-- does this letter of credit involve,

7       to your knowledge, Exhibit No. 7?

8   A   Yes, it does.

9   Q   Okay.  Thank you.

10          When did you first hear of Beijing New Building

11      Materials?

12  A   I don't remember.

13  Q   Do you know how you first heard of that company?

14  A   Drawing up a contract.

15  Q   Okay.  Do you have any knowledge of what other companies

16      are affiliated with Beijing New Building Materials?

17  A   No, I don't, not--

18                  MR. PFAEHLER:  Objection to the form.

19  Q   (By Mr. Gaughan)  Do you have any knowledge of what the

20      parent corporation of Beijing New Building Materials is?

21  A   Not until I saw your subpoena, no.

22  Q   Okay.  Have you ever spoken to anyone at Beijing New

23      Building Materials?

24  A   No, I have not.

25  Q   Do you have an understanding that Beijing New Building

Confidential - Subject to Further Confidentiality Review

Page 98

1      Materials is controlled by the Chinese government?

2                      MR. PFAEHLER:  Objection to form.

3                      MR. CABOT:  Objection.

4                      THE WITNESS:  I don't know.

5   Q   (By Mr. Gaughan)  Do you have an understanding that the

6       Chinese government has an ownership interest in Beijing

7       New Building Materials?

8   A   I don't know.

9                      MR. PFAEHLER:  Multiple objections to

10      form.

11  Q   (By Mr. Gaughan)  And we spoke about Mr. Zhang; is that

12      correct?

13          Is that his name pronunciation?

14  A   Yes.

15  Q   Do you have any knowledge of who he would actually

16      communicate with at Beijing New Building Materials?

17  A   I don't know.

18  Q   And I take it, to your knowledge, you are not aware of

19      anyone from BNBM actually traveling to the United States

20      with respect to any of these contracts we discussed

21      today?

22  A   I am not aware?

23  Q   I am asking, are you aware?

24  A   I am not aware, no.

25  Q   Does anyone from your company actually travel to China

Confidential - Subject to Further Confidentiality Review

1     to meet with anyone from BNBM?

2  A  I don't know.

3  Q  Okay.  Who would know the answer to that question?

4  A  Simon would.

5  Q  But he's-- we are not going to call him or anything,

6     but-- so to your knowledge, you are not aware of

7     anything like that?

8  A  As far as-- I've been to China a couple times.  I have

9     never met anybody from BNBM.

10  Q  Did you meet with Mr. Zhang when you were there?

11  A  Yes.

12  Q  How many time haves you traveled to China to meet with

13     Mr. Zhang?

14  A  Within the last couple years, four times.

15  Q  Okay.  Did you meet with any customers during those

16     visits?

17  A  Yes.

18  Q  Okay.  No one from BNBM though, to your knowledge?

19  A  No.

20       I met Mr. Yin from Qingdao Youlin.

21  Q  Okay.

22  A  But that's not even close to BNBM.

23  Q  Was that just the one customer or did you meet with

24     anyone else?

25  A  Yes, he was our biggest customer for a long time, sir.

Confidential - Subject to Further Confidentiality Review

1   Q   Are there any other companies you can identify that you

2       met with?

3   A   No.

4   Q   Just the one customer then, but on multiple occasions?

5   A   Yes.

6   Q   I understand.

7       What was the name of his company again?

8   A   Qingdao Youlin.

9   Q   Was that one of the-- did we see that entity listed?

10   A   No.  It was Qingdao something else.

11   Q   Okay.  I understand.

12       Now, with respect to the-- I guess the lumber--

13       timber that you shipped to China on these various

14       contracts that we talked about today, do you know who

15       was responsible for inspecting those shipments for

16       conformity to your contracts with BNBM?

17   A   In China or in the United States?

18   Q   Well, okay, I guess that's a good question.

19       Who would inspect for conformity and where, with

20       respect to your contracts with BNBM?

21   A   I don't know.

22   Q   Okay.  Was there an inspection here in the United States

23       by someone?  Do you know?

24   A   To confirm that 661-- how many actual pieces were

25       shipped into the cans and stuff-- can you clarify your

Confidential - Subject to Further Confidentiality Review

Page 101

1          question, I guess is a better way to say?

2     Q    Sure.

3               In order to receive payment on a letter of credit,

4          there had to be some inspection to confirm that what was

5          actually being shipped was what was being paid for; is

6          that correct?

7     A    Yes.

8     Q    Do you know when and where that would take place?

9     A    No, I don't, but as far as I'm concerned, I drop off the

10         documents to the banks, and the banks cleared the

11         documents.

12    Q    Okay.  So would you receive payments before the logs

13         arrived in China?

14    A    Yes.

15    Q    So do you have any knowledge of BNBM being involved in

16         any sort of inspection process with--

17    A    I don't know.

18    Q    Do you have any knowledge of BNBM engaging any other

19         parties in the United States with respect to your

20         contractual dealings with them, the shipments that you

21         send over there?

22    A    Can you clarify your question?

23    Q    Do you know whether they worked with any of the shipping

24         companies to facilitate those transactions or anything

25         like that?

Confidential - Subject to Further Confidentiality Review

Page 102

1    A    I don't know.

2    Q    How about any other contractors or anyone like that?

3    A    I don't know.

4    Q    Any banks in the United States?

5    A    I don't know.

6                        (Videographer interruption.)

7

8                        MR. GAUGHAN:  I will be done before

9         that.

10                       MR. PFAEHLER:  How many minutes do we

11        have?

12                       MR. GAUGHAN:  Ten.

13   Q    (By Mr. Gaughan)  Do you know how BNBM receives

14        compensation on these various contracts we've been

15        discussing today?

16   A    I don't know.

17   Q    And so I take it they haven't shared any information

18        with you regarding the profitability of the contracts?

19   A    No, I never had contact with BNBM.

20   Q    Do you have a sense of what the total value of your

21        contracts was with BNBM between July 17, 2014 and the

22        present date?

23   A    Estimated, about a million dollars.

24   Q    A million dollars?

25   A    Yeah.

Confidential - Subject to Further Confidentiality Review

Page 103

```
 1            I mean, we can just add up all the contracts here

 2       and get the contract number if you want, but--

 3   Q   No.  I'm just asking if you had an independent-- so you

 4       think it was over a million dollars?

 5                       MR. PFAEHLER:  Objection to form.

 6       That wasn't his testimony.

 7                       THE WITNESS:  Around a million

 8       dollars.

 9   Q   (By Mr. Gaughan)  Around a million dollars, okay.

10            Now, with respect to these various contracts we've

11       looked at today, have you ever provided any compensation

12       directly to BNBM?

13   A   No, we have not.

14   Q   Do you have any current contracts with BNBM?

15   A   No, we don't.

16   Q   And do you have any outstanding obligations on any prior

17       contracts with BNBM?

18   A   No, we don't.

19   Q   Do you have any knowledge of BNBM having any bank

20       accounts in the United States?

21   A   I have no idea.

22   Q   Any real estate you're aware of?

23   A   I have no idea.

24            I don't know.

25   Q   How about anything like warehouses, anything like that?
```

Confidential - Subject to Further Confidentiality Review

Page 104

1   A   I don't know.

2   Q   Any joint ventures you are aware of that involve BNBM?

3   A   With us?

4   Q   Are you aware of any?

5   A   I don't know.

6   Q   Okay.  How about with respect to CNBM Import and Export

7       Company?

8   A   I don't know.

9   Q   We've looked at various contracts and other documents

10      today involving shipments of timber from your company to

11      China for BNBM, correct?

12  A   Yes.

13  Q   Would you agree that all of these contracts involve

14      shipments of timber from the United States to China?

15  A   Timber, yes.

16  Q   And you would also agree that BNBM is listed as a party

17      to all of those contracts we looked at today?

18  A   Yes.

19  Q   And would you also agree that BNBM was involved in

20      facilitating payment on all of those contracts we looked

21      at today?

22  A   Can you clarify "payment"?

23  Q   Well, we looked at letters of credit.

24  A   So payment to us, to WH International?

25  Q   Yes.

Confidential - Subject to Further Confidentiality Review

Page 105

1    A    Yes.

2    Q    So BNBM was a party to those letters of credit we looked

3         at today, correct?

4                        MR. PFAEHLER:  Objection to form.

5                        THE WITNESS:  Can you clarify that a

6         little bit more?

7    Q    (By Mr. Gaughan)  We looked at several letters of

8         credit.

9             Do you remember that?

10   A    Yeah.

11   Q    And in all of those letters of credit, BNBM was listed

12        as an applicant, correct?

13   A    Yes.

14   Q    And WH International was listed as a beneficiary of

15        those letters of credit, correct?

16   A    Yes.

17   Q    Okay.  So BNBM was participating in all those letters of

18        credit that we looked at today, and that's how you

19        received payment on the contracts?

20                        MR. PFAEHLER:  Multiple objections to

21        form.

22                        THE WITNESS:  Through BNBM's bank and

23        through our bank, yes.

24   Q    (By Mr. Gaughan)  But BNBM was involved in that process,

25        as an applicant on those letters of credit, correct?

Confidential - Subject to Further Confidentiality Review

Page 106

1                          MR. PFAEHLER:  Multiple objections to

2          form.

3                          THE WITNESS:  Yes.

4      Q   (By Mr. Gaughan)  Have you had any discussions with

5          anyone from BNBM regarding your deposition today?

6      A   No, I have not.

7      Q   How about with anyone from CNBM?

8                          MR. CABOT:  Objection; vague.

9                          THE WITNESS:  No, I have not.

10     Q   (By Mr. Gaughan)  Have you had any discussions with

11         anyone from Taishan with respect to today's deposition?

12     A   No, I have not.

13     Q   Do you know whether anyone has contacted your counsel,

14         from any of these companies, with respect to today's

15         deposition?

16                         MR. CABOT:  Objection, vague.

17                         THE WITNESS:  No, I do not.

18     Q   (By Mr. Gaughan)  During the time that you were involved

19         in these transactions involving BNBM, did anyone ever

20         advise you that an American court had issued a contempt

21         order that potentially impacted BNBM?

22                         MR. PFAEHLER:  Objection.

23                         THE WITNESS:  I had no idea.

24     Q   (By Mr. Gaughan)  So no one, to your knowledge, from

25         BNBM ever informed Mr. Zhang that there was a contempt

Confidential - Subject to Further Confidentiality Review

Page 107

1    order that potentially impacted BNBM?

2              MR. PFAEHLER:  Multiple objections;

3    including foundation, asked and answered, and

4    mischaracterizes the record.

5  Q  (By Mr. Gaughan)  You can answer.

6  A  So BNBM to Mr. Zhang?

7  Q  Yeah, are you aware, did Mr. Zhang ever advise you that

8    anyone from BNBM approached him and advised that an

9    American court had issued a contempt order?

10              MR. PFAEHLER:  Same objections.

11              THE WITNESS:  He did not say anything

12    to us.

13  Q  (By Mr. Gaughan)  Okay.  And I take it that they never--

14    no one from BNBM-- strike that.

15       I take it no one from BNBM ever advised Mr. Zhang

16    that there had been a contempt order that impacted

17    BNBM's ability to enter additional contracts with--

18    involving WH International?

19              MR. PFAEHLER:  Same objections to

20    which we had objections to form and foundation.

21  Q  (By Mr. Gaughan)  You can answer.

22  A  That, I would not know.

23              MR. GAUGHAN:  Okay.  I will pass the

24    witness.

25              MR. PFAEHLER:  All right.  I think

Confidential - Subject to Further Confidentiality Review

Page 108

1    we're about to run out of time on the videotape, so

2    we'll take a brief break, and then I'll have some

3    questions for you, but I won't take too much of your

4    time.

5                    THE WITNESS:  Okay.

6                    VIDEOGRAPHER:  We are going off

7    record.  The time is now 1:05 p.m.

8                         (Recess 1:05 to 1:11 p.m.)

9

10                   VIDEOGRAPHER:  This marks the

11   beginning of DVD No. 2.  The time is now 1:11 p.m.  We

12   are on record.

13

14

15                    EXAMINATION

16   BY MR. PFAEHLER:

17   Q   Good afternoon, Mr. Wooh.

18   A   Hello.

19   Q   You testified earlier that you have never spoken to

20       anyone at BNBM.

21          Have you ever exchanged e-mails with anyone at

22       BNBM?

23   A   Directly to BNBM?

24   Q   Correct.

25   A   No, I have not.

Confidential - Subject to Further Confidentiality Review

1   Q   And do you know if anyone at WH International, in the

2       United States, has ever e-mailed directly with BNBM?

3   A   No, we have not.

4   Q   Now, Mr. Zhang is a contractor who works-- or a

5       representative who works for WH International; is that

6       correct?

7   A   Yes.

8   Q   And when a transaction occurs, Mr. Zhang is compensated

9       by WH International; is that correct?

10  A   Yes.

11  Q   On a commission basis; is that correct?

12  A   Yes.

13  Q   Mr. Zhang arranges transactions with a wide number of

14      customers; is that fair to say?

15  A   Yes.

16  Q   And most of those transactions, the great majority, do

17      not involve BNBM; is that fair to say?

18  A   I don't know.

19              MR. GAUGHAN:  Object to form.

20  Q   (By Mr. Pfaehler)  Okay.  Can you approximate for me how

21      many of those transactions involve BNBM?

22  A   Less than five percent.

23  Q   Thank you.

24          Is it your understanding, in the timber sales we've

25      been looking at this morning and that you've been asked

Confidential - Subject to Further Confidentiality Review

Page 110

```
 1        about, that BNBM was not the ultimate customer for that
 2        timber?
 3            Was that your understanding?
 4   A    Yes.
 5   Q    Can you describe for me what you understood BNBM's role
 6        to be in those transactions?
 7   A    As far as I'm concerned, BNBM is a letter of credit
 8        company that issues the letter of credit for the
 9        ultimate buyer, the end user.
10   Q    And who chooses BNBM to be involved in any particular
11        transaction?
12   A    I don't know.
13   Q    Is that a choice the ultimate customer makes?
14                    MR. GAUGHAN:  Objection to the form.
15                    THE WITNESS:  I don't know the
16        concrete answer, absolute answer, so I don't know.
17   Q    (By Mr. Pfaehler)  WH International doesn't choose BNBM,
18        does it?
19   A    No, we do not.
20   Q    Chinese customers looking to buy timber from WH
21        International often communicate directly with Mr. Zhang;
22        isn't that correct?
23   A    Yes.
24   Q    And that includes customers who are involved in the
25        transaction with BNBM provides letters of credit; is
```

Confidential - Subject to Further Confidentiality Review

Page 111

1    that correct?

2   A  Yes.

3   Q  Before your deposition today have you ever spoken to

4      counsel for the plaintiff steering committee who has

5      been asking questions today?

6   A  No.  I went directly through Mario.

7   Q  And let's turn to what was marked as Exhibit No. 2.

8         If I could pull your attention to Page 1.

9         Item No. 3 in the e-mail at the bottom of the page,

10     do you see it says, "Silvan(Superchain) is the only bulk

11     buyer for Formark, as DK has no activity until the

12     Chinese market comes back"?

13  A  Yes.

14  Q  Do you know-- can you tell me who Silvan(Superchain) is?

15  A  I think we went over it with Matt.

16  Q  I thought we missed that one, so I wanted to ask you

17     real quickly.

18  A  Silvan is the-- I think a company based out of Bellevue

19     that bulks vessels out of the United States.

20  Q  You did speak to that, thank you.

21         And Formark?

22  A  Formark is our log supplier, so we buy the logs from

23     Formark.

24  Q  Thank you.

25         Let's turn to Page WHI 4.

Confidential - Subject to Further Confidentiality Review

Page 112

1        We have looked at the contract, and it requires an

2     irrevocable letter of credit.

3        Do you see that?

4   A   Yes.

5   Q   And it says, "Irrevocable letter at site."

6        What does that mean to you?

7   A   I don't know.

8        I don't know the concrete direct answer regarding

9     letter of credit law, no.

10  Q   And I'm sorry, I wasn't trying to ask you for that.

11       Let me try to ask a different or better question.

12       When you write-- and you prepared this contract,

13    right?

14  A   Yes.

15  Q   When you prepare the contract and you put down payment

16    terms, "100 percent irrevocable letter of credit at

17    site," what does that mean to you?

18  A   That means when that person hands the document to the

19    bank, they forward it to the bank in China, the buyer's

20    bank.  If the document is accepted, they have to pay me

21    100 percent of the invoice amount.

22  Q   And do you understand that when those documents that are

23    specified in the letter of credit are presented, that

24    the bank on the other end accepting those documents, if

25    the documents are facially valid, has to pay the letter

Confidential - Subject to Further Confidentiality Review

Page 113

1      of credit?

2   A   Yes.

3   Q   And that's why you require irrevocable letters of credit

4      when you do business?

5   A   It is the safest way of doing business, yes.

6   Q   It completely removes the risk of being paid, correct?

7   A   Yes.

8   Q   And it removes any ability on the part of the applicant

9      for the letter of credit to prevent payment if those

10     papers are delivered and they are facially valid; is

11     that correct?

12  A   No.

13  Q   Why not?

14  A   Because if there's a mistake in the document, the buyer

15     can refuse to pay the amount.

16  Q   Right, but if the documents you present are facially

17     valid, the bank must pay, correct?

18  A   Yes.

19  Q   And there's nothing the applicant can do about it,

20     correct?

21  A   I don't know about that part.

22  Q   Okay.  Is it your understanding that if those documents

23     are facially valid, the bank will pay?

24  A   I don't know.

25  Q   You don't know, okay.

Confidential - Subject to Further Confidentiality Review

Page 119

1    A    Not 4.

2    Q    Not 4?

3         Was 5 presented?

4    A    Yes.

5    Q    And in each instance that we looked at a commercial

6         invoice today, that was a document that you prepared for

7         presentation by your bank to the Chinese bank to draw on

8         the letter of credit, correct?

9                        MR. GAUGHAN:  Object to form.

10                       THE WITNESS:  Yes.

11   Q    (By Mr. Pfaehler)  And with respect to Page 6, the

12        packing list, is that a document that you prepared for

13        the draw on the letter of credit?

14   A    Yes.

15   Q    And in each instance that we looked at a packing list

16        today, that was a document that you prepared to be

17        presented to the bank to draw on the letter of credit

18        and not a document that you prepared to send to Beijing

19        New Building Materials Company, correct?

20                       MR. GAUGHAN:  Object to form.

21                       THE WITNESS:  Yes.

22   Q    (By Mr. Pfaehler)  Okay.  And if we could look at the

23        bill of lading, was that a document that was provided to

24        the bank to draw on the letter of credit?

25   A    Yes.

Confidential - Subject to Further Confidentiality Review

Page 122

1   Q   There's an e-mail that starts on the prior page from

2       Mr. Zhang to your father, and Item No. 2 says, "Teamway

3       asks to buy 50 can DF to Yantian at 980."

4           Do you know who Teamway is?

5   A   "Teamway" is-- Teamway Furniture is their company name.

6       It's one of the buyers that we do not deal with anymore.

7   Q   Do you know if they had any connection with BNBM?

8   A   I do not know.

9   Q   And it says, No. 3, "Old customers like to buy 50 cans

10      DF to SHA at 970."

11          Do you know who those customers were?

12  A   No, I don't.

13  Q   Do you have any reason to believe that they were-- had

14      any dealings with BNBM?

15  A   I don't know.

16  Q   Can you turn, please, to Page 39?

17          We were looking at that page, and Counsel asked you

18      about the e-mails on Pages 2 of 3 and 3 of 3, and you

19      said those involved other customers, correct?

20  A   Yes.

21  Q   And that's why you didn't produce it here?

22  A   Yes.

23  Q   And those were e-mails with Mr. Zhang?

24  A   Yes.

25  Q   And in, fact, there are hundreds, if not thousands, of

Confidential - Subject to Further Confidentiality Review

Page 123

1       pages of e-mails in your records from Mr. Zhang that

2       involve customers other than BNBM or that did not relate

3       to BNBM?

4    A  Yes.

5                    MR. GAUGHAN:  Object to form.

6    Q  (By Mr. Pfaehler)  Can you turn with me to Exhibit

7       No. 8?

8    A  (Witness complies.)

9    Q  If I could ask you to turn to Line 44C, toward the

10      bottom of the page, do you see it says, "Latest date of

11      shipment, 3/31/15"?

12   A  Yes.

13   Q  Do you know personally exactly when the shipment at

14      issue here occurred?

15   A  Occurred on February 28th, 2015.

16   Q  And you are looking at a page as you say that.

17         What page are you looking at?

18   A  I am looking at WHI 7.

19   Q  And I believe you testified, with respect to WHI 7, that

20      you don't know-- you weren't there when the ship was

21      actually loaded, right?

22   A  Yeah.

23   Q  And you were-- and you didn't go online to check on that

24      one, right?

25   A  Yes.

Confidential - Subject to Further Confidentiality Review

Page 127

```
 1      STATE OF WASHINGTON )    I, Terilynn Pritchard, RMR, CRR,
                            ) ss CLR, a certified court reporter
 2      County of Pierce    )    in the State of Washington, do
                                 hereby certify:

 3

 4
                 That the foregoing deposition of JIN WOOH was
 5      taken before me and completed on May 21, 2015, and
        thereafter was transcribed under my direction; that the
 6      deposition is a full, true and complete transcript of the
        testimony of said witness, including all questions, answers,
 7      objections, motions and exceptions;

 8               That the witness, before examination, was by me
        duly sworn to testify the truth, the whole truth, and
 9      nothing but the truth, and that the witness reserved the
        right of signature;

10

                 That I am not a relative, employee, attorney or
11      counsel of any party to this action or relative or employee
        of any such attorney or counsel and that I am not
12      financially interested in the said action or the outcome
        thereof;

13
                 That I am herewith securely sealing the said
14      deposition and promptly delivering the same to
        Attorney Matthew C. Gaughan.

15
                 IN WITNESS WHEREOF, I have hereunto set my
16      signature on the 23rd day of May, 2015.

17

18

19

20

21
                               _____
22
                               Terilynn Pritchard, CCR, RMR, CRR, CLR
23                             Certified Court Reporter No. 2047.

24

25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

TRANSACTION INFORMATION

Transaction Type:        Incoming 700 Issue of a Documentary Credit
Sending Bank:            ICBKCNBJABJM
                         INDUSTRIAL AND COMMERCIAL BANK OF CHINA
                         (BEIJING MUNICIPAL BRANCH)
                         BEIJING CHINA
Input Session/Sequence:  2976/350906
Input Time/Date:         18:10 2015/02/05

Receiving Bank:          USBKUS44ASEA
                         U.S. BANK
                         (SEATTLE INTERNATIONAL DEPARTMENT)
                         SEATTLE,WA UNITED STATES OF AMERICA
Output Time/Date:        04:10 2015/02/05
Session/Sequence:        2904/132868

TRANSACTION DETAIL

    27:    Sequence of Total
           1/1
    40A:   Form of Documentary Credit
           IRREVOCABLE
    20:    Documentary Credit Number
           LC11109B500804
    31C:   Date of Issue
           2015/02/05
    40E:   Applicable Rules
           UCP LATEST VERSION
    31D:   Date and Place of Expiry
           2015/04/15USA
    50:    Applicant
           BEIJING NEW BUILDING MATERIALS CO.,
           LTD
           (ADDRESS SEE TAG 72)
    59:    Beneficiary
           W.H. INTERNATIONAL INC.
           5105,191ST STREET,SOUTHWEST,
           LYNNWOOD,WA 98036,USA
    32B:   Currency Code, Amount
           USD 129,500.
    39A:   Percentage Credit Amount Tolerance
           10/10
    41D:   Available With ... By ...
           ANY BANK
           BY NEGOTIATION
    42C:   Drafts at ...
           AT SIGHT FOR 100PCT OF INVOICE
           VALUE
    42A:   Drawee
           ICBKCNBJBJM
           INDUSTRIAL AND COMMERCIAL BANK OF CHINA
           (BEIJING MUNICIPAL BRANCH)
           BEIJING CHINA
    43P:   Partial Shipments
           ALLOWED
    43T:   Transhipment
           ALLOWED
    44E:   Port of Loading/Airport of Departure
           SEATTLE OR TACOMA,USA
    44F:   Port of Discharge/Airport of Destination
           DALIAN,CHINA
    44C:   Latest Date of Shipment
           2015/03/31
    45A:   Description of Goods and/or Services
           COMMODITY:USA ROUND LOGS DOUGLAS FIR
           QUANTITY:135 MBF
           PRICE TERM:CFR DALIAN,CHINA
           TOTAL VALUE:USD129,500.00
    46A:   Documents Required

EXHIBIT
8
Wood

WHI 000087

+SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES INDICATING
L/C NO. AND CONTRACT NO.WHI-150006
+FULL SET (INCLUDING 3/3 ORIGINALS AND 3 COPIES) OF CLEAN ON
BOARD OCEAN BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED,
MARKED 'FREIGHT PREPAID',NOTIFYING APPLICANT WITH FULL NAME AND
ADDRESS.
+PACKING LIST IN 3 ORIGINALS AND 3 COPIES

47A:    Additional Conditions
+THIRD PARTY AS SHIPPER IS ACCEPTABLE
+THIRD PARTY DOCUMENTS EXCEPT COMMERCIAL INVOICE AND DRAFT ARE
ACCEPTABLE
+SHOULD THE DISCREPANCY BEING ACCEPTED BY THE APPLICANT AND
ACCEPTABLE TO US,WE SHALL RELEASE THE DOCUMENTS TO THEM WITHOUT
FURTHER NOTICE TO YOU UNLESS YOUR INSTRUCTION TO THE CONTRARY
RECEIVED PRIOR TO OUR RELEASE OF DOCUMENTS.
+UNLESS OTHERWISE STIPULATED IN THE CREDIT, ALL DOCUMENTS MUST BE
ISSUED IN ENGLISH.

71B:    Charges
ALL BANKING CHARGES AND INTEREST IF
ANY OUTSIDE THE ISSUING BANK,AND
REIMBURSEMENT CHARGES ARE FOR
ACCOUNT OF BENEFICIARY.

48:    Period for Presentation
DOCUMENTS TO BE PRESENTED WITHIN 15
DAYS AFTER DATE OF SHIPMENT BUT
WITHIN THE VALIDITY OF THE CREDIT.

49:    Confirmation Instructions
WITHOUT

78:    Instructions to the Paying/Accepting/Negotiating Bank
ALL DOCUMENTS ARE TO BE DESPATCHED IN ONE SET TO INT'L DEPT,ICBC
ZHONGGUANCUN SUB-BRANCH RM 301, BLDG 1, NO.2 SHANGDIXINXI RD.,
HAIDIAN DISTRICT 100085 BEIJING CHINA TEL:82896267.
AN EXTRA COPY OF TRANSPORT DOCUMENTS AND INVOICE FOR ISSUING
BANK'S FILE IS REQUIRED.
UPON RECEIPT OF THE DOCUMENTS COMPLIED WITH L/C TERMS,WE WILL
REMIT THE PROCEEDS IN ACCORDANCE WITH THE NEGOTIATING BANK'S
INSTRUCTIONS.
USD50.00 OR EQUIVALENT WILL BE DEDUCTED FROM THE PROCEEDS WHEN
DOCUMENTS ARE PRESENTED WITH DISCREPANCY(IES).

72:    Sender to Receiver Information
10 FLOOR, BUILDING 4, INTERWEST
BUSINESS CENTRE, NO.9 SHOUTI SOUTH
ROAD, HAIDIAN DIST. BEIJING,CHINA
TEL:86-10-68799778
FAX:86-10-68799756

{END 700 Issue of a Documentary Credit LC11109B500804 Message}

WHI 000088

```
U.S. Bank National Association        SWIFT   : USBKUS44SEA
International Dept., PD-WA-T9IN        Phone   : 206-344-3711
1420 Fifth Avenue, 9th Floor          Fax     : 206-344-5374
Seattle, WA  98101  U.S.A.
```

LETTER OF CREDIT
ADVISING COVER LETTER
**********************

02/05/15

W.H.INTERNATIONAL INC.
5105 191 ST. S.W.
LYNNWOOD, WA 98036 USA

Attn: JIN WOOH

```
===========================================================================
    U. S. Bank Reference Number    ELCSEA150737
    Letter of Credit Number        LC11109B500804
    Applicant                      BEIJING NEW BUILDING MATERIALS CO.,LTD
    Issuing Bank                   INDUSTRIAL AND COML BANK OF CHINA
                                   INT'L ICBC ZHONGGUANCUN SUB-BRANCH
                                   RM 301,BLDG 1, NO.2 SHANGDISINXI RD
                                   HAIDIAN DIST.100085 BEIJING CHINA
===========================================================================
```

Please be advised that we are in receipt of a new Letter of Credit that
will be transmitted electronically to you.
We will hold the original in our file for safekeeping.

This Letter of Credit is subject to the "Uniform Customs and Practice
for Documentary Credits" (2007 Revision), International Chamber of
Commerce Publication No. 600.

This is to serve solely as our advice to you of this Letter of Credit
and conveys no obligation or engagement on our part. Please examine
this Letter of Credit carefully. If you are unable to comply with its
terms and conditions, please contact your buyer immediately to arrange
for an amendment.

*When presenting documents for negotiation, please provide an EXTRA
 COPY of each required document for our records.

PLEASE NOTE: US Bank N.A. will only determine compliance of documents
presented in the English language except as follows. The name of a
person or entity, any stamps, legalization, or endorsements, shown on a
document may be in a language other than English.  Documents which show
pre-printed field headings in both English and a second language are
also acceptable.  Otherwise, such documents will require a certified
translation which shall be at your expense. US Bank will not be
responsible for any delays caused by obtaining such a translation.

Pursuant to U.S. Law, we are required to obtain, verify, and record
information that identifies parties to the transaction and we are
prohibited from issuing, transferring, accepting, or effecting payment
to any party or entity identified by the U.S. Dept. of Treasury
including any office and bureau thereof or subject to the denial of
export privileges by the U.S. Dept. of Commerce.

This electronic notification requires no signature.          SX07

WHI 000089

TRANSACTION INFORMATION

```
Transaction Type:        Incoming 700 Issue of a Documentary Credit
Sending Bank:            BRCBCNBJAXXX
                         BEIJING RURAL COMMERCIAL BANK
                         BEIJING CHINA
Input Session/Sequence:  2696/028588
Input Time/Date:         16:55 2014/09/02


Receiving Bank:          USBKUS44ASEA
                         U.S. BANK
                         (SEATTLE INTERNATIONAL DEPARTMENT)
                         SEATTLE,WA UNITED STATES
Output Time/Date:        03:55 2014/09/02
Session/Sequence:        2879/680920

Message User Reference: 1409020000017236

TRANSACTION DETAIL

  27:   Sequence of Total
        1/1
 40A:   Form of Documentary Credit
        IRREVOCABLE
  20:   Documentary Credit Number
        LCSJQ14219
 31C:   Date of Issue
        2014/09/02
 40E:   Applicable Rules
        UCP LATEST VERSION
 31D:   Date and Place of Expiry
        2014/10/15USA
  50:   Applicant
        BEIJING NEW BUILDING MATERIALS
        CO.,LTD.
        (ADDRESS PLS SEE FIELD 47A)
  59:   Beneficiary
        W.H.INTERNATIONAL INC.
        5105,191 STREET,SW,LYNNWOOD,WA
        98036,USA
 32B:   Currency Code, Amount
        USD 98,000.
 39A:   Percentage Credit Amount Tolerance
        10/10
 41D:   Available With ... By ...
        ANY BANK
        BY NEGOTIATION
 42C:   Drafts at ...
        AT SIGHT FOR 100 PCT OF INVOICE
        VALUE
 42A:   Drawee
        BRCBCNBJ
        BEIJING RURAL COMMERCIAL BANK
        BEIJING CHINA
 43P:   Partial Shipments
        ALLOWED
 43T:   Transhipment
        ALLOWED
 44E:   Port of Loading/Airport of Departure
        SEATTLE OR TACOMA,WA
 44F:   Port of Discharge/Airport of Destination
        DALIAN,CHINA
 44C:   Latest Date of Shipment
        2014/09/30
 45A:   Description of Goods and/or Services
        USA ROUND LOGS
        DOUGLAS FIR 100MBF
        +TOTAL VALUE: USD98,000.00
        +PRICE TERMS: CFR DALIAN,CHINA
 46A:   Documents Required
```



```
                    +SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES
                    INDICATING L/C NO. AND CONTRACT NO.WHI-140144
                    +FULL SET(3 ORIGINALS AND 3 COPIES) OF CLEAN ON BOARD OCEAN
                    BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED
                    MARKED  'FREIGHT PREPAID' NOTIFYING APPLICANT WITH FULL NAME AND
                    ADDRESS.
                    +PACKING LIST IN 3 ORIGINALS AND 3 COPIES.
        47A:    Additional Conditions
                    +THE APPLICANT'S ADDRESS:10 FLOOR,BUILDING 4, INTERWEST
                    BUSINESS CENTER,NO.9, SHOUTI SOUTH ROAD, HAIDIAN DIST.,
                    BEIJING, CHINA.TEL:86-10-68799778, FAX:86-10-68799756
                    +BOTH QUANTITY AND AMOUNT 10 PERCENT MORE OR LESS ALLOWED
                    +IN CASE OF ANY SUBSEQUENT AMENDMENT UNDER THIS CREDIT BEING
                    REJECTED BY THE BENEFICIARY, A CERTIFICATE OF REJECTION IS
                    REQUIRED. FAILED TO GIVE SUCH NOTIFICATION, THE AMENDMENT WILL
                    BE DEEMED TO BE ACCEPTED BY THE BENEFICIARY
                    +NOTWITHSTANDING THE PROVISIONS OF UCP LATEST VERSION,IF OUR
                    BANK GIVES NOTICES OF REFUSAL OF DOCUMENTS PRESENTED UNDER THIS
                    CREDIT, IT SHALL, HOWEVER, RETAIN THE RIGHT TO ACCEPT A WAIVER
                    OF DISCREPANCIES FROM THE APPLICANT AND SUBJECT TO SUCH WAIVER
                    BEING ACCEPTABLE TO US, TO RELEASE DOCUMENTS AGAINST THAT WAIVER
                    WITHOUT REFERENCE TO THE PRESENTER PROVIDED THAT NO WRITTEN
                    INSTRUCTIONS TO THE CONTRARY HAVE BEEN RECEIVED BY US FROM THE
                    PRESENTER BEFORE THE RELEASE OF DOCUMENTS. ANY SUCH RELEASE
                    PRIOR TO RECEIPT OF CONTRARY INSTRUCTIONS SHALL NOT CONSTITUTE A
                    FAILURE ON OUR PART TO HOLD THE DOCUMENTS AT THE PRESENTER'S
                    RISK AND DISPOSAL AND WE WILL HAVE NO LIABILITY TO THE PRESENTER
                    IN RESPECT OF ANY SUCH RELEASE.
                    +WERE THE DOCUMENTS THUS DETERMINED TO BE COMPLYING LOST IN
                    TRANSIT AFTER BEING SENT BY THE NOMINATED BANK, THE ISSUING BANK
                    SHOULD BE ENTITLED TO EXAMINE THE COPIES OF THE DOCUMENTS TO
                    DETERMINE IF THEY COMPLY WITH THE TERMS OF THE CREDIT(EXCEPT FOR
                    THE QUESTION OF ORIGINALITY) AND TO REFUSE REIMBURSEMENT TO THE
                    NOMINATED BANK SHOULD THE ISSUING BANK DETERMINE THAT THE
                    DOCUMENTS DO NOT COMPLY WITH THE TERMS OF THE CREDIT.
                    ARTICLE 35, TO THE EXTENT IT IS INCONSISTENT WITH THE
                    FOREGOING, IS EXPRESSLY EXCLUDED
        71B:    Charges
                    ALL BANKING CHARGES AND INTEREST
                    IF ANY OUTSIDE ISSUING BANK ARE
                    FOR ACCOUNT OF BENEFICIARY.
        48:     Period for Presentation
                    DOCUMENTS TO BE PRESENTED WITHIN
                    15 DAYS AFTER THE DATE OF SHIPMENT
                    BUT WITHIN THE VALIDITY OF THE
                    CREDIT.
        49:     Confirmation Instructions
                    WITHOUT
        78:     Instructions to the Paying/Accepting/Negotiating Bank
                    +ALL DOCUMENTS TO BE DESPATCHED TO INT'L DEPARTMENT OF ISSUING
                    BANK AT ROOM 1102,NO.16,CHAOYANGMEN NORTH STREET, CHAOYANG
                    DISTRICT, BEIJING,P.R.CHINA. 100020, TEL: +86 10 85605773/2/1
                    +AN EXTRA COPY OF SHIPPING DOCUMENTS AND INVOICE FOR ISSUING
                    BANK'S FILE IS REQUIRED
                    +UPON RECEIPT OF ALL DOCUMENTS IN COMPLIANCE WITH THE TERMS AND
                    CONDITIONS OF THE CREDIT,WE WILL DULY HONOR AS PER THE
                    PRESENTING BANK'S INSTRUCTIONS
                    +USD50.00 OR EQUIVALENT WILL BE DEDUCTED FROM THE PROCEEDS WHEN
                    DOCUMENTS ARE PRESENTED WITH DISCREPANCY

                    {END 700 Issue of a Documentary Credit LCSJQ14219 Message}
```

WHI 000091

```
TRANSACTION INFORMATION

Transaction Type:      Incoming 710 Advice of a Third Bank's or a Non-Bank's Documentary Credit
Sending Bank:          DBSSCNSHAXXX
                       DBS BANK (CHINA) LIMITED
                       (SHANGHAI BRANCH)
                       SHANGHAI CHINA
Input Session/Sequence: 4476/650771
Input Time/Date:       17:21 2014/09/02

Receiving Bank:        USBKUS44ASEA
                       U.S. BANK
                       (SEATTLE INTERNATIONAL DEPARTMENT)
                       SEATTLE,WA UNITED STATES
Output Time/Date:      04:21 2014/09/02
Session/Sequence:      2879/680998

TRANSACTION DETAIL

   27:    Sequence of Total
          1/1
   40B:   Form of Documentary Credit
          IRREVOCABLE
          WITHOUT OUR CONFIRMATION
   20:    Sender's Reference
          334-01-0008035
   21:    Documentary Credit Number
          334-01-0008035
   31C:   Date of Issue
          2014/09/02
   40E:   Applicable Rules
          UCPURR LATEST VERSION
   31D:   Date and Place of Expiry
          2014/10/30 IN UNITED STATES
   52D:   Issuing Bank
          DBS BANK (CHINA) LIMITED
          UNIT 101, 2105-08 FORTUNE FINANCIAL
          CENTER NO.5 EAST 3RD RING ROAD
          BEIJING 100033 CHINA
   50:    Applicant
          BEIJING NEW BUILDING MATERIALS CO.
          LTD    10/F,BUILDING 4,INTERWEST
          BUSINESS CENTER,NO.9 SOUTH RD,
          SHOUTI HAIDIAN DIST,BEIJING,CHINA
   59:    Beneficiary
          W.H. INTERNATIONAL INC
          5105,191ST STREET SOUTHWEST
          LYNNWOOD WA 98036 USA
   32B:   Currency Code, Amount
          USD 485,000.
   41D:   Available With ... By ...
          ANY BANK
          BY NEGOTIATION
   42C:   Drafts at ...
          90 DAYS AFTER SIGHT
   42D:   Drawee
          DBS BANK (CHINA) LIMITED
          BEIJING BRANCH
   43P:   Partial Shipments
          ALLOWED
   43T:   Transhipment
          ALLOWED
   44E:   Port of Loading/Airport of Departure
          SEATTLE OR TACOMA,USA
   44F:   Port of Discharge/Airport of Destination
          SHANGHAI,CHINA
   44C:   Latest Date of Shipment
          2014/10/15
   45A:   Description of Goods and/or Services
          PRICE TERM: C F R SHANGHAI,CHINA
```



WHI 000092

```
          USA ROUND LOGS 500MBF USD485,000.00
46A:      Documents Required
          + SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES.
          + PACKING LIST IN 3 ORIGINALS AND 3 COPIES.
          + FULL (3 ORIGINALS AND 3 COPIES) SET OF CLEAN ON BOARD OCEAN
          BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED MARKED
          ''FREIGHT PREPAID'' NOTIFYING APPLICANT WITH FULL NAME AND
          ADDRESS.
47A:      Additional Conditions
          FOR ALL COMMUNICATION, PLEASE SEND SWIFT TO DBS BANK (CHINA)
          LIMITED , BEIJING BRANCH DBSSCNSHBJG QUOTING OUR REFERENCE
          334-01-0008035
          + ALL PARTIES TO THIS DOCUMENTARY CREDIT ARE ADVISED THAT THERE
          ARE SPECIFIC SANCTIONS AND REGULATIONS IMPOSED AND ENFORCED BY
          THE US, UN, EU AND OTHER GOVERNMENTAL AND/OR REGULATORY
          AUTHORITIES AGAINST CERTAIN COUNTRIES, ENTITIES AND/OR
          INDIVIDUALS. UNDER THESE MEASURES, THE BANK AND OTHER PARTIES
          MAY BE UNABLE TO PROCESS OR ENGAGE IN TRANSACTIONS WHICH
          INVOLVE A BREACH OF THE SANCTIONS AND THE AUTHORITIES MAY
          REQUIRE DISCLOSURE OF INFORMATION. THE BANK ASSUMES NO
          LIABILITY FOR REJECTING ANY PRESENTATION OF DOCUMENTS THAT MAY
          VIOLATE THE AFORESAID CONDITION AND ANY LOSS, DAMAGES OR DELAY
          ARISING DIRECTLY OR INDIRECTLY IN CONNECTION WITH THE AFORESAID
          MATTERS.
          + 10/10 PERCENT MORE OR LESS BOTH IN QUANTITY SHIPPED AND CREDIT
          AMOUNT DRAWN IS ACCEPTABLE.
          + NOTWITHSTANDING THE LC TENOR IN FIELD 42C, THE NEGOTIATING BANK
          IS AUTHORISED TO CLAIM REIMBURSEMENT FROM REIMBURSING BANK AFTER
          RECEIPT OF ACCEPTANCE MESSAGE FROM ISSUING BANK.
          + REIMBURSEMENT INTEREST WILL BE BORNE BY APPLICANT AND THE
          MAXIMUM FINANCING INTEREST IS USD50,000.00 AND ALL THE OTHER
          BANKING CHARGES OUTSIDE THE ISSUING BANK INCLUDING REIMBURSEMENT
          BANK'S CHARGE ARE FOR ACCOUNT OF BENEFICIARY.
          + REIMBURSING BANK: DBS BANK LTD. SINGAPORE SG.
          + THIRD PARTY SHIPPING DOCUMENTS ACCEPTABLE.
          + ON EACH DRAWING UNDER OUR LETTER OF CREDIT, A DISCREPANCY
          FEE FOR USD60.00 (OR EQUIVALENT) PLUS RELATIVE CABLE CHARGES
          WILL BE CHARGED AND DEDUCTED FROM OUR PAYMENT/THE REIMBURSEMENT
          CLAIM ON THE DISCREPANT DOCUMENTS. ADDITIONAL FEE FOR USD25.00
          WILL ALSO BE CHARGED ON EACH ADDITIONAL SET OF DOCUMENT (A
          'SET' OF DOCUMENT WOULD INCLUDE ONE SET OF INVOICE PLUS
          RELATIVE TRANSPORT DOCUMENTS) UNDER THE SAME DRAWING.
          NOTWITHSTANDING ANY INSTRUCTIONS TO THE CONTRARY, THIS
          CHARGES SHALL BE FOR THE ACCOUNT OF THE BENEFICIARY.
          + THE ISSUING BANK SHALL BE ENTITLED TO REQUIRE THE NOMINATED
          BANK TO SEND COPIES OF ALL THE DOCUMENTS PRESENTED UNDER THE
          CREDIT AND WHICH THE NOMINATED BANK HAS DETERMINED TO BE A
          COMPLYING PRESENTATION. WERE THE DOCUMENTS THUS DETERMINED TO BE
          COMPLYING LOST IN TRANSIT AFTER BEING SENT BY THE NOMINATED BANK,
          THE ISSUING BANK SHOULD BE ENTITLED TO EXAMINE THE COPIES OF THE
          DOCUMENTS TO DETERMINE IF THEY COMPLY WITH THE TERMS OF THE
          CREDIT (EXCEPT FOR THE QUESTION OF ORIGINALITY) AND TO REFUSE
          REIMBURSEMENT TO THE NOMINATED BANK SHOULD THE ISSUING BANK
          DETERMINE THAT THE DOCUMENTS DO NOT COMPLY WITH THE TERMS OF THE
          CREDIT. ARTICLE 35, TO THE EXTENT IT IS INCONSISTENT WITH THE
          FOREGOING, IS EXPRESSLY EXCLUDED.
          + PLEASE BE INFORMED THAT SATURDAY AND SUNDAY ARE TO BE
          CONSIDERED AS A NON-BANKING/NON-BUSINESS DAY FOR OUR TRADE
          FINANCE PROCESSING / OPERATIONS UNIT ALTHOUGH OUR BANK MAY
          OTHERWISE TO BE OPENED FOR OTHER BUSINESS.
          + ALL DOCUMENTS MUST BE ISSUED IN ENGLISH.
71B:      Charges
          SEE 47A
48:       Period for Presentation
          ALL DOCUMENTS MUST BE PRESENTED FOR
          NEGOTIATION WITHIN 15 DAYS AFTER
          DATE OF SHIPMENT BUT WITHIN
          VALIDITY OF THIS CREDIT
49:       Confirmation Instructions
          WITHOUT
```

```
78:     Instructions to the Paying/Accepting/Negotiating Bank
        + AN EXTRA COPY OF INVOICE, FORWARDER/APPLICANT'S CARGO RECEIPT
        OR BILL OF LADING OR AIR WAYBILL, IF APPLICABLE, MUST BE
        FURNISHED TO LC ISSUING BANK FOR OUR OWN RECORD.
        + DOCUMENTS TO BE DESPATCHED TO DBS BANK (CHINA) LIMITED ,
        BEIJING BRANCH UNIT 101, 2105-08 FORTUNE FINANCIAL CENTER NO.5
        EAST 3RD RING ROAD BEIJING 100033 CHINA THROUGH PRESENTING BANK
        IN ONE LOT BY DHL/COURIER SERVICES.
        + PRESENTING BANK MUST CERTIFY ON ITS COVERING SCHEDULE THAT THE
        AMOUNT OF EACH DRAWING HAS BEEN ENDORSED ON THE ORIGINAL CREDIT.
        + REIMBURSE YOURSELVES ON THE REIMBURSING BANK AT SIGHT BASIS
        AFTER RECEIPT OF ACCEPTANCE MESSAGE FROM ISSUING BANK.

        {END 710 Advice of a Third Bank's or a Non-Bank's Documentary Credit 334-01-0008035
Message}
```

WHI 000094

TRANSACTION INFORMATION

Transaction Type:      Incoming 700 Issue of a Documentary Credit
Sending Bank:          BRCBCNBJAXXX
                       BEIJING RURAL COMMERCIAL BANK
                       BEIJING CHINA
Input Session/Sequence: 2697/028843
Input Time/Date:       16:55 2014/09/12

Receiving Bank:        USBKUS44ASEA
                       U.S. BANK
                       (SEATTLE INTERNATIONAL DEPARTMENT)
                       SEATTLE,WA UNITED STATES
Output Time/Date:      03:55 2014/09/12
Session/Sequence:      2880/712835

Message User Reference: 1409120000017478

TRANSACTION DETAIL

27:    Sequence of Total
       1/1
40A:   Form of Documentary Credit
       IRREVOCABLE
20:    Documentary Credit Number
       LCSJQ14239
31C:   Date of Issue
       2014/09/12
40E:   Applicable Rules
       UCP LATEST VERSION
31D:   Date and Place of Expiry
       2014/11/15USA
50:    Applicant
       BEIJING NEW BUILDING MATERIALS
       CO.,LTD.
59:    Beneficiary
       W.H.INTERNATIONAL INC.
       5105,191 STREET,SW,LYNNWOOD,WA
       98036,USA
32B:   Currency Code, Amount
       USD 100,800.
39A:   Percentage Credit Amount Tolerance
       10/10
41D:   Available With ... By ...
       ANY BANK
       BY NEGOTIATION
42C:   Drafts at ...
       AT SIGHT FOR 100 PCT OF INVOICE
       VALUE
42A:   Drawee
       BRCBCNBJ
       BEIJING RURAL COMMERCIAL BANK
       BEIJING CHINA
43P:   Partial Shipments
       ALLOWED
43T:   Transhipment
       ALLOWED
44E:   Port of Loading/Airport of Departure
       SEATTLE OR TACOMA,USA
44F:   Port of Discharge/Airport of Destination
       DALIAN,CHINA
44C:   Latest Date of Shipment
       2014/10/30
45A:   Description of Goods and/or Services
       USA ROUND LOGS
       DOUGLAS FIR 104MBF
       TOTAL VALUE:USD100,800.00
       PRICE TERM: CFR DALIAN,CHINA
46A:   Documents Required
       +SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES



WHI 000095

INDICATING L/C NO. AND CONTRACT NO.WHI-140162
+FULL SET ( 3 ORIGINALS AND 3 COPIES) OF CLEAN ON BOARD OCEAN
BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED
MARKED 'FREIGHT PREPAID'NOTIFYING APPLICANT WITH FULL
NAME AND ADDRESS
+PACKING LIST IN 3 ORIGINALS AND 3 COPIES.

47A:     Additional Conditions
+THE APPLICANT'S ADDRESS:10 FLOOR,BUILDING 4, INTERWEST
BUSINESS CENTER,NO.9, SHOUTI SOUTH ROAD, HAIDIAN DIST.,
BEIJING, CHINA.TEL:86-10-68799778.FAX:86-10-68799756
+BOTH QUANTITY AND AMOUNT 10 PERCENT MORE OR LESS ALLOWED
+IN CASE OF ANY SUBSEQUENT AMENDMENT UNDER THIS CREDIT BEING
REJECTED BY THE BENEFICIARY, A CERTIFICATE OF REJECTION IS
REQUIRED. FAILED TO GIVE SUCH NOTIFICATION, THE AMENDMENT WILL
BE DEEMED TO BE ACCEPTED BY THE BENEFICIARY
+NOTWITHSTANDING THE PROVISIONS OF UCP LATEST VERSION,IF OUR
BANK GIVES NOTICES OF REFUSAL OF DOCUMENTS PRESENTED UNDER THIS
CREDIT, IT SHALL, HOWEVER, RETAIN THE RIGHT TO ACCEPT A WAIVER
OF DISCREPANCIES FROM THE APPLICANT AND SUBJECT TO SUCH WAIVER
BEING ACCEPTABLE TO US, TO RELEASE DOCUMENTS AGAINST THAT WAIVER
WITHOUT REFERENCE TO THE PRESENTER PROVIDED THAT NO WRITTEN
INSTRUCTIONS TO THE CONTRARY HAVE BEEN RECEIVED BY US FROM THE
PRESENTER BEFORE THE RELEASE OF DOCUMENTS. ANY SUCH RELEASE
PRIOR TO RECEIPT OF CONTRARY INSTRUCTIONS SHALL NOT CONSTITUTE A
FAILURE ON OUR PART TO HOLD THE DOCUMENTS AT THE PRESENTER'S
RISK AND DISPOSAL AND WE WILL HAVE NO LIABILITY TO THE PRESENTER
IN RESPECT OF ANY SUCH RELEASE.
+WERE THE DOCUMENTS THUS DETERMINED TO BE COMPLYING LOST IN
TRANSIT AFTER BEING SENT BY THE NOMINATED BANK, THE ISSUING BANK
SHOULD BE ENTITLED TO EXAMINE THE COPIES OF THE DOCUMENTS TO
DETERMINE IF THEY COMPLY WITH THE TERMS OF THE CREDIT(EXCEPT FOR
THE QUESTION OF ORIGINALITY) AND TO REFUSE REIMBURSEMENT TO THE
NOMINATED BANK SHOULD THE ISSUING BANK DETERMINE THAT THE
DOCUMENTS DO NOT COMPLY WITH THE TERMS OF THE CREDIT.
ARTICLE 35, TO THE EXTENT IT IS INCONSISTENT WITH THE
FOREGOING, IS EXPRESSLY EXCLUDED

71B:     Charges
ALL BANKING CHARGES AND INTEREST
IF ANY OUTSIDE ISSUING BANK ARE
FOR ACCOUNT OF BENEFICIARY.

48:     Period for Presentation
DOCUMENTS TO BE PRESENTED WITHIN
15 DAYS AFTER THE DATE OF ISSUANCE
OF THE TRANSPORT DOCUMENT(S) BUT
WITHIN THE VALIDITY OF THE CREDIT.

49:     Confirmation Instructions
WITHOUT

78:     Instructions to the Paying/Accepting/Negotiating Bank
+ALL DOCUMENTS TO BE DESPATCHED TO INT'L DEPARTMENT OF ISSUING
BANK AT ROOM 1102,NO.16,CHAOYANGMEN NORTH STREET, CHAOYANG
DISTRICT, BEIJING,P.R.CHINA. 100020, TEL: +86 10 85605773/2/1
+AN EXTRA COPY OF SHIPPING DOCUMENTS AND INVOICE FOR ISSUING
BANK'S FILE IS REQUIRED
+UPON RECEIPT OF ALL DOCUMENTS IN COMPLIANCE WITH THE TERMS AND
CONDITIONS OF THE CREDIT,WE WILL DULY HONOR AS PER THE
PRESENTING BANK'S INSTRUCTIONS
+USD50.00 OR EQUIVALENT WILL BE DEDUCTED FROM THE PROCEEDS WHEN
DOCUMENTS ARE PRESENTED WITH DISCREPANCY

{END 700 Issue of a Documentary Credit LCSJQ14239 Message}

WHI 000096

TRANSACTION INFORMATION

Transaction Type:      Incoming 710 Advice of a Third Bank's or a Non-Bank's Documentary Credit
Sending Bank:          DBSSCNSHAXXX
                       DBS BANK (CHINA) LIMITED
                       (SHANGHAI BRANCH)
                       SHANGHAI CHINA
Input Session/Sequence: 4483/666182
Input Time/Date:       18:46 2014/10/22

Receiving Bank:        USBKUS44ASEA
                       U.S. BANK
                       (SEATTLE INTERNATIONAL DEPARTMENT)
                       SEATTLE,WA UNITED STATES
Output Time/Date:      05:46 2014/10/22
Session/Sequence:      2887/828163

TRANSACTION DETAIL

    27:    Sequence of Total
           1/1
    40B:   Form of Documentary Credit
           IRREVOCABLE
           WITHOUT OUR CONFIRMATION
    20:    Sender's Reference
           334-01-0008231
    21:    Documentary Credit Number
           334-01-0008231
    31C:   Date of Issue
           2014/10/22
    40E:   Applicable Rules
           UCPURR LATEST VERSION
    31D:   Date and Place of Expiry
           2014/12/15 IN UNITED STATES
    52D:   Issuing Bank
           DBS BANK (CHINA) LIMITED
           UNIT 101, 2105-08 FORTUNE FINANCIAL
           CENTER NO.5 EAST 3RD RING ROAD
           BEIJING 100033 CHINA
    50:    Applicant
           BEIJING NEW BUILDING MATERIALS CO.
           LTD    10/F,BUILDING 4,INTERWEST
           BUSINESS CENTER,NO.9 SOUTH RD,
           SHOUTI HAIDIAN DIST,BEIJING,CHINA
    59:    Beneficiary
           W.H. INTERNATIONAL INC
           5105,191ST STREET SOUTHWEST
           LYNNWOOD WA 98036 USA
    32B:   Currency Code, Amount
           USD 261,800.
    41D:   Available With ... By ...
           ANY BANK
           BY NEGOTIATION
    42C:   Drafts at ...
           90 DAYS AFTER SIGHT
    42D:   Drawee
           DBS BANK (CHINA) LIMITED
           BEIJING BRANCH
    43P:   Partial Shipments
           ALLOWED
    43T:   Transhipment
           ALLOWED
    44E:   Port of Loading/Airport of Departure
           TACOMA/SEATTLE,USA
    44F:   Port of Discharge/Airport of Destination
           SHANGHAI,CHINA
    44C:   Latest Date of Shipment
           2014/11/30
    45A:   Description of Goods and/or Services
           PRICE TERM: C F R SHANGHAI,CHINA



WHI 000097

USA ROUND LOGS DOUGLAS FIR 280MBF USD261,800.00

46A:    Documents Required
        + SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES
        + PACKING LIST IN 3 ORIGINALS AND 3 COPIES
        + BENEFICIARY'S CERTIFIED COPY OF FAX/TELEX DISPATCHED TO THE
        APPLICANT WITHIN 360 HOURS AFTER SHIPMENT ADVISING NAME OF
        VESSEL, B/L NO., SHIPPING DATE, CONTRACT NO., L/C NO., COMMODITY,
        QUANTITY AND VALUE OF SHIPMENT
        + FULL (3 ORIGINALS AND 3 COPIES) SET OF CLEAN ON BOARD OCEAN
        BILLS OF LADING MADE OUT TO ORDER AND BLANK ENDORSED MARKED
        ''FREIGHT PREPAID'' NOTIFYING APPLICANT WITH FULL NAME AND
        ADDRESS, INDICATING CONTRACT NO,AND ATTN: MS LILING, FAX:86-10-
        68799756

47A:    Additional Conditions
        FOR ALL COMMUNICATION, PLEASE SEND SWIFT TO DBS BANK (CHINA)
        LIMITED , BEIJING BRANCH DBSSCNSHBJG QUOTING OUR REFERENCE
        334-01-0008231
        + ALL PARTIES TO THIS DOCUMENTARY CREDIT ARE ADVISED THAT THERE
        ARE SPECIFIC SANCTIONS AND REGULATIONS IMPOSED AND ENFORCED BY
        THE US, UN, EU AND OTHER GOVERNMENTAL AND/OR REGULATORY
        AUTHORITIES AGAINST CERTAIN COUNTRIES, ENTITIES AND/OR
        INDIVIDUALS. UNDER THESE MEASURES, THE BANK AND OTHER PARTIES
        MAY BE UNABLE TO PROCESS OR ENGAGE IN TRANSACTIONS WHICH
        INVOLVE A BREACH OF THE SANCTIONS AND THE AUTHORITIES MAY
        REQUIRE DISCLOSURE OF INFORMATION. THE BANK ASSUMES NO
        LIABILITY FOR REJECTING ANY PRESENTATION OF DOCUMENTS THAT MAY
        VIOLATE THE AFORESAID CONDITION AND ANY LOSS, DAMAGES OR DELAY
        ARISING DIRECTLY OR INDIRECTLY IN CONNECTION WITH THE AFORESAID
        MATTERS.
        + 10/10 PERCENT MORE OR LESS BOTH IN QUANTITY SHIPPED AND CREDIT
        AMOUNT DRAWN IS ACCEPTABLE.
        + NOTWITHSTANDING THE LC TENOR IN FIELD 42C, THE NEGOTIATING BANK
        IS AUTHORISED TO CLAIM REIMBURSEMENT FROM REIMBURSING BANK AFTER
        RECEIPT OF ACCEPTANCE MESSAGE FROM ISSUING BANK.
        + REIMBURSEMENT INTEREST WILL BE BORNE BY APPLICANT AND THE
        MAXIMUM FINANCING INTEREST IS USD30,000.00 AND ALL THE OTHER
        BANKING CHARGES OUTSIDE THE ISSUING BANK INCLUDING REIMBURSEMENT
        BANK'S CHARGE ARE FOR ACCOUNT OF BENEFICIARY.
        + REIMBURSING BANK: DBS BANK LTD. SINGAPORE SG.
        + THIRD PARTY SHIPPING DOCUMENTS ACCEPTABLE.
        + ON DECK CARGO ALLOWABLE.
        + CHARTER PARTY B/L ACCEPTABLE.
        + ON EACH DRAWING UNDER OUR LETTER OF CREDIT, A DISCREPANCY
        FEE FOR USD60.00 (OR EQUIVALENT) PLUS RELATIVE CABLE CHARGES
        WILL BE CHARGED AND DEDUCTED FROM OUR PAYMENT/THE REIMBURSEMENT
        CLAIM ON THE DISCREPANT DOCUMENTS. ADDITIONAL FEE FOR USD25.00
        WILL ALSO BE CHARGED ON EACH ADDITIONAL SET OF DOCUMENT (A
        'SET' OF DOCUMENT WOULD INCLUDE ONE SET OF INVOICE PLUS
        RELATIVE TRANSPORT DOCUMENTS) UNDER THE SAME DRAWING.
        NOTWITHSTANDING ANY INSTRUCTIONS TO THE CONTRARY, THIS
        CHARGES SHALL BE FOR THE ACCOUNT OF THE BENEFICIARY.
        + THE ISSUING BANK SHALL BE ENTITLED TO REQUIRE THE NOMINATED
        BANK TO SEND COPIES OF ALL THE DOCUMENTS PRESENTED UNDER THE
        CREDIT AND WHICH THE NOMINATED BANK HAS DETERMINED TO BE A
        COMPLYING PRESENTATION. WERE THE DOCUMENTS THUS DETERMINED TO BE
        COMPLYING LOST IN TRANSIT AFTER BEING SENT BY THE NOMINATED BANK,
        THE ISSUING BANK SHOULD BE ENTITLED TO EXAMINE THE COPIES OF THE
        DOCUMENTS TO DETERMINE IF THEY COMPLY WITH THE TERMS OF THE
        CREDIT (EXCEPT FOR THE QUESTION OF ORIGINALITY) AND TO REFUSE
        REIMBURSEMENT TO THE NOMINATED BANK SHOULD THE ISSUING BANK
        DETERMINE THAT THE DOCUMENTS DO NOT COMPLY WITH THE TERMS OF THE
        CREDIT. ARTICLE 35, TO THE EXTENT IT IS INCONSISTENT WITH THE
        FOREGOING, IS EXPRESSLY EXCLUDED.
        + PLEASE BE INFORMED THAT SATURDAY AND SUNDAY ARE TO BE
        CONSIDERED AS A NON-BANKING/NON-BUSINESS DAY FOR OUR TRADE
        FINANCE PROCESSING / OPERATIONS UNIT ALTHOUGH OUR BANK MAY
        OTHERWISE TO BE OPENED FOR OTHER BUSINESS.
        + ALL DOCUMENTS MUST BE ISSUED IN ENGLISH.

71B:    Charges
        SEE 47A

WHI 000098

```
48:     Period for Presentation
        ALL DOCUMENTS MUST BE PRESENTED FOR
        NEGOTIATION WITHIN 15 DAYS AFTER
        DATE OF SHIPMENT BUT WITHIN
        VALIDITY OF THIS CREDIT
49:     Confirmation Instructions
        WITHOUT
78:     Instructions to the Paying/Accepting/Negotiating Bank
        + AN EXTRA COPY OF INVOICE, FORWARDER/APPLICANT'S CARGO RECEIPT
        OR BILL OF LADING OR AIR WAYBILL, IF APPLICABLE, MUST BE
        FURNISHED TO LC ISSUING BANK FOR OUR OWN RECORD.
        + DOCUMENTS TO BE DESPATCHED TO DBS BANK (CHINA) LIMITED ,
        BEIJING BRANCH UNIT 101, 2105-08 FORTUNE FINANCIAL CENTER NO.5
        EAST 3RD RING ROAD BEIJING 100033 CHINA THROUGH PRESENTING BANK
        IN ONE LOT BY DHL/COURIER SERVICES.
        + PRESENTING BANK MUST CERTIFY ON ITS COVERING SCHEDULE THAT THE
        AMOUNT OF EACH DRAWING HAS BEEN ENDORSED ON THE ORIGINAL CREDIT.
        + REIMBURSE YOURSELVES ON THE REIMBURSING BANK AT SIGHT BASIS
        AFTER RECEIPT OF ACCEPTANCE MESSAGE FROM ISSUING BANK.

        {END 710 Advice of a Third Bank's or a Non-Bank's Documentary Credit 334-01-0008231
Message}
```

WHI 000099