UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,* Case No. 09-6687 (E.D. La.) | |

**MOTION FOR LEAVE TO FILE PORTIONS OF MEMORANDUM OF LAW IN OPPOSITION TO THE SUBSTITUTED MOTION OF THE PLAINTIFF-INTERVENORS AND THE PLAINTIFFS' STEERING COMMITTEE TO ENFORCE THE COURTS JULY 17, 2014 CONTEMPT ORDER AND INJUNCTION, <u>AND CERTAIN SUPPORTING EXHIBITS, UNDER SEAL</u>**

Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group," collectively the "BNBM Entities") respectfully move the Court for leave to file Portions of its Memorandum of Law in Opposition to the Substituted Motion of the Plaintiff-Intervenors and Plaintiffs' Steering Committee to Enforce the Court's July 17, 2014 Contempt Order and Injunction, as well as Exhibits 7 and 8 attached thereto, UNDER SEAL.

Exhibits 7 and 8 are excerpts from the deposition transcripts of Tongchun Jia and Gang Che, respectively, relevant to the BNBM Entities' Memorandum of Law in Opposition. These excerpts comprise testimony that the Court has confirmed as being confidential. The BNBM Entities submit that a portion of its Memorandum of Law in Opposition references the highly confidential testimony in Exhibits 7 and 8—and so these portions and Exhibits 7 and 8 should be filed UNDER SEAL.

1

WHEREFORE, the BNBM Entities pray that this Motion be granted and that portions of its Memorandum of Law in Opposition to the Substituted Motion of the Plaintiff's Steering Committee to Enforce the Court's July 17, 2014 Contempt Order and Injunction, as well as Exhibits 7 and 8, be filed UNDER SEAL.

Dated: February 13, 2017

        Respectfully submitted,

        **DENTONS US LLP**

        By: */s/ Michael H. Barr*
        Michael H. Barr
        New York Bar No. 1744242
        Justin N. Kattan
        New York Bar No. 3983905
        1221 Avenue of the Americas
        New York, NY 10020-1089
        Telephone:  (212) 768-6700
        Facsimile:  (212) 768-6800
        michael.barr@dentons.com
        justin.kattan@dentons.com

        Richard L. Fenton
        Illinois Bar No. 3121699
        Leah R. Bruno
        Illinois Bar No. 6269469
        233 South Wacker Drive
        Suite 5900
        Chicago, IL  60606-6306
        Telephone:  (312) 876-8000
        Facsimile:  (312) 876-7934
        richard.fenton@dentons.com
        leah.bruno@dentons.com

Kenneth J. Pfaehler
D.C. Bar No. 461718
Drew W. Marrocco
D.C. Bar No. 453205
1900 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 496-7500
Facsimile: (202) 496-7756
kenneth.pfaehler@dentons.com
drew.marrocco@dentons.com

C. Michael Moore
Texas Bar No. 14323600
Matthew T. Nickel
Texas Bar No. 24056042
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
matt.nickel@dentons.com

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

3

**CERTIFICATE OF SERVICE**

     I hereby certify that the above Motion For Leave to File Portions of the BNBM Entities' Memorandum of Law in Opposition to the Substituted Motion of the Plaintiff-Intervenors and Plaintiffs' Steering Committee to Enforce the Court's July 17, 2014 Contempt Order and Injunction, And Certain Supporting Exhibits, Under Seal has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this February 13, 2017.

                                                                     /s/      Michael H. Barr