**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano et al. v. Taishan Gypsum Co. Ltd. et al.*,<br>Case No. 2:09-cv-06687 | |

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY AND
BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S MEMORANDUM OF
LAW IN OPPOSITION TO THE SUBSTITUTED MOTION OF THE PLAINTIFFS'
STEERING COMMITTEE TO ENFORCE THE COURT'S JULY 17, 2014 CONTEMPT
ORDER AND INJUNCTION**

# EXHIBIT 7

# FILED UNDER SEAL