# Exhibit A



ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA  94105-2669

*tel*  +1-415-773-5700
*fax*  +1-415-773-5759
WWW.ORRICK.COM

March 3, 2016

Christopher Vejnoska
(415) 773-5916
cvejnoska@orrick.com

**VIA EMAIL**

Russ Herman, Esq.
Herman Herman & Katz
820 O'Keefe Ave.
New Orleans, LA 70113-1116

      Re:    *In re Chinese Manufactured Drywall Products Liability Litigation*, MDL 2047
             PTO 16 Response to Confidentiality Designation Objections

Counsel:

      This reply is made pursuant to Pre-Trial Order 16 and in response to your February 22, 2016 letter ("February 22 Letter") objecting to certain confidentiality designations.

      The attached Exhibit A contains each of the "CNBM-produced" documents identified in Exhibit A to your February 22 Letter.  Our response contains the basis for such designations where the original designation is maintained, and identifies documents for which we agree to remove confidential designations.  Where Exhibit A states that a document is "Not confidential," the agreement to remove confidential designations relates only to the English translations provided by the PSC and the portion of the original document that is translated (and highlighted) in the exhibits identified by the PSC.  We do not agree to waive confidentiality with regard to un-translated portions of the Chinese native and the corresponding sections of the machine translation, if included in the PSC's exhibit.

      Documents identified in Exhibit B to your February 22 Letter are all confidential.  All documents from Exhibits 89, 110, 112, 116, 122, and 169 of the PSC's Motion to Enforce the Contempt Order (Rec. Doc. 20032) relate to confidential transactions and include invoices which disclose bank account numbers and non-public pricing, inventory, and client information.  CNBMCO00143339-143423, identified as a part of Exhibits 57 and 61 to the PSC's FSIA Response (Rec. Doc. 19658), is also confidential as it contains a due diligence report analyzing CNBM Co.'s revenue, profits, cash flow, assets and liabilities, and other operational details.

      The CNBM Entities agree to remove confidential designations as to all PSC-cited excerpts identified in Exhibit C to the February 22 Letter with the exception of the portion of the deposition of Jinyu Hu from 97:13-98:13, which recites portions of a confidential internal audit report.  The agreement to remove confidential designations of excerpts listed in Exhibit C relates only to transcripts of the following deponents: Zhangli Chang, Lihe Wang, Jianjun Deng, Weisheng Liu, Jianglin Cao, Zhiping Song, Shou Peng, and Jinyu Hu.



March 3, 2016
Page 2

      Additionally, we note that the PSC's Exhibit A identifies two documents (CNBMGRP00346665 and CNBMGRP00346624) that contain privileged content and were the subject of clawback proceedings. Judge Fallon's orders of September 11, 2015 (Rec. Doc. 19492) and November 20, 2015 (Rec. Doc. 19785) confirmed that portions of these documents were privileged. In order to facilitate discussion regarding confidentiality designations, redacted versions of these documents will be provided upon request.

      We are committed to working with the Plaintiffs' Steering Committee to resolve any remaining disagreements through the meet and confer process as required by Pre-Trial Order 16. Pursuant to that order, we are available to meet and confer regarding these designations at a mutually convenient time.

Respectfully,

/s/ L. Christopher Vejnoska

Exhibit A

| Exhibit Number | Bates Number | Producing Party | Original Confidentiality Designation | PSC Description | Designation | Reason for Confidential Designation |
|---|---|---|---|---|---|---|
| MTD 70 | CNBMCO00032583-32585 | CNBM | Confidential | 5/10/2006 Request for Instructions on Establishing the Trade Union Election at Expiration of Office Terms | Not confidential | |
| MTD 54 | CNBMCO000327370-327390 | CNBM | Confidential | 6/11/2010 CNBM 2010 6th Working Meeting | Designation confirmed | Notes from internal meeting of CNBM Company describing strategic business initiatives and goals relating to investment management, business operation status, research and developments, and other corporate matters. |
| Contempt 141 | CNBMCO00046744 CNBMCO00046745-58 CNBMCO00046759-815 | CNBM | Confidential | 3/30/2015 Email from Donald Sebastian re: 2015 R&D Application and Agreement, attaching amended versions of Application and Agreement pursuant to meeting in Shanghai with CTIEC on 1/29-30/2015 | CNBMCO00046744 – Not confidential; CNBMCO00046745 – Designation confirmed CNBMCO00046759 – Designation confirmed | CNBMCO00046745 - Agreement contains explicit confidentiality clause and non-public information including bank account numbers, payment schedule, terms, and other contract provisions relating to China Triumph and New Jersey Innovation Institute's technology cooperation; CNBMCO00046759 - Research and Development application discloses non-public information including strategic goals, scientific research and technology, research processes and other technical details. |
| MTD 55 | CNBMCO00055606-55611 | CNBM | Confidential | Present the People, the Object, and the Mindset, Integrate Strictness with Reliability, and Change the Work Style | Not confidential | |
| MTD 71 | CNBMCO00073630-73631 | CNBM | Confidential | 9/2/2014 CNBM Request for Instructions on Trade Union Election at Expiration of Office Terms | Not confidential | |

1

Exhibit A

| Exhibit Number | Bates Number | Producing Party | Original Confidentiality Designation | PSC Description | Designation | Reason for Confidential Designation |
|---|---|---|---|---|---|---|
| Contempt 68 | CNBMCO00076251-76290 | CNBM | Confidential | Notes of 2010 Annual Financial Report of CNBM Investment Co., Ltd. | Designation confirmed | Document contains notes from financial statements of private company, CNBM Investment Co. Contains non-public asset information, rate of return, current investments, holdings and cash flow, and other data pertaining to the financial well-being of the company. |
| MTD 274 | CNBMCO00102014-102025 | CNBM | Confidential | CNBM Co., Ltd. [2007] No. 22, The Tenth President's Office Meeting held 10/12/2007 | Designation confirmed | Notes from internal meeting of CNBM Company describing strategic business initiatives and goals relating to investment management, business operation status, research and development, including manufacturing processes, and other corporate matters. |
| MTD 158 | CNBMCO00215626-215627 | CNBM | Confidential | 12/29/2010 Email from CHEN Haixian to CHEN Zhucai | Designation confirmed | Discussion of privately-held company's assets and business strategy. |
| MTD 69 | CNBMCO00216986-216994 | CNBM | Confidential | Report on Submitting the Implementation Plan on the Three-year Objective of Legal Work of China National Building Material Company Limited and Its Subordinate Enterprises | Designation confirmed | Report includes three year strategic business plans and goals for subsidiaries, including non-public companies. |
| MTD 159 | CNBMCO00280477-280478 CNBMCO00280479 | CNBM | Confidential | 8/16/2011 Email from CNBM to TG and attached Certification by the Subsidiary Company on Housing Accumulation Funds | Designation confirmed | Discussion of privately-held company's assets and business strategy. |
| MTD 156 | CNBMCO00324565-324578 | CNBM | Confidential | 8/3/2005 Comprehensive Team of CNBM Listing Office | Designation confirmed | Document discusses non-public information on subsidiary real property holdings and status/progress of property issues, including lease agreements, financial transactions, and ongoing legal disputes. |
| MTD 235 | CNBMCO00339345-339348 | CNBM | Confidential | 8/19/2005 Comprehensive Team of CNBM Listing Office | Designation confirmed | Document discusses subsidiary companies' strategic plans for manufacturing, marketing, and pricing of products. |
| MTD 59 | CNBMCO00366842-366873 | CNBM | Confidential | 2/28/2011 CNBM 2011 The Second Office Meeting | Designation confirmed | Notes from internal office meeting discussing non-public research and strategic development decisions and subsidiary production volumes, projected revenues and return on investments. |
| MTD 199 | | CNBM | Privileged & Confidential | 11/29/2010 Common Interest, Joint Defense, and Commonality Agreement | Designation confirmed | Joint defense agreement contains explicit confidentiality provision. |
| Contempt 114 | CNBMFP00000046-68 | CNBM Forest Products | Confidential | SYP Project Slides | Designation confirmed | Contains private company's strategic shipping process and pricing summary and analysis of costs for shipments, as well as strategic business proposals on how to move forward with supplier/vendor contracts. |

2

Exhibit A

| Exhibit Number | Bates Number | Producing Party | Original Confidentiality Designation | PSC Description | Designation | Reason for Confidential Designation |
|---|---|---|---|---|---|---|
| Contempt 115 | CNBMFP00000152-157 | CNBM Forest Products | Confidential | 3/13/2014 Meeting on Discussion of SYP Project | Designation confirmed | Meeting notes contain private company's non-public research regarding costs of shipment and operations, strategic business partnership options and risk assessment, and negotiation plans. |
| Contempt 103 | CNBMFP00001663 | CNBM Forest Products | Highly Confidential | 2014 CNBM Forest Products, Ltd. Contracts Status Check Spreadsheet | Designation confirmed | Document contains private company's non-public contract status information, product and supplier costs, trade volumes and projections. |
| Contempt 118 | CNBMFP00001753-1768 | CNBM Forest Products | Confidential | CNBM Forest Products, Ltd. 2015 Annual Business Plan | Designation confirmed | Document contains private company's confidential strategic business plan, financial goals, and budgeting information, and marketing, resource and product analysis |
| Contempt 88 | CNBMFP00004927-4929 | CNBM Forest Products | Confidential | 8/17-19/2014 Email string re: Phyto-sanitary inspection | Not confidential | |
| Contempt 191 | CNBMFP00005011 | CNBM Forest Products | Highly Confidential | 1/28/2014 Letter from Tony Liebo to Ken Kao re: CNBM Forest Products (Canada)'s new account | Designation confirmed | Letter contains highly sensitive confidential bank account numbers and routing information. |
| Contempt 44 | CNBMFP00005012 | CNBM Forest Products | Confidential | CNBM Forest Products (Canada) Certificate of Incorporation | Not confidential | |
| Contempt 120 | CNBMFP00007680 | CNBM Forest Products | Confidential | Chart SYP Cooperation Program | Designation confirmed. | Document contains private company's strategic business models, supplier names and information, pricing, payment, and shipment information. |
| Contempt 117 | CNBMFP00010768-10796 | CNBM Forest Products | Confidential | 8/2014 Email Chain re: Ongoing Business between CNBM Forest (Canada) and SFP | Not confidential | |
| Contempt 102 | CNBMFP00045594-45596 | CNBM Forest Products | Confidential | 2014 Introduction of CNBM Forest Products, Ltd. | Not confidential | |
| Contempt 41 | CNBMFP00045790-45793 | CNBM Forest Products | Highly Confidential | CNBM Forest Products Articles of Association | Not confidential | |
| Contempt 40 | CNBMFP00045798-45839 | CNBM Forest Products | Highly Confidential | 2013 CNBM Forest Products, Ltd. Auditor's Report | Designation confirmed | Accounting firm audit of private company includes financial details, such as assets and profits. |
| Contempt 43 | CNBMFP00148600-148622 | CNBM Forest Products | Confidential | Slide Show: CNBM Forest Products Trading, Ltd. | Not confidential | |
| Contempt 42 | CNBMFP00149890-149891 | CNBM Forest Products | Confidential | Response to Request for Information Regarding CNBM Group | Not confidential | |

3

Exhibit A

| Exhibit Number | Bates Number | Producing Party | Original Confidentiality Designation | PSC Description | Designation | Reason for Confidential Designation |
|---|---|---|---|---|---|---|
| MTD 86 | CNBMGRP00000564 | CNBM Group | Confidential | 3/5/2013 CNBM Group's "Reply on Beijing New Building Material (Group) Co., Ltd.'s 2013 annual loan and guarantee plan" | Designation confirmed | Document contains confidential financing information regarding loan and credit guarantees between parent and subsidiary. |
| MTD 56 | CNBMGRP00006793-6795 | CNBM Group | Confidential | CNBM Group Corporation Sample Document | Not confidential | |
| MTD 123 | CNBMGRP00009807-9838 | CNBM Group | Confidential | Problems Discovered During Auditing Review | Designation confirmed | Contains confidential details and analysis from an internal audit of privately-held subsidiaries including strategic investment decisions, financial accounting information, and analysis of performance and work processes. |
| MTD 208 | CNBMGRP00010052-10053 | CNBM Group | Confidential | 7/11/2014 CNBM Group Notice 17th Meeting of Third Session of the Board of Directors of CNBM Group | Designation confirmed | Document contains non-public information regarding CNBM Group board meeting discussion of strategic business investment and employment plans. |
| MTD 82 | CNBMGRP00012512-12522 | CNBM Group | Confidential | 1/29/2015 CNBM Group Board of Directors Meeting Minutes, 23rd Meeting of the Third Session | Designation confirmed | Meeting minutes of CNBM Group board of directors meeting contains discussion of non-public operations status, audit proposals, financial estimates, and risk management analysis. |
| MTD 57 | CNBMGRP00013290-13347 | CNBM Group | Confidential | April 2015 CNBM Group Corporation Year of 2015- 2017 Development Strategy and Plan | Designation confirmed | Confidential detailed company planning and development report for years 2015-2017. Contains non-public company background, upcoming year predictions of sales, production, and profits estimates |
| MTD 10 | CNBMGRP00023355-23375 | CNBM Group | Confidential | 2/26/2014 Meeting Minutes of the Seminar on Deepening Reform, CNBM Group Board of Directors | Designation confirmed | CNBM Group board meeting minutes contains non-public strategic business plans regarding acquisitions, restructuring, and litigation. |
| MTD 193 | CNBMGRP00026029-26039 | CNBM Group | Confidential | 7/9/2010 CNBM Group Corporation Meeting Minutes of the 5th Work Meeting of Managers of CNBM Group | Designation confirmed | Meeting minutes contain non-public strategic business plans regarding litigation and personnel decisions. |
| Contempt 5 | CNBMGRP000392949-393015 (partially translated: CNBMGRP00393000-002) | CNBM Group | Confidential | 7/11/2014 CNBM Group Resolution No. 17 of the Third Session of the Board of Directors of CNBM Group | Designation confirmed | Board resolutions contain non-public strategic plans regarding investment, personnel, and litigation. |
| MTD 68 | CNBMGRP00071458-480 | CNBM Group | Confidential | Technical Code for Safety of Gypsum Plasterboard Enterprises: Instructions for Preparation | Not confidential | |
| FSIA 104 | CNBMGRP00117685-117696 | CNBM Group | Confidential | First Quarter 2012, CNBM Group International Trade Report | Not confidential | |
| MTD 72 | CNBMGRP00211002-211011 | CNBM Group | Confidential | 11/11/2011 Work Report of CNBM Company Limited on Special Treatment of "Private Coffers" | Not confidential | |

4

Exhibit A

| Exhibit Number | Bates Number | Producing Party | Original Confidentiality Designation | PSC Description | Designation | Reason for Confidential Designation |
|---|---|---|---|---|---|---|
| MTD 63 | CNBMGRP00330873-330934 | CNBM Group | Confidential | CNBM Group Corporation Comprehensive Risk Management Report of the Year 2010 | Designation confirmed | Document contains non-public analysis of financial, operational, legal, and strategic risks, as well as future risk management strategies. |
| MTD 73 | CNBMGRP00331473-331500 | CNBM Group | Highly Confidential | V. Problems found in the audit | Designation confirmed | Confidential discussion of audit issues including strategic investment management, subsidiary review, and merger procedures |
| MTD 206 | CNBMGRP00346624-346636 | CNBM Group | Confidential | 8/15/2014 CNBM Group 18th Meeting Minutes of the Third Session of the Board of Directors of CNBM Group | Designation confirmed | Confidential CNBM Group board of directors meeting minutes discussing strategic business issues, including financing for investment projects, loans, internal reorganization plans, litigation, and risk assessment |
| FSIA 103 | CNBMGRP00346665 | CNBM Group | Confidential | 8/19/2014 Email chain among CNBM Group, Taishan, BNBM, and CNBM employees re: Drywall Lawsuit Press Release | Designation confirmed | Communication regarding litigation seeking input from counsel. |
| MTD 62 | CNBMGRP00371516-371562 | CNBM Group | Confidential | Taishan Gypsum Company Limited Comprehensive Risk Management Report for the Year 2011 (submitted to CNBM Group, CNBM, BNBM) | Designation confirmed | Non-public risk management report including strategic considerations regarding litigation, subsidiary management, and detailed risk assessment for non-public company. |
| Contempt 101 | CBMIE00025787 | CNBM Import & Export | Confidential | CNBM Import & Export Table of US Related Business in 2014 | Designation confirmed | Non-public spreadsheet containing financing information and trading revenue from various products. |
| Contempt 159 | CBMIE00028128-28216 | CNBM Import & Export | Confidential | CNBM Import & Export and CNBM International 2014 Annual Work Report | Designation confirmed | Private company annual report contains strategic business information including revenue, profit, assets, liabilities, and employee information. |
| Contempt 165 | CBMIE00029535-29554 | CNBM Import & Export | Confidential | 2014 Investigation Report on CNBM International | Designation confirmed | Non-public report containing financial data such as revenue, profits, assets, and liabilities. |
| Contempt 113 | CBMIE00032577-32578 | CNBM Import & Export | Confidential | CNBM Import & Export Co. Sorting of American Business | Designation confirmed | Non-public report containing financial and commercial data including suppliers, commodities, inventories, prices, and payment terms. |
| Contempt 86 | CBMIE00036914-36918 | CNBM Import & Export | Confidential | 9/9/2014 Email from Jackie Wang to Huang Anzhong, Yingqun Zhu and wsh@cbmie.com (Chief Wu) reporting on developments in the Oregon litigation with Murphy Astoria | Designation confirmed | Internal discussion of non-public business and litigation strategy, including potential settlement. |

Exhibit A

| Exhibit Number | Bates Number | Producing Party | Original Confidentiality Designation | PSC Description | Designation | Reason for Confidential Designation |
|---|---|---|---|---|---|---|
| Contempt 87 | CBMIE00039570-37571 | CNBM Import & Export | Highly Confidential | 2/6/2015 Email from DENG to ZHU Macy and ZHU Dan re: Forest Products Business in the United States (urgent) | Designation confirmed | Internal email contains non-public supplier information including pricing, packaging and shipping details. |
| Contempt 82 | CBMIE00065970-65978 | CNBM Import & Export | Confidential | 7/2/2014 Confidential Mediation Submission of CNBM Import & Export and CNBM Forest Products (Canada) | Designation confirmed | Letter to mediator, termed a "Confidential Mediation Submission" contains confidential materials for the purposes of mediating dispute |
| Contempt 175 | CNBMUSA00001509-1518 | CNBM USA | Confidential | CNBM International 2014 Summary Work Report of Sales Manager | Designation confirmed | Document contains non-public financial data including sales, revenues, and strategic market analysis |
| Contempt 192 | CNBMUSA00002341-2342 | CNBM USA | Highly Confidential | List of CNBM USA Bank Accounts | Designation confirmed | Contains multiple bank account numbers. |
| Contempt 45 | CNBMUSA00003022 | CNBM USA | Confidential | CNBM International Company description | Not confidential | |
| MTD 169 | CNBMUSA00004146-4158 | CNBM USA | Confidential | CNBM International Corporation - Company Profile for Gypsum Division | Not confidential | |
| MTD 184 | CNBMUSA00004859-4862 | CNBM USA | Confidential | CNBM International Corporation History | Not confidential | |
| Contempt 168 | CNBMUSA00009676-9706 | CNBM USA | Confidential | "Three-Year Rolling" Development Planning of CNBM International Corporation in 2015-2017 | Designation confirmed | Document contains strategic business planning information for 2015-2017, including confidential accounting/financial information, asset values, revenue, and profit, as well as internal business strategies |
| Contempt 171 | CNBMUSA00009971-9990 | CNBM USA | Confidential | 2014 CNBM International Metal Engineering Department Work Summary | Designation confirmed | Non-public business report containing strategic analysis on business partners, market opportunities, product line finances, business analysis, and marketing strategy. |
| Contempt 46 | CNBMUSA00011317 | CNBM USA | Highly Confidential | CNBM International Basic Situations of Overseas Subsidiary Companies | Designation confirmed | Document contains confidential bank account information. |
| Contempt 176 | CNBMUSA00015024-15030 | CNBM USA | Highly Confidential | 1/5/2015 Active Minerals Contract entered into between CNBM International Corporation (Buyer) and Active Minerals Int'l, LLC (Seller) | Designation confirmed | Contract contains bank account numbers, pricing, quantity, and export details. |
| Contempt 173 | CNBMUSA00018404-18408 | CNBM USA | Highly Confidential | 10/14/2014 Sales Confirmation for Sale by CNBM International to Refractories, Inc. (TX) | Designation confirmed | Invoice contains bank account numbers, pricing, quantity, and exporting details. |
| Contempt 172 | CNBMUSA00020079 | CNBM USA | Highly Confidential | 8/6/2014 Quotation from CNBM International to Global TDR, LLC | Designation confirmed | Contract contains bank account numbers, wiring instructions, and product pricing |
| Contempt 163 | CNBMUSA00024864-24888 | CNBM USA | Confidential | 11/14/2014 CNBM International Photovoltaic Department 1 Business Analysis Report (submitted 10/11/2014) | Designation confirmed | Report contains customer inquiries, product line and international market analysis |
| Contempt 160 | CNBMUSA00024907-24936 | CNBM USA | Confidential | CNBM International Breeder Material Dept. Jan. to Sept. Business Analysis Report (submitted October 2014) | Designation confirmed | Contains customer information, product line, profit margin on sales, and international market analysis |

Exhibit A

| Exhibit Number | Bates Number | Producing Party | Original Confidentiality Designation | PSC Description | Designation | Reason for Confidential Designation |
|---|---|---|---|---|---|---|
| Contempt 161 | CNBMUSA00024950-24961 | CNBM USA | Confidential | CNBM International Adhesive Tape Dept. October Business Analysis Report (submitted 10/11/2014) | Designation confirmed | Contains customer information, product line, profit margin on sales, and international market analysis |
| Contempt 162 | CNBMUSA00024964-24977 | CNBM USA | Confidential | CNBM International Metal Engineering Department September 2014 Business Analysis Report (submitted 10/13/2014) | Designation confirmed | Contains customer information, product line, profit margin on sales, and international market analysis |
| Contempt 156 | CNBMUSA00027107-27151 | CNBM USA | Confidential | Powerpoint – okorder.com "Cross-Border E-Commerce & Overseas Warehousing" Business Mode Introduction | Not confidential | |
| Contempt 174 | CNBMUSA00028724-28725 | CNBM USA | Confidential | 10/14/2014 Sales Confirmation for sale by CNBM International to Architectural Iron Products (OR) | Designation confirmed | Invoice contains bank account numbers, pricing, quantity, and customer product specifications |
| MTD 120 | CNBMUSA00045438 | CNBM USA | Confidential | Letter from CNBM (USA) to Eastern Metal Supply, Inc. (created on 4/3/2008) | Not confidential | |
| Contempt 51 | CNBMUSA00054676-54690 | CNBM USA | Confidential | 4/2/2007 CNBM USA "Building a Mutually Rewarding Partnership" Powerpoint | Not confidential | |
| Contempt 124 | SUNTECH00000033-36 | United Suntech | Confidential | 6/2/2008 Stock Purchase Agreement | Designation confirmed | Confidential stock purchase agreement. |
| Contempt 123 | SUNTECH00000042 | United Suntech | Confidential | 9/3/2003 United Suntech Craft Meeting Notes | Designation confirmed | Non-public meeting minutes containing strategic business information regarding loan agreement. |
| MTD 179 | SUNTECH00000046-47 | United Suntech | Confidential | 1/5/2011 Email re: 2010 Annual Audit Arrangements | Not confidential | |
| MTD 180 | SUNTECH00000078-81 | United Suntech | Confidential | 1/7/2013 CNBM Notice on Doing a Good Job on the Formulation of 2012 Financial Statements | Not confidential | |
| Contempt 126 | SUNTECH00000212-213 | United Suntech | Confidential | 9/17/2014 Email re: Fund Application Report of US Company | Designation confirmed | Internal email regarding business and litigation strategy, risk assessment, financial issues for product lines, market analysis, and employee compensation. |
| Contempt 71 | SUNTECH00000438-439 | United Suntech | Confidential | 3/4/2013 Email re: Notice on Doing a Good Job in the Registration of Retention of the Company's Important Materials | Not confidential | |
| MTD 178; Contempt 72 | SUNTECH00001000 SUNTECH00001001 | United Suntech | Confidential | 9/18/2012 email from Sharon to UNITEDSUNTECHCRAFT@gmail.com and attached 9/16/2012 Application for Title Registration for United Suntech Craft, Inc. | SUNTECH00001000 - Not confidential; SUNTECH00001001 - Not confidential | |

7

Exhibit A

| Exhibit Number | Bates Number | Producing Party | Original Confidentiality Designation | PSC Description | Designation | Reason for Confidential Designation |
|---|---|---|---|---|---|---|
| Contempt 127 | SUNTECH00001262 | United Suntech | Confidential | 1/5/2015 Commission Agreement | Designation confirmed | Confidential agreement containing bank account numbers and pricing details |
| Contempt 193 | SUNTECH00001656 | United Suntech | Confidential | 10/30/2012 Director Resolution | Not confidential | |