# Exhibit B

CNBMCO00046745-46758

CNBMFP00005011

CNBMFP00005042

CNBMFP00005043-5047

CNBMFP00013337

CNBMFP00013382

CNBMFP00013428

CNBMFP00014475

CNBMFP00014509

CNBMFP00015012

CNBMFP00015056

CNBMFP00015902

CNBMFP00015923

CNBMFP00015926

CNBMFP00015934

CNBMFP00015937

CNBMFP00015951

CNBMFP00016412

CNBMFP00016435

CNBMFP00016438

CNBMFP00016468

CNBMFP00016717

CNBMFP00016718

CNBMFP00017031

CNBMFP00017032

CNBMFP00017035

CNBMFP00017049

3

CNBMFP00017052

CNBMFP00017087

CNBMFP00021445

CNBMFP00021446

CNBMFP00021447

CNBMFP00021448

CNBMFP00031809

CNBMFP00031821

CNBMFP00031916

CNBMFP00038058

CNBMFP00038276

CNBMFP00038424

CNBMFP00038523

CNBMFP00038546

CNBMFP00038549

CNBMFP00038579

CNBMFP00038636

CNBMFP00038637

CNBMFP00038640

CNBMFP00038641

CNBMFP00038642

CNBMFP00038643

CNBMFP00038648

CNBMFP00038889

CNBMFP00049747

CNBMFP00050111

CNBMFP00072973

CNBMFP00074001

CNBMFP00074080

CNBMFP00074242-74243

CNBMFP00074507-74513

CNBMFP00074809

CNBMFP00074854

CNBMFP00075006

CNBMFP00075008

CNBMFP00075040

CNBMFP00075143

CNBMFP00075150-75153

CNBMFP00075297

CNBMFP00075355-75367

CNBMFP00075413

CNBMFP00075787

CNBMFP00075798

CNBMFP00075815

CNBMFP00076074

CNBMFP00076096

CNBMFP00076246

CNBMFP00076267

CNBMFP00076380

CNBMFP00076403

CNBMFP00076406

CNBMFP00076436

CNBMFP00076440

CNBMFP00076463

CNBMFP00076466

CNBMFP00076496

CNBMFP00076674

CNBMFP00076675

CNBMFP00076778

CNBMFP00076779

CNBMFP00076782

CNBMFP00076796

CNBMFP00076799

CNBMFP00076834

CNBMFP00076884

CNBMFP00076885

CNBMFP00076888

CNBMFP00076902

CNBMFP00076905

CNBMFP00076940

CNBMFP00076990

CNBMFP00076991

CNBMFP00077008

CNBMFP00077011

CNBMFP00077046

CNBMFP00091363

CNBMFP00091408

CNBMFP00092171

CNBMFP00092214

CNBMFP00092218

CNBMFP00092261

CNBMFP00092376

CNBMFP00092410

CNBMFP00092414

CNBMFP00092448

CNBMFP00092645

CNBMFP00092689

CNBMFP00092737

CNBMFP00092780

CNBMFP00094157

CNBMFP00094201

CNBMFP00099693

CNBMFP00099736

CNBMFP00099853

CNBMFP00099897

CNBMFP00159578

CNBMFP00159668

CNBMFP00159673-159674

CNBMFP00159735

CNBMFP00159736

CNBMFP00159738

CNBMFP00159767

CNBMFP00159798-159802

CNBMFP00159893

CNBMFP00159909

CNBMFP00159917-159918

CNBMFP00159988

CNBMFP00160011-160012

CNBMFP00160107

CNBMFP00160123

CNBMFP00160137

CNBMFP00160142

CNBMFP00172005

CNBMFP00173306-173310

CNBMFP00197047-197049

CNBMFP00197086-197094

CNBMFP00197111

CNBMFP00197117-197118

CNBMFP00197196

CNBMFP00197198

CNBMFP00197199

CNBMFP00197200

CNBMFP00197204

CNBMFP00197206

CBMIE00089523-89531

CBMIE00089575-89579

CBMIE00089585-89589

CBMIE00089595-89599

CBMIE00089605-89609

CBMIE00089615-89619

CBMIE00089625-89629

CBMIE00089635-89639

CBMIE00089646-89650

CBMIE00089657-89661

CBMIE00089667-89671

CBMIE00089677-89681

CBMIE00089687-89691

CBMIE00089697-89701

CBMIE00089707-89711

CBMIE00089717-89721

CBMIE00089727-89731

CBMIE00089761

CBMIE00089763

CBMIE00089765

CBMIE00089767

CBMIE00089769

CBMIE00089771-89775

CBMIE00089781

CBMIE00089783 & CBMIE00089820

CBMIE00089789 & CBMIE00089827

CBMIE00089791 & CBMIE00089828

CBMIE00089793 & CBMIE00089830

CBMIE00089814

CBMIE00089816

CBMIE00089817-89818

CBMIE00089823 & CBMIE00089785

CBMIE00089825 & CBMIE00089787

CBMIE00089833 & CBMIE00089795

CBMIE00089834 & CBMIE00089797

CBMIE00089836-89837 & CBMIE00089799

CBMIE00089840-89841 & CBMIE00089800

CBMIE00089844-89845 & CBMIE00089801

CBMIE00089848-89849 & CBMIE00089802

CBMIE00089852 & CBMIE00089803

CBMIE00089855 & CBMIE00089804

CBMIE00089858

CBMIE00089860

CBMIE00089861 & CBMIE00089813

CBMIE00089863

CBMIE00089865 & CBMIE00089811

CNBMUSA00002341-2342

CNBMUSA00011317

CNBMUSA00011818-11819

CNBMUSA00011822-11823

CNBMUSA00011824-11825

CNBMUSA00011830-11831

CNBMUSA00011836-11837

CNBMUSA00011840-11841

CNBMUSA00011842-11843

CNBMUSA00011864-11865

CNBMUSA00011866-11867

CNBMUSA00011870-11871

CNBMUSA00011882-11883

CNBMUSA00011884-11885

CNBMUSA00011892-11893

CNBMUSA00011904-11905

CNBMUSA00011908-11909

CNBMUSA00011910-11911

CNBMUSA00011912-11913

CNBMUSA00011916-11917

CNBMUSA00011937-11938

CNBMUSA00012296

CNBMUSA00015024-15030

CNBMUSA00018404-18408

CNBMUSA00018981-18983

CNBMUSA00019292-19293

CNBMUSA00019395-19397

CNBMUSA00019908-19910

CNBMUSA00020078-20079

CNBMUSA00022797-22799

CNBMUSA00028724-28725

CNBMUSA00028742-28744

SUNTECH00001262