# EXHIBIT "E"



820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

John S. Creevy
Aaron Z. Ahlquist[2]
Craig M. Robinson
Mikalia M. Kott[3]
Danielle Treadaway Hufft
Patrick R. Busby[4]
Alexandra E. Faia
Anne E. DeVaughn
Charles M. King

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Tennessee
[3] Also Admitted in Colorado
[4] Also Admitted in Alabama
& Oklahoma

January 27, 2017

***Via Email Only***

Harry Rosenberg, Esq.
Phelps Dunbar
365 Canal Street, Suite 2000
New Orleans, LA   70130-6534
harry.rosenberg@phelps.com

   Re: *In re:   Chinese-Manufactured Drywall Products Liability Litigation*
      **MDL 2047**

Dear Harry:

  We are writing about the discovery that has long been propounded on the Taishan Defendants, the BNBM Defendants and CNBM Defendants related to whether Taishan, and any of its affiliates or subsidiaries (including all Defendants), conducted any business in the United States from July 17, 2014 until at least March 9, 2015, in order to determine from Defendants the profits of Taishan, or any its affiliates and subsidiaries (including all Defendants) who violated the order, for the year of the violation.

  Particularly in light of the extensive discovery from third parties that established wide-ranging business in the United States during the contempt period, the responses of the Defendants to date are clearly deficient. (*See e.g*. Substituted Motion of Plaintiff-Intervenors and the Plaintiffs' Steering Committee to Enforce the Court's July 17, 2014 Contempt Order and Injunction [Rec. Doc. 18447-2].)

January 27, 2017
PAGE 2

      Before we file an appropriate motion with the Court, we invite Defendants to identify and produce documents sufficient to identify all such business and profits by the affiliates or subsidiaries, and provide necessary supplementation.   Given the time that these discovery demands have been pending, please have complete responses prepared by February 3, 2017.

                                              Very truly,

                                              */s/ Russ M. Herman*
                                              **Russ M. Herman (Plaintiffs' Liaison Counsel)**

                                              */s/ Arnold Levin*
                                              **Arnold Levin (Plaintiffs' Lead Counsel)**

/lmf
cc:      Bernard Taylor, Esq. *(via email)*
           Christina Hull Eikhoff, Esq. *(via email)*
           Michael Kenny, Esq. *(via email)*
           Alan Dean Weinberger, Esq. *(via email)*
           L. Christopher Vejnoska, Esq. *(via email)*
           James L. Stengel, Esq. *(via email)*
           Ewell Eagan, Jr., Esq. *(via email)*
           Eric Shumsky, Esq. *(via email)*
           Donna Currault, Esq. *(via email)*
           Alex Rothenberg, Esq. *(via email)*
           C. Michael Moore, Esq. *(via email)*
           Michael Barr, Esq. *(via email)*
           Richard Fenton, Esq. *(via email)*