# EXHIBIT "F"

**Lillian Flemming**

| | |
|---|---|
| **From:** | Scott George <sgeorge@seegerweiss.com> |
| **Sent:** | Monday, February 06, 2017 5:52 PM |
| **To:** | Harry Rosenberg (1219); Lenny Davis |
| **Cc:** | Arnold Levin; 'Sandy Duggan'; Russ Herman |
| **Subject:** | RE: CDW- Jan. 27th letter |

Harry,

I hope that you are out of the worst of the flu and appreciate your attention to the letter notwithstanding. Thank you for the response.

Truly,

Scott


Scott George
Seeger Weiss LLP


-------- Original message --------
From: "Harry Rosenberg (1219)"
Date: 2/6/17 18:46 (GMT-05:00)
To: ldavis@hhklawfirm.com
Cc: Scott George
Subject: CDW- Jan. 27th letter

**Scott and Lenny-**
**Sorry for the day delay in responding but I was bedridden with the flu since last Thursday.**
**Following our conference call last week, we confirmed that the PSC had fulsome discovery opportunities in 2015 regarding purported business transactions during the contempt period and correspondingly received fulsome discovery responses from BNBM and the many third parties subjected to depositions as well as subpoenas. Consequently, we do not believe there is any need to add**

**to an already intense discovery process undertaken by the PSC, pretermitting the other bases that preclude re-opening this discovery.**

**harry**

_____

**Harry Rosenberg**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-584-9219
Mobile: 504-250-7908
Fax: 504-568-9130
Email: harry.rosenberg@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.