IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Compel Complete Responses to Supplemental Discovery directed to Taishan Gypsum Co., Ltd. ("Taishan"), Tai'an Taishan Plasterboard Co., Ltd. ("TTP") Beijing New Building Materials Public Limited Co. (" BNBM"), Beijing New Building Materials (Group) Co., Ltd. ("BNBM Group"), China National Building Material Co., Ltd. ("CNBM") and China National Building Materials Group Co. ("CNBM Group");

IT IS ORDERED BY THE COURT that Taishan, TTP, BNBM, BNBM Group, CNBM and CNBM Group are each directed to respond completely and fully to the written discovery served on them relating to business conducted in the United States by the Taishan Defendants and their Affiliates and product all documents requested, by the PSC, and provide an accounting of all business conducted in the United States within five (5) days including a statement of the gross receipts of business by the Taishan Defendants and each of their Affiliates, including but not limited to Defendants for themselves and their subsidiaries.

1

New Orleans, Louisiana, this _____ day of _____, 2017.

                                                          _____
                                                          Hon. Eldon E. Fallon
                                                          United States District Court Judge