UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. WILKINSON |

## MOTION TO ENROLL AS COUNSEL FOR LEAD CONTRACTOR MOSS & ASSOCIATES, LLC

**NOW INTO COURT,** by and through undersigned counsel, Lead Contractor, Moss & Associates, LLC, moves this Honorable Court for entry of an order enrolling Stephanie C. Mazzola (Florida Bar No. 0077661) of the law firm of Tripp Scott, P.A., 110 Southeast Sixth Street, Suite 1500, Fort Lauderdale, Florida 33301, Phone: (954) 525-7500, as counsel of record for Moss & Associates, LLC in this action as it relates to the drywall remediation of the KPT Property of Daniel and Gessica Toth for purposes of (i) submitting a response/opposition to Plaintiffs, Daniel and Gessica Toth's Notice of Appeal of Special Master's Opinion and Decree filed on February 6, 2017; (ii) submitting documentation that was previously submitted to the Special Master, Daniel J. Balhoff, Esquire, by Moss & Associates, LLC pursuant to Paragraph 4.2.9 of the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 247 so that this Court may have a complete record of the matters before the Special Master; and/or (iii) for purposes of appearing before this Court if required on this matter. This Motion to Enroll is filed pursuant to Pretrial Order No. 1, Paragraph 12, in the above-referenced litigation which states in part that "…attorneys admitted to practice and in good standing in any United

1

States District Court are admitted *pro hac vice* in this litigation, and the requirements of Local Rules 83.2.6E and 83.2.7 are waived.  Association of local counsel is not required."

**WHEREFORE**, Lead Contractor, Moss & Associates, LLC, prays for an order enrolling Stephanie C. Mazzola as counsel of record in the above-captioned matter.

Respectfully submitted,

**TRIPP SCOTT, P.A.**

*/s/ Stephanie C. Mazzola*
**STEPHANIE C. MAZZOLA (#00077661)**
110 Southeast Sixth Street, Suite 1500
Fort Lauderdale, Florida 33301
Telephone:     (954) 525-7500
Facsimile:      (954) 761-8475
Primary Email:           scm@trippscott.com
Secondary Email:       tlk@trippscott.com
***Attorneys for Lead Contractor,***
***Moss & Associates, LLC***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.  According to the CM/ECF docket sheet, all parties to this civil action receive electronic notification.  Done on February 15, 2017.

*/s/ Stephanie C. Mazzola*
**STEPHANIE C. MAZZOLA**

2