UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. WILKINSON |

## O R D E R

Considering the above and foregoing Motion to Enroll,

**IT IS HEREBY ORDERED** that Stephanie C. Mazzola (#0077661) of the law firm Tripp Scott, P.A. is hereby enrolled as counsel of record for Lead Contractor, Moss & Associates, LLC in this action as it relates to the drywall remediation of the KPT Property of Daniel and Gessica Toth for purposes of (i) submitting a response/opposition to Plaintiffs' Daniel and Gessica Toth's Notice of Appeal of Special Master's Opinion and Decree filed on February 6, 2017; (ii) submitting documentation that was previously submitted to the Special Master, Daniel J. Balhoff, Esquire, by Moss & Associates, LLC pursuant to Paragraph 4.2.9 of the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 247 so that this Court may have a complete record of the matters before the Special Master; and/or (iii) for purposes of appearing before this Court if required on this matter.

Signed in New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**UNITED STATES DISTRICT JUDGE
HON. ELDON E. FALLON**

1