UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Taishan's Motion for Leave to File Reply in Further Support of Taishan's Motion for Plan to Satisfy Translation Order, it is hereby ORDERED BY THE COURT that the motion is GRANTED and the attached reply brief is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
ELDON E. FALLON
Judge, United States District Court