UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. WILKINSON |

## MOSS & ASSOCIATES, LLC'S NOTICE OF SETTLEMENT OF DISPUTE WITH PLAINTIFF TRACY A. WAGNER

**NOW INTO COURT,** by and through undersigned counsel, Lead Contractor, Moss & Associates, LLC, hereby notifies the Court that it has reached a settlement of the pending dispute with Plaintiff Tracy A. Wagner with respect to Plaintiff Tracy A. Wagner's Notice of Appeal of Special Master's Opinion and Decree filed on February 6, 2017. The Parties are finalizing the settlement documents and upon finalizing of the settlement, the Plaintiff Tracy A. Wagner will dismiss the above-referenced appeal.

**WHEREFORE**, Lead Contractor, Moss & Associates, LLC, notifies this Court of said settlement, and requests that no ruling be issued regarding Plaintiff Tracy A. Wagner's Notice of Appeal of Special Master's Opinion and Decree filed on February 6, 2017.

Respectfully submitted,

**TRIPP SCOTT, P.A.**

*/s/ Stephanie C. Mazzola*
**STEPHANIE C. MAZZOLA (#00077661)**
110 Southeast Sixth Street, Suite 1500
Fort Lauderdale, Florida 33301
Telephone:    (954) 525-7500

1

1354432v1 301707.0202

Facsimile: (954) 761-8475
Primary Email: scm@trippscott.com
Secondary Email: tlk@trippscott.com
***Attorneys for Lead Contractor,***
***Moss & Associates, LLC***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants. According to the CM/ECF docket sheet, all parties to this civil action receive electronic notification. Done on February 21, 2017.

*/s/ Stephanie C. Mazzola*
**STEPHANIE C. MAZZOLA**