**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,* **Case No. 09-6687 (E.D. La.)** | |

## ORDER

Before the Court is Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd.'s ("BNBM Group," collectively the "BNBM Entities") Motion For Leave to Exceed Page Limitation. The Court is of the opinion that the Motion should be GRANTED.

The BNBM Entities' Memorandum of Law in Opposition to the Substituted Motion of Plaintiff-Intervenors and the Plaintiffs' Steering Committee to Enforce the Court's July 17, 2014 Contempt Order and Injunction is hereby filed to the record.

**SO ORDERED.**

New Orleans, Louisiana, this 21st day of  February , 2017.

_____
ELDON E. FALLON
United States District Court Judge