UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## MOTION TO EXAMINE JUDGMENT DEBTOR

Now into court come **Plaintiff-Intervenors, Deborah and William Morgan; Jerry and Inez Baldwin; Joe and Cathy Leach; Robert and Lisa Orlando; Fred and Vanessa Michaux; Preston and Rachel McKellar; and Steven and Elizabeth Heischober** [see Rec. Doc. No. 641] (collectively referred to herein as **"Plaintiff-Intervenors"**), who respectfully represent:

I.

**Plaintiff-Intervenors** are judgment creditors of **Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. ("Taishan")**, a defendant in this action. The Default Judgment against **Taishan** in favor of **Plaintiff-Intervenors** was rendered by the United States District Court for the Eastern District of Louisiana on May 10, 2010 [Rec. Doc. 3013], in the above captioned proceedings.

**EXHIBIT 1**

1

**II.**

**Taishan** filed a Notice of Appeal on October 2, 2012, and was docketed with the United States Fifth Circuit Court of Appeals on October 8, 2012 (5th Cir. Case No.: 12-31017). The appeal was heard before the Fifth Circuit on October 9, 2013, and a Judgment was issued as mandate on February 19, 2014, affirming the district court. All time delays for filing a writ to the United States Supreme Court have passed.

**III.**

Specific to **Plaintiff-Intervenors, William and Deborah Morgan,** the Court awarded total damages caused by **Taishan**, and entered judgment in the amount of $481,613.29; pre-judgment interest from May 1, 2009, to April 13, 2010, at a rate in accordance with Va. Code Ann. §6.1-330.54 in the amount of $27,550.92, and post-judgment interest at the legal rate until paid and costs.

**IV.**

Specific to **Plaintiff-Intervenors, Jerry and Inez Baldwin,** the Court awarded total damages caused by **Taishan**, and entered judgment in the amount of $441,669.11; pre-judgment interest from May 1, 2009, to April 13, 2010, at a rate in accordance with Va. Code Ann. §6.1-330.54 in the amount of $25,267.61, post-judgment interest at the legal rate until paid and costs.

**V.**

Specific to **Plaintiff-Intervenors, Joseph and Cathy Leach,** the Court awarded total damages caused by **Taishan**, and entered judgment in the amount of $89,676.86; pre-judgment

2

interest from May 1, 2009, to April 13, 2010, at a rate in accordance with Va. Code Ann. §6.1-330.54 in the amount of $5,130.01, post-judgment interest at the legal rate until paid and costs.

## VI.

Specific to **Plaintiff-Intervenors, Bob and Lisa Orlando,** the Court awarded total damages caused by **Taishan**, and entered judgment in the amount of $407,905.44; pre-judgment interest from May 1, 2009, to April 13, 2010, at a rate in accordance with Va. Code Ann. §6.1-330.54 in the amount of $23,334.43, post-judgment interest at the legal rate until paid and costs.

## VII.

Specific to **Plaintiff-Intervenors**, **J. Frederick and Vanessa Michaux,** the Court awarded total damages caused by **Taishan**, and entered judgment in the amount of $355,607.80; pre-judgment interest from May 1, 2009, to April 13, 2010, at a rate in accordance with Va. Code Ann. §6.1-330.54 in the amount of $20,342.71, post-judgment interest at the legal rate until paid and costs.

## VIII.

Specific to **Plaintiff-Intervenors, Preston and Rachel McKellar,** the Court awarded total damages caused by **Taishan**, and entered judgment in the amount of $351,741.22; pre-judgment interest from May 1, 2009, to April 13, 2010, at a rate in accordance with Va. Code Ann. §6.1-330.54 in the amount of $20,121.52, post-judgment interest at the legal rate until paid and costs.

3

**IX.**

Specific to **Plaintiff-Intervenors, Steven and Elizabeth Heischober,** the Court awarded total damages caused by **Taishan**, and entered judgment in the amount of $480,886.27; pre-judgment interest from May 1, 2009, to April 13, 2010, at a rate in accordance with Va. Code Ann. §6.1-330.54 in the amount of $27,509.33, post-judgment interest at the legal rate until paid and costs.

**X.**

The Default Judgment has not been satisfied and **Plaintiff-Intervenors** wish to examine the **Taishan**, judgment debtor, on all matters relevant to its property, pursuant to Fed. R. Civ. P. 69(a) and C.C.P. art. 2451.

**XI.**

Movers also desire that the judgment debtor produce in open court for examination the books, papers, and other documents described below which are in its possession, and also desires to examine the judgment debtor in connection with these books, papers, and documents listed below:

(a) Any and all titles, deeds, or other documents by which **Taishan** owns or leases any real estate or other immovable property;

(b) Copies of any and all tax returns, including income, personal, VAT or others, **Taishan** has filed, individually or jointly with any other corporation, business entity, agency, or instrumentality, for the previous four (4) calendar years, including all schedules, attachments, and worksheets, and with the name and current address of any and all persons who assisted in preparing those returns;

(c) The original instrument for any and all certificates of stock, bonds, mutual funds, brokerage accounts, or indentures, and other securities titled in the name of, or beneficially held by, or for, **Taishan**, whether alone or jointly with any

4

other person(s); corporation, business entity, agency, or instrumentality in any corporation, limited liability company, any other business organized under the laws of any state, or other entity during the last three (3) years;

(d) Copies of any and all financial statements in **Taishan's** possession, custody or control, prepared by or for **Taishan**, reflecting **Taishan's** financial condition during the past three (3) years, whether prepared for **Taishan** individually or jointly with any other person or persons, or for a corporation, firm, or other entity in which **Taishan** owned an interest;

(e) Any and all documents or title, instruments (negotiable and non-negotiable), chattel paper (tangible or intangible), notes, deeds, conveyances, certificates of title, bills of sale, bills of lading, letters of credit, warehouse receipts, mortgages, and security instruments of any kind showing or tending to show the existence of debts owed to or by **Taishan**, or property owned by **Taishan**, or property in which **Taishan** has a mortgage or security interest. This request includes all such items executed or in effect during the last three (3) years;

(f) Any and all writings, correspondence, and financial records in **Taishan's** possession or custody, or subject to **Taishan's** control, showing or tending to show monies owed to **Taishan for outstanding debts in connection with any and all commercial activities of Taishan** , and all records **Taishan** may have showing or tending to show all the persons, corporations, business entities, agencies, or instrumentalities who owe **Taishan** money;

(g) Any and all insurance policies insuring loss to any property, real or personal, that **Taishan** owns or has owned in the last three (3 years), individually or jointly with any other person(s), corporation, business entity, agency, or instrumentality, or that **Taishan** holds for the benefit of any other person(s), corporation, business entity, or instrumentality, that were in effect during the last three (3) years;

(h) Any and all pending and executed acts of sale, deeds, contracts, commercial agreements, and all other documents showing transfer of any and all property, tangible or intangible, owned (in whole or in part), manufactured, produced, or acquired by **Taishan**, individually or jointly with any other person, corporation, business entity, agency, or instrumentality, during the previous three (3) years up to and including the date of this request;

(i) Any and all bank statements, cancelled checks, check stubs, deposit slips, wire transfer requests, wire transfer receipts, or other documentation of wire transfers to or from **Taishan**, and other records in **Taishan's** possession, custody, or control, showing or tending to show transactions with a bank or other financial

5

institution with which **Taishan** did business, or relating to a deposit account on which **Taishan** has had signature authority during the previous three (3) years, regardless of whether the accounts were in **Taishan's** name or that of another person(s) corporation, business entity, agency, or instrumentality;

(j) Any and all documents relating to any and all interest(s), whether minority or majority interest(s), that **Taishan** has had during the previous three (3) years through the present date, in any entity, corporation, limited liability company, partnership, joint venture, trust, or other business type organized under the laws of any state;

(k) Any and all documents relating in any way to **Taishan's** business, occupation, employment, livelihood, and any and all other sources of income during the last four (4) years, including sales revenue, salaries, income, bonuses, commissions, pension plan, insurance, and other fringe benefits;

(l) Any and all documents reflecting and identifying any and all assets owned by **Taishan, individually or together with any other person(s), corporation, business entity, agency, or instrumentality; whether Taishon has a majority or minority ownership interest therein,** during the last three (3) years;

(m) Any and all ledger cards, ledgers, journals, memoranda, books of account, and other documents reflecting and identifying **Taishan's** assets, payables and receivables during the last three (3) years through the present date;

(n) Any and all documents providing any and all information of all sources of **Taishan's** income during the last four (4) years;

(o) Any and all trust instruments, agreements, correspondence, and other documents relating to all trusts in which **Taishan** is a trustee, beneficiary or has any other kind of interest in, together with all documents identifying the assets of such trusts and the present location of each asset, all transactions by such trusts, all transfers of trust property, and the names and addresses of trustees and beneficiaries; this request includes all such items signed or in effect during the last three (3) years to the present date;

(p) Any and all records relating to and identifying all motor vehicles, boats, and all other registered movables owned, rented, leased and otherwise used by **Taishan** during the last three (3) years to the present date and, if not owned by **Taishan**, records identifying the owner thereof along with his/her/its present address, and detail concerning the arrangement under which you were afforded use of the motor vehicle, boat, or other movable;

6

(q) Any and all records relating to safe deposit boxes and/or the extent and circumstances of any and all financial relationships with any banks or other depositories for securities, cash, or other valuables, rented or otherwise, used by **Taishan** or jointly with any other person(s), corporation, business entity, agency, or other business organized under the laws of any state during the last three (3) years to the present date, together with any and all agreements, writings, or other documents memorializing or detailing to extent and circumstances of such relationships;

(r) Any and all documents reflecting and/or identifying all personal property in which **Taishan** has any ownership interest in, either jointly, individually, or otherwise, during the last three (3) years to the present date, together with the location of each item and its present market value;

(s) Any and all mortgages, liens, pledges, promissory notes, security agreements, financing statements and all other documents in any way reflecting any security interest, mortgage, lien, pledge, hypothecation or encumbrance of any kind upon any property, real or personal, tangible or intangible, owned by **Taishan**, whether individually or jointly with others during the last four (4) years to the present date, and in any way evidencing any debt relating thereto;

(t) Any and all documents (including all monthly, quarterly or annual account statements) identifying every securities brokerage account **Taishan** has or has had during the last three (3) years, individually or together with any other person(s), corporation, business entity, agency, or instrumentality, and the name and present address of such other person(s), corporation, business entity, agency, or instrumentality;

(u) Any and all documents relating in any way to and identifying any property for which **Taishan** or someone on **Taishan's** behalf has held for another person or firm during the last three (3) years, and such documents relating in any way to property **Taishan** has held for another person or firm during that time;

(v) The identities and current addresses of any and all C.P.A.'s, accountants, that **Taishan** has hired or used and those that have been hired or used by each corporation, limited liability company, partnership, joint venture, trust, and any other business entity organized under the laws of a foreign state that is owned partially or wholly by **Taishan,** or any corporation, limited liability company, partnership, joint venture, trust, and any other business entity organized under the laws of any state possessing any amount of ownership interest in **Taishan** (i.e. as a parent company) and those with which **Taishan** has been associated or affiliated

7

with, directly or indirectly through any subsidiary or parent company, in any way during the last three (3) years to the present date;

(w) Any and all judgments which have been entered in **Taishan's** favor or against **Taishan** that have not yet been satisfied in full;

(x) Any and all documents in any way relating to any and all insurance claims made by **Taishan** or on **Taishan's** behalf during the last six (6) years to the present date, and reflecting the present status of the claim and any proceeds, whatever amount, that **Taishan** may have received or is entitled to receive as a result thereof;

(y) Any and all appraisal reports, documents, or correspondence prepared during the last three (3) years to the present date regarding any property **Taishan** owned, either individually or jointly with any other person or persons, or upon which **Taishan** has held a mortgage, security interest, lien, pledge or other encumbrance, either individually or jointly with any other person(s), corporation, business entity, agency, or instrumentality, , or in which **Taishan** has had any other kind of interest during the last three years to the present date, and the status thereof;

(z) Any and all documents reflecting each and every corporation, business entity, agency, or instrumentality possessing an ownership interest in **Taishan**, whether such interest is a majority or minority interest, including but not limited to the full name, address and contact information for such owner during the last four (4) years; and

(aa) Any and all documents, correspondence, or other writing, both electronic and tangible, reflecting the location of any and all business dealings, whether directly by Taishan or on its behalf directly or indirectly, from which **Taishan** obtainedassets or any percent ownership interest in or right to any asset located throughout the world in any place.

(bb) The full names, current addresses and contact information for any and all individuals, corporations, agents, brokers, or other business entity employed by **Taishan**, in any manner, for assistance in loading, unloading, appraising, inspecting, facilitating delivery or transfer, or otherwise providing services in delivery and/or transfer of goods manufactured, produced, sold, traded, or otherwise placed into the United States stream of commerce by **Taishan** during the last three (3) years to the present date.

(cc) Any and all contracts, agreements, correspondence, or other written

documents reflecting an agreement between **Taishan** and any other person(s), corporation, business entity, agency, or other business organized under the laws of a foreign state for the loading, shipment, unloading, transfer, transport, inspection, appraisal, delivery, or any other service in the sale, trade, or other commercial transaction for the sale, trade, production, manufacture, fabrication, of goods in which **Taishan** has any ownership interest, individually or with other persons, corporations, business entities, agencies, instrumentalities, or other business organized under the laws of any state.

(dd) Any and all documents memorializing payments, credits, or any other form of compensation provided by **Taishan** for brokerage services in loading, shipment, unloading, transfer, transport, inspection, appraisal, delivery, or any other service in the sale, trade, or other commercial transaction for the sale, trade, production, manufacture, fabrication, of goods in which **Taishan** has any ownership interest, individually or with other persons, corporations, business entities, agencies, instrumentalities, or other business organized under the laws of any state.

(ee) A list of any and all vessels owned, operated, used or to be used by **Taishan** for the shipment of goods in which **Taishan** had or has any interest either as seller, broker, agent, consignee, consigner, manufacturer, or producer under any and all contracts, commercial agreements, or other business arrangement for the sale of such goods by **Taishan**; and a complete listing of the precise U.S. locations and anticipated dates or date ranges each vessel is expected to arrive with said cargo.

(ff) A detailed description of, including the quantity and present market value, of any and all goods sold, consigned, manufactured, fabricated, or otherwise placed into the stream of commerce by **Taishan** and to be shipped and delivered anywhere in the United States under a contract, act of sale, consignment, or any other commercial transaction, executing or currently pending, to which Taishon was a party, individually or together with any other person(s), corporation, limited liability company, or any other business organization formed under the laws of any state, in the last four (4) years to present date.

(gg) Any and all contracts, agreements, correspondence, or other written documents reflecting any agreement or understanding between **Taishan** and Alibaba Group, or any of its subsidiaries, for the sale, resale, consignment, referral, marketing, advertising, or other mechanism whereby **Taishan** products are placed into the stream of commerce; and detail concerning the specific facts and circumstances of any arrangement between **Taishan** and Alibaba Group Holdings, Ltd. or any of its subsidiaries for such services.

9

(hh) Any and all documents reflecting any sums outstanding or paid within the previous 4 years to the present date, by **Taishan** to Alibaba Group Holdings, Ltd. or any of its subsidiaries for the purpose of advertising, marketing, commissions, fees, or any other purpose which results in placing **Taishan** products into the stream of commerce.

## XII.

Movers believe that through these books, papers, and documents, they can establish what property the judgment debtor has which may be used to satisfy the above Default Judgment.

## XIII.

The cost of the examination of the judgment debtor should be taxed against **Taishan**.

THEREFORE, movers pray that:

1. The court orders the defendant, **Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.**, to appear at a date and time fixed by this court for examination as a judgment debtor.

2. The court orders the defendant, **Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.**, to produce in open court at the same time, the books, papers, and documents described in paragraph XI above.

Dated: June 16, 2014            Respectfully submitted,

           /s/ Leonard A. Davis
           Russ M. Herman, Esquire
           Leonard A. Davis, Esquire
           Stephen J. Herman, Esquire
           HERMAN, HERMAN & KATZ, LLC
           820 O'Keefe Avenue
           New Orleans, Louisiana 70113
           Phone: (504) 581-4892
           Fax: (504) 561-6024
           ldavis@hhklawfirm.com
           *Plaintiffs' Liaison Counsel*
           *MDL 2047*

           Arnold Levin
           Fred S. Longer
           Levin, Fishbein, Sedran & Berman
           510 Walnut Street, Suite 500
           Philadelphia, PA 19106
           215-592-1500 (phone)
           215-592-4663 (fax)
           Alevin@lfsblaw.com
           *Plaintiffs' Lead Counsel*
           *MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
The Steckler Law Firm
12700 Park Central Drive, Ste 1900
Dallas, TX 75251
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of June, 2014.

                              /s/ Leonard A. Davis
                              Leonard A. Davis, Esquire
                              HERMAN, HERMAN & KATZ, LLC
                              820 O'Keefe Avenue
                              New Orleans, Louisiana 70113
                              Phone: (504) 581-4892
                              Fax: (504) 561-6024
                              ldavis@hhklawfirm.com
                              Plaintiffs' Liaison Counsel
                              MDL 2047

                              *Co-counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

**O R D E R**

Considering the Motion to Examine Judgment Debtor filed by **Plaintiff-Intervenors, Deborah and William Morgan; Jerry and Inez Baldwin; Joe and Cathy Leach; Robert and Lisa Orlando; Fred and Vanessa Michaux; Preston and Rachel McKellar; and Steven and Elizabeth Heischober;**

IT IS ORDERED BY THE COURT that **Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. ("Taishan")** appear in open court on the _____ day of _____, 2014 at _____ o'clock ___.m. in Section L of the United States District Court for the Eastern District of Louisiana, to be examined as a judgment debtor pursuant to Fed. R. Civ. P. 69(a) and C.C.P. art. 2451 and that **Taishan** produce at that time the books, papers, and documents described in paragraph XI of the motion.

1

New Orleans, Louisiana, this _____ day of _____, 2014.

                                                _____
                                                Eldon E. Fallon
                                                United States District Court Judge