Case: 15-30804    Document: 00513275130    Page: 1    Date Filed: 11/17/2015

Case 2:09-md-02047-EEF-MBN   Document 20668-5   Filed 02/21/17   Page 1 of 4
Case 2:09-md-02047-EEF-JCW   Document 19779   Filed 11/18/15   Page 1 of 2

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 15-30804

_____

**A True Copy**
**Certified order issued Nov 17, 2015**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MICHELLE GERMANO, Individually and on behalf of all others similarly situated; ET AL,

    Plaintiffs - Appellees

JERRY BALDWIN; INEZ BALDWIN; STEVEN HEISCHOBER; ELIZABETH HEISCHOBER; JOSEPH LEACH; KATHY LEACH; PRESTON MCKELLAR; RACHAEL MCKELLAR; FREDERICK MICHAUX; VANESSA MICHAUX; WILLIAM MORGAN; DEBORAH MORGAN; ROBERT ORLANDO; LEA ORLANDO,

    Intervenors - Appellees

v.

TAISHAN GYPSUM COMPANY, LIMITED; ET AL,

    Defendants

CHINA NATIONAL BUILDING MATERIALS GROUP CORPORATION; CHINA NATIONAL BUILDING MATERIALS COMPANY, LIMITED; CHINA NATIONAL BUILDING MATERIALS & EQUIPMENT IMPORT & EXPORT CORPORATION; CNBM (USA) CORPORATION; CNBM FOREST PRODUCTS (CANADA) LIMITED; CHINA NATIONAL BUILDING MATERIALS INVESTMENT TRADING; UNITED SUNTECH, INCORPORATED; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY; BEIJING NEW BUILDING MATERIAL GROUP COMPANY LIMITED,

**EXHIBIT 5**

Case: 15-30804　　Document: 00513275130　　Page: 2　　Date Filed: 11/17/2015

Case 2:09-md-02047-EEF-MBN   Document 20668-5   Filed 02/21/17   Page 2 of 4
Case 2:09-md-02047-EEF-JCW   Document 19779   Filed 11/18/15   Page 2 of 2

Movants - Appellants

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

Before DAVIS, JONES, and HAYNES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellees' opposed motion to dismiss appeals for lack of jurisdiction is GRANTED.

Judge Haynes concurs in this order but only because the Appellees have conceded that the injunction in question has expired, leaving only consideration of the scope of the injunction as it relates to past conduct and identity of the entities covered (a puzzling inquiry in the context of contempt, but one that is not ripe for review at this point).

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 17, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 15-30804   In re: Chinese-Manufactured, et al
                       USDC No. 2:09-MD-2047
                       USDC No. 2:09-CV-6687

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Shea E. Pertuit, Deputy Clerk
                          504-310-7666

cc w/encl:
    Mr. Michael Henry Barr
    Mr. Jason Cabot
    Ms. Donna Phillips Currault
    Ms. Kelly M. Daley
    Mr. Andrew Davidson
    Mr. Leonard Arthur Davis
    Ms. Sandra Duggan
    Mr. Ewell Elton Eagan Jr.
    Ms. Nina Wessel English
    Mr. Ian Fein
    Mr. Richard L. Fenton
    Mr. Robert Gary
    Mr. Faris Ghareeb
    Mr. Michael D. Hausfeld
    Mr. Russ M. Herman

```
Mr. Ian Johnson
Mr. Arnold Levin
Mr. Daniel C. Levin
Mr. Richard S. Lewis
Mr. Frederick S. Longer
Mr. Charles Michael Moore
Mr. James J. Pizzirusso
Mr. Jonathan G. Riddell
Mr. Harry A. Rosenberg
Mr. Alex Benjamin Rothenberg
Mr. Richard James Serpe
Mr. Eric Shumsky
Mr. James Stengel
Mr. Richard W. Stimson
Mr. Lawrence Christopher Vejnoska
Mr. Xiang Wang
Mr. Jason Wu
```