Confidential - Subject to Further Confidentiality Review

Page 173

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*************************************************

IN RE:  CHINESE-MANUFACTURED   MDL NO. 2047

DRYWALL PRODUCTS LIABILITY

LITIGATION                     SECTION:   L

THIS DOCUMENT APPLIES TO       JUDGE FALLON

ALL CASES

                               MAG. JUDGE

                               WILKINSON


*************************************************

CONFIDENTIAL - SUBJECT TO FURTHER

CONFIDENTIALITY REVIEW

Wednesday, August 26, 2015

— — —


    Continued Videotaped Deposition of Bing
Wang, held at the offices of Phelps Dunbar LLP,
365 Canal Street, Suite 2000, New Orleans,
Louisiana, commencing at 8:11, on the above
date, before Maureen O. Pollard, Certified Court
Reporter (#2011025), Registered Merit Reporter,
Realtime Systems Administrator.


— — —

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

EXHIBIT
6

Confidential - Subject to Further Confidentiality Review

Page 180

1   PSC has agreed to not use that portion of this
2   document at this time, and we will further agree
3   to discuss the discrepancy between the word with
4   defense counsel with our translators.
5          MR. BARR:  All I would add to that is
6   that the word, just so it's clear on the record,
7   is that the PSC says the word should be
8   "subsidiaries," and BNBM believes the word
9   should be "subordinate enterprises."
10         And beyond that, I agree with what you
11  said.
12
13         BING WANG,
14  having been first duly sworn, was examined and
15  testified as follows through the interpreter:
16               EXAMINATION
17  CONTINUED BY MR. LEVIN:
18     Q.   Mr. Wang, good morning.
19     A.   Good morning.
20     Q.   Could you make yourself familiar with
21  this document if you haven't reviewed it
22  recently?
23         (Witness reviewing document.)
24  BY MR. LEVIN:
25     Q.   Just let me know when you're ready,

Confidential - Subject to Further Confidentiality Review

Page 301

1    other?

2          A.    Taishan Gypsum Company is located in

3    Taian City.

4          Q.    And are your board meetings today

5    still in those locations?

6          A.    All possible.  Sometimes it would be

7    held in Taishan Gypsum Company, sometimes in

8    Taian City's certain hotel, sometimes just in a

9    hotel.

10         Q.    Now, these meetings which were not

11   formal meetings where you appeared in person

12   with your fellow directors at Taishan facilities

13   or hotels, when they occurred by telephone or

14   other means, was the lawsuit ever discussed?

15              MR. BECKER:  Object to the form.

16   Vague.

17         A.    I have said just now lawsuits is an

18   issue related to Taishan Gypsum's daily

19   production and management.  It is something to

20   be taken care of by Taishan Gypsum itself.  Of

21   course, in one of Taishan's board meetings,

22   Taishan Gypsum's management reported issues

23   related to the lawsuit.

24   BY MR. LEVIN:

25         Q.    My question was, was the lawsuit ever

Confidential - Subject to Further Confidentiality Review

Page 302

1    discussed by the board of directors in non-board

2    meetings, but via telephone or other means?

3              MS. EAGAN:  Object to form.

4              MR. BARR:  Object to the form.

5    Objection, mischaracterizes the witness's

6    testimony.

7         A.   I don't have a recollection on that.

8    BY MR. LEVIN:

9         Q.   Were certain directors designated,

10   certain Taishan directors designated to perform

11   services with regard to the defense of the

12   lawsuit?

13        A.   No.

14        Q.   Do you know whether Taishan allowed

15   BNBM in 2009, 2010, in that area, to act on

16   their behalf with regard to this lawsuit?

17             MR. BECKER:  Object to form.

18             MR. BARR:  Object to the form.

19        A.   I don't understand your question.

20   BY MR. LEVIN:

21        Q.   Well --

22        A.   Please repeat.

23        Q.   Did the board of directors of Taishan

24   at any time take any action to deal with the

25   lawsuit, deal a little bit with the lawsuit by

Confidential - Subject to Further Confidentiality Review

Page 303

1    reading it, by discussing it, by hiring counsel?

2    Compound.

3            Go.

4            MS. EAGAN:  Object to form.

5            MR. BARR:  Object to form, but he may

6    answer.

7        A.   According to the lawsuit, it was

8    Taishan Gypsum itself responsible for it, such

9    as hiring attorneys, etcetera.  I have also said

10   earlier in one of the board meetings of Taishan,

11   management reported the updated situation and

12   strategy of the lawsuit.

13       Q.   What did they tell you --

14       A.   Taishan's board of directors respected

15   and agreed upon their decisions.

16       Q.   What did they tell you that the board

17   of directors agreed upon?

18       A.   I remember the Taishan managements

19   reported on the progress of the lawsuit, the

20   issues regarding to the jurisdictions, the

21   appeal was not dismissed by the Court.

22       Q.   And was that told to you at that one

23   meeting?

24       A.   Yes.

25       Q.   So that you never discussed the hiring

Confidential - Subject to Further Confidentiality Review

Page 304

1    of attorneys at a board of directors meeting

2    prior to that particular meeting?

3           MR. BARR:  Object to the form.

4    Mischaracterizes the witness's testimony, lack

5    of foundation.

6           A.   Regarding the lawsuit, it is the

7    responsibility of Taishan itself, because it is

8    a company's daily operation, it is not something

9    to be discussed and decided by either the board

10   of directors meeting or the shareholders

11   meeting.  Therefore, Taishan Gypsum itself is

12   responsible for issues related to the lawsuit,

13   such as hiring attorneys.

14          Q.   So that to be clear, that was never

15   discussed with the board of directors?

16          A.   Are you referring to hiring of

17   attorneys?

18          Q.   Yes.

19          A.   No.

20          MR. BARR:  I knew I should have

21   objected, but he handled the gap.

22          MR. LEVIN:  He handled the gap?  I

23   think he fell into a canyon.

24          MR. BARR:  Too late to start this.  Go

25   ahead.

Confidential - Subject to Further Confidentiality Review

Page 305

```
 1    BY MR. LEVIN:
 2         Q.   Now, at the same time you were a
 3    director of Taishan, you were also director of
 4    BNBM.
 5              Putting on your BNBM hat, when was the
 6    first time you heard that BNBM was a party to a
 7    lawsuit, was a defendant in the lawsuit filed in
 8    the United States of America?
 9         A.   When legal department reported and
10    BNBM received the notification of Taishan Gypsum
11    that they are participating in a lawsuit, and a
12    public announcement is needed.  At the same time
13    Taishan Gypsum also informed us that in some of
14    the lawsuits BNBM was also listed as defendant.
15         Q.   What year was that, sir?
16              MR. LEVIN:  I'm sorry, Sunny.
17         A.   I don't have a clear recollection on
18    that, but the year that BNBM first made a public
19    announcement regarding the lawsuit.
20    BY MR. LEVIN:
21         Q.   What year was that?
22         A.   I don't have a clear recollection.
23    Maybe it was 2009.
24         Q.   Was it after the board of directors
25    meeting where Taishan reported to you the status
```

Confidential - Subject to Further Confidentiality Review

Page 306

1  of the lawsuit, or before that?

2        A.    Before that.

3        Q.    As a member of the board of directors

4  of BNBM, did you ever attend the board of

5  directors meeting where the lawsuit against

6  Taishan was discussed?

7        A.    BNBM's board meeting had never had any

8  issues or topics regarding the lawsuit,

9  including topics regarding the lawsuits against

10  Taishan Gypsum.  But according to the law, BNBM

11  itself was also listed as a defendant, and the

12  situation of the lawsuit against Taishan Gypsum

13  all requires regular information and public

14  announcements, and they all need to be disclosed

15  in BNBM's annual report as public announcements.

16        Q.    Was this lawsuit or any portion of the

17  lawsuit discussed at a BNBM board of directors

18  meeting?

19        A.    No.

20        Q.    In your other capacities, other than

21  as a director at BNBM, did you have occasion to

22  deal with the lawsuit?

23            MR. BARR:  Object to the form.  Lack

24  of foundation.

25        A.    No.

Confidential - Subject to Further Confidentiality Review

Page 313

1           REPORTER'S CERTIFICATE

2

3       This transcript is valid only for a

4    transcript accompanied by my original signature

5    and original required seal on this page.

6       I, MAUREEN O'CONNOR POLLARD, Certified

7    Court Reporter (LA Certificate #2011025), in and

8    for the State of Louisiana, as the officer

9    before whom this testimony was taken, do hereby

10   certify that WANG BING, after having been duly

11   sworn by me upon authority of R.S. 37:2554, did

12   testify as hereinbefore set forth in the

13   foregoing pages; that this testimony was

14   reported by me in the stenotype reporting

15   method, was prepared and transcribed by me or

16   under my personal direction and supervision, and

17   is a true and correct transcript to the best of

18   my ability and understanding; that the

19   transcript has been prepared in compliance with

20   transcript format guidelines required by the

21   statute or by rules of the board, that I have

22   acted in compliance with the prohibition on

23   contractual relationships, as defined by

24   Louisiana Code of Civil Procedure Article 1434

25   and in rules and advisory opinions of the board.

Confidential - Subject to Further Confidentiality Review

                                                    Page 314

 1        That I am not related to counsel or to the

 2   parties herein, nor am I otherwise interested in

 3   the outcome of this matter.

 4

 5        Signed this the 26th day of August, 2015.

 6

 7

 8

 9   _____

10   MAUREEN O'CONNOR POLLARD, CCR, RMR, CLR

11   Realtime Systems Administrator

12   LA Certificate #2011025

13

14

15

16

17

18

19

20

21

22

23

24

25

– – – – – – –

**ERRATA**

**DEPOSITION OF BING WANG**

勘误表

王兵庭外录证

– – – – – – –

| <u>PAGE</u><br>页 | <u>LINE(S)</u><br>行 | <u>CHANGE</u><br>更正 |
|---|---|---|
| 10 | 20-21 | Change "We had hired a legal consultant before in America" to "We had hired an American legal consultant".<br>证人供称："我们请过一个美国的法律顾问"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 37 | 3 | Change "which also is a shareholder of CNBM" to "which also is a subsidiary of CNBM "<br>证人供称："也是中国建材一个持股的公司"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 58 | 17 | Change "contacting information disclosure" to "conducting information disclosure".<br>证人供称："进行信息披露"。 |
| REASON:<br>理由 | | Typo.<br>笔误。 |
| 62 | 24 | Change "only Dong" to "only them".<br>证人供称："只有他们"。 |
| REASON:<br>理由 | | Typo.<br>笔误。 |
| 68 | 1-2 | Change "I am the general manager of the company, but I'm not in charge of the specific sales work" to "I was the general manager of the company, but I was not in charge of the specific sales work".<br>证人供称："我虽然是公司总经理，但我不负责这些具体的销售工作"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 69 | 14 | Change "quality production department" to "production quality department".<br>证人供称："生产质量部门"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |

1

| 80 | 5 | Change "BNBM.com.cm" to "BNBM.com.cn". |
| | | 证人供称："BNBM.com.cn"。 |
| REASON:<br>理由 | | Typo.<br>笔误。 |

| 80 | 16 | Change "and sometimes you do some research" to "including doing some research". |
| | | 证人供称："包括做一些调研"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |

| 81 | 13-15 | Change "I would type it myself, because I'm not very good in typing. Therefore, I rarely use it" to "I would type it myself. Because I'm not very good in typing, therefore, I rarely use it". |
| | | 证人供称："我自己打。就是因为不擅长打字才很少用"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |

| 84 | 4 | Change "she" to "he". |
| | | 证人律师称："他"。 |
| REASON:<br>理由 | | Typo.<br>笔误。 |

| 85 | 17 | Change "employees" to "working staff". |
| | | 证人供称："工作人员"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |

| 91 | 12-15 | Change "before some of the board of directors meeting there would be proposals submitted for review in the meeting before the meeting started" to "before some of the board of directors meeting there would be important proposals, important proposals regarding investment which need to be reviewed and discussed by the board of directors". |
| | | 证人供称："开董事会之前，一些重要的议案，董事会需要审议的关于投资的重要议案"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |

| 96 | 1 | Change "board of directors meeting" to "shareholders meeting". |
| | | 证人供称："股东会"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |

| 96 | 5 | Change "board of directors meeting" to "shareholders meeting". |
| | | 证人供称："股东会"。 |
| REASON: | | Interpretation issue. |

| | | |
|---|---|---|
| 理由 | | 翻译错误。 |
| 96 | 14 | Change "18:58" to "1:58".<br>录像师称："1:58"。 |
| REASON:<br>理由 | | Typo.<br>笔误。 |
| 97 | 19 | Delete "A.".<br>删除"A."。 |
| REASON:<br>理由 | | Typo.<br>笔误。 |
| 103 | 2-3 | Change "I was only in charge of BNBM's investment" to "I was only in charge of investment in BNBM".<br>证人供称："我只是负责北新建材的投资"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 104 | 14 | Change "assembled homes" to "prefabricated homes".<br>证人供称："装配式房屋"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 109 | 9 | Change "BNBM's" to "BNBM Home's".<br>证人供称："北新房屋的"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 123 | 5 | Change "financial report" to "accounting statement".<br>证人供称："会计报表"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 127 | 21-22 | Change "shareholder asking opinions" to "asking opinion from shareholders".<br>证人供称："向股东征求意见"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 130 | 12 | Change "effective" to "efficient".<br>证人供称："有效率"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 133 | 1 | Add "This is decided by the status of BNBM" after "company.".<br>证人供称："这是由北新建材决定的"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 142 | 23 | Add "A." before "No".<br>在句首增加"A."。 |

| REASON:<br>理由 | | Typo.<br>笔误。 |
|---|---|---|
| 149 | 20-22 | Change "Because Chairman Song is the big shareholder of BNBM, and he is also the Chairman of the Board of CNBM" to "Because Mr. Song is the Chairman of the board of directors of CNBM, the biggest shareholder of BNBM".<br>证人供称： "因为宋先生是北新建材的大股东中国建材的董事会主席"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 149 | 23 | Change "CNBM" to "BNBM".<br>证人供称： "北新建材"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 164 | 24-25 | Change "I supposed to be the author of the document" to "I supposed to be the representative".<br>证人供称： "由我来代表"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 183 | 22 | Change "consolidate" to "comfort".<br>证人供称： "慰问"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 192 | 5 | Change "five" to "certain".<br>证人供称： "某个"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 206 | 3-4 | Change "staff representatives all make speeches" to "staff representatives may all make speeches".<br>证人供称： "职工代表都有可能讲话"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 206 | 23 | Change "Zhang Laili" to "Zhang Nailing".<br>证人供称： "张乃龄"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 211 | 14 | Change "product line" to "production line".<br>证人供称： "生产线"。 |
| REASON:<br>理由 | | Interpretation issue.<br>翻译错误。 |
| 226 | 18 | Change "at the same" to "at the same time".<br>证人供称： "顺便"。 |
| REASON: | | Typo. |

| 理由 | | 笔误。 |
|---|---|---|
| 234 | 21-22 | Change "the nominating committee will be consist of independent directors as members" to "the nominating committee will have an independent director serving as the chairperson of committee". |
| | | 证人供称： "提名委员会是由独立董事担任主任委员"。 |
| REASON: 理由 | | Interpretation issue. |
| | | 翻译错误。 |
| 237 | 16 | Change "affiliation relationship" to "associated relationship". |
| | | 证人供称： "关联关系"。 |
| REASON: 理由 | | Interpretation issue. |
| | | 翻译错误。 |
| 249 | 13-14 | Change "Only tens of thousand dollars per year RMB" to "Only tens of thousand RMB per year". |
| | | 证人供称： "每年只有几万块的人民币"。 |
| REASON: 理由 | | Interpretation issue. |
| | | 翻译错误。 |
| 257 | 13 | Change "legal entity" to "statutory organization". |
| | | 证人供称： "法定机构"。 |
| REASON: 理由 | | Interpretation issue. |
| | | 翻译错误。 |
| 267 | 18-19 | Change "Taishan Gypsum's business performance had exceeded the expectation and below the budget" to "Taishan Gypsum's business performance was far beyond the initial expectation and budget". |
| | | 证人供称： "泰山石膏的业绩表现远远超出一开始的预计和预算"。 |
| REASON: 理由 | | Interpretation issue. |
| | | 翻译错误。 |
| 268 | 5 | Change "BNBM Housing's" to "BNBM Home's". |
| | | 证人供称： "北新房屋的"。 |
| REASON: 理由 | | Interpretation issue. |
| | | 翻译错误。 |
| 268 | 7-8 | Change "it was below the budget" to "it was beyond the expectation and budget". |
| | | 证人供称： "超出了预期和预算"。 |
| REASON: 理由 | | Interpretation issue. |
| | | 翻译错误。 |
| 285 | 25 | Change "I had become the director of Taishan" to "I had become the director of BNBM". |
| | | 证人供称： "我成为北新建材董事"。 |
| REASON: 理由 | | Interpretation issue. |
| | | 翻译错误。 |

5

| 286 | 1 | Change "Gypsum without the nomination of BNBM" to "without the nomination of Taishan Gypsum". |
| --- | --- | --- |
| | | 证人供称："不是泰山石膏提名的"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 306 | 13-14 | Change "regular information and public announcements" to "regular public announcements of information". |
| --- | --- | --- |
| | | 证人供称："定期的信息公告"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 307 | 20-21 | Change "and attorneys were hired, I had -- I have had met the attorneys" to "I have had met the attorneys hired by BNBM". |
| --- | --- | --- |
| | | 证人供称："跟北新建材聘请的律师有过见面"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 311 | 7 | Change "our job duties" to "what we know". |
| --- | --- | --- |
| | | 证人供称："我们的信息"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 330 | 16-17 | Change "To my recollection, I believe it is in a place in Beijing" to " To my recollection, I believe it was in a place in Beijing". |
| --- | --- | --- |
| | | 证人供称："印象中应该是在北京"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 346 | 14 | Change "recently" to "in recent years". |
| --- | --- | --- |
| | | 证人供称："最近几年"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 347 | 17 | Change "but Chen Yu is in charge directly" to "and Chen Yu is also assigned to oversee it directly". |
| --- | --- | --- |
| | | 证人供称："当时也是陈雨直接分管负责的"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 347 | 23 | Change "I mentioned himself" to "He arranged himself". |
| --- | --- | --- |
| | | 证人供称："他自己安排"。 |
| REASON: | | Typo. |
| 理由 | | 笔误。 |

| 351 | 14 | Change "revolve" to "relating to". |
| --- | --- | --- |
| | | 证人供称："关于"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 352 | 1 | Change "approved" to "discussed". |
| | | 证人供称： "讨论"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 352 | 7-8 | Change "Regarding the complaint of the lawsuit" to "Regarding this lawsuit". |
| | | 证人供称： "关于这起诉讼"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 352 | 11-12 | Change "the board of directors meeting" to "the report of board of directors". |
| | | 证人供称： "董事会报告"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 367 | 2 | Change "makes the question" to "makes the request". |
| | | 证人供称： "申请"。 |
| REASON: | | Typo. |
| 理由 | | 笔误。 |

| 377 | 1-2 | Change "BNBM's investment and return" to "investment in and return from BNBM". |
| | | 证人供称： "北新建材的投资和效益"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 377 | 7 | Change "BNBM's" to "CNBM's". |
| | | 证人供称： "中国建材的"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 378 | 2-3 | Change "sought loans or guaranties from CNBM Group" to "sought guaranties from CNBM Group". |
| | | 证人供称： "寻求中建材集团的担保"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 387 | 24 | Change "reverse guaranty" to "counter guaranty". |
| | | 证人供称： "反担保"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 392 | 15-16 | Change "but the board of directors meeting of BNBM had approved of this" to "but BNBM had approved this ". |
| | | 证人供称： "但北新建材同意了这个事"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

| 400 | 6 | Change "entities' investors" to "institutional securities investors". |

|  |  |  |
|---|---|---|
|  |  | 证人供称：“机构证券投资者”。 |
| REASON:<br>理由 |  | Interpretation issue.<br>翻译错误。 |
| 408 | 9 | Change "a topic discussed" to "a topic to be discussed". |
|  |  | 证人供称：“要讨论的议题”。 |
| REASON:<br>理由 |  | Interpretation issue.<br>翻译错误。 |
| 416 | 2-3 | Change "According to the regulation, a public listing company," to "According to the regulation on public listing companies". |
|  |  | 证人供称：“按照上市公司的规定”。 |
| REASON:<br>理由 |  | Interpretation issue.<br>翻译错误。 |
| 417 | 5 | Change "Yang Yangun" to "Yang Yanjun". |
|  |  | 证人供称：“杨艳军”。 |
| REASON:<br>理由 |  | Typo.<br>笔误。 |
| 420 | 22 | Change "affiliate" to "related". |
|  |  | 证人供称：“关联”。 |
| REASON:<br>理由 |  | Interpretation issue.<br>翻译错误。 |
| 423 | 14-19 | Change "it sets regulatory authorities monitoring, and those regulatory authorities have the right to monitor the public listing company according to accounting standards and rules regarding the way that the company had handled certain matters" to "it would be supervised from many aspects, supervised under accounting principles and certain rules, therefore the securities regulatory authorities have the right to opine on the public listing company regarding the way that the company had handled certain matters". |
|  |  | 证人供称：“它要接受很多的监管，会计准则和一些规则的监管，所以证券的监管部门有权利对于上市公司在有些事项方面的处理办法提出自己的意见”。 |
| REASON:<br>理由 |  | Interpretation issue.<br>翻译错误。 |
| 437 | 23 | Delete "A." |
|  |  | 删除“A.”。 |
| REASON:<br>理由 |  | Typo.<br>笔误。 |
| 445 | 2 | Change "I don't know what document" to "I have not seen this document and I don't know what this document said". |
|  |  | 证人供称：“我没看过这个文件，我不知道它说了什么内容”。 |
| REASON:<br>理由 |  | Interpretation issue.<br>翻译错误。 |

| 449 | 13-14 | Change "apply for such estoppel" to "apply to the stock exchange for suspension in trading" |
| | | 证人供称："向交易所申请停牌"。 |
| REASON: | | Interpretation issue. |
| 理由 | | 翻译错误。 |

证人确认书

　　本人，王兵，特此确认，本人已经阅读之前第 1 页至第 462 页各页内容，确认其是对本人对其中所提各项问题所作回答的正确记录，但附件勘误表中列出的对形式或内容进行更正或修改（如有）的除外。


2015. 10. 14

_____          _____

王兵                              日期

ACKNOWLEDGMENT OF DEPONENT

I, BING WANG, do hereby certify that I have read the foregoing pages,1 through 462 and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____                    2015 , 10 . 14
BING WANG                                                    DATE