Confidential - Subject to Further Confidentiality Review

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


- - - - - - - - - - - - - - - - - x

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047

DRYWALL PRODUCTS LIABILITY           SECTION: L

LITIGATION                           JUDGE FALLON

THIS DOCUMENT APPLIES TO ALL         MAG. JUDGE WILKINSON

CASES

- - - - - - - - - - - - - - - - - x

CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVEIW

VIDEOTAPED DEPOSITION of HULL FOREST PRODUCTS, INC.

taken by SAMUEL I. HULL

Wednesday, May 13, 2015

10:02 a.m.

Comfort Inn & Suites

16 Tracy Road

Dayville, Connecticut


Michelle Keegan, Court Reporter


GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Confidential - Subject to Further Confidentiality Review

Page 4

```
 1              P R O C E E D I N G S
 2         THE VIDEOGRAPHER:  We are now on the record.
 3   My name is Robert Sweig, and I am a videographer for
 4   Golkow Technologies.
 5         Today's date is May 13th in the year 2015, and
 6   the time is 10:02 a.m.  This video deposition is being
 7   held in Dayville, Connecticut, in the matter of In Re
 8   Chinese-Manufactured Drywall Products Liability
 9   Litigation pending in the United States District Court
10   for the Eastern District of Louisiana.
11         The deponent is Hull Forest Products, Inc., by
12   Samuel I. Hull.
13         Would counsel attending locally please identify
14   yourselves for the record.
15         MR. GAUGHAN:  Hi.  Good morning.  Matthew
16   Gaughan from Levin Fishbein on behalf of the plaintiff
17   steering committee.
18         MR. PFAEHLER:  Kenneth Pfaehler, Dentons US
19   LLP, on behalf of defendants BNBN -- BNBM, PLC and BNBM
20   Group.
21         MS. DALEY:  Kelly Daley of Orrick, Herrington &
22   Sutcliffe on behalf of defendant CNBM Company.
23         MR. MEAD:  Brian Mead on behalf of the
24   deponent, Hull Forest Products.
25         THE VIDEOGRAPHER:  Thank you.  And would
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.   Yup.

 2           (Pause)

 3      Q.   I guess with respect to Exhibits 3 through 7,

 4  were those documents that were prepared by Hull Forest

 5  or were they prepared by someone else, to your

 6  knowledge?

 7      A.   Prepared by somebody else.

 8      Q.   Do you know who they were prepared by?

 9      A.   Yes.

10      Q.   Who is that?

11      A.   Zhuang Kang.

12      Q.   Do you know how to spell that?

13      A.   Z-H-U-A-N-G, K-A-N-G.

14      Q.   And Mr. Zhuang --

15           Is that what he goes by generally?

16      A.   Yes.

17      Q.   -- do you know where he lives?

18      A.   Shanghai.

19      Q.   Okay.  Is he affiliated with BNBM?

20      A.   No.

21      Q.   Where does he work?

22      A.   He's -- basically works as an independent rep

23  for Hull Forest Products.

24      Q.   Is he an American citizen or is he from China?

25      A.   American citizen.
```

Confidential - Subject to Further Confidentiality Review

Page 16

1      Q.    Okay.  Is he located in China full-time?

2      A.    Yes.

3      Q.    Okay.  So he -- But he does work for Hull

4    Forest then?

5      A.    Yes.

6      Q.    And he prepared these documents?

7      A.    Correct.

8      Q.    Okay.  So to the extent these documents were

9    prepared by Mr. Zhuang, would they have been prepared at

10   or near the time they were executed by the parties?

11     A.    Yes.

12     Q.    Okay.  And Hull Forest would have prepared

13   these sort of contracts as part of its regular business

14   practices.  Is that correct?

15     A.    We did not prepare the contract, but we entered

16   into the contract.

17     Q.    Okay.  I got a little confused before.  I

18   thought we said that Mr. Zhuang had actually prepared

19   them.

20     A.    He prepared the contract.  Correct.

21     Q.    And he worked for Hull Forest?

22     A.    Yes.

23     Q.    So to the extent that Mr. Zhuang prepared the

24   contracts, would that have been part of his regular

25   business practices as a Hull Forest employee?

Confidential - Subject to Further Confidentiality Review

Page 17

1        A.    He's not an employee of Hull Forest Products.

2        Q.    Okay.  I'm getting confused.  Is he a

3    contractor?

4        A.    Contractor, yes.

5        Q.    Would he have prepared the documents as part of

6    his regular business practices as a contractor of Hull

7    Forest Products?

8        A.    Yes.

9        Q.    And Hull Forest would have retained copies of

10   these documents in your files as part of your regular

11   business activities.  Correct?

12       A.    Yes.

13       Q.    Okay.  And then we can look at Exhibit 2 now.

14   Actually, do you know what?  I think I'm going to have

15   you set that aside for a minute.  I'm going to ask you a

16   few more introductory questions.

17       A.    Sure.

18       Q.    Can you just tell me the nature of Hull Forest

19   Products' business.

20       A.    Hull Forest Products is a timberland management

21   company, forest products manufacturing company, and an

22   exporter of forest products.

23       Q.    Okay.  Do you have your own, I guess, land

24   where you harvest trees from?

25       A.    Yes.

Confidential - Subject to Further Confidentiality Review

Page 18

1       Q.    Whereabouts is that located?

2       A.    Specifically or -- New England.

3       Q.    Okay.  New England.  I think that's good enough

4   for me.  I don't need more than that.

5       A.    Okay.

6       Q.    And I take it you're the founder of the

7   company, or is it a family member that founded the

8   company?

9       A.    Family member.

10      Q.    And how long has Hull Forest Products been in

11  operation?

12      A.    Since 1969.

13      Q.    Okay.  And how long have you been working for

14  Hull Forest Products?

15      A.    20, 21 years.

16      Q.    Okay.  When did you first hear of BNBM?

17      A.    I don't know exactly.

18      Q.    Okay.  Was it within the last ten years?

19      A.    Yes.

20      Q.    Was it longer than ten years?

21      A.    No.  Probably within the last four to five

22  years.

23      Q.    And how is it that you first heard of BNBM?

24      A.    Through a letter of credit.

25      Q.    Okay.  Was that something that Mr. Zhuang was

Confidential - Subject to Further Confidentiality Review

Page 19

1   involved in?

2       A.   Our customer that's buying the products is the

3   one that is using BN -- Beijing New Building Material to

4   facilitate the sale.

5       Q.   First of all, what's the name of the customer,

6   so I know?

7       A.   There's multiple customers.

8       Q.   And so just so I understand how this works out,

9   BNBM is involved in your sales to other customers in

10  Asia.  Is that correct?

11      A.   Correct.

12      Q.   Is it always BNBM that's involved in those

13  sales?

14      A.   No.

15      Q.   Okay.  Are there other -- There's other

16  entities?

17      A.   Yes.

18      Q.   Who are those other entities?

19      A.   I don't know, off the top of my head.

20      Q.   Okay.  And how long have you been using BNBM in

21  that capacity?  Four to five years?  Is that correct?

22          MR. PFAEHLER:  Objection to form.

23      A.   Probably.  I don't know for sure.

24      Q.   Okay.  Do you know how many transactions they

25  were involved in?

Confidential - Subject to Further Confidentiality Review

Page 20

1            MR. PFAEHLER:  Objection to form.  Vague.

2       A.   No.

3       Q.   And you said you first heard of them through a

4  letter of credit.  Is that correct?

5       A.   Correct.

6       Q.   And we've seen at least two of those in the

7  documents you've produced.

8       A.   Yeah.  They're not my final customer.  That's

9  why I have no real business with Beijing New Building

10  Materials is my point.

11      Q.   You've never spoken to anyone at Beijing New

12  Building Materials?

13      A.   Never.

14      Q.   And we talked about e-mail correspondences.

15  You've never corresponded in any way?

16      A.   No.

17      Q.   But they are the ones that would obtain a

18  letter of credit.  Is that correct?

19      A.   Correct.

20      Q.   Do you have an understanding of how many of

21  these letter of credits that you might have entered that

22  involved BNBM over the last four to five years?

23      A.   No.

24      Q.   Would it be more than three or four?

25      A.   Yes.

Confidential - Subject to Further Confidentiality Review

Page 21

1     Q.    Do you think it's more than ten?

2     A.    I don't know.

3     Q.    Do you know how it is that BNBM gets involved

4  in these transactions?

5          MR. PFAEHLER:  Objection.  Foundation.

6     A.    My understanding is we have a customer in China

7  that wants to buy our products, and they go to Beijing

8  New Building, among others, to obtain the letter of

9  credit to facilitate the financing.

10    Q.    Okay.  And it's something the customer actually

11  selects?

12    A.    Yeah.

13    Q.    Okay.  So obviously BNBM, you've had no actual

14  contact with them, so they haven't told you anything

15  about --

16    A.    Nothing.

17    Q.    -- entities they're affiliated with or anything

18  like that?

19    A.    No.

20    Q.    And did you ever come to learn that BNBM was a

21  subsidiary of a company called CNBM or CNBM Group?

22         MR. PFAEHLER:  Objection to form.

23    A.    Not until I read your documents.

24    Q.    Did you ever have an understanding that BNBM

25  was an entity that was controlled by the Chinese

Confidential - Subject to Further Confidentiality Review

Page 22

 1  government?

 2          MR. PFAEHLER:  Multiple objections to form.

 3      A.  I really don't know anything about them.

 4      Q.  Okay.  And I take it no one from -- to your

 5  knowledge, from BNBM has come to the United States to

 6  meet with anyone from your company or anything like

 7  that?

 8      A.  No.

 9      Q.  And you mentioned a representative -- I guess a

10  contractor of your company called Mr. Zhuang.  Do you

11  know whether he's met with anyone at BNBM in China?

12          MR. PFAEHLER:  Objection.  Foundation.

13      A.  I don't know.

14      Q.  And I guess you mentioned that you'd been

15  involved in some, I guess, transactions involving BNBM

16  in lumber.

17          Have you ever been involved in any transactions

18  with BNBM involving any other products other than

19  lumber?

20      A.  Logs.

21      Q.  Okay.  All right.

22      A.  It's either logs or lumber.

23      Q.  Okay.  When someone says "lumber," that's

24  actual finished product?

25      A.  Lumber would be a piece of wood that's an inch

Confidential - Subject to Further Confidentiality Review

Page 24

1    time period, I couldn't tell you how many it is.

2        Q.    Do you think it's more than five or ten?  Any

3    sense of that?

4            MR. PFAEHLER:  Objection.  Asked and answered.

5        A.    I don't know.

6        Q.    Okay.  I did look at some of the -- you know,

7    like the letter of credits and that sort of thing.  I

8    notice there were some terms about payment being

9    received based on the conformity of those goods to the

10   contract.

11       A.    Correct.

12       Q.    Do you know who would make that determination

13   of whether the goods conformed to the contract?

14       A.    The final customer.

15       Q.    Okay.  So that would be after the products

16   arrived in China?

17       A.    Yes.

18       Q.    Okay.  And to your knowledge, would BNBM be

19   involved in any way in determining whether products

20   conformed?

21       A.    As far as I know, they are not involved in

22   determining the conformity.

23       Q.    And in terms of your dealings, I guess not

24   directly with BNBM but in contractual agreements that

25   involved BNBM, has it ever come to your knowledge that

Confidential - Subject to Further Confidentiality Review

Page 25

1    BNBM has any assets or anything like that located in the

2    United States?  Bank accounts, warehouses, anything like

3    that?

4        A.   No.

5        Q.   And in these, I guess, commercial dealings with

6    BNBM, did it ever come to your knowledge that they were

7    using any banks in the United States, any sort of

8    shippers or exporters, anything like that?

9        A.   No.

10       Q.   Apart from Hull Forest acting as an exporter?

11       A.   Could you say that again?

12       Q.   I guess, in these transactions was Hull

13   exporting the goods actually or was there another

14   company involved in that?

15       A.   We were transporting them directly.

16       Q.   So your company would have set up everything

17   that --

18       A.   All the logistics, yes.

19       Q.   So I'm just trying to figure out if there's any

20   other entities involved.

21       A.   Right.

22       Q.   Was there anyone else?

23       A.   No.

24       Q.   And do you have any sense of how BNBM would

25   actually be compensated on these purchasing contracts?

Confidential - Subject to Further Confidentiality Review

1     A.   I don't know.

2     Q.   Okay.  And in terms of -- I guess we discussed

3  earlier that some of these materials would be shipped

4  over as logs.

5          Do you have any knowledge of whether BNBM would

6  be involved in finishing those products and converting

7  them into lumber in China?

8     A.   I have no knowledge of that.

9     Q.   And I take it you have no knowledge of BNBM's

10  profit on these commercial transactions?

11     A.   No.

12     Q.   And I guess after reviewing these items that

13  were produced prior to today's deposition, do you have

14  an understanding of how much compensation Hull Forest

15  has received with respect to these transactions between

16  July 17, 2007 and today's date?

17     A.   Yes.

18     Q.   And what is that understanding?

19     A.   I thought I produced the documents.

20  Approximately $835,000.

21     Q.   Okay.  And I was going to ask you that.  It was

22  my understanding that it was approximately that number

23  as well.

24     A.   Yes.

25     Q.   And you would have received all these payments

Confidential - Subject to Further Confidentiality Review

1     Q.   Okay.  So you would have requested that Hull

2   Forest Products prepare this document?

3          MR. PFAEHLER:  Objection to form.

4     Q.   Go ahead.  You can answer.

5          MR. PFAEHLER:  I think you tangled it up.

6          MR. GAUGHAN:  Did I?

7     A.   We don't request it.  CoBank handles all our

8   letters of credit no matter who they're from.  So when

9   we receive one, they issue this letter saying that

10  they've received the letter of credit for us.

11    Q.   Okay.  So CoBank is -- they're in Colorado.

12  Did I see that right?

13    A.   Yes.

14    Q.   And you use them for all of your letters of

15  credit?

16    A.   Correct.

17    Q.   Okay.  So what would have precipitated the

18  preparation of this letter of credit?

19    A.   We agreed to a purchase contract with a

20  customer in China, which is, say, Exhibit 5.

21    Q.   Okay.

22    A.   The customer and my representative, Zhuang

23  Kang, produced this, basically the purchase order.

24    Q.   Okay.  Go ahead.  I'm sorry.  Go ahead.  Keep

25  going.

Confidential - Subject to Further Confidentiality Review

Page 32

1     A.   So after that's produced, we agree to the

2   terms, and then they go to someone to issue a letter of

3   credit for that customer.  In this case, it was Beijing

4   New Building Materials.

5     Q.   Okay.  So I don't see an actual -- the ultimate

6   customer listed here, the one that would have been

7   receiving the product.

8     A.   Correct.

9     Q.   That's correct?

10    A.   Yes.

11    Q.   Okay.  Would there be a separate agreement

12   between that customer and Beijing New Building

13   Materials, to your knowledge?

14         MR. PFAEHLER:  Objection to form.

15    A.   I would assume so, but I don't know.

16    Q.   You don't receive a copy of that?

17    A.   No.

18    Q.   Okay.  Do you have any sense of who the actual

19   customer is?

20    A.   Yes.

21    Q.   Can you tell me who that is?

22    A.   In this particular -- for Exhibit 5, I can't.

23   I don't know.

24    Q.   But anyway, for purposes of Exhibit 5, the

25   contract is listed as between Beijing New Building

Confidential - Subject to Further Confidentiality Review

Page 104

1           First, I want to get your full name on the
2    record.  I don't think we did that at the beginning of
3    the day.  And if you could also tell us your address.
4         A.   Home address or business address?
5         Q.   Why don't you give us both, for the record.
6         A.   Samuel Isaac Hull.  Business address is
7    101 Hampton Road, Pomfret Center, Connecticut 06259.
8    Home address is 95 Kinney Hollow Road, Union,
9    Connecticut 06076.
10        Q.   And you are the owner of Hull Forest Products?
11        A.   One of the owners.
12        Q.   And you have full knowledge of the -- to the
13   extent that anyone at Hull does -- of the transactions
14   that have been discussed today with counsel?
15        A.   Correct.
16        Q.   I'd like you to take a look -- Let's go back to
17   Hull Exhibit 2.  And if we can go just to the first page
18   there.  We looked at this letter of credit.  And it's an
19   irrevocable letter of credit.  Is that right?
20        A.   I believe so.
21        Q.   Why does Hull ask for an irrevocable letter of
22   credit when it's doing a transaction like this?
23        A.   So it can't be revoked.
24        Q.   It's so that you can be sure you get paid,
25   isn't it?

Page 105

1      A.   Correct.

2      Q.   It's so that the payment is out of the hands of

3  the counter-party to the contract.  Correct?

4      A.   Correct.

5           MR. GAUGHAN:  I object to form.

6      Q.   Was that a "yes"?

7      A.   Yes.

8      Q.   And it's so that once you harvest that timber

9  and gather that timber up and start performing the

10  contract, you'll be paid.  So people can't walk away

11  from that contract.  Isn't that correct?

12           MR. GAUGHAN:  I object to form.

13      A.   If I meet the standards of the purchase

14  contract, yes, they're obligated to pay.

15      Q.   And what we're looking at here as Exhibit 1 is

16  the irrevocable letter of credit that went with contract

17  SQ-HF-14-ash that we looked at.  That's Exhibit 5.

18           MS. DALEY:  Exhibit 2, just so we're clear for

19  the record.  I believe you said Exhibit 1.

20           MR. PFAEHLER:  I did.  Exhibit 2.  Thank you

21  for the clarification for the record.

22      Q.   You're looking at page 1, Exhibit 2.  I'm going

23  to withdraw that question and ask a better one.

24           What we're looking at as page 1, HULL1 of

25  Exhibit 2, is the irrevocable letter of credit that was

Confidential - Subject to Further Confidentiality Review

Page 106

 1    required by the contract SQ-HF-14-ash.  Is that correct?

 2        A.    Yes.

 3        Q.    And that contract is Exhibit 5.  Is that right?

 4        A.    Yes.

 5        Q.    And that contract was dated June 13th, 2014.

 6    Is that correct?

 7        A.    Correct.

 8        Q.    Is that when the contract was entered into?

 9        A.    Yes.

10        Q.    Any negotiations that occurred with respect to

11    that contract occurred before that date.  Is that

12    correct?

13        A.    Correct.

14        Q.    And you believe that contract was negotiated

15    and signed in China.  Is that correct?

16        A.    Correct.

17        Q.    That contract requires under 11, terms of

18    payment, a letter of credit at site, does it not?

19        A.    Correct.

20        Q.    If you could look on the second page of the

21    contract bearing Bates Number BNBM (Group) 2835, right

22    above the bold number 12.  Can you read for me what it

23    says in that contract about where arbitration will

24    occur.

25        A.    "Arbitration will be settled in court in Hong

Confidential - Subject to Further Confidentiality Review

Page 107

1    Kong if there is any fraud involved."

2        Q.    It doesn't say you're going to arbitrate in

3    Louisiana, does it?

4        A.    No.

5        Q.    It doesn't say you're going to arbitrate in

6    Virginia, does it?

7            MR. GAUGHAN:  Objection to form.

8        A.    No.

9        Q.    It doesn't say you're going to arbitrate in

10   Alabama, does it?

11       A.    No.

12       Q.    How about Florida?  Does it say you'll

13   arbitrate there?

14           MR. GAUGHAN:  Objection.

15       A.    No.

16       Q.    Hong Kong is a long way from those places,

17   isn't it?

18       A.    Yes.

19           MR. GAUGHAN:  Objection to form.

20       Q.    Let's look at -- Go back to Hull Exhibit 2, if

21   you can.  Would you take a look at page 4.

22           We looked at quite a number of commercial

23   invoices in a good bit of detail this morning, haven't

24   we?

25       A.    Yes.

Confidential - Subject to Further Confidentiality Review

Page 109

1     Q.   Now let's look at page 19, Hull 19.  And this

2   is the second -- a second letter of -- looking at Hull

3   19, this is a letter of credit that was issued on or

4   about May 9th, 2014.  Is that correct?

5     A.   Correct.

6     Q.   And that -- this letter of credit, like the one

7   we looked at a moment ago, was issued because it was

8   required pursuant to a contract.  Correct?

9     A.   Correct.

10    Q.   This letter of credit is also irrevocable.

11  Correct?

12    A.   Correct.

13    Q.   And in both instances, that means that if the

14  proper papers are submitted, the letter of credit must

15  be paid.  Is that correct?

16    A.   The proper papers and the proper product.

17    Q.   And the proper papers that are submitted to the

18  bank attested to proper product.  Correct?

19    A.   Yes.  The way a draw is taken on a letter of

20  credit --

21         MR. GAUGHAN:  I'm going to object to the last

22  question.  I'm a little bit -- sorry.  It's a little bit

23  late, but --

24         MR. PFAEHLER:  You have your objection.

25    Q.   Is it correct to say when a draw is made on a

Confidential - Subject to Further Confidentiality Review

Page 110

1    letter of credit, certain papers are presented to the

2    bank?

3         A.   Yes.

4         Q.   Those papers in fact are described in the

5    letter of credit.  Correct?

6         A.   Yes.

7              MR. GAUGHAN:  I object to form.

8         Q.   And described in the contract.  Correct?

9              MR. GAUGHAN:  I object to form.

10        A.   Yes.

11        Q.   And if those papers are facially valid, the

12   bank must honor the letter of credit.  Correct?

13        A.   Correct.

14        Q.   Let's look at page 20, the wire transfer page,

15   and I would call your attention here to line 31D.

16             Could you tell the court what the date and

17   place of expiry for this letter of credit was?

18        A.   July 6, 2014.

19        Q.   And could you read down in line 44C for the

20   court, what was the latest date of shipment for this

21   letter of credit and this wire transfer?

22        A.   June 15th, 2014.

23        Q.   And this letter of credit went with contract

24   number WS0422.  Correct?  I'm sorry.  Calling your

25   attention to -- it's two lines under 46A, if that's

Confidential - Subject to Further Confidentiality Review

Page 111

1    helpful.

2         A.    Yes.   Correct.

3         Q.    Thank you.   By the way, what is a phytosanitary

4    certificate?

5         A.    It's inspection done by the USDA, verifying

6    particular requirements which vary depending on the

7    shipment.   Could be verifying species, checking for

8    insect infestations, verifying fumigations, et cetera,

9    et cetera.

10        Q.    Thank you.   You know, counsel asked you a

11   question.   If we could go back to Exhibit 5.   He asked

12   you a question, if you didn't receive payment for some

13   reason under this purchase contract, who would you go

14   after?   Do you recall that question?

15             MR. GAUGHAN:   I object to form.

16        A.    No.

17        Q.    Okay.   Let me just ask a new question.

18             You didn't have to be concerned, did you, about

19   receiving payment under this contract because you had an

20   irrevocable letter of credit.   Is that fair?

21             MR. GAUGHAN:   Objection to form.

22        A.    As long as I fulfilled my obligation under the

23   contract, that's correct.

24        Q.    You hold up your end of the contract, you're

25   going to be paid no matter what.   Right?

Confidential - Subject to Further Confidentiality Review

Page 112

1      A.   Correct.

2      Q.   Let's take a quick look -- I only have a couple

3  more questions.  If you could take a quick look at Hull

4  Exhibit 3.  This is Chen contract BW2.  Can you tell me

5  what the date was on this contract?

6      A.   May 15th, 2014.

7      Q.   Is it your understanding this contract was

8  negotiated and executed in China?

9      A.   Correct.

10     Q.   And it's your understanding that any

11  negotiations occurred before that date?

12     A.   Correct.

13     Q.   If we could go back to Hull Exhibit 5.  Is it

14  your understanding that any negotiations with respect to

15  Hull Exhibit 5 occurred on or before June 13th, 2014?

16          MR. GAUGHAN:  I object to form.

17     A.   Yes.

18     Q.   If you would -- I'm sorry to be jumping between

19  exhibits.  If you could come back to Hull Exhibit 3.  Do

20  you see it says, "Time of shipment:  Before June 15th,

21  2014"?

22     A.   Yes.

23     Q.   Do you have any reason to believe that the

24  shipment went out any later than June 15th, 2014?

25          MR. GAUGHAN:  I object to form.

Confidential - Subject to Further Confidentiality Review

Page 113

1      A.   I don't.

2      Q.   And does this contract also provide that

3  arbitration will be settled in court in Hong Kong?

4      A.   Yes.

5      Q.   If I could call your attention to Hull

6  Exhibit 4.  This is Chen contract 3.  Is this contract

7  also dated May 15, 2014?

8      A.   Yes.

9      Q.   Is it your understanding that any negotiations

10 that occurred, occurred in China?

11     A.   Yes.

12     Q.   And that they occurred on or before May 15th,

13 2014?

14          MR. GAUGHAN:  Let me object to that last

15 question.  I'm sorry.  Late objection.

16     Q.   Is it your understanding that any negotiations

17 that occurred, occurred before May 15th, 2014?

18     A.   Yes.

19     Q.   And the time of shipment provided again is

20 June 15th, 2014?

21          MR. GAUGHAN:  I object to form again.  I'm

22 sorry.

23     A.   Yes.

24     Q.   And do you have any reason to believe that the

25 shipment under this contract was shipped any later than

Confidential - Subject to Further Confidentiality Review

Page 114

1    June 15th, 2014?

2              MR. GAUGHAN:  I object to form.

3       A.   No.

4       Q.   Does this contract also provide that any

5    dispute will be arbitrated in Hong Kong?

6       A.   Yes.

7       Q.   If I could call your attention to Hull

8    Exhibit 6.  Can you tell me what the date is for Hull

9    Exhibit 6?

10      A.   June 15th, 2014.

11      Q.   Is it your understanding that any negotiations

12   that occurred with respect to this contract necessarily

13   would have had to occur before June 15th, 2014?

14      A.   Yes.

15             MR. GAUGHAN:  I object to form.

16      Q.   That is the date this contract was made.

17   Correct?

18      A.   Yes.

19      Q.   And is it also your understanding that this

20   contract was negotiated and executed in China?

21             MR. GAUGHAN:  I object to form.

22      A.   Yes.

23      Q.   And is it your -- Once again, does this

24   contract provide for arbitration in Hong Kong?

25      A.   Yes.

Confidential - Subject to Further Confidentiality Review

Page 118

1             MR. PFAEHLER:  One followup.  Maybe two

2      followups.

3                    FURTHER EXAMINATION

4      BY MR. PFAEHLER:

5          Q.   Let's stay with Exhibit 7 that counsel was just

6      showing you.  Before when counsel was questioning you on

7      direct, he had asked you if you knew for a fact whether

8      this shipment was actually made under this contract.

9               And I'd ask again, do you know for a fact if

10     the shipment was actually made under Hull Exhibit 7?

11         A.   No.

12         Q.   And this also provides for arbitration in Hong

13     Kong, doesn't it?

14         A.   Yes, it does.

15         Q.   And is it also your belief with respect to Hull

16     Exhibit 7, that this contract was negotiated and

17     executed in China?

18         A.   Yes.

19             MR. GAUGHAN:  Objection to form.

20             MR. PFAEHLER:  Thank you.  No further

21     questions.

22                    FURTHER EXAMINATION

23     BY MR. GAUGHAN:

24         Q.   I just want to repeat real quickly, with

25     respect to Exhibit 7, you have no reason to believe that

Confidential - Subject to Further Confidentiality Review

Page 120

```
 1
 2                    CERTIFICATE
 3
 4
 5            I HEREBY CERTIFY that the
       witness was duly sworn by me and that the
 6     deposition is a true record of the
       testimony given by the witness.
 7
              It was requested before
 8     completion of the deposition that the
       witness, SAMUEL I. HULL, have the
 9     opportunity to read and sign the
       deposition transcript.
10
11
              _____
12            Michelle Keegan
              Certified Reporter
13            Notary Public
              Dated:  May 13, 2015
14
15
16            (The foregoing certification
17     of this transcript does not apply to any
18     reproduction of the same by any means,
19     unless under the direct control and/or
20     supervision of the certifying reporter.)
21
22
23
24
25
```

 

P.O. Box 5110
Denver, Colorado 80217 USA
5500 South Quebec Street
Greenwood Village, CO 80111 USA
303-740-4000
Fax 303-224-2758
SWIFT NBFCUS55

DATE: JULY 21, 2014

HULL FOREST PRODUCTS, INC.              COBANK REFERENCE NUMBER: 00516200
101 HAMPTON ROAD
POMFRET CENTER, CT 06259

ATTENTION: EXPORT DEPARTMENT

ATTACHED PLEASE FIND IRREVOCABLE LETTER OF CREDIT LCC7304001061 ISSUED BY
OCBC BANK (CHINA) LIMITED DATED JULY 18, 2014 IN THE AMOUNT OF
USD414,500.00 FOR THE ACCOUNT OF BEIJING NEW BUILDING MATERIALS   CO.,LTD.
PLEASE BE GUIDED BY THE PARAGRAPHS BELOW.

THIS IS SOLELY AN ADVICE AND CONVEYS NO ENGAGEMENT ON OUR PART.

WE ARE PREPARED TO EXAMINE DOCUMENTS AND OBTAIN PAYMENT ON YOUR BEHALF.

PLEASE BE ADVISED THAT IF DOCUMENTS RECEIVED DO NOT COMPLY WITH THE TERMS
AND CONDITIONS OF THE LETTER OF CREDIT, WE WILL DEDUCT FROM YOUR PAYMENT A
HANDLING CHARGE OF $60.00 FOR EACH SET OF DOCUMENTS PRESENTED.   IN
ADDITION, A SWIFT CHARGE OF $20.00 PER MESSAGE WILL BE DEDUCTED IF WE ARE
INSTRUCTED TO CABLE FOR APPROVAL.

THESE FEES WILL BE PAYABLE BY THE EXPORTER NOTWITHSTANDING LETTER OF
CREDIT INSTRUCTIONS REGARDING FEES AND COMMISSIONS.

THIS AUTHENTICATES OUR PRELIMINARY ADVICE/TELEPHONE CALL.

UPON COMPLETION OF OUR EXAMINATION OF DOCUMENTS PRESENTED UNDER THE LETTER
OF CREDIT, AND PROVIDED THAT IT IS A COMPLYING PRESENTATION OR UPON
RECEIPT OF APPROVAL FROM ISSUING BANK OF THEIR ACCEPTANCE OF A DISCREPANT
PRESENTATION, DOCUMENTS WILL BE FORWARDED TO THE ISSUING BANK THE SAME DAY
WE REQUEST PAYMENT FROM THE ISSUING AND/OR REIMBURSING BANK.

THE ORIGINAL LETTER OF CREDIT AND ANY AMENDMENT(S) MUST BE RETURNED FOR
ENDORSEMENT AT TIME OF PRESENTATION.   IN ADDITION TO THE DOCUMENTS
REQUIRED BY THE LETTER OF CREDIT, A COPY OF ALL THE ORIGINAL DOCUMENTS
MUST ALSO BE PRESENTED.

THE ABOVE REFERENCE NUMBER HAS BEEN ASSIGNED TO THIS CREDIT AND WE ASK
THAT YOU PLEASE MENTION THIS NUMBER IN ANY CORRESPONDENCE.

EXCEPT SO FAR AS OTHERWISE EXPRESSLY STATED, THE ATTACHED LETTER OF CREDIT
IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS
(2007 REVISION) INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION 600.

REGARDS,

## Print COB 1   # 082442 – Incoming Message

```
Automatic printout  082442  on        Print COB 1      at 21-Jul-2014 04:21:47
================================================================================
Incoming Message -> Output from SWIFT
================================================================================
1: Basic Header Block ----------------------------------------------------------
     Application Identifier          F Financial
     Service Identifier              01 Transaction
     Receiving LT Identifier         NBFCUS55AXXX
     Output Session/Sequence Number  7161/296698
2: Application Header Block -----------------------------------------------------
     I/O Identifier                  O Incoming Message
     Message Type                    710 Advice of a Third Bank's or a Non-Ban
                                     k's Documentary Credit
     Input Time/Date                 21-Jul-2014 16:21:00
     Sender Address                  OCBCSGSGAXXX
                                     OVERSEA-CHINESE BANKING CORPORATION LIMITE
D
                                     SINGAPORE
     Input Session/Sequence Number   3312/158607
     Output Date/Time                21-Jul-2014 02:21:00
     Message Priority                N Normal
4: Text Block ------------------------------------------------------------------
     27 : Sequence of Total          1 / 1
     40B: Form of Documentary Credit IRREVOCABLE
                                     WITHOUT OUR CONFIRMATION
     20 : Sender Reference           LA5TF41070632
     21 : Documentary Credit Number  LCC7304001061
     31C: Date of Issue              18-Jul-2014
     40E: Applicable Rules           UCP LATEST VERSION
     31D: Date and Place of Expiry   21-Sep-2014  USA
     52A: Issuing Bank (Identifier Cod OCBCCNSH
                                     OCBC BANK (CHINA) LIMITED
                                     SHANGHAI
     51D: Applicant Bank (Name and Add OCBC BANK(CHINA) LIMITED BEIJING
                                     BRANCH
     50 : Applicant                  BEIJING NEW BUILDING MATERIALS
                                     CO.,LTD
     59 : Beneficiary                HULL FOREST PRODUCTS INC.
                                     101 HAMPTON ROAD, POMFRET CENTER,
                                     CT 06259
                                     TEL:860-428-2157
     32B: Currency Code, Amount      USD 414,500.00
     39A: Percentage Credit Amount Tol 10 / 10
     41D: Available With... By... (Nam ANY BANK
                                     BY NEGOTIATION
     42C: Drafts at...               SIGHT FOR 100PCT OF INVOICE VALUE
     42D: Drawee (Name and Address)   OCBC BANK (CHINA) LIMITED BEIJING
                                     BRANCH
     43P: Partial Shipments          ALLOWED
     43T: Transhipment               ALLOWED
     44E: Port of Loading/Airport of D ANY USA MAJOR PORT
     44F: Port of Discharge/Airport of SHANGHAI, CHINA
     44C: Latest Date of Shipment    31-Aug-2014
     45A: Description of Goods and/or
     ASH              3SC 12 INCH AND BIGGER          150MBF
                      3SC 9-11 INCH                    40MBF
     RED OAK          3SC 8-11 INCH                    30MBF
     CHERRY           2SC AND BETTER 12 AND BIGGER     20MBF
     WO NORTH         8-11 INCH 2SC AND BETTER         30MBF

     USD414,500.00
     PRICE TERM:  CIF SHANGHAI, CHINA
```

CoBank   516200

Export Advice No

ORIGINAL

Hull 0002

## Print COB 1   # 082442 – Incoming Message

```
  +THE NEGOTIATING BANK IS TO FORWARD DIRECT TO:OCBC BANK (CHINA)
   LIMITED, BEIJING BRANCH, ROOM 1107, EXCEL CENTRE, NO.6 WUDINGHOU
   STREET, XICHENG, DISTRICT, BEIJING CHINA POSTCODE:100140.
  +WE MAY DEDUCT USD60.00 OR ITS EQUIVALENT FROM BILL AMOUNT
   CLAIMED,BEING OUR HANDLING FEE FOR DISCREPANCIES IN DOCUMENTS.
  57A: Advise Through Bank (Identif  NBFCUS55XXX
                                     COBANK
                                     DENVER,CO
5: Trailer Block -----------------------------------------------------------
   CHK: Checksum                     5B6909EBE7F7

==========================  Message State: RCV  ==========================
```

Hull 0003

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 9/3/2014 | 55365 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
| | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,438 | LOGS - EXPORT AMERICAN  ASH<br><br>BOOKING # 8009825080<br>LC # LCC7304001061<br>CONTRACT # SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND BIGGER/ 3SC 9-11 INCH<br>CIF SHANGHAI CHINA<br>REF # 516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | 1.60 | 5,500.80 |

| | |
|--|--|
| **Total** | $5,500.80 |
| **Payments/Credits** | -$5,500.80 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0004

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 9/2/2014 | 55310 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR,  BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI  SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 13,926 | LOGS - EXPORT AMERICAN ASH | 1.60 | 22,281.60 |
| 975 | LOGS - EXPORT AMERICAN ASH | 1.30 | 1,267.50 |
|  | BOOKING # 40026973 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND BIGGER / 3SC 9-11 INCH |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|------|------|
| **Total** | $23,549.10 |
| **Payments/Credits** | -$23,549.10 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0005

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/28/2014 | 55306 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 4,821 | LOGS - EXPORT AMERICAN ASH | 1.60 | 7,713.60 |
|  | BOOKING # 038VH153459 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND |  |  |
|  | BIGGER |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $7,713.60 |
| **Payments/Credits** | -$7,713.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0006

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/28/2014 | 55303 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BLDG 4
INTERWEST BUSINESS CENTER
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 10,056 | LOGS - EXPORT CHERRY | 1.85 | 18,603.60 |
| 10,734 | LOGS - EXPORT AMERICAN ASH | 1.60 | 17,174.40 |
|  | | | |
|  | BOOKING # 40026730 | | |
|  | LC # LCC7304001061 | | |
|  | CONTRACT # SQ-HF-14-ASH | | |
|  | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND | | |
|  | BIGGER / CHERRY 2SC AND BETTER 12 AND BIGGER | | |
|  | CIF SHANGHAI CHINA | | |
|  | REF # 516200 | | |
|  | COUNTRY OF ORIGIN: USA | | |
|  | | | |
|  | HULL FOREST PRODUCTS INC. | | |

| | |
|---|---|
| **Total** | $35,778.00 |
| **Payments/Credits** | -$35,778.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/27/2014 | 55301 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 12,192 | LOGS - EXPORT AMERICAN ASH | 1.60 | 19,507.20 |
| | BOOKING # 564454197<br>LC # LCC7304001061<br>CONTRACT # SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND BIGGER<br>CIF SHANGHAI CHINA<br>REF # 516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | | |

| | |
|---|---|
| **Total** | $19,507.20 |
| **Payments/Credits** | -$19,507.20 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/27/2014 | 55300 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 8,158 | LOGS - EXPORT AMERICAN ASH | 1.60 | 13,052.80 |
|  | BOOKING # 8009838610 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND |  |  |
|  | BIGGER |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $13,052.80 |
| **Payments/Credits** | -$13,052.80 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0009

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/22/2014 | 55295 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 9,236 | LOGS - EXPORT CHERRY<br><br>BOOKING # 038VH152665<br>LC # LCC7304001061<br>CONTRACT # SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR: CHERRY 2SC AND<br>BETTER 12 AND BIGGER<br>CIF SHANGHAI CHINA<br>REF # 516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | 1.85 | 17,086.60 |

| | |
|---|---|
| **Total** | $17,086.60 |
| **Payments/Credits** | -$17,086.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0010

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2014 | 55247 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,481 | LOGS - EXPORT AMERICAN ASH | 1.60 | 5,569.60 |
|  | BOOKING # 8009823140 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND |  |  |
|  | BIGGER |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $5,569.60 |
| **Payments/Credits** | -$5,569.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0011

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2014 | 55264 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9  SHOUTI  SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | STH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 7,770 | LOGS - EXPORT RED OAK | 1.40 | 10,878.00 |
| 4,045 | LOGS - EXPORT WHITE OAK | 1.45 | 5,865.25 |
| 3,874 | LOGS - EXPORT CHERRY | 1.85 | 7,166.90 |
| 19,937 | LOGS - EXPORT AMERICAN  ASH | 1.60 | 31,899.20 |
|  | BOOKING # 11908866 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND |  |  |
|  | BIGGER/ RED OAK 3SC 8-11 INCH/ CHERRY 2SC AND |  |  |
|  | BETTER 12 AND BIGGER/ WO NORTH 8-11 INCH 2SC AND |  |  |
|  | BETTER |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| Total | $55,809.35 |
| Payments/Credits | -$55,809.35 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0012

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2014 | 55263 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 7,550 | LOGS - EXPORT RED OAK | 1.40 | 10,570.00 |
|  | BOOKING # 14243489 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: RED OAK 3SC 8-11 INCH |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $10,570.00 |
| **Payments/Credits** | -$10,570.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0013

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/7/2014 | 55121 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 5,290 | LOGS - EXPORT CHERRY | 1.85 | 9,786.50 |
| 20,587 | LOGS - EXPORT AMERICAN ASH | 1.60 | 32,939.20 |
|  | BOOKING # 40023093 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: CHERRY 2SC AND |  |  |
|  | BETTER 12 AND BIGGER/ ASH 3SC 12 INCH AND BIGGER |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $42,725.70 |
| **Payments/Credits** | -$42,725.70 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0014

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/25/2014 | 55114 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9  SHOUTI  SOUTH ROAD
HAIDIAN DIST.,  BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 33,054 | LOGS - EXPORT CHERRY | 1.85 | 61,149.90 |
|  | BOOKING # 038VH149569 |  |  |
|  | LC # LCC7304001061 |  |  |
|  | CONTRACT # SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: CHERRY 2SC AND |  |  |
|  | BETTER 12 AND BIGGER |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $61,149.90 |
| **Payments/Credits** | -$61,149.90 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/24/2014 | 55047 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 73,266 | LOGS - EXPORT ASH - 12 INCH AND BIGGER | 1.60 | 117,225.60 |
| 10,435 | LOGS - EXPORT ASH - 9-11 INCH | 1.30 | 13,565.50 |
|  |  |  |  |
|  | BOOKING #8009800000 |  |  |
|  | LC #LCC7304001061 |  |  |
|  | CONTRACT #SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 INCH AND |  |  |
|  | BIGGER & 3SC 9-11 INCH |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF #516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| Total | $130,791.10 |
|-------|-------------|
| **Payments/Credits** | -$130,791.10 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0016

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/23/2014 | 55096 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR,  BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9  SHOUTI  SOUTH ROAD
HAIDIAN DIST.,  BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 17,046 | LOGS - EXPORT CHERRY | 1.85 | 31,535.10 |
|  | BOOKING #2548199420 |  |  |
|  | LC #LCC7304001061 |  |  |
|  | CONTRACT #SQ-HF-14-ASH |  |  |
|  | DESCRIPTION OF GOODS AND/OR: CHERRY 2SC AND |  |  |
|  | BETTER 12 AND BIGGER |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF #516200 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | | |
|---|---|---|
| **Total** | | $31,535.10 |
| **Payments/Credits** | | -$31,535.10 |
| **Balance Due** | | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0017

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/20/2014 | 54999 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | L C   | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 12,115 | LOGS - EXPORT RED OAK | 1.40 | 16,961.00 |
| 8,095 | LOGS - EXPORT ASH | 1.60 | 12,952.00 |
| 2,870 | LOGS - EXPORT CHERRY | 1.85 | 5,309.50 |
| 5,314 | LOGS - EXPORT ASH | 1.60 | 8,502.40 |
| | BOOKING # NAM1898627<br>LC # LCC7304001061<br>CONTRACT # SQ-HF-14-ASH<br>DESCRIPTION OF GOODS AND/OR: ASH 3SC 12 AND<br>BIGGER/ RED OAK 3SC 9-11 INCH/ CHERRY 2SC AND<br>BETTER 12 AND BIGGER<br>CIF SHANGHAI CHINA<br>REF # 516200<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | | |

| | |
|---|---|
| **Total** | $43,724.90 |
| **Payments/Credits** | -$43,724.90 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0018



P.O. Box 5110
Denver, Colorado 80217 USA
5500 South Quebec Street
Greenwood Village, CO 80111 USA
303-740-4000
Fax 303-224-2758
SWIFT NBFCUS55

DATE: MAY 09, 2014

HULL FOREST PRODUCTS, INC.            COBANK REFERENCE NUMBER: 00515734
101 HAMPTON ROAD
POMFRET CENTER, CT 06259

ATTENTION: EXPORT DEPARTMENT

ATTACHED PLEASE FIND IRREVOCABLE LETTER OF CREDIT LCSJQ14149 ISSUED BY
BEIJING RURAL COMMERCIAL BANK CO DATED MAY 09, 2014 IN THE AMOUNT OF
USD300,000.00 FOR THE ACCOUNT OF BEIJING NEW BUILDING MATERIALS
CO.,LTD.(ADDRESS PLS SEE FIELD 47A).  PLEASE BE GUIDED BY THE PARAGRAPHS
BELOW.

THIS IS SOLELY AN ADVICE AND CONVEYS NO ENGAGEMENT ON OUR PART.

WE ARE PREPARED TO EXAMINE DOCUMENTS AND OBTAIN PAYMENT ON YOUR BEHALF.

PLEASE BE ADVISED THAT IF DOCUMENTS RECEIVED DO NOT COMPLY WITH THE TERMS
AND CONDITIONS OF THE LETTER OF CREDIT, WE WILL DEDUCT FROM YOUR PAYMENT A
HANDLING CHARGE OF $60.00 FOR EACH SET OF DOCUMENTS PRESENTED.  IN
ADDITION, A SWIFT CHARGE OF $20.00 PER MESSAGE WILL BE DEDUCTED IF WE ARE
INSTRUCTED TO CABLE FOR APPROVAL.

THESE FEES WILL BE PAYABLE BY THE EXPORTER NOTWITHSTANDING LETTER OF
CREDIT INSTRUCTIONS REGARDING FEES AND COMMISSIONS.

THIS AUTHENTICATES OUR PRELIMINARY ADVICE/TELEPHONE CALL.

UPON COMPLETION OF OUR EXAMINATION OF DOCUMENTS PRESENTED UNDER THE LETTER
OF CREDIT, AND PROVIDED THAT IT IS A COMPLYING PRESENTATION OR UPON
RECEIPT OF APPROVAL FROM ISSUING BANK OF THEIR ACCEPTANCE OF A DISCREPANT
PRESENTATION, DOCUMENTS WILL BE FORWARDED TO THE ISSUING BANK THE SAME DAY
WE REQUEST PAYMENT FROM THE ISSUING AND/OR REIMBURSING BANK.

THE ORIGINAL LETTER OF CREDIT AND ANY AMENDMENT(S) MUST BE RETURNED FOR
ENDORSEMENT AT TIME OF PRESENTATION.  IN ADDITION TO THE DOCUMENTS
REQUIRED BY THE LETTER OF CREDIT, A COPY OF ALL THE ORIGINAL DOCUMENTS
MUST ALSO BE PRESENTED.

THE ABOVE REFERENCE NUMBER HAS BEEN ASSIGNED TO THIS CREDIT AND WE ASK
THAT YOU PLEASE MENTION THIS NUMBER IN ANY CORRESPONDENCE.

EXCEPT SO FAR AS OTHERWISE EXPRESSLY STATED, THE ATTACHED LETTER OF CREDIT
IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS
(2007 REVISION) INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION 600.

REGARDS,

Hull 0019

```
Print COB 1   # 075682 - Incoming Message
Automatic printout  075682  on          Print COB 1    at 09-May-2014  06:14:20
=====================================================================================
Incoming Message -> Output from SWIFT
=====================================================================================
1: Basic Header Block ----------------------------------------------------------------
    Application Identifier              F Financial
    Service Identifier                 01 Transaction
    Receiving LT Identifier            NBFCUS55AXXX
    Output Session/Sequence Number     7080/293370
2: Application Header Block -----------------------------------------------------------
    I/O Identifier                     O Incoming Message
    Message Type                       700 Issue of a Documentary Credit
    Input Time/Date                    09-May-2014 18:14:00
    Sender Address                     BRCBCNBJAXXX
                                       BEIJING RURAL COMMERCIAL BANK
                                       BEIJING
    Input Session/Sequence Number      2682/026228
    Output Date/Time                   09-May-2014 04:14:00
    Message Priority                   N Normal
3: User Header Block ----------------------------------------------------------------
    108: Message User Reference         1405080000014584
4: Text Block ----------------------------------------------------------------
    27 : Sequence of Total             1 / 1
    40A: Form of Documentary Credit    IRREVOCABLE
    20 .: Documentary Credit Number    LCSJQ14149
    31C: Date of Issue                 09-May-2014
    40E: Applicable Rules              UCPURR LATEST VERSION
    31D: Date and Place of Expiry      06-Jul-2014 USA
    50 : Applicant                     BEIJING NEW BUILDING MATERIALS
                                       CO.,LTD.(ADDRESS PLS SEE FIELD 47A)
    59 : Beneficiary                   HULL FOREST PRODUCTS INC
                                       101 HAMPTON ROAD POMFRET CENTER,
                                       CT 06259, TEL: 860-428-2157
    32B: Currency Code, Amount         USD 300,000.00
    39A: Percentage Credit Amount Tol  10 / 10
    41D: Available With... By... (Nam  ANY BANK
                                       BY NEGOTIATION
    42C: Drafts at...                  AT SIGHT FOR 100 PCT INVOICE VALUE
    42A: Drawee (Identifier Code)      BRCBCNBJ
                                       BEIJING RURAL COMMERCIAL BANK
                                       BEIJING
    43P: Partial Shipments             ALLOWED
    43T: Transhipment                  ALLOWED
    44E: Port of Loading/Airport of D  ANY USA MAJOR PORT
    44F: Port of Discharge/Airport of  SHANGHAI CHINA
    44C: Latest Date of Shipment       15-Jun-2014
    45A: Description of Goods and/or   +COMMODITY:YELLOW POPLAR
                                       +TOTAL QTY:240MBF
                                       +TOTAL VALUE: USD300,000.00
                                       +PRICE TERM:CIF SHANGHAI, CHINA
    46A: Documents Required
    1. SIGNED COMMERCIAL INVOICE IN 3 ORIGINALS AND 3 COPIES
    INDICATING L/C NO. AND CONTRACT NO. WS0422
    2. FULL SET OF CLEAN ON BOARD OCEAN BILLS OF LADING MADE OUT TO
    ORDER AND BLANK ENDORSED MARKED 'FREIGHT PREPAID' NOTIFYING
    APPLICANT WITH FULL NAME AND ADDRESS INDICATING CONTRACT NO.
    3. PACKING LIST AND TALLY SHEET IN 1 ORIGINAL, SHOWING CTN. NO.,
    DIMENSIONS, PIECES AND VOLUME
    4. PHYTOSANITARY CERTIFICATE IN 1 ORIGINAL AND 1 COPY ISSUED BY
    LOCAL AUTHORITY IN USA
    5. CERTIFICATE OF ORIGIN IN 1 ORIGINAL AND 1 COPY ISSUED BY
    LOCAL AUTHORITY IN USA
```

CoBank   515734
Export Advice No.

*Original*

9.5.2014 6:14:20

Hull 0020

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|---|---|
| 8/26/2014 | 55218 |

| Bill To |
|---|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|---|---|---|---|
| | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|---|---|---|---|
| 4,432 | LOGS - EXPORT POPLAR | 1.25 | 5,540.00 |
| | BOOKING # YHU294421A | | |
| | LC # LCSJQ14149 | | |
| | CONTRACT # WS0422 | | |
| | DESCRIPTION OF GOODS AND/OR: YELLOW POPLAR | | |
| | CIF SHANGHAI CHINA | | |
| | REF # 515734 | | |
| | COUNTRY OF ORIGIN: USA | | |
| | | | |
| | HULL FOREST PRODUCTS INC. | | |

| | |
|---|---|
| Total | $5,540.00 |
| Payments/Credits | -$5,540.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---|---|
| 860-974-0127 | 860-974-2963 |

Hull 0021

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2014 | 55248 |

Bill To

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTRE
NO. 9  SHOUTI  SOUTH ROAD
HAIDIAN DIST.,  BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 64,110 | LOGS - EXPORT POPLAR | 1.25 | 80,137.50 |
|  | BOOKING # 8009823140 |  |  |
|  | LC # LCSJQ14149 |  |  |
|  | CONTRACT # WS0422 |  |  |
|  | DESCRIPTION OF GOODS AND/OR: YELLOW POPLAR |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 515734 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $80,137.50 |
| **Payments/Credits** | -$80,137.50 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2014 | 55219 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR,  BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9  SHOUTI  SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | LC    | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 85,453 | LOGS - EXPORT POPLAR<br><br>BOOKING # YHU294421<br>LC # LCSJQ14149<br>CONTRACT # WS0422<br>DESCRIPTION OF GOODS AND/OR: YELLOW POPLAR<br>CIF SHANGHAI CHINA<br>REF # 515734<br>COUNTRY OF ORIGIN: USA<br><br>HULL FOREST PRODUCTS INC. | 1.25 | 106,816.25 |

| Total | $106,816.25 |
|-------|-------------|
| **Payments/Credits** | -$106,816.25 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/12/2014 | 55200 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 13,209 | LOGS - EXPORT POPLAR | 1.25 | 16,511.25 |
|  | BOOKING # 8009815250 |  |  |
|  | LC # LCSJQ14149 |  |  |
|  | CONTRACT # WS0422 |  |  |
|  | DESCRIPTION OF GOODS AND/OR: YELLOW POPLAR |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF # 515734 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $16,511.25 |
| **Payments/Credits** | -$16,511.25 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/30/2014 | 55091 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,928 | LOGS - EXPORT POPLAR | 1.25 | 4,910.00 |
|  | BOOKING #400248171 |  |  |
|  | LC #LCSJQ14149 |  |  |
|  | CONTRACT #WS0422 |  |  |
|  | DESCRIPTION OF GOODS AND/OR: POPLAR |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF #515734 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| | |
|---|---|
| **Total** | $4,910.00 |
| **Payments/Credits** | -$4,910.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0025

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/24/2014 | 55049 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTRE<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | L C | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 11,923 | LOGS - EXPORT POPLAR | 1.25 | 14,903.75 |
| 46,743 | LOGS - EXPORT POPLAR | 1.25 | 58,428.75 |
|  |  |  |  |
|  | BOOKING #NAM9076110 |  |  |
|  | LC #LCSJQ14149 |  |  |
|  | CONTRACT #WS0422 |  |  |
|  | DESCRIPTION OF GOODS AND/OR: YELLOW POPLAR |  |  |
|  | CIF SHANGHAI CHINA |  |  |
|  | REF #515734 |  |  |
|  | COUNTRY OF ORIGIN: USA |  |  |
|  |  |  |  |
|  | HULL FOREST PRODUCTS INC. |  |  |

| Total | $73,332.50 |
|-------|-----------|
| Payments/Credits | -$73,332.50 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0026

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 9/3/2014 | 55318 |

**Bill To**

BEIJING NEW BUILDING MATERIALS CO., LTD
10 FLOOR, BUILDING 4
INTERWEST BUSINESS CENTER
NO. 9 SHOUTI SOUTH ROAD
HAIDIAN DIST., BEIJING CHINA

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | Prepay | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 2,834 | LOGS - EXPORT WALNUT | 2.90 | 8,218.60 |
| | BOOKING # 8009825080 | | |
| | REG. DOCS. | | |

| | |
|---|---|
| **Total** | $8,218.60 |
| **Payments/Credits** | -$8,218.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0027

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2014 | 55249 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BUILDING 4<br>INTERWEST BUSINESS CENTER<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | Prepay | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,627 | LOGS - EXPORT WALNUT<br><br>BOOKING # 8009823140<br>CASH DOCS. | 2.90 | 10,518.30 |

| | |
|---|---|
| **Total** | $10,518.30 |
| **Payments/Credits** | -$10,518.30 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0028

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|---|---|
| 8/5/2014 | 55122 |

| Bill To |
|---|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR,  BLDG 4<br>INTERWEST BUSINESS CENTER<br>NO. 9  SHOUTI  SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|---|---|---|---|
| | Prepay | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|---|---|---|---|
| 4,380 | LOGS - EXPORT WALNUT<br><br>BOOKING # 038VH151669 | 2.90 | 12,702.00 |

| | |
|---|---|
| **Total** | $12,702.00 |
| **Payments/Credits** | -$12,702.00 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---|---|
| 860-974-0127 | 860-974-2963 |

Hull 0029

Hull Forest Products, Inc.

Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 7/23/2014 | 55048 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR,  BLDG 4<br>INTERWEST BUSINESS CENTER<br>NO. 9  SHOUTI  SOUTH ROAD<br>HAIDIAN DIST.,  BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|          | Prepay | SIH | Ocean Vessel |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 3,324 | LOGS - EXPORT WALNUT<br><br>BOOKING #8009800000<br>REG. DOCS | 2.90 | 9,639.60 |

| | |
|---|---|
| **Total** | $9,639.60 |
| **Payments/Credits** | -$9,639.60 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

Hull 0030



# PURCHASE CONTRACT

**CONTRACT NO: Chen-bw-02**

**DATE:** May 15, 2014

THIS CONTRACT IS MADE BY AND BETWEEN THE BEIJING NEW BUILDING MATERIAL CO. LTD 10/F BUILDING 4 INTEREST BUSINESS CENTER NO. 9 SOUTH ROAD SHOUTI HAIDIAN DISTRICT BEIJING, CHINA HEREINAFTER CALLED THE BUYERS.   AND **HULL FOREST PRODUCTS INC., TEL: +1-860-974-0127, FAX: +1-860-974-2963,** HEREINAFTER CALLED THE SELLERS; WHEREBY THE BUYERS AGREE TO BUY AND THE SELLERS AGREE TO SELL THE COMMODITIES ON THE TERMS AND CONDITIONS STIPULATED BELOW:

### 1. COMMODITY, QUANTITY, UNIT PRICE, AMOUNT:



| COMMODITY | SPEC | QUANTITY (MBF) | UNIT PRICE | AMOUNT (USD) |
|---|---|---|---|---|
| Black Walnut | 12inch and bigger | 8 | 2900 | **23,200.00** |
| ±10% IN QUANTITY AND AMOUNT ALLOWED | | TOTAL | | 23,200.00 |

**2. COUNTRY OF ORIGIN:** USA

**3. QUALITY:** THE SELLER SHALL GUARANTEE THAT THE QUALITY MUST BE IN CONFORMITY WITH CONTRACTS

**4. TIME OF SHIPMENT:** BEFORE June 15TH, 2014

**5. PRICE TERM:** CIF SHANGHAI

**6. PORT OF LOADING:** All U.S major ports

**7. PORT OF DESTINATION:** SHANGHAI, CHINA.

**8. FREIGHT:** PREPAID

**9. PACKING:** (1) PACKED IN CONTAINER. (2) EACH PACK SHOULD HAVE FOOTAGE AND NUMBER OF PIECES.

**10. INSURANCE:** TO BE COVERED BY THE SELLER FOR 110% OF THE INVOICE VALUE

**11. TERMS OF PAYMENT:**

T/T   payments

Final credit to:

HULL FOREST PRODUCTS INC

101 Hampton Road, Pomfret Center, CT    06259

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

TD Bank, N.A.
Wilmington, Delaware
ABA#:  0311-0126-6
Account Number:  8248744737
Swift code: NRTHUS33XXX
Arbitration will be settled in court in hongkong, if there is any fraud involved.

**12. THE SELLERS SHALL PRPARE TO THE BUYER THE FOLLOWING DOCUMENTS FOR :** (1) CLEAN ON BOARD OCEAN BILL OF LADING IN 3 ORIGINALS AND 3 COPIES MADE OUT TO ORDER, AND BLANK ENDORSED MARKED "FREIGHT PREPAID".(2) PACKING LIST AND TALLY SHEET IN 1 ORIGINAL, SHOWING CTN. NO, DIMENSIONS，PIECES AND VOLUME. (3) PHYTOSANITARY CERTIFICATE IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA. (4) CERTIFICATE OF ORIGIN IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA.  (6) FULL SETS OF INSURANCE POLICY/CERTIFICATE.

**THE SELLER: HULL FOREST PRODUCTS INC.**

**The BUYER: Beijing new building material co. ltd**

For and on behalf of
北京新型建材股份有限公司
BEIJING NEW BUILDING MATERIALS CO., LTD.

Authorized Signature(s)



EXHIBIT

Hull 4

PENGAD 800-631-6989

# PURCHASE CONTRACT

**CONTRACT NO: Chen-bw-03**
**DATE:** May 15, 2014
THIS CONTRACT IS MADE BY AND BETWEEN THE BEIJING NEW BUILDING
MATERIAL CO. LTD 10/F BUILDING 4 INTEREST BUSINESS CENTER NO. 9 SOUTH
ROAD SHOUTI HAIDIAN DISTRICT BEIJING, CHINA HEREINAFTER CALLED THE
BUYERS.   AND **HULL FOREST PRODUCTS INC., TEL: +1-860-974-0127, FAX:**
**+1-860-974-2963,** HEREINAFTER CALLED THE SELLERS; WHEREBY THE BUYERS
AGREE TO BUY AND THE SELLERS AGREE TO SELL THE COMMODITIES ON THE
TERMS AND CONDITIONS STIPULATED BELOW:

## 1. COMMODITY, QUANTITY, UNIT PRICE, AMOUNT:

| COMMODITY | SPEC | QUANTITY (MBF) | UNIT PRICE | AMOUNT (USD) |
|---|---|---|---|---|
| Black Walnut | 12inch and bigger | 4 | 2900 | **11,600.00** |

| ±10% IN QUANTITY AND AMOUNT ALLOWED | | **TOTAL** | | 11,600.00 |
|---|---|---|---|---|

**2. COUNTRY OF ORIGIN:** USA
**3. QUALITY:** THE SELLER SHALL GUARANTEE THAT THE QUALITY MUST BE IN
CONFORMITY WITH CONTRACTS
**4. TIME OF SHIPMENT:** BEFORE June 15TH, 2014
**5. PRICE TERM:** CIF SHANGHAI
**6. PORT OF LOADING:** All U.S major ports
**7. PORT OF DESTINATION:** SHANGHAI, CHINA.
**8. FREIGHT:** PREPAID
**9. PACKING:** (1) PACKED IN CONTAINER. (2) EACH PACK SHOULD HAVE
FOOTAGE AND NUMBER OF PIECES.
**10. INSURANCE:** TO BE COVERED BY THE SELLER FOR 110% OF THE INVOICE
VALUE
**11. TERMS OF PAYMENT:**
T/T   payments

Final credit to:
HULL FOREST PRODUCTS INC
101 Hampton Road, Pomfret Center, CT    06259

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

TD Bank, N.A.
Wilmington, Delaware
ABA#: 0311-0126-6
Account Number: 8248744737
Swift code: NRTHUS33XXX
Arbitration will be settled in court in hongkong, if there is any fraud involved.

**12. THE SELLERS SHALL PRPARE TO THE BUYER THE FOLLOWING DOCUMENTS FOR :** (1) CLEAN ON BOARD OCEAN BILL OF LADING IN 3 ORIGINALS AND 3 COPIES MADE OUT TO ORDER, AND BLANK ENDORSED MARKED "FREIGHT PREPAID".(2) PACKING LIST AND TALLY SHEET IN 1 ORIGINAL, SHOWING CTN. NO, DIMENSIONS，PIECES AND VOLUME. (3) PHYTOSANITARY CERTIFICATE IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA. (4) CERTIFICATE OF ORIGIN IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA. (6) FULL SETS OF INSURANCE POLICY/CERTIFICATE.

**THE SELLER: HULL FOREST PRODUCTS INC.**

For and on behalf of
北新建材集团有限公司
BEIJING NEW BUILDING MATERIALS CO., LTD.

**The BUYER: Beijing new building material co. ltd**

*Authorized Signature(s)*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002830

Hull Forest Products, Inc.

101 Hampton Road
Pomfret Center, CT 06259

# Commercial Invoice

| Date | Invoice # |
|------|-----------|
| 5/29/2014 | 54560 |

| Bill To |
|---------|
| BEIJING NEW BUILDING MATERIALS CO., LTD<br>10 FLOOR, BLDG 4<br>INTERWEST BUSINESS CENTER<br>NO. 9 SHOUTI SOUTH ROAD<br>HAIDIAN DIST., BEIJING CHINA |

| P.O. No. | Terms | Rep | Ship Via |
|----------|-------|-----|----------|
|  | Prepay | SIH |  |

| Qty | Description | Price | Amount |
|-----|-------------|-------|--------|
| 4,248 | LOGS - EXPORT WALNUT<br><br>BOOKING #: 400105992 | 2.90 | 12,319.20 |

| | |
|---|---|
| Total | $12,319.20 |
| Payments/Credits | $0.00 |
| **Balance Due** | $12,319.20 |

| Phone # | Fax # |
|---------|-------|
| 860-974-0127 | 860-974-2963 |

For and on behalf of
BEIJING NEW BUILDING MATERIALS CO., LTD.
*Authorized Signature(s)*



# PURCHASE CONTRACT

**CONTRACT NO: SQ-HF-14-ash**

**DATE**: June 13, 2014

THIS CONTRACT IS MADE BY AND BETWEEN THE BEIJING NEW BUILDING
MATERIAL CO. LTD 10/F BUILDING 4 INTEREST BUSINESS CENTER NO. 9 SOUTH
ROAD SHOUTI HAIDIAN DISTRICT BEIJING, CHINA HEREINAFTER CALLED THE
BUYERS.   AND **HULL FOREST PRODUCTS INC., TEL: +1-860-974-0127, FAX:
+1-860-974-2963,** HEREINAFTER CALLED THE SELLERS; WHEREBY THE BUYERS
AGREE TO BUY AND THE SELLERS AGREE TO SELL THE COMMODITIES ON THE
TERMS AND CONDITIONS STIPULATED BELOW:

### 1. COMMODITY, QUANTITY, UNIT PRICE, AMOUNT:

| COMMODITY | SPEC | QUANTITY (MBF) | UNIT PRICE | AMOUNT (USD) |
|---|---|---|---|---|
| Ash | 3SC 12 inch and bigger | 150 (doyle) | $1600/MBF | $240,000 |
| | 3SC 9-11 inch | 40 (int. scale) | $1300/MBF | $52,000 |
| Red oak | 3SC 8-11 inch | 30(int. scale) | 1400/MBF | $42,000 |
| Cherry | 2SC and better 12 and bigger | 20 (doyle) | 1850/mbf | $37,000 |
| WO North | 8-11inch 2SC and better | 30(intl. Scale) | 1450 | $43,500 |
| ±10% IN QUANTITY AND AMOUNT ALLOWED | | **TOTAL** | | $414,500 |

**2. COUNTRY OF ORIGIN:** USA

**3. QUALITY:** THE SELLER SHALL GUARANTEE THAT THE QUALITY MUST BE IN

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002834

CONFORMITY WITH CONTRACTS

**4. TIME OF SHIPMENT:** BEFOR Aug 30TH, 2014

**5. PRICE TERM:** CIF SHANGHAI

**6. PORT OF LOADING:** All U.S major ports

**7. PORT OF DESTINATION:** SHANGHAI, CHINA.

**8. FREIGHT:** PREPAID

**9. PACKING:** (1) PACKED IN CONTAINER. (2) EACH PACK SHOULD HAVE FOOTAGE AND NUMBER OF PIECES.

**10. INSURANCE:** TO BE COVERED BY THE SELLER FOR 110% OF THE INVOICE VALUE

**11. TERMS OF PAYMENT:**

LC at sight

Advising Bank

COBANK

PO BOX 5110

GREENWOOD VILLAGE, COLORADO 80111 USA

5500 SOUTH QUEBEC STREET

303-740-4000

FAX 303-224-2758

**SWIFT NBFCUS55**

CONTACT PERSON:        MURENA WILSON >> WilsonM@cobank.com        phone 303-694-5908

Final credit to:

HULL FOREST PRODUCTS INC

CITIZENS NATIONAL BANK

182 MAIN STREET PUTNAM CT 06260

USA ABA ROUTING # 011102133

 ACCOUNT # 935387

Arbitration will be settled in court in hongkong, if there is any fraud involved.

**12. THE SELLERS SHALL PRPARE TO THE BUYER THE FOLLOWING DOCUMENTS FOR :** (1) CLEAN ON BOARD OCEAN BILL OF LADING IN 3 ORIGINALS AND 3 COPIES MADE OUT TO ORDER, AND BLANK ENDORSED MARKED "FREIGHT PREPAID".(2) PACKING LIST AND TALLY SHEET IN 1 ORIGINAL, SHOWING CTN. NO, DIMENSIONS , PIECES AND VOLUME. (3) PHYTOSANITARY CERTIFICATE IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA. (4) CERTIFICATE OF ORIGIN IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA.   (6) FULL SETS OF INSURANCE POLICY/CERTIFICATE.

THE SELLER: HULL FOREST PRODUCTS INC.

The BUYER: Beijing new building material co. ltd.

For and on behalf of
北新建材集团有限公司
BEIJING NEW BUILDING MATERIALS CO., LTD.

..............................................
Authorized Signature(s)

For and on behalf of
北新建材集团有限公司
BEIJING NEW BUILDING MATERIALS CO., LTD.

..............................................
Authorized Signature(s)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002836



# PURCHASE CONTRACT

**CONTRACT NO: Chen-bw-04**

**DATE**: June 15, 2014

THIS CONTRACT IS MADE BY AND BETWEEN THE BEIJING NEW BUILDING MATERIAL CO. LTD 10/F BUILDING 4 INTEREST BUSINESS CENTER NO. 9 SOUTH ROAD SHOUTI HAIDIAN DISTRICT BEIJING, CHINA HEREINAFTER CALLED THE BUYERS.   AND **HULL FOREST PRODUCTS INC., TEL: +1-860-974-0127, FAX: +1-860-974-2963,** HEREINAFTER CALLED THE SELLERS; WHEREBY THE BUYERS AGREE TO BUY AND THE SELLERS AGREE TO SELL THE COMMODITIES ON THE TERMS AND CONDITIONS STIPULATED BELOW:

### 1. COMMODITY, QUANTITY, UNIT PRICE, AMOUNT:

| COMMODITY | SPEC | QUANTITY (MBF) | UNIT PRICE | AMOUNT (USD) |
|---|---|---|---|---|
| Walnut | 12inch and bigger | 8 | 2900 | **23,200.00** |

| ±10% IN QUANTITY AND AMOUNT ALLOWED | TOTAL | 23,200.00 |
|---|---|---|

**2. COUNTRY OF ORIGIN:** USA

**3. QUALITY:** THE SELLER SHALL GUARANTEE THAT THE QUALITY MUST BE IN CONFORMITY WITH CONTRACTS

**4. TIME OF SHIPMENT:** BEFORE August 15TH, 2014

**5. PRICE TERM:** CIF SHANGHAI

**6. PORT OF LOADING:** All U.S major ports

**7. PORT OF DESTINATION:** SHANGHAI, CHINA.

**8. FREIGHT:** PREPAID

**9. PACKING:** (1) PACKED IN CONTAINER. (2) EACH PACK SHOULD HAVE FOOTAGE AND NUMBER OF PIECES.

**10. INSURANCE:** TO BE COVERED BY THE SELLER FOR 110% OF THE INVOICE VALUE

**11. TERMS OF PAYMENT:**

T/T   payments

Final credit to:

HULL FOREST PRODUCTS INC

101 Hampton Road, Pomfret Center, CT    06259

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002837

TD Bank, N.A.
Wilmington, Delaware
ABA#:  0311-0126-6
Account Number:   8248744737
Swift code: NRTHUS33XXX
Arbitration will be settled in court in hongkong, if there is any fraud involved.

**12. THE SELLERS SHALL PRPARE TO THE BUYER THE FOLLOWING DOCUMENTS FOR :** (1) CLEAN ON BOARD OCEAN BILL OF LADING IN 3 ORIGINALS AND 3 COPIES MADE OUT TO ORDER, AND BLANK ENDORSED MARKED "FREIGHT PREPAID".(2) PACKING LIST AND TALLY SHEET IN 1 ORIGINAL, SHOWING CTN. NO, DIMENSIONS , PIECES AND VOLUME. (3) PHYTOSANITARY CERTIFICATE IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA. (4) CERTIFICATE OF ORIGIN IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA.   (6) FULL SETS OF INSURANCE POLICY/CERTIFICATE.

**THE SELLER: HULL FOREST PRODUCTS INC.**

**The BUYER: Beijing new building material co. ltd**

For and on behalf of
BEIJING NEW BUILDING MATERIALS CO., LTD.

*Authorized Signature(s)*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# PURCHASE CONTRACT



**EXHIBIT**
Hull-7

**CONTRACT NO: Chen-bw-bwt-05**
**DATE**: Aug. 15, 2014
THIS CONTRACT IS MADE BY AND BETWEEN THE BEIJING NEW BUILDING
MATERIAL CO. LTD 10/F BUILDING 4 INTEREST BUSINESS CENTER NO. 9 SOUTH
ROAD SHOUTI HAIDIAN DISTRICT BEIJING, CHINA HEREINAFTER CALLED THE
BUYERS.   AND **HULL FOREST PRODUCTS INC., TEL: +1-860-974-0127, FAX:
+1-860-974-2963**, HEREINAFTER CALLED THE SELLERS; WHEREBY THE BUYERS
AGREE TO BUY AND THE SELLERS AGREE TO SELL THE COMMODITIES ON THE
TERMS AND CONDITIONS STIPULATED BELOW:

## 1. COMMODITY, QUANTITY, UNIT PRICE, AMOUNT:

| COMMODITY | SPEC | QUANTITY (MBF) | UNIT PRICE | AMOUNT (USD) |
|---|---|---|---|---|
| Black Walnut | 12inch and bigger | 8 | 2900 | **23,200.00** |
| ±10% IN QUANTITY AND AMOUNT ALLOWED | | TOTAL | | 23,200.00 |

**2. COUNTRY OF ORIGIN:** USA
**3. QUALITY:** THE SELLER SHALL GUARANTEE THAT THE QUALITY MUST BE IN
CONFORMITY WITH CONTRACTS
**4. TIME OF SHIPMENT:** BEFORE .Sept. 30TH, 2014
**5. PRICE TERM:** CIF SHANGHAI
**6. PORT OF LOADING:** All U.S major ports
**7. PORT OF DESTINATION:** SHANGHAI, CHINA.
**8. FREIGHT:** PREPAID
**9. PACKING:** (1) PACKED IN CONTAINER. (2) EACH PACK SHOULD HAVE
FOOTAGE AND NUMBER OF PIECES.
**10. INSURANCE:** TO BE COVERED BY THE SELLER FOR 110% OF THE INVOICE
VALUE
**11. TERMS OF PAYMENT:**
T/T   payments

Final credit to:
HULL FOREST PRODUCTS INC
101 Hampton Road, Pomfret Center, CT    06259



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

BNBM(Group)0002847

TD Bank, N.A.
Wilmington, Delaware
ABA#:   0311-0126-6
Account Number:   8248744737
Swift code: NRTHUS33XXX
Arbitration will be settled in court in hongkong, if there is any fraud involved.

**12. THE SELLERS SHALL PRPARE TO THE BUYER THE FOLLOWING DOCUMENTS FOR :** (1) CLEAN ON BOARD OCEAN BILL OF LADING IN 3 ORIGINALS AND 3 COPIES MADE OUT TO ORDER, AND BLANK ENDORSED MARKED "FREIGHT PREPAID".(2) PACKING LIST AND TALLY SHEET IN 1 ORIGINAL, SHOWING CTN. NO, DIMENSIONS , PIECES AND VOLUME. (3) PHYTOSANITARY CERTIFICATE IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA. (4) CERTIFICATE OF ORIGIN IN 1 ORIGINAL AND 1 COPY ISSUED BY LOCAL AUTHORITY IN USA.   (6) FULL SETS OF INSURANCE POLICY/CERTIFICATE.

THE SELLER: HULL FOREST PRODUCTS INC.

The BUYER: Beijing new building material co. ltd