Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

---------------------------------------------

                                       )   MDL No. 2047

                                       )

IN RE: CHINESE-MANUFACTURED )   Section:   L

DRYWALL PRODUCTS LIABILITY  )

LITIGATION                  )   JUDGE FALLON

                                       )

                                       )   MAG. JUDGE WILKINSON


*****Confidential*****

*****Subject to Further Confidentiality Review*****


VIDEOTAPED DEPOSITION OF PHILIP FENWICK

May 28, 2015

Buffalo, New York

**EXHIBIT 12**

GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Confidential - Subject to Further Confidentiality Review

Page 5

1    The following were marked for identification:

2    Baillie Exhibit 1  Amended notice of expedited

3    oral and videotaped deposition

4    Baillie Exhibit 2  Export contract

5    Baillie Exhibit 3  Acknowledgments by

6    BNBM Group

7    Baillie Exhibit 4  Acknowledgments by

8    BNBM Group

9

10        THE VIDEOGRAPHER:  Okay.  We are now on

11    record.  My name is Michael Zotaro.  I'm a

12    videographer for Golkow Technologies.  Today

13    is May 28th, 2015.  The time is currently 1:38

14    p.m.

15    The video deposition is being held in

16    Buffalo, New York, in the matter of Chinese

17    Drywall Litigation for the court -- U.S.

18    District Court, Eastern District of Louisiana.

19    The deponent today is Philip Fenwick.

20    And will the attorneys present and

21    participating via telephone please introduce

22    themselves?

23        MR. GEORGE:  Scott Alan George from

24    Seeger Weiss for the PSC.

Page 6

```
 1            MR. MAXWELL:  Mike Maxwell from
 2       Hodgson Russ on behalf of the subpoenaed
 3       entity, Baillie Lumber, and Phil Fenwick.
 4            MR. KATTAN:  Justin Kattan from Dentons
 5       US LLP on behalf of BNBM Group and BNBM PLC.
 6            MR. RUBIN:  Aaron Rubin from Orrick,
 7       Herrington & Sutcliffe on behalf of CNBM
 8       Company.
 9            MR. GEORGE:  And on the phone?
10            MR. KAHNKE:  I'm Mack Kahnke from Alston
11       & Bird here on behalf of Taishan Gypsum, Co.
12            MR. GEORGE:  Thank you, Mack.
13            THE VIDEOGRAPHER:  Okay.  And also
14       present is the court reporter, Lindsay Truman.
15       You may now swear in the witness.
16
17            P H I L I P   F E N W I C K,
18         401 Lapp Road, Alden, New York, having been
19       first duly sworn, was examined and testified
20       as follows:
21
22       EXAMINATION BY MR. GEORGE:
23   Q.  Okay.  Thank you.  Good morning, Mr. Fenwick.
24   A.  Good morning.
```

Confidential - Subject to Further Confidentiality Review

Page 11

1  A. Correct.
2  Q. But otherwise, I want to know what Baillie
3     Lumber knows, what Baillie Lumber did --
4  A. Okay.
5  Q. -- with BNBM and for today's deposition.
6  A. Thanks.
7  Q. Thank you.  Okay.  So Baillie Lumber had
8     business dealings with BNBM, correct?
9  A. I would say we didn't have business dealings
10    with BNBM.
11 Q. Okay.  With whom do you say you had business
12    dealings?
13 A. There are four customers that use BNBM as a
14    clearing agent.
15 Q. What is a clearing agent?
16 A. Clearing agent is the one that actually sends
17    the money and has an import license, as I
18    understand it.
19 Q. And has an import license?
20 A. Correct.
21 Q. Import to China?
22 A. I understand that's the reason customers use
23    -- we have many different import agents.  And
24    I know it looks funny on documentation,

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 12

1      because it even looks funny to me seeing, you
2      know, BNBM, because I would not have
3      recognized them as a customer or somebody that
4      we actually do business with, because our
5      customer on the ground, that we actually --
6      that I visit, okay?  That I visit, like two
7      weeks ago, would tell us last minute, they'd
8      say, okay, use this guy or this guy or this
9      guy to clear our documents.
10  Q. Okay.  And who places -- who makes the payment
11     for the products?
12  A. So the customer on the ground, that is
13     referenced on the contract, makes the payment,
14     and then the customer that you're showing --
15     the person that you're showing there as the
16     clearing agent, they wire us the money.
17  Q. Okay.  So the money is received from BNBM?
18  A. In most cases I understand that, yes.
19  Q. Okay.  And how did you come to understand
20     this?
21  A. Just by our wire transfers that come in.
22  Q. Okay.  Now, that -- how do you understand that
23     the wire comes from BNBM to your account here
24     in the United States?

Confidential - Subject to Further Confidentiality Review

Page 13

1   A. The only reason I would --
2           MR. KATTAN: Objection to form.
3           MR. MAXWELL: You can go ahead and
4       answer.
5   A. Okay. The only reason I would understand that
6       is because my customer sends the money over to
7       BNBM, and they tell us the money is going to
8       be coming from BNBM, because we've sent them
9       the Chinese currency, they're going to send
10      you U.S. dollars.
11  Q. Okay. Do you have any knowledge about where
12      BNBM's money comes from, or are you just aware
13      of the money being received by Baillie here in
14      the United States?
15  A. All I know about is the money that we're
16      getting and that our customer told us it's
17      coming from BNBM, or it's coming from Shenzhen
18      CCL or any other import agent that they've
19      designated to us.
20  Q. Okay. And so you've received no documents
21      regarding any money transfers between your
22      customer, as you put it, and BNBM, correct?
23  A. No, I don't get anything other than they tell
24      us, in the beginning when we write a contract,

Confidential - Subject to Further Confidentiality Review

Page 17

```
 1        where we've, you know, used them as a clearing
 2        agent anywhere.
 3    Q.  Okay.  And so none of these entities are the
 4        customers?
 5    A.  No, none of these are customers.
 6    Q.  Okay.  Have you, Baillie, had any
 7        communications with BNBM?
 8    A.  I have not.
 9    Q.  Okay.  Who are the four customers for whom --
10        that you're -- we're discussing in this
11        deposition?
12    A.  I would need to look at the bottom of the
13        contracts to be able to tell you.
14    Q.  Okay.  Then why don't we go on next to what's
15        been pre-marked as Exhibit 2.
16    A.  Okay.
17    Q.  Baillie Exhibit 2.  And this is the entire
18        group of acknowledgments, contracts, and
19        I believe wire confirmations.  I'm not sure.
20    A.  Invoices.
21    Q.  And invoices?
22    A.  Yeah, there's no wire confirmations there.
23    Q.  Okay.  But you receive wire confirmations,
24        correct?
```

Confidential - Subject to Further Confidentiality Review

Page 40

```
 1      Q. And it says "Leitchfield"?
 2      A. Leitchfield, yes.
 3      Q. Leitchfield, okay.  And where is that located?
 4      A. Kentucky.
 5      Q. Okay.  So the lumber came from Kentucky?
 6      A. It came from Leitchfield, Kentucky, yes.
 7      Q. And ships to Shenyang Futian Wood Company?
 8      A. Correct.
 9      Q. Okay.  And that's who you're saying is the
10         customer -- is the end customer?
11      A. That is the end customer in Shenyang, the city
12         of Shenyang.
13      Q. Okay.  Do you have any understanding of what
14         kind of remuneration BNBM receives from
15         Shenyang Futian Wood Company?
16      A. I have no idea.
17      Q. Do you make any payments to BNBM?
18      A. I do not.
19      Q. Okay.  By you, I mean Baillie or AHI.
20      A. I understood that.
21      Q. On the -- all in caps, down in that same
22         region, it says, "Do Not Use China Shipping
23         Per Customer Request".  Why -- do you know
24         what that instruction, why that is there?
```

Confidential - Subject to Further Confidentiality Review

Page 41

1    A. That's an -- everything below this line is all
2       internal comments, okay?  So that doesn't show
3       up on the face of the contract, and that's --
4       that's a request by Shenyang Futian not to use
5       China Shipping line.
6    Q. Okay.  So that's --
7    A. Because they don't like their service or
8       something like that.
9    Q. Okay.  Do you ever ask why they don't want it?
10      They just -- did you ask Futian why they
11      don't?
12   A. No.  I mean, China Shipping line is just
13      lousy.
14   Q. Okay.  Is that your experience?
15   A. Yeah.
16   Q. Okay.
17   A. Actually, I don't care, because I don't -- I
18      don't import the wood.  The customer is the
19      one that deals with that.
20   Q. Okay.  That's on their end?
21   A. Yeah.
22   Q. So on your end, you have no problems with
23      delivering of the lumber?
24   A. Yeah.  I like it because it's cheap, but they

```
 1            don't like it because the -- the service.
 2       Q.   And who pays for their shipping, though?
 3       A.   We pay for the shipping.
 4       Q.   Okay.
 5       A.   It's part of the contract.
 6       Q.   Part of the price?
 7       A.   Yeah.  It's built in the price.
 8       Q.   Do you increase your price if you use
 9            non-China shipping like Maersk?
10       A.   I do not.  I use the same -- I mean, it's
11            usually a standard rate.
12       Q.   Okay.  Standard rate?
13       A.   Yeah.
14       Q.   And is a standard rate set against the China
15            rates or against Maersk or who sets the rates?
16       A.   Probably most average, the average rate for
17            that region.
18       Q.   Okay.  And is there a reference book for that?
19            It changes, doesn't it, the shipping rate?
20       A.   It does change, yes.
21       Q.   Okay.  Is there common reference guides that
22            you use to set the shipping rates?
23       A.   We have some internal -- internal rates that
24            come from the steamship lines.
```

Confidential - Subject to Further Confidentiality Review

Page 43

```
 1    Q. Okay.  For all of these transactions reflected
 2       in the document marked Baillie 2, did Baillie
 3       Lumber always pay for the shipping?
 4    A. We always paid for the shipping.
 5    Q. I believe all the transactions reflected in
 6       Baillie 2 were the terms of wire transfer; is
 7       that correct?
 8    A. Mm-hmm.
 9    Q. So you never used letters of credit?
10    A. We did not.
11    Q. What security does Baillie Lumber have when it
12       sends the wood off that the payment will be
13       received when the goods are received?
14    A. What security?
15    Q. Yes.
16    A. No security.
17    Q. So it could be that the lumber is -- you pay
18       for the shipping, you get the lumber --
19    A. The only -- sorry.  Let's take that back.  The
20       security is that I still hold the documents on
21       a wire transfer basis.
22    Q. Okay.
23    A. So if the customer doesn't make a payment, I
24       don't send documents to their clearing agent.
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 79

1    Q. They are not your customer?  They are not
2       Baillie's customer in any of these
3       transactions, correct?
4    A. Correct.
5    Q. Am I correct that with respect to any of these
6       transactions reflected in the documents that
7       we looked at today, Baillie does not undertake
8       any negotiations with BNBM Group?
9    A. That is correct.
10   Q. Am I correct that with respect to all of the
11      transactions that are reflected on the
12      documents that we looked at here today,
13      Baillie does not communicate directly with
14      anyone from BNBM Group?
15   A. That is correct.
16   Q. And that's either in person, over e-mail, or
17      over the phone, correct?
18   A. That's correct.  Oh, let's stop for one
19      second.  The only correspondence that we've
20      had came after this when we were trying to
21      receive a payment, and our customer, Good
22      Virtue, sent the money over and Beijing New
23      Building Materials said they weren't going to
24      send it.

Confidential - Subject to Further Confidentiality Review

Page 80

1   Q. When you say "came after this," what is the
2      "this" in your sentence?
3   A. After the subpoena.
4   Q. So that was sometime in April or May of 2015?
5   A. Within the last two weeks, yeah.
6   Q. Okay.  And so sometime within the last two
7      weeks, Baillie has had direct communication
8      with BNBM Group?
9   A. Baillie has not, but I think the sales rep in
10     China received a call from them.
11  Q. I see.  That would be Hannah Qu?
12  A. That would be correct.
13  Q. Okay.  But no one in the United States --
14  A. No one in the United States has had any
15     contact with them.
16  Q. You referred to BNBM Group alternately as a
17     clearing agent and an import agent.  Were you
18     using those terms interchangeably, or is
19     there a difference?
20  A. I was using them interchangeably.
21  Q. Now, you also mentioned that when the lumber
22     that Baillie ships goes to China or gets to
23     China, part of the clearing agent's or import
24     agent's role is to clear it, to clear the

Confidential - Subject to Further Confidentiality Review

Page 81

```
 1        lumber once it gets there.  Do you recall that
 2        testimony?
 3    A.  Yes.
 4    Q.  What do you mean by "clear it" or what is your
 5        understanding of what the phrase "clear it"
 6        means?
 7    A.  My understanding of clearing means that with
 8        those documents that they receive, the bill of
 9        lading, the import, the packing list, and all
10        of those documents, they take that down to the
11        customs office to be able to get the okay to
12        take that from the port.
13            So then with that, somebody can go to the
14        port and pick up the -- pick up the
15        containers, but you have to have an import
16        license, which is why the smaller customers
17        that we're talking about like Good Virtue
18        can't do it directly.
19    Q.  Okay.  In your last answer when you said, "So
20        then with that, somebody can go to the port
21        and pick up the containers," do you know who
22        the somebody is that --
23    A.  I don't.  I don't.
24    Q.  Do you know what company the somebody is from
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 88

1       STATE OF NEW YORK).
2                 ) ss.
3       COUNTY OF ERIE   )
4
       I, Lindsay Nicole Truman, Notary Public, in
5      and for the County of Erie, State of New York,
      do hereby certify:
6
      That the witness whose testimony appears
7      hereinbefore was, before the commencement of
      their testimony, duly sworn to testify the
8      truth, the whole truth and nothing but the
      truth; that said testimony was taken pursuant
9      to notice at the time and place as herein set
      forth; that said testimony was taken down by
10     me and thereafter transcribed into
      typewriting, and I hereby certify the
11     foregoing testimony is a full, true and
      correct transcription of my shorthand notes so
12     taken.
13      I further certify that I am neither counsel
      for nor related to any party to said action,
14     nor in any way interested in the outcome
      thereof.
15
      IN WITNESS WHEREOF, I have hereunto
16     subscribed my name and affixed my seal this
      _____ day of _____, 2015.
17
18                    ---------------------
                    Lindsay Nicole Truman
19                  Notary Public
                    No. 01TR6249119
20                  State of New York, County of Erie
                    My Commission Expires 10/03/2015
21
22
23
24