# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,* **Case No. 09-6687 (E.D. La.)** | |

## ORDER

Considering the Motion of Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group," collectively the "BNBM Entities") for Leave to File Portions of its Memorandum of Law in Opposition to the Substituted Motion of the Plaintiff-Intervenors and Plaintiffs' Steering Committee to Enforce the Court's July 17, 2014 Contempt Order and Injunction, and Certain Supporting Exhibits, Under Seal:

IT IS ORDERED that this Motion is GRANTED; and portions of the Memorandum of Law in Opposition, and Exhibits 7 and 8 in their entirety, be filed into the record UNDER SEAL.

SO ORDERED.

New Orleans, Louisiana, this 21st day of February, 2017.

_____
ELDON E. FALLON
United States District Court Judge