# EXHIBIT J



Jul 27 2010
11:50AM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CHINESE DRYWALL DIVISION

ARMIN G. SEIFART and LISA M. GORE SEIFART,

CASE NO. 09-38887 CA 42

Plaintiffs,

vs.

KNAUF GIPS KG, et. al.,

Defendants.
_____/

## ORDER DENYING DEFENDANT BANNER SUPPLY CO.'S MOTION FOR JUDGMENT IN ACCORDANCE WITH PRIOR MOTION FOR DIRECTED VERDICT OR, IN THE ALTERNATIVE, FOR NEW TRIAL

THIS MATTER came before the Court on July 20, 2010 on Defendant Banner Supply Co.'s Motion for Judgment in Accordance with Prior Motion for Directed Verdict or, in the Alternative, for New Trial, dated June 28, 2010. The Court having reviewed Defendant's motion and Plaintiffs' Response to Motion for Judgment in Accordance with Prior Motion for Directed Verdict or, in the Alternative, for New Trial, dated July 16, 2010, and having considered legal argument of counsel, finds and orders as follows:

1. Defendant Banner Supply Co.'s Motion for Judgment in Accordance with Prior Motion for Directed Verdict or, in the Alternative, for New Trial is Denied.

DONE and ORDERED in chambers in Miami-Dade County, Florida, this 26 day of July, 2010.

JOSEPH P. FARINA
CIRCUIT COURT JUDGE

Copies furnished to:
All counsel of record via *LexisNexis*

1